UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>                    Plaintiff,<br><br>                    v.<br><br>GOOGLE, INC.<br><br>                    Defendant. | Case No. 3:10-cv-03561-WHA |

**REBUTTAL EXPERT REPORT OF DR. OWEN ASTRACHAN**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY
INFORMATION SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

## TABLE OF CONTENTS

I.   INTRODUCTION .................................................................................................... 1

   A.  Background ...................................................................................................... 1

   B.  Professional Qualifications ............................................................................. 1

   C.  Documents and Information Considered ......................................................... 2

II.  COPYING ASSERTIONS ...................................................................................... 2

   A.  Interrelationship of Declaring Code and the SSO .......................................... 2

   B.  Definition of Declaring Code .......................................................................... 3

   C.  Private Methods ............................................................................................... 3

   D.  Java SE 6 and 7 ............................................................................................. 11

   E.  Android Runtime for Chrome (ARC) ........................................................... 11

   F.  Brillo ............................................................................................................. 12

III. COMPILING ANDROID ..................................................................................... 15

   A.  The Android Build Process ........................................................................... 15

   B.  Build Testing ................................................................................................. 16

      1.  Methodology .......................................................................................... 17

      2.  Android APIs ......................................................................................... 18

         a)  Android will not build when all 117 of the Android API packages are removed. ....................................................................................................... 18

         b)  Android will not build if any one of the 117 Android API packages is removed. ....................................................................................................... 18

         c)  Android will not build if a single class of the 117 Android API packages is removed. ................................................................................... 19

         d)  Android will not build when the declaring code for a single method in one of the 117 Android API packages is removed. .................................... 20

      3.  Non-Accused Java APIs ........................................................................ 21

         a)  Android will not build when all 14 of the non-accused Java API packages are removed. ................................................................................. 21

         b)  Android will not build if any one of the 14 non-accused Java API packages is removed. ................................................................................... 22

c)   Android will not build if a single class from the 14 non-accused Java API packages is removed.................................................................. 22

d)   Android will not build if the method declarations from a single class from the 14 non-accused Java API packages are removed. ............................ 23

4.   Other Android Components ............................................................ 23

IV.   COMPATIBILITY ISSUES ......................................................................... 25

A.   Background Regarding Java and Android................................................. 25

1.   The Java Programming Language and Java Platform.................................. 25

2.   API Packages as Implemented in Java SE ........................................ 28

3.   API Packages as Implemented in Android ........................................ 31

B.   The Java Platform and Compatibility Generally ..................................... 33

1.   Java and the Development Community ........................................... 33

2.   Write Once, Run Anywhere ...................................................... 34

3.   OpenJDK ..................................................................... 38

C.   Java Compatibility Kit.................................................................... 40

D.   Bytecode Compatibility.................................................................. 42

1.   Background ................................................................... 42

2.   Analysis ..................................................................... 45

V.   API STABILITY .......................................................................... 47

VI.   OTHER ISSUES ......................................................................... 50

A.   APIs Generally .......................................................................... 50

B.   Teaching Experience ................................................................... 52

VII. CONCLUSION ........................................................................... 53

**HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY**

## I.      INTRODUCTION

### A.      Background

1.      Related to my engagement on this matter, Google has asked me to review and respond to various technical issues in the expert reports submitted on behalf of Oracle America, Inc.

2.      As at the time of my opening report, I am being compensated for my work in this litigation at the rate of $500 an hour, and my compensation does not depend in any way on the outcome of this litigation.

3.      At this time, I have not created any exhibits to be used as a summary of, or as support for, my opinions.  I reserve the right to create any additional summaries, tutorials, demonstrations, charts, drawings, tables, and/or animations that may be appropriate to supplement and demonstrate my opinions if I am asked to testify at trial.

4.      I understand that discovery is ongoing in this case.  I therefore reserve the right to supplement my opinions after I have had the opportunity to review deposition testimony or in light of additional documents that may be brought to my attention.  Further, if Oracle or its experts change their opinions (either explicitly or implicitly) in such a manner as to affect my conclusions, I may supplement my opinions with any necessary reply or supplemental reports. Specifically, I understand that the Court has adopted an expert-discovery schedule that allows experts to file reply reports, depending on the burdens of proof.

### B.      Professional Qualifications

5.      A summary of my professional qualifications was provided at pargraphs 5-9 of my Opening Expert Report Of Dr. Owen Astrachan On Technical Issues Relating To Fair Use (Jan. 8, 2016) (Opening Report), as well as Exhibit A attached thereto.

### C.     Documents and Information Considered

6.     My opinions are based on my relevant knowledge and experience, the trial

testimony and exhibits from the first phase of the original trial (which I attended daily), and the

materials cited and discussed in this and my opening report (including Exhibit B).  Additional

documentation and information considered and relied upon is identified in Appendix A to this

rebuttal report.

7.     I also have specialized knowledge of the matters set forth herein, and if called as a

witness I could and would testify competently thereto.

8.     My research and analysis of the materials, documents, allegations, and other facts

in this case are ongoing, and if additional information becomes available through discovery and

depositions in this action, I reserve the right to provide supplemental opinions.

## II.     COPYING ASSERTIONS

### A.     Interrelationship of Declaring Code and the SSO

9.     It appears that Oracle's experts agree with me that the structure, sequence and

organization ("SSO") of Java is reflected in what they refer to as the "declaring code" for Java.

*See* Astrachan Opening Report ¶ 107.  For example, Mr. Zeidman performs an analysis related to

"declaring code," based on which he concludes that the SSO is the same between different

versions of Android and the 37 Java API packages from Java SE 1.4 and 5.  Zeidman Opening

Report ¶ 43-44, 144-145.  Dr. Kemerer offers similar opinions, stating that "the same method

declarations and other declaring code [being] grouped together in the same classes within both

Java and Android" means that "the structure, sequence and organization of the 37 Java API

packages were reproduced in Android."  Kemerer Opening Report ¶ 41.

10.     Accordingly, I continue to treat the claim of copying of what Oracle calls

declaring code as interchangeable with, and equivalent to, its claim of copying the SSO.

### B.    Definition of Declaring Code

11.    I have reviewed the Expert Report of Robert Zeidman.  Mr. Zeidman analyzes

Android source code to identify instances where he believes Google copied declaring code / the

SSO.  Zeidman Opening Report ¶ 40.  To that end, he defines "declaring code" as "source code

that introduces or specifies an entity in the Java Platform.  This includes declarations for

packages, imports, classes, fields, methods, constructors, interfaces, and annotations."  Zeidman

Opening Report ¶ 49.

12.    In my opinion, Mr. Zeidman's definition of "declaring code" is too broad.  For

example, programmers would not typically consider import statements to be "declaring code."

Certainly they were not included among the types of things that Oracle's expert Dr. Mitchell

analyzed in his copyright analysis prior to the first trial.  *See* Mitchell Opening Report Regarding

Copyright ¶¶ 140, 161-68, and 178 ("The Java API Specifications contain considerable original

expression in the selection, coordination, and arrangement of the Java packages, as well as the

class names, definitions, fields, methods, and method signatures contained in each package.").

Neither were constructor and interface declarations, nor annotations.  And based on my

attendance at the initial trial, I do not recall these components being included among the

allegedly copied material.

### C.    Private Methods

13.    Mr. Zeidman asserts that Exhibits F and S to his report, which I understand to

comprise comparisons between Java SE 5 source code and the code for the Gingerbread and

Lollipop versions of Android respectively, "contain a notable amount of declaring code that is

declared private" and that such code "acts in many ways like implementing code."  Zeidman

Opening Report ¶ 71.  He further goes on to assert that "Google could not have copied this

3

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

declaring code from Oracle's online Java API documentation." *Id.* ¶ 72.  I disagree with each of Mr. Zeidman's assertions.

14.     First, I do not agree that the amount of private declaring code that is found in Exhibits F and S is "notable."  The presence of much of the private declaring code is explained by reason of the needs of the Serializable interface and/or programming best practices.  I would have been surprised to see a much smaller amount of private declaring code that matched between two implementations of these sorts of class files.  I explained all of this to Oracle's counsel during my September 9, 2011 deposition prior to the first trial, and I do not recall the issue arising in the trial itself.

15.     Second, I do not agree that private declaring code is a substitute for implementing code.  Private declaring code, like public declaring code, is simply a means by which to control access to an API; here, a private API instead of a public API.

16.     Third, Google could certainly have obtained the declaring code relating to Serializable classes from public documentation.  For example, the standard Javadoc documentation that Oracle provides for Java SE 5 gives the serialVersionUID that must be used for given Java classes that implement Serializable.  As an illustrative example, we look at the String class in the java.lang package, whose documentation can be found, for example, here: http://docs.oracle.com/javase/1.5.0/docs/api/java/lang/String.html.  Looking on that web page for "Serialized Form" and following that link will show that the serialVersionUID for the String class is -6849794470754667710L.  The documentation also provides the private methods readObject and writeObject that are required of all classes that implement the Serializable interface.  In addition, private fields, or instance variables, are documented.

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

17.     Dr. Kemerer offers similar opinions in his report.  For instance, he asserts that "[c]opying of [declaring] code from private classes constitutes copying of a type of implementing code," and that "the private declarations are part of the implementation of the prewritten programs in the public API packages."  Kemerer Opening Report ¶ 51.  As noted above, declaring code is not implementing code, and private declaring code, just like any declaring code, is used to access the methods, not to carry out the functionality of those methods.

18.     Dr. Kemerer claims that the code that can be found in private classes "does not occur in the public-facing Java API Specification."  *Id.*  However, as explained briefly above and in more depth below, the values of serialVersionUID for various classes can be found in publicly available specification materials.

19.     Mr. Zeidman's tables also contain examples of allegedly copied "private constructors."  But those private constructors use the name of the class itself.  For example, java.io.StreamTokenizer.java has a private constructor declared in both Java SE 5 and Android as "private StreamTokenizer()."  Likewise, java.lang.Math has a private constructor declared in both Java SE 5 and Android as "private Math()."  And java.util.FormattableFlags.java has a private constructor declared in both Java SE 5 and Android as "private FormattableFlags()."  In my opinion, no one with experience in the field would view such similarities as an indication of copying rather than an indication that the programmers for each file were following standard programming best practices.  These best practices include using static utility classes such as is the case with java.lang.Math, which requires users to invoke methods statically, via the class name rather than by creating an instance of the class (*see, e.g.*, comparison to Singleton classes in http://www.oracle.com/technetwork/articles/java/singleton-1577166.html).

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

20.     In the case of the private constructor StreamTokenizer() in both the Java SE 5 and Android implementations, the constructor is essentially necessary from the viewpoint of a competent programmer who does not want to duplicate code.  There are two public constructors as specified in the Java API Specification (though one is deprecated).  Both constructors must initialize private variables that will maintain the state that is required by the API documentation.  This documentation specifies, for example, that "all byte values 'A' through 'Z' are considered to be alphabetic."  The private constructors in both Android and Java SE 5 achieve this goal by making the same call wordChars('A','Z') to a public method wordChars.  In my opinion, most any experienced programmer would achieve the required goal in the same way, so seeing this same call in both implementations is an indication that the programmers who created the implementations were following established best practices in programming.  Similarly, the private constructor is the standard way to create the required initializing code in one place, and then call it twice from the required public constructors.  Again, these similarities reflect programming best practices that nearly every good student in an undergraduate software design course would learn.

21.     Likewise, Mr. Zeidman's tables reflect that both Java SE 5 and Android have private transient String variables "authority," "fragment," "host," "path," "port," "query," "scheme," "schemeSpecificPort," and "userinfo" in java.net.URI.java.  But the public methods available for java.net.URI.java include "getAuthority," "getFragment," "getHost," "getPath," "getPort," "getQuery," "getScheme," "getSchemeSpecificPort," and "getUserinfo."  Again, it is a common programming practice to create a private variable X to work with a public method of "getX."

6

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

22.     In other instances, Mr. Zeidman's tables also list declarations where the name of a private variable matches the name of the class, or type of the variable.  For example, java.text.MessageFormat.java declares "private Locale locale" in both Java SE 5 and Android; java.util.logging.Logger.java declares "private Filter filter" in both Java SE 5 and Android; and java.util.logging.LogRecord.java declares "private Level level" in both Java SE 5 and Android. Once more, this is just a reflection of standard programming best practices, not an indication that one implementing code base copied the other.

23.     The static instance variable serialVersionUID is part of the verification process used in serializing and deserializing a Java object, *e.g.*, for transmission between a client and a server that are both running Java rather than using a protocol like JSON to transmit information between two programs or to store information on disk between runs of a program to restore state when a program starts again (see https://docs.oracle.com/javase/tutorial/jndi/objects/serial.html). As discussed above in paragraph 16, Java has a well-defined algorithm or protocol for serializing, which includes generating an identification number that verifies the integrity of a serialized/deserialized Java object.  This number—the serialVersionUID—is created for standard Java classes when they are first released.  For example, the serialVersionUID for the class java.lang.String has not changed from the initial release of Java 1.1.  This is a well-understood process where the serialVersionUID number is first generated as a hash/number computed from both public and private aspects of a class, *e.g.*, class and interface names and private fields. Generating the value is done automatically using software tools provided, *e.g.*, with a JDK.  The number is part of a class's public documentation, as are required methods readObject, writeObject and for some classes readResolve and writeReplace.  *See, e.g.*, https://docs.oracle.com/javase/7/docs/api/java/io/Serializable.html.

7

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

24.     Mr. Zeidman's opinions on what he asserts to be copying of private declaring code does not take into account any of these explanations as to why two code bases would have the same private declaring code without having been copied from the other.  Indeed, it appears that his analysis of private declaring code is as follows: there are similar (though in several instances not identical) snippets of private declaring code in both Java SE 5 and the Gingerbread and Lollipop versions of Android; Oracle owns copyrights on the Java SE 5 code; notices in the source code files "suggest[] that the declaring code belongs to Oracle" (Zeidman Opening Report ¶ 74); and because Java SE 5 files were supposedly created years before Apache Harmony files, Harmony code could not have been an independent third party source of the relevant code (*id.* ¶ 75).  Mr. Zeidman does not even consider, much less discuss, the likelihood that the private declaring code was the same for the reasons stated above.

25.     As Mr. Zeidman only points generally to the appendices to his report that contain the private declaring code and does not address or offer opinions on any specific pieces of private declaring code that is contained in his report and the exhibits to his report, I likewise do not specifically address individual pieces of code in rebuttal to his opinions.  However, should Mr. Zeidman provide further opinions relating to specific pieces of private declaring code, I reserve the right to respond to any such opinions.

26.     I do, however, note that in Mr. Zeidman's opening report (at ¶¶ 71-72)—and echoed in Dr. Kemerer's opening report, which relies on Mr. Zeidman (*e.g.*, ¶¶ 51-53)—we see a flawed analysis that relies on simple syntactic counting rather than on an understanding of the Java language.  As noted above, the private methods readObject and writeObject are required by classes that implement the Serializable interface in Java.  Mr. Zeidman calls out Exhibits F and S as "each contain[ing] a notable amount of declaring code that is declared private."  Zeidman

8

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

Opening Report ¶ 71.  The majority of entries in Exhibit F that are labeled as "Private Method" in the column headed Type of that Exhibit are methods required by classes implementing the Serialiazable interface (these methods include the aforementioned readObject and writeObject as well as readResolve and writeReplace).  Only a few of the entries are of a different type.  These remaining methods are easily explained by best practices, and each method when examined closely demonstrates differences in the underlying implementation.

27.     For example, the private method "writeNull" in the class java.io.ObjectOutputStream captures in one place the code needed to write a specific value (Null) to a file.  This method is called differently in the Android and Java SE 5 implementations and there are different private methods in each implementation making calls to "writeNull": methods that differ in name and in implementation.

28.     As another example, the private method "read" in java.io.StreamTokenizer is also attributable to programming best practices.  Both implementations have more than twenty calls of a method to read one character.  Common conventions and best practices dictate declaring and implementing a private method named "read" to read one character rather than duplicating the code more than twenty times.  Furthermore, "read()" was commonly used in predecessor languages (for example, C) and it does not reflect some unique programming approach.

29.     The private method "remove" in java.lang.ThreadGroup is also dictated by convention and best practices.  The method is called to remove a single thread from the ThreadGroup.  But "remove" would be the expected name for such a method, and capturing the code called from more than one place in the class implementations is the same best practice of avoiding writing the same code in more than one place.  *See, e.g.*, remove_thread() function in

the Boost C++ thread library (*available at*

http://www.boost.org/doc/libs/1_35_0/doc/html/thread/thread_management.html).

30.     A similar analysis applies to all the private methods in Exhibit S.  Again, only a

small number of all the methods labeled private are not part of implementing Serializable, and

each of these is dictated by convention and best practices.  The method and class names are:

java.io.ObjectOutputStream/writeClassDesc, java.io.PrintStream/newLine

java.util.Bitset/ensureCapacity, java.util.PriorityQueue/removeAt.

31.     A similar application of best practices and convention explains similarities in

names of private instance variables and constants.  Examining the 460 occurrences labeled

"Private Variable" in Exhibit F shows shared names like key, mark, and index.  There are 23

occurrences of 'name' and 12 occurrences of 'value.'  The other variables appear to each be

named by a convention dictated by obvious functionality given the class in which the variables

appear.

32.     To further explain why the presence of private items that are similar and/or the

same in Java SE 5 and Android does not indicate copying, I have attached the source code for the

Java SE 5 version of java.util.StringTokenizer.java as Appendix B, and have attached the source

code for the Android Gingerbread version of java.util.StringTokenizer.java as Appendix C.  In

each instance, I have removed the public Java comments contained in each source code file, so as

not to obscure the workings of the code itself.

33.     In his Exhibit F, Mr. Zeidman points to the fact that both the Java SE 5 version of

StringTokenizer and the Android Gingerbread version of StringTokenizer include the private

variable "private String delimiters."[1]  My review of the two files shows that they are very

different from one another.  The public declaring code in the Android Gingerbread and Java SE 5

StringTokenizer.java files for the class StringTokenizer in the java.util package demonstrate how

a superficial similarity required by conforming to implementing the same public methods in the

API for this class gives way to completely different implementations.  The differences are

apparent from the implementing code that carries out the function in different ways in the

respective files, as well as the variables used.  Indeed, there are four private instance variables or

fields in the Android implementation and ten in the Java implementation.  In short, the many

differences in the two actual implementations demonstrate that the coincidence in the choice of a

single name for a private variable in no way indicates that there was copying of *implementing*

*code* between Java SE 5 and Android, as Mr. Zeidman suggests.

**D.     Java SE 6 and 7**

34.     I understand that the Court has stricken for purposes of this trial allegations that

Android infringes new copyrighted works, including Java 6 and 7.  Dkt. No. 1479.  Specifically,

I understand that "[t]he following portions of Oracle's expert reports served on January 8, 2016,

are stricken: Dr. Chris Kemerer: ¶¶ 47–50 (including heading E) and 208 (references to Java SE

6 and SE 7); Mr. Robert Zeidman: ¶¶ 45, 106 (all text after "Java SE 5"), 120–125 (including

heading D), 146, and Exhibits V and W."  *Id.*  Accordingly, I do not address those portions of the

opening reports of Oracle's experts in this rebuttal report.

**E.     Android Runtime for Chrome (ARC)**

35.     I understand that the Court has ruled that only certain software will be at issue in

the upcoming trial.  This list does not include the Android Runtime for Chrome ("ARC").  Dkt.

---

[1] As an initial matter, the use of a variable called "delimiters" in the Gingerbread Android version of
StringTokenizer is hardly surprising given that one of the variables used by the public constructors in the Android
Gingerbread version of StringTokenizer is "delimiters."

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

No. 1479.  But to the extent that Oracle witnesses are allowed to testify about ARC, I offer the following rebuttal opinions.

36.     I have reviewed Mr. Zeidman's analysis of ARC, at paragraphs 126-143 of his report, and Dr. Kemerer's analysis of ARC, at paragraph 55 of his report.

37.     I have also reviewed Google employee Anwar Ghuloum's deposition transcript. He testified that Android Runtime for Chrome, or ARC, "is basically embedding within a sandbox a version of the Android Runtime," including the core libraries and the application frameworks: "we're basically running a version of the Android stack inside this, what we call, a native client container where you can run native apps in Chrome."  Ghuloum Dep. at 175:6-21. This allows "people running Chrome to run select Android apps."  Ghuloum Dep. at 176:18-23. Nothing in Dr. Kemerer's report or Mr. Zeidman's report challenges any of Anwar Ghuloum's testimony about ARC.

38.     In any event, to the extent that the 37 Java API packages are used in ARC, my analysis of the fair use factors as applied to the 37 Java API packages in Android would also apply to their use in ARC.

**F.     Brillo**

39.     Again, I understand that the Court has ruled that only certain software will be at issue in the upcoming trial, and rejected Oracle's request to include Brillo as an accused product. Dkt. No. 1479.  But to the extent that Oracle witnesses are allowed to testify about Brillo, I offer the following rebuttal opinions.

40.     In my opinion, Dr. Kemerer's analysis of Brillo, at paragraphs 56-60 and Appendix O of his report, is more notable for what it does *not* say than what it *does* say.

41.     In paragraph 56 of his report, Dr. Kemerer states:

> Within the source code for Brillo there is a directory that has
> prebuilt (compiled) versions of the Android API packages (i.e.
> Android libraries), one for each API Level. Within each directory,
> the files are contained in an archive file called android.jar. As
> described above, each of the Android API levels copies the
> declaring code, structure sequence and organization and
> implementing code from the 37 Java API packages.

42.     Dr. Kemerer offers no analysis of how these *compiled* files in the Brillo source

code *repository* are used, if at all, by any of the Brillo source code.  Moreover, he offers no

analysis of how, if at all, the Android API packages affect compiled versions of the Brillo code.

Instead, his ultimate opinion related to Brillo states only that "the declaring code and SSO for the

37 Java API Packages from each version of Android is *present* in the *source code* for Brillo."

Kemerer Opening Report ¶ 60 (emphases added).  By definition, compiled files are not source

code, so either Dr. Kemerer was mistaken, or meant only that the compiled files he discussed

were found in directories in the Brillo source code repository.

43.     Google employee Anwar Ghuloum also testified about Brillo.  Ghuloum testified

that he was familiar with Brillo, that Brillo is "not the same as Android," and that "there's some

basic components and some fairly rudimentary APIs for partners to develop their own custom

components, but it's all—you know, it's all fairly low level."  Ghuloum Dep. at 169:11-13,

170:14-19.  He further testified that the Brillo source code is "[s]trictly native, so C, C++."

Ghuloum Dep. at 172:8-9.

44.     Furthermore, when asked whether "any of the Java core library APIs are used in

the Brillo—in the Brillo platform," he answered, directly, "They are not."  Ghuloum Dep. at

170:22-25.  Moreover, Mr. Ghuloum testified that he was "fairly certain" that the Java core

libraries were not even "indirectly referenced" in Brillo.  Ghuloum Dep. at 171:1-6.  As of the

last time he had checked, which was within a couple of months of his deposition on December 9,

2015, "there was no Java code in the Brillo platform."  Ghuloum Dep. at 171:22-25.  As far as he

knew, "in the Brillo platform itself, the thing that actually ships on the devices, there is no use of Java."  Ghuloum Dep. at 172:5-7.

45.     Dr. Kemerer offers no analysis that contradicts any of Anwar Ghuloum's testimony.  In fact, nothing in Dr. Kemerer's explanation of the analysis he and his technical team did (Appendix O to his report) suggests that they attempted to determine whether anything in the Brillo platform *uses* any of the 37 Java API packages.  Instead, the analysis appears to have been limited to an analysis of the presence of compiled "jar" files (*i.e.*, not source code) in directories in the Brillo source code *repository*, without any attempt to connect those files to any of the code that results from compiling Brillo.

46.     I have reviewed Google's developer page for Brillo, at https://developers.google.com/brillo/.  The web page describes a development environment with "an embedded OS based on Android."  Given this origin, there is nothing particularly unusual about the possibility that the Brillo source code repository might include "jar" files from Android that are not actually used by any code in the Brillo platform.  Thus, having reviewed Dr. Kemerer's minimal analysis and Anwar Ghuloum's testimony, I see no evidence that any of the 37 Java API packages are used for Brillo itself (rather than just existing in the Brillo source code repository).

47.     To the extent that Dr. Kemerer or any other Oracle witness later seeks to offer an analysis of how, if at all, the 37 Java API packages are used in Brillo, I reserve the right to respond.  Nevertheless, to the extent the 37 Java API packages are used in Brillo—and there is no evidence that they are—then if they are used in the same manner that they are used in Android, my analysis of the fair use factors as applied to the 37 Java API packages in Android would also apply to their use in Brillo.

14

### III.      COMPILING ANDROID

#### A.      The Android Build Process

48.      As explained by Dr. Schmidt, the Android build process requires compiling and assembling the source code files such that they can run on a given device (*e.g.*, a mobile phone or tablet computer or an emulator for these).

49.      Performing a build involves various steps.  Google provides instructions for downloading and building Android, which are publicly available on the Android website.

50.      To perform a build, one needs to have a target device that satisfies certain requirements in terms of hardware and software capability.  *See* https://source.android.com/source/requirements.html ("Requirements").

51.      Presuming that these requirements are satisfied, a developer must establish a build environment.  *See* https://source.android.com/source/initializing.html ("Establishing a Build Environment").  Notably, the build environment may differ depending on which version of the source code one plans to compile.  In other words, the build environment is not identical for all versions of Android.  Establishing a build environment involves various steps, including installing the Java Development Kit (JDK); however, the details are not relevant to the copyright issues in this case.

52.      A developer must also download the Android source code from a Git repository hosted by Google.  *See* https://source.android.com/source/downloading.html ("Downloading the Source").

53.      With the build environment and the source code, a developer can then build the system, using instructions provided by Google.  https://source.android.com/source/building.html ("Building the System").  Testing whether the build worked or not can then be done either by "flashing" a device—in other words, putting the compiled code onto actual hardware—or

running an emulator in the build environment, which simulates a hardware device.  Dr. Schmidt discusses the process in which "[s]ystem image files are then 'flashed' onto a device."  Schmidt Opening Report ¶ 80.  A build process that fails to produce the files system.img, userdata.img, and boot.img is judged to have failed.  Schmidt Opening Report ¶ 80 at n.33.

### B.    Build Testing

54.     Based on the analysis in Section VIII of his report, Dr. Schmidt opines that the manner in which Google uses the 37 Java API packages "renders the operation of the Android platform critically dependent on each API package at issue."  Schmidt Opening Report ¶ 78.[2]  He goes on to note that Android is not usable without each of those Java API packages, and that the impact does not depend on the relative size of the lines of declaring code.

55.     Applying Dr. Schmidt's analysis to (a) the Google-developed Android API packages; (b) the unasserted Java API packages; or (c) other portions of the Android platform outside of the Core Libraries leads to the same result.  That is, removing any of these portions of Android also results in a failure of the build process.

56.     Thus, Dr. Schmidt's methodology does not show that the 37 Java API packages are any more or less important to the Android platform than any other portion of code.  To the contrary, the methodology simply demonstrates that any and all components are significant to the

---

[2] When Dr. Schmidt talks about the 37 Java API packages, I understand him to be referring to the following:

| java.awt.font | java.nio.channels.spi | java.util | javax.net.ssl |
|---|---|---|---|
| java.beans | java.nio.charset | java.util.jar | javax.security.auth |
| java.io | java.nio.charset.spi | java.util.logging | javax.security.auth.callback |
| java.lang | java.security | java.util.prefs | javax.security.auth.login |
| java.lang.annotation | java.security.acl | java.util.regex | javax.security.auth.x500 |
| java.lang.ref | java.security.cert | java.util.zip | javax.security.cert |
| java.lang.reflect | java.security.interfaces | javax.crypto javax.sql | |
| java.net | java.security.spec | javax.crypto.interfaces | |
| java.nio | java.sql | javax.crypto.spec | |
| java.nio.channels | java.text | javax.net | |

16

build process—that is, because computers are very literal (as discussed in my opening report), one small fault can prevent compilation.

### 1.      Methodology

57.      To conduct my own Android build tests so as to evaluate Dr. Schmidt's, I similarly tried to build versions of Android with certain elements removed to, as Dr. Schmidt put it, "test the dependency of the Android stack on individual components, from grouping of API packages, to individual segments of code."  Schmidt Opening Report ¶ 83.

58.      For purposes of my analysis, I replicated Dr. Schmidt's test environment, except that I used Android 5.0, release 1 (Lollipop, API Level 21).  I likewise conducted my tests on a remote server (Amazon AES EC2 server running the Ubuntu 14.04 operating system as a test environment).  All server instances were the same to ensure that each build environment was the same.

59.      I attempted to run a build following each of the modifications discussed below, after modifying only that source code.  Prior to conducting my tests, I created a single successful build using the same build environment and source code tree that I used as a starting point for my modifications below.  By doing so, I was able to verify that the build environment and source code tree could, absent modifications, produce a successful build.

60.      As described in further detail below, I performed modifications to (a) the 117 Android API packages; (b) the 14 non-asserted Java API packages; and (c) other portions of the Android platform.  While the results struck me as unremarkable in that any modifications caused build errors, that in and of itself undermines Dr. Schmidt's methodology and conclusions.

## 2. Android APIs

### a) Android will not build when all 117 of the Android API packages are removed.

61.     For my first test, I removed all source code files belonging to the 117 Android API packages from the Android source tree.  (Those files were all located in the frameworks/base and frameworks/base/core  folders and subfolders.)  I did not delete the actual directories containing any of these source code files.

62.     When I attempted the build, it failed in the same manner that Dr. Schmidt uses to judge failure, in that it did not create or produce the required .img files.  Like Dr. Schmidt, I verified this result by looking at the build output, which did not contain the system image files required to run Android on a device.  I include the build scripts verifying this failure in Appendix D.

63.     As Dr. Schmidt found when he removed all 37 Java API packages from his build, my build illustrates that Android is unusable without the presence of the 117 Android API packages.

### b) Android will not build if any one of the 117 Android API packages is removed.

64.     For my next test, I removed all source code files belonging to only one of the 117 Android API packages from the Android source code.  I performed this by removing all the source code files from the android.net.wifi API package.

65.     When I attempted the build, it failed.  I verified this result by looking at the build output, which did not contain the system image files required to run Android on a device.  I include the build scripts verifying this failure in Appendix E.

66.     I then repeated this test by changing the Android API package I removed to a different one: the API package android.os.storage and its source files.

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

67.     Again, when I attempted the build, it failed.  I verified this result by looking at the build output, which did not contain the system image files required to run Android on a device.  I include the build scripts verifying this failure in Appendix F.

68.     I then repeated this test a third time by changing the Android API package I removed to a different one:  I removed the source code files from the API package android.print.

69.     Here too, when I attempted the build, it failed.  I verified this result by looking at the build output, which did not contain the system image files required to run Android on a device.  I include the build scripts verifying this failure in Appendix G.

70.     I would expect to get the same results no matter which package I remove.  It is therefore my opinion that Android will fail to build when any one of the 117 Android API packages has been removed, just as Dr. Schmidt concluded when he removed one of the 37 Java API packages.

<div style="text-align:center">

c)      **Android will not build if a single class of the 117 Android API packages is removed.**

</div>

71.     For my next test, I removed a single source code file belonging to one of the 117 Android API packages from the Android source tree.  I performed this build test by removing the WifiManager class in android.net.wifi.  This class manages all wifi activity, and is thus essential to many uses of Android.  Removal of such a source code file effectively removes a class from that package.

72.     When I attempted the build, it failed.  I verified this result by looking at the build output, which did not contain the system image files required to run Android on a device.  I include the build scripts verifying this failure in Appendix H.

<div style="text-align:center">

19

</div>

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

73.     I then repeated this test by changing the class I removed to a different one: the class PrinterID in the source file PrinterID.java of the package android.print.  This class "represents the unique ID of a printer" according to the Android documentation.

74.     Again, when I attempted the build, it failed.  I verified this result by looking at the build output, which did not contain the system image files required to run Android on a device.  I include the build scripts verifying this failure in Appendix I.

75.     I then repeated this test a third time by changing the class I removed to a different one: the class StorageManager in the source file StorageManager.java of the package android.os.storage.  This class provides an interface to the underlying systems storage service, including security and encrypting aspects of storage.

76.     Here too, when I attempted the build, it failed.  I verified this result by looking at the build output, which did not contain the system image files required to run Android on a device.  I include the build scripts verifying this failure in Appendix J.

77.     I would expect to get the same results no matter which class file I remove.  It is therefore my opinion that Android fails to build when any one of the classes in the 117 Android API packages has been removed.

> **d)     Android will not build when the declaring code for a single method in one of the 117 Android API packages is removed.**

78.     For my next test, I removed method declarations for a single source code file belonging to one of the 117 Android API packages from the Android source tree.  I removed the declaration for the method getWifiState of the class WifiManager in the API package android.net.wifi.

79.     When I attempted the build, it failed, producing the error log contained in Appendix K.

80.     I then repeated this test by changing the method from which I removed the declaration to a different one, I removed the declaration for the method pingSupplicant in the same class, WifiManager.

81.     Again, when I attempted the build, it failed, producing the error log contained in Appendix L.

82.     I would expect to get the same results no matter which method declaration I remove.  It is therefore my opinion that Android fails to build when any one of the method declarations in the 117 Android API packages has been removed.

### 3.     Non-Accused Java APIs

#### a)     Android will not build when all 14 of the non-accused Java API packages are removed.

83.     For my next test, I removed all source code files belonging to the non-accused 14 Java API packages from the Android source tree.[3]  I did not delete the actual directories containing any of these source code files.

84.     When I attempted the build, it failed.  Like Dr. Schmidt, I verified this result by looking at the build output, which did not contain the system image files required to run Android on a device.  I include the build scripts verifying this failure in Appendix M.

85.     As Dr. Schmidt found when he removed all 37 Java API packages from his build, my build illustrates that Android is unusable without the presence of the 14 non-accused Java API packages.

---

[3] These include the following Java API packages that were originally asserted in this case but later dropped:

| java.math | javax.xml | javax.xml.transform | javax.xml.validation |
|---|---|---|---|
| java.util.concurrent | javax.xml.datatype | javax.xml.transform.dom | javax.xml.xpath |
| java.util.concurrent.atomic | javax.xml.namespace | javax.xml.transform.sax | |
| java.util.concurrent.locks | javax.xml.parsers | javax.xml.transform.stream | |

> **b)** **Android will not build if any one of the 14 non-accused Java API packages is removed.**

86.     For my next test, I removed all source code files belonging to one of the 14 non-accused Java API packages from the Android source tree: the API package java.math.

87.     When I attempted the build, it failed.  I verified this result by looking at the build output, which did not contain the system image files required to run Android on a device.  I include the build scripts verifying this failure in Appendix N.

88.     I then repeated this test by changing the Java API package I removed to a different one, java.util.concurrent.

89.     Again, when I attempted the build, it failed.  I verified this result by looking at the build output, which did not contain the system image files required to run Android on a device.  I include the build scripts verifying this failure in Appendix O.

90.     I would expect to get the same results no matter which package I remove.  It is therefore my opinion that Android fails to build when any one of the 14 non-accused Java API packages has been removed, just as Dr. Schmidt concluded when he removed one of the accused 37 Java API packages.

> **c)** **Android will not build if a single class from the 14 non-accused Java API packages is removed.**

91.     I performed a similar analysis for a single class in java.math, the class BigInteger in the source code file BigInteger.java.

92.     When I removed the class BigInteger, the build failed.  I verified this result by looking at the build output, which did not contain the system image files required to run Android on a device.  I include the build scripts verifying this failure in Appendix P.

93.     I would expect to get the same results no matter which class I remove.  It is therefore my opinion that Android fails to build when any one of the 14 non-accused Java API classes has been removed.

> **d)     Android will not build if the method declarations from a single class from the 14 non-accused Java API packages are removed.**

94.     For my next test, I removed method declarations for a single source code file belonging to one the 14 non-accused Java API packages.  Specifically, I removed the method declarations for all the methods of the class BigInteger in the Java API package java.math.

95.     When I attempted the build, it failed, producing the error log contained in Appendix Q.

96.     I would expect to get the same results no matter which method declarations I remove from which class of the 14 non-accused Java API packages.  It is therefore my opinion that Android fails to build when the method declarations for any one of the 14 non-accused Java API classes has been removed.

> **4.     Other Android Components**

97.     I performed similar analyses by removing other portions of the Android source code (code from outside the "Core Libraries" of the Android Runtime) and trying to create a build.  Specifically, I removed—one by one—the following components from Android: (a) com.android.settings.search.SearchIndexableRaw; (b) com.android.server.wifi.WifiMonitor; and (c) com.android.colorpicker.ColorPickerDialog.  In each case, when I attempted the build, it failed, producing the error logs contained in Appendices R, S, and T.  I verified this result by looking at the build output, which did not contain the system image files required to run Android on a device.  I therefore conclude as a general matter that Android fails to build even when classes outside of the Core Libraries have been removed.

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

\*       \*       \*

98.     Based on the fact that the system does not compile without some or all of the 37 API packages, Dr. Schmidt analogized them to a "brain stem, heart or pancreas"—even though they "represent fractional shares of a human being's overall body mass, their surgical removal would clearly be of far greater consequence than the amputation of an entire limb."  Schmidt Opening Report ¶ 78.  According to this flawed logic, (a) the 117 Android API packages developed by Google; (b) the additional 14 Java API packages not accused of copyright infringement; and (c) other portions of the Android platform outside of the Core Libraries are *all* akin to the brain stem, heart or pancreas—removal of any one (or even part of any one) results in the same consequence as removal of one or more of the 37 Java API packages (or the method declarations thereof).  Of course, that cannot be correct, and proves the flaw underlying both the methodology and the analogy.

99.     Because any build process is exacting, Dr. Schmidt's methodology of removing source code from the Android code base simply leads to the predictable result that a system image cannot be successfully compiled.  Indeed, this would be true for most high-level programming languages/source code, including languages like C++.  Unlike, for example, a car, that might be able to continue driving if it is missing a hubcap or antenna or headlights, computer programmers understand that taking out pieces of source code—even trivial pieces—would result in either build failures or a modification of the underlying logic of the code.[4]

100.    I therefore disagree with the methodology applied by Dr. Schmidt, as well as the conclusions he derives from it.

---

[4] These results also highlight the fallacy in Dr. Kemerer's statement that "[t]he implementing code serves no purpose without the declaring code that describes it and invokes it."  Kemerer Opening Report ¶ 25.  Although implementing code may not be useful if it cannot be invoked, calling declaring code is likewise nugatory if there is no implementing code there to invoke.  As I stated in my opening report, computers are very literal, and taking one little piece of a complete suite of source code away can lead to a failure to work at all.

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

IV.     COMPATIBILITY ISSUES

    A.     Background Regarding Java and Android

        1.     The Java Programming Language and Java Platform

101.     Java is one of the most popular programming languages, a fact that is often

attributed to Android.  *See* http://www.tiobe.com/index.php/content/paperinfo/tpci/index.html.

102.     Dr. Schmidt at times conflates or confuses the Java programming language and

the Java Platform.  As noted in my opening report, according to Oracle, "Java technology is both

a programming language and a platform. The Java programming language is a high-level object-

oriented language that has a particular syntax and style. A Java platform is a particular

environment in which Java programming language applications run."  Astrachan Opening Report

¶ 94 (quoting OAGOOGLE0024805825 at -34 (Oct. 4, 2006); OAGOOGLE0025057076 at -88

(May 29, 2009); Your First Cup: An Introduction to the Java$^{TM}$ EE Platform at 11 (April 2012)

(*available at* http://docs.oracle.com/javaee/6/firstcup/doc/firstcup.pdf);

http://docs.oracle.com/javaee/6/firstcup/doc/gkhoy.html).

103.     As such, I disagree with Dr. Schmidt's assertion that "[t]he Java platform contains

three distinct resources: the Java Language, the Java Virtual Machine, and the Java API

packages."  Schmidt Opening Report ¶ 29.  Oracle's own documentation does not describe the

language as part of the platform; instead, it defines the platform as an environment that runs

programs written in the language.  *Id.*  Specifically, Oracle defines the "platform" itself as

comprised of two components—the Java Virtual Machine and the Java APIs:

> All Java platforms consist of a Java Virtual Machine (VM) and an
> application programming interface (API). The Java Virtual
> Machine is a program, for a particular hardware and software
> platform, that runs Java technology applications. An API is a
> collection of software components that you can use to create other
> software components or applications. Each Java platform provides
> a virtual machine and an API, and this allows applications written

for that platform to run on any compatible system with all the advantages of the Java programming language: platform-independence, power, stability, ease-of-development, and security

OAGOOGLE0024805825 at -34 (Oct. 4, 2006); OAGOOGLE0025057076 at -88 (May 29, 2009); Your First Cup: An Introduction to the Java[TM] EE Platform at 11 (April 2012) (*available at* http://docs.oracle.com/javaee/6/firstcup/doc/firstcup.pdf);

http://docs.oracle.com/javaee/6/firstcup/doc/gkhoy.html.  This is consistent with Dr. Schmidt's description of the Java Runtime Environment (JRE).

104.    That said, as discussed in my opening report, the Java programming language is inextricably intertwined with the use of the underlying class libraries as presented by the corresponding API:

> *When most people think of the Java programming language, they think of the Java SE API. Java SE's API provides the core functionality of the Java programming language.* It defines everything from the basic types and objects of the Java programming language to high-level classes that are used for networking, security, database access, graphical user interface (GUI) development, and XML parsing.
>
> In addition to the core API, the Java SE platform consists of a virtual machine, development tools, deployment technologies, and other class libraries and toolkits commonly used in Java technology applications.

OAGOOGLE0024805825 at -35 (Oct. 4, 2006); OAGOOGLE0025057076 at -89 (May 29, 2009); Your First Cup: An Introduction to the Java[TM] EE Platform at 12 (April 2012) (*available at* http://docs.oracle.com/javaee/6/firstcup/doc/firstcup.pdf);

http://docs.oracle.com/javaee/6/firstcup/doc/gkhoy.html (emphasis added); *see also* Henrik Stahl Dep. Ex. 1413 ("Due to Java's long history there are many libraries that support well established standards and functions as well as newer ones added over time.  Many of these are the standard libraries that are part of the Java language."  Oracle's own witnesses have testified that the Java

26

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

APIs are a critical part of the language, and that the language is dependent on the APIs.  Smith Dep. Tr. at 22:16-23:2; Barr Dep. Tr. at 57:8-19.

105.    Notably, by the time programs are run, they are no longer in the form of the Java programming language; rather, they have been compiled from source code into bytecode.  Thus, a Java "platform" doesn't really *include* the Java programming language—it simply runs programs written in that language, but only after they have been compiled into bytecode.  (In fact, other languages can be used in a JVM instead of Java; for example, Clojure. http://clojure.org/.)

106.    Dr. Schmidt notes that the JRE "provid[es] an abstracted, platform-independent execution environment for the bytecode."  Schmidt Opening Report ¶ 40.  In the same paragraph he notes that "[t]his portability of programs in Java bytecode form is the hallmark of the platform that underpins the 'Write Once, Run Anywhere' philosophy."  Later in this rebuttal report I discuss the difference between a philosophy and what works on multiple platforms in terms of "debugging everywhere."

107.    Here I note that the user interface APIs supplied with Java SE 5—both AWT and Swing—have been viewed by large parts of the programming community as lacking platform independence at runtime.  GUI and user-interface components might work on a Windows machine, but not on a machine running the Mac OS or Linux and vice-versa.

108.    This lack of platform independence for Java programs with graphical user interfaces is acknowledged in a Sun/Oracle publication from 2004.  "To be platform-independent, Java could provide only such elements and features that had counterparts on all

supporting platforms. Today, we know that this was not enough for rich client applications."

https://community.oracle.com/docs/DOC-983327.[5]

### 2.  API Packages as Implemented in Java SE

109.   In discussing the Java API packages, Dr. Schmidt notes that "Developers get the Java API packages within the Java platform via the Java Development Kit ('JDK')."  Schmidt Opening Report ¶ 44.  As noted in my opening report, the Java API packages are also available from various other sources, including OpenJDK, GNU Classpath, and Apache Harmony.  Today there are additional Java class libraries; for example, RedHat's IcedTea project.

110.   In my opening report, I discussed how Java API packages are organized. Astrachan Opening Report ¶¶ 72-78.  Dr. Schmidt provides a similar background discussion. Schmidt Opening Report ¶¶ 45-55.

111.   To demonstrate some of the same concepts discussed in my opening report, Dr. Schmidt uses the example of the java.text package, the class "RuleBasedCollator," and the method "getCollationElementIterator."  There are some interesting points to note about that example, as well as similar examples in the java.text API package.

112.   First, among the java.text API package are numerous classes that were contributed by IBM and its subsidiary Taligent.  Those classes are part of the open-source International Components for Unicode (ICU) project, which relates to "Unicode."  Unicode "provides a unique number for every character, no matter what the platform, no matter what the program, no matter what the language."  http://unicode.org/standard/WhatIsUnicode.html. Unicode is a standard that has been adopted by various high-tech companies, including Apple, Microsoft, and Oracle.  http://unicode.org/standard/WhatIsUnicode.html.

---

[5] This issue continues with new releases of Java; for example, Swing/GUI programs that work correctly in Java 7 stop working correctly in Java 8 as noted in http://stackoverflow.com/questions/22737535/swing-rendering-appears-broken-in-jdk-1-8-correct-in-jdk-1-7.

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

113.    A history of the project and IBM's contributions to Sun's Java API libraries implementing Unicode and other internationalization efforts is available here:  http://www.icu-project.org/docs/papers/history_of_java_internationalization.html ("Getting Java ready for the world: A brief history of IBM and Sun's internationalization efforts").

114.    As explained on the ICU Home Page, "ICU is a mature, widely used set of C/C++ and Java libraries providing Unicode and Globalization support for software applications. ICU is widely portable and gives applications the same results on all platforms and between C/C++ and Java software."  http://site.icu-project.org/.  With respect to Java specifically, "IBM and the ICU team played a key role in providing globalization technology into Sun's Java."  http://site.icu-project.org/.

115.    This is reflected in the source code that implements the java.text API package. For example, the following classes  ("ICU-related APIs") within the java.text API package all have copyright notices from IBM and Taligent:

| | | |
|---|---|---|
| Bidi.java | DateFormatSymbols.java | NumberFormat.java |
| BreakDictionary.java | DecimalFormat.java | ParseException.java |
| BreakIterator.java | DecimalFormatSymbols.java | ParsePosition.java |
| CharacterIterator.java | DictionaryBasedBreakIterator.java | PatternEntry.java |
| ChoiceFormat.java | DigitList.java | RBCollationTables.java |
| CollationElementIterator.java | EntryPair.java | RBTableBuilder.java |
| CollationKey.java | FieldPosition.java | RuleBasedBreakIterator.java |
| CollationRules.java | Format.java | RuleBasedCollator.java |
| Collator.java | MergeCollation.java | SimpleDateFormat.java |
| DateFormat.java | MessageFormat.java | StringCharacterIterator.java |

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

Notably, this list includes the class "RuleBasedCollator" that Dr. Schmidt uses an example, which includes the method "getCollationElementIterator."

116.    As to the copyright notices, the source code files reflect the following:

```
/*
 * (C) Copyright Taligent, Inc. 1996, 1997 - All Rights Reserved
 * (C) Copyright IBM Corp. 1996-1998 - All Rights Reserved
 *
 *   The original version of this source code and documentation is copyrighted
 * and owned by Taligent, Inc., a wholly-owned subsidary of IBM. These
 * materials are provided under terms of a License Agreement between Taligent
 * and Sun. This technology is protected by multiple US and International
 * patents. This notice and attribution to Taligent may not be removed.
 *   Taligent is a registered trademark of Taligent, Inc.
 *
 */
```

TX 623 (example from RuleBasedCollator.java class from java.text package).

117.    Conversely, only 5 of the 35 classes identified by Dr. Schmidt as being within the java.text package appear to have been contributed by Sun instead of IBM/Taligent, based on the copyright notices:  Annotation.java; AttributedCharacterIterator.java; AttributedString.java; CharacterIteratorFieldDelegate.java; and DontCareFieldPosition.java.

118.    In sum, it is my understanding that the code for RuleBasedCollator was contributed by IBM/Taligent and derived from their ICU-related internationalization efforts.  The same thing is true for the 29 other classes in the java.text API package listed above.  I therefore disagree with Dr. Schmidt that these are examples of source code that Sun/Oracle created.  *See* Schmidt Opening Report ¶¶ 45, 47.  Furthermore, because the analysis of Oracle's experts does not appear to account for situations in which Oracle does not in fact hold all rights to the allegedly infringed material, I do not believe that it is accurate.

119.    IBM made these ICU-related APIs publicly available as a part of ICU 2.2 in 2002. *See, e.g.,* http://source.icu-project.org/repos/icu/icu4j/tags/release-2-

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

2/src/com/ibm/icu/text/RuleBasedCollator.java.  And they are still available today.  *See, e.g.,*

http://source.icu-project.org/repos/icu/icu4j/tags/release-56-

rc/main/classes/collate/src/com/ibm/icu/text/RuleBasedCollator.java.[6]

120.     Notably, "ICU is released under a nonrestrictive open source license that is

suitable for use with both commercial software and with other open source or free software."

http://site.icu-project.org/.  Specifically, the licensing terms for Unicode Data Files and Software,

including these ICU-related APIs, provide as follows:

> Permission is hereby granted, free of charge, to any person
> obtaining a copy of the Unicode data files and any associated
> documentation (the "Data Files") or Unicode software and any
> associated documentation (the "Software") to deal in the Data Files
> or Software without restriction, including without limitation the
> rights to use, copy, modify, merge, publish, distribute, and/or sell
> copies of the Data Files or Software, and to permit persons to
> whom the Data Files or Software are furnished to do so, provided
> that
> (a) this copyright and permission notice appear with all copies of
> the Data Files or Software,
> (b) this copyright and permission notice appear in associated
> documentation, and
> (c) there is clear notice in each modified Data File or in the
> Software as well as in the documentation associated with the Data
> File(s) or Software that the data or software has been modified.

http://source.icu-project.org/repos/icu/icu/trunk/license.html.

### 3.      API Packages as Implemented in Android

121.     Dr. Schmidt notes that Android includes the 37 Java API packages and additional

API packages that Google developed.  Schmidt Opening Report ¶ 57.  As noted in my opening

report, Android also contains 14 other Java API packages.  Astrachan Opening Report ¶ 131.

122.     In any event, as explained in detail in my opening report, Google's use of the 37

API packages in a different context—a full-stack mobile platform—is different from Oracle's

---

[6] A full set of the ICU-related API releases is available here:  http://source.icu-project.org/repos/icu/icu4j/tags/.

use of those 37 API packages in the context of the Java SE platform.  In Android, the 37 Java

API packages are approximately one-fifth of the total number of API packages in the Core

Libraries of the Android Runtime, which itself is but a small part of the overall Android

architecture.  Given the way in which the 37 Java API packages have been implemented, I

disagree with Dr. Schmidt's conclusion in paragraph 57 of his opening report.

   123. With respect to illustrating the organization of packages, classes, and methods in

Android, Dr. Schmidt continues his example of the package java.text, the class

"RuleBasedCollator," and the method "getCollationElementIterator()."  Schmidt Opening Report

¶¶ 60-62.  As reflected in the documentation for Android, this class is "based on the ICU

RuleBasedCollator which implements the CLDR and Unicode collation algorithms."

http://developer.android.com/reference/java/text/RuleBasedCollator.html.  In other words,

Google's Android documentation points back to IBM's underlying work on the ICU project,

which work it contributed to Sun for incorporation into Java, and has freely licensed.

   124. This is apparent in the code itself.  For example, the source code for the method

getCollationElementIterator() is as follows:

```
/**
 * Obtains a {@code CollationElementIterator} for the given
 * {@code CharacterIterator}. The source iterator's integrity will be
 * preserved since a new copy will be created for use.
 *
 * @param source
 *          the source character iterator.
 * @return a {@code CollationElementIterator} for {@code source}.
 */
public CollationElementIterator getCollationElementIterator(CharacterIterator source) {
    if (source == null) {
        throw new NullPointerException("source == null");
    }
    return new CollationElementIterator(icuColl.getCollationElementIterator(source));
}
```

https://android.googlesource.com/platform/libcore/+/jb-mr2-release/luni/src/main/java/java/text/RuleBasedCollator.java (at lines 306-20).

125.    This code serves as a thin "wrapper" class that calls into ICU4NJ implementation code that is open-source licensed.  That is, the actual implementation is code provided by ICU. *See* https://android.googlesource.com/platform/libcore/+/jb-mr2-release/luni/src/main/java/libcore/icu/RuleBasedCollatorICU.java; https://android.googlesource.com/platform/libcore/+/android-5.0.2_r1/luni/src/main/java/libcore/icu/CollationElementIteratorICU.java.

126.    In other words, for ICU-related Java APIs (*e.g.*, getCollationElementIterator()), Google provides an implementation that simply calls into a collection of ICU implementation code (identified by "icuColl").  Both the API—including the specific Java class identified by Dr. Schmidt—and the implementation is based on code contributed by third parties (*e.g.*, IBM), which has been freely licensed to software developers.

## B.    The Java Platform and Compatibility Generally

### 1.    Java and the Development Community

127.    Java was neither the first nor the last object-oriented programming language. Indeed, numerous other programming languages implement object-oriented programming techniques.  For example, besides Java, I also teach C++ and Python, both of which are object-oriented programming languages.  Objective C and Swift, both of which are used to program for Apple's iOS, are also object-oriented languages.  There are many other object-oriented languages (including Dart, Perl, Ruby, and Smalltalk).

128.    As discussed in paragraphs 204-220 of my opening report, Sun borrowed many techniques from other languages, including C and C++, when developing Java.  This includes the

use of libraries of pre-written functions. Certainly, Java was not the first language to use APIs to invoke pre-written programs that developers can reuse.

129.     Moreover, in many cases Java used the same or similar names for the same functions from other languages, as discussed in detail in my opening report. Indeed, to the extent that Dr. Schmidt opines that "Java API packages offer easy-to-learn expressions to invoke" those functions, Schmidt Opening Report ¶ 67, that ease can largely be attributed to the degree to which Java borrowed programming techniques, function names, and library organization from other languages, including C++ (or to the degree to which Java shares them with other more recent programming languages).[7]

### 2.     Write Once, Run Anywhere

130.     Separately, Dr. Schmidt contends that Sun and Oracle have "consistently emphasized the importance of compatibility, as reflected in their 'Write Once, Run Anywhere' *philosophy*." Schmidt Opening Report ¶ 70 (emphasis added). He uses the term "philosophy" in numerous different places in his report. *Id.* ¶¶ 25, 27, 31, 37. Elsewhere he calls it a "paradigm." (Section IX heading; ¶ 119). Tellingly, Dr. Schmidt never describes compatibility as a "requirement."

131.     Based on my attendance at the first trial, I understand that if someone wants to portray themselves as compliant with the Java SE Specification and use related (trademarked) Java logos, they have to prove themselves compatible with Java by passing the JCK (aka Technology Compatibility Kit (TCK)) test suites. I similarly understand that Google never sought to portray Android as compliant with the Java SE Specification; rather, as discussed in detail in my opening report, Android used only a relatively small part of the overall Java platform—51 of the 162 Java API packages that comprise Java SE 1.4 and 5.0, only 37 of which

---

[7] *See* Astrachan Opening Report ¶ 204 (quoting Sun documents and James Gosling).

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

are at issue in this case.  And that only relates to the libraries in the Android Runtime.  There are many additional libraries in the Android platform, as well as many other layers in the Android platform, as shown in the following:



Illustrated another way:

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY



132.    Given Google's goal to create a full-stack mobile operating system rather than another implementation of the Java platform, I disagree with Dr. Schmidt's suggestion that Android had to implement all of the Java APIs and make itself compatible with all of Java. (Illogically, Dr. Schmidt's opinion suggests that the issue is not that Android copied the SSO for the 37 Java API packages, but that it did not copy the SSO for *all* of the Java API packages.) Simply put, because Google never tried to pass Android off as implementing any particular Java specification, there was never any requirement for Google to be compatible and pass the JCK. *See* Trial Tr. (Schwartz) at 1975:3-1977:3, 2010:5-12; Trial Tr. (Schmidt) at 1474:19-23; TX 2341.

133.    In any event, the Write Once, Run Anywhere "philosophy" was just that—a philosophy.  Far from guaranteeing portability, Java has been criticized by the programming

36

community, which adopted the phrase "write once, debug everywhere" to describe Java.

http://electronicdesign.com/embedded/write-once-debug-everywhere.

134.    Setting aside whether the Write Once, Run Everywhere philosophy proved true for a single Java Specification, Sun and Oracle released numerous different specifications that were not compatible with one another.  For example,

- Java source code (and bytecode) for Java SE 6 is not compatible with the specification for Java SE 5.

- Java source code (and bytecode) for any version of Java EE is not compatible with the specification for Java SE or Java ME.

- Java source code (and bytecode) for any version of Java ME is not compatible with the specification for Java SE or Java EE.

- Java source code (and bytecode) for a version of Java ME is largely incompatible with any other version of Java ME.

In this way, Sun and Oracle themselves fragmented the Java platform across numerous different versions and specification, such that programmers were, as a practical matter, not able to "write once, run anywhere."  This is also illustrated by way of the Oracle documentation that Dr. Schmidt relies on in footnote 5 of his opening report (citing

http://www.oracle.com/technetwork/java/javase/8-compatibility-guide-2156366.html); *see also* Kemerer Opening Report, App. S (illustrating that the Java ME APIs are a subset of Java SE).

135.    Sun's own documentation acknowledges such fragmentation between and among various different Java platform specifications.  For example, TX 3508—an internal Sun presentation—recognized that Java was "Fragmented between Java SE and Java ME, and between Java ME Mobile and TV and within Mobile and TV."

136.    Fragmentation was always particularly acute within Java ME, with two versions (CLDC and CDC) and multiple sub-versions (MIDP, MIDP 2.0, and MIDP 3.0 under CLDC, and MIDP 2.0 and MIDP 3.0 under CDC).  *See, e.g.,* April 19, 2012 Trial Tr. at 724:24-725:20;

*see also, e.g.,* Barr Dep. Ex. 1385 (OAGOOGLE2000462635-38); Barr Dep. Ex. 1373
(OAGOOGLE0012917834-36); Kemerer Opening Report, App. S (illustrating that the Java ME
APIs change between and among the different CDC and CLDC configurations).

137.    Along these lines, although Dr. Kemerer refers to "the Java platform" at times in
his report, *e.g.,* Kemerer Opening Report ¶ 20, in many places he concedes that there is not a
single Java platform, but instead a number of different and incompatible platforms.  For
example, Dr. Kemerer acknowledges that a Java program written "for one platform" will "run
and behave the same way" only when the target system has "the necessary Java platform
resources."  Kemerer Opening Report ¶ 19.  In other words, a programmer will write a program
"for a specific Java platform" and that software will only be expected to run on a system that has
"the Java Runtime for that Java platform."  *Id.*  Dr. Kemerer also admits this when referring to
"[c]ompatibility within defined Java specifications" (plural) in paragraph 184.  And he admits
that Java provides only "relative certainty" that a program will run across multiple devices.
Kemerer Opening Report ¶¶ 185-86.

### 3.    OpenJDK

138.    I also disagree with Dr. Schmidt's (and Dr. Kemerer's) suggestion that
fragmentation generally, and subsetting or supersetting specifically, violates some inherent set of
requirements as defined by one or another particular Java specification.

139.    As discussed above, while it may be true that in order to have an implementation
of a Java specification that is officially deemed "compatible" the implementation must pass the
corresponding Java Compatibility Kit (JCK) tests, it is not true that one can only distribute
compatible implementations.  Indeed, as discussed in my opening report at paragraphs 258-260,
in 2007 Sun chose to make Java SE open-source software by releasing OpenJDK under the GNU
General Public License, version 2.0, with Classpath Exception (GPL-2.0-CE license).  The GPL-

2.0-CE license does not require compatibility with Sun/Oracle's implementation or the JCK.  *See* Smith Dep. Tr. at at 226:1-5; Stahl Dep. Tr. at 259:15-20.

140.    In its related Java FAQ, Sun acknowledged the possible reuse of only certain packages included under the GPL-2.0-CE license.  Specifically, Sun recognized that, by releasing OpenJDK under the GPL-2.0 and GPL-2.0-CE licenses, it was allowing for the creation of Java implementations that might not comply with the Java specification:

> Q: Can someone create and distribute an implementation that isn't compatible with the Java specification using this code?
>
> A: Yes. We do not recommend or endorse that action, however. In addition, they cannot label that implementation with the Java Compatible or Java Powered (for Java ME) brand and logo. These brands are your assurance that an implementation has passed the relevant TCKs.
>
> Q: Can someone create software that doesn't even implement Java, but uses pieces of the OpenJDK code commons? What are the limitations, if any?
>
> A: Yes. There are no limitations. But there is an obligation to meet the requirements of the GPL (plus Classpath and Assembly exceptions if appropriate).

GOOG-00000221 (at -240); GOOG-00000316 (at -335).

141.    Sun similarly acknowledged that open-sourcing the Java SE platform (under the GPL-2.0 license and GPL-2.0-CE license) might lead to implementations on platforms not supported by Sun:

> Q: What impact do you see open sourcing the JDK will have on bringing Java to platforms that Sun may not be directly interested in supporting? For instance, could the community provide an implementation for a game console? Can a bunch of like-minded engineers simply approach the console manufacturer and offer to compile a JVM for them for free from the OpenJDK sources?
>
> A: Great question - because we think one of the most important benefits of open-sourcing Sun's platform implementations will be the new

platforms that will be supported by the community. And to your point - once the complete JDK is available under the GPL, it will be free software, and developers will be able to use it in any way they see fit, as long as they abide by the GPL, including publishing any modifications to the platform they might make, benefiting the whole Java technology ecosystem. We think there are many opportunities to bring Java to new platforms, and neither licensing nor technology really stands in the way in most cases.

GOOG-00000221 (at -253); GOOG-00000316 (at -348).

### C.  Java Compatibility Kit

142.    In Section IX.A. of his opening report, Dr. Schmidt addresses issues related to the JCK.

143.    As Dr. Schmidt notes, the JCK "is used by Oracle to confirm compatibility of alleged implementations of Java with the adopted specification of the JCP."  Schmidt Opening Report ¶ 98.  Dr. Schmidt does not explain why the JCK would apply to Android, which is not an alleged implementation of any particular Java specification.  As such, I do not understand the purpose of this section of his report; it seems irrelevant as a technical point.

144.    For the reasons discussed above and in my opening report, Google does not represent that Android is a Java platform—that is, an implementation of a Java specification.  As such, I would have no expectation that Android would pass any JCK.

145.    Notably, Dr. Schmidt does not identify any assertion by Google that Android implements a Java specification that the JCK testing performed by Dr. Reinhold rebuts.  Nor am I aware of any such representation by Google.  To the contrary, based on my evaluation of Android and attendance at the first trial, I understand that Android was designed specifically for mobile environments, for which the Java platform in its entirety was not well-suited.  This is discussed in detail in my opening report, and I incorporate that discussion here.

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

146.     I do not have access to the JCK tests performed by Dr. Reinhold.  As I understand it, those tests are proprietary to Oracle and have not been produced or otherwise made available via discovery.  I cannot, therefore, verify the testing performed by Oracle's employees.  Nor can I verify the summary tables of error types provided in Dr. Schmidt's opening report.

147.     I do note, however, that the JCK tests applied by Dr. Reinhold and his colleagues at Oracle do not appear to relate to the copyrights at issue in this matter.  That is, I understand that this case relates to Java SE 1.4 and 5.  But Dr. Reinhold did not apply the JCK for Java SE 1.4 and/or 5; Dr. Reinhold instead ran the JCK tests for Java SE 6 and 7.

148.     As Dr. Schmidt notes in Appendix D to his opening report, Java SE 6 implements more API packages than Java SE 5.  And Java SE 7 implements more API packages than Java SE 6.  I would therefore expect that Java SE 5 cannot pass the JCK for Java SE 6 and 7, even if that version of Java SE 5 implements every one of the API packages from the specification for Java SE 5.  This is in line with the reasoning provided by Dr. Schmidt.  Schmidt Opening Report ¶ 98.

149.     In any event, despite not having access to the JCK tests and therefore being unable to verify Dr. Schmidt's opinions with respect to particular packages and classes, I would not be surprised as a general matter if Android did not pass the JCK tests.  Again, Android never tried to implement or be compatible with any full Java specification—it used 37 Java API packages as part of a much large software platform for mobile devices.

150.     Dr. Schmidt's testing demonstrates that Google transformed those API packages in the process.  As Tables 2-5 illustrate, even as to the 37 Java API packages, Google modified certain packages, taking some classes out and adding others in as part of Google's efforts to tailor Android for the mobile environment.  In addition, Google had to develop various mobile-

specific APIs—including those in the Android API packages—for inclusion in the Android

Runtime's Core Libraries, which are not a part of the libraries for the Java platform.  *See*

Astrachan Opening Report ¶¶ 120, 136, and 141.  All of this illustrates the degree to which

Google did not simply copy method declarations and the SSO wholesale, but rather chose to

implement particular classes and methods in the context of a mobile environment (while leaving

others behind, and adding many more in addition)—points I discuss in detail in my opening

report.

> ### D.      Bytecode Compatibility
>
> #### 1.      Background

151.     Dr. Schmidt's opening report reflects a misunderstanding regarding the Android

Runtime generally.  As noted in my opening report, the Dalvik Virtual Machine (Dalvik VM)

was removed as of Android 5.0 Lollipop, and replaced with the ART (which stands for Android

Runtime).  *See* https://www.android.com/versions/lollipop-5-0/#features ("ART, an entirely new

Android runtime, improves application performance and responsiveness").  Astrachan Opening

Report ¶ 116.

152.     As Google explains in its public documentation, "Android runtime (ART) is the

managed runtime used by applications and some system services on Android. ART and its

predecessor Dalvik were originally created specifically for the Android project. ART as the

runtime executes the Dalvik Executable format and Dex bytecode specification."

https://source.android.com/devices/tech/dalvik/.

153.     ART is not, as Dr. Schmidt suggests, a virtual machine.  Schmidt Opening Report

¶¶ 56, 63-64, and 108.  Whereas the Dalvik VM interpreted .dex bytecode at runtime, ART uses

ahead-of-time compilation.  https://source.android.com/devices/tech/dalvik/ ("ART introduces

ahead-of-time (AOT) compilation, which can improve app performance. ART also has tighter install-time verification than Dalvik.").

154.    ART is not a virtual machine because it does not do runtime interpretation of bytecode. ART is altogether different from a Java Virtual Machine (Java VM); it does not interpret programs in the way a Java VM does, as explained by Dr. Schmidt.

155.    To perform AOT compilation, ART uses something called the dex2oat tool. This compilation tool takes .dex files from application packages (.apk's) and performs additional on-device compilation at the time of installation.  https://source.android.com/devices/tech/dalvik/ ("At install time, ART compiles apps using the on-device dex2oat tool. This utility accepts DEX files as input and generates a compiled app executable for the target device. The utility should be able to compile all valid DEX files without difficulty.")  As such, the dex2oat tool creates a system-dependent binary version of the executable application, which is fundamentally different than interpreting platform-independent bytecode in a virtual machine.

156.    Because of AOT compilation, ART may take longer to install applications; however, the runtime performance of those applications is generally much improved. This has been verified with performance testing conducted by independent third parties. https://blog.newrelic.com/2014/07/07/android-art-vs-dalvik/.

157.    In short, to the extent that Dr. Schmidt talks about an "Android virtual machine," I disagree with him. Schmidt Opening Report ¶¶ 63-64, 107, and 109. There is no such thing as an "Android virtual machine." Rather, Android used the Dalvik VM in versions up to and including Android 4.4 (KitKat), incorporated the ART as an alternative runtime in Android 4.4, and made ART the exclusive runtime as of Android 5.0 (Lollipop and Marshmallow).

158.    For these reasons, I also disagree with Dr. Schmidt's discussion of the execution

environment for Android applications.  That execution environment is not the same across

Android.  Furthermore, for those Android versions with ART, there is no virtual machine—

Dalvik or otherwise.  Accordingly, Figure 8 of Dr. Schmidt's opening report is not accurate.  (It

is also not accurate in its reference to a "dex compiler."  I believe this may refer to the dx tool,

which I discuss in further detail below.)

159.    As for the Dalvik VM itself, I agree with Dr. Schmidt that it is different from a

Java VM.  Schmidt Opening Report ¶ 63.  As a technical matter, that difference reflects the

different mobile environment for which Android was developed, as discussed in detail in my

opening report.

160.    As Dan Bornstein explained in a presentation from back at the time of Android's

launch, the Dalvik VM "is a virtual machine to . . .

- run on a slow CPU

- with relatively little RAM

- on an OS without swap space

- <span style="color:red">while powered by a battery</span>

TX 32 at 7 ("Dalvik VM Internals") (red-lettered emphasis in original).

161.    Given the constraints of the mobile environment, the Dalvik VM was—

deliberately—designed in ways that differ from a Java VM.  To address the smaller amount of

memory available on early smartphones, Google developed the more efficient .dex file format

that used shared constant pools.  TX 32 at 10-22;

https://source.android.com/devices/tech/dalvik/dalvik-bytecode.html.  (Oracle itself recognized

that Dalvik bytcode had "more compact linkage data structures" because of this shared constant

44

pool, and even went so far as to say that approach might "stimulate the Java world to update the classfile format standard in that direction.  Rose Dep. Ex. 552 at -754-55 (GOOGLE-00-00000754-59).)

162.    Also, unlike Java VMs, which were stack machines, the Dalvik VM was a register machine.  TX 32 at 36; https://source.android.com/devices/tech/dalvik/dalvik-bytecode.html.  This different approach led to a variety of efficiencies, including 30% fewer instructions and 35% fewer code units.  TX 32 at 37.  And although it used 35% more bytes in the instruction scheme, it got to consume two at a time.  *Id.*  As such, the architecture of the Dalvik VM was better suited to a mobile environment than a Java VM.  TX 32 at 36-49.  (Here, too, Oracle recognized that the "Dalvik bytecode design executes Java code in less power (fewer CPU and memory cycles) . . . ."  Rose Dep. Ex. 552 at -754 (GOOGLE-00-00000754-59).)

163.    Dr. Schmidt explains that source code written in the Java programming language is first compiled to .class files before being converted to Dalvik bytecode in a .dex file (Dalvik executable).  Schmidt Opening Report ¶ 64.  Along those lines, Dr. Schmidt also explains that compiling an Android application involves the dx tool, which transforms bytecode from the .class format to the .dex format.  Schmidt Opening Report ¶ 110.  But in Figure 8 of Dr. Schmidt's opening report, the depiction of a "dex compiler" is incorrect given my understanding of Android.  The dx tool is not a compiler; it converts code from the .class format to the .dex format by eliminating various redundancies to provide a more compact package.  *See* TX 32.

### 2.    Analysis

164.    Dr. Schmidt correctly notes that the runtime environments for Android and Java SE are different, and that the standard bytecode format produced at the compilation step is different.  Schmidt Opening Report ¶ 107.  But I disagree with his overly general assertion that the virtual machines are different and that the bytecode "executed by these virtual machines is

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

different."  As explained above, not all versions of Android have a virtual machine that executes bytecode.

165.    In any event, I agree that bytecode designed for Android will not work on the Java SE platform and vice versa.  Some of this has to do with the differences in virtual machines for those versions of Android that actually have one.  As discussed above, the Java VM and Dalvik VM have different architectures.  This is largely attributable to the fact that a Java VM is designed for desktop systems (Astrachan Opening Report ¶ 100), whereas the Dalvik VM is designed for a mobile environment (see above and TX 32).

166.    Android was never designed to run Java bytecode, and .dex bytecode was never designed to be run by a Java VM.  To the contrary, because of the different mobile environment, Android used a different approach for its runtime generally and Dalvik VM specifically.

167.    Notably, even if Android had implemented *all* of the Java APIs in the Java SE API Specification, .dex bytecode would still not be compatible with a Java VM.  This is because the different architectures of the Dalvik VM and Java VM called for different types of bytecodes, such that .dex files are not the same as .class files that run on a JVM.  Again, the different mobile environment called for a different approach.

168.    More generally speaking, just implementing the Java SE specification does not necessarily mean that the resulting bytecode would be compatible with a Java VM.  As a technical matter, one could compile the same source code written in the Java programming language into various different forms of bytecode; they need not necessarily be compatible with a Java VM.

169.    Furthermore, Dr. Schmidt fails to acknowledge various forms of bytecode incompatibility between and among different Java platforms.

46

- Java bytecode for Java SE 5 cannot be correctly interpreted by a Java VM for Java SE 1.4.

- Java bytecode for any version of Java EE cannot be correctly interpreted by a Java VM for Java SE or Java ME.

- Java bytecode for any version of Java ME cannot be correctly interpreted by a Java VM for Java SE or Java EE.

- Java bytecode for any version of Java SE cannot be correctly interpreted by a Java VM for Java ME.

- Java bytecode for a version of Java ME is largely incompatible with the Java VM for other versions of Java ME.

170.    In short, Java bytecode is not nearly as portable as Dr. Schmidt suggests.

## V.    API STABILITY

171.    Dr. Kemerer purports to conduct an analysis of the "stability" of the APIs in Android and in Java.  However, he fails to offer any objective way to define stability.  Instead, given the ambiguities and inconsistencies in his methodology, it appears to be geared towards painting the picture he wants to present.

172.    For example, Dr. Kemerer claims that "it is difficult for app developers to keep their content working on rapidly changing API versions."  Kemerer Opening Report ¶ 116.  The epitome of a change in an API that would make it difficult for a developer to keep content working would be an API that is removed from a platform.  Yet Dr. Kemerer says that "newly added or removed methods *are not considered as a change* in this analysis."  *Id.* ¶ 100.  This glaring flaw alone serves to disqualify his analysis.  Moreover, it appears designed to make the Android libcore files artificially appear stable; during a time when Dr. Kemerer's graphs show the Android libcore files as stabilized, Android removed a large number of class files from libcore; for example, files relating to the Java security scheme.  Thus, if Dr. Kemerer had taken

into account the removal of methods in his analysis, it would have shown a very different picture as between libcore and the framework.

173.     Dr. Kemerer does not cite to any publication or group that adopts or supports his contrived definition of API stability.  But there are definitions for API stability available.  For example, the Gnome project (a well-known free software project founded by, among other companies, Oracle's predecessor Sun) notes that "API stability refers to some level of guarantee from a project that its API will only change in defined ways in the future, or will not change at all.  Generally, an API is considered 'stable' if it commits to backwards-compatibility."  *See* https://developer.gnome.org/programming-guidelines/stable/api-stability.html (visited February 5, 2016).  And "backwards-compatibility" means "[o]nly changes which permit code compiled against the unmodified API to continue running against the modified API are allowed (for example, functions cannot be removed)."  *Id.*  Mr. Zeidman explains in his report (which is incorporated by reference into Dr. Kemerer's report, Kemerer Opening Report ¶ 39) that Google does just that: "Updates to the framework API are designed so that the new API remains compatible with earlier versions of the API.  That is, most changes in the API are additive and introduce new or replacement functionality.  As parts of the API are upgraded, the older replaced parts are deprecated but are not removed, so that existing applications can still use them."  Zeidman Opening Report ¶ 78 (quoting http://developer.android.com/guide/topics/manifest/uses-sdk-element.html).  Thus, the Android APIs are and have been stable under this conventional view of stability.

174.     Dr. Kemerer's methodology is not clear as well.  He says "[f]or any one particular method existing in both continuous API levels, any change in the method structure is counted as one method change in this analysis."  Kemerer Opening Report ¶ 100.  It is not clear whether that

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

means that there is one method change regardless of how many changes in a particular method occur, or whether each change in a particular method counts such that the method change number could be greater than one for that method. I understand that counsel for Google has requested the underlying data produced by Dr. Kemerer's programs that are shown in Figures 4 through 7, but that Oracle has yet to provide that information. Accordingly, I am unable to perform a complete analysis of what Dr. Kemerer purports to show in those figures, but reserve the right to present such an analysis if Oracle provides the underlying data.

175.     That said, even without access to the underlying data, it is clear that there are certain aspects of Dr. Kemerer's presentation that may be misleading. For example, his Figures 4 through 7 measure "cumulative" number of changes per package. In other words, instead of showing the number of changes per package that occurred in a given period of time, it piles all such changes up over time, making it visually appear as though the framework APIs are changing greatly even in time periods where no changes or very few changes are taking place.

176.     Dr. Kemerer claims that his Figure 7 shows that Java was not stable until 2007, and then entered a period of stability. However, Dr. Kemerer does not note that Java SE was on an approximately two-year release cycle for the first part of its existence, with Java SE 1.1 being released in February of 1997; Java SE 1.2 in December 1998; Java SE 1.3 in May 2000; Java SE 1.4 in February 2002; Java SE 1.5 (also known as Java SE 5) in September 2004; Java SE 6 in December 2006. Thereafter, Java SE 7 was not released until July 2011, nearly five years later. The underlying progress in Java (or lack thereof) is thus a more likely explanation of Figure 7, and it is a story of stagnation, not of stability. (Indeed, this stagnation in Java has been the subject of broad-based complaints in the programming community, and acknowledged in Sun/Oracle internal documents.)

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

177.    Even if Dr. Kemerer's analysis accurately reflected whether Java or Android APIs are stable (and, as noted above, I do not believe that it does), it would not support his theory that growth is a function of stable APIs.  He says that his Figure 7 reflects "a large number of changes in JDK Java APIs before December, 2006."  Kemerer ¶ 110.  Yet he also tells of huge increases in the popularity of Java in the 1997-98 time frame, with the number of Java downloads jumping from 220,000 to over 2 million.

178.    Notably, new languages like Swift, which can be used instead of Objective-C to develop for the iOS platform, are widely used despite undergoing rapid changes, which might typically be viewed as being "less stable."  Conversely, the initial success of the Symbian platform and its quick loss of market share does not seem due to any measure of stability of C or C++, which were the basis of development in Symbian.  Taking these two examples as context, it is in my opinion illogical and technically incorrect to attribute Android's success to any measure of Android core library API stability.

179.    I explain below the success of Android in academic settings.

## VI.    OTHER ISSUES

### A.    APIs Generally

180.    Throughout his report, Dr. Kemerer displays a fundamental misunderstanding of the nature of API packages, or at least uses language that is likely to mislead the reader regarding their nature.  For example, he states that the purpose of API packages is "to act as pre-written programs that developers and programmers can invoke, rather than having to write their own code from scratch."  Kemerer Opening Report ¶ 30.  He then goes on to say that "Google took the Java APIs from the Java platform for use in Android."  *Id.*  Elsewhere, he refers to the fact that the Java API packages had "already been written," *id.* ¶ 95, and says that after "a Java API has been created, any developer with access to it can make full use of the functionality by

invoking associated prewritten code from the APIs," *id.* ¶ 122.  In his conclusion, he states that "[t]he copied Java APIs provided pre-written programs" to Google.  *Id.* ¶ 222.  All of this appears designed to suggest that Google used implementing code from Java.  That does not comport with the record in this case.  While it is true that Google used the declarations from the Java APIs, it did not take any "pre-written programs" or implementing code from Java.  The evidence I have seen, including from attending the first trial in this matter, demonstrates that (with one minor exception) Google developed or obtained from Apache Harmony its own implementing code to use as the pre-written programs accessed by the Java APIs.

181.    Dr. Kemerer goes on to state that "a developer may know less or nothing at all about the implementing code of, for example, a method that is declared by declaring code."  *Id.* ¶ 76.  While it is true that a developer may not know about or care about the implementing code for a particular piece of declaring code—that is, after all, the point of using APIs—the developer will likely know whether certain APIs seem to function well or not.  And the functioning of those APIs is based on the quality of the implementing code that makes them work, not of the declaring code that allows them to be accessed (as discussed above in footnote 4).

182.    Dr. Kemerer also asserts that "APIs that have been in existence longer are more likely to have been debugged."  *Id.* ¶ 123.  This again seems designed to confuse the reader as between implementing code, which is what programmers would debug, and the declarations that allow programmers to access that implementing code, changes to which would not conventionally be referred to as "debugging."  The same is true of Dr. Kemerer's statement that newly released APIs are still subject to "regular changes and updates as defects are fixed."  *Id.* ¶ 124.  Generally, defects that need to be fixed will be found in the implementing code, not in the declarations used to call that implementing code.

### B.    Teaching Experience

183.    Dr. Schmidt indicates that "it is pedagogically frustrating" that Android does not include the full features of Java SE 8 because "when I switch to Android the students have to forget what they learned about Java 8 [Lambda expressions and the Streams API] to stay within the confines of the Android platform."  Schmidt Opening Report ¶ 73.  I find Dr. Schmidt's phrasing problematic for several reasons.  I expand on this below, but broadly these reasons fall into two categories: my own experiences in using Java and the experiences of those using Java in introductory computer science courses, and the use of Android in more advanced courses especially as taught by Dr. Schmidt as part of understanding systems and pattern oriented software.

184.    We have been using Java to teach introductory computer science at Duke since 2004.  In that same year, the Advanced Placement course in Computer Science switched from C++ to Java.  In 2006, the Special Interest Group in Computer Science Education (SIGCSE) published a document related to using Java in introductory courses, *see* https://cs.stanford.edu/people/eroberts/jtf/rationale/Rationale.pdf.  The use of Java in introductory courses since then is considered extremely established.  These courses adopted generics as part of using Java SE 1.5, but changes to the language and the APIs have not been considered essential in teaching introductory computer science as evidenced by not changing the API Java subset used in creating the API test, in not changing assignments in courses like Duke's Compsci 201 (formerly 100), Stanford's 106A, and Princeton's 126, among other exemplars.  No publications in the SIGCSE annual conferences in the last three years have discussed using new features of Java, a strong indication that these features are not essential to teaching programming concepts using Java at the introductory level.  In contrast, several publications about using

HIGHLY CONFIDENTIAL –ATTORNEYS' EYES ONLY

Android have appeared,[8] making it clear that Android is helping to transform introductory computer science.

## VII.  CONCLUSION

185.    I reserve the right to update and refine my opinions and analyses in light of any additional materials or information that may come to my attention in the future, including additional contentions or information produced by Oracle as well as any rulings issued by the Court in this case.  I also reserve the right to supplement my opinions and analyses as set forth in this report in light of any expert reports submitted by Oracle and in light of any deposition or trial testimony of Oracle's experts.

Executed on the 8th of February, 2016 in Durham, NC.

Dr. Owen Astrachan

---

[8] In the 2013 conference this page highlights uses of Android via AppInventor: http://appinventor.mit.edu/explore/blogs/shay/2013/03/computer-science-educators-embrace-app-inventor-sigcse.html. In 2014, a paper on using Android in a first course was presented by educators from Gettysburg College (Opportunities for Android Projects in a CS1 Course, by Ivaylo Ilinkin).  In 2015, four sessions included uses of Android in some form (http://sigcse2015.sigcse.org/docs/sigcse2015-programme.pdf).

# APPENDIX A

Oracle v Google

10-cv-03561-WHA

Appendix A: Materials Considered to the Rebuttal Expert Report of Dr. Owen Astrachan

| Description |
| --- |
| GOOGLE-02-00000043 |
| GOOGLE-00-00000520 |
| GOOGLE-00-00000754 |
| GOOG-00000221 |
| GOOG-00000316 |
| OAGOOGLE2000462635 |
| OAGOOGLE0012917834 |
| OAGOOGLE2000131988 |
| OAGOOGLE0024805825 |
| OAGOOGLE0025057076 |
| Deposition of Donald Smith, November 20, 2015 |
| Errata to Donald Smith Deposition Transcript, November 20, 2015 |
| Deposition of Terrance Barr, December 9, 2015 |
| Errata to Terrance Barr Deposition, December 9, 2015 |
| Deposition of John Rose, February 15, 2012 |
| Deposition of Henrik Stahl, January 14, 2016 |
| Deposition of Anwar Ghuloum, December 9, 2016 |
| Order re Google's Motion to Strike, ECF No. 1479, February 5, 2016 |
| All Trial Transcripts |
| TX 623 |
| TX 2341 |
| TX 3508 |
| TX 32 |
| Astrachan Opening Report and exhibits, January 8, 2016 |
| Zeidman Opening Report and exhibits, January 8, 2016 |
| Kemerer Opening Report and exhibits & appendices, January 8, 2016 |
| Schmidt Opening Report and exhibits, January 8, 2016 |
| Mitchell's Opening Report |
| Class String available at http://docs.oracle.com/javase/1.5.0/docs/api/java/lang/String.html |
| The Java Tutorials available at https://docs.oracle.com/javase/tutorial/jndi/objects/serial.html |
| Brillo available at https://developers.google.com/brillo/ |
| Requirements available at https://source.android.com/source/requirements.html |
| Establishing ta Build Environment available at https://source.android.com/source/initializing.html |
| Downloading the Source available at https://source.android.com/source/downloading.html |
| Building the System available at https://source.android.com/source/building.html |
| http://www.tiobe.com/index.php/content/paperinfo/tpci/index.html |
| Your First Cup: An Introduction to the Java EE Platform available at at http://docs.oracle.com/javaee/6/firstcup/doc/firstcup.pdf) |
| Your First Cup avilable at http://docs.oracle.com/javaee/6/firstcup/doc/gkhoy.html |
| Clojure available at http://clojure.org/ |

Oracle v Google

10-cv-03561-WHA

Appendix A: Materials Considered to the Rebuttal Expert Report of Dr. Owen Astrachan

| |
|---|
| 983327 |
| Whati is Unicode? available at http://unicode.org/standard/WhatIsUnicode.html |
| http://stackoverflow.com/questions/22737535/swing-rendering-appears-broken-in-jdk-1-8-correct-in-jdk-1-7 |
| Getting Java ready for the world: A brief history of IBM and Sun's internationalization efforts available at http://www.icu-project.org/docs/papers/history_of_java_internationalization.html |
| ICU Home Page available at http://site.icu-project.org/ |
| package com.ibm.icu.text available at  http://source.icu-project.org/repos/icu/icu4j/tags/release-2-2/src/com/ibm/icu/text/RuleBasedCollator.java |
| package com.ibm.icu.text available at http://source.icu-project.org/repos/icu/icu4j/tags/release-56-rc/main/classes/collate/src/com/ibm/icu/text/RuleBasedCollator.java |
| ICU Licenase 1.8.1 and later available at http://source.icu-project.org/repos/icu/icu/trunk/license.html |
| International Components for Unicode available at http://source.icu-project.org/repos/icu/icu4j/tags/ |
| RuleBasedCollator available at http://developer.android.com/reference/java/text/RuleBasedCollator.html |
| RuleBasedCollator.java available at https://android.googlesource.com/platform/libcore/+/jb-mr2-release/luni/src/main/java/java/text/RuleBasedCollator.java |
| RuleBasedCollatorICU.java available at https://android.googlesource.com/platform/libcore/+/jb-mr2-release/luni/src/main/java/libcore/icu/RuleBasedCollatorICU.java |
| https://android.googlesource.com/platform/libcore/+/android-5.0.2_r1/luni/src/main/java/libcore/icu/CollationElementIteratorICU.java |
| everywhere |
| Compatibility Guide for JDK 8 available at http://www.oracle.com/technetwork/java/javase/8-compatibility-guide-2156366.html |
| Andorid available at https://www.android.com/versions/lollipop-5-0/#features |
| ART and Dalvik available at https://source.android.com/devices/tech/dalvik/ |
| Android Runtime Performance Analysis Using New Relic: ART vs. Dalvik available at https://blog.newrelic.com/2014/07/07/android-art-vs-dalvik/ |
| Dalvik bytecode available at https://source.android.com/devices/tech/dalvik/dalvik-bytecode.html |
| API stability available at https://developer.gnome.org/programming-guidelines/stable/api-stability.html |
| The ACM Jav Task Force available at https://cs.stanford.edu/people/eroberts/jtf/rationale/Rationale.pdf |
| Interface Serializable available at https://docs.oracle.com/javase/7/docs/api/java/io/Serializable.html |
| http://www.boost.org/doc/libs/1_35_0/doc/html/thread/thread_management.html |
| http://appinventor.mit.edu/explore/blogs/shay/2013/03/computer-science-educators-embrace-app-inventor-sigcse.html |
| SIGCSE2015 available at http://sigcse2015.sigcse.org/docs/sigcse2015-programme.pdf |

# APPENDIX B

```
/*
 * Copyright (c) 1994, 2004, Oracle and/or its affiliates. All rights reserved.
 * DO NOT ALTER OR REMOVE COPYRIGHT NOTICES OR THIS FILE HEADER.
 *
 * This code is free software; you can redistribute it and/or modify it
 * under the terms of the GNU General Public License version 2 only, as
 * published by the Free Software Foundation.  Oracle designates this
 * particular file as subject to the "Classpath" exception as provided
 * by Oracle in the LICENSE file that accompanied this code.
 *
 * This code is distributed in the hope that it will be useful, but WITHOUT
 * ANY WARRANTY; without even the implied warranty of MERCHANTABILITY or
 * FITNESS FOR A PARTICULAR PURPOSE.  See the GNU General Public License
 * version 2 for more details (a copy is included in the LICENSE file that
 * accompanied this code).
 *
 * You should have received a copy of the GNU General Public License version
 * 2 along with this work; if not, write to the Free Software Foundation,
 * Inc., 51 Franklin St, Fifth Floor, Boston, MA 02110-1301 USA.
 *
 * Please contact Oracle, 500 Oracle Parkway, Redwood Shores, CA 94065 USA
 * or visit www.oracle.com if you need additional information or have any
 * questions.
 */

package java.util;

import java.lang.*;


public
class StringTokenizer implements Enumeration<Object> {
    private int currentPosition;
    private int newPosition;
    private int maxPosition;
    private String str;
    private String delimiters;
    private boolean retDelims;
    private boolean delimsChanged;

    /**
     * maxDelimCodePoint stores the value of the delimiter character with the
     * highest value. It is used to optimize the detection of delimiter
     * characters.
     *
     * It is unlikely to provide any optimization benefit in the
     * hasSurrogates case because most string characters will be
     * smaller than the limit, but we keep it so that the two code
     * paths remain similar.
     */
    private int maxDelimCodePoint;

    /**
     * If delimiters include any surrogates (including surrogate
     * pairs), hasSurrogates is true and the tokenizer uses the
```

```
     * different code path. This is because String.indexOf(int)
     * doesn't handle unpaired surrogates as a single character.
     */
    private boolean hasSurrogates = false;

    /**
     * When hasSurrogates is true, delimiters are converted to code
     * points and isDelimiter(int) is used to determine if the given
     * codepoint is a delimiter.
     */
    private int[] delimiterCodePoints;

    /**
     * Set maxDelimCodePoint to the highest char in the delimiter set.
     */
    private void setMaxDelimCodePoint() {
        if (delimiters == null) {
            maxDelimCodePoint = 0;
            return;
        }

        int m = 0;
        int c;
        int count = 0;
        for (int i = 0; i < delimiters.length(); i += Character.charCount(c)) {
            c = delimiters.charAt(i);
            if (c >= Character.MIN_HIGH_SURROGATE && c <=
Character.MAX_LOW_SURROGATE) {
                c = delimiters.codePointAt(i);
                hasSurrogates = true;
            }
            if (m < c)
                m = c;
            count++;
        }
        maxDelimCodePoint = m;

        if (hasSurrogates) {
            delimiterCodePoints = new int[count];
            for (int i = 0, j = 0; i < count; i++, j += Character.charCount(c))
{
                c = delimiters.codePointAt(j);
                delimiterCodePoints[i] = c;
            }
        }
    }

    public StringTokenizer(String str, String delim, boolean returnDelims) {
        currentPosition = 0;
        newPosition = -1;
        delimsChanged = false;
        this.str = str;
        maxPosition = str.length();
        delimiters = delim;
        retDelims = returnDelims;
```

```java
        setMaxDelimCodePoint();
}

public StringTokenizer(String str, String delim) {
    this(str, delim, false);
}

public StringTokenizer(String str) {
    this(str, " \t\n\r\f", false);
}

/**
 * Skips delimiters starting from the specified position. If retDelims
 * is false, returns the index of the first non-delimiter character at or
 * after startPos. If retDelims is true, startPos is returned.
 */
private int skipDelimiters(int startPos) {
    if (delimiters == null)
        throw new NullPointerException();

    int position = startPos;
    while (!retDelims && position < maxPosition) {
        if (!hasSurrogates) {
            char c = str.charAt(position);
            if ((c > maxDelimCodePoint) || (delimiters.indexOf(c) < 0))
                break;
            position++;
        } else {
            int c = str.codePointAt(position);
            if ((c > maxDelimCodePoint) || !isDelimiter(c)) {
                break;
            }
            position += Character.charCount(c);
        }
    }
    return position;
}

/**
 * Skips ahead from startPos and returns the index of the next delimiter
 * character encountered, or maxPosition if no such delimiter is found.
 */
private int scanToken(int startPos) {
    int position = startPos;
    while (position < maxPosition) {
        if (!hasSurrogates) {
            char c = str.charAt(position);
            if ((c <= maxDelimCodePoint) && (delimiters.indexOf(c) >= 0))
                break;
            position++;
        } else {
            int c = str.codePointAt(position);
            if ((c <= maxDelimCodePoint) && isDelimiter(c))
                break;
            position += Character.charCount(c);
```

```
            }
        }
        if (retDelims && (startPos == position)) {
            if (!hasSurrogates) {
                char c = str.charAt(position);
                if ((c <= maxDelimCodePoint) && (delimiters.indexOf(c) >= 0))
                    position++;
            } else {
                int c = str.codePointAt(position);
                if ((c <= maxDelimCodePoint) && isDelimiter(c))
                    position += Character.charCount(c);
            }
        }
        return position;
    }

    private boolean isDelimiter(int codePoint) {
        for (int i = 0; i < delimiterCodePoints.length; i++) {
            if (delimiterCodePoints[i] == codePoint) {
                return true;
            }
        }
        return false;
    }

    public boolean hasMoreTokens() {
        /*
         * Temporarily store this position and use it in the following
         * nextToken() method only if the delimiters haven't been changed in
         * that nextToken() invocation.
         */
        newPosition = skipDelimiters(currentPosition);
        return (newPosition < maxPosition);
    }

    public String nextToken() {
        /*
         * If next position already computed in hasMoreElements() and
         * delimiters have changed between the computation and this invocation,
         * then use the computed value.
         */

        currentPosition = (newPosition >= 0 && !delimsChanged) ?
            newPosition : skipDelimiters(currentPosition);

        /* Reset these anyway */
        delimsChanged = false;
        newPosition = -1;

        if (currentPosition >= maxPosition)
            throw new NoSuchElementException();
        int start = currentPosition;
        currentPosition = scanToken(currentPosition);
        return str.substring(start, currentPosition);
    }
```

```java
    public String nextToken(String delim) {
        delimiters = delim;

        /* delimiter string specified, so set the appropriate flag. */
        delimsChanged = true;

        setMaxDelimCodePoint();
        return nextToken();
    }

    public boolean hasMoreElements() {
        return hasMoreTokens();
    }

    public Object nextElement() {
        return nextToken();
    }

    public int countTokens() {
        int count = 0;
        int currpos = currentPosition;
        while (currpos < maxPosition) {
            currpos = skipDelimiters(currpos);
            if (currpos >= maxPosition)
                break;
            currpos = scanToken(currpos);
            count++;
        }
        return count;
    }
}
```

# APPENDIX  C

```
/*
 *  Licensed to the Apache Software Foundation (ASF) under one or more
 *  contributor license agreements.  See the NOTICE file distributed with
 *  this work for additional information regarding copyright ownership.
 *  The ASF licenses this file to You under the Apache License, Version 2.0
 *  (the "License"); you may not use this file except in compliance with
 *  the License.  You may obtain a copy of the License at
 *
 *      http://www.apache.org/licenses/LICENSE-2.0
 *
 *  Unless required by applicable law or agreed to in writing, software
 *  distributed under the License is distributed on an "AS IS" BASIS,
 *  WITHOUT WARRANTIES OR CONDITIONS OF ANY KIND, either express or implied.
 *  See the License for the specific language governing permissions and
 *  limitations under the License.
 */

package java.util;


public class StringTokenizer implements Enumeration<Object> {

    private String string;

    private String delimiters;

    private boolean returnDelimiters;

    private int position;

    public StringTokenizer(String string) {
        this(string, " \t\n\r\f", false);
    }

    public StringTokenizer(String string, String delimiters) {
        this(string, delimiters, false);
    }

    public StringTokenizer(String string, String delimiters,
            boolean returnDelimiters) {
        if (string != null) {
            this.string = string;
            this.delimiters = delimiters;
            this.returnDelimiters = returnDelimiters;
            this.position = 0;
        } else
            throw new NullPointerException();
    }

    public int countTokens() {
        int count = 0;
        boolean inToken = false;
        for (int i = position, length = string.length(); i < length; i++) {
            if (delimiters.indexOf(string.charAt(i), 0) >= 0) {
                if (returnDelimiters)
```

```
                count++;
            if (inToken) {
                count++;
                inToken = false;
            }
        } else {
            inToken = true;
        }
    }
    if (inToken)
        count++;
    return count;
}

public boolean hasMoreElements() {
    return hasMoreTokens();
}

public boolean hasMoreTokens() {
    if (delimiters == null) {
        throw new NullPointerException();
    }
    int length = string.length();
    if (position < length) {
        if (returnDelimiters)
            return true; // there is at least one character and even if
        // it is a delimiter it is a token

        // otherwise find a character which is not a delimiter
        for (int i = position; i < length; i++)
            if (delimiters.indexOf(string.charAt(i), 0) == -1)
                return true;
    }
    return false;
}

public Object nextElement() {
    return nextToken();
}

public String nextToken() {
    if (delimiters == null) {
        throw new NullPointerException();
    }
    int i = position;
    int length = string.length();

    if (i < length) {
        if (returnDelimiters) {
            if (delimiters.indexOf(string.charAt(position), 0) >= 0)
                return String.valueOf(string.charAt(position++));
            for (position++; position < length; position++)
                if (delimiters.indexOf(string.charAt(position), 0) >= 0)
                    return string.substring(i, position);
            return string.substring(i);
```

```
            }

            while (i < length && delimiters.indexOf(string.charAt(i), 0) >= 0)
                i++;
            position = i;
            if (i < length) {
                for (position++; position < length; position++)
                    if (delimiters.indexOf(string.charAt(position), 0) >= 0)
                        return string.substring(i, position);
                return string.substring(i);
            }
        }
        throw new NoSuchElementException();
    }

    public String nextToken(String delims) {
        this.delimiters = delims;
        return nextToken();
    }
}
```

# APPENDIX D

```
Script started on Sun 07 Feb 2016 03:44:07 PM UTC
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  6 17:14
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  6 17:08
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713094 Feb  6 17:08
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  6 17:02
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ date
Sun Feb  7 15:44:15 UTC 2016
]0;ubuntu@ip-172-31-14-88:sudo python moveall.py
476     frameworks/base/media/java/android/service/media/MediaBrowserService.java
26
        frameworks/base/media/java/android/service/media/IMediaBrowserServiceCallb
acks.aidl
21      frameworks/base/media/java/android/service/media/IMediaBrowserService.aidl
208     frameworks/base/core/java/android/content/pm/ComponentInfo.java
20      frameworks/base/core/java/android/content/pm/ResolveInfo.aidl
586     frameworks/base/core/java/android/content/pm/RegisteredServicesCache.java
68      frameworks/base/core/java/android/content/pm/PathPermission.java
179     frameworks/base/core/java/android/content/pm/LauncherActivityInfo.java
19      frameworks/base/core/java/android/content/pm/KeySet.aidl
59      frameworks/base/core/java/android/content/pm/PackageUserState.java
173     frameworks/base/core/java/android/content/pm/ParceledListSlice.java
761     frameworks/base/core/java/android/content/pm/ActivityInfo.java
113     frameworks/base/core/java/android/content/pm/ServiceInfo.java
18      frameworks/base/core/java/android/content/pm/PackageCleanItem.aidl
238     frameworks/base/core/java/android/content/pm/VerificationParams.java
78
        frameworks/base/core/java/android/content/pm/MacAuthenticatedInputStream.j
ava
131     frameworks/base/core/java/android/content/pm/PermissionGroupInfo.java
20      frameworks/base/core/java/android/content/pm/PackageStats.aidl
65      frameworks/base/core/java/android/content/pm/FeatureGroupInfo.java
20      frameworks/base/core/java/android/content/pm/Signature.aidl
20      frameworks/base/core/java/android/content/pm/ServiceInfo.aidl
384
        frameworks/base/core/java/android/content/pm/ContainerEncryptionParams.jav
a
94      frameworks/base/core/java/android/content/pm/LimitedLengthInputStream.java
11      frameworks/base/core/java/android/content/pm/package.html
20      frameworks/base/core/java/android/content/pm/PermissionInfo.aidl
20      frameworks/base/core/java/android/content/pm/ProviderInfo.aidl
458     frameworks/base/core/java/android/content/pm/IPackageManager.aidl
27      frameworks/base/core/java/android/content/pm/IPackageMoveObserver.aidl
50      frameworks/base/core/java/android/content/pm/IPackageInstaller.aidl
42      frameworks/base/core/java/android/content/pm/ILauncherApps.aidl
420     frameworks/base/core/java/android/content/pm/ResolveInfo.java
25      frameworks/base/core/java/android/content/pm/IPackageDeleteObserver2.aidl
518     frameworks/base/core/java/android/content/pm/LauncherApps.java
306     frameworks/base/core/java/android/content/pm/Signature.java
20      frameworks/base/core/java/android/content/pm/PackageInfoLite.aidl
```

```
176    frameworks/base/core/java/android/content/pm/PackageStats.java
20     frameworks/base/core/java/android/content/pm/PermissionGroupInfo.aidl
46     frameworks/base/core/java/android/content/pm/IPackageInstallObserver2.aidl
339    frameworks/base/core/java/android/content/pm/PackageItemInfo.java
19
       frameworks/base/core/java/android/content/pm/ContainerEncryptionParams.aid
l
26
       frameworks/base/core/java/android/content/pm/IPackageInstallerCallback.aid
l
19     frameworks/base/core/java/android/content/pm/ParceledListSlice.aidl
30     frameworks/base/core/java/android/content/pm/IPackageStatsObserver.aidl
19     frameworks/base/core/java/android/content/pm/VerificationParams.aidl
20     frameworks/base/core/java/android/content/pm/ActivityInfo.aidl
29     frameworks/base/core/java/android/content/pm/XmlSerializerAndParser.java
112    frameworks/base/core/java/android/content/pm/PackageInfoLite.java
20     frameworks/base/core/java/android/content/pm/UserInfo.aidl
28     frameworks/base/core/java/android/content/pm/IPackageDataObserver.aidl
20     frameworks/base/core/java/android/content/pm/InstrumentationInfo.aidl
30
       frameworks/base/core/java/android/content/pm/RegisteredServicesCacheListen
er.java
202    frameworks/base/core/java/android/content/pm/UserInfo.java
240    frameworks/base/core/java/android/content/pm/VerifierDeviceIdentity.java
28     frameworks/base/core/java/android/content/pm/IPackageDeleteObserver.aidl
109    frameworks/base/core/java/android/content/pm/KeySet.java
27     frameworks/base/core/java/android/content/pm/IPackageInstallObserver.aidl
19     frameworks/base/core/java/android/content/pm/VerifierDeviceIdentity.aidl
19     frameworks/base/core/java/android/content/pm/VerifierInfo.aidl
20     frameworks/base/core/java/android/content/pm/ApplicationInfo.aidl
145    frameworks/base/core/java/android/content/pm/ManifestDigest.java
1227   frameworks/base/core/java/android/content/pm/PackageInstaller.java
145    frameworks/base/core/java/android/content/pm/ConfigurationInfo.java
19     frameworks/base/core/java/android/content/pm/FeatureInfo.aidl
30     frameworks/base/core/java/android/content/pm/IOnAppsChangedListener.aidl
20     frameworks/base/core/java/android/content/pm/PackageInstaller.aidl
242    frameworks/base/core/java/android/content/pm/PermissionInfo.java
83     frameworks/base/core/java/android/content/pm/VerifierInfo.java
350    frameworks/base/core/java/android/content/pm/PackageInfo.java
169    frameworks/base/core/java/android/content/pm/ProviderInfo.java
35     frameworks/base/core/java/android/content/pm/IPackageInstallerSession.aidl
135    frameworks/base/core/java/android/content/pm/InstrumentationInfo.java
193    frameworks/base/core/java/android/content/pm/LabeledIntent.java
5022   frameworks/base/core/java/android/content/pm/PackageParser.java
4095   frameworks/base/core/java/android/content/pm/PackageManager.java
20     frameworks/base/core/java/android/content/pm/PackageInfo.aidl
116    frameworks/base/core/java/android/content/pm/FeatureInfo.java
19     frameworks/base/core/java/android/content/pm/ManifestDigest.aidl
85     frameworks/base/core/java/android/content/pm/PackageCleanItem.java
886    frameworks/base/core/java/android/content/pm/ApplicationInfo.java
285
       frameworks/base/core/java/android/view/textservice/TextServicesManager.jav
a
19     frameworks/base/core/java/android/view/textservice/SpellCheckerInfo.aidl
```

```
253
      frameworks/base/core/java/android/view/textservice/SpellCheckerSubtype.jav
a
19    frameworks/base/core/java/android/view/textservice/SuggestionsInfo.aidl
19
      frameworks/base/core/java/android/view/textservice/SentenceSuggestionsInfo
.aidl
185   frameworks/base/core/java/android/view/textservice/SuggestionsInfo.java
19    frameworks/base/core/java/android/view/textservice/TextInfo.aidl
161   frameworks/base/core/java/android/view/textservice/TextInfo.java
266   frameworks/base/core/java/android/view/textservice/SpellCheckerInfo.java
19
      frameworks/base/core/java/android/view/textservice/SpellCheckerSubtype.aid
l
144
      frameworks/base/core/java/android/view/textservice/SentenceSuggestionsInfo
.java
500
      frameworks/base/core/java/android/view/textservice/SpellCheckerSession.jav
a
312   frameworks/base/core/java/android/view/inputmethod/SparseRectFArray.java
19    frameworks/base/core/java/android/view/inputmethod/EditorInfo.aidl
19    frameworks/base/core/java/android/view/inputmethod/ExtractedText.aidl
19    frameworks/base/core/java/android/view/inputmethod/CursorAnchorInfo.aidl
188   frameworks/base/core/java/android/view/inputmethod/InputMethodSession.java
19    frameworks/base/core/java/android/view/inputmethod/CompletionInfo.aidl
553   frameworks/base/core/java/android/view/inputmethod/CursorAnchorInfo.java
170   frameworks/base/core/java/android/view/inputmethod/CompletionInfo.java
130   frameworks/base/core/java/android/view/inputmethod/ExtractedText.java
12    frameworks/base/core/java/android/view/inputmethod/package.html
85
      frameworks/base/core/java/android/view/inputmethod/ExtractedTextRequest.ja
va
104   frameworks/base/core/java/android/view/inputmethod/CorrectionInfo.java
521   frameworks/base/core/java/android/view/inputmethod/InputMethodInfo.java
19    frameworks/base/core/java/android/view/inputmethod/CorrectionInfo.aidl
19    frameworks/base/core/java/android/view/inputmethod/InputMethodSubtype.aidl
19    frameworks/base/core/java/android/view/inputmethod/InputBinding.aidl
278
      frameworks/base/core/java/android/view/inputmethod/InputMethodSubtypeArray
.java
759   frameworks/base/core/java/android/view/inputmethod/InputConnection.java
566   frameworks/base/core/java/android/view/inputmethod/InputMethodSubtype.java
19    frameworks/base/core/java/android/view/inputmethod/InputMethodInfo.aidl
19
      frameworks/base/core/java/android/view/inputmethod/ExtractedTextRequest.ai
dl
132
      frameworks/base/core/java/android/view/inputmethod/InputConnectionWrapper.
java
2215  frameworks/base/core/java/android/view/inputmethod/InputMethodManager.java
441   frameworks/base/core/java/android/view/inputmethod/EditorInfo.java
151   frameworks/base/core/java/android/view/inputmethod/InputBinding.java
```

695
     frameworks/base/core/java/android/view/inputmethod/BaseInputConnection.jav
a
228     frameworks/base/core/java/android/view/inputmethod/InputMethod.java
41
     frameworks/base/core/java/android/service/fingerprint/IFingerprintService.
aidl
31
     frameworks/base/core/java/android/service/fingerprint/IFingerprintServiceR
eceiver.aidl
76
     frameworks/base/core/java/android/service/fingerprint/FingerprintManagerRe
ceiver.java
251
     frameworks/base/core/java/android/service/fingerprint/FingerprintManager.j
ava
94
     frameworks/base/core/java/android/service/fingerprint/FingerprintUtils.jav
a
30     frameworks/base/core/java/android/net/nsd/INsdManager.aidl
325     frameworks/base/core/java/android/net/nsd/DnsSdTxtRecord.java
638     frameworks/base/core/java/android/net/nsd/NsdManager.java
295     frameworks/base/core/java/android/net/nsd/NsdServiceInfo.java
643     frameworks/base/core/java/android/nfc/cardemulation/CardEmulation.java
154
     frameworks/base/core/java/android/nfc/cardemulation/OffHostApduService.jav
a
19     frameworks/base/core/java/android/nfc/cardemulation/AidGroup.aidl
385     frameworks/base/core/java/android/nfc/cardemulation/HostApduService.java
470     frameworks/base/core/java/android/nfc/cardemulation/ApduServiceInfo.java
19     frameworks/base/core/java/android/nfc/cardemulation/ApduServiceInfo.aidl
187     frameworks/base/core/java/android/nfc/cardemulation/AidGroup.java
104     frameworks/base/core/java/android/net/wimax/WimaxManagerConstants.java
32     frameworks/base/core/java/android/print/ILayoutResultCallback.aidl
19     frameworks/base/core/java/android/print/PrintJobInfo.aidl
32     frameworks/base/core/java/android/print/IWriteResultCallback.aidl
172     frameworks/base/core/java/android/print/PageRange.java
335     frameworks/base/core/java/android/print/PrinterInfo.java
140     frameworks/base/core/java/android/print/PrinterId.java
155     frameworks/base/core/java/android/print/PrintFileDocumentAdapter.java
33     frameworks/base/core/java/android/print/IPrintSpoolerClient.aidl
561     frameworks/base/core/java/android/print/PrinterCapabilitiesInfo.java
19     frameworks/base/core/java/android/print/PageRange.aidl
46     frameworks/base/core/java/android/print/package.html
19     frameworks/base/core/java/android/print/PrinterInfo.aidl
19     frameworks/base/core/java/android/print/PrinterCapabilitiesInfo.aidl
19     frameworks/base/core/java/android/print/PrintAttributes.aidl
338     frameworks/base/core/java/android/print/PrintDocumentAdapter.java
316     frameworks/base/core/java/android/print/PrinterDiscoverySession.java
28     frameworks/base/core/java/android/print/IPrintJobStateChangeListener.aidl
19     frameworks/base/core/java/android/print/PrintDocumentInfo.aidl
26     frameworks/base/core/java/android/print/IPrintDocumentAdapterObserver.aidl
35     frameworks/base/core/java/android/print/IPrintSpoolerCallbacks.aidl
19     frameworks/base/core/java/android/print/PrintJobId.aidl
59     frameworks/base/core/java/android/print/IPrintManager.aidl

```
40    frameworks/base/core/java/android/print/IPrintDocumentAdapter.aidl
30    frameworks/base/core/java/android/print/IPrintClient.aidl
1363  frameworks/base/core/java/android/print/PrintAttributes.java
200   frameworks/base/core/java/android/print/PrintJob.java
761   frameworks/base/core/java/android/print/PrintJobInfo.java
122   frameworks/base/core/java/android/print/PrintJobId.java
1045  frameworks/base/core/java/android/print/PrintManager.java
31    frameworks/base/core/java/android/print/IPrinterDiscoveryObserver.aidl
49    frameworks/base/core/java/android/print/IPrintSpooler.aidl
363   frameworks/base/core/java/android/print/PrintDocumentInfo.java
19    frameworks/base/core/java/android/print/PrinterId.aidl
164   frameworks/base/core/java/android/print/pdf/PrintedPdfDocument.java
599   frameworks/base/core/java/android/view/MenuItem.java
931   frameworks/base/core/java/android/view/InputDevice.java
20    frameworks/base/core/java/android/view/Surface.aidl
261   frameworks/base/core/java/android/view/InputFilter.java
19    frameworks/base/core/java/android/view/WindowInfo.aidl
1806  frameworks/base/core/java/android/view/Window.java
89    frameworks/base/core/java/android/view/AbsSavedState.java
199   frameworks/base/core/java/android/view/IWindowSession.aidl
3560  frameworks/base/core/java/android/view/MotionEvent.java
443   frameworks/base/core/java/android/view/Gravity.java
782   frameworks/base/core/java/android/view/KeyCharacterMap.java
54    frameworks/base/core/java/android/view/IAssetAtlas.aidl
168   frameworks/base/core/java/android/view/InputChannel.java
1982  frameworks/base/core/java/android/view/WindowManager.java
88    frameworks/base/core/java/android/view/IWindow.aidl
840   frameworks/base/core/java/android/view/Choreographer.java
856   frameworks/base/core/java/android/view/Display.java
20    frameworks/base/core/java/android/view/MotionEvent.aidl
925   frameworks/base/core/java/android/view/RenderNode.java
109   frameworks/base/core/java/android/view/SubMenu.java
621   frameworks/base/core/java/android/view/ScaleGestureDetector.java
292   frameworks/base/core/java/android/view/GraphicBuffer.java
1018  frameworks/base/core/java/android/view/LayoutInflater.java
165   frameworks/base/core/java/android/view/WindowInfo.java
733   frameworks/base/core/java/android/view/InputEventConsistencyVerifier.java
6     frameworks/base/core/java/android/view/package.html
2908  frameworks/base/core/java/android/view/KeyEvent.java
549   frameworks/base/core/java/android/view/WindowManagerGlobal.java
57    frameworks/base/core/java/android/view/SoundEffectConstants.java
100   frameworks/base/core/java/android/view/FrameStats.java
1262  frameworks/base/core/java/android/view/WindowManagerPolicy.java
1284
      frameworks/base/core/java/android/view/AccessibilityInteractionController.
java
28    frameworks/base/core/java/android/view/IInputFilterHost.aidl
158   frameworks/base/core/java/android/view/HardwareLayer.java
59    frameworks/base/core/java/android/view/SurfaceSession.java
40    frameworks/base/core/java/android/view/InflateException.java
25    frameworks/base/core/java/android/view/IOnKeyguardExitResult.aidl
521   frameworks/base/core/java/android/view/Surface.java
25    frameworks/base/core/java/android/view/IRotationWatcher.aidl
20    frameworks/base/core/java/android/view/MagnificationSpec.aidl
19    frameworks/base/core/java/android/view/DragEvent.aidl
```

```
124    frameworks/base/core/java/android/view/HardwareCanvas.java
325    frameworks/base/core/java/android/view/ViewStub.java
198    frameworks/base/core/java/android/view/InputEventReceiver.java
525    frameworks/base/core/java/android/view/DisplayInfo.java
20     frameworks/base/core/java/android/view/InputDevice.aidl
267    frameworks/base/core/java/android/view/ActionMode.java
97     frameworks/base/core/java/android/view/DisplayAdjustments.java
176    frameworks/base/core/java/android/view/WindowManagerInternal.java
19     frameworks/base/core/java/android/view/WindowContentFrameStats.aidl
447    frameworks/base/core/java/android/view/Menu.java
21     frameworks/base/core/java/android/view/WindowManager.aidl
97     frameworks/base/core/java/android/view/ContextMenu.java
162    frameworks/base/core/java/android/view/InputQueue.java
20     frameworks/base/core/java/android/view/InputChannel.aidl
50     frameworks/base/core/java/android/view/ViewAnimationUtils.java
7284   frameworks/base/core/java/android/view/ViewGroup.java
23     frameworks/base/core/java/android/view/IWindowFocusObserver.aidl
506    frameworks/base/core/java/android/view/DragEvent.java
94     frameworks/base/core/java/android/view/WindowAnimationFrameStats.java
874    frameworks/base/core/java/android/view/SurfaceView.java
301    frameworks/base/core/java/android/view/VelocityTracker.java
37     frameworks/base/core/java/android/view/ViewManager.java
485    frameworks/base/core/java/android/view/WindowInsets.java
144    frameworks/base/core/java/android/view/WindowCallbackWrapper.java
742    frameworks/base/core/java/android/view/SurfaceControl.java
147    frameworks/base/core/java/android/view/DisplayEventReceiver.java
79     frameworks/base/core/java/android/view/HapticFeedbackConstants.java
660    frameworks/base/core/java/android/view/FocusFinder.java
110    frameworks/base/core/java/android/view/OrientationListener.java
19     frameworks/base/core/java/android/view/PointerIcon.aidl
19     frameworks/base/core/java/android/view/WindowAnimationFrameStats.aidl
59     frameworks/base/core/java/android/view/FocusFinderHelper.java
143    frameworks/base/core/java/android/view/InputEventSender.java
265    frameworks/base/core/java/android/view/IWindowManager.aidl
66     frameworks/base/core/java/android/view/GLES20RecordingCanvas.java
27     frameworks/base/core/java/android/view/FallbackEventHandler.java
153    frameworks/base/core/java/android/view/TouchDelegate.java
76     frameworks/base/core/java/android/view/ViewGroupOverlay.java
224    frameworks/base/core/java/android/view/WindowId.java
91     frameworks/base/core/java/android/view/WindowManagerImpl.java
340    frameworks/base/core/java/android/view/ViewOverlay.java
511    frameworks/base/core/java/android/view/ThreadedRenderer.java
255    frameworks/base/core/java/android/view/ActionProvider.java
20     frameworks/base/core/java/android/view/InputEvent.aidl
479    frameworks/base/core/java/android/view/RenderNodeAnimator.java
27     frameworks/base/core/java/android/view/IWindowSessionCallback.aidl
328    frameworks/base/core/java/android/view/AccessibilityIterators.java
1026   frameworks/base/core/java/android/view/ViewTreeObserver.java
284    frameworks/base/core/java/android/view/SurfaceHolder.java
1197   frameworks/base/core/java/android/view/ViewPropertyAnimator.java
440    frameworks/base/core/java/android/view/PointerIcon.java
502    frameworks/base/core/java/android/view/HardwareRenderer.java
32     frameworks/base/core/java/android/view/IInputFilter.aidl
810    frameworks/base/core/java/android/view/TextureView.java
20     frameworks/base/core/java/android/view/KeyEvent.aidl
```

```
350    frameworks/base/core/java/android/view/GhostView.java
6863   frameworks/base/core/java/android/view/ViewRootImpl.java
19     frameworks/base/core/java/android/view/DisplayInfo.aidl
554    frameworks/base/core/java/android/view/ViewParent.java
35     frameworks/base/core/java/android/view/RemotableViewMethod.java
19     frameworks/base/core/java/android/view/GraphicBuffer.aidl
29     frameworks/base/core/java/android/view/IApplicationToken.aidl
152    frameworks/base/core/java/android/view/WindowContentFrameStats.java
173    frameworks/base/core/java/android/view/OrientationEventListener.java
26     frameworks/base/core/java/android/view/IWindowId.aidl
521    frameworks/base/core/java/android/view/MenuInflater.java
757    frameworks/base/core/java/android/view/ViewConfiguration.java
997    frameworks/base/core/java/android/view/GLES20Canvas.java
1635   frameworks/base/core/java/android/view/ViewDebug.java
19     frameworks/base/core/java/android/view/AnimationRenderStats.aidl
692    frameworks/base/core/java/android/view/GestureDetector.java
138    frameworks/base/core/java/android/view/ViewPropertyAnimatorRT.java
235    frameworks/base/core/java/android/view/InputEvent.java
143    frameworks/base/core/java/android/view/ContextThemeWrapper.java
20991      frameworks/base/core/java/android/view/View.java
41     frameworks/base/core/java/android/view/CollapsibleActionView.java
88     frameworks/base/core/java/android/view/ViewOutlineProvider.java
123    frameworks/base/core/java/android/view/MagnificationSpec.java
31     frameworks/base/core/java/android/view/animation/Interpolator.java
20     frameworks/base/core/java/android/view/animation/package.html
61     frameworks/base/core/java/android/view/animation/BounceInterpolator.java
70     frameworks/base/core/java/android/view/animation/CycleInterpolator.java
370    frameworks/base/core/java/android/view/animation/AnimationUtils.java
424
       frameworks/base/core/java/android/view/animation/GridLayoutAnimationContro
ller.java
107
       frameworks/base/core/java/android/view/animation/AnticipateOvershootInterp
olator.java
90
       frameworks/base/core/java/android/view/animation/AccelerateInterpolator.ja
va
234    frameworks/base/core/java/android/view/animation/Transformation.java
289    frameworks/base/core/java/android/view/animation/ScaleAnimation.java
79
       frameworks/base/core/java/android/view/animation/AnticipateInterpolator.ja
va
170    frameworks/base/core/java/android/view/animation/TranslateAnimation.java
232    frameworks/base/core/java/android/view/animation/PathInterpolator.java
59     frameworks/base/core/java/android/view/animation/ClipRectAnimation.java
524    frameworks/base/core/java/android/view/animation/AnimationSet.java
1156   frameworks/base/core/java/android/view/animation/Animation.java
82
       frameworks/base/core/java/android/view/animation/OvershootInterpolator.jav
a
183    frameworks/base/core/java/android/view/animation/RotateAnimation.java
49
       frameworks/base/core/java/android/view/animation/AccelerateDecelerateInter
polator.java
48     frameworks/base/core/java/android/view/animation/LinearInterpolator.java
```

86
        frameworks/base/core/java/android/view/animation/DecelerateInterpolator.ja
va
435
        frameworks/base/core/java/android/view/animation/LayoutAnimationController
.java
89      frameworks/base/core/java/android/view/animation/AlphaAnimation.java
28
        frameworks/base/core/java/android/view/accessibility/IAccessibilityManager
Client.aidl
54
        frameworks/base/core/java/android/view/accessibility/IAccessibilityInterac
tionCallback.aidl
19
        frameworks/base/core/java/android/view/accessibility/AccessibilityNodeInfo
.aidl
61
        frameworks/base/core/java/android/view/accessibility/AccessibilityEventSou
rce.java
62
        frameworks/base/core/java/android/view/accessibility/IAccessibilityManager
.aidl
449
        frameworks/base/core/java/android/view/accessibility/AccessibilityCache.ja
va
46      frameworks/base/core/java/android/view/accessibility/package.html
714     frameworks/base/core/java/android/view/accessibility/AccessibilityManager.
java
880
        frameworks/base/core/java/android/view/accessibility/AccessibilityInteract
ionClient.java
1423
        frameworks/base/core/java/android/view/accessibility/AccessibilityEvent.ja
va
3839
        frameworks/base/core/java/android/view/accessibility/AccessibilityNodeInfo
.java
595
        frameworks/base/core/java/android/view/accessibility/AccessibilityWindowIn
fo.java
841
        frameworks/base/core/java/android/view/accessibility/AccessibilityRecord.j
ava
529
        frameworks/base/core/java/android/view/accessibility/CaptioningManager.jav
a
19
        frameworks/base/core/java/android/view/accessibility/AccessibilityRecord.a
idl
155
        frameworks/base/core/java/android/view/accessibility/AccessibilityNodeProv
ider.java

```
19
      frameworks/base/core/java/android/view/accessibility/AccessibilityEvent.ai
dl
63
      frameworks/base/core/java/android/view/accessibility/IAccessibilityInterac
tionConnectionCallback.aidl
19
      frameworks/base/core/java/android/view/accessibility/AccessibilityWindowIn
fo.aidl
61
      frameworks/base/core/java/android/view/accessibility/IAccessibilityInterac
tionConnection.aidl
901   frameworks/base/telecomm/java/android/telecom/RemoteConnection.java
23    frameworks/base/telecomm/java/android/telecom/VideoProfile.aidl
22    frameworks/base/telecomm/java/android/telecom/PhoneAccountHandle.aidl
22    frameworks/base/telecomm/java/android/telecom/CameraCapabilities.aidl
144   frameworks/base/telecomm/java/android/telecom/CameraCapabilities.java
369   frameworks/base/telecomm/java/android/telecom/InCallService.java
347
      frameworks/base/telecomm/java/android/telecom/ConnectionServiceAdapter.jav
a
274   frameworks/base/telecomm/java/android/telecom/InCallAdapter.java
143   frameworks/base/telecomm/java/android/telecom/PhoneCapabilities.java
357
      frameworks/base/telecomm/java/android/telecom/ConnectionServiceAdapterServ
ant.java
139   frameworks/base/telecomm/java/android/telecom/CallState.java
1126  frameworks/base/telecomm/java/android/telecom/Connection.java
22    frameworks/base/telecomm/java/android/telecom/AudioState.aidl
449   frameworks/base/telecomm/java/android/telecom/PhoneAccount.java
22    frameworks/base/telecomm/java/android/telecom/ParcelableConnection.aidl
22    frameworks/base/telecomm/java/android/telecom/DisconnectCause.aidl
1025  frameworks/base/telecomm/java/android/telecom/ConnectionService.java
143   frameworks/base/telecomm/java/android/telecom/ConnectionRequest.java
22    frameworks/base/telecomm/java/android/telecom/GatewayInfo.aidl
160   frameworks/base/telecomm/java/android/telecom/VideoCallbackServant.java
263   frameworks/base/telecomm/java/android/telecom/DisconnectCause.java
330   frameworks/base/telecomm/java/android/telecom/ParcelableCall.java
284   frameworks/base/telecomm/java/android/telecom/Phone.java
22    frameworks/base/telecomm/java/android/telecom/PhoneAccount.aidl
925   frameworks/base/telecomm/java/android/telecom/TelecomManager.java
164   frameworks/base/telecomm/java/android/telecom/AudioState.java
123   frameworks/base/telecomm/java/android/telecom/PhoneAccountHandle.java
181   frameworks/base/telecomm/java/android/telecom/Log.java
110   frameworks/base/telecomm/java/android/telecom/GatewayInfo.java
88    frameworks/base/telecomm/java/android/telecom/RemoteConnectionManager.java
376   frameworks/base/telecomm/java/android/telecom/Conference.java
22    frameworks/base/telecomm/java/android/telecom/ParcelableCall.aidl
22    frameworks/base/telecomm/java/android/telecom/ConnectionRequest.aidl
111   frameworks/base/telecomm/java/android/telecom/ParcelableConference.java
22    frameworks/base/telecomm/java/android/telecom/StatusHints.aidl
249   frameworks/base/telecomm/java/android/telecom/RemoteConference.java
40    frameworks/base/telecomm/java/android/telecom/Response.java
153   frameworks/base/telecomm/java/android/telecom/StatusHints.java
397   frameworks/base/telecomm/java/android/telecom/RemoteConnectionService.java
```

```
26    frameworks/base/telecomm/java/android/telecom/CallProperties.java
231   frameworks/base/telecomm/java/android/telecom/VideoProfile.java
222   frameworks/base/telecomm/java/android/telecom/ParcelableConnection.java
845   frameworks/base/telecomm/java/android/telecom/Call.java
247   frameworks/base/telecomm/java/android/telecom/VideoCallImpl.java
19    frameworks/base/telecomm/java/android/telecom/ParcelableConference.aidl
465
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/videosink/M
ediaEncoderFilter.java
43
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/videosink/M
ediaRecorderStopException.java
101   frameworks/base/core/java/android/hardware/usb/IUsbManager.aidl
473   frameworks/base/core/java/android/hardware/usb/UsbManager.java
266   frameworks/base/core/java/android/hardware/usb/UsbDeviceConnection.java
19    frameworks/base/core/java/android/hardware/usb/UsbDevice.aidl
325   frameworks/base/core/java/android/hardware/usb/UsbDevice.java
16    frameworks/base/core/java/android/hardware/usb/package.html
194   frameworks/base/core/java/android/hardware/usb/UsbInterface.java
183   frameworks/base/core/java/android/hardware/usb/UsbConstants.java
182   frameworks/base/core/java/android/hardware/usb/UsbConfiguration.java
19    frameworks/base/core/java/android/hardware/usb/UsbAccessory.aidl
185   frameworks/base/core/java/android/hardware/usb/UsbRequest.java
19    frameworks/base/core/java/android/hardware/usb/UsbInterface.aidl
222   frameworks/base/core/java/android/hardware/usb/UsbAccessory.java
161   frameworks/base/core/java/android/hardware/usb/UsbEndpoint.java
19    frameworks/base/core/java/android/hardware/usb/UsbEndpoint.aidl
40    frameworks/base/core/java/android/printservice/IPrintService.aidl
23    frameworks/base/core/java/android/printservice/package.html
528
      frameworks/base/core/java/android/printservice/PrinterDiscoverySession.jav
a
19    frameworks/base/core/java/android/printservice/PrintServiceInfo.aidl
392   frameworks/base/core/java/android/printservice/PrintJob.java
550   frameworks/base/core/java/android/printservice/PrintService.java
40    frameworks/base/core/java/android/printservice/IPrintServiceClient.aidl
97    frameworks/base/core/java/android/printservice/PrintDocument.java
286   frameworks/base/core/java/android/printservice/PrintServiceInfo.java
421   frameworks/base/core/java/android/preference/PreferenceFragment.java
324   frameworks/base/core/java/android/preference/PreferenceGroupAdapter.java
1861  frameworks/base/core/java/android/preference/Preference.java
221   frameworks/base/core/java/android/preference/VolumePreference.java
73    frameworks/base/core/java/android/preference/CheckBoxPreference.java
23    frameworks/base/core/java/android/preference/package.html
117   frameworks/base/core/java/android/preference/PreferenceInflater.java
486   frameworks/base/core/java/android/preference/DialogPreference.java
319   frameworks/base/core/java/android/preference/SeekBarVolumizer.java
285
      frameworks/base/core/java/android/preference/MultiSelectListPreference.jav
a
1564  frameworks/base/core/java/android/preference/PreferenceActivity.java
284   frameworks/base/core/java/android/preference/PreferenceScreen.java
80    frameworks/base/core/java/android/preference/SeekBarDialogPreference.java
336   frameworks/base/core/java/android/preference/MultiCheckPreference.java
282   frameworks/base/core/java/android/preference/TwoStatePreference.java
```

```
333    frameworks/base/core/java/android/preference/PreferenceGroup.java
860    frameworks/base/core/java/android/preference/PreferenceManager.java
238    frameworks/base/core/java/android/preference/EditTextPreference.java
199    frameworks/base/core/java/android/preference/SwitchPreference.java
520    frameworks/base/core/java/android/preference/GenericInflater.java
353    frameworks/base/core/java/android/preference/ListPreference.java
153    frameworks/base/core/java/android/preference/PreferenceFrameLayout.java
252    frameworks/base/core/java/android/preference/RingtonePreference.java
260    frameworks/base/core/java/android/preference/SeekBarPreference.java
72     frameworks/base/core/java/android/preference/PreferenceCategory.java
19
       frameworks/base/media/java/android/media/audiopolicy/AudioPolicyConfig.aid
l
176    frameworks/base/media/java/android/media/audiopolicy/AudioMix.java
169
       frameworks/base/media/java/android/media/audiopolicy/AudioPolicyConfig.jav
a
131    frameworks/base/media/java/android/media/audiopolicy/AudioMixingRule.java
136    frameworks/base/media/java/android/media/audiopolicy/AudioPolicy.java
66
       frameworks/base/media/mca/filterpacks/java/android/filterpacks/numeric/Sin
WaveFilter.java
4
       frameworks/base/media/mca/filterpacks/java/android/filterpacks/numeric/pac
kage-info.java
4
       frameworks/base/media/mca/filterpacks/java/android/filterpacks/performance
/package-info.java
103
       frameworks/base/media/mca/filterpacks/java/android/filterpacks/performance
/ThroughputFilter.java
61
       frameworks/base/media/mca/filterpacks/java/android/filterpacks/performance
/Throughput.java
176    frameworks/base/core/java/android/app/trust/TrustManager.java
32     frameworks/base/core/java/android/app/trust/ITrustManager.aidl
27     frameworks/base/core/java/android/app/trust/ITrustListener.aidl
124    frameworks/base/core/java/android/os/storage/IMountShutdownObserver.java
676    frameworks/base/core/java/android/os/storage/StorageManager.java
176    frameworks/base/core/java/android/os/storage/IMountServiceListener.java
8      frameworks/base/core/java/android/os/storage/package.html
314    frameworks/base/core/java/android/os/storage/StorageVolume.java
40     frameworks/base/core/java/android/os/storage/StorageEventListener.java
85     frameworks/base/core/java/android/os/storage/OnObbStateChangeListener.java
44     frameworks/base/core/java/android/os/storage/MountServiceListener.java
136    frameworks/base/core/java/android/os/storage/IObbActionListener.java
1620   frameworks/base/core/java/android/os/storage/IMountService.java
19     frameworks/base/core/java/android/os/storage/StorageVolume.aidl
75     frameworks/base/core/java/android/os/storage/StorageResultCode.java
19     frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pGroupList.aidl
19     frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pDeviceList.aidl
98     frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pInfo.java
398    frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pDevice.java
68     frameworks/base/wifi/java/android/net/wifi/p2p/package.html
19     frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pGroup.aidl
```

```
196   frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pWfdInfo.java
86    frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pProvDiscEvent.java
19    frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pInfo.aidl
216   frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pDeviceList.java
32    frameworks/base/wifi/java/android/net/wifi/p2p/IWifiP2pManager.aidl
332   frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pGroup.java
246   frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pGroupList.java
1443  frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pManager.java
156   frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pConfig.java
19    frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pConfig.aidl
19    frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pDevice.aidl
233
      frameworks/base/wifi/java/android/net/wifi/p2p/nsd/WifiP2pDnsSdServiceInfo
.java
107
      frameworks/base/wifi/java/android/net/wifi/p2p/nsd/WifiP2pDnsSdServiceRequ
est.java
82
      frameworks/base/wifi/java/android/net/wifi/p2p/nsd/WifiP2pUpnpServiceReque
st.java
19
      frameworks/base/wifi/java/android/net/wifi/p2p/nsd/WifiP2pServiceResponse.
aidl
279
      frameworks/base/wifi/java/android/net/wifi/p2p/nsd/WifiP2pServiceRequest.j
ava
19
      frameworks/base/wifi/java/android/net/wifi/p2p/nsd/WifiP2pServiceRequest.a
idl
389
      frameworks/base/wifi/java/android/net/wifi/p2p/nsd/WifiP2pServiceResponse.
java
19    frameworks/base/wifi/java/android/net/wifi/p2p/nsd/WifiP2pServiceInfo.aidl
182   frameworks/base/wifi/java/android/net/wifi/p2p/nsd/WifiP2pServiceInfo.java
111
      frameworks/base/wifi/java/android/net/wifi/p2p/nsd/WifiP2pUpnpServiceInfo.
java
309
      frameworks/base/wifi/java/android/net/wifi/p2p/nsd/WifiP2pDnsSdServiceResp
onse.java
159
      frameworks/base/wifi/java/android/net/wifi/p2p/nsd/WifiP2pUpnpServiceRespo
nse.java
86
      frameworks/base/core/java/android/service/restrictions/RestrictionsReceive
r.java
31
      frameworks/base/media/mca/effect/java/android/media/effect/effects/Negativ
eEffect.java
32
      frameworks/base/media/mca/effect/java/android/media/effect/effects/Fisheye
Effect.java
31
      frameworks/base/media/mca/effect/java/android/media/effect/effects/ColorTe
mperatureEffect.java
```

```
32
     frameworks/base/media/mca/effect/java/android/media/effect/effects/Contras
tEffect.java
31
     frameworks/base/media/mca/effect/java/android/media/effect/effects/Sharpen
Effect.java
30
     frameworks/base/media/mca/effect/java/android/media/effect/effects/Lomoish
Effect.java
31
     frameworks/base/media/mca/effect/java/android/media/effect/effects/Graysca
leEffect.java
31
     frameworks/base/media/mca/effect/java/android/media/effect/effects/BlackWh
iteEffect.java
32
     frameworks/base/media/mca/effect/java/android/media/effect/effects/CropEff
ect.java
32
     frameworks/base/media/mca/effect/java/android/media/effect/effects/BitmapO
verlayEffect.java
31
     frameworks/base/media/mca/effect/java/android/media/effect/effects/Saturat
eEffect.java
31
     frameworks/base/media/mca/effect/java/android/media/effect/effects/TintEff
ect.java
31
     frameworks/base/media/mca/effect/java/android/media/effect/effects/SepiaEf
fect.java
31
     frameworks/base/media/mca/effect/java/android/media/effect/effects/FlipEff
ect.java
32
     frameworks/base/media/mca/effect/java/android/media/effect/effects/RedEyeE
ffect.java
31
     frameworks/base/media/mca/effect/java/android/media/effect/effects/AutoFix
Effect.java
32
     frameworks/base/media/mca/effect/java/android/media/effect/effects/Brightn
essEffect.java
31
     frameworks/base/media/mca/effect/java/android/media/effect/effects/CrossPr
ocessEffect.java
58
     frameworks/base/media/mca/effect/java/android/media/effect/effects/Identit
yEffect.java
105
     frameworks/base/media/mca/effect/java/android/media/effect/effects/BackDro
pperEffect.java
31
     frameworks/base/media/mca/effect/java/android/media/effect/effects/Duotone
Effect.java
```

31
      frameworks/base/media/mca/effect/java/android/media/effect/effects/FillLig
htEffect.java
30
      frameworks/base/media/mca/effect/java/android/media/effect/effects/Documen
taryEffect.java
31
      frameworks/base/media/mca/effect/java/android/media/effect/effects/Posteri
zeEffect.java
31
      frameworks/base/media/mca/effect/java/android/media/effect/effects/Vignett
eEffect.java
31
      frameworks/base/media/mca/effect/java/android/media/effect/effects/RotateE
ffect.java
31
      frameworks/base/media/mca/effect/java/android/media/effect/effects/Straigh
tenEffect.java
31
      frameworks/base/media/mca/effect/java/android/media/effect/effects/GrainEf
fect.java
201   frameworks/base/core/java/android/hardware/camera2/utils/TaskDrainer.java
152
      frameworks/base/core/java/android/hardware/camera2/utils/HashCodeHelpers.j
ava
52
      frameworks/base/core/java/android/hardware/camera2/utils/UncheckedThrow.ja
va
184   frameworks/base/core/java/android/hardware/camera2/utils/ArrayUtils.java
20
      frameworks/base/core/java/android/hardware/camera2/utils/LongParcelable.ai
dl
3     frameworks/base/core/java/android/hardware/camera2/utils/package.html
71
      frameworks/base/core/java/android/hardware/camera2/utils/SizeAreaComparato
r.java
74
      frameworks/base/core/java/android/hardware/camera2/utils/LongParcelable.ja
va
70
      frameworks/base/core/java/android/hardware/camera2/utils/CameraServiceBind
erDecorator.java
20    frameworks/base/core/java/android/hardware/camera2/utils/BinderHolder.aidl
104   frameworks/base/core/java/android/hardware/camera2/utils/ListUtils.java
200   frameworks/base/core/java/android/hardware/camera2/utils/ParamsUtils.java
92    frameworks/base/core/java/android/hardware/camera2/utils/Decorator.java
168
      frameworks/base/core/java/android/hardware/camera2/utils/CameraBinderDecor
ator.java
346
      frameworks/base/core/java/android/hardware/camera2/utils/CloseableLock.jav
a
63
      frameworks/base/core/java/android/hardware/camera2/utils/CameraRuntimeExce
ption.java

```
104
        frameworks/base/core/java/android/hardware/camera2/utils/TaskSingleDrainer
.java
74      frameworks/base/core/java/android/hardware/camera2/utils/BinderHolder.java
437
        frameworks/base/core/java/android/hardware/camera2/utils/TypeReference.jav
a
833     frameworks/base/graphics/java/android/graphics/Path.java
43      frameworks/base/graphics/java/android/graphics/PaintFlagsDrawFilter.java
420     frameworks/base/graphics/java/android/graphics/ImageFormat.java
70      frameworks/base/graphics/java/android/graphics/PorterDuff.java
177     frameworks/base/graphics/java/android/graphics/Camera.java
441     frameworks/base/graphics/java/android/graphics/Atlas.java
33      frameworks/base/graphics/java/android/graphics/PixelXorXfermode.java
224     frameworks/base/graphics/java/android/graphics/Outline.java
431     frameworks/base/graphics/java/android/graphics/Region.java
33      frameworks/base/graphics/java/android/graphics/CornerPathEffect.java
18      frameworks/base/graphics/java/android/graphics/Point.aidl
34      frameworks/base/graphics/java/android/graphics/Rasterizer.java
19      frameworks/base/graphics/java/android/graphics/RectF.aidl
99      frameworks/base/graphics/java/android/graphics/Movie.java
124     frameworks/base/graphics/java/android/graphics/Shader.java
114     frameworks/base/graphics/java/android/graphics/Insets.java
118     frameworks/base/graphics/java/android/graphics/LargeBitmap.java
163     frameworks/base/graphics/java/android/graphics/Interpolator.java
6       frameworks/base/graphics/java/android/graphics/package.html
245     frameworks/base/graphics/java/android/graphics/ColorMatrix.java
128     frameworks/base/graphics/java/android/graphics/ColorMatrixColorFilter.java
125     frameworks/base/graphics/java/android/graphics/RadialGradient.java
2049    frameworks/base/graphics/java/android/graphics/Canvas.java
33      frameworks/base/graphics/java/android/graphics/ComposePathEffect.java
272     frameworks/base/graphics/java/android/graphics/BitmapRegionDecoder.java
32      frameworks/base/graphics/java/android/graphics/MaskFilter.java
54      frameworks/base/graphics/java/android/graphics/RegionIterator.java
281     frameworks/base/graphics/java/android/graphics/NinePatch.java
46      frameworks/base/graphics/java/android/graphics/TableMaskFilter.java
38      frameworks/base/graphics/java/android/graphics/EmbossMaskFilter.java
41      frameworks/base/graphics/java/android/graphics/LayerRasterizer.java
49      frameworks/base/graphics/java/android/graphics/TemporaryBuffer.java
918     frameworks/base/graphics/java/android/graphics/Matrix.java
159     frameworks/base/graphics/java/android/graphics/PathMeasure.java
112     frameworks/base/graphics/java/android/graphics/LightingColorFilter.java
625     frameworks/base/graphics/java/android/graphics/Rect.java
36      frameworks/base/graphics/java/android/graphics/PorterDuffXfermode.java
119     frameworks/base/graphics/java/android/graphics/LinearGradient.java
423     frameworks/base/graphics/java/android/graphics/Color.java
587     frameworks/base/graphics/java/android/graphics/RectF.java
18      frameworks/base/graphics/java/android/graphics/PointF.aidl
156     frameworks/base/graphics/java/android/graphics/FontListParser.java
1669    frameworks/base/graphics/java/android/graphics/Bitmap.java
61      frameworks/base/graphics/java/android/graphics/BitmapShader.java
393     frameworks/base/graphics/java/android/graphics/SurfaceTexture.java
61      frameworks/base/graphics/java/android/graphics/AvoidXfermode.java
51      frameworks/base/graphics/java/android/graphics/PathDashPathEffect.java
163     frameworks/base/graphics/java/android/graphics/PixelFormat.java
```

```
127    frameworks/base/graphics/java/android/graphics/PorterDuffColorFilter.java
44     frameworks/base/graphics/java/android/graphics/Xfermode.java
215    frameworks/base/graphics/java/android/graphics/Picture.java
32     frameworks/base/graphics/java/android/graphics/SumPathEffect.java
162    frameworks/base/graphics/java/android/graphics/PointF.java
31     frameworks/base/graphics/java/android/graphics/DiscretePathEffect.java
110    frameworks/base/graphics/java/android/graphics/SweepGradient.java
20     frameworks/base/graphics/java/android/graphics/Rect.aidl
80     frameworks/base/graphics/java/android/graphics/FontFamily.java
32     frameworks/base/graphics/java/android/graphics/PathEffect.java
240    frameworks/base/graphics/java/android/graphics/YuvImage.java
40     frameworks/base/graphics/java/android/graphics/DrawFilter.java
20     frameworks/base/graphics/java/android/graphics/Region.aidl
145    frameworks/base/graphics/java/android/graphics/Point.java
43     frameworks/base/graphics/java/android/graphics/DashPathEffect.java
715    frameworks/base/graphics/java/android/graphics/BitmapFactory.java
394    frameworks/base/graphics/java/android/graphics/Typeface.java
19     frameworks/base/graphics/java/android/graphics/Bitmap.aidl
66     frameworks/base/graphics/java/android/graphics/BlurMaskFilter.java
48     frameworks/base/graphics/java/android/graphics/CanvasProperty.java
47     frameworks/base/graphics/java/android/graphics/ColorFilter.java
101    frameworks/base/graphics/java/android/graphics/ComposeShader.java
2301   frameworks/base/graphics/java/android/graphics/Paint.java
456    frameworks/base/graphics/java/android/graphics/pdf/PdfDocument.java
5      frameworks/base/graphics/java/android/graphics/pdf/package.html
162    frameworks/base/graphics/java/android/graphics/pdf/PdfEditor.java
429    frameworks/base/graphics/java/android/graphics/pdf/PdfRenderer.java
338    frameworks/base/graphics/java/android/graphics/drawable/ScaleDrawable.java
1078
       frameworks/base/graphics/java/android/graphics/drawable/DrawableContainer.
java
964
       frameworks/base/graphics/java/android/graphics/drawable/BitmapDrawable.jav
a
395
       frameworks/base/graphics/java/android/graphics/drawable/AnimatedRotateDraw
able.java
1009
       frameworks/base/graphics/java/android/graphics/drawable/RippleDrawable.jav
a
443
       frameworks/base/graphics/java/android/graphics/drawable/RippleBackground.j
ava
323    frameworks/base/graphics/java/android/graphics/drawable/ColorDrawable.java
10     frameworks/base/graphics/java/android/graphics/drawable/package.html
617    frameworks/base/graphics/java/android/graphics/drawable/ShapeDrawable.java
402
       frameworks/base/graphics/java/android/graphics/drawable/AnimationDrawable.
java
663
       frameworks/base/graphics/java/android/graphics/drawable/AnimatedStateListD
rawable.java
326    frameworks/base/graphics/java/android/graphics/drawable/ClipDrawable.java
```

```
102
      frameworks/base/graphics/java/android/graphics/drawable/PictureDrawable.ja
va
39    frameworks/base/graphics/java/android/graphics/drawable/Animatable.java
1300  frameworks/base/graphics/java/android/graphics/drawable/Drawable.java
476
      frameworks/base/graphics/java/android/graphics/drawable/AnimatedVectorDraw
able.java
347
      frameworks/base/graphics/java/android/graphics/drawable/StateListDrawable.
java
219
      frameworks/base/graphics/java/android/graphics/drawable/LevelListDrawable.
java
1111  frameworks/base/graphics/java/android/graphics/drawable/LayerDrawable.java
570   frameworks/base/graphics/java/android/graphics/drawable/Ripple.java
707
      frameworks/base/graphics/java/android/graphics/drawable/NinePatchDrawable.
java
444   frameworks/base/graphics/java/android/graphics/drawable/InsetDrawable.java
1558
      frameworks/base/graphics/java/android/graphics/drawable/VectorDrawable.jav
a
273
      frameworks/base/graphics/java/android/graphics/drawable/TransitionDrawable
.java
1752
      frameworks/base/graphics/java/android/graphics/drawable/GradientDrawable.j
ava
555
      frameworks/base/graphics/java/android/graphics/drawable/RotateDrawable.jav
a
108   frameworks/base/graphics/java/android/graphics/drawable/PaintDrawable.java
139
      frameworks/base/graphics/java/android/graphics/drawable/shapes/RoundRectSh
ape.java
75
      frameworks/base/graphics/java/android/graphics/drawable/shapes/PathShape.j
ava
5
      frameworks/base/graphics/java/android/graphics/drawable/shapes/package.htm
l
50
      frameworks/base/graphics/java/android/graphics/drawable/shapes/ArcShape.ja
va
109   frameworks/base/graphics/java/android/graphics/drawable/shapes/Shape.java
65
      frameworks/base/graphics/java/android/graphics/drawable/shapes/RectShape.j
ava
46
      frameworks/base/graphics/java/android/graphics/drawable/shapes/OvalShape.j
ava
228   frameworks/base/core/java/android/widget/AbsoluteLayout.java
1098  frameworks/base/core/java/android/widget/AdapterViewAnimator.java
1035  frameworks/base/core/java/android/widget/ExpandableListConnector.java
```

```
32     frameworks/base/core/java/android/widget/WrapperListAdapter.java
117    frameworks/base/core/java/android/widget/ZoomButton.java
598    frameworks/base/core/java/android/widget/Scroller.java
517    frameworks/base/core/java/android/widget/CompoundButton.java
1207   frameworks/base/core/java/android/widget/Switch.java
1258   frameworks/base/core/java/android/widget/TimePickerSpinnerDelegate.java
154    frameworks/base/core/java/android/widget/EditText.java
106    frameworks/base/core/java/android/widget/ImageButton.java
387    frameworks/base/core/java/android/widget/SimpleAdapter.java
1914   frameworks/base/core/java/android/widget/ProgressBar.java
710    frameworks/base/core/java/android/widget/MediaController.java
86     frameworks/base/core/java/android/widget/CheckBox.java
772    frameworks/base/core/java/android/widget/ActionMenuPresenter.java
105    frameworks/base/core/java/android/widget/TextSwitcher.java
1393   frameworks/base/core/java/android/widget/RemoteViewsAdapter.java
3904   frameworks/base/core/java/android/widget/ListView.java
271    frameworks/base/core/java/android/widget/AnalogClock.java
1586   frameworks/base/core/java/android/widget/FastScroller.java
270    frameworks/base/core/java/android/widget/HeaderViewListAdapter.java
1814   frameworks/base/core/java/android/widget/ScrollView.java
568    frameworks/base/core/java/android/widget/TabWidget.java
784    frameworks/base/core/java/android/widget/TableLayout.java
1297   frameworks/base/core/java/android/widget/AutoCompleteTextView.java
78     frameworks/base/core/java/android/widget/SectionIndexer.java
42     frameworks/base/core/java/android/widget/FilterQueryProvider.java
139    frameworks/base/core/java/android/widget/ExpandableListPosition.java
39     frameworks/base/core/java/android/widget/package.html
1713   frameworks/base/core/java/android/widget/PopupWindow.java
235    frameworks/base/core/java/android/widget/ViewFlipper.java
2960   frameworks/base/core/java/android/widget/GridLayout.java
301    frameworks/base/core/java/android/widget/SimpleExpandableListAdapter.java
1355   frameworks/base/core/java/android/widget/ExpandableListView.java
395    frameworks/base/core/java/android/widget/QuickContactBadge.java
1792   frameworks/base/core/java/android/widget/ListPopupWindow.java
1547   frameworks/base/core/java/android/widget/Gallery.java
112
       frameworks/base/core/java/android/widget/TextViewWithCircularIndicator.jav
a
2686   frameworks/base/core/java/android/widget/NumberPicker.java
256    frameworks/base/core/java/android/widget/PopupMenu.java
485    frameworks/base/core/java/android/widget/AbsSpinner.java
43     frameworks/base/core/java/android/widget/SpinnerAdapter.java
308    frameworks/base/core/java/android/widget/TimePicker.java
2391   frameworks/base/core/java/android/widget/GridView.java
187    frameworks/base/core/java/android/widget/YearPickerView.java
710    frameworks/base/core/java/android/widget/SuggestionsAdapter.java
2152   frameworks/base/core/java/android/widget/CalendarView.java
93     frameworks/base/core/java/android/widget/RadioButton.java
295    frameworks/base/core/java/android/widget/Chronometer.java
291    frameworks/base/core/java/android/widget/MultiAutoCompleteTextView.java
174    frameworks/base/core/java/android/widget/SimpleMonthAdapter.java
807    frameworks/base/core/java/android/widget/ActionMenuView.java
129    frameworks/base/core/java/android/widget/ResourceCursorAdapter.java
446    frameworks/base/core/java/android/widget/CheckedTextView.java
54     frameworks/base/core/java/android/widget/ListAdapter.java
```

```
1975   frameworks/base/core/java/android/widget/Toolbar.java
404    frameworks/base/core/java/android/widget/RadioGroup.java
954    frameworks/base/core/java/android/widget/OverScroller.java
1457   frameworks/base/core/java/android/widget/StackView.java
1185   frameworks/base/core/java/android/widget/DatePicker.java
701    frameworks/base/core/java/android/widget/ZoomButtonsController.java
209    frameworks/base/core/java/android/widget/ExpandableListAdapter.java
1211   frameworks/base/core/java/android/widget/AdapterView.java
125    frameworks/base/core/java/android/widget/Button.java
138    frameworks/base/core/java/android/widget/BaseExpandableListAdapter.java
105    frameworks/base/core/java/android/widget/DoubleDigitManager.java
318    frameworks/base/core/java/android/widget/AdapterViewFlipper.java
252    frameworks/base/core/java/android/widget/DateTimeView.java
326    frameworks/base/core/java/android/widget/SimpleCursorTreeAdapter.java
57     frameworks/base/core/java/android/widget/DatePickerController.java
418    frameworks/base/core/java/android/widget/SimpleCursorAdapter.java
792    frameworks/base/core/java/android/widget/FrameLayout.java
151    frameworks/base/core/java/android/widget/Adapter.java
452    frameworks/base/core/java/android/widget/Toast.java
1130   frameworks/base/core/java/android/widget/ActivityChooserModel.java
791    frameworks/base/core/java/android/widget/SpellChecker.java
19     frameworks/base/core/java/android/widget/RemoteViews.aidl
666    frameworks/base/core/java/android/widget/AppSecurityPermissions.java
522    frameworks/base/core/java/android/widget/CursorTreeAdapter.java
786    frameworks/base/core/java/android/widget/DatePickerCalendarDelegate.java
1803   frameworks/base/core/java/android/widget/SearchView.java
417    frameworks/base/core/java/android/widget/DialerFilter.java
107    frameworks/base/core/java/android/widget/TwoLineListItem.java
27     frameworks/base/core/java/android/widget/OnDateChangedListener.java
121    frameworks/base/core/java/android/widget/RemoteViewsListAdapter.java
788    frameworks/base/core/java/android/widget/TabHost.java
1182   frameworks/base/core/java/android/widget/Spinner.java
323    frameworks/base/core/java/android/widget/Filter.java
91     frameworks/base/core/java/android/widget/RtlSpacingHelper.java
258    frameworks/base/core/java/android/widget/RemoteViewsService.java
85     frameworks/base/core/java/android/widget/BaseAdapter.java
611    frameworks/base/core/java/android/widget/TimePickerClockDelegate.java
517    frameworks/base/core/java/android/widget/ArrayAdapter.java
1821   frameworks/base/core/java/android/widget/RelativeLayout.java
371    frameworks/base/core/java/android/widget/ViewAnimator.java
167    frameworks/base/core/java/android/widget/ToggleButton.java
192    frameworks/base/core/java/android/widget/AccessibilityIterators.java
138    frameworks/base/core/java/android/widget/SeekBar.java
2703   frameworks/base/core/java/android/widget/RemoteViews.java
519    frameworks/base/core/java/android/widget/TextClock.java
481    frameworks/base/core/java/android/widget/CursorAdapter.java
547    frameworks/base/core/java/android/widget/TableRow.java
342    frameworks/base/core/java/android/widget/ShareActionProvider.java
109    frameworks/base/core/java/android/widget/ResourceCursorTreeAdapter.java
131    frameworks/base/core/java/android/widget/DigitalClock.java
37     frameworks/base/core/java/android/widget/Advanceable.java
349    frameworks/base/core/java/android/widget/RatingBar.java
920    frameworks/base/core/java/android/widget/VideoView.java
70     frameworks/base/core/java/android/widget/ImageSwitcher.java
7313   frameworks/base/core/java/android/widget/AbsListView.java
```

```
37     frameworks/base/core/java/android/widget/Filterable.java
4321   frameworks/base/core/java/android/widget/Editor.java
501    frameworks/base/core/java/android/widget/DayPickerView.java
860    frameworks/base/core/java/android/widget/ActivityChooserView.java
825    frameworks/base/core/java/android/widget/AbsSeekBar.java
9476   frameworks/base/core/java/android/widget/TextView.java
400    frameworks/base/core/java/android/widget/EdgeEffect.java
70     frameworks/base/core/java/android/widget/CursorFilter.java
123    frameworks/base/core/java/android/widget/ZoomControls.java
106    frameworks/base/core/java/android/widget/HeterogeneousExpandableList.java
994    frameworks/base/core/java/android/widget/SlidingDrawer.java
1930   frameworks/base/core/java/android/widget/LinearLayout.java
697    frameworks/base/core/java/android/widget/SimpleMonthView.java
100    frameworks/base/core/java/android/widget/Space.java
42     frameworks/base/core/java/android/widget/Checkable.java
270    frameworks/base/core/java/android/widget/ScrollBarDrawable.java
147    frameworks/base/core/java/android/widget/ViewSwitcher.java
289    frameworks/base/core/java/android/widget/AlphabetIndexer.java
1490   frameworks/base/core/java/android/widget/RadialTimePickerView.java
1726   frameworks/base/core/java/android/widget/HorizontalScrollView.java
1422   frameworks/base/core/java/android/widget/ImageView.java
6      frameworks/base/telephony/java/android/telephony/gsm/package.html
153    frameworks/base/telephony/java/android/telephony/gsm/GsmCellLocation.java
73     frameworks/base/core/java/android/hardware/hdmi/IHdmiControlService.aidl
19     frameworks/base/core/java/android/hardware/hdmi/HdmiDeviceInfo.aidl
175    frameworks/base/core/java/android/hardware/hdmi/HdmiPortInfo.java
458
       frameworks/base/core/java/android/hardware/hdmi/HdmiTimerRecordSources.jav
a
29
       frameworks/base/core/java/android/hardware/hdmi/IHdmiInputChangeListener.a
idl
104    frameworks/base/core/java/android/hardware/hdmi/HdmiHotplugEvent.java
777    frameworks/base/core/java/android/hardware/hdmi/HdmiRecordSources.java
27
       frameworks/base/core/java/android/hardware/hdmi/IHdmiVendorCommandListener
.aidl
244    frameworks/base/core/java/android/hardware/hdmi/HdmiRecordListener.java
49     frameworks/base/core/java/android/hardware/hdmi/IHdmiRecordListener.aidl
26
       frameworks/base/core/java/android/hardware/hdmi/IHdmiMhlVendorCommandListe
ner.aidl
19     frameworks/base/core/java/android/hardware/hdmi/HdmiHotplugEvent.aidl
394    frameworks/base/core/java/android/hardware/hdmi/HdmiControlManager.java
31
       frameworks/base/core/java/android/hardware/hdmi/IHdmiSystemAudioModeChange
Listener.aidl
393    frameworks/base/core/java/android/hardware/hdmi/HdmiTvClient.java
123    frameworks/base/core/java/android/hardware/hdmi/HdmiPlaybackClient.java
462    frameworks/base/core/java/android/hardware/hdmi/HdmiDeviceInfo.java
19     frameworks/base/core/java/android/hardware/hdmi/HdmiPortInfo.aidl
29
       frameworks/base/core/java/android/hardware/hdmi/IHdmiHotplugEventListener.
aidl
27     frameworks/base/core/java/android/hardware/hdmi/IHdmiControlCallback.aidl
```

```
99     frameworks/base/core/java/android/hardware/hdmi/HdmiClient.java
40
       frameworks/base/core/java/android/hardware/hdmi/IHdmiDeviceEventListener.a
idl
42     frameworks/base/core/java/android/util/StringBuilderPrinter.java
137    frameworks/base/core/java/android/util/NtpTrustedTime.java
148    frameworks/base/core/java/android/util/TimingLogger.java
31     frameworks/base/core/java/android/util/MalformedJsonException.java
259    frameworks/base/core/java/android/util/SparseIntArray.java
559    frameworks/base/core/java/android/util/MapCollections.java
134    frameworks/base/core/java/android/util/TimedRemoteCaller.java
259    frameworks/base/core/java/android/util/SparseLongArray.java
155    frameworks/base/core/java/android/util/Base64OutputStream.java
187    frameworks/base/core/java/android/util/DayOfMonthCursor.java
126    frameworks/base/core/java/android/util/DebugUtils.java
39     frameworks/base/core/java/android/util/Singleton.java
101    frameworks/base/core/java/android/util/FloatMath.java
358    frameworks/base/core/java/android/util/Range.java
6      frameworks/base/core/java/android/util/package.html
59     frameworks/base/core/java/android/util/LocalLog.java
180    frameworks/base/core/java/android/util/MathUtils.java
30     frameworks/base/core/java/android/util/TimeFormatException.java
297    frameworks/base/core/java/android/util/Spline.java
48     frameworks/base/core/java/android/util/IntProperty.java
375    frameworks/base/core/java/android/util/LongSparseArray.java
116    frameworks/base/core/java/android/util/Slog.java
38     frameworks/base/core/java/android/util/AndroidException.java
82     frameworks/base/core/java/android/util/JsonToken.java
308    frameworks/base/core/java/android/util/DisplayMetrics.java
242    frameworks/base/core/java/android/util/Patterns.java
58     frameworks/base/core/java/android/util/ExceptionUtils.java
390    frameworks/base/core/java/android/util/SparseArray.java
106    frameworks/base/core/java/android/util/Property.java
45     frameworks/base/core/java/android/util/EventLogTags.java
153    frameworks/base/core/java/android/util/Base64InputStream.java
165    frameworks/base/core/java/android/util/Pools.java
48     frameworks/base/core/java/android/util/FloatProperty.java
682    frameworks/base/core/java/android/util/ArraySet.java
1171   frameworks/base/core/java/android/util/JsonReader.java
164    frameworks/base/core/java/android/util/SizeF.java
38     frameworks/base/core/java/android/util/AndroidRuntimeException.java
360    frameworks/base/core/java/android/util/Log.java
166    frameworks/base/core/java/android/util/LongArray.java
741    frameworks/base/core/java/android/util/Base64.java
56     frameworks/base/core/java/android/util/Config.java
490    frameworks/base/core/java/android/util/TypedValue.java
147    frameworks/base/core/java/android/util/XmlPullAttributes.java
48     frameworks/base/core/java/android/util/LayoutDirection.java
31     frameworks/base/core/java/android/util/Printer.java
528    frameworks/base/core/java/android/util/JsonWriter.java
213    frameworks/base/core/java/android/util/MonthDisplayHelper.java
602    frameworks/base/core/java/android/util/Rational.java
77     frameworks/base/core/java/android/util/Pair.java
152    frameworks/base/core/java/android/util/Size.java
180    frameworks/base/core/java/android/util/Xml.java
```

```
78    frameworks/base/core/java/android/util/FastImmutableArraySet.java
68    frameworks/base/core/java/android/util/JsonScope.java
380   frameworks/base/core/java/android/util/LruCache.java
311   frameworks/base/core/java/android/util/AttributeSet.java
180   frameworks/base/core/java/android/util/StateSet.java
55    frameworks/base/core/java/android/util/TrustedTime.java
651   frameworks/base/core/java/android/util/PathParser.java
59    frameworks/base/core/java/android/util/ContainerHelpers.java
40    frameworks/base/core/java/android/util/PrintStreamPrinter.java
163   frameworks/base/core/java/android/util/ReflectiveProperty.java
267   frameworks/base/core/java/android/util/EventLog.java
27    frameworks/base/core/java/android/util/SuperNotCalledException.java
30    frameworks/base/core/java/android/util/Base64DataException.java
82    frameworks/base/core/java/android/util/LogWriter.java
50    frameworks/base/core/java/android/util/PrefixPrinter.java
265   frameworks/base/core/java/android/util/SparseBooleanArray.java
879   frameworks/base/core/java/android/util/ArrayMap.java
40    frameworks/base/core/java/android/util/PrintWriterPrinter.java
424   frameworks/base/core/java/android/util/TimeUtils.java
30    frameworks/base/core/java/android/util/NoSuchPropertyException.java
247   frameworks/base/core/java/android/util/AtomicFile.java
59    frameworks/base/core/java/android/util/LogPrinter.java
261   frameworks/base/core/java/android/util/LongSparseLongArray.java
37    frameworks/base/core/java/android/annotation/StyleRes.java
37    frameworks/base/core/java/android/annotation/ArrayRes.java
39    frameworks/base/core/java/android/annotation/AnyRes.java
37    frameworks/base/core/java/android/annotation/DrawableRes.java
37    frameworks/base/core/java/android/annotation/Widget.java
35    frameworks/base/core/java/android/annotation/TargetApi.java
37    frameworks/base/core/java/android/annotation/IdRes.java
37    frameworks/base/core/java/android/annotation/BoolRes.java
37    frameworks/base/core/java/android/annotation/StyleableRes.java
37    frameworks/base/core/java/android/annotation/LayoutRes.java
37    frameworks/base/core/java/android/annotation/InterpolatorRes.java
37    frameworks/base/core/java/android/annotation/PluralsRes.java
37    frameworks/base/core/java/android/annotation/ColorRes.java
37    frameworks/base/core/java/android/annotation/StringRes.java
60    frameworks/base/core/java/android/annotation/IntDef.java
37    frameworks/base/core/java/android/annotation/RawRes.java
37    frameworks/base/core/java/android/annotation/FractionRes.java
38    frameworks/base/core/java/android/annotation/SuppressLint.java
37    frameworks/base/core/java/android/annotation/DimenRes.java
37    frameworks/base/core/java/android/annotation/AttrRes.java
43    frameworks/base/core/java/android/annotation/Nullable.java
37    frameworks/base/core/java/android/annotation/AnimRes.java
44    frameworks/base/core/java/android/annotation/SystemApi.java
36    frameworks/base/core/java/android/annotation/NonNull.java
37    frameworks/base/core/java/android/annotation/AnimatorRes.java
51    frameworks/base/core/java/android/annotation/StringDef.java
37    frameworks/base/core/java/android/annotation/MenuRes.java
37    frameworks/base/core/java/android/annotation/XmlRes.java
37    frameworks/base/core/java/android/annotation/IntegerRes.java
36    frameworks/base/core/java/android/annotation/SdkConstant.java
126   frameworks/base/core/java/android/hardware/input/TouchCalibration.java
42    frameworks/base/core/java/android/hardware/input/InputManagerInternal.java
```

```
890    frameworks/base/core/java/android/hardware/input/InputManager.java
19     frameworks/base/core/java/android/hardware/input/TouchCalibration.aidl
29
       frameworks/base/core/java/android/hardware/input/IInputDevicesChangedListe
ner.aidl
82
       frameworks/base/core/java/android/hardware/input/InputDeviceIdentifier.jav
a
120    frameworks/base/core/java/android/hardware/input/KeyboardLayout.java
19     frameworks/base/core/java/android/hardware/input/KeyboardLayout.aidl
66     frameworks/base/core/java/android/hardware/input/IInputManager.aidl
19
       frameworks/base/core/java/android/hardware/input/InputDeviceIdentifier.aid
l
86     frameworks/base/core/java/android/accounts/IAccountAuthenticator.aidl
19     frameworks/base/core/java/android/accounts/Account.aidl
20     frameworks/base/core/java/android/accounts/AccountManagerCallback.java
582
       frameworks/base/core/java/android/accounts/ChooseTypeAndAccountActivity.ja
va
41     frameworks/base/core/java/android/accounts/CantAddAccountActivity.java
78     frameworks/base/core/java/android/accounts/IAccountManager.aidl
186    frameworks/base/core/java/android/accounts/ChooseAccountActivity.java
84     frameworks/base/core/java/android/accounts/Account.java
19     frameworks/base/core/java/android/accounts/AuthenticatorDescription.aidl
79     frameworks/base/core/java/android/accounts/AccountManagerResponse.java
49     frameworks/base/core/java/android/accounts/AccountAndUser.java
31     frameworks/base/core/java/android/accounts/NetworkErrorException.java
32     frameworks/base/core/java/android/accounts/AuthenticatorException.java
98
       frameworks/base/core/java/android/accounts/AccountAuthenticatorResponse.ja
va
2267   frameworks/base/core/java/android/accounts/AccountManager.java
82
       frameworks/base/core/java/android/accounts/AccountAuthenticatorActivity.ja
va
31     frameworks/base/core/java/android/accounts/OperationCanceledException.java
145    frameworks/base/core/java/android/accounts/AuthenticatorDescription.java
554
       frameworks/base/core/java/android/accounts/AbstractAccountAuthenticator.ja
va
29     frameworks/base/core/java/android/accounts/OnAccountsUpdateListener.java
196
       frameworks/base/core/java/android/accounts/GrantCredentialsPermissionActiv
ity.java
115    frameworks/base/core/java/android/accounts/AccountManagerFuture.java
32     frameworks/base/core/java/android/accounts/AccountsException.java
27     frameworks/base/core/java/android/accounts/IAccountManagerResponse.aidl
28
       frameworks/base/core/java/android/accounts/IAccountAuthenticatorResponse.a
idl
203    frameworks/base/core/java/android/accounts/ChooseAccountTypeActivity.java
40     frameworks/base/core/java/android/service/textservice/package.html
```

```
450     frameworks/base/core/java/android/service/textservice/SpellCheckerService.
java
57      frameworks/base/media/mca/filterpacks/java/android/filterpacks/text/ToUppe
rCase.java
4       frameworks/base/media/mca/filterpacks/java/android/filterpacks/text/packag
e-info.java
49      frameworks/base/media/mca/filterpacks/java/android/filterpacks/text/String
Logger.java
57      frameworks/base/media/mca/filterpacks/java/android/filterpacks/text/String
Source.java
31      frameworks/base/core/java/android/database/sqlite/SQLiteDoneException.java
218     frameworks/base/core/java/android/database/sqlite/SQLiteProgram.java
28      frameworks/base/core/java/android/database/sqlite/SQLiteBindOrColumnIndexO
utOfRangeException.java
125     frameworks/base/core/java/android/database/sqlite/SQLiteGlobal.java
963     frameworks/base/core/java/android/database/sqlite/SQLiteSession.java
378     frameworks/base/core/java/android/database/sqlite/SQLiteOpenHelper.java
279     frameworks/base/core/java/android/database/sqlite/SQLiteCursor.java
20      frameworks/base/core/java/android/database/sqlite/package.html
28      frameworks/base/core/java/android/database/sqlite/SQLiteFullException.java
25      frameworks/base/core/java/android/database/sqlite/SQLiteTableLocked_Excepti
on.java
108     frameworks/base/core/java/android/database/sqlite/SqliteWrapper.java
30      frameworks/base/core/java/android/database/sqlite/SQLiteAbortException.jav
a
31      frameworks/base/core/java/android/database/sqlite/DatabaseObjectNotClosedE
xception.java
29      frameworks/base/core/java/android/database/sqlite/SQLiteDiskIOException.ja
va
84      frameworks/base/core/java/android/database/sqlite/SQLiteQuery.java
33      frameworks/base/core/java/android/database/sqlite/SQLiteDatabaseLockedExce
ption.java
28      frameworks/base/core/java/android/database/sqlite/SQLiteDatabaseCorruptExc
eption.java
35      frameworks/base/core/java/android/database/sqlite/SQLiteException.java
165     frameworks/base/core/java/android/database/sqlite/SQLiteDatabaseConfigurat
ion.java
1500    frameworks/base/core/java/android/database/sqlite/SQLiteConnection.java
25      frameworks/base/core/java/android/database/sqlite/SQLiteBlobTooBigExceptio
n.java
```

```
53
     frameworks/base/core/java/android/database/sqlite/SQLiteCustomFunction.jav
a
25
     frameworks/base/core/java/android/database/sqlite/SQLiteReadOnlyDatabaseEx
ception.java
108    frameworks/base/core/java/android/database/sqlite/SQLiteClosable.java
37
     frameworks/base/core/java/android/database/sqlite/SQLiteMisuseException.ja
va
25
     frameworks/base/core/java/android/database/sqlite/SQLiteDatatypeMismatchEx
ception.java
37
     frameworks/base/core/java/android/database/sqlite/SQLiteTransactionListene
r.java
56     frameworks/base/core/java/android/database/sqlite/SQLiteCursorDriver.java
163    frameworks/base/core/java/android/database/sqlite/SQLiteStatement.java
28
     frameworks/base/core/java/android/database/sqlite/SQLiteConstraintExceptio
n.java
29
     frameworks/base/core/java/android/database/sqlite/SQLiteAccessPermExceptio
n.java
172    frameworks/base/core/java/android/database/sqlite/SQLiteDebug.java
39     frameworks/base/core/java/android/database/sqlite/SQLiteStatementInfo.java
659    frameworks/base/core/java/android/database/sqlite/SQLiteQueryBuilder.java
2195   frameworks/base/core/java/android/database/sqlite/SQLiteDatabase.java
25
     frameworks/base/core/java/android/database/sqlite/SQLiteOutOfMemoryExcepti
on.java
1072
     frameworks/base/core/java/android/database/sqlite/SQLiteConnectionPool.jav
a
25
     frameworks/base/core/java/android/database/sqlite/SQLiteCantOpenDatabaseEx
ception.java
83
     frameworks/base/core/java/android/database/sqlite/SQLiteDirectCursorDriver
.java
75     frameworks/base/media/java/android/mtp/MtpServer.java
8      frameworks/base/media/java/android/mtp/package.html
253    frameworks/base/media/java/android/mtp/MtpDevice.java
449    frameworks/base/media/java/android/mtp/MtpPropertyGroup.java
78     frameworks/base/media/java/android/mtp/MtpPropertyList.java
1116   frameworks/base/media/java/android/mtp/MtpDatabase.java
255    frameworks/base/media/java/android/mtp/MtpObjectInfo.java
70     frameworks/base/media/java/android/mtp/MtpDeviceInfo.java
83     frameworks/base/media/java/android/mtp/MtpStorageInfo.java
576    frameworks/base/media/java/android/mtp/MtpConstants.java
113    frameworks/base/media/java/android/mtp/MtpStorage.java
93
     frameworks/base/media/java/android/media/projection/MediaProjectionInfo.ja
va
```

```
206
      frameworks/base/media/java/android/media/projection/MediaProjectionManager
.java
31      frameworks/base/media/java/android/media/projection/IMediaProjection.aidl
19
      frameworks/base/media/java/android/media/projection/MediaProjectionInfo.ai
dl
22
      frameworks/base/media/java/android/media/projection/IMediaProjectionCallba
ck.aidl
25
      frameworks/base/media/java/android/media/projection/IMediaProjectionWatche
rCallback.aidl
35
      frameworks/base/media/java/android/media/projection/IMediaProjectionManage
r.aidl
211     frameworks/base/media/java/android/media/projection/MediaProjection.java
94
      frameworks/base/media/mca/filterfw/java/android/filterfw/geometry/Quad.jav
a
4       frameworks/base/media/mca/filterfw/java/android/filterfw/geometry/package-
info.java
95
      frameworks/base/media/mca/filterfw/java/android/filterfw/geometry/Rectangl
e.java
113
      frameworks/base/media/mca/filterfw/java/android/filterfw/geometry/Point.ja
va
31      frameworks/base/core/java/android/app/IInstrumentationWatcher.aidl
20      frameworks/base/core/java/android/app/AppOpsManager.aidl
39      frameworks/base/core/java/android/app/IAlarmManager.aidl
632     frameworks/base/core/java/android/app/LocalActivityManager.java
2464    frameworks/base/core/java/android/app/ContextImpl.java
82      frameworks/base/core/java/android/app/ResultInfo.java
312     frameworks/base/core/java/android/app/TaskStackBuilder.java
237     frameworks/base/core/java/android/app/UiModeManager.java
445     frameworks/base/core/java/android/app/VoiceInteractor.java
213     frameworks/base/core/java/android/app/DatePickerDialog.java
130     frameworks/base/core/java/android/app/ActivityGroup.java
1138    frameworks/base/core/java/android/app/WallpaperManager.java
1268    frameworks/base/core/java/android/app/Dialog.java
1378    frameworks/base/core/java/android/app/ActionBar.java
882     frameworks/base/core/java/android/app/SearchableInfo.java
1001    frameworks/base/core/java/android/app/PendingIntent.java
150     frameworks/base/core/java/android/app/IBackupAgent.aidl
2165    frameworks/base/core/java/android/app/FragmentManager.java
44      frameworks/base/core/java/android/app/package.html
26      frameworks/base/core/java/android/app/IProcessObserver.aidl
101     frameworks/base/core/java/android/app/QueuedWork.java
337     frameworks/base/core/java/android/app/NativeActivity.java
19      frameworks/base/core/java/android/app/AlarmManager.aidl
31      frameworks/base/core/java/android/app/IWallpaperManagerCallback.aidl
353     frameworks/base/core/java/android/app/Presentation.java
291     frameworks/base/core/java/android/app/FragmentTransaction.java
25      frameworks/base/core/java/android/app/IUserSwitchObserver.aidl
```

```
663    frameworks/base/core/java/android/app/EnterTransitionCoordinator.java
46     frameworks/base/core/java/android/app/PackageDeleteObserver.java
1349   frameworks/base/core/java/android/app/ApplicationThreadNative.java
1425   frameworks/base/core/java/android/app/DownloadManager.java
1930   frameworks/base/core/java/android/app/Instrumentation.java
2789   frameworks/base/core/java/android/app/ActivityManager.java
1008   frameworks/base/core/java/android/app/SearchManager.java
65     frameworks/base/core/java/android/app/AppGlobals.java
305    frameworks/base/core/java/android/app/ActivityTransitionState.java
54     frameworks/base/core/java/android/app/IUiModeManager.aidl
19     frameworks/base/core/java/android/app/ActivityManager.aidl
890    frameworks/base/core/java/android/app/LoaderManager.java
90     frameworks/base/core/java/android/app/IWallpaperManager.aidl
26     frameworks/base/core/java/android/app/IServiceConnection.aidl
179    frameworks/base/core/java/android/app/TimePickerDialog.java
47     frameworks/base/core/java/android/app/IUiAutomationConnection.aidl
82     frameworks/base/core/java/android/app/INotificationManager.aidl
456    frameworks/base/core/java/android/app/ActivityView.java
1684   frameworks/base/core/java/android/app/BackStackRecord.java
1381   frameworks/base/core/java/android/app/AppOpsManager.java
185    frameworks/base/core/java/android/app/MediaRouteActionProvider.java
323    frameworks/base/core/java/android/app/ExpandableListActivity.java
323    frameworks/base/core/java/android/app/ResourcesManager.java
360    frameworks/base/core/java/android/app/ProgressDialog.java
1246   frameworks/base/core/java/android/app/LoadedApk.java
206    frameworks/base/core/java/android/app/IApplicationThread.java
174    frameworks/base/core/java/android/app/TabActivity.java
476    frameworks/base/core/java/android/app/ExitTransitionCoordinator.java
31     frameworks/base/core/java/android/app/IAppTask.aidl
27     frameworks/base/core/java/android/app/IStopUserCallback.aidl
627    frameworks/base/core/java/android/app/SharedPreferencesImpl.java
86     frameworks/base/core/java/android/app/ProfilerInfo.java
6209   frameworks/base/core/java/android/app/Activity.java
35     frameworks/base/core/java/android/app/ISearchManager.aidl
25     frameworks/base/core/java/android/app/ITransientNotification.aidl
5382   frameworks/base/core/java/android/app/ActivityManagerNative.java
716    frameworks/base/core/java/android/app/SearchDialog.java
196    frameworks/base/core/java/android/app/StatusBarManager.java
180    frameworks/base/core/java/android/app/SharedElementCallback.java
434    frameworks/base/core/java/android/app/ListFragment.java
365    frameworks/base/core/java/android/app/UiAutomationConnection.java
2291   frameworks/base/core/java/android/app/Fragment.java
20     frameworks/base/core/java/android/app/PendingIntent.aidl
68     frameworks/base/core/java/android/app/IActivityController.aidl
257    frameworks/base/core/java/android/app/KeyguardManager.java
19     frameworks/base/core/java/android/app/Notification.aidl
27     frameworks/base/core/java/android/app/IActivityPendingResult.aidl
968    frameworks/base/core/java/android/app/UiAutomation.java
1764   frameworks/base/core/java/android/app/ApplicationPackageManager.java
31     frameworks/base/core/java/android/app/OnActivityPausedListener.java
19     frameworks/base/core/java/android/app/WallpaperInfo.aidl
558    frameworks/base/core/java/android/app/DialogFragment.java
311    frameworks/base/core/java/android/app/RemoteInput.java
4913   frameworks/base/core/java/android/app/Notification.java
65     frameworks/base/core/java/android/app/PackageInstallObserver.java
```

```
124    frameworks/base/core/java/android/app/AliasActivity.java
784    frameworks/base/core/java/android/app/IActivityManager.java
309    frameworks/base/core/java/android/app/WallpaperInfo.java
150    frameworks/base/core/java/android/app/AppImportanceMonitor.java
284    frameworks/base/core/java/android/app/Application.java
162    frameworks/base/core/java/android/app/IntentService.java
37     frameworks/base/core/java/android/app/IActivityContainer.aidl
72     frameworks/base/core/java/android/app/JobSchedulerImpl.java
322    frameworks/base/core/java/android/app/ListActivity.java
480    frameworks/base/core/java/android/app/LauncherActivity.java
864    frameworks/base/core/java/android/app/ActivityTransitionCoordinator.java
268    frameworks/base/core/java/android/app/NotificationManager.java
452    frameworks/base/core/java/android/app/MediaRouteButton.java
30     frameworks/base/core/java/android/app/ActivityManagerInternal.java
19     frameworks/base/core/java/android/app/SearchableInfo.aidl
23     frameworks/base/core/java/android/app/ISearchManagerCallback.aidl
617    frameworks/base/core/java/android/app/ApplicationErrorReport.java
76     frameworks/base/core/java/android/app/ApplicationLoaders.java
723    frameworks/base/core/java/android/app/Service.java
668    frameworks/base/core/java/android/app/AlarmManager.java
806    frameworks/base/core/java/android/app/ActivityOptions.java
992    frameworks/base/core/java/android/app/AlertDialog.java
5225   frameworks/base/core/java/android/app/ActivityThread.java
25     frameworks/base/core/java/android/app/IActivityContainerCallback.aidl
381    frameworks/base/core/java/android/app/FragmentBreadCrumbs.java
91     frameworks/base/core/java/android/app/usage/TimeSparseArray.java
373    frameworks/base/core/java/android/app/usage/UsageEvents.java
19     frameworks/base/core/java/android/app/usage/PackageUsageStats.aidl
50     frameworks/base/core/java/android/app/usage/UsageStatsManagerInternal.java
161    frameworks/base/core/java/android/app/usage/ConfigurationStats.java
220    frameworks/base/core/java/android/app/usage/UsageStatsManager.java
19     frameworks/base/core/java/android/app/usage/UsageEvents.aidl
33     frameworks/base/core/java/android/app/usage/IUsageStatsManager.aidl
177    frameworks/base/core/java/android/app/usage/UsageStats.java
195    frameworks/base/core/java/android/app/admin/IDevicePolicyManager.aidl
486    frameworks/base/core/java/android/app/admin/DeviceAdminInfo.java
13     frameworks/base/core/java/android/app/admin/package.html
3478   frameworks/base/core/java/android/app/admin/DevicePolicyManager.java
63     
       frameworks/base/core/java/android/app/admin/DevicePolicyManagerInternal.ja
va
441    frameworks/base/core/java/android/app/admin/DeviceAdminReceiver.java
53     frameworks/base/core/java/android/app/job/IJobCallback.aidl
19     frameworks/base/core/java/android/app/job/JobInfo.aidl
88     frameworks/base/core/java/android/app/job/JobScheduler.java
32     frameworks/base/core/java/android/app/job/IJobService.aidl
19     frameworks/base/core/java/android/app/job/JobParameters.aidl
257    frameworks/base/core/java/android/app/job/JobService.java
473    frameworks/base/core/java/android/app/job/JobInfo.java
30     frameworks/base/core/java/android/app/job/IJobScheduler.aidl
108    frameworks/base/core/java/android/app/job/JobParameters.java
98     frameworks/base/core/java/android/app/backup/IRestoreSession.aidl
19     frameworks/base/core/java/android/app/backup/RestoreDescription.aidl
774    frameworks/base/core/java/android/app/backup/BackupAgent.java
607    frameworks/base/core/java/android/app/backup/BackupTransport.java
```

```
79    frameworks/base/core/java/android/app/backup/RestoreObserver.java
127   frameworks/base/core/java/android/app/backup/FileBackupHelperBase.java
30    frameworks/base/core/java/android/app/backup/package.html
157   frameworks/base/core/java/android/app/backup/FullBackup.java
294   frameworks/base/core/java/android/app/backup/IBackupManager.aidl
41    frameworks/base/core/java/android/app/backup/FullBackupAgent.java
239   frameworks/base/core/java/android/app/backup/RestoreSession.java
136   frameworks/base/core/java/android/app/backup/BackupDataOutput.java
118   frameworks/base/core/java/android/app/backup/BackupDataInputStream.java
110   frameworks/base/core/java/android/app/backup/RestoreDescription.java
186   frameworks/base/core/java/android/app/backup/WallpaperBackupHelper.java
149   frameworks/base/core/java/android/app/backup/BackupHelperDispatcher.java
198   frameworks/base/core/java/android/app/backup/BackupDataInput.java
89    frameworks/base/core/java/android/app/backup/RestoreSet.java
21    frameworks/base/core/java/android/app/backup/FullBackupDataOutput.java
97    frameworks/base/core/java/android/app/backup/BackupAgentHelper.java
65    frameworks/base/core/java/android/app/backup/IRestoreObserver.aidl
104   frameworks/base/core/java/android/app/backup/BackupHelper.java
69
      frameworks/base/core/java/android/app/backup/IFullBackupRestoreObserver.ai
dl
129
      frameworks/base/core/java/android/app/backup/SharedPreferencesBackupHelper
.java
75    frameworks/base/core/java/android/app/backup/AbsoluteFileBackupHelper.java
342   frameworks/base/core/java/android/app/backup/BackupManager.java
19    frameworks/base/core/java/android/app/backup/RestoreSet.aidl
103   frameworks/base/core/java/android/app/backup/FileBackupHelper.java
83
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryableHighSpeedVideoConfiguration.java
77
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryableRect.java
70
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryableNativeByteToInteger.java
88
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryableMeteringRectangle.java
90
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryableStreamConfigurationDuration.java
3
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/package.ht
ml
80
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryableStreamConfiguration.java
72
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryableSizeF.java
139
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryableRange.java
```

67
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryableBoolean.java
182
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryableArray.java
84
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryableColorSpaceTransform.java
185
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryablePrimitive.java
75
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryableRggbChannelVector.java
220
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryableEnum.java
193
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryableParcelable.java
76
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryableBlackLevelPattern.java
68
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryableSize.java
110
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryableString.java
158
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryablePair.java
131
      frameworks/base/core/java/android/hardware/camera2/marshal/impl/MarshalQue
ryableReprocessFormatsMap.java
396   frameworks/base/core/java/android/bluetooth/le/BluetoothLeScanner.java
61    frameworks/base/core/java/android/bluetooth/le/TruncatedFilter.java
295   frameworks/base/core/java/android/bluetooth/le/ScanRecord.java
19    frameworks/base/core/java/android/bluetooth/le/AdvertiseSettings.aidl
373   frameworks/base/core/java/android/bluetooth/le/BluetoothLeAdvertiser.java
164   frameworks/base/core/java/android/bluetooth/le/ScanResult.java
72    frameworks/base/core/java/android/bluetooth/le/ScanCallback.java
74    frameworks/base/core/java/android/bluetooth/le/AdvertiseCallback.java
19    frameworks/base/core/java/android/bluetooth/le/ScanSettings.aidl
23
      frameworks/base/core/java/android/bluetooth/le/ResultStorageDescriptor.aid
l
19    frameworks/base/core/java/android/bluetooth/le/AdvertiseData.aidl
140   frameworks/base/core/java/android/bluetooth/le/BluetoothLeUtils.java
310   frameworks/base/core/java/android/bluetooth/le/AdvertiseData.java
93
      frameworks/base/core/java/android/bluetooth/le/ResultStorageDescriptor.jav
a
19    frameworks/base/core/java/android/bluetooth/le/ScanFilter.aidl

```
592    frameworks/base/core/java/android/bluetooth/le/ScanFilter.java
234    frameworks/base/core/java/android/bluetooth/le/AdvertiseSettings.java
258    frameworks/base/core/java/android/bluetooth/le/ScanSettings.java
19     frameworks/base/core/java/android/bluetooth/le/ScanResult.aidl
4      frameworks/base/media/mca/filterpacks/java/android/filterpacks/ui/package-
info.java
249
       frameworks/base/media/mca/filterpacks/java/android/filterpacks/ui/SurfaceT
argetFilter.java
267
       frameworks/base/media/mca/filterpacks/java/android/filterpacks/ui/SurfaceR
enderFilter.java
26
       frameworks/base/core/java/android/service/voice/IVoiceInteractionService.a
idl
851
       frameworks/base/core/java/android/service/voice/VoiceInteractionSession.ja
va
144
       frameworks/base/core/java/android/service/voice/VoiceInteractionServiceInf
o.java
28
       frameworks/base/core/java/android/service/voice/IVoiceInteractionSessionSe
rvice.aidl
764
       frameworks/base/core/java/android/service/voice/AlwaysOnHotwordDetector.ja
va
262
       frameworks/base/core/java/android/service/voice/VoiceInteractionService.ja
va
29
       frameworks/base/core/java/android/service/voice/IVoiceInteractionSession.a
idl
91
       frameworks/base/core/java/android/service/voice/VoiceInteractionSessionSer
vice.java
57     frameworks/base/core/java/android/alsa/LineTokenizer.java
275    frameworks/base/core/java/android/alsa/AlsaDevicesParser.java
116    frameworks/base/core/java/android/alsa/AlsaCardsParser.java
290    frameworks/base/media/java/android/media/audiofx/LoudnessEnhancer.java
97     frameworks/base/media/java/android/media/audiofx/AutomaticGainControl.java
1355   frameworks/base/media/java/android/media/audiofx/AudioEffect.java
628    frameworks/base/media/java/android/media/audiofx/Virtualizer.java
5      frameworks/base/media/java/android/media/audiofx/package.html
559    frameworks/base/media/java/android/media/audiofx/Equalizer.java
770    frameworks/base/media/java/android/media/audiofx/Visualizer.java
303    frameworks/base/media/java/android/media/audiofx/PresetReverb.java
287    frameworks/base/media/java/android/media/audiofx/BassBoost.java
97     frameworks/base/media/java/android/media/audiofx/AcousticEchoCanceler.java
99     frameworks/base/media/java/android/media/audiofx/NoiseSuppressor.java
661    frameworks/base/media/java/android/media/audiofx/EnvironmentalReverb.java
54     frameworks/base/core/java/android/database/DataSetObservable.java
91     frameworks/base/core/java/android/database/ContentObservable.java
283    frameworks/base/core/java/android/database/BulkCursorNative.java
33     frameworks/base/core/java/android/database/IContentObserver.aidl
```

```
66     frameworks/base/core/java/android/database/IBulkCursor.java
265    frameworks/base/core/java/android/database/CursorJoiner.java
14     frameworks/base/core/java/android/database/package.html
34     frameworks/base/core/java/android/database/StaleDataException.java
33     frameworks/base/core/java/android/database/CharArrayBuffer.java
33     frameworks/base/core/java/android/database/DatabaseErrorHandler.java
83     frameworks/base/core/java/android/database/Observable.java
238    frameworks/base/core/java/android/database/MergeCursor.java
31
       frameworks/base/core/java/android/database/CursorIndexOutOfBoundsException
.java
78     frameworks/base/core/java/android/database/CrossProcessCursor.java
469    frameworks/base/core/java/android/database/Cursor.java
282    frameworks/base/core/java/android/database/CursorToBulkCursorAdaptor.java
19     frameworks/base/core/java/android/database/CursorWindow.aidl
239    frameworks/base/core/java/android/database/ContentObserver.java
314    frameworks/base/core/java/android/database/MatrixCursor.java
210    frameworks/base/core/java/android/database/AbstractWindowedCursor.java
1435   frameworks/base/core/java/android/database/DatabaseUtils.java
780    frameworks/base/core/java/android/database/CursorWindow.java
209    frameworks/base/core/java/android/database/CursorWrapper.java
33     frameworks/base/core/java/android/database/SQLException.java
29
       frameworks/base/core/java/android/database/CursorWindowAllocationException
.java
464    frameworks/base/core/java/android/database/AbstractCursor.java
41     frameworks/base/core/java/android/database/DataSetObserver.java
191    frameworks/base/core/java/android/database/BulkCursorToCursorAdaptor.java
75     frameworks/base/core/java/android/database/CrossProcessCursorWrapper.java
108
       frameworks/base/core/java/android/database/DefaultDatabaseErrorHandler.jav
a
78     frameworks/base/core/java/android/database/BulkCursorDescriptor.java
5      frameworks/base/telephony/java/android/telephony/cdma/package.html
249
       frameworks/base/telephony/java/android/telephony/cdma/CdmaCellLocation.jav
a
144
       frameworks/base/telephony/java/android/telephony/cdma/CdmaSmsCbProgramResu
lts.java
210
       frameworks/base/telephony/java/android/telephony/cdma/CdmaSmsCbProgramData
.java
915
       frameworks/base/core/java/android/service/notification/NotificationListene
rService.java
34
       frameworks/base/core/java/android/service/notification/INotificationListen
er.aidl
574    frameworks/base/core/java/android/service/notification/ZenModeConfig.java
28
       frameworks/base/core/java/android/service/notification/IConditionProvider.
aidl
```

```
25
     frameworks/base/core/java/android/service/notification/IStatusBarNotificat
ionHolder.aidl
178    frameworks/base/core/java/android/service/notification/Condition.java
86
     frameworks/base/core/java/android/service/notification/NotificationRanking
Update.java
20    frameworks/base/core/java/android/service/notification/Condition.aidl
20
     frameworks/base/core/java/android/service/notification/StatusBarNotificati
on.aidl
19
     frameworks/base/core/java/android/service/notification/NotificationRanking
Update.aidl
163
     frameworks/base/core/java/android/service/notification/ConditionProviderSe
rvice.java
25
     frameworks/base/core/java/android/service/notification/IConditionListener.
aidl
264
     frameworks/base/core/java/android/service/notification/StatusBarNotificati
on.java
20    frameworks/base/core/java/android/service/notification/ZenModeConfig.aidl
55
     frameworks/base/core/java/android/hardware/camera2/dispatch/InvokeDispatch
er.java
95
     frameworks/base/core/java/android/hardware/camera2/dispatch/MethodNameInvo
ker.java
35
     frameworks/base/core/java/android/hardware/camera2/dispatch/Dispatchable.j
ava
3    frameworks/base/core/java/android/hardware/camera2/dispatch/package.html
38
     frameworks/base/core/java/android/hardware/camera2/dispatch/NullDispatcher
.java
85
     frameworks/base/core/java/android/hardware/camera2/dispatch/ArgumentReplac
ingDispatcher.java
55
     frameworks/base/core/java/android/hardware/camera2/dispatch/DuckTypingDisp
atcher.java
85
     frameworks/base/core/java/android/hardware/camera2/dispatch/HandlerDispatc
her.java
64
     frameworks/base/core/java/android/hardware/camera2/dispatch/BroadcastDispa
tcher.java
662    frameworks/base/core/java/android/security/IKeystoreService.java
998
     frameworks/base/media/mca/filterpacks/java/android/filterpacks/videoproc/B
ackDropperFilter.java
8    frameworks/base/core/java/android/inputmethodservice/package.html
```

```
2426
      frameworks/base/core/java/android/inputmethodservice/InputMethodService.ja
va
1564  frameworks/base/core/java/android/inputmethodservice/KeyboardView.java
212
      frameworks/base/core/java/android/inputmethodservice/ExtractEditLayout.jav
a
326
      frameworks/base/core/java/android/inputmethodservice/IInputMethodWrapper.j
ava
193   frameworks/base/core/java/android/inputmethodservice/SoftInputWindow.java
210   frameworks/base/core/java/android/inputmethodservice/ExtractEditText.java
227
      frameworks/base/core/java/android/inputmethodservice/AbstractInputMethodSe
rvice.java
253
      frameworks/base/core/java/android/inputmethodservice/IInputMethodSessionWr
apper.java
50    frameworks/base/core/java/android/inputmethodservice/ExtractButton.java
894   frameworks/base/core/java/android/inputmethodservice/Keyboard.java
19    frameworks/base/wifi/java/android/net/wifi/BatchedScanResult.aidl
2537  frameworks/base/wifi/java/android/net/wifi/WifiManager.java
102   frameworks/base/wifi/java/android/net/wifi/WpsInfo.java
594   frameworks/base/wifi/java/android/net/wifi/WifiInfo.java
265   frameworks/base/wifi/java/android/net/wifi/SupplicantState.java
19
      frameworks/base/wifi/java/android/net/wifi/WifiNetworkConnectionStatistics
.aidl
19    frameworks/base/wifi/java/android/net/wifi/BatchedScanSettings.aidl
1600  frameworks/base/wifi/java/android/net/wifi/WifiConfiguration.java
648   frameworks/base/wifi/java/android/net/wifi/WifiEnterpriseConfig.java
29    frameworks/base/wifi/java/android/net/wifi/package.html
90    frameworks/base/wifi/java/android/net/wifi/WpsResult.java
19    frameworks/base/wifi/java/android/net/wifi/WpsResult.aidl
27    frameworks/base/wifi/java/android/net/wifi/IRttManager.aidl
394   frameworks/base/wifi/java/android/net/wifi/ScanResult.java
19    frameworks/base/wifi/java/android/net/wifi/ScanSettings.aidl
75    frameworks/base/wifi/java/android/net/wifi/RssiPacketCountInfo.java
157   frameworks/base/wifi/java/android/net/wifi/WifiConnectionStatistics.java
93    frameworks/base/wifi/java/android/net/wifi/BatchedScanResult.java
508   frameworks/base/wifi/java/android/net/wifi/RttManager.java
263   frameworks/base/wifi/java/android/net/wifi/BatchedScanSettings.java
830   frameworks/base/wifi/java/android/net/wifi/WifiScanner.java
19    frameworks/base/wifi/java/android/net/wifi/WifiActivityEnergyInfo.aidl
19    frameworks/base/wifi/java/android/net/wifi/WpsInfo.aidl
19    frameworks/base/wifi/java/android/net/wifi/WifiChannel.aidl
141   frameworks/base/wifi/java/android/net/wifi/WifiActivityEnergyInfo.java
87    frameworks/base/wifi/java/android/net/wifi/WifiChannel.java
238   frameworks/base/wifi/java/android/net/wifi/WifiSsid.java
87
      frameworks/base/wifi/java/android/net/wifi/WifiNetworkConnectionStatistics
.java
19    frameworks/base/wifi/java/android/net/wifi/WifiInfo.aidl
19    frameworks/base/wifi/java/android/net/wifi/WifiEnterpriseConfig.aidl
156   frameworks/base/wifi/java/android/net/wifi/IWifiManager.aidl
```

```
19    frameworks/base/wifi/java/android/net/wifi/WifiConnectionStatistics.aidl
87    frameworks/base/wifi/java/android/net/wifi/ScanSettings.java
19    frameworks/base/wifi/java/android/net/wifi/ScanResult.aidl
210   frameworks/base/wifi/java/android/net/wifi/WifiLinkLayerStats.java
19    frameworks/base/wifi/java/android/net/wifi/WifiConfiguration.aidl
30    frameworks/base/wifi/java/android/net/wifi/IWifiScanner.aidl
87    frameworks/base/rs/java/android/renderscript/Path.java
111   frameworks/base/rs/java/android/renderscript/ScriptIntrinsicResize.java
153   frameworks/base/rs/java/android/renderscript/ScriptIntrinsicLUT.java
424   frameworks/base/rs/java/android/renderscript/Type.java
385   frameworks/base/rs/java/android/renderscript/Double2.java
168   frameworks/base/rs/java/android/renderscript/ProgramRaster.java
629   frameworks/base/rs/java/android/renderscript/FieldPacker.java
440   frameworks/base/rs/java/android/renderscript/Int2.java
391   frameworks/base/rs/java/android/renderscript/Byte2.java
290
      frameworks/base/rs/java/android/renderscript/ProgramVertexFixedFunction.ja
va
30    frameworks/base/rs/java/android/renderscript/RSRuntimeException.java
31    frameworks/base/rs/java/android/renderscript/RSDriverException.java
527   frameworks/base/rs/java/android/renderscript/Script.java
147   frameworks/base/rs/java/android/renderscript/ScriptC.java
193   frameworks/base/rs/java/android/renderscript/Matrix2f.java
318   frameworks/base/rs/java/android/renderscript/Matrix3f.java
477   frameworks/base/rs/java/android/renderscript/Long3.java
828   frameworks/base/rs/java/android/renderscript/Mesh.java
332
      frameworks/base/rs/java/android/renderscript/ProgramFragmentFixedFunction.
java
282
      frameworks/base/rs/java/android/renderscript/ScriptIntrinsicColorMatrix.ja
va
514   frameworks/base/rs/java/android/renderscript/Long4.java
10    frameworks/base/rs/java/android/renderscript/package.html
194   frameworks/base/rs/java/android/renderscript/RSTextureView.java
218   frameworks/base/rs/java/android/renderscript/ScriptIntrinsicHistogram.java
30
      frameworks/base/rs/java/android/renderscript/RSIllegalArgumentException.ja
va
245   frameworks/base/rs/java/android/renderscript/AllocationAdapter.java
143
      frameworks/base/rs/java/android/renderscript/ScriptIntrinsicConvolve5x5.ja
va
34    frameworks/base/rs/java/android/renderscript/ScriptIntrinsic.java
337   frameworks/base/rs/java/android/renderscript/RenderScriptGL.java
514   frameworks/base/rs/java/android/renderscript/Int4.java
96    frameworks/base/rs/java/android/renderscript/ProgramFragment.java
417   frameworks/base/rs/java/android/renderscript/Float3.java
477   frameworks/base/rs/java/android/renderscript/Int3.java
165   frameworks/base/rs/java/android/renderscript/RSSurfaceView.java
443   frameworks/base/rs/java/android/renderscript/Short2.java
154   frameworks/base/rs/java/android/renderscript/ProgramVertex.java
450   frameworks/base/rs/java/android/renderscript/Double4.java
417   frameworks/base/rs/java/android/renderscript/Double3.java
470   frameworks/base/rs/java/android/renderscript/ScriptGroup.java
```

```
112    frameworks/base/rs/java/android/renderscript/ScriptIntrinsic3DLUT.java
454    frameworks/base/rs/java/android/renderscript/Byte4.java
633    frameworks/base/rs/java/android/renderscript/ScriptIntrinsicBlend.java
384    frameworks/base/rs/java/android/renderscript/Float2.java
477    frameworks/base/rs/java/android/renderscript/Short3.java
31     frameworks/base/rs/java/android/renderscript/RSInvalidStateException.java
442    frameworks/base/rs/java/android/renderscript/ProgramStore.java
245    frameworks/base/rs/java/android/renderscript/Font.java
353    frameworks/base/rs/java/android/renderscript/Sampler.java
1881   frameworks/base/rs/java/android/renderscript/Allocation.java
89     frameworks/base/rs/java/android/renderscript/ScriptIntrinsicYuvToRGB.java
120    frameworks/base/rs/java/android/renderscript/ScriptIntrinsicBlur.java
440    frameworks/base/rs/java/android/renderscript/Long2.java
450    frameworks/base/rs/java/android/renderscript/Float4.java
309    frameworks/base/rs/java/android/renderscript/FileA3D.java
1105   frameworks/base/rs/java/android/renderscript/Element.java
370    frameworks/base/rs/java/android/renderscript/Program.java
514    frameworks/base/rs/java/android/renderscript/Short4.java
142
       frameworks/base/rs/java/android/renderscript/ScriptIntrinsicConvolve3x3.ja
va
1324   frameworks/base/rs/java/android/renderscript/RenderScript.java
423    frameworks/base/rs/java/android/renderscript/Byte3.java
196    frameworks/base/rs/java/android/renderscript/BaseObj.java
493    frameworks/base/rs/java/android/renderscript/Matrix4f.java
289    frameworks/base/core/java/android/emoji/EmojiFactory.java
197
       frameworks/base/media/mca/filterfw/java/android/filterfw/GraphEnvironment.
java
98
       frameworks/base/media/mca/filterfw/java/android/filterfw/FilterFunctionEnv
ironment.java
106
       frameworks/base/media/mca/filterfw/java/android/filterfw/MffEnvironment.ja
va
417    frameworks/base/media/mca/filterfw/java/android/filterfw/core/GLFrame.java
77
       frameworks/base/media/mca/filterfw/java/android/filterfw/core/OneShotSched
uler.java
67
       frameworks/base/media/mca/filterfw/java/android/filterfw/core/FrameManager
.java
159
       frameworks/base/media/mca/filterfw/java/android/filterfw/core/SimpleFrame.
java
122
       frameworks/base/media/mca/filterfw/java/android/filterfw/core/OutputPort.j
ava
47
       frameworks/base/media/mca/filterfw/java/android/filterfw/core/Scheduler.ja
va
283
       frameworks/base/media/mca/filterfw/java/android/filterfw/core/SerializedFr
ame.java
```

82       frameworks/base/media/mca/filterfw/java/android/filterfw/core/KeyValueMap.java
54       frameworks/base/media/mca/filterfw/java/android/filterfw/core/RandomScheduler.java
85       frameworks/base/media/mca/filterfw/java/android/filterfw/core/InputPort.java
100      frameworks/base/media/mca/filterfw/java/android/filterfw/core/GraphRunner.java
30       frameworks/base/media/mca/filterfw/java/android/filterfw/core/GenerateFieldPort.java
111      frameworks/base/media/mca/filterfw/java/android/filterfw/core/FieldPort.java
29       frameworks/base/media/mca/filterfw/java/android/filterfw/core/GenerateProgramPorts.java
57       frameworks/base/media/mca/filterfw/java/android/filterfw/core/ProgramVariable.java
4        frameworks/base/media/mca/filterfw/java/android/filterfw/core/package-info.java
439      frameworks/base/media/mca/filterfw/java/android/filterfw/core/FrameFormat.java
100      frameworks/base/media/mca/filterfw/java/android/filterfw/core/StreamPort.java
32       frameworks/base/media/mca/filterfw/java/android/filterfw/core/GenerateProgramPort.java
155      frameworks/base/media/mca/filterfw/java/android/filterfw/core/CachedFrameManager.java
62       frameworks/base/media/mca/filterfw/java/android/filterfw/core/ProgramPort.java
239      frameworks/base/media/mca/filterfw/java/android/filterfw/core/AsyncRunner.java
33       frameworks/base/media/mca/filterfw/java/android/filterfw/core/ProtocolException.java
129      frameworks/base/media/mca/filterfw/java/android/filterfw/core/NativeBuffer.java
301      frameworks/base/media/mca/filterfw/java/android/filterfw/core/ShaderProgram.java

30
        frameworks/base/media/mca/filterfw/java/android/filterfw/core/GenerateFina
lPort.java
45
        frameworks/base/media/mca/filterfw/java/android/filterfw/core/SimpleSchedu
ler.java
263
        frameworks/base/media/mca/filterfw/java/android/filterfw/core/NativeFrame.
java
101
        frameworks/base/media/mca/filterfw/java/android/filterfw/core/StopWatchMap
.java
126
        frameworks/base/media/mca/filterfw/java/android/filterfw/core/FilterContex
t.java
143
        frameworks/base/media/mca/filterfw/java/android/filterfw/core/VertexFrame.
java
708     frameworks/base/media/mca/filterfw/java/android/filterfw/core/Filter.java
73
        frameworks/base/media/mca/filterfw/java/android/filterfw/core/RoundRobinSc
heduler.java
107
        frameworks/base/media/mca/filterfw/java/android/filterfw/core/SimpleFrameM
anager.java
145
        frameworks/base/media/mca/filterfw/java/android/filterfw/core/FilterFactor
y.java
139
        frameworks/base/media/mca/filterfw/java/android/filterfw/core/FilterFuncti
on.java
134
        frameworks/base/media/mca/filterfw/java/android/filterfw/core/FilterPort.j
ava
157
        frameworks/base/media/mca/filterfw/java/android/filterfw/core/FilterSurfac
eView.java
28
        frameworks/base/media/mca/filterfw/java/android/filterfw/core/NativeAlloca
torTag.java
184
        frameworks/base/media/mca/filterfw/java/android/filterfw/core/GLEnvironmen
t.java
176
        frameworks/base/media/mca/filterfw/java/android/filterfw/core/NativeProgra
m.java
41      frameworks/base/media/mca/filterfw/java/android/filterfw/core/Program.java
363
        frameworks/base/media/mca/filterfw/java/android/filterfw/core/FilterGraph.
java
227
        frameworks/base/media/mca/filterfw/java/android/filterfw/core/SyncRunner.j
ava
235     frameworks/base/media/mca/filterfw/java/android/filterfw/core/Frame.java

```
96      frameworks/base/media/mca/filterfw/java/android/filterfw/core/MutableFrame
Format.java
48      frameworks/base/media/mca/filterfw/java/android/filterfw/core/FinalPort.ja
va
4       frameworks/base/media/mca/filterfw/java/android/filterfw/io/package-
info.java
69      frameworks/base/media/mca/filterfw/java/android/filterfw/io/GraphReader.ja
va
489     frameworks/base/media/mca/filterfw/java/android/filterfw/io/TextGraphReade
r.java
33      frameworks/base/media/mca/filterfw/java/android/filterfw/io/GraphIOExcepti
on.java
123     frameworks/base/media/mca/filterfw/java/android/filterfw/io/PatternScanner
.java
92      frameworks/base/media/mca/filterfw/java/android/filterfw/format/ImageForma
t.java
79      frameworks/base/media/mca/filterfw/java/android/filterfw/format/PrimitiveF
ormat.java
4       frameworks/base/media/mca/filterfw/java/android/filterfw/format/package-
info.java
105     frameworks/base/media/mca/filterfw/java/android/filterfw/format/ObjectForm
at.java
123     frameworks/base/core/java/android/service/dreams/Sandman.java
45      frameworks/base/core/java/android/service/dreams/DreamManagerInternal.java
26      frameworks/base/core/java/android/service/dreams/IDreamService.aidl
36      frameworks/base/core/java/android/service/dreams/IDreamManager.aidl
1105    frameworks/base/core/java/android/service/dreams/DreamService.java
36      frameworks/base/core/java/android/content/res/XmlResourceParser.java
19      frameworks/base/core/java/android/content/res/ObbInfo.aidl
20      frameworks/base/core/java/android/content/res/CompatibilityInfo.aidl
601     frameworks/base/core/java/android/content/res/CompatibilityInfo.java
21      frameworks/base/core/java/android/content/res/Configuration.aidl
492     frameworks/base/core/java/android/content/res/StringBlock.java
2677    frameworks/base/core/java/android/content/res/Resources.java
12      frameworks/base/core/java/android/content/res/package.html
63      frameworks/base/core/java/android/content/res/ObbScanner.java
988     frameworks/base/core/java/android/content/res/TypedArray.java
1800    frameworks/base/core/java/android/content/res/Configuration.java
93      frameworks/base/core/java/android/content/res/ResourcesKey.java
516     frameworks/base/core/java/android/content/res/XmlBlock.java
379     frameworks/base/core/java/android/content/res/AssetFileDescriptor.java
106     frameworks/base/core/java/android/content/res/ObbInfo.java
804     frameworks/base/core/java/android/content/res/AssetManager.java
415     frameworks/base/core/java/android/content/res/ColorStateList.java
98      frameworks/base/core/java/android/hardware/camera2/TotalCaptureResult.java
635     frameworks/base/core/java/android/hardware/camera2/DngCreator.java
```

```
714
        frameworks/base/core/java/android/hardware/camera2/CameraCaptureSession.ja
va
2411    frameworks/base/core/java/android/hardware/camera2/CaptureRequest.java
20      frameworks/base/core/java/android/hardware/camera2/CaptureRequest.aidl
106     frameworks/base/core/java/android/hardware/camera2/package.html
591     frameworks/base/core/java/android/hardware/camera2/CameraDevice.java
34
        frameworks/base/core/java/android/hardware/camera2/ICameraDeviceCallbacks.
aidl
3642    frameworks/base/core/java/android/hardware/camera2/CaptureResult.java
815     frameworks/base/core/java/android/hardware/camera2/CameraManager.java
2239    frameworks/base/core/java/android/hardware/camera2/CameraMetadata.java
78      frameworks/base/core/java/android/hardware/camera2/ICameraDeviceUser.aidl
2393
        frameworks/base/core/java/android/hardware/camera2/CameraCharacteristics.j
ava
143     frameworks/base/core/java/android/hardware/camera2/CaptureFailure.java
140
        frameworks/base/core/java/android/hardware/camera2/CameraAccessException.j
ava
3       frameworks/base/core/java/android/hardware/camera2/marshal/package.html
63
        frameworks/base/core/java/android/hardware/camera2/marshal/MarshalQueryabl
e.java
243
        frameworks/base/core/java/android/hardware/camera2/marshal/MarshalHelpers.
java
148     frameworks/base/core/java/android/hardware/camera2/marshal/Marshaler.java
136
        frameworks/base/core/java/android/hardware/camera2/marshal/MarshalRegistry
.java
94      frameworks/base/core/java/android/hardware/camera2/legacy/BurstHolder.java
153
        frameworks/base/core/java/android/hardware/camera2/legacy/RequestQueue.jav
a
256
        frameworks/base/core/java/android/hardware/camera2/legacy/RequestHolder.ja
va
667
        frameworks/base/core/java/android/hardware/camera2/legacy/CaptureCollector
.java
684
        frameworks/base/core/java/android/hardware/camera2/legacy/LegacyRequestMap
per.java
1001
        frameworks/base/core/java/android/hardware/camera2/legacy/ParameterUtils.j
ava
3       frameworks/base/core/java/android/hardware/camera2/legacy/package.html
72
        frameworks/base/core/java/android/hardware/camera2/legacy/SizeAreaComparat
or.java
612
        frameworks/base/core/java/android/hardware/camera2/legacy/LegacyCameraDevi
ce.java
```

322
    frameworks/base/core/java/android/hardware/camera2/legacy/CameraDeviceStat
e.java
264
    frameworks/base/core/java/android/hardware/camera2/legacy/LegacyFaceDetect
Mapper.java
1004
    frameworks/base/core/java/android/hardware/camera2/legacy/RequestThreadMan
ager.java
1445
    frameworks/base/core/java/android/hardware/camera2/legacy/LegacyMetadataMa
pper.java
728
    frameworks/base/core/java/android/hardware/camera2/legacy/SurfaceTextureRe
nderer.java
518
    frameworks/base/core/java/android/hardware/camera2/legacy/LegacyResultMapp
er.java
77
    frameworks/base/core/java/android/hardware/camera2/legacy/LegacyExceptionU
tils.java
67
    frameworks/base/core/java/android/hardware/camera2/legacy/LegacyRequest.ja
va
309
    frameworks/base/core/java/android/hardware/camera2/legacy/PerfMeasurement.
java
260
    frameworks/base/core/java/android/hardware/camera2/legacy/GLThreadManager.
java
113
    frameworks/base/core/java/android/hardware/camera2/legacy/RequestHandlerTh
read.java
321
    frameworks/base/core/java/android/hardware/camera2/legacy/LegacyFocusState
Mapper.java
608
    frameworks/base/core/java/android/hardware/camera2/legacy/CameraDeviceUser
Shim.java
223
    frameworks/base/core/java/android/hardware/camera2/params/RggbChannelVecto
r.java
299
    frameworks/base/core/java/android/hardware/camera2/params/ColorSpaceTransf
orm.java
128
    frameworks/base/core/java/android/hardware/camera2/params/BlackLevelPatter
n.java
351
    frameworks/base/core/java/android/hardware/camera2/params/TonemapCurve.jav
a
151
    frameworks/base/core/java/android/hardware/camera2/params/StreamConfigurat
ionDuration.java

```
171
      frameworks/base/core/java/android/hardware/camera2/params/StreamConfigurat
ion.java
245
      frameworks/base/core/java/android/hardware/camera2/params/LensShadingMap.j
ava
265   frameworks/base/core/java/android/hardware/camera2/params/Face.java
269
      frameworks/base/core/java/android/hardware/camera2/params/MeteringRectangl
e.java
1139
      frameworks/base/core/java/android/hardware/camera2/params/StreamConfigurat
ionMap.java
157
      frameworks/base/core/java/android/hardware/camera2/params/HighSpeedVideoCo
nfiguration.java
264
      frameworks/base/core/java/android/hardware/camera2/params/ReprocessFormats
Map.java
3     frameworks/base/core/java/android/hardware/camera2/impl/package.html
20
      frameworks/base/core/java/android/hardware/camera2/impl/CameraMetadataNati
ve.aidl
32    frameworks/base/core/java/android/hardware/camera2/impl/PublicKey.java
1250
      frameworks/base/core/java/android/hardware/camera2/impl/CameraMetadataNati
ve.java
33    frameworks/base/core/java/android/hardware/camera2/impl/GetCommand.java
694
      frameworks/base/core/java/android/hardware/camera2/impl/CameraCaptureSessi
onImpl.java
33    frameworks/base/core/java/android/hardware/camera2/impl/SetCommand.java
36    frameworks/base/core/java/android/hardware/camera2/impl/SyntheticKey.java
20
      frameworks/base/core/java/android/hardware/camera2/impl/CaptureResultExtra
s.aidl
1494
      frameworks/base/core/java/android/hardware/camera2/impl/CameraDeviceImpl.j
ava
183
      frameworks/base/core/java/android/hardware/camera2/impl/CallbackProxies.ja
va
107
      frameworks/base/core/java/android/hardware/camera2/impl/CaptureResultExtra
s.java
42
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/base/NullFi
lter.java
103
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/base/GLText
ureSource.java
95
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/base/InputS
treamSource.java
```

50
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/base/FrameStore.java
62
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/base/FrameFetch.java
90
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/base/ObjectSource.java
74
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/base/RetargetFilter.java
61
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/base/GLTextureTarget.java
63
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/base/FrameSource.java
61
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/base/FrameBranch.java
98
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/base/CallbackFilter.java
65
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/base/OutputStreamTarget.java
262
      frameworks/base/core/java/android/speech/tts/PlaybackSynthesisCallback.java
254    frameworks/base/core/java/android/speech/tts/Voice.java
130    frameworks/base/core/java/android/speech/tts/AudioPlaybackQueueItem.java
54    frameworks/base/core/java/android/speech/tts/ITextToSpeechCallback.aidl
9    frameworks/base/core/java/android/speech/tts/EventLogTags.logtags
88
      frameworks/base/core/java/android/speech/tts/UtteranceProgressListener.java
37    frameworks/base/core/java/android/speech/tts/PlaybackQueueItem.java
50    frameworks/base/core/java/android/speech/tts/SilencePlaybackQueueItem.java
344    frameworks/base/core/java/android/speech/tts/BlockingAudioTrack.java
126    frameworks/base/core/java/android/speech/tts/SynthesisCallback.java
587    frameworks/base/core/java/android/speech/tts/TtsEngines.java
246
      frameworks/base/core/java/android/speech/tts/SynthesisPlaybackQueueItem.java
2298    frameworks/base/core/java/android/speech/tts/TextToSpeech.java
20    frameworks/base/core/java/android/speech/tts/Voice.aidl
210    frameworks/base/core/java/android/speech/tts/ITextToSpeechService.aidl
59
      frameworks/base/core/java/android/speech/tts/AbstractSynthesisCallback.java
140    frameworks/base/core/java/android/speech/tts/AudioPlaybackHandler.java
307    frameworks/base/core/java/android/speech/tts/FileSynthesisCallback.java
170    frameworks/base/core/java/android/speech/tts/SynthesisRequest.java
1417    frameworks/base/core/java/android/speech/tts/TextToSpeechService.java

```
124    frameworks/base/core/java/android/speech/tts/AbstractEventLogger.java
80     frameworks/base/core/java/android/speech/tts/EventLoggerV1.java
19     frameworks/base/core/java/android/content/SyncRequest.aidl
1869   frameworks/base/core/java/android/content/ContentProvider.java
34     frameworks/base/core/java/android/content/IRestrictionsManager.aidl
951    frameworks/base/core/java/android/content/ClipData.java
1727   frameworks/base/core/java/android/content/IntentFilter.java
24
       frameworks/base/core/java/android/content/IOnPrimaryClipChangedListener.ai
dl
7619   frameworks/base/core/java/android/content/Intent.java
112    frameworks/base/core/java/android/content/CursorEntityIterator.java
761    frameworks/base/core/java/android/content/ContentProviderNative.java
117    frameworks/base/core/java/android/content/UriPermission.java
19     frameworks/base/core/java/android/content/SyncInfo.aidl
24     frameworks/base/core/java/android/content/ISyncStatusObserver.aidl
68     frameworks/base/core/java/android/content/ComponentCallbacks.java
39     frameworks/base/core/java/android/content/EntityIterator.java
20     frameworks/base/core/java/android/content/SyncAdapterType.aidl
251    frameworks/base/core/java/android/content/ClipDescription.java
460    frameworks/base/core/java/android/content/ContentProviderClient.java
92     frameworks/base/core/java/android/content/ContentProviderResult.java
38     frameworks/base/core/java/android/content/ISyncContext.aidl
32     frameworks/base/core/java/android/content/package.html
55     frameworks/base/core/java/android/content/ISyncAdapter.aidl
243    frameworks/base/core/java/android/content/CursorLoader.java
35     frameworks/base/core/java/android/content/ActivityNotFoundException.java
80     frameworks/base/core/java/android/content/SyncContext.java
54
       frameworks/base/core/java/android/content/OperationApplicationException.ja
va
325    frameworks/base/core/java/android/content/SyncResult.java
7      frameworks/base/core/java/android/content/EventLogTags.logtags
88     frameworks/base/core/java/android/content/IContentProvider.java
197    frameworks/base/core/java/android/content/SyncStatusInfo.java
32
       frameworks/base/core/java/android/content/ReceiverCallNotAllowedException.
java
516    frameworks/base/core/java/android/content/ContentValues.java
2527   frameworks/base/core/java/android/content/ContentResolver.java
282    frameworks/base/core/java/android/content/UriMatcher.java
26     frameworks/base/core/java/android/content/IIntentSender.aidl
374    frameworks/base/core/java/android/content/IntentSender.java
360    frameworks/base/core/java/android/content/AsyncQueryHandler.java
38     frameworks/base/core/java/android/content/MutableContextWrapper.java
50     frameworks/base/core/java/android/content/ContentInsertHandler.java
41     frameworks/base/core/java/android/content/IClipboard.aidl
20     frameworks/base/core/java/android/content/Intent.aidl
552    frameworks/base/core/java/android/content/Loader.java
338    frameworks/base/core/java/android/content/ComponentName.java
158    frameworks/base/core/java/android/content/DialogInterface.java
112    frameworks/base/core/java/android/content/ContentUris.java
92     frameworks/base/core/java/android/content/SyncAdaptersCache.java
57     frameworks/base/core/java/android/content/UndoOwner.java
378    frameworks/base/core/java/android/content/SharedPreferences.java
```

```
787    frameworks/base/core/java/android/content/BroadcastReceiver.java
262    frameworks/base/core/java/android/content/DefaultDataHandler.java
161    frameworks/base/core/java/android/content/PeriodicSync.java
182    frameworks/base/core/java/android/content/IContentService.aidl
112    frameworks/base/core/java/android/content/UndoOperation.java
623    frameworks/base/core/java/android/content/ContentProviderOperation.java
178    frameworks/base/core/java/android/content/SyncStats.java
3425   frameworks/base/core/java/android/content/Context.java
397
       frameworks/base/core/java/android/content/SearchRecentSuggestionsProvider.
java
700    frameworks/base/core/java/android/content/ContextWrapper.java
377    frameworks/base/core/java/android/content/AsyncTaskLoader.java
19     frameworks/base/core/java/android/content/IntentSender.aidl
19     frameworks/base/core/java/android/content/ComponentName.aidl
934    frameworks/base/core/java/android/content/UndoManager.java
45     frameworks/base/core/java/android/content/ISyncServiceAdapter.aidl
21     frameworks/base/core/java/android/content/SyncStatusObserver.java
338    frameworks/base/core/java/android/content/AbstractThreadedSyncAdapter.java
19     frameworks/base/core/java/android/content/ContentValues.aidl
226    frameworks/base/core/java/android/content/SyncAdapterType.java
20     frameworks/base/core/java/android/content/RestrictionEntry.aidl
235    frameworks/base/core/java/android/content/ClipboardManager.java
33     frameworks/base/core/java/android/content/IIntentReceiver.aidl
53     frameworks/base/core/java/android/content/ServiceConnection.java
133    frameworks/base/core/java/android/content/SyncActivityTooManyDeletes.java
465    frameworks/base/core/java/android/content/RestrictionEntry.java
19     frameworks/base/core/java/android/content/SyncStats.aidl
530    frameworks/base/core/java/android/content/SyncRequest.java
165    frameworks/base/core/java/android/content/ComponentCallbacks2.java
19     frameworks/base/core/java/android/content/PeriodicSync.aidl
19     frameworks/base/core/java/android/content/ClipDescription.aidl
182    frameworks/base/core/java/android/content/ContentQueryMap.java
641    frameworks/base/core/java/android/content/RestrictionsManager.java
19     frameworks/base/core/java/android/content/SyncStatusInfo.aidl
19     frameworks/base/core/java/android/content/SyncResult.aidl
19     frameworks/base/core/java/android.content/ClipData.aidl
19     frameworks/base/core/java/android/content/IntentFilter.aidl
94     frameworks/base/core/java/android/content/SyncInfo.java
70     frameworks/base/core/java/android/content/Entity.java
516
       frameworks/base/media/mca/effect/java/android/media/effect/EffectFactory.j
ava
95
       frameworks/base/media/mca/effect/java/android/media/effect/SingleFilterEff
ect.java
54     frameworks/base/media/mca/effect/java/android/media/effect/package.html
28     frameworks/base/media/mca/effect/java/android/media/effect/package-
info.java
98
       frameworks/base/media/mca/effect/java/android/media/effect/FilterEffect.ja
va
128
       frameworks/base/media/mca/effect/java/android/media/effect/EffectContext.j
ava
```

```
36
        frameworks/base/media/mca/effect/java/android/media/effect/EffectUpdateLis
tener.java
59
        frameworks/base/media/mca/effect/java/android/media/effect/SizeChangeEffec
t.java
116
        frameworks/base/media/mca/effect/java/android/media/effect/FilterGraphEffe
ct.java
111     frameworks/base/media/mca/effect/java/android/media/effect/Effect.java
2557    frameworks/base/core/java/android/os/Parcel.java
19      frameworks/base/core/java/android/os/BatteryProperties.aidl
59      frameworks/base/core/java/android/os/TransactionTooLargeException.java
293     frameworks/base/core/java/android/os/CommonTimeUtils.java
61      frameworks/base/core/java/android/os/IPowerManager.aidl
19      frameworks/base/core/java/android/os/UserHandle.aidl
25      frameworks/base/core/java/android/os/IRemoteCallback.aidl
308     frameworks/base/core/java/android/os/Looper.java
157     frameworks/base/core/java/android/os/Vibrator.java
350     frameworks/base/core/java/android/os/MemoryFile.java
137     frameworks/base/core/java/android/os/ResultReceiver.java
154     frameworks/base/core/java/android/os/SystemProperties.java
147     frameworks/base/core/java/android/os/SystemService.java
20      frameworks/base/core/java/android/os/PersistableBundle.aidl
27      frameworks/base/core/java/android/os/IBatteryPropertiesListener.aidl
134     frameworks/base/core/java/android/os/Parcelable.java
447     frameworks/base/core/java/android/os/CommonTimeConfig.java
63      frameworks/base/core/java/android/os/NullVibrator.java
566     frameworks/base/core/java/android/os/MessageQueue.java
49      frameworks/base/core/java/android/os/BatteryManagerInternal.java
678     frameworks/base/core/java/android/os/Build.java
6       frameworks/base/core/java/android/os/package.html
166     frameworks/base/core/java/android/os/UpdateLock.java
107     frameworks/base/core/java/android/os/RemoteCallback.java
517     frameworks/base/core/java/android/os/RecoverySystem.java
1363    frameworks/base/core/java/android/os/BaseBundle.java
123     frameworks/base/core/java/android/os/Registrant.java
23      frameworks/base/core/java/android/os/IPermissionController.aidl
20      frameworks/base/core/java/android/os/Message.aidl
587     frameworks/base/core/java/android/os/PerformanceCollector.java
198     frameworks/base/core/java/android/os/SELinux.java
18      frameworks/base/core/java/android/os/WorkSource.aidl
4046    frameworks/base/core/java/android/os/BatteryStats.java
31      frameworks/base/core/java/android/os/ParcelFormatException.java
2328    frameworks/base/core/java/android/os/StrictMode.java
19      frameworks/base/core/java/android/os/DropBoxManager.aidl
31      frameworks/base/core/java/android/os/IInterface.java
94      frameworks/base/core/java/android/os/BatteryProperties.java
196     frameworks/base/core/java/android/os/ServiceManagerNative.java
197     frameworks/base/core/java/android/os/PatternMatcher.java
916     frameworks/base/core/java/android/os/Environment.java
668     frameworks/base/core/java/android/os/AsyncTask.java
31      frameworks/base/core/java/android/os/RemoteMailException.java
406     frameworks/base/core/java/android/os/CommonClock.java
114     frameworks/base/core/java/android/os/SystemVibrator.java
```

```
147    frameworks/base/core/java/android/os/CountDownTimer.java
68     frameworks/base/core/java/android/os/AsyncResult.java
30     frameworks/base/core/java/android/os/IBatteryPropertiesRegistrar.aidl
1253   frameworks/base/core/java/android/os/UserManager.java
413    frameworks/base/core/java/android/os/INetworkManagementService.aidl
333    frameworks/base/core/java/android/os/DropBoxManager.java
148    frameworks/base/core/java/android/os/StatFs.java
1678   frameworks/base/core/java/android/os/Debug.java
33     frameworks/base/core/java/android/os/OperationCanceledException.java
574    frameworks/base/core/java/android/os/Message.java
148    frameworks/base/core/java/android/os/Messenger.java
1130   frameworks/base/core/java/android/os/Process.java
25     frameworks/base/core/java/android/os/IMessenger.aidl
36     frameworks/base/core/java/android/os/RemoteException.java
19     frameworks/base/core/java/android/os/ParcelableParcel.aidl
32     frameworks/base/core/java/android/os/NetworkOnMainThreadException.java
26     frameworks/base/core/java/android/os/IHardwareService.aidl
212    frameworks/base/core/java/android/os/Broadcaster.java
562    frameworks/base/core/java/android/os/Binder.java
34     frameworks/base/core/java/android/os/ISchedulingPolicyService.aidl
27     frameworks/base/core/java/android/os/IUpdateLock.aidl
31     frameworks/base/core/java/android/os/BadParcelableException.java
76     frameworks/base/core/java/android/os/PowerManagerInternal.java
57     frameworks/base/core/java/android/os/IUserManager.aidl
328    frameworks/base/core/java/android/os/RemoteCallbackList.java
19     frameworks/base/core/java/android/os/BatteryProperty.aidl
1079   frameworks/base/core/java/android/os/PowerManager.java
20     frameworks/base/core/java/android/os/Messenger.aidl
20     frameworks/base/core/java/android/os/ResultReceiver.aidl
24     frameworks/base/core/java/android/os/ICancellationSignal.aidl
24     frameworks/base/core/java/android/os/INetworkActivityListener.aidl
139    frameworks/base/core/java/android/os/ServiceManager.java
126    frameworks/base/core/java/android/os/RegistrantList.java
215    frameworks/base/core/java/android/os/TokenWatcher.java
1038   frameworks/base/core/java/android/os/ParcelFileDescriptor.java
209    frameworks/base/core/java/android/os/CancellationSignal.java
49     frameworks/base/core/java/android/os/FactoryTest.java
704    frameworks/base/core/java/android/os/WorkSource.java
19     frameworks/base/core/java/android/os/ParcelUuid.aidl
210    frameworks/base/core/java/android/os/FileObserver.java
132    frameworks/base/core/java/android/os/ParcelUuid.java
20     frameworks/base/core/java/android/os/ParcelFileDescriptor.aidl
262    frameworks/base/core/java/android/os/PersistableBundle.java
267    frameworks/base/core/java/android/os/IBinder.java
798    frameworks/base/core/java/android/os/Handler.java
1126   frameworks/base/core/java/android/os/Bundle.java
20     frameworks/base/core/java/android/os/Bundle.aidl
27     frameworks/base/core/java/android/os/IVibratorService.aidl
75     frameworks/base/core/java/android/os/ParcelableParcel.java
292    frameworks/base/core/java/android/os/Trace.java
141    frameworks/base/core/java/android/os/ConditionVariable.java
224    frameworks/base/core/java/android/os/BatteryManager.java
191    frameworks/base/core/java/android/os/FileBridge.java
451    frameworks/base/core/java/android/os/FileUtils.java
77     frameworks/base/core/java/android/os/BatteryProperty.java
```

```
149    frameworks/base/core/java/android/os/HandlerThread.java
71     frameworks/base/core/java/android/os/IServiceManager.java
239    frameworks/base/core/java/android/os/UEventObserver.java
28     frameworks/base/core/java/android/os/DeadObjectException.java
353    frameworks/base/core/java/android/os/UserHandle.java
19     frameworks/base/core/java/android/os/PatternMatcher.aidl
205    frameworks/base/core/java/android/os/SystemClock.java
19     frameworks/base/core/java/android/os/RemoteCallback.aidl
96     frameworks/base/core/java/android/text/style/TypefaceSpan.java
75     frameworks/base/core/java/android/text/style/DrawableMarginSpan.java
377    frameworks/base/core/java/android/text/style/SuggestionSpan.java
84     frameworks/base/core/java/android/text/style/MetricAffectingSpan.java
64     frameworks/base/core/java/android/text/style/SpellCheckSpan.java
112    frameworks/base/core/java/android/text/style/StyleSpan.java
55     frameworks/base/core/java/android/text/style/AlignmentSpan.java
10     frameworks/base/core/java/android/text/style/package.html
117    frameworks/base/core/java/android/text/style/BulletSpan.java
26     frameworks/base/core/java/android/text/style/UpdateAppearance.java
54     frameworks/base/core/java/android/text/style/TabStopSpan.java
61     frameworks/base/core/java/android/text/style/ScaleXSpan.java
23     frameworks/base/core/java/android/text/style/WrapTogetherSpan.java
65     frameworks/base/core/java/android/text/style/SuggestionRangeSpan.java
25     frameworks/base/core/java/android/text/style/UpdateLayout.java
43     frameworks/base/core/java/android/text/style/ReplacementSpan.java
30     frameworks/base/core/java/android/text/style/LineBackgroundSpan.java
166    frameworks/base/core/java/android/text/style/ImageSpan.java
19     frameworks/base/core/java/android/text/style/SuggestionSpan.aidl
47     frameworks/base/core/java/android/text/style/StrikethroughSpan.java
64     frameworks/base/core/java/android/text/style/URLSpan.java
87     frameworks/base/core/java/android/text/style/CharacterStyle.java
38     frameworks/base/core/java/android/text/style/MaskFilterSpan.java
72     frameworks/base/core/java/android/text/style/IconMarginSpan.java
1479   frameworks/base/core/java/android/text/style/TtsSpan.java
57     frameworks/base/core/java/android/text/style/BackgroundColorSpan.java
38     frameworks/base/core/java/android/text/style/RasterizerSpan.java
34     frameworks/base/core/java/android/text/style/LineHeightSpan.java
57     frameworks/base/core/java/android/text/style/ForegroundColorSpan.java
152    frameworks/base/core/java/android/text/style/LeadingMarginSpan.java
51     frameworks/base/core/java/android/text/style/SuperscriptSpan.java
125    frameworks/base/core/java/android/text/style/DynamicDrawableSpan.java
81     frameworks/base/core/java/android/text/style/QuoteSpan.java
129    frameworks/base/core/java/android/text/style/EasyEditSpan.java
254    frameworks/base/core/java/android/text/style/TextAppearanceSpan.java
61     frameworks/base/core/java/android/text/style/RelativeSizeSpan.java
47     frameworks/base/core/java/android/text/style/UnderlineSpan.java
89     frameworks/base/core/java/android/text/style/AbsoluteSizeSpan.java
84     frameworks/base/core/java/android/text/style/LocaleSpan.java
43     frameworks/base/core/java/android/text/style/ClickableSpan.java
51     frameworks/base/core/java/android/text/style/SubscriptSpan.java
26     frameworks/base/core/java/android/text/style/ParagraphStyle.java
75     frameworks/base/core/java/android/animation/IntArrayEvaluator.java
73
       frameworks/base/core/java/android/animation/BidirectionalTypeConverter.jav
a
144    frameworks/base/core/java/android/animation/FloatKeyframeSet.java
```

```
974    frameworks/base/core/java/android/animation/ObjectAnimator.java
84     frameworks/base/core/java/android/animation/RectEvaluator.java
633    frameworks/base/core/java/android/animation/AnimatorInflater.java
46     frameworks/base/core/java/android/animation/RevealAnimator.java
21     frameworks/base/core/java/android/animation/package.html
1421   frameworks/base/core/java/android/animation/ValueAnimator.java
42     frameworks/base/core/java/android/animation/IntEvaluator.java
73     frameworks/base/core/java/android/animation/TimeAnimator.java
263    frameworks/base/core/java/android/animation/KeyframeSet.java
83     frameworks/base/core/java/android/animation/PointFEvaluator.java
1611   frameworks/base/core/java/android/animation/PropertyValuesHolder.java
68     frameworks/base/core/java/android/animation/AnimatorListenerAdapter.java
212    frameworks/base/core/java/android/animation/StateListAnimator.java
44     frameworks/base/core/java/android/animation/TypeEvaluator.java
472    frameworks/base/core/java/android/animation/Animator.java
56     frameworks/base/core/java/android/animation/TypeConverter.java
258    frameworks/base/core/java/android/animation/PathKeyframes.java
72     frameworks/base/core/java/android/animation/ArgbEvaluator.java
1502   frameworks/base/core/java/android/animation/LayoutTransition.java
42     frameworks/base/core/java/android/animation/FloatEvaluator.java
1218   frameworks/base/core/java/android/animation/AnimatorSet.java
143    frameworks/base/core/java/android/animation/IntKeyframeSet.java
94     frameworks/base/core/java/android/animation/Keyframes.java
77     frameworks/base/core/java/android/animation/FloatArrayEvaluator.java
38     frameworks/base/core/java/android/animation/TimeInterpolator.java
388    frameworks/base/core/java/android/animation/Keyframe.java
182    frameworks/base/location/java/android/location/Geofence.java
69
       frameworks/base/location/java/android/location/GpsNavigationMessageListene
rTransport.java
28     frameworks/base/location/java/android/location/IGeofenceProvider.aidl
26
       frameworks/base/location/java/android/location/IGpsNavigationMessageListen
er.aidl
32     frameworks/base/location/java/android/location/ILocationListener.aidl
406    frameworks/base/location/java/android/location/Criteria.java
117    frameworks/base/location/java/android/location/GpsSatellite.java
36     frameworks/base/location/java/android/location/IGeocodeProvider.aidl
26     frameworks/base/location/java/android/location/INetInitiatedListener.aidl
66
       frameworks/base/location/java/android/location/GpsMeasurementListenerTrans
port.java
512    frameworks/base/location/java/android/location/GpsClock.java
260    frameworks/base/location/java/android/location/Geocoder.java
671    frameworks/base/location/java/android/location/LocationRequest.java
33     frameworks/base/location/java/android/location/IGpsStatusListener.aidl
19     frameworks/base/location/java/android/location/Location.aidl
20     frameworks/base/location/java/android/location/package.html
32     frameworks/base/location/java/android/location/IFusedProvider.aidl
19     frameworks/base/location/java/android/location/Geofence.aidl
19     frameworks/base/location/java/android/location/LocationRequest.aidl
205    frameworks/base/location/java/android/location/LocationProvider.java
94     frameworks/base/location/java/android/location/GeocoderParams.java
220    frameworks/base/location/java/android/location/SettingInjectorService.java
19     frameworks/base/location/java/android/location/Address.aidl
```

```
33      frameworks/base/location/java/android/location/IGpsGeofenceHardware.aidl
214     frameworks/base/location/java/android/location/GpsStatus.java
26
        frameworks/base/location/java/android/location/IGpsMeasurementsListener.ai
dl
26      frameworks/base/location/java/android/location/ICountryListener.aidl
152     frameworks/base/location/java/android/location/CountryDetector.java
89      frameworks/base/location/java/android/location/LocationListener.java
19      frameworks/base/location/java/android/location/GeocoderParams.aidl
29      frameworks/base/location/java/android/location/IGpsStatusProvider.aidl
19
        frameworks/base/location/java/android/location/GpsNavigationMessageEvent.a
idl
136     frameworks/base/location/java/android/location/FusedBatchOptions.java
1717    frameworks/base/location/java/android/location/LocationManager.java
127     frameworks/base/location/java/android/location/GpsMeasurementsEvent.java
19      frameworks/base/location/java/android/location/Criteria.aidl
19      frameworks/base/location/java/android/location/FusedBatchOptions.aidl
276     frameworks/base/location/java/android/location/GpsNavigationMessage.java
102     frameworks/base/location/java/android/location/ILocationManager.aidl
19      frameworks/base/location/java/android/location/Country.aidl
202     frameworks/base/location/java/android/location/Country.java
967     frameworks/base/location/java/android/location/Location.java
1387    frameworks/base/location/java/android/location/GpsMeasurement.java
92
        frameworks/base/location/java/android/location/GpsNavigationMessageEvent.j
ava
109     frameworks/base/location/java/android/location/LocalListenerHelper.java
569     frameworks/base/location/java/android/location/Address.java
93      frameworks/base/location/java/android/location/IFusedGeofenceHardware.aidl
30      frameworks/base/location/java/android/location/CountryListener.java
44      frameworks/base/location/java/android/location/ICountryDetector.aidl
19      frameworks/base/location/java/android/location/GpsMeasurementsEvent.aidl
205
        frameworks/base/core/java/android/text/method/ReplacementTransformationMet
hod.java
258     frameworks/base/core/java/android/text/method/Touch.java
62      frameworks/base/core/java/android/text/method/DateTimeKeyListener.java
21      frameworks/base/core/java/android/text/method/package.html
45      frameworks/base/core/java/android/text/method/TransformationMethod.java
59
        frameworks/base/core/java/android/text/method/AllCapsTransformationMethod.
java
85      frameworks/base/core/java/android/text/method/KeyListener.java
660     frameworks/base/core/java/android/text/method/MetaKeyKeyListener.java
231     frameworks/base/core/java/android/text/method/DigitsKeyListener.java
60      frameworks/base/core/java/android/text/method/MovementMethod.java
259     frameworks/base/core/java/android/text/method/LinkMovementMethod.java
33      frameworks/base/core/java/android/text/method/TransformationMethod2.java
52
        frameworks/base/core/java/android/text/method/HideReturnsTransformationMet
hod.java
62      frameworks/base/core/java/android/text/method/TimeKeyListener.java
```

266     frameworks/base/core/java/android/text/method/PasswordTransformationMethod.java
524     frameworks/base/core/java/android/text/method/QwertyKeyListener.java
62      frameworks/base/core/java/android/text/method/DateKeyListener.java
673     frameworks/base/core/java/android/text/method/BaseMovementMethod.java
140     frameworks/base/core/java/android/text/method/NumberKeyListener.java
343     frameworks/base/core/java/android/text/method/ArrowKeyMovementMethod.java
142     frameworks/base/core/java/android/text/method/CharacterPickerDialog.java
311     frameworks/base/core/java/android/text/method/TextKeyListener.java
290     frameworks/base/core/java/android/text/method/MultiTapKeyListener.java
181     frameworks/base/core/java/android/text/method/WordIterator.java
117     frameworks/base/core/java/android/text/method/DialerKeyListener.java
200     frameworks/base/core/java/android/text/method/BaseKeyListener.java
120     frameworks/base/core/java/android/text/method/ScrollingMovementMethod.java
53      frameworks/base/core/java/android/text/method/SingleLineTransformationMethod.java
428     frameworks/base/core/java/android/text/BoringLayout.java
259     frameworks/base/core/java/android/text/MeasuredText.java
127     frameworks/base/core/java/android/text/AlteredCharSequence.java
110     frameworks/base/core/java/android/text/InputFilter.java
279     frameworks/base/core/java/android/text/AutoText.java
48      frameworks/base/core/java/android/text/SpannedString.java
180     frameworks/base/core/java/android/text/AndroidBidi.java
1803    frameworks/base/core/java/android/text/TextUtils.java
56      frameworks/base/core/java/android/text/SpannableString.java
890     frameworks/base/core/java/android/text/BidiFormatter.java
198     frameworks/base/core/java/android/text/Spanned.java
111     frameworks/base/core/java/android/text/SpanSet.java
31      frameworks/base/core/java/android/text/NoCopySpan.java
13      frameworks/base/core/java/android/text/package.html
66      frameworks/base/core/java/android/text/GraphicsOperations.java
380     frameworks/base/core/java/android/text/InputType.java
46      frameworks/base/core/java/android/text/TextDirectionHeuristic.java
189     frameworks/base/core/java/android/text/PackedObjectVector.java
1371    frameworks/base/core/java/android/text/SpannableStringBuilder.java
850     frameworks/base/core/java/android/text/Html.java
1031    frameworks/base/core/java/android/text/TextLine.java
42      frameworks/base/core/java/android/text/SpanWatcher.java
1957    frameworks/base/core/java/android/text/Layout.java
743     frameworks/base/core/java/android/text/DynamicLayout.java
369     frameworks/base/core/java/android/text/PackedIntVector.java
89      frameworks/base/core/java/android/text/AndroidCharacter.java
60      frameworks/base/core/java/android/text/Annotation.java
82      frameworks/base/core/java/android/text/TextPaint.java
41      frameworks/base/core/java/android/text/ClipboardManager.java
476     frameworks/base/core/java/android/text/Selection.java
33      frameworks/base/core/java/android/text/GetChars.java
57      frameworks/base/core/java/android/text/TextWatcher.java
423     frameworks/base/core/java/android/text/SpannableStringInternal.java
216     frameworks/base/core/java/android/text/LoginFilter.java
263     frameworks/base/core/java/android/text/TextDirectionHeuristics.java
142     frameworks/base/core/java/android/text/Editable.java
70      frameworks/base/core/java/android/text/Spannable.java

```
31     frameworks/base/core/java/android/text/ParcelableSpan.java
901    frameworks/base/core/java/android/text/StaticLayout.java
567    frameworks/base/core/java/android/text/util/Linkify.java
6      frameworks/base/core/java/android/text/util/package.html
314    frameworks/base/core/java/android/text/util/Rfc822Tokenizer.java
198    frameworks/base/core/java/android/text/util/Rfc822Token.java
7      frameworks/base/core/java/android/text/format/package.html
1260   frameworks/base/core/java/android/text/format/Time.java
174    frameworks/base/core/java/android/text/format/Formatter.java
500    frameworks/base/core/java/android/text/format/TimeFormatter.java
627    frameworks/base/core/java/android/text/format/DateFormat.java
953    frameworks/base/core/java/android/text/format/DateUtils.java
32
       frameworks/base/core/java/android/hardware/location/IActivityRecognitionHa
rdwareWatcher.aidl
19
       frameworks/base/core/java/android/hardware/location/GeofenceHardwareReques
tParcelable.aidl
32
       frameworks/base/core/java/android/hardware/location/IActivityRecognitionHa
rdwareSink.aidl
29
       frameworks/base/core/java/android/hardware/location/IGeofenceHardwareCallb
ack.aidl
187
       frameworks/base/core/java/android/hardware/location/GeofenceHardwareReques
tParcelable.java
62
       frameworks/base/core/java/android/hardware/location/IActivityRecognitionHa
rdware.aidl
19
       frameworks/base/core/java/android/hardware/location/GeofenceHardwareMonito
rEvent.aidl
540    frameworks/base/core/java/android/hardware/location/GeofenceHardware.java
87
       frameworks/base/core/java/android/hardware/location/ActivityRecognitionEve
nt.java
61
       frameworks/base/core/java/android/hardware/location/GeofenceHardwareMonito
rCallback.java
91
       frameworks/base/core/java/android/hardware/location/GeofenceHardwareCallba
ck.java
226
       frameworks/base/core/java/android/hardware/location/ActivityRecognitionHar
dware.java
19
       frameworks/base/core/java/android/hardware/location/ActivityChangedEvent.a
idl
42     frameworks/base/core/java/android/hardware/location/IGeofenceHardware.aidl
41
       frameworks/base/core/java/android/hardware/location/IFusedLocationHardware
Sink.aidl
```

```
120
      frameworks/base/core/java/android/hardware/location/GeofenceHardwareMonito
rEvent.java
143
      frameworks/base/core/java/android/hardware/location/GeofenceHardwareServic
e.java
117
      frameworks/base/core/java/android/hardware/location/IFusedLocationHardware
.aidl
834
      frameworks/base/core/java/android/hardware/location/GeofenceHardwareImpl.j
ava
190
      frameworks/base/core/java/android/hardware/location/GeofenceHardwareReques
t.java
25
      frameworks/base/core/java/android/hardware/location/IGeofenceHardwareMonit
orCallback.aidl
92
      frameworks/base/core/java/android/hardware/location/ActivityChangedEvent.j
ava
126   frameworks/base/core/java/android/webkit/WebViewFactoryProvider.java
167   frameworks/base/core/java/android/webkit/UrlInterceptRegistry.java
167   frameworks/base/core/java/android/webkit/MimeTypeMap.java
140   frameworks/base/core/java/android/webkit/GeolocationPermissions.java
33    frameworks/base/core/java/android/webkit/DownloadListener.java
527   frameworks/base/core/java/android/webkit/WebChromeClient.java
81    frameworks/base/core/java/android/webkit/ClientCertRequest.java
98    frameworks/base/core/java/android/webkit/WebViewFragment.java
121   frameworks/base/core/java/android/webkit/WebIconDatabase.java
118   frameworks/base/core/java/android/webkit/PluginList.java
410   frameworks/base/core/java/android/webkit/URLUtil.java
7     frameworks/base/core/java/android/webkit/package.html
11    frameworks/base/core/java/android/webkit/EventLogTags.logtags
72    frameworks/base/core/java/android/webkit/HttpAuthHandler.java
45    frameworks/base/core/java/android/webkit/SslErrorHandler.java
2490  frameworks/base/core/java/android/webkit/WebView.java
47    frameworks/base/core/java/android/webkit/PluginStub.java
361   frameworks/base/core/java/android/webkit/WebViewClient.java
320   frameworks/base/core/java/android/webkit/CookieManager.java
74    frameworks/base/core/java/android/webkit/WebSyncManager.java
161   frameworks/base/core/java/android/webkit/CookieSyncManager.java
64    frameworks/base/core/java/android/webkit/WebResourceRequest.java
37    frameworks/base/core/java/android/webkit/DebugFlags.java
131   frameworks/base/core/java/android/webkit/DateSorter.java
221   frameworks/base/core/java/android/webkit/Plugin.java
64    frameworks/base/core/java/android/webkit/ConsoleMessage.java
195   frameworks/base/core/java/android/webkit/WebResourceResponse.java
308   frameworks/base/core/java/android/webkit/FindActionModeCallback.java
78    frameworks/base/core/java/android/webkit/WebBackForwardList.java
1517  frameworks/base/core/java/android/webkit/WebSettings.java
79    frameworks/base/core/java/android/webkit/PermissionRequest.java
52    frameworks/base/core/java/android/webkit/JsPromptResult.java
28    frameworks/base/core/java/android/webkit/ValueCallback.java
36    frameworks/base/core/java/android/webkit/IWebViewUpdateService.aidl
```

```
72    frameworks/base/core/java/android/webkit/JsResult.java
403   frameworks/base/core/java/android/webkit/WebViewProvider.java
97    frameworks/base/core/java/android/webkit/WebHistoryItem.java
115   frameworks/base/core/java/android/webkit/WebViewDatabase.java
335   frameworks/base/core/java/android/webkit/CacheManager.java
60    frameworks/base/core/java/android/webkit/UrlInterceptHandler.java
185   frameworks/base/core/java/android/webkit/JsDialogHelper.java
35    frameworks/base/core/java/android/webkit/JavascriptInterface.java
214   frameworks/base/core/java/android/webkit/WebStorage.java
25    frameworks/base/core/java/android/webkit/MustOverrideException.java
141   frameworks/base/core/java/android/webkit/PluginData.java
408   frameworks/base/core/java/android/webkit/WebViewFactory.java
123   frameworks/base/opengl/java/android/opengl/Visibility.java
286   frameworks/base/opengl/java/android/opengl/GLUtils.java
37    frameworks/base/opengl/java/android/opengl/EGLContext.java
3960  frameworks/base/opengl/java/android/opengl/GLLogWrapper.java
53    frameworks/base/opengl/java/android/opengl/GLWrapperBase.java
8     frameworks/base/opengl/java/android/opengl/package.html
137   frameworks/base/opengl/java/android/opengl/ETC1.java
1939  frameworks/base/opengl/java/android/opengl/GLSurfaceView.java
1794  frameworks/base/opengl/java/android/opengl/GLES30.java
44    frameworks/base/opengl/java/android/opengl/GLES10Ext.java
753   frameworks/base/opengl/java/android/opengl/Matrix.java
678   frameworks/base/opengl/java/android/opengl/GLES31Ext.java
727   frameworks/base/opengl/java/android/opengl/GLES11.java
45    frameworks/base/opengl/java/android/opengl/EGLExt.java
228   frameworks/base/opengl/java/android/opengl/ETC1Util.java
1926  frameworks/base/opengl/java/android/opengl/GLES20.java
1663  frameworks/base/opengl/java/android/opengl/GLErrorWrapper.java
37    frameworks/base/opengl/java/android/opengl/EGLDisplay.java
1130  frameworks/base/opengl/java/android/opengl/GLES11Ext.java
571   frameworks/base/opengl/java/android/opengl/EGLLogWrapper.java
37    frameworks/base/opengl/java/android/opengl/EGLConfig.java
466   frameworks/base/opengl/java/android/opengl/EGL14.java
1099  frameworks/base/opengl/java/android/opengl/GLES31.java
49    frameworks/base/opengl/java/android/opengl/GLException.java
1325  frameworks/base/opengl/java/android/opengl/GLES10.java
37    frameworks/base/opengl/java/android/opengl/EGLSurface.java
245   frameworks/base/opengl/java/android/opengl/GLU.java
70    frameworks/base/opengl/java/android/opengl/EGLObjectHandle.java
107   frameworks/base/opengl/java/android/opengl/GLDebugHelper.java
25    frameworks/base/opengl/java/android/opengl/GLWallpaperService.java
70
      frameworks/base/core/java/android/accessibilityservice/IAccessibilityServi
ceConnection.aidl
22    frameworks/base/core/java/android/accessibilityservice/package.html
42
      frameworks/base/core/java/android/accessibilityservice/IAccessibilityServi
ceClient.aidl
976
      frameworks/base/core/java/android/accessibilityservice/AccessibilityServic
eInfo.java
788
      frameworks/base/core/java/android/accessibilityservice/AccessibilityServic
e.java
```

19
      frameworks/base/core/java/android/accessibilityservice/AccessibilityServic
eInfo.aidl
41
      frameworks/base/core/java/android/hardware/display/IVirtualDisplayCallback
.aidl
77     frameworks/base/core/java/android/hardware/display/DisplayViewport.java
204    frameworks/base/core/java/android/hardware/display/WifiDisplayStatus.java
19     frameworks/base/core/java/android/hardware/display/WifiDisplay.aidl
297
      frameworks/base/core/java/android/hardware/display/DisplayManagerInternal.
java
116
      frameworks/base/core/java/android/hardware/display/WifiDisplaySessionInfo.
java
140    frameworks/base/core/java/android/hardware/display/VirtualDisplay.java
567    frameworks/base/core/java/android/hardware/display/DisplayManager.java
77     frameworks/base/core/java/android/hardware/display/IDisplayManager.aidl
538
      frameworks/base/core/java/android/hardware/display/DisplayManagerGlobal.ja
va
22
      frameworks/base/core/java/android/hardware/display/IDisplayManagerCallback
.aidl
19     frameworks/base/core/java/android/hardware/display/WifiDisplayStatus.aidl
187    frameworks/base/core/java/android/hardware/display/WifiDisplay.java
5      frameworks/base/sax/java/android/sax/package.html
207    frameworks/base/sax/java/android/sax/RootElement.java
23     frameworks/base/sax/java/android/sax/TextElementListener.java
34     frameworks/base/sax/java/android/sax/BadXmlException.java
30     frameworks/base/sax/java/android/sax/EndTextElementListener.java
97     frameworks/base/sax/java/android/sax/Children.java
23     frameworks/base/sax/java/android/sax/ElementListener.java
202    frameworks/base/sax/java/android/sax/Element.java
28     frameworks/base/sax/java/android/sax/EndElementListener.java
32     frameworks/base/sax/java/android/sax/StartElementListener.java
122    frameworks/base/media/java/android/media/MediaSyncEvent.java
1464   frameworks/base/media/java/android/media/ClosedCaptionRenderer.java
87     frameworks/base/media/java/android/media/SubtitleData.java
273    frameworks/base/media/java/android/media/MiniThumbFile.java
706    frameworks/base/media/java/android/media/MediaMetadata.java
220    frameworks/base/media/java/android/media/Image.java
93     frameworks/base/media/java/android/media/AudioDevicePort.java
84     frameworks/base/media/java/android/media/DecoderCapabilities.java
1868   frameworks/base/media/java/android/media/MediaCodec.java
84     frameworks/base/media/java/android/media/AudioGainConfig.java
435    frameworks/base/media/java/android/media/ExifInterface.java
62     frameworks/base/media/java/android/media/IRemoteControlClient.aidl
26     frameworks/base/media/java/android/media/IRemoteDisplayCallback.aidl
92     frameworks/base/media/java/android/media/MediaCrypto.java
499    frameworks/base/media/java/android/media/AudioSystem.java
1889   frameworks/base/media/java/android/media/MediaScanner.java
27     frameworks/base/media/java/android/media/IMediaHTTPService.aidl
202    frameworks/base/media/java/android/media/FaceDetector.java
521    frameworks/base/media/java/android/media/ThumbnailUtils.java

```
545   frameworks/base/media/java/android/media/Metadata.java
400   frameworks/base/media/java/android/media/MediaHTTPConnection.java
1864  frameworks/base/media/java/android/media/WebVttRenderer.java
29    frameworks/base/media/java/android/media/NotProvisionedException.java
189   frameworks/base/media/java/android/media/RemoteDisplayState.java
44    frameworks/base/media/java/android/media/AudioTimestamp.java
35    frameworks/base/media/java/android/media/IRingtonePlayer.aidl
13    frameworks/base/media/java/android/media/package.html
354   frameworks/base/media/java/android/media/Ringtone.java
32    frameworks/base/media/java/android/media/IRemoteVolumeController.aidl
38    frameworks/base/media/java/android/media/AudioManagerInternal.java
2875  frameworks/base/media/java/android/media/MediaRouter.java
27    frameworks/base/media/java/android/media/DeniedByServerException.java
31    frameworks/base/media/java/android/media/IRemoteDisplayProvider.aidl
97    frameworks/base/media/java/android/media/MediaInserter.java
114   frameworks/base/media/java/android/media/CameraProfile.java
37    frameworks/base/media/java/android/media/IVolumeController.aidl
183   frameworks/base/media/java/android/media/AudioPort.java
103   frameworks/base/media/java/android/media/AudioPortConfig.java
703   frameworks/base/media/java/android/media/RingtoneManager.java
1711  frameworks/base/media/java/android/media/AudioTrack.java
44    frameworks/base/media/java/android/media/IMediaScannerService.aidl
734   frameworks/base/media/java/android/media/TimedText.java
267   frameworks/base/media/java/android/media/MediaScannerConnection.java
692   frameworks/base/media/java/android/media/MediaFormat.java
51    frameworks/base/media/java/android/media/AudioMixPort.java
164   frameworks/base/media/java/android/media/RemoteDisplay.java
758   frameworks/base/media/java/android/media/TtmlRenderer.java
26    frameworks/base/media/java/android/media/MediaDrmException.java
18    frameworks/base/media/java/android/media/AudioRoutesInfo.aidl
276   frameworks/base/media/java/android/media/MediaDescription.java
28    frameworks/base/media/java/android/media/IAudioFocusDispatcher.aidl
27    frameworks/base/media/java/android/media/UnsupportedSchemeException.java
336   frameworks/base/media/java/android/media/MediaFile.java
27    frameworks/base/media/java/android/media/IAudioRoutesObserver.aidl
288   frameworks/base/media/java/android/media/Rating.java
202   frameworks/base/media/java/android/media/MediaActionSound.java
502   frameworks/base/media/java/android/media/MediaMetadataRetriever.java
90    frameworks/base/media/java/android/media/MediaTimeProvider.java
505   frameworks/base/media/java/android/media/SubtitleController.java
723   frameworks/base/media/java/android/media/SubtitleTrack.java
354   frameworks/base/media/java/android/media/MediaMuxer.java
959   frameworks/base/media/java/android/media/AudioRecord.java
27    frameworks/base/media/java/android/media/ResourceBusyException.java
232   frameworks/base/media/java/android/media/AudioDevice.java
210   frameworks/base/media/java/android/media/IAudioService.aidl
240   frameworks/base/media/java/android/media/AsyncPlayer.java
590   frameworks/base/media/java/android/media/JetPlayer.java
163   frameworks/base/media/java/android/media/EncoderCapabilities.java
244   frameworks/base/media/java/android/media/FocusRequester.java
439   frameworks/base/media/java/android/media/CamcorderProfile.java
148   frameworks/base/media/java/android/media/VolumeProvider.java
357   frameworks/base/media/java/android/media/PlayerRecord.java
168   frameworks/base/media/java/android/media/AudioPortEventHandler.java
227   frameworks/base/media/java/android/media/MediaCodecList.java
```

```
150    frameworks/base/media/java/android/media/ResampleInputStream.java
18     frameworks/base/media/java/android/media/MediaRouterClientState.aidl
27     frameworks/base/media/java/android/media/MediaCryptoException.java
1110   frameworks/base/media/java/android/media/RemoteController.java
18     frameworks/base/media/java/android/media/RemoteDisplayState.aidl
309    frameworks/base/media/java/android/media/Utils.java
34     frameworks/base/media/java/android/media/IMediaHTTPConnection.aidl
41     frameworks/base/media/java/android/media/AudioMixPortConfig.java
469    frameworks/base/media/java/android/media/MediaMetadataEditor.java
1064   frameworks/base/media/java/android/media/MediaRecorder.java
377    frameworks/base/media/java/android/media/MediaExtractor.java
26     frameworks/base/media/java/android/media/IRemoteVolumeObserver.aidl
2171   frameworks/base/media/java/android/media/MediaCodecInfo.java
33     frameworks/base/media/java/android/media/IMediaScannerListener.aidl
463    frameworks/base/media/java/android/media/AudioFormat.java
1099   frameworks/base/media/java/android/media/RemoteControlClient.java
159    frameworks/base/media/java/android/media/AudioGain.java
43     frameworks/base/media/java/android/media/DataSource.java
44     frameworks/base/media/java/android/media/MediaHTTPService.java
36     frameworks/base/media/java/android/media/MediaScannerClient.java
200    frameworks/base/media/java/android/media/MediaRouterClientState.java
773    frameworks/base/media/java/android/media/AudioAttributes.java
3461   frameworks/base/media/java/android/media/AudioManager.java
5661   frameworks/base/media/java/android/media/AudioService.java
897    frameworks/base/media/java/android/media/MediaDrm.java
3462   frameworks/base/media/java/android/media/MediaPlayer.java
46     frameworks/base/media/java/android/media/AudioDevicePortConfig.java
18     frameworks/base/media/java/android/media/AudioAttributes.aidl
743    frameworks/base/media/java/android/media/ImageReader.java
2036   frameworks/base/media/java/android/media/MediaFocusControl.java
897    frameworks/base/media/java/android/media/ToneGenerator.java
18     frameworks/base/media/java/android/media/MediaMetadata.aidl
24     frameworks/base/media/java/android/media/IMediaRouterClient.aidl
71     frameworks/base/media/java/android/media/AudioRoutesInfo.java
138    frameworks/base/media/java/android/media/AmrInputStream.java
55     frameworks/base/media/java/android/media/AudioPatch.java
35     frameworks/base/media/java/android/media/IMediaRouterService.aidl
780    frameworks/base/media/java/android/media/SoundPool.java
19     frameworks/base/media/java/android/media/Rating.aidl
98     frameworks/base/media/java/android/media/IRemoteControlDisplay.aidl
54     frameworks/base/media/java/android/media/AudioHandle.java
202    frameworks/base/media/java/android/media/SRTRenderer.java
18     frameworks/base/media/java/android/media/MediaDescription.aidl
255    frameworks/base/media/java/android/media/tv/ITvInputSessionWrapper.java
886    frameworks/base/media/java/android/media/tv/TvContentRating.java
87     frameworks/base/media/java/android/media/tv/ITvInputManager.aidl
40     frameworks/base/media/java/android/media/tv/ITvInputSessionCallback.aidl
20     frameworks/base/media/java/android/media/tv/TvStreamConfig.aidl
197    frameworks/base/media/java/android/media/tv/TvInputHardwareInfo.java
706    frameworks/base/media/java/android/media/tv/TvInputInfo.java
43     frameworks/base/media/java/android/media/tv/ITvInputClient.aidl
49     frameworks/base/media/java/android/media/tv/ITvInputSession.aidl
1009   frameworks/base/media/java/android/media/tv/TvView.java
1812   frameworks/base/media/java/android/media/tv/TvInputManager.java
40     frameworks/base/media/java/android/media/tv/ITvInputService.aidl
```

```
1344   frameworks/base/media/java/android/media/tv/TvInputService.java
19     frameworks/base/media/java/android/media/tv/TvContentRatingSystemInfo.aidl
19     frameworks/base/media/java/android/media/tv/TvTrackInfo.aidl
19     frameworks/base/media/java/android/media/tv/TvInputInfo.aidl
20     frameworks/base/media/java/android/media/tv/TvInputHardwareInfo.aidl
332    frameworks/base/media/java/android/media/tv/TvTrackInfo.java
27     frameworks/base/media/java/android/media/tv/ITvInputHardwareCallback.aidl
64     frameworks/base/media/java/android/media/tv/ITvInputHardware.aidl
1219   frameworks/base/media/java/android/media/tv/TvContract.java
28     frameworks/base/media/java/android/media/tv/ITvInputManagerCallback.aidl
169    frameworks/base/media/java/android/media/tv/TvStreamConfig.java
111    frameworks/base/media/java/android/media/tv/TvContentRatingSystemInfo.java
30     frameworks/base/media/java/android/media/tv/ITvInputServiceCallback.aidl
19     frameworks/base/media/java/android/media/session/MediaSession.aidl
1198   frameworks/base/media/java/android/media/session/MediaSession.java
1000   frameworks/base/media/java/android/media/session/MediaController.java
26
       frameworks/base/media/java/android/media/session/IActiveSessionsListener.a
idl
72     frameworks/base/media/java/android/media/session/ISessionController.aidl
80     frameworks/base/media/java/android/media/session/ParcelableVolumeInfo.java
53     frameworks/base/media/java/android/media/session/ISession.aidl
553
       frameworks/base/media/java/android/media/session/MediaSessionLegacyHelper.
java
18     frameworks/base/media/java/android/media/session/ParcelableVolumeInfo.aidl
44     frameworks/base/media/java/android/media/session/ISessionManager.aidl
39
       frameworks/base/media/java/android/media/session/ISessionControllerCallbac
k.aidl
18     frameworks/base/media/java/android/media/session/PlaybackState.aidl
959    frameworks/base/media/java/android/media/session/PlaybackState.java
49     frameworks/base/media/java/android/media/session/ISessionCallback.aidl
350    frameworks/base/media/java/android/media/session/MediaSessionManager.java
826    frameworks/base/media/java/android/media/browse/MediaBrowser.java
18     frameworks/base/media/java/android/media/browse/MediaBrowser.aidl
34     frameworks/base/core/java/android/service/wallpaper/IWallpaperEngine.aidl
49
       frameworks/base/core/java/android/service/wallpaper/WallpaperSettingsActiv
ity.java
29
       frameworks/base/core/java/android/service/wallpaper/IWallpaperConnection.a
idl
1279   frameworks/base/core/java/android/service/wallpaper/WallpaperService.java
29     frameworks/base/core/java/android/service/wallpaper/IWallpaperService.aidl
60     frameworks/base/core/java/android/speech/IRecognitionService.aidl
133    frameworks/base/core/java/android/speech/RecognizerResultsIntent.java
87     frameworks/base/core/java/android/speech/IRecognitionListener.aidl
362    frameworks/base/core/java/android/speech/RecognitionService.java
99     frameworks/base/core/java/android/speech/RecognitionListener.java
508    frameworks/base/core/java/android/speech/SpeechRecognizer.java
406    frameworks/base/core/java/android/speech/RecognizerIntent.java
6      frameworks/base/core/java/android/speech/srec/package.html
110    frameworks/base/core/java/android/speech/srec/MicrophoneInputStream.java
716    frameworks/base/core/java/android/speech/srec/Recognizer.java
```

```
276    frameworks/base/core/java/android/speech/srec/WaveHeader.java
187    frameworks/base/core/java/android/speech/srec/UlawEncoderInputStream.java
82     frameworks/base/core/java/android/gesture/GestureLibrary.java
88     frameworks/base/core/java/android/gesture/InstanceLearner.java
5      frameworks/base/core/java/android/gesture/package.html
338    frameworks/base/core/java/android/gesture/Gesture.java
113    frameworks/base/core/java/android/gesture/Instance.java
593    frameworks/base/core/java/android/gesture/GestureUtils.java
84     frameworks/base/core/java/android/gesture/Learner.java
85     frameworks/base/core/java/android/gesture/OrientedBoundingBox.java
246    frameworks/base/core/java/android/gesture/GestureStroke.java
143    frameworks/base/core/java/android/gesture/GestureLibraries.java
801    frameworks/base/core/java/android/gesture/GestureOverlayView.java
26     frameworks/base/core/java/android/gesture/GestureConstants.java
33     frameworks/base/core/java/android/gesture/Prediction.java
335    frameworks/base/core/java/android/gesture/GestureStore.java
51     frameworks/base/core/java/android/gesture/GesturePoint.java
19     frameworks/base/core/java/android/appwidget/AppWidgetProviderInfo.aidl
401    frameworks/base/core/java/android/appwidget/AppWidgetProviderInfo.java
401    frameworks/base/core/java/android/appwidget/AppWidgetHost.java
31     frameworks/base/core/java/android/appwidget/package.html
211    frameworks/base/core/java/android/appwidget/AppWidgetProvider.java
1081   frameworks/base/core/java/android/appwidget/AppWidgetManager.java
628    frameworks/base/core/java/android/appwidget/AppWidgetHostView.java
248    frameworks/base/core/java/android/provider/SearchRecentSuggestions.java
43     frameworks/base/core/java/android/provider/OpenableColumns.java
322    frameworks/base/core/java/android/provider/VoicemailContract.java
13     frameworks/base/core/java/android/provider/package.html
183    frameworks/base/core/java/android/provider/UserDictionary.java
634    frameworks/base/core/java/android/provider/CallLog.java
8880   frameworks/base/core/java/android/provider/ContactsContract.java
808    frameworks/base/core/java/android/provider/Downloads.java
651    frameworks/base/core/java/android/provider/Browser.java
2622   frameworks/base/core/java/android/provider/CalendarContract.java
743    frameworks/base/core/java/android/provider/BrowserContract.java
79     frameworks/base/core/java/android/provider/SearchIndexableResource.java
189    frameworks/base/core/java/android/provider/SearchIndexablesProvider.java
187    frameworks/base/core/java/android/provider/SyncStateContract.java
790    frameworks/base/core/java/android/provider/DocumentsProvider.java
236    frameworks/base/core/java/android/provider/AlarmClock.java
307    frameworks/base/core/java/android/provider/LiveFolders.java
2244   frameworks/base/core/java/android/provider/MediaStore.java
2434   frameworks/base/core/java/android/provider/Contacts.java
7158   frameworks/base/core/java/android/provider/Settings.java
180    frameworks/base/core/java/android/provider/SearchIndexableData.java
83     frameworks/base/core/java/android/provider/SyncConstValue.java
272    frameworks/base/core/java/android/provider/SearchIndexablesContract.java
1029   frameworks/base/core/java/android/provider/DocumentsContract.java
32     frameworks/base/core/java/android/provider/BaseColumns.java
71     frameworks/base/core/java/android/net/dhcp/DhcpDiscoverPacket.java
65     frameworks/base/core/java/android/net/dhcp/DhcpDeclinePacket.java
109    frameworks/base/core/java/android/net/dhcp/DhcpAckPacket.java
76     frameworks/base/core/java/android/net/dhcp/DhcpInformPacket.java
895    frameworks/base/core/java/android/net/dhcp/DhcpPacket.java
86     frameworks/base/core/java/android/net/dhcp/DhcpRequestPacket.java
```

```
74    frameworks/base/core/java/android/net/dhcp/DhcpStateMachine.java
72    frameworks/base/core/java/android/net/dhcp/DhcpNakPacket.java
100   frameworks/base/core/java/android/net/dhcp/DhcpOfferPacket.java
437   frameworks/base/core/java/android/ddm/DdmHandleViewDebug.java
59    frameworks/base/core/java/android/ddm/DdmRegister.java
216   frameworks/base/core/java/android/ddm/DdmHandleProfiling.java
269   frameworks/base/core/java/android/ddm/DdmHandleHeap.java
5     frameworks/base/core/java/android/ddm/package.html
181   frameworks/base/core/java/android/ddm/DdmHandleThread.java
91    frameworks/base/core/java/android/ddm/DdmHandleNativeHeap.java
77    frameworks/base/core/java/android/ddm/DdmHandleExit.java
107   frameworks/base/core/java/android/ddm/DdmHandleAppName.java
6     frameworks/base/core/java/android/ddm/README.txt
212   frameworks/base/core/java/android/ddm/DdmHandleHello.java
98    frameworks/base/core/java/android/bluetooth/BluetoothOutputStream.java
239   frameworks/base/core/java/android/bluetooth/BluetoothManager.java
163   frameworks/base/core/java/android/bluetooth/BluetoothServerSocket.java
37    frameworks/base/core/java/android/bluetooth/IBluetoothMap.aidl
1757  frameworks/base/core/java/android/bluetooth/BluetoothAdapter.java
72    frameworks/base/core/java/android/bluetooth/IBluetoothGattCallback.aidl
1410  frameworks/base/core/java/android/bluetooth/BluetoothDevice.java
32    frameworks/base/core/java/android/bluetooth/IBluetoothHealthCallback.aidl
104   frameworks/base/core/java/android/bluetooth/IBluetoothGatt.aidl
165
      frameworks/base/core/java/android/bluetooth/BluetoothHealthAppConfiguratio
n.java
59    frameworks/base/core/java/android/bluetooth/IBluetoothInputDevice.aidl
570   frameworks/base/core/java/android/bluetooth/BluetoothHealth.java
213   frameworks/base/core/java/android/bluetooth/BluetoothProfile.java
35    frameworks/base/core/java/android/bluetooth/IBluetoothPan.aidl
100   frameworks/base/core/java/android/bluetooth/IBluetooth.aidl
38    frameworks/base/core/java/android/bluetooth/package.html
1322  frameworks/base/core/java/android/bluetooth/BluetoothGatt.java
529   frameworks/base/core/java/android/bluetooth/BluetoothSocket.java
155   frameworks/base/core/java/android/bluetooth/BluetoothGattCallback.java
28    frameworks/base/core/java/android/bluetooth/IBluetoothCallback.aidl
19
      frameworks/base/core/java/android/bluetooth/BluetoothActivityEnergyInfo.ai
dl
39    frameworks/base/core/java/android/bluetooth/IBluetoothHeadsetPhone.aidl
111   frameworks/base/core/java/android/bluetooth/BluetoothAudioConfig.java
60    frameworks/base/core/java/android/bluetooth/IBluetoothHeadset.aidl
555   frameworks/base/core/java/android/bluetooth/BluetoothA2dp.java
141
      frameworks/base/core/java/android/bluetooth/BluetoothActivityEnergyInfo.ja
va
406   frameworks/base/core/java/android/bluetooth/BluetoothMap.java
1167  frameworks/base/core/java/android/bluetooth/BluetoothHeadsetClient.java
32    frameworks/base/core/java/android/bluetooth/IBluetoothPbap.aidl
39    frameworks/base/core/java/android/bluetooth/IBluetoothA2dp.aidl
43    frameworks/base/core/java/android/bluetooth/IBluetoothManager.aidl
322   frameworks/base/core/java/android/bluetooth/BluetoothPbap.java
67    frameworks/base/core/java/android/bluetooth/IBluetoothHeadsetClient.aidl
```

```
27
        frameworks/base/core/java/android/bluetooth/IBluetoothStateChangeCallback.
aidl
98      frameworks/base/core/java/android/bluetooth/BluetoothInputStream.java
68      frameworks/base/core/java/android/bluetooth/BluetoothHealthCallback.java
695
        frameworks/base/core/java/android/bluetooth/BluetoothGattCharacteristic.ja
va
62
        frameworks/base/core/java/android/bluetooth/IBluetoothGattServerCallback.a
idl
148
        frameworks/base/core/java/android/bluetooth/BluetoothGattServerCallback.ja
va
103     frameworks/base/core/java/android/bluetooth/BluetoothMasInstance.java
93      frameworks/base/core/java/android/bluetooth/BluetoothAvrcp.java
971     frameworks/base/core/java/android/bluetooth/BluetoothHeadset.java
42      frameworks/base/core/java/android/bluetooth/IBluetoothHealth.aidl
260     frameworks/base/core/java/android/bluetooth/BluetoothAvrcpController.java
664     frameworks/base/core/java/android/bluetooth/BluetoothInputDevice.java
19
        frameworks/base/core/java/android/bluetooth/BluetoothHealthAppConfiguratio
n.aidl
285     frameworks/base/core/java/android/bluetooth/BluetoothGattService.java
18
        frameworks/base/core/java/android/bluetooth/BluetoothHeadsetClientCall.aid
l
363     frameworks/base/core/java/android/bluetooth/BluetoothClass.java
301     frameworks/base/core/java/android/bluetooth/BluetoothUuid.java
31      frameworks/base/core/java/android/bluetooth/IBluetoothAvrcpController.aidl
1171    frameworks/base/core/java/android/bluetooth/BluetoothAssignedNumbers.java
29      frameworks/base/core/java/android/bluetooth/IBluetoothManagerCallback.aidl
19      frameworks/base/core/java/android/bluetooth/BluetoothDevice.aidl
712     frameworks/base/core/java/android/bluetooth/BluetoothGattServer.java
228     frameworks/base/core/java/android/bluetooth/BluetoothGattDescriptor.java
72      frameworks/base/core/java/android/bluetooth/BluetoothDevicePicker.java
432     frameworks/base/core/java/android/bluetooth/BluetoothA2dpSink.java
126
        frameworks/base/core/java/android/bluetooth/BluetoothGattCallbackWrapper.j
ava
19      frameworks/base/core/java/android/bluetooth/BluetoothAudioConfig.aidl
218
        frameworks/base/core/java/android/bluetooth/BluetoothHeadsetClientCall.jav
a
34      frameworks/base/core/java/android/bluetooth/IBluetoothA2dpSink.aidl
387     frameworks/base/core/java/android/bluetooth/BluetoothPan.java
278     frameworks/base/core/java/android/nfc/tech/MifareUltralight.java
158     frameworks/base/core/java/android/nfc/tech/BasicTagTechnology.java
13      frameworks/base/core/java/android/nfc/tech/package.html
404     frameworks/base/core/java/android/nfc/tech/Ndef.java
653     frameworks/base/core/java/android/nfc/tech/MifareClassic.java
170     frameworks/base/core/java/android/nfc/tech/NfcF.java
171     frameworks/base/core/java/android/nfc/tech/NfcA.java
125     frameworks/base/core/java/android/nfc/tech/NfcB.java
205     frameworks/base/core/java/android/nfc/tech/IsoDep.java
```

```
130     frameworks/base/core/java/android/nfc/tech/NfcBarcode.java
221     frameworks/base/core/java/android/nfc/tech/TagTechnology.java
178     frameworks/base/core/java/android/nfc/tech/NdefFormatable.java
126     frameworks/base/core/java/android/nfc/tech/NfcV.java
146
        frameworks/base/core/java/android/service/persistentdata/PersistentDataBlo
ckManager.java
38
        frameworks/base/core/java/android/service/persistentdata/IPersistentDataBl
ockService.aidl
570
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/videosrc/Me
diaSource.java
4
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/videosrc/pa
ckage-info.java
254
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/videosrc/Su
rfaceTextureSource.java
351
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/videosrc/Ca
meraSource.java
331
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/videosrc/Su
rfaceTextureTarget.java
65      frameworks/base/keystore/java/android/security/KeyChainException.java
6       frameworks/base/keystore/java/android/security/package.html
125     frameworks/base/keystore/java/android/security/KeyStoreParameter.java
564     frameworks/base/keystore/java/android/security/AndroidKeyStore.java
486     frameworks/base/keystore/java/android/security/KeyPairGeneratorSpec.java
367     frameworks/base/keystore/java/android/security/KeyStore.java
208
        frameworks/base/keystore/java/android/security/AndroidKeyPairGenerator.jav
a
490     frameworks/base/keystore/java/android/security/KeyChain.java
29      frameworks/base/keystore/java/android/security/KeyChainAliasCallback.java
38
        frameworks/base/keystore/java/android/security/AndroidKeyStoreProvider.jav
a
49      frameworks/base/keystore/java/android/security/IKeyChainService.aidl
238     frameworks/base/keystore/java/android/security/Credentials.java
134     frameworks/base/keystore/java/android/security/SystemKeyStore.java
26      frameworks/base/keystore/java/android/security/IKeyChainAliasCallback.aidl
62      frameworks/base/core/java/android/hardware/TriggerEvent.java
26      frameworks/base/core/java/android/hardware/IProCameraUser.aidl
77      frameworks/base/core/java/android/hardware/TriggerEventListener.java
26      frameworks/base/core/java/android/hardware/ICameraServiceListener.aidl
4222    frameworks/base/core/java/android/hardware/Camera.java
84      frameworks/base/core/java/android/hardware/ICameraService.aidl
20      frameworks/base/core/java/android/hardware/CameraInfo.aidl
433     frameworks/base/core/java/android/hardware/LegacySensorManager.java
9       frameworks/base/core/java/android/hardware/package.html
26      frameworks/base/core/java/android/hardware/ICameraClient.aidl
36      frameworks/base/core/java/android/hardware/SensorEventListener2.java
84      frameworks/base/core/java/android/hardware/SerialManager.java
```

```
26    frameworks/base/core/java/android/hardware/IProCameraCallbacks.aidl
26    frameworks/base/core/java/android/hardware/IConsumerIrService.aidl
26    frameworks/base/core/java/android/hardware/ICamera.aidl
156   frameworks/base/core/java/android/hardware/ConsumerIrManager.java
63    frameworks/base/core/java/android/hardware/CameraInfo.java
475   frameworks/base/core/java/android/hardware/SystemSensorManager.java
1586  frameworks/base/core/java/android/hardware/SensorManager.java
129   frameworks/base/core/java/android/hardware/SerialPort.java
408   frameworks/base/core/java/android/hardware/GeomagneticField.java
51    frameworks/base/core/java/android/hardware/SensorEventListener.java
794   frameworks/base/core/java/android/hardware/Sensor.java
507   frameworks/base/core/java/android/hardware/SensorEvent.java
29    frameworks/base/core/java/android/hardware/ISerialManager.aidl
101   frameworks/base/core/java/android/hardware/SensorListener.java
1117  frameworks/base/core/java/android/hardware/soundtrigger/SoundTrigger.java
204
      frameworks/base/core/java/android/hardware/soundtrigger/SoundTriggerModule
.java
311
      frameworks/base/core/java/android/hardware/soundtrigger/KeyphraseEnrollmen
tInfo.java
61
      frameworks/base/core/java/android/hardware/soundtrigger/KeyphraseMetadata.
java
45
      frameworks/base/core/java/android/hardware/soundtrigger/IRecognitionStatus
Callback.aidl
25    frameworks/base/core/java/android/hardware/soundtrigger/SoundTrigger.aidl
325   frameworks/base/core/java/android/service/trust/TrustAgentService.java
31
      frameworks/base/core/java/android/service/trust/ITrustAgentServiceCallback
.aidl
30    frameworks/base/core/java/android/service/trust/ITrustAgentService.aidl
81
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/T
oGrayFilter.java
148
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/S
harpenFilter.java
136
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/C
ropRectFilter.java
122
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/D
uotoneFilter.java
98
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/T
oRGBFilter.java
205
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/L
omoishFilter.java
124
      frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/C
olorTemperatureFilter.java
```

140
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/I
mageStitcher.java
133
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/I
mageCombineFilter.java
111
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/F
ixedRotationFilter.java
108
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/S
epiaFilter.java
110
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/S
impleImageFilter.java
141
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/T
oPackedGrayFilter.java
140
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/I
mageSlicer.java
151
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/R
otateFilter.java
57
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/A
lphaBlendFilter.java
86
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/D
rawOverlayFilter.java
167
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/F
isheyeFilter.java
180
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/R
edEyeFilter.java
98
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/T
oRGBAFilter.java
4
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/p
ackage-info.java
57
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/C
ontrastFilter.java
56
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/B
lendFilter.java
141
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/C
ropFilter.java
112
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/B
itmapSource.java

```
140
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/B
itmapOverlayFilter.java
54
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/B
rightnessFilter.java
193
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/G
rainFilter.java
136
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/F
illLightFilter.java
59
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/I
mageEncoder.java
116
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/F
lipFilter.java
306
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/A
utoFixFilter.java
158
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/B
lackWhiteFilter.java
124
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/C
rossProcessFilter.java
100
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/N
egativeFilter.java
149
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/S
traightenFilter.java
129
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/D
rawRectFilter.java
130
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/T
intFilter.java
155
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/V
ignetteFilter.java
56
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/I
nvert.java
121
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/R
esizeFilter.java
167
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/S
aturateFilter.java
103
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/P
osterizeFilter.java
```

```
162
        frameworks/base/media/mca/filterpacks/java/android/filterpacks/imageproc/D
ocumentaryFilter.java
299     frameworks/base/core/java/android/net/NetworkAgent.java
215     frameworks/base/core/java/android/net/BaseNetworkStateTracker.java
770     frameworks/base/core/java/android/net/NetworkStats.java
497     frameworks/base/core/java/android/net/NetworkInfo.java
19      frameworks/base/core/java/android/net/NetworkStats.aidl
60      frameworks/base/core/java/android/net/INetworkPolicyManager.aidl
19      frameworks/base/core/java/android/net/LinkQualityInfo.aidl
102     frameworks/base/core/java/android/net/UidRange.java
19      frameworks/base/core/java/android/net/InterfaceConfiguration.aidl
543     frameworks/base/core/java/android/net/SSLCertificateSocketFactory.java
19      frameworks/base/core/java/android/net/NetworkState.aidl
100     frameworks/base/core/java/android/net/LocalSocketAddress.java
324     frameworks/base/core/java/android/net/LocalSocket.java
316     frameworks/base/core/java/android/net/LinkAddress.java
124     frameworks/base/core/java/android/net/WifiKey.java
48      frameworks/base/core/java/android/net/INetworkStatsService.aidl
24      frameworks/base/core/java/android/net/UidRange.aidl
117     frameworks/base/core/java/android/net/LocalServerSocket.java
105     frameworks/base/core/java/android/net/DhcpInfo.java
80      frameworks/base/core/java/android/net/NetworkConfig.java
5       frameworks/base/core/java/android/net/package.html
19      frameworks/base/core/java/android/net/DhcpInfo.aidl
130     frameworks/base/core/java/android/net/NetworkKey.java
21      frameworks/base/core/java/android/net/LinkAddress.aidl
84      frameworks/base/core/java/android/net/NetworkState.java
358     frameworks/base/core/java/android/net/NetworkTemplate.java
171     frameworks/base/core/java/android/net/IConnectivityManager.aidl
323     frameworks/base/core/java/android/net/Network.java
149     frameworks/base/core/java/android/net/WifiLinkQualityInfo.java
323     frameworks/base/core/java/android/net/NetworkPolicyManager.java
19      frameworks/base/core/java/android/net/NetworkInfo.aidl
75      frameworks/base/core/java/android/net/EthernetManager.java
202     frameworks/base/core/java/android/net/IpConfiguration.java
194     frameworks/base/core/java/android/net/NetworkPolicy.java
194     frameworks/base/core/java/android/net/StaticIpConfiguration.java
212     frameworks/base/core/java/android/net/SntpClient.java
21      frameworks/base/core/java/android/net/NetworkCapabilities.aidl
692     frameworks/base/core/java/android/net/VpnService.java
334     frameworks/base/core/java/android/net/DnsPinger.java
129     frameworks/base/core/java/android/net/PacProxySelector.java
29      frameworks/base/core/java/android/net/ParseException.java
300     frameworks/base/core/java/android/net/SamplingDataTracker.java
67      frameworks/base/core/java/android/net/INetworkScoreService.aidl
106     frameworks/base/core/java/android/net/SSLSessionCache.java
79      frameworks/base/core/java/android/net/NetworkMisc.java
207     frameworks/base/core/java/android/net/ProxyDataTracker.java
19      frameworks/base/core/java/android/net/NetworkPolicy.aidl
43      frameworks/base/core/java/android/net/INetworkScoreCache.aidl
206     frameworks/base/core/java/android/net/DhcpResults.java
318     frameworks/base/core/java/android/net/Proxy.java
1064    frameworks/base/core/java/android/net/LinkProperties.java
83      frameworks/base/core/java/android/net/NetworkQuotaInfo.java
```

```
19     frameworks/base/core/java/android/net/ScoredNetwork.aidl
914    frameworks/base/core/java/android/net/UrlQuerySanitizer.java
119    frameworks/base/core/java/android/net/ScoredNetwork.java
19     frameworks/base/core/java/android/net/DhcpResults.aidl
919    frameworks/base/core/java/android/net/MobileDataStateTracker.java
19     frameworks/base/core/java/android/net/NetworkQuotaInfo.aidl
20     frameworks/base/core/java/android/net/LinkProperties.aidl
260    frameworks/base/core/java/android/net/NetworkStateTracker.java
286    frameworks/base/core/java/android/net/LinkQualityInfo.java
20     frameworks/base/core/java/android/net/IpPrefix.aidl
179    frameworks/base/core/java/android/net/RssiCurve.java
172    frameworks/base/core/java/android/net/MailTo.java
19     frameworks/base/core/java/android/net/Uri.aidl
19     frameworks/base/core/java/android/net/NetworkTemplate.aidl
19     frameworks/base/core/java/android/net/NetworkMisc.aidl
216    frameworks/base/core/java/android/net/IpPrefix.java
19     frameworks/base/core/java/android/net/RouteInfo.aidl
21     frameworks/base/core/java/android/net/ProxyInfo.aidl
277    frameworks/base/core/java/android/net/NetworkFactory.java
362    frameworks/base/core/java/android/net/ProxyInfo.java
26     frameworks/base/core/java/android/net/INetworkPolicyListener.aidl
265    frameworks/base/core/java/android/net/NetworkScoreManager.java
619    frameworks/base/core/java/android/net/NetworkCapabilities.java
30     frameworks/base/core/java/android/net/IEthernetManager.aidl
2531   frameworks/base/core/java/android/net/ConnectivityManager.java
397    frameworks/base/core/java/android/net/DhcpStateMachine.java
738    frameworks/base/core/java/android/net/NetworkStatsHistory.java
368    frameworks/base/core/java/android/net/NetworkUtils.java
38     frameworks/base/core/java/android/net/INetworkStatsSession.aidl
19     frameworks/base/core/java/android/net/NetworkStatsHistory.aidl
178    frameworks/base/core/java/android/net/WebAddress.java
2369   frameworks/base/core/java/android/net/Uri.java
19     frameworks/base/core/java/android/net/NetworkKey.aidl
639    frameworks/base/core/java/android/net/TrafficStats.java
542    frameworks/base/core/java/android/net/LocalSocketImpl.java
173    frameworks/base/core/java/android/net/NetworkIdentity.java
20     frameworks/base/core/java/android/net/NetworkRequest.aidl
20     frameworks/base/core/java/android/net/Network.aidl
216    frameworks/base/core/java/android/net/NetworkScorerAppManager.java
286    frameworks/base/core/java/android/net/MobileLinkQualityInfo.java
112    frameworks/base/core/java/android/net/INetworkManagementEventObserver.aidl
48     frameworks/base/core/java/android/net/Credentials.java
19     frameworks/base/core/java/android/net/IpConfiguration.aidl
496    frameworks/base/core/java/android/net/RouteInfo.java
217    frameworks/base/core/java/android/net/PskKeyManager.java
222    frameworks/base/core/java/android/net/NetworkRequest.java
164    frameworks/base/core/java/android/net/InterfaceConfiguration.java
89     frameworks/base/core/java/android/net/http/CharArrayBuffers.java
466    frameworks/base/core/java/android/net/http/RequestHandle.java
175    frameworks/base/core/java/android/net/http/IdleCache.java
99     frameworks/base/core/java/android/net/http/ErrorStrings.java
279    frameworks/base/core/java/android/net/http/CertificateChainValidator.java
542    frameworks/base/core/java/android/net/http/RequestQueue.java
137    frameworks/base/core/java/android/net/http/ConnectionThread.java
520    frameworks/base/core/java/android/net/http/Connection.java
```

```
2       frameworks/base/core/java/android/net/http/package.html
424     frameworks/base/core/java/android/net/http/HttpAuthHeader.java
92      frameworks/base/core/java/android/net/http/LoggingEventHandler.java
526     frameworks/base/core/java/android/net/http/Request.java
131     frameworks/base/core/java/android/net/http/EventHandler.java
41      frameworks/base/core/java/android/net/http/Timer.java
509     frameworks/base/core/java/android/net/http/SslCertificate.java
228     frameworks/base/core/java/android/net/http/SslError.java
289     frameworks/base/core/java/android/net/http/HttpResponseCache.java
470     frameworks/base/core/java/android/net/http/Headers.java
460
        frameworks/base/core/java/android/net/http/AndroidHttpClientConnection.jav
a
42      frameworks/base/core/java/android/net/http/RequestFeeder.java
509     frameworks/base/core/java/android/net/http/AndroidHttpClient.java
433     frameworks/base/core/java/android/net/http/HttpsConnection.java
84      frameworks/base/core/java/android/net/http/X509TrustManagerExtensions.java
158     frameworks/base/core/java/android/net/http/DelegatingSSLSession.java
43      frameworks/base/core/java/android/net/http/HttpLog.java
93      frameworks/base/core/java/android/net/http/HttpConnection.java
188     frameworks/base/drm/java/android/drm/DrmSupportInfo.java
83      frameworks/base/drm/java/android/drm/ProcessedData.java
110     frameworks/base/drm/java/android/drm/DrmInfoEvent.java
84      frameworks/base/drm/java/android/drm/DrmConvertedStatus.java
85      frameworks/base/drm/java/android/drm/package.html
170     frameworks/base/drm/java/android/drm/DrmInfo.java
181     frameworks/base/drm/java/android/drm/DrmRights.java
128     frameworks/base/drm/java/android/drm/DrmEvent.java
255     frameworks/base/drm/java/android/drm/DrmStore.java
163     frameworks/base/drm/java/android/drm/DrmInfoRequest.java
919     frameworks/base/drm/java/android/drm/DrmManagerClient.java
109     frameworks/base/drm/java/android/drm/DrmErrorEvent.java
210     frameworks/base/drm/java/android/drm/DrmUtils.java
116     frameworks/base/drm/java/android/drm/DrmOutputStream.java
97      frameworks/base/drm/java/android/drm/DrmInfoStatus.java
216     frameworks/base/telephony/java/android/telephony/CellInfo.java
20      frameworks/base/telephony/java/android/telephony/NeighboringCellInfo.aidl
235
        frameworks/base/telephony/java/android/telephony/CellSignalStrengthWcdma.j
ava
102
        frameworks/base/telephony/java/android/telephony/PreciseDisconnectCause.ja
va
130
        frameworks/base/telephony/java/android/telephony/IccOpenLogicalChannelResp
onse.java
148     frameworks/base/telephony/java/android/telephony/CellInfoGsm.java
21      frameworks/base/telephony/java/android/telephony/VoLteServiceState.aidl
21      frameworks/base/telephony/java/android/telephony/ServiceState.aidl
76      frameworks/base/telephony/java/android/telephony/CellSignalStrength.java
20      frameworks/base/telephony/java/android/telephony/CellInfo.aidl
275
        frameworks/base/telephony/java/android/telephony/PreciseDataConnectionStat
e.java
100     frameworks/base/telephony/java/android/telephony/CellLocation.java
```

```
205     frameworks/base/telephony/java/android/telephony/CellIdentityWcdma.java
7       frameworks/base/telephony/java/android/telephony/package.html
139
        frameworks/base/telephony/java/android/telephony/DataConnectionRealTimeInf
o.java
994     frameworks/base/telephony/java/android/telephony/SubscriptionManager.java
235
        frameworks/base/telephony/java/android/telephony/CellSignalStrengthGsm.jav
a
167     frameworks/base/telephony/java/android/telephony/SubInfoRecord.java
89      frameworks/base/telephony/java/android/telephony/Rlog.java
20
        frameworks/base/telephony/java/android/telephony/DataConnectionRealTimeInf
o.aidl
20
        frameworks/base/telephony/java/android/telephony/IccOpenLogicalChannelResp
onse.aidl
269     frameworks/base/telephony/java/android/telephony/DisconnectCause.java
385
        frameworks/base/telephony/java/android/telephony/CellSignalStrengthCdma.ja
va
299     frameworks/base/telephony/java/android/telephony/NeighboringCellInfo.java
19      frameworks/base/telephony/java/android/telephony/SubInfoRecord.aidl
2780    frameworks/base/telephony/java/android/telephony/PhoneNumberUtils.java
302
        frameworks/base/telephony/java/android/telephony/CellSignalStrengthLte.jav
a
224     frameworks/base/telephony/java/android/telephony/CellIdentityCdma.java
3460    frameworks/base/telephony/java/android/telephony/TelephonyManager.java
22      frameworks/base/telephony/java/android/telephony/SignalStrength.aidl
311     frameworks/base/telephony/java/android/telephony/PreciseCallState.java
218
        frameworks/base/telephony/java/android/telephony/JapanesePhoneNumberFormat
ter.java
20      frameworks/base/telephony/java/android/telephony/PreciseCallState.aidl
154     frameworks/base/telephony/java/android/telephony/CellInfoLte.java
173
        frameworks/base/telephony/java/android/telephony/PhoneNumberFormattingText
Watcher.java
867     frameworks/base/telephony/java/android/telephony/ServiceState.java
149     frameworks/base/telephony/java/android/telephony/CellInfoCdma.java
204     frameworks/base/telephony/java/android/telephony/CellIdentityLte.java
148     frameworks/base/telephony/java/android/telephony/CellInfoWcdma.java
195     frameworks/base/telephony/java/android/telephony/CellIdentityGsm.java
20
        frameworks/base/telephony/java/android/telephony/PreciseDataConnectionStat
e.aidl
950     frameworks/base/telephony/java/android/telephony/SignalStrength.java
229     frameworks/base/telephony/java/android/telephony/VoLteServiceState.java
585     frameworks/base/telephony/java/android/telephony/PhoneStateListener.java
101
        frameworks/base/media/mca/samples/CameraEffectsRecordingSample/java/androi
d/media/filterfw/samples/CameraEffectsRecordingSample.java
515     frameworks/base/core/java/android/transition/Visibility.java
311     frameworks/base/core/java/android/transition/ChangeText.java
```

```
272    frameworks/base/core/java/android/transition/ArcMotion.java
420    frameworks/base/core/java/android/transition/TransitionManager.java
26     frameworks/base/core/java/android/transition/package.html
88     frameworks/base/core/java/android/transition/TransitionPropagation.java
162    frameworks/base/core/java/android/transition/TransitionUtils.java
83     frameworks/base/core/java/android/transition/ChangeScroll.java
566    frameworks/base/core/java/android/transition/TransitionSet.java
107    frameworks/base/core/java/android/transition/CircularPropagation.java
139
       frameworks/base/core/java/android/transition/TranslationAnimationCreator.j
ava
270    frameworks/base/core/java/android/transition/Scene.java
116    frameworks/base/core/java/android/transition/VisibilityPropagation.java
174    frameworks/base/core/java/android/transition/Explode.java
296    frameworks/base/core/java/android/transition/Crossfade.java
59     frameworks/base/core/java/android/transition/PathMotion.java
53     frameworks/base/core/java/android/transition/AutoTransition.java
101    frameworks/base/core/java/android/transition/Recolor.java
460    frameworks/base/core/java/android/transition/ChangeTransform.java
60     frameworks/base/core/java/android/transition/Rotate.java
104    frameworks/base/core/java/android/transition/ChangeClipBounds.java
340    frameworks/base/core/java/android/transition/TransitionInflater.java
151    frameworks/base/core/java/android/transition/SidePropagation.java
216    frameworks/base/core/java/android/transition/Slide.java
191    frameworks/base/core/java/android/transition/Fade.java
88     frameworks/base/core/java/android/transition/TransitionValues.java
149    frameworks/base/core/java/android/transition/PatternPathMotion.java
403    frameworks/base/core/java/android/transition/ChangeBounds.java
2418   frameworks/base/core/java/android/transition/Transition.java
30     frameworks/base/core/java/android/transition/TransitionValuesMaps.java
200    frameworks/base/core/java/android/transition/ChangeImageTransform.java
19     frameworks/base/core/java/android/nfc/ApduList.aidl
19     frameworks/base/core/java/android/nfc/Tag.aidl
69     frameworks/base/core/java/android/nfc/NfcManager.java
31     frameworks/base/core/java/android/nfc/FormatException.java
93     frameworks/base/core/java/android/nfc/TransceiveResult.java
19     frameworks/base/core/java/android/nfc/TransceiveResult.aidl
33     frameworks/base/core/java/android/nfc/package.html
19     frameworks/base/core/java/android/nfc/TechListParcel.aidl
111    frameworks/base/core/java/android/nfc/ErrorCodes.java
62     frameworks/base/core/java/android/nfc/BeamShareData.java
1606   frameworks/base/core/java/android/nfc/NfcAdapter.java
1056   frameworks/base/core/java/android/nfc/NdefRecord.java
33     frameworks/base/core/java/android/nfc/INfcAdapterExtras.aidl
30     frameworks/base/core/java/android/nfc/IAppCallback.aidl
253    frameworks/base/core/java/android/nfc/NdefMessage.java
63     frameworks/base/core/java/android/nfc/INfcAdapter.aidl
29     frameworks/base/core/java/android/nfc/TagLostException.java
19     frameworks/base/core/java/android/nfc/BeamShareData.aidl
66     frameworks/base/core/java/android/nfc/TechListParcel.java
44     frameworks/base/core/java/android/nfc/NfcEvent.java
479    frameworks/base/core/java/android/nfc/Tag.java
68     frameworks/base/core/java/android/nfc/ApduList.java
480    frameworks/base/core/java/android/nfc/NfcActivityManager.java
49     frameworks/base/core/java/android/nfc/INfcTag.aidl
```

```
     19    frameworks/base/core/java/android/nfc/NdefRecord.aidl
     19    frameworks/base/core/java/android/nfc/NdefMessage.aidl
     12    frameworks/base/core/java/android/nfc/INfcUnlockHandler.aidl
     40    frameworks/base/core/java/android/nfc/INfcCardEmulation.aidl
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo python moveall.py
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo make clean
============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
Entire build directory removed.
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ !ls
ls -lt out/target/product/generic/*.img
ls: cannot access out/target/product/generic/*.img: No such file or directory
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls out/tar get/pr [K[K
ls: cannot access out/target/: No such file or directory
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls out
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo make -j32
============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
Checking build tools versions...
```

```
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...
including ./cts/Android.mk ...


[including elided]


including ./system/vold/Android.mk ...
including ./tools/external/fat32lib/Android.mk ...
Export includes file: frameworks/native/libs/input/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libinput_intermediates/export_includes
Export includes file: system/core/libutils/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libutils_intermediates/export_includes
Export includes file: system/core/libcutils/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libcutils_intermediates/export_includes
Export includes file: system/core/liblog/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/liblog_intermediates/export_includes
Header: out/host/linux-x86/obj/include/libexpat/expat.h
Header: out/host/linux-x86/obj/include/libexpat/expat_external.h
Header: out/target/product/generic/obj/include/libexpat/expat.h
Header: out/target/product/generic/obj/include/libexpat/expat_external.h
Header: out/host/linux-x86/obj/include/libpng/png.h
Header: out/host/linux-x86/obj/include/libpng/pngconf.h
Header: out/host/linux-x86/obj/include/libpng/pngusr.h
Header: out/target/product/generic/obj/include/libpng/png.h
Header: out/target/product/generic/obj/include/libpng/pngconf.h
Header: out/target/product/generic/obj/include/libpng/pngusr.h
Header: out/host/linux-x86/obj/include/selinux/selinux.h
Header: out/host/linux-x86/obj/include/selinux/label.h
Header: out/host/linux-x86/obj/include/selinux/context.h
Header: out/host/linux-x86/obj/include/selinux/avc.h
Header: out/host/linux-x86/obj/include/selinux/android.h
Header: out/target/product/generic/obj/include/selinux/selinux.h
Header: out/target/product/generic/obj/include/selinux/label.h
Header: out/target/product/generic/obj/include/selinux/context.h
Header: out/target/product/generic/obj/include/selinux/avc.h
Header: out/target/product/generic/obj/include/selinux/android.h
Header: out/target/product/generic/obj/include/libsonivox/eas.h
Header: out/target/product/generic/obj/include/libsonivox/eas_types.h
Header: out/target/product/generic/obj/include/libsonivox/eas_reverb.h
Header: out/target/product/generic/obj/include/libsonivox/jet.h
Header:
out/target/product/generic/obj/include/libsonivox/ARM_synth_constants_gnu.inc
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libinput_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libutils_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libcutils_intermediates/import_includes
```

```
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/liblog_intermediates/import_includes
Export includes file: frameworks/base/tools/validatekeymaps/Android.mk --
out/host/linux-
x86/obj32/EXECUTABLES/validatekeymaps_intermediates/export_includes
Export includes file: build/libs/host/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libhost_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libhost_intermediates/import_includes
Export includes file: build/tools/acp/Android.mk -- out/host/linux-
x86/obj32/EXECUTABLES/acp_intermediates/export_includes
Notice file: system/core/libutils/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/libutils.a.txt
Notice file: system/core/libutils/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libutils.a.txt
Notice file: system/core/libcutils/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/libcutils.a.txt
Notice file: system/core/libcutils/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libcutils.a.txt
Notice file: system/core/liblog/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/liblog.a.txt
Notice file: system/core/liblog/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/liblog.a.txt
host Java: antlr-runtime (out/host/common/obj/JAVA_LIBRARIES/antlr-
runtime_intermediates/classes)
Notice file: external/antlr/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/antlr-runtime.jar.txt
host Java: jsr305lib
(out/host/common/obj/JAVA_LIBRARIES/jsr305lib_intermediates/classes)
Notice file: external/guava/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/guavalib.jar.txt
host Java: tagsouplib
(out/host/common/obj/JAVA_LIBRARIES/tagsouplib_intermediates/classes)
Notice file: external/doclava/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/doclava.jar.txt
target Java: core-libart (out/target/common/obj/JAVA_LIBRARIES/core-
libart_intermediates/classes)
make: *** No rule to make target
`frameworks/base/core/java/android/accessibilityservice/IAccessibilityServiceCon
nection.aidl', needed by
`out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andr
oid/accessibilityservice/IAccessibilityServiceConnection.java'.  Stop.
make: *** Waiting for unfinished jobs....
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls out
casecheck.txt  CaseCheck.txt  [0m[01;34mhost[0m  [01;34mtarget[0m
versions_checked.mk
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls out/target/
```

```
[0m[01;34mcommon[0m  [01;34mproduct[0m
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls out/target/product/
[0m[01;34mgeneric[0m
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls
out/target/product/generic/
clean_steps.mk  [0m[01;34mobj[0m  previous_build_config.mk
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls
out/target/product/generic/
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C-
out/target/product/generic/lout/target/product/generic/tout/target/product/gener
ic/
out/target/product/generic/[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[
C*.img
ls: cannot access out/target/product/generic/*.img: No such file or directory

[output elided]

]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu ]0;ubuntu@ip-
172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ exit

Script done on Sun 07 Feb 2016 03:55:28 PM UTC
```

# APPENDIX E

```
Script started on Sat 06 Feb 2016 02:26:31 AM UTC
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo -j32
=========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
=========================================
Checking build tools versions...
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...
including ./cts/Android.mk ...
find: `src': No such file or directory
find: `src': No such file or directory
find: `src': No such file or directory
find: `src': No such file or directory
find: `src': No such file or directory
find: `src': No such file or directory
find: `src': No such file or directory
find: `src': No such file or directory
find: `src': No such file or directory
find: `src': No such file or directory
find: `src': No such file or directory
find: `src': No such file or directory
find: `src': No such file or directory
including ./dalvik/Android.mk ...
including ./development/apps/BluetoothDebug/Android.mk ...
including ./development/apps/BuildWidget/Android.mk ...
including ./development/apps/CustomLocale/Android.mk ...
including ./development/apps/Development/Android.mk ...
including ./development/apps/DevelopmentSettings/Android.mk ...
including ./development/apps/Fallback/Android.mk ...
including ./development/apps/GestureBuilder/Android.mk ...
including ./development/apps/NinePatchLab/Android.mk ...
including ./development/apps/OBJViewer/Android.mk ...
```

```
including ./development/apps/SdkSetup/Android.mk ...
including ./development/apps/SettingInjectorSample/Android.mk ...
including ./development/apps/WidgetPreview/Android.mk ...
including ./development/apps/launchperf/Android.mk ...
including ./development/build/Android.mk ...
including ./development/cmds/monkey/Android.mk ...
including ./development/host/Android.mk ...
including ./development/ndk/Android.mk ...
including ./development/perftests/panorama/Android.mk ...
including ./development/samples/AccelerometerPlay/Android.mk ...
including ./development/samples/ActionBarCompat/Android.mk ...
including ./development/samples/AliasActivity/Android.mk ...
including ./development/samples/AndroidBeamDemo/Android.mk ...
including ./development/samples/ApiDemos/Android.mk ...
including ./development/samples/AppNavigation/Android.mk ...
including ./development/samples/BackupRestore/Android.mk ...
including ./development/samples/BasicGLSurfaceView/Android.mk ...
including ./development/samples/BluetoothChat/Android.mk ...
including ./development/samples/BluetoothHDP/Android.mk ...
including ./development/samples/BusinessCard/Android.mk ...
including ./development/samples/Compass/Android.mk ...
including ./development/samples/ContactManager/Android.mk ...
including ./development/samples/CubeLiveWallpaper/Android.mk ...
including ./development/samples/FixedGridLayout/Android.mk ...
including ./development/samples/HeavyWeight/Android.mk ...
including ./development/samples/HelloActivity/Android.mk ...
including ./development/samples/HelloEffects/Android.mk ...
including ./development/samples/Home/Android.mk ...
including ./development/samples/HoneycombGallery/Android.mk ...
including ./development/samples/JetBoy/Android.mk ...
including ./development/samples/KeyChainDemo/Android.mk ...
including ./development/samples/LunarLander/Android.mk ...
including ./development/samples/MultiResolution/Android.mk ...
including ./development/samples/MySampleRss/Android.mk ...
including ./development/samples/NotePad/Android.mk ...
including ./development/samples/Obb/Android.mk ...
including ./development/samples/RSSReader/Android.mk ...
including ./development/samples/RandomMusicPlayer/Android.mk ...
including ./development/samples/RenderScript/Android.mk ...
including ./development/samples/SampleSyncAdapter/Android.mk ...
including ./development/samples/SearchableDictionary/Android.mk ...
including ./development/samples/SimpleJNI/Android.mk ...
including ./development/samples/SipDemo/Android.mk ...
including ./development/samples/SkeletonApp/Android.mk ...
including ./development/samples/Snake/Android.mk ...
including ./development/samples/SoftKeyboard/Android.mk ...
including ./development/samples/SpellChecker/Android.mk ...
including ./development/samples/StackWidget/Android.mk ...
including ./development/samples/Support13Demos/Android.mk ...
including ./development/samples/Support4Demos/Android.mk ...
including ./development/samples/Support7Demos/Android.mk ...
including ./development/samples/SupportAppNavigation/Android.mk ...
including ./development/samples/SupportLeanbackDemos/Android.mk ...
including ./development/samples/ToyVpn/Android.mk ...
including ./development/samples/TtsEngine/Android.mk ...
```

```
including ./development/samples/USB/Android.mk ...
including ./development/samples/UiAutomator/Android.mk ...
including ./development/samples/Vault/Android.mk ...
including ./development/samples/VoiceRecognitionService/Android.mk ...
including ./development/samples/VoicemailProviderDemo/Android.mk ...
including ./development/samples/WeatherListWidget/Android.mk ...
including ./development/samples/WiFiDirectDemo/Android.mk ...
including ./development/samples/WiFiDirectServiceDiscovery/Android.mk ...
including ./development/samples/Wiktionary/Android.mk ...
including ./development/samples/WiktionarySimple/Android.mk ...
including ./development/samples/XmlAdapters/Android.mk ...
including ./development/samples/training/NsdChat/Android.mk ...
including ./development/testrunner/Android.mk ...
including ./development/tools/apkcheck/Android.mk ...
including ./development/tools/elftree/Android.mk ...
including ./development/tools/emulator/test-apps/SmokeTests/Android.mk ...
including ./development/tools/etc1tool/Android.mk ...
including ./development/tools/hosttestlib/Android.mk ...
including ./development/tools/idegen/Android.mk ...
including ./development/tools/line_endings/Android.mk ...
including ./development/tools/mkstubs/Android.mk ...
including ./development/tools/recovery_l10n/Android.mk ...
including ./development/tools/rmtypedefs/Android.mk ...
including ./development/tools/yuv420sp2rgb/Android.mk ...
including ./development/tutorials/MoarRam/Android.mk ...
including ./development/tutorials/NotepadCodeLab/Notepadv1/Android.mk ...
including ./development/tutorials/NotepadCodeLab/Notepadv1Solution/Android.mk ...
including ./development/tutorials/NotepadCodeLab/Notepadv2/Android.mk ...
including ./development/tutorials/NotepadCodeLab/Notepadv2Solution/Android.mk ...
including ./development/tutorials/NotepadCodeLab/Notepadv3/Android.mk ...
including ./development/tutorials/NotepadCodeLab/Notepadv3Solution/Android.mk ...
including ./development/tutorials/ReverseDebug/Android.mk ...
including ./device/asus/deb/dumpstate/Android.mk ...
including ./device/asus/deb/self-extractors/Android.mk ...
including ./device/asus/flo/Android.mk ...
including ./device/asus/fugu/Android.mk ...
including ./device/asus/grouper/Android.mk ...
including ./device/asus/tilapia/recovery/Android.mk ...
including ./device/asus/tilapia/self-extractors/Android.mk ...
including ./device/generic/goldfish/audio/Android.mk ...
including ./device/generic/goldfish/camera/Android.mk ...
including ./device/generic/goldfish/gps/Android.mk ...
including ./device/generic/goldfish/lights/Android.mk ...
including ./device/generic/goldfish/opengl/Android.mk ...
including ./device/generic/goldfish/power/Android.mk ...
including ./device/generic/goldfish/qemu-props/Android.mk ...
including ./device/generic/goldfish/qemud/Android.mk ...
including ./device/generic/goldfish/sensors/Android.mk ...
including ./device/generic/goldfish/vibrator/Android.mk ...
including ./device/google/accessory/arduino/Android.mk ...
including ./device/google/accessory/demokit/Android.mk ...
including ./device/google/atv/sdk/Android.mk ...
including ./device/htc/flounder/Android.mk ...
including ./device/lge/hammerhead/Android.mk ...
including ./device/lge/mako/Android.mk ...
```

```
including ./device/moto/shamu/Android.mk ...
including ./device/sample/Android.mk ...
including ./device/samsung/manta/Android.mk ...
including ./docs/source.android.com/Android.mk ...
including ./external/aac/Android.mk ...
including ./external/android-clat/Android.mk ...
including ./external/ant-glob/Android.mk ...
including ./external/antlr/Android.mk ...
including ./external/apache-harmony/Android.mk ...
including ./external/apache-http/Android.mk ...
including ./external/apache-xml/Android.mk ...
including ./external/bison/Android.mk ...
including ./external/blktrace/Android.mk ...
including ./external/bluetooth/bluedroid/Android.mk ...
including ./external/bouncycastle/Android.mk ...
including ./external/bsdiff/Android.mk ...
including ./external/bzip2/Android.mk ...
including ./external/ceres-solver/Android.mk ...
including ./external/checkpolicy/Android.mk ...
including ./external/chromium-libpac/Android.mk ...
including ./external/chromium_org/Android.mk ...
including ./external/clang/Android.mk ...
including ./external/compiler-rt/Android.mk ...
including ./external/conscrypt/Android.mk ...
including ./external/deqp/Android.mk ...
including ./external/dexmaker/Android.mk ...
including ./external/dhcpcd/Android.mk ...
including ./external/dnsmasq/Android.mk ...
including ./external/doclava/Android.mk ...
including ./external/droiddriver/Android.mk ...
including ./external/e2fsprogs/Android.mk ...
including ./external/easymock/Android.mk ...
including ./external/eclipse-windowbuilder/propertysheet/Android.mk ...
including ./external/eigen/Android.mk ...
including ./external/elfutils/Android.mk ...
including ./external/emma/Android.mk ...
including ./external/expat/Android.mk ...
including ./external/eyes-free/Android.mk ...
including ./external/f2fs-tools/Android.mk ...
including ./external/fdlibm/Android.mk ...
including ./external/fio/Android.mk ...
including ./external/flac/Android.mk ...
including ./external/freetype/Android.mk ...
including ./external/fsck_msdos/Android.mk ...
including ./external/gcc-demangle/Android.mk ...
including ./external/genext2fs/Android.mk ...
including ./external/giflib/Android.mk ...
including ./external/glide/Android.mk ...
including ./external/google-diff-match-patch/Android.mk ...
including ./external/google-fonts/carrois-gothic-sc/Android.mk ...
including ./external/google-fonts/coming-soon/Android.mk ...
including ./external/google-fonts/cutive-mono/Android.mk ...
including ./external/google-fonts/dancing-script/Android.mk ...
including ./external/google-tv-pairing-protocol/Android.mk ...
including ./external/gtest/Android.mk ...
```

```
including ./external/guava/Android.mk ...
including ./external/hamcrest/Android.mk ...
including ./external/harfbuzz_ng/Android.mk ...
including ./external/icu/Android.mk ...
including ./external/iproute2/Android.mk ...
including ./external/ipsec-tools/Android.mk ...
including ./external/iptables/Android.mk ...
including ./external/iputils/Android.mk ...
including ./external/jarjar/Android.mk ...
including ./external/javasqlite/Android.mk ...
including ./external/javassist/Android.mk ...
including ./external/jdiff/Android.mk ...
including ./external/jemalloc/Android.mk ...
including ./external/jhead/Android.mk ...
including ./external/jmdns/Android.mk ...
including ./external/jpeg/Android.mk ...
including ./external/jsilver/Android.mk ...
including ./external/jsmn/Android.mk ...
including ./external/jsoncpp/Android.mk ...
including ./external/jsr305/Android.mk ...
including ./external/junit/Android.mk ...
including ./external/ksoap2/Android.mk ...
including ./external/libcap-ng/Android.mk ...
including ./external/libcxx/Android.mk ...
including ./external/libcxxabi/Android.mk ...
including ./external/libedit/Android.mk ...
including ./external/libexif/Android.mk ...
including ./external/libgsm/Android.mk ...
including ./external/libhevc/Android.mk ...
including ./external/liblzf/Android.mk ...
including ./external/libnfc-nci/Android.mk ...
including ./external/libnfc-nxp/Android.mk ...
including ./external/libnl/Android.mk ...
including ./external/libogg/Android.mk ...
including ./external/libopus/Android.mk ...
including ./external/libpcap/Android.mk ...
including ./external/libpng/Android.mk ...
including ./external/libselinux/Android.mk ...
including ./external/libsepol/Android.mk ...
including ./external/libunwind/Android.mk ...
including ./external/libutf/Android.mk ...
including ./external/libvorbis/Android.mk ...
including ./external/libvpx/Android.mk ...
including ./external/libxml2/Android.mk ...
including ./external/libyuv/Android.mk ...
including ./external/linux-tools-perf/Android.mk ...
including ./external/littlemock/Android.mk ...
including ./external/lldb/Android.mk ...
including ./external/llvm/Android.mk ...
including ./external/ltrace/Android.mk ...
including ./external/lzma/C/Util/Lzma/Android.mk ...
including ./external/lzma/xz-embedded/Android.mk ...
including ./external/markdown/Android.mk ...
including ./external/mdnsresponder/Android.mk ...
including ./external/mesa3d/Android.mk ...
```

```
including ./external/mksh/Android.mk ...
including ./external/mockito/Android.mk ...
including ./external/mockwebserver/Android.mk ...
including ./external/mp4parser/Android.mk ...
including ./external/mtpd/Android.mk ...
including ./external/nanohttpd/Android.mk ...
including ./external/nanopb-c/Android.mk ...
including ./external/naver-fonts/Android.mk ...
including ./external/netcat/Android.mk ...
including ./external/netperf/Android.mk ...
including ./external/neven/Android.mk ...
including ./external/nfacct/Android.mk ...
including ./external/nist-pkits/Android.mk ...
including ./external/noto-fonts/Android.mk ...
including ./external/oauth/core/src/main/java/Android.mk ...
including ./external/objenesis/Android.mk ...
including ./external/okhttp/Android.mk ...
including ./external/opencv/Android.mk ...
including ./external/openssl/Android.mk ...
including ./external/oprofile/Android.mk ...
including ./external/owasp/sanitizer/Android.mk ...
including ./external/pdfium/core/Android.mk ...
including ./external/pdfium/fpdfsdk/Android.mk ...
including ./external/pixman/Android.mk ...
including ./external/ppp/pppd/Android.mk ...
including ./external/proguard/Android.mk ...
including ./external/protobuf/Android.mk ...
including ./external/qemu/Android.mk ...
including ./external/regex-re2/Android.mk ...
including ./external/replicaisland/Android.mk ...
including ./external/robolectric/Android.mk ...
including ./external/safe-iop/Android.mk ...
including ./external/scrypt/Android.mk ...
including ./external/sepolicy/Android.mk ...
including ./external/sfntly/Android.mk ...
including ./external/skia/Android.mk ...
including ./external/smack/Android.mk ...
including ./external/smali/baksmali/Android.mk ...
including ./external/smali/deodexerant/Android.mk ...
including ./external/smali/dexlib2/Android.mk ...
including ./external/smali/smali/Android.mk ...
including ./external/sonivox/Android.mk ...
including ./external/speex/Android.mk ...
including ./external/sqlite/android/Android.mk ...
including ./external/sqlite/dist/Android.mk ...
including ./external/srec/Android.mk ...
including ./external/srtp/Android.mk ...
including ./external/stlport/Android.mk ...
including ./external/strace/Android.mk ...
including ./external/stressapptest/Android.mk ...
including ./external/svox/Android.mk ...
including ./external/tagsoup/Android.mk ...
including ./external/tcpdump/Android.mk ...
including ./external/tinyalsa/Android.mk ...
including ./external/tinycompress/Android.mk ...
```

```
including ./external/tinyxml/Android.mk ...
including ./external/tinyxml2/Android.mk ...
including ./external/tremolo/Android.mk ...
including ./external/valgrind/Android.mk ...
including ./external/vixl/Android.mk ...
including ./external/webp/Android.mk ...
including ./external/webrtc/Android.mk ...
including ./external/wpa_supplicant_8/Android.mk ...
including ./external/xmp_toolkit/Android.mk ...
including ./external/yaffs2/Android.mk ...
including ./external/zlib/Android.mk ...
including ./external/zopfli/Android.mk ...
including ./external/zxing/Android.mk ...
including ./frameworks/av/camera/Android.mk ...
including ./frameworks/av/cmds/screenrecord/Android.mk ...
including ./frameworks/av/cmds/stagefright/Android.mk ...
including ./frameworks/av/drm/common/Android.mk ...
including ./frameworks/av/drm/drmserver/Android.mk ...
including ./frameworks/av/drm/libdrmframework/Android.mk ...
including ./frameworks/av/drm/mediadrm/plugins/clearkey/Android.mk ...
including ./frameworks/av/drm/mediadrm/plugins/mock/Android.mk ...
including ./frameworks/av/media/common_time/Android.mk ...
including ./frameworks/av/media/img_utils/Android.mk ...
including ./frameworks/av/media/libcpustats/Android.mk ...
including ./frameworks/av/media/libeffects/downmix/Android.mk ...
including ./frameworks/av/media/libeffects/factory/Android.mk ...
including ./frameworks/av/media/libeffects/loudness/Android.mk ...
including ./frameworks/av/media/libeffects/lvm/lib/Android.mk ...
including ./frameworks/av/media/libeffects/lvm/wrapper/Android.mk ...
including ./frameworks/av/media/libeffects/preprocessing/Android.mk ...
including ./frameworks/av/media/libeffects/proxy/Android.mk ...
including ./frameworks/av/media/libeffects/visualizer/Android.mk ...
including ./frameworks/av/media/libmedia/Android.mk ...
including ./frameworks/av/media/libmediaplayerservice/Android.mk ...
including ./frameworks/av/media/libnbaio/Android.mk ...
including ./frameworks/av/media/libstagefright/Android.mk ...
including ./frameworks/av/media/mediaserver/Android.mk ...
including ./frameworks/av/media/mtp/Android.mk ...
including ./frameworks/av/media/ndk/Android.mk ...
including ./frameworks/av/services/audioflinger/Android.mk ...
including ./frameworks/av/services/audiopolicy/Android.mk ...
including ./frameworks/av/services/camera/libcameraservice/Android.mk ...
including ./frameworks/av/services/medialog/Android.mk ...
including ./frameworks/av/services/soundtrigger/Android.mk ...
including ./frameworks/av/soundtrigger/Android.mk ...
including ./frameworks/av/tools/resampler_tools/Android.mk ...
including ./frameworks/base/Android.mk ...
find: `phone/java': No such file or directory
find: `phone/java': No such file or directory
including ./frameworks/compile/libbcc/Android.mk ...
including ./frameworks/compile/mclinker/Android.mk ...
including ./frameworks/compile/slang/Android.mk ...
including ./frameworks/ex/camera2/Android.mk ...
including ./frameworks/ex/common/Android.mk ...
including ./frameworks/ex/framesequence/Android.mk ...
```

```
including ./frameworks/ex/variablespeed/Android.mk ...
including ./frameworks/minikin/libs/minikin/Android.mk ...
including ./frameworks/minikin/sample/Android.mk ...
including ./frameworks/ml/Android.mk ...
including ./frameworks/multidex/Android.mk ...
including ./frameworks/native/cmds/atrace/Android.mk ...
including ./frameworks/native/cmds/bugreport/Android.mk ...
including ./frameworks/native/cmds/dumpstate/Android.mk ...
including ./frameworks/native/cmds/dumpsys/Android.mk ...
including ./frameworks/native/cmds/flatland/Android.mk ...
including ./frameworks/native/cmds/installd/Android.mk ...
including ./frameworks/native/cmds/ip-up-vpn/Android.mk ...
including ./frameworks/native/cmds/rawbu/Android.mk ...
including ./frameworks/native/cmds/service/Android.mk ...
including ./frameworks/native/cmds/servicemanager/Android.mk ...
including ./frameworks/native/libs/binder/Android.mk ...
including ./frameworks/native/libs/diskusage/Android.mk ...
including ./frameworks/native/libs/gui/Android.mk ...
including ./frameworks/native/libs/input/Android.mk ...
including ./frameworks/native/libs/ui/Android.mk ...
including ./frameworks/native/opengl/libagl/Android.mk ...
including ./frameworks/native/opengl/libs/Android.mk ...
including ./frameworks/native/opengl/tests/Android.mk ...
including ./frameworks/native/services/batteryservice/Android.mk ...
including ./frameworks/native/services/inputflinger/Android.mk ...
including ./frameworks/native/services/powermanager/Android.mk ...
including ./frameworks/native/services/sensorservice/Android.mk ...
including ./frameworks/native/services/surfaceflinger/Android.mk ...
including ./frameworks/opt/bitmap/Android.mk ...
including ./frameworks/opt/bluetooth/Android.mk ...
including ./frameworks/opt/calendar/Android.mk ...
including ./frameworks/opt/chips/Android.mk ...
including ./frameworks/opt/colorpicker/Android.mk ...
including ./frameworks/opt/datetimepicker/Android.mk ...
including ./frameworks/opt/emoji/Android.mk ...
including ./frameworks/opt/inputmethodcommon/Android.mk ...
including ./frameworks/opt/mms/Android.mk ...
including ./frameworks/opt/net/ethernet/Android.mk ...
including ./frameworks/opt/net/ims/Android.mk ...
including ./frameworks/opt/net/voip/Android.mk ...
including ./frameworks/opt/net/wifi/service/Android.mk ...
including ./frameworks/opt/photoviewer/Android.mk ...
including ./frameworks/opt/setupwizard/navigationbar/Android.mk ...
including ./frameworks/opt/telephony/Android.mk ...
including ./frameworks/opt/timezonepicker/Android.mk ...
including ./frameworks/opt/vcard/Android.mk ...
including ./frameworks/rs/Android.mk ...
including ./frameworks/support/Android.mk ...
find: `dummy': No such file or directory
including ./frameworks/testing/Android.mk ...
including ./frameworks/volley/Android.mk ...
including ./frameworks/webview/Android.mk ...
including ./frameworks/wilhelm/src/Android.mk ...
including ./frameworks/wilhelm/tests/Android.mk ...
including ./hardware/akm/AK8975_FS/akmdfs/Android.mk ...
```

```
including ./hardware/akm/AK8975_FS/libsensors/Android.mk ...
including ./hardware/broadcom/libbt/Android.mk ...
including ./hardware/broadcom/wlan/bcmdhd/Android.mk ...
including ./hardware/intel/audio_media/hdmi/Android.mk ...
including ./hardware/intel/bootstub/Android.mk ...
including ./hardware/intel/common/libmix/Android.mk ...
including ./hardware/intel/common/libstagefrighthw/Android.mk ...
including ./hardware/intel/common/libva/Android.mk ...
including ./hardware/intel/common/libwsbm/src/Android.mk ...
including ./hardware/intel/common/omx-components/Android.mk ...
including ./hardware/intel/common/utils/ituxd/Android.mk ...
including ./hardware/intel/common/wrs_omxil_core/Android.mk ...
including ./hardware/intel/img/hwcomposer/Android.mk ...
including ./hardware/intel/img/libdrm/Android.mk ...
including ./hardware/intel/img/psb_headers/Android.mk ...
including ./hardware/intel/img/psb_video/Android.mk ...
including ./hardware/invensense/Android.mk ...
including ./hardware/libhardware/Android.mk ...
including ./hardware/libhardware_legacy/Android.mk ...
including ./hardware/qcom/audio/Android.mk ...
including ./hardware/qcom/bt/Android.mk ...
including ./hardware/qcom/display/Android.mk ...
including ./hardware/qcom/gps/Android.mk ...
including ./hardware/qcom/keymaster/Android.mk ...
including ./hardware/qcom/media/Android.mk ...
including ./hardware/qcom/power/Android.mk ...


[elided including]

target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/AssertMatchingEnums.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/AssociatedURLLoader.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/BackForwardClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ChromeClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ColorChooserPopupUIControlle
r.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ColorChooserUIController.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/CompositionUnderlineVectorBu
ilder.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ContextFeaturesClientImpl.cp
p
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ContextMenuClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/DatabaseClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/DateTimeChooserImpl.cpp
```

```
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/DragClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/EditorClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/EventListenerWrapper.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ExternalDateTimeChooser.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ExternalPopupMenu.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/FindInPageCoordinates.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/FrameLoaderClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/FullscreenController.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/GeolocationClientProxy.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/GraphicsLayerFactoryChromium
.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/IndexedDBClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/InspectorClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/InspectorFrontendClientImpl.
cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/LinkHighlight.cpp
Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/os/INetworkManagementService.java:383: error: cannot find symbol
android.net.wifi.WifiConfiguration _arg0;
                                    ^
  symbol:   class WifiConfiguration
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/os/INetworkManagementService.java:385: error: package
android.net.wifi.WifiConfiguration does not exist
_arg0 = android.net.wifi.WifiConfiguration.CREATOR.createFromParcel(data);
                                          ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/os/INetworkManagementService.java:408: error: cannot find symbol
android.net.wifi.WifiConfiguration _arg0;
                ^
  symbol:   class WifiConfiguration
  location: package android.net.wifi
```

```
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/os/INetworkManagementService.java:410: error: package
android.net.wifi.WifiConfiguration does not exist
_arg0 = android.net.wifi.WifiConfiguration.CREATOR.createFromParcel(data);
                                                  ^
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/LocalFileSystemClient.cpp
frameworks/base/core/java/android/net/NetworkIdentity.java:164: error: cannot
find symbol
                final WifiManager wifi = (WifiManager) context.getSystemService(
                      ^
  symbol:   class WifiManager
  location: class NetworkIdentity
frameworks/base/core/java/android/net/NetworkIdentity.java:164: error: cannot
find symbol
                final WifiManager wifi = (WifiManager) context.getSystemService(
                                          ^
  symbol:   class WifiManager
  location: class NetworkIdentity
frameworks/base/core/java/android/net/NetworkIdentity.java:166: error: cannot
find symbol
                final WifiInfo info = wifi.getConnectionInfo();
                      ^
  symbol:   class WifiInfo
  location: class NetworkIdentity
frameworks/base/core/java/android/net/NetworkTemplate.java:285: error: cannot
find symbol
                        removeDoubleQuotes(mNetworkId),
removeDoubleQuotes(ident.mNetworkId));
                        ^
  symbol:   method removeDoubleQuotes(String)
  location: class NetworkTemplate
frameworks/base/core/java/android/net/NetworkTemplate.java:285: error: cannot
find symbol
                        removeDoubleQuotes(mNetworkId),
removeDoubleQuotes(ident.mNetworkId));
                                              ^
  symbol:   method removeDoubleQuotes(String)
  location: class NetworkTemplate
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/MediaKeysClientImpl.cpp
Preparing output jar
[/home/ubuntu/out/target/common/obj/APPS/VisualizationWallpapers_intermediates/p
roguard.classes.jar]
  Copying resources from program jar
[/home/ubuntu/out/target/common/obj/APPS/VisualizationWallpapers_intermediates/c
lasses.jar]
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/MIDIClientProxy.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/NavigatorContentUtilsClientI
mpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/NotificationPresenterImpl.cp
p
```

```
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/OpenedFrameTracker.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/PageOverlay.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/PageOverlayList.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/PageScaleConstraintsSet.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/PageWidgetDelegate.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/PopupContainer.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/PopupListBox.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/PopupMenuChromium.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/PrerendererClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/RemoteFrameClient.cpp
frameworks/base/core/java/com/android/internal/os/BatteryStatsImpl.java:3670:
error: cannot find symbol
        int strengthBin = WifiManager.calculateSignalLevel(newRssi,
NUM_WIFI_SIGNAL_STRENGTH_BINS);
                          ^
  symbol:   variable WifiManager
  location: class BatteryStatsImpl
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ScrollbarGroup.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ServiceWorkerGlobalScopeClie
ntImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ServiceWorkerGlobalScopeProx
y.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/SharedWorkerRepositoryClient
Impl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/SpeechRecognitionClientProxy
.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/SpellCheckerClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/StorageClientImpl.cpp
frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pConfig.java:59: error:
cannot find symbol
        wps = new WpsInfo();
                  ^
  symbol:   class WpsInfo
  location: class WifiP2pConfig
frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pConfig.java:60: error:
cannot find symbol
        wps.setup = WpsInfo.PBC;
                    ^
```

```
  symbol:   variable WpsInfo
  location: class WifiP2pConfig
frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pConfig.java:77: error:
cannot find symbol
        wps = new WpsInfo();
                  ^
  symbol:   class WpsInfo
  location: class WifiP2pConfig
frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pConfig.java:91: error:
cannot find symbol
                    wps.setup = WpsInfo.DISPLAY;
                                ^
  symbol:   variable WpsInfo
  location: class WifiP2pConfig
frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pConfig.java:95: error:
cannot find symbol
                    wps.setup = WpsInfo.PBC;
                                ^
  symbol:   variable WpsInfo
  location: class WifiP2pConfig
frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pConfig.java:99: error:
cannot find symbol
                    wps.setup = WpsInfo.KEYPAD;
                                ^
  symbol:   variable WpsInfo
  location: class WifiP2pConfig
frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pConfig.java:102: error:
cannot find symbol
                    wps.setup = WpsInfo.PBC;
                                ^
  symbol:   variable WpsInfo
  location: class WifiP2pConfig
frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pConfig.java:126: error:
cannot find symbol
            wps = new WpsInfo(source.wps);
                      ^
  symbol:   class WpsInfo
  location: class WifiP2pConfig
frameworks/base/wifi/java/android/net/wifi/p2p/WifiP2pConfig.java:146: error:
cannot find symbol
                config.wps = (WpsInfo) in.readParcelable(null);
                              ^
  symbol: class WpsInfo
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/StorageQuotaClientImpl.cpp
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:61: error: cannot find symbol
android.net.wifi.WifiActivityEnergyInfo _result = this.reportActivityInfo();
                                                   ^
  symbol:   class WifiActivityEnergyInfo
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:75: error: cannot find symbol
java.util.List<android.net.wifi.WifiConfiguration> _result =
this.getConfiguredNetworks();
```

```
                              ^
  symbol:   class WifiConfiguration
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:83: error: cannot find symbol
java.util.List<android.net.wifi.WifiConfiguration> _result =
this.getPrivilegedConfiguredNetworks();
                              ^
  symbol:   class WifiConfiguration
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:91: error: cannot find symbol
android.net.wifi.WifiConfiguration _arg0;
                  ^
  symbol:   class WifiConfiguration
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:93: error: package
android.net.wifi.WifiConfiguration does not exist
_arg0 = android.net.wifi.WifiConfiguration.CREATOR.createFromParcel(data);
                                    ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:146: error: cannot find symbol
java.util.List<android.net.wifi.WifiChannel> _result = this.getChannelList();
                              ^
  symbol:   class WifiChannel
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:154: error: cannot find symbol
android.net.wifi.ScanSettings _arg0;
                  ^
  symbol:   class ScanSettings
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:156: error: package android.net.wifi.ScanSettings
does not exist
_arg0 = android.net.wifi.ScanSettings.CREATOR.createFromParcel(data);
                              ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:177: error: cannot find symbol
java.util.List<android.net.wifi.ScanResult> _result =
this.getScanResults(_arg0);
                              ^
  symbol:   class ScanResult
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:206: error: cannot find symbol
android.net.wifi.WifiInfo _result = this.getConnectionInfo();
                  ^
  symbol:   class WifiInfo
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:386: error: cannot find symbol
android.net.wifi.WifiConfiguration _arg0;
                  ^
```

```
  symbol:   class WifiConfiguration
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:388: error: package
android.net.wifi.WifiConfiguration does not exist
_arg0 = android.net.wifi.WifiConfiguration.CREATOR.createFromParcel(data);
                                                  ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:410: error: cannot find symbol
android.net.wifi.WifiConfiguration _result = this.getWifiApConfiguration();
                 ^
  symbol:   class WifiConfiguration
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:424: error: cannot find symbol
android.net.wifi.WifiConfiguration _arg0;
                 ^
  symbol:   class WifiConfiguration
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:426: error: package
android.net.wifi.WifiConfiguration does not exist
_arg0 = android.net.wifi.WifiConfiguration.CREATOR.createFromParcel(data);
                                                  ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:512: error: cannot find symbol
android.net.wifi.BatchedScanSettings _arg0;
                 ^
  symbol:   class BatchedScanSettings
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:514: error: package
android.net.wifi.BatchedScanSettings does not exist
_arg0 = android.net.wifi.BatchedScanSettings.CREATOR.createFromParcel(data);
                                                  ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:536: error: cannot find symbol
android.net.wifi.BatchedScanSettings _arg0;
                 ^
  symbol:   class BatchedScanSettings
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:538: error: package
android.net.wifi.BatchedScanSettings does not exist
_arg0 = android.net.wifi.BatchedScanSettings.CREATOR.createFromParcel(data);
                                                  ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:552: error: cannot find symbol
java.util.List<android.net.wifi.BatchedScanResult> _result =
this.getBatchedScanResults(_arg0);
                          ^
  symbol:   class BatchedScanResult
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:636: error: cannot find symbol
```

```
android.net.wifi.WifiConnectionStatistics _result =
this.getConnectionStatistics();
                        ^
  symbol:   class WifiConnectionStatistics
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:686: error: cannot find symbol
android.net.wifi.WifiActivityEnergyInfo _result;
                        ^
  symbol:   class WifiActivityEnergyInfo
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:692: error: package
android.net.wifi.WifiActivityEnergyInfo does not exist
_result =
android.net.wifi.WifiActivityEnergyInfo.CREATOR.createFromParcel(_reply);
                                        ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:708: error: cannot find symbol
java.util.List<android.net.wifi.WifiConfiguration> _result;
                                ^
  symbol:   class WifiConfiguration
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:713: error: cannot find symbol
_result =
_reply.createTypedArrayList(android.net.wifi.WifiConfiguration.CREATOR);
                                                ^
  symbol:   class WifiConfiguration
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:725: error: cannot find symbol
java.util.List<android.net.wifi.WifiConfiguration> _result;
                                ^
  symbol:   class WifiConfiguration
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:730: error: cannot find symbol
_result =
_reply.createTypedArrayList(android.net.wifi.WifiConfiguration.CREATOR);
                                                ^
  symbol:   class WifiConfiguration
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:838: error: cannot find symbol
java.util.List<android.net.wifi.WifiChannel> _result;
                                ^
  symbol:   class WifiChannel
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:843: error: cannot find symbol
_result = _reply.createTypedArrayList(android.net.wifi.WifiChannel.CREATOR);
                                                       ^
  symbol:   class WifiChannel
  location: package android.net.wifi
```

```
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:883: error: cannot find symbol
java.util.List<android.net.wifi.ScanResult> _result;
                                 ^
  symbol:   class ScanResult
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:889: error: cannot find symbol
_result = _reply.createTypedArrayList(android.net.wifi.ScanResult.CREATOR);
                                                       ^
  symbol:   class ScanResult
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:943: error: cannot find symbol
android.net.wifi.WifiInfo _result;
                 ^
  symbol:   class WifiInfo
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:949: error: package android.net.wifi.WifiInfo does
not exist
_result = android.net.wifi.WifiInfo.CREATOR.createFromParcel(_reply);
                               ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:1289: error: cannot find symbol
android.net.wifi.WifiConfiguration _result;
                 ^
  symbol:   class WifiConfiguration
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:1295: error: package
android.net.wifi.WifiConfiguration does not exist
_result = android.net.wifi.WifiConfiguration.CREATOR.createFromParcel(_reply);
                                   ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:1513: error: cannot find symbol
java.util.List<android.net.wifi.BatchedScanResult> _result;
                                 ^
  symbol:   class BatchedScanResult
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:1519: error: cannot find symbol
_result =
_reply.createTypedArrayList(android.net.wifi.BatchedScanResult.CREATOR);
                                              ^
  symbol:   class BatchedScanResult
  location: package android.net.wifi
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:1676: error: cannot find symbol
android.net.wifi.WifiConnectionStatistics _result;
                 ^
  symbol:   class WifiConnectionStatistics
  location: package android.net.wifi
```

```
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/wifi/java/andro
id/net/wifi/IWifiManager.java:1682: error: package
android.net.wifi.WifiConnectionStatistics does not exist
_result =
android.net.wifi.WifiConnectionStatistics.CREATOR.createFromParcel(_reply);
                                                  ^
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
108 errors
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/TextFinder.cpp
make: *** [out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes-
full-debug.jar] Error 41
make: *** Waiting for unfinished jobs....
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls out
casecheck.txt  CaseCheck.txt  [0m[01;34mhost[0m  [01;34mtarget[0m
versions_checked.mk
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls junk
BatchedScanResult.java     SupplicantState.java           WifiManager.java
BatchedScanSettings.java  WifiActivityEnergyInfo.java
WifiNetworkConnectionStatistics.java
README                     WifiChannel.java               WifiScanner.java
README.2                   WifiConfiguration.java         WifiSsid.java
RssiPacketCountInfo.java   WifiConnectionStatistics.java  WpsInfo.java
RttManager.java            WifiEnterpriseConfig.java      WpsResult.java
ScanResult.java            WifiInfo.java
ScanSettings.java          WifiLinkLayerStats.java
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls junk[1Poutsudo make -
j32clean-cleanecho "sudo mv frameworks/base/wifi/java/android/net/wifi/*.java" >
junk/
/README.2
>README.2[A
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls junk/[K

[K[A[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Kls
frameworks/base/wifi/java/android/net/wifi[4Pwifi
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[5Psudo find . -name
"WifiManager.java"
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[5P[C[C[C[C[C[C[C[C[C[C[C[C[
C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cls -lt
out/target/product/generic/*.img
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[10Psudo find . -name
"out/*.img"
find: warning: Unix filenames usually don't contain slashes (though pathnames
do).  That means that '-name `out/*.img'' will probably evaluate to false all
the time on this system.  You might find the '-wholename' test more useful, or
perhaps '-samefile'.  Alternatively, if you are using GNU grep, you could use
'find ... -print0 | grep -FzZ `out/*.img''.
```

```
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo find . -name
"out/*.img"
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Kls out/
casecheck.txt        host/                versions_checked.mk
CaseCheck.txt        target/
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls out/target/ [C[C[C-
out/target/lout/target/tout/target/ out/target/[C[C[C[C[C[C[C[C[C[C
common/  product/
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt out/target/
common/  product/
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/ *.img
-rw-r--r-- 1 root root  713093 Feb  6 04:02
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root 69206016 Feb  6 03:57
out/target/product/generic/cache.img


[move wifi .java files back]

[output elided]

dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:1534] compiler [Exclusive time]
[Total time]
dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:1534]   0.209s/1.798s dex2oat
Setup
dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:1534]   0.583s Resolve
MethodsAndFields
dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:1534]   0.305s Verify Dex File
dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:1534]   0.036s
InitializeNoClinit
dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:1534]   0.488s Compile Dex
File
dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:1534]   0s/0.052s dex2oat
OatWriter
dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:1534]    0s Loading image
checksum
dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:1534]    0s InitOatHeader
dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:1534]    0s InitOatDexFiles
dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:1534]    0s InitDexFiles
dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:1534]    0.013s
InitOatClasses
dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:1534]    0.018s InitOatMaps
dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:1534]    0s InitOatCode
dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:1534]    0.020s
InitOatCodeDexFiles
dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:1534]    0.097s Writing ELF
dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:1534]    0.025s Patching ELF
dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:1534] compiler: end, 1.798s
dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:1534]
dex2oatd I 103989 103989 art/dex2oat/dex2oat.cc:268] dex2oat took 2.016s
(threads: 32)
Install: out/target/product/generic/system/app/Email/arm/Email.odex
warning: string 'done_action' has no default translation.
```

```
warning: string 'done_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
warning: string 'next_action' has no default translation.
warning: string 'next_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Install: out/target/product/generic/system/app/Email/Email.apk
Install: out/target/product/generic/system/priv-app/Settings/Settings.apk
build/tools/generate-notice-files.py  out/target/product/generic/obj/NOTICE.txt
out/target/product/generic/obj/NOTICE.html "Notices for files contained in the
filesystem images in this directory:"
out/target/product/generic/obj/NOTICE_FILES/src
Combining NOTICE files into HTML
Combining NOTICE files into text
Installed file list: out/target/product/generic/installed-files.txt
Target system fs image:
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
Running:  mkuserimg.sh out/target/product/generic/system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
ext4 system 576716800 out/target/product/generic/root/file_contexts
make_ext4fs -T -1 -S out/target/product/generic/root/file_contexts -l 576716800
-a system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
out/target/product/generic/system
Creating filesystem with parameters:
    Size: 576716800
    Block size: 4096
    Blocks per group: 32768
    Inodes per group: 7040
    Inode size: 256
    Journal blocks: 2200
    Label:
    Blocks: 140800
    Block groups: 5
    Reserved block group size: 39
Created filesystem with 1458/35200 inodes and 106608/140800 blocks
Install system fs image: out/target/product/generic/system.img
```

```
out/target/product/generic/system.img+ maxsize=588791808 blocksize=2112
total=576716800 reserve=5947392
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/r[Kproduct/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  6 05:12
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  6 05:07
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  6 05:06
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  6 05:01
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ exit

Script done on Sat 06 Feb 2016 10:30:18 AM UTC
```

# APPENDIX F

```
Script started on Tue 09 Feb 2016 06:22:09 AM UTC
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  9 06:19
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  9 06:15
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  9 06:10
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  9 06:05
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo mv
frameworks/bse/cojava[K[K[K[K[K[K[Kase/core/java/ad[Kndroid/os/storage/*.jav
a junk
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ echo "sudo mv
frameworks/base/core/java/android/os/storage/*.java junk" >
junk/re[K[KREADME.osstorage
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make clean
==========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
==========================================
Entire build directory removed.
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make -j32
==========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
```

```
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
Checking build tools versions...
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...


[elided]

target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/device_orientation/Devic
eOrientationInspectorAgent.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/device_orientation/Devic
eRotationRate.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/donottrack/NavigatorDoNo
tTrack.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/encoding/TextDecoder.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/encoding/TextEncoder.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/encryptedmedia/HTMLMedia
ElementEncryptedMedia.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/encryptedmedia/MediaKeyM
essageEvent.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/encryptedmedia/MediaKeyN
eededEvent.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/encryptedmedia/MediaKeyS
ession.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/encryptedmedia/MediaKeys
.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/encryptedmedia/MediaKeys
Controller.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/DOMFilePath.c
pp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/DOMFileSystem
.cpp
```

```
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/DOMFileSystem
Base.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/DOMFileSystem
Sync.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/DOMWindowFile
System.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/DataTransferI
temFileSystem.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/DirectoryEntr
y.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/DirectoryEntr
ySync.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/DirectoryRead
er.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/DirectoryRead
erSync.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/DraggedIsolat
edFileSystem.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/Entry.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/EntryBase.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/EntrySync.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/FileEntry.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/FileEntrySync
.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/FileSystemCal
lbacks.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/FileWriter.cp
p
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/FileWriterBas
e.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/FileWriterSyn
c.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/HTMLInputElem
entFileSystem.cpp
```

```
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/InspectorFile
SystemAgent.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/InspectorFron
tendHostFileSystem.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/LocalFileSyst
em.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/WorkerGlobalS
copeFileSystem.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/gamepad/Gamepad.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/gamepad/GamepadButton.cp
p
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/gamepad/GamepadCommon.cp
p
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/gamepad/GamepadDispatche
r.cpp
frameworks/base/core/java/android/os/Environment.java:719: error: cannot find
symbol
        final StorageVolume volume = getStorageVolume(path);
                                     ^
  symbol:   class StorageVolume
  location: class Environment
frameworks/base/core/java/android/os/Environment.java:721: error: cannot find
symbol
            final IMountService mountService = IMountService.Stub.asInterface(
                  ^
  symbol:   class IMountService
  location: class Environment
frameworks/base/core/java/android/os/Environment.java:721: error: package
IMountService does not exist
            final IMountService mountService = IMountService.Stub.asInterface(
                                                            ^
frameworks/base/core/java/android/os/Environment.java:756: error: cannot find
symbol
        final StorageVolume volume = getStorageVolume(path);
                                     ^
  symbol:   class StorageVolume
  location: class Environment
frameworks/base/core/java/android/os/Environment.java:787: error: cannot find
symbol
        final StorageVolume volume = getStorageVolume(path);
                                     ^
  symbol:   class StorageVolume
  location: class Environment
frameworks/base/core/java/android/os/Environment.java:867: error: cannot find
symbol
            final IMountService mountService = IMountService.Stub.asInterface(
                  ^
```

```
  symbol:   class IMountService
  location: class Environment
frameworks/base/core/java/android/os/Environment.java:867: error: package
IMountService does not exist
            final IMountService mountService = IMountService.Stub.asInterface(
                                                                     ^
frameworks/base/core/java/android/os/Environment.java:869: error: cannot find
symbol
            final StorageVolume[] volumes = mountService.getVolumeList();
                  ^
  symbol:   class StorageVolume
  location: class Environment
frameworks/base/core/java/android/os/Environment.java:870: error: cannot find
symbol
            for (StorageVolume volume : volumes) {
                 ^
  symbol:   class StorageVolume
  location: class Environment
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/gamepad/GamepadEvent.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/gamepad/GamepadList.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/gamepad/NavigatorGamepad
.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/gamepad/WebKitGamepad.cp
p
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/gamepad/WebKitGamepadLis
t.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/geolocation/Coordinates.
cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/geolocation/Geolocation.
cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/geolocation/GeolocationC
ontroller.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/geolocation/GeolocationI
nspectorAgent.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/geolocation/NavigatorGeo
location.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/imagebitmap/ImageBitmapF
actories.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/DOMWindowIndex
edDatabase.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IDBAny.cpp
```

```
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IDBCursor.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IDBCursorWithV
alue.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IDBDatabase.cp
p
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IDBDatabaseCal
lbacks.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IDBEventDispat
cher.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IDBFactory.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IDBIndex.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IDBKey.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IDBKeyPath.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IDBKeyRange.cp
p
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IDBObjectStore
.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IDBOpenDBReque
st.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IDBPendingTran
sactionMonitor.cpp
frameworks/base/core/java/com/android/internal/content/PackageHelper.java:76:
error: package IMountService does not exist
            return IMountService.Stub.asInterface(service);
                          ^
frameworks/base/core/java/com/android/internal/content/PackageHelper.java:88:
error: cannot find symbol
            IMountService mountService = getMountService();
            ^
  symbol:   class IMountService
  location: class PackageHelper
frameworks/base/core/java/com/android/internal/content/PackageHelper.java:95:
error: cannot find symbol
            if (rc != StorageResultCode.OperationSucceeded) {
                          ^
  symbol:   variable StorageResultCode
  location: class PackageHelper
frameworks/base/core/java/com/android/internal/content/PackageHelper.java:113:
error: cannot find symbol
            IMountService mountService = getMountService();
            ^
  symbol:   class IMountService
```

```
  location: class PackageHelper
frameworks/base/core/java/com/android/internal/content/PackageHelper.java:115:
error: cannot find symbol
            if (rc == StorageResultCode.OperationSucceeded) {
                        ^
  symbol:   variable StorageResultCode
  location: class PackageHelper
frameworks/base/core/java/com/android/internal/content/PackageHelper.java:132:
error: cannot find symbol
            if (rc != StorageResultCode.OperationSucceeded) {
                        ^
  symbol:   variable StorageResultCode
  location: class PackageHelper
frameworks/base/core/java/com/android/internal/content/PackageHelper.java:146:
error: cannot find symbol
        if (rc != StorageResultCode.OperationSucceeded) {
                    ^
  symbol:   variable StorageResultCode
  location: class PackageHelper
frameworks/base/core/java/com/android/internal/content/PackageHelper.java:160:
error: cannot find symbol
            if (rc != StorageResultCode.OperationSucceeded) {
                        ^
  symbol:   variable StorageResultCode
  location: class PackageHelper
frameworks/base/core/java/com/android/internal/content/PackageHelper.java:196:
error: cannot find symbol
            if (rc != StorageResultCode.OperationSucceeded) {
                        ^
  symbol:   variable StorageResultCode
  location: class PackageHelper
frameworks/base/core/java/com/android/internal/content/PackageHelper.java:212:
error: cannot find symbol
            if (rc != StorageResultCode.OperationSucceeded) {
                        ^
  symbol:   variable StorageResultCode
  location: class PackageHelper
frameworks/base/core/java/com/android/internal/content/PackageHelper.java:325:
error: cannot find symbol
            if (rc != StorageResultCode.OperationSucceeded) {
                        ^
  symbol:   variable StorageResultCode
  location: class PackageHelper
frameworks/base/core/java/com/android/internal/content/PackageHelper.java:381:
error: cannot find symbol
        final StorageManager storage = StorageManager.from(context);
              ^
  symbol:   class StorageManager
  location: class PackageHelper
frameworks/base/core/java/com/android/internal/content/PackageHelper.java:381:
error: cannot find symbol
        final StorageManager storage = StorageManager.from(context);
                                       ^
  symbol:   variable StorageManager
  location: class PackageHelper
```

```
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IDBRequest.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IDBTransaction
.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IDBVersionChan
geEvent.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IndexedDBClien
t.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/InspectorIndex
edDBAgent.cpp
frameworks/base/core/java/com/android/internal/os/storage/ExternalStorageFormatt
er.java:55: error: cannot find symbol
        StorageEventListener mStorageListener = new StorageEventListener() {
                                                    ^
  symbol:   class StorageEventListener
  location: class ExternalStorageFormatter
frameworks/base/core/java/com/android/internal/os/storage/ExternalStorageFormatt
er.java:70: error: cannot find symbol
            mStorageManager = (StorageManager)
getSystemService(Context.STORAGE_SERVICE);
                              ^
  symbol:   class StorageManager
  location: class ExternalStorageFormatter
frameworks/base/core/java/com/android/internal/os/storage/ExternalStorageFormatt
er.java:89: error: cannot find symbol
        mStorageVolume =
intent.getParcelableExtra(StorageVolume.EXTRA_STORAGE_VOLUME);
                                  ^
  symbol:   variable StorageVolume
  location: class ExternalStorageFormatter
frameworks/base/core/java/com/android/internal/os/storage/ExternalStorageFormatt
er.java:125: error: cannot find symbol
        IMountService mountService = getMountService();
        ^
  symbol:   class IMountService
  location: class ExternalStorageFormatter
frameworks/base/core/java/com/android/internal/os/storage/ExternalStorageFormatt
er.java:155: error: cannot find symbol
            IMountService mountService = getMountService();
            ^
  symbol:   class IMountService
  location: class ExternalStorageFormatter
frameworks/base/core/java/com/android/internal/os/storage/ExternalStorageFormatt
er.java:169: error: cannot find symbol
            final IMountService mountService = getMountService();
                  ^
  symbol:   class IMountService
  location: class ExternalStorageFormatter
frameworks/base/core/java/com/android/internal/os/storage/ExternalStorageFormatt
er.java:248: error: package IMountService does not exist
                mMountService = IMountService.Stub.asInterface(service);
```

```
                                        ^
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/WebIDBCallback
sImpl.cpp
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:568:
error: cannot find symbol

updateEncryptionPassword(StorageManager.CRYPT_TYPE_PATTERN, stringPattern);
                                        ^
  symbol:   variable StorageManager
  location: class LockPatternUtils
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:610:
error: cannot find symbol
        IMountService mountService = IMountService.Stub.asInterface(service);
        ^
  symbol:   class IMountService
  location: class LockPatternUtils
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:610:
error: package IMountService does not exist
        IMountService mountService = IMountService.Stub.asInterface(service);
                                     ^
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:613:
error: cannot find symbol
            mountService.setField(StorageManager.OWNER_INFO_KEY, ownerInfo);
                                  ^
  symbol:   variable StorageManager
  location: class LockPatternUtils
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:741:
error: cannot find symbol
            IMountService mountService =
IMountService.Stub.asInterface(service);
            ^
  symbol: class IMountService
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:741:
error: package IMountService does not exist
            IMountService mountService =
IMountService.Stub.asInterface(service);
                                        ^
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:801:
error: cannot find symbol
                    int type = numeric || numericComplex ?
StorageManager.CRYPT_TYPE_PIN
                                                  ^
  symbol:   variable StorageManager
  location: class LockPatternUtils
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:802:
error: cannot find symbol
                        : StorageManager.CRYPT_TYPE_PASSWORD;
                          ^
  symbol:   variable StorageManager
  location: class LockPatternUtils
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:876:
error: cannot find symbol
                updateEncryptionPassword(StorageManager.CRYPT_TYPE_DEFAULT,
null);
```

```
                                     ^
  symbol:    variable StorageManager
  location: class LockPatternUtils
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:896:
error: cannot find symbol
        IMountService mountService = IMountService.Stub.asInterface(
        ^
  symbol:    class IMountService
  location: class LockPatternUtils
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:896:
error: package IMountService does not exist
        IMountService mountService = IMountService.Stub.asInterface(
                                                  ^
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:899:
error: cannot find symbol
          return mountService.getEncryptionState() !=
IMountService.ENCRYPTION_STATE_NONE
                                     ^
  symbol:    variable IMountService
  location: class LockPatternUtils
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:900:
error: cannot find symbol
                   && mountService.getPasswordType() !=
StorageManager.CRYPT_TYPE_DEFAULT;
                                     ^
  symbol:    variable StorageManager
  location: class LockPatternUtils
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:922:
error: cannot find symbol
        updateEncryptionPassword(StorageManager.CRYPT_TYPE_DEFAULT, null);
                                 ^
  symbol:    variable StorageManager
  location: class LockPatternUtils
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:1190
: error: cannot find symbol
        IMountService mountService = IMountService.Stub.asInterface(service);
        ^
  symbol:    class IMountService
  location: class LockPatternUtils
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:1190
: error: package IMountService does not exist
        IMountService mountService = IMountService.Stub.asInterface(service);
                                                  ^
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:1192
: error: cannot find symbol
          mountService.setField(StorageManager.PATTERN_VISIBLE_KEY, enabled ?
"1" : "0");
                                 ^
  symbol:    variable StorageManager
  location: class LockPatternUtils
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/WebIDBDatabase
CallbacksImpl.cpp
```

```
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/WorkerGlobalSc
opeIndexedDatabase.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/HTMLVideoEle
mentMediaSource.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/MediaSource.
cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/MediaSourceR
egistry.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/SourceBuffer
.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/SourceBuffer
List.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/URLMediaSour
ce.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/VideoPlaybac
kQuality.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaConstra
intsImpl.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaDeviceI
nfo.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaDevices
Request.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaStream.
cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaStreamE
vent.cpp
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
71 errors
make: *** [out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes-
full-debug.jar] Error 41
make: *** Waiting for unfinished jobs....
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  9 06:42
out/target/product/generic/userdata.img
```

```
-rw-r--r-- 1 root root    713093 Feb  9 06:41
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  9 06:36
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
echo "sudo mv frameworks/base/core/java/android/os/storage/*.java junk" >
junk/README.osstorage[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[
C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[
C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo mv junk/*.java
frameworks/base/core/java/android/os/storage/
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ m[Ksdo[K[Kudo make -j2[K32
=========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
=========================================
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...

[elided]


packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
xxhdpi/ic_send_wht_24dp.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-hdpi/ic_star_20dp.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/ic_star_20dp.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xxhdpi/ic_star_20dp.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
```

```
packages/apps/Email/../UnifiedEmail/res/drawable-hdpi/ic_star_outline_20dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/ic_star_outline_20dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-
xxhdpi/ic_star_outline_20dp.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-hdpi/ic_warning_gray.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/ic_warning_gray.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xxhdpi/ic_warning_gray.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
hdpi/ic_warning_gray.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
xhdpi/ic_warning_gray.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
xxhdpi/ic_warning_gray.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-hdpi/ic_warning_white.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/ic_warning_white.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xxhdpi/ic_warning_white.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
hdpi/ic_warning_white.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
xhdpi/ic_warning_white.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
xxhdpi/ic_warning_white.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-
xhdpi/toast_frame_focused.9.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/toast_frame_normal.9.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-
xhdpi/toast_frame_pressed.9.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:1534] compiler [Exclusive time]
[Total time]
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:1534]    0.211s/1.919s dex2oat
Setup
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:1534]    0.610s Resolve
MethodsAndFields
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:1534]    0.404s Verify Dex File
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:1534]    0.035s
InitializeNoClinit
```

```
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:1534]        0.477s Compile Dex
File
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:1534]      0s/0.053s dex2oat
OatWriter
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:1534]         0s Loading image
checksum
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:1534]         0s InitOatHeader
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:1534]         0s InitOatDexFiles
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:1534]         0s InitDexFiles
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:1534]         0.013s
InitOatClasses
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:1534]         0.019s InitOatMaps
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:1534]         0s InitOatCode
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:1534]         0.020s
InitOatCodeDexFiles
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:1534]         0.100s Writing ELF
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:1534]         0.026s Patching ELF
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:1534] compiler: end, 1.919s
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:1534]
dex2oatd I 118083 118083 art/dex2oat/dex2oat.cc:268] dex2oat took 2.138s
(threads: 32)
Install: out/target/product/generic/system/app/Email/arm/Email.odex
warning: string 'done_action' has no default translation.
warning: string 'done_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
warning: string 'next_action' has no default translation.
warning: string 'next_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Install: out/target/product/generic/system/app/Email/Email.apk
^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB
^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB
^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OA^[OA^[OA^[OA^[OA^[OA
^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA
^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA
^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA
^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA^[OA
^[OA^[OA^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB
```

```
^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OB^[OBInstall:
out/target/product/generic/system/priv-app/Settings/Settings.apk
build/tools/generate-notice-files.py  out/target/product/generic/obj/NOTICE.txt
out/target/product/generic/obj/NOTICE.html "Notices for files contained in the
filesystem images in this directory:"
out/target/product/generic/obj/NOTICE_FILES/src
Combining NOTICE files into HTML
Combining NOTICE files into text
Installed file list: out/target/product/generic/installed-files.txt
Target system fs image:
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
Running:  mkuserimg.sh out/target/product/generic/system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
ext4 system 576716800 out/target/product/generic/root/file_contexts
make_ext4fs -T -1 -S out/target/product/generic/root/file_contexts -l 576716800
-a system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
out/target/product/generic/system
Creating filesystem with parameters:
    Size: 576716800
    Block size: 4096
    Blocks per group: 32768
    Inodes per group: 7040
    Inode size: 256
    Journal blocks: 2200
    Label:
    Blocks: 140800
    Block groups: 5
    Reserved block group size: 39
Created filesystem with 1458/35200 inodes and 106608/140800 blocks
Install system fs image: out/target/product/generic/system.img
out/target/product/generic/system.img+ maxsize=588791808 blocksize=2112
total=576716800 reserve=5947392
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make -j32v
junk/*.java frameworks/base/core/java/android/os/storage/
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cecho "sudo mv
frameworks/base/core/java/android/os/storage/*.java junk" >
junk/README.osstorage
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[56Pls -lt
out/target/product/generic/*.img
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[25Psudo make -j32cleanecho
"sudo mv frameworks/base/core/java/android/os/storage/*.java junk" >
junk/README.osstorage
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[31Psudo mv
frameworks/base/core/java/android/os/storage/*.java junk
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[5Pjunk/*.ja
va frameworks/base/core/java/android/print
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cframeworks/b
ase/core/java/android/print/*.java junk
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[25Pfind . -name
"PrinterId.java"
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cls -lt
out/target/product/generic/*.img
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Chistory[Ksudo make -j32v
junk/*.java frameworks/base/core/java/android/print
```

[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[28Pcat
junk/README.printerpackage
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[20Pls -lt
junkout/target/product/generic/*.img
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[25Psudo make -
j32clean[5P[C[C[C[C[C[C[C[C[C[Ccat junk/README.printerpackage p[Kls -lt
out/target/product/generic/*.img
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Chistory[Ksudo make -
j32clean[5P[C[C[C[C[C[C[C[C[Csudo mv junk/ColorPickerDialog.java
frameworks/opt/colorpicker/src/com//android/colorpicker/
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Ccat junk/README.colorpicker
[K
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cls -lt
out/target/product/generic/*.img
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Chistory[K[4Ppwdclearsudo
make -j32cleancat junk/README.colorpicker
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cls -lt
out/target/product/generic/*.img
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C%3[K21jobsscp data6.tgz
ola@sunspot.cs.duke.edu:private
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[27Ptar tzf data6.tgz cvzf
data6.tgz biginteger-methods-out.txt wifimonitor.txt searchable-raw.txt ping-
fail failed-ping fail-print-api 14packages-fail moveall.py packs14
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cls -lt | head -30[K20[K[Kmv
typescript biginteger-methods-out.txt
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cscript[Kudo emacs
libcore/luni/src/main/java/java/math/BigInteger.java
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[39Pvi
junk/README.BigChangecp libcore/luni/src/main/java/java/math/BigInteger.java
junk
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[25Psudo find . -name
"BigInteger.java"
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[5P[C[C[C[C[C[C[C[C[C[C[C[
C[C[C[C[C[C[C[C[C[C[C[C[C[C[C
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[1Pmv typescript
wifimonitor.txt
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[17Pls -lt
junk/[6Pscripthistoryecho "sudo mv
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiMonitor.java
junk" > junk/README.wifimonitor
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[33Psudo mv
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiMonitor.java
junk
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[59Pfind . -name
"WifiMonitor.java"
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cmv typescript searchable-
raw.txt
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cscript[Kgrep Searchable
ping-fail [13Pls -lt | more[Kjunk/[5Ppwdls -lt out/target/product/generic/*.img
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[4Pout/target/product/
generic/*.img
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cpwd[Ksudo make -
j32clean[5P[C[C[C[C[C[C[C[C[Cemacs ping-faills -lt
out/target/product/generic/*.img

```
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[16Pmv typescript ping-
failscript[Kecho "sudo mv
packages/apps/Settings/src/com/android/settings/search/SearchIndexableRaw.java
junk/" > junk/README.searchraw
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[31Psudo mv
packages/apps/Settings/src/com/android/settings/search/SearchIndexableRaw.java
junk/
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[49Pfind . -name
"SearchIndexableRaw.java""[K
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[13Pmv typescript failed-
pingscript[Kecho "sudo emacs
frameworks/base/wifi/java/android/net/wifi/WifiManager.java " > junk/README.ping
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[26Psudo emacs
frameworks/base/wifi/java/android/net/wifi/WifiManager.java
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[35Pfind . -name
"WifiManager.java"emacs
frameworks/base/wifi/java/android/net/wifi/WifiManager.java
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cecho "sudo emacs
frameworks/base/wifi/java/android/net/wifi/WifiManager.java " > junk/README.ping
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cscript[Kmv typescript
failed-pingsudo find . -name "SearchIndexableRaw".java"
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cmv
packages/apps/Settings/src/com/android/settings/search/SearchIndexableRaw.java
junk/
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cecho "sudo mv
packages/apps/Settings/src/com/android/settings/search/SearchIndexableRaw.java
junk/" > junk/README.searchraw
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cscript[Kmv typescript ping-
faills -lt out/target/product/generic/*.img
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[24Pemacs ping-fail[5Pmake
clean[5@sudo [C[C[C[C[C[C[C[C[C[C[1P-j32pwd[Kls out/target/product/generic/*.img
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C-lt
out/target/product/generic/*.img
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cpwd[Kls junk/[2P-lt |
moregrep Searchable ping-fail script[Kmv typescript searchable-raw.txt
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[1Pfind . -name
"WifiMonitor.java"
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Csudo mv
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiMonitor.java
junk
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cecho "sudo mv
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiMonitor.java
junk" > junk/README.wifimonitor
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Chistory[K[1Pscriptls -lt
junk/[Kout/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  9 06:51
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  9 06:42
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  9 06:41
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  9 06:36
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
```

```
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[25Psudo make -j32v
junk/*.java frameworks/base/core/java/android/os/storage/[Kexit
```

Script done on Tue 09 Feb 2016 06:51:21 AM UTC

# APPENDIX G

```
Script started on Tue 09 Feb 2016 05:51:56 AM UTC
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  9 05:26
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  9 05:20
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  9 05:20
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  9 05:14
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ cat junk/README.printp
cat: junk/README.printp: No such file or directory
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ cat junk/README.printp[K
README.printall         README.printerpackage
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ cat
junk/README.printerpackage
sudo mv frameworks/base/core/java/android/print/*.java junk/
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make clean
============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
Entire build directory removed.
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make -j32
============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
```

```
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
==========================================
Checking build tools versions...
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...


[elided]
                                                      ^
  symbol:   class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:205:
error: cannot find symbol
                PrinterInfo addedPrinter = printers.get(i);
                ^
  symbol:   class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:239:
error: cannot find symbol
          List<PrinterId> removedPrinterIds = new ArrayList<PrinterId>();
               ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:239:
error: cannot find symbol
          List<PrinterId> removedPrinterIds = new ArrayList<PrinterId>();
                                                            ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:242:
error: cannot find symbol
                PrinterId removedPrinterId = printerIds.get(i);
                ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:251:
error: cannot find symbol
                    mObserver.onPrintersRemoved(new
ParceledListSlice<PrinterId>(
                                                      ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:260:
error: cannot find symbol
            mLastSentPrinters = new ArrayMap<PrinterId,
PrinterInfo>(mPrinters);
```

```
                                         ^
  symbol:    class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:260:
error: cannot find symbol
               mLastSentPrinters = new ArrayMap<PrinterId,
PrinterInfo>(mPrinters);
                                                               ^
  symbol:    class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:266:
error: cannot find symbol
               PrinterId removedPrinterId = printerIds.get(i);
                   ^
  symbol:    class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:280:
error: cannot find symbol
        List<PrinterInfo> addedPrinters = null;
             ^
  symbol:    class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:281:
error: cannot find symbol
        for (PrinterInfo printer : mPrinters.values()) {
             ^
  symbol:    class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:282:
error: cannot find symbol
            PrinterInfo sentPrinter = mLastSentPrinters.get(printer.getId());
            ^
  symbol:    class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:285:
error: cannot find symbol
                addedPrinters = new ArrayList<PrinterInfo>();
                                                  ^
  symbol:    class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:294:
error: cannot find symbol
              mObserver.onPrintersAdded(new
ParceledListSlice<PrinterInfo>(addedPrinters));
                                                              ^
  symbol:    class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:301:
error: cannot find symbol
        List<PrinterId> removedPrinterIds = null;
             ^
  symbol:    class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:302:
error: cannot find symbol
```

```
        for (PrinterInfo sentPrinter : mLastSentPrinters.values()) {
                 ^
  symbol:   class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:305:
error: cannot find symbol
                 removedPrinterIds = new ArrayList<PrinterId>();
                                                       ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:314:
error: cannot find symbol
            mObserver.onPrintersRemoved(new
ParceledListSlice<PrinterId>(removedPrinterIds));
                                                              ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:442:
error: cannot find symbol
        return new ArrayList<PrinterId>(mTrackedPrinters);
                             ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
target thumb_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/InspectorIndex
edDBAgent.cpp
frameworks/base/core/java/android/printservice/PrintJob.java:76: error: cannot
find symbol
        PrintJobInfo info = null;
        ^
  symbol:   class PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:109: error: cannot
find symbol
        return getInfo().getState() == PrintJobInfo.STATE_QUEUED;
                                                  ^
  symbol:   variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:124: error: cannot
find symbol
        return getInfo().getState() == PrintJobInfo.STATE_STARTED;
                                                  ^
  symbol:   variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:139: error: cannot
find symbol
        return getInfo().getState() == PrintJobInfo.STATE_BLOCKED;
                                                  ^
  symbol:   variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:152: error: cannot
find symbol
        return getInfo().getState() == PrintJobInfo.STATE_COMPLETED;
                                                  ^
  symbol:   variable PrintJobInfo
```

```
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:165: error: cannot
find symbol
        return getInfo().getState() == PrintJobInfo.STATE_FAILED;
                                                   ^
  symbol:   variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:178: error: cannot
find symbol
        return getInfo().getState() == PrintJobInfo.STATE_CANCELED;
                                                   ^
  symbol:   variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:194: error: cannot
find symbol
        if (state == PrintJobInfo.STATE_QUEUED
                    ^
  symbol:   variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:195: error: cannot
find symbol
                || state == PrintJobInfo.STATE_BLOCKED) {
                            ^
  symbol:   variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:196: error: cannot
find symbol
            return setState(PrintJobInfo.STATE_STARTED, null);
                           ^
  symbol:   variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:215: error: cannot
find symbol
        PrintJobInfo info = getInfo();
        ^
  symbol:   class PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:217: error: cannot
find symbol
        if (state == PrintJobInfo.STATE_STARTED
                    ^
  symbol:   variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:218: error: cannot
find symbol
                || (state == PrintJobInfo.STATE_BLOCKED
                             ^
  symbol:   variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:220: error: cannot
find symbol
            return setState(PrintJobInfo.STATE_BLOCKED, reason);
                           ^
  symbol:   variable PrintJobInfo
  location: class PrintJob
```

```
frameworks/base/core/java/android/printservice/PrintJob.java:236: error: cannot
find symbol
            return setState(PrintJobInfo.STATE_COMPLETED, null);
                                        ^
  symbol:    variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:257: error: cannot
find symbol
            return setState(PrintJobInfo.STATE_FAILED, error);
                                        ^
  symbol:    variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:277: error: cannot
find symbol
            return setState(PrintJobInfo.STATE_CANCELED, null);
                                        ^
  symbol:    variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:372: error: cannot
find symbol
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/WebIDBCallback
sImpl.cpp
        return state == PrintJobInfo.STATE_COMPLETED
                                    ^
  symbol:    variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:373: error: cannot
find symbol
                || state == PrintJobInfo.STATE_CANCELED
                                        ^
  symbol:    variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:374: error: cannot
find symbol
                || state == PrintJobInfo.STATE_FAILED;
                                        ^
  symbol:    variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintService.java:311: error:
cannot find symbol
            List<PrintJobInfo> printJobInfos = mClient.getPrintJobInfos();
                 ^
  symbol:    class PrintJobInfo
  location: class PrintService
frameworks/base/core/java/android/printservice/PrintService.java:336: error:
cannot find symbol
        return new PrinterId(new ComponentName(getPackageName(),
                   ^
  symbol:    class PrinterId
  location: class PrintService
frameworks/base/core/java/android/printservice/PrintService.java:359: error:
cannot find symbol
            public void startPrinterDiscovery(List<PrinterId> priorityList) {
                                                   ^
```

```
  symbol: class PrinterId
frameworks/base/core/java/android/printservice/PrintService.java:370: error:
cannot find symbol
            public void validatePrinters(List<PrinterId> printerIds) {
                                                                    ^
  symbol: class PrinterId
frameworks/base/core/java/android/printservice/PrintService.java:376: error:
cannot find symbol
            public void startPrinterStateTracking(PrinterId printerId) {
                                                              ^
  symbol: class PrinterId
frameworks/base/core/java/android/printservice/PrintService.java:382: error:
cannot find symbol
            public void stopPrinterStateTracking(PrinterId printerId) {
                                                             ^
  symbol: class PrinterId
frameworks/base/core/java/android/printservice/PrintService.java:394: error:
cannot find symbol
            public void requestCancelPrintJob(PrintJobInfo printJobInfo) {
                                                          ^
  symbol: class PrintJobInfo
frameworks/base/core/java/android/printservice/PrintService.java:400: error:
cannot find symbol
            public void onPrintJobQueued(PrintJobInfo printJobInfo) {
                                                     ^
  symbol: class PrintJobInfo
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:61: error: cannot find symbol
android.print.PrintJobInfo _arg0;
             ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:63: error: package android.print.PrintJobInfo
does not exist
_arg0 = android.print.PrintJobInfo.CREATOR.createFromParcel(data);
                                  ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:74: error: cannot find symbol
android.print.PrintJobInfo _arg0;
             ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:76: error: package android.print.PrintJobInfo
does not exist
_arg0 = android.print.PrintJobInfo.CREATOR.createFromParcel(data);
                                  ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:93: error: cannot find symbol
java.util.List<android.print.PrinterId> _arg0;
                            ^
  symbol:   class PrinterId
  location: package android.print
```

```
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:94: error: cannot find symbol
_arg0 = data.createTypedArrayList(android.print.PrinterId.CREATOR);
                                                          ^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:107: error: cannot find symbol
java.util.List<android.print.PrinterId> _arg0;
                             ^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:108: error: cannot find symbol
_arg0 = data.createTypedArrayList(android.print.PrinterId.CREATOR);
                                                          ^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:115: error: cannot find symbol
android.print.PrinterId _arg0;
             ^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:117: error: package android.print.PrinterId
does not exist
_arg0 = android.print.PrinterId.CREATOR.createFromParcel(data);
                     ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:128: error: cannot find symbol
android.print.PrinterId _arg0;
             ^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:130: error: package android.print.PrinterId
does not exist
_arg0 = android.print.PrinterId.CREATOR.createFromParcel(data);
                     ^
frameworks/base/core/java/android/printservice/PrintService.java:462: error:
cannot find symbol
                        List<PrinterId> priorityList = (ArrayList<PrinterId>)
message.obj;
                             ^
  symbol:   class PrinterId
  location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:462: error:
cannot find symbol
                        List<PrinterId> priorityList = (ArrayList<PrinterId>)
message.obj;
                                                                   ^
  symbol:   class PrinterId
  location: class PrintService.ServiceHandler
```

```
frameworks/base/core/java/android/printservice/PrintService.java:483: error:
cannot find symbol
                         List<PrinterId> printerIds = (List<PrinterId>)
message.obj;
                                 ^
  symbol:   class PrinterId
  location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:483: error:
cannot find symbol
                         List<PrinterId> printerIds = (List<PrinterId>)
message.obj;
                                                           ^
  symbol:   class PrinterId
  location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:494: error:
cannot find symbol
                         PrinterId printerId = (PrinterId) message.obj;
                         ^
  symbol:   class PrinterId
  location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:494: error:
cannot find symbol
                         PrinterId printerId = (PrinterId) message.obj;
                                                ^
  symbol:   class PrinterId
  location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:505: error:
cannot find symbol
                         PrinterId printerId = (PrinterId) message.obj;
                         ^
  symbol:   class PrinterId
  location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:505: error:
cannot find symbol
                         PrinterId printerId = (PrinterId) message.obj;
                                                ^
  symbol:   class PrinterId
  location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:515: error:
cannot find symbol
                     PrintJobInfo printJobInfo = (PrintJobInfo) message.obj;
                     ^
  symbol:   class PrintJobInfo
  location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:515: error:
cannot find symbol
                     PrintJobInfo printJobInfo = (PrintJobInfo) message.obj;
                                                  ^
  symbol:   class PrintJobInfo
  location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:524: error:
cannot find symbol
                     PrintJobInfo printJobInfo = (PrintJobInfo) message.obj;
                     ^
  symbol:   class PrintJobInfo
```

```
  location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:524: error:
cannot find symbol
                    PrintJobInfo printJobInfo = (PrintJobInfo) message.obj;
                                                                       ^
  symbol:   class PrintJobInfo
  location: class PrintService.ServiceHandler
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/WebIDBDatabase
CallbacksImpl.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/WorkerGlobalSc
opeIndexedDatabase.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/HTMLVideoEle
mentMediaSource.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/MediaSource.
cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/MediaSourceR
egistry.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/SourceBuffer
.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/SourceBuffer
List.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/URLMediaSour
ce.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/VideoPlaybac
kQuality.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaConstra
intsImpl.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaDeviceI
nfo.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaDevices
Request.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaStream.
cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaStreamE
vent.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaStreamR
egistry.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaStreamT
rack.cpp
```

```
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaStreamT
rackEvent.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaStreamT
rackSourcesRequestImpl.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/NavigatorMed
iaStream.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/NavigatorUse
rMediaError.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/RTCDTMFSende
r.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/RTCDTMFToneC
hangeEvent.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/RTCDataChann
el.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/RTCDataChann
elEvent.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/RTCIceCandid
ate.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/RTCIceCandid
ateEvent.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/RTCPeerConne
ction.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/RTCSessionDe
scription.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/RTCSessionDe
scriptionRequestImpl.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/RTCStatsRepo
rt.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/RTCStatsRequ
estImpl.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/RTCStatsResp
onse.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/RTCVoidReque
stImpl.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/SourceInfo.c
pp
```

```
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/URLMediaStre
am.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/UserMediaCon
troller.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/UserMediaReq
uest.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/navigatorcontentutils/Na
vigatorContentUtils.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/netinfo/NavigatorNetwork
Information.cpp
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/ILayoutResultCallback.java:63: error: cannot find symbol
android.print.PrintDocumentInfo _arg0;
                 ^
  symbol:   class PrintDocumentInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/ILayoutResultCallback.java:65: error: package
android.print.PrintDocumentInfo does not exist
_arg0 = android.print.PrintDocumentInfo.CREATOR.createFromParcel(data);
                              ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintDocumentAdapter.java:67: error: cannot find symbol
android.print.PrintAttributes _arg0;
                 ^
  symbol:   class PrintAttributes
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintDocumentAdapter.java:69: error: package
android.print.PrintAttributes does not exist
_arg0 = android.print.PrintAttributes.CREATOR.createFromParcel(data);
                           ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintDocumentAdapter.java:74: error: cannot find symbol
android.print.PrintAttributes _arg1;
                 ^
  symbol:   class PrintAttributes
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintDocumentAdapter.java:76: error: package
android.print.PrintAttributes does not exist
_arg1 = android.print.PrintAttributes.CREATOR.createFromParcel(data);
                           ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintDocumentAdapter.java:98: error: cannot find symbol
android.print.PageRange[] _arg0;
              ^
  symbol:   class PageRange
  location: package android.print
```

```
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintDocumentAdapter.java:99: error: cannot find symbol
_arg0 = data.createTypedArray(android.print.PageRange.CREATOR);
                                                      ^
  symbol:   class PageRange
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IWriteResultCallback.java:63: error: cannot find symbol
android.print.PageRange[] _arg0;
             ^
  symbol:   class PageRange
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IWriteResultCallback.java:64: error: cannot find symbol
_arg0 = data.createTypedArray(android.print.PageRange.CREATOR);
                                                      ^
  symbol:   class PageRange
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintJobStateChangeListener.java:53: error: cannot find symbol
android.print.PrintJobId _arg0;
             ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintJobStateChangeListener.java:55: error: package
android.print.PrintJobId does not exist
_arg0 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                                ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:57: error: cannot find symbol
java.util.List<android.print.PrintJobInfo> _result = this.getPrintJobInfos(_arg0,
_arg1);
                            ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:65: error: cannot find symbol
android.print.PrintJobId _arg0;
             ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:67: error: package android.print.PrintJobId does not
exist
_arg0 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                                ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:76: error: cannot find symbol
android.print.PrintJobInfo _result = this.getPrintJobInfo(_arg0, _arg1, _arg2);
             ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:94: error: cannot find symbol
```

```
android.print.PrintAttributes _arg2;
                  ^
  symbol:    class PrintAttributes
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:96: error: package android.print.PrintAttributes
does not exist
_arg2 = android.print.PrintAttributes.CREATOR.createFromParcel(data);
                                    ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:121: error: cannot find symbol
android.print.PrintJobId _arg0;
                  ^
  symbol:    class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:123: error: package android.print.PrintJobId does
not exist
_arg0 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                              ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:139: error: cannot find symbol
android.print.PrintJobId _arg0;
                  ^
  symbol:    class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:141: error: package android.print.PrintJobId does
not exist
_arg0 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                              ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:214: error: cannot find symbol
java.util.List<android.print.PrinterId> _arg1;
                        ^
  symbol:    class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:215: error: cannot find symbol
_arg1 = data.createTypedArrayList(android.print.PrinterId.CREATOR);
                                                    ^
  symbol:    class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:236: error: cannot find symbol
java.util.List<android.print.PrinterId> _arg0;
                        ^
  symbol:    class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:237: error: cannot find symbol
_arg0 = data.createTypedArrayList(android.print.PrinterId.CREATOR);
                                                    ^
  symbol:    class PrinterId
  location: package android.print
```

```
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:247: error: cannot find symbol
android.print.PrinterId _arg0;
                 ^
  symbol:    class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:249: error: package android.print.PrinterId does not
exist
_arg0 = android.print.PrinterId.CREATOR.createFromParcel(data);
                      ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:263: error: cannot find symbol
android.print.PrinterId _arg0;
                 ^
  symbol:    class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:265: error: package android.print.PrinterId does not
exist
_arg0 = android.print.PrinterId.CREATOR.createFromParcel(data);
                      ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:309: error: cannot find symbol
java.util.List<android.print.PrintJobInfo> _result;
                       ^
  symbol:    class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:316: error: cannot find symbol
_result = _reply.createTypedArrayList(android.print.PrintJobInfo.CREATOR);
                                  ^
  symbol:    class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:328: error: cannot find symbol
android.print.PrintJobInfo _result;
                 ^
  symbol:    class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:343: error: package android.print.PrintJobInfo does
not exist
_result = android.print.PrintJobInfo.CREATOR.createFromParcel(_reply);
                         ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerCallbacks.java:55: error: cannot find symbol
java.util.List<android.print.PrintJobInfo> _arg0;
                       ^
  symbol:    class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerCallbacks.java:56: error: cannot find symbol
_arg0 = data.createTypedArrayList(android.print.PrintJobInfo.CREATOR);
                               ^
```

```
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerCallbacks.java:95: error: cannot find symbol
android.print.PrintJobInfo _arg0;
              ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerCallbacks.java:97: error: package
android.print.PrintJobInfo does not exist
_arg0 = android.print.PrintJobInfo.CREATOR.createFromParcel(data);
                      ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerClient.java:53: error: cannot find symbol
android.print.PrintJobInfo _arg0;
              ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerClient.java:55: error: package android.print.PrintJobInfo
does not exist
_arg0 = android.print.PrintJobInfo.CREATOR.createFromParcel(data);
                      ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerClient.java:85: error: cannot find symbol
android.print.PrintJobInfo _arg0;
              ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerClient.java:87: error: package android.print.PrintJobInfo
does not exist
_arg0 = android.print.PrintJobInfo.CREATOR.createFromParcel(data);
                      ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:82: error: cannot find symbol
android.print.PrintJobId _arg0;
              ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:84: error: package android.print.PrintJobId does not
exist
_arg0 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                      ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:101: error: cannot find symbol
android.print.PrintJobInfo _arg0;
              ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:103: error: package android.print.PrintJobInfo does
not exist
```

```
_arg0 = android.print.PrintJobInfo.CREATOR.createFromParcel(data);
                                   ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:114: error: cannot find symbol
android.print.PrintJobId _arg0;
              ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:116: error: package android.print.PrintJobId does
not exist
_arg0 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                                 ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:135: error: cannot find symbol
android.print.PrintJobId _arg0;
              ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:137: error: package android.print.PrintJobId does
not exist
_arg0 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                                 ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:161: error: cannot find symbol
android.print.PrintJobId _arg1;
              ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:163: error: package android.print.PrintJobId does
not exist
_arg1 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                                 ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:182: error: cannot find symbol
android.print.PrintJobId _arg0;
              ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:184: error: package android.print.PrintJobId does
not exist
_arg0 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                                 ^
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/netinfo/NetworkInformati
on.cpp
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
275 errors
```

```
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/netinfo/WorkerNavigatorN
etworkInformation.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/notifications/Notificati
on.cpp
make: *** [out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes-
full-debug.jar] Error 41
make: *** Waiting for unfinished jobs....
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/notifications/Notificati
onController.cpp
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
-rw-r--r-- 1 root root   713093 Feb  9 06:10
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root 69206016 Feb  9 06:05
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt junk
total 264
-rw-rw-r-- 1 ubuntu ubuntu    61 Feb  9 05:51 README.printerpackage
-rw-rw-r-- 1 ubuntu ubuntu    91 Feb  9 04:39 README.colorpicker
-rw-rw-r-- 1 ubuntu ubuntu    89 Feb  9 02:36 README.BigChange
-rw-rw-r-- 1 ubuntu ubuntu    91 Feb  9 01:50 README.wifimonitor
-rw-rw-r-- 1 ubuntu ubuntu    93 Feb  8 22:46 README.searchraw
-rw-rw-r-- 1 ubuntu ubuntu    72 Feb  8 22:06 README.ping
-rw-rw-r-- 1 ubuntu ubuntu    61 Feb  8 11:47 README.printall
-rw-rw-r-- 1 ubuntu ubuntu    58 Feb  8 06:40 README.math
-rw-rw-r-- 1 ubuntu ubuntu    27 Feb  8 06:21 README.wifi.method
-rw-rw-r-- 1 ubuntu ubuntu    79 Feb  8 05:45 README.os.StorageManager
-rw-rw-r-- 1 ubuntu ubuntu    65 Feb  8 04:29 README.os
-rw-rw-r-- 1 ubuntu ubuntu    65 Feb  7 18:02 README.net
-rw-r--r-- 1 root   root    4480 Feb  7 16:03 PageRange.java
-rw-r--r-- 1 root   root   52987 Feb  7 16:03 PrintAttributes.java
-rw-r--r-- 1 root   root   14935 Feb  7 16:03 PrintDocumentAdapter.java
-rw-r--r-- 1 root   root   11011 Feb  7 16:03 PrintDocumentInfo.java
-rw-r--r-- 1 root   root   18518 Feb  7 16:03 PrinterCapabilitiesInfo.java
-rw-r--r-- 1 root   root   10389 Feb  7 16:03 PrinterDiscoverySession.java
-rw-r--r-- 1 root   root    3820 Feb  7 16:03 PrinterId.java
-rw-r--r-- 1 root   root    9606 Feb  7 16:03 PrinterInfo.java
-rw-r--r-- 1 root   root    5290 Feb  7 16:03 PrintFileDocumentAdapter.java
-rw-r--r-- 1 root   root    2915 Feb  7 16:03 PrintJobId.java
-rw-r--r-- 1 root   root   19300 Feb  7 16:03 PrintJobInfo.java
-rw-r--r-- 1 root   root    5954 Feb  7 16:03 PrintJob.java
-rw-r--r-- 1 root   root   39874 Feb  7 16:03 PrintManager.java
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ cat
R[Kjunk/README.printerpackage
sudo mv frameworks/base/core/java/android/print/*.java junk/
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo mv junk/*.java
frameworks/base/core/java/android/print
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make -j32
==========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
```

```
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...


[elided]


packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
xhdpi/ic_warning_white.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
xxhdpi/ic_warning_white.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-
xhdpi/toast_frame_focused.9.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/toast_frame_normal.9.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-
xhdpi/toast_frame_pressed.9.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:1534] compiler [Exclusive time]
[Total time]
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:1534]    0.214s/1.935s dex2oat
Setup
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:1534]    0.629s Resolve
MethodsAndFields
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:1534]    0.402s Verify Dex File
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:1534]    0.036s
InitializeNoClinit
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:1534]    0.478s Compile Dex File
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:1534]    0s/0.052s dex2oat
OatWriter
```

```
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:1534]      0s Loading image
checksum
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:1534]      0s InitOatHeader
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:1534]      0s InitOatDexFiles
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:1534]      0s InitDexFiles
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:1534]      0.013s InitOatClasses
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:1534]      0.018s InitOatMaps
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:1534]      0s InitOatCode
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:1534]      0.020s
InitOatCodeDexFiles
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:1534]      0.094s Writing ELF
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:1534]      0.026s Patching ELF
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:1534] compiler: end, 1.935s
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:1534]
dex2oatd I 96551 96551 art/dex2oat/dex2oat.cc:268] dex2oat took 2.156s (threads:
32)
Install: out/target/product/generic/system/app/Email/arm/Email.odex
warning: string 'done_action' has no default translation.
warning: string 'done_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
warning: string 'next_action' has no default translation.
warning: string 'next_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Install: out/target/product/generic/system/app/Email/Email.apk
Install: out/target/product/generic/system/priv-app/Settings/Settings.apk
build/tools/generate-notice-files.py  out/target/product/generic/obj/NOTICE.txt
out/target/product/generic/obj/NOTICE.html "Notices for files contained in the
filesystem images in this directory:"
out/target/product/generic/obj/NOTICE_FILES/src
Combining NOTICE files into HTML
Combining NOTICE files into text
Installed file list: out/target/product/generic/installed-files.txt
Target system fs image:
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
Running:  mkuserimg.sh out/target/product/generic/system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
ext4 system 576716800 out/target/product/generic/root/file_contexts
```

```
make_ext4fs -T -1 -S out/target/product/generic/root/file_contexts -l 576716800
-a system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
out/target/product/generic/system
Creating filesystem with parameters:
    Size: 576716800
    Block size: 4096
    Blocks per group: 32768
    Inodes per group: 7040
    Inode size: 256
    Journal blocks: 2200
    Label:
    Blocks: 140800
    Block groups: 5
    Reserved block group size: 39
Created filesystem with 1458/35200 inodes and 106608/140800 blocks
Install system fs image: out/target/product/generic/system.img
out/target/product/generic/system.img+ maxsize=588791808 blocksize=2112
total=576716800 reserve=5947392

Script done on Tue 09 Feb 2016 06:20:09 AM UTC
```

# APPENDIX H

```
Script started on Fri 29 Jan 2016 03:52:13 AM UTC
 ]0;ubuntu@ip-172-31-14-88: sudo make clean
=========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
=========================================
Entire build directory removed.
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo mv
frameworks/base/wifi/java/android/net/wifi/WifiManager.java junk/
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ make -j32
=========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
=========================================
Checking build tools versions...
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...
```

```
including ./cts/Android.mk ...

[includes elided here]

including ./system/media/camera/tests/Android.mk ...
including ./system/netd/client/Android.mk ...
including ./system/netd/server/Android.mk ...
including ./system/security/keystore-engine/Android.mk ...
including ./system/security/keystore/Android.mk ...
including ./system/security/softkeymaster/Android.mk ...
including ./system/vold/Android.mk ...
including ./tools/external/fat32lib/Android.mk ...
Export includes file: frameworks/native/libs/input/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libinput_intermediates/export_includes
Export includes file: system/core/libutils/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libutils_intermediates/export_includes
Export includes file: system/core/libcutils/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libcutils_intermediates/export_includes
Export includes file: system/core/liblog/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/liblog_intermediates/export_includes
Header: out/host/linux-x86/obj/include/libexpat/expat.h
Header: out/host/linux-x86/obj/include/libexpat/expat_external.h

[headers and other files elided here]

Header: out/target/product/generic/obj/include/libexpat/expat.h
Header: out/target/product/generic/obj/include/libexpat/expat_external.h
Header: out/host/linux-x86/obj/include/libpng/png.h
Header: out/host/linux-x86/obj/include/libpng/pngconf.h
Header: out/host/linux-x86/obj/include/libpng/pngusr.h
Header: out/target/product/generic/obj/include/libpng/png.h
Header: out/target/product/generic/obj/include/libpng/pngconf.h
Header: out/target/product/generic/obj/include/libpng/pngusr.h
Header: out/host/linux-x86/obj/include/selinux/selinux.h
Header: out/host/linux-x86/obj/include/selinux/label.h
Header: out/host/linux-x86/obj/include/selinux/context.h
Header: out/host/linux-x86/obj/include/selinux/avc.h
Header: out/host/linux-x86/obj/include/selinux/android.h
Header: out/target/product/generic/obj/include/selinux/selinux.h
Header: out/target/product/generic/obj/include/selinux/label.h
Header: out/target/product/generic/obj/include/selinux/context.h
Header: out/target/product/generic/obj/include/selinux/avc.h
Header: out/target/product/generic/obj/include/selinux/android.h
Header: out/target/product/generic/obj/include/libsonivox/eas.h
Header: out/target/product/generic/obj/include/libsonivox/eas_types.h
Header: out/target/product/generic/obj/include/libsonivox/jet.h
Header:
out/target/product/generic/obj/include/libsonivox/ARM_synth_constants_gnu.inc
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libinput_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libutils_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libcutils_intermediates/import_includes
```

```
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/liblog_intermediates/import_includes
Export includes file: frameworks/base/tools/validatekeymaps/Android.mk --
out/host/linux-
x86/obj32/EXECUTABLES/validatekeymaps_intermediates/export_includes
Export includes file: build/libs/host/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libhost_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libhost_intermediates/import_includes
Export includes file: build/tools/acp/Android.mk -- out/host/linux-
x86/obj32/EXECUTABLES/acp_intermediates/export_includes
Notice file: system/core/libutils/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/libutils.a.txt
Notice file: system/core/libutils/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libutils.a.txt
Notice file: system/core/libcutils/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/libcutils.a.txt
Notice file: system/core/libcutils/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libcutils.a.txt
Notice file: system/core/liblog/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/liblog.a.txt
Notice file: system/core/liblog/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/liblog.a.txt
host Java: antlr-runtime (out/host/common/obj/JAVA_LIBRARIES/antlr-
runtime_intermediates/classes)
Notice file: external/antlr/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/antlr-runtime.jar.txt
host Java: jsr305lib
(out/host/common/obj/JAVA_LIBRARIES/jsr305lib_intermediates/classes)
Notice file: external/guava/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/guavalib.jar.txt
host Java: tagsouplib
(out/host/common/obj/JAVA_LIBRARIES/tagsouplib_intermediates/classes)
Notice file: external/doclava/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/doclava.jar.txt
target Java: core-libart (out/target/common/obj/JAVA_LIBRARIES/core-
libart_intermediates/classes)
Import includes file: out/host/linux-
x86/obj32/EXECUTABLES/aidl_intermediates/import_includes
Yacc: aidl <= frameworks/base/tools/aidl/aidl_language_y.y
prebuilts/misc/linux-x86/bison/bison -d  -o out/host/linux-
x86/obj32/EXECUTABLES/aidl_intermediates/aidl_language_y.cpp
frameworks/base/tools/aidl/aidl_language_y.y
Export includes file: frameworks/base/tools/aidl/Android.mk -- out/host/linux-
x86/obj32/EXECUTABLES/aidl_intermediates/export_includes
Lex: aidl <= frameworks/base/tools/aidl/aidl_language_l.l
Notice file: frameworks/base/tools/aidl/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//bin/aidl.txt
frameworks/base/tools/aidl/aidl_language_l.l:55: warning, rule cannot be matched
touch out/host/linux-
x86/obj32/EXECUTABLES/aidl_intermediates/aidl_language_y.hpp
echo '#ifndef 'aidl_language_y_h > out/host/linux-
x86/obj32/EXECUTABLES/aidl_intermediates/aidl_language_y.h
Export includes file: frameworks/base/tools/aapt/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libaapt_intermediates/export_includes
```

```
echo '#define 'aidl_language_y_h >> out/host/linux-
x86/obj32/EXECUTABLES/aidl_intermediates/aidl_language_y.h
Export includes file: frameworks/base/libs/androidfw/Android.mk --
out/host/linux-
x86/obj32/STATIC_LIBRARIES/libandroidfw_intermediates/export_includes
cat out/host/linux-x86/obj32/EXECUTABLES/aidl_intermediates/aidl_language_y.hpp
>> out/host/linux-x86/obj32/EXECUTABLES/aidl_intermediates/aidl_language_y.h
Export includes file: external/libpng/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libpng_intermediates/export_includes
echo '#endif' >> out/host/linux-
x86/obj32/EXECUTABLES/aidl_intermediates/aidl_language_y.h
Export includes file: external/expat/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libexpat_intermediates/export_includes
Export includes file: system/core/libziparchive/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libziparchive-host_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libaapt_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libpng_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libexpat_intermediates/import_includes
Export includes file: external/zlib/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libz_intermediates/export_includes
Export includes file: frameworks/base/tools/aapt/Android.mk -- out/host/linux-
x86/obj32/EXECUTABLES/aapt_intermediates/export_includes
Notice file: frameworks/base/tools/aapt/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//bin/aapt.txt
Notice file: frameworks/base/tools/aapt/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libaapt.a.txt
Notice file: frameworks/base/libs/androidfw/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libandroidfw.a.txt
Notice file: external/libpng/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libpng.a.txt
Notice file: external/expat/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libexpat.a.txt
logtags: out/target/common/obj/JAVA_LIBRARIES/telephony-
common_intermediates/src/src/java/com/android/internal/telephony/EventLogTags.ja
va <=
frameworks/opt/telephony/src/java/com/android/internal/telephony/EventLogTags.lo
gtags
Export includes file: system/core/libzipfile/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libzipfile_intermediates/export_includes
Export includes file: external/zlib/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libunz_intermediates/export_includes
Export includes file: external/openssl/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libcrypto_static_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libunz_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libcrypto_static_intermediates/import_includes
Export includes file: system/core/adb/Android.mk -- out/host/linux-
x86/obj32/EXECUTABLES/adb_intermediates/export_includes
Notice file: system/core/adb/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//bin/adb.txt
```

Notice file: system/core/libzipfile/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/libzipfile.a.txt
Notice file: system/core/libzipfile/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libzipfile.a.txt
Notice file: external/zlib/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/libunz.a.txt
Notice file: external/zlib/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libunz.a.txt
Notice file: external/openssl/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libcrypto_static.a.txt
Export includes file: system/core/libbacktrace/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libbacktrace_intermediates/export_includes
Export includes file: system/core/libbacktrace/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libbacktrace_test_intermediates/export_includes
Export includes file: external/gtest/src/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libgtest_host_intermediates/export_includes
Export includes file: external/gtest/src/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libgtest_main_host_intermediates/export_includes
Export includes file: system/core/liblog/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/liblog_intermediates/export_includes
Export includes file: external/libunwind/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libunwind_intermediates/export_includes
Export includes file: external/libunwind/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libunwind-ptrace_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj32/SHARED_LIBRARIES/libunwind_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/SHARED_LIBRARIES/libbacktrace_test_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libgtest_host_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libgtest_main_host_intermediates/import_includes
Export includes file: system/core/libbacktrace/Android.mk -- out/host/linux-
x86/obj32/EXECUTABLES/backtrace_test_intermediates/export_includes
Notice file: system/core/liblog/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/liblog.so.txt
Export includes file: prebuilts/sdk/tools/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libLLVM_intermediates/export_includes
Export includes file: frameworks/compile/libbcc/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libbcc_intermediates/export_includes
Export includes file: frameworks/compile/libbcc/bcinfo/Android.mk --
out/host/linux-
x86/obj32/SHARED_LIBRARIES/libbcinfo_intermediates/export_includes
Export includes file: external/libcxx/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libc++_intermediates/export_includes
Export includes file: frameworks/compile/libbcc/bcinfo/Wrap/Android.mk --
out/host/linux-
x86/obj32/STATIC_LIBRARIES/libLLVMWrap_intermediates/export_includes
Export includes file: frameworks/compile/libbcc/bcinfo/BitReader_2_7/Android.mk
-- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libLLVMBitReader_2_7_intermediates/export_includes
Export includes file: frameworks/compile/libbcc/bcinfo/BitReader_3_0/Android.mk
-- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libLLVMBitReader_3_0_intermediates/export_includes

Export includes file: frameworks/compile/slang/BitWriter_3_2/Android.mk --
out/host/linux-
x86/obj32/STATIC_LIBRARIES/libLLVMBitWriter_3_2_intermediates/export_includes
Export includes file: external/libcxxabi/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libc++abi_intermediates/export_includes
Export includes file: external/compiler-rt/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libcompiler_rt_intermediates/export_includes
Export includes file: external/libcxx/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libc++_intermediates/export_includes
Export includes file: external/libunwind/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libunwindbacktrace_intermediates/export_includes
Export includes file: external/libunwind/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libunwind_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libunwind_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libcompiler_rt_intermediates/import_includes
Export includes file: external/llvm/lib/TableGen/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libLLVMTableGen_intermediates/export_includes
Export includes file: external/llvm/lib/Support/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libLLVMSupport_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libLLVMTableGen_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libLLVMSupport_intermediates/import_includes
Export includes file: external/llvm/utils/TableGen/Android.mk -- out/host/linux-
x86/obj32/EXECUTABLES/llvm-tblgen_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libLLVMWrap_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libLLVMBitReader_2_7_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libLLVMBitReader_3_0_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libLLVMBitWriter_3_2_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libbccRenderscript_intermediates/import_includes
Export includes file: frameworks/compile/libbcc/lib/Renderscript/Android.mk --
out/host/linux-
x86/obj32/STATIC_LIBRARIES/libbccRenderscript_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libbccExecutionEngine_intermediates/import_includes
Export includes file: frameworks/compile/libbcc/lib/ExecutionEngine/Android.mk -
- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libbccExecutionEngine_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libbccCore_intermediates/import_includes
Export includes file: frameworks/compile/libbcc/lib/Core/Android.mk --
out/host/linux-
x86/obj32/STATIC_LIBRARIES/libbccCore_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libbccSupport_intermediates/import_includes
Export includes file: frameworks/compile/libbcc/lib/Support/Android.mk --
out/host/linux-
x86/obj32/STATIC_LIBRARIES/libbccSupport_intermediates/export_includes

```
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/librsloader_intermediates/import_includes
Export includes file: frameworks/rs/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/librsloader_intermediates/export_includes
Export includes file: frameworks/compile/libbcc/tools/bcc/Android.mk --
out/host/linux-x86/obj32/EXECUTABLES/bcc_intermediates/export_includes
Notice file: frameworks/compile/libbcc/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libbcc.so.txt
Export includes file: libnativehelper/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libnativehelper_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj32/SHARED_LIBRARIES/libnativehelper_intermediates/import_includes
Export includes file: art/dalvikvm/Android.mk -- out/host/linux-
x86/obj32/EXECUTABLES/dalvikvm_intermediates/export_includes
Notice file: libnativehelper/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libnativehelper.so.txt
Export includes file: external/libcxx/Android.mk -- out/host/linux-
x86/obj/SHARED_LIBRARIES/libc++_intermediates/export_includes
Export includes file: libnativehelper/Android.mk -- out/host/linux-
x86/obj/SHARED_LIBRARIES/libnativehelper_intermediates/export_includes
Export includes file: external/libcxxabi/Android.mk -- out/host/linux-
x86/obj/STATIC_LIBRARIES/libc++abi_intermediates/export_includes
Export includes file: external/compiler-rt/Android.mk -- out/host/linux-
x86/obj/STATIC_LIBRARIES/libcompiler_rt_intermediates/export_includes
Export includes file: external/libcxx/Android.mk -- out/host/linux-
x86/obj/STATIC_LIBRARIES/libc++_intermediates/export_includes
Export includes file: external/libunwind/Android.mk -- out/host/linux-
x86/obj/STATIC_LIBRARIES/libunwindbacktrace_intermediates/export_includes
Export includes file: external/libunwind/Android.mk -- out/host/linux-
x86/obj/STATIC_LIBRARIES/libunwind_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj/STATIC_LIBRARIES/libunwind_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj/STATIC_LIBRARIES/libcompiler_rt_intermediates/import_includes
Export includes file: system/core/liblog/Android.mk -- out/host/linux-
x86/obj/SHARED_LIBRARIES/liblog_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj/STATIC_LIBRARIES/liblog_intermediates/import_includes
Export includes file: system/core/liblog/Android.mk -- out/host/linux-
x86/obj/STATIC_LIBRARIES/liblog_intermediates/export_includes
Export includes file: art/dalvikvm/Android.mk -- out/host/linux-
x86/obj/EXECUTABLES/dalvikvm_intermediates/export_includes
Notice file: libnativehelper/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/libnativehelper.so.txt
Notice file: system/core/liblog/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/liblog.so.txt
Export includes file: art/runtime/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libart_intermediates/export_includes
Export includes file: art/compiler/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libart-compiler_intermediates/export_includes
target Generated: libart_32 <= art/runtime/arch/x86_64/registers_x86_64.h
target Generated: libart_32 <= art/runtime/base/allocator.h
target Generated: libart_32 <= art/runtime/base/mutex.h
target Generated: libart_32 <= art/runtime/dex_file.h
target Generated: libart_32 <= art/runtime/dex_instruction.h
```

```
target Generated: libart_32 <= art/runtime/gc/collector/gc_type.h
target Generated: libart_32 <= art/runtime/gc/collector_type.h
target Generated: libart_32 <= art/runtime/gc/space/space.h
target Generated: libart_32 <= art/runtime/gc/heap.h
target Generated: libart_32 <= art/runtime/indirect_reference_table.h
target Generated: libart_32 <= art/runtime/instruction_set.h
target Generated: libart_32 <= art/runtime/invoke_type.h
target Generated: libart_32 <= art/runtime/jdwp/jdwp.h
target Generated: libart_32 <= art/runtime/jdwp/jdwp_constants.h
target Generated: libart_32 <= art/runtime/lock_word.h
target Generated: libart_32 <= art/runtime/mirror/class.h
target Generated: libart_32 <= art/runtime/oat.h
target Generated: libart_32 <= art/runtime/object_callbacks.h
target Generated: libart_32 <= art/runtime/quick/inline_method_analyser.h
target Generated: libart_32 <= art/runtime/thread.h
target Generated: libart_32 <= art/runtime/thread_state.h
target Generated: libart_32 <= art/runtime/verifier/method_verifier.h
Export includes file: system/core/libbacktrace/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libbacktrace_libc++_intermediates/export_includes
Export includes file: system/core/libnativebridge/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libnativebridge_intermediates/export_includes
Export includes file: art/sigchainlib/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libsigchain_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj32/SHARED_LIBRARIES/libbacktrace_libc++_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/SHARED_LIBRARIES/libnativebridge_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/SHARED_LIBRARIES/libsigchain_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libz_intermediates/import_includes
target Generated: libart-compiler_32 <= art/compiler/dex/compiler_enums.h
Export includes file: external/vixl/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libvixl_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libvixl_intermediates/import_includes
Export includes file: art/dex2oat/Android.mk -- out/host/linux-
x86/obj32/EXECUTABLES/dex2oat_intermediates/export_includes
Notice file: external/zlib/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/libz.a.txt
Notice file: external/zlib/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libz.a.txt
host Java: dexdeps
(out/host/common/obj/JAVA_LIBRARIES/dexdeps_intermediates/classes)
Export includes file: dalvik/libdex/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libdex_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libdex_intermediates/import_includes
Export includes file: dalvik/dexdump/Android.mk -- out/host/linux-
x86/obj32/EXECUTABLES/dexdump_intermediates/export_includes
Notice file: dalvik/dexdump/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//bin/dexdump.txt
Export includes file: dalvik/dexlist/Android.mk -- out/host/linux-
x86/obj32/EXECUTABLES/dexlist_intermediates/export_includes
```

```
Import includes file: out/host/linux-
x86/obj32/EXECUTABLES/dmtracedump_intermediates/import_includes
Export includes file: dalvik/tools/dmtracedump/Android.mk -- out/host/linux-
x86/obj32/EXECUTABLES/dmtracedump_intermediates/export_includes
host Java: dx (out/host/common/obj/JAVA_LIBRARIES/dx_intermediates/classes)
Notice file: dalvik/dx/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//bin/dx.txt
Export includes file: system/extras/ext4_utils/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libext4_utils_host_intermediates/export_includes
Export includes file: system/core/libsparse/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libsparse_host_intermediates/export_includes
Export includes file: external/libselinux/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libselinux_intermediates/export_includes
Export includes file: system/extras/f2fs_utils/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libf2fs_utils_host_intermediates/export_includes
Export includes file: system/extras/f2fs_utils/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libf2fs_ioutils_host_intermediates/export_includes
Export includes file: system/extras/f2fs_utils/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libf2fs_dlutils_host_intermediates/export_includes

[elided here]

target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/HTMLInputElem
entFileSystem.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/InspectorFile
SystemAgent.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/InspectorFron
tendHostFileSystem.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/LocalFileSyst
em.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/filesystem/WorkerGlobalS
copeFileSystem.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/gamepad/Gamepad.cpp
frameworks/base/core/java/android/net/NetworkIdentity.java:164: error: cannot
find symbol
                final WifiManager wifi = (WifiManager) context.getSystemService(
                                          ^
  symbol:   class WifiManager
  location: class NetworkIdentity
frameworks/base/core/java/android/net/NetworkIdentity.java:164: error: cannot
find symbol
                final WifiManager wifi = (WifiManager) context.getSystemService(
                                          ^
  symbol:   class WifiManager
  location: class NetworkIdentity
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/gamepad/GamepadButton.cp
p
```

```
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/gamepad/GamepadCommon.cp
p
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/gamepad/GamepadDispatche
r.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/gamepad/GamepadEvent.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/gamepad/GamepadList.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/gamepad/NavigatorGamepad
.cpp

[targets elided]


target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IDBTransaction
.cpp
frameworks/base/core/java/com/android/internal/os/BatteryStatsImpl.java:3670:
error: cannot find symbol
        int strengthBin = WifiManager.calculateSignalLevel(newRssi,
NUM_WIFI_SIGNAL_STRENGTH_BINS);
                          ^
  symbol:   variable WifiManager
  location: class BatteryStatsImpl
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IDBVersionChan
geEvent.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/IndexedDBClien
t.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/InspectorIndex
edDBAgent.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/WebIDBCallback
sImpl.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/WebIDBDatabase
CallbacksImpl.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/indexeddb/WorkerGlobalSc
opeIndexedDatabase.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/HTMLVideoEle
mentMediaSource.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/MediaSource.
cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/MediaSourceR
egistry.cpp
```

```
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/SourceBuffer
.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/SourceBuffer
List.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/URLMediaSour
ce.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediasource/VideoPlaybac
kQuality.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaConstra
intsImpl.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaDeviceI
nfo.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaDevices
Request.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaStream.
cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaStreamE
vent.cpp
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
8 errors
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaStreamR
egistry.cpp
target thumb C++: third_party_WebKit_Source_modules_modules_gyp <=
external/chromium_org/third_party/WebKit/Source/modules/mediastream/MediaStreamT
rack.cpp
make: *** [out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes-
full-debug.jar] Error 41
make: *** Waiting for unfinished jobs....
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe opertions.
Note: Recompile with -Xlint:unchecked for details.
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/system/
android-info.txt        cache.img               data/
gen/                    previous_build_config.mk root/
system/
cache/                  clean_steps.mk          dex_bootjars/
obj/                    ramdisk.img             symbols/
userdata.img
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/
```

```
total 17112
drwxr-xr-x 13 root root      4096 Jan 29 04:10 [0m[01;34msystem[0m
-rw-r--r--  1 root root 576716800 Jan 29 04:10 userdata.img
drwxr-xr-x  4 root root      4096 Jan 29 04:10 [01;34mdata[0m
-rw-r--r--  1 root root    713094 Jan 29 04:10 ramdisk.img
drwxr-xr-x  8 root root      4096 Jan 29 04:10 [01;34mroot[0m
drwxr-xr-x  6 root root      4096 Jan 29 04:06 [01;34msymbols[0m
drwxr-xr-x  3 root root      4096 Jan 29 04:06 [01;34mdex_bootjars[0m
drwxr-xr-x 14 root root      4096 Jan 29 04:06 [01;34mobj[0m
-rw-r--r--  1 root root  69206016 Jan 29 04:05 cache.img
drwxr-xr-x  2 root root      4096 Jan 29 04:05 [01;34mcache[0m
drwxr-xr-x  5 root root      4096 Jan 29 04:00 [01;34mgen[0m
-rw-r--r--  1 root root         7 Jan 29 03:53 android-info.txt
-rw-r--r--  1 root root     60454 Jan 29 03:52 clean_steps.mk
-rw-r--r--  1 root root       770 Jan 29 03:52 previous_build_config.mk
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/system
total 48
drwxr-xr-x 7 root root 4096 Jan 29 04:10 [0m[01;34mlib[0m
drwxr-xr-x 7 root root 4096 Jan 29 04:10 [01;34mapp[0m
drwxr-xr-x 2 root root 4096 Jan 29 04:10 [01;34mbin[0m
drwxr-xr-x 3 root root 4096 Jan 29 04:10 [01;34mvendor[0m
drwxr-xr-x 2 root root 4096 Jan 29 04:10 [01;34mframework[0m
drwxr-xr-x 2 root root 4096 Jan 29 04:10 [01;34mxbin[0m
drwxr-xr-x 7 root root 4096 Jan 29 04:10 [01;34metc[0m
drwxr-xr-x 2 root root 4096 Jan 29 04:04 [01;34mfonts[0m
drwxr-xr-x 8 root root 4096 Jan 29 04:02 [01;34musr[0m
drwxr-xr-x 3 root root 4096 Jan 29 04:00 [01;34mtts[0m
drwxr-xr-x 3 root root 4096 Jan 29 04:00 [01;34mmedia[0m
-rw-r--r-- 1 root root 2105 Jan 29 03:53 build.prop
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo . find . -name
"*.img"
./out/target/product/generic/ramdisk.img
./out/target/product/generic/cache.img
./out/target/product/generic/userdata.img
./sdk/emulator/snapshot/snapshots.img


[here move WifiManager back to frameworks and make -j32 again]


]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make -j32
============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
```

```
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...


[includes elided here]



warning: string 'done_action' has no default translation.
warning: string 'done_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
warning: string 'next_action' has no default translation.
warning: string 'next_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Install: out/target/product/generic/system/app/Email/Email.apk
Install: out/target/product/generic/system/priv-app/Settings/Settings.apk
build/tools/generate-notice-files.py  out/target/product/generic/obj/NOTICE.txt
out/target/product/generic/obj/NOTICE.html "Notices for files contained in the
filesystem images in this directory:"
out/target/product/generic/obj/NOTICE_FILES/src
Combining NOTICE files into HTML
Combining NOTICE files into text
Installed file list: out/target/product/generic/installed-files.txt
Target system fs image:
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
```

```
Running:  mkuserimg.sh out/target/product/generic/system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
ext4 system 576716800 out/target/product/generic/root/file_contexts
make_ext4fs -T -1 -S out/target/product/generic/root/file_contexts -l 576716800
-a system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
out/target/product/generic/system
Creating filesystem with parameters:
    Size: 576716800
    Block size: 4096
    Blocks per group: 32768
    Inodes per group: 7040
    Inode size: 256
    Journal blocks: 2200
    Label:
    Blocks: 140800
    Block groups: 5
    Reserved block group size: 39
Created filesystem with 1458/35200 inodes and 106608/140800 blocks
Install system fs image: out/target/product/generic/system.img
out/target/product/generic/system.img+ maxsize=588791808 blocksize=2112
total=576716800 reserve=5947392
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ exit

Script done on Fri 29 Jan 2016 06:03:25 AM UTC
```

# APPENDIX I

```
Script started on Mon 08 Feb 2016 11:47:45 AM UTC
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  8 07:30
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  8 07:26
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713091 Feb  8 07:24
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  8 07:19
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo make clean
============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
Entire build directory removed.
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo make -j32
============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
Checking build tools versions...
```

```
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...

[elided]




target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/quads/shared_quad_state.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/quads/solid_color_draw_quad.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/quads/stream_video_draw_quad.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/quads/surface_draw_quad.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/quads/texture_draw_quad.cc
frameworks/base/core/java/android/print/pdf/PrintedPdfDocument.java:24: error:
cannot find symbol
import android.print.PrintAttributes;
                    ^
  symbol:   class PrintAttributes
  location: package android.print
frameworks/base/core/java/android/print/pdf/PrintedPdfDocument.java:25: error:
package android.print.PrintAttributes does not exist
import android.print.PrintAttributes.Margins;
                                    ^
frameworks/base/core/java/android/print/pdf/PrintedPdfDocument.java:26: error:
package android.print.PrintAttributes does not exist
import android.print.PrintAttributes.MediaSize;
                                    ^
frameworks/base/core/java/android/print/pdf/PrintedPdfDocument.java:84: error:
cannot find symbol
    public PrintedPdfDocument(Context context, PrintAttributes attributes) {
                                               ^
  symbol:   class PrintAttributes
  location: class PrintedPdfDocument
frameworks/base/core/java/android/printservice/PrintDocument.java:21: error:
cannot find symbol
import android.print.PrintDocumentInfo;
                    ^
  symbol:   class PrintDocumentInfo
  location: package android.print
frameworks/base/core/java/android/printservice/PrintDocument.java:22: error:
cannot find symbol
import android.print.PrintJobId;
                    ^
  symbol:   class PrintJobId
```

```
   location: package android.print
frameworks/base/core/java/android/printservice/PrintDocument.java:39: error:
cannot find symbol
    private final PrintJobId mPrintJobId;
                  ^
  symbol:   class PrintJobId
  location: class PrintDocument
frameworks/base/core/java/android/printservice/PrintDocument.java:43: error:
cannot find symbol
    private final PrintDocumentInfo mInfo;
                  ^
  symbol:   class PrintDocumentInfo
  location: class PrintDocument
frameworks/base/core/java/android/printservice/PrintDocument.java:45: error:
cannot find symbol
    PrintDocument(PrintJobId printJobId, IPrintServiceClient printServiceClient,
                  ^
  symbol:   class PrintJobId
  location: class PrintDocument
frameworks/base/core/java/android/printservice/PrintDocument.java:46: error:
cannot find symbol
            PrintDocumentInfo info) {
            ^
  symbol:   class PrintDocumentInfo
  location: class PrintDocument
frameworks/base/core/java/android/printservice/PrintDocument.java:57: error:
cannot find symbol
    public PrintDocumentInfo getInfo() {
           ^
  symbol:   class PrintDocumentInfo
  location: class PrintDocument
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:354: error: cannot find symbol
public java.util.List<android.print.PrintJobInfo> getPrintJobInfos() throws
android.os.RemoteException;
                                    ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:355: error: cannot find symbol
public android.print.PrintJobInfo getPrintJobInfo(android.print.PrintJobId
printJobId) throws android.os.RemoteException;
                                                                 ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:355: error: cannot find symbol
public android.print.PrintJobInfo getPrintJobInfo(android.print.PrintJobId
printJobId) throws android.os.RemoteException;
                     ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:356: error: cannot find symbol
```

```
public boolean setPrintJobState(android.print.PrintJobId printJobId, int state,
java.lang.String error) throws android.os.RemoteException;
                                              ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:357: error: cannot find symbol
public boolean setPrintJobTag(android.print.PrintJobId printJobId,
java.lang.String tag) throws android.os.RemoteException;
                                          ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:358: error: cannot find symbol
public void writePrintJobData(android.os.ParcelFileDescriptor fd,
android.print.PrintJobId printJobId) throws android.os.RemoteException;
                                                                        ^
  symbol:   class PrintJobId
  location: package android.print
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:21:
error: cannot find symbol
import android.print.PrinterCapabilitiesInfo;
                    ^
  symbol:   class PrinterCapabilitiesInfo
  location: package android.print
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:22:
error: cannot find symbol
import android.print.PrinterId;
                    ^
  symbol:   class PrinterId
  location: package android.print
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:23:
error: cannot find symbol
import android.print.PrinterInfo;
                    ^
  symbol:   class PrinterInfo
  location: package android.print
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:88:
error: cannot find symbol
    private final ArrayMap<PrinterId, PrinterInfo> mPrinters =
                          ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:88:
error: cannot find symbol
    private final ArrayMap<PrinterId, PrinterInfo> mPrinters =
                                      ^
  symbol:   class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:91:
error: cannot find symbol
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/quads/tile_draw_quad.cc
    private final List<PrinterId> mTrackedPrinters =
                      ^
  symbol:   class PrinterId
```

```
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:94:
error: cannot find symbol
    private ArrayMap<PrinterId, PrinterInfo> mLastSentPrinters;
                             ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:94:
error: cannot find symbol
    private ArrayMap<PrinterId, PrinterInfo> mLastSentPrinters;
                                         ^
  symbol:   class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:141:
error: cannot find symbol
    public final List<PrinterInfo> getPrinters() {
                         ^
  symbol:   class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:164:
error: cannot find symbol
    public final void addPrinters(List<PrinterInfo> printers) {
                                       ^
  symbol:   class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:228:
error: cannot find symbol
    public final void removePrinters(List<PrinterId> printerIds) {
                                         ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:353:
error: cannot find symbol
    public abstract void onStartPrinterDiscovery(List<PrinterId> priorityList);
                                                     ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:378:
error: cannot find symbol
    public abstract void onValidatePrinters(List<PrinterId> printerIds);
                                                ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:406:
error: cannot find symbol
    public abstract void onStartPrinterStateTracking(PrinterId printerId);
                                                      ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:417:
error: cannot find symbol
    public abstract void onStopPrinterStateTracking(PrinterId printerId);
                                                     ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
```

```
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:437:
error: cannot find symbol
    public final List<PrinterId> getTrackedPrinters() {
                      ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:479:
error: cannot find symbol
    void startPrinterDiscovery(List<PrinterId> priorityList) {
                                    ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:497:
error: cannot find symbol
    void validatePrinters(List<PrinterId> printerIds) {
                               ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:503:
error: cannot find symbol
    void startPrinterStateTracking(PrinterId printerId) {
                                   ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:511:
error: cannot find symbol
    void stopPrinterStateTracking(PrinterId printerId) {
                                  ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrintJob.java:20: error: cannot
find symbol
import android.print.PrintJobId;
                     ^
  symbol:   class PrintJobId
  location: package android.print
frameworks/base/core/java/android/printservice/PrintJob.java:21: error: cannot
find symbol
import android.print.PrintJobInfo;
                     ^
  symbol:   class PrintJobInfo
  location: package android.print
frameworks/base/core/java/android/printservice/PrintJob.java:42: error: cannot
find symbol
    private PrintJobInfo mCachedInfo;
            ^
  symbol:   class PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:44: error: cannot
find symbol
    PrintJob(PrintJobInfo jobInfo, IPrintServiceClient client) {
             ^
  symbol:   class PrintJobInfo
  location: class PrintJob
```

```
frameworks/base/core/java/android/printservice/PrintJob.java:56: error: cannot
find symbol
    public PrintJobId getId() {
           ^
  symbol:   class PrintJobId
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:71: error: cannot
find symbol
    public PrintJobInfo getInfo() {
           ^
  symbol:   class PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintService.java:29: error:
cannot find symbol
import android.print.PrintJobInfo;
                    ^
  symbol:   class PrintJobInfo
  location: package android.print
frameworks/base/core/java/android/printservice/PrintService.java:30: error:
cannot find symbol
import android.print.PrinterId;
                    ^
  symbol:   class PrinterId
  location: package android.print
frameworks/base/core/java/android/printservice/PrintService.java:334: error:
cannot find symbol
    public final PrinterId generatePrinterId(String localId) {
                 ^
  symbol:   class PrinterId
  location: class PrintService
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/quads/yuv_video_draw_quad.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/bitmap_content_layer_updater.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/bitmap_skpicture_content_layer_updater.cc
frameworks/base/core/java/android/webkit/WebView.java:34: error: cannot find
symbol
import android.print.PrintDocumentAdapter;
                    ^
  symbol:   class PrintDocumentAdapter
  location: package android.print
frameworks/base/core/java/android/webkit/WebView.java:1152: error: cannot find
symbol
    public PrintDocumentAdapter createPrintDocumentAdapter() {
           ^
  symbol:   class PrintDocumentAdapter
  location: class WebView
frameworks/base/core/java/android/webkit/WebView.java:1171: error: cannot find
symbol
    public PrintDocumentAdapter createPrintDocumentAdapter(String documentName)
{
           ^
  symbol:   class PrintDocumentAdapter
  location: class WebView
```

```
frameworks/base/core/java/android/webkit/WebViewProvider.java:30: error: cannot
find symbol
import android.print.PrintDocumentAdapter;
                    ^
  symbol:    class PrintDocumentAdapter
  location: package android.print
frameworks/base/core/java/android/webkit/WebViewProvider.java:151: error: cannot
find symbol
    public PrintDocumentAdapter createPrintDocumentAdapter(String documentName);
           ^
  symbol:    class PrintDocumentAdapter
  location: interface WebViewProvider
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/content_layer_updater.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/direct_raster_worker_pool.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/image_layer_updater.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/image_raster_worker_pool.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/image_copy_raster_worker_pool.cc
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/resources/layer_quad.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/layer_tiling_data.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/layer_updater.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/managed_tile_state.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/memory_history.cc
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/resources/picture.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/picture_layer_tiling.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/picture_layer_tiling_set.cc
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/ILayoutResultCallback.java:189: error: cannot find symbol
public void onLayoutFinished(android.print.PrintDocumentInfo info, boolean
changed, int sequence) throws android.os.RemoteException;
                                              ^
  symbol:    class PrintDocumentInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/ILayoutResultCallback.java:131: error: cannot find symbol
@Override public void onLayoutFinished(android.print.PrintDocumentInfo info,
boolean changed, int sequence) throws android.os.RemoteException
                                              ^
  symbol:    class PrintDocumentInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintDocumentAdapter.java:236: error: cannot find symbol
public void layout(android.print.PrintAttributes oldAttributes,
android.print.PrintAttributes newAttributes, android.print.ILayoutResultCallback
```

```
callback, android.os.Bundle metadata, int sequence) throws
android.os.RemoteException;
                                  ^
  symbol:   class PrintAttributes
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintDocumentAdapter.java:236: error: cannot find symbol
public void layout(android.print.PrintAttributes oldAttributes,
android.print.PrintAttributes newAttributes, android.print.ILayoutResultCallback
callback, android.os.Bundle metadata, int sequence) throws
android.os.RemoteException;
                                                                      ^
  symbol:   class PrintAttributes
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintDocumentAdapter.java:237: error: cannot find symbol
public void write(android.print.PageRange[] pages,
android.os.ParcelFileDescriptor fd, android.print.IWriteResultCallback callback,
int sequence) throws android.os.RemoteException;
                           ^
  symbol:   class PageRange
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IWriteResultCallback.java:175: error: cannot find symbol
public void onWriteFinished(android.print.PageRange[] pages, int sequence)
throws android.os.RemoteException;
                                  ^
  symbol:   class PageRange
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintDocumentAdapter.java:161: error: cannot find symbol
@Override public void layout(android.print.PrintAttributes oldAttributes,
android.print.PrintAttributes newAttributes, android.print.ILayoutResultCallback
callback, android.os.Bundle metadata, int sequence) throws
android.os.RemoteException
                                  ^
  symbol:   class PrintAttributes
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintDocumentAdapter.java:161: error: cannot find symbol
@Override public void layout(android.print.PrintAttributes oldAttributes,
android.print.PrintAttributes newAttributes, android.print.ILayoutResultCallback
callback, android.os.Bundle metadata, int sequence) throws
android.os.RemoteException
  ^
  symbol:   class PrintAttributes
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintDocumentAdapter.java:195: error: cannot find symbol
@Override public void write(android.print.PageRange[] pages,
android.os.ParcelFileDescriptor fd, android.print.IWriteResultCallback callback,
int sequence) throws android.os.RemoteException
                                  ^
  symbol:   class PageRange
```

```
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintJobStateChangeListener.java:102: error: cannot find symbol
public void onPrintJobStateChanged(android.print.PrintJobId printJobId) throws
android.os.RemoteException
                                                                   ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintJobStateChangeListener.java:81: error: cannot find symbol
@Override public void onPrintJobStateChanged(android.print.PrintJobId
printJobId) throws android.os.RemoteException
                                                            ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:647: error: cannot find symbol
public java.util.List<android.print.PrintJobInfo> getPrintJobInfos(int appId,
int userId) throws android.os.RemoteException;
                                              ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:648: error: cannot find symbol
public android.print.PrintJobInfo getPrintJobInfo(android.print.PrintJobId
printJobId, int appId, int userId) throws android.os.RemoteException;
                                                                      ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:648: error: cannot find symbol
public android.print.PrintJobInfo getPrintJobInfo(android.print.PrintJobId
printJobId, int appId, int userId) throws android.os.RemoteException;
                     ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:649: error: cannot find symbol
public android.os.Bundle print(java.lang.String printJobName,
android.print.IPrintDocumentAdapter printAdapter, android.print.PrintAttributes
attributes, java.lang.String packageName, int appId, int userId) throws
android.os.RemoteException;
^
  symbol:   class PrintAttributes
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:650: error: cannot find symbol
public void cancelPrintJob(android.print.PrintJobId printJobId, int appId, int
userId) throws android.os.RemoteException;
                                   ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:651: error: cannot find symbol
```

```
public void restartPrintJob(android.print.PrintJobId printJobId, int appId, int
userId) throws android.os.RemoteException;
                                              ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:657: error: cannot find symbol
public void startPrinterDiscovery(android.print.IPrinterDiscoveryObserver
observer, java.util.List<android.print.PrinterId> priorityList, int userId)
throws android.os.RemoteException;

^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:659: error: cannot find symbol
public void validatePrinters(java.util.List<android.print.PrinterId> printerIds,
int userId) throws android.os.RemoteException;
                                               ^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:660: error: cannot find symbol
public void startPrinterStateTracking(android.print.PrinterId printerId, int
userId) throws android.os.RemoteException;
                                        ^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:661: error: cannot find symbol
public void stopPrinterStateTracking(android.print.PrinterId printerId, int
userId) throws android.os.RemoteException;
                                       ^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:305: error: cannot find symbol
@Override public java.util.List<android.print.PrintJobInfo> getPrintJobInfos(int
appId, int userId) throws android.os.RemoteException
                                     ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:324: error: cannot find symbol
@Override public android.print.PrintJobInfo
getPrintJobInfo(android.print.PrintJobId printJobId, int appId, int userId)
throws android.os.RemoteException
                                                            ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:324: error: cannot find symbol
@Override public android.print.PrintJobInfo
getPrintJobInfo(android.print.PrintJobId printJobId, int appId, int userId)
throws android.os.RemoteException
```

```
                                        ^
   symbol:    class PrintJobInfo
   location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:355: error: cannot find symbol
@Override public android.os.Bundle print(java.lang.String printJobName,
android.print.IPrintDocumentAdapter printAdapter, android.print.PrintAttributes
attributes, java.lang.String packageName, int appId, int userId) throws
android.os.RemoteException

^
   symbol:    class PrintAttributes
   location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:389: error: cannot find symbol
@Override public void cancelPrintJob(android.print.PrintJobId printJobId, int
appId, int userId) throws android.os.RemoteException
                                                      ^
   symbol:    class PrintJobId
   location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:412: error: cannot find symbol
@Override public void restartPrintJob(android.print.PrintJobId printJobId, int
appId, int userId) throws android.os.RemoteException
                                                       ^
   symbol:    class PrintJobId
   location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:520: error: cannot find symbol
@Override public void
startPrinterDiscovery(android.print.IPrinterDiscoveryObserver observer,
java.util.List<android.print.PrinterId> priorityList, int userId) throws
android.os.RemoteException

^
   symbol:    class PrinterId
   location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:553: error: cannot find symbol
@Override public void validatePrinters(java.util.List<android.print.PrinterId>
printerIds, int userId) throws android.os.RemoteException
                                                           ^
   symbol:    class PrinterId
   location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:569: error: cannot find symbol
@Override public void startPrinterStateTracking(android.print.PrinterId
printerId, int userId) throws android.os.RemoteException
                                                          ^
   symbol:    class PrinterId
   location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:591: error: cannot find symbol
@Override public void stopPrinterStateTracking(android.print.PrinterId printerId,
int userId) throws android.os.RemoteException
```

                                                                    ^
    symbol:    class PrinterId
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerCallbacks.java:203: error: cannot find symbol
public void onGetPrintJobInfosResult(java.util.List<android.print.PrintJobInfo>
printJob, int sequence) throws android.os.RemoteException;
                                                           ^
    symbol:    class PrintJobInfo
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerCallbacks.java:207: error: cannot find symbol
public void onGetPrintJobInfoResult(android.print.PrintJobInfo printJob, int
sequence) throws android.os.RemoteException;
                                            ^
    symbol:    class PrintJobInfo
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerCallbacks.java:125: error: cannot find symbol
@Override public void
onGetPrintJobInfosResult(java.util.List<android.print.PrintJobInfo> printJob,
int sequence) throws android.os.RemoteException
                                                      ^
    symbol:    class PrintJobInfo
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerCallbacks.java:177: error: cannot find symbol
@Override public void onGetPrintJobInfoResult(android.print.PrintJobInfo
printJob, int sequence) throws android.os.RemoteException
                                            ^
    symbol:    class PrintJobInfo
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerClient.java:184: error: cannot find symbol
public void onPrintJobQueued(android.print.PrintJobInfo printJob) throws
android.os.RemoteException;
                                    ^
    symbol:    class PrintJobInfo
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerClient.java:187: error: cannot find symbol
public void onPrintJobStateChanged(android.print.PrintJobInfo printJob) throws
android.os.RemoteException;
                                          ^
    symbol:    class PrintJobInfo
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerClient.java:113: error: cannot find symbol
@Override public void onPrintJobQueued(android.print.PrintJobInfo printJob)
throws android.os.RemoteException
                                        ^
    symbol:    class PrintJobInfo
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerClient.java:160: error: cannot find symbol

```
@Override public void onPrintJobStateChanged(android.print.PrintJobInfo
printJob) throws android.os.RemoteException
                                            ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:396: error: cannot find symbol
public void getPrintJobInfo(android.print.PrintJobId printJobId,
android.print.IPrintSpoolerCallbacks callback, int appId, int sequence) throws
android.os.RemoteException;
                                    ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:397: error: cannot find symbol
public void createPrintJob(android.print.PrintJobInfo printJob) throws
android.os.RemoteException;
                                  ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:398: error: cannot find symbol
public void setPrintJobState(android.print.PrintJobId printJobId, int status,
java.lang.String stateReason, android.print.IPrintSpoolerCallbacks callback, int
sequence) throws android.os.RemoteException;
                                  ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:399: error: cannot find symbol
public void setPrintJobTag(android.print.PrintJobId printJobId, java.lang.String
tag, android.print.IPrintSpoolerCallbacks callback, int sequence) throws
android.os.RemoteException;
                                 ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:400: error: cannot find symbol
public void writePrintJobData(android.os.ParcelFileDescriptor fd,
android.print.PrintJobId printJobId) throws android.os.RemoteException;
                                                                        ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:402: error: cannot find symbol
public void setPrintJobCancelling(android.print.PrintJobId printJobId, boolean
cancelling) throws android.os.RemoteException;
                                         ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:245: error: cannot find symbol
@Override public void getPrintJobInfo(android.print.PrintJobId printJobId,
android.print.IPrintSpoolerCallbacks callback, int appId, int sequence) throws
android.os.RemoteException
```

```
                                            ^
    symbol:    class PrintJobId
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:266: error: cannot find symbol
@Override public void createPrintJob(android.print.PrintJobInfo printJob) throws
android.os.RemoteException
                                            ^
    symbol:    class PrintJobInfo
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:284: error: cannot find symbol
@Override public void setPrintJobState(android.print.PrintJobId printJobId, int
status, java.lang.String stateReason, android.print.IPrintSpoolerCallbacks
callback, int sequence) throws android.os.RemoteException
                                                          ^
    symbol:    class PrintJobId
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:306: error: cannot find symbol
@Override public void setPrintJobTag(android.print.PrintJobId printJobId,
java.lang.String tag, android.print.IPrintSpoolerCallbacks callback, int
sequence) throws android.os.RemoteException
                                            ^
    symbol:    class PrintJobId
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:327: error: cannot find symbol
@Override public void writePrintJobData(android.os.ParcelFileDescriptor fd,
android.print.PrintJobId printJobId) throws android.os.RemoteException
^
    symbol:    class PrintJobId
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:364: error: cannot find symbol
@Override public void setPrintJobCancelling(android.print.PrintJobId printJobId,
boolean cancelling) throws android.os.RemoteException
                                                          ^
    symbol:    class PrintJobId
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IWriteResultCallback.java:124: error: cannot find symbol
@Override public void onWriteFinished(android.print.PageRange[] pages, int
sequence) throws android.os.RemoteException
                                            ^
    symbol:    class PageRange
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:181: error: cannot find symbol
@Override public java.util.List<android.print.PrintJobInfo> getPrintJobInfos()
throws android.os.RemoteException
                                   ^
    symbol:    class PrintJobInfo
    location: package android.print
```

```
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:198: error: cannot find symbol
@Override public android.print.PrintJobInfo
getPrintJobInfo(android.print.PrintJobId printJobId) throws
android.os.RemoteException
                                                                        ^
    symbol:   class PrintJobId
    location: package android.print
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/picture_pile.cc
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:198: error: cannot find symbol
@Override public android.print.PrintJobInfo
getPrintJobInfo(android.print.PrintJobId printJobId) throws
android.os.RemoteException
                        ^
    symbol:   class PrintJobInfo
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:227: error: cannot find symbol
@Override public boolean setPrintJobState(android.print.PrintJobId printJobId,
int state, java.lang.String error) throws android.os.RemoteException
                                                            ^
    symbol:   class PrintJobId
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:253: error: cannot find symbol
@Override public boolean setPrintJobTag(android.print.PrintJobId printJobId,
java.lang.String tag) throws android.os.RemoteException
                                                    ^
    symbol:   class PrintJobId
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:278: error: cannot find symbol
@Override public void writePrintJobData(android.os.ParcelFileDescriptor fd,
android.print.PrintJobId printJobId) throws android.os.RemoteException
^
    symbol:   class PrintJobId
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:316: error: cannot find symbol
public void requestCancelPrintJob(android.print.PrintJobInfo printJobInfo)
throws android.os.RemoteException;
                                    ^
    symbol:   class PrintJobInfo
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:317: error: cannot find symbol
public void onPrintJobQueued(android.print.PrintJobInfo printJobInfo) throws
android.os.RemoteException;
                                ^
    symbol:   class PrintJobInfo
    location: package android.print
```

```
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:319: error: cannot find symbol
public void startPrinterDiscovery(java.util.List<android.print.PrinterId>
priorityList) throws android.os.RemoteException;
                                                            ^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:321: error: cannot find symbol
public void validatePrinters(java.util.List<android.print.PrinterId> printerIds)
throws android.os.RemoteException;
                                                    ^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:322: error: cannot find symbol
public void startPrinterStateTracking(android.print.PrinterId printerId) throws
android.os.RemoteException;
                                          ^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:323: error: cannot find symbol
public void stopPrinterStateTracking(android.print.PrinterId printerId) throws
android.os.RemoteException;
                                         ^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:174: error: cannot find symbol
@Override public void requestCancelPrintJob(android.print.PrintJobInfo
printJobInfo) throws android.os.RemoteException
                                                    ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:192: error: cannot find symbol
@Override public void onPrintJobQueued(android.print.PrintJobInfo printJobInfo)
throws android.os.RemoteException
                                              ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:221: error: cannot find symbol
@Override public void
startPrinterDiscovery(java.util.List<android.print.PrinterId> priorityList)
throws android.os.RemoteException
                                                         ^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:244: error: cannot find symbol
@Override public void validatePrinters(java.util.List<android.print.PrinterId>
printerIds) throws android.os.RemoteException
                                                      ^
```

```
    symbol:   class PrinterId
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:256: error: cannot find symbol
@Override public void startPrinterStateTracking(android.print.PrinterId
printerId) throws android.os.RemoteException
                                                            ^
    symbol:   class PrinterId
    location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:274: error: cannot find symbol
@Override public void stopPrinterStateTracking(android.print.PrinterId
printerId) throws android.os.RemoteException
                                                            ^
    symbol:   class PrinterId
    location: package android.print
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/picture_pile_base.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/picture_pile_impl.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/pixel_buffer_raster_worker_pool.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/prioritized_resource.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/prioritized_resource_manager.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/prioritized_tile_set.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/priority_calculator.cc
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/resources/raster_mode.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/raster_worker_pool.cc
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/resources/rasterizer.cc
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/resources/resource.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/resource_format.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/resource_pool.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/resource_provider.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/resource_update.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/resource_update_controller.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/resource_update_queue.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/scoped_resource.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/scoped_ui_resource.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/shared_bitmap.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/single_release_callback.cc
```

```
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/skpicture_content_layer_updater.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/task_graph_runner.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/texture_mailbox.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/texture_mailbox_deleter.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/texture_uploader.cc
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/resources/tile.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/tile_manager.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/tile_priority.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/transferable_resource.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/ui_resource_bitmap.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/ui_resource_request.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/resources/video_resource_updater.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/scheduler/delay_based_time_source.cc
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/scheduler/scheduler.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/scheduler/scheduler_settings.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/scheduler/scheduler_state_machine.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/trees/blocking_task_runner.cc
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/trees/damage_tracker.cc
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/trees/layer_sorter.cc
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/trees/layer_tree_host.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/trees/layer_tree_host_common.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/trees/layer_tree_host_impl.cc
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/trees/layer_tree_impl.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/trees/layer_tree_settings.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/trees/occlusion_tracker.cc
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/trees/proxy.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/trees/proxy_timing_history.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/trees/single_thread_proxy.cc
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/trees/thread_proxy.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/trees/tree_synchronizer.cc
target thumb C++: gpu_gl_in_process_context_gyp <=
external/chromium_org/gpu/command_buffer/client/gl_in_process_context.cc
Symlink: out/target/product/generic/system/bin/cat -> toolbox
```

```
Symlink: out/target/product/generic/system/bin/chcon -> toolbox
Symlink: out/target/product/generic/system/bin/chmod -> toolbox
Symlink: out/target/product/generic/system/bin/chown -> toolbox
target Symbolic: cjpeg (out/target/product/generic/system/bin/cjpeg)
Symlink: out/target/product/generic/system/bin/clear -> toolbox
Symlink: out/target/product/generic/system/bin/cmp -> toolbox
Symlink: out/target/product/generic/system/bin/cp -> toolbox
target Symbolic: dalvikvm
(out/target/product/generic/symbols/system/bin/dalvikvm32)
Symlink: out/target/product/generic/system/bin/date -> toolbox
Symlink: out/target/product/generic/system/bin/dd -> toolbox
target Symbolic: debuggerd
(out/target/product/generic/symbols/system/bin/debuggerd)
Symlink: out/target/product/generic/system/bin/df -> toolbox
target Symbolic: dhcpcd (out/target/product/generic/symbols/system/bin/dhcpcd)
target Symbolic: djpeg (out/target/product/generic/symbols/system/bin/djpeg)
target Symbolic: e2fsck (out/target/product/generic/symbols/system/bin/e2fsck)
target Strip: make_ext4fs
(out/target/product/generic/obj/EXECUTABLES/make_ext4fs_intermediates/make_ext4f
s)
target Strip: netcfg
(out/target/product/generic/obj/EXECUTABLES/netcfg_intermediates/netcfg)
target Strip: gps.goldfish (out/target/product/generic/obj/lib/gps.goldfish.so)
Copying: out/target/common/obj/JAVA_LIBRARIES/dexmaker-
mockmaker_intermediates/emma_out/lib/classes-jarjar.jar
target Strip: puncture_fs
(out/target/product/generic/obj/EXECUTABLES/puncture_fs_intermediates/puncture_f
s)
target Symbolic: webrtc_apm_unit_test
(out/target/product/generic/symbols/data/nativetest/webrtc_apm_unit_test/webrtc_
apm_unit_test)
Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
support_intermediates/emma_out/lib/classes-jarjar.jar
target Strip: libframeworks_coretests_jni
(out/target/product/generic/obj/lib/libframeworks_coretests_jni.so)
target Strip: camera3_tests
(out/target/product/generic/obj/EXECUTABLES/camera3_tests_intermediates/camera3_
tests)
target Strip: fingerprint_tests
(out/target/product/generic/obj/EXECUTABLES/fingerprint_tests_intermediates/fing
erprint_tests)
target Strip: primitives_tests
(out/target/product/generic/obj/EXECUTABLES/primitives_tests_intermediates/primi
tives_tests)
target Symbolic: libutils
(out/target/product/generic/symbols/system/lib/libutils.so)
target Symbolic: backtrace_test
(out/target/product/generic/symbols/data/nativetest/backtrace_test/backtrace_tes
t)
Copying:
out/target/common/obj/JAVA_LIBRARIES/bouncycastle_intermediates/classes.dex
target Symbolic: libLLVM
(out/target/product/generic/symbols/system/lib/libLLVM.so)
target Strip: libhardware_legacy
(out/target/product/generic/obj/lib/libhardware_legacy.so)
```

```
target Strip: libmemtrack (out/target/product/generic/obj/lib/libmemtrack.so)
Copying: out/target/common/obj/JAVA_LIBRARIES/android-support-v4-
froyo_intermediates/emma_out/lib/classes-jarjar.jar
target Strip: bluetooth.default
(out/target/product/generic/obj/lib/bluetooth.default.so)
target Dex: Galaxy4
target Strip: libjni_jpegutil
(out/target/product/generic/obj/lib/libjni_jpegutil.so)
target Strip: libjni_jpegstream
(out/target/product/generic/obj/lib/libjni_jpegstream.so)
target Dex: HoloSpiralWallpaper
Copying:
out/target/common/obj/APPS/NoiseField_intermediates/emma_out/lib/classes-
jarjar.jar
target Dex: PhaseBeam
target Dex: VisualizationWallpapers
target StaticLib: third_party_WebKit_Source_core_webcore_generated_gyp
(out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_core_
webcore_generated_gyp_intermediates/third_party_WebKit_Source_core_webcore_gener
ated_gyp.a)
target Strip: cjpeg
(out/target/product/generic/obj/EXECUTABLES/cjpeg_intermediates/cjpeg)
target Strip: dalvikvm
(out/target/product/generic/obj/EXECUTABLES/dalvikvm_intermediates/dalvikvm32)
target Strip: debuggerd
(out/target/product/generic/obj/EXECUTABLES/debuggerd_intermediates/debuggerd)
target Strip: dhcpcd
(out/target/product/generic/obj/EXECUTABLES/dhcpcd_intermediates/dhcpcd)
target Strip: djpeg
(out/target/product/generic/obj/EXECUTABLES/djpeg_intermediates/djpeg)
target Strip: e2fsck
(out/target/product/generic/obj/EXECUTABLES/e2fsck_intermediates/e2fsck)
Install: out/target/product/generic/system/bin/make_ext4fs
Install: out/target/product/generic/system/bin/netcfg
target Executable: netd
(out/target/product/generic/obj/EXECUTABLES/netd_intermediates/LINKED/netd)
Install: out/target/product/generic/system/framework/okhttp.jar
Install: out/target/product/generic/system/lib/hw/gps.goldfish.so
target SharedLib: libpixelflinger
(out/target/product/generic/obj/SHARED_LIBRARIES/libpixelflinger_intermediates/L
INKED/libpixelflinger.so)
target SharedLib: vibrator.goldfish
(out/target/product/generic/obj/SHARED_LIBRARIES/vibrator.goldfish_intermediates
/LINKED/vibrator.goldfish.so)
Install: out/target/product/generic/system/xbin/puncture_fs
target Executable: daemonize
(out/target/product/generic/obj/EXECUTABLES/daemonize_intermediates/LINKED/daemo
nize)
Copying: out/target/common/obj/JAVA_LIBRARIES/dexmaker-
mockmaker_intermediates/classes.jar
target Package: FrameworkCoreTests_install
(out/target/product/generic/obj/APPS/FrameworkCoreTests_install_intermediates/pa
ckage.apk)
```

```
target Strip: webrtc_apm_unit_test
(out/target/product/generic/obj/EXECUTABLES/webrtc_apm_unit_test_intermediates/w
ebrtc_apm_unit_test)
target Package: FrameworkCoreTests_install_decl_perm
(out/target/product/generic/obj/APPS/FrameworkCoreTests_install_decl_perm_interm
ediates/package.apk)
target Package: FrameworkCoreTests_install_loc_auto
(out/target/product/generic/obj/APPS/FrameworkCoreTests_install_loc_auto_interme
diates/package.apk)
target Package: FrameworkCoreTests_install_loc_internal
(out/target/product/generic/obj/APPS/FrameworkCoreTests_install_loc_internal_int
ermediates/package.apk)
target Package: FrameworkCoreTests_install_loc_sdcard
(out/target/product/generic/obj/APPS/FrameworkCoreTests_install_loc_sdcard_inter
mediates/package.apk)
target Package: FrameworkCoreTests_install_loc_unspecified
(out/target/product/generic/obj/APPS/FrameworkCoreTests_install_loc_unspecified_
intermediates/package.apk)
target Package: FrameworkCoreTests_install_use_perm_good
(out/target/product/generic/obj/APPS/FrameworkCoreTests_install_use_perm_good_in
termediates/package.apk)
target Package: FrameworkCoreTests_install_uses_feature
(out/target/product/generic/obj/APPS/FrameworkCoreTests_install_uses_feature_int
ermediates/package.apk)
target Package: FrameworkCoreTests_install_verifier_bad
(out/target/product/generic/obj/APPS/FrameworkCoreTests_install_verifier_bad_int
ermediates/package.apk)
target Package: FrameworkCoreTests_install_verifier_good
(out/target/product/generic/obj/APPS/FrameworkCoreTests_install_verifier_good_in
termediates/package.apk)
target Package: FrameworkCoreTests_keyset_sa_unone
(out/target/product/generic/obj/APPS/FrameworkCoreTests_keyset_sa_unone_intermed
iates/package.apk)
target Package: FrameworkCoreTests_keyset_sa_ua
(out/target/product/generic/obj/APPS/FrameworkCoreTests_keyset_sa_ua_intermediat
es/package.apk)
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
  adding: lib/ (stored 0%)
```

```
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so  adding: lib/ (stored
0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
 (deflated 75%)
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
target Package: FrameworkCoreTests_keyset_sa_ub
(out/target/product/generic/obj/APPS/FrameworkCoreTests_keyset_sa_ub_intermediat
es/package.apk)
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
target Package: FrameworkCoreTests_keyset_sa_uab
(out/target/product/generic/obj/APPS/FrameworkCoreTests_keyset_sa_uab_intermedia
tes/package.apk)
target Package: FrameworkCoreTests_keyset_sa_ua_ub
(out/target/product/generic/obj/APPS/FrameworkCoreTests_keyset_sa_ua_ub_intermed
iates/package.apk)
target Package: FrameworkCoreTests_keyset_permdef_sa_unone
(out/target/product/generic/obj/APPS/FrameworkCoreTests_keyset_permdef_sa_unone_
intermediates/package.apk)
target Package: FrameworkCoreTests_keyset_permuse_sa_ua_ub
(out/target/product/generic/obj/APPS/FrameworkCoreTests_keyset_permuse_sa_ua_ub_
intermediates/package.apk)
target Package: FrameworkCoreTests_keyset_sb_ua
(out/target/product/generic/obj/APPS/FrameworkCoreTests_keyset_sb_ua_intermediat
es/package.apk)
target Package: FrameworkCoreTests_keyset_sb_ub
(out/target/product/generic/obj/APPS/FrameworkCoreTests_keyset_sb_ub_intermediat
es/package.apk)
target Package: FrameworkCoreTests_keyset_permuse_sb_ua_ub
(out/target/product/generic/obj/APPS/FrameworkCoreTests_keyset_permuse_sb_ua_ub_
intermediates/package.apk)
target Package: FrameworkCoreTests_keyset_sab_ua
(out/target/product/generic/obj/APPS/FrameworkCoreTests_keyset_sab_ua_intermedia
tes/package.apk)
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
  adding: lib/ (stored 0%)
```

```
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
target Package: FrameworkCoreTests_keyset_sau_ub
(out/target/product/generic/obj/APPS/FrameworkCoreTests_keyset_sau_ub_intermedia
tes/package.apk)
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
target Package: FrameworkCoreTests_keyset_splat_api
(out/target/product/generic/obj/APPS/FrameworkCoreTests_keyset_splat_api_interme
diates/package.apk)
target Package: FrameworkCoreTests_keyset_splata_api
(out/target/product/generic/obj/APPS/FrameworkCoreTests_keyset_splata_api_interm
ediates/package.apk)
Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
support_intermediates/classes.jar
target Strip: libutils (out/target/product/generic/obj/lib/libutils.so)
target Jar: bouncycastle
(out/target/common/obj/JAVA_LIBRARIES/bouncycastle_intermediates/javalib.jar)
Install: out/target/product/generic/system/lib/libhardware_legacy.so
target Strip: backtrace_test
(out/target/product/generic/obj/EXECUTABLES/backtrace_test_intermediates/backtra
ce_test)
target Strip: libLLVM (out/target/product/generic/obj/lib/libLLVM.so)
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
Install: out/target/product/generic/system/lib/libmemtrack.so
Install: out/target/product/generic/system/lib/hw/bluetooth.default.so
Copying: out/target/common/obj/JAVA_LIBRARIES/android-support-v4-
froyo_intermediates/classes.jar
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
Install: out/target/product/generic/system/lib/libjni_jpegutil.so
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
Copying: out/target/common/obj/APPS/Galaxy4_intermediates/classes.dex
Install: out/target/product/generic/system/lib/libjni_jpegstream.so
  adding: lib/ (stored 0%)
  adding: lib/armeabi-v7a/ (stored 0%)
  adding: lib/armeabi-v7a/libframeworks_coretests_jni.so (deflated 75%)
Copying:
out/target/common/obj/APPS/HoloSpiralWallpaper_intermediates/classes.dex
Copying: out/target/common/obj/APPS/NoiseField_intermediates/classes.jar
```

```
target SharedLib: libpac
(out/target/product/generic/obj/SHARED_LIBRARIES/libpac_intermediates/LINKED/lib
pac.so)
Copying: out/target/common/obj/APPS/PhaseBeam_intermediates/classes.dex
Copying:
out/target/common/obj/APPS/VisualizationWallpapers_intermediates/classes.dex
target SharedLib: libttspico
(out/target/product/generic/obj/SHARED_LIBRARIES/libttspico_intermediates/LINKED
/libttspico.so)
Gyp timestamp:
out/target/product/generic/obj/GYP/third_party_WebKit_Source_core_webcore_gyp_in
termediates/webcore.stamp
target Executable: bdt
(out/target/product/generic/obj/EXECUTABLES/bdt_intermediates/LINKED/bdt)
target SharedLib: libtinyalsa
(out/target/product/generic/obj/SHARED_LIBRARIES/libtinyalsa_intermediates/LINKE
D/libtinyalsa.so)
target StaticLib: gpu_gl_in_process_context_gyp
(out/target/product/generic/obj/STATIC_LIBRARIES/gpu_gl_in_process_context_gyp_i
ntermediates/gpu_gl_in_process_context_gyp.a)
Install: out/target/product/generic/system/bin/cjpeg
Install: out/target/product/generic/system/bin/dalvikvm32
Install: out/target/product/generic/system/bin/debuggerd
Install: out/target/product/generic/system/bin/dhcpcd
target SharedLib: libart
(out/target/product/generic/obj/SHARED_LIBRARIES/libart_intermediates/LINKED/lib
art.so)
Install: out/target/product/generic/system/bin/djpeg
Install: out/target/product/generic/system/bin/e2fsck
target Executable: logd
(out/target/product/generic/obj/EXECUTABLES/logd_intermediates/LINKED/logd)
target Symbolic: netd (out/target/product/generic/symbols/system/bin/netd)
target SharedLib: libjavacore
(out/target/product/generic/obj/SHARED_LIBRARIES/libjavacore_intermediates/LINKE
D/libjavacore.so)
target SharedLib: libGLESv1_enc
(out/target/product/generic/obj/SHARED_LIBRARIES/libGLESv1_enc_intermediates/LIN
KED/libGLESv1_enc.so)
target SharedLib: libGLESv2_enc
(out/target/product/generic/obj/SHARED_LIBRARIES/libGLESv2_enc_intermediates/LIN
KED/libGLESv2_enc.so)
target Symbolic: libpixelflinger
(out/target/product/generic/symbols/system/lib/libpixelflinger.so)
target SharedLib: lib_renderControl_enc
(out/target/product/generic/obj/SHARED_LIBRARIES/lib_renderControl_enc_intermedi
ates/LINKED/lib_renderControl_enc.so)
target Symbolic: vibrator.goldfish
(out/target/product/generic/symbols/system/lib/hw/vibrator.goldfish.so)
target SharedLib: audio_policy.default
(out/target/product/generic/obj/SHARED_LIBRARIES/audio_policy.default_intermedia
tes/LINKED/audio_policy.default.so)
target SharedLib: libexif
(out/target/product/generic/obj/SHARED_LIBRARIES/libexif_intermediates/LINKED/li
bexif.so)
```

```
target SharedLib: libjhead
(out/target/product/generic/obj/SHARED_LIBRARIES/libjhead_intermediates/LINKED/l
ibjhead.so)
target SharedLib: libaudiopreprocessing
(out/target/product/generic/obj/SHARED_LIBRARIES/libaudiopreprocessing_intermedi
ates/LINKED/libaudiopreprocessing.so)
target SharedLib: libeffectproxy
(out/target/product/generic/obj/SHARED_LIBRARIES/libeffectproxy_intermediates/LI
NKED/libeffectproxy.so)
target SharedLib: libdefcontainer_jni
(out/target/product/generic/obj/SHARED_LIBRARIES/libdefcontainer_jni_intermediat
es/LINKED/libdefcontainer_jni.so)
target Symbolic: daemonize
(out/target/product/generic/symbols/system/xbin/daemonize)
target Executable: dexdump
(out/target/product/generic/obj/EXECUTABLES/dexdump_intermediates/LINKED/dexdump
)
target Executable: timeinfo
(out/target/product/generic/obj/EXECUTABLES/timeinfo_intermediates/LINKED/timein
fo)
target SharedLib: libartd
(out/target/product/generic/obj/SHARED_LIBRARIES/libartd_intermediates/LINKED/li
bartd.so)
target Static Jar: dexmaker-mockmaker
(out/target/common/obj/JAVA_LIBRARIES/dexmaker-
mockmaker_intermediates/javalib.jar)
target SharedLib: libdrmtestplugin
(out/target/product/generic/obj/SHARED_LIBRARIES/libdrmtestplugin_intermediates/
LINKED/libdrmtestplugin.so)
target Executable: webrtc_isac_test
(out/target/product/generic/obj/EXECUTABLES/webrtc_isac_test_intermediates/LINKE
D/webrtc_isac_test)
target Executable: webrtc_apm_process_test
(out/target/product/generic/obj/EXECUTABLES/webrtc_apm_process_test_intermediate
s/LINKED/webrtc_apm_process_test)
target Executable: resampler_tests
(out/target/product/generic/obj/EXECUTABLES/resampler_tests_intermediates/LINKED
/resampler_tests)
target Static Jar: core-tests-support
(out/target/common/obj/JAVA_LIBRARIES/core-tests-
support_intermediates/javalib.jar)
target Executable: test-touchlag
(out/target/product/generic/obj/EXECUTABLES/test-
touchlag_intermediates/LINKED/test-touchlag)
target Executable: recovery_test
(out/target/product/generic/obj/EXECUTABLES/recovery_test_intermediates/LINKED/r
ecovery_test)
target Executable: keymaster_test
(out/target/product/generic/obj/EXECUTABLES/keymaster_test_intermediates/LINKED/
keymaster_test)
target Executable: socketTag
(out/target/product/generic/obj/EXECUTABLES/socketTag_intermediates/LINKED/socke
tTag)
```

```
target Executable: wifiLoadScanAssoc
(out/target/product/generic/obj/EXECUTABLES/wifiLoadScanAssoc_intermediates/LINK
ED/wifiLoadScanAssoc)
target Executable: camera_metadata_tests
(out/target/product/generic/obj/EXECUTABLES/camera_metadata_tests_intermediates/
LINKED/camera_metadata_tests)
Install: out/target/product/generic/system/lib/libutils.so
target SharedLib: libbinder
(out/target/product/generic/obj/SHARED_LIBRARIES/libbinder_intermediates/LINKED/
libbinder.so)
Install:
out/target/product/generic/data/nativetest/backtrace_test/backtrace_test
target SharedLib: libGLES_trace
(out/target/product/generic/obj/SHARED_LIBRARIES/libGLES_trace_intermediates/LIN
KED/libGLES_trace.so)
target SharedLib: libui
(out/target/product/generic/obj/SHARED_LIBRARIES/libui_intermediates/LINKED/libu
i.so)
target SharedLib: libharfbuzz_ng
(out/target/product/generic/obj/SHARED_LIBRARIES/libharfbuzz_ng_intermediates/LI
NKED/libharfbuzz_ng.so)
target SharedLib: libRScpp
(out/target/product/generic/obj/SHARED_LIBRARIES/libRScpp_intermediates/LINKED/l
ibRScpp.so)
target SharedLib: libsonivox
(out/target/product/generic/obj/SHARED_LIBRARIES/libsonivox_intermediates/LINKED
/libsonivox.so)
target SharedLib: libprocessgroup
(out/target/product/generic/obj/SHARED_LIBRARIES/libprocessgroup_intermediates/L
INKED/libprocessgroup.so)
target SharedLib: libsqlite
(out/target/product/generic/obj/SHARED_LIBRARIES/libsqlite_intermediates/LINKED/
libsqlite.so)
target Static Jar: android-support-v4-froyo
(out/target/common/obj/JAVA_LIBRARIES/android-support-v4-
froyo_intermediates/javalib.jar)
target Package: Galaxy4
(out/target/product/generic/obj/APPS/Galaxy4_intermediates/package.apk)
target Package: HoloSpiralWallpaper
(out/target/product/generic/obj/APPS/HoloSpiralWallpaper_intermediates/package.a
pk)
Proguard:
out/target/common/obj/APPS/NoiseField_intermediates/proguard.classes.jar
target Package: PhaseBeam
(out/target/product/generic/obj/APPS/PhaseBeam_intermediates/package.apk)
target Symbolic: libttspico
(out/target/product/generic/symbols/system/lib/libttspico.so)
target Package: VisualizationWallpapers
(out/target/product/generic/obj/APPS/VisualizationWallpapers_intermediates/packa
ge.apk)
Gyp action: third_party_WebKit_Source_web_web_gyp_blink_web_target_PickerCommon
(out/target/product/generic/obj/GYP/shared_intermediates/blink/PickerCommon.h)
Gyp action:
third_party_WebKit_Source_web_web_gyp_blink_web_target_CalendarPicker
(out/target/product/generic/obj/GYP/shared_intermediates/blink/CalendarPicker.h)
```

```
Gyp action:
third_party_WebKit_Source_web_web_gyp_blink_web_target_ColorSuggestionPicker
(out/target/product/generic/obj/GYP/shared_intermediates/blink/ColorSuggestionPi
cker.h)
Gyp action:
third_party_WebKit_Source_modules_modules_gyp_modules_target_FetchPolyfill
(out/target/product/generic/obj/GYP/shared_intermediates/blink/FetchPolyfill.h)
Gyp action:
third_party_WebKit_Source_modules_modules_gyp_modules_target_CachePolyfill
(out/target/product/generic/obj/GYP/shared_intermediates/blink/CachePolyfill.h)
Gyp action:
third_party_WebKit_Source_modules_modules_gyp_modules_target_CacheStoragePolyfil
l
(out/target/product/generic/obj/GYP/shared_intermediates/blink/CacheStoragePolyf
ill.h)
target Symbolic: bdt (out/target/product/generic/symbols/system/bin/bdt)
target Symbolic: libtinyalsa
(out/target/product/generic/symbols/system/lib/libtinyalsa.so)
Symlink: out/target/product/generic/system/bin/dalvikvm -> dalvikvm32
target Symbolic: logd (out/target/product/generic/symbols/system/bin/logd)
target Symbolic: libjavacore
(out/target/product/generic/symbols/system/lib/libjavacore.so)
target Strip: netd
(out/target/product/generic/obj/EXECUTABLES/netd_intermediates/netd)
target Symbolic: libGLESv1_enc
(out/target/product/generic/symbols/system/lib/libGLESv1_enc.so)
target Symbolic: libGLESv2_enc
(out/target/product/generic/symbols/system/lib/libGLESv2_enc.so)
target Symbolic: lib_renderControl_enc
(out/target/product/generic/symbols/system/lib/lib_renderControl_enc.so)
target Strip: libpixelflinger
(out/target/product/generic/obj/lib/libpixelflinger.so)
target Symbolic: audio_policy.default
(out/target/product/generic/symbols/system/lib/hw/audio_policy.default.so)
target Symbolic: libexif
(out/target/product/generic/symbols/system/lib/libexif.so)
target Strip: vibrator.goldfish
(out/target/product/generic/obj/lib/vibrator.goldfish.so)
ProGuard, version 4.10
target Symbolic: libjhead
(out/target/product/generic/symbols/system/lib/libjhead.so)
Reading input...
target Symbolic: libaudiopreprocessing
(out/target/product/generic/symbols/system/lib/soundfx/libaudiopreprocessing.so)
target Symbolic: libeffectproxy
(out/target/product/generic/symbols/system/lib/soundfx/libeffectproxy.so)
packages/wallpapers/Galaxy4/res/drawable-nodpi/staticstar2.png: libpng warning:
iCCP: Not recognizing known sRGB profile that has been edited
target Symbolic: libdefcontainer_jni
(out/target/product/generic/symbols/system/lib/libdefcontainer_jni.so)
target Symbolic: dexdump
(out/target/product/generic/symbols/system/xbin/dexdump)
target Strip: daemonize
(out/target/product/generic/obj/EXECUTABLES/daemonize_intermediates/daemonize)
```

```
target Symbolic: timeinfo
(out/target/product/generic/symbols/system/xbin/timeinfo)
target Symbolic: libdrmtestplugin
(out/target/product/generic/symbols/system/lib/libdrmtestplugin.so)
target Java: mockito-target (out/target/common/obj/JAVA_LIBRARIES/mockito-
target_intermediates/classes)
target Symbolic: webrtc_isac_test
(out/target/product/generic/symbols/data/nativetest/webrtc_isac_test/webrtc_isac
_test)
target Symbolic: webrtc_apm_process_test
(out/target/product/generic/symbols/data/nativetest/webrtc_apm_process_test/webr
tc_apm_process_test)
target Symbolic: resampler_tests
(out/target/product/generic/symbols/system/bin/resampler_tests)
Reading program jar
[/home/ubuntu/out/target/common/obj/APPS/NoiseField_intermediates/classes.jar]
packages/wallpapers/PhaseBeam/res/drawable-nodpi/beam.png: libpng warning: iCCP:
Not recognizing known sRGB profile that has been edited
packages/wallpapers/PhaseBeam/res/drawable-nodpi/dot.png: libpng warning: iCCP:
Not recognizing known sRGB profile that has been edited
target Symbolic: test-touchlag
(out/target/product/generic/symbols/system/bin/test-touchlag)
target Symbolic: keymaster_test
(out/target/product/generic/symbols/system/bin/keymaster_test)
target Symbolic: recovery_test
(out/target/product/generic/symbols/data/nativetest/recovery_test/recovery_test)
target Executable: test-opengl-codegen
(out/target/product/generic/obj/EXECUTABLES/test-opengl-
codegen_intermediates/LINKED/test-opengl-codegen)
target Symbolic: socketTag
(out/target/product/generic/symbols/data/nativetest/socketTag/socketTag)
target Symbolic: wifiLoadScanAssoc
(out/target/product/generic/symbols/data/nativetest/wifiLoadScanAssoc/wifiLoadSc
anAssoc)
target Symbolic: camera_metadata_tests
(out/target/product/generic/symbols/data/nativetest/camera_metadata_tests/camera
_metadata_tests)
Reading library jar
[/home/ubuntu/out/target/common/obj/JAVA_LIBRARIES/sdk_v17_intermediates/classes
.jar]
target Symbolic: libbinder
(out/target/product/generic/symbols/system/lib/libbinder.so)
target Symbolic: libGLES_trace
(out/target/product/generic/symbols/system/lib/libGLES_trace.so)
target Symbolic: libui (out/target/product/generic/symbols/system/lib/libui.so)
target Symbolic: libharfbuzz_ng
(out/target/product/generic/symbols/system/lib/libharfbuzz_ng.so)
target Symbolic: libRScpp
(out/target/product/generic/symbols/system/lib/libRScpp.so)
target Symbolic: libsonivox
(out/target/product/generic/symbols/system/lib/libsonivox.so)
target SharedLib: libbcinfo
(out/target/product/generic/obj/SHARED_LIBRARIES/libbcinfo_intermediates/LINKED/
libbcinfo.so)
```

```
target Symbolic: libprocessgroup
(out/target/product/generic/symbols/system/lib/libprocessgroup.so)
target Symbolic: libsqlite
(out/target/product/generic/symbols/system/lib/libsqlite.so)
Install: out/target/product/generic/system/lib/libLLVM.so
clang: warning: argument unused during compilation: '-nodefaultlibs'
target Java: android-support-v4-gingerbread
(out/target/common/obj/JAVA_LIBRARIES/android-support-v4-
gingerbread_intermediates/classes)
mkdir -p
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_web_bl
ink_web_gyp_intermediates; cp
out/target/product/generic/obj/GYP/shared_intermediates/blink/PickerCommon.cpp
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_web_bl
ink_web_gyp_intermediates/PickerCommon.cpp
mkdir -p
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_web_bl
ink_web_gyp_intermediates; cp
out/target/product/generic/obj/GYP/shared_intermediates/blink/CalendarPicker.cpp
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_web_bl
ink_web_gyp_intermediates/CalendarPicker.cpp
target Strip: libttspico (out/target/product/generic/obj/lib/libttspico.so)
mkdir -p
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_web_bl
ink_web_gyp_intermediates; cp
out/target/product/generic/obj/GYP/shared_intermediates/blink/ColorSuggestionPic
ker.cpp
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_web_bl
ink_web_gyp_intermediates/ColorSuggestionPicker.cpp
mkdir -p
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_module
s_modules_gyp_intermediates; cp
out/target/product/generic/obj/GYP/shared_intermediates/blink/FetchPolyfill.cpp
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_module
s_modules_gyp_intermediates/FetchPolyfill.cpp
mkdir -p
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_module
s_modules_gyp_intermediates; cp
out/target/product/generic/obj/GYP/shared_intermediates/blink/CachePolyfill.cpp
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_module
s_modules_gyp_intermediates/CachePolyfill.cpp
mkdir -p
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_module
s_modules_gyp_intermediates; cp
out/target/product/generic/obj/GYP/shared_intermediates/blink/CacheStoragePolyfi
ll.cpp
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_module
s_modules_gyp_intermediates/CacheStoragePolyfill.cpp
target Strip: bdt
(out/target/product/generic/obj/EXECUTABLES/bdt_intermediates/bdt)
/bin/bash: out/target/common/obj/JAVA_LIBRARIES/mockito-
target_intermediates/classes/java-source-list: No such file or directory
target Strip: libtinyalsa (out/target/product/generic/obj/lib/libtinyalsa.so)
Install: out/target/product/generic/system/bin/netd
```

```
target Strip: logd
(out/target/product/generic/obj/EXECUTABLES/logd_intermediates/logd)
target Strip: libjavacore (out/target/product/generic/obj/lib/libjavacore.so)
Install: out/target/product/generic/system/framework/bouncycastle.jar
target Strip: libGLESv1_enc
(out/target/product/generic/obj/lib/libGLESv1_enc.so)
target Strip: libGLESv2_enc
(out/target/product/generic/obj/lib/libGLESv2_enc.so)
Install: out/target/product/generic/system/lib/libpixelflinger.so
target Strip: lib_renderControl_enc
(out/target/product/generic/obj/lib/lib_renderControl_enc.so)
target Strip: audio_policy.default
(out/target/product/generic/obj/lib/audio_policy.default.so)
Install: out/target/product/generic/system/lib/hw/vibrator.goldfish.so
target Strip: libexif (out/target/product/generic/obj/lib/libexif.so)
target Strip: libjhead (out/target/product/generic/obj/lib/libjhead.so)
target Strip: libaudiopreprocessing
(out/target/product/generic/obj/lib/libaudiopreprocessing.so)
target Strip: libeffectproxy
(out/target/product/generic/obj/lib/libeffectproxy.so)
Install: out/target/product/generic/system/xbin/daemonize
target Strip: libdefcontainer_jni
(out/target/product/generic/obj/lib/libdefcontainer_jni.so)
target Strip: dexdump
(out/target/product/generic/obj/EXECUTABLES/dexdump_intermediates/dexdump)
target Strip: timeinfo
(out/target/product/generic/obj/EXECUTABLES/timeinfo_intermediates/timeinfo)
target Strip: libdrmtestplugin
(out/target/product/generic/obj/lib/libdrmtestplugin.so)
target Strip: webrtc_isac_test
(out/target/product/generic/obj/EXECUTABLES/webrtc_isac_test_intermediates/webrt
c_isac_test)
target Strip: webrtc_apm_process_test
(out/target/product/generic/obj/EXECUTABLES/webrtc_apm_process_test_intermediate
s/webrtc_apm_process_test)
target Strip: resampler_tests
(out/target/product/generic/obj/EXECUTABLES/resampler_tests_intermediates/resamp
ler_tests)
target Java: core-tests (out/target/common/obj/JAVA_LIBRARIES/core-
tests_intermediates/classes)
target Strip: test-touchlag (out/target/product/generic/obj/EXECUTABLES/test-
touchlag_intermediates/test-touchlag)
target Symbolic: test-opengl-codegen
(out/target/product/generic/symbols/data/nativetest/test-opengl-codegen/test-
opengl-codegen)
target Strip: keymaster_test
(out/target/product/generic/obj/EXECUTABLES/keymaster_test_intermediates/keymast
er_test)
Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
```

```
target Executable: pcmtest
(out/target/product/generic/obj/EXECUTABLES/pcmtest_intermediates/LINKED/pcmtest
)
target Strip: recovery_test
(out/target/product/generic/obj/EXECUTABLES/recovery_test_intermediates/recovery
_test)
target Strip: socketTag
(out/target/product/generic/obj/EXECUTABLES/socketTag_intermediates/socketTag)
target Strip: wifiLoadScanAssoc
(out/target/product/generic/obj/EXECUTABLES/wifiLoadScanAssoc_intermediates/wifi
LoadScanAssoc)
target Strip: camera_metadata_tests
(out/target/product/generic/obj/EXECUTABLES/camera_metadata_tests_intermediates/
camera_metadata_tests)
target Strip: libbinder (out/target/product/generic/obj/lib/libbinder.so)
target Strip: libGLES_trace
(out/target/product/generic/obj/lib/libGLES_trace.so)
target Strip: libui (out/target/product/generic/obj/lib/libui.so)
target Symbolic: libbcinfo
(out/target/product/generic/symbols/system/lib/libbcinfo.so)
target Strip: libharfbuzz_ng
(out/target/product/generic/obj/lib/libharfbuzz_ng.so)
target Strip: libRScpp (out/target/product/generic/obj/lib/libRScpp.so)
target Strip: libsonivox (out/target/product/generic/obj/lib/libsonivox.so)
target SharedLib: libstagefright_foundation
(out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_foundation_inter
mediates/LINKED/libstagefright_foundation.so)
target Strip: libprocessgroup
(out/target/product/generic/obj/lib/libprocessgroup.so)
target SharedLib: libsoundtrigger
(out/target/product/generic/obj/SHARED_LIBRARIES/libsoundtrigger_intermediates/L
INKED/libsoundtrigger.so)
Install: out/target/product/generic/system/lib/libGLES_trace.so
Install: out/target/product/generic/system/lib/libui.so
Install: out/target/product/generic/system/lib/libharfbuzz_ng.so
target Strip: libsqlite (out/target/product/generic/obj/lib/libsqlite.so)
Install: out/target/product/generic/system/lib/libRScpp.so
Install: out/target/product/generic/system/lib/libsonivox.so
Install: out/target/product/generic/system/lib/libprocessgroup.so
Install: out/target/product/generic/system/lib/libttspico.so
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/AssertMatchingEnums.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/AssociatedURLLoader.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/BackForwardClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ChromeClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ColorChooserPopupUIControlle
r.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ColorChooserUIController.cpp
```

```
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/CompositionUnderlineVectorBu
ilder.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ContextFeaturesClientImpl.cp
p
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ContextMenuClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/DatabaseClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/DateTimeChooserImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/DragClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/EditorClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/EventListenerWrapper.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ExternalDateTimeChooser.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ExternalPopupMenu.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/FindInPageCoordinates.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/FrameLoaderClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/FullscreenController.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/GeolocationClientProxy.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/GraphicsLayerFactoryChromium
.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/IndexedDBClientImpl.cpp
Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/InspectorClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/InspectorFrontendClientImpl.
cpp
Initializing...
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/LinkHighlight.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/LocalFileSystemClient.cpp
Ignoring unused library classes...
  Original number of library classes: 3259
  Final number of library classes:    3259
Shrinking...
```

```
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/MediaKeysClientImpl.cpp
Removing unused program classes and class elements...
   Original number of program classes: 20
   Final number of program classes:    13
Writing output...
Preparing output jar
[/home/ubuntu/out/target/common/obj/APPS/NoiseField_intermediates/proguard.class
es.jar]
   Copying resources from program jar
[/home/ubuntu/out/target/common/obj/APPS/NoiseField_intermediates/classes.jar]
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/MIDIClientProxy.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/NavigatorContentUtilsClientI
mpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/NotificationPresenterImpl.cp
p
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/OpenedFrameTracker.cpp
frameworks/base/core/java/android/app/ContextImpl.java:682: error: cannot find
symbol
               return new PrintManager(ctx.getOuterContext(), service,
UserHandle.myUserId(),
                     ^
   symbol: class PrintManager
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/PageOverlay.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/PageOverlayList.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/PageScaleConstraintsSet.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/PageWidgetDelegate.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/PopupContainer.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/PopupListBox.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/PopupMenuChromium.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/PrerendererClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/RemoteFrameClient.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ScrollbarGroup.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ServiceWorkerGlobalScopeClie
ntImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ServiceWorkerGlobalScopeProx
y.cpp
```

```
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/SharedWorkerRepositoryClient
Impl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/SpeechRecognitionClientProxy
.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/SpellCheckerClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/StorageClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/StorageQuotaClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/TextFinder.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/UserMediaClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ValidationMessageClientImpl.
cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ViewportAnchor.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebAXObject.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebArrayBufferConverter.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebArrayBufferView.cpp
frameworks/base/core/java/android/print/pdf/PrintedPdfDocument.java:85: error:
cannot find symbol
        MediaSize mediaSize = attributes.getMediaSize();
            ^
  symbol:   class MediaSize
  location: class PrintedPdfDocument
frameworks/base/core/java/android/print/pdf/PrintedPdfDocument.java:94: error:
cannot find symbol
        Margins minMargins = attributes.getMinMargins();
            ^
  symbol:   class Margins
  location: class PrintedPdfDocument
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:53: error: cannot find symbol
java.util.List<android.print.PrintJobInfo> _result = this.getPrintJobInfos();
                          ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:61: error: cannot find symbol
android.print.PrintJobId _arg0;
              ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:63: error: package
android.print.PrintJobId does not exist
_arg0 = android.print.PrintJobId.CREATOR.createFromParcel(data);
```

```
                                ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:68: error: cannot find symbol
android.print.PrintJobInfo _result = this.getPrintJobInfo(_arg0);
              ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:82: error: cannot find symbol
android.print.PrintJobId _arg0;
              ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:84: error: package
android.print.PrintJobId does not exist
_arg0 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                            ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:101: error: cannot find symbol
android.print.PrintJobId _arg0;
              ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:103: error: package
android.print.PrintJobId does not exist
_arg0 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                            ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:125: error: cannot find symbol
android.print.PrintJobId _arg1;
              ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:127: error: package
android.print.PrintJobId does not exist
_arg1 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                            ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:185: error: cannot find symbol
java.util.List<android.print.PrintJobInfo> _result;
                            ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:190: error: cannot find symbol
_result = _reply.createTypedArrayList(android.print.PrintJobInfo.CREATOR);
                                                    ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:202: error: cannot find symbol
android.print.PrintJobInfo _result;
```

```
                     ^
   symbol:   class PrintJobInfo
   location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintServiceClient.java:215: error: package
android.print.PrintJobInfo does not exist
_result = android.print.PrintJobInfo.CREATOR.createFromParcel(_reply);
                                             ^
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:89:
error: cannot find symbol
            new ArrayMap<PrinterId, PrinterInfo>();
                         ^
   symbol:   class PrinterId
   location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:89:
error: cannot find symbol
            new ArrayMap<PrinterId, PrinterInfo>();
                                    ^
   symbol:   class PrinterInfo
   location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:92:
error: cannot find symbol
            new ArrayList<PrinterId>();
                          ^
   symbol:   class PrinterId
   location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:115:
error: cannot find symbol
                mObserver.onPrintersAdded(new
ParceledListSlice<PrinterInfo>(getPrinters()));
                                                      ^
   symbol:   class PrinterInfo
   location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:146:
error: cannot find symbol
        return new ArrayList<PrinterInfo>(mPrinters.values());
                             ^
   symbol:   class PrinterInfo
   location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:175:
error: cannot find symbol
            List<PrinterInfo> addedPrinters = null;
                 ^
   symbol:   class PrinterInfo
   location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:178:
error: cannot find symbol
                PrinterInfo addedPrinter = printers.get(i);
                ^
   symbol:   class PrinterInfo
   location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:179:
error: cannot find symbol
                PrinterInfo oldPrinter = mPrinters.put(addedPrinter.getId(),
addedPrinter);
```

```
                        ^
  symbol:   class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:182:
error: cannot find symbol
                        addedPrinters = new ArrayList<PrinterInfo>();
                                                        ^
  symbol:   class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:191:
error: cannot find symbol
                        mObserver.onPrintersAdded(new
ParceledListSlice<PrinterInfo>(addedPrinters));
                                                             ^
  symbol:   class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:199:
error: cannot find symbol
                mLastSentPrinters = new ArrayMap<PrinterId,
PrinterInfo>(mPrinters);
                                                  ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:199:
error: cannot find symbol
                mLastSentPrinters = new ArrayMap<PrinterId,
PrinterInfo>(mPrinters);
                                                     ^
  symbol:   class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:205:
error: cannot find symbol
                PrinterInfo addedPrinter = printers.get(i);
                    ^
  symbol:   class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:239:
error: cannot find symbol
            List<PrinterId> removedPrinterIds = new ArrayList<PrinterId>();
                  ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:239:
error: cannot find symbol
            List<PrinterId> removedPrinterIds = new ArrayList<PrinterId>();
                                                          ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:242:
error: cannot find symbol
                PrinterId removedPrinterId = printerIds.get(i);
                    ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
```

```
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:251:
error: cannot find symbol
                    mObserver.onPrintersRemoved(new
ParceledListSlice<PrinterId>(
                                                                  ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:260:
error: cannot find symbol
                mLastSentPrinters = new ArrayMap<PrinterId,
PrinterInfo>(mPrinters);
                                                ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:260:
error: cannot find symbol
                mLastSentPrinters = new ArrayMap<PrinterId,
PrinterInfo>(mPrinters);
                                                          ^
  symbol:   class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:266:
error: cannot find symbol
                PrinterId removedPrinterId = printerIds.get(i);
                ^
  symbol:   class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:280:
error: cannot find symbol
        List<PrinterInfo> addedPrinters = null;
             ^
  symbol:   class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:281:
error: cannot find symbol
        for (PrinterInfo printer : mPrinters.values()) {
             ^
  symbol:   class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:282:
error: cannot find symbol
            PrinterInfo sentPrinter = mLastSentPrinters.get(printer.getId());
            ^
  symbol:   class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:285:
error: cannot find symbol
                    addedPrinters = new ArrayList<PrinterInfo>();
                                                  ^
  symbol:   class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:294:
error: cannot find symbol
                mObserver.onPrintersAdded(new
ParceledListSlice<PrinterInfo>(addedPrinters));
```

```
                                                              ^
  symbol:    class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:301:
error: cannot find symbol
         List<PrinterId> removedPrinterIds = null;
              ^
  symbol:    class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:302:
error: cannot find symbol
         for (PrinterInfo sentPrinter : mLastSentPrinters.values()) {
              ^
  symbol:    class PrinterInfo
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:305:
error: cannot find symbol
                 removedPrinterIds = new ArrayList<PrinterId>();
                                                   ^
  symbol:    class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:314:
error: cannot find symbol
                 mObserver.onPrintersRemoved(new
ParceledListSlice<PrinterId>(removedPrinterIds));
                                                              ^
  symbol:    class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrinterDiscoverySession.java:442:
error: cannot find symbol
         return new ArrayList<PrinterId>(mTrackedPrinters);
                              ^
  symbol:    class PrinterId
  location: class PrinterDiscoverySession
frameworks/base/core/java/android/printservice/PrintJob.java:76: error: cannot
find symbol
         PrintJobInfo info = null;
         ^
  symbol:    class PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:109: error: cannot
find symbol
         return getInfo().getState() == PrintJobInfo.STATE_QUEUED;
                                                    ^
  symbol:    variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:124: error: cannot
find symbol
         return getInfo().getState() == PrintJobInfo.STATE_STARTED;
                                                    ^
  symbol:    variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:139: error: cannot
find symbol
         return getInfo().getState() == PrintJobInfo.STATE_BLOCKED;
```

```
                                     ^
  symbol:    variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:152: error: cannot
find symbol
          return getInfo().getState() == PrintJobInfo.STATE_COMPLETED;
                                     ^
  symbol:    variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:165: error: cannot
find symbol
          return getInfo().getState() == PrintJobInfo.STATE_FAILED;
                                     ^
  symbol:    variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:178: error: cannot
find symbol
          return getInfo().getState() == PrintJobInfo.STATE_CANCELED;
                                     ^
  symbol:    variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:194: error: cannot
find symbol
          if (state == PrintJobInfo.STATE_QUEUED
                           ^
  symbol:    variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:195: error: cannot
find symbol
                  || state == PrintJobInfo.STATE_BLOCKED) {
                                  ^
  symbol:    variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:196: error: cannot
find symbol
              return setState(PrintJobInfo.STATE_STARTED, null);
                                  ^
  symbol:    variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:215: error: cannot
find symbol
          PrintJobInfo info = getInfo();
          ^
  symbol:    class PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:217: error: cannot
find symbol
          if (state == PrintJobInfo.STATE_STARTED
                           ^
  symbol:    variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:218: error: cannot
find symbol
                  || (state == PrintJobInfo.STATE_BLOCKED
                                   ^
```

```
  symbol:   variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:220: error: cannot
find symbol
            return setState(PrintJobInfo.STATE_BLOCKED, reason);
                                        ^
  symbol:   variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:236: error: cannot
find symbol
            return setState(PrintJobInfo.STATE_COMPLETED, null);
                                        ^
  symbol:   variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:257: error: cannot
find symbol
            return setState(PrintJobInfo.STATE_FAILED, error);
                                        ^
  symbol:   variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:277: error: cannot
find symbol
            return setState(PrintJobInfo.STATE_CANCELED, null);
                                        ^
  symbol:   variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:372: error: cannot
find symbol
        return state == PrintJobInfo.STATE_COMPLETED
                                    ^
  symbol:   variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:373: error: cannot
find symbol
                || state == PrintJobInfo.STATE_CANCELED
                                        ^
  symbol:   variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintJob.java:374: error: cannot
find symbol
                || state == PrintJobInfo.STATE_FAILED;
                                        ^
  symbol:   variable PrintJobInfo
  location: class PrintJob
frameworks/base/core/java/android/printservice/PrintService.java:311: error:
cannot find symbol
            List<PrintJobInfo> printJobInfos = mClient.getPrintJobInfos();
                 ^
  symbol:   class PrintJobInfo
  location: class PrintService
frameworks/base/core/java/android/printservice/PrintService.java:336: error:
cannot find symbol
        return new PrinterId(new ComponentName(getPackageName(),
                   ^
  symbol:   class PrinterId
```

```
   location: class PrintService
frameworks/base/core/java/android/printservice/PrintService.java:359: error:
cannot find symbol
            public void startPrinterDiscovery(List<PrinterId> priorityList) {
                                                   ^
   symbol: class PrinterId
frameworks/base/core/java/android/printservice/PrintService.java:370: error:
cannot find symbol
            public void validatePrinters(List<PrinterId> printerIds) {
                                              ^
   symbol: class PrinterId
frameworks/base/core/java/android/printservice/PrintService.java:376: error:
cannot find symbol
            public void startPrinterStateTracking(PrinterId printerId) {
                                                  ^
   symbol: class PrinterId
frameworks/base/core/java/android/printservice/PrintService.java:382: error:
cannot find symbol
            public void stopPrinterStateTracking(PrinterId printerId) {
                                                 ^
   symbol: class PrinterId
frameworks/base/core/java/android/printservice/PrintService.java:394: error:
cannot find symbol
            public void requestCancelPrintJob(PrintJobInfo printJobInfo) {
                                              ^
   symbol: class PrintJobInfo
frameworks/base/core/java/android/printservice/PrintService.java:400: error:
cannot find symbol
            public void onPrintJobQueued(PrintJobInfo printJobInfo) {
                                         ^
   symbol: class PrintJobInfo
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:61: error: cannot find symbol
android.print.PrintJobInfo _arg0;
              ^
   symbol:   class PrintJobInfo
   location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:63: error: package android.print.PrintJobInfo
does not exist
_arg0 = android.print.PrintJobInfo.CREATOR.createFromParcel(data);
                              ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:74: error: cannot find symbol
android.print.PrintJobInfo _arg0;
              ^
   symbol:   class PrintJobInfo
   location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:76: error: package android.print.PrintJobInfo
does not exist
_arg0 = android.print.PrintJobInfo.CREATOR.createFromParcel(data);
                              ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:93: error: cannot find symbol
```

```
java.util.List<android.print.PrinterId> _arg0;
                                  ^
  symbol:    class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:94: error: cannot find symbol
_arg0 = data.createTypedArrayList(android.print.PrinterId.CREATOR);
                                               ^
  symbol:    class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:107: error: cannot find symbol
java.util.List<android.print.PrinterId> _arg0;
                                  ^
  symbol:    class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:108: error: cannot find symbol
_arg0 = data.createTypedArrayList(android.print.PrinterId.CREATOR);
                                               ^
  symbol:    class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:115: error: cannot find symbol
android.print.PrinterId _arg0;
              ^
  symbol:    class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:117: error: package android.print.PrinterId
does not exist
_arg0 = android.print.PrinterId.CREATOR.createFromParcel(data);
                              ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:128: error: cannot find symbol
android.print.PrinterId _arg0;
              ^
  symbol:    class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/printservice/IPrintService.java:130: error: package android.print.PrinterId
does not exist
_arg0 = android.print.PrinterId.CREATOR.createFromParcel(data);
                              ^
frameworks/base/core/java/android/printservice/PrintService.java:462: error:
cannot find symbol
                      List<PrinterId> priorityList = (ArrayList<PrinterId>)
message.obj;
                      ^
  symbol:    class PrinterId
  location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:462: error:
cannot find symbol
                      List<PrinterId> priorityList = (ArrayList<PrinterId>)
message.obj;
```

```
                                                                      ^
    symbol:    class PrinterId
    location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:483: error:
cannot find symbol
                        List<PrinterId> printerIds = (List<PrinterId>)
message.obj;
                                ^
    symbol:    class PrinterId
    location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:483: error:
cannot find symbol
                        List<PrinterId> printerIds = (List<PrinterId>)
message.obj;
                                                        ^
    symbol:    class PrinterId
    location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:494: error:
cannot find symbol
                        PrinterId printerId = (PrinterId) message.obj;
                        ^
    symbol:    class PrinterId
    location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:494: error:
cannot find symbol
                        PrinterId printerId = (PrinterId) message.obj;
                                               ^
    symbol:    class PrinterId
    location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:505: error:
cannot find symbol
                        PrinterId printerId = (PrinterId) message.obj;
                        ^
    symbol:    class PrinterId
    location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:505: error:
cannot find symbol
                        PrinterId printerId = (PrinterId) message.obj;
                                               ^
    symbol:    class PrinterId
    location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:515: error:
cannot find symbol
                    PrintJobInfo printJobInfo = (PrintJobInfo) message.obj;
                        ^
    symbol:    class PrintJobInfo
    location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:515: error:
cannot find symbol
                    PrintJobInfo printJobInfo = (PrintJobInfo) message.obj;
                                                 ^
    symbol:    class PrintJobInfo
    location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:524: error:
cannot find symbol
```

```
                    PrintJobInfo printJobInfo = (PrintJobInfo) message.obj;
                    ^
  symbol:   class PrintJobInfo
  location: class PrintService.ServiceHandler
frameworks/base/core/java/android/printservice/PrintService.java:524: error:
cannot find symbol
                    PrintJobInfo printJobInfo = (PrintJobInfo) message.obj;
                                                 ^
  symbol:   class PrintJobInfo
  location: class PrintService.ServiceHandler
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebBindings.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebBlob.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebCache.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebCachedURLRequest.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebColorName.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebColorSuggestion.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebCryptoNormalize.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebCustomElement.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDOMActivityLogger.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDOMCustomEvent.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDOMEvent.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDOMError.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDOMEventListener.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDOMEventListenerPrivate.c
pp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDOMFileSystem.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDOMMediaStreamTrack.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDOMMessageEvent.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDOMMouseEvent.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDOMProgressEvent.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDOMResourceProgressEvent.
cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDateTimeSuggestion.cpp
```

```
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDataSourceImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDatabase.cpp
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/ILayoutResultCallback.java:63: error: cannot find symbol
android.print.PrintDocumentInfo _arg0;
                ^
  symbol:   class PrintDocumentInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/ILayoutResultCallback.java:65: error: package
android.print.PrintDocumentInfo does not exist
_arg0 = android.print.PrintDocumentInfo.CREATOR.createFromParcel(data);
                                       ^
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDevToolsAgentImpl.cpp
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintDocumentAdapter.java:67: error: cannot find symbol
android.print.PrintAttributes _arg0;
                ^
  symbol:   class PrintAttributes
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintDocumentAdapter.java:69: error: package
android.print.PrintAttributes does not exist
_arg0 = android.print.PrintAttributes.CREATOR.createFromParcel(data);
                                     ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintDocumentAdapter.java:74: error: cannot find symbol
android.print.PrintAttributes _arg1;
                ^
  symbol:   class PrintAttributes
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintDocumentAdapter.java:76: error: package
android.print.PrintAttributes does not exist
_arg1 = android.print.PrintAttributes.CREATOR.createFromParcel(data);
                                     ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintDocumentAdapter.java:98: error: cannot find symbol
android.print.PageRange[] _arg0;
                ^
  symbol:   class PageRange
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintDocumentAdapter.java:99: error: cannot find symbol
_arg0 = data.createTypedArray(android.print.PageRange.CREATOR);
                                           ^
  symbol:   class PageRange
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IWriteResultCallback.java:63: error: cannot find symbol
android.print.PageRange[] _arg0;
                  ^
```

```
   symbol:    class PageRange
   location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IWriteResultCallback.java:64: error: cannot find symbol
_arg0 = data.createTypedArray(android.print.PageRange.CREATOR);
                                                   ^
   symbol:    class PageRange
   location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintJobStateChangeListener.java:53: error: cannot find symbol
android.print.PrintJobId _arg0;
             ^
   symbol:    class PrintJobId
   location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintJobStateChangeListener.java:55: error: package
android.print.PrintJobId does not exist
_arg0 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                                  ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:57: error: cannot find symbol
java.util.List<android.print.PrintJobInfo> _result = this.getPrintJobInfos(_arg0,
_arg1);
                            ^
   symbol:    class PrintJobInfo
   location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:65: error: cannot find symbol
android.print.PrintJobId _arg0;
             ^
   symbol:    class PrintJobId
   location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:67: error: package android.print.PrintJobId does not
exist
_arg0 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                                  ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:76: error: cannot find symbol
android.print.PrintJobInfo _result = this.getPrintJobInfo(_arg0, _arg1, _arg2);
                            ^
   symbol:    class PrintJobInfo
   location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:94: error: cannot find symbol
android.print.PrintAttributes _arg2;
             ^
   symbol:    class PrintAttributes
   location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:96: error: package android.print.PrintAttributes
does not exist
_arg2 = android.print.PrintAttributes.CREATOR.createFromParcel(data);
                                      ^
```

```
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:121: error: cannot find symbol
android.print.PrintJobId _arg0;
              ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:123: error: package android.print.PrintJobId does
not exist
_arg0 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                             ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:139: error: cannot find symbol
android.print.PrintJobId _arg0;
              ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:141: error: package android.print.PrintJobId does
not exist
_arg0 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                             ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:214: error: cannot find symbol
java.util.List<android.print.PrinterId> _arg1;
                             ^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:215: error: cannot find symbol
_arg1 = data.createTypedArrayList(android.print.PrinterId.CREATOR);
                                                 ^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:236: error: cannot find symbol
java.util.List<android.print.PrinterId> _arg0;
                             ^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:237: error: cannot find symbol
_arg0 = data.createTypedArrayList(android.print.PrinterId.CREATOR);
                                                 ^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:247: error: cannot find symbol
android.print.PrinterId _arg0;
              ^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:249: error: package android.print.PrinterId does not
exist
```

```
_arg0 = android.print.PrinterId.CREATOR.createFromParcel(data);
                          ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:263: error: cannot find symbol
android.print.PrinterId _arg0;
              ^
  symbol:   class PrinterId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:265: error: package android.print.PrinterId does not
exist
_arg0 = android.print.PrinterId.CREATOR.createFromParcel(data);
                          ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:309: error: cannot find symbol
java.util.List<android.print.PrintJobInfo> _result;
                            ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:316: error: cannot find symbol
_result = _reply.createTypedArrayList(android.print.PrintJobInfo.CREATOR);
                                                    ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:328: error: cannot find symbol
android.print.PrintJobInfo _result;
              ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintManager.java:343: error: package android.print.PrintJobInfo does
not exist
_result = android.print.PrintJobInfo.CREATOR.createFromParcel(_reply);
                            ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerCallbacks.java:55: error: cannot find symbol
java.util.List<android.print.PrintJobInfo> _arg0;
                            ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerCallbacks.java:56: error: cannot find symbol
_arg0 = data.createTypedArrayList(android.print.PrintJobInfo.CREATOR);
                                                ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerCallbacks.java:95: error: cannot find symbol
android.print.PrintJobInfo _arg0;
              ^
  symbol:   class PrintJobInfo
  location: package android.print
```

```
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerCallbacks.java:97: error: package
android.print.PrintJobInfo does not exist
_arg0 = android.print.PrintJobInfo.CREATOR.createFromParcel(data);
                                          ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerClient.java:53: error: cannot find symbol
android.print.PrintJobInfo _arg0;
              ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerClient.java:55: error: package android.print.PrintJobInfo
does not exist
_arg0 = android.print.PrintJobInfo.CREATOR.createFromParcel(data);
                                          ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerClient.java:85: error: cannot find symbol
android.print.PrintJobInfo _arg0;
              ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpoolerClient.java:87: error: package android.print.PrintJobInfo
does not exist
_arg0 = android.print.PrintJobInfo.CREATOR.createFromParcel(data);
                                          ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:82: error: cannot find symbol
android.print.PrintJobId _arg0;
              ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:84: error: package android.print.PrintJobId does not
exist
_arg0 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                                        ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:101: error: cannot find symbol
android.print.PrintJobInfo _arg0;
              ^
  symbol:   class PrintJobInfo
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:103: error: package android.print.PrintJobInfo does
not exist
_arg0 = android.print.PrintJobInfo.CREATOR.createFromParcel(data);
                                          ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:114: error: cannot find symbol
android.print.PrintJobId _arg0;
              ^
  symbol:   class PrintJobId
  location: package android.print
```

```
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:116: error: package android.print.PrintJobId does
not exist
_arg0 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                                 ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:135: error: cannot find symbol
android.print.PrintJobId _arg0;
             ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:137: error: package android.print.PrintJobId does
not exist
_arg0 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                                 ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:161: error: cannot find symbol
android.print.PrintJobId _arg1;
             ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:163: error: package android.print.PrintJobId does
not exist
_arg1 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                                 ^
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:182: error: cannot find symbol
android.print.PrintJobId _arg0;
             ^
  symbol:   class PrintJobId
  location: package android.print
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/andro
id/print/IPrintSpooler.java:184: error: package android.print.PrintJobId does
not exist
_arg0 = android.print.PrintJobId.CREATOR.createFromParcel(data);
                                 ^
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDevToolsFrontendImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDocument.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDocumentType.cpp
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
275 errors
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebDragData.cpp
make: *** [out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes-
full-debug.jar] Error 41
make: *** Waiting for unfinished jobs....
Note: Some input files use or override a deprecated API.
```

```
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo make -
j32[1P[C[C[C[C[C[C[C[C[C[C[Cdo make cleanls -lt out/target/product/generic/*.img
-rw-r--r-- 1 root root   713093 Feb  8 12:33
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root 69206016 Feb  8 12:27
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ exit

Script done on Mon 08 Feb 2016 12:34:11 PM UTC
```

# APPENDIX  J

```
Script started on Mon 08 Feb 2016 05:44:11 AM UTC
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/proj [Kduct/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  8 05:00
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  8 04:49
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  8 04:48
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  8 04:43
out/target/product/generic/cache.img
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ date
on Feb  8 05:44:24 UTC 2016
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo mv
frameworks/base/core/java/android/os/storage/StorageManager.java junk/
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo make clean
==========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
==========================================
Entire build directory removed.
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo make -j32
==========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
```

```
BUILD_ID=LRX22C
OUT_DIR=out
==========================================
Checking build tools versions...
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...
including ./cts/Android.mk ...


[elided including]


Header: out/target/product/generic/obj/include/selinux/selinux.h
Header: out/target/product/generic/obj/include/selinux/label.h
Header: out/target/product/generic/obj/include/selinux/context.h
Header: out/target/product/generic/obj/include/selinux/avc.h
Header: out/target/product/generic/obj/include/selinux/android.h
Header: out/target/product/generic/obj/include/libsonivox/eas.h
Header: out/target/product/generic/obj/include/libsonivox/eas_types.h
Header: out/target/product/generic/obj/include/libsonivox/eas_reverb.h
Header: out/target/product/generic/obj/include/libsonivox/jet.h
Header:
out/target/product/generic/obj/include/libsonivox/ARM_synth_constants_gnu.inc
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libinput_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libutils_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libcutils_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/liblog_intermediates/import_includes
Export includes file: frameworks/base/tools/validatekeymaps/Android.mk --
out/host/linux-
x86/obj32/EXECUTABLES/validatekeymaps_intermediates/export_includes
Export includes file: build/libs/host/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libhost_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libhost_intermediates/import_includes
Export includes file: build/tools/acp/Android.mk -- out/host/linux-
x86/obj32/EXECUTABLES/acp_intermediates/export_includes
Notice file: system/core/libutils/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/libutils.a.txt
Notice file: system/core/libutils/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libutils.a.txt
Notice file: system/core/libcutils/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/libcutils.a.txt
Notice file: system/core/libcutils/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libcutils.a.txt
Notice file: system/core/liblog/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/liblog.a.txt
```

```
Notice file: system/core/liblog/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/liblog.a.txt
host Java: antlr-runtime (out/host/common/obj/JAVA_LIBRARIES/antlr-
runtime_intermediates/classes)
Notice file: external/antlr/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/antlr-runtime.jar.txt
host Java: jsr305lib
(out/host/common/obj/JAVA_LIBRARIES/jsr305lib_intermediates/classes)
Notice file: external/guava/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/guavalib.jar.txt
host Java: tagsouplib
(out/host/common/obj/JAVA_LIBRARIES/tagsouplib_intermediates/classes)
Notice file: external/doclava/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/doclava.jar.txt
target Java: core-libart (out/target/common/obj/JAVA_LIBRARIES/core-
libart_intermediates/classes)
Import includes file: out/host/linux-
x86/obj32/EXECUTABLES/aidl_intermediates/import_includes
Yacc: aidl <= frameworks/base/tools/aidl/aidl_language_y.y
prebuilts/misc/linux-x86/bison/bison -d  -o out/host/linux-
x86/obj32/EXECUTABLES/aidl_intermediates/aidl_language_y.cpp
frameworks/base/tools/aidl/aidl_language_y.y
Lex: aidl <= frameworks/base/tools/aidl/aidl_language_l.l


[elided output]

target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/PopupMenuChromium.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/PrerendererClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/RemoteFrameClient.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ScrollbarGroup.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ServiceWorkerGlobalScopeClie
ntImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ServiceWorkerGlobalScopeProx
y.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/SharedWorkerRepositoryClient
Impl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/SpeechRecognitionClientProxy
.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/SpellCheckerClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/StorageClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/StorageQuotaClientImpl.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/TextFinder.cpp
```

```
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/UserMediaClientImpl.cpp
frameworks/base/core/java/com/android/internal/content/PackageHelper.java:381:
error: cannot find symbol
        final StorageManager storage = StorageManager.from(context);
              ^
  symbol:   class StorageManager
  location: class PackageHelper
frameworks/base/core/java/com/android/internal/content/PackageHelper.java:381:
error: cannot find symbol
        final StorageManager storage = StorageManager.from(context);
                                       ^
  symbol:   variable StorageManager
  location: class PackageHelper
frameworks/base/core/java/com/android/internal/os/storage/ExternalStorageFormatt
er.java:70: error: cannot find symbol
        mStorageManager = (StorageManager)
getSystemService(Context.STORAGE_SERVICE);
                           ^
  symbol:   class StorageManager
  location: class ExternalStorageFormatter
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ValidationMessageClientImpl.
cpp
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:568:
error: cannot find symbol

updateEncryptionPassword(StorageManager.CRYPT_TYPE_PATTERN, stringPattern);
                         ^
  symbol:   variable StorageManager
  location: class LockPatternUtils
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:613:
error: cannot find symbol
        mountService.setField(StorageManager.OWNER_INFO_KEY, ownerInfo);
                              ^
  symbol:   variable StorageManager
  location: class LockPatternUtils
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:801:
error: cannot find symbol
                int type = numeric || numericComplex ?
StorageManager.CRYPT_TYPE_PIN
                                                       ^
  symbol:   variable StorageManager
  location: class LockPatternUtils
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:802:
error: cannot find symbol
                        : StorageManager.CRYPT_TYPE_PASSWORD;
                          ^
  symbol:   variable StorageManager
  location: class LockPatternUtils
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:876:
error: cannot find symbol
                updateEncryptionPassword(StorageManager.CRYPT_TYPE_DEFAULT,
null);
                                         ^
```

```
  symbol:   variable StorageManager
  location: class LockPatternUtils
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:900:
error: cannot find symbol
                     && mountService.getPasswordType() !=
StorageManager.CRYPT_TYPE_DEFAULT;
                                                            ^
  symbol:   variable StorageManager
  location: class LockPatternUtils
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:922:
error: cannot find symbol
          updateEncryptionPassword(StorageManager.CRYPT_TYPE_DEFAULT, null);
                                   ^
  symbol:   variable StorageManager
  location: class LockPatternUtils
frameworks/base/core/java/com/android/internal/widget/LockPatternUtils.java:1192
: error: cannot find symbol
            mountService.setField(StorageManager.PATTERN_VISIBLE_KEY, enabled ?
"1" : "0");
                                  ^
  symbol:   variable StorageManager
  location: class LockPatternUtils
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/ViewportAnchor.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebAXObject.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebArrayBufferConverter.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebArrayBufferView.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebBindings.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebBlob.cpp
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebCache.cpp
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
17 errors
target thumb C++: third_party_WebKit_Source_web_blink_web_gyp <=
external/chromium_org/third_party/WebKit/Source/web/WebCachedURLRequest.cpp
make: *** [out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes-
full-debug.jar] Error 41
make: *** Waiting for unfinished jobs....
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
-rw-r--r-- 1 root root   713093 Feb  8 06:07
out/target/product/generic/ramdisk.img
```

```
-rw-r--r-- 1 root root 69206016 Feb  8 06:01
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ cat junk/
README.math               README.net               README.os
README.os.StorageManager  StorageManager.java
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ cat
junk/R EADME.o s.StorageManager
sudo mv frameworks/base/core/java/android/os/storage/StorageManager.java junk/
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo mv
junk/StorageManager.java frameworks/base/cores[K/java/android/os/storage/
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo make -j32
==========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
==========================================
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...


[elided including]


including ./development/apps/DevelopmentSettings/Android.mk ...
including ./development/apps/Fallback/Android.mk ...
including ./development/apps/GestureBuilder/Android.mk ...
including ./development/apps/NinePatchLab/Android.mk ...
including ./development/apps/OBJViewer/Android.mk ...


[more output elided]


packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
hdpi/ic_email_caret_single.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
xhdpi/ic_email_caret_single.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited
```

packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
xxhdpi/ic_email_caret_single.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
hdpi/ic_email_caret_single_important_unread.png: libpng warning: iCCP: Not
recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
xhdpi/ic_email_caret_single_important_unread.png: libpng warning: iCCP: Not
recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
xxhdpi/ic_email_caret_single_important_unread.png: libpng warning: iCCP: Not
recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-hdpi/ic_expand_more_24dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/ic_expand_more_24dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xxhdpi/ic_expand_more_24dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-hdpi/ic_forward_24dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/ic_forward_24dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xxhdpi/ic_forward_24dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-hdpi/ic_forward_24dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
xhdpi/ic_forward_24dp.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
xxhdpi/ic_forward_24dp.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-
hdpi/ic_notification_anonymous_avatar_32dp.png: libpng warning: iCCP: Not
recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-
xhdpi/ic_notification_anonymous_avatar_32dp.png: libpng warning: iCCP: Not
recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-
xxhdpi/ic_notification_anonymous_avatar_32dp.png: libpng warning: iCCP: Not
recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-hdpi/ic_overflow_24dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/ic_overflow_24dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xxhdpi/ic_overflow_24dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-
hdpi/ic_remove_label_wht_24dp.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-
xhdpi/ic_remove_label_wht_24dp.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited

packages/apps/Email/../UnifiedEmail/res/drawable-
xxhdpi/ic_remove_label_wht_24dp.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-hdpi/ic_reply_24dp.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/ic_reply_24dp.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xxhdpi/ic_reply_24dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-hdpi/ic_reply_24dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-xhdpi/ic_reply_24dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-xxhdpi/ic_reply_24dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-hdpi/ic_reply_all_24dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/ic_reply_all_24dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xxhdpi/ic_reply_all_24dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
hdpi/ic_reply_all_24dp.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
xhdpi/ic_reply_all_24dp.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
xxhdpi/ic_reply_all_24dp.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
hdpi/ic_reply_all_wht_24dp.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
xhdpi/ic_reply_all_wht_24dp.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
xxhdpi/ic_reply_all_wht_24dp.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
hdpi/ic_reply_wht_24dp.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
xhdpi/ic_reply_wht_24dp.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
xxhdpi/ic_reply_wht_24dp.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
hdpi/ic_send_wht_24dp.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
xhdpi/ic_send_wht_24dp.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited

packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
xxhdpi/ic_send_wht_24dp.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-hdpi/ic_star_20dp.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/ic_star_20dp.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xxhdpi/ic_star_20dp.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-hdpi/ic_star_outline_20dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/ic_star_outline_20dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-
xxhdpi/ic_star_outline_20dp.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-hdpi/ic_warning_gray.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/ic_warning_gray.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xxhdpi/ic_warning_gray.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
hdpi/ic_warning_gray.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
xhdpi/ic_warning_gray.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
xxhdpi/ic_warning_gray.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-hdpi/ic_warning_white.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/ic_warning_white.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xxhdpi/ic_warning_white.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
hdpi/ic_warning_white.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
xhdpi/ic_warning_white.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
xxhdpi/ic_warning_white.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-
xhdpi/toast_frame_focused.9.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/toast_frame_normal.9.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-
xhdpi/toast_frame_pressed.9.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited

```
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:1534] compiler [Exclusive time]
[Total time]
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:1534]    0.323s/1.947s dex2oat
Setup
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:1534]    0.590s Resolve
MethodsAndFields
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:1534]    0.329s Verify Dex File
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:1534]    0.037s
InitializeNoClinit
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:1534]    0.476s Compile Dex File
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:1534]    0s/0.053s dex2oat
OatWriter
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:1534]     0s Loading image
checksum
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:1534]     0s InitOatHeader
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:1534]     0s InitOatDexFiles
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:1534]     0s InitDexFiles
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:1534]     0.013s InitOatClasses
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:1534]     0.019s InitOatMaps
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:1534]     0s InitOatCode
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:1534]     0.020s
InitOatCodeDexFiles
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:1534]     0.109s Writing ELF
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:1534]     0.026s Patching ELF
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:1534] compiler: end, 1.947s
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:1534]
dex2oatd I 97037 97037 art/dex2oat/dex2oat.cc:268] dex2oat took 2.165s (threads:
32)
Install: out/target/product/generic/system/app/Email/arm/Email.odex
warning: string 'done_action' has no default translation.
warning: string 'done_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
warning: string 'next_action' has no default translation.
warning: string 'next_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Install: out/target/product/generic/system/app/Email/Email.apk
Install: out/target/product/generic/system/priv-app/Settings/Settings.apk
```

```
build/tools/generate-notice-files.py  out/target/product/generic/obj/NOTICE.txt
out/target/product/generic/obj/NOTICE.html "Notices for files contained in the
filesystem images in this directory:"
out/target/product/generic/obj/NOTICE_FILES/src
Combining NOTICE files into HTML
Combining NOTICE files into text
Installed file list: out/target/product/generic/installed-files.txt
Target system fs image:
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
Running:  mkuserimg.sh out/target/product/generic/system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
ext4 system 576716800 out/target/product/generic/root/file_contexts
make_ext4fs -T -1 -S out/target/product/generic/root/file_contexts -l 576716800
-a system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
out/target/product/generic/system
Creating filesystem with parameters:
    Size: 576716800
    Block size: 4096
    Blocks per group: 32768
    Inodes per group: 7040
    Inode size: 256
    Journal blocks: 2200
    Label:
    Blocks: 140800
    Block groups: 5
    Reserved block group size: 39
Created filesystem with 1458/35200 inodes and 106608/140800 blocks
Install system fs image: out/target/product/generic/system.img
out/target/product/generic/system.img+ maxsize=588791808 blocksize=2112
total=576716800 reserve=5947392
]0;ubuntu@ip-172-31-14-88: ls -lt out/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  8 06:15
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  8 06:11
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  8 06:07
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  8 06:01
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ exit

Script done on Mon 08 Feb 2016 06:15:37 AM UTC
.
```

# APPENDIX  K

```
Script started on Mon 08 Feb 2016 06:18:38 AM UTC
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt out/g [K
casecheck.txt          CaseCheck.txt          host/                    target/
versions_checked.mk
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/g [K product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  8 06:15
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  8 06:11
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  8 06:07
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  8 06:01
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ema[K[K[Kdata

]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ data
Mon Feb  8 06:19:00 UTC 2016
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-
88:~$ emacs/[Ksemacsuemacsdemacsoemacs emacs
frameworks/base/wifi/java/android/net/wifi/WifiManager.java


[elided editor work]


[2]+  Stopped                 emacs junk/README.wifi.method
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ %2
emacs junk/README.wifi.method

[30m[48;5;250m-UUU:----F1
[39;49m[1m[30m[48;5;250mREADME.wifi.method[0m[39;49m[30m[48;5;250m   All L1
(Fundamental) --------------------------------------------------------------------
--------------------------------------------------------------------------------
--------[39;49m
[A[2;23H[?12l[?25h[?12;25h[72;1H[?25l(No files need
saving)[2d[?12l[?25h[?12;25h[72;1H[K[?1l>[?12l[?25h[?1049l[39;49m
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ make -j32
============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
```

```
OUT_DIR=out
==========================================
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...

[elided including]

including ./tools/external/fat32lib/Android.mk ...
target Java: framework
(out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes)
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1304: error: illegal
start of type
        try {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1304: error: ';'
expected
        try {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1305: error: illegal
start of type
            return mService.getWifiEnabledState();
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1305: error: ';'
expected
            return mService.getWifiEnabledState();
                         ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1305: error: invalid
method declaration; return type required
            return mService.getWifiEnabledState();
                          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1306: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1308: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1316: error: class,
interface, or enum expected
    public boolean isWifiEnabled() {
           ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1318: error: class,
interface, or enum expected
    }
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1326: error: class,
interface, or enum expected
    public void getTxPacketCount(TxPacketCountListener listener) {
```

```
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1328: error: class,
interface, or enum expected
        sAsyncChannel.sendMessage(RSSI_PKTCNT_FETCH, 0, putListener(listener));
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1329: error: class,
interface, or enum expected
    }
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1341: error: class,
interface, or enum expected
    public static int calculateSignalLevel(int rssi, int numLevels) {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1344: error: class,
interface, or enum expected
        } else if (rssi >= MAX_RSSI) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1346: error: class,
interface, or enum expected
        } else {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1348: error: class,
interface, or enum expected
            float outputRange = (numLevels - 1);
                  ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1349: error: class,
interface, or enum expected
            return (int)((float)(rssi - MIN_RSSI) * outputRange / inputRange);
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1350: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1362: error: class,
interface, or enum expected
    public static int compareSignalLevel(int rssiA, int rssiB) {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1364: error: class,
interface, or enum expected
    }
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1378: error: class,
interface, or enum expected
    public boolean setWifiApEnabled(WifiConfiguration wifiConfig, boolean
enabled) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1381: error: class,
interface, or enum expected
            return true;
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1382: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
```

```
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1384: error: class,
interface, or enum expected
          }
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1396: error: class,
interface, or enum expected
    public int getWifiApState() {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1399: error: class,
interface, or enum expected
        } catch (RemoteException e) {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1401: error: class,
interface, or enum expected
          }
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1411: error: class,
interface, or enum expected
    public boolean isWifiApEnabled() {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1413: error: class,
interface, or enum expected
      }
      ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1421: error: class,
interface, or enum expected
    public WifiConfiguration getWifiApConfiguration() {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1424: error: class,
interface, or enum expected
        } catch (RemoteException e) {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1426: error: class,
interface, or enum expected
          }
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1435: error: class,
interface, or enum expected
    public boolean setWifiApConfiguration(WifiConfiguration wifiConfig) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1438: error: class,
interface, or enum expected
            return true;
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1439: error: class,
interface, or enum expected
        } catch (RemoteException e) {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1441: error: class,
interface, or enum expected
          }
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1457: error: class,
interface, or enum expected
    public boolean startWifi() {
```

```
                   ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1460: error: class,
interface, or enum expected
           return true;
                   ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1461: error: class,
interface, or enum expected
         } catch (RemoteException e) {
         ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1463: error: class,
interface, or enum expected
         }
         ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1477: error: class,
interface, or enum expected
     public boolean stopWifi() {
               ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1480: error: class,
interface, or enum expected
           return true;
                   ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1481: error: class,
interface, or enum expected
         } catch (RemoteException e) {
         ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1483: error: class,
interface, or enum expected
         }
         ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1494: error: class,
interface, or enum expected
     public boolean addToBlacklist(String bssid) {
               ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1497: error: class,
interface, or enum expected
           return true;
                   ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1498: error: class,
interface, or enum expected
         } catch (RemoteException e) {
         ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1500: error: class,
interface, or enum expected
         }
         ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1511: error: class,
interface, or enum expected
     public boolean clearBlacklist() {
               ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1514: error: class,
interface, or enum expected
           return true;
                   ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1515: error: class,
interface, or enum expected
```

```
            } catch (RemoteException e) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1517: error: class,
interface, or enum expected
            }
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1541: error: class,
interface, or enum expected
    public void setTdlsEnabled(InetAddress remoteIPAddress, boolean enable) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1544: error: class,
interface, or enum expected
        } catch (RemoteException e) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1555: error: class,
interface, or enum expected
    public void setTdlsEnabledWithMacAddress(String remoteMacAddress, boolean
enable) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1558: error: class,
interface, or enum expected
        } catch (RemoteException e) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1565: error: class,
interface, or enum expected
    private static final int BASE = Protocol.BASE_WIFI_MANAGER;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1569: error: class,
interface, or enum expected
    public static final int CONNECT_NETWORK              = BASE + 1;
                           ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1571: error: class,
interface, or enum expected
    public static final int CONNECT_NETWORK_FAILED       = BASE + 2;
                           ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1573: error: class,
interface, or enum expected
    public static final int CONNECT_NETWORK_SUCCEEDED    = BASE + 3;
                           ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1576: error: class,
interface, or enum expected
    public static final int FORGET_NETWORK               = BASE + 4;
                           ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1578: error: class,
interface, or enum expected
    public static final int FORGET_NETWORK_FAILED        = BASE + 5;
                           ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1580: error: class,
interface, or enum expected
    public static final int FORGET_NETWORK_SUCCEEDED     = BASE + 6;
                           ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1583: error: class,
interface, or enum expected
    public static final int SAVE_NETWORK                 = BASE + 7;
                           ^
```

```
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1585: error: class,
interface, or enum expected
    public static final int SAVE_NETWORK_FAILED        = BASE + 8;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1587: error: class,
interface, or enum expected
    public static final int SAVE_NETWORK_SUCCEEDED     = BASE + 9;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1590: error: class,
interface, or enum expected
    public static final int START_WPS                  = BASE + 10;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1592: error: class,
interface, or enum expected
    public static final int START_WPS_SUCCEEDED        = BASE + 11;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1594: error: class,
interface, or enum expected
    public static final int WPS_FAILED                 = BASE + 12;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1596: error: class,
interface, or enum expected
    public static final int WPS_COMPLETED              = BASE + 13;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1599: error: class,
interface, or enum expected
    public static final int CANCEL_WPS                 = BASE + 14;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1601: error: class,
interface, or enum expected
    public static final int CANCEL_WPS_FAILED          = BASE + 15;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1603: error: class,
interface, or enum expected
    public static final int CANCEL_WPS_SUCCEDED        = BASE + 16;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1606: error: class,
interface, or enum expected
    public static final int DISABLE_NETWORK            = BASE + 17;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1608: error: class,
interface, or enum expected
    public static final int DISABLE_NETWORK_FAILED     = BASE + 18;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1610: error: class,
interface, or enum expected
    public static final int DISABLE_NETWORK_SUCCEEDED  = BASE + 19;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1613: error: class,
interface, or enum expected
    public static final int RSSI_PKTCNT_FETCH          = BASE + 20;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1615: error: class,
interface, or enum expected
    public static final int RSSI_PKTCNT_FETCH_SUCCEEDED = BASE + 21;
```

```
                              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1617: error: class,
interface, or enum expected
    public static final int RSSI_PKTCNT_FETCH_FAILED       = BASE + 22;
                              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1625: error: class,
interface, or enum expected
    public static final int ERROR                          = 0;
                              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1632: error: class,
interface, or enum expected
    public static final int IN_PROGRESS                    = 1;
                              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1640: error: class,
interface, or enum expected
    public static final int BUSY                           = 2;
                              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1644: error: class,
interface, or enum expected
    public static final int WPS_OVERLAP_ERROR              = 3;
                              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1646: error: class,
interface, or enum expected
    public static final int WPS_WEP_PROHIBITED             = 4;
                              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1648: error: class,
interface, or enum expected
    public static final int WPS_TKIP_ONLY_PROHIBITED       = 5;
                              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1650: error: class,
interface, or enum expected
    public static final int WPS_AUTH_FAILURE               = 6;
                              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1652: error: class,
interface, or enum expected
    public static final int WPS_TIMED_OUT                  = 7;
                              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1659: error: class,
interface, or enum expected
    public static final int INVALID_ARGS                   = 8;
                              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1666: error: class,
interface, or enum expected
    public static final int NOT_AUTHORIZED                 = 9;
                              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1815: error: class,
interface, or enum expected
    private static int putListener(Object listener) {
                              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1817: error: class,
interface, or enum expected
        int key;
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1818: error: class,
interface, or enum expected
```

```
        synchronized (sListenerMapLock) {
                     ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1821: error: class,
interface, or enum expected
            } while (key == INVALID_KEY);
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1822: error: class,
interface, or enum expected
            sListenerMap.put(key, listener);
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1823: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1825: error: class,
interface, or enum expected
      }
      ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1829: error: class,
interface, or enum expected
        synchronized (sListenerMapLock) {
                     ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1831: error: class,
interface, or enum expected
            sListenerMap.remove(key);
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1832: error: class,
interface, or enum expected
            return listener;
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1833: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1840: error: class,
interface, or enum expected
                if (messenger == null) {
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1842: error: class,
interface, or enum expected
                    return;
                    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1843: error: class,
interface, or enum expected
                }
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1846: error: class,
interface, or enum expected
                sAsyncChannel = new AsyncChannel();
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1847: error: class,
interface, or enum expected
                sConnected = new CountDownLatch(1);
                ^
```

```
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1849: error: class,
interface, or enum expected
                 sHandlerThread.start();
                 ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1850: error: class,
interface, or enum expected
                 Handler handler = new
ServiceHandler(sHandlerThread.getLooper());
                 ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1851: error: class,
interface, or enum expected
                 sAsyncChannel.connect(mContext, handler, messenger);
                 ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1852: error: class,
interface, or enum expected
                 try {
                 ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1854: error: class,
interface, or enum expected
                 } catch (InterruptedException e) {
                 ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1856: error: class,
interface, or enum expected
                 }
                 ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1864: error: class,
interface, or enum expected
             }
             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1882: error: class,
interface, or enum expected
         public void connect(WifiConfiguration config, ActionListener listener) {
             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1884: error: class,
interface, or enum expected
             validateChannel();
             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1887: error: class,
interface, or enum expected
             sAsyncChannel.sendMessage(CONNECT_NETWORK,
WifiConfiguration.INVALID_NETWORK_ID,
             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1889: error: class,
interface, or enum expected
             }
             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1904: error: class,
interface, or enum expected
         public void connect(int networkId, ActionListener listener) {
             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1906: error: class,
interface, or enum expected
             validateChannel();
             ^
```

```
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1907: error: class,
interface, or enum expected
        sAsyncChannel.sendMessage(CONNECT_NETWORK, networkId,
putListener(listener));
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1908: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1928: error: class,
interface, or enum expected
    public void save(WifiConfiguration config, ActionListener listener) {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1930: error: class,
interface, or enum expected
        validateChannel();
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1931: error: class,
interface, or enum expected
        sAsyncChannel.sendMessage(SAVE_NETWORK, 0, putListener(listener),
config);
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1932: error: class,
interface, or enum expected
    }
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1947: error: class,
interface, or enum expected
    public void forget(int netId, ActionListener listener) {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1949: error: class,
interface, or enum expected
        validateChannel();
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1950: error: class,
interface, or enum expected
        sAsyncChannel.sendMessage(FORGET_NETWORK, netId, putListener(listener));
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1951: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1962: error: class,
interface, or enum expected
    public void disable(int netId, ActionListener listener) {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1964: error: class,
interface, or enum expected
        validateChannel();
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1965: error: class,
interface, or enum expected
        sAsyncChannel.sendMessage(DISABLE_NETWORK, netId,
putListener(listener));
              ^
```

```
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1966: error: class,
interface, or enum expected
    }
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1976: error: class,
interface, or enum expected
    public void startWps(WpsInfo config, WpsCallback listener) {
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1978: error: class,
interface, or enum expected
        validateChannel();
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1979: error: class,
interface, or enum expected
        sAsyncChannel.sendMessage(START_WPS, 0, putListener(listener), config);
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1980: error: class,
interface, or enum expected
    }
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1989: error: class,
interface, or enum expected
    public void cancelWps(WpsCallback listener) {
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1991: error: class,
interface, or enum expected
        sAsyncChannel.sendMessage(CANCEL_WPS, 0, putListener(listener));
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1992: error: class,
interface, or enum expected
    }
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2001: error: class,
interface, or enum expected
    public Messenger getWifiServiceMessenger() {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2004: error: class,
interface, or enum expected
        } catch (RemoteException e) {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2006: error: class,
interface, or enum expected
        } catch (SecurityException e) {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2008: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2016: error: class,
interface, or enum expected
    public String getConfigFile() {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2019: error: class,
interface, or enum expected
        } catch (RemoteException e) {
```

```
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2021: error: class,
interface, or enum expected
            }
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2224: error: class,
interface, or enum expected
    public WifiLock createWifiLock(int lockType, String tag) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2226: error: class,
interface, or enum expected
      }
      ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2240: error: class,
interface, or enum expected
    public WifiLock createWifiLock(String tag) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2242: error: class,
interface, or enum expected
      }
      ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2258: error: class,
interface, or enum expected
    public MulticastLock createMulticastLock(String tag) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2260: error: class,
interface, or enum expected
      }
      ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2427: error: class,
interface, or enum expected
    public boolean isMulticastEnabled() {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2430: error: class,
interface, or enum expected
        } catch (RemoteException e) {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2432: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2439: error: class,
interface, or enum expected
    public boolean initializeMulticastFiltering() {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2442: error: class,
interface, or enum expected
          return true;
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2443: error: class,
interface, or enum expected
        } catch (RemoteException e) {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2445: error: class,
interface, or enum expected
```

```
            }
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2453: error: class,
interface, or enum expected
                }
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2457: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2464: error: class,
interface, or enum expected
    public void enableVerboseLogging (int verbose) {
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2467: error: class,
interface, or enum expected
        } catch (Exception e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2470: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2478: error: class,
interface, or enum expected
    public int getVerboseLoggingLevel() {
               ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2481: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2483: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2490: error: class,
interface, or enum expected
    public void enableAggressiveHandover(int enabled) {
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2493: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2503: error: class,
interface, or enum expected
    public int getAggressiveHandover() {
               ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2506: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2508: error: class,
interface, or enum expected
        }
        ^
```

```
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2515: error: class,
interface, or enum expected
    public void setAllowScansWithTraffic(int enabled) {
             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2518: error: class,
interface, or enum expected
        } catch (RemoteException e) {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2527: error: class,
interface, or enum expected
    public int getAllowScansWithTraffic() {
             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2530: error: class,
interface, or enum expected
        } catch (RemoteException e) {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2532: error: class,
interface, or enum expected
        }
        ^
177 errors

[editing elided]


[2]+  Stopped                 sudo emacs
frameworks/base/wifi/java/android/net/wifi/WifiManager.java
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo emacs
frameworks/base/wifi/java/android/net/wifi/WifiManager.java
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cmake -
j32[K%2[Ksudo make -j32
=========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
=========================================
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
```

```
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...

[elided including]

Deleting
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes/android/vie
w/View$Visibility.class
Deleting
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes/android/vie
w/View$LayoutDir.class
Deleting
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes/android/vie
w/View$FocusDirection.class
Deleting
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes/android/vie
w/View$DrawingCacheQuality.class
Deleting
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes/android/vie
w/View$FindViewFlags.class
Deleting
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes/android/vie
w/View$ScrollBarStyle.class
Deleting
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes/android/vie
w/View$FocusableMode.class
Deleting
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes/android/vie
w/WindowManagerPolicy$UserRotationMode.class
Deleting
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes/android/vie
w/Surface$Rotation.class
Deleting
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes/android/vie
w/View$FocusRealDirection.class
Deleting
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes/android/vie
w/View$ResolvedLayoutDir.class
Deleting
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes/android/ser
vice/voice/AlwaysOnHotwordDetector$RecognitionModes.class
Deleting
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes/android/ser
vice/voice/AlwaysOnHotwordDetector$ManageActions.class
Deleting
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes/android/ser
vice/voice/AlwaysOnHotwordDetector$RecognitionFlags.class
Copying: out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes-
jarjar.jar
Copying:
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/emma_out/lib/classe
s-jarjar.jar
Copying:
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes.jar
```

```
target Java: ims-common (out/target/common/obj/JAVA_LIBRARIES/ims-
common_intermediates/classes)
target Java: voip-common (out/target/common/obj/JAVA_LIBRARIES/voip-
common_intermediates/classes)
target Java: android.policy
(out/target/common/obj/JAVA_LIBRARIES/android.policy_intermediates/classes)
target Java: BasicDreams
(out/target/common/obj/APPS/BasicDreams_intermediates/classes)
Copying:
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/noproguard.classes.
jar
target Java: bluetooth.mapsapi
(out/target/common/obj/JAVA_LIBRARIES/bluetooth.mapsapi_intermediates/classes)
target Java: javax.obex
(out/target/common/obj/JAVA_LIBRARIES/javax.obex_intermediates/classes)
target Java: SoundRecorder
(out/target/common/obj/APPS/SoundRecorder_intermediates/classes)
target Java: CaptivePortalLogin
(out/target/common/obj/APPS/CaptivePortalLogin_intermediates/classes)
target Java: CertInstaller
(out/target/common/obj/APPS/CertInstaller_intermediates/classes)
target Java: android.test.runner
(out/target/common/obj/JAVA_LIBRARIES/android.test.runner_intermediates/classes)
target Java: DownloadProviderUi
(out/target/common/obj/APPS/DownloadProviderUi_intermediates/classes)
target Java: HTMLViewer
(out/target/common/obj/APPS/HTMLViewer_intermediates/classes)
target Java: KeyChain
(out/target/common/obj/APPS/KeyChain_intermediates/classes)
target Java: LiveWallpapers
(out/target/common/obj/APPS/LiveWallpapers_intermediates/classes)
target Java: LiveWallpapersPicker
(out/target/common/obj/APPS/LiveWallpapersPicker_intermediates/classes)
target Java: OpenWnn (out/target/common/obj/APPS/OpenWnn_intermediates/classes)
target Java: PacProcessor
(out/target/common/obj/APPS/PacProcessor_intermediates/classes)
target Java: PicoTts (out/target/common/obj/APPS/PicoTts_intermediates/classes)
target Java: Provision
(out/target/common/obj/APPS/Provision_intermediates/classes)
target Java: SpeechRecorder
(out/target/common/obj/APPS/SpeechRecorder_intermediates/classes)
target Java: UserDictionaryProvider
(out/target/common/obj/APPS/UserDictionaryProvider_intermediates/classes)
target Java: android_webview_java_with_new_resources
(out/target/common/obj/JAVA_LIBRARIES/android_webview_java_with_new_resources_in
termediates/classes)
target Java: am (out/target/common/obj/JAVA_LIBRARIES/am_intermediates/classes)
target Java: appops
(out/target/common/obj/JAVA_LIBRARIES/appops_intermediates/classes)
target Java: appwidget
(out/target/common/obj/JAVA_LIBRARIES/appwidget_intermediates/classes)
target Java: bmgr
(out/target/common/obj/JAVA_LIBRARIES/bmgr_intermediates/classes)
target Java: bu (out/target/common/obj/JAVA_LIBRARIES/bu_intermediates/classes)
```

```
target Java: com.android.future.usb.accessory
(out/target/common/obj/JAVA_LIBRARIES/com.android.future.usb.accessory_intermedi
ates/classes)
target Java: com.android.location.provider
(out/target/common/obj/JAVA_LIBRARIES/com.android.location.provider_intermediate
s/classes)
target Java: com.android.media.remotedisplay
(out/target/common/obj/JAVA_LIBRARIES/com.android.media.remotedisplay_intermedia
tes/classes)
target Java: com.android.mediadrm.signer
(out/target/common/obj/JAVA_LIBRARIES/com.android.mediadrm.signer_intermediates/
classes)
target Java: content
(out/target/common/obj/JAVA_LIBRARIES/content_intermediates/classes)
target Java: dpm
(out/target/common/obj/JAVA_LIBRARIES/dpm_intermediates/classes)
Note:
packages/apps/HTMLViewer/src/com/android/htmlviewer/HTMLViewerActivity.java uses
or overrides a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Note:
frameworks/base/packages/CaptivePortalLogin/src/com/android/captiveportallogin/C
aptivePortalLoginActivity.java uses unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
target Java: services.accessibility
(out/target/common/obj/JAVA_LIBRARIES/services.accessibility_intermediates/class
es)
target Java: ime
(out/target/common/obj/JAVA_LIBRARIES/ime_intermediates/classes)
target Java: input
(out/target/common/obj/JAVA_LIBRARIES/input_intermediates/classes)
target Java: media_cmd
(out/target/common/obj/JAVA_LIBRARIES/media_cmd_intermediates/classes)
target Java: monkey
(out/target/common/obj/JAVA_LIBRARIES/monkey_intermediates/classes)
target Java: pm (out/target/common/obj/JAVA_LIBRARIES/pm_intermediates/classes)
target Java: requestsync
(out/target/common/obj/JAVA_LIBRARIES/requestsync_intermediates/classes)
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
target Java: settings
(out/target/common/obj/JAVA_LIBRARIES/settings_intermediates/classes)
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.

[elided notes and targets]


Reading library jar
[/home/ubuntu/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/classes.jar
]
```

```
Reading library jar
[/home/ubuntu/out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/class
es.jar]
Preparing output jar
[/home/ubuntu/out/target/common/obj/APPS/InputDevices_intermediates/proguard.cla
sses.jar]
   Copying resources from program jar
[/home/ubuntu/out/target/common/obj/APPS/InputDevices_intermediates/classes.jar]


[elided compiler/make information]

Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Install: out/target/product/generic/system/priv-app/Dialer/Dialer.apk
Install: out/target/product/generic/system/app/Email/Email.apk
Install: out/target/product/generic/system/priv-app/Settings/Settings.apk
build/tools/generate-notice-files.py  out/target/product/generic/obj/NOTICE.txt
out/target/product/generic/obj/NOTICE.html "Notices for files contained in the
filesystem images in this directory:"
out/target/product/generic/obj/NOTICE_FILES/src
Combining NOTICE files into HTML
Combining NOTICE files into text
Installed file list: out/target/product/generic/installed-files.txt
Target system fs image:
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
Running:  mkuserimg.sh out/target/product/generic/system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
ext4 system 576716800 out/target/product/generic/root/file_contexts
make_ext4fs -T -1 -S out/target/product/generic/root/file_contexts -l 576716800
-a system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
out/target/product/generic/system
Creating filesystem with parameters:
    Size: 576716800
    Block size: 4096
    Blocks per group: 32768
    Inodes per group: 7040
    Inode size: 256
    Journal blocks: 2200
    Label:
    Blocks: 140800
    Block groups: 5
    Reserved block group size: 39
Created filesystem with 1458/35200 inodes and 106608/140800 blocks
Install system fs image: out/target/product/generic/system.img
out/target/product/generic/system.img+ maxsize=588791808 blocksize=2112
total=576716800 reserve=5947392
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo make -j32emacs
frameworks/base/wifi/java/android/net/wifi/WifiManager.java
```

```
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cmake -
j32[K%2[Kemacs junk/README.wifi.method
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[K^C
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo make -j32emacs
frameworks/base/wifi/java/android/net/wifi/WifiManager.java
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cmake -
j32[K%2[Kemacs junk/README.wifi.method
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Csudo emacs
frameworks/base/wifi/java/android/net/wifi/WifiManager.java
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cdate[Kals -lt
out/target/product/generic/*.img
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cframeworks/base/core/j
ava/android/net/[K!ls
ls frameworks/base/core/java/android/net/
BaseNetworkStateTracker.java          INetworkScoreService.aidl
LocalSocket.java              NetworkPolicy.aidl              NetworkUtils.java
SSLSessionCache.java
ConnectivityManager.java              INetworkStatsService.aidl      MailTo.java
NetworkPolicy.java            [0m[01;34mnsd[0m
StaticIpConfiguration.java
Credentials.java                      INetworkStatsSession.aidl
MobileDataStateTracker.java   NetworkPolicyManager.java      package.html
TrafficStats.java
[01;34mdhcp[0m                            InterfaceConfiguration.aidl
MobileLinkQualityInfo.java    NetworkQuotaInfo.aidl          PacProxySelector.java
UidRange.aidl
DhcpInfo.aidl                         InterfaceConfiguration.java
NetworkAgent.java             NetworkQuotaInfo.java          ParseException.java
UidRange.java
DhcpInfo.java                         IpConfiguration.aidl          Network.aidl
NetworkRequest.aidl           ProxyDataTracker.java             Uri.aidl
DhcpResults.aidl                      IpConfiguration.java
NetworkCapabilities.aidl      NetworkRequest.java            ProxyInfo.aidl
Uri.java
DhcpResults.java                      IpPrefix.aidl
NetworkCapabilities.java      NetworkScoreManager.java       ProxyInfo.java
UrlQuerySanitizer.java
DhcpStateMachine.java                 IpPrefix.java
NetworkConfig.java            NetworkScorerAppManager.java   Proxy.java
VpnService.java
DnsPinger.java                        LinkAddress.aidl
NetworkFactory.java           NetworkState.aidl              PskKeyManager.java
WebAddress.java
EthernetManager.java                  LinkAddress.java
NetworkIdentity.java          NetworkState.java              RouteInfo.aidl
WifiKey.java
[01;34mhttp[0m                            LinkProperties.aidl
NetworkInfo.aidl              NetworkStateTracker.java       RouteInfo.java
WifiLinkQualityInfo.java
IConnectivityManager.aidl             LinkProperties.java
NetworkInfo.java              NetworkStats.aidl              RssiCurve.java
[01;34mwimax[0m
IEthernetManager.aidl                 LinkQualityInfo.aidl          Network.java
NetworkStatsHistory.aidl      SamplingDataTracker.java
```

```
INetworkManagementEventObserver.aidl  LinkQualityInfo.java
NetworkKey.aidl                NetworkStatsHistory.java        ScoredNetwork.aidl
INetworkPolicyListener.aidl            LocalServerSocket.java
NetworkKey.java                NetworkStats.java               ScoredNetwork.java
INetworkPolicyManager.aidl             LocalSocketAddress.java
NetworkMisc.aidl               NetworkTemplate.aidl            SntpClient.java
INetworkScoreCache.aidl                LocalSocketImpl.java
NetworkMisc.java               NetworkTemplate.java
SSLCertificateSocketFactory.java
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt out/*.[K[Kpr[K[K
casecheck.txt        CaseCheck.txt       host/                target/
versions_checked.mk
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  8 06:33
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  8 06:11
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  8 06:07
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  8 06:01
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ exit

Script done on Mon 08 Feb 2016 06:35:02 AM UTC
```

# APPENDIX  L

```
Script started on Mon 08 Feb 2016 10:06:28 PM UTC
 ]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ cat junk/README.p
 ]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ cat junk/README.ping
sudo emacs frameworks/base/wifi/java/android/net/wifi/WifiManager.java
 ]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make clean
==========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
==========================================
l Entire build directory removed.
 ]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make -j32
==========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
==========================================
Checking build tools versions...
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
```

```
including ./build/tools/Android.mk ...

[elided]

          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1004: error: class,
interface, or enum expected
     public boolean startScan(WorkSource workSource) {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1007: error: class,
interface, or enum expected
            return true;
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1008: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1010: error: class,
interface, or enum expected
        }
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1029: error: class,
interface, or enum expected
     public boolean startCustomizedScan(ScanSettings requested) {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1032: error: class,
interface, or enum expected
            return true;
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1033: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1035: error: class,
interface, or enum expected
        }
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1039: error: class,
interface, or enum expected
     public boolean startCustomizedScan(ScanSettings requested, WorkSource
workSource) {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1042: error: class,
interface, or enum expected
            return true;
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1043: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1045: error: class,
interface, or enum expected
        }
          ^
```

```
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1059: error: class,
interface, or enum expected
    public boolean requestBatchedScan(BatchedScanSettings requested) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1062: error: class,
interface, or enum expected
        } catch (RemoteException e) { return false; }
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1062: error: class,
interface, or enum expected
        } catch (RemoteException e) { return false; }
                                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1065: error: class,
interface, or enum expected
    public boolean requestBatchedScan(BatchedScanSettings requested, WorkSource
workSource) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1068: error: class,
interface, or enum expected
        } catch (RemoteException e) { return false; }
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1068: error: class,
interface, or enum expected
        } catch (RemoteException e) { return false; }
                                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1078: error: class,
interface, or enum expected
    public boolean isBatchedScanSupported() {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1081: error: class,
interface, or enum expected
        } catch (RemoteException e) { return false; }
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1081: error: class,
interface, or enum expected
        } catch (RemoteException e) { return false; }
                                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1093: error: class,
interface, or enum expected
    public void stopBatchedScan(BatchedScanSettings requested) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1096: error: class,
interface, or enum expected
        } catch (RemoteException e) {}
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1105: error: class,
interface, or enum expected
    public List<BatchedScanResult> getBatchedScanResults() {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1108: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1110: error: class,
interface, or enum expected
```

```
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1133: error: class,
interface, or enum expected
    public void pollBatchedScan() {
             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1136: error: class,
interface, or enum expected
        } catch (RemoteException e) { }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1146: error: class,
interface, or enum expected
    public String getWpsNfcConfigurationToken(int netId) {
             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1149: error: class,
interface, or enum expected
        } catch (RemoteException e) {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1151: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1158: error: class,
interface, or enum expected
    public WifiInfo getConnectionInfo() {
             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1161: error: class,
interface, or enum expected
        } catch (RemoteException e) {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1163: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1170: error: class,
interface, or enum expected
    public List<ScanResult> getScanResults() {
             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1173: error: class,
interface, or enum expected
        } catch (RemoteException e) {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1175: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1186: error: class,
interface, or enum expected
    public boolean isScanAlwaysAvailable() {
             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1189: error: class,
interface, or enum expected
        } catch (RemoteException e) {
        ^
```

```
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1191: error: class,
interface, or enum expected
            }
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1203: error: class,
interface, or enum expected
        public boolean saveConfiguration() {
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1206: error: class,
interface, or enum expected
            } catch (RemoteException e) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1208: error: class,
interface, or enum expected
            }
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1218: error: class,
interface, or enum expected
        public void setCountryCode(String country, boolean persist) {
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1221: error: class,
interface, or enum expected
            } catch (RemoteException e) { }
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1233: error: class,
interface, or enum expected
        public void setFrequencyBand(int band, boolean persist) {
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1236: error: class,
interface, or enum expected
            } catch (RemoteException e) { }
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1248: error: class,
interface, or enum expected
        public int getFrequencyBand() {
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1251: error: class,
interface, or enum expected
            } catch (RemoteException e) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1253: error: class,
interface, or enum expected
            }
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1261: error: class,
interface, or enum expected
        public boolean isDualBandSupported() {
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1264: error: class,
interface, or enum expected
            } catch (RemoteException e) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1266: error: class,
interface, or enum expected
            }
```

```
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1274: error: class,
interface, or enum expected
    public DhcpInfo getDhcpInfo() {
                 ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1277: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1279: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1288: error: class,
interface, or enum expected
    public boolean setWifiEnabled(boolean enabled) {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1291: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1293: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1303: error: class,
interface, or enum expected
    public int getWifiState() {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1306: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1308: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1316: error: class,
interface, or enum expected
    public boolean isWifiEnabled() {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1318: error: class,
interface, or enum expected
    }
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1326: error: class,
interface, or enum expected
    public void getTxPacketCount(TxPacketCountListener listener) {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1328: error: class,
interface, or enum expected
        sAsyncChannel.sendMessage(RSSI_PKTCNT_FETCH, 0, putListener(listener));
                  ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1329: error: class,
interface, or enum expected
```

```
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1341: error: class,
interface, or enum expected
    public static int calculateSignalLevel(int rssi, int numLevels) {
             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1344: error: class,
interface, or enum expected
        } else if (rssi >= MAX_RSSI) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1346: error: class,
interface, or enum expected
        } else {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1348: error: class,
interface, or enum expected
            float outputRange = (numLevels - 1);
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1349: error: class,
interface, or enum expected
            return (int)((float)(rssi - MIN_RSSI) * outputRange / inputRange);
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1350: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1362: error: class,
interface, or enum expected
    public static int compareSignalLevel(int rssiA, int rssiB) {
             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1364: error: class,
interface, or enum expected
    }
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1378: error: class,
interface, or enum expected
    public boolean setWifiApEnabled(WifiConfiguration wifiConfig, boolean
enabled) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1381: error: class,
interface, or enum expected
            return true;
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1382: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1384: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1396: error: class,
interface, or enum expected
    public int getWifiApState() {
             ^
```

```
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1399: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1401: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1411: error: class,
interface, or enum expected
    public boolean isWifiApEnabled() {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1413: error: class,
interface, or enum expected
    }
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1421: error: class,
interface, or enum expected
    public WifiConfiguration getWifiApConfiguration() {
           ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1424: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1426: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1435: error: class,
interface, or enum expected
    public boolean setWifiApConfiguration(WifiConfiguration wifiConfig) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1438: error: class,
interface, or enum expected
            return true;
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1439: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1441: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1457: error: class,
interface, or enum expected
    public boolean startWifi() {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1460: error: class,
interface, or enum expected
            return true;
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1461: error: class,
interface, or enum expected
        } catch (RemoteException e) {
```

```
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1463: error: class,
interface, or enum expected
        }
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1477: error: class,
interface, or enum expected
    public boolean stopWifi() {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1480: error: class,
interface, or enum expected
            return true;
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1481: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1483: error: class,
interface, or enum expected
        }
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1494: error: class,
interface, or enum expected
    public boolean addToBlacklist(String bssid) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1497: error: class,
interface, or enum expected
            return true;
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1498: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1500: error: class,
interface, or enum expected
        }
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1511: error: class,
interface, or enum expected
    public boolean clearBlacklist() {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1514: error: class,
interface, or enum expected
            return true;
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1515: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1517: error: class,
interface, or enum expected
        }
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1541: error: class,
interface, or enum expected
```

```
    public void setTdlsEnabled(InetAddress remoteIPAddress, boolean enable) {
                   ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1544: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1555: error: class,
interface, or enum expected
    public void setTdlsEnabledWithMacAddress(String remoteMacAddress, boolean
enable) {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1558: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1565: error: class,
interface, or enum expected
    private static final int BASE = Protocol.BASE_WIFI_MANAGER;
                             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1569: error: class,
interface, or enum expected
    public static final int CONNECT_NETWORK              = BASE + 1;
                          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1571: error: class,
interface, or enum expected
    public static final int CONNECT_NETWORK_FAILED       = BASE + 2;
                          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1573: error: class,
interface, or enum expected
    public static final int CONNECT_NETWORK_SUCCEEDED    = BASE + 3;
                          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1576: error: class,
interface, or enum expected
    public static final int FORGET_NETWORK               = BASE + 4;
                          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1578: error: class,
interface, or enum expected
    public static final int FORGET_NETWORK_FAILED        = BASE + 5;
                          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1580: error: class,
interface, or enum expected
    public static final int FORGET_NETWORK_SUCCEEDED     = BASE + 6;
                          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1583: error: class,
interface, or enum expected
    public static final int SAVE_NETWORK                 = BASE + 7;
                          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1585: error: class,
interface, or enum expected
    public static final int SAVE_NETWORK_FAILED          = BASE + 8;
                          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1587: error: class,
interface, or enum expected
    public static final int SAVE_NETWORK_SUCCEEDED       = BASE + 9;
                          ^
```

```
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1590: error: class,
interface, or enum expected
    public static final int START_WPS                = BASE + 10;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1592: error: class,
interface, or enum expected
    public static final int START_WPS_SUCCEEDED      = BASE + 11;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1594: error: class,
interface, or enum expected
    public static final int WPS_FAILED               = BASE + 12;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1596: error: class,
interface, or enum expected
    public static final int WPS_COMPLETED            = BASE + 13;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1599: error: class,
interface, or enum expected
    public static final int CANCEL_WPS               = BASE + 14;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1601: error: class,
interface, or enum expected
    public static final int CANCEL_WPS_FAILED        = BASE + 15;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1603: error: class,
interface, or enum expected
    public static final int CANCEL_WPS_SUCCEDED      = BASE + 16;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1606: error: class,
interface, or enum expected
    public static final int DISABLE_NETWORK          = BASE + 17;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1608: error: class,
interface, or enum expected
    public static final int DISABLE_NETWORK_FAILED   = BASE + 18;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1610: error: class,
interface, or enum expected
    public static final int DISABLE_NETWORK_SUCCEEDED = BASE + 19;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1613: error: class,
interface, or enum expected
    public static final int RSSI_PKTCNT_FETCH        = BASE + 20;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1615: error: class,
interface, or enum expected
    public static final int RSSI_PKTCNT_FETCH_SUCCEEDED = BASE + 21;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1617: error: class,
interface, or enum expected
    public static final int RSSI_PKTCNT_FETCH_FAILED = BASE + 22;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1625: error: class,
interface, or enum expected
    public static final int ERROR                    = 0;
```

```
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1632: error: class,
interface, or enum expected
    public static final int IN_PROGRESS            = 1;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1640: error: class,
interface, or enum expected
    public static final int BUSY                   = 2;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1644: error: class,
interface, or enum expected
    public static final int WPS_OVERLAP_ERROR      = 3;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1646: error: class,
interface, or enum expected
    public static final int WPS_WEP_PROHIBITED     = 4;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1648: error: class,
interface, or enum expected
    public static final int WPS_TKIP_ONLY_PROHIBITED = 5;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1650: error: class,
interface, or enum expected
    public static final int WPS_AUTH_FAILURE       = 6;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1652: error: class,
interface, or enum expected
    public static final int WPS_TIMED_OUT          = 7;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1659: error: class,
interface, or enum expected
    public static final int INVALID_ARGS           = 8;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1666: error: class,
interface, or enum expected
    public static final int NOT_AUTHORIZED         = 9;
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1815: error: class,
interface, or enum expected
    private static int putListener(Object listener) {
                            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1817: error: class,
interface, or enum expected
        int key;
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1818: error: class,
interface, or enum expected
        synchronized (sListenerMapLock) {
                     ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1821: error: class,
interface, or enum expected
            } while (key == INVALID_KEY);
               ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1822: error: class,
interface, or enum expected
```

```
                sListenerMap.put(key, listener);
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1823: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1825: error: class,
interface, or enum expected
    }
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1829: error: class,
interface, or enum expected
        synchronized (sListenerMapLock) {
                    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1831: error: class,
interface, or enum expected
            sListenerMap.remove(key);
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1832: error: class,
interface, or enum expected
            return listener;
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1833: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1840: error: class,
interface, or enum expected
            if (messenger == null) {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1842: error: class,
interface, or enum expected
                return;
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1843: error: class,
interface, or enum expected
            }
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1846: error: class,
interface, or enum expected
            sAsyncChannel = new AsyncChannel();
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1847: error: class,
interface, or enum expected
            sConnected = new CountDownLatch(1);
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1849: error: class,
interface, or enum expected
            sHandlerThread.start();
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1850: error: class,
interface, or enum expected
            Handler handler = new
ServiceHandler(sHandlerThread.getLooper());
                ^
```

```
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1851: error: class,
interface, or enum expected
                sAsyncChannel.connect(mContext, handler, messenger);
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1852: error: class,
interface, or enum expected
                try {
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1854: error: class,
interface, or enum expected
                } catch (InterruptedException e) {
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1856: error: class,
interface, or enum expected
                }
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1864: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1882: error: class,
interface, or enum expected
    public void connect(WifiConfiguration config, ActionListener listener) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1884: error: class,
interface, or enum expected
        validateChannel();
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1887: error: class,
interface, or enum expected
        sAsyncChannel.sendMessage(CONNECT_NETWORK,
WifiConfiguration.INVALID_NETWORK_ID,
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1889: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1904: error: class,
interface, or enum expected
    public void connect(int networkId, ActionListener listener) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1906: error: class,
interface, or enum expected
        validateChannel();
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1907: error: class,
interface, or enum expected
        sAsyncChannel.sendMessage(CONNECT_NETWORK, networkId,
putListener(listener));
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1908: error: class,
interface, or enum expected
        }
        ^
```

```
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1928: error: class,
interface, or enum expected
    public void save(WifiConfiguration config, ActionListener listener) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1930: error: class,
interface, or enum expected
        validateChannel();
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1931: error: class,
interface, or enum expected
        sAsyncChannel.sendMessage(SAVE_NETWORK, 0, putListener(listener),
config);
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1932: error: class,
interface, or enum expected
    }
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1947: error: class,
interface, or enum expected
    public void forget(int netId, ActionListener listener) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1949: error: class,
interface, or enum expected
        validateChannel();
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1950: error: class,
interface, or enum expected
        sAsyncChannel.sendMessage(FORGET_NETWORK, netId, putListener(listener));
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1951: error: class,
interface, or enum expected
    }
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1962: error: class,
interface, or enum expected
    public void disable(int netId, ActionListener listener) {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1964: error: class,
interface, or enum expected
        validateChannel();
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1965: error: class,
interface, or enum expected
        sAsyncChannel.sendMessage(DISABLE_NETWORK, netId,
putListener(listener));
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1966: error: class,
interface, or enum expected
    }
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1976: error: class,
interface, or enum expected
    public void startWps(WpsInfo config, WpsCallback listener) {
            ^
```

```
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1978: error: class,
interface, or enum expected
        validateChannel();
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1979: error: class,
interface, or enum expected
        sAsyncChannel.sendMessage(START_WPS, 0, putListener(listener), config);
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1980: error: class,
interface, or enum expected
    }
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1989: error: class,
interface, or enum expected
    public void cancelWps(WpsCallback listener) {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1991: error: class,
interface, or enum expected
        sAsyncChannel.sendMessage(CANCEL_WPS, 0, putListener(listener));
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:1992: error: class,
interface, or enum expected
    }
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2001: error: class,
interface, or enum expected
    public Messenger getWifiServiceMessenger() {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2004: error: class,
interface, or enum expected
        } catch (RemoteException e) {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2006: error: class,
interface, or enum expected
        } catch (SecurityException e) {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2008: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2016: error: class,
interface, or enum expected
    public String getConfigFile() {
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2019: error: class,
interface, or enum expected
        } catch (RemoteException e) {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2021: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2224: error: class,
interface, or enum expected
    public WifiLock createWifiLock(int lockType, String tag) {
```

```
                   ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2226: error: class,
interface, or enum expected
    }
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2240: error: class,
interface, or enum expected
    public WifiLock createWifiLock(String tag) {
             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2242: error: class,
interface, or enum expected
    }
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2258: error: class,
interface, or enum expected
    public MulticastLock createMulticastLock(String tag) {
             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2260: error: class,
interface, or enum expected
    }
    ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2427: error: class,
interface, or enum expected
    public boolean isMulticastEnabled() {
             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2430: error: class,
interface, or enum expected
        } catch (RemoteException e) {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2432: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2439: error: class,
interface, or enum expected
    public boolean initializeMulticastFiltering() {
             ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2442: error: class,
interface, or enum expected
            return true;
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2443: error: class,
interface, or enum expected
        } catch (RemoteException e) {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2445: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2453: error: class,
interface, or enum expected
                }
                ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2457: error: class,
interface, or enum expected
```

```
            }
            ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2464: error: class,
interface, or enum expected
    public void enableVerboseLogging (int verbose) {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2467: error: class,
interface, or enum expected
        } catch (Exception e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2470: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2478: error: class,
interface, or enum expected
    public int getVerboseLoggingLevel() {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2481: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2483: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2490: error: class,
interface, or enum expected
    public void enableAggressiveHandover(int enabled) {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2493: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2503: error: class,
interface, or enum expected
    public int getAggressiveHandover() {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2506: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2508: error: class,
interface, or enum expected
        }
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2515: error: class,
interface, or enum expected
    public void setAllowScansWithTraffic(int enabled) {
              ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2518: error: class,
interface, or enum expected
        } catch (RemoteException e) {
          ^
```

```
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2527: error: class,
interface, or enum expected
    public int getAllowScansWithTraffic() {
          ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2530: error: class,
interface, or enum expected
        } catch (RemoteException e) {
        ^
frameworks/base/wifi/java/android/net/wifi/WifiManager.java:2532: error: class,
interface, or enum expected
        }
        ^
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/input/page_scale_animation.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/input/top_controls_manager.cc
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/layers/content_layer.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/layers/contents_scaling_layer.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/layers/delegated_frame_provider.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/layers/delegated_frame_resource_collection.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/layers/delegated_renderer_layer.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/layers/delegated_renderer_layer_impl.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/layers/heads_up_display_layer.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/layers/heads_up_display_layer_impl.cc
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/layers/image_layer.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/layers/io_surface_layer.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/layers/io_surface_layer_impl.cc
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/layers/layer.cc
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/layers/layer_impl.cc
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/layers/layer_lists.cc
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/layers/layer_position_constraint.cc
target thumb C++: cc_cc_gyp <= external/chromium_org/cc/layers/layer_utils.cc
306 errors
target thumb C++: cc_cc_gyp <=
external/chromium_org/cc/layers/nine_patch_layer.cc
make: *** [out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes-
full-debug.jar] Error 41
make: *** Waiting for unfinished jobs....
 ]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ pwd [K [K [Kls -lt
out/target/product/gn [Keneric/s [K
android-info.txt        clean_steps.mk          gen/
ramdisk.img             system/
cache/                  data/                   obj/
root/
```

```
cache.img                  dex_bootjars/              previous_build_config.mk
symbols/
 ]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
-rw-r--r-- 1 root root   713093 Feb  8 22:24
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root 69206016 Feb  8 22:19
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ pwd[K[K[Kls -lt
out/target/product/generic/*.img

[elided]


[?12l[?25h[?12;25h[44;11H[?25lp[?12l[?25h[?12;25h[H
[3;6H[?25l[38;5;153ml[45mp[39;49m[43;38H[30m[48;5;250m2[39;49m[3;7H[?12l[?25h[?12
;25h[44;12H[?25li[?12l[?25h[?12;25h[3;7H[?25l[38;5;124mp[39;49m[22;34H[38;5;153m
[45mpi[39;49m[43;39H[30m[48;5;250m1[39;49m[22;36H[?12l[?25h[?12;25h[44;13H[?25ln
[?12l[?25h[?12;25h[22;36H[?25l[38;5;28mpi[39;49m[24;23H[38;5;153m[45mpIn[39;49m
[43;39H[30m[48;5;250m3[39;49m[24;26H[?12l[?25h[?12;25h[44;14H[?25lg[?12l[?25h[?12
;25h[24;26H[H
[?25l  }[K
[K
    [38;5;89m/**
[39;49m
[38;5;89m     * Reconnect to the currently active access point, even if we are
already
[39;49m
[38;5;89m     * connected. This may result in the asynchronous delivery of state
[39;49m
[38;5;89m     * change events.
[39;49m
[38;5;89m     * [39;49m[38;5;30m@return[39;49m[38;5;89m [39;49m[38;5;30m{@code
true}[39;49m[38;5;89m if the operation succeeded
[39;49m
[38;5;89m     */[39;49m[K
    [38;5;129mpublic[39;49m [38;5;28mboolean[39;49m
[38;5;21mreassociate[39;49m() {[K
        [38;5;129mtry[39;49m {[K
            mService.reassociate();[K
            [38;5;129mreturn[39;49m [38;5;30mtrue[39;49m;[K
        } [38;5;129mcatch[39;49m ([38;5;28mRemoteException[39;49m
[38;5;130me[39;49m) {[K
            [38;5;129mreturn[39;49m [38;5;30mfalse[39;49m;[K
        }
}
[K[19;5H[38;5;89m/**
[39;49m
[38;5;89m     * Check that the supplicant daemon is responding to requests.
[39;49m
[38;5;89m     * [39;49m[38;5;30m@return[39;49m[38;5;89m [39;49m[38;5;30m{@code
true}[39;49m[38;5;89m if we were able to communicate with the supplicant and
[39;49m
```

```
[38;5;89m     * it returned the expected response to the
[39;49m[38;5;153m[45mPING[39;49m[38;5;89m message.
[39;49m
[38;5;89m     */[39;49m[K
    [38;5;124m//public boolean pingSupplicant()
{
                                          [39;49m
        [38;5;129mif[39;49m (mService == [38;5;30mnull[39;49m)[K
            [38;5;129mreturn[39;49m [38;5;30mfalse[39;49m;[K
        [38;5;129mtry[39;49m {[K
            [38;5;129mreturn[39;49m mService.pingSupplicant();
        } [38;5;129mcatch[39;49m ([38;5;28mRemoteException[39;49m
[38;5;130me[39;49m) {
            [38;5;129mreturn[39;49m [38;5;30mfalse[39;49m;[K
        }[K
    }[K
[K
    [38;5;89m/**
[39;49m
[38;5;89m     * Get a list of available channels for customized scan.
[39;49m
[38;5;89m     *
[39;49m
[38;5;89m     * [39;49m[38;5;30m@see[39;49m[38;5;89m [39;49m[38;5;30m{@link
WifiChannel}[39;49m[38;5;89m
[39;49m
[38;5;89m     *
[39;49m
[38;5;89m     * [39;49m[38;5;30m@return[39;49m[38;5;89m the channel list, or
null if not available
[39;49m
[38;5;89m     * [39;49m[38;5;30m@hide[39;49m[38;5;89m
[39;49m
[38;5;89m     */[39;49m
    [38;5;129mpublic[39;49m [38;5;28mList[39;49m<WifiChannel> getChannelList() {
                        [30m[48;5;250m32%
L783[39;49m[22;53H[?12l[?25h[?12;25h[24;22H[?25l[38;5;124m[48;5;159mping[39;49m[
28;29H[48;5;159mping[39;49m[22;53H[?12l[?25h[?12;25h[44;1H[?25lMark saved where
search
started[22;53H[?12l[?25h[?12;25h[?25l[38;5;89mPING[39;49m[24;22H[38;5;124mping[3
9;49m[28;29Hping[43;40H[30m[48;5;250m4  Git:!  (Java/l Abbrev) --------
[39;49m[23;8H[?12l[?25h[?12;25h[44;1H[K[43;40H[?25l[30m[48;5;250m5[39;49m[24;40H
[?12l[?25h[?12;25h
[C[C[C[C[?25l/[38;5;129mpublic[39;49m [38;5;28mboolean[39;49m pingSupplicant()
{[K[43;6H[30m[48;5;250m**[39;49m[24;5H[?12l[?25h[?12;25h[?25l[38;5;129mpublic[39
;49m [38;5;28mboolean[39;49m [38;5;21mpingSupplicant[39;49m()
{[K[24;5H[?12l[?25h[?12;25h[44;1H[?25lSaving file
/home/ubuntu/frameworks/base/wifi/java/android/net/wifi/WifiManager.java...[24;5
H[?12l[?25h[?12;25h[44;1H[?25lWrote
/home/ubuntu/frameworks/base/wifi/java/android/net/wifi/WifiManager.java[K[24;5H
[?12l[?25h[?12;25h[43;6H[?25l[30m[48;5;250m----F1
[39;49m[1m[30m[48;5;250mWifiManager.java[0m[39;49m[30m[48;5;250m   32% L785
Git-[39;49m[24;5H[?12l[?25h[?12;25h[44;1H[K[24;5H[44;1H[?25l(No files need
saving)[24;5H[?12l[?25h[?12;25h[44;1H[K[?1l>[?12l[?25h[?1049l[39;49m
```

```
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo emacs
frameworks/base/wifi/java/android/net/wifi/WifiManager.java
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[CCcat junk/README.ping[K[9Pls
-lt junk[4Phistoryls -lt out/target/product/generic/*.img[Kehc[K[Kcho
"********************* fixed and remake ********************"
********************* fixed and remake *********************
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ makesmakeumakedmakeomake
make[C[C[C[C  -j32
=========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
=========================================
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...


[elided]

packages/apps/Email/../UnifiedEmail/res/drawable-
xhdpi/toast_frame_pressed.9.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:1534] compiler [Exclusive time]
[Total time]
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:1534]    0.209s/1.869s dex2oat
Setup
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:1534]    0.593s Resolve
MethodsAndFields
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:1534]    0.359s Verify Dex File
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:1534]    0.033s
InitializeNoClinit
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:1534]    0.478s Compile Dex
File
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:1534]    0s/0.053s dex2oat
OatWriter
```

```
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:1534]          0s Loading image
checksum
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:1534]          0s InitOatHeader
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:1534]          0s InitOatDexFiles
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:1534]          0s InitDexFiles
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:1534]          0.013s
InitOatClasses
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:1534]          0.019s InitOatMaps
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:1534]          0s InitOatCode
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:1534]          0.020s
InitOatCodeDexFiles
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:1534]          0.112s Writing ELF
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:1534]          0.029s Patching ELF
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:1534] compiler: end, 1.869s
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:1534]
dex2oatd I 105508 105508 art/dex2oat/dex2oat.cc:268] dex2oat took 2.089s
(threads: 32)
Install: out/target/product/generic/system/app/Email/arm/Email.odex
warning: string 'done_action' has no default translation.
warning: string 'done_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
warning: string 'next_action' has no default translation.
warning: string 'next_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Install: out/target/product/generic/system/app/Email/Email.apk
Install: out/target/product/generic/system/priv-app/Settings/Settings.apk
build/tools/generate-notice-files.py  out/target/product/generic/obj/NOTICE.txt
out/target/product/generic/obj/NOTICE.html "Notices for files contained in the
filesystem images in this directory:"
out/target/product/generic/obj/NOTICE_FILES/src
Combining NOTICE files into HTML
Combining NOTICE files into text
Installed file list: out/target/product/generic/installed-files.txt
Target system fs image:
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
```

```
Running:  mkuserimg.sh out/target/product/generic/system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
ext4 system 576716800 out/target/product/generic/root/file_contexts
make_ext4fs -T -1 -S out/target/product/generic/root/file_contexts -l 576716800
-a system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
out/target/product/generic/system
Creating filesystem with parameters:
    Size: 576716800
    Block size: 4096
    Blocks per group: 32768
    Inodes per group: 7040
    Inode size: 256
    Journal blocks: 2200
    Label:
    Blocks: 140800
    Block groups: 5
    Reserved block group size: 39
Created filesystem with 1458/35200 inodes and 106608/140800 blocks
Install system fs image: out/target/product/generic/system.img
out/target/product/generic/system.img+ maxsize=588791808 blocksize=2112
total=576716800 reserve=5947392
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/r[Ksy[K[K*.img
ls: cannot access out/target/product/*.img: No such file or directory
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/*.img[C[C[C[C[C[C[C[C[C[Cg*.imge*.imgn*.imge*.imgr*.imgi*.img
c*.img/*.img[C[C[C[C[C
-rw-r--r-- 1 root root 576716800 Feb  8 22:43
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  8 22:39
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  8 22:24
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  8 22:19
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ exit

Script done on Mon 08 Feb 2016 10:44:48 PM UTC
```

# APPENDIX M

```
libcore/luni/src/main/java/java/math
libcore/luni/src/main/java/java/util/concurrent
libcore/luni/src/main/java/java/util/concurrent/atomic
libcore/luni/src/main/java/java/util/concurrent/locks
libcore/luni/src/main/java/javax/xml
libcore/luni/src/main/java/javax/xml/datatype
libcore/luni/src/main/java/javax/xml/namespace
libcore/luni/src/main/java/javax/xml/parsers
libcore/luni/src/main/java/javax/xml/transform
libcore/luni/src/main/java/javax/xml/transform/dom
libcore/luni/src/main/java/javax/xml/transform/sax
libcore/luni/src/main/java/javax/xml/transform/stream
libcore/luni/src/main/java/javax/xml/validation
libcore/luni/src/main/java/javax/xml/xpath


Script started on Mon 08 Feb 2016 07:02:19 AM UTC
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt out/
casecheck.txt          CaseCheck.txt          host/                  target/
versions_checked.mk
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  8 06:33
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  8 06:11
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  8 06:07
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  8 06:01
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ p[Ksy[Kudo python moveall
python: can't open file 'moveall': [Errno 2] No such file or directory
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo python moveall.py
libcore/luni/src/main/java/java/math/Multiplication.java
libcore/luni/src/main/java/java/math/BigInteger.java
libcore/luni/src/main/java/java/math/Division.java
libcore/luni/src/main/java/java/math/BigInt.java
libcore/luni/src/main/java/java/math/BitLevel.java
libcore/luni/src/main/java/java/math/RoundingMode.java
libcore/luni/src/main/java/java/math/NativeBN.java
libcore/luni/src/main/java/java/math/Primality.java
libcore/luni/src/main/java/java/math/BigDecimal.java
libcore/luni/src/main/java/java/math/Logical.java
libcore/luni/src/main/java/java/math/MathContext.java
libcore/luni/src/main/java/java/math/Conversion.java
libcore/luni/src/main/java/java/util/concurrent/TimeoutException.java
libcore/luni/src/main/java/java/util/concurrent/DelayQueue.java
libcore/luni/src/main/java/java/util/concurrent/Semaphore.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentNavigableMap.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentSkipListSet.java
libcore/luni/src/main/java/java/util/concurrent/RejectedExecutionHandler.java
libcore/luni/src/main/java/java/util/concurrent/CountedCompleter.java
libcore/luni/src/main/java/java/util/concurrent/ThreadFactory.java
libcore/luni/src/main/java/java/util/concurrent/BlockingQueue.java
libcore/luni/src/main/java/java/util/concurrent/LinkedBlockingQueue.java
```

```
libcore/luni/src/main/java/java/util/concurrent/Callable.java
libcore/luni/src/main/java/java/util/concurrent/Executor.java
libcore/luni/src/main/java/java/util/concurrent/package-info.java
libcore/luni/src/main/java/java/util/concurrent/Executors.java
libcore/luni/src/main/java/java/util/concurrent/SynchronousQueue.java
libcore/luni/src/main/java/java/util/concurrent/CancellationException.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentLinkedDeque.java
libcore/luni/src/main/java/java/util/concurrent/Future.java
libcore/luni/src/main/java/java/util/concurrent/ExecutorService.java
libcore/luni/src/main/java/java/util/concurrent/ForkJoinPool.java
libcore/luni/src/main/java/java/util/concurrent/LinkedTransferQueue.java
libcore/luni/src/main/java/java/util/concurrent/PriorityBlockingQueue.java
libcore/luni/src/main/java/java/util/concurrent/ExecutorCompletionService.java
libcore/luni/src/main/java/java/util/concurrent/ThreadLocalRandom.java
libcore/luni/src/main/java/java/util/concurrent/TimeUnit.java
libcore/luni/src/main/java/java/util/concurrent/ScheduledThreadPoolExecutor.java
libcore/luni/src/main/java/java/util/concurrent/RecursiveAction.java
libcore/luni/src/main/java/java/util/concurrent/ExecutionException.java
libcore/luni/src/main/java/java/util/concurrent/Phaser.java
libcore/luni/src/main/java/java/util/concurrent/RunnableFuture.java
libcore/luni/src/main/java/java/util/concurrent/ThreadPoolExecutor.java
libcore/luni/src/main/java/java/util/concurrent/CountDownLatch.java
libcore/luni/src/main/java/java/util/concurrent/LinkedBlockingDeque.java
libcore/luni/src/main/java/java/util/concurrent/CopyOnWriteArrayList.java
libcore/luni/src/main/java/java/util/concurrent/CompletionService.java
libcore/luni/src/main/java/java/util/concurrent/ScheduledFuture.java
libcore/luni/src/main/java/java/util/concurrent/ForkJoinWorkerThread.java
libcore/luni/src/main/java/java/util/concurrent/RejectedExecutionException.java
libcore/luni/src/main/java/java/util/concurrent/FutureTask.java
libcore/luni/src/main/java/java/util/concurrent/Exchanger.java
libcore/luni/src/main/java/java/util/concurrent/CyclicBarrier.java
libcore/luni/src/main/java/java/util/concurrent/BrokenBarrierException.java
libcore/luni/src/main/java/java/util/concurrent/RunnableScheduledFuture.java
libcore/luni/src/main/java/java/util/concurrent/ForkJoinTask.java
libcore/luni/src/main/java/java/util/concurrent/TransferQueue.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentMap.java
libcore/luni/src/main/java/java/util/concurrent/BlockingDeque.java
libcore/luni/src/main/java/java/util/concurrent/RecursiveTask.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentLinkedQueue.java
libcore/luni/src/main/java/java/util/concurrent/Delayed.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentHashMap.java
libcore/luni/src/main/java/java/util/concurrent/CopyOnWriteArraySet.java
libcore/luni/src/main/java/java/util/concurrent/ScheduledExecutorService.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentSkipListMap.java
libcore/luni/src/main/java/java/util/concurrent/ArrayBlockingQueue.java
libcore/luni/src/main/java/java/util/concurrent/AbstractExecutorService.java
libcore/luni/src/main/java/java/util/concurrent/locks/ReentrantLock.java
libcore/luni/src/main/java/java/util/concurrent/locks/ReentrantReadWriteLock.jav
a
libcore/luni/src/main/java/java/util/concurrent/locks/AbstractQueuedSynchronizer
.java
libcore/luni/src/main/java/java/util/concurrent/locks/package-info.java
libcore/luni/src/main/java/java/util/concurrent/locks/LockSupport.java
libcore/luni/src/main/java/java/util/concurrent/locks/Condition.java
libcore/luni/src/main/java/java/util/concurrent/locks/ReadWriteLock.java
```

```
libcore/luni/src/main/java/java/util/concurrent/locks/Lock.java
libcore/luni/src/main/java/java/util/concurrent/locks/AbstractQueuedLongSynchron
izer.java
libcore/luni/src/main/java/java/util/concurrent/locks/AbstractOwnableSynchronize
r.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicReferenceArray.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicMarkableReference.j
ava
libcore/luni/src/main/java/java/util/concurrent/atomic/package-info.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicLongArray.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicBoolean.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicIntegerArray.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicInteger.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicStampedReference.ja
va
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicLongFieldUpdater.ja
va
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicReferenceFieldUpdat
er.java
libcore/luni/src/main/java/java/util/concurrent/atomic/Fences.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicIntegerFieldUpdater
.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicLong.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicReference.java
libcore/luni/src/main/java/javax/xml/XMLConstants.java
libcore/luni/src/main/java/javax/xml/datatype/DatatypeConstants.java
libcore/luni/src/main/java/javax/xml/datatype/DatatypeFactory.java
libcore/luni/src/main/java/javax/xml/datatype/XMLGregorianCalendar.java
libcore/luni/src/main/java/javax/xml/datatype/FactoryFinder.java
libcore/luni/src/main/java/javax/xml/datatype/DatatypeConfigurationException.jav
a
libcore/luni/src/main/java/javax/xml/datatype/Duration.java
libcore/luni/src/main/java/javax/xml/xpath/XPathExpression.java
libcore/luni/src/main/java/javax/xml/xpath/XPathFactory.java
libcore/luni/src/main/java/javax/xml/xpath/XPathConstants.java
libcore/luni/src/main/java/javax/xml/xpath/XPathFactoryFinder.java
libcore/luni/src/main/java/javax/xml/xpath/XPathExpressionException.java
libcore/luni/src/main/java/javax/xml/xpath/XPathFunction.java
libcore/luni/src/main/java/javax/xml/xpath/XPath.java
libcore/luni/src/main/java/javax/xml/xpath/XPathException.java
libcore/luni/src/main/java/javax/xml/xpath/XPathFunctionException.java
libcore/luni/src/main/java/javax/xml/xpath/XPathFunctionResolver.java
libcore/luni/src/main/java/javax/xml/xpath/XPathFactoryConfigurationException.ja
va
libcore/luni/src/main/java/javax/xml/xpath/XPathVariableResolver.java
libcore/luni/src/main/java/javax/xml/validation/SchemaFactory.java
libcore/luni/src/main/java/javax/xml/validation/TypeInfoProvider.java
libcore/luni/src/main/java/javax/xml/validation/SchemaFactoryLoader.java
libcore/luni/src/main/java/javax/xml/validation/SchemaFactoryFinder.java
libcore/luni/src/main/java/javax/xml/validation/ValidatorHandler.java
libcore/luni/src/main/java/javax/xml/validation/Schema.java
libcore/luni/src/main/java/javax/xml/validation/Validator.java
libcore/luni/src/main/java/javax/xml/parsers/ParserConfigurationException.java
libcore/luni/src/main/java/javax/xml/parsers/FilePathToURI.java
libcore/luni/src/main/java/javax/xml/parsers/SAXParser.java
```

```
libcore/luni/src/main/java/javax/xml/parsers/DocumentBuilderFactory.java
libcore/luni/src/main/java/javax/xml/parsers/SAXParserFactory.java
libcore/luni/src/main/java/javax/xml/parsers/DocumentBuilder.java
libcore/luni/src/main/java/javax/xml/parsers/FactoryConfigurationError.java
libcore/luni/src/main/java/javax/xml/namespace/QName.java
libcore/luni/src/main/java/javax/xml/namespace/NamespaceContext.java
libcore/luni/src/main/java/javax/xml/transform/ErrorListener.java
libcore/luni/src/main/java/javax/xml/transform/OutputKeys.java
libcore/luni/src/main/java/javax/xml/transform/TransformerException.java
libcore/luni/src/main/java/javax/xml/transform/Templates.java
libcore/luni/src/main/java/javax/xml/transform/overview.html
libcore/luni/src/main/java/javax/xml/transform/SourceLocator.java
libcore/luni/src/main/java/javax/xml/transform/TransformerFactoryConfigurationEr
ror.java
libcore/luni/src/main/java/javax/xml/transform/TransformerFactory.java
libcore/luni/src/main/java/javax/xml/transform/Result.java
libcore/luni/src/main/java/javax/xml/transform/Transformer.java
libcore/luni/src/main/java/javax/xml/transform/TransformerConfigurationException
.java
libcore/luni/src/main/java/javax/xml/transform/Source.java
libcore/luni/src/main/java/javax/xml/transform/URIResolver.java
libcore/luni/src/main/java/javax/xml/transform/stream/StreamResult.java
libcore/luni/src/main/java/javax/xml/transform/stream/FilePathToURI.java
libcore/luni/src/main/java/javax/xml/transform/stream/StreamSource.java
libcore/luni/src/main/java/javax/xml/transform/dom/DOMResult.java
libcore/luni/src/main/java/javax/xml/transform/dom/DOMSource.java
libcore/luni/src/main/java/javax/xml/transform/dom/DOMLocator.java
libcore/luni/src/main/java/javax/xml/transform/sax/SAXTransformerFactory.java
libcore/luni/src/main/java/javax/xml/transform/sax/SAXResult.java
libcore/luni/src/main/java/javax/xml/transform/sax/TransformerHandler.java
libcore/luni/src/main/java/javax/xml/transform/sax/SAXSource.java
libcore/luni/src/main/java/javax/xml/transform/sax/TemplatesHandler.java
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo python moveall.py
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ me[K[Ksudo make clean
============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
Entire build directory removed.
```

```
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make -j32

============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
Checking build tools versions...
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...


[elided]


Export includes file: frameworks/av/media/libeffects/lvm/wrapper/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libreverbwrapper_intermediates/e
xport_includes
Notice file: frameworks/av/media/libeffects/lvm/wrapper/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/soundfx/libreverbwra
pper.so.txt
libcore/luni/src/main/java/org/apache/harmony/security/x509/PolicyConstraints.ja
va:117: error: cannot find symbol
            BigInteger requireExplicitPolicy = null;
            ^
  symbol: class BigInteger
libcore/luni/src/main/java/org/apache/harmony/security/x509/PolicyConstraints.ja
va:118: error: cannot find symbol
            BigInteger inhibitPolicyMapping = null;
            ^
  symbol: class BigInteger
libcore/luni/src/main/java/org/apache/harmony/security/x509/PolicyConstraints.ja
va:120: error: cannot find symbol
                requireExplicitPolicy = new BigInteger((byte[]) values[0]);
                                            ^
```

```
    symbol: class BigInteger
libcore/luni/src/main/java/org/apache/harmony/security/x509/PolicyConstraints.ja
va:123: error: cannot find symbol
            inhibitPolicyMapping = new BigInteger((byte[]) values[1]);
                                                                   ^
    symbol: class BigInteger
Notice file: frameworks/av/media/libeffects/lvm/lib/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libreverb.a.txt
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libvisualizer_intermediates/impo
rt_includes
libcore/luni/src/main/java/org/apache/harmony/security/x509/tsp/PKIStatusInfo.ja
va:105: error: cannot find symbol
            values[0] = BigInteger.valueOf(psi.status.getStatus())
                        ^
    symbol: variable BigInteger
Export includes file: frameworks/av/media/libeffects/visualizer/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libvisualizer_intermediates/expo
rt_includes
libcore/luni/src/main/java/org/apache/harmony/security/x509/tsp/TimeStampReq.jav
a:175: error: cannot find symbol
            BigInteger nonce = (values[3] == null) ? null : new BigInteger(
                  ^
    symbol: class BigInteger
libcore/luni/src/main/java/org/apache/harmony/security/x509/tsp/TimeStampReq.jav
a:175: error: cannot find symbol
            BigInteger nonce = (values[3] == null) ? null : new BigInteger(
                                                                ^
    symbol: class BigInteger
Notice file: frameworks/av/media/libeffects/visualizer/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/soundfx/libvisualize
r.so.txt
libcore/luni/src/main/java/org/apache/harmony/security/x509/tsp/TSTInfo.java:241
: error: cannot find symbol
            values[i] = BigInteger.valueOf(accuracy[i]).toByteArray();
                        ^
    symbol: variable BigInteger
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libkeystore_intermediates/import
_includes
libcore/luni/src/main/java/org/apache/harmony/security/x509/tsp/TSTInfo.java:268
: error: cannot find symbol
            BigInteger nonce = (values[7] == null) ? null : new BigInteger(
                  ^
    symbol: class BigInteger
libcore/luni/src/main/java/org/apache/harmony/security/x509/tsp/TSTInfo.java:268
: error: cannot find symbol
            BigInteger nonce = (values[7] == null) ? null : new BigInteger(
                                                                ^
    symbol: class BigInteger
libcore/luni/src/main/java/org/apache/harmony/security/x509/tsp/TSTInfo.java:275
: error: cannot find symbol
                new BigInteger((byte[]) values[3]),
                    ^
    symbol: class BigInteger
```

```
Export includes file: system/security/keystore-engine/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libkeystore_intermediates/export
_includes
Notice file: packages/providers/CalendarProvider/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/priv-
app/CalendarProvider/CalendarProvider.apk.txt
logtags:
out/target/common/obj/APPS/CalendarProvider_intermediates/src/src/com/android/pr
oviders/calendar/EventLogTags.java <=
packages/providers/CalendarProvider/src/com/android/providers/calendar/EventLogT
ags.logtags
Notice file: packages/apps/Contacts/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/priv-
app/Contacts/Contacts.apk.txt
Notice file: packages/providers/ContactsProvider/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/priv-
app/ContactsProvider/ContactsProvider.apk.txt
logtags:
out/target/common/obj/APPS/ContactsProvider_intermediates/src/src/com/android/pr
oviders/contacts/EventLogTags.java <=
packages/providers/ContactsProvider/src/com/android/providers/contacts/EventLogT
ags.logtags
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libdefcontainer_jni_intermediate
s/import_includes
Export includes file:
frameworks/base/packages/DefaultContainerService/jni/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libdefcontainer_jni_intermediate
s/export_includes
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderFactory
Impl.java:37: error: method does not override or implement a method from a
supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderFactory
Impl.java:49: error: cannot find symbol
            return isNamespaceAware();
                   ^
  symbol:   method isNamespaceAware()
  location: class DocumentBuilderFactoryImpl
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderFactory
Impl.java:51: error: cannot find symbol
            return isValidating();
                   ^
  symbol:   method isValidating()
  location: class DocumentBuilderFactoryImpl
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderFactory
Impl.java:53: error: cannot find symbol
            throw new ParserConfigurationException(name);
                      ^
  symbol:   class ParserConfigurationException
  location: class DocumentBuilderFactoryImpl
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderFactory
Impl.java:42: error: method does not override or implement a method from a
supertype
```

```
        @Override
        ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderFactory
Impl.java:60: error: cannot find symbol
        if (isValidating()) {
             ^
  symbol:   method isValidating()
  location: class DocumentBuilderFactoryImpl
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderFactory
Impl.java:61: error: cannot find symbol
            throw new ParserConfigurationException(
                      ^
  symbol:   class ParserConfigurationException
  location: class DocumentBuilderFactoryImpl
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderFactory
Impl.java:73: error: cannot find symbol
        builder.setCoalescing(isCoalescing());
                              ^
  symbol:   method isCoalescing()
  location: class DocumentBuilderFactoryImpl
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderFactory
Impl.java:74: error: cannot find symbol
        builder.setIgnoreComments(isIgnoringComments());
                                  ^
  symbol:   method isIgnoringComments()
  location: class DocumentBuilderFactoryImpl
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderFactory
Impl.java:75: error: cannot find symbol

builder.setIgnoreElementContentWhitespace(isIgnoringElementContentWhitespace());
                                          ^
  symbol:   method isIgnoringElementContentWhitespace()
  location: class DocumentBuilderFactoryImpl
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderFactory
Impl.java:76: error: cannot find symbol
        builder.setNamespaceAware(isNamespaceAware());
                                  ^
  symbol:   method isNamespaceAware()
  location: class DocumentBuilderFactoryImpl
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderFactory
Impl.java:57: error: method does not override or implement a method from a
supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderFactory
Impl.java:83: error: method does not override or implement a method from a
supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderFactory
Impl.java:97: error: cannot find symbol
            setNamespaceAware(value);
            ^
  symbol:   method setNamespaceAware(boolean)
  location: class DocumentBuilderFactoryImpl
```

```
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderFactory
Impl.java:99: error: cannot find symbol
            setValidating(value);
            ^
  symbol:   method setValidating(boolean)
  location: class DocumentBuilderFactoryImpl
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderFactory
Impl.java:101: error: cannot find symbol
            throw new ParserConfigurationException(name);
                      ^
  symbol:   class ParserConfigurationException
  location: class DocumentBuilderFactoryImpl
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderFactory
Impl.java:89: error: method does not override or implement a method from a
supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderImpl.ja
va:61: error: method does not override or implement a method from a supertype
    @Override public void reset() {
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderImpl.ja
va:70: error: method does not override or implement a method from a supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderImpl.ja
va:75: error: method does not override or implement a method from a supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderImpl.ja
va:80: error: method does not override or implement a method from a supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderImpl.ja
va:85: error: method does not override or implement a method from a supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderImpl.ja
va:90: error: method does not override or implement a method from a supertype
    @Override
    ^
Notice file: packages/providers/DownloadProvider/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/priv-
app/DownloadProvider/DownloadProvider.apk.txt
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderImpl.ja
va:356: error: method does not override or implement a method from a supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/DocumentBuilderImpl.ja
va:361: error: method does not override or implement a method from a supertype
    @Override
    ^
Notice file: frameworks/base/packages/FusedLocation/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/priv-
app/FusedLocation/FusedLocation.apk.txt
```

```
Notice file: frameworks/base/packages/InputDevices/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/priv-
app/InputDevices/InputDevices.apk.txt
Notice file: packages/apps/Launcher2/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/priv-
app/Launcher2/Launcher2.apk.txt
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
Notice file: packages/providers/MediaProvider/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/priv-
app/MediaProvider/MediaProvider.apk.txt
Notice file: packages/apps/Mms/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/priv-app/Mms/Mms.apk.txt
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/SAXParserFactoryImpl.j
ava:41: error: method does not override or implement a method from a supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/SAXParserFactoryImpl.j
ava:54: error: method does not override or implement a method from a supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/SAXParserFactoryImpl.j
ava:63: error: method does not override or implement a method from a supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/SAXParserFactoryImpl.j
ava:75: error: cannot find symbol
            throw new ParserConfigurationException(
                    ^
  symbol:   class ParserConfigurationException
  location: class SAXParserFactoryImpl
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/SAXParserFactoryImpl.j
ava:82: error: cannot find symbol
            throw new ParserConfigurationException(ex.toString());
                    ^
  symbol:   class ParserConfigurationException
  location: class SAXParserFactoryImpl
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/SAXParserFactoryImpl.j
ava:72: error: method does not override or implement a method from a supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/SAXParserFactoryImpl.j
ava:86: error: method does not override or implement a method from a supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/SAXParserFactoryImpl.j
ava:104: error: method does not override or implement a method from a supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/SAXParserFactoryImpl.j
ava:113: error: method does not override or implement a method from a supertype
    @Override
    ^
```

```
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/SAXParserImpl.java:56:
error: method does not override or implement a method from a supertype
    @Override public void reset() {
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/SAXParserImpl.java:70:
error: method does not override or implement a method from a supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/SAXParserImpl.java:79:
error: method does not override or implement a method from a supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/SAXParserImpl.java:85:
error: method does not override or implement a method from a supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/SAXParserImpl.java:90:
error: method does not override or implement a method from a supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/SAXParserImpl.java:99:
error: method does not override or implement a method from a supertype
    @Override
    ^
libcore/luni/src/main/java/org/apache/harmony/xml/parsers/SAXParserImpl.java:104
: error: method does not override or implement a method from a supertype
    @Override
    ^
Notice file: packages/apps/Settings/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/priv-
app/Settings/Settings.apk.txt
logtags:
out/target/common/obj/APPS/Settings_intermediates/src/src/com/android/settings/E
ventLogTags.java <=
packages/apps/Settings/src/com/android/settings/EventLogTags.logtags
Notice file: frameworks/base/packages/SettingsProvider/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/priv-
app/SettingsProvider/SettingsProvider.apk.txt
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
515 errors
Notice file: frameworks/base/packages/SystemUI/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/priv-
app/SystemUI/SystemUI.apk.txt
logtags:
out/target/common/obj/APPS/SystemUI_intermediates/src/src/com/android/systemui/E
ventLogTags.java <=
frameworks/base/packages/SystemUI/src/com/android/systemui/EventLogTags.logtags
Notice file: packages/services/Telephony/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/priv-
app/TeleService/TeleService.apk.txt
logtags:
out/target/common/obj/APPS/TeleService_intermediates/src/src/com/android/phone/E
```

```
ventLogTags.java <=
packages/services/Telephony/src/com/android/phone/EventLogTags.logtags
Notice file: packages/providers/TelephonyProvider/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/priv-
app/TelephonyProvider/TelephonyProvider.apk.txt
make: *** [out/target/common/obj/JAVA_LIBRARIES/core-
libart_intermediates/classes-full-debug.jar] Error 41
make: *** Waiting for unfinished jobs....
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make -j32cleanls -lt
out/target/product/generic/*.img
ls: cannot access out/target/product/generic/*.img: No such file or directory
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ tar tzf 14source.tgz
libcore/luni/src/main/java/javax/xml/
libcore/luni/src/main/java/javax/xml/datatype/
libcore/luni/src/main/java/javax/xml/datatype/DatatypeConstants.java
libcore/luni/src/main/java/javax/xml/datatype/DatatypeFactory.java
libcore/luni/src/main/java/javax/xml/datatype/XMLGregorianCalendar.java
libcore/luni/src/main/java/javax/xml/datatype/FactoryFinder.java
libcore/luni/src/main/java/javax/xml/datatype/DatatypeConfigurationException.jav
a
libcore/luni/src/main/java/javax/xml/datatype/Duration.java
libcore/luni/src/main/java/javax/xml/xpath/
libcore/luni/src/main/java/javax/xml/xpath/XPathExpression.java
libcore/luni/src/main/java/javax/xml/xpath/XPathFactory.java
libcore/luni/src/main/java/javax/xml/xpath/XPathConstants.java
libcore/luni/src/main/java/javax/xml/xpath/XPathFactoryFinder.java
libcore/luni/src/main/java/javax/xml/xpath/XPathExpressionException.java
libcore/luni/src/main/java/javax/xml/xpath/XPathFunction.java
libcore/luni/src/main/java/javax/xml/xpath/XPath.java
libcore/luni/src/main/java/javax/xml/xpath/XPathException.java
libcore/luni/src/main/java/javax/xml/xpath/XPathFunctionException.java
libcore/luni/src/main/java/javax/xml/xpath/XPathFunctionResolver.java
libcore/luni/src/main/java/javax/xml/xpath/XPathFactoryConfigurationException.ja
va
libcore/luni/src/main/java/javax/xml/xpath/XPathVariableResolver.java
libcore/luni/src/main/java/javax/xml/validation/
libcore/luni/src/main/java/javax/xml/validation/SchemaFactory.java
libcore/luni/src/main/java/javax/xml/validation/TypeInfoProvider.java
libcore/luni/src/main/java/javax/xml/validation/SchemaFactoryLoader.java
libcore/luni/src/main/java/javax/xml/validation/SchemaFactoryFinder.java
libcore/luni/src/main/java/javax/xml/validation/ValidatorHandler.java
libcore/luni/src/main/java/javax/xml/validation/Schema.java
libcore/luni/src/main/java/javax/xml/validation/Validator.java
libcore/luni/src/main/java/javax/xml/parsers/
libcore/luni/src/main/java/javax/xml/parsers/ParserConfigurationException.java
libcore/luni/src/main/java/javax/xml/parsers/FilePathToURI.java
libcore/luni/src/main/java/javax/xml/parsers/SAXParser.java
libcore/luni/src/main/java/javax/xml/parsers/DocumentBuilderFactory.java
libcore/luni/src/main/java/javax/xml/parsers/SAXParserFactory.java
libcore/luni/src/main/java/javax/xml/parsers/DocumentBuilder.java
libcore/luni/src/main/java/javax/xml/parsers/FactoryConfigurationError.java
libcore/luni/src/main/java/javax/xml/XMLConstants.java
libcore/luni/src/main/java/javax/xml/namespace/
libcore/luni/src/main/java/javax/xml/namespace/QName.java
libcore/luni/src/main/java/javax/xml/namespace/NamespaceContext.java
```

```
libcore/luni/src/main/java/javax/xml/transform/
libcore/luni/src/main/java/javax/xml/transform/ErrorListener.java
libcore/luni/src/main/java/javax/xml/transform/stream/
libcore/luni/src/main/java/javax/xml/transform/stream/StreamResult.java
libcore/luni/src/main/java/javax/xml/transform/stream/FilePathToURI.java
libcore/luni/src/main/java/javax/xml/transform/stream/StreamSource.java
libcore/luni/src/main/java/javax/xml/transform/OutputKeys.java
libcore/luni/src/main/java/javax/xml/transform/TransformerException.java
libcore/luni/src/main/java/javax/xml/transform/Templates.java
libcore/luni/src/main/java/javax/xml/transform/overview.html
libcore/luni/src/main/java/javax/xml/transform/SourceLocator.java
libcore/luni/src/main/java/javax/xml/transform/dom/
libcore/luni/src/main/java/javax/xml/transform/dom/DOMResult.java
libcore/luni/src/main/java/javax/xml/transform/dom/DOMSource.java
libcore/luni/src/main/java/javax/xml/transform/dom/DOMLocator.java
libcore/luni/src/main/java/javax/xml/transform/TransformerFactoryConfigurationEr
ror.java
libcore/luni/src/main/java/javax/xml/transform/sax/
libcore/luni/src/main/java/javax/xml/transform/sax/SAXTransformerFactory.java
libcore/luni/src/main/java/javax/xml/transform/sax/SAXResult.java
libcore/luni/src/main/java/javax/xml/transform/sax/TransformerHandler.java
libcore/luni/src/main/java/javax/xml/transform/sax/SAXSource.java
libcore/luni/src/main/java/javax/xml/transform/sax/TemplatesHandler.java
libcore/luni/src/main/java/javax/xml/transform/TransformerFactory.java
libcore/luni/src/main/java/javax/xml/transform/Result.java
libcore/luni/src/main/java/javax/xml/transform/Transformer.java
libcore/luni/src/main/java/javax/xml/transform/TransformerConfigurationException
.java
libcore/luni/src/main/java/javax/xml/transform/Source.java
libcore/luni/src/main/java/javax/xml/transform/URIResolver.java
libcore/luni/src/main/java/java/util/concurrent/
libcore/luni/src/main/java/java/util/concurrent/TimeoutException.java
libcore/luni/src/main/java/java/util/concurrent/DelayQueue.java
libcore/luni/src/main/java/java/util/concurrent/Semaphore.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentNavigableMap.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentSkipListSet.java
libcore/luni/src/main/java/java/util/concurrent/RejectedExecutionHandler.java
libcore/luni/src/main/java/java/util/concurrent/CountedCompleter.java
libcore/luni/src/main/java/java/util/concurrent/ThreadFactory.java
libcore/luni/src/main/java/java/util/concurrent/BlockingQueue.java
libcore/luni/src/main/java/java/util/concurrent/LinkedBlockingQueue.java
libcore/luni/src/main/java/java/util/concurrent/Callable.java
libcore/luni/src/main/java/java/util/concurrent/Executor.java
libcore/luni/src/main/java/java/util/concurrent/package-info.java
libcore/luni/src/main/java/java/util/concurrent/Executors.java
libcore/luni/src/main/java/java/util/concurrent/SynchronousQueue.java
libcore/luni/src/main/java/java/util/concurrent/CancellationException.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentLinkedDeque.java
libcore/luni/src/main/java/java/util/concurrent/Future.java
libcore/luni/src/main/java/java/util/concurrent/ExecutorService.java
libcore/luni/src/main/java/java/util/concurrent/ForkJoinPool.java
libcore/luni/src/main/java/java/util/concurrent/LinkedTransferQueue.java
libcore/luni/src/main/java/java/util/concurrent/PriorityBlockingQueue.java
libcore/luni/src/main/java/java/util/concurrent/ExecutorCompletionService.java
libcore/luni/src/main/java/java/util/concurrent/ThreadLocalRandom.java
```

```
libcore/luni/src/main/java/java/util/concurrent/TimeUnit.java
libcore/luni/src/main/java/java/util/concurrent/ScheduledThreadPoolExecutor.java
libcore/luni/src/main/java/java/util/concurrent/RecursiveAction.java
libcore/luni/src/main/java/java/util/concurrent/ExecutionException.java
libcore/luni/src/main/java/java/util/concurrent/Phaser.java
libcore/luni/src/main/java/java/util/concurrent/RunnableFuture.java
libcore/luni/src/main/java/java/util/concurrent/ThreadPoolExecutor.java
libcore/luni/src/main/java/java/util/concurrent/locks/
libcore/luni/src/main/java/java/util/concurrent/locks/ReentrantLock.java
libcore/luni/src/main/java/java/util/concurrent/locks/ReentrantReadWriteLock.jav
a
libcore/luni/src/main/java/java/util/concurrent/locks/AbstractQueuedSynchronizer
.java
libcore/luni/src/main/java/java/util/concurrent/locks/package-info.java
libcore/luni/src/main/java/java/util/concurrent/locks/LockSupport.java
libcore/luni/src/main/java/java/util/concurrent/locks/Condition.java
libcore/luni/src/main/java/java/util/concurrent/locks/ReadWriteLock.java
libcore/luni/src/main/java/java/util/concurrent/locks/Lock.java
libcore/luni/src/main/java/java/util/concurrent/locks/AbstractQueuedLongSynchron
izer.java
libcore/luni/src/main/java/java/util/concurrent/locks/AbstractOwnableSynchronize
r.java
libcore/luni/src/main/java/java/util/concurrent/CountDownLatch.java
libcore/luni/src/main/java/java/util/concurrent/LinkedBlockingDeque.java
libcore/luni/src/main/java/java/util/concurrent/CopyOnWriteArrayList.java
libcore/luni/src/main/java/java/util/concurrent/CompletionService.java
libcore/luni/src/main/java/java/util/concurrent/ScheduledFuture.java
libcore/luni/src/main/java/java/util/concurrent/ForkJoinWorkerThread.java
libcore/luni/src/main/java/java/util/concurrent/RejectedExecutionException.java
libcore/luni/src/main/java/java/util/concurrent/FutureTask.java
libcore/luni/src/main/java/java/util/concurrent/Exchanger.java
libcore/luni/src/main/java/java/util/concurrent/CyclicBarrier.java
libcore/luni/src/main/java/java/util/concurrent/BrokenBarrierException.java
libcore/luni/src/main/java/java/util/concurrent/atomic/
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicReferenceArray.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicMarkableReference.j
ava
libcore/luni/src/main/java/java/util/concurrent/atomic/package-info.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicLongArray.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicBoolean.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicIntegerArray.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicInteger.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicStampedReference.ja
va
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicLongFieldUpdater.ja
va
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicReferenceFieldUpdat
er.java
libcore/luni/src/main/java/java/util/concurrent/atomic/Fences.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicIntegerFieldUpdater
.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicLong.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicReference.java
libcore/luni/src/main/java/java/util/concurrent/RunnableScheduledFuture.java
libcore/luni/src/main/java/java/util/concurrent/ForkJoinTask.java
```

```
libcore/luni/src/main/java/java/util/concurrent/TransferQueue.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentMap.java
libcore/luni/src/main/java/java/util/concurrent/BlockingDeque.java
libcore/luni/src/main/java/java/util/concurrent/RecursiveTask.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentLinkedQueue.java
libcore/luni/src/main/java/java/util/concurrent/Delayed.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentHashMap.java
libcore/luni/src/main/java/java/util/concurrent/CopyOnWriteArraySet.java
libcore/luni/src/main/java/java/util/concurrent/ScheduledExecutorService.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentSkipListMap.java
libcore/luni/src/main/java/java/util/concurrent/ArrayBlockingQueue.java
libcore/luni/src/main/java/java/util/concurrent/AbstractExecutorService.java
libcore/luni/src/main/java/java/math/
libcore/luni/src/main/java/java/math/Multiplication.java
libcore/luni/src/main/java/java/math/BigInteger.java
libcore/luni/src/main/java/java/math/Division.java
libcore/luni/src/main/java/java/math/BigInt.java
libcore/luni/src/main/java/java/math/BitLevel.java
libcore/luni/src/main/java/java/math/RoundingMode.java
libcore/luni/src/main/java/java/math/NativeBN.java
libcore/luni/src/main/java/java/math/Primality.java
libcore/luni/src/main/java/java/math/BigDecimal.java
libcore/luni/src/main/java/java/math/Logical.java
libcore/luni/src/main/java/java/math/MathContext.java
libcore/luni/src/main/java/java/math/Conversion.java
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls libcore
Android.mk  CaCerts.mk    [0m[01;34mdalvik[0m  Docs.mk  [01;34mexpectations[0m
[01;34minclude[0m        [01;34mjson[0m        [01;34mlibart[0m
NativeCode.mk  [01;32mrun-libcore-tests[0m  [01;34mxml[0m
[01;34mbenchmarks[0m  CleanSpec.mk  [01;34mdex[0m       [01;34mdom[0m
[01;34mharmony-tests[0m  JavaLibrary.mk  [01;34mjsr166-tests[0m  [01;34mluni[0m
NOTICE         [01;34msupport[0m
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ tar
xvzf[1@s[1@u[1@d[1@o[1@ [C[C[C[C[C[C[C[C 14source.tgz [Kls
libcore/luni/src/main/java/java/math/*
ls: cannot access libcore/luni/src/main/java/java/math/*: No such file or
directory
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls
libcore/luni/src/main/java/java/math/*[K[K[K[K[K[K[K[K[K[K
android/ java/    javax/   libcore/ org/
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls
libcore/luni/src/main/java/java/math/
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ tar zvzf
[1@s[1@u[1@d[1@o[1@ [C[C[C[C[C[C[C[C14source.tgz
tar: You must specify one of the '-Acdtrux', '--delete' or '--test-label'
options
Try 'tar --help' or 'tar --usage' for more information.
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo tar zvzf 14source.tgz
[C[C[C[C[C[C[C[C[C[1P[1@x
libcore/luni/src/main/java/javax/xml/
libcore/luni/src/main/java/javax/xml/datatype/
libcore/luni/src/main/java/javax/xml/datatype/DatatypeConstants.java
libcore/luni/src/main/java/javax/xml/datatype/DatatypeFactory.java
libcore/luni/src/main/java/javax/xml/datatype/XMLGregorianCalendar.java
libcore/luni/src/main/java/javax/xml/datatype/FactoryFinder.java
```

```
libcore/luni/src/main/java/javax/xml/datatype/DatatypeConfigurationException.jav
a
libcore/luni/src/main/java/javax/xml/datatype/Duration.java
libcore/luni/src/main/java/javax/xml/xpath/
libcore/luni/src/main/java/javax/xml/xpath/XPathExpression.java
libcore/luni/src/main/java/javax/xml/xpath/XPathFactory.java
libcore/luni/src/main/java/javax/xml/xpath/XPathConstants.java
libcore/luni/src/main/java/javax/xml/xpath/XPathFactoryFinder.java
libcore/luni/src/main/java/javax/xml/xpath/XPathExpressionException.java
libcore/luni/src/main/java/javax/xml/xpath/XPathFunction.java
libcore/luni/src/main/java/javax/xml/xpath/XPath.java
libcore/luni/src/main/java/javax/xml/xpath/XPathException.java
libcore/luni/src/main/java/javax/xml/xpath/XPathFunctionException.java
libcore/luni/src/main/java/javax/xml/xpath/XPathFunctionResolver.java
libcore/luni/src/main/java/javax/xml/xpath/XPathFactoryConfigurationException.ja
va
libcore/luni/src/main/java/javax/xml/xpath/XPathVariableResolver.java
libcore/luni/src/main/java/javax/xml/validation/
libcore/luni/src/main/java/javax/xml/validation/SchemaFactory.java
libcore/luni/src/main/java/javax/xml/validation/TypeInfoProvider.java
libcore/luni/src/main/java/javax/xml/validation/SchemaFactoryLoader.java
libcore/luni/src/main/java/javax/xml/validation/SchemaFactoryFinder.java
libcore/luni/src/main/java/javax/xml/validation/ValidatorHandler.java
libcore/luni/src/main/java/javax/xml/validation/Schema.java
libcore/luni/src/main/java/javax/xml/validation/Validator.java
libcore/luni/src/main/java/javax/xml/parsers/
libcore/luni/src/main/java/javax/xml/parsers/ParserConfigurationException.java
libcore/luni/src/main/java/javax/xml/parsers/FilePathToURI.java
libcore/luni/src/main/java/javax/xml/parsers/SAXParser.java
libcore/luni/src/main/java/javax/xml/parsers/DocumentBuilderFactory.java
libcore/luni/src/main/java/javax/xml/parsers/SAXParserFactory.java
libcore/luni/src/main/java/javax/xml/parsers/DocumentBuilder.java
libcore/luni/src/main/java/javax/xml/parsers/FactoryConfigurationError.java
libcore/luni/src/main/java/javax/xml/XMLConstants.java
libcore/luni/src/main/java/javax/xml/namespace/
libcore/luni/src/main/java/javax/xml/namespace/QName.java
libcore/luni/src/main/java/javax/xml/namespace/NamespaceContext.java
libcore/luni/src/main/java/javax/xml/transform/
libcore/luni/src/main/java/javax/xml/transform/ErrorListener.java
libcore/luni/src/main/java/javax/xml/transform/stream/
libcore/luni/src/main/java/javax/xml/transform/stream/StreamResult.java
libcore/luni/src/main/java/javax/xml/transform/stream/FilePathToURI.java
libcore/luni/src/main/java/javax/xml/transform/stream/StreamSource.java
libcore/luni/src/main/java/javax/xml/transform/OutputKeys.java
libcore/luni/src/main/java/javax/xml/transform/TransformerException.java
libcore/luni/src/main/java/javax/xml/transform/Templates.java
libcore/luni/src/main/java/javax/xml/transform/overview.html
libcore/luni/src/main/java/javax/xml/transform/SourceLocator.java
libcore/luni/src/main/java/javax/xml/transform/dom/
libcore/luni/src/main/java/javax/xml/transform/dom/DOMResult.java
libcore/luni/src/main/java/javax/xml/transform/dom/DOMSource.java
libcore/luni/src/main/java/javax/xml/transform/dom/DOMLocator.java
libcore/luni/src/main/java/javax/xml/transform/TransformerFactoryConfigurationEr
ror.java
libcore/luni/src/main/java/javax/xml/transform/sax/
```

```
libcore/luni/src/main/java/javax/xml/transform/sax/SAXTransformerFactory.java
libcore/luni/src/main/java/javax/xml/transform/sax/SAXResult.java
libcore/luni/src/main/java/javax/xml/transform/sax/TransformerHandler.java
libcore/luni/src/main/java/javax/xml/transform/sax/SAXSource.java
libcore/luni/src/main/java/javax/xml/transform/sax/TemplatesHandler.java
libcore/luni/src/main/java/javax/xml/transform/TransformerFactory.java
libcore/luni/src/main/java/javax/xml/transform/Result.java
libcore/luni/src/main/java/javax/xml/transform/Transformer.java
libcore/luni/src/main/java/javax/xml/transform/TransformerConfigurationException
.java
libcore/luni/src/main/java/javax/xml/transform/Source.java
libcore/luni/src/main/java/javax/xml/transform/URIResolver.java
libcore/luni/src/main/java/java/util/concurrent/
libcore/luni/src/main/java/java/util/concurrent/TimeoutException.java
libcore/luni/src/main/java/java/util/concurrent/DelayQueue.java
libcore/luni/src/main/java/java/util/concurrent/Semaphore.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentNavigableMap.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentSkipListSet.java
libcore/luni/src/main/java/java/util/concurrent/RejectedExecutionHandler.java
libcore/luni/src/main/java/java/util/concurrent/CountedCompleter.java
libcore/luni/src/main/java/java/util/concurrent/ThreadFactory.java
libcore/luni/src/main/java/java/util/concurrent/BlockingQueue.java
libcore/luni/src/main/java/java/util/concurrent/LinkedBlockingQueue.java
libcore/luni/src/main/java/java/util/concurrent/Callable.java
libcore/luni/src/main/java/java/util/concurrent/Executor.java
libcore/luni/src/main/java/java/util/concurrent/package-info.java
libcore/luni/src/main/java/java/util/concurrent/Executors.java
libcore/luni/src/main/java/java/util/concurrent/SynchronousQueue.java
libcore/luni/src/main/java/java/util/concurrent/CancellationException.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentLinkedDeque.java
libcore/luni/src/main/java/java/util/concurrent/Future.java
libcore/luni/src/main/java/java/util/concurrent/ExecutorService.java
libcore/luni/src/main/java/java/util/concurrent/ForkJoinPool.java
libcore/luni/src/main/java/java/util/concurrent/LinkedTransferQueue.java
libcore/luni/src/main/java/java/util/concurrent/PriorityBlockingQueue.java
libcore/luni/src/main/java/java/util/concurrent/ExecutorCompletionService.java
libcore/luni/src/main/java/java/util/concurrent/ThreadLocalRandom.java
libcore/luni/src/main/java/java/util/concurrent/TimeUnit.java
libcore/luni/src/main/java/java/util/concurrent/ScheduledThreadPoolExecutor.java
libcore/luni/src/main/java/java/util/concurrent/RecursiveAction.java
libcore/luni/src/main/java/java/util/concurrent/ExecutionException.java
libcore/luni/src/main/java/java/util/concurrent/Phaser.java
libcore/luni/src/main/java/java/util/concurrent/RunnableFuture.java
libcore/luni/src/main/java/java/util/concurrent/ThreadPoolExecutor.java
libcore/luni/src/main/java/java/util/concurrent/locks/
libcore/luni/src/main/java/java/util/concurrent/locks/ReentrantLock.java
libcore/luni/src/main/java/java/util/concurrent/locks/ReentrantReadWriteLock.jav
a
libcore/luni/src/main/java/java/util/concurrent/locks/AbstractQueuedSynchronizer
.java
libcore/luni/src/main/java/java/util/concurrent/locks/package-info.java
libcore/luni/src/main/java/java/util/concurrent/locks/LockSupport.java
libcore/luni/src/main/java/java/util/concurrent/locks/Condition.java
libcore/luni/src/main/java/java/util/concurrent/locks/ReadWriteLock.java
libcore/luni/src/main/java/java/util/concurrent/locks/Lock.java
```

```
libcore/luni/src/main/java/java/util/concurrent/locks/AbstractQueuedLongSynchron
izer.java
libcore/luni/src/main/java/java/util/concurrent/locks/AbstractOwnableSynchronize
r.java
libcore/luni/src/main/java/java/util/concurrent/CountDownLatch.java
libcore/luni/src/main/java/java/util/concurrent/LinkedBlockingDeque.java
libcore/luni/src/main/java/java/util/concurrent/CopyOnWriteArrayList.java
libcore/luni/src/main/java/java/util/concurrent/CompletionService.java
libcore/luni/src/main/java/java/util/concurrent/ScheduledFuture.java
libcore/luni/src/main/java/java/util/concurrent/ForkJoinWorkerThread.java
libcore/luni/src/main/java/java/util/concurrent/RejectedExecutionException.java
libcore/luni/src/main/java/java/util/concurrent/FutureTask.java
libcore/luni/src/main/java/java/util/concurrent/Exchanger.java
libcore/luni/src/main/java/java/util/concurrent/CyclicBarrier.java
libcore/luni/src/main/java/java/util/concurrent/BrokenBarrierException.java
libcore/luni/src/main/java/java/util/concurrent/atomic/
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicReferenceArray.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicMarkableReference.j
ava
libcore/luni/src/main/java/java/util/concurrent/atomic/package-info.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicLongArray.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicBoolean.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicIntegerArray.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicInteger.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicStampedReference.ja
va
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicLongFieldUpdater.ja
va
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicReferenceFieldUpdat
er.java
libcore/luni/src/main/java/java/util/concurrent/atomic/Fences.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicIntegerFieldUpdater
.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicLong.java
libcore/luni/src/main/java/java/util/concurrent/atomic/AtomicReference.java
libcore/luni/src/main/java/java/util/concurrent/RunnableScheduledFuture.java
libcore/luni/src/main/java/java/util/concurrent/ForkJoinTask.java
libcore/luni/src/main/java/java/util/concurrent/TransferQueue.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentMap.java
libcore/luni/src/main/java/java/util/concurrent/BlockingDeque.java
libcore/luni/src/main/java/java/util/concurrent/RecursiveTask.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentLinkedQueue.java
libcore/luni/src/main/java/java/util/concurrent/Delayed.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentHashMap.java
libcore/luni/src/main/java/java/util/concurrent/CopyOnWriteArraySet.java
libcore/luni/src/main/java/java/util/concurrent/ScheduledExecutorService.java
libcore/luni/src/main/java/java/util/concurrent/ConcurrentSkipListMap.java
libcore/luni/src/main/java/java/util/concurrent/ArrayBlockingQueue.java
libcore/luni/src/main/java/java/util/concurrent/AbstractExecutorService.java
libcore/luni/src/main/java/java/math/
libcore/luni/src/main/java/java/math/Multiplication.java
libcore/luni/src/main/java/java/math/BigInteger.java
libcore/luni/src/main/java/java/math/Division.java
libcore/luni/src/main/java/java/math/BigInt.java
libcore/luni/src/main/java/java/math/BitLevel.java
```

```
libcore/luni/src/main/java/java/math/RoundingMode.java
libcore/luni/src/main/java/java/math/NativeBN.java
libcore/luni/src/main/java/java/math/Primality.java
libcore/luni/src/main/java/java/math/BigDecimal.java
libcore/luni/src/main/java/java/math/Logical.java
libcore/luni/src/main/java/java/math/MathContext.java
libcore/luni/src/main/java/java/math/Conversion.java
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo tar xvzf 14source.tgz
z[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cls libcore/luni/src/main/java/java/math/
BigDecimal.java  BigInteger.java  BigInt.java  BitLevel.java  Conversion.java
Division.java  Logical.java  MathContext.java  Multiplication.java
NativeBN.java  Primality.java  RoundingMode.java
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ make -j32

============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...

[elided]

packages/apps/Email/../UnifiedEmail/res/drawable-
xhdpi/toast_frame_pressed.9.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:1534] compiler [Exclusive time]
[Total time]
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:1534]   0.214s/1.822s dex2oat
Setup
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:1534]   0.566s Resolve
MethodsAndFields
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:1534]   0.358s Verify Dex File
```

```
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:1534]        0.029s
InitializeNoClinit
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:1534]        0.470s Compile Dex File
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:1534]        0s/0.054s dex2oat
OatWriter
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:1534]         0s Loading image
checksum
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:1534]         0s InitOatHeader
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:1534]         0s InitOatDexFiles
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:1534]         0s InitDexFiles
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:1534]         0.013s InitOatClasses
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:1534]         0.020s InitOatMaps
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:1534]         0s InitOatCode
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:1534]         0.020s
InitOatCodeDexFiles
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:1534]        0.102s Writing ELF
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:1534]        0.026s Patching ELF
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:1534] compiler: end, 1.822s
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:1534]
dex2oatd I 60456 60456 art/dex2oat/dex2oat.cc:268] dex2oat took 2.039s (threads:
32)
Install: out/target/product/generic/system/app/Email/arm/Email.odex
warning: string 'done_action' has no default translation.
warning: string 'done_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
warning: string 'next_action' has no default translation.
warning: string 'next_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Install: out/target/product/generic/system/app/Email/Email.apk
Install: out/target/product/generic/system/priv-app/Settings/Settings.apk
build/tools/generate-notice-files.py  out/target/product/generic/obj/NOTICE.txt
out/target/product/generic/obj/NOTICE.html "Notices for files contained in the
filesystem images in this directory:"
out/target/product/generic/obj/NOTICE_FILES/src
Combining NOTICE files into HTML
Combining NOTICE files into text
Installed file list: out/target/product/generic/installed-files.txt
```

```
Target system fs image:
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
Running:  mkuserimg.sh out/target/product/generic/system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
ext4 system 576716800 out/target/product/generic/root/file_contexts
make_ext4fs -T -1 -S out/target/product/generic/root/file_contexts -l 576716800
-a system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
out/target/product/generic/system
Creating filesystem with parameters:
    Size: 576716800
    Block size: 4096
    Blocks per group: 32768
    Inodes per group: 7040
    Inode size: 256
    Journal blocks: 2200
    Label:
    Blocks: 140800
    Block groups: 5
    Reserved block group size: 39
Created filesystem with 1458/35200 inodes and 106608/140800 blocks
Install system fs image: out/target/product/generic/system.img
out/target/product/generic/system.img+ maxsize=588791808 blocksize=2112
total=576716800 reserve=5947392
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make -j32ls
libcore/luni/src/main/java/java/math/
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[13Psudo tar xvzf
14source.tgz z[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cls
libcore/luni/src/main/java/java/math/*[Ktar tzf 14source.tgz ls -lt
out/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  8 07:30
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  8 07:26
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713091 Feb  8 07:24
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  8 07:19
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ exit
Script done on Mon 08 Feb 2016 11:45:12 AM UTC
```

# APPENDIX N

```
Script started on Sun 07 Feb 2016 06:41:35 PM UTC

]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt out/target/
common/  product/
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  7 18:30
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  7 18:25
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  7 18:21
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  7 18:15
out/target/product/generic/cache.img

]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu]0;ubuntu@ip-
172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make cleanls -lt
out/target/product/generic/*.img
ls: cannot access out/target/product/generic/*.img: No such file or directory
]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu]0;ubuntu@ip-
172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt out/target/product/generic/*.img

[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[25Psudo make -j32
============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
Checking build tools versions...
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...
including ./cts/Android.mk ...

[elided]
```

```
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
486 errors
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libwebrtc_vad_intermediates/impo
rt_includes
Export includes file: external/webrtc/src/common_audio/vad/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libwebrtc_vad_intermediates/expo
rt_includes
Export includes file: external/webrtc/src/system_wrappers/source/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libwebrtc_system_wrappers_interm
ediates/export_includes
Export includes file: external/webrtc/src/modules/audio_processing/ns/Android.mk
--
out/target/product/generic/obj/STATIC_LIBRARIES/libwebrtc_ns_intermediates/expor
t_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libwebrtc_agc_intermediates/impo
rt_includes
Export includes file:
external/webrtc/src/modules/audio_processing/agc/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libwebrtc_agc_intermediates/expo
rt_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libwebrtc_aec_intermediates/impo
rt_includes
Export includes file:
external/webrtc/src/modules/audio_processing/aec/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libwebrtc_aec_intermediates/expo
rt_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libwebrtc_aecm_intermediates/imp
ort_includes
Export includes file:
external/webrtc/src/modules/audio_processing/aecm/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libwebrtc_aecm_intermediates/exp
ort_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libwebrtc_system_wrappers_interm
ediates/import_includes
Export includes file: external/webrtc/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libwebrtc_audio_preprocessing_in
termediates/export_includes
Notice file: external/webrtc/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libwebrtc_audio_prep
rocessing.so.txt
Export includes file: frameworks/opt/net/wifi/service/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libwifi-
hal_intermediates/export_includes
Import includes file: out/target/product/generic/obj/STATIC_LIBRARIES/libwifi-
hal_intermediates/import_includes
```

```
make: *** [out/target/common/obj/JAVA_LIBRARIES/core-
libart_intermediates/classes-full-debug.jar] Error 41
make: *** Waiting for unfinished jobs....
Export includes file: frameworks/opt/net/wifi/service/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libwifi-
service_intermediates/export_includes
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu]0;ubuntu@ip-
172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make -j32ls -lt
out/target/product/generic/*.img
ls: cannot access out/target/product/generic/*.img: No such file or directory
]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu]0;ubuntu@ip-
172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ cat junk/README.math
sudo mv libcore/luni/src/main/java/java/math/*.java junk/




]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu]0;ubuntu@ip-
172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo mv junk/*.java
lic[Kbcore/luni/src/j[Kmain/java/javama[K[K/math/
]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu]0;ubuntu@ip-
172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo mv junk/*.java
libcore/luni/src/main/java/java/math/
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[36Pcat junk/README.math ls
-lt out/target/product/generic/*.img
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[25Psudo make -j32
==========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
==========================================
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
```

```
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...
including ./cts/Android.mk ...

[elided]

host C++: libaapt_32 <= frameworks/base/tools/aapt/ApkBuilder.cpp
host C++: libaapt_32 <= frameworks/base/tools/aapt/Command.cpp
host C++: libaapt_32 <= frameworks/base/tools/aapt/CrunchCache.cpp
host C++: libaapt_32 <= frameworks/base/tools/aapt/FileFinder.cpp
host C++: libaapt_32 <= frameworks/base/tools/aapt/Package.cpp
host C++: libaapt_32 <= frameworks/base/tools/aapt/StringPool.cpp
host C++: libaapt_32 <= frameworks/base/tools/aapt/XMLNode.cpp
host C++: libaapt_32 <= frameworks/base/tools/aapt/ResourceFilter.cpp
host C++: libaapt_32 <= frameworks/base/tools/aapt/ResourceIdCache.cpp
host C++: libaapt_32 <= frameworks/base/tools/aapt/ResourceTable.cpp
host C++: libaapt_32 <= frameworks/base/tools/aapt/Images.cpp
host C++: libaapt_32 <= frameworks/base/tools/aapt/Resource.cpp
host C++: libaapt_32 <= frameworks/base/tools/aapt/pseudolocalize.cpp
host C++: libaapt_32 <= frameworks/base/tools/aapt/SourcePos.cpp
host C++: libaapt_32 <= frameworks/base/tools/aapt/WorkQueue.cpp
host C++: libaapt_32 <= frameworks/base/tools/aapt/ZipEntry.cpp
host C++: libaapt_32 <= frameworks/base/tools/aapt/ZipFile.cpp
host C: libaapt_32 <= frameworks/base/tools/aapt/qsort_r_compat.c
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libandroidfw_intermediates/import_includes
host C: libpng_32 <= external/libpng/png.c
host C: libpng_32 <= external/libpng/pngerror.c
host C: libpng_32 <= external/libpng/pngget.c
host C: libpng_32 <= external/libpng/pngmem.c
host C: libpng_32 <= external/libpng/pngpread.c
host C: libpng_32 <= external/libpng/pngread.c
host C: libpng_32 <= external/libpng/pngrio.c
external/libpng/pngread.c: In function 'png_build_index':
external/libpng/pngread.c:796:21: warning: comparison between signed and
unsigned integer expressions [-Wsign-compare]
host C: libpng_32 <= external/libpng/pngrtran.c
host C: libpng_32 <= external/libpng/pngrutil.c
host C: libpng_32 <= external/libpng/pngset.c
host C: libpng_32 <= external/libpng/pngtrans.c
host C: libpng_32 <= external/libpng/pngwio.c
host C: libpng_32 <= external/libpng/pngwrite.c
host C: libpng_32 <= external/libpng/pngwtran.c
host C: libpng_32 <= external/libpng/pngwutil.c
host C: libexpat_32 <= external/expat/lib/xmlparse.c
host C: libexpat_32 <= external/expat/lib/xmlrole.c
host C: libexpat_32 <= external/expat/lib/xmltok.c
Import includes file: out/host/linux-x86/obj32/STATIC_LIBRARIES/libziparchive-
host_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/EXECUTABLES/adb_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libzipfile_intermediates/import_includes
host C: libunz_32 <= external/zlib/src/adler32.c
```

```
host C: libunz_32 <= external/zlib/src/compress.c
host C: libunz_32 <= external/zlib/src/crc32.c
host C: libunz_32 <= external/zlib/src/deflate.c
host C: libunz_32 <= external/zlib/src/gzclose.c
host C: libunz_32 <= external/zlib/src/gzlib.c
host C: libunz_32 <= external/zlib/src/gzread.c
host C: libunz_32 <= external/zlib/src/gzwrite.c
host C: libunz_32 <= external/zlib/src/infback.c
host C: libunz_32 <= external/zlib/src/inflate.c
host C: libunz_32 <= external/zlib/src/inftrees.c
host C: libunz_32 <= external/zlib/src/inffast.c
host C: libunz_32 <= external/zlib/src/trees.c
host C: libunz_32 <= external/zlib/src/uncompr.c
host C: libunz_32 <= external/zlib/src/zutil.c
host asm: libcrypto_static_32 <= external/openssl/crypto/aes/asm/aes-586.S
host asm: libcrypto_static_32 <= external/openssl/crypto/aes/asm/aesni-x86.S
host asm: libcrypto_static_32 <= external/openssl/crypto/aes/asm/vpaes-x86.S
host asm: libcrypto_static_32 <= external/openssl/crypto/bf/asm/bf-586.S
host asm: libcrypto_static_32 <= external/openssl/crypto/bn/asm/bn-586.S
host asm: libcrypto_static_32 <= external/openssl/crypto/bn/asm/co-586.S
host asm: libcrypto_static_32 <= external/openssl/crypto/bn/asm/x86-gf2m.S
host asm: libcrypto_static_32 <= external/openssl/crypto/bn/asm/x86-mont.S
host asm: libcrypto_static_32 <= external/openssl/crypto/des/asm/crypt586.S
host asm: libcrypto_static_32 <= external/openssl/crypto/des/asm/des-586.S
host asm: libcrypto_static_32 <= external/openssl/crypto/md5/asm/md5-586.S
host asm: libcrypto_static_32 <= external/openssl/crypto/modes/asm/ghash-x86.S
host asm: libcrypto_static_32 <= external/openssl/crypto/sha/asm/sha1-586.S
host asm: libcrypto_static_32 <= external/openssl/crypto/sha/asm/sha256-586.S
host asm: libcrypto_static_32 <= external/openssl/crypto/sha/asm/sha512-586.S
host asm: libcrypto_static_32 <= external/openssl/crypto/x86cpuid.S
host C: libcrypto_static_32 <= external/openssl/crypto/aes/aes_cfb.c
host C: libcrypto_static_32 <= external/openssl/crypto/aes/aes_ctr.c
host C: libcrypto_static_32 <= external/openssl/crypto/aes/aes_ecb.c
host C: libcrypto_static_32 <= external/openssl/crypto/aes/aes_misc.c
host C: libcrypto_static_32 <= external/openssl/crypto/aes/aes_ofb.c
host C: libcrypto_static_32 <= external/openssl/crypto/aes/aes_wrap.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_bitstr.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_bool.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_bytes.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_d2i_fp.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_digest.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_dup.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_enum.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_gentm.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_i2d_fp.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_int.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_mbstr.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_object.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_octet.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_print.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_set.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_sign.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_strex.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_strnid.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_time.c
```

```
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_type.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_utctm.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_utf8.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/a_verify.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/ameth_lib.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/asn1_err.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/asn1_gen.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/asn1_lib.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/asn1_par.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/asn_mime.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/asn_moid.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/asn_pack.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/bio_asn1.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/bio_ndef.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/d2i_pr.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/d2i_pu.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/evp_asn1.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/f_enum.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/f_int.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/f_string.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/i2d_pr.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/i2d_pu.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/n_pkey.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/nsseq.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/p5_pbe.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/p5_pbev2.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/p8_pkey.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/t_bitst.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/t_crl.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/t_pkey.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/t_req.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/t_spki.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/t_x509.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/t_x509a.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/tasn_dec.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/tasn_enc.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/tasn_fre.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/tasn_new.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/tasn_prn.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/tasn_typ.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/tasn_utl.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/x_algor.c
host C: libcrypto_static_32 <= external/openssl/crypto/asn1/x_attrib.c

[elided]


dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:1534] compiler [Exclusive time]
[Total time]
dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:1534]   0.211s/1.952s dex2oat
Setup
dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:1534]      0.628s Resolve
MethodsAndFields
dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:1534]      0.411s Verify Dex File
```

```
dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:1534]      0.031s
InitializeNoClinit
dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:1534]      0.483s Compile Dex
File
dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:1534]      0s/0.051s dex2oat
OatWriter
dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:1534]       0s Loading image
checksum
dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:1534]       0s InitOatHeader
dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:1534]       0s InitOatDexFiles
dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:1534]       0s InitDexFiles
dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:1534]       0.012s
InitOatClasses
dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:1534]       0.018s InitOatMaps
dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:1534]       0s InitOatCode
dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:1534]       0.020s
InitOatCodeDexFiles
dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:1534]       0.098s Writing ELF
dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:1534]       0.034s Patching ELF
dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:1534] compiler: end, 1.952s
dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:1534]
dex2oatd I 126542 126542 art/dex2oat/dex2oat.cc:268] dex2oat took 2.174s
(threads: 32)
Install: out/target/product/generic/system/app/Email/arm/Email.odex
warning: string 'done_action' has no default translation.
warning: string 'done_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
warning: string 'next_action' has no default translation.
warning: string 'next_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Install: out/target/product/generic/system/app/Email/Email.apk
Install: out/target/product/generic/system/priv-app/Settings/Settings.apk
build/tools/generate-notice-files.py  out/target/product/generic/obj/NOTICE.txt
out/target/product/generic/obj/NOTICE.html "Notices for files contained in the
filesystem images in this directory:"
out/target/product/generic/obj/NOTICE_FILES/src
Combining NOTICE files into HTML
```

```
Combining NOTICE files into text
Installed file list: out/target/product/generic/installed-files.txt
Target system fs image:
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
Running:  mkuserimg.sh out/target/product/generic/system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
ext4 system 576716800 out/target/product/generic/root/file_contexts
make_ext4fs -T -1 -S out/target/product/generic/root/file_contexts -l 576716800
-a system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
out/target/product/generic/system
Creating filesystem with parameters:
    Size: 576716800
    Block size: 4096
    Blocks per group: 32768
    Inodes per group: 7040
    Inode size: 256
    Journal blocks: 2200
    Label:
    Blocks: 140800
    Block groups: 5
    Reserved block group size: 39
Created filesystem with 1458/35200 inodes and 106608/140800 blocks
Install system fs image: out/target/product/generic/system.img
out/target/product/generic/system.img+ maxsize=588791808 blocksize=2112
total=576716800 reserve=5947392
]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu]0;ubuntu@ip-
172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make -j32v junk/*.java
libcore/luni/src/main/java/java/math/
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[36Pcat junk/README.math ls
-lt out/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  7 19:09
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  7 19:04
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  7 19:03
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  7 18:57
out/target/product/generic/cache.img
]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu]0;ubuntu@ip-
172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt out/target/product/generic/*.img
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[25Psudo make -j32v
junk/*.java libcore/luni/src/main/java/java/math/[[Kexit

Script done on Sun 07 Feb 2016 07:13:06 PM UTC
```

# APPENDIX O

```
Script started on Sat 06 Feb 2016 10:43:54 AM UTC
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls - [K-lt out/g  [K
casecheck.txt         CaseCheck.txt        host/              target/
versions_checked.mk
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt out/target/
common/  product/
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  6 05:12
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  6 05:07
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  6 05:06
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  6 05:01
out/target/product/generic/cache.img
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ time

real  0m0.000s
user  0m0.000s
sys   0m0.000s
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ date
Sat Feb  6 10:44:19 UTC 2016
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ mv
 [1@s [1@u [1@d [1@o [1@
 [C [C [Clibcore/luni/src/main/java/java/util/concurrent/*.java junk
0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$  sudo mv
libcore/luni/src/main/java/java/util/concurrent/*.java junk
0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo make clean

============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
Entire build directory removed.
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo make cleanvi
junk/README.3ls  libcore/luni/src/main/java/java/util/concurrent/
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Csudo mv
libcore/luni/src/main/java/java/util/concurrent/*.java junk
```

```
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Cdate[Ktimels -lt
out/target/product/generic/*.img
ls: cannot access out/target/product/generic/*.img: No such file or directory
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo make -j32
==========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
==========================================
Checking build tools versions...
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...

[elided includes]


Import includes file: out/host/linux-
x86/obj/STATIC_LIBRARIES/libunwind_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj/STATIC_LIBRARIES/libcompiler_rt_intermediates/import_includes
Export includes file: system/core/liblog/Android.mk -- out/host/linux-
x86/obj/SHARED_LIBRARIES/liblog_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj/STATIC_LIBRARIES/liblog_intermediates/import_includes
Export includes file: system/core/liblog/Android.mk -- out/host/linux-
x86/obj/STATIC_LIBRARIES/liblog_intermediates/export_includes
Export includes file: art/dalvikvm/Android.mk -- out/host/linux-
x86/obj/EXECUTABLES/dalvikvm_intermediates/export_includes
Notice file: libnativehelper/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/libnativehelper.so.txt
Notice file: system/core/liblog/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/liblog.so.txt
```

```
Export includes file: art/runtime/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libart_intermediates/export_includes
Export includes file: art/compiler/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libart-compiler_intermediates/export_includes
target Generated: libart_32 <= art/runtime/arch/x86_64/registers_x86_64.h
target Generated: libart_32 <= art/runtime/base/allocator.h
target Generated: libart_32 <= art/runtime/base/mutex.h
target Generated: libart_32 <= art/runtime/dex_file.h
target Generated: libart_32 <= art/runtime/dex_instruction.h
target Generated: libart_32 <= art/runtime/gc/collector/gc_type.h
target Generated: libart_32 <= art/runtime/gc/collector_type.h
target Generated: libart_32 <= art/runtime/gc/space/space.h
target Generated: libart_32 <= art/runtime/gc/heap.h
target Generated: libart_32 <= art/runtime/indirect_reference_table.h
target Generated: libart_32 <= art/runtime/instruction_set.h
target Generated: libart_32 <= art/runtime/invoke_type.h
target Generated: libart_32 <= art/runtime/jdwp/jdwp.h
target Generated: libart_32 <= art/runtime/jdwp/jdwp_constants.h
target Generated: libart_32 <= art/runtime/lock_word.h
target Generated: libart_32 <= art/runtime/mirror/class.h
target Generated: libart_32 <= art/runtime/oat.h
target Generated: libart_32 <= art/runtime/object_callbacks.h
target Generated: libart_32 <= art/runtime/quick/inline_method_analyser.h
target Generated: libart_32 <= art/runtime/thread.h
target Generated: libart_32 <= art/runtime/thread_state.h
target Generated: libart_32 <= art/runtime/verifier/method_verifier.h
Export includes file: system/core/libbacktrace/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libbacktrace_libc++_intermediates/export_includes
Export includes file: system/core/libnativebridge/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libnativebridge_intermediates/export_includes
Export includes file: art/sigchainlib/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libsigchain_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj32/SHARED_LIBRARIES/libbacktrace_libc++_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/SHARED_LIBRARIES/libnativebridge_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/SHARED_LIBRARIES/libsigchain_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libz_intermediates/import_includes
target Generated: libart-compiler_32 <= art/compiler/dex/compiler_enums.h
Export includes file: external/vixl/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libvixl_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libvixl_intermediates/import_includes
Export includes file: art/dex2oat/Android.mk -- out/host/linux-
x86/obj32/EXECUTABLES/dex2oat_intermediates/export_includes
Notice file: external/zlib/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/libz.a.txt
Notice file: external/zlib/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libz.a.txt
host Java: dexdeps
(out/host/common/obj/JAVA_LIBRARIES/dexdeps_intermediates/classes)
Export includes file: dalvik/libdex/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libdex_intermediates/export_includes
```

```
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libdex_intermediates/import_includes
Export includes file: dalvik/dexdump/Android.mk -- out/host/linux-
x86/obj32/EXECUTABLES/dexdump_intermediates/export_includes
Notice file: dalvik/dexdump/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src/bin/dexdump.txt
Export includes file: dalvik/dexlist/Android.mk -- out/host/linux-
x86/obj32/EXECUTABLES/dexlist_intermediates/export_includes
Import includes file: out/host/linux-
x86/obj32/EXECUTABLES/dmtracedump_intermediates/import_includes
Export includes file: dalvik/tools/dmtracedump/Android.mk -- out/host/linux-
x86/obj32/EXECUTABLES/dmtracedump_intermediates/export_includes


[elided]


Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_platfo
rm_blink_common_gyp_intermediates/export_includes
Gyp timestamp:
out/target/product/generic/obj/GYP/third_party_mesa_mesa_headers_gyp_intermediat
es/mesa_headers.stamp
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/ui_gl_gl_gyp_intermediates/impor
t_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/ui_gl_gl_gyp_intermediates/expor
t_includes
Gyp action: Generating resources from content_resources.grd
(out/target/product/generic/obj/GYP/shared_intermediates/content/grit/content_re
sources.h)
Gyp action: Generating resources from base/net_resources.grd
(out/target/product/generic/obj/GYP/shared_intermediates/net/grit/net_resources.
h)
Gyp action: Generating resources from ui_resources.grd
(out/target/product/generic/obj/GYP/shared_intermediates/ui/ui_resources/grit/ui
_resources.h)
Gyp action: Generating resources from ../webui/resources/webui_resources.grd
(out/target/product/generic/obj/GYP/shared_intermediates/ui/ui_resources/grit/we
bui_resources.h)
Gyp action: Generating resources from ui_unscaled_resources.grd
(out/target/product/generic/obj/GYP/shared_intermediates/ui/ui_resources/grit/ui
_unscaled_resources.h)
Gyp action: Generating resources from glue/resources/webkit_resources.grd
(out/target/product/generic/obj/GYP/shared_intermediates/webkit/grit/webkit_reso
urces.h)
Gyp action: Generating resources
from ../third_party/WebKit/public/blink_resources.grd
(out/target/product/generic/obj/GYP/shared_intermediates/webkit/grit/blink_resou
rces.h)
Gyp action: Generating resources from glue/webkit_strings.grd
(out/target/product/generic/obj/GYP/shared_intermediates/webkit/grit/webkit_stri
ngs.h)
```

```
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/android_webview_android_webview_
common_gyp_intermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/android_webview_android_webview_
common_gyp_intermediates/export_includes
Gyp timestamp:
out/target/product/generic/obj/GYP/base_base_java_application_state_gyp_intermed
iates/base_java_application_state.stamp
Gyp timestamp:
out/target/product/generic/obj/GYP/base_base_java_memory_pressure_level_list_gyp
_intermediates/base_java_memory_pressure_level_list.stamp
libcore/luni/src/main/java/libcore/net/event/NetworkEventDispatcher.java:20:
error: cannot find symbol
import java.util.concurrent.CopyOnWriteArrayList;
                           ^
  symbol:   class CopyOnWriteArrayList
  location: package java.util.concurrent
Gyp timestamp:
out/target/product/generic/obj/GYP/content_content_gamepad_mapping_gyp_intermedi
ates/content_gamepad_mapping.stamp
Gyp timestamp:
out/target/product/generic/obj/GYP/content_gesture_event_type_java_gyp_intermedi
ates/gesture_event_type_java.stamp
Gyp timestamp:
out/target/product/generic/obj/GYP/content_page_transition_types_java_gyp_interm
ediates/page_transition_types_java.stamp
Gyp timestamp:
out/target/product/generic/obj/GYP/content_popup_item_type_java_gyp_intermediate
s/popup_item_type_java.stamp
Gyp timestamp:
out/target/product/generic/obj/GYP/content_result_codes_java_gyp_intermediates/r
esult_codes_java.stamp
Gyp timestamp:
out/target/product/generic/obj/GYP/content_screen_orientation_values_java_gyp_in
termediates/screen_orientation_values_java.stamp
Gyp timestamp:
out/target/product/generic/obj/GYP/content_speech_recognition_error_java_gyp_int
ermediates/speech_recognition_error_java.stamp
Gyp timestamp:
out/target/product/generic/obj/GYP/media_media_android_imageformat_list_gyp_inte
rmediates/media_android_imageformat_list.stamp
Gyp timestamp:
out/target/product/generic/obj/GYP/net_cert_verify_status_android_java_gyp_inter
mediates/cert_verify_status_android_java.stamp
Gyp timestamp:
out/target/product/generic/obj/GYP/net_certificate_mime_types_java_gyp_intermedi
ates/certificate_mime_types_java.stamp
Gyp timestamp:
out/target/product/generic/obj/GYP/net_net_errors_java_gyp_intermediates/net_err
ors_java.stamp
Gyp timestamp:
out/target/product/generic/obj/GYP/net_private_key_types_java_gyp_intermediates/
private_key_types_java.stamp
```

```
Gyp timestamp:
out/target/product/generic/obj/GYP/ui_android_bitmap_format_java_gyp_intermediat
es/bitmap_format_java.stamp
Gyp timestamp:
out/target/product/generic/obj/GYP/ui_android_window_open_disposition_java_gyp_i
ntermediates/window_open_disposition_java.stamp
Gyp action: Generating resources from ui_strings.grd
(out/target/product/generic/obj/GYP/shared_intermediates/ui/ui_strings/grit/ui_s
trings.h)
Gyp action: Generating resources from app_locale_settings.grd
(out/target/product/generic/obj/GYP/shared_intermediates/ui/app_locale_settings/
grit/app_locale_settings.h)
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/ui_base_ui_base_gyp_intermediate
s/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/ui_base_ui_base_gyp_intermediate
s/export_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/android_webview_native_webview_n
ative_gyp_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/base_base_static_gyp_intermediat
es/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/base_base_static_gyp_intermediat
es/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/base_third_party_dynamic_annotat
ions_dynamic_annotations_gyp_intermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/base_third_party_dynamic_annotat
ions_dynamic_annotations_gyp_intermediates/export_includes
Gyp timestamp:
out/target/product/generic/obj/GYP/third_party_khronos_khronos_headers_gyp_inter
mediates/khronos_headers.stamp
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_command_buffer_client_gyp_in
termediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_command_buffer_client_gyp_in
termediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_command_buffer_common_gyp_in
termediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_command_buffer_common_gyp_in
termediates/export_includes
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/third_party_protobuf_protobuf_full_do_not_use_arm_hos
t_gyp_intermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/host/linux-
x86/obj32/STATIC_LIBRARIES/third_party_protobuf_protobuf_full_do_not_use_arm_hos
t_gyp_intermediates/export_includes
```

Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/host/linux-
x86/obj32/EXECUTABLES/third_party_protobuf_protoc_arm_host_gyp_intermediates/exp
ort_includes
Notice file: external/chromium_org/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//obj/GYP/shared_intermediates/protoc.txt
Notice file: external/chromium_org/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/third_party_protobuf_protobuf_full_do_not_use_arm_
host_gyp.a.txt
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_disk_cache_proto_gyp_interme
diates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_disk_cache_proto_gyp_interme
diates/export_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_command_buffer_service_gyp_i
ntermediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_gles2_cmd_helper_gyp_interme
diates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_gles2_cmd_helper_gyp_interme
diates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_gpu_config_gyp_intermediates
/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_gpu_config_gyp_intermediates
/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_gpu_ipc_gyp_intermediates/im
port_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_gpu_ipc_gyp_intermediates/ex
port_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/cc_cc_gyp_intermediates/import_i
ncludes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/cc_cc_gyp_intermediates/export_i
ncludes
Gyp timestamp:
out/target/product/generic/obj/GYP/testing_gtest_prod_gyp_intermediates/gtest_pr
od.stamp
Gyp action: Generating ashmem shim headers
(out/target/product/generic/obj/GYP/shared_intermediates/shim_headers/ashmem/tar
get/third_party/ashmem/ashmem.h)
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/base_base_gyp_intermediates/impo
rt_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/base_base_gyp_intermediates/expo
rt_includes

```
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/base_allocator_allocator_extensi
on_thunks_gyp_intermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/base_allocator_allocator_extensi
on_thunks_gyp_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_modp_b64_modp_b64_gy
p_intermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_modp_b64_modp_b64_gy
p_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_libevent_libevent_gy
p_intermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_libevent_libevent_gy
p_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_command_buffer_gles2_utils_g
yp_intermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_command_buffer_gles2_utils_g
yp_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_protobuf_protobuf_li
te_gyp_intermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_protobuf_protobuf_li
te_gyp_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/crypto_crypto_gyp_intermediates/
import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/crypto_crypto_gyp_intermediates/
export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_openssl_openssl_gyp_
intermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_o

[elided]

Import includes file:
out/target/product/generic/obj/EXECUTABLES/debuggerd_intermediates/import_includ
es
Export includes file: system/core/debuggerd/Android.mk --
out/target/product/generic/obj/EXECUTABLES/debuggerd_intermediates/export_includ
es
Notice file: system/core/debuggerd/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/bin/debuggerd.txt
Export includes file: art/runtime/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libart_intermediates/export_incl
udes
```

```
Export includes file: art/compiler/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libart-
compiler_intermediates/export_includes
target Generated: libart <= art/runtime/arch/x86_64/registers_x86_64.h
target Generated: libart <= art/runtime/base/allocator.h
libcore/luni/src/main/java/java/net/InetAddress.java:725: error: cannot find
symbol
        final CountDownLatch latch = new CountDownLatch(sourceAddresses.size());
                 ^
  symbol:   class CountDownLatch
  location: class InetAddress
libcore/luni/src/main/java/java/net/InetAddress.java:725: error: cannot find
symbol
        final CountDownLatch latch = new CountDownLatch(sourceAddresses.size());
                                         ^
  symbol:   class CountDownLatch
  location: class InetAddress
target Generated: libart <= art/runtime/base/mutex.h
target Generated: libart <= art/runtime/dex_file.h
target Generated: libart <= art/runtime/dex_instruction.h
target Generated: libart <= art/runtime/gc/collector/gc_type.h
target Generated: libart <= art/runtime/gc/collector_type.h
target Generated: libart <= art/runtime/gc/space/space.h
target Generated: libart <= art/runtime/gc/heap.h
target Generated: libart <= art/runtime/indirect_reference_table.h
target Generated: libart <= art/runtime/instruction_set.h
target Generated: libart <= art/runtime/invoke_type.h
target Generated: libart <= art/runtime/jdwp/jdwp.h
target Generated: libart <= art/runtime/jdwp/jdwp_constants.h
target Generated: libart <= art/runtime/lock_word.h
target Generated: libart <= art/runtime/mirror/class.h
target Generated: libart <= art/runtime/oat.h
target Generated: libart <= art/runtime/object_callbacks.h
target Generated: libart <= art/runtime/quick/inline_method_analyser.h
target Generated: libart <= art/runtime/thread.h
target Generated: libart <= art/runtime/thread_state.h
target Generated: libart <= art/runtime/verifier/method_verifier.h
Export includes file: system/core/libbacktrace/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libbacktrace_libc++_intermediate
s/export_includes
Export includes file: art/sigchainlib/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libsigchain_intermediates/export
_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libbacktrace_libc++_intermediate
s/import_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libsigchain_intermediates/import
_includes
target Generated: libart-compiler <= art/compiler/dex/compiler_enums.h
Export includes file: external/vixl/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libvixl_intermediates/export_inc
ludes
```

```
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libvixl_intermediates/import_inc
ludes
Export includes file: art/dex2oat/Android.mk --
out/target/product/generic/obj/EXECUTABLES/dex2oat_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/EXECUTABLES/dhcpcd_intermediates/import_includes
Export includes file: external/dhcpcd/Android.mk --
out/target/product/generic/obj/EXECUTABLES/dhcpcd_intermediates/export_includes
Notice file: external/dhcpcd/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/bin/dhcpcd.txt
Import includes file:
out/target/product/generic/obj/EXECUTABLES/djpeg_intermediates/import_includes
Export includes file: external/jpeg/Android.mk --
out/target/product/generic/obj/EXECUTABLES/djpeg_intermediates/export_includes
Notice file: external/jpeg/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/bin/djpeg.txt
Import includes file:
out/target/product/generic/obj/EXECUTABLES/dnsmasq_intermediates/import_includes
libcore/luni/src/main/java/java/util/logging/Logger.java:145: error: cannot find
symbol
    private final List<Handler> handlers = new CopyOnWriteArrayList<Handler>();
                                               ^
  symbol:   class CopyOnWriteArrayList
  location: class Logger
Export includes file: external/dnsmasq/src/Android.mk --
out/target/product/generic/obj/EXECUTABLES/dnsmasq_intermediates/export_includes
Notice file: external/dnsmasq/src/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/bin/dnsmasq.txt
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
1 warning
Notice file: frameworks/base/cmds/dpm/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/bin/dpm.txt
Export includes file: frameworks/av/drm/common/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libdrmframeworkcommon_intermedia
tes/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libdrmframeworkcommon_intermedia
tes/import_includes
Export includes file: frameworks/av/drm/drmserver/Android.mk --
out/target/product/generic/obj/EXECUTABLES/drmserver_intermediates/export_includ
es
Notice file: frameworks/av/drm/drmserver/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/bin/drmserver.txt
Notice file: frameworks/av/drm/common/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libdrmframeworkcommo
n.a.txt
Export includes file: frameworks/native/cmds/dumpstate/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libdumpstate.default_intermediat
es/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libdumpstate.default_intermediat
es/import_includes
```

```
Export includes file: frameworks/native/cmds/dumpstate/Android.mk --
out/target/product/generic/obj/EXECUTABLES/dumpstate_intermediates/export_includ
es
Import includes file:
out/target/product/generic/obj/EXECUTABLES/dumpsys_intermediates/import_includes
Export includes file: frameworks/native/cmds/dumpsys/Android.mk --
out/target/product/generic/obj/EXECUTABLES/dumpsys_intermediates/export_includes
Notice file: frameworks/native/cmds/dumpsys/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/bin/dumpsys.txt
Export includes file: external/e2fsprogs/e2fsck/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libext2_profile_intermediates/ex
port_includes
Export includes file: external/e2fsprogs/lib/quota/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libext2_quota_intermediates/expo
rt_includes
libcore/luni/src/main/java/java/beans/PropertyChangeSupport.java:59: error:
cannot find symbol
            = new CopyOnWriteArrayList<PropertyChangeListener>();
                  ^
  symbol:   class CopyOnWriteArrayList
  location: class PropertyChangeSupport
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libext2_profile_intermediates/im
port_includes
libcore/luni/src/main/java/java/beans/PropertyChangeSupport.java:355: error:
cannot find symbol
        listeners = new CopyOnWriteArrayList<PropertyChangeListener>();
                        ^
  symbol:   class CopyOnWriteArrayList
  location: class PropertyChangeSupport
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libext2_quota_intermediates/impo
rt_includes
Export includes file: external/e2fsprogs/e2fsck/Android.mk --
out/target/product/generic/obj/EXECUTABLES/e2fsck_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/EXECUTABLES/flash_image_intermediates/import_incl
udes
Export includes file: bootable/recovery/mtdutils/Android.mk --
out/target/product/generic/obj/EXECUTABLES/flash_image_intermediates/export_incl
udes
Import includes file:
out/target/product/generic/obj/EXECUTABLES/fsck_msdos_intermediates/import_inclu
des
Export includes file: external/fsck_msdos/Android.mk --
out/target/product/generic/obj/EXECUTABLES/fsck_msdos_intermediates/export_inclu
des
Notice file: external/fsck_msdos/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/bin/fsck_msdos.txt
Import includes file:
out/target/product/generic/obj/EXECUTABLES/gzip_intermediates/import_includes
Export includes file: external/zlib/Android.mk --
out/target/product/generic/obj/EXECUTABLES/gzip_intermediates/export_includes
Notice file: external/zlib/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/bin/gzip.txt
```

```
Import includes file:
out/target/product/generic/obj/EXECUTABLES/idmap_intermediates/import_includes
Export includes file: frameworks/base/cmds/idmap/Android.mk --
out/target/product/generic/obj/EXECUTABLES/idmap_intermediates/export_includes
Export includes file: frameworks/native/libs/diskusage/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libdiskusage_intermediates/expor
t_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libdiskusage_intermediates/impor
t_includes
Export includes file: frameworks/native/cmds/installd/Android.mk --
out/target/product/generic/obj/EXECUTABLES/installd_intermediates/export_include
s
Export includes file: external/iproute2/lib/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libiprouteutil_intermediates/exp
ort_includes
Export includes file: external/iproute2/lib/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libnetlink_intermediates/export_
includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libiprouteutil_intermediates/imp
ort_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libnetlink_intermediates/import_
includes
Export includes file: external/iproute2/ip/Android.mk --
out/target/product/generic/obj/EXECUTABLES/ip_intermediates/export_includes
Notice file: external/iproute2/ip/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/bin/ip.txt


[elided]


Notice file: development/cmds/monkey/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/framework/monkey.jar.txt
Notice file: frameworks/base/cmds/pm/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/framework/pm.jar.txt
Notice file: frameworks/base/cmds/requestsync/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/framework/requestsync.ja
r.txt
Notice file: frameworks/base/cmds/svc/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/framework/svc.jar.txt
Notice file: frameworks/base/cmds/wm/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/framework/wm.jar.txt
Export includes file:
frameworks/av/drm/libdrmframework/plugins/common/util/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libdrmutility_intermediates/expo
rt_includes
Export includes file: frameworks/av/drm/libdrmframework/plugins/forward-
lock/internal-format/common/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libfwdlock-
common_intermediates/export_includes
Export includes file: frameworks/av/drm/libdrmframework/plugins/forward-
lock/internal-format/converter/Android.mk --
```

```
out/target/product/generic/obj/STATIC_LIBRARIES/libfwdlock-
converter_intermediates/export_includes
Export includes file: frameworks/av/drm/libdrmframework/plugins/forward-
lock/internal-format/decoder/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libfwdlock-
decoder_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libdrmutility_intermediates/impo
rt_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libfwdlock-
common_intermediates/import_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libfwdlock-
converter_intermediates/import_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libfwdlock-
decoder_intermediates/import_includes
Export includes file: frameworks/av/drm/libdrmframework/plugins/forward-
lock/FwdLockEngine/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libfwdlockengine_intermediates/e
xport_includes
Notice file: frameworks/av/drm/libdrmframework/plugins/forward-
lock/FwdLockEngine/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/drm/libfwdlockengine
.so.txt
Notice file: frameworks/av/drm/libdrmframework/plugins/common/util/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libdrmutility.a.txt
Export includes file:
device/generic/goldfish/opengl/system/GLESv1_enc/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libGLESv1_enc_intermediates/expo
rt_includes
Export includes file:
device/generic/goldfish/opengl/system/GLESv2_enc/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libGLESv2_enc_intermediates/expo
rt_includes
Export includes file:
device/generic/goldfish/opengl/system/OpenglSystemCommon/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libOpenglSystemCommon_intermedia
tes/export_includes
Export includes file:
device/generic/goldfish/opengl/system/renderControl_enc/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/lib_renderControl_enc_intermedia
tes/export_includes
Export includes file:
device/generic/goldfish/opengl/shared/OpenglCodecCommon/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libOpenglCodecCommon_intermediat
es/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libOpenglCodecCommon_intermediat
es/import_includes
Export includes file: device/generic/goldfish/opengl/system/egl/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libEGL_emulation_intermediates/e
xport_includes
```

Export includes file: system/core/libpixelflinger/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libpixelflinger_intermediates/ex
port_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libpixelflinger_intermediates/im
port_includes
Export includes file: frameworks/native/opengl/libagl/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libGLES_android_intermediates/ex
port_includes
Notice file: system/core/libpixelflinger/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libpixelflinger.so.t
xt
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libGLESv1_CM_emulation_intermedi
ates/import_includes
Export includes file: device/generic/goldfish/opengl/system/GLESv1/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libGLESv1_CM_emulation_intermedi
ates/export_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libGLESv2_emulation_intermediate
s/import_includes
Export includes file: device/generic/goldfish/opengl/system/GLESv2/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libGLESv2_emulation_intermediate
s/export_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/audio.primary.default_intermedia
tes/import_includes
Export includes file: hardware/libhardware/modules/audio/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/audio.primary.default_intermedia
tes/export_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/audio.primary.goldfish_intermedi
ates/import_includes
Export includes file: device/generic/goldfish/audio/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/audio.primary.goldfish_intermedi
ates/export_includes
Notice file: device/generic/goldfish/audio/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/hw/audio.primary.gol
dfish.so.txt
Export includes file: hardware/libhardware_legacy/audio/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libaudiopolicy_legacy_intermedia
tes/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libaudiopolicy_legacy_intermedia
tes/import_includes
Export includes file: hardware/libhardware_legacy/audio/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/audio_policy.default_intermediat
es/export_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/camera.goldfish.jpeg_intermediat
es/import_includes
Export includes file: device/generic/goldfish/camera/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/camera.goldfish.jpeg_intermediat
es/export_includes

```
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/camera.goldfish_intermediates/im
port_includes
Export includes file: device/generic/goldfish/camera/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/camera.goldfish_intermediates/ex
port_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/gps.goldfish_intermediates/impor
t_includes
Export includes file: device/generic/goldfish/gps/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/gps.goldfish_intermediates/expor
t_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/gralloc.default_intermediates/im
port_includes
Export includes file: hardware/libhardware/modules/gralloc/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/gralloc.default_intermediates/ex
port_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/gralloc.goldfish_intermediates/i
mport_includes
Export includes file: device/generic/goldfish/opengl/system/gralloc/Android.mk -
-
out/target/product/generic/obj/SHARED_LIBRARIES/gralloc.goldfish_intermediates/e
xport_includes
libcore/luni/src/main/java/libcore/net/event/NetworkEventDispatcher.java:30:
error: cannot find symbol
        new CopyOnWriteArrayList<NetworkEventListener>();
            ^
  symbol:   class CopyOnWriteArrayList
  location: class NetworkEventDispatcher
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/keystore.default_intermediates/i
mport_includes
Export includes file: system/security/softkeymaster/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/keystore.default_intermediates/e
xport_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/lights.goldfish_intermediates/im
port_includes
Export includes file: device/generic/goldfish/lights/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/lights.goldfish_intermediates/ex
port_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/local_time.default_intermediates
/import_includes
Export includes file: hardware/libhardware/modules/local_time/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/local_time.default_intermediates
/export_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/power.default_intermediates/impo
rt_includes
Export includes file: hardware/libhardware/modules/power/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/power.default_intermediates/expo
rt_includes
```

```
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/power.goldfish_intermediates/imp
ort_includes
Export includes file: device/generic/goldfish/power/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/power.goldfish_intermediates/exp
ort_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/sensors.goldfish_intermediates/i
mport_includes
Export includes file: device/generic/goldfish/sensors/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/sensors.goldfish_intermediates/e
xport_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/vibrator.default_intermediates/i
mport_includes
Export includes file: hardware/libhardware/modules/vibrator/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/vibrator.default_intermediates/e
xport_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/vibrator.goldfish_intermediates/
import_includes
Export includes file: device/generic/goldfish/vibrator/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/vibrator.goldfish_intermediates/
export_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/interrupter_intermediates/import
_includes
Export includes file: frameworks/base/cmds/interrupter/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/interrupter_intermediates/export
_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/invoke_mock_media_player_interme
diates/import_includes
Export includes file: frameworks/base/media/tests/players/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/invoke_mock_media_player_interme
diates/export_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libFFTEm_intermediates/import_in
cludes
Export includes file: external/neven/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libFFTEm_intermediates/export_in
cludes
Notice file: external/neven/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libFFTEm.so.txt
Export includes file: frameworks/wilhelm/src/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libwilhelm_intermediates/export_
includes
Export includes file: frameworks/av/media/libstagefright/http/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_http_support_inte
rmediates/export_includes
Export includes file: frameworks/wilhelm/src/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libopensles_helper_intermediates
/export_includes
```

Export includes file: frameworks/wilhelm/src/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libOpenSLESUT_intermediates/expo
rt_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_http_support_inte
rmediates/import_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libopensles_helper_intermediates
/import_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libOpenSLESUT_intermediates/impo
rt_includes
Export includes file: frameworks/wilhelm/src/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libOpenMAXAL_intermediates/expor
t_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libOpenSLES_intermediates/import
_includes
Export includes file: frameworks/wilhelm/src/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libOpenSLES_intermediates/export
_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libRSCpuRef_intermediates/import
_includes
Export includes file: frameworks/rs/cpu_ref/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libRSCpuRef_intermediates/export
_includes
Export includes file: frameworks/rs/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libRSDriver_intermediates/export
_includes
Export includes file: frameworks/base/libs/input/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libinputservice_intermediates/ex
port_includes
Export includes file: system/core/libsuspend/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libsuspend_intermediates/export_
includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libinputservice_intermediates/im
port_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libsuspend_intermediates/import_
includes
Export includes file: frameworks/base/services/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libandroid_servers_intermediates
/export_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libaudioeffect_jni_intermediates
/import_includes
Export includes file: frameworks/base/media/jni/audioeffect/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libaudioeffect_jni_intermediates
/export_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libc_malloc_debug_leak_intermedi
ates/import_includes

```
Export includes file: bionic/libc/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libc_malloc_debug_leak_intermedi
ates/export_includes
Notice file: bionic/libc/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libc_malloc_debug_le
ak.so.txt
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libc_malloc_debug_qemu_intermedi
ates/import_includes
Export includes file: bionic/libc/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libc_malloc_debug_qemu_intermedi
ates/export_includes
Notice file: bionic/libc/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libc_malloc_debug_qe
mu.so.txt
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libdrmframework_jni_intermediate
s/import_includes
Export includes file: frameworks/base/drm/jni/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libdrmframework_jni_intermediate
s/export_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libexif_intermediates/import_inc
ludes
Export includes file: external/libexif/libexif/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libexif_intermediates/export_inc
ludes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libfilterfw_jni_intermediates/im
port_includes
Export includes file:
frameworks/base/media/mca/filterfw/jni/../native/libfilterfw.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libfilterfw_jni_intermediates/ex
port_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libfilterfw_native_intermediates
/import_includes
Export includes file: frameworks/base/media/mca/filterfw/native/libfilterfw.mk -
-
out/target/product/generic/obj/STATIC_LIBRARIES/libfilterfw_native_intermediates
/export_includes
Export includes file: frameworks/base/media/mca/filterfw/native/libfilterfw.mk -
-
out/target/product/generic/obj/SHARED_LIBRARIES/libfilterfw_intermediates/export
_includes
Export includes file: frameworks/base/media/mca/filterpacks/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libfilterpack_imageproc_intermed
iates/export_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libjhead_intermediates/import_in
cludes
Export includes file: external/jhead/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libjhead_intermediates/export_in
cludes
```

```
Notice file: external/jhead/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libjhead.so.txt
Export includes file: external/jhead/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libjhead_jni_intermediates/expor
t_includes
Notice file: external/jhead/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libjhead_jni.so.txt
Export includes file: frameworks/av/media/mtp/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libmtp_intermediates/export_incl
udes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libmtp_intermediates/import_incl
udes
Export includes file: frameworks/base/media/jni/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libmedia_jni_intermediates/expor
t_includes
Notice file: frameworks/base/media/jni/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libmedia_jni.so.txt
Notice file: frameworks/av/media/mtp/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libmtp.so.txt
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libmediandk_intermediates/import
_includes
Export includes file: frameworks/av/media/ndk/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libmediandk_intermediates/export
_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libnfc_ndef_intermediates/import
_includes
Export includes file: external/libnfc-nxp/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libnfc_ndef_intermediates/export
_includes
Notice file: external/libnfc-nxp/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libnfc_ndef.so.txt
Export includes file: external/libnl/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libnl_intermediates/export_inclu
des
Notice file: external/libnl/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libnl.so.txt
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libpagemap_intermediates/import_
includes
Export includes file: system/extras/libpagemap/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libpagemap_intermediates/export_
includes
Notice file: system/extras/libpagemap/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libpagemap.so.txt
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libreference-
ril_intermediates/import_includes
Export includes file: hardware/ril/reference-ril/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libreference-
ril_intermediates/export_includes
```

Notice file: hardware/ril/reference-ril/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libreference-
ril.so.txt
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/librs_jni_intermediates/import_i
ncludes
Export includes file: frameworks/base/rs/jni/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/librs_jni_intermediates/export_i
ncludes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libsoundpool_intermediates/impor
t_includes
Export includes file: frameworks/base/media/jni/soundpool/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libsoundpool_intermediates/expor
t_includes
Notice file: frameworks/base/media/jni/soundpool/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libsoundpool.so.txt
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libsqlite_jni_intermediates/impo
rt_includes
Export includes file: external/javasqlite/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libsqlite_jni_intermediates/expo
rt_includes
Notice file: external/javasqlite/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libsqlite_jni.so.txt
Export includes file: external/aac/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libFraunhoferAAC_intermediates/e
xport_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libFraunhoferAAC_intermediates/i
mport_includes
Export includes file:
frameworks/av/media/libstagefright/codecs/aacdec/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_soft_aacdec_inter
mediates/export_includes
Notice file: frameworks/av/media/libstagefright/codecs/aacdec/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libstagefright_soft_
aacdec.so.txt
Notice file: external/aac/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libFraunhoferAAC.a.t
xt
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_soft_aacenc_inter
mediates/import_includes
Export includes file:
frameworks/av/media/libstagefright/codecs/aacenc/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_soft_aacenc_inter
mediates/export_includes
Notice file: frameworks/av/media/libstagefright/codecs/aacenc/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libstagefright_soft_
aacenc.so.txt
Export includes file: frameworks/av/media/libstagefright/codecs/amrwb/Android.mk
--
out/target/product/generic/obj/STATIC_LIBRARIES/libstagefright_amrwbdec_intermed
iates/export_includes

```
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libstagefright_amrwbdec_intermed
iates/import_includes
Export includes file:
frameworks/av/media/libstagefright/codecs/amrnb/dec/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_soft_amrdec_inter
mediates/export_includes
Notice file: frameworks/av/media/libstagefright/codecs/amrnb/dec/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libstagefright_soft_
amrdec.so.txt
Notice file: frameworks/av/media/libstagefright/codecs/amrwb/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libstagefright_amrwb
dec.a.txt
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_soft_amrnbenc_int
ermediates/import_includes
Export includes file:
frameworks/av/media/libstagefright/codecs/amrnb/enc/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_soft_amrnbenc_int
ermediates/export_includes
Notice file: frameworks/av/media/libstagefright/codecs/amrnb/enc/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libstagefright_soft_
amrnbenc.so.txt
Export includes file:
frameworks/av/media/libstagefright/codecs/amrwbenc/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libstagefright_amrwbenc_intermed
iates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libstagefright_amrwbenc_intermed
iates/import_includes
Export includes file:
frameworks/av/media/libstagefright/codecs/amrwbenc/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_soft_amrwbenc_int
ermediates/export_includes
Notice file: frameworks/av/media/libstagefright/codecs/amrwbenc/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libstagefright_soft_
amrwbenc.so.txt
Notice file: frameworks/av/media/libstagefright/codecs/amrwbenc/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libstagefright_amrwb
enc.a.txt
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_soft_flacenc_inte
rmediates/import_includes
Export includes file:
frameworks/av/media/libstagefright/codecs/flac/enc/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_soft_flacenc_inte
rmediates/export_includes
Notice file: frameworks/av/media/libstagefright/codecs/flac/enc/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libstagefright_soft_
flacenc.so.txt
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_soft_g711dec_inte
rmediates/import_includes
Export includes file:
frameworks/av/media/libstagefright/codecs/g711/dec/Android.mk --
```

```
out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_soft_g711dec_inte
rmediates/export_includes
Notice file: frameworks/av/media/libstagefright/codecs/g711/dec/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libstagefright_soft_
g711dec.so.txt
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_soft_gsmdec_inter
mediates/import_includes
Export includes file:
frameworks/av/media/libstagefright/codecs/gsm/dec/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_soft_gsmdec_inter
mediates/export_includes
Notice file: frameworks/av/media/libstagefright/codecs/gsm/dec/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libstagefright_soft_
gsmdec.so.txt
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_soft_h264dec_inte
rmediates/import_includes
Export includes file:
frameworks/av/media/libstagefright/codecs/on2/h264dec/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_soft_h264dec_inte
rmediates/export_includes
Notice file: frameworks/av/media/libstagefright/codecs/on2/h264dec/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libstagefright_soft_
h264dec.so.txt
Export includes file:
frameworks/av/media/libstagefright/codecs/avc/enc/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libstagefright_avcenc_intermedia
tes/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libstagefright_avcenc_intermedia
tes/import_includes
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
25 errors
Export includes file:
frameworks/av/media/libstagefright/codecs/avc/enc/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_soft_h264enc_inte
rmediates/export_includes
Notice file: frameworks/av/media/libstagefright/codecs/avc/enc/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libstagefright_soft_
h264enc.so.txt
Notice file: frameworks/av/media/libstagefright/codecs/avc/enc/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libstagefright_avcen
c.a.txt
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
Export includes file: external/libhevc/decoder.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libhevcdec_intermediates/export_
includes
```

```
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libhevcdec_intermediates/import_
includes
make: *** [out/target/common/obj/JAVA_LIBRARIES/core-
libart_intermediates/classes-full-debug.jar] Error 41
make: *** Waiting for unfinished jobs....
Export includes file:
frameworks/av/media/libstagefright/codecs/hevcdec/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libstagefright_soft_hevcdec_inte
rmediates/export_includes
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
ls: cannot access out/target/product/generic/*.img: No such file or directory
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls junk
AbstractExecutorService.java  Delayed.java                   README.2
ArrayBlockingQueue.java       DelayQueue.java                README.3
BlockingDeque.java            Exchanger.java
RecursiveAction.java
BlockingQueue.java            ExecutionException.java        RecursiveTask.java
BrokenBarrierException.java   ExecutorCompletionService.java
RejectedExecutionException.java
Callable.java                 Executor.java
RejectedExecutionHandler.java
CancellationException.java    ExecutorService.java
RunnableFuture.java
CompletionService.java        Executors.java
RunnableScheduledFuture.java
ConcurrentHashMap.java        ForkJoinPool.java
ScheduledExecutorService.java
ConcurrentLinkedDeque.java    ForkJoinTask.java
ScheduledFuture.java
ConcurrentLinkedQueue.java    ForkJoinWorkerThread.java
ScheduledThreadPoolExecutor.java
ConcurrentMap.java            Future.java                    Semaphore.java
ConcurrentNavigableMap.java   FutureTask.java
SynchronousQueue.java
ConcurrentSkipListMap.java    LinkedBlockingDeque.java       ThreadFactory.java
ConcurrentSkipListSet.java    LinkedBlockingQueue.java
ThreadLocalRandom.java
CopyOnWriteArrayList.java     LinkedTransferQueue.java
ThreadPoolExecutor.java
CopyOnWriteArraySet.java      package-info.java
TimeoutException.java
CountDownLatch.java           Phaser.java                    TimeUnit.java
CountedCompleter.java         PriorityBlockingQueue.java     TransferQueue.java
CyclicBarrier.java            README

]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo mv junk/*.java
libcore/luni/src/main/java/java/util/concurrent/
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ make -j32
============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
```

```
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
/bin/bash: out/target/product/generic/clean_steps.mk: Permission denied
/bin/bash: out/target/product/generic/clean_steps.mk: Permission denied
/bin/bash: out/target/product/generic/previous_build_config.mk: Permission
denied
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...


[elided includes]



packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
hdpi/ic_reply_wht_24dp.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
xhdpi/ic_reply_wht_24dp.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
xxhdpi/ic_reply_wht_24dp.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
hdpi/ic_send_wht_24dp.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
xhdpi/ic_send_wht_24dp.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-ldrtl-
xxhdpi/ic_send_wht_24dp.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-hdpi/ic_star_20dp.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/ic_star_20dp.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
```

```
packages/apps/Email/../UnifiedEmail/res/drawable-xxhdpi/ic_star_20dp.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-hdpi/ic_star_outline_20dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/ic_star_outline_20dp.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-
xxhdpi/ic_star_outline_20dp.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-hdpi/ic_warning_gray.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/ic_warning_gray.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xxhdpi/ic_warning_gray.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
hdpi/ic_warning_gray.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
xhdpi/ic_warning_gray.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
xxhdpi/ic_warning_gray.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-hdpi/ic_warning_white.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/ic_warning_white.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xxhdpi/ic_warning_white.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
hdpi/ic_warning_white.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
xhdpi/ic_warning_white.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-sw600dp-
xxhdpi/ic_warning_white.png: libpng warning: iCCP: Not recognizing known sRGB
profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-
xhdpi/toast_frame_focused.9.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-xhdpi/toast_frame_normal.9.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Email/../UnifiedEmail/res/drawable-
xhdpi/toast_frame_pressed.9.png: libpng warning: iCCP: Not recognizing known
sRGB profile that has been edited
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:1534] compiler [Exclusive time]
[Total time]
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:1534]    0.208s/1.871s dex2oat
Setup
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:1534]    0.565s Resolve
MethodsAndFields
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:1534]    0.405s Verify Dex File
```

```
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:1534]        0.033s
InitializeNoClinit
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:1534]        0.478s Compile Dex File
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:1534]        0s/0.053s dex2oat
OatWriter
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:1534]         0s Loading image
checksum
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:1534]         0s InitOatHeader
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:1534]         0s InitOatDexFiles
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:1534]         0s InitDexFiles
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:1534]         0.013s InitOatClasses
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:1534]         0.019s InitOatMaps
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:1534]         0s InitOatCode
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:1534]         0.020s
InitOatCodeDexFiles
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:1534]        0.098s Writing ELF
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:1534]        0.026s Patching ELF
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:1534] compiler: end, 1.871s
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:1534]
dex2oatd I  1144  1144 art/dex2oat/dex2oat.cc:268] dex2oat took 2.091s (threads:
32)
Install: out/target/product/generic/system/app/Email/arm/Email.odex
warning: string 'done_action' has no default translation.
warning: string 'done_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
warning: string 'next_action' has no default translation.
warning: string 'next_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Install: out/target/product/generic/system/app/Email/Email.apk
Install: out/target/product/generic/system/priv-app/Settings/Settings.apk
build/tools/generate-notice-files.py  out/target/product/generic/obj/NOTICE.txt
out/target/product/generic/obj/NOTICE.html "Notices for files contained in the
filesystem images in this directory:"
out/target/product/generic/obj/NOTICE_FILES/src
Combining NOTICE files into HTML
Combining NOTICE files into text
Installed file list: out/target/product/generic/installed-files.txt
```

```
Target system fs image:
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
Running:  mkuserimg.sh out/target/product/generic/system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
ext4 system 576716800 out/target/product/generic/root/file_contexts
make_ext4fs -T -1 -S out/target/product/generic/root/file_contexts -l 576716800
-a system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
out/target/product/generic/system
Creating filesystem with parameters:
    Size: 576716800
    Block size: 4096
    Blocks per group: 32768
    Inodes per group: 7040
    Inode size: 256
    Journal blocks: 2200
    Label:
    Blocks: 140800
    Block groups: 5
    Reserved block group size: 39
Created filesystem with 1458/35200 inodes and 106608/140800 blocks
Install system fs image: out/target/product/generic/system.img
out/target/product/generic/system.img+ maxsize=588791808 blocksize=2112
total=576716800 reserve=5947392
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls out[C[C[C-outlouttout
out[C[C/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  6 11:52
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  6 11:46
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  6 11:46
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  6 11:40
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ exit

Script done on Sat 06 Feb 2016 11:59:28 AM UTC
```

# APPENDIX P

```
Script started on Sun 07 Feb 2016 07:14:38 PM UTC
 ]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88:
/home/ubuntu ]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  7 19:09
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  7 19:04
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  7 19:03
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  7 18:57
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo mv
libcore/luni/src/main/java/java/math/BigInteger.java junk/
]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu]0;ubuntu@ip-
172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make clearn[K[Kn
=========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
=========================================
Entire build directory removed.
]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu]0;ubuntu@ip-
172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make cleanrnv
libcore/luni/src/main/java/java/math/BigInteger.java junk/
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[27Pls -lt
out/target/product/generic/*.img
ls: cannot access out/target/product/generic/*.img: No such file or directory
]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu]0;ubuntu@ip-
172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make -je2[K[K32
=========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
```

```
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
Checking build tools versions...
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...


[elided including]



Gyp action: Caching bytecode of Jinja templates
(out/target/product/generic/obj/GYP/shared_intermediates/blink/bindings/scripts/
cached_jinja_templates.stamp)
Gyp action: Caching PLY lex & yacc lex/parse tables
(out/target/product/generic/obj/GYP/shared_intermediates/blink/bindings/scripts/
lextab.py)
Gyp action: Generating aggregate generated modules V8 bindings files
(out/target/product/generic/obj/GYP/shared_intermediates/blink/bindings/modules/
v8/V8GeneratedModulesBindings01.cpp)
libcore/dalvik/src/main/java/dalvik/system/BlockGuard.java:23: error: cannot
find symbol
import java.math.BigInteger;
                 ^
  symbol:   class BigInteger
  location: package java.math
mkdir -p
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_wtf_wt
f_gyp_intermediates; cp
external/chromium_org/third_party/WebKit/Source/wtf/dtoa/bignum-dtoa.cc
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_wtf_wt
f_gyp_intermediates/bignum-dtoa.cpp
Gyp timestamp:
out/target/product/generic/obj/GYP/third_party_WebKit_Source_wtf_wtf_config_gyp_
intermediates/wtf_config.stamp
mkdir -p
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_wtf_wt
f_gyp_intermediates; cp
external/chromium_org/third_party/WebKit/Source/wtf/dtoa/bignum.cc
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_wtf_wt
f_gyp_intermediates/bignum.cpp
mkdir -p out/targe
```

```
[elided]


Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_openmax_dl_dl_openma
x_dl_gyp_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_core_w
ebcore_dom_gyp_intermediates/import_includes
libcore/luni/src/main/java/java/math/BigDecimal.java:119: error: cannot find
symbol
    private static final BigInteger[] FIVE_POW;
                         ^
  symbol:   class BigInteger
  location: class BigDecimal
libcore/luni/src/main/java/java/math/BigDecimal.java:125: error: cannot find
symbol
    private static final BigInteger[] TEN_POW;
                         ^
  symbol:   class BigInteger
  location: class BigDecimal
libcore/luni/src/main/java/java/math/BigDecimal.java:215: error: cannot find
symbol
    private BigInteger intVal;
            ^
  symbol:   class BigInteger
  location: class BigDecimal
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_core_w
ebcore_dom_gyp_intermediates/export_includes
libcore/luni/src/main/java/java/math/BigDecimal.java:546: error: cannot find
symbol
    public BigDecimal(BigInteger val) {
                      ^
  symbol:   class BigInteger
  location: class BigDecimal
libcore/luni/src/main/java/java/math/BigDecimal.java:561: error: cannot find
symbol
    public BigDecimal(BigInteger val, MathContext mc) {
                      ^
  symbol:   class BigInteger
  location: class BigDecimal
libcore/luni/src/main/java/java/math/BigDecimal.java:574: error: cannot find
symbol
    public BigDecimal(BigInteger unscaledVal, int scale) {
                      ^
  symbol:   class BigInteger
  location: class BigDecimal
libcore/luni/src/main/java/java/math/BigDecimal.java:597: error: cannot find
symbol
    public BigDecimal(BigInteger unscaledVal, int scale, MathContext mc) {
                      ^
  symbol:   class BigInteger
  location: class BigDecimal
```

```
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_core_w
ebcore_html_gyp_intermediates/import_includes
libcore/luni/src/main/java/java/math/BigDecimal.java:1074: error: cannot find
symbol
    private static BigDecimal divideBigIntegers(BigInteger scaledDividend,
BigInteger scaledDivisor, int scale, RoundingMode roundingMode) {
                                                                   ^
  symbol:   class BigInteger
  location: class BigDecimal
libcore/luni/src/main/java/java/math/BigDecimal.java:1074: error: cannot find
symbol
    private static BigDecimal divideBigIntegers(BigInteger scaledDividend,
BigInteger scaledDivisor, int scale, RoundingMode roundingMode) {
                                                                            ^
  symbol:   class BigInteger
  location: class BigDecimal
libcore/luni/src/main/java/java/math/BigDecimal.java:1818: error: cannot find
symbol
    public BigInteger unscaledValue() {
           ^
  symbol:   class BigInteger
  location: class BigDecimal
libcore/luni/src/main/java/java/math/BigDecimal.java:2356: error: cannot find
symbol
    public BigInteger toBigInteger() {
           ^
  symbol:   class BigInteger
  location: class BigDecimal
libcore/luni/src/main/java/java/math/BigDecimal.java:2375: error: cannot find
symbol
    public BigInteger toBigIntegerExact() {
           ^
  symbol:   class BigInteger
  location: class BigDecimal
libcore/luni/src/main/java/java/math/BigDecimal.java:2891: error: cannot find
symbol
    private BigInteger getUnscaledValue() {
            ^
  symbol:   class BigInteger
  location: class BigDecimal
libcore/luni/src/main/java/java/math/BigDecimal.java:2898: error: cannot find
symbol
    private void setUnscaledValue(BigInteger unscaledValue) {
                                  ^
  symbol:   class BigInteger
  location: class BigDecimal
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_core_w
ebcore_html_gyp_intermediates/export_includes
libcore/luni/src/main/java/java/math/BitLevel.java:41: error: cannot find symbol
    static int bitLength(BigInteger val) {
                         ^
  symbol:   class BigInteger
  location: class BitLevel
```

```
libcore/luni/src/main/java/java/math/BitLevel.java:62: error: cannot find symbol
    static int bitCount(BigInteger val) {
                        ^
  symbol:   class BigInteger
  location: class BitLevel
libcore/luni/src/main/java/java/math/BitLevel.java:91: error: cannot find symbol
    static boolean testBit(BigInteger val, int n) {
                           ^
  symbol:   class BigInteger
  location: class BitLevel
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_core_w
ebcore_remaining_gyp_intermediates/import_includes
libcore/luni/src/main/java/java/math/BitLevel.java:126: error: cannot find
symbol
    static BigInteger shiftLeftOneBit(BigInteger source) {
                                      ^
  symbol:   class BigInteger
  location: class BitLevel
libcore/luni/src/main/java/java/math/BitLevel.java:126: error: cannot find
symbol
    static BigInteger shiftLeftOneBit(BigInteger source) {
                      ^
  symbol:   class BigInteger
  location: class BitLevel
libcore/luni/src/main/java/java/math/BitLevel.java:136: error: cannot find
symbol
    static BigInteger shiftRight(BigInteger source, int count) {
                                 ^
  symbol:   class BigInteger
  location: class BitLevel
libcore/luni/src/main/java/java/math/BitLevel.java:136: error: cannot find
symbol
    static BigInteger shiftRight(BigInteger source, int count) {
                      ^
  symbol:   class BigInteger
  location: class BitLevel
libcore/luni/src/main/java/java/math/BitLevel.java:213: error: cannot find
symbol
    static BigInteger flipBit(BigInteger val, int n){
                              ^
  symbol:   class BigInteger
  location: class BitLevel
libcore/luni/src/main/java/java/math/BitLevel.java:213: error: cannot find
symbol
    static BigInteger flipBit(BigInteger val, int n){
                      ^
  symbol:   class BigInteger
  location: class BitLevel
libcore/luni/src/main/java/java/math/Conversion.java:53: error: cannot find
symbol
    static String bigInteger2String(BigInteger val, int radix) {
                                    ^
  symbol:   class BigInteger
  location: class Conversion
```

```
libcore/luni/src/main/java/java/math/Conversion.java:137: error: cannot find
symbol
    static String toDecimalScaledString(BigInteger val, int scale) {
                                        ^
  symbol:   class BigInteger
  location: class Conversion
libcore/luni/src/main/java/java/math/Conversion.java:418: error: cannot find
symbol
    static double bigInteger2Double(BigInteger val) {
                                    ^
  symbol:   class BigInteger
  location: class Conversion
libcore/luni/src/main/java/java/math/Logical.java:39: error: cannot find symbol
    static BigInteger not(BigInteger val) {
                          ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:39: error: cannot find symbol
    static BigInteger not(BigInteger val) {
           ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:82: error: cannot find symbol
    static BigInteger and(BigInteger val, BigInteger that) {
                          ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:82: error: cannot find symbol
    static BigInteger and(BigInteger val, BigInteger that) {
                                          ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:82: error: cannot find symbol
    static BigInteger and(BigInteger val, BigInteger that) {
           ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:111: error: cannot find symbol
    static BigInteger andPositive(BigInteger val, BigInteger that) {
                                  ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:111: error: cannot find symbol
    static BigInteger andPositive(BigInteger val, BigInteger that) {
                                                  ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:111: error: cannot find symbol
    static BigInteger andPositive(BigInteger val, BigInteger that) {
           ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:129: error: cannot find symbol
    static BigInteger andDiffSigns(BigInteger positive, BigInteger negative) {
                                   ^
```

```
    symbol:    class BigInteger
    location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:129: error: cannot find symbol
    static BigInteger andDiffSigns(BigInteger positive, BigInteger negative) {
                                                         ^
    symbol:    class BigInteger
    location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:129: error: cannot find symbol
    static BigInteger andDiffSigns(BigInteger positive, BigInteger negative) {
                      ^
    symbol:    class BigInteger
    location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:164: error: cannot find symbol
    static BigInteger andNegative(BigInteger longer, BigInteger shorter) {
                                  ^
    symbol:    class BigInteger
    location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:164: error: cannot find symbol
    static BigInteger andNegative(BigInteger longer, BigInteger shorter) {
                                                     ^
    symbol:    class BigInteger
    location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:164: error: cannot find symbol
    static BigInteger andNegative(BigInteger longer, BigInteger shorter) {
                      ^
    symbol:    class BigInteger
    location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:218: error: cannot find symbol
    static BigInteger andNot(BigInteger val, BigInteger that) {
                             ^
    symbol:    class BigInteger
    location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:218: error: cannot find symbol
    static BigInteger andNot(BigInteger val, BigInteger that) {
                                             ^
    symbol:    class BigInteger
    location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:218: error: cannot find symbol
    static BigInteger andNot(BigInteger val, BigInteger that) {
                      ^
    symbol:    class BigInteger
    location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:250: error: cannot find symbol
    static BigInteger andNotPositive(BigInteger val, BigInteger that) {
                                     ^
    symbol:    class BigInteger
    location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:250: error: cannot find symbol
    static BigInteger andNotPositive(BigInteger val, BigInteger that) {
                                                     ^
    symbol:    class BigInteger
    location: class Logical
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_core_w
ebcore_remaining_gyp_intermediates/export_includes
```

```
libcore/luni/src/main/java/java/math/Logical.java:250: error: cannot find symbol
    static BigInteger andNotPositive(BigInteger val, BigInteger that) {
                      ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:267: error: cannot find symbol
    static BigInteger andNotPositiveNegative(BigInteger positive, BigInteger
negative) {
                                             ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:267: error: cannot find symbol
    static BigInteger andNotPositiveNegative(BigInteger positive, BigInteger
negative) {
                                                                  ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:267: error: cannot find symbol
    static BigInteger andNotPositiveNegative(BigInteger positive, BigInteger
negative) {
                  ^
  symbol:   class BigInteger
  location: class Logical
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_core_w
ebcore_rendering_gyp_intermediates/import_includes
libcore/luni/src/main/java/java/math/Logical.java:298: error: cannot find symbol
    static BigInteger andNotNegativePositive(BigInteger negative, BigInteger
positive) {
                                             ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:298: error: cannot find symbol
    static BigInteger andNotNegativePositive(BigInteger negative, BigInteger
positive) {
                                                                  ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:298: error: cannot find symbol
    static BigInteger andNotNegativePositive(BigInteger negative, BigInteger
positive) {
                  ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:371: error: cannot find symbol
    static BigInteger andNotNegative(BigInteger val, BigInteger that) {
                                     ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:371: error: cannot find symbol
    static BigInteger andNotNegative(BigInteger val, BigInteger that) {
                                                     ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:371: error: cannot find symbol
```

```
      static BigInteger andNotNegative(BigInteger val, BigInteger that) {
              ^
  symbol:    class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:425: error: cannot find symbol
      static BigInteger or(BigInteger val, BigInteger that) {
                        ^
  symbol:    class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:425: error: cannot find symbol
      static BigInteger or(BigInteger val, BigInteger that) {
                                           ^
  symbol:    class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:425: error: cannot find symbol
      static BigInteger or(BigInteger val, BigInteger that) {
              ^
  symbol:    class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:458: error: cannot find symbol
      static BigInteger orPositive(BigInteger longer, BigInteger shorter) {
                                   ^
  symbol:    class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:458: error: cannot find symbol
      static BigInteger orPositive(BigInteger longer, BigInteger shorter) {
                                                      ^
  symbol:    class BigInteger
  location: class Logical
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_core_w
ebcore_rendering_gyp_intermediates/export_includes
libcore/luni/src/main/java/java/math/Logical.java:458: error: cannot find symbol
      static BigInteger orPositive(BigInteger longer, BigInteger shorter) {
              ^
  symbol:    class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:476: error: cannot find symbol
      static BigInteger orNegative(BigInteger val, BigInteger that){
                                   ^
  symbol:    class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:476: error: cannot find symbol
      static BigInteger orNegative(BigInteger val, BigInteger that){
                                                  ^
  symbol:    class BigInteger
  location: class Logical
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_core_w
ebcore_svg_gyp_intermediates/import_includes
libcore/luni/src/main/java/java/math/Logical.java:476: error: cannot find symbol
      static BigInteger orNegative(BigInteger val, BigInteger that){
              ^
  symbol:    class BigInteger
  location: class Logical
```

```
libcore/luni/src/main/java/java/math/Logical.java:511: error: cannot find symbol
    static BigInteger orDiffSigns(BigInteger positive, BigInteger negative){
                                                                            ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:511: error: cannot find symbol
    static BigInteger orDiffSigns(BigInteger positive, BigInteger negative){
                                                       ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:511: error: cannot find symbol
    static BigInteger orDiffSigns(BigInteger positive, BigInteger negative){
                      ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:569: error: cannot find symbol
    static BigInteger xor(BigInteger val, BigInteger that) {
                          ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:569: error: cannot find symbol
    static BigInteger xor(BigInteger val, BigInteger that) {
                                          ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:569: error: cannot find symbol
    static BigInteger xor(BigInteger val, BigInteger that) {
                      ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:605: error: cannot find symbol
    static BigInteger xorPositive(BigInteger longer, BigInteger shorter) {
                                  ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:605: error: cannot find symbol
    static BigInteger xorPositive(BigInteger longer, BigInteger shorter) {
                                                     ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:605: error: cannot find symbol
    static BigInteger xorPositive(BigInteger longer, BigInteger shorter) {
                      ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:622: error: cannot find symbol
    static BigInteger xorNegative(BigInteger val, BigInteger that){
                                                  ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:622: error: cannot find symbol
    static BigInteger xorNegative(BigInteger val, BigInteger that){
                                                  ^
  symbol:   class BigInteger
  location: class Logical
```

```
libcore/luni/src/main/java/java/math/Logical.java:622: error: cannot find symbol
    static BigInteger xorNegative(BigInteger val, BigInteger that){
             ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:675: error: cannot find symbol
    static BigInteger xorDiffSigns(BigInteger positive, BigInteger negative){
                                                  ^
  symbol:   class BigInteger
  location: class Logical
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_core_w
ebcore_svg_gyp_intermediates/export_includes
libcore/luni/src/main/java/java/math/Logical.java:675: error: cannot find symbol
    static BigInteger xorDiffSigns(BigInteger positive, BigInteger negative){
                                                  ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Logical.java:675: error: cannot find symbol
    static BigInteger xorDiffSigns(BigInteger positive, BigInteger negative){
             ^
  symbol:   class BigInteger
  location: class Logical
libcore/luni/src/main/java/java/math/Multiplication.java:57: error: cannot find
symbol
    static final BigInteger[] bigTenPows = new BigInteger[32];
                 ^
  symbol:   class BigInteger
  location: class Multiplication
libcore/luni/src/main/java/java/math/Multiplication.java:63: error: cannot find
symbol
    static final BigInteger bigFivePows[] = new BigInteger[32];
                 ^
  symbol:   class BigInteger
  location: class Multiplication
libcore/luni/src/main/java/java/math/Multiplication.java:91: error: cannot find
symbol
    static BigInteger multiplyByPositiveInt(BigInteger val, int factor) {
                                                 ^
  symbol:   class BigInteger
  location: class Multiplication
Gyp action:
third_party_WebKit_Source_bindings_modules_generated_gyp_modules_event_generated
_target_event_interfaces
(out/target/product/generic/obj/GYP/shared_intermediates/blink/modules/EventModu
lesInterfaces.in)
libcore/luni/src/main/java/java/math/Multiplication.java:91: error: cannot find
symbol
    static BigInteger multiplyByPositiveInt(BigInteger val, int factor) {
             ^
  symbol:   class BigInteger
  location: class Multiplication
libcore/luni/src/main/java/java/math/Multiplication.java:104: error: cannot find
symbol
    static BigInteger multiplyByTenPow(BigInteger val, long exp) {
```

```
                                         ^
    symbol:    class BigInteger
    location: class Multiplication
libcore/luni/src/main/java/java/math/Multiplication.java:104: error: cannot find
symbol
      static BigInteger multiplyByTenPow(BigInteger val, long exp) {
              ^
    symbol:    class BigInteger
    location: class Multiplication
libcore/luni/src/main/java/java/math/Multiplication.java:118: error: cannot find
symbol
      static BigInteger powerOf10(long exp) {
              ^
    symbol:    class BigInteger
    location: class Multiplication
libcore/luni/src/main/java/java/math/Multiplication.java:177: error: cannot find
symbol
      static BigInteger multiplyByFivePow(BigInteger val, int exp) {
                                                     ^
    symbol:    class BigInteger
    location: class Multiplication
Gyp action:
third_party_WebKit_Source_bindings_modules_generated_gyp_modules_event_generated
_target_EventTargetModulesFactory
(out/target/product/generic/obj/GYP/shared_intermediates/blink/modules/EventTarg
etModulesHeaders.h)
libcore/luni/src/main/java/java/math/Multiplication.java:177: error: cannot find
symbol
      static BigInteger multiplyByFivePow(BigInteger val, int exp) {
              ^
    symbol:    class BigInteger
    location: class Multiplication
mkdir -p
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_core_w
ebcore_generated_gyp_intermediates; cp
out/target/product/generic/obj/GYP/shared_intermediates/blink/bindings/core/v8/V
8GeneratedCoreBindings01.cpp
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_core_w
ebcore_generated_gyp_intermediates/V8GeneratedCoreBindings01.cpp
libcore/luni/src/main/java/java/math/Primality.java:47: error: cannot find
symbol
      private static final BigInteger BIprimes[] = new BigInteger[primes.length];
                                                       ^
    symbol:    class BigInteger
    location: class Primality
Gyp action:
third_party_WebKit_Source_bindings_modules_generated_gyp_modules_event_generated
_target_EventTargetModulesNames
(out/target/product/generic/obj/GYP/shared_intermediates/blink/modules/EventTarg
etModulesNames.cpp)
libcore/luni/src/main/java/java/math/Primality.java:85: error: cannot find
symbol
      static BigInteger nextProbablePrime(BigInteger n) {
                                              ^
    symbol:    class BigInteger
```

```
    location: class Primality
libcore/luni/src/main/java/java/math/Primality.java:85: error: cannot find
symbol
      static BigInteger nextProbablePrime(BigInteger n) {
               ^
  symbol:   class BigInteger
  location: class Primality
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_core_w
ebcore_generated_gyp_intermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_core_w
ebcore_generated_gyp_intermediates/export_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_web_bl
ink_web_gyp_intermediates/export_includes
Gyp timestamp:
out/target/product/generic/obj/GYP/third_party_WebKit_public_blink_headers_gyp_i
ntermediates/blink_headers.stamp
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_platfo
rm_blink_common_gyp_intermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_WebKit_Source_platfo
rm_blink_common_gyp_intermediates/export_includes
Gyp timestamp:
out/target/product/generic/obj/GYP/third_party_mesa_mesa_headers_gyp_intermediat
es/mesa_headers.stamp
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/ui_gl_gl_gyp_intermediates/impor
t_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/ui_gl_gl_gyp_intermediates/expor
t_includes
Gyp action: Generating resources from content_resources.grd
(out/target/product/generic/obj/GYP/shared_intermediates/content/grit/content_re
sources.h)
Gyp action: Generating resources from base/net_resources.grd
(out/target/product/generic/obj/GYP/shared_intermediates/net/grit/net_resources.
h)
Gyp action: Generating resources from ui_resources.grd
(out/target/product/generic/obj/GYP/shared_intermediates/ui/ui_resources/grit/ui
_resources.h)
Gyp action: Generating resources from ../webui/resources/webui_resources.grd
(out/target/product/generic/obj/GYP/shared_intermediates/ui/ui_resources/grit/we
bui_resources.h)
Gyp action: Generating resources from ui_unscaled_resources.grd
(out/target/product/generic/obj/GYP/shared_intermediates/ui/ui_resources/grit/ui
_unscaled_resources.h)
libcore/luni/src/main/java/org/apache/harmony/security/asn1/ASN1Choice.java:25:
error: cannot find symbol
import java.math.BigInteger;
               ^
  symbol:   class BigInteger
  location: package java.math
```

```
libcore/luni/src/main/java/org/apache/harmony/security/asn1/ASN1Choice.java:281:
error: cannot find symbol
    private void addIdentifier(TreeMap<BigInteger, BigInteger> map, int
identifier, int index){
                                        ^
  symbol:   class BigInteger
  location: class ASN1Choice
libcore/luni/src/main/java/org/apache/harmony/security/asn1/ASN1Choice.java:281:
error: cannot find symbol
    private void addIdentifier(TreeMap<BigInteger, BigInteger> map, int
identifier, int index){
                                                      ^
  symbol:   class BigInteger
  location: class ASN1Choice
Gyp action: Generating resources from glue/resources/webkit_resources.grd
(out/target/product/generic/obj/GYP/shared_intermediates/webkit/grit/webkit_reso
urces.h)
Gyp action: Generating resources
from ../third_party/WebKit/public/blink_resources.grd
(out/target/product/generic/obj/GYP/shared_intermediates/webkit/grit/blink_resou
rces.h)
Gyp action: Generating resources from glue/webkit_strings.grd
(out/target/product/generic/obj/GYP/shared_intermediates/webkit/grit/webkit_stri
ngs.h)
libcore/luni/src/main/java/java/security/cert/X509Certificate.java:21: error:
cannot find symbol
import java.math.BigInteger;
               ^
  symbol:   class BigInteger
  location: package java.math
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/android_webview_android_webview_
common_gyp_intermediates/import_includes
libcore/luni/src/main/java/java/security/cert/X509Certificate.java:140: error:
cannot find symbol
    public abstract BigInteger getSerialNumber();
                    ^
  symbol:   class BigInteger
  location: class X509Certificate
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/android_webview_android_webview_
common_gyp_intermediates/export_includes
libcore/luni/src/main/java/java/security/cert/X509CertSelector.java:21: error:
cannot find symbol
import java.math.BigInteger;
               ^
  symbol:   class BigInteger
  location: package java.math
Gyp timestamp:
out/target/product/generic/obj/GYP/base_base_java_application_state_gyp_intermed
iates/base_java_application_state.stamp
libcore/luni/src/main/java/java/security/cert/X509CertSelector.java:54: error:
cannot find symbol
    private BigInteger serialNumber;
            ^
```

```
  symbol:   class BigInteger
  location: class X509CertSelector
libcore/luni/src/main/java/java/security/cert/X509CertSelector.java:109: error:
cannot find symbol
    public void setSerialNumber(BigInteger serialNumber) {
                                ^
  symbol:   class BigInteger
  location: class X509CertSelector
libcore/luni/src/main/java/java/security/cert/X509CertSelector.java:119: error:
cannot find symbol
    public BigInteger getSerialNumber() {
           ^
  symbol:   class BigInteger
  location: class X509CertSelector
Gyp timestamp:
out/target/product/generic/obj/GYP/base_base_java_memory_pressure_level_list_gyp
_intermediates/base_java_memory_pressure_level_list.stamp
libcore/luni/src/main/java/java/security/cert/X509CRLEntry.java:21: error:
cannot find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
libcore/luni/src/main/java/java/security/cert/X509CRLEntry.java:94: error:
cannot find symbol
    public abstract BigInteger getSerialNumber();
                    ^
  symbol:   class BigInteger
  location: class X509CRLEntry
libcore/luni/src/main/java/java/security/cert/X509CRL.java:21: error: cannot
find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
Gyp timestamp:
out/target/product/generic/obj/GYP/content_content_gamepad_mapping_gyp_intermedi
ates/content_gamepad_mapping.stamp
libcore/luni/src/main/java/java/security/cert/X509CRL.java:209: error: cannot
find symbol
    public abstract X509CRLEntry getRevokedCertificate(BigInteger serialNumber);
                                                       ^
  symbol:   class BigInteger
  location: class X509CRL
libcore/luni/src/main/java/java/security/cert/X509CRLSelector.java:22: error:
cannot find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
libcore/luni/src/main/java/java/security/cert/X509CRLSelector.java:48: error:
cannot find symbol
    private BigInteger minCRL;
            ^
  symbol:   class BigInteger
```

```
    location: class X509CRLSelector
libcore/luni/src/main/java/java/security/cert/X509CRLSelector.java:50: error:
cannot find symbol
    private BigInteger maxCRL;
            ^
  symbol:   class BigInteger
  location: class X509CRLSelector
Gyp timestamp:
out/target/product/generic/obj/GYP/content_gesture_event_type_java_gyp_intermedi
ates/gesture_event_type_java.stamp
libcore/luni/src/main/java/java/security/cert/X509CRLSelector.java:221: error:
cannot find symbol
    public void setMinCRLNumber(BigInteger minCRL) {
                               ^
  symbol:   class BigInteger
  location: class X509CRLSelector
libcore/luni/src/main/java/java/security/cert/X509CRLSelector.java:235: error:
cannot find symbol
    public void setMaxCRLNumber(BigInteger maxCRL) {
                               ^
  symbol:   class BigInteger
  location: class X509CRLSelector
libcore/luni/src/main/java/java/security/cert/X509CRLSelector.java:317: error:
cannot find symbol
    public BigInteger getMinCRL() {
           ^
  symbol:   class BigInteger
  location: class X509CRLSelector
libcore/luni/src/main/java/java/security/cert/X509CRLSelector.java:330: error:
cannot find symbol
    public BigInteger getMaxCRL() {
           ^
  symbol:   class BigInteger
  location: class X509CRLSelector
Gyp timestamp:
out/target/product/generic/obj/GYP/content_page_transition_types_java_gyp_interm
ediates/page_transition_types_java.stamp
Gyp timestamp:
out/target/product/generic/obj/GYP/content_popup_item_type_java_gyp_intermediate
s/popup_item_type_java.stamp
libcore/luni/src/main/java/java/security/interfaces/DSAParams.java:20: error:
cannot find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
Gyp timestamp:
out/target/product/generic/obj/GYP/content_result_codes_java_gyp_intermediates/r
esult_codes_java.stamp
libcore/luni/src/main/java/java/security/interfaces/DSAParams.java:32: error:
cannot find symbol
    public BigInteger getG();
           ^
  symbol:   class BigInteger
  location: interface DSAParams
```

```
libcore/luni/src/main/java/java/security/interfaces/DSAParams.java:39: error:
cannot find symbol
    public BigInteger getP();
           ^
  symbol:   class BigInteger
  location: interface DSAParams
libcore/luni/src/main/java/java/security/interfaces/DSAParams.java:46: error:
cannot find symbol
    public BigInteger getQ();
           ^
  symbol:   class BigInteger
  location: interface DSAParams
Gyp timestamp:
out/target/product/generic/obj/GYP/content_screen_orientation_values_java_gyp_in
termediates/screen_orientation_values_java.stamp
libcore/luni/src/main/java/java/security/interfaces/DSAPrivateKey.java:20:
error: cannot find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
libcore/luni/src/main/java/java/security/interfaces/DSAPrivateKey.java:38:
error: cannot find symbol
    public BigInteger getX();
           ^
  symbol:   class BigInteger
  location: interface DSAPrivateKey
libcore/luni/src/main/java/java/security/interfaces/DSAPublicKey.java:20: error:
cannot find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
libcore/luni/src/main/java/java/security/interfaces/DSAPublicKey.java:38: error:
cannot find symbol
    public BigInteger getY();
           ^
  symbol:   class BigInteger
  location: interface DSAPublicKey
Gyp timestamp:
out/target/product/generic/obj/GYP/content_speech_recognition_error_java_gyp_int
ermediates/speech_recognition_error_java.stamp
libcore/luni/src/main/java/java/security/spec/ECParameterSpec.java:20: error:
cannot find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
libcore/luni/src/main/java/java/security/spec/EllipticCurve.java:20: error:
cannot find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
```

```
libcore/luni/src/main/java/java/security/spec/ECPoint.java:20: error: cannot
find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
Gyp timestamp:
out/target/product/generic/obj/GYP/media_media_android_imageformat_list_gyp_inte
rmediates/media_android_imageformat_list.stamp
libcore/luni/src/main/java/java/security/spec/ECParameterSpec.java:31: error:
cannot find symbol
    private final BigInteger order;
                  ^
  symbol:   class BigInteger
  location: class ECParameterSpec
libcore/luni/src/main/java/java/security/spec/ECParameterSpec.java:54: error:
cannot find symbol
            BigInteger order, int cofactor) {
            ^
  symbol:   class BigInteger
  location: class ECParameterSpec
libcore/luni/src/main/java/java/security/spec/ECParameterSpec.java:110: error:
cannot find symbol
    public BigInteger getOrder() {
           ^
  symbol:   class BigInteger
  location: class ECParameterSpec
libcore/luni/src/main/java/java/security/spec/EllipticCurve.java:32: error:
cannot find symbol
    private final BigInteger a;
                  ^
  symbol:   class BigInteger
  location: class EllipticCurve
Gyp timestamp:
out/target/product/generic/obj/GYP/net_cert_verify_status_android_java_gyp_inter
mediates/cert_verify_status_android_java.stamp
libcore/luni/src/main/java/java/security/spec/EllipticCurve.java:35: error:
cannot find symbol
    private final BigInteger b;
                  ^
  symbol:   class BigInteger
  location: class EllipticCurve
libcore/luni/src/main/java/java/security/spec/EllipticCurve.java:59: error:
cannot find symbol
    public EllipticCurve(ECField field, BigInteger a, BigInteger b, byte[] seed)
{
                                        ^
  symbol:   class BigInteger
  location: class EllipticCurve
libcore/luni/src/main/java/java/security/spec/EllipticCurve.java:59: error:
cannot find symbol
    public EllipticCurve(ECField field, BigInteger a, BigInteger b, byte[] seed)
{
                                                      ^
  symbol:   class BigInteger
```

```
   location: class EllipticCurve
libcore/luni/src/main/java/java/security/spec/EllipticCurve.java:114: error:
cannot find symbol
    public EllipticCurve(ECField field, BigInteger a, BigInteger b) {
                                                  ^
   symbol:   class BigInteger
   location: class EllipticCurve
Gyp timestamp:
out/target/product/generic/obj/GYP/net_certificate_mime_types_java_gyp_intermedi
ates/certificate_mime_types_java.stamp
libcore/luni/src/main/java/java/security/spec/EllipticCurve.java:114: error:
cannot find symbol
    public EllipticCurve(ECField field, BigInteger a, BigInteger b) {
                                                              ^
   symbol:   class BigInteger
   location: class EllipticCurve
libcore/luni/src/main/java/java/security/spec/EllipticCurve.java:123: error:
cannot find symbol
    public BigInteger getA() {
           ^
   symbol:   class BigInteger
   location: class EllipticCurve
libcore/luni/src/main/java/java/security/spec/EllipticCurve.java:132: error:
cannot find symbol
    public BigInteger getB() {
           ^
   symbol:   class BigInteger
   location: class EllipticCurve
libcore/luni/src/main/java/java/security/spec/ECPoint.java:32: error: cannot
find symbol
    private final BigInteger affineX;
                  ^
Gyp timestamp:
out/target/product/generic/obj/GYP/net_net_errors_java_gyp_intermediates/net_err
ors_java.stamp
   symbol:   class BigInteger
   location: class ECPoint
libcore/luni/src/main/java/java/security/spec/ECPoint.java:34: error: cannot
find symbol
    private final BigInteger affineY;
                  ^
   symbol:   class BigInteger
   location: class ECPoint
libcore/luni/src/main/java/java/security/spec/ECPoint.java:50: error: cannot
find symbol
    public ECPoint(BigInteger affineX, BigInteger affineY) {
                   ^
   symbol:   class BigInteger
   location: class ECPoint
libcore/luni/src/main/java/java/security/spec/ECPoint.java:50: error: cannot
find symbol
    public ECPoint(BigInteger affineX, BigInteger affineY) {
                                       ^
   symbol:   class BigInteger
   location: class ECPoint
```

```
libcore/luni/src/main/java/java/security/spec/ECPoint.java:66: error: cannot
find symbol
    public BigInteger getAffineX() {
              ^
  symbol:   class BigInteger
  location: class ECPoint
libcore/luni/src/main/java/java/security/spec/ECPoint.java:75: error: cannot
find symbol
    public BigInteger getAffineY() {
              ^
  symbol:   class BigInteger
  location: class ECPoint
Gyp timestamp:
out/target/product/generic/obj/GYP/net_private_key_types_java_gyp_intermediates/
private_key_types_java.stamp
libcore/luni/src/main/java/java/security/interfaces/ECPrivateKey.java:20: error:
cannot find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
libcore/luni/src/main/java/java/security/interfaces/ECPrivateKey.java:38: error:
cannot find symbol
    public BigInteger getS();
              ^
  symbol:   class BigInteger
  location: interface ECPrivateKey
libcore/luni/src/main/java/java/security/interfaces/RSAKey.java:20: error:
cannot find symbol
import java.math.BigInteger;
                ^
Gyp timestamp:
out/target/product/generic/obj/GYP/ui_android_bitmap_format_java_gyp_intermediat
es/bitmap_format_java.stamp
  symbol:   class BigInteger
  location: package java.math
libcore/luni/src/main/java/java/security/interfaces/RSAKey.java:32: error:
cannot find symbol
    public BigInteger getModulus();
              ^
  symbol:   class BigInteger
  location: interface RSAKey
libcore/luni/src/main/java/java/security/interfaces/RSAMultiPrimePrivateCrtKey.j
ava:20: error: cannot find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
Gyp timestamp:
out/target/product/generic/obj/GYP/ui_android_window_open_disposition_java_gyp_i
ntermediates/window_open_disposition_java.stamp
libcore/luni/src/main/java/java/security/interfaces/RSAPrivateKey.java:20:
error: cannot find symbol
import java.math.BigInteger;
                    ^
```

```
  symbol:   class BigInteger
  location: package java.math
libcore/luni/src/main/java/java/security/interfaces/RSAMultiPrimePrivateCrtKey.j
ava:40: error: cannot find symbol
    public BigInteger getCrtCoefficient();
           ^
  symbol:   class BigInteger
  location: interface RSAMultiPrimePrivateCrtKey
libcore/luni/src/main/java/java/security/spec/RSAOtherPrimeInfo.java:20: error:
cannot find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
libcore/luni/src/main/java/java/security/interfaces/RSAMultiPrimePrivateCrtKey.j
ava:55: error: cannot find symbol
    public BigInteger getPrimeP();
           ^
  symbol:   class BigInteger
  location: interface RSAMultiPrimePrivateCrtKey
libcore/luni/src/main/java/java/security/interfaces/RSAMultiPrimePrivateCrtKey.j
ava:62: error: cannot find symbol
    public BigInteger getPrimeQ();
           ^
  symbol:   class BigInteger
  location: interface RSAMultiPrimePrivateCrtKey
libcore/luni/src/main/java/java/security/interfaces/RSAMultiPrimePrivateCrtKey.j
ava:69: error: cannot find symbol
    public BigInteger getPrimeExponentP();
           ^
  symbol:   class BigInteger
  location: interface RSAMultiPrimePrivateCrtKey
Gyp action: Generating resources from ui_strings.grd
(out/target/product/generic/obj/GYP/shared_intermediates/ui/ui_strings/grit/ui_s
trings.h)
libcore/luni/src/main/java/java/security/interfaces/RSAMultiPrimePrivateCrtKey.j
ava:76: error: cannot find symbol
    public BigInteger getPrimeExponentQ();
           ^
  symbol:   class BigInteger
  location: interface RSAMultiPrimePrivateCrtKey
libcore/luni/src/main/java/java/security/interfaces/RSAMultiPrimePrivateCrtKey.j
ava:83: error: cannot find symbol
    public BigInteger getPublicExponent();
           ^
  symbol:   class BigInteger
  location: interface RSAMultiPrimePrivateCrtKey
libcore/luni/src/main/java/java/security/interfaces/RSAPrivateKey.java:38:
error: cannot find symbol
    public BigInteger getPrivateExponent();
           ^
  symbol:   class BigInteger
  location: interface RSAPrivateKey
libcore/luni/src/main/java/java/security/spec/RSAOtherPrimeInfo.java:32: error:
cannot find symbol
```

```
    private final BigInteger prime;
                            ^
  symbol:   class BigInteger
  location: class RSAOtherPrimeInfo
libcore/luni/src/main/java/java/security/spec/RSAOtherPrimeInfo.java:34: error:
cannot find symbol
    private final BigInteger primeExponent;
                            ^
  symbol:   class BigInteger
  location: class RSAOtherPrimeInfo
libcore/luni/src/main/java/java/security/spec/RSAOtherPrimeInfo.java:36: error:
cannot find symbol
    private final BigInteger crtCoefficient;
                            ^
  symbol:   class BigInteger
  location: class RSAOtherPrimeInfo
libcore/luni/src/main/java/java/security/spec/RSAOtherPrimeInfo.java:49: error:
cannot find symbol
    public RSAOtherPrimeInfo(BigInteger prime,
                            ^
  symbol:   class BigInteger
  location: class RSAOtherPrimeInfo
Gyp action: Generating resources from app_locale_settings.grd
(out/target/product/generic/obj/GYP/shared_intermediates/ui/app_locale_settings/
grit/app_locale_settings.h)
libcore/luni/src/main/java/java/security/spec/RSAOtherPrimeInfo.java:50: error:
cannot find symbol
            BigInteger primeExponent, BigInteger crtCoefficient) {
            ^
  symbol:   class BigInteger
  location: class RSAOtherPrimeInfo
libcore/luni/src/main/java/java/security/spec/RSAOtherPrimeInfo.java:50: error:
cannot find symbol
            BigInteger primeExponent, BigInteger crtCoefficient) {
                                      ^
  symbol:   class BigInteger
  location: class RSAOtherPrimeInfo
libcore/luni/src/main/java/java/security/spec/RSAOtherPrimeInfo.java:70: error:
cannot find symbol
    public final BigInteger getCrtCoefficient() {
                ^
  symbol:   class BigInteger
  location: class RSAOtherPrimeInfo
libcore/luni/src/main/java/java/security/spec/RSAOtherPrimeInfo.java:79: error:
cannot find symbol
    public final BigInteger getPrime() {
                ^
  symbol:   class BigInteger
  location: class RSAOtherPrimeInfo
libcore/luni/src/main/java/java/security/spec/RSAOtherPrimeInfo.java:88: error:
cannot find symbol
    public final BigInteger getExponent() {
                ^
  symbol:   class BigInteger
  location: class RSAOtherPrimeInfo
```

```
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/ui_base_ui_base_gyp_intermediate
s/import_includes
libcore/luni/src/main/java/java/security/interfaces/RSAPrivateCrtKey.java:20:
error: cannot find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
libcore/luni/src/main/java/java/security/interfaces/RSAPrivateCrtKey.java:37:
error: cannot find symbol
    public BigInteger getCrtCoefficient();
           ^
  symbol:   class BigInteger
  location: interface RSAPrivateCrtKey
libcore/luni/src/main/java/java/security/interfaces/RSAPrivateCrtKey.java:44:
error: cannot find symbol
    public BigInteger getPrimeP();
           ^
  symbol:   class BigInteger
  location: interface RSAPrivateCrtKey
libcore/luni/src/main/java/java/security/interfaces/RSAPrivateCrtKey.java:51:
error: cannot find symbol
    public BigInteger getPrimeQ();
           ^
  symbol:   class BigInteger
  location: interface RSAPrivateCrtKey
libcore/luni/src/main/java/java/security/interfaces/RSAPrivateCrtKey.java:58:
error: cannot find symbol
    public BigInteger getPrimeExponentP();
           ^
  symbol:   class BigInteger
  location: interface RSAPrivateCrtKey
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/ui_base_ui_base_gyp_intermediate
s/export_includes
libcore/luni/src/main/java/java/security/interfaces/RSAPrivateCrtKey.java:65:
error: cannot find symbol
    public BigInteger getPrimeExponentQ();
           ^
  symbol:   class BigInteger
  location: interface RSAPrivateCrtKey
libcore/luni/src/main/java/java/security/interfaces/RSAPrivateCrtKey.java:72:
error: cannot find symbol
    public BigInteger getPublicExponent();
           ^
  symbol:   class BigInteger
  location: interface RSAPrivateCrtKey
libcore/luni/src/main/java/java/security/interfaces/RSAPublicKey.java:20: error:
cannot find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
```

```
libcore/luni/src/main/java/java/security/interfaces/RSAPublicKey.java:38: error:
cannot find symbol
    public BigInteger getPublicExponent();
           ^
  symbol:   class BigInteger
  location: interface RSAPublicKey
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/android_webview_native_webview_n
ative_gyp_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/base_base_static_gyp_intermediat
es/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/base_base_static_gyp_intermediat
es/export_includes
libcore/luni/src/main/java/java/security/spec/DSAParameterSpec.java:20: error:
cannot find symbol
import java.math.BigInteger;
               ^
  symbol:   class BigInteger
  location: package java.math
libcore/luni/src/main/java/java/security/spec/DSAParameterSpec.java:28: error:
cannot find symbol
    private final BigInteger p;
                  ^
  symbol:   class BigInteger
  location: class DSAParameterSpec
libcore/luni/src/main/java/java/security/spec/DSAParameterSpec.java:30: error:
cannot find symbol
    private final BigInteger q;
                  ^
  symbol:   class BigInteger
  location: class DSAParameterSpec
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/base_third_party_dynamic_annotat
ions_dynamic_annotations_gyp_intermediates/import_includes
libcore/luni/src/main/java/java/security/spec/DSAParameterSpec.java:32: error:
cannot find symbol
    private final BigInteger g;
                  ^
  symbol:   class BigInteger
  location: class DSAParameterSpec
libcore/luni/src/main/java/java/security/spec/DSAParameterSpec.java:45: error:
cannot find symbol
    public DSAParameterSpec(BigInteger p, BigInteger q, BigInteger g) {
                            ^
  symbol:   class BigInteger
  location: class DSAParameterSpec
libcore/luni/src/main/java/java/security/spec/DSAParameterSpec.java:45: error:
cannot find symbol
    public DSAParameterSpec(BigInteger p, BigInteger q, BigInteger g) {
                                                        ^
  symbol:   class BigInteger
  location: class DSAParameterSpec
```

```
libcore/luni/src/main/java/java/security/spec/DSAParameterSpec.java:45: error:
cannot find symbol
    public DSAParameterSpec(BigInteger p, BigInteger q, BigInteger g) {
                                                                    ^
  symbol:   class BigInteger
  location: class DSAParameterSpec
libcore/luni/src/main/java/java/security/spec/DSAParameterSpec.java:56: error:
cannot find symbol
    public BigInteger getG() {
           ^
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/base_third_party_dynamic_annotat
ions_dynamic_annotations_gyp_intermediates/export_includes
  symbol:   class BigInteger
  location: class DSAParameterSpec
libcore/luni/src/main/java/java/security/spec/DSAParameterSpec.java:65: error:
cannot find symbol
    public BigInteger getP() {
           ^
  symbol:   class BigInteger
  location: class DSAParameterSpec
libcore/luni/src/main/java/java/security/spec/DSAParameterSpec.java:74: error:
cannot find symbol
    public BigInteger getQ() {
           ^
  symbol:   class BigInteger
  location: class DSAParameterSpec
libcore/luni/src/main/java/java/security/spec/DSAPrivateKeySpec.java:20: error:
cannot find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
libcore/luni/src/main/java/java/security/spec/DSAPrivateKeySpec.java:27: error:
cannot find symbol
Gyp timestamp:
out/target/product/generic/obj/GYP/third_party_khronos_khronos_headers_gyp_inter
mediates/khronos_headers.stamp
    private final BigInteger x;
                 ^
  symbol:   class BigInteger
  location: class DSAPrivateKeySpec
libcore/luni/src/main/java/java/security/spec/DSAPrivateKeySpec.java:29: error:
cannot find symbol
    private final BigInteger p;
                 ^
  symbol:   class BigInteger
  location: class DSAPrivateKeySpec
libcore/luni/src/main/java/java/security/spec/DSAPrivateKeySpec.java:31: error:
cannot find symbol
     private final BigInteger q;
                  ^
  symbol:   class BigInteger
  location: class DSAPrivateKeySpec
```

```
libcore/luni/src/main/java/java/security/spec/DSAPrivateKeySpec.java:33: error:
cannot find symbol
    private final BigInteger g;
                  ^
  symbol:   class BigInteger
  location: class DSAPrivateKeySpec
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_command_buffer_client_gyp_in
termediates/import_includes
libcore/luni/src/main/java/java/security/spec/DSAPrivateKeySpec.java:48: error:
cannot find symbol
    public DSAPrivateKeySpec(BigInteger x, BigInteger p,
                             ^
  symbol:   class BigInteger
  location: class DSAPrivateKeySpec
libcore/luni/src/main/java/java/security/spec/DSAPrivateKeySpec.java:48: error:
cannot find symbol
    public DSAPrivateKeySpec(BigInteger x, BigInteger p,
                                           ^
  symbol:   class BigInteger
  location: class DSAPrivateKeySpec
libcore/luni/src/main/java/java/security/spec/DSAPrivateKeySpec.java:49: error:
cannot find symbol
            BigInteger q, BigInteger g) {
            ^
  symbol:   class BigInteger
  location: class DSAPrivateKeySpec
libcore/luni/src/main/java/java/security/spec/DSAPrivateKeySpec.java:49: error:
cannot find symbol
            BigInteger q, BigInteger g) {
                          ^
  symbol:   class BigInteger
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_command_buffer_client_gyp_in
termediates/export_includes
  location: class DSAPrivateKeySpec
libcore/luni/src/main/java/java/security/spec/DSAPrivateKeySpec.java:61: error:
cannot find symbol
    public BigInteger getG() {
           ^
  symbol:   class BigInteger
  location: class DSAPrivateKeySpec
libcore/luni/src/main/java/java/security/spec/DSAPrivateKeySpec.java:70: error:
cannot find symbol
    public BigInteger getP() {
           ^
  symbol:   class BigInteger
  location: class DSAPrivateKeySpec
libcore/luni/src/main/java/java/security/spec/DSAPrivateKeySpec.java:79: error:
cannot find symbol
    public BigInteger getQ() {
           ^
  symbol:   class BigInteger
  location: class DSAPrivateKeySpec
```

```
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_command_buffer_common_gyp_in
termediates/import_includes
libcore/luni/src/main/java/java/security/spec/DSAPrivateKeySpec.java:88: error:
cannot find symbol
    public BigInteger getX() {
           ^
  symbol:   class BigInteger
  location: class DSAPrivateKeySpec
libcore/luni/src/main/java/java/security/spec/DSAPublicKeySpec.java:20: error:
cannot find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_command_buffer_common_gyp_in
termediates/export_includes
libcore/luni/src/main/java/java/security/spec/DSAPublicKeySpec.java:27: error:
cannot find symbol
    private final BigInteger y;
                  ^
  symbol:   class BigInteger
  location: class DSAPublicKeySpec
libcore/luni/src/main/java/java/security/spec/DSAPublicKeySpec.java:29: error:
cannot find symbol
    private final BigInteger p;
                  ^
  symbol:   class BigInteger
  location: class DSAPublicKeySpec
libcore/luni/src/main/java/java/security/spec/DSAPublicKeySpec.java:31: error:
cannot find symbol
    private final BigInteger q;
                  ^
  symbol:   class BigInteger
  location: class DSAPublicKeySpec
libcore/luni/src/main/java/java/security/spec/DSAPublicKeySpec.java:33: error:
cannot find symbol
    private final BigInteger g;
                  ^
  symbol:   class BigInteger
  location: class DSAPublicKeySpec
libcore/luni/src/main/java/java/security/spec/DSAPublicKeySpec.java:48: error:
cannot find symbol
    public DSAPublicKeySpec(BigInteger y, BigInteger p,
                           ^
  symbol:   class BigInteger
  location: class DSAPublicKeySpec
libcore/luni/src/main/java/java/security/spec/DSAPublicKeySpec.java:48: error:
cannot find symbol
    public DSAPublicKeySpec(BigInteger y, BigInteger p,
                                         ^
  symbol:   class BigInteger
  location: class DSAPublicKeySpec
```

```
libcore/luni/src/main/java/java/security/spec/DSAPublicKeySpec.java:49: error:
cannot find symbol
              BigInteger q, BigInteger g) {
                            ^
  symbol:   class BigInteger
  location: class DSAPublicKeySpec
libcore/luni/src/main/java/java/security/spec/DSAPublicKeySpec.java:49: error:
cannot find symbol
              BigInteger q, BigInteger g) {
                                         ^
  symbol:   class BigInteger
  location: class DSAPublicKeySpec
libcore/luni/src/main/java/java/security/spec/DSAPublicKeySpec.java:61: error:
cannot find symbol
      public BigInteger getG() {
                ^
  symbol:   class BigInteger
  location: class DSAPublicKeySpec
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/third_party_protobuf_protobuf_full_do_not_use_arm_hos
t_gyp_intermediates/import_includes
libcore/luni/src/main/java/java/security/spec/DSAPublicKeySpec.java:70: error:
cannot find symbol
      public BigInteger getP() {
                ^
  symbol:   class BigInteger
  location: class DSAPublicKeySpec
libcore/luni/src/main/java/java/security/spec/DSAPublicKeySpec.java:79: error:
cannot find symbol
      public BigInteger getQ() {
                ^
  symbol:   class BigInteger
  location: class DSAPublicKeySpec
libcore/luni/src/main/java/java/security/spec/DSAPublicKeySpec.java:88: error:
cannot find symbol
      public BigInteger getY() {
                ^
  symbol:   class BigInteger
  location: class DSAPublicKeySpec
libcore/luni/src/main/java/java/security/spec/ECFieldF2m.java:20: error: cannot
find symbol
import java.math.BigInteger;
                 ^
  symbol:   class BigInteger
  location: package java.math
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/host/linux-
x86/obj32/STATIC_LIBRARIES/third_party_protobuf_protobuf_full_do_not_use_arm_hos
t_gyp_intermediates/export_includes
libcore/luni/src/main/java/java/security/spec/ECFieldF2m.java:39: error: cannot
find symbol
      private final BigInteger rp;
                    ^
  symbol:   class BigInteger
  location: class ECFieldF2m
```

```
libcore/luni/src/main/java/java/security/spec/ECFieldF2m.java:77: error: cannot
find symbol
    public ECFieldF2m(int m, BigInteger rp) {
                                    ^
  symbol:   class BigInteger
  location: class ECFieldF2m
libcore/luni/src/main/java/java/security/spec/ECFieldF2m.java:252: error: cannot
find symbol
    public BigInteger getReductionPolynomial() {
           ^
  symbol:   class BigInteger
  location: class ECFieldF2m
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/host/linux-
x86/obj32/EXECUTABLES/third_party_protobuf_protoc_arm_host_gyp_intermediates/exp
ort_includes
libcore/luni/src/main/java/java/security/spec/ECFieldFp.java:20: error: cannot
find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
libcore/luni/src/main/java/java/security/spec/ECFieldFp.java:28: error: cannot
find symbol
    private final BigInteger p;
                  ^
  symbol:   class BigInteger
  location: class ECFieldFp
libcore/luni/src/main/java/java/security/spec/ECFieldFp.java:39: error: cannot
find symbol
    public ECFieldFp(BigInteger p) {
                     ^
  symbol:   class BigInteger
  location: class ECFieldFp
Notice file: external/chromium_org/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src/obj/GYP/shared_intermediates/protoc.txt
libcore/luni/src/main/java/java/security/spec/ECFieldFp.java:64: error: cannot
find symbol
    public BigInteger getP() {
           ^
  symbol:   class BigInteger
  location: class ECFieldFp
libcore/luni/src/main/java/java/security/spec/ECPrivateKeySpec.java:20: error:
cannot find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
libcore/luni/src/main/java/java/security/spec/ECPrivateKeySpec.java:27: error:
cannot find symbol
    private final BigInteger s;
                  ^
  symbol:   class BigInteger
  location: class ECPrivateKeySpec
```

```
libcore/luni/src/main/java/java/security/spec/ECPrivateKeySpec.java:40: error:
cannot find symbol
     public ECPrivateKeySpec(BigInteger s, ECParameterSpec params) {
                                       ^
   symbol:   class BigInteger
   location: class ECPrivateKeySpec
libcore/luni/src/main/java/java/security/spec/ECPrivateKeySpec.java:66: error:
cannot find symbol
Notice file: external/chromium_org/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/third_party_protobuf_protobuf_full_do_not_use_arm_
host_gyp.a.txt
     public BigInteger getS() {
               ^
   symbol:   class BigInteger
   location: class ECPrivateKeySpec
libcore/luni/src/main/java/java/security/spec/RSAKeyGenParameterSpec.java:20:
error: cannot find symbol
import java.math.BigInteger;
                   ^
   symbol:   class BigInteger
   location: package java.math
libcore/luni/src/main/java/java/security/spec/RSAKeyGenParameterSpec.java:30:
error: cannot find symbol
     public static final BigInteger F0 = BigInteger.valueOf(3L);
                                ^
   symbol:   class BigInteger
   location: class RSAKeyGenParameterSpec
libcore/luni/src/main/java/java/security/spec/RSAKeyGenParameterSpec.java:35:
error: cannot find symbol
     public static final BigInteger F4 = BigInteger.valueOf(65537L);
                                ^
   symbol:   class BigInteger
   location: class RSAKeyGenParameterSpec
libcore/luni/src/main/java/java/security/spec/RSAKeyGenParameterSpec.java:40:
error: cannot find symbol
     private final BigInteger publicExponent;
                         ^
   symbol:   class BigInteger
   location: class RSAKeyGenParameterSpec
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_disk_cache_proto_gyp_interme
diates/import_includes
libcore/luni/src/main/java/java/security/spec/RSAKeyGenParameterSpec.java:51:
error: cannot find symbol
     public RSAKeyGenParameterSpec(int keysize, BigInteger publicExponent) {
                                                ^
   symbol:   class BigInteger
   location: class RSAKeyGenParameterSpec
libcore/luni/src/main/java/java/security/spec/RSAKeyGenParameterSpec.java:70:
error: cannot find symbol
     public BigInteger getPublicExponent() {
                ^
   symbol:   class BigInteger
   location: class RSAKeyGenParameterSpec
```

```
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:20: error: cannot find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
libcore/luni/src/main/java/java/security/spec/RSAPrivateKeySpec.java:20: error:
cannot find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:32: error: cannot find symbol
    private final BigInteger publicExponent;
                  ^
  symbol:   class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:34: error: cannot find symbol
    private final BigInteger primeP;
                  ^
  symbol:   class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_disk_cache_proto_gyp_interme
diates/export_includes
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:36: error: cannot find symbol
    private final BigInteger primeQ;
                  ^
  symbol:   class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:38: error: cannot find symbol
    private final BigInteger primeExponentP;
                  ^
  symbol:   class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:40: error: cannot find symbol
    private final BigInteger primeExponentQ;
                  ^
  symbol:   class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:42: error: cannot find symbol
    private final BigInteger crtCoefficient;
                  ^
  symbol:   class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:74: error: cannot find symbol
            BigInteger modulus,
            ^
```

```
  symbol:   class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:75: error: cannot find symbol
            BigInteger publicExponent,
                       ^
  symbol:   class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:76: error: cannot find symbol
            BigInteger privateExponent,
                       ^
  symbol:   class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:77: error: cannot find symbol
            BigInteger primeP,
                       ^
  symbol:   class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:78: error: cannot find symbol
            BigInteger primeQ,
                       ^
  symbol:   class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:79: error: cannot find symbol
            BigInteger primeExponentP,
                       ^
  symbol:   class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:80: error: cannot find symbol
            BigInteger primeExponentQ,
                       ^
  symbol:   class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:81: error: cannot find symbol
            BigInteger crtCoefficient,
                       ^
  symbol:   class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:136: error: cannot find symbol
    public BigInteger getCrtCoefficient() {
           ^
  symbol:   class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_command_buffer_service_gyp_i
ntermediates/export_includes
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:163: error: cannot find symbol
```

```
    public BigInteger getPrimeExponentP() {
               ^
  symbol:    class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:172: error: cannot find symbol
    public BigInteger getPrimeExponentQ() {
               ^
  symbol:    class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:181: error: cannot find symbol
    public BigInteger getPrimeP() {
               ^
  symbol:    class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:190: error: cannot find symbol
    public BigInteger getPrimeQ() {
               ^
  symbol:    class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAMultiPrimePrivateCrtKeySpec.jav
a:199: error: cannot find symbol
    public BigInteger getPublicExponent() {
               ^
  symbol:    class BigInteger
  location: class RSAMultiPrimePrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateKeySpec.java:31: error:
cannot find symbol
    private final BigInteger modulus;
                       ^
  symbol:    class BigInteger
  location: class RSAPrivateKeySpec
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_gles2_cmd_helper_gyp_interme
diates/import_includes
libcore/luni/src/main/java/java/security/spec/RSAPrivateKeySpec.java:33: error:
cannot find symbol
    private final BigInteger privateExponent;
                       ^
  symbol:    class BigInteger
  location: class RSAPrivateKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateKeySpec.java:44: error:
cannot find symbol
    public RSAPrivateKeySpec(BigInteger modulus, BigInteger privateExponent) {
                                 ^
  symbol:    class BigInteger
  location: class RSAPrivateKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateKeySpec.java:44: error:
cannot find symbol
    public RSAPrivateKeySpec(BigInteger modulus, BigInteger privateExponent) {
                                                      ^
  symbol:    class BigInteger
  location: class RSAPrivateKeySpec
```

```
libcore/luni/src/main/java/java/security/spec/RSAPrivateKeySpec.java:54: error:
cannot find symbol
    public BigInteger getModulus() {
              ^
  symbol:   class BigInteger
  location: class RSAPrivateKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateKeySpec.java:63: error:
cannot find symbol
    public BigInteger getPrivateExponent() {
              ^
  symbol:   class BigInteger
  location: class RSAPrivateKeySpec
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_gles2_cmd_helper_gyp_interme
diates/export_includes
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:20:
error: cannot find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:32:
error: cannot find symbol
    private final BigInteger publicExponent;
                  ^
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:34:
error: cannot find symbol
    private final BigInteger primeP;
                  ^
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:36:
error: cannot find symbol
    private final BigInteger primeQ;
                  ^
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:38:
error: cannot find symbol
    private final BigInteger primeExponentP;
                  ^
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:40:
error: cannot find symbol
    private final BigInteger primeExponentQ;
                  ^
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_gpu_config_gyp_intermediates
/import_includes
```

```
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:42:
error: cannot find symbol
    private final BigInteger crtCoefficient;
                  ^
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:66:
error: cannot find symbol
    public RSAPrivateCrtKeySpec(BigInteger modulus,
                               ^
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:67:
error: cannot find symbol
                               BigInteger publicExponent,
                               ^
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:68:
error: cannot find symbol
                               BigInteger privateExponent,
                               ^
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:69:
error: cannot find symbol
                               BigInteger primeP,
                               ^
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:70:
error: cannot find symbol
                               BigInteger primeQ,
                               ^
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:71:
error: cannot find symbol
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_gpu_config_gyp_intermediates
/export_includes
                               BigInteger primeExponentP,
                               ^
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:72:
error: cannot find symbol
                               BigInteger primeExponentQ,
                               ^
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:73:
error: cannot find symbol
                               BigInteger crtCoefficient) {
                               ^
```

```
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:90:
error: cannot find symbol
    public BigInteger getCrtCoefficient() {
                ^
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:99:
error: cannot find symbol
    public BigInteger getPrimeExponentP() {
                ^
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:108:
error: cannot find symbol
    public BigInteger getPrimeExponentQ() {
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_gpu_ipc_gyp_intermediates/im
port_includes
                ^
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:117:
error: cannot find symbol
    public BigInteger getPrimeP() {
                ^
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:126:
error: cannot find symbol
    public BigInteger getPrimeQ() {
                ^
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPrivateCrtKeySpec.java:135:
error: cannot find symbol
    public BigInteger getPublicExponent() {
                ^
  symbol:   class BigInteger
  location: class RSAPrivateCrtKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPublicKeySpec.java:20: error:
cannot find symbol
import java.math.BigInteger;
                   ^
  symbol:   class BigInteger
  location: package java.math
libcore/luni/src/main/java/java/security/spec/RSAPublicKeySpec.java:31: error:
cannot find symbol
    private final BigInteger modulus;
                   ^
  symbol:   class BigInteger
  location: class RSAPublicKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPublicKeySpec.java:33: error:
cannot find symbol
```

```
    private final BigInteger publicExponent;
                 ^
  symbol:    class BigInteger
  location: class RSAPublicKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPublicKeySpec.java:44: error:
cannot find symbol
    public RSAPublicKeySpec(BigInteger modulus, BigInteger publicExponent) {
                                                ^
  symbol:    class BigInteger
  location: class RSAPublicKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPublicKeySpec.java:44: error:
cannot find symbol
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_gpu_ipc_gyp_intermediates/ex
port_includes
    public RSAPublicKeySpec(BigInteger modulus, BigInteger publicExponent) {
                                                           ^
  symbol:    class BigInteger
  location: class RSAPublicKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPublicKeySpec.java:54: error:
cannot find symbol
    public BigInteger getModulus() {
           ^
  symbol:    class BigInteger
  location: class RSAPublicKeySpec
libcore/luni/src/main/java/java/security/spec/RSAPublicKeySpec.java:63: error:
cannot find symbol
    public BigInteger getPublicExponent() {
           ^
  symbol:    class BigInteger
  location: class RSAPublicKeySpec
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/cc_cc_gyp_intermediates/import_i
ncludes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/cc_cc_gyp_intermediates/export_i
ncludes
Gyp timestamp:
out/target/product/generic/obj/GYP/testing_gtest_prod_gyp_intermediates/gtest_pr
od.stamp
Gyp action: Generating ashmem shim headers
(out/target/product/generic/obj/GYP/shared_intermediates/shim_headers/ashmem/tar
get/third_party/ashmem/ashmem.h)
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/base_base_gyp_intermediates/impo
rt_includes
libcore/luni/src/main/java/java/text/NumberFormat.java:25: error: cannot find
symbol
import java.math.BigInteger;
                ^
  symbol:    class BigInteger
  location: package java.math
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/base_base_gyp_intermediates/expo
rt_includes
```

```
libcore/luni/src/main/java/java/text/DecimalFormat.java:25: error: cannot find
symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
libcore/luni/src/main/java/libcore/icu/NativeDecimalFormat.java:20: error:
cannot find symbol
import java.math.BigInteger;
                ^
  symbol:   class BigInteger
  location: package java.math
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/base_allocator_allocator_extensi
on_thunks_gyp_intermediates/import_includes
libcore/luni/src/main/java/libcore/icu/NativeDecimalFormat.java:292: error:
cannot find symbol
    public char[] formatBigInteger(BigInteger value, FieldPosition field) {
                                   ^
  symbol:   class BigInteger
  location: class NativeDecimalFormat
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/base_allocator_allocator_extensi
on_thunks_gyp_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_modp_b64_modp_b64_gy
p_intermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_modp_b64_modp_b64_gy
p_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_libevent_libevent_gy
p_intermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_libevent_libevent_gy
p_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_command_buffer_gles2_utils_g
yp_intermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/gpu_command_buffer_gles2_utils_g
yp_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_protobuf_protobuf_li
te_gyp_intermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_protobuf_protobuf_li
te_gyp_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/crypto_crypto_gyp_intermediates/
import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/crypto_crypto_gyp_intermediates/
export_includes
```

```
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_openssl_openssl_gyp_
intermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_openssl_openssl_gyp_
intermediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_re2_re2_gyp_intermed
iates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_re2_re2_gyp_intermed
iates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_smhasher_cityhash_gy
p_intermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_smhasher_cityhash_gy
p_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/ui_gfx_gfx_gyp_intermediates/imp
ort_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/ui_gfx_gfx_gyp_intermediates/exp
ort_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/base_base_i18n_gyp_intermediates
/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/base_base_i18n_gyp_intermediates
/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/skia_skia_opts_gyp_intermediates
/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/skia_skia_opts_gyp_intermediates
/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/skia_skia_opts_neon_gyp_intermed
iates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/skia_skia_opts_neon_gyp_intermed
iates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_sfntly_sfntly_gyp_in
termediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_sfntly_sfntly_gyp_in
termediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_freetype_ft2_gyp_int
ermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_freetype_ft2_gyp_int
ermediates/export_includes
```

```
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/skia_skia_chrome_opts_gyp_interm
ediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_harfbuzz_ng_harfbuzz
_ng_gyp_intermediates/import_includes
libcore/luni/src/main/java/java/util/Formatter.java:30: error: cannot find
symbol
import java.math.BigInteger;
                 ^
  symbol:   class BigInteger
  location: package java.math
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_harfbuzz_ng_harfbuzz
_ng_gyp_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/ui_gfx_gfx_geometry_gyp_intermed
iates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/ui_gfx_gfx_geometry_gyp_intermed
iates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_angle_src_translator
_lib_gyp_intermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_angle_src_translator
_lib_gyp_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_angle_src_preprocess
or_gyp_intermediates/import_includes
Export includes file: external/chromium_org/GypAndroid.linux-arm.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/third_party_angle_src_preprocess
or_gyp_intermediates/export_includes
libcore/luni/src/main/java/java/util/Scanner.java:28: error: cannot find symbol
import java.math.BigInteger;

[elided fails]


Import includes file:
out/target/product/generic/obj/EXECUTABLES/liveness_test_intermediates/import_in
cludes
]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu]0;ubuntu@ip-
172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make -j32ls -lt
out/target/product/generic/*.img
ls: cannot access out/target/product/generic/*.img: No such file or directory
]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu]0;ubuntu@ip-
172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls junk
BigInteger.java   README.math   README.net
]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu]0;ubuntu@ip-
172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo mv [Kcat junk/README.math
sudo mv libcore/luni/src/main/java/java/math/*.java junk/
]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu]0;ubuntu@ip-
172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo mv junk/BigInteger.java
libcore/luni/src/main/java/jaa/[K[Kva/math/
```

```
]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu]0;ubuntu@ip-
172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make lcean[K[K[K[K[Kcea[K[Klean
============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
Entire build directory removed.
]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu]0;ubuntu@ip-
172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make cleanv junk/BigInteger.java
libcore/luni/src/main/java/java/math/
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Ccat junk/README.math
[K[14Pls junk-lt out/target/product/generic/*.img
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[25Psudo make -j32ls -lt
out/target/product/generic/*.img
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[25Psudo make -j32
============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
Checking build tools versions...
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
```

```
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...


[elided including]


including ./frameworks/av/media/libstagefright/Android.mk ...
including ./frameworks/av/media/mediaserver/Android.mk ...
including ./frameworks/av/media/mtp/Android.mk ...
including ./frameworks/av/media/ndk/Android.mk ...
including ./frameworks/av/services/audioflinger/Android.mk ...
including ./frameworks/av/services/audiopolicy/Android.mk ...


[elided]


Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Install: out/target/product/generic/system/app/Email/Email.apk
Install: out/target/product/generic/system/priv-app/Settings/Settings.apk
build/tools/generate-notice-files.py  out/target/product/generic/obj/NOTICE.txt
out/target/product/generic/obj/NOTICE.html "Notices for files contained in the
filesystem images in this directory:"
out/target/product/generic/obj/NOTICE_FILES/src
Combining NOTICE files into HTML
Combining NOTICE files into text
Installed file list: out/target/product/generic/installed-files.txt
Target system fs image:
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
Running:  mkuserimg.sh out/target/product/generic/system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
ext4 system 576716800 out/target/product/generic/root/file_contexts
make_ext4fs -T -1 -S out/target/product/generic/root/file_contexts -l 576716800
-a system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
out/target/product/generic/system
Creating filesystem with parameters:
    Size: 576716800
    Block size: 4096
    Blocks per group: 32768
    Inodes per group: 7040
    Inode size: 256
    Journal blocks: 2200
    Label:
    Blocks: 140800
    Block groups: 5
    Reserved block group size: 39
Created filesystem with 1458/35200 inodes and 106608/140800 blocks
Install system fs image: out/target/product/generic/system.img
out/target/product/generic/system.img+ maxsize=588791808 blocksize=2112
total=576716800 reserve=5947392
```

```
]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu]0;ubuntu@ip-
172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make -j32cleanv
junk/BigInteger.java libcore/luni/src/main/java/java/math/
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Ccat junk/README.math
[K[14Pls junk-lt out/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  7 19:48
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  7 19:44
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713094 Feb  7 19:42
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  7 19:37
out/target/product/generic/cache.img
]0;[arm-aosp_shamu-userdebug] ubuntu@ip-172-31-14-88: /home/ubuntu]0;ubuntu@ip-
172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ exit

Script done on Sun 07 Feb 2016 07:50:09 PM UTC
```

# APPENDIX  Q

```
Script started on Tue 09 Feb 2016 02:39:44 AM UTC
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt
/ [Kout/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  9 02:34
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  9 02:11
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  9 02:09
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  9 02:03
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ date
Tue Feb  9 02:40:01 UTC 2016
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ cat
out/[K[K[K[Kjunk/R EADME.BigChange
cp libcore/luni/src/main/java/java/math/BigInteger.java junk
editing all method headers

]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo make clean
============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
Entire build directory removed.
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo make -j32
============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
```

```
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
==========================================
Checking build tools versions...
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...


[elide including]



Import includes file: out/host/linux-
x86/obj32/EXECUTABLES/checkseapp_intermediates/import_includes
Export includes file: external/sepolicy/tools/Android.mk -- out/host/linux-
x86/obj32/EXECUTABLES/checkseapp_intermediates/export_includes
libcore/luni/src/main/java/java/math/BigInteger.java:128: error: illegal start
of type
        if (numBits < 0) {
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:128: error: illegal start
of type
        if (numBits < 0) {
                   ^
Notice file: external/sepolicy/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//root/seapp_contexts.txt
libcore/luni/src/main/java/java/math/BigInteger.java:128: error: <identifier>
expected
        if (numBits < 0) {
                   ^
libcore/luni/src/main/java/java/math/BigInteger.java:128: error: ')' expected
        if (numBits < 0) {
                    ^
libcore/luni/src/main/java/java/math/BigInteger.java:128: error: ';' expected
        if (numBits < 0) {
                      ^
libcore/luni/src/main/java/java/math/BigInteger.java:129: error: illegal start
of type
            throw new IllegalArgumentException("numBits < 0: " + numBits);
                  ^
libcore/luni/src/main/java/java/math/BigInteger.java:129: error: illegal start
of type
            throw new IllegalArgumentException("numBits < 0: " + numBits);
                                                      ^
libcore/luni/src/main/java/java/math/BigInteger.java:129: error: ')' expected
            throw new IllegalArgumentException("numBits < 0: " + numBits);
                                                          ^
```

```
libcore/luni/src/main/java/java/math/BigInteger.java:129: error: ';' expected
            throw new IllegalArgumentException("numBits < 0: " + numBits);
                                                                          ^
Notice file: external/sepolicy/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//root/selinux_version.txt
libcore/luni/src/main/java/java/math/BigInteger.java:129: error: illegal start
of type
            throw new IllegalArgumentException("numBits < 0: " + numBits);
                                                                         ^
libcore/luni/src/main/java/java/math/BigInteger.java:129: error: <identifier>
expected
            throw new IllegalArgumentException("numBits < 0: " + numBits);
                                                                          ^
libcore/luni/src/main/java/java/math/BigInteger.java:129: error: ';' expected
            throw new IllegalArgumentException("numBits < 0: " + numBits);
                                                                           ^
libcore/luni/src/main/java/java/math/BigInteger.java:131: error: illegal start
of type
        if (numBits == 0) {
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:131: error: <identifier>
expected
        if (numBits == 0) {
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:131: error: ';' expected
        if (numBits == 0) {
              ^
libcore/luni/src/main/java/java/math/BigInteger.java:131: error: illegal start
of type
        if (numBits == 0) {
                    ^
libcore/luni/src/main/java/java/math/BigInteger.java:131: error: <identifier>
expected
        if (numBits == 0) {
                      ^
Notice file: external/sepolicy/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//root/sepolicy.txt
libcore/luni/src/main/java/java/math/BigInteger.java:131: error: ';' expected
        if (numBits == 0) {
                      ^
libcore/luni/src/main/java/java/math/BigInteger.java:133: error: illegal start
of type
        } else {
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:133: error: ';' expected
        } else {
              ^
libcore/luni/src/main/java/java/math/BigInteger.java:137: error: illegal start
of type
            for (int i = 0; i < numberLength; i++) {
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:137: error: ')' expected
            for (int i = 0; i < numberLength; i++) {
                      ^
```

```
libcore/luni/src/main/java/java/math/BigInteger.java:137: error: illegal start
of type
            for (int i = 0; i < numberLength; i++) {
                    ^
libcore/luni/src/main/java/java/math/BigInteger.java:137: error: <identifier>
expected
            for (int i = 0; i < numberLength; i++) {
                        ^
libcore/luni/src/main/java/java/math/BigInteger.java:137: error: ';' expected
            for (int i = 0; i < numberLength; i++) {
                          ^
libcore/luni/src/main/java/java/math/BigInteger.java:137: error: > expected
            for (int i = 0; i < numberLength; i++) {
                                      ^
libcore/luni/src/main/java/java/math/BigInteger.java:137: error: '(' expected
            for (int i = 0; i < numberLength; i++) {
                                          ^
Notice file: external/sepolicy/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//root/service_contexts.txt
libcore/luni/src/main/java/java/math/BigInteger.java:141: error: ']' expected
            digits[numberLength - 1] >>>= (-numBits) & 31;
                       ^
libcore/luni/src/main/java/java/math/BigInteger.java:141: error: ';' expected
            digits[numberLength - 1] >>>= (-numBits) & 31;
                                ^
libcore/luni/src/main/java/java/math/BigInteger.java:141: error: <identifier>
expected
            digits[numberLength - 1] >>>= (-numBits) & 31;
                                        ^
libcore/luni/src/main/java/java/math/BigInteger.java:141: error: illegal start
of type
            digits[numberLength - 1] >>>= (-numBits) & 31;
                                          ^
libcore/luni/src/main/java/java/math/BigInteger.java:141: error: <identifier>
expected
            digits[numberLength - 1] >>>= (-numBits) & 31;
                                              ^
libcore/luni/src/main/java/java/math/BigInteger.java:142: error: invalid method
declaration; return type required
            setJavaRepresentation(sign, numberLength, digits);
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:142: error: <identifier>
expected
            setJavaRepresentation(sign, numberLength, digits);
                                      ^
libcore/luni/src/main/java/java/math/BigInteger.java:142: error: <identifier>
expected
            setJavaRepresentation(sign, numberLength, digits);
                                                    ^
libcore/luni/src/main/java/java/math/BigInteger.java:142: error: <identifier>
expected
            setJavaRepresentation(sign, numberLength, digits);
                                                           ^
libcore/luni/src/main/java/java/math/BigInteger.java:144: error: class,
interface, or enum expected
```

```
        javaIsValid = true;
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:145: error: class,
interface, or enum expected
    }
    ^
libcore/luni/src/main/java/java/math/BigInteger.java:166: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:170: error: class,
interface, or enum expected
            do {
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:172: error: class,
interface, or enum expected
                candidate |= (1 << (bitLength - 1)); // Set top bit.
                ^
libcore/luni/src/main/java/java/math/BigInteger.java:173: error: class,
interface, or enum expected
                if (bitLength > 2) {
                ^
libcore/luni/src/main/java/java/math/BigInteger.java:175: error: class,
interface, or enum expected
                }
                ^
libcore/luni/src/main/java/java/math/BigInteger.java:177: error: class,
interface, or enum expected
            BigInt prime = new BigInt();
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:178: error: class,
interface, or enum expected
            prime.putULongInt(candidate, false);
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:179: error: class,
interface, or enum expected
            setBigInt(prime);
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:180: error: class,
interface, or enum expected
        } else {
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:184: error: class,
interface, or enum expected
            } while (bitLength() != bitLength);
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:185: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:191: error: class,
interface, or enum expected
        }
        ^
```

```
libcore/luni/src/main/java/java/math/BigInteger.java:194: error: class,
interface, or enum expected
         }
         ^
libcore/luni/src/main/java/java/math/BigInteger.java:195: error: class,
interface, or enum expected
         final int max = (int) Math.sqrt(x);
                   ^
libcore/luni/src/main/java/java/math/BigInteger.java:196: error: class,
interface, or enum expected
         for (int i = 3; i <= max; i += 2) {
         ^
libcore/luni/src/main/java/java/math/BigInteger.java:196: error: class,
interface, or enum expected
         for (int i = 3; i <= max; i += 2) {
                         ^
libcore/luni/src/main/java/java/math/BigInteger.java:196: error: class,
interface, or enum expected
         for (int i = 3; i <= max; i += 2) {
                                   ^
libcore/luni/src/main/java/java/math/BigInteger.java:199: error: class,
interface, or enum expected
             }
             ^
host Java: bouncycastle-host (out/host/common/obj/JAVA_LIBRARIES/bouncycastle-
host_intermediates/classes)
libcore/luni/src/main/java/java/math/BigInteger.java:202: error: class,
interface, or enum expected
     }
     ^
libcore/luni/src/main/java/java/math/BigInteger.java:217: error: class,
interface, or enum expected
         bigInt.putDecString(value);
         ^
libcore/luni/src/main/java/java/math/BigInteger.java:218: error: class,
interface, or enum expected
         setBigInt(bigInt);
         ^
libcore/luni/src/main/java/java/math/BigInteger.java:219: error: class,
interface, or enum expected
     }
     ^
libcore/luni/src/main/java/java/math/BigInteger.java:237: error: class,
interface, or enum expected
         }
         ^
libcore/luni/src/main/java/java/math/BigInteger.java:240: error: class,
interface, or enum expected
             bigInt.putDecString(value);
             ^
libcore/luni/src/main/java/java/math/BigInteger.java:241: error: class,
interface, or enum expected
             setBigInt(bigInt);
             ^
```

```
libcore/luni/src/main/java/java/math/BigInteger.java:242: error: class,
interface, or enum expected
        } else if (radix == 16) {
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:244: error: class,
interface, or enum expected
            bigInt.putHexString(value);
               ^
libcore/luni/src/main/java/java/math/BigInteger.java:245: error: class,
interface, or enum expected
            setBigInt(bigInt);
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:246: error: class,
interface, or enum expected
        } else {
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:249: error: class,
interface, or enum expected
            }
            ^
Notice file: external/bouncycastle/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/bouncycastle-host.jar.txt
libcore/luni/src/main/java/java/math/BigInteger.java:252: error: class,
interface, or enum expected
            }
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:254: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:272: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:275: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:280: error: class,
interface, or enum expected
            }
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:284: error: class,
interface, or enum expected
        bigInt.putBigEndian(magnitude, signum < 0);
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:285: error: class,
interface, or enum expected
        setBigInt(bigInt);
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:286: error: class,
interface, or enum expected
    }
    ^
```

```
Export includes file: external/zopfli/Android.mk -- out/host/linux-
x86/obj32/STATIC_LIBRARIES/libzopfli_intermediates/export_includes
libcore/luni/src/main/java/java/math/BigInteger.java:302: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:304: error: class,
interface, or enum expected
        bigInt.putBigEndianTwosComplement(value);
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:305: error: class,
interface, or enum expected
        setBigInt(bigInt);
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:306: error: class,
interface, or enum expected
      }
      ^
libcore/luni/src/main/java/java/math/BigInteger.java:315: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:320: error: class,
interface, or enum expected
            }
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:322: error: class,
interface, or enum expected
            bigInt.putLittleEndianInts(digits, (sign < 0));
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:323: error: class,
interface, or enum expected
          setBigInt(bigInt);
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:324: error: class,
interface, or enum expected
          return bigInt;
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:325: error: class,
interface, or enum expected
        }
        ^
Import includes file: out/host/linux-
x86/obj32/STATIC_LIBRARIES/libzopfli_intermediates/import_includes
libcore/luni/src/main/java/java/math/BigInteger.java:330: error: class,
interface, or enum expected
        this.nativeIsValid = true;
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:331: error: class,
interface, or enum expected
      }
      ^
libcore/luni/src/main/java/java/math/BigInteger.java:337: error: class,
interface, or enum expected
        }
```

```
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:341: error: class,
interface, or enum expected
        }
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:343: error: class,
interface, or enum expected
        this.digits = digits;
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:344: error: class,
interface, or enum expected
        this.numberLength = numberLength;
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:345: error: class,
interface, or enum expected
        this.javaIsValid = true;
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:346: error: class,
interface, or enum expected
    }
      ^
libcore/luni/src/main/java/java/math/BigInteger.java:351: error: class,
interface, or enum expected
        }
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:356: error: class,
interface, or enum expected
            }
              ^
libcore/luni/src/main/java/java/math/BigInteger.java:358: error: class,
interface, or enum expected
            int[] digits = (sign != 0) ? bigInt.littleEndianIntsMagnitude() :
new int[] { 0 };
                  ^
Export includes file: build/tools/zipalign/Android.mk -- out/host/linux-
x86/obj32/EXECUTABLES/zipalign_intermediates/export_includes
libcore/luni/src/main/java/java/math/BigInteger.java:359: error: class,
interface, or enum expected
            setJavaRepresentation(sign, digits.length, digits);
                 ^
libcore/luni/src/main/java/java/math/BigInteger.java:360: error: class,
interface, or enum expected
        }
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:368: error: class,
interface, or enum expected
            }
              ^
libcore/luni/src/main/java/java/math/BigInteger.java:370: error: class,
interface, or enum expected
        } else if (value < SMALL_VALUES.length) {
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:372: error: class,
interface, or enum expected
        } else {// (value > 10)
```

```
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:374: error: class,
interface, or enum expected
          }
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:383: error: class,
interface, or enum expected
      }
      ^
libcore/luni/src/main/java/java/math/BigInteger.java:391: error: class,
interface, or enum expected
          if (bigInt.sign() >= 0) {
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:393: error: class,
interface, or enum expected
          }
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:395: error: class,
interface, or enum expected
          a.setSign(1);
          ^
Export includes file: art/runtime/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libartd_intermediates/export_includes
libcore/luni/src/main/java/java/math/BigInteger.java:396: error: class,
interface, or enum expected
          return new BigInteger(a);
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:397: error: class,
interface, or enum expected
      }
      ^
libcore/luni/src/main/java/java/math/BigInteger.java:404: error: class,
interface, or enum expected
          int sign = bigInt.sign();
          ^
Export includes file: art/compiler/Android.mk -- out/host/linux-
x86/obj32/SHARED_LIBRARIES/libartd-compiler_intermediates/export_includes
libcore/luni/src/main/java/java/math/BigInteger.java:405: error: class,
interface, or enum expected
          if (sign == 0) {
          ^
target Generated: libartd_32 <= art/runtime/arch/x86_64/registers_x86_64.h
libcore/luni/src/main/java/java/math/BigInteger.java:407: error: class,
interface, or enum expected
          }
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:409: error: class,
interface, or enum expected
          a.setSign(-sign);
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:410: error: class,
interface, or enum expected
          return new BigInteger(a);
          ^
```

```
libcore/luni/src/main/java/java/math/BigInteger.java:411: error: class,
interface, or enum expected
     }
     ^
libcore/luni/src/main/java/java/math/BigInteger.java:418: error: class,
interface, or enum expected
        BigInt rhs = value.getBigInt();
              ^
libcore/luni/src/main/java/java/math/BigInteger.java:419: error: class,
interface, or enum expected
        if (rhs.sign() == 0) {
           ^
libcore/luni/src/main/java/java/math/BigInteger.java:421: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:424: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:426: error: class,
interface, or enum expected
     }
     ^
libcore/luni/src/main/java/java/math/BigInteger.java:433: error: class,
interface, or enum expected
target Generated: libartd_32 <= art/runtime/base/allocator.h
        BigInt rhs = value.getBigInt();
              ^
libcore/luni/src/main/java/java/math/BigInteger.java:434: error: class,
interface, or enum expected
        if (rhs.sign() == 0) {
           ^
libcore/luni/src/main/java/java/math/BigInteger.java:436: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:438: error: class,
interface, or enum expected
     }
     ^
libcore/luni/src/main/java/java/math/BigInteger.java:449: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:451: error: class,
interface, or enum expected
     }
     ^
libcore/luni/src/main/java/java/math/BigInteger.java:467: error: class,
interface, or enum expected
     }
     ^
libcore/luni/src/main/java/java/math/BigInteger.java:485: error: class,
interface, or enum expected
```

```
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:487: error: class,
interface, or enum expected
        if (sign == 0) {
        ^
target Generated: libartd_32 <= art/runtime/base/mutex.h
libcore/luni/src/main/java/java/math/BigInteger.java:489: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:492: error: class,
interface, or enum expected
        } else {
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:497: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:502: error: class,
interface, or enum expected
      }
      ^
libcore/luni/src/main/java/java/math/BigInteger.java:522: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:524: error: class,
interface, or enum expected
      }
      ^
libcore/luni/src/main/java/java/math/BigInteger.java:539: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:541: error: class,
interface, or enum expected
        if (sign > 0 && nativeIsValid && !javaIsValid) {
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:543: error: class,
interface, or enum expected
        } else {
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:548: error: class,
interface, or enum expected
          if (n == 0) {
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:550: error: class,
interface, or enum expected
          }
          ^
target Generated: libartd_32 <= art/runtime/dex_file.h
libcore/luni/src/main/java/java/math/BigInteger.java:552: error: class,
interface, or enum expected
          if (intCount >= numberLength) {
```

```
                    ^
libcore/luni/src/main/java/java/math/BigInteger.java:554: error: class,
interface, or enum expected
                }
                  ^
libcore/luni/src/main/java/java/math/BigInteger.java:556: error: class,
interface, or enum expected
                n = (1 << (n & 31)); // int with 1 set to the needed position
                  ^
libcore/luni/src/main/java/java/math/BigInteger.java:557: error: class,
interface, or enum expected
                if (sign < 0) {
                  ^
libcore/luni/src/main/java/java/math/BigInteger.java:559: error: class,
interface, or enum expected
                    if (intCount < firstNonZeroDigit) {
                      ^
libcore/luni/src/main/java/java/math/BigInteger.java:561: error: class,
interface, or enum expected
                    } else if (firstNonZeroDigit == intCount) {
                      ^
libcore/luni/src/main/java/java/math/BigInteger.java:563: error: class,
interface, or enum expected
                    } else {
                      ^
libcore/luni/src/main/java/java/math/BigInteger.java:565: error: class,
interface, or enum expected
target Generated: libartd_32 <= art/runtime/dex_instruction.h
                    }
                      ^
libcore/luni/src/main/java/java/math/BigInteger.java:568: error: class,
interface, or enum expected
                }
                  ^
libcore/luni/src/main/java/java/math/BigInteger.java:584: error: class,
interface, or enum expected
            if (!testBit(n)) {
              ^
libcore/luni/src/main/java/java/math/BigInteger.java:586: error: class,
interface, or enum expected
            } else {
              ^
libcore/luni/src/main/java/java/math/BigInteger.java:588: error: class,
interface, or enum expected
            }
              ^
libcore/luni/src/main/java/java/math/BigInteger.java:604: error: class,
interface, or enum expected
            if (testBit(n)) {
              ^
libcore/luni/src/main/java/java/math/BigInteger.java:606: error: class,
interface, or enum expected
            } else {
              ^
```

```
libcore/luni/src/main/java/java/math/BigInteger.java:608: error: class,
interface, or enum expected
          }
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:624: error: class,
interface, or enum expected
          if (n < 0) {
target Generated: libartd_32 <= art/runtime/gc/collector/gc_type.h
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:626: error: class,
interface, or enum expected
          }
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:628: error: class,
interface, or enum expected
      }
      ^
libcore/luni/src/main/java/java/math/BigInteger.java:640: error: class,
interface, or enum expected
          if (sign == 0) {
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:642: error: class,
interface, or enum expected
          }
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:645: error: class,
interface, or enum expected
          return ((i << 5) + Integer.numberOfTrailingZeros(digits[i]));
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:646: error: class,
interface, or enum expected
      }
      ^
libcore/luni/src/main/java/java/math/BigInteger.java:662: error: class,
interface, or enum expected
          return BitLevel.bitCount(this);
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:663: error: class,
interface, or enum expected
      }
      ^
libcore/luni/src/main/java/java/math/BigInteger.java:674: error: class,
interface, or enum expected
          return Logical.not(this);
          ^
target Generated: libartd_32 <= art/runtime/gc/collector_type.h
libcore/luni/src/main/java/java/math/BigInteger.java:675: error: class,
interface, or enum expected
      }
      ^
libcore/luni/src/main/java/java/math/BigInteger.java:688: error: class,
interface, or enum expected
          value.prepareJavaRepresentation();
          ^
```

```
libcore/luni/src/main/java/java/math/BigInteger.java:689: error: class,
interface, or enum expected
        return Logical.and(this, value);
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:690: error: class,
interface, or enum expected
    }
    ^
libcore/luni/src/main/java/java/math/BigInteger.java:703: error: class,
interface, or enum expected
        value.prepareJavaRepresentation();
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:704: error: class,
interface, or enum expected
        return Logical.or(this, value);
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:705: error: class,
interface, or enum expected
    }
    ^
libcore/luni/src/main/java/java/math/BigInteger.java:718: error: class,
interface, or enum expected
        value.prepareJavaRepresentation();
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:719: error: class,
interface, or enum expected
        return Logical.xor(this, value);
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:720: error: class,
interface, or enum expected
    }
    ^
libcore/luni/src/main/java/java/math/BigInteger.java:735: error: class,
interface, or enum expected
        value.prepareJavaRepresentation();
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:736: error: class,
interface, or enum expected
        return Logical.andNot(this, value);
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:737: error: class,
interface, or enum expected
    }
    ^
libcore/luni/src/main/java/java/math/BigInteger.java:746: error: class,
interface, or enum expected
        if (nativeIsValid && bigInt.twosCompFitsIntoBytes(4)) {
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:748: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:750: error: class,
interface, or enum expected
        return (sign * digits[0]);
```

```
              ^
target Generated: libartd_32 <= art/runtime/gc/space/space.h
libcore/luni/src/main/java/java/math/BigInteger.java:751: error: class,
interface, or enum expected
      }
      ^
libcore/luni/src/main/java/java/math/BigInteger.java:760: error: class,
interface, or enum expected
        if (nativeIsValid && bigInt.twosCompFitsIntoBytes(8)) {
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:762: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:764: error: class,
interface, or enum expected
        long value = numberLength > 1
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:767: error: class,
interface, or enum expected
        return sign * value;
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:768: error: class,
interface, or enum expected
    }
    ^
libcore/luni/src/main/java/java/math/BigInteger.java:779: error: class,
interface, or enum expected
        return (float) doubleValue();
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:780: error: class,
interface, or enum expected
      }
      ^
libcore/luni/src/main/java/java/math/BigInteger.java:791: error: class,
interface, or enum expected
        return Conversion.bigInteger2Double(this);
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:792: error: class,
interface, or enum expected
      }
      ^
libcore/luni/src/main/java/java/math/BigInteger.java:804: error: class,
interface, or enum expected
      }
      ^
target Generated: libartd_32 <= art/runtime/gc/heap.h
libcore/luni/src/main/java/java/math/BigInteger.java:814: error: class,
interface, or enum expected
      }
      ^
libcore/luni/src/main/java/java/math/BigInteger.java:824: error: class,
interface, or enum expected
      }
      ^
```

```
libcore/luni/src/main/java/java/math/BigInteger.java:828: error: class,
interface, or enum expected
        if (hashCode != 0) {
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:830: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:832: error: class,
interface, or enum expected
        for (int i = 0; i < numberLength; ++i) {
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:832: error: class,
interface, or enum expected
        for (int i = 0; i < numberLength; ++i) {
                        ^
libcore/luni/src/main/java/java/math/BigInteger.java:832: error: class,
interface, or enum expected
        for (int i = 0; i < numberLength; ++i) {
                                         ^
libcore/luni/src/main/java/java/math/BigInteger.java:834: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:836: error: class,
interface, or enum expected
        return hashCode;
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:837: error: class,
interface, or enum expected
    }
    ^
libcore/luni/src/main/java/java/math/BigInteger.java:841: error: class,
interface, or enum expected
        if (this == x) {
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:843: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:846: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:848: error: class,
interface, or enum expected
    }
    ^
libcore/luni/src/main/java/java/math/BigInteger.java:856: error: class,
interface, or enum expected
target Generated: libartd_32 <= art/runtime/indirect_reference_table.h
        return getBigInt().decString();
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:857: error: class,
interface, or enum expected
```

```
            }
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:871: error: class,
interface, or enum expected
            } else {
              ^
libcore/luni/src/main/java/java/math/BigInteger.java:873: error: class,
interface, or enum expected
                return Conversion.bigInteger2String(this, radix);
                     ^
libcore/luni/src/main/java/java/math/BigInteger.java:874: error: class,
interface, or enum expected
            }
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:887: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:896: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:906: error: class,
interface, or enum expected
            }
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:908: error: class,
interface, or enum expected
        }
target Generated: libartd_32 <= art/runtime/instruction_set.h
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:922: error: class,
interface, or enum expected
        BigInt quotient = new BigInt();
                ^
libcore/luni/src/main/java/java/math/BigInteger.java:923: error: class,
interface, or enum expected
        BigInt remainder = new BigInt();
                ^
libcore/luni/src/main/java/java/math/BigInteger.java:924: error: class,
interface, or enum expected
        BigInt.division(getBigInt(), divisorBigInt, quotient, remainder);
                ^
libcore/luni/src/main/java/java/math/BigInteger.java:925: error: class,
interface, or enum expected
        return new BigInteger[] {new BigInteger(quotient), new
BigInteger(remainder) };
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:926: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:938: error: class,
interface, or enum expected
        BigInt.division(getBigInt(), divisor.getBigInt(), quotient, null);
```

```
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:939: error: class,
interface, or enum expected
          return new BigInteger(quotient);
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:940: error: class,
interface, or enum expected
      }
      ^
target Generated: libartd_32 <= art/runtime/invoke_type.h
libcore/luni/src/main/java/java/math/BigInteger.java:953: error: class,
interface, or enum expected
          BigInt.division(getBigInt(), divisor.getBigInt(), null, remainder);
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:954: error: class,
interface, or enum expected
          return new BigInteger(remainder);
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:955: error: class,
interface, or enum expected
      }
      ^
libcore/luni/src/main/java/java/math/BigInteger.java:971: error: class,
interface, or enum expected
          }
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:973: error: class,
interface, or enum expected
      }
      ^
libcore/luni/src/main/java/java/math/BigInteger.java:991: error: class,
interface, or enum expected
          }
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:993: error: class,
interface, or enum expected
          if (exponentSignum == 0) { // OpenSSL gets this case wrong;
http://b/8574367.
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:995: error: class,
interface, or enum expected
          }
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:997: error: class,
interface, or enum expected
          return new BigInteger(BigInt.modExp(base.getBigInt(),
exponent.getBigInt(), modulus.getBigInt()));
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:998: error: class,
interface, or enum expected
      }
      ^
target Generated: libartd_32 <= art/runtime/jdwp/jdwp.h
libcore/luni/src/main/java/java/math/BigInteger.java:1015: error: class,
interface, or enum expected
```

```
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1017: error: class,
interface, or enum expected
    }
    ^
libcore/luni/src/main/java/java/math/BigInteger.java:1033: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1035: error: class,
interface, or enum expected
    }
    ^
libcore/luni/src/main/java/java/math/BigInteger.java:1048: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1050: error: class,
interface, or enum expected
    }
    ^
libcore/luni/src/main/java/java/math/BigInteger.java:1063: error: class,
interface, or enum expected
    }
    ^
libcore/luni/src/main/java/java/math/BigInteger.java:1073: error: class,
interface, or enum expected
        if (this.sign == 0) {
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1075: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1077: error: class,
interface, or enum expected
        int bitLen = bitLength();
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1078: error: class,
interface, or enum expected
        int iThis = getFirstNonzeroDigit();
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1079: error: class,
interface, or enum expected
        int bytesLen = (bitLen >> 3) + 1;
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1082: error: class,
interface, or enum expected
        byte[] bytes = new byte[bytesLen];
        ^
target Generated: libartd_32 <= art/runtime/jdwp/jdwp_constants.h
libcore/luni/src/main/java/java/math/BigInteger.java:1083: error: class,
interface, or enum expected
        int firstByteNumber = 0;
        ^
```

```
libcore/luni/src/main/java/java/math/BigInteger.java:1084: error: class,
interface, or enum expected
         int highBytes;
           ^
libcore/luni/src/main/java/java/math/BigInteger.java:1085: error: class,
interface, or enum expected
         int bytesInInteger = 4;
           ^
libcore/luni/src/main/java/java/math/BigInteger.java:1086: error: class,
interface, or enum expected
         int hB;
           ^
libcore/luni/src/main/java/java/math/BigInteger.java:1088: error: class,
interface, or enum expected
         if (bytesLen - (numberLength << 2) == 1) {
           ^
libcore/luni/src/main/java/java/math/BigInteger.java:1090: error: class,
interface, or enum expected
             highBytes = 4;
               ^
libcore/luni/src/main/java/java/math/BigInteger.java:1091: error: class,
interface, or enum expected
             firstByteNumber++;
               ^
libcore/luni/src/main/java/java/math/BigInteger.java:1092: error: class,
interface, or enum expected
         } else {
           ^
libcore/luni/src/main/java/java/math/BigInteger.java:1094: error: class,
interface, or enum expected
             highBytes = (hB == 0) ? 4 : hB;
               ^
libcore/luni/src/main/java/java/math/BigInteger.java:1095: error: class,
interface, or enum expected
         }
           ^
libcore/luni/src/main/java/java/math/BigInteger.java:1098: error: class,
interface, or enum expected
         bytesLen -= iThis << 2;
           ^
libcore/luni/src/main/java/java/math/BigInteger.java:1100: error: class,
interface, or enum expected
         if (sign < 0) {
           ^
libcore/luni/src/main/java/java/math/BigInteger.java:1102: error: class,
interface, or enum expected
             digitIndex++;
               ^
libcore/luni/src/main/java/java/math/BigInteger.java:1103: error: class,
interface, or enum expected
             if (digitIndex == numberLength) {
               ^
libcore/luni/src/main/java/java/math/BigInteger.java:1105: error: class,
interface, or enum expected
             }
```

```
                    ^
libcore/luni/src/main/java/java/math/BigInteger.java:1106: error: class,
interface, or enum expected
            for (int i = 0; i < bytesInInteger; i++, digit >>= 8) {
                                ^
libcore/luni/src/main/java/java/math/BigInteger.java:1106: error: class,
interface, or enum expected
            for (int i = 0; i < bytesInInteger; i++, digit >>= 8) {
                                                    ^
libcore/luni/src/main/java/java/math/BigInteger.java:1108: error: class,
interface, or enum expected
            }
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:1111: error: class,
interface, or enum expected
                digitIndex++;
target Generated: libartd_32 <= art/runtime/lock_word.h
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:1112: error: class,
interface, or enum expected
                if (digitIndex == numberLength) {
                ^
libcore/luni/src/main/java/java/math/BigInteger.java:1114: error: class,
interface, or enum expected
                }
                ^
libcore/luni/src/main/java/java/math/BigInteger.java:1115: error: class,
interface, or enum expected
            for (int i = 0; i < bytesInInteger; i++, digit >>= 8) {
                                ^
libcore/luni/src/main/java/java/math/BigInteger.java:1115: error: class,
interface, or enum expected
            for (int i = 0; i < bytesInInteger; i++, digit >>= 8) {
                                                    ^
libcore/luni/src/main/java/java/math/BigInteger.java:1117: error: class,
interface, or enum expected
                }
                ^
libcore/luni/src/main/java/java/math/BigInteger.java:1122: error: class,
interface, or enum expected
                digitIndex++;
                ^
libcore/luni/src/main/java/java/math/BigInteger.java:1123: error: class,
interface, or enum expected
                if (digitIndex == numberLength) {
                ^
libcore/luni/src/main/java/java/math/BigInteger.java:1125: error: class,
interface, or enum expected
                }
                ^
libcore/luni/src/main/java/java/math/BigInteger.java:1126: error: class,
interface, or enum expected
            for (int i = 0; i < bytesInInteger; i++, digit >>= 8) {
                                ^
```

```
libcore/luni/src/main/java/java/math/BigInteger.java:1126: error: class,
interface, or enum expected
                for (int i = 0; i < bytesInInteger; i++, digit >>= 8) {
                                                              ^
libcore/luni/src/main/java/java/math/BigInteger.java:1128: error: class,
interface, or enum expected
                    }
                    ^
libcore/luni/src/main/java/java/math/BigInteger.java:1132: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1138: error: class,
interface, or enum expected
            for (int i = 0; i < aSize; i++) {
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:1138: error: class,
interface, or enum expected
            for (int i = 0; i < aSize; i++) {
                            ^
libcore/luni/src/main/java/java/math/BigInteger.java:1138: error: class,
interface, or enum expected
            for (int i = 0; i < aSize; i++) {
                                       ^
target Generated: libartd_32 <= art/runtime/mirror/class.h
libcore/luni/src/main/java/java/math/BigInteger.java:1140: error: class,
interface, or enum expected
                res[i] = (int) carry;
                    ^
libcore/luni/src/main/java/java/math/BigInteger.java:1141: error: class,
interface, or enum expected
                carry >>>= 32;
                    ^
libcore/luni/src/main/java/java/math/BigInteger.java:1142: error: class,
interface, or enum expected
            }
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:1144: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1149: error: class,
interface, or enum expected
            for (int i = 0; (carry != 0) && (i < aSize); i++) {
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:1149: error: class,
interface, or enum expected
            for (int i = 0; (carry != 0) && (i < aSize); i++) {
                            ^
libcore/luni/src/main/java/java/math/BigInteger.java:1149: error: class,
interface, or enum expected
            for (int i = 0; (carry != 0) && (i < aSize); i++) {
                                                         ^
libcore/luni/src/main/java/java/math/BigInteger.java:1151: error: class,
interface, or enum expected
```

```
                a[i] = (int) carry;
                ^
libcore/luni/src/main/java/java/math/BigInteger.java:1152: error: class,
interface, or enum expected
                carry >>= 32;
                    ^
libcore/luni/src/main/java/java/math/BigInteger.java:1153: error: class,
interface, or enum expected
            }
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:1155: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1160: error: class,
interface, or enum expected
            int endChar = stringLength;
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:1162: error: class,
interface, or enum expected
            int sign;
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:1163: error: class,
interface, or enum expected
            int startChar;
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:1164: error: class,
interface, or enum expected
            if (value.charAt(0) == '-') {
                ^
libcore/luni/src/main/java/java/math/BigInteger.java:1166: error: class,
interface, or enum expected
                startChar = 1;
                    ^
libcore/luni/src/main/java/java/math/BigInteger.java:1167: error: class,
interface, or enum expected
                stringLength--;
                    ^
libcore/luni/src/main/java/java/math/BigInteger.java:1168: error: class,
interface, or enum expected
            } else {
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:1170: error: class,
interface, or enum expected
                startChar = 0;
                    ^
libcore/luni/src/main/java/java/math/BigInteger.java:1171: error: class,
interface, or enum expected
            }
            ^
target Generated: libartd_32 <= art/runtime/oat.h
libcore/luni/src/main/java/java/math/BigInteger.java:1182: error: class,
interface, or enum expected
            int bigRadixDigitsLength = stringLength / charsPerInt;
                ^
```

```
libcore/luni/src/main/java/java/math/BigInteger.java:1183: error: class,
interface, or enum expected
        int topChars = stringLength % charsPerInt;
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1185: error: class,
interface, or enum expected
        if (topChars != 0) {
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1187: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1190: error: class,
interface, or enum expected
        int bigRadix = Conversion.bigRadices[radix - 2];
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1192: error: class,
interface, or enum expected
        int digitIndex = 0; // index of digits array
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1193: error: class,
interface, or enum expected
        int substrEnd = startChar + ((topChars == 0) ? charsPerInt : topChars);
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1195: error: class,
interface, or enum expected
        for (int substrStart = startChar; substrStart < endChar;
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1195: error: class,
interface, or enum expected
        for (int substrStart = startChar; substrStart < endChar;
                                                ^
libcore/luni/src/main/java/java/math/BigInteger.java:1196: error: class,
interface, or enum expected
             substrStart = substrEnd, substrEnd = substrStart + charsPerInt)
{
                ^
libcore/luni/src/main/java/java/math/BigInteger.java:1198: error: class,
interface, or enum expected
            int newDigit = multiplyByInt(digits, digits, digitIndex, bigRadix);
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:1199: error: class,
interface, or enum expected
            newDigit += inplaceAdd(digits, digitIndex, bigRadixDigit);
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:1200: error: class,
interface, or enum expected
            digits[digitIndex++] = newDigit;
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:1201: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1203: error: class,
interface, or enum expected
```

```
        bi.setJavaRepresentation(sign, numberLength, digits);
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:1204: error: class,
interface, or enum expected
    }
    ^
libcore/luni/src/main/java/java/math/BigInteger.java:1209: error: class,
interface, or enum expected
            if (this.sign == 0) {
              ^
libcore/luni/src/main/java/java/math/BigInteger.java:1211: error: class,
interface, or enum expected
            } else {
              ^
libcore/luni/src/main/java/java/math/BigInteger.java:1212: error: class,
interface, or enum expected
                for (i = 0; digits[i] == 0; i++) {
                  ^
libcore/luni/src/main/java/java/math/BigInteger.java:1212: error: class,
interface, or enum expected
                for (i = 0; digits[i] == 0; i++) {
                          ^
libcore/luni/src/main/java/java/math/BigInteger.java:1214: error: class,
interface, or enum expected
                }
                ^
libcore/luni/src/main/java/java/math/BigInteger.java:1217: error: class,
interface, or enum expected
        }
        ^
libcore/luni/src/main/java/java/math/BigInteger.java:1219: error: class,
interface, or enum expected
    }
    ^
libcore/luni/src/main/java/java/math/BigInteger.java:1226: error: class,
interface, or enum expected
        int[] copyDigits = new int[numberLength];
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:1227: error: class,
interface, or enum expected
        System.arraycopy(digits, 0, copyDigits, 0, numberLength);
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:1228: error: class,
interface, or enum expected
        return new BigInteger(sign, numberLength, copyDigits);
          ^
libcore/luni/src/main/java/java/math/BigInteger.java:1229: error: class,
interface, or enum expected
    }
    ^
libcore/luni/src/main/java/java/math/BigInteger.java:1238: error: class,
interface, or enum expected
        BigInt bigInt = new BigInt();
          ^
```

```
libcore/luni/src/main/java/java/math/BigInteger.java:1239: error: class,
interface, or enum expected
        bigInt.putBigEndian(magnitude, signum < 0);
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:1240: error: class,
interface, or enum expected
        setBigInt(bigInt);
           ^
libcore/luni/src/main/java/java/math/BigInteger.java:1241: error: class,
interface, or enum expected
    }
    ^
libcore/luni/src/main/java/java/math/BigInteger.java:1249: error: class,
interface, or enum expected
        signum = bigInt.sign();
            ^
libcore/luni/src/main/java/java/math/BigInteger.java:1250: error: class,
interface, or enum expected
        magnitude = bigInt.bigEndianMagnitude();
           ^
libcore/luni/src/main/java/java/math/BigInteger.java:1251: error: class,
interface, or enum expected
        out.defaultWriteObject();
           ^
libcore/luni/src/main/java/java/math/BigInteger.java:1252: error: class,
interface, or enum expected
    }
    ^
target Generated: libartd_32 <= art/runtime/object_callbacks.h
target Generated: libartd_32 <= art/runtime/quick/inline_method_analyser.h
target Generated: libartd_32 <= art/runtime/thread.h
target Generated: libartd_32 <= art/runtime/thread_state.h


[elided]


Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libRSSupport_intermediates/impor
t_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libjnigraphics_intermediates/imp
ort_includes
Export includes file: frameworks/support/v8/renderscript/jni/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/librsjni_intermediates/export_in
cludes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libjni_jpegstream_intermediates/
import_includes
Export includes file: packages/apps/Gallery2/jni_jpegstream/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libjni_jpegstream_intermediates/
export_includes
Notice file: packages/apps/HTMLViewer/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/app/HTMLViewer/HTMLViewe
r.apk.txt
```

```
335 errors
Notice file: packages/inputmethods/LatinIME/java/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/app/LatinIME/LatinIME.ap
k.txt
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libjni_latinime_common_static_in
termediates/import_includes
make: *** [out/target/common/obj/JAVA_LIBRARIES/core-
libart_intermediates/classes-full-debug.jar] Error 41
make: *** Waiting for unfinished jobs....
Export includes file: packages/inputmethods/LatinIME/native/jni/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libjni_latinime_common_static_in
termediates/export_includes
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
1 warning
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo make -
j32clean[5P[C[C[C[C[C[C[C[C[Ccat junk/README.BigChange date[Kls -lt
out/target/product/generic/*.img
ls: cannot access out/target/product/generic/*.img: No such file or directory
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ cat
junk/R EADME.BigChange
cp libcore/luni/src/main/java/java/math/BigInteger.java junk
editing all method headers


]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo mv
junk/BigInteger.java lo[Ki bcore/luni/src/main/java/java/math/
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ make -
j[1@s[1@u[1@d[1@o[1@ [C[C[C[C[C[C[C32
============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
```

```
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...


[elidid including]



dex2oatd I 57084 57084 art/dex2oat/dex2oat.cc:1534]      0.630s Resolve
MethodsAndFields
dex2oatd I 57084 57084 art/dex2oat/dex2oat.cc:1534]      0.311s Verify Dex File
dex2oatd I 57084 57084 art/dex2oat/dex2oat.cc:1534]      0.033s
InitializeNoClinit
dex2oatd I 57084 57084 art/dex2oat/dex2oat.cc:1534]      0.471s Compile Dex File
dex2oatd I 57084 57084 art/dex2oat/dex2oat.cc:1534]      0s/0.060s dex2oat
OatWriter
dex2oatd I 57084 57084 art/dex2oat/dex2oat.cc:1534]        0s Loading image
checksum
dex2oatd I 57084 57084 art/dex2oat/dex2oat.cc:1534]        0s InitOatHeader
dex2oatd I 57084 57084 art/dex2oat/dex2oat.cc:1534]        0s InitOatDexFiles
dex2oatd I 57084 57084 art/dex2oat/dex2oat.cc:1534]        0s InitDexFiles
dex2oatd I 57084 57084 art/dex2oat/dex2oat.cc:1534]      0.019s InitOatClasses
dex2oatd I 57084 57084 art/dex2oat/dex2oat.cc:1534]      0.020s InitOatMaps
dex2oatd I 57084 57084 art/dex2oat/dex2oat.cc:1534]        0s InitOatCode
dex2oatd I 57084 57084 art/dex2oat/dex2oat.cc:1534]      0.020s
InitOatCodeDexFiles
dex2oatd I 57084 57084 art/dex2oat/dex2oat.cc:1534]      0.501s Writing ELF
dex2oatd I 57084 57084 art/dex2oat/dex2oat.cc:1534]      0.028s Patching ELF
dex2oatd I 57084 57084 art/dex2oat/dex2oat.cc:1534] compiler: end, 2.251s
dex2oatd I 57084 57084 art/dex2oat/dex2oat.cc:1534]
dex2oatd I 57084 57084 art/dex2oat/dex2oat.cc:268] dex2oat took 2.473s (threads:
32)
Install: out/target/product/generic/system/app/Email/arm/Email.odex
warning: string 'done_action' has no default translation.
warning: string 'done_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
warning: string 'next_action' has no default translation.
warning: string 'next_action' is missing 86 required localizations: af_ZA am_ET
ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR en_AU
en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR fi_FI
fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH it_IT
iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK ml_IN
mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT ro_RO ru_RU
```

```
si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR uk_UA ur_PK
uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.


Install: out/target/product/generic/system/app/Email/Email.apk


Install: out/target/product/generic/system/priv-app/Settings/Settings.apk
build/tools/generate-notice-files.py  out/target/product/generic/obj/NOTICE.txt
out/target/product/generic/obj/NOTICE.html "Notices for files contained in the
filesystem images in this directory:"
out/target/product/generic/obj/NOTICE_FILES/src
Combining NOTICE files into HTML
Combining NOTICE files into text
Installed file list: out/target/product/generic/installed-files.txt
Target system fs image:
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
Running:  mkuserimg.sh out/target/product/generic/system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
ext4 system 576716800 out/target/product/generic/root/file_contexts
make_ext4fs -T -1 -S out/target/product/generic/root/file_contexts -l 576716800
-a system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
out/target/product/generic/system
Creating filesystem with parameters:
    Size: 576716800
    Block size: 4096
    Blocks per group: 32768
    Inodes per group: 7040
    Inode size: 256
    Journal blocks: 2200
    Label:
    Blocks: 140800
    Block groups: 5
    Reserved block group size: 39
Created filesystem with 1458/35200 inodes and 106608/140800 blocks
Install system fs image: out/target/product/generic/system.img
out/target/product/generic/system.img+ maxsize=588791808 blocksize=2112
total=576716800 reserve=5947392
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt
out/p[Ktarget/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  9 03:05
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  9 02:59
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  9 02:59
out/target/product/generic/ramdisk.img
```

```
-rw-r--r-- 1 root root  69206016 Feb  9 02:54
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ exit

Script done on Tue 09 Feb 2016 03:05:38 AM UTC
```

# APPENDIX R

```
Script started on Tue 09 Feb 2016 01:40:19 AM UTC
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ cat junk/README.searchraw
sudo mv
packages/apps/Settings/src/com/android/settings/search/SearchIndexableRaw.java
junk/
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make -j32
==========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
==========================================
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...


[elided including]

Note: the configuration refers to the unknown class
'com.google.common.annotations.VisibleForTesting'
Note: the configuration refers to the unknown class
'com.google.common.annotations.VisibleForTesting'
Note: the configuration refers to the unknown class
'com.android.camera.ui.CameraControls'
Reading library jar [/home/ubuntu/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
Note: the configuration refers to the unknown class
'com.android.camera.ui.RotatableLayout'
Reading library jar [/home/ubuntu/out/target/common/obj/JAVA_LIBRARIES/core-
libart_intermediates/classes.jar]
Note: the configuration refers to the unknown class
'com.android.camera.CameraPreference'
Note: the configuration refers to the unknown class
'com.android.camera.CameraHolder'
```

```
Note: the configuration refers to the unknown class
'com.android.gallery3d.exif.ExifTag'
      Maybe you meant the fully qualified name
'com.android.camera.exif.ExifTag'?
Note: the configuration refers to the unknown class
'com.android.gallery3d.exif.ExifData'
      Maybe you meant the fully qualified name
'com.android.camera.exif.ExifData'?
Note: the configuration refers to the unknown class
'com.android.gallery3d.exif.ExifInterface'
      Maybe you meant the fully qualified name
'com.android.camera.exif.ExifInterface'?
      Maybe you meant the fully qualified name 'android.media.ExifInterface'?
Note: the configuration refers to the unknown class
'com.android.gallery3d.exif.Util'
      Maybe you meant the fully qualified name 'com.bumptech.glide.util.Util'?
      Maybe you meant the fully qualified name
'com.jakewharton.disklrucache.Util'?
Note:
packages/apps/Contacts/tests/src/com/android/contacts/tests/allintents/AllIntent
sActivity.java uses or overrides a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
packages/apps/Settings/src/com/android/settings/accessibility/AccessibilitySetti
ngs.java:58: error: cannot find symbol
import com.android.settings.search.SearchIndexableRaw;
                                    ^
  symbol:   class SearchIndexableRaw
  location: package com.android.settings.search
packages/apps/Settings/src/com/android/settings/search/Indexable.java:59: error:
cannot find symbol
      List<SearchIndexableRaw> getRawDataToIndex(Context context, boolean
enabled);
           ^
  symbol:   class SearchIndexableRaw
  location: interface SearchIndexProvider
Reading library jar
[/home/ubuntu/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/classes.jar
]
Reading library jar
[/home/ubuntu/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/classes.jar
]
Reading library jar
[/home/ubuntu/out/target/common/obj/JAVA_LIBRARIES/android_stubs_current_interme
diates/classes.jar]
Note: android.support.v4.text.ICUCompatIcs: can't find dynamically referenced
class libcore.icu.ICU
packages/apps/Settings/src/com/android/settings/bluetooth/BluetoothDevicePrefere
nce.java:39: error: cannot find symbol
import com.android.settings.search.SearchIndexableRaw;
                                    ^
  symbol:   class SearchIndexableRaw
  location: package com.android.settings.search
packages/apps/Settings/src/com/android/settings/bluetooth/BluetoothSettings.java
:56: error: cannot find symbol
import com.android.settings.search.SearchIndexableRaw;
```

```
                                      ^
  symbol:    class SearchIndexableRaw
  location: package com.android.settings.search
packages/apps/Settings/src/com/android/settings/bluetooth/DeviceProfilesSettings
.java:44: error: cannot find symbol
import com.android.settings.search.SearchIndexableRaw;
                                      ^
  symbol:    class SearchIndexableRaw
  location: package com.android.settings.search
packages/apps/Settings/src/com/android/settings/bluetooth/Utils.java:28: error:
cannot find symbol
import com.android.settings.search.SearchIndexableRaw;
                                      ^
  symbol:    class SearchIndexableRaw
  location: package com.android.settings.search
Note: com.android.ex.camera2.portability.util.SystemProperties: can't find
dynamically referenced class android.os.SystemProperties
packages/apps/Settings/src/com/android/settings/DataUsageSummary.java:137:
error: cannot find symbol
import com.android.settings.search.SearchIndexableRaw;
                                      ^
  symbol:    class SearchIndexableRaw
  location: package com.android.settings.search
Reading library jar
[/home/ubuntu/out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/class
es.jar]
packages/apps/Settings/src/com/android/settings/deviceinfo/Memory.java:56:
error: cannot find symbol
import com.android.settings.search.SearchIndexableRaw;
                                      ^
  symbol:    class SearchIndexableRaw
  location: package com.android.settings.search
Reading library jar
[/home/ubuntu/out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/class
es.jar]
Note: android.support.v4.app.NotificationCompatJellybean accesses a declared
field 'icon' dynamically
        Maybe this is program field
'android.support.v4.app.NotificationCompat$Action { int icon; }'
        Maybe this is library field 'android.R$attr { int icon; }'
        Maybe this is library field 'android.R$id { int icon; }'
        Maybe this is library field 'android.app.LauncherActivity$ListItem
{ android.graphics.drawable.Drawable icon; }'
        Maybe this is library field 'android.app.Notification { int icon; }'
        Maybe this is library field 'android.app.Notification$Action { int
icon; }'
        Maybe this is library field 'android.appwidget.AppWidgetProviderInfo { int
icon; }'
        Maybe this is library field 'android.content.pm.PackageItemInfo { int
icon; }'
        Maybe this is library field 'android.content.pm.ResolveInfo { int icon; }'
        Maybe this is library field 'android.inputmethodservice.Keyboard$Key
{ android.graphics.drawable.Drawable icon; }'
        Maybe this is library field 'android.speech.tts.TextToSpeech$EngineInfo
{ int icon; }'
```

```
Note: android.support.v4.app.NotificationCompatJellybean accesses a declared
field 'title' dynamically
       Maybe this is program field
'android.support.v4.app.NotificationCompat$Action { java.lang.CharSequence
title; }'
       Maybe this is program field
'com.android.camera.MediaSaverImpl$ImageSaveTask { java.lang.String title; }'
       Maybe this is program field
'com.android.camera.PhotoModule$NamedImages$NamedEntity { java.lang.String
title; }'
       Maybe this is program field
'com.android.camera.one.OneCamera$PhotoCaptureParameters { java.lang.String
title; }'
       Maybe this is program field 'com.android.camera2.R$attr { int title; }'
       Maybe this is program field 'com.android.camera2.R$string { int title; }'
       Maybe this is library field 'android.R$attr { int title; }'
       Maybe this is library field 'android.R$id { int title; }'
       Maybe this is library field 'android.app.Notification$Action
{ java.lang.CharSequence title; }'
       Maybe this is library field 'android.preference.PreferenceActivity$Header
{ java.lang.CharSequence title; }'
Note: android.support.v4.app.NotificationCompatJellybean accesses a declared
field 'actionIntent' dynamically
       Maybe this is program field
'android.support.v4.app.NotificationCompat$Action { android.app.PendingIntent
actionIntent; }'
       Maybe this is library field 'android.app.Notification$Action
{ android.app.PendingIntent actionIntent; }'
Note: android.support.v4.text.ICUCompatIcs accesses a method
'getScript(java.lang.String)' dynamically
       Maybe this is program method 'android.support.v4.text.ICUCompat
{ java.lang.String getScript(java.lang.String); }'
       Maybe this is program method
'android.support.v4.text.ICUCompat$ICUCompatImpl { java.lang.String
getScript(java.lang.String); }'
       Maybe this is program method
'android.support.v4.text.ICUCompat$ICUCompatImplBase { java.lang.String
getScript(java.lang.String); }'
       Maybe this is program method
'android.support.v4.text.ICUCompat$ICUCompatImplIcs { java.lang.String
getScript(java.lang.String); }'
       Maybe this is program method 'android.support.v4.text.ICUCompatIcs
{ java.lang.String getScript(java.lang.String); }'
Note: android.support.v4.text.ICUCompatIcs accesses a method
'addLikelySubtags(java.lang.String)' dynamically
       Maybe this is program method 'android.support.v4.text.ICUCompat
{ java.lang.String addLikelySubtags(java.lang.String); }'
       Maybe this is program method
'android.support.v4.text.ICUCompat$ICUCompatImpl { java.lang.String
addLikelySubtags(java.lang.String); }'
       Maybe this is program method
'android.support.v4.text.ICUCompat$ICUCompatImplBase { java.lang.String
addLikelySubtags(java.lang.String); }'
```

```
        Maybe this is program method
'android.support.v4.text.ICUCompat$ICUCompatImplIcs { java.lang.String
addLikelySubtags(java.lang.String); }'
        Maybe this is program method 'android.support.v4.text.ICUCompatIcs
{ java.lang.String addLikelySubtags(java.lang.String); }'
packages/apps/Settings/src/com/android/settings/HomeSettings.java:57: error:
cannot find symbol
import com.android.settings.search.SearchIndexableRaw;
                                   ^
  symbol:   class SearchIndexableRaw
  location: package com.android.settings.search
packages/apps/Settings/src/com/android/settings/inputmethod/InputMethodAndLangua
geSettings.java:69: error: cannot find symbol
import com.android.settings.search.SearchIndexableRaw;
                                   ^
  symbol:   class SearchIndexableRaw
  location: package com.android.settings.search
Note: com.android.ex.camera2.portability.LegacyVendorTags accesses a field
'CONTROL_SCENE_MODE_HDR' dynamically
        Maybe this is program field
'com.android.ex.camera2.portability.LegacyVendorTags { int
CONTROL_SCENE_MODE_HDR; }'
Note: com.android.ex.camera2.portability.util.SystemProperties accesses a method
'get(java.lang.String,java.lang.String)' dynamically
        Maybe this is program method 'com.android.camera.util.SystemProperties
{ java.lang.String get(java.lang.String,java.lang.String); }'
        Maybe this is program method
'com.android.ex.camera2.portability.util.SystemProperties { java.lang.String
get(java.lang.String,java.lang.String); }'
        Maybe this is library method 'java.util.prefs.AbstractPreferences
{ java.lang.String get(java.lang.String,java.lang.String); }'
        Maybe this is library method 'java.util.prefs.Preferences
{ java.lang.String get(java.lang.String,java.lang.String); }'
packages/apps/Settings/src/com/android/settings/net/DataUsageMeteredSettings.jav
a:41: error: cannot find symbol
import com.android.settings.search.SearchIndexableRaw;
                                   ^
  symbol:   class SearchIndexableRaw
  location: package com.android.settings.search
packages/apps/Settings/src/com/android/settings/search/BaseSearchIndexProvider.j
ava:41: error: cannot find symbol
    public List<SearchIndexableRaw> getRawDataToIndex(Context context, boolean
enabled) {
                ^
  symbol:   class SearchIndexableRaw
  location: class BaseSearchIndexProvider
packages/apps/Settings/src/com/android/settings/notification/ZenModeSettings.jav
a:58: error: cannot find symbol
import com.android.settings.search.SearchIndexableRaw;
                                   ^
  symbol:   class SearchIndexableRaw
  location: package com.android.settings.search
packages/apps/Settings/src/com/android/settings/print/PrintSettingsFragment.java
:68: error: cannot find symbol
import com.android.settings.search.SearchIndexableRaw;
```

```
                                  ^
  symbol:    class SearchIndexableRaw
  location: package com.android.settings.search
packages/apps/Settings/src/com/android/settings/ScreenPinningSettings.java:33:
error: cannot find symbol
import com.android.settings.search.SearchIndexableRaw;
                                  ^
  symbol:    class SearchIndexableRaw
  location: package com.android.settings.search
Note: there were 11 references to unknown classes.
      You should check your configuration for typos.
      (http://proguard.sourceforge.net/manual/troubleshooting.html#unknownclass)
Note: there were 2 unresolved dynamic references to classes or interfaces.
      You should check if you need to specify additional program jars.

(http://proguard.sourceforge.net/manual/troubleshooting.html#dynamicalclass)
Note: there were 7 accesses to class members by means of introspection.
      You should consider explicitly keeping the mentioned class members
      (using '-keep' or '-keepclassmembers').

(http://proguard.sourceforge.net/manual/troubleshooting.html#dynamicalclassmembe
r)
Note:
packages/apps/Dialer/tests/src/com/android/dialer/util/FakeAsyncTaskExecutor.jav
a uses unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
packages/apps/Settings/src/com/android/settings/search/Index.java:707: error:
cannot find symbol
                        SearchIndexableRaw raw) {
                                  ^
  symbol:    class SearchIndexableRaw
  location: class Index
packages/apps/Settings/src/com/android/settings/SecuritySettings.java:54: error:
cannot find symbol
import com.android.settings.search.SearchIndexableRaw;
                                  ^
  symbol:    class SearchIndexableRaw
  location: package com.android.settings.search
packages/apps/Settings/src/com/android/settings/SecuritySettings.java:736:
error: cannot find symbol
        public List<SearchIndexableRaw> getRawDataToIndex(Context context,
boolean enabled) {
                           ^
  symbol:    class SearchIndexableRaw
  location: class SecuritySearchIndexProvider
packages/apps/Settings/src/com/android/settings/sim/SimSettings.java:64: error:
cannot find symbol
import com.android.settings.search.SearchIndexableRaw;
                                  ^
  symbol:    class SearchIndexableRaw
  location: package com.android.settings.search
packages/apps/Settings/src/com/android/settings/voice/VoiceInputSettings.java:34
: error: cannot find symbol
import com.android.settings.search.SearchIndexableRaw;
                                  ^
```

```
  symbol:   class SearchIndexableRaw
  location: package com.android.settings.search
packages/apps/Settings/src/com/android/settings/WallpaperTypeSettings.java:29:
error: cannot find symbol
import com.android.settings.search.SearchIndexableRaw;
                                    ^
  symbol:   class SearchIndexableRaw
  location: package com.android.settings.search
packages/apps/Settings/src/com/android/settings/wifi/SavedAccessPointsWifiSettin
gs.java:33: error: cannot find symbol
import com.android.settings.search.SearchIndexableRaw;
                                    ^
  symbol:   class SearchIndexableRaw
  location: package com.android.settings.search
packages/apps/Settings/src/com/android/settings/wifi/WifiSettings.java:71:
error: cannot find symbol
import com.android.settings.search.SearchIndexableRaw;
                                    ^
  symbol:   class SearchIndexableRaw
  location: package com.android.settings.search
Copying: out/target/common/obj/APPS/DocumentsUI_intermediates/classes.dex
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Copying: out/target/common/obj/APPS/DeskClock_intermediates/classes.dex
target Package: DocumentsUI
(out/target/product/generic/obj/APPS/DocumentsUI_intermediates/package.apk)
dex2oatd I  5536  5536 art/dex2oat/dex2oat.cc:1239] out/host/linux-
x86/bin/dex2oatd --runtime-arg -Xms64m --runtime-arg -Xmx512m --boot-
image=out/target/product/generic/dex_bootjars/system/framework/boot.art --dex-
file=out/target/product/generic/obj/APPS/DocumentsUI_intermediates/arm/package.o
dex.input --dex-location=/system/app/DocumentsUI/DocumentsUI.apk --oat-
file=out/target/product/generic/obj/APPS/DocumentsUI_intermediates/arm/package.o
dex --android-root=out/target/product/generic/system --instruction-set=arm --
instruction-set-features=default --include-patch-information --runtime-arg -
Xnorelocate --no-include-debug-symbols
Preparing output jar
[/home/ubuntu/out/target/common/obj/APPS/Calendar_intermediates/proguard.classes
.jar]
  Copying resources from program jar
[/home/ubuntu/out/target/common/obj/APPS/Calendar_intermediates/classes.jar]
packages/apps/Settings/src/com/android/settings/accessibility/AccessibilitySetti
ngs.java:628: error: cannot find symbol
        public List<SearchIndexableRaw> getRawDataToIndex(Context context,
boolean enabled) {
                    ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/accessibility/AccessibilitySetti
ngs.java:629: error: cannot find symbol
           List<SearchIndexableRaw> indexables = new
ArrayList<SearchIndexableRaw>();
                 ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/accessibility/AccessibilitySetti
ngs.java:629: error: cannot find symbol
```

```
            List<SearchIndexableRaw> indexables = new
ArrayList<SearchIndexableRaw>();
                                                               ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/accessibility/AccessibilitySetti
ngs.java:652: error: cannot find symbol
              SearchIndexableRaw indexable = new SearchIndexableRaw(context);
                 ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/accessibility/AccessibilitySetti
ngs.java:652: error: cannot find symbol
              SearchIndexableRaw indexable = new SearchIndexableRaw(context);
                                                   ^
   symbol: class SearchIndexableRaw
target Package: DeskClock
(out/target/product/generic/obj/APPS/DeskClock_intermediates/package.apk)
Install: out/target/product/generic/system/lib/libwebviewchromium.so
Install: out/target/product/generic/system/app/webview/arm/webview.odex
Install: out/target/product/generic/system/app/webview/webview.apk
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1239] out/host/linux-
x86/bin/dex2oatd --runtime-arg -Xms64m --runtime-arg -Xmx512m --boot-
image=out/target/product/generic/dex_bootjars/system/framework/boot.art --dex-
file=out/target/product/generic/obj/APPS/DeskClock_intermediates/arm/package.ode
x.input --dex-location=/system/app/DeskClock/DeskClock.apk --oat-
file=out/target/product/generic/obj/APPS/DeskClock_intermediates/arm/package.ode
x --android-root=out/target/product/generic/system --instruction-set=arm --
instruction-set-features=default --include-patch-information --runtime-arg -
Xnorelocate --no-include-debug-symbols
mkdir -p out/target/product/generic/system/app/webview/lib/arm  ;ln -sf
/system/lib/libwebviewchromium.so
out/target/product/generic/system/app/webview/lib/arm/libwebviewchromium.so
Preparing output jar
[/home/ubuntu/out/target/common/obj/APPS/Camera2_intermediates/proguard.classes.
jar]
  Copying resources from program jar
[/home/ubuntu/out/target/common/obj/APPS/Camera2_intermediates/classes.jar]
Copying: out/target/common/obj/APPS/PrintSpooler_intermediates/classes.dex
target Dex: Calendar
target Package: PrintSpooler
(out/target/product/generic/obj/APPS/PrintSpooler_intermediates/package.apk)
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1239] out/host/linux-
x86/bin/dex2oatd --runtime-arg -Xms64m --runtime-arg -Xmx512m --boot-
image=out/target/product/generic/dex_bootjars/system/framework/boot.art --dex-
file=out/target/product/generic/obj/APPS/PrintSpooler_intermediates/arm/package.
odex.input --dex-location=/system/app/PrintSpooler/PrintSpooler.apk --oat-
file=out/target/product/generic/obj/APPS/PrintSpooler_intermediates/arm/package.
odex --android-root=out/target/product/generic/system --instruction-set=arm --
instruction-set-features=default --include-patch-information --runtime-arg -
Xnorelocate --no-include-debug-symbols
dex2oatd I  5536  5536 art/dex2oat/dex2oat.cc:1534] compiler [Exclusive time]
[Total time]
dex2oatd I  5536  5536 art/dex2oat/dex2oat.cc:1534]   0.230s/1.833s dex2oat
Setup
dex2oatd I  5536  5536 art/dex2oat/dex2oat.cc:1534]    0.217s Resolve
MethodsAndFields
```

```
dex2oatd I   5536   5536 art/dex2oat/dex2oat.cc:1534]      0.410s Verify Dex File
dex2oatd I   5536   5536 art/dex2oat/dex2oat.cc:1534]      0.012s
InitializeNoClinit
dex2oatd I   5536   5536 art/dex2oat/dex2oat.cc:1534]      0.296s Compile Dex File
dex2oatd I   5536   5536 art/dex2oat/dex2oat.cc:1534]      0s/0.015s dex2oat
OatWriter
dex2oatd I   5536   5536 art/dex2oat/dex2oat.cc:1534]       0s Loading image
checksum
dex2oatd I   5536   5536 art/dex2oat/dex2oat.cc:1534]       0s InitOatHeader
dex2oatd I   5536   5536 art/dex2oat/dex2oat.cc:1534]       0s InitOatDexFiles
dex2oatd I   5536   5536 art/dex2oat/dex2oat.cc:1534]       0s InitDexFiles
dex2oatd I   5536   5536 art/dex2oat/dex2oat.cc:1534]       0.004s InitOatClasses
dex2oatd I   5536   5536 art/dex2oat/dex2oat.cc:1534]       0.005s InitOatMaps
dex2oatd I   5536   5536 art/dex2oat/dex2oat.cc:1534]       0s InitOatCode
dex2oatd I   5536   5536 art/dex2oat/dex2oat.cc:1534]       0.006s
InitOatCodeDexFiles
dex2oatd I   5536   5536 art/dex2oat/dex2oat.cc:1534]       0.642s Writing ELF
dex2oatd I   5536   5536 art/dex2oat/dex2oat.cc:1534]       0.007s Patching ELF
dex2oatd I   5536   5536 art/dex2oat/dex2oat.cc:1534] compiler: end, 1.833s
dex2oatd I   5536   5536 art/dex2oat/dex2oat.cc:1534]
frameworks/base/packages/PrintSpooler/res/drawable-xhdpi/ic_restart.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
frameworks/base/packages/PrintSpooler/res/drawable-hdpi/ic_restart.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
dex2oatd I   5536   5536 art/dex2oat/dex2oat.cc:268] dex2oat took 2.051s (threads:
32)
Copying: out/target/common/obj/APPS/Browser_intermediates/classes.dex
Install: out/target/product/generic/system/app/DocumentsUI/arm/DocumentsUI.odex
target Package: Browser
(out/target/product/generic/obj/APPS/Browser_intermediates/package.apk)
Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in manifest.


[elided]


Reading library jar
[/home/ubuntu/out/target/common/obj/JAVA_LIBRARIES/telephony-
common_intermediates/classes.jar]
Reading library jar
[/home/ubuntu/out/target/common/obj/JAVA_LIBRARIES/telephony-
common_intermediates/classes.jar]
Initializing...
target Dex: Camera2
Reading library jar [/home/ubuntu/out/target/common/obj/JAVA_LIBRARIES/voip-
common_intermediates/classes.jar]
Initializing...
Copying: out/target/common/obj/APPS/Launcher2_intermediates/classes.dex
target Package: Launcher2
(out/target/product/generic/obj/APPS/Launcher2_intermediates/package.apk)
dex2oatd I   6079   6079 art/dex2oat/dex2oat.cc:1239] out/host/linux-
x86/bin/dex2oatd --runtime-arg -Xms64m --runtime-arg -Xmx512m --boot-
image=out/target/product/generic/dex_bootjars/system/framework/boot.art --dex-
file=out/target/product/generic/obj/APPS/Launcher2_intermediates/arm/package.ode
x.input --dex-location=/system/priv-app/Launcher2/Launcher2.apk --oat-
```

```
file=out/target/product/generic/obj/APPS/Launcher2_intermediates/arm/package.ode
x --android-root=out/target/product/generic/system --instruction-set=arm --
instruction-set-features=default --include-patch-information --runtime-arg -
Xnorelocate --no-include-debug-symbols
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1534] compiler [Exclusive time]
[Total time]
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1534]   0.188s/1.951s dex2oat
Setup
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1534]   0.203s Resolve
MethodsAndFields
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1534]   0.164s Verify Dex File
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1534]   0.006s
InitializeNoClinit
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1534]   0.353s Compile Dex File
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1534]   0s/0.017s dex2oat
OatWriter
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1534]     0s Loading image
checksum
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1534]     0s InitOatHeader
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1534]     0s InitOatDexFiles
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1534]     0s InitDexFiles
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1534]     0.004s InitOatClasses
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1534]     0.005s InitOatMaps
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1534]     0s InitOatCode
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1534]     0.007s
InitOatCodeDexFiles
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1534]     1.007s Writing ELF
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1534]     0.010s Patching ELF
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1534] compiler: end, 1.951s
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:1534]
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1534] compiler [Exclusive time]
[Total time]
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1534]   0.372s/1.664s dex2oat
Setup
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1534]   0.224s Resolve
MethodsAndFields
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1534]   0.210s Verify Dex File
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1534]   0.005s
InitializeNoClinit
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1534]   0.260s Compile Dex File
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1534]   0s/0.026s dex2oat
OatWriter
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1534]     0s Loading image
checksum
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1534]     0s InitOatHeader
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1534]     0s InitOatDexFiles
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1534]     0s InitDexFiles
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1534]     0.004s InitOatClasses
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1534]     0.007s InitOatMaps
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1534]     0s InitOatCode
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1534]     0.015s
InitOatCodeDexFiles
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1534]     0.555s Writing ELF
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1534]     0.007s Patching ELF
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1534] compiler: end, 1.664s
```

```
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:1534]
packages/apps/Settings/src/com/android/settings/bluetooth/BluetoothDevicePrefere
nce.java:219: error: cannot find symbol
            SearchIndexableRaw data = new SearchIndexableRaw(context);
            ^
  symbol:   class SearchIndexableRaw
  location: class BluetoothDevicePreference
packages/apps/Settings/src/com/android/settings/bluetooth/BluetoothDevicePrefere
nce.java:219: error: cannot find symbol
            SearchIndexableRaw data = new SearchIndexableRaw(context);
                                          ^
  symbol:   class SearchIndexableRaw
  location: class BluetoothDevicePreference
Preparing output jar
[/home/ubuntu/out/target/common/obj/APPS/Exchange2_intermediates/proguard.classe
s.jar]
dex2oatd I  5656  5656 art/dex2oat/dex2oat.cc:268] dex2oat took 2.160s (threads:
32)
dex2oatd I  5751  5751 art/dex2oat/dex2oat.cc:268] dex2oat took 1.873s (threads:
32)
  Copying resources from program jar
[/home/ubuntu/out/target/common/obj/APPS/Exchange2_intermediates/classes.jar]
Install: out/target/product/generic/system/app/DeskClock/arm/DeskClock.odex
Install:
out/target/product/generic/system/app/PrintSpooler/arm/PrintSpooler.odex
packages/apps/Browser/res/drawable-xhdpi/ic_querybuilder_normal.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Browser/res/drawable-xhdpi/ic_querybuilder_pressed.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Browser/res/drawable-xhdpi/ic_search_category_bookmark.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Browser/res/drawable-xhdpi/ic_search_category_browser.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Browser/res/drawable-xhdpi/ic_search_category_history.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Browser/res/drawable-sw600dp-hdpi/ic_secure_partial_holo_dark.png:
libpng warning: iCCP: profile 'icc': 'RGB ': RGB color space not permitted on
grayscale PNG
packages/apps/Browser/res/drawable-sw600dp-
xhdpi/ic_secure_partial_holo_dark.png: libpng warning: iCCP: profile 'icc': 'RGB
': RGB color space not permitted on grayscale PNG
packages/apps/Browser/res/drawable-xhdpi/nav_tab_bg.9.png: libpng warning: iCCP:
Not recognizing known sRGB profile that has been edited
packages/apps/Settings/src/com/android/settings/bluetooth/BluetoothSettings.java
:496: error: cannot find symbol
            public List<SearchIndexableRaw> getRawDataToIndex(Context context,
boolean enabled) {
                         ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/bluetooth/BluetoothSettings.java
:498: error: cannot find symbol
                final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
                           ^
  symbol: class SearchIndexableRaw
```

```
packages/apps/Settings/src/com/android/settings/bluetooth/BluetoothSettings.java
:498: error: cannot find symbol
                final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
                                                                       ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/bluetooth/BluetoothSettings.java
:503: error: cannot find symbol
                SearchIndexableRaw data = new SearchIndexableRaw(context);
                    ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/bluetooth/BluetoothSettings.java
:503: error: cannot find symbol
                SearchIndexableRaw data = new SearchIndexableRaw(context);
                                              ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/bluetooth/BluetoothSettings.java
:517: error: cannot find symbol
                     data = new SearchIndexableRaw(context);
                                ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/bluetooth/Utils.java:112: error:
cannot find symbol
         SearchIndexableRaw data = new SearchIndexableRaw(context);
             ^
  symbol:   class SearchIndexableRaw
  location: class Utils
packages/apps/Settings/src/com/android/settings/bluetooth/Utils.java:112: error:
cannot find symbol
         SearchIndexableRaw data = new SearchIndexableRaw(context);
                                       ^
  symbol:   class SearchIndexableRaw
  location: class Utils
Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
packages/apps/Settings/src/com/android/settings/DataUsageSummary.java:2452:
error: cannot find symbol
            public List<SearchIndexableRaw> getRawDataToIndex(Context context,
boolean enabled) {
                        ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/DataUsageSummary.java:2453:
error: cannot find symbol
                final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
                        ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/DataUsageSummary.java:2453:
error: cannot find symbol
                final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
                                                                    ^
  symbol: class SearchIndexableRaw
```

```
packages/apps/Settings/src/com/android/settings/DataUsageSummary.java:2458:
error: cannot find symbol
                SearchIndexableRaw data = new SearchIndexableRaw(context);
                ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/DataUsageSummary.java:2458:
error: cannot find symbol
                SearchIndexableRaw data = new SearchIndexableRaw(context);
                                              ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/DataUsageSummary.java:2464:
error: cannot find symbol
                data = new SearchIndexableRaw(context);
                           ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/DataUsageSummary.java:2471:
error: cannot find symbol
                data = new SearchIndexableRaw(context);
                           ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/DataUsageSummary.java:2478:
error: cannot find symbol
                data = new SearchIndexableRaw(context);
                           ^
  symbol: class SearchIndexableRaw
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:1534] compiler [Exclusive time]
[Total time]
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:1534]    0.214s/2.188s dex2oat
Setup
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:1534]    0.584s Resolve
MethodsAndFields
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:1534]    0.210s Verify Dex File
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:1534]    0.018s
InitializeNoClinit
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:1534]    0.434s Compile Dex File
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:1534]    0s/0.022s dex2oat
OatWriter
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:1534]      0s Loading image
checksum
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:1534]      0s InitOatHeader
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:1534]      0s InitOatDexFiles
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:1534]      0s InitDexFiles
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:1534]      0.004s InitOatClasses
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:1534]      0.007s InitOatMaps
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:1534]      0s InitOatCode
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:1534]      0.011s
InitOatCodeDexFiles
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:1534]      0.692s Writing ELF
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:1534]      0.011s Patching ELF
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:1534] compiler: end, 2.188s
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:1534]
Install: out/target/product/generic/system/app/DocumentsUI/DocumentsUI.apk
packages/apps/Settings/src/com/android/settings/deviceinfo/Memory.java:436:
error: cannot find symbol
```

```
              public List<SearchIndexableRaw> getRawDataToIndex(Context context,
boolean enabled) {
                                 ^
   symbol:   class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/deviceinfo/Memory.java:437:
error: cannot find symbol
              final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
                             ^
   symbol:   class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/deviceinfo/Memory.java:437:
error: cannot find symbol
              final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
                                                        ^
   symbol:   class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/deviceinfo/Memory.java:439:
error: cannot find symbol
              SearchIndexableRaw data = new SearchIndexableRaw(context);
                          ^
   symbol:   class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/deviceinfo/Memory.java:439:
error: cannot find symbol
              SearchIndexableRaw data = new SearchIndexableRaw(context);
                                            ^
   symbol:   class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/deviceinfo/Memory.java:444:
error: cannot find symbol
              data = new SearchIndexableRaw(context);
                         ^
   symbol:   class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/deviceinfo/Memory.java:449:
error: cannot find symbol
              data = new SearchIndexableRaw(context);
                         ^
   symbol:   class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/deviceinfo/Memory.java:459:
error: cannot find symbol
              data = new SearchIndexableRaw(context);
                         ^
   symbol:   class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/deviceinfo/Memory.java:464:
error: cannot find symbol
              data = new SearchIndexableRaw(context);
                         ^
   symbol:   class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/deviceinfo/Memory.java:469:
error: cannot find symbol
              data = new SearchIndexableRaw(context);
                         ^
   symbol:   class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/deviceinfo/Memory.java:474:
error: cannot find symbol
              data = new SearchIndexableRaw(context);
                         ^
```

```
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/deviceinfo/Memory.java:479:
error: cannot find symbol
                data = new SearchIndexableRaw(context);
                             ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/deviceinfo/Memory.java:484:
error: cannot find symbol
                data = new SearchIndexableRaw(context);
                             ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/deviceinfo/Memory.java:489:
error: cannot find symbol
                data = new SearchIndexableRaw(context);
                             ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/deviceinfo/Memory.java:494:
error: cannot find symbol
                data = new SearchIndexableRaw(context);
                             ^
  symbol: class SearchIndexableRaw
Copying: out/target/common/obj/APPS/Mms_intermediates/classes.dex
dex2oatd I  5893  5893 art/dex2oat/dex2oat.cc:268] dex2oat took 2.402s (threads:
32)
Copying: out/target/common/obj/APPS/LatinIME_intermediates/classes.dex
Install: out/target/product/generic/system/app/Browser/arm/Browser.odex
target Package: Mms
(out/target/product/generic/obj/APPS/Mms_intermediates/package.apk)
target Package: LatinIME
(out/target/product/generic/obj/APPS/LatinIME_intermediates/package.apk)
packages/apps/Launcher2/res/drawable-hdpi/homescreen_blue_normal_holo.9.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Launcher2/res/drawable-xhdpi/homescreen_blue_normal_holo.9.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Launcher2/res/drawable-sw600dp-
hdpi/homescreen_blue_normal_holo.9.png: libpng warning: iCCP: Not recognizing
known sRGB profile that has been edited
packages/apps/Launcher2/res/drawable-sw600dp-
xhdpi/homescreen_blue_normal_holo.9.png: libpng warning: iCCP: Not recognizing
known sRGB profile that has been edited
packages/apps/Launcher2/res/drawable-hdpi/homescreen_blue_strong_holo.9.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Launcher2/res/drawable-xhdpi/homescreen_blue_strong_holo.9.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Launcher2/res/drawable-sw600dp-
hdpi/homescreen_blue_strong_holo.9.png: libpng warning: iCCP: Not recognizing
known sRGB profile that has been edited
packages/apps/Launcher2/res/drawable-sw600dp-
xhdpi/homescreen_blue_strong_holo.9.png: libpng warning: iCCP: Not recognizing
known sRGB profile that has been edited
packages/apps/Launcher2/res/drawable-xxhdpi/hotseat_scrubber_holo.9.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Settings/src/com/android/settings/HomeSettings.java:385: error:
cannot find symbol
```

```
            public List<SearchIndexableRaw> getRawDataToIndex(Context context,
boolean enabled) {
                        ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/HomeSettings.java:386: error:
cannot find symbol
            final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
                       ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/HomeSettings.java:386: error:
cannot find symbol
            final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
                                                       ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/HomeSettings.java:402: error:
cannot find symbol
                SearchIndexableRaw data = new SearchIndexableRaw(context);
                ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/HomeSettings.java:402: error:
cannot find symbol
                SearchIndexableRaw data = new SearchIndexableRaw(context);
                                              ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/HomeSettings.java:423: error:
cannot find symbol
                data = new SearchIndexableRaw(context);
                           ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/inputmethod/InputMethodAndLangua
geSettings.java:652: error: cannot find symbol
        public List<SearchIndexableRaw> getRawDataToIndex(Context context,
boolean enabled) {
                    ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/inputmethod/InputMethodAndLangua
geSettings.java:653: error: cannot find symbol
          List<SearchIndexableRaw> indexables = new ArrayList<>();
               ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/inputmethod/InputMethodAndLangua
geSettings.java:653: error: unexpected type
          List<SearchIndexableRaw> indexables = new ArrayList<>();
                                                    ^
  required: class
  found:    <E>ArrayList<E>
  where E is a type-variable:
    E extends Object declared in class ArrayList
packages/apps/Settings/src/com/android/settings/inputmethod/InputMethodAndLangua
geSettings.java:660: error: cannot find symbol
            SearchIndexableRaw indexable = new SearchIndexableRaw(context);
            ^
  symbol: class SearchIndexableRaw
```

```
packages/apps/Settings/src/com/android/settings/inputmethod/InputMethodAndLangua
geSettings.java:660: error: cannot find symbol
                SearchIndexableRaw indexable = new SearchIndexableRaw(context);
                                                   ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/inputmethod/InputMethodAndLangua
geSettings.java:670: error: cannot find symbol
            SearchIndexableRaw indexable = new SearchIndexableRaw(context);
            ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/inputmethod/InputMethodAndLangua
geSettings.java:670: error: cannot find symbol
            SearchIndexableRaw indexable = new SearchIndexableRaw(context);
                                               ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/inputmethod/InputMethodAndLangua
geSettings.java:678: error: cannot find symbol
                indexable = new SearchIndexableRaw(context);
                                ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/inputmethod/InputMethodAndLangua
geSettings.java:686: error: cannot find symbol
            indexable = new SearchIndexableRaw(context);
                            ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/inputmethod/InputMethodAndLangua
geSettings.java:698: error: cannot find symbol
            indexable = new SearchIndexableRaw(context);
                            ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/inputmethod/InputMethodAndLangua
geSettings.java:735: error: cannot find symbol
                indexable = new SearchIndexableRaw(context);
                                ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/inputmethod/InputMethodAndLangua
geSettings.java:771: error: cannot find symbol
                indexable = new SearchIndexableRaw(context);
                                ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/inputmethod/InputMethodAndLangua
geSettings.java:782: error: cannot find symbol
                indexable = new SearchIndexableRaw(context);
                                ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/inputmethod/InputMethodAndLangua
geSettings.java:791: error: cannot find symbol
            indexable = new SearchIndexableRaw(context);
                            ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/inputmethod/InputMethodAndLangua
geSettings.java:800: error: cannot find symbol
                indexable = new SearchIndexableRaw(context);
                                ^
   symbol: class SearchIndexableRaw
```

```
packages/apps/Settings/src/com/android/settings/inputmethod/InputMethodAndLangua
geSettings.java:808: error: cannot find symbol
            indexable = new SearchIndexableRaw(context);
                            ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/inputmethod/InputMethodAndLangua
geSettings.java:814: error: cannot find symbol
            indexable = new SearchIndexableRaw(context);
                            ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/inputmethod/InputMethodAndLangua
geSettings.java:822: error: cannot find symbol
                indexable = new SearchIndexableRaw(context);
                                ^
   symbol: class SearchIndexableRaw
packages/apps/Launcher2/res/drawable-sw600dp-hdpi/ic_allapps_pressed.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Launcher2/res/drawable-sw600dp-xhdpi/ic_allapps_pressed.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1239] out/host/linux-
x86/bin/dex2oatd --runtime-arg -Xms64m --runtime-arg -Xmx512m --boot-
image=out/target/product/generic/dex_bootjars/system/framework/boot.art --dex-
file=out/target/product/generic/obj/APPS/Mms_intermediates/arm/package.odex.inpu
t --dex-location=/system/priv-app/Mms/Mms.apk --oat-
file=out/target/product/generic/obj/APPS/Mms_intermediates/arm/package.odex --
android-root=out/target/product/generic/system --instruction-set=arm --
instruction-set-features=default --include-patch-information --runtime-arg -
Xnorelocate --no-include-debug-symbols
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1239] out/host/linux-
x86/bin/dex2oatd --runtime-arg -Xms64m --runtime-arg -Xmx512m --boot-
image=out/target/product/generic/dex_bootjars/system/framework/boot.art --dex-
file=out/target/product/generic/obj/APPS/LatinIME_intermediates/arm/package.odex
.input --dex-location=/system/app/LatinIME/LatinIME.apk --oat-
file=out/target/product/generic/obj/APPS/LatinIME_intermediates/arm/package.odex
--android-root=out/target/product/generic/system --instruction-set=arm --
instruction-set-features=default --include-patch-information --runtime-arg -
Xnorelocate --no-include-debug-symbols
packages/apps/Launcher2/res/drawable-sw600dp-hdpi/overscroll_glow_left.9.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Launcher2/res/drawable-sw600dp-xhdpi/overscroll_glow_left.9.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Launcher2/res/drawable-sw600dp-hdpi/overscroll_glow_right.9.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Launcher2/res/drawable-sw600dp-xhdpi/overscroll_glow_right.9.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Settings/src/com/android/settings/net/DataUsageMeteredSettings.jav
a:158: error: cannot find symbol
            public List<SearchIndexableRaw> getRawDataToIndex(Context context,
boolean enabled) {
                        ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/net/DataUsageMeteredSettings.jav
a:159: error: cannot find symbol
                final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
```

```
                              ^
    symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/net/DataUsageMeteredSettings.jav
a:159: error: cannot find symbol
                final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
                                                                          ^
    symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/net/DataUsageMeteredSettings.jav
a:163: error: cannot find symbol
                SearchIndexableRaw data = new SearchIndexableRaw(context);
                   ^
    symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/net/DataUsageMeteredSettings.jav
a:163: error: cannot find symbol
                SearchIndexableRaw data = new SearchIndexableRaw(context);
                                              ^
    symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/net/DataUsageMeteredSettings.jav
a:169: error: cannot find symbol
                data = new SearchIndexableRaw(context);
                           ^
    symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/net/DataUsageMeteredSettings.jav
a:176: error: cannot find symbol
                    data = new SearchIndexableRaw(context);
                               ^
    symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/net/DataUsageMeteredSettings.jav
a:183: error: cannot find symbol
                    data = new SearchIndexableRaw(context);
                               ^
    symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/net/DataUsageMeteredSettings.jav
a:190: error: cannot find symbol
                data = new SearchIndexableRaw(context);
                           ^
    symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/net/DataUsageMeteredSettings.jav
a:202: error: cannot find symbol
                      data = new SearchIndexableRaw(context);
                                 ^
    symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/net/DataUsageMeteredSettings.jav
a:209: error: cannot find symbol
                data = new SearchIndexableRaw(context);
                           ^
    symbol: class SearchIndexableRaw
packages/apps/Launcher2/res/drawable-xxhdpi/tab_selected_focused_holo.9.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Launcher2/res/drawable-xxhdpi/tab_selected_holo.9.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Launcher2/res/drawable-xxhdpi/tab_selected_pressed_holo.9.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
```

```
packages/apps/Launcher2/res/drawable-xxhdpi/tab_unselected_focused_holo.9.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Launcher2/res/drawable-xxhdpi/tab_unselected_holo.9.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Launcher2/res/drawable-xxhdpi/tab_unselected_pressed_holo.9.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Launcher2/res/drawable-xhdpi/wallpaper_picker_preview.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
packages/apps/Settings/src/com/android/settings/notification/ZenModeSettings.jav
a:543: error: cannot find symbol
            public List<SearchIndexableRaw> getRawDataToIndex(Context context,
boolean enabled) {
                          ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/notification/ZenModeSettings.jav
a:546: error: cannot find symbol
                final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>(N);
                          ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/notification/ZenModeSettings.jav
a:546: error: cannot find symbol
                final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>(N);
                                                              ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/notification/ZenModeSettings.jav
a:549: error: cannot find symbol
                final SearchIndexableRaw data = new
SearchIndexableRaw(context);
                      ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/notification/ZenModeSettings.jav
a:549: error: cannot find symbol
                final SearchIndexableRaw data = new
SearchIndexableRaw(context);
                                  ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/print/PrintSettingsFragment.java
:560: error: cannot find symbol
        public List<SearchIndexableRaw> getRawDataToIndex(Context context,
boolean enabled) {
                    ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/print/PrintSettingsFragment.java
:561: error: cannot find symbol
            List<SearchIndexableRaw> indexables = new
ArrayList<SearchIndexableRaw>();
                ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/print/PrintSettingsFragment.java
:561: error: cannot find symbol
            List<SearchIndexableRaw> indexables = new
ArrayList<SearchIndexableRaw>();
                                                      ^
```

```
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/print/PrintSettingsFragment.java
:568: error: cannot find symbol
            SearchIndexableRaw data = new SearchIndexableRaw(context);
            ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/print/PrintSettingsFragment.java
:568: error: cannot find symbol
            SearchIndexableRaw data = new SearchIndexableRaw(context);
                                          ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/print/PrintSettingsFragment.java
:583: error: cannot find symbol
                data = new SearchIndexableRaw(context);
                           ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/ScreenPinningSettings.java:98:
error: cannot find symbol
            public List<SearchIndexableRaw> getRawDataToIndex(Context context,
boolean enabled) {
                        ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/ScreenPinningSettings.java:99:
error: cannot find symbol
                final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
                           ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/ScreenPinningSettings.java:99:
error: cannot find symbol
                final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
                                                            ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/ScreenPinningSettings.java:104:
error: cannot find symbol
                SearchIndexableRaw data = new SearchIndexableRaw(context);
                ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/ScreenPinningSettings.java:104:
error: cannot find symbol
                SearchIndexableRaw data = new SearchIndexableRaw(context);
                                              ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/ScreenPinningSettings.java:110:
error: cannot find symbol
                data = new SearchIndexableRaw(context);
                           ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/search/Index.java:615: error:
cannot find symbol
                    SearchIndexableRaw data = new
SearchIndexableRaw(packageContext);
                    ^
   symbol:   class SearchIndexableRaw
```

```
  location: class Index
packages/apps/Settings/src/com/android/settings/search/Index.java:615: error:
cannot find symbol
                    SearchIndexableRaw data = new
SearchIndexableRaw(packageContext);
                                              ^
  symbol:   class SearchIndexableRaw
  location: class Index
packages/apps/Settings/src/com/android/settings/search/Index.java:701: error:
cannot find symbol
        } else if (data instanceof SearchIndexableRaw) {
                                   ^
  symbol:   class SearchIndexableRaw
  location: class Index
packages/apps/Settings/src/com/android/settings/search/Index.java:702: error:
cannot find symbol
            indexOneRaw(database, localeStr, (SearchIndexableRaw) data);
                                              ^
  symbol:   class SearchIndexableRaw
  location: class Index
packages/apps/Settings/src/com/android/settings/search/Index.java:923: error:
cannot find symbol
        final List<SearchIndexableRaw> rawList =
provider.getRawDataToIndex(context, enabled);
                   ^
  symbol:   class SearchIndexableRaw
  location: class Index
packages/apps/Settings/src/com/android/settings/search/Index.java:928: error:
cannot find symbol
                SearchIndexableRaw raw = rawList.get(i);
                ^
  symbol:   class SearchIndexableRaw
  location: class Index
packages/apps/Settings/src/com/android/settings/search/Index.java:1237: error:
cannot find symbol
                    if (data instanceof SearchIndexableRaw) {
                                        ^
  symbol:   class SearchIndexableRaw
  location: class Index.UpdateIndexTask
packages/apps/Settings/src/com/android/settings/search/Index.java:1238: error:
cannot find symbol
                        final SearchIndexableRaw raw = (SearchIndexableRaw)
data;
                              ^
  symbol:   class SearchIndexableRaw
  location: class Index.UpdateIndexTask
packages/apps/Settings/src/com/android/settings/search/Index.java:1238: error:
cannot find symbol
                        final SearchIndexableRaw raw = (SearchIndexableRaw)
data;
                                                       ^
  symbol:   class SearchIndexableRaw
  location: class Index.UpdateIndexTask
packages/apps/Settings/src/com/android/settings/SecuritySettings.java:737:
error: cannot find symbol
```

```
              final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
                        ^
  symbol:    class SearchIndexableRaw
  location: class SecuritySearchIndexProvider
packages/apps/Settings/src/com/android/settings/SecuritySettings.java:737:
error: cannot find symbol
              final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
                                                       ^
  symbol:    class SearchIndexableRaw
  location: class SecuritySearchIndexProvider
packages/apps/Settings/src/com/android/settings/SecuritySettings.java:742:
error: cannot find symbol
              SearchIndexableRaw data = new SearchIndexableRaw(context);
                       ^
  symbol:    class SearchIndexableRaw
  location: class SecuritySearchIndexProvider
packages/apps/Settings/src/com/android/settings/SecuritySettings.java:742:
error: cannot find symbol
              SearchIndexableRaw data = new SearchIndexableRaw(context);
                                            ^
  symbol:    class SearchIndexableRaw
  location: class SecuritySearchIndexProvider
packages/apps/Settings/src/com/android/settings/SecuritySettings.java:751:
error: cannot find symbol
                  data = new SearchIndexableRaw(context);
                             ^
  symbol:    class SearchIndexableRaw
  location: class SecuritySearchIndexProvider
packages/apps/Settings/src/com/android/settings/SecuritySettings.java:767:
error: cannot find symbol
                  data = new SearchIndexableRaw(context);
                             ^
  symbol:    class SearchIndexableRaw
  location: class SecuritySearchIndexProvider
packages/apps/Settings/src/com/android/settings/SecuritySettings.java:780:
error: cannot find symbol
                    data = new SearchIndexableRaw(context);
                               ^
  symbol:    class SearchIndexableRaw
  location: class SecuritySearchIndexProvider
Ignoring unused library classes...
  Original number of library classes: 11126
  Final number of library classes:    11126
Shrinking...
Ignoring unused library classes...
  Original number of library classes: 11202
  Final number of library classes:    11202
Shrinking...
target Dex: Exchange2
packages/apps/Settings/src/com/android/settings/voice/VoiceInputSettings.java:18
4: error: cannot find symbol
              public List<SearchIndexableRaw> getRawDataToIndex(Context context,
                          ^
```

```
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/voice/VoiceInputSettings.java:22
7: error: cannot find symbol
            private SearchIndexableRaw getSearchIndexableRaw(Context context,
                    ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/voice/VoiceInputSettings.java:18
7: error: cannot find symbol
                List<SearchIndexableRaw> indexables = new ArrayList<>();
                     ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/voice/VoiceInputSettings.java:18
7: error: unexpected type
                List<SearchIndexableRaw> indexables = new ArrayList<>();
                                                          ^
  required: class
  found:    <E>ArrayList<E>
  where E is a type-variable:
    E extends Object declared in class ArrayList
packages/apps/Settings/src/com/android/settings/voice/VoiceInputSettings.java:19
1: error: cannot find symbol
                SearchIndexableRaw indexable = new SearchIndexableRaw(context);
                ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/voice/VoiceInputSettings.java:19
1: error: cannot find symbol
                SearchIndexableRaw indexable = new SearchIndexableRaw(context);
                                                   ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/voice/VoiceInputSettings.java:23
4: error: cannot find symbol
                SearchIndexableRaw indexable = new SearchIndexableRaw(context);
                ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/voice/VoiceInputSettings.java:23
4: error: cannot find symbol
                SearchIndexableRaw indexable = new SearchIndexableRaw(context);
                                                   ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/WallpaperTypeSettings.java:70:
error: cannot find symbol
            public List<SearchIndexableRaw> getRawDataToIndex(Context context,
boolean enabled) {
                        ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/WallpaperTypeSettings.java:71:
error: cannot find symbol
                final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
                           ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/WallpaperTypeSettings.java:71:
error: cannot find symbol
                final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
```

```
                                                                          ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/WallpaperTypeSettings.java:83:
error: cannot find symbol
                      SearchIndexableRaw data = new SearchIndexableRaw(context);
                      ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/WallpaperTypeSettings.java:83:
error: cannot find symbol
                      SearchIndexableRaw data = new SearchIndexableRaw(context);
                                                    ^
   symbol: class SearchIndexableRaw
packages/apps/Browser/res/values-ja/donottranslate_strings.xml:20: warning:
string 'pref_default_text_encoding_default' marked untranslatable but exists in
locale 'ja'

packages/apps/Settings/src/com/android/settings/wifi/SavedAccessPointsWifiSettin
gs.java:223: error: cannot find symbol
           public List<SearchIndexableRaw> getRawDataToIndex(Context context,
boolean enabled) {
                       ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/wifi/SavedAccessPointsWifiSettin
gs.java:224: error: cannot find symbol
               final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
                          ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/wifi/SavedAccessPointsWifiSettin
gs.java:224: error: cannot find symbol
               final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
                                                            ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/wifi/SavedAccessPointsWifiSettin
gs.java:229: error: cannot find symbol
                      SearchIndexableRaw data = new SearchIndexableRaw(context);
                      ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/wifi/SavedAccessPointsWifiSettin
gs.java:229: error: cannot find symbol
                      SearchIndexableRaw data = new SearchIndexableRaw(context);
                                                    ^
   symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/wifi/SavedAccessPointsWifiSettin
gs.java:243: error: cannot find symbol
                      data = new SearchIndexableRaw(context);
                                 ^
   symbol: class SearchIndexableRaw
Preparing output jar
[/home/ubuntu/out/target/common/obj/APPS/Email_intermediates/proguard.classes.ja
r]
   Copying resources from program jar
[/home/ubuntu/out/target/common/obj/APPS/Email_intermediates/classes.jar]
```

```
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:1534] compiler [Exclusive time]
[Total time]
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:1534]   0.221s/2.773s dex2oat
Setup
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:1534]   0.739s Resolve
MethodsAndFields
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:1534]   0.284s Verify Dex File
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:1534]   0.008s
InitializeNoClinit
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:1534]   0.426s Compile Dex File
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:1534]   0s/0.020s dex2oat
OatWriter
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:1534]    0s Loading image
checksum
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:1534]    0s InitOatHeader
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:1534]    0s InitOatDexFiles
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:1534]    0s InitDexFiles
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:1534]    0.004s InitOatClasses
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:1534]    0.007s InitOatMaps
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:1534]    0s InitOatCode
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:1534]    0.008s
InitOatCodeDexFiles
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:1534]   1.048s Writing ELF
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:1534]   0.023s Patching ELF
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:1534] compiler: end, 2.773s
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:1534]
packages/apps/Settings/src/com/android/settings/wifi/WifiSettings.java:1076:
error: cannot find symbol
          public List<SearchIndexableRaw> getRawDataToIndex(Context context,
boolean enabled) {
                           ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/wifi/WifiSettings.java:1077:
error: cannot find symbol
          final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
                          ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/wifi/WifiSettings.java:1077:
error: cannot find symbol
          final List<SearchIndexableRaw> result = new
ArrayList<SearchIndexableRaw>();
                                                    ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/wifi/WifiSettings.java:1081:
error: cannot find symbol
              SearchIndexableRaw data = new SearchIndexableRaw(context);
                      ^
  symbol: class SearchIndexableRaw
packages/apps/Settings/src/com/android/settings/wifi/WifiSettings.java:1081:
error: cannot find symbol
              SearchIndexableRaw data = new SearchIndexableRaw(context);
                                                ^
  symbol: class SearchIndexableRaw
```

```
packages/apps/Settings/src/com/android/settings/wifi/WifiSettings.java:1095:
error: cannot find symbol
                    data = new SearchIndexableRaw(context);
                                 ^
   symbol: class SearchIndexableRaw
nothing matches overlay file ic_contact_picture.png, for flavor xxhdpi-v4
Install: out/target/product/generic/system/app/PrintSpooler/PrintSpooler.apk
mkdir -p out/target/product/generic/system/app/PrintSpooler/lib/arm  ;ln -sf
/system/lib/libprintspooler_jni.so
out/target/product/generic/system/app/PrintSpooler/lib/arm/libprintspooler_jni.s
o
dex2oatd I  6079  6079 art/dex2oat/dex2oat.cc:268] dex2oat took 2.987s (threads:
32)
Note: Some input files use or override a deprecated API.
Note: Recompile with -Xlint:deprecation for details.
Note: Some input files use unchecked or unsafe operations.
Note: Recompile with -Xlint:unchecked for details.
154 errors
make: *** [out/target/common/obj/APPS/Settings_intermediates/classes-full-
debug.jar] Error 41
make: *** Waiting for unfinished jobs....
Install: out/target/product/generic/system/priv-app/Launcher2/arm/Launcher2.odex
Removing unused program classes and class elements...
   Original number of program classes: 3154
   Final number of program classes:    1207
Removing unused program classes and class elements...
   Original number of program classes: 3195
   Final number of program classes:    1297
Writing output...
Preparing output jar
[/home/ubuntu/out/target/common/obj/APPS/Contacts_intermediates/proguard.classes
.jar]
   Copying resources from program jar
[/home/ubuntu/out/target/common/obj/APPS/Contacts_intermediates/classes.jar]
Writing output...
Preparing output jar
[/home/ubuntu/out/target/common/obj/APPS/Dialer_intermediates/proguard.classes.j
ar]
   Copying resources from program jar
[/home/ubuntu/out/target/common/obj/APPS/Dialer_intermediates/classes.jar]
warning: string 'menu_insert_smiley' has no default translation.


warning: string 'menu_insert_smiley' is missing 87 required localizations: af_ZA
am_ET ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI el_GR
en_AU en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES fa_IR
fi_FI fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS it_CH
it_IT iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV mk_MK
ml_IN mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT rm_CH
ro_RO ru_RU si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH tr_TR
uk_UA ur_PK uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
warning: no entries written for drawable/bg_cling5 (0x7f020007)
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1534] compiler [Exclusive time]
[Total time]
```

```
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1534]   0.214s/3.891s dex2oat
Setup
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1534]   0.421s Resolve
MethodsAndFields
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1534]   0.312s Verify Dex File
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1534]   0.021s
InitializeNoClinit
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1534]   0.540s Compile Dex File
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1534]   0s/0.022s dex2oat
OatWriter
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1534]    0s Loading image
checksum
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1534]    0s InitOatHeader
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1534]    0s InitOatDexFiles
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1534]    0s InitDexFiles
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1534]   0.005s InitOatClasses
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1534]   0.007s InitOatMaps
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1534]    0s InitOatCode
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1534]   0.009s
InitOatCodeDexFiles
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1534]   2.345s Writing ELF
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1534]   0.012s Patching ELF
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1534] compiler: end, 3.891s
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:1534]
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1534] compiler [Exclusive time]
[Total time]
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1534]   0.243s/3.881s dex2oat
Setup
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1534]   0.331s Resolve
MethodsAndFields
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1534]   0.346s Verify Dex File
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1534]   0.015s
InitializeNoClinit
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1534]   0.447s Compile Dex File
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1534]   0s/0.042s dex2oat
OatWriter
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1534]    0s Loading image
checksum
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1534]    0s InitOatHeader
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1534]    0s InitOatDexFiles
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1534]    0s InitDexFiles
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1534]   0.006s InitOatClasses
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1534]   0.008s InitOatMaps
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1534]    0s InitOatCode
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1534]   0.027s
InitOatCodeDexFiles
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1534]   2.441s Writing ELF
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1534]   0.013s Patching ELF
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1534] compiler: end, 3.881s
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:1534]
dex2oatd I  6266  6266 art/dex2oat/dex2oat.cc:268] dex2oat took 4.101s (threads:
32)
dex2oatd I  6270  6270 art/dex2oat/dex2oat.cc:268] dex2oat took 4.095s (threads:
32)
```

```
Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt opt[K[Kout[K[K[Kut/
casecheck.txt          CaseCheck.txt       host/                 target/
versions_checked.mk
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  9 00:47
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713092 Feb  9 00:47
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  9 00:42
out/target/product/generic/cache.img


failed here *****



]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls junk
README.math    README.net    README.os.StorageManager  README.printall
README.wifi.method
README.math~   README.os    README.ping               README.searchraw
SearchIndexableRaw.java
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ cat
RE[K[Kunk[K[K[Kjunk/README.searchraw
sudo mv
packages/apps/Settings/src/com/android/settings/search/SearchIndexableRaw.java
junk/
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo mv
junk/SearchIndexableRaw.java
packa[Kages/apps/Settings/src/com/android/settings/ser[Karch/
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make -j32
============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
including ./abi/cpp/Android.mk ...
```

```
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...


[elided including]

warning: string 'wimax_settings_summary' is missing 87 required localizations:
af_ZA am_ET ar_EG az_AZ bg_BG bn_BD ca_ES cs_CZ da_DK de_AT de_CH de_DE de_LI
el_GR en_AU en_CA en_GB en_IN en_NZ en_SG en_US eo_EU es_ES es_US et_EE eu_ES
fa_IR fi_FI fr_BE fr_CA fr_CH fr_FR gl_ES hi_IN hr_HR hu_HU hy_AM in_ID is_IS
it_CH it_IT iw_IL ja_JP ka_GE kk_KZ km_KH kn_IN ko_KR ky_KG lo_LA lt_LT lv_LV
mk_MK ml_IN mn_MN mr_IN ms_MY my_MM nb_NO ne_NP nl_BE nl_NL pl_PL pt_BR pt_PT
rm_CH ro_RO ru_RU si_LK sk_SK sl_SI sr_RS sv_SE sw_TZ ta_IN te_IN th_TH tl_PH
tr_TR uk_UA ur_PK uz_UZ vi_VN zh_CN zh_HK zh_TW zu_ZA
Install: out/target/product/generic/system/priv-app/Settings/Settings.apk
build/tools/generate-notice-files.py  out/target/product/generic/obj/NOTICE.txt
out/target/product/generic/obj/NOTICE.html "Notices for files contained in the
filesystem images in this directory:"
out/target/product/generic/obj/NOTICE_FILES/src
Combining NOTICE files into HTML
Combining NOTICE files into text
Installed file list: out/target/product/generic/installed-files.txt
Target system fs image:
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
Running:  mkuserimg.sh out/target/product/generic/system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
ext4 system 576716800 out/target/product/generic/root/file_contexts
make_ext4fs -T -1 -S out/target/product/generic/root/file_contexts -l 576716800
-a system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
out/target/product/generic/system
Creating filesystem with parameters:
    Size: 576716800
    Block size: 4096
    Blocks per group: 32768
    Inodes per group: 7040
    Inode size: 256
    Journal blocks: 2200
    Label:
    Blocks: 140800
    Block groups: 5
    Reserved block group size: 39
Created filesystem with 1458/35200 inodes and 106608/140800 blocks
Install system fs image: out/target/product/generic/system.img
out/target/product/generic/system.img+ maxsize=588791808 blocksize=2112
total=576716800 reserve=5947392
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt out/sudo make -j32v
junk/SearchIndexableRaw.java
packages/apps/Settings/src/com/android/settings/search/
[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[C[Ccat junk/README.searchraw
[Kls junk[Kecho "failed here *****"ls -lt out/target/product/generic/*.img
```

```
-rw-r--r-- 1 root root 576716800 Feb  9 01:46
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  9 00:47
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713092 Feb  9 00:47
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  9 00:42
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ exit

Script done on Tue 09 Feb 2016 01:49:15 AM UTC
```

# APPENDIX S

```
Script started on Tue 09 Feb 2016 01:50:41 AM UTC
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ cat
junk/R EADME.wifimonitor
sudo mv
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiMonitor.java
junk
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  9 01:46
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  9 00:47
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713092 Feb  9 00:47
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  9 00:42
out/target/product/generic/cache.img
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ date
Tue Feb  9 01:51:06 UTC 2016
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ma [Ksudo make
lc [K [Kclean
============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
Entire build directory removed.
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo make -j32
============================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
```

```
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
Checking build tools versions...
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...


[elided including]


Import includes file: out/host/linux-
x86/obj/SHARED_LIBRARIES/libunwind_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj/SHARED_LIBRARIES/libnativebridge_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj/SHARED_LIBRARIES/libsigchain_intermediates/import_includes
Import includes file: out/host/linux-x86/obj/STATIC_LIBRARIES/libziparchive-
host_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj/STATIC_LIBRARIES/libz_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj/STATIC_LIBRARIES/libutils_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj/STATIC_LIBRARIES/libvixl_intermediates/import_includes
Export includes file: art/compiler/Android.mk -- out/host/linux-
x86/obj/SHARED_LIBRARIES/libart-compiler_intermediates/export_includes
Export includes file: external/compiler-rt/lib/asan/Android.mk --
out/host/linux-
x86/obj/SHARED_LIBRARIES/libcompiler_rt_intermediates/export_includes
Import includes file: out/host/linux-x86/obj/SHARED_LIBRARIES/libcrypto-
host_intermediates/import_includes
Export includes file: external/openssl/Android.mk -- out/host/linux-
x86/obj/SHARED_LIBRARIES/libcrypto-host_intermediates/export_includes
Notice file: external/openssl/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/libcrypto-host.so.txt
Import includes file: out/host/linux-x86/obj/SHARED_LIBRARIES/libexpat-
host_intermediates/import_includes
Export includes file: external/expat/Android.mk -- out/host/linux-
x86/obj/SHARED_LIBRARIES/libexpat-host_intermediates/export_includes
Notice file: external/expat/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/libexpat-host.so.txt
```

Export includes file: external/icu/icu4c/source/common/Android.mk --
out/host/linux-x86/obj/SHARED_LIBRARIES/libicuuc-
host_intermediates/export_includes
Import includes file: out/host/linux-x86/obj/SHARED_LIBRARIES/libicuuc-
host_intermediates/import_includes
Export includes file: external/icu/icu4c/source/i18n/Android.mk --
out/host/linux-x86/obj/SHARED_LIBRARIES/libicui18n-
host_intermediates/export_includes
Export includes file: external/zlib/Android.mk -- out/host/linux-
x86/obj/SHARED_LIBRARIES/libz-host_intermediates/export_includes
Export includes file: external/fdlibm/Android.mk -- out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm_intermediates/export_includes
Import includes file: out/host/linux-x86/obj/SHARED_LIBRARIES/libz-
host_intermediates/import_includes
Import includes file: out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm_intermediates/import_includes
Export includes file: libcore/Android.mk -- out/host/linux-
x86/obj/SHARED_LIBRARIES/libjavacore_intermediates/export_includes
Notice file: libcore/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/libjavacore.so.txt
Notice file: external/zlib/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib64/libz-host.so.txt
warning: [options] bootstrap class path not set in conjunction with -source 1.6
Export includes file: frameworks/native/libs/binder/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libbinder_intermediates/export_i
ncludes
Export includes file: bionic/libc/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libc_intermediates/export_includ
es
Export includes file: system/core/liblog/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/liblog_intermediates/export_incl
udes
Export includes file: bionic/libm/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libm_intermediates/export_includ
es
Export includes file: bionic/libc/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libstdc++_intermediates/export_i
ncludes
Export includes file: external/stlport/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libstlport_intermediates/export_
includes
Export includes file: system/core/libutils/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libutils_intermediates/export_in
cludes
Export includes file: external/gtest/src/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libgtest_intermediates/export_in
cludes
Export includes file: external/gtest/src/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libgtest_main_intermediates/expo
rt_includes
Export includes file: system/extras/tests/lib/testUtil/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libtestUtil_intermediates/export
_includes

```
Export includes file: external/compiler-rt/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libcompiler_rt-
extras_intermediates/export_includes
Export includes file: system/core/libcutils/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libcutils_intermediates/export_i
ncludes
Export includes file: bionic/libdl/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libdl_intermediates/export_inclu
des
Export includes file: bionic/libc/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libc_common_intermediates/export
_includes
Export includes file: bionic/libc/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libc_aeabi_intermediates/export_
includes
Export includes file: bionic/libc/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libc_bionic_intermediates/export
_includes
Export includes file: bionic/libc/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libc_cxa_intermediates/export_in
cludes
Export includes file: bionic/libc/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libc_dns_intermediates/export_in
cludes
Export includes file: bionic/libc/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libc_freebsd_intermediates/expor
t_includes
Export includes file: bionic/libc/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libc_gdtoa_intermediates/export_
includes
Export includes file: bionic/libc/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libc_malloc_intermediates/export
_includes
Export includes file: bionic/libc/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libc_netbsd_intermediates/export
_includes
Export includes file: bionic/libc/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libc_openbsd_intermediates/expor
t_includes
Export includes file: bionic/libc/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libc_stack_protector_intermediat
es/export_includes
Export includes file: bionic/libc/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libc_syscalls_intermediates/expo
rt_includes
Export includes file: bionic/libc/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libc_tzcode_intermediates/export
_includes
Export includes file: external/jemalloc/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libjemalloc_intermediates/export
_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libc_aeabi_intermediates/import_
includes
```

```
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libc_bionic_intermediates/import
_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libc_cxa_intermediates/import_in
cludes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libc_dns_intermediates/import_in
cludes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libc_freebsd_intermediates/impor
t_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libc_gdtoa_intermediates/import_
includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libc_malloc_intermediates/import
_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libc_netbsd_intermediates/import
_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libc_openbsd_intermediates/impor
t_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libc_stack_protector_intermediat
es/import_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libc_syscalls_intermediates/impo
rt_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libc_tzcode_intermediates/import
_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libjemalloc_intermediates/import
_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libm_intermediates/import_includ
es
Export includes file: bionic/libm/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libm_intermediates/export_includ
es
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libstdc++_intermediates/import_i
ncludes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/liblog_intermediates/import_incl
udes
Export includes file: system/core/liblog/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/liblog_intermediates/export_incl
udes
Export includes file: system/core/libcutils/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libcutils_intermediates/export_i
ncludes
```

```
Export includes file: external/gcc-demangle/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libgccdemangle_intermediates/exp
ort_includes
Export includes file: external/libunwind/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libunwind_intermediates/export_i
ncludes
Export includes file: external/libunwind/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libunwind-
ptrace_intermediates/export_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libgccdemangle_intermediates/imp
ort_includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libstlport_intermediates/import_
includes
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libunwind_intermediates/import_i
ncludes
Import includes file: out/target/product/generic/obj/SHARED_LIBRARIES/libunwind-
ptrace_intermediates/import_includes
Export includes file: system/core/libbacktrace/Android.mk --
out/target/product/generic/obj/SHARED_LIBRARIES/libbacktrace_intermediates/expor
t_includes
Export includes file: system/core/libutils/Android.mk --
out/target/product/generic/obj/STATIC_LIBRARIES/libutils_intermediates/export_in
cludes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libgtest_intermediates/import_in
cludes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libgtest_main_intermediates/impo
rt_includes
Import includes file:
out/target/product/generic/obj/STATIC_LIBRARIES/libtestUtil_intermediates/import
_includes
Export includes file: system/extras/tests/binder/benchmarks/Android.mk --
out/target/product/generic/obj/EXECUTABLES/binderAddInts_intermediates/export_in
cludes
Notice file: bionic/libc/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libc.so.txt
Notice file: bionic/libc/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libc_common.a.txt
Notice file: bionic/libdl/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libdl.so.txt
Notice file: system/core/libcutils/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libcutils.so.txt
Notice file: system/core/libcutils/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libcutils.a.txt
Notice file: system/core/liblog/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/liblog.a.txt
Notice file: system/core/liblog/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/liblog.so.txt
Notice file: bionic/libm/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libm.so.txt
```

```
Notice file: bionic/libm/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libm.a.txt
Notice file: bionic/libc/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libstdc++.so.txt
Notice file: system/core/libutils/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libutils.so.txt
Notice file: system/core/libutils/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libutils.a.txt
Notice file: external/gcc-demangle/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libgccdemangle.so.tx
t
Notice file: external/stlport/NOTICE --
out/target/product/generic/obj/NOTICE_FILES/src//system/lib/libstlport.so.txt


[elided]

target Package: Telecom
(out/target/product/generic/obj/APPS/Telecom_intermediates/package.apk)
Copying: out/target/common/obj/APPS/TeleService_intermediates/classes.dex
target Package: TeleService
(out/target/product/generic/obj/APPS/TeleService_intermediates/package.apk)
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:79: error: cannot find symbol
import com.android.server.wifi.WifiMonitor;
                               ^
  symbol:   class WifiMonitor
  location: package com.android.server.wifi
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:501: error: cannot find symbol
        private WifiMonitor mWifiMonitor = new WifiMonitor(this, mWifiNative);
                ^
  symbol:   class WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:152: error: cannot find symbol
    private WifiMonitor mWifiMonitor;
            ^
  symbol:   class WifiMonitor
  location: class WifiStateMachine
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:1152: error: cannot find symbol
    public WifiMonitor getWifiMonitor() {
           ^
  symbol:   class WifiMonitor
  location: class WifiStateMachine
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiServiceImpl.jav
a:1764: error: cannot find symbol
    public WifiMonitor getWifiMonitor() {
           ^
  symbol:   class WifiMonitor
  location: class WifiServiceImpl
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:501: error: cannot find symbol
        private WifiMonitor mWifiMonitor = new WifiMonitor(this, mWifiNative);
                                               ^
```

```
  symbol:   class WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:701: error: cannot find symbol
                case WifiMonitor.P2P_INVITATION_RESULT_EVENT:
                     ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:702: error: cannot find symbol
                case WifiMonitor.SCAN_RESULTS_EVENT:
                     ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:703: error: cannot find symbol
                case WifiMonitor.SUP_CONNECTION_EVENT:
                     ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:704: error: cannot find symbol
                case WifiMonitor.SUP_DISCONNECTION_EVENT:
                     ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:705: error: cannot find symbol
                case WifiMonitor.NETWORK_CONNECTION_EVENT:
                     ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:706: error: cannot find symbol
                case WifiMonitor.NETWORK_DISCONNECTION_EVENT:
                     ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:707: error: cannot find symbol
                case WifiMonitor.SUPPLICANT_STATE_CHANGE_EVENT:
                     ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:708: error: cannot find symbol
                case WifiMonitor.AUTHENTICATION_FAILURE_EVENT:
                     ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:709: error: cannot find symbol
                case WifiMonitor.WPS_SUCCESS_EVENT:
                     ^
  symbol:   variable WifiMonitor
```

```
   location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:710: error: cannot find symbol
                case WifiMonitor.WPS_FAIL_EVENT:
                     ^
  symbol:   variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:711: error: cannot find symbol
                case WifiMonitor.WPS_OVERLAP_EVENT:
                     ^
  symbol:   variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:712: error: cannot find symbol
                case WifiMonitor.WPS_TIMEOUT_EVENT:
                     ^
  symbol:   variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:713: error: cannot find symbol
                case WifiMonitor.P2P_GROUP_REMOVED_EVENT:
                     ^
  symbol:   variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:714: error: cannot find symbol
                case WifiMonitor.P2P_DEVICE_FOUND_EVENT:
                     ^
  symbol:   variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:715: error: cannot find symbol
                case WifiMonitor.P2P_DEVICE_LOST_EVENT:
                     ^
  symbol:   variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:716: error: cannot find symbol
                case WifiMonitor.P2P_FIND_STOPPED_EVENT:
                     ^
  symbol:   variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:717: error: cannot find symbol
                case WifiMonitor.P2P_SERV_DISC_RESP_EVENT:
                     ^
  symbol:   variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:728: error: cannot find symbol
                case WifiMonitor.P2P_PROV_DISC_FAILURE_EVENT:
                     ^
  symbol:   variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
```

```
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:743: error: cannot find symbol
                case WifiMonitor.P2P_GROUP_STARTED_EVENT:
                                ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:751: error: cannot find symbol
                case WifiMonitor.P2P_GROUP_FORMATION_FAILURE_EVENT:
                                ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:863: error: cannot find symbol
                case WifiMonitor.SUP_DISCONNECTION_EVENT:
                                ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.P2pDisablingState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:927: error: cannot find symbol
                case WifiMonitor.SUP_CONNECTION_EVENT:
                                ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.P2pEnablingState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:931: error: cannot find symbol
                case WifiMonitor.SUP_DISCONNECTION_EVENT:
                                ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.P2pEnablingState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:960: error: cannot find symbol
                case WifiMonitor.SUP_DISCONNECTION_EVENT:
                                ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.P2pEnabledState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1036: error: cannot find symbol
                case WifiMonitor.P2P_FIND_STOPPED_EVENT:
                                ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.P2pEnabledState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1066: error: cannot find symbol
                case WifiMonitor.P2P_DEVICE_FOUND_EVENT:
                                ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.P2pEnabledState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1072: error: cannot find symbol
                case WifiMonitor.P2P_DEVICE_LOST_EVENT:
                                ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.P2pEnabledState
```

```
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1118: error: cannot find symbol
                case WifiMonitor.P2P_SERV_DISC_RESP_EVENT:
                                ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.P2pEnabledState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1250: error: cannot find symbol
                case WifiMonitor.P2P_GO_NEGOTIATION_REQUEST_EVENT:
                                ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.InactiveState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1261: error: cannot find symbol
                case WifiMonitor.P2P_INVITATION_RECEIVED_EVENT:
                                ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.InactiveState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1295: error: cannot find symbol
                case WifiMonitor.P2P_PROV_DISC_PBC_REQ_EVENT:
                                ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.InactiveState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1296: error: cannot find symbol
                case WifiMonitor.P2P_PROV_DISC_ENTER_PIN_EVENT:
                                ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.InactiveState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1297: error: cannot find symbol
                case WifiMonitor.P2P_PROV_DISC_SHOW_PIN_EVENT:
                                ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.InactiveState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1328: error: cannot find symbol
                case WifiMonitor.P2P_GROUP_STARTED_EVENT:
                                ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.InactiveState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1430: error: cannot find symbol
                case WifiMonitor.P2P_DEVICE_LOST_EVENT:
                                ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.GroupCreatingState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1461: error: cannot find symbol
                case WifiMonitor.P2P_GO_NEGOTIATION_SUCCESS_EVENT:
                                ^
  symbol:   variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.GroupCreatingState
```

```
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1561: error: cannot find symbol
                case WifiMonitor.P2P_PROV_DISC_PBC_RSP_EVENT:
                                ^
  symbol:    variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.ProvisionDiscoveryState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1572: error: cannot find symbol
                case WifiMonitor.P2P_PROV_DISC_ENTER_PIN_EVENT:
                                ^
  symbol:    variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.ProvisionDiscoveryState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1589: error: cannot find symbol
                case WifiMonitor.P2P_PROV_DISC_SHOW_PIN_EVENT:
                                ^
  symbol:    variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.ProvisionDiscoveryState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1602: error: cannot find symbol
                case WifiMonitor.P2P_PROV_DISC_FAILURE_EVENT:
                                ^
  symbol:    variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.ProvisionDiscoveryState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1626: error: cannot find symbol
                case WifiMonitor.P2P_GO_NEGOTIATION_SUCCESS_EVENT:
                                ^
  symbol:    variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.GroupNegotiationState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1627: error: cannot find symbol
                case WifiMonitor.P2P_GROUP_FORMATION_SUCCESS_EVENT:
                                ^
  symbol:    variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.GroupNegotiationState
packages/services/Telecomm/res/drawable-ldrtl-hdpi/ic_text_holo_dark.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1630: error: cannot find symbol
                case WifiMonitor.P2P_GROUP_STARTED_EVENT:
                                ^
  symbol:    variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.GroupNegotiationState
packages/services/Telecomm/res/drawable-ldrtl-xhdpi/ic_text_holo_dark.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1682: error: cannot find symbol
packages/services/Telecomm/res/drawable-ldrtl-hdpi/stat_sys_phone_call.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
                case WifiMonitor.P2P_GO_NEGOTIATION_FAILURE_EVENT:
                                ^
packages/services/Telecomm/res/drawable-ldrtl-xhdpi/stat_sys_phone_call.png:
libpng warning: iCCP: Not recognizing known sRGB profile that has been edited
  symbol:    variable WifiMonitor
```

```
   location: class WifiP2pServiceImpl.P2pStateMachine.GroupNegotiationState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1689: error: cannot find symbol
                 case WifiMonitor.P2P_GROUP_REMOVED_EVENT:
                      ^
   symbol:   variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.GroupNegotiationState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1697: error: cannot find symbol
                 case WifiMonitor.P2P_GROUP_FORMATION_FAILURE_EVENT:
                      ^
   symbol:   variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.GroupNegotiationState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1704: error: cannot find symbol
                 case WifiMonitor.P2P_INVITATION_RESULT_EVENT:
                      ^
   symbol:   variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.GroupNegotiationState
packages/services/Telecomm/res/mipmap-xxxhdpi/ic_launcher_phone.png: libpng
warning: iCCP: Not recognizing known sRGB profile that has been edited
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1790: error: cannot find symbol
                 case WifiMonitor.P2P_GO_NEGOTIATION_SUCCESS_EVENT:
                      ^
   symbol:   variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.FrequencyConflictState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1791: error: cannot find symbol
                 case WifiMonitor.P2P_GROUP_FORMATION_SUCCESS_EVENT:
                      ^
   symbol:   variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.FrequencyConflictState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1794: error: cannot find symbol
                 case WifiMonitor.P2P_GROUP_STARTED_EVENT:
                      ^
   symbol:   variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.FrequencyConflictState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1799: error: cannot find symbol
                 case WifiMonitor.P2P_GO_NEGOTIATION_FAILURE_EVENT:
                      ^
   symbol:   variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.FrequencyConflictState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1800: error: cannot find symbol
                 case WifiMonitor.P2P_GROUP_REMOVED_EVENT:
                      ^
   symbol:   variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.FrequencyConflictState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1801: error: cannot find symbol
                 case WifiMonitor.P2P_GROUP_FORMATION_FAILURE_EVENT:
                      ^
```

```
  symbol:    variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.FrequencyConflictState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1857: error: cannot find symbol
                case WifiMonitor.AP_STA_CONNECTED_EVENT:
                    ^
  symbol:    variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.GroupCreatedState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1876: error: cannot find symbol
                case WifiMonitor.AP_STA_DISCONNECTED_EVENT:
                    ^
  symbol:    variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.GroupCreatedState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1948: error: cannot find symbol
                case WifiMonitor.P2P_GROUP_REMOVED_EVENT:
                    ^
  symbol:    variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.GroupCreatedState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:1953: error: cannot find symbol
                case WifiMonitor.P2P_DEVICE_LOST_EVENT:
                    ^
  symbol:    variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.GroupCreatedState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:2014: error: cannot find symbol
                case WifiMonitor.P2P_INVITATION_RESULT_EVENT:
                    ^
  symbol:    variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.GroupCreatedState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:2038: error: cannot find symbol
                case WifiMonitor.P2P_PROV_DISC_PBC_REQ_EVENT:
                    ^
  symbol:    variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.GroupCreatedState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:2039: error: cannot find symbol
                case WifiMonitor.P2P_PROV_DISC_ENTER_PIN_EVENT:
                    ^
  symbol:    variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.GroupCreatedState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:2040: error: cannot find symbol
                case WifiMonitor.P2P_PROV_DISC_SHOW_PIN_EVENT:
                    ^
  symbol:    variable WifiMonitor
  location: class WifiP2pServiceImpl.P2pStateMachine.GroupCreatedState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:2044: error: cannot find symbol
                    if (message.what ==
WifiMonitor.P2P_PROV_DISC_ENTER_PIN_EVENT) {
                                ^
```

```
   symbol:    variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.GroupCreatedState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:2046: error: cannot find symbol
                      } else if (message.what ==
WifiMonitor.P2P_PROV_DISC_SHOW_PIN_EVENT) {
                                                    ^
   symbol:    variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.GroupCreatedState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:2054: error: cannot find symbol
                  case WifiMonitor.P2P_GROUP_STARTED_EVENT:
                            ^
   symbol:    variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.GroupCreatedState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:2082: error: cannot find symbol
                  case WifiMonitor.P2P_PROV_DISC_PBC_REQ_EVENT:
                            ^
   symbol:    variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.UserAuthorizingJoinState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:2083: error: cannot find symbol
                  case WifiMonitor.P2P_PROV_DISC_ENTER_PIN_EVENT:
                            ^
   symbol:    variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.UserAuthorizingJoinState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/p2p/WifiP2pServiceI
mpl.java:2084: error: cannot find symbol
                  case WifiMonitor.P2P_PROV_DISC_SHOW_PIN_EVENT:
                            ^
   symbol:    variable WifiMonitor
   location: class WifiP2pServiceImpl.P2pStateMachine.UserAuthorizingJoinState
Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in manifest.
frameworks/opt/net/wifi/service/java/com/android/server/wifi/SupplicantStateTrac
ker.java:227: error: cannot find symbol
                  case WifiMonitor.AUTHENTICATION_FAILURE_EVENT:
                            ^
   symbol:    variable WifiMonitor
   location: class SupplicantStateTracker.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/SupplicantStateTrac
ker.java:231: error: cannot find symbol
                  case WifiMonitor.SUPPLICANT_STATE_CHANGE_EVENT:
                            ^
   symbol:    variable WifiMonitor
   location: class SupplicantStateTracker.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/SupplicantStateTrac
ker.java:245: error: cannot find symbol
                  case WifiMonitor.ASSOCIATION_REJECTION_EVENT:
                            ^
   symbol:    variable WifiMonitor
   location: class SupplicantStateTracker.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/SupplicantStateTrac
ker.java:331: error: cannot find symbol
```

```
                case WifiMonitor.SUPPLICANT_STATE_CHANGE_EVENT:
                              ^
  symbol:    variable WifiMonitor
  location: class SupplicantStateTracker.HandshakeState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/SupplicantStateTrac
ker.java:375: error: cannot find symbol
                case WifiMonitor.SUPPLICANT_STATE_CHANGE_EVENT:
                              ^
  symbol:    variable WifiMonitor
  location: class SupplicantStateTracker.CompletedState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:857: error: cannot find symbol
        mWifiMonitor = new WifiMonitor(this, mWifiNative);
                           ^
  symbol:    class WifiMonitor
  location: class WifiStateMachine
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:2395: error: cannot find symbol
                case WifiMonitor.SUPPLICANT_STATE_CHANGE_EVENT:
                              ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:2458: error: cannot find symbol
                case WifiMonitor.ASSOCIATION_REJECTION_EVENT:
                              ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:2472: error: cannot find symbol
                case WifiMonitor.SCAN_RESULTS_EVENT:
                              ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:2500: error: cannot find symbol
                case WifiMonitor.NETWORK_CONNECTION_EVENT:
                              ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:2530: error: cannot find symbol
                case WifiMonitor.NETWORK_DISCONNECTION_EVENT:
                              ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:2549: error: cannot find symbol
                case WifiMonitor.SSID_TEMP_DISABLED:
                              ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:2550: error: cannot find symbol
                case WifiMonitor.SSID_REENABLED:
```

```
                           ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:4588: error: cannot find symbol
                case WifiMonitor.SUP_CONNECTION_EVENT:
                           ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:4589: error: cannot find symbol
                case WifiMonitor.SUP_DISCONNECTION_EVENT:
                           ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:4590: error: cannot find symbol
                case WifiMonitor.NETWORK_CONNECTION_EVENT:
                           ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:4591: error: cannot find symbol
                case WifiMonitor.NETWORK_DISCONNECTION_EVENT:
                           ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:4592: error: cannot find symbol
                case WifiMonitor.SCAN_RESULTS_EVENT:
                           ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:4593: error: cannot find symbol
                case WifiMonitor.SUPPLICANT_STATE_CHANGE_EVENT:
                           ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:4594: error: cannot find symbol
                case WifiMonitor.AUTHENTICATION_FAILURE_EVENT:
                           ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:4595: error: cannot find symbol
                case WifiMonitor.ASSOCIATION_REJECTION_EVENT:
                           ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:4596: error: cannot find symbol
                case WifiMonitor.WPS_OVERLAP_EVENT:
                           ^
```

```
  symbol:    variable WifiMonitor
  location: class WifiStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:4615: error: cannot find symbol
                case WifiMonitor.SUP_REQUEST_IDENTITY:
                     ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:4618: error: cannot find symbol
                case WifiMonitor.SUP_REQUEST_SIM_AUTH:
                     ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:4640: error: cannot find symbol
                case WifiMonitor.DRIVER_HUNG_EVENT:
                     ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine.DefaultState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:4835: error: cannot find symbol
                case WifiMonitor.SUP_CONNECTION_EVENT:
                     ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine.SupplicantStartingState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:4861: error: cannot find symbol
                case WifiMonitor.SUP_DISCONNECTION_EVENT:
                     ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine.SupplicantStartingState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:4929: error: cannot find symbol
                case WifiMonitor.SUP_DISCONNECTION_EVENT:  /* Supplicant
connection lost */
                     ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine.SupplicantStartedState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:4941: error: cannot find symbol
                case WifiMonitor.SCAN_RESULTS_EVENT:
                     ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine.SupplicantStartedState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:5020: error: cannot find symbol
                case WifiMonitor.SUP_CONNECTION_EVENT:
                     ^
  symbol:    variable WifiMonitor
  location: class WifiStateMachine.SupplicantStoppingState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:5023: error: cannot find symbol
                case WifiMonitor.SUP_DISCONNECTION_EVENT:
                     ^
```

```
  symbol:   variable WifiMonitor
  location: class WifiStateMachine.SupplicantStoppingState
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiStateMachine.ja
va:5069: error: cannot find symbol
              case WifiMonitor.SUPPLICANT_STATE_CHANGE_EVENT:
                  ^


[elided errors]

dex2oatd I  1557  1557 art/dex2oat/dex2oat.cc:1534]  0.043s Compile Dex File
dex2oatd I  1557  1557 art/dex2oat/dex2oat.cc:1534]  0.001s Compile Dex File
dex2oatd I  1557  1557 art/dex2oat/dex2oat.cc:1534]  0.195s Compile Dex File
dex2oatd I  1557  1557 art/dex2oat/dex2oat.cc:1534]  0.191s Compile Dex File
dex2oatd I  1557  1557 art/dex2oat/dex2oat.cc:1534]  0s/0.810s dex2oat
OatWriter
dex2oatd I  1557  1557 art/dex2oat/dex2oat.cc:1534]    0s InitOatHeader
dex2oatd I  1557  1557 art/dex2oat/dex2oat.cc:1534]    0s InitOatDexFiles
dex2oatd I  1557  1557 art/dex2oat/dex2oat.cc:1534]    0s InitDexFiles
dex2oatd I  1557  1557 art/dex2oat/dex2oat.cc:1534]    0.123s InitOatClasses
dex2oatd I  1557  1557 art/dex2oat/dex2oat.cc:1534]    0.184s InitOatMaps
dex2oatd I  1557  1557 art/dex2oat/dex2oat.cc:1534]    0.001s InitOatCode
dex2oatd I  1557  1557 art/dex2oat/dex2oat.cc:1534]    0.500s
InitOatCodeDexFiles
dex2oatd I  1557  1557 art/dex2oat/dex2oat.cc:1534]  0.849s Writing ELF
dex2oatd I  1557  1557 art/dex2oat/dex2oat.cc:1534]  7.010s dex2oat
ImageWriter
dex2oatd I  1557  1557 art/dex2oat/dex2oat.cc:1534]  0.057s dex2oat OatFile
copy
dex2oatd I  1557  1557 art/dex2oat/dex2oat.cc:1534] compiler: end, 34.606s
dex2oatd I  1557  1557 art/dex2oat/dex2oat.cc:1534]
dex2oatd I  1557  1557 art/dex2oat/dex2oat.cc:268] dex2oat took 33.842s
(threads: 32)
/home/ubuntu/prebuilts/gcc/linux-x86/arm/arm-linux-androideabi-
4.8/bin/../lib/gcc/arm-linux-androideabi/4.8/../../../../arm-linux-
androideabi/bin/ld.gold: warning: hidden symbol '__system_property_get' in
out/target/product/generic/obj/STATIC_LIBRARIES/base_base_gyp_intermediates/base
_base_gyp.a(sys_info_android.o) is referenced by DSO
out/target/product/generic/obj/lib/libcutils.so
/home/ubuntu/prebuilts/gcc/linux-x86/arm/arm-linux-androideabi-
4.8/bin/../lib/gcc/arm-linux-androideabi/4.8/../../../../arm-linux-
androideabi/bin/ld.gold: warning: hidden symbol 'SkBitmap::lockPixels() const'
in
out/target/product/generic/obj/STATIC_LIBRARIES/skia_skia_library_gyp_intermedia
tes/skia_skia_library_gyp.a(SkBitmap.o) is referenced by DSO
out/target/product/generic/obj/lib/libjnigraphics.so
/home/ubuntu/prebuilts/gcc/linux-x86/arm/arm-linux-androideabi-
4.8/bin/../lib/gcc/arm-linux-androideabi/4.8/../../../../arm-linux-
androideabi/bin/ld.gold: warning: hidden symbol 'SkBitmap::unlockPixels() const'
in
out/target/product/generic/obj/STATIC_LIBRARIES/skia_skia_library_gyp_intermedia
tes/skia_skia_library_gyp.a(SkBitmap.o) is referenced by DSO
out/target/product/generic/obj/lib/libjnigraphics.so
/home/ubuntu/prebuilts/gcc/linux-x86/arm/arm-linux-androideabi-
4.8/bin/../lib/gcc/arm-linux-androideabi/4.8/../../../../arm-linux-
```

```
androideabi/bin/ld.gold: warning: hidden symbol 'SkBitmap::notifyPixelsChanged()
const' in
out/target/product/generic/obj/STATIC_LIBRARIES/skia_skia_library_gyp_intermedia
tes/skia_skia_library_gyp.a(SkBitmap.o) is referenced by DSO
out/target/product/generic/obj/lib/libjnigraphics.so
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  9 02:11
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  9 02:09
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  9 02:03
out/target/product/generic/cache.img


****FAIL HERE***



]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt unk [K[K[Kjunk
total 96
-rw-rw-r-- 1 ubuntu ubuntu    91 Feb  9 01:50 README.wifimonitor
-rw-rw-r-- 1 ubuntu ubuntu    93 Feb  8 22:46 README.searchraw
-rw-rw-r-- 1 ubuntu ubuntu    72 Feb  8 22:06 README.ping
-rw-rw-r-- 1 ubuntu ubuntu    61 Feb  8 11:47 README.printall
-rw-rw-r-- 1 ubuntu ubuntu    58 Feb  8 06:40 README.math
-rw-rw-r-- 1 ubuntu ubuntu    27 Feb  8 06:21 README.wifi.method
-rw-rw-r-- 1 ubuntu ubuntu    79 Feb  8 05:45 README.os.StorageManager
-rw-rw-r-- 1 ubuntu ubuntu    65 Feb  8 04:29 README.os
-rw-rw-r-- 1 ubuntu ubuntu    58 Feb  7 18:41 README.math~
-rw-rw-r-- 1 ubuntu ubuntu    65 Feb  7 18:02 README.net
-rw-r--r-- 1 root   root   56386 Feb  7 16:03 WifiMonitor.java
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ cat
junk/README.wifimonitor
sudo mv
frameworks/opt/net/wifi/service/java/com/android/server/wifi/WifiMonitor.java
junk

[elided]

]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ sudo make -j32
======================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
```

```
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
============================================
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...
including ./cts/Android.mk ...


[elided including]


Install: out/target/product/generic/system/app/Email/Email.apk
Install: out/target/product/generic/system/priv-app/Settings/Settings.apk
build/tools/generate-notice-files.py  out/target/product/generic/obj/NOTICE.txt
out/target/product/generic/obj/NOTICE.html "Notices for files contained in the
filesystem images in this directory:"
out/target/product/generic/obj/NOTICE_FILES/src
Combining NOTICE files into HTML
Combining NOTICE files into text
Installed file list: out/target/product/generic/installed-files.txt
Target system fs image:
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
Running:  mkuserimg.sh out/target/product/generic/system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
ext4 system 576716800 out/target/product/generic/root/file_contexts
make_ext4fs -T -1 -S out/target/product/generic/root/file_contexts -l 576716800
-a system
out/target/product/generic/obj/PACKAGING/systemimage_intermediates/system.img
out/target/product/generic/system
Creating filesystem with parameters:
    Size: 576716800
    Block size: 4096
    Blocks per group: 32768
    Inodes per group: 7040
    Inode size: 256
    Journal blocks: 2200
    Label:
    Blocks: 140800
    Block groups: 5
    Reserved block group size: 39
Created filesystem with 1458/35200 inodes and 106608/140800 blocks
Install system fs image: out/target/product/generic/system.img
out/target/product/generic/system.img+ maxsize=588791808 blocksize=2112
total=576716800 reserve=5947392
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ ls -lt [Kls -lt
/out/[K[K[K[Kout/target/product/generic/*l[K.img
-rw-r--r-- 1 root root 576716800 Feb  9 02:34
out/target/product/generic/system.img
```

```
-rw-r--r-- 1 root root 576716800 Feb  9 02:11
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  9 02:09
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  9 02:03
out/target/product/generic/cache.img
]0;ubuntu@ip-172-31-14-88: ~ubuntu@ip-172-31-14-88:~$ exit

Script done on Tue 09 Feb 2016 02:35:38 AM UTC
```

# APPENDIX  T

```
Script started on Tue 09 Feb 2016 04:39:22 AM UTC
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
-rw-r--r-- 1 root root 576716800 Feb  9 03:05
out/target/product/generic/system.img
-rw-r--r-- 1 root root 576716800 Feb  9 02:59
out/target/product/generic/userdata.img
-rw-r--r-- 1 root root    713093 Feb  9 02:59
out/target/product/generic/ramdisk.img
-rw-r--r-- 1 root root  69206016 Feb  9 02:54
out/target/product/generic/cache.img
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ cat
junk/R EADME.colorpicker
sudo mv
frameworks/opt/colorpicker/src/com/android/colorpicker/ColorPickerDialog.java
junk
sudo make clean
===========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
===========================================
Entire build directory removed.
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo make -j32
===========================================
PLATFORM_VERSION_CODENAME=REL
PLATFORM_VERSION=5.0.1
TARGET_PRODUCT=full
TARGET_BUILD_VARIANT=eng
TARGET_BUILD_TYPE=release
TARGET_BUILD_APPS=
TARGET_ARCH=arm
TARGET_ARCH_VARIANT=armv7-a
TARGET_CPU_VARIANT=generic
TARGET_2ND_ARCH=
TARGET_2ND_ARCH_VARIANT=
TARGET_2ND_CPU_VARIANT=
HOST_ARCH=x86_64
HOST_OS=linux
HOST_OS_EXTRA=Linux-3.13.0-48-generic-x86_64-with-Ubuntu-14.04-trusty
```

```
HOST_BUILD_TYPE=release
BUILD_ID=LRX22C
OUT_DIR=out
==========================================
Checking build tools versions...
including ./abi/cpp/Android.mk ...
including ./art/Android.mk ...
including ./bionic/Android.mk ...
including ./bootable/recovery/Android.mk ...
including ./build/libs/host/Android.mk ...
including ./build/target/board/Android.mk ...
including ./build/target/product/security/Android.mk ...
including ./build/tools/Android.mk ...


[elided]

target thumb C++: libaudioeffect_jni <=
frameworks/base/media/jni/audioeffect/android_media_AudioEffect.cpp
target thumb C++: libaudioeffect_jni <=
frameworks/base/media/jni/audioeffect/android_media_Visualizer.cpp
In file included from frameworks/wilhelm/src/sles_allinclusive.h:96:0,
                 from frameworks/wilhelm/src/sl_iid.c:17:
frameworks/wilhelm/src/android/android_sles_conversions.h:98:36: warning: unused
parameter 'channelMask' [-Wunused-parameter]
 static inline audio_channel_mask_t sles_to_android_channelMaskIn(SLuint32
nbChannels,
                                    ^
frameworks/wilhelm/src/android/android_sles_conversions.h:105:36: warning:
unused parameter 'channelMask' [-Wunused-parameter]
 static inline audio_channel_mask_t sles_to_android_channelMaskOut(SLuint32
nbChannels,
                                    ^
In file included from frameworks/wilhelm/src/sles_allinclusive.h:96:0,
                 from frameworks/wilhelm/src/sl_entry.c:17:
frameworks/wilhelm/src/android/android_sles_conversions.h:98:36: warning: unused
parameter 'channelMask' [-Wunused-parameter]
 static inline audio_channel_mask_t sles_to_android_channelMaskIn(SLuint32
nbChannels,
                                    ^
frameworks/wilhelm/src/android/android_sles_conversions.h:105:36: warning:
unused parameter 'channelMask' [-Wunused-parameter]
 static inline audio_channel_mask_t sles_to_android_channelMaskOut(SLuint32
nbChannels,
                                    ^
target thumb C++: libc_malloc_debug_leak <= bionic/libc/bionic/debug_mapinfo.cpp
target thumb C++: libc_malloc_debug_leak <=
bionic/libc/bionic/debug_stacktrace.cpp
target thumb C++: libc_malloc_debug_leak <= bionic/libc/bionic/libc_logging.cpp
In file included from frameworks/wilhelm/src/classes.h:20:0,
                 from frameworks/wilhelm/src/sles_allinclusive.h:283,
                 from frameworks/wilhelm/src/sl_iid.c:17:
frameworks/wilhelm/src/android/android_GenericPlayer.h:81:18: warning: unused
parameter 'bufferProducer' [-Wunused-parameter]
     virtual void setVideoSurfaceTexture(const sp<IGraphicBufferProducer>
&bufferProducer) {}
```

```
                       ^
target thumb C++: libc_malloc_debug_leak <=
bionic/libc/bionic/malloc_debug_leak.cpp
In file included from frameworks/wilhelm/src/classes.h:20:0,
                 from frameworks/wilhelm/src/sles_allinclusive.h:283,
                 from frameworks/wilhelm/src/sl_entry.c:17:
frameworks/wilhelm/src/android/android_GenericPlayer.h:81:18: warning: unused
parameter 'bufferProducer' [-Wunused-parameter]
     virtual void setVideoSurfaceTexture(const sp<IGraphicBufferProducer>
&bufferProducer) {}
                     ^
target thumb C++: libc_malloc_debug_leak <=
bionic/libc/bionic/malloc_debug_check.cpp
target thumb C++: libc_malloc_debug_qemu <= bionic/libc/bionic/libc_logging.cpp
target thumb C++: libc_malloc_debug_qemu <=
bionic/libc/bionic/malloc_debug_qemu.cpp
target thumb C++: libdrmframework_jni <=
frameworks/base/drm/jni/android_drm_DrmManagerClient.cpp
target thumb C: libexif <= external/libexif/libexif/exif-byte-order.c
target thumb C: libexif <= external/libexif/libexif/exif-content.c
target thumb C: libexif <= external/libexif/libexif/exif-data.c
target thumb C: libexif <= external/libexif/libexif/exif-entry.c
target thumb C: libexif <= external/libexif/libexif/exif-format.c
target thumb C: libexif <= external/libexif/libexif/exif-ifd.c
frameworks/base/media/jni/audioeffect/android_media_Visualizer.cpp:489:1:
warning: unused parameter 'thiz' [-Wunused-parameter]
 android_media_visualizer_native_getCaptureSizeRange(JNIEnv *env, jobject thiz)
 ^
frameworks/base/media/jni/audioeffect/android_media_Visualizer.cpp:501:1:
warning: unused parameter 'env' [-Wunused-parameter]
 android_media_visualizer_native_getMaxCaptureRate(JNIEnv *env, jobject thiz)
 ^
frameworks/base/media/jni/audioeffect/android_media_Visualizer.cpp:501:1:
warning: unused parameter 'thiz' [-Wunused-parameter]
external/libexif/libexif/exif-entry.c:569:32: warning: using floating point
absolute value function 'fabs' when argument is of integer type [-Wabsolute-
value]
                                int decimals =
(int)(log10(fabs(v_srat.denominator))-0.08+1.0);
                                               ^
external/libexif/libexif/exif-entry.c:569:32: note: use function 'abs' instead
                                int decimals =
(int)(log10(fabs(v_srat.denominator))-0.08+1.0);
                                        ^~~~
                                        abs
target thumb C: libexif <= external/libexif/libexif/exif-loader.c
external/libexif/libexif/exif-entry.c:1224:7: warning: case value not in
enumerated type 'ExifTag' [-Wswitch]
        case EXIF_TAG_GPS_VERSION_ID:
             ^
./external/libexif/libexif/exif-tag.h:155:40: note: expanded from macro
'EXIF_TAG_GPS_VERSION_ID'
#define EXIF_TAG_GPS_VERSION_ID          0x0000
                                        ^
```

```
external/libexif/libexif/exif-entry.c:1251:7: warning: case value not in
enumerated type 'ExifTag' [-Wswitch]
        case EXIF_TAG_GPS_ALTITUDE_REF:
        ^
./external/libexif/libexif/exif-tag.h:160:40: note: expanded from macro
'EXIF_TAG_GPS_ALTITUDE_REF'
#define EXIF_TAG_GPS_ALTITUDE_REF     0x0005
                                      ^
external/libexif/libexif/exif-entry.c:1264:7: warning: case value not in
enumerated type 'ExifTag' [-Wswitch]
        case EXIF_TAG_GPS_TIME_STAMP:
        ^
./external/libexif/libexif/exif-tag.h:162:40: note: expanded from macro
'EXIF_TAG_GPS_TIME_STAMP'
#define EXIF_TAG_GPS_TIME_STAMP       0x0007
                                      ^
target thumb C: libexif <= external/libexif/libexif/exif-log.c
target thumb C: libexif <= external/libexif/libexif/exif-mem.c
target thumb C: libexif <= external/libexif/libexif/exif-mnote-data.c
frameworks/base/drm/jni/android_drm_DrmManagerClient.cpp:383:13: warning: unused
parameter 'env' [-Wunused-parameter]
 static void android_drm_DrmManagerClient_installDrmEngine(
        ^
frameworks/base/drm/jni/android_drm_DrmManagerClient.cpp:383:13: warning: unused
parameter 'thiz' [-Wunused-parameter]
frameworks/base/drm/jni/android_drm_DrmManagerClient.cpp:383:13: warning: unused
parameter 'uniqueId' [-Wunused-parameter]
frameworks/base/drm/jni/android_drm_DrmManagerClient.cpp:383:13: warning: unused
parameter 'engineFilePath' [-Wunused-parameter]
frameworks/base/drm/jni/android_drm_DrmManagerClient.cpp:779:6: warning: unused
parameter 'reserved' [-Wunused-parameter]
 jint JNI_OnLoad(JavaVM* vm, void* reserved) {
      ^
target thumb C: libexif <= external/libexif/libexif/exif-tag.c
target thumb C: libexif <= external/libexif/libexif/exif-utils.c
target thumb C: libexif <= external/libexif/libexif/canon/exif-mnote-data-
canon.c
target thumb C: libexif <= external/libexif/libexif/canon/mnote-canon-entry.c
external/libexif/libexif/exif-tag.c:221:35: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
            "contained in this subfile.")},
                                         ^
external/libexif/libexif/exif-tag.c:249:57: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
        {EXIF_TAG_FILL_ORDER, "FillOrder", N_("Fill Order"), ""},
                                                             ^
external/libexif/libexif/exif-tag.c:251:66: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
        {EXIF_TAG_DOCUMENT_NAME, "DocumentName", N_("Document Name"), ""},
                                                                      ^
external/libexif/libexif/exif-tag.c:360:49: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
            "to enable TIFF Trees within a TIFF file.")},
                                                       ^
```

```
external/libexif/libexif/exif-tag.c:362:69: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
          {EXIF_TAG_TRANSFER_RANGE, "TransferRange", N_("Transfer Range"), ""},
                                                                              ^

external/libexif/libexif/exif-tag.c:364:49: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
          {EXIF_TAG_JPEG_PROC, "JPEGProc", "JPEGProc", ""},target thumb C: libexif
<= external/libexif/libexif/canon/mnote-canon-tag.c
                                                        ^
external/libexif/libexif/exif-tag.c:423:73: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
          {EXIF_TAG_XML_PACKET, "XMLPacket", N_("XML Packet"), N_("XMP Metadata")},
                                                                                  ^
external/libexif/libexif/exif-tag.c:426:31: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
           "RelatedImageFileFormat", ""},
                                     ^
external/libexif/libexif/exif-tag.c:429:26: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
           "RelatedImageWidth", ""},
                                ^
external/libexif/libexif/exif-tag.c:432:27: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
           "RelatedImageLength", ""},
                                 ^
external/libexif/libexif/exif-tag.c:435:28: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
           "CFARepeatPatternDim", ""},
                                  ^
external/libexif/libexif/exif-tag.c:441:50: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
             "It does not apply to all sensing methods.")},
                                                        ^
external/libexif/libexif/exif-tag.c:443:66: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
          {EXIF_TAG_BATTERY_LEVEL, "BatteryLevel", N_("Battery Level"), ""},
                                                                          ^
external/libexif/libexif/exif-tag.c:473:48: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
          {EXIF_TAG_IPTC_NAA, "IPTC/NAA", "IPTC/NAA", ""},
                                                        ^
external/libexif/libexif/exif-tag.c:475:78: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
          {EXIF_TAG_IMAGE_RESOURCES, "ImageResources", N_("Image Resources Block"),
""},
   ^
external/libexif/libexif/exif-tag.c:484:26: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
           "InterColorProfile", ""},
                                ^
external/libexif/libexif/exif-tag.c:514:59: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
           N_("Encodes time zone of camera clock relative to GMT.")},
```

```
                                                           ^
external/libexif/libexif/exif-tag.c:590:83: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
        {EXIF_TAG_TIFF_EP_STANDARD_ID, "TIFF/EPStandardID", N_("TIFF/EP Standard
ID"), ""},

^
external/libexif/libexif/exif-tag.c:858:50: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
        N_("Indicates the value of coefficient gamma.")},
                                                        ^
external/libexif/libexif/exif-tag.c:861:59: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
        N_("Related to Epson's PRINT Image Matching technology")},
                                                                 ^
external/libexif/libexif/exif-tag.c:871:22: warning: missing field 'esl'
initializer [-Wmissing-field-initializers]
        {0, NULL, NULL, NULL}
                            ^
external/libexif/libexif/canon/exif-mnote-data-canon.c:350:70: warning: unused
parameter 'e' [-Wunused-parameter]
exif_mnote_data_canon_identify (const ExifData *ed, const ExifEntry *e)
                                                                     ^
target thumb C: libexif <= external/libexif/libexif/olympus/exif-mnote-data-
olympus.c
target thumb C: libexif <= external/libexif/libexif/olympus/mnote-olympus-tag.c
target thumb C: libexif <= external/libexif/libexif/olympus/mnote-olympus-
entry.c
target thumb C: libexif <= external/libexif/libexif/fuji/exif-mnote-data-fuji.c
target thumb C: libexif <= external/libexif/libexif/fuji/mnote-fuji-entry.c
target thumb C: libexif <= external/libexif/libexif/fuji/mnote-fuji-tag.c
21 warnings generated.
external/libexif/libexif/olympus/mnote-olympus-entry.c:91:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_NIKON_TAG_LENSTYPE, EXIF_FORMAT_BYTE,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:99:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_NIKON_TAG_FLASHUSED, EXIF_FORMAT_BYTE,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:105:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_NIKON1_TAG_QUALITY, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:116:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_NIKON1_TAG_COLORMODE, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:120:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
```

```
  { MNOTE_NIKON1_TAG_IMAGEADJUSTMENT, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:127:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_NIKON1_TAG_CCDSENSITIVITY, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:133:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_NIKON1_TAG_WHITEBALANCE, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:142:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_NIKON1_TAG_CONVERTER, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:146:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_OLYMPUS_TAG_QUALITY, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:171:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_OLYMPUS_TAG_MACRO, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:176:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_OLYMPUS_TAG_BWMODE, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:180:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_OLYMPUS_TAG_ONETOUCHWB, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:185:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_OLYMPUS_TAG_FLASHMODE, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:191:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_OLYMPUS_TAG_FLASHDEVICE, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:197:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_OLYMPUS_TAG_FOCUSRANGE, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:201:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
```

```
  { MNOTE_OLYMPUS_TAG_MANFOCUS, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:205:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_OLYMPUS_TAG_SHARPNESS, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:210:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_OLYMPUS_TAG_EXTERNALFLASHBOUNCE, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:214:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_OLYMPUS_TAG_CONTRAST, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:219:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_OLYMPUS_TAG_PREVIEWIMAGEVALID, EXIF_FORMAT_LONG,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:223:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_OLYMPUS_TAG_CCDSCANMODE, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:228:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_SANYO_TAG_SEQUENTIALSHOT, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:234:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_SANYO_TAG_FOCUSMODE, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:238:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_SANYO_TAG_RECORDSHUTTERRELEASE, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:242:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_SANYO_TAG_RESAVED, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:246:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]1
 warning generated.
  { MNOTE_SANYO_TAG_CCDSENSITIVITY, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~~
```

```
external/libexif/libexif/olympus/mnote-olympus-entry.c:253:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_SANYO_TAG_SCENESELECT, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/olympus/mnote-olympus-entry.c:262:5: warning: implicit
conversion from enumeration type 'enum _MnoteOlympusTag' to different
enumeration type 'ExifTag' [-Wenum-conversion]
  { MNOTE_SANYO_TAG_SEQUENCESHOTINTERVAL, EXIF_FORMAT_SHORT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
target thumb C: libexif <= external/libexif/libexif/pentax/exif-mnote-data-
pentax.c
target thumb C: libexif <= external/libexif/libexif/pentax/mnote-pentax-entry.c
external/libexif/libexif/fuji/exif-mnote-data-fuji.c:318:48: warning: unused
parameter 'ed' [-Wunused-parameter]
exif_mnote_data_fuji_identify (const ExifData *ed, const ExifEntry *e)
                                               ^
external/libexif/libexif/fuji/mnote-fuji-entry.c:61:5: warning: implicit
conversion from enumeration type 'enum _MnoteFujiTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_FUJI_TAG_SHARPNESS,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/fuji/mnote-fuji-entry.c:72:5: warning: implicit
conversion from enumeration type 'enum _MnoteFujiTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_FUJI_TAG_WHITE_BALANCE,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/fuji/mnote-fuji-entry.c:83:5: warning: implicit
conversion from enumeration type 'enum _MnoteFujiTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_FUJI_TAG_COLOR,
  ~ ^~~~~~~~~~~~~~~~~~~
external/libexif/libexif/fuji/mnote-fuji-entry.c:92:5: warning: implicit
conversion from enumeration type 'enum _MnoteFujiTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_FUJI_TAG_TONE,
  ~ ^~~~~~~~~~~~~~~~~~
external/libexif/libexif/fuji/mnote-fuji-entry.c:100:5: warning: implicit
conversion from enumeration type 'enum _MnoteFujiTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_FUJI_TAG_FLASH_MODE,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/fuji/mnote-fuji-entry.c:106:5: warning: implicit
conversion from enumeration type 'enum _MnoteFujiTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_FUJI_TAG_MACRO,
  ~ ^~~~~~~~~~~~~~~~~~~
external/libexif/libexif/fuji/mnote-fuji-entry.c:110:5: warning: implicit
conversion from enumeration type 'enum _MnoteFujiTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_FUJI_TAG_FOCUS_MODE,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/fuji/mnote-fuji-entry.c:114:5: warning: implicit
conversion from enumeration type 'enum _MnoteFujiTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
```

```
  { MNOTE_FUJI_TAG_SLOW_SYNC,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/fuji/mnote-fuji-entry.c:118:5: warning: implicit
conversion from enumeration type 'enum _MnoteFujiTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_FUJI_TAG_PICTURE_MODE,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/fuji/mnote-fuji-entry.c:141:5: warning: implicit
conversion from enumeration type 'enum _MnoteFujiTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_FUJI_TAG_CONT_TAKING,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/fuji/mnote-fuji-entry.c:145:5: warning: implicit
conversion from enumeration type 'enum _MnoteFujiTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_FUJI_TAG_FINEPIX_COLOR,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/fuji/mnote-fuji-entry.c:150:5: warning: implicit
conversion from enumeration type 'enum _MnoteFujiTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_FUJI_TAG_BLUR_CHECK,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/fuji/mnote-fuji-entry.c:154:5: warning: implicit
conversion from enumeration type 'enum _MnoteFujiTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_FUJI_TAG_FOCUS_CHECK,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/fuji/mnote-fuji-entry.c:158:5: warning: implicit
conversion from enumeration type 'enum _MnoteFujiTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_FUJI_TAG_AUTO_EXPOSURE_CHECK,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/fuji/mnote-fuji-entry.c:162:5: warning: implicit
conversion from enumeration type 'enum _MnoteFujiTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_FUJI_TAG_DYNAMIC_RANGE,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/fuji/mnote-fuji-entry.c:166:5: warning: implicit
conversion from enumeration type 'enum _MnoteFujiTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_FUJI_TAG_FILM_MODE,
  ~ ^~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/fuji/mnote-fuji-entry.c:176:5: warning: implicit
conversion from enumeration type 'enum _MnoteFujiTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_FUJI_TAG_DYNAMIC_RANGE_SETTING,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

[elided]

target thumb C: libexif <= external/libexif/libexif/pentax/mnote-pentax-tag.c
target thumb C++: libfilterfw_jni <=
frameworks/base/media/mca/filterfw/jni/jni_init.cpp
target thumb C++: libfilterfw_jni <=
frameworks/base/media/mca/filterfw/jni/jni_gl_environment.cpp
```

```
target thumb C++: libfilterfw_jni <=
frameworks/base/media/mca/filterfw/jni/jni_gl_frame.cpp
external/libexif/libexif/pentax/exif-mnote-data-pentax.c:401:50: warning: unused
parameter 'ed' [-Wunused-parameter]
exif_mnote_data_pentax_identify (const ExifData *ed, const ExifEntry *e)
                                                 ^
external/libexif/libexif/pentax/mnote-pentax-entry.c:76:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX_TAG_MODE,
  ~ ^~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:82:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX_TAG_QUALITY,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:86:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX_TAG_FOCUS,
  ~ ^~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:90:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX_TAG_FLASH,
  ~ ^~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:96:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX_TAG_WHITE_BALANCE,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:104:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX_TAG_SHARPNESS,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:109:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX_TAG_CONTRAST,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:114:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX_TAG_SATURATION,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:119:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX_TAG_ISO_SPEED,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:125:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX_TAG_COLOR,
```

```
  ~ ^~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:130:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX2_TAG_MODE,
  ~ ^~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:136:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX2_TAG_QUALITY,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:143:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX2_TAG_IMAGE_SIZE,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:162:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX2_TAG_PICTURE_MODE,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:193:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX2_TAG_FLASH_MODE,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:207:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX2_TAG_FOCUS_MODE,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:216:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX2_TAG_AFPOINT_SELECTED,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:231:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX2_TAG_AUTO_AFPOINT,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:244:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX2_TAG_WHITE_BALANCE,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:259:4: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  {MNOTE_CASIO2_TAG_BESTSHOT_MODE,
  ~^~~~~~~~~~~~~~~~~~~~~~~~~~~~
17 warnings generated.
external/libexif/libexif/pentax/mnote-pentax-entry.c:276:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
```

```
  { MNOTE_PENTAX2_TAG_IMAGE_SIZE,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~~
external/libexif/libexif/pentax/mnote-pentax-entry.c:289:5: warning: implicit
conversion from enumeration type 'enum _MnotePentaxTag' to different enumeration
type 'ExifTag' [-Wenum-conversion]
  { MNOTE_PENTAX2_TAG_PICTURE_MODE,
  ~ ^~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
1 warning generated.
target thumb C++: libfilterfw_jni <=
frameworks/base/media/mca/filterfw/jni/jni_native_buffer.cpp
target thumb C++: libfilterfw_jni <=
frameworks/base/media/mca/filterfw/jni/jni_native_frame.cpp
target thumb C++: libfilterfw_jni <=
frameworks/base/media/mca/filterfw/jni/jni_native_program.cpp
target thumb C++: libfilterfw_jni <=
frameworks/base/media/mca/filterfw/jni/jni_shader_program.cpp
4 warnings generated.
target thumb C++: libfilterfw_jni <=
frameworks/base/media/mca/filterfw/jni/jni_util.cpp
target thumb C++: libfilterfw_jni <=
frameworks/base/media/mca/filterfw/jni/jni_vertex_frame.cpp
22 warnings generated.
In file included from
frameworks/base/media/mca/filterfw/jni/../native/core/gl_env.h:24:0,
                 from
frameworks/base/media/mca/filterfw/jni/jni_gl_environment.cpp:24:
frameworks/base/media/mca/filterfw/jni/../native/base/logging.h:24:0: warning:
"LOG_TAG" redefined [enabled by default]
 #define  LOG_TAG "MCA"
 ^
In file included from system/core/include/cutils/log.h:1:0,
                 from system/core/include/utils/Log.h:31,
                 from frameworks/av/include/media/mediarecorder.h:21,
                 from
frameworks/base/media/mca/filterfw/jni/jni_gl_environment.cpp:23:
system/core/include/log/log.h:67:0: note: this is the location of the previous
definition
 #define LOG_TAG NULL
 ^
target thumb C++: libfilterfw_native <=
frameworks/base/media/mca/filterfw/native/core/geometry.cpp
1 warning generated.
target thumb C++: libfilterfw_native <=
frameworks/base/media/mca/filterfw/native/core/gl_env.cpp
target thumb C++: libfilterfw_native <=
frameworks/base/media/mca/filterfw/native/core/gl_frame.cpp
target thumb C++: libfilterfw_native <=
frameworks/base/media/mca/filterfw/native/core/native_frame.cpp
target thumb C++: libfilterfw_native <=
frameworks/base/media/mca/filterfw/native/core/native_program.cpp
target thumb C++: libfilterfw_native <=
frameworks/base/media/mca/filterfw/native/core/shader_program.cpp
target thumb C++: libfilterfw_native <=
frameworks/base/media/mca/filterfw/native/core/vertex_frame.cpp
```

```
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libfilterpack_imageproc_intermed
iates/import_includes
target thumb C++: libfilterfw_native <=
frameworks/base/media/mca/filterfw/native/core/value.cpp
target thumb C: libjhead <= external/jhead/exif.c
target thumb C: libjhead <= external/jhead/gpsinfo.c
target thumb C: libjhead <= external/jhead/iptc.c
target thumb C: libjhead <= external/jhead/jhead.c
target thumb C: libjhead <= external/jhead/jpgfile.c
external/jhead/exif.c: In function 'RemoveThumbnail':
external/jhead/exif.c:1609:37: warning: unused parameter 'ExifSection' [-
Wunused-parameter]
 int RemoveThumbnail(unsigned char * ExifSection)
                                     ^
target thumb C: libjhead <= external/jhead/makernote.c
external/jhead/gpsinfo.c: In function 'ProcessGpsInfo':
external/jhead/gpsinfo.c:124:51: warning: unused parameter 'ByteCountUnused' [-
Wunused-parameter]
 void ProcessGpsInfo(unsigned char * DirStart, int ByteCountUnused, unsigned
char * OffsetBase, unsigned ExifLength)
                                                 ^
28 warnings generated.
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libjhead_jni_intermediates/impor
t_includes
external/jhead/jpgfile.c: In function 'WriteJpegFile':
external/jhead/jpgfile.c:825:27: warning: comparison between signed and unsigned
integer expressions [-Wsign-compare]
         writeOk = (nWrite == Sections[a].Size);
                           ^
external/jhead/jpgfile.c:835:20: warning: comparison between signed and unsigned
integer expressions [-Wsign-compare]
   writeOk = (nWrite == Sections[a].Size);
                     ^
Import includes file:
out/target/product/generic/obj/SHARED_LIBRARIES/libmedia_jni_intermediates/impor
t_includes
target thumb C++: libmtp <= frameworks/av/media/mtp/MtpDataPacket.cpp
target thumb C++: libmtp <= frameworks/av/media/mtp/MtpDebug.cpp
target thumb C++: libmtp <= frameworks/av/media/mtp/MtpDevice.cpp
target thumb C++: libmtp <= frameworks/av/media/mtp/MtpEventPacket.cpp
target thumb C++: libmtp <= frameworks/av/media/mtp/MtpDeviceInfo.cpp
target thumb C++: libmtp <= frameworks/av/media/mtp/MtpObjectInfo.cpp
target thumb C++: libmtp <= frameworks/av/media/mtp/MtpPacket.cpp
target thumb C++: libmtp <= frameworks/av/media/mtp/MtpProperty.cpp
target thumb C++: libmtp <= frameworks/av/media/mtp/MtpRequestPacket.cpp
target thumb C++: libmtp <= frameworks/av/media/mtp/MtpResponsePacket.cpp
frameworks/av/media/mtp/MtpDataPacket.cpp: In member function 'int
android::MtpDataPacket::read(usb_request*)':
frameworks/av/media/mtp/MtpDataPacket.cpp:387:30: warning: comparison between
signed and unsigned integer expressions [-Wsign-compare]
         while (totalLength > length) {
                           ^
target thumb C++: libmtp <= frameworks/av/media/mtp/MtpServer.cpp
```

```
target thumb C++: libmtp <= frameworks/av/media/mtp/MtpStorageInfo.cpp
frameworks/av/media/mtp/MtpDevice.cpp: In member function 'bool
android::MtpDevice::readObject(android::MtpObjectHandle, bool (*)(void*, int,
int, void*), int, void*)':
frameworks/av/media/mtp/MtpDevice.cpp:586:51: warning: comparison between signed
and unsigned integer expressions [-Wsign-compare]
         if (length - MTP_CONTAINER_HEADER_SIZE != objectSize) {
                                                  ^
frameworks/av/media/mtp/MtpPacket.cpp: In member function 'void
android::MtpPacket::setParameter(int, uint32_t)':
frameworks/av/media/mtp/MtpPacket.cpp:149:47: warning: comparison between signed
and unsigned integer expressions [-Wsign-compare]
     if (mPacketSize < offset + sizeof(uint32_t))
                                ^
target thumb C++: libmtp <= frameworks/av/media/mtp/MtpStringBuffer.cpp
target thumb C++: libmtp <= frameworks/av/media/mtp/MtpStorage.cpp
In file included from frameworks/av/media/mtp/MtpProperty.cpp:20:0:
frameworks/av/media/mtp/MtpProperty.cpp: In member function
'android::MtpPropertyValue*
android::MtpProperty::readArrayValues(android::MtpDataPacket&, int&)':
frameworks/av/media/mtp/MtpProperty.cpp:526:58: warning: comparison between
signed and unsigned integer expressions [-Wsign-compare]
             length >= INT32_MAX / sizeof(MtpPropertyValue)) ) {
                                                             ^
target thumb C++: libmtp <= frameworks/av/media/mtp/MtpUtils.cpp
target thumb C++: libmediandk <= frameworks/av/media/ndk/NdkMediaCodec.cpp
target thumb C++: libmediandk <= frameworks/av/media/ndk/NdkMediaCrypto.cpp
target thumb C++: libmediandk <= frameworks/av/media/ndk/NdkMediaExtractor.cpp
target thumb C++: libmediandk <= frameworks/av/media/ndk/NdkMediaFormat.cpp
target thumb C++: libmediandk <= frameworks/av/media/ndk/NdkMediaMuxer.cpp
target thumb C: libnfc_ndef <= external/libnfc-nxp/src/phFriNfc_NdefRecord.c
target thumb C++: libmediandk <= frameworks/av/media/ndk/NdkMediaDrm.cpp
target thumb C: libpagemap <= system/extras/libpagemap/pm_kernel.c
target thumb C: libpagemap <= system/extras/libpagemap/pm_process.c
target thumb C: libpagemap <= system/extras/libpagemap/pm_map.c
target thumb C: libpagemap <= system/extras/libpagemap/pm_memusage.c
target thumb C: libreference-ril <= hardware/ril/reference-ril/reference-ril.c
system/extras/libpagemap/pm_kernel.c: In function 'pm_kernel_pids':
system/extras/libpagemap/pm_kernel.c:62:33: warning: unused parameter 'ker' [-
Wunused-parameter]
 int pm_kernel_pids(pm_kernel_t *ker, pid_t **pids_out, size_t *len) {
                                 ^
target thumb C: libreference-ril <= hardware/ril/reference-ril/atchannel.c
target thumb C: libreference-ril <= hardware/ril/reference-ril/misc.c
hardware/ril/reference-ril/atchannel.c: In function 'readerLoop':
hardware/ril/reference-ril/atchannel.c:428:31: warning: unused parameter 'arg'
[-Wunused-parameter]
 static void *readerLoop(void *arg)
                               ^
frameworks/base/media/mca/filterfw/jni/jni_gl_environment.cpp:95:10: warning:
unused parameter 'env' [-Wunused-parameter]
 jboolean
Java_android_filterfw_core_GLEnvironment_nativeIsAnyContextActive(JNIEnv* env,
                ^
```

```
frameworks/base/media/mca/filterfw/jni/jni_gl_environment.cpp:95:10: warning:
unused parameter 'clazz' [-Wunused-parameter]
target thumb C: libreference-ril <= hardware/ril/reference-ril/at_tok.c
frameworks/base/media/mca/filterfw/jni/jni_init.cpp:30:6: warning: unused
parameter 'reserved' [-Wunused-parameter]
 jint JNI_OnLoad(JavaVM* vm, void* reserved) {
                 ^
hardware/ril/reference-ril/reference-ril.c: In function 'requestRadioPower':
hardware/ril/reference-ril/reference-ril.c:364:50: warning: unused parameter
'datalen' [-Wunused-parameter]
 static void requestRadioPower(void *data, size_t datalen, RIL_Token t)
                                                  ^
target thumb C++: libsoundpool <=
frameworks/base/media/jni/soundpool/android_media_SoundPool_SoundPoolImpl.cpp
hardware/ril/reference-ril/reference-ril.c: In function
'requestGetCellInfoList':
hardware/ril/reference-ril/reference-ril.c:1931:13: warning: braces around
scalar initializer [enabled by default]
              { // union CellInfo
              ^
hardware/ril/reference-ril/reference-ril.c:1931:13: warning: (near
initialization for 'ci[0].timeStamp') [enabled by default]
hardware/ril/reference-ril/reference-ril.c:1932:17: warning: braces around
scalar initializer [enabled by default]
               { // RIL_CellInfoGsm gsm
               ^
hardware/ril/reference-ril/reference-ril.c:1932:17: warning: (near
initialization for 'ci[0].timeStamp') [enabled by default]
hardware/ril/reference-ril/reference-ril.c:1933:21: warning: braces around
scalar initializer [enabled by default]
                  { // gsm.cellIdneityGsm
                  ^
hardware/ril/reference-ril/reference-ril.c:1933:21: warning: (near
initialization for 'ci[0].timeStamp') [enabled by default]
hardware/ril/reference-ril/reference-ril.c:1935:25: warning: excess elements in
scalar initializer [enabled by default]
                     s_mnc, // mnc
                     ^
hardware/ril/reference-ril/reference-ril.c:1935:25: warning: (near
initialization for 'ci[0].timeStamp') [enabled by default]
hardware/ril/reference-ril/reference-ril.c:1936:25: warning: excess elements in
scalar initializer [enabled by default]
                     s_lac, // lac
                     ^
hardware/ril/reference-ril/reference-ril.c:1936:25: warning: (near
initialization for 'ci[0].timeStamp') [enabled by default]
target thumb C: libsqlite_jni <=
external/javasqlite/src/main/native/sqlite_jni.c
hardware/ril/reference-ril/reference-ril.c:1937:25: warning: excess elements in
scalar initializer [enabled by default]
                     s_cid, // cid
                     ^
hardware/ril/reference-ril/reference-ril.c:1937:25: warning: (near
initialization for 'ci[0].timeStamp') [enabled by default]
```

```
hardware/ril/reference-ril/reference-ril.c:1939:21: warning: excess elements in
scalar initializer [enabled by default]
                     },
                     ^
hardware/ril/reference-ril/reference-ril.c:1939:21: warning: (near
initialization for 'ci[0].timeStamp') [enabled by default]
hardware/ril/reference-ril/reference-ril.c:1940:21: warning: braces around
scalar initializer [enabled by default]
                     {  // gsm.signalStrengthGsm
                     ^
hardware/ril/reference-ril/reference-ril.c:1940:21: warning: (near
initialization for 'ci[0].timeStamp') [enabled by default]
hardware/ril/reference-ril/reference-ril.c:1943:21: warning: excess elements in
scalar initializer [enabled by default]
                     }


[elided]

 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ ls -lt
out/target/product/generic/*.img
ls: cannot access out/target/product/generic/*.img: No such file or directory
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ cat
junk/R EADME.colorpicker
sudo mv
frameworks/opt/colorpicker/src/com/android/colorpicker/ColorPickerDialog.java
junk
 ]0;ubuntu@ip-172-31-14-88: ~ ubuntu@ip-172-31-14-88:~$ sudo mv
junk/ColorPickerDialog.java
frameworks/opt/colorpicker/src/com//ad  [Kndroid/colorpicker/
```