# EXHIBIT 9

**REPORT OF DR. ITAMAR SIMONSON**

1.     I am the Sebastian S. Kresge Professor of Marketing at the Graduate School of Business, Stanford University.  A copy of my curriculum vitae, which includes a complete list of my publications, is attached as Exhibit A.

2.     I hold a Ph.D. in Marketing from Duke University, Fuqua School of Business, a Master's degree in business administration (MBA) from the UCLA Graduate School of Management, and a Bachelor's degree from The Hebrew University with majors in Economics and Political Science.

3.     My field of expertise is consumer behavior, marketing management, survey methods, and human judgment and decision making.  Most of my research has focused on buyers' purchasing behavior, the effect of product characteristics (such as brand name, price, and features), the competitive context, and marketing activities (such as promotions, advertising) on buying decisions, and trademark infringement from the customer's perspective.

4.     I have received several awards, including (a) the award for the Best Article published in the *Journal of Consumer Research* (the major journal on consumer behavior) between 1987 and 1989; (b) The Ferber Award from the Association for Consumer Research, which is the largest association of consumer researchers in the world; (c) An Honorary Doctorate of the University of Paris – Sorbonne Universities; (d) the 1997 O'Dell Award, given for the *Journal of Marketing Research* (the major journal on marketing research issues) article that has had the greatest impact on the marketing field in the previous five years; (e) the 2001 O'Dell award (and a finalist for the O'Dell Award in 1995, 2002, 2004, 2005, 2007, 2008, and 2012); (f) the award for the Best Article published in the *Journal of Public Policy & Marketing* (the main journal on public policy and legal aspects of marketing) between 1993 and 1995; (g) the 2007 Society for Consumer Psychology Distinguished Scientific Achievement Award; (h)

1

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Elected Fellow of the Association for Consumer Research; (i) the 2002 American Marketing Association award for the Best Article in the area of services marketing; and (j) I was a winner in a competition dealing with research on the effectiveness of direct marketing programs, which was organized by the Direct Marketing Association and the Marketing Science Institute.  In addition to these awards, my research has been widely cited by other researchers in the marketing, consumer behavior, and other fields,[1] and my publication record has been ranked as one of the most prolific and influential.[2]

5.      At Stanford University I have taught MBA and executive MBA courses on Marketing Management, covering such topics as buyer behavior, developing marketing strategies, new product launch, building brand equity, advertising, sales promotions, and retailing.  I also taught an MBA course on Marketing to Businesses, which focuses on the ways in which companies market and recruit business partners and customers, and a course on High Technology Marketing.  In addition to teaching MBA courses, I have guided and supervised numerous MBA student teams in their work on company and industry projects dealing with a variety of markets.

6.      I have taught several doctoral courses.  One doctoral course examines methods for conducting consumer research.  It focuses on the various stages involved in a research project, including defining the problem to be investigated, selecting and developing the research approach, data collection and analysis, and deriving conclusions.  A second doctoral course that I have taught deals with buyer behavior, covering such topics as buyer decision making processes, influences on purchase decisions, and persuasion.  A third doctoral course that I have taught deals with buyer decision making.  Prior to joining Stanford University, during the six years that I was on the faculty of the University of California at Berkeley, I taught an

---

1  *See, e.g.*, Google Scholar (http://scholar.google.com).
2  *See, e.g.*, S. Seggie and D. Griffith (2009), "What does it take to get promoted in marketing academia?  Understanding exceptional publication productivity in the leading marketing journals," Journal of Marketing, 73, 122-132.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

MBA Marketing Management course, a Ph.D. course on buyer behavior, and a Ph.D. course on buyer decision making.  I also taught in various executive education programs, including a program for marketing managers in high technology companies.

7.      After completing my MBA studies and before starting the Ph.D. program, I worked for five years in a marketing capacity in a subsidiary of Motorola Inc., serving in the last two years as the product marketing manager for two-way communications products.  My work included (a) defining new products and designing marketing plans for new product introductions, (b) customer and competitor analysis, and (c) sales forecasting.

8.      I have conducted, supervised, or evaluated thousands of marketing research surveys, including many related to consumer behavior and information processing, trademarks, branding, marketing strategies, and advertising-related issues.  I serve on eight editorial boards, including leading journals such as the Journal of Consumer Research, Journal of Marketing Research, and the Journal of Consumer Psychology.  I am also a frequent reviewer of articles submitted to journals in other fields, such as psychology, decision making, and economics.  I received (twice) the Outstanding Reviewer Award from the Journal of Consumer Research.  As a reviewer, I am asked to evaluate the research of scholars wishing to publish their articles in leading scholarly journals.  I have also worked as a consultant for companies and organizations on a variety of marketing and buyer behavior topics.  The list of cases in which I provided testimony is included in Exhibit B.  My hourly rate is $750.

9.      I was asked by counsel for Google Inc. to conduct a survey of mobile device application developers; the objectives of the survey included (a) assessing the factors that influence developers' decisions whether to develop applications for a new or existing mobile platform, (b) determining developers' reasons for choosing to develop Android applications, (c) evaluating developers' self-assessed ability to learn a new programming language to meet user demand for applications, and (d) understanding developers' behavior (i.e., evidence of actually learning a new programming language to meet demand) pertaining to the tradeoff between

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

meeting demand and the cost of learning a programming language.  Documents that I reviewed in connection with my work in this matter are listed in Exhibit C.


### SUMMARY OF CONCLUSIONS

10.     Building on my expertise in the areas of survey design, decision making, and marketing research, I designed a survey to assess the key drivers of application developers' decisions whether to develop applications for a mobile platform.  The survey participants were 152 mobile application developers, 76% of whom have developed Android applications.  The survey relied on the standard Computer-Assisted Telephone Interviewing (CATI) technique.

11.     The survey questions addressed the following topics:

   a. The factors or considerations that drive application developers' decisions whether to develop applications for a particular platform.

   b. The factors that led the developers to develop Android applications.

   c. The developers' assessment of their capability to develop applications for a platform that requires learning a new programming language.

   d. The relative importance of six factors, including the demand for applications and prior familiarity with a programming language, that can influence decisions whether to develop applications for a mobile platform.

   e. Behavioral indicators of developers' willingness to learn a new programming language in order to meet user demand for applications.

12.     The survey results lead to the following conclusions:

   a. The application developers indicated that the demand (or expected demand) for and profitability of developing applications for a platform are by far the most important drivers of decisions to develop applications for a platform.

   b. By contrast, prior familiarity with a programming language is seldom mentioned as a factor and is, at most, a minor consideration for the overwhelming majority

4

of application developers.

    c.   The great majority of application developers are confident that they are capable of learning a new programming language to meet user demand for applications.

    d.   The fact that iOS application developers were willing to learn the Objective-C language and intend to learn the new iOS Swift language provides further evidence that developers do indeed base their decisions on expected demand and economic considerations (e.g., ROI) rather than on whether developing applications requires learning a new language.

13.    The survey findings are consistent with other studies of application developers' decision making and with Google's recognition (as reflected in internal documents) that the volume of developed applications is largely driven by the number of Android users.

## INTRODUCTION

14.    My understanding is that one of the questions to be decided in the present case is whether and to what extent Google's decision to use the Java programming language, and more specifically the structure, sequence, and organization and declaring code in 37 Java API packages ("the Accused APIs"), in Google's Android operating system drove (as Oracle contends) the choices or decisions of application developers to develop Android applications, and consequently, the success of Android in the marketplace. That is, my understanding is that Oracle is alleging that a primary driver of developers' decisions to develop Android applications, and the resulting popularity of Android, was the developers' prior familiarity with the Java programming language, including the Accused APIs. The present survey tests this hypothesis against a straightforward alternative explanation for the decision to develop Android applications based on the simple economic reasoning that anticipated and realized demand and associated profits were the primary drivers of developers' decisions to develop Android applications. That is, one might expect developers to follow demand (and expected growth)

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

and invest efforts in promising markets and platforms in order to maximize profits and establish themselves in the market, regardless of the programming language involved.

15.     Accordingly, I designed a survey of application developers to assess (a) the factors that influence their decisions whether to develop applications for a new platform, (b) their reasons for developing Android applications, (c) their ability to learn a new programming language to meet user demand for applications, and (d) the developers' behavior pertaining to the tradeoff between sales (or market potential) and the cost of learning a programming language.

16.     The decision of app developers whether or not to develop applications for a particular platform is similar to numerous other choices people and businesses make.  I have conducted numerous studies regarding the manner in which choices are made based on various considerations or attributes, and I have taught courses on this subject since 1987.

17.     The proper methodology in this case is a survey in which application developers are asked questions to address the survey's objectives, such as questions about the factors that influence their decisions to develop applications for new platforms.  This basic question can be addressed in a number of different ways, as detailed below.  In addition, for those application developers who have developed Android applications, the survey can ask them about the factors that influenced their decision to develop for the Android platform.  The respondents were 152 application developers, including both those who have chosen to develop Android applications and those who have not developed for Android.  Many of the respondents have developed applications for both the iOS and Android platforms (and a small percentage of respondents have developed also for other mobile platforms).

18.     The 152 survey respondents are responsible for or influence decisions as to which applications they and/or their firm/team should develop.  To obtain a suitable unbiased sample of application developers, a comprehensive list of over 5,500 application developers was created (see Exhibit D).  The names and contact information of developers were obtained from public online sources (including, in some cases, websites that require subscription).  Most

6

developers' names were obtained from three databases: CareerBuilder.com, Dice.com, and ZoomInfo.com. Other sources included LinkedIn.com, Monster.com, and Appindex.com. Prospective respondents were randomly selected from the list.

19.    As indicated, survey questions were designed to address the following issues:

a.  Factors considered by application developers when deciding whether to develop applications for a mobile application platform.

b.  Reasons for developing applications for the Android platform.

c.  The developers' assessment of their ability to develop applications for a new platform that requires using a new and different programming language that they had not used before.

d.  The relative importance of i) demand or user base of a mobile app platform and (ii) familiarity with the programming language used when developing applications for a mobile platform.

e.  Focusing on behavioral measures, whether the developers learned the Objective-C language in order to develop iOS applications and whether they expect to learn the new Apple-created and -promoted Swift language for that purpose.

20.    Although I am informed by counsel that Oracle is not contending that the Java programming language, as a whole, is protected by copyrights, and that the relevant copyrighted material accused by Oracle in the case is limited to the Accused APIs, out of an abundance of caution the questions in the survey sought information regarding the importance of programming languages (such as Java) to developers, rather than the importance of particular APIs within a given language (such as the Accused APIs here). I understand from counsel that, when developers learn a particular programming language, they also learn the APIs associated with that language, and that when a mobile platform adopts a given programming language, developers expect that the platform will also make use of at least some of the APIs associated with that language. In that sense, the results of the survey are

7

conservative and give Oracle the benefit of the doubt, because some of the value of programming languages to developers may exist in aspects of the language other than its associated APIs.  Further, for purposes of a telephone survey, where a respondent's time is limited and easy comprehension of the questions being asked is critical, I concluded that it was preferable to ask respondents about programming languages (a larger, more inclusive category) rather than APIs (a narrower category that might have been susceptible to misinterpretation).

21.     Some of the (open ended) questions asked respondents to list factors that influence or influenced their decisions concerning application development.  Prior research indicates that, in most cases, the order in which decision factors are elicited corresponds to their relative importance.  Indeed, the order of mention has been used as a measure of attribute importance.[3]  Furthermore, decision making research indicates that decisions are often determined by the most important factor or factors.[4]

22.     The questionnaire was pretested (at the end of December) with 23 respondents in order to make sure that the questions were clear.  Only a couple of minor changes were made based on the pretest, so the 23 initial interviews were included in the final sample.  One change was the addition of a question (Question 11a; see Exhibit E2) that asked respondents whether they made decisions about which applications to develop independently or as part of a development team.  In addition, the initial interviews suggested that some respondents misinterpreted Question 8 (Exhibit E1).  Accordingly, the phrasing of the question was slightly revised (Question E2).

---

[3] For a review of pertinent research and an empirical test, see for example, Itamar Simonson, Joel Huber, and John Payne (1988), "The Relationship Between Prior Brand Knowledge and Information Acquisition Order", *Journal of Consumer Research*, (March), 14,4, 566-78.

[4] See, for example, Tversky, Amos; Sattath, Shmuel; Slovic, Paul (1988),"Contingent Valuation in Judgment and Choice," Psychological Review, Vol 95(3), Jul 1988, 371-384; Amos Tversky (1972), "Elimination by Aspects: A Theory of Choice," *Psychological Review*, 79, 281-299; Mark Albert (1971), "Identification of Determinant Attributes: A Comparison of Methods," *Journal of Marketing Research*, 8, 184-191.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

23.     The survey methodology followed the accepted standards regarding the manner in which questions are asked, proper filters are used, interviews are validated, and other aspects.  With the assistance of Target Research Group, the phone survey was administered by experienced interviewers between December 28th, 2015, and January 22nd, 2016.  The survey respondents as well as the phone research firm were "blind" to the purpose of the survey and the identity of its sponsor.  Similarly, those who coded the respondents' verbatim (open-ended) answers were "blind" to the purpose of the study and the identity of its sponsor.  A complete (pre-programming) draft of the questionnaire is included in Exhibit E.

## SURVEY METHODOLOGY

<u>Survey Universe</u>

24.     As indicated, the 152 application developers were phone-interviewed using the now standard Computer-Assisted-Telephone-Interviewing (CATI) technique.  Prospective respondents were first told:

> "Hello, I'm_____ from Target Research Group, a nationwide market research
> organization.  We're conducting a very short survey with application developers, and
> we'd like to include your opinions.  If you qualify and complete the survey, we will
> mail you $25 to thank you for your cooperation.  We are not selling anything; we are
> only interested in your opinions, which will be held in the strictest confidence."

To qualify for survey participation, respondents had to meet the following screening criteria:

a.  They (or their firms) develop applications for smartphones and/or tablets.

b.  They are the persons who make or influence the decision whether to develop new applications.

c.  They develop applications for one or more of the following platforms:

　　i.   Apple iPhones or iPads

　　ii.  Android phones or tablets

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

      iii.     Blackberry devices

      iv.     Microsoft or Nokia phones or tablets

d.  They and other members of their household do not work for a market research firm, an advertising agency, or a public relations firm.

Main Questionnaire

25.     At the beginning of the interview, respondents were given the following instruction:

"First, when answering the questions, if you don't know the answer or don't have an opinion, please don't guess; just tell me you don't know, and we'll go on to the next question."

The first question (after the screening phase) focused on the factors that respondents would consider when deciding whether to develop applications for a mobile device platform that first introduced two years earlier.  Specifically, they were asked:

"Suppose a new platform for mobile devices, in addition to the existing platforms, was introduced two years ago. What factors or considerations will influence your decision today whether or not to develop applications for this platform first introduced two years ago?"

Respondents could identify up to eight factors.  They were then asked to select the most important factor in their decision as well as the second most important factor; they also explained their reasoning regarding the two most important decision factors.

26.     To further investigate the considerations that influence decisions to develop applications for a new platform, respondents were next asked:

"Suppose now you are approached by a promoter for a mobile device platform that has been around for a few years, but so far you have not developed any application for that platform.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

What is the first thing you would want to know from the promoter about that platform before deciding if you'll develop applications for that platform?

What is the second thing you would want to know from the promoter about that platform before deciding if you'll develop applications for that platform?"

27.     The next questions focused specifically on the respondents' decisions to begin developing applications for the Android platform (only the approximately three-quarters of the respondents who had indicated they developed Android applications were asked these questions).  Respondents were first asked about the year in which they first developed Android apps:

"You mentioned earlier that you have developed applications for the Android phone or tablet platform.  As best as you remember, what year did you start offering applications for the Android phone or tablet platform?"

28.     Next, these respondents were asked about the factors that caused them to develop Android apps:

"As best as you remember, what factors or considerations led to your decision to develop applications for the Android phone or tablet platform?  Any other factors or considerations that led to your decision to develop applications for the Android phone or tablet platform? "

Respondents could identify up to eight decision factors.

29.     Respondents who had indicated that they developed applications for another platform were asked the same questions about their decisions concerning applications for that other platform.  In most cases, the other platform was iOS.

30.     The next question asked respondents to assess their capability to learn a new programming language for a new mobile platform that had recently become popular.  To address the possibility that most respondents would claim that they could do anything, a second question was included in order to determine if respondents indiscriminately tend to make such unrealistic claims.  Thus, the second question, which asked them about their ability

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

to develop and establish a new programming language, served as a benchmark; if respondents simply claim to be able to do anything (i.e., rate their capability as close to or equal to 10 out of 10), then the ratings provided in the second questions would be similar to those in the first question.  While a certain level of "noise" is expected (e.g., a tendency to be overconfident), if most respondents carefully considered their capability to perform what they were asked about, we would expect to observe, on average, significantly higher ratings in the former question. Considering that there could be some order effect on ratings, the order of the two questions (i.e., the one about the ability to develop applications and the one about the ability to develop a platform) was counterbalanced across respondents, with an equal number of respondents randomly assigned to each order.  In addition, each question had two (counterbalanced across respondents) versions, one that first mentioned the most negative extreme rating (0), and another that first mentioned the most positive extreme rating (10).

31.     The question pertaining to the capability to develop applications for a new platform that required learning a different language was the following:

"Suppose a platform that was introduced a couple of years ago, has recently gained in popularity in terms of number of users.  In a situation like that, how would you rate your capability to learn to develop applications for that platform assuming it requires using a new and different programming language that you have not used before?

The rating you give should be from 0, which means "Completely incapable of learning to develop applications for that platform" to 10, which means "Completely capable of learning to develop applications for that platform."

After providing their rating, respondents were asked to explain it.

32.     The question regarding establishing a new platform was the following:

"Please rate your capability to develop and establish a completely new programming language in the market for use in mobile applications that is different from all existing programming languages.

The rating you give should be from 0, which means "Completely incapable of developing

12

and establishing a new programming language for mobile applications that is different from all existing programming languages," to 10 which means "Completely capable of developing and establishing a new programming language for use in mobile applications that is different from all existing programming languages."."

33.     Next, respondents were asked to rate the importance of following six factors "when deciding to commit resources to developing applications for a particular mobile platform" (the order of the six factors was randomized):

1) The number of users or devices already using the platform;

2) Your prior familiarity with the programming language used by the platform;

3) The ease or difficulty of getting new applications approved for sale by the platform owner;

4) The percentage of revenue from purchases of the application retained by the platform owner;

5) The brand strength and marketing resources of the platform owner;

6) Whether the platform at issue is an open or closed ecosystem.

34.     The final set of questions focused on behavioral measures pertaining to the respondents' willingness to learn a new programming language to meet user demand.  First, respondents who had earlier indicated they developed iOS applications were asked if they developed applications for iOS written in the Objective-C language; if they did, they were asked whether they had to learn Objective-C programming language in order to accomplish that purpose.  Specifically, respondents were asked:

"Have you or your firm developed applications for iOS written in the Objective-C language?"

[IF YES] "Prior to developing applications for iOS, did you know the Objective-C programming language, did you have to learn it, or did you hire an experienced Objective-C developer to develop for iOS?"

35.     Next, respondents were asked:

13

"Over the past two years, Apple has introduced and updated a new programming language called Swift. Do you or don't you plan to learn Swift for your applications development work for iOS?"

36.     Finally, respondents were asked:

"In general, do you make decisions about which applications to develop independently, or as part of a team of application developers?"

The response options included the following: (1) Independently, (2) As part of a team of application developers, and (3) Both, sometimes independently and sometimes as part of a team of application developers.

Analysis and Validation

37.     As indicated, data collection was managed and supervised by Target Research Group, a highly experienced survey research firm. A validation survey was conducted by an independent research firm, Field Solutions (located in Florida). Field Solutions was able to reach 149 of the 152 respondents (98%), a validation rate that far exceeds industry and litigation survey standards. No discrepancies were discovered, and in all cases respondents confirmed their survey participation and qualifications for the survey. Accordingly, the final, tabulated results are based on all 152 respondents.

**SUMMARY OF KEY SURVEY FINDINGS**

38.     The tabulated survey results are presented in Exhibit F. Exhibit G includes an Excel file that presents the coded answers of all respondents to all questions. The codebook, which can be used to identify the meaning of each verbal answer code in Exhibit G, is included in Exhibit H. Exhibit I presents the complete open-ended (verbal) responses of all respondents. In this section I will review some of the key findings and discuss their implications.

39.     Respondents met all the screening criteria. About three-quarters of the respondents have developed applications for the Android platform, compared with 87% who

14

have developed applications for the iOS platform; only a small percentage of the respondents have developed for the other platforms (Blackberry and Microsoft/Nokia).  In addition, the answers to Question 11a indicated that 22% of the respondents independently make decisions as to which applications they develop, 52% make such decisions as part of a team of developers, and 26% make some decisions independently and other decisions as part of a development team.

<u>Factors and Considerations Affecting Decisions as to Whether to Develop Applications for a Recently Introduced Platform</u>

40.     As indicated, the order in which respondents mention their decision considerations tends to be a reliable indicator of their relative importance.  Table 4 in Exhibit F shows the distribution of factors mentioned first as well as the factors mentioned subsequently.  As the results indicate, by far (62%) the largest response category (referred to in the tables as a "Net") of considerations mentioned first is "User base/ Market share/ Demand/ Popularity/ ROI."  Many individual verbal responses that fell under this broad category are included in Exhibits H and I.  This result clearly shows that the primary factor that drives most decisions as to whether to develop applications for a new platform is the demand (or expected demand) and related economic considerations (such as ROI).  That is, if there is an opportunity to reach many users, developers are evidently willing to make the necessary investment to address that market.  Other factors such as familiarity with the language, if they are mentioned, tend to be less important, secondary considerations.

41.     Only 19.7% of the respondents mentioned first any development issue.  Within that general response category, less than 3% mentioned prior familiarity with the language as a consideration.

42.     Table 6 (Exhibit F) summarizes all of the factors (i.e., not just the first) mentioned as considerations influencing decisions whether to develop applications for a recently introduced platform.  Again, the "User base/ Market share/ Demand/ Popularity/ ROI"

15

response category is by far the largest (75%).  Considerations related to any development factor account for 51% of all considerations (most of which were not mentioned first), including primarily considerations related to the development effort and the provided support.  Only 6% of the respondents mentioned familiarity with the language as contributing to their decision in any respect.

43.     Respondents were next asked to identify *the single most important* consideration (Table 7 in Exhibit F).  Consistent with prior result that the first mentioned factor tends to be most important (Table 4), 62.5% of the respondents indicated as most important the "User base/ Market share/ Demand/ Popularity/ ROI."  Development related factors were mentioned as most important by 17.8%, with less than 3% mentioning familiarity with the programming language.  When asked to explain their answers (Table 8), those who mentioned demand-related considerations as most important tended to provide answers pertaining, for example, to economic considerations (e.g., profit potential) and their goal of reaching a large user pool.

44.     When asked about the second most important consideration, 28% mentioned a factor related to demand and 27% mentioned a factor related to development.  Only about 1% of the respondents mentioned the programming language.

45.     The next question examined the relative importance of decision considerations from a different angle, focusing on the questions that the respondents would ask a promoter of a new mobile platform.  One might expect such questions directed to a platform promoter to focus on technical and support aspects.  As shown in Tables 13 and 14 in Exhibit F, expected demand and number of users again represented the largest response category.  However, development-related answers were more common than in the earlier questions.  For example, questions pertaining to development support were mentioned by 26% of the respondents.

46.     In conclusion, the survey questions pertaining to the factors that drive decisions regarding development of applications for a new platform show that expected demand and related economic considerations are the most important considerations of the great majority of

16

application developers.  Evidently, these application developers are most interested in the size of the opportunity, with development issues being secondary in general, and the familiarity with the programming language playing a minimal, if any, role.

Factors that Led to the Decision to Develop Android Applications

47.     Seventy-six percent of the respondents (116 of the 152 respondents) indicated that they develop Android applications.  These respondents were asked when they first developed Android applications, and their answers ranged from 2007 and 2015, with the majority starting between 2010 and 2013 (Table 15).

48.     These 116 respondents were next asked about the factors that contributed to their decision to develop Android applications.  As shown in Table 16, the majority of the respondents (66 out of the 116 respondents, or 57%) mentioned as the first factor considerations related to "User base/ Market share/ Demand/ Popularity/ ROI."  Thus, for example, the user base and the growth potential of Android applications were primary decision drivers for many of the respondents.  Development factors were mentioned by 23 respondents (20%).  Prior familiarity or experience with Java was mentioned (as the first factor) in only seven responses (4.6%).

49.     Respondents provided up to seven reasons for the decision to develop Android applications.  Combining all reasons mentioned by respondents (Table 18), 69% of those who develop Android applications mentioned "User base/ Market share/ Demand/ Popularity/ ROI." Development factors were mentioned by 41 respondents (41%).  Prior familiarity or experience with Java was mentioned in 14 responses (9.2%).  Thus, consistent with the answers to the earlier questions, the decision to develop Android applications was motivated primarily by the platform's growth potential and user demand; by contrast, the provided explanations indicate that prior familiarity with Java played a minimal or no role in virtually all decisions to develop Android applications.

17

50.     A total of 132 respondents (87% of all respondents) indicated that they developed iOS applications.  By and large, the factors that led to their decision to develop iOS applications paralleled those for Android applications (see Tables 19-22), but there were some differences.  The percentage of reasons referring to demand, market size, and growth potential was somewhat lower among iOS application developers (across all provided reasons, 75 of 132 respondents or 57%, compared to 69% for Android), whereas there were relatively more mentions of "the needs of the client" and "fits my interests."  As indicated, Java was mentioned by some Android app developers (12% when all reasons are combined), while almost no one (2%, which might reflect the "noise" level) mentioned Java when asked about iOS applications.

<u>Developers' Assessment of Their Ability to Develop Applications for a Platform that Requires Using a New and Different Programming Language</u>

51.     The results presented so far indicate that prior familiarity with a programming language plays a relatively small, if any, role in developers' decisions whether to develop applications for a new mobile platform, including Android.  After answering the questions about their decision criteria, respondents were asked about their assessment of their ability to develop applications that require using a different programming language that they had not previously used.  Specifically, they were asked the following question:

"Suppose a platform that was introduced a couple of years ago, has recently gained in popularity in terms of number of users.  In a situation like that, how would you rate your capability to learn to develop applications for that platform assuming it requires using a new and different programming language that you have not used before?

The rating you give should be from 0, which means "Completely incapable of learning to develop applications for that platform" to 10, which means "Completely <u>capable</u> of learning to develop applications for that platform.""

52.     When designing this question, I had two concerns: (a) respondents may not fully understand the question, and (b) respondents may tend to "brag" and claim to be able to do

18

anything they are asked about.  The first concern can be addressed by examining the explanations provided by respondents for their answers.  The second concern was addressed by adding another question (discussed next) that asked about the ability of respondents to develop and establish a new mobile platform.  Although some respondents might be able to try to do that (perhaps as part of a large team of developers), it was expected that most applications developers would recognize that establishing a new programming language was a task requiring a much larger scale investment of time and money than simply developing an application, and enter a lower rating in this question.  If the latter question did in fact produce lower ratings, then we could conclude that respondents were not simply bragging and claiming to do things that they could not do.

53.     The results pertaining to the question reproduced above are presented in Table 30.  As the results show, 70% of the respondents rated their capability to develop applications that require using a new programming language between 8 and 10, which indicates great confidence that they could do that (given the assumption that the platform is popular).  The median rating was 8.5 with a mean rating of 8.2.

54.     They were next asked to explain the ratings (Table 31).  By far the largest response category was "I am experienced and can learn how to do it."  This finding, consistent with the answers to earlier questions, indicates that application developers are driven primarily by the demand, user base, and profitability considerations; by contrast, the effort associated with development issues generally (and with learning a new programming language in particular) plays a minimal role, and appears to present little, if any, impediment to a developer's willingness and ability to put in the time and effort required to develop applications for a viable new mobile platform presenting a good market opportunity.

55.     As indicated, respondents were asked a benchmark question to test whether they were inclined to claim they "could do anything," including developing and establishing a new programming language (the order of the two questions pertaining to the respondents'

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

capability to develop applications and to develop a platform was counterbalanced; the order of the response options was also counterbalanced).

56.     The results confirmed that respondents' ratings were sensitive and responsive to the differences between the two questions they were asked (see tables 34-35).  The median rating in the benchmark question was 4.6 (compared to 8.5), with a mean of 5.0 (the difference between the mean ratings in the two questions is statistically significant at the standard 95% confidence level).  Furthermore, whereas 70% entered a rating between 8 and 10 regarding the ability to develop applications that require learning a new language, only 25% entered 8-10 ratings regarding their ability to develop a new programming language (and the explanations of many of these 25% of the respondents suggested that many of them misinterpreted the question).  These results show that respondents' ratings of their ability to develop applications that require learning a new language reflected their real assessments that they were highly capable of doing that, rather than just an indiscriminant tendency to brag.

The Relative Important of Factors Influencing Application Development Decisions

57.     Respondents were next asked to rate (again using a 0-10 scale) the importance of six factors (evaluated in random order) influencing decisions to invest resources to develop applications.  Although focusing on one factor at a time tends in many cases to inflate the importance of factors (consistent with the phenomenon of "focalism bias" that is also known as the "impact bias"), a comparison of the factor ratings inform us about their relative decision importance.  The following results for each of the six factors are presented in Table 38 (Exhibit F):

a.  The number of users or devices already using the platform:  Median = 8.7; Mean = 8.6.

b.  Your prior familiarity with the programming language used by the platform: Median = 6.5; Mean = 6.7.

c.  The ease or difficulty of getting new applications approved for sale by the platform owner: Median = 7.1; Mean = 7.1.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

d.  The percentage of revenue from purchases of the application retained by the platform owner: Median = 7.3; Mean = 7.3.

e.  The brand strength and marketing resources of the platform owner: Median = 7.4; Mean = 7.5.

f.  Whether the platform at issue is an open or closed ecosystem: Median = 5.7; Mean= 6.0.

58.  First, we can examine the relative importance of the six factors.  As can be seen, "The number of users or devices already using the platform" is by far the most important decision factor.  To reach statistical significance in this case (at the standard 95% confidence level), a difference between mean ratings should be approximately 0.7 or greater.  As can be seen, this factor is significantly more important than all other factors.  By contrast, "Your prior familiarity with the programming language used by the platform" is the second least important of the six factors.  The only factor that had a lower (not significantly) mean rating was "Whether the platform at issue is an open or closed ecosystem."  It is not surprising that this last factor would have the lowest rating, given that the two leading mobile platforms in the U.S. market are Android, which is an open platform, and iOS, which has historically been a closed system over which Apple exercises substantial control.  As noted earlier, many applications developers who participated in the survey developed applications for both Android and iOS.

59.  These results are consistent with the earlier findings.  Specifically, prior familiarity with the programming language used by the platform is not an important factor influencing developers' decisions as to whether they will develop applications for a mobile platform.

An Assessment of the (Un)importance of Prior Familiarity with Programming Language Based on Behavioral Evidence

60.  The results presented so far show in a number of ways that prior familiarity with a programming language is not a significant factor influencing app developers' decisions

21

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

whether to commit resources to a new mobile platform, and is not an impediment to developers' willingness and ability to develop applications for a mobile platform presenting a potentially attractive commercial opportunity.  Put another way, if a mobile platform demonstrates significant demand and a growing number of users (the dominant decision factor as revealed by this survey), there is no reason to believe any significant number of developers, if any at all, would refuse to develop applications for that platform based on unfamiliarity with the programming language.  To further explore this conclusion, it is useful to examine behavioral measures pertaining to the developers' decisions to commit resources to a platform despite the need to learn a new programming language.  The final survey questions were designed for that purpose.

61.    Respondents who had indicated that they developed iOS applications and then said that they developed applications for iOS that were written in the Objective-C language (110 respondents; see Table 40) were next asked if they had to learn the language to develop applications.  Of the 110 qualified respondents, 79 (72%) indicated that they had to learn the Objective-C language.  This finding provides a behavioral measure of the willingness of developers to learn a programming language in order to be able to develop applications for a popular mobile platform, and suggests that developers would have developed applications for Android once Android demonstrated its commercial viability, regardless of their familiarity with the Java language or the Accused APIs.

62.    Respondents were next asked if they intend to learn the Swift language introduced by Apple two years ago.  Of the 110 respondents who were asked the question, 89 respondents (81%) said that they do.  Again, this result shows the willingness of developers to learn a programming language in order to be able to develop applications for the relevant platform.

63.    In conclusion, using a number of different measures, the survey results show that the demand for applications is by far the most important driver of decisions whether to develop applications for a mobile platform.  By contrast, prior familiarity with a programming

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

language, including Java, plays a minor, if any, role in developers' decisions whether to cater to users of a mobile platform.  The survey results further suggest that, for a developer considering whether to begin developing applications for a newer mobile platform that has demonstrated demand for applications and a large or growing user base, it would not be a significant consideration, much less an important one, that the mobile platform used a programming language the developer did not know or had not used.

ADDITIONAL EVIDENCE PERTAINING TO THE IMPORTANCE OF USER DEMAND IN DEVELOPERS' DECISIONS TO DEVELOP ANDROID APPLICATIONS

64.   As detailed in Exhibit C, I reviewed a number of documents, including documents pertaining to the marketing and market response to the Android platform as well as empirical market research studies evaluating and discussing the preferences and behavior of actual applications developers.  Without reviewing these documents in detail in this report, it is instructive to find out whether these other information sources are consistent with the results of my survey.  Here I provide one illustrative example.

65.   A 2012 study conducted by the research firm IDC (see IDC Appcelerator Q3 2012, Mobile Developer survey report (page 9)), reached the following conclusion: "Platforms with large install base win over developers."  This headline is followed by the following:

"First criterion for choosing a platform: Large installed base of devices

Second criterion: Low cost of devices

Third: Revenue potential."

None of the three criteria identified by this report as important to applications developers involve the developers' prior use or familiarity with a programming language or associated APIs.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Date:  2/8/2016

_I. Simonson_

_____

Itamar Simonson, Ph.D.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Itamar Simonson

**ADDRESSES**                                                          January 2016

Home:                                             Office:
 1561 Newlands Ave.                    Graduate School of Business
 Burlingame, CA 94010               655 Knight Center, Stanford University
  (650) 343-3320                         Stanford, CA 94305-5015
 Cell: (650) 387-7677                     (650) 725-8981
 itamar.simonson@gmail.com        itamars@stanford.edu

**EDUCATION**

| | |
|---|---|
| Ph.D. | Duke University, Fuqua School of Business<br>Major: Marketing;  May 1987 |
| M.B.A. | UCLA,  Graduate School of Management<br>Major: Marketing;  March 1978 |
| B.A. | Hebrew University, Jerusalem, Israel<br>Major: Economics, Political Science;  August 1976 |

**ACADEMIC POSITIONS**

| | |
|---|---|
| July 1987 - June 1993 | University of California, Berkeley<br>Haas School of Business<br>Assistant Professor |
| July 1993 – Aug. 1996 | Stanford Graduate School of Business<br>Associate Professor of Marketing |
| Sept. 1996 – Aug. 1999 | Stanford Graduate School of Business<br>Professor of Marketing |
| Sept. 1999 –    Present | Stanford Graduate School of Business<br>Sebastian S. Kresge Professor of Marketing |
| 1994 – 2000 | Stanford Graduate School of Business<br>Marketing Group Head |
| 2000, 2004, 2012 | Visiting Professor of Marketing: MIT; NYU; Columbia |

**AWARDS**

- Best Article in the *Journal of Consumer Research* during the period 1987-1989.

- The 1997 O'Dell Award (for the *Journal of Marketing Research* article that has had the greatest impact on the marketing field in the previous five years).

- The 2001 O'Dell Award.

- Honorary Doctorate: University of Paris II – Sorbonne Universities.

- Elected Fellow of the Association for Consumer Research.

- The 2007 Society for Consumer Psychology Distinguished Scientific Achievement Award.

- Finalist for the O'Dell Award:  1995;  2002;  2004;  2005;  2007;  2008;  2012.

- Best Article in the *Journal of Public Policy & Marketing*  during the period 1993-1995.

- The 2002 American Marketing Association Award for the Best Article on Services Marketing.

- The Association for Consumer Research 1990 "Ferber Award."

- Finalist for the 2003 Paul Green Award (for the *Journal of Marketing Research* article with the greatest potential to contribute to the practice of marketing research).

- Runner-up for the 2005 *Journal of Consumer Research* Best Article Award.

- Winner in the Marketing Science Institute and Direct Marketing Association competition on "Understanding and Measuring the Effect of Direct Marketing."

- Runner-up for the 1993 *California Management Review* Best Article Award.

- National Science Foundation Grant (for 1996-8).

- Outstanding Reviewer Award, *Journal of Consumer Research*, 2005, 2009.

- Honorable Mention for the Sloan Executive Program Teaching Award.


**TEACHING EXPERIENCE**

Stanford University:

>Marketing Management  (for MBAs and the Sloan Executive Program)
>Marketing to Businesses (for MBAs);  Technology Marketing  (for MBAs)
>Critical Analytical Thinking (for MBAs)
>Research Methods for Studying Consumer Behavior  (a Ph.D. Course)
>Decision Making  (a Ph.D. Course)
>Consumer Behavior (a Ph.D. course)

University Of California, Berkeley:

>MBA, Ph.D. and Executive Education Classes on Marketing Management and Consumer Behavior.

**BUSINESS EXPERIENCE**

October 1978-August 1983     Motorola, Inc.
Worked in an international subsidiary; responsibilities included marketing research and customer analysis, definition of new products, pricing, analysis of sales force performance, competitive intelligence, and forecasting.  Conducted studies of markets for various communications products.  Last two years served as Product Marketing Manager for communications products.

**Consulting**:

Consulted for clients from a wide range of industries such as technology, communications, services, and manufacturing sectors.
Expert witness assignments: trademark infringement, deceptive advertising, surveys, consumer behavior, marketing management, branding, retailing, distribution, assessment of demand drivers and feature value, and other marketing issues.

**PUBLICATIONS**

Itamar Simonson (2016), "Imperfect Progress: An Objective, Quality Assessment of the Role of User Reviews in Consumer Decision Making," *Journal of Consumer Research*, Forthcoming.

Leilei Gao and Itamar Simonson (2016), "The Positive Effect of Assortment Size on Purchase Likelihood: The Moderating Influence of Decision Order," *Journal of Consumer Psychology*, Forthcoming.

Itamar Simonson (2015), "Mission (Largely) Accomplished:  What's Next for Consumer BDT-JDM Researchers?" *Journal of Marketing Behavior*, 1, 9-35.

Itamar Simonson (2015), "The BDT Effect and Future:  A Reply to John Lynch and Norbert Schwarz" *Journal of Marketing Behavior*, 1, 59-73.

Itamar Simonson (2014), "Vices and Virtues of Misguided Replications:  The Case of Asymmetric Dominance," *Journal of Marketing Research*; 51 (4), 514-9.

Itamar Simonson and Emanuel Rosen (2014), *Absolute Value: What Really Influences Customers in the Age of (Nearly) Perfect Information*, HarperCollins Publishers.

Itamar Simonson and Emanuel Rosen (2014), "What Marketers Misunderstand About Online Reviews," *Harvard Business Review*, January, 23-5.
(*HBR Blog*:  "Three Long-Held Concepts Every Marketer Should Rethink," January 22, 2014)

Leilei Gao, YanLiu Huang, and Itamar Simonson (2014), "The Influence of Initial Possession Level on Consumers' Adoption of A Collection Goal: A Tipping Point Effect," *Journal of Marketing,* 78, 143-156.

Aner Sela, Itamar Simonson, and Ran Kivetz (2013), "Beating the Market: The Allure of Unintended Value," *Journal of Marketing Research*, Vol. L (December), 691-705.

Itamar Simonson, James Bettman, Thomas Kramer, and John Payne (2013), "Comparison Selection: An Approach to the Study of Consumer Judgment and Choice," *Journal of Consumer Psychology*, 23(1), 137-149.

Itamar Simonson, James Bettman, Thomas Kramer, and John Payne (2013), "Directions for Judgment and Decision Making Research Based on Comparison Selection:  Reply to Arkes, Johnson, and Kardes," *Journal of Consumer Psychology*, 23(1), 161-3.

Itamar Simonson and Ran Kivetz (2012), "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," Ch. 11 in *Trademark and False Advertising Surveys*, Edited by Shari Diamond and Jerre Swann, American Bar Association.

Thomas Kramer, Michal Maimaran, and Itamar Simonson (2012), "Asymmetric Option Effects on Ease of Choice Criticism and Defense," *OBHDP*, 117, 179-91.

Michal Maimaran and Itamar Simonson (2011), "Multiple Routes to Self Versus Other-Expression in Consumer Choice," *Journal of Marketing Research*, August, 755-66.

Itamar Simonson and Aner Sela (2011), "On the Heritability of Consumer Decision Making:  An Exploratory Approach for Studying Genetic Effects on Judgment and Choice," *Journal of Consumer Research*, 37, 951-66.

Stephen Nowlis, Ravi Dhar, and Itamar Simonson (2010), "The Effect of Decision Order on Purchase Quantity Decisions," *Journal of Marketing Research*, 40 (4), 725-737.

Chezy Ofir, Itamar Simonson, and Song-Oh Yoon (2009), "The Robustness of the Effects of Consumers' Participation in Market Research: The Case of Service Quality Evaluations," *Journal of Marketing*, 73 (November), 105-14.

Aimee Drolet, Mary Frances Luce, and Itamar Simonson (2009), "When Does Choice Reveal Preference? Moderators of Heuristic vs. Goal Based Choice," *Journal of Consumer Research*, 36 (1).

Itamar Simonson (2008), "Regarding Inherent Preferences," *Journal of Consumer Psychology*, 18, 191-196.

Itamar Simonson (2008), "Will I Like a 'Medium' Pillow?  Another Look at Constructed and Inherent Preferences," *Journal of Consumer Psychology*, 18, 155-169.

Song-Oh Yoon and Itamar Simonson (2008), "The Context of Construction as a Determinant of the Strength and Stability of Consumer Preferences," *Journal of Consumer Research*, 35, September, 324-336.

Itamar Simonson (2007), "Decision Making," *Encyclopedia of Social Psychology*; Sage.

Jonah Berger, Michaela Draganska, and Itamar Simonson (2007), "The Influence of Product Variety on Brand Perceptions, Choice, and Experience," *Marketing Science*, 26, July-August, 460-72.

Nathan Novemsky, Ravi Dhar, Norbert Schwarz, and Itamar Simonson (2007), "Preference Fluency in Choice," *Journal of Marketing Research*, XLIV, 347-356.

Chezy Ofir and Itamar Simonson (2007), "The Effect of Stating Expectations on Customer Satisfaction and Shopping Experience," *Journal of Marketing Research*, February, 164-174.

Ray Fisman, Sheena Iyengar, Emir Kamenica, and Itamar Simonson (2007), "Racial Preferences in Dating," *Review of Economic Studies*, 75, 1, 117-132.

Raymond Fisman, Sheena Iyengar, Emir Kamenica, and Itamar Simonson (2006), "Gender Differences in Mate Selection: Evidence from a Speed Dating Experiment," *Quarterly Journal of Economics*, 121 (2), 673-697.

Itamar Simonson (2005), "Determinants of Customers' Responses to Customized Offers: Conceptual Framework and Research Propositions," *Journal of Marketing*, 69 (January), 32-45.

Itamar Simonson (2005), "In Defense of Consciousness: The Role of Conscious and Unconscious Inputs in Consumer Choice," *Journal of Consumer Psychology*,15(3), 211-217.

Donnel Briley, Michael Morris, and Itamar Simonson (2005), "Cultural Chameleons: Biculturals, Conformity Motives, and Decision Making," *Journal of Consumer Psychology*, 15 (4), 351-362.

Uptal Dholakia and Itamar Simonson (2005), "The Effect of Explicit Reference Points on Consumer Choice and Online Bidding Behavior," *Marketing Science*, 24, 206-17.

Itamar Simonson, Thomas Kramer, and Maia Young (2004), "Effect Propensity," *Organizational Behavior and Human Decision Processes*, 95 (November), 156-74.

Itamar Simonson and Aimee Drolet (2004), "Anchoring Effects on Consumers' Willingness-to-Pay and Willingness-to-Accept," *Journal of Consumer Research*, 31 (December), 681-90.

Ran Kivetz and Itamar Simonson (2003) "The Idiosyncratic Fit Heuristic: The Role of Effort Advantage in Consumer Response to Loyalty Programs," *Journal of Marketing Research*, 40 (November), 454-67.

Dan Ariely and Itamar Simonson (2003), "Buying, Bidding, Playing, or Competing? Value Assessment and Decision Dynamics in Online Auctions," *Journal of Consumer Psychology*, 13(1&2), 113–123.

Ravi Dhar and Itamar Simonson (2003), "The Effect of Forced Choice on Choice," *Journal of Marketing Research*, 40 (May), 146-60.

Ran Kivetz and Itamar Simonson (2002), "Self Control for the Righteous: Toward a Theory of Luxury Pre-Commitment," *Journal of Consumer Research*, 29 (September), 199-217.

Ran Kivetz and Itamar Simonson (2002), "Earning the Right to Indulge: Effort as a Determinant of Customer Preferences Toward Frequency Program Rewards," *Journal of Marketing Research*, 39 (May), 155-70.

Chezy Ofir and Itamar Simonson (2001), "In Search of Negative Customer Feedback: The Effect of Expecting to Evaluate on Satisfaction Evaluations," *Journal of Marketing Research*, 38 (May), 170-82.

Itamar Simonson, Ziv Carmon, Ravi Dhar, Aimee Drolet, and Stephen Nowlis (2001), "Consumer Research: In Search of Identity," *Annual Review of Psychology*, 52, 249-275.

Donnel Briley, Michael Morris, and Itamar Simonson (2000), "Reasons as Carriers of Culture: Dynamic Vs. Dispositional Models of Cultural Influence on Decision Making," *Journal of Consumer Research*, 27 (September), 157-178.

Aimee Drolet, Itamar Simonson, and Amos Tversky (2000), "Indifference Curves that Travel with the Choice Set," *Marketing Letters*, 11(3), 199-209.

Stephen Nowlis and Itamar Simonson (2000), "Sales promotions and the Choice Context as Competing Influences on Consumer Decision Making," *Journal of Consumer Psychology*, 9(1), 1-17.

Ran Kivetz and Itamar Simonson (2000), "The Effect of Incomplete Information on Consumer Choice," *Journal of Marketing Research*, 37(4), 427-48.

Itamar Simonson and Stephen Nowlis (2000), "The Effect of Explaining and Need for Uniqueness on Consumer Decision Making:  Unconventional Consumer Choices Based on Reasons," *Journal of Consumer Research*, 27 (June), 49-68.

Itamar Simonson (1999), "The Effect of Product Assortment on Consumer Preferences," *Journal of Retailing*, 75(3), 347-70.

Ravi Dhar and Itamar Simonson (1999), "Making Complementary Choices in Consumption Episodes:  Highlighting Versus Balancing" *Journal of Marketing Research*, 36 (February), 29-44.

Houghton, David, ..., and Itamar Simonson (1999), "Correction Processes in Consumer Choice," *Marketing Letters*, 10(2),107-112.

Ziv Carmon and Itamar Simonson (1998), "Price-Quality Tradeoffs in Choice Versus Matching: New Insights into the Prominence Effect," *Journal of Consumer Psychology*, 7(4), 323-343.

Stephen Nowlis and Itamar Simonson (1997), "Attribute–Task Compatibility as a Determinant of Consumer Preference Reversals," *Journal of Marketing Research*, 34 (May), 205-218.

Joel Huber, ..., and Itamar Simonson (1997), "Thinking About Values in Prospect and Retrospect: Maximizing Experienced Utility," *Marketing Letters*, 7, 324-334.

Stephen Nowlis and Itamar Simonson (1996), "The Impact of New Product Features on Brand Choice," *Journal of Marketing Research*, 33 (February), 36-46.

Itamar Simonson (1994), "Trademark Infringement from the Buyer Perspective: Conceptual Analysis and Measurement Implications," *Journal of Public Policy and Marketing*, 13(2), 181-199.

Itamar Simonson (1994), "An Empirical Investigation of the Meaning and Measurement of Genericness," *Trademark Reporter*, 84 (2), 199-223.

Itamar Simonson, Ziv Carmon, and Suzanne O'Curry (1994), "Experimental Evidence on the Negative Effect of Product Features and Sales Promotions on Brand Choice," *Marketing Science*, 13 (1), 23-40.

Itamar Simonson (1993), "Get Closer to Your Customers by Understanding How They Make Choices," *California Management Review*, 35 (4), 68-84.

Itamar Simonson (1993), "The Effect of Survey Method on Likelihood of Confusion Estimates: Conceptual Analysis and Empirical Test," *Trademark Reporter*, 83 (3), 364-393.

Itamar Simonson, Stephen Nowlis, and Katherine Lemon (1993), "The Effect of Local Consideration Sets on Global Choice Between Lower Price and Higher Quality," *Marketing Science*, 12 (4), 357-377.

Itamar Simonson, Stephen Nowlis, and Yael Simonson (1993), "The Effect of Irrelevant Preference Arguments on Consumer Choice," Journal of Consumer Psychology, 2 (3), 287-306.

Eldar Shafir, Itamar Simonson, and Amos Tversky (1993), "Reasons-Based Choice," *Cognition*, 49, 11-36.

Amos Tversky and Itamar Simonson (1993), "Context-Dependent Preferences," *Management Science*, 39 (10), 1179-1189.

Itamar Simonson (1992), "Influences of Anticipating Regret and Responsibility on Purchase Decisions," *Journal of Consumer Research*, 19 (June), 105-118.

Itamar Simonson and Peter Nye (1992), "The Effect of Accountability on Susceptibility to Decision Errors", *Organizational Behavior and Human Decision Processes*, 51 (3), 416-446.

Itamar Simonson and Amos Tversky (1992), "Choice in Context: Tradeoff Contrast and Extremeness Aversion," *Journal of Marketing Research*, 29 (August), 281-295.

Itamar Simonson and Barry Staw (1992), "De-Escalation Strategies: A Comparison of Techniques for Reducing Commitment to Losing Courses of Action," *Journal of Applied Psychology*, 77 (4), 419-426.

Itamar Simonson and Russell S. Winer (1992), "The Influence of Purchase Quantity and Display Format on Consumer Preference for Variety," *Journal of Consumer Research*, 19 (June), 133-138.

Ravi Dhar and Itamar Simonson (1992), "The Effect of the Focus of Comparison on Consumer Preferences," *Journal of Marketing Research*, 29 (November), 430-440.

William T. Ross and Itamar Simonson (1991), "Evaluations of Pairs of Experiences: A Preference for Happy Endings," *Journal of Behavioral Decision Making*, 4(4), 273-282.

Itamar Simonson (1991), "The Effect of Buying Decisions on Consumers' Assessments of Their Tastes", *Marketing Letters*, 2, 1, 5-14.

Itamar Simonson (1990), "The Effect of Purchase Quantity and Timing on Variety Seeking Behavior," *Journal of Marketing Research*, 27 (May), 150-162.

Itamar Simonson (1989), "Choice Based on Reasons: The Case of Attraction and Compromise Effects," *Journal of Consumer Research*, 16 (September), 158-174.

Itamar Simonson, Joel Huber, and John Payne (1988), "The Relationship Between Prior Brand Knowledge and Information Acquisition Order", *Journal of Consumer Research*, (March), 14,4, 566-78.

**ARTICLES UNDER REVIEW**

Aimee Drolet, Aner Sela, and Itamar Simonson (2015), "Construction Disposition:  The Case of Compromising."

Haiyang Yang, Ziv Carmon, and Itamar Simonson, "The Preference for Practical Knowledge: Its Conceptualization, Measurement, and Ability to Predict Consumer Behaviors."

Wendy Liu and Itamar Simonson, "Jeopardy! Understanding the Beat-the-Incumbent Choice Process."

Ioannis Evangelidis, Jonathan Levav, and Itamar Simonson "Comparison Focus: The Asymmetric Impact of Context Effects on Advantaged versus Disadvantaged Options."

**Doctoral Dissertations Chaired:**

Ravi Dhar (Chaired Professor, Yale U.)
Aimee Drolet (Chaired Professor, UCLA)
Stephen Nowlis (Chaired Professor, Washington U., St. Louis)
Ziv Carmon (Chaired Professor, INSEAD)
Ran Kivetz (Chaired Professor, Columbia U.)
Donnel Briley (Professor, U.O. Sydney)
Thomas Kramer (Tenured Associate Professor, U.O. South Carolina)
Wendy Liu (Tenured Associate Professor, U.O. Calif., San Diego)
Sanjay Sood (Tenured Professor, UCLA)
Song-Oh Yoon (Assistant Professor, Korea U.)
Michal Maimaran (Clinical Assistant Professor, Kellogg School)
Leilei Gao (Assistant Professor, Chinese University, Hong Kong)
Aner Sela (Assistant Professor, U. O. Florida)
Jonah Berger (Tenured Associate Professor, Wharton School, U.O. Penn.)

**EDITORIAL ACTIVITIES**

Editorial Boards:  *Journal of Marketing Research, Journal of Consumer Psychology, Journal of Marketing, Journal of Consumer Research, Journal of Behavioral Decision Making, International Journal of Research in Marketing, Journal of Marketing in Emerging Economies, Marketing Letters*, *Journal of Academy of Marketing Science*, *Review of Marketing Research*.

Reviewer for *Marketing Science, Journal of Economic Behavior and Organization, Science, Management Science, Journal of Retailing and Consumer Services, Journal of Marketing, Journal of Retailing, Organizational Behavior and Human Decision Processes, Journal of Experimental Psychology, Psychological Review, Psychological Bulletin, Journal of Personality and Social Psychology, Psychological Science, California Management Review, Journal of Economic Psychology*, *European Journal of Social Psychology, Journal of Judgment and Decision Making, Medical Decision Making,* and National Science Foundation.

**PROFESSIONAL AFFILIATIONS**

Association for Consumer Research
Judgment and Decision Making Society
American Psychological Society

EXHIBIT B

Cases in which Dr. Itamar Simonson Testified as an Expert at Trial (including written expert reports submitted to the court) or by Deposition in the Past Four Years

1.  Mobilemedia Ideas v. Research in Motion Limited (Nor. Dist. of TX; Dallas Div.; 3:11-CV-2353-N) (deposition)

2.  Gucci America, Inc. v. Guess?, Inc. (S.D.N.Y.; 09-cv-4373).

3.  Car Freshner v. Exotica Fresheners (SDNY; 14-CV-391) (Trial)

4.  Romag Fasteners, Inc. v. Fossil Inc. et al. (Dist. of Conn.; 3: 10CV1827) (deposition).

5.  Laura McCabe et al. v. Six Continents Hotels, Inc. (No. Dist. of CA, SF Div.,  12–cv–04818 NC) (deposition).

6.  GeoTag, Inc. v. AT&T et al. (Nor. Dist. of Texas, Dallas Div.; 2:10-CV-57O) (deposition)

7.  POM Wonderful LLC Marketing and Sales Practices Litigation (Cent. Dist. of CA; 2:10-ml 2199-DDP) (deposition)

8.  Poquito Mas Licensing Corp. v. Taco Bell Corp. (Cent. Dist. of CA; 8:13-CV-01933) (deposition)

9.  Whirlpool Corp. Front-Loading Washer Products Liability Litigation (Nor. Dist. Ohio; 1:08-wp-65000; MDL 2001) (trial)

10. Playtex Products, LLC v. Munchkin, Inc. (Cent. Dist. CA; CASE NO. CV 11-0503 AHM (RZX) (trial)

11. Tria Beauty, Inc. v. Radiancy, Inc. (No. Dist. of CA, SF Div.; C 10-5030 RS).

12. (on behalf of Sound Exchange) In the Matter of Determination of Rates and Terms for Preexisting Subscription Services and Satellite Digital Audio Radio Services (United States Copyright Judges, Washington, D.C., trial).

13. Timelines, Inc. v. Facebook, Inc. (No. Dist. of IL., 11 CV 6867) (deposition)

14. SRI International, Inc. v. Cisco Systems, Inc. (US Dist. of Del., 13-1534) (deposition

15. Under Armour, Inc. v. Body Armor Nutrition (Dist. of MD, Baltimore Div.; 1:12-01283-JKB) (deposition).

16. Fage Dairy Processing Industry, S.A. v. General Mills, Inc. (Nort. Dist. of NY; 6:11-cv-01174) (deposition)

17. Fox Broadcasting Company et al. v. Dish Network (Cent. Dist. of CA; 12-04529) (deposition)

18.    Skye Astiana et al. v. Kashi Company (South. dist. of CA; 11-CV-1967-HBGS) (deposition)

19.    Bank of America v. Trilegiant Corp. & Affinion Group (Arbitration, Reference # 01-14-0000-4517) (Arbitration testimony)

20.    Larry Butler et al. v. Sears, Roebuck and Co. (Nor. Dist. of IL, Eastern Div., 06-CV-7-23) (deposition)

21.    Edward Tovey v. Nike, Inc. (Nor. Dist. of Ohio; 1:12 CV 448) (deposition)

22.    RPI v. Apple Inc. (No. Dist. of NY, Albany Div.; 1:13-CV-633) (deposition)

23.    WNET, ABC et al. (Broadcast networks) v. Aereo, Inc. (SDNY; 12-cv-1540)

24.    Prism Technologies v. AT&T Mobility (Dist. of Nebraska; 8:12CV122) (deposition)

25.    Western Sugar Cooperative et al. v. Archer-Daniels-Midland Company et al. (Cent. Dist. of CA, CV11-3473-CBM) (Trial)

26.    TrueCar, Inc. v. Sonic Automotive, Inc. (Cent. Dist. of CA, West. Div.; 13-cv-05812) (deposition).

27.    Lights Out Holdings and Shawne Merriman v. Nike, Inc. (South. Dist. Of CA, 3:14-cv- 00872-JAH-NLS) (deposition)

28.    Koninklijke Philips Electronics N.V. v. Hunt Control Systems (Dist. of NJ, 11-03684) (deposition).

29.    PB Property Management, Inc., et al. v. Goodman Global (Middle Dist. of FL; 3:12-CV-1366-HES-JBT) and Anne McVicar et al., v. Goodman Global (Cent. Dist. of CA; 8:13-cv-13-01223-DOC-RNB) (deposition)

30.    Exxon Mobil Corp. v. FX Networks et al. (South. Dist. of TX; 4:13– CV–02906) (deposition)

31.    VIP Products v. Jack Daniel's Properties (US Dist. of Ariz., CV 14-02057) (deposition).

Exhibit C - Materials Considered

| DESCRIPTION |
| --- |
| Amended Complaint for Patent and Copyright Infringement, Doc No. 1202dated 10/27/2010 |
| Order re Copyrightability of Certain Replicated Elements of the Java Application Programming Interface, Doc No. 1202, 5/31/2012 |
| Google's Notice of Motion and Motion to Strike Portions of Third Expert Report by Iain Cockburn and Expert Report by Steven Shugan; Memorandum of Points and Authorities in Support Thereof, Doc. No 718, 2/17/2012 |
| Oracle America, Inc.'s Opposition to Google's Motion to Strike Portions of Thrid Expert Report by Iain Cockburn and Expert Report by Steven Shugan, Doc No. 737, 2/24/2012 |
| Google's Reply in Support of Motion to Strike Portions of Third Expert Report by Iain Cockburn and Expert Report by Steven Shugan, Doc No. 751, 2/28/2012 |
| Order Granting in Part and Denying in Part Google's Daubert Motion to Exclude Dr. Cockburn's Third Report, Doc No. 785, 3/13/2012 |
| Plaintiff Oracle America Proposed Supplemental Complaint |
| Deposition of Timothy Bray, November 30, 2011 |
| All Transcript of Jury Trial Proceedings |
| GOOG-00000420 |
| GOOG-00000513 |
| GOOGLE-01-00019527 |
| GOOGLE-01-00025575 |
| GOOGLE-01-00029331 |
| GOGGLE-02-00111218 |
| GOOGLE-14-0042243 |
| GOOG-10002147 |
| GOOG-00022382 |
| Number of Google Play Store apps 2015 available at http://www.statista.com/statistics/266210/number-of-available-applications-in-the-google-play-store/ |
| Android development is 30% more expensive tha iOS. And we have the numbers to prove it! available at https://infinum.co/the-capsized-eight/articles/android-development-is-30-percent-more-expensive-than-ios |
| App developers give brutally honest answers about why they pick Ios over Android available at http://bgr.com/2015/12/18/ios-vs-android-app-developers/ |
| Google Play available at https://en.wikipedia.org/wiki/Google_Play |
| Google Scholar  available at http://scholar.google.com |
| Voice of the Next-Generation Mobile Developer available at http://www.appcelerator.com.s3.amazonaws.com/pdf/Appcelerator-Report-Q3-2012-final.pdf |
| Q3 2014 Mobile Trends Report available on www.appcelerator.com |

Exhibit C - Materials Considered

| |
|---|
| S. Seggie and D. Griffith (2009), "What does it take to get promoted in marketing academia?  Understanding exceptional publication productivity in the leading marketing journals," Journal of Marketing, 73 |
| Itamar Simonson, Joel Huber, and John Payne (1988), "The Relationship Between Prior Brand Knowledge and Information Acquisition Order", Journal of Consumer Research, (March), 14,4 |
| Tversky, Amos; Sattath, Shmuel; Slovic, Paul (1988),"Contingent Valuation in Judgment and Choice," Psychological Review, Vol 95(3), Jul 1988 |
| Amos Tversky (1972), "Elimination by Aspects: A Theory of Choice," Psychological Review, 79 |
| Mark Albert (1971), "Identification of Determinant Attributes: A Comparison of Methods," Journal of Marketing Research, 8 |
| Applications developer contact information |

# EXHIBIT D

1   ORRICK, HERRINGTON & SUTCLIFFE LLP
    KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2   kjohnson-mckewan@orrick.com
    ANNETTE L. HURST (SBN 148738)
3   ahurst@orrick.com
    GABRIEL M. RAMSEY (SBN 209218)
4   gramsey@orrick.com
    405 Howard Street, San Francisco, CA  94105
5   Tel: 1.415.773.5700 / Fax: 1.415.773.5759
    PETER A. BICKS (*pro hac vice*)
6   pbicks@orrick.com
    LISA T. SIMPSON *pro hac vice*)
7   lsimpson@orrick.com
    51 West 52nd Street, New York, NY  10019
8   Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9   BOIES, SCHILLER & FLEXNER LLP
    DAVID BOIES (*pro hac vice*)
10  dboies@bsfllp.com
    333 Main Street, Armonk, NY  10504
11  Tel: 1.914.749.8200 / Fax: 1.914.749.8300
    STEVEN C. HOLTZMAN (SBN 144177)
12  sholtzman@bsfllp.com
    1999 Harrison St., Ste. 900, Oakland, CA  94612
13  Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14  ORACLE CORPORATION
    DORIAN DALEY (SBN 129049)
    dorian.daley@oracle.com
15  DEBORAH K. MILLER (SBN 95527)
    deborah.miller@oracle.com
16  MATTHEW M. SARBORARIA (SBN 211600)
    matthew.sarboraria@oracle.com
17  RUCHIKA AGRAWAL (SBN 246058)
    ruchika.agrawal@oracle.com
18  500 Oracle Parkway,
    Redwood City, CA 94065
19  Tel: 650.506.5200 / Fax: 650.506.7117

20  *Attorneys for Plaintiff*
    ORACLE AMERICA, INC.

21                    UNITED STATES DISTRICT COURT

22                  NORTHERN DISTRICT OF CALIFORNIA

23                      SAN FRANCISCO DIVISION

| | |
|---|---|
| 24   ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| 25           Plaintiff, | **EXHIBITS D, G, AND I TO EXHIBIT 9 TO THE DECLARATION OF ANDREW D. SILVERMAN** |
|       v. | |
| 26   GOOGLE INC. | Hearing:  April 27, 2016, 8:00 a.m. |
| 27           Defendant. | Dept.: Courtroom 8, 19th Floor |
| | Judge: Honorable William H. Alsup |

28

**MANUAL FILING NOTIFICATION**

Regarding:  Manually Filed Portions of Exhibit 9 to the Declaration of Andrew D. Silverman in Support of Oracle's Motions in Limine

This filing is in physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served shortly.

For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

☐    Unable to Scan Documents

☐    Physical Object (please describe):

☐    Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☐    Item Under Seal in Criminal Case

☐    Conformance with the Judicial Conference Privacy Policy (General Order 53)

☑    Other (please describe):  Exhibits D, G, and I to the Expert Report of Dr. Itamar Simonson, attached as Exhibit 9 to the Declaration of Andrew D. Silverman, are Microsoft Excel spreadsheets containing a significant amount of data in many cells across multiple sheets.  If printed or converted to a PDF file, the documents would span many pages and would be unwieldy to use.


Dated: March 23, 2016                        ORRICK, HERRINGTON &
                                             SUTCLIFFE LLP

                                             By:  _____
                                                  ANDREW D. SILVERMAN




                                             *Attorneys for Plaintiff*
                                             ORACLE AMERICA, INC.

MANUAL FILING NOTIFICATION
                                             CV 10-03561 WHA

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025.  On March 23, 2016, I served the following document(s):

> **NOTICE OF MANUAL FILING RE: PORTIONS OF EXHIBIT 9 TO THE DECLARATION OF ANDREW D. SILVERMAN IN SUPPORT OF ORACLE'S MOTIONS IN LIMINE**
>
> **MANUALLY FILED PORTIONS OF EXHIBIT 9 TO THE DECLARATION OF ANDREW D. SILVERMAN**

on the interested parties in this action by electronic service [Fed. Rule Civ. Proc. 5(b)] by electronically mailing true and correct copies to: DALVIK@kvn.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 23, 2016, at San Francisco, California.

José E. Valdés

Revised Final
12-23-15

**#15151 APPLICATION DEVELOPERS STUDY**

**SPECS**

**N=150 or 200**
**At least ½ of the respondents MUST be Android App Developers (response 2 in QA4)**

**SCREENER**

(*INTERVIEWING SHOULD NOT BE CONDUCTED WITH ANYONE WHO HAS A HEARING OR ENGLISH LANGUAGE PROBLEM.*)

**{Programming Note:  Move in from sample NAME.}**
NAME.        Move in name from sample

**{Programming Note:  Move in from sample PHONE NUMBER}**
PHONE.        Move in phone number from sample

Hello, I'm_____ from Target Research Group, a nationwide market research organization. We're conducting a very short survey with application developers, and we'd like to include your opinions.  If you qualify and complete the survey, we will mail you $25 to thank you for your cooperation.  We are <u>not selling anything</u>; we are only interested in your opinions, which will be held in the strictest confidence.

QA1.  May I speak to  **INSERT NAME FROM LIST**.  **{Programming Note:  IF QA1=1, GO TO QA2; IF QA1=2, SCHEDULE CALLBACK; OTHERWISE TERMINATE}**

    1.        Respondent is available
    2.        Respondent is not currently available, can schedule appointment/call back
    3.        Respondent is not available, cannot schedule appointment/callback
    4.        Name on sample does not match actual name.
    9.        Don't know
    0.        Refused

If Response 2, say:  "May I please have a good date and time to call them back?"
CALLBACK SCHEDULING.        **INTERVIEWER:  SCHEDULE CALLBACK DATE & TIME WITH RESPONDENT 2 DAYS FROM TODAY.**

CALLBACK DATE.    **{RECORD RESPONDENT'S CALLBACK DATE}**

CALLBACK TIME.    **{RECORD RESPONDENT'S CALLBACK TIME}**

**INTERVIEWER:  READ CALLBACK DATE & TIME TO RESPONDENT.**

**THANK**:  Thank you.  We appreciate your help on this research project.  We will call them on the Date & Time just discussed.  However, if they would prefer to contact us earlier, please have them call 1-800-xxx-xxxx and mention project number XXX.  Goodbye.

-------------------------------------------------------------------------------------------------------------

        **{QA2 MUST=1; OTHERWISE TERMINATE}**
QA2.  Do or don't you or your firm develop applications for smartphones or tablets?

    1        Yes
    2        No
    9        Don't know

QA3.   Are you the person who makes or influences the decision whether to develop new applications?
**{Programming Note:  MUST BE "YES" TO CONTINUE}**

1    Yes
2    No
9    Don't know


QA4.   For which, if any, of the following platforms have you or your firm developed applications?  **RECORD ALL THAT APPLY.**
***{PROGRAMMER:  ROTATE ORDER OF FIRST 4 ANSWER RESPONSES}***
***{KEEP TRACK OF RESPONSE 2 SELECTIONS—NEED AT LEAST ½ (75-100) OF THE RESPONDENTS TO BE ANDROID PHONE OR TABLET APP DEVELOPERS}***

1.   Apple iPhones or iPads
2.   Android phones or tablets →**NEED AT LEAST ½ OF THE RESPONDENTS TO SELECT THIS**
3.   Blackberry devices
4.   Microsoft or Nokia phones or tablets
5.   None of the above →**TERMINATE**


QA5.   Does any member of your household work for a market research firm, an advertising agency or a public relations firm?  (**RECORD "YES," "NO," OR "DON'T KNOW"**)
**{Programming Note:  IF "YES" OR "DON'T KNOW", TERMINATE}**

1    Yes
2    No
9    Don't know


QB.    Thank you.  You qualify for this study.

**#15151 APPLICATION DEVELOPERS STUDY**

**MAIN QUESTIONNAIRE**

*(INTERVIEWER NOTE:*
*READ EACH OF THE FOLLOWING QUESTIONS SLOWLY;  IF NEEDED, REREAD THE*
*QUESTION, WITHOUT PARAPHRASING)*

Q1.   First, when answering the questions, if you don't know the answer or don't have an
      opinion, please don't guess; just tell me you don't know, and we'll go on to the next
      question.

Q1a.  **[READ SLOWLY]**  Suppose a new platform for mobile devices, in addition to the
      existing platforms, was introduced two years ago.

      What factors or considerations will influence your decision today whether or not to
      develop applications for this platform first introduced two years ago?  **(RECORD EACH**
      **FACTOR/CONSIDERATION VERBATIM ON SEPARATE LINE BELOW).**

      First Factor/Consideration: _____

      Second Factor/Consideration: _____

      Third Factor/Consideration: _____

      Fourth Factor/Consideration: _____

      **None….(   )   (SKIP TO Q.4a)**

Q1b.  Any other factors or considerations that will influence your decision today whether to
      develop applications for this platform?  **(RECORD EACH FACTOR/CONSIDERATION**
      **VERBATIM ON SEPARATE LINE BELOW)**

      Fifth Factor/Consideration: _____

      Sixth Factor/Consideration: _____

      Seventh Factor/Consideration: _____

      Eighth Factor/Consideration: _____

      *{PROGRAMMER: IF "NONE" SELECTED IN Q.1a, SKIP TO Q4a}*
Q2a.  Which one of the factors or considerations you mentioned will be the most important in
      your decision whether to develop applications for that mobile device platform that was
      introduced two years ago?
      *{PROGRAMMER:  PIPE IN ANSWERS FROM Q1a AND Q1b}*
      **(INTERVIEWER:  SELECT THE APPROPRIATE ANSWER FROM THE PIPED IN**
      **ANSWERS)**

Q2b.  What makes you say that **(INSERT ANSWER FROM Q2a)** will be the most important
      factor or consideration in your decision whether to develop applications for that mobile
      device platform?

      [OPEN END]
      _____

Q2c.  Any other reason?

      [OPEN END]
      _____

3

*{PROGRAMMER: IF ONLY <u>ONE</u> FACTOR/CONSIDERATION LISTED IN Q1a/1b, SKIP TO Q4a}*

Q3a.  Which <u>one</u> of the factors or considerations that you mentioned will be the <u>second most important</u> in your decision whether to develop applications for that mobile device platform?
*{PROGRAMMER:  PIPE IN ANSWERS FROM Q1a AND Q1b—<u>NOT</u> including the answer from Q2a}*
**(INTERVIEWER:  SELECT THE APPROPRIATE ANSWER FROM THE PIPED IN ANSWERS)**

Q3b.  What makes you say that **(INSERT ANSWER FROM Q3a)** will be the <u>second most important</u> factor or consideration in your decision whether to develop applications for that mobile device platform?

[OPEN END]
_____

Q3c.  Any other reason?

[OPEN END]
_____

Q4a.  **[READ SLOWLY]**  <u>Suppose now you are approached by a promoter for a mobile device platform that has been around for a few years</u>, but so far you have not developed any application for that platform.

What is the first thing you would want to know from the promoter about that platform before deciding if you'll develop applications for that platform?

[OPEN END]
_____

Q4b.  What is the second thing you would want to know from the promoter about that platform before deciding if you'll develop applications for that platform?

[OPEN END]
_____

*{PROGRAMMER:  ASK Q5a-5c FOR "<u>ANDROID PHONE OR TABLET</u>" IF SELECTED IN QA4.  IF NOT SELECTED, SKIP TO INSTRUCTIONS BEFORE Q.6a}*
*Limit answer to 4 digit numeric response; only accept the year 2007 OR LATER*

Q5a.  You mentioned earlier that you have developed applications for the <u>Android phone or tablet</u> platform.  As best as you remember, what year did you start offering applications for the <u>Android phone or tablet</u> platform?

[OPEN END]
_____

Q5b.  As best as you remember, what factors or considerations led to your decision to develop applications for the <u>Android phone or tablet</u> platform?  **(RECORD <u>EACH</u> FACTOR/CONSIDERATION VERBATIM ON SEPARATE LINE BELOW)**

First Factor/Consideration: _____

Second Factor/Consideration: _____

Third Factor/Consideration: _____

Fourth Factor/Consideration: _____

**None….(   )  (SKIP TO INSTRUCTIONS BEFORE Q.6a)**

4

Q5c.  Any other factors or considerations that led to your decision to develop applications for the <u>Android phone or tablet</u> platform?  **(RECORD <u>EACH</u> FACTOR/CONSIDERATION VERBATIM ON SEPARATE LINE BELOW)**

Fifth Factor/Consideration: _____

Sixth Factor/Consideration: _____

Seventh Factor/Consideration: _____

Eighth Factor/Consideration: _____

***{PROGRAMMER:  ASK Q6a-6c FOR <u>ONE OTHER PLATFORM SELECTED IN QA4.</u>
IF NO OTHER PLATFORM SELECTED IN QA4, SKIP TO INSTRUCTIONS BEFORE
Q.7a}
Limit answer to 4 digit numeric response; only accept the year 2007 OR LATER***

Q6a.  You mentioned earlier that you have developed applications for the **(INSERT ANSWER FROM QA4)** platform.  As best as you remember, what year did you start offering applications for the **(INSERT ANSWER FROM QA4)** platform?

[OPEN END]

_____

Q6b.  As best as you remember, what factors or considerations led to your decision to develop applications for the **(INSERT ANSWER FROM QA4)** platform?  **(RECORD <u>EACH</u> FACTOR/CONSIDERATION VERBATIM ON SEPARATE LINE BELOW)**

First Factor/Consideration: _____

Second Factor/Consideration: _____

Third Factor/Consideration: _____

Fourth Factor/Consideration: _____

**None….(   )  (SKIP TO INSTRUCTIONS BEFORE Q.7-1a or 7-2a)**

Q6c.  Any other factors or considerations that led to your decision to develop applications for the **(INSERT ANSWER FROM QA4)** platform?  **(RECORD <u>EACH</u> FACTOR/CONSIDERATION VERBATIM ON SEPARATE LINE BELOW)**

Fifth Factor/Consideration: _____

Sixth Factor/Consideration: _____

Seventh Factor/Consideration: _____

Eighth Factor/Consideration: _____

*{PROGRAMMER:  ROTATE THE ORDER OF QUESTIONS 7a-7c AND 8a-8c}*

*{PROGRAMMER:  ½ THE RESPONDENTS ARE ASKED THE 7-1 SERIES AND THE OTHER ½ ARE ASKED THE 7-2 SERIES}*

Q7-1a.  **[READ SLOWLY]**  Suppose a platform that was introduced a couple of years ago, has recently gained in popularity in terms of number of users.  In a situation like that, how would you rate <u>your capability to learn to develop applications for that platform</u> <u>assuming it requires using a new and different programming language that you have not</u> <u>used before?</u>

The rating you give should be from 0, which means "Completely <u>in</u>capable of learning to develop applications for that platform" to 10, which means "Completely <u>capable</u> of learning to develop applications for that platform."  **(RECORD A NUMBER BETWEEN 0 AND 10)**

[RECORD NUMBER]

___

Q7-1b.  What makes you give that rating?

[OPEN END]

_____

Q7-1c.  Any other reason?

[OPEN END]

_____

Q7-2a.  **[READ SLOWLY]**  Suppose a platform that was introduced a couple of years ago, has recently gained in popularity in terms of number of users.  In a situation like that, how would you rate <u>your capability to learn to develop applications for that platform</u> <u>assuming it requires using a new and different programming language that you have not</u> <u>used before?</u>

The rating you give should be from 10, which means "Completely <u>capable</u> of learning to develop applications for that platform," to 0, which means "Completely <u>in</u>capable of learning to develop applications for that platform."  **(RECORD A NUMBER BETWEEN 0 AND 10)**

[RECORD NUMBER]

___

Q7-2b.  What makes you give that rating?

[OPEN END]

_____

Q7-2c.  Any other reason?

[OPEN END]

_____

***{PROGRAMMER:  ½ THE RESPONDENTS ARE ASKED THE 8-1 SERIES AND THE OTHER ½ ARE ASKED THE 8-2 SERIES}***

Q8-1a.   **[READ SLOWLY]**  Please rate your capability <u>to develop and establish in the market a completely new programming language for use in mobile applications that is different from all existing programming languages</u>.

The rating you give should be from 0, which means "Completely <u>in</u>capable of developing and establishing a new programming language for mobile applications that is different from all existing programming languages," to 10 which means "Completely <u>capable</u> of developing and establishing a new programming language for use in mobile applications that is different from all existing programming languages." **(RECORD A NUMBER BETWEEN 0 AND 10)**

[RECORD NUMBER]
        ___

Q8-1b.   What makes you give that rating?

[OPEN END]
_____

Q8-1c.   Any other reason?

[OPEN END]
_____

Q8-2a.   **[READ SLOWLY]**  Please rate your capability <u>to develop and establish in the market a completely new programming language for use in mobile applications that is different from all existing programming languages</u>.

The rating you give should be from 10, which means "Completely <u>capable</u> of developing and establishing a new programming language for mobile applications that is different from all existing programming languages," to 0 which means "Completely <u>in</u>capable of developing and establishing a new programming language for use in mobile applications that is different from all existing programming languages." **(RECORD A NUMBER BETWEEN 0 AND 10)**

[RECORD NUMBER]
        ___

Q8-2b.   What makes you give that rating?

[OPEN END]
_____

Q8-2c.   Any other reason?

[OPEN END]
_____

7

*{PROGRAMMER:  ½ THE RESPONDENTS ARE ASKED THE 9-1 SERIES AND THE OTHER ½ ARE ASKED THE 9-2 SERIES}*

Q9-1.  **[READ SLOWLY]**  In general, based on your prior experience in developing applications for mobile platforms, how would you rate the importance of the following six factors when deciding to commit resources to developing applications for a particular mobile platform?

For each factor, please indicate its importance using a scale from 0 to 10 with 0 meaning "Not at all important," and 10 meaning "Extremely important."
*{PROGRAMMER:  RANDOMIZE ORDER OF 6 ITEMS; RECORD A NUMBER BETWEEN 0 AND 10 FOR EACH ITEM}*

How would you rate the importance of (READ ITEM)?

1.  The number of users or devices already using the platform
2.  Your prior familiarity with the programming language used by the platform
3.  The ease or difficulty of getting new applications approved for sale by the platform owner
4.  The percentage of revenue from purchases of the application retained by the platform owner
5.  The brand strength and marketing resources of the platform owner
6.  Whether the platform at issue is an open or closed ecosystem

Q9-2.  **[READ SLOWLY]**  In general, based on your prior experience in developing applications for mobile platforms, how would you rate the importance of the following six factors when deciding to commit resources to developing applications for a particular mobile platform?

For each factor, please indicate its importance using a scale from 10 to 0 with 10 meaning "Extremely important," and 0 meaning "Not at all important."
*{PROGRAMMER:  RANDOMIZE ORDER OF 6 ITEMS; RECORD A NUMBER BETWEEN 0 AND 10 FOR EACH ITEM}*

How would you rate the importance of (READ ITEM)?

1.  The number of users or devices already using the platform
2.  Your prior familiarity with the programming language used by the platform
3.  The ease or difficulty of getting new applications approved for sale by the platform owner
4.  The percentage of revenue from purchases of the application retained by the platform owner
5.  The brand strength and marketing resources of the platform owner
6.  Whether the platform at issue is an open or closed ecosystem

*{PROGRAMMER:  ASK Q10a-10b FOR "APPLE iPHONES OR iPADS" IF SELECTED IN Q.A4}*

Q10a.  Have you or your firm developed applications for iOS written in the Objective-C language?
*{IF RESPONSE 1 SELECTED, ASK Q10b; OTHERWISE, SKIP TO Q12}*

1    Yes
2    No
9    Don't know

Q10b. **[READ SLOWLY]**  Prior to developing applications for iOS, did you know the Objective-C programming language, did you have to learn it, or did you hire an experienced Objective-C developer to develop for iOS?  **(READ RESPONSES AGAIN IF NECESSARY)**

1   You knew the Objective-C programming language, or
2   You had to learn the Objective-C programming language, or
3   You hired an experienced Objective-C developer to develop for iOS
4   Don't know **(DO <u>NOT</u> READ)**


Q11.   Over the past two years, Apple has introduced and updated a new programming language called Swift.  Do you or don't you plan to learn Swift for your applications development work for iOS?  **(SELECT <u>ONE</u> RESPONSE)**

1   Yes, I do
2   No, I don't
9   Don't know


**{Programming Note:  Insert phone number from sample}**
Q12.   My supervisor may call you to verify that you completed this survey.  Can I please have your first and last name and your full address so we can mail you your $25.00?

RFNAME.   **{RECORD RESPONDENT'S FIRST NAME}**

RLNAME.   **{RECORD RESPONDENT'S LAST NAME}**

RADDRESS.   **{RECORD RESPONDENT'S CITY, STATE AND ZIP CODE}**

And may I verify that the number I reached you at is…?   VRPHONE   (INSERT PHONE)   [VERIFY PHONE]


Q13.   Those are all of the questions I have.  Thank you for your time and participation.


CODE GENDER (DO NOT ASK)

1   Male
2   Female
9   Don't know

| Revised Final 1-4-16 |
| --- |

## #15151 APPLICATION DEVELOPERS STUDY

### SPECS

**N=150 or 200**
**At least ½ of the respondents MUST be Android App Developers (response 2 in QA4)**

### SCREENER

(*INTERVIEWING SHOULD NOT BE CONDUCTED WITH ANYONE WHO HAS A HEARING OR ENGLISH LANGUAGE PROBLEM.*)

**{Programming Note:  Move in from sample NAME.}**
NAME.        Move in name from sample

**{Programming Note:  Move in from sample PHONE NUMBER}**
PHONE.        Move in phone number from sample

Hello, I'm_____ from Target Research Group, a nationwide market research organization. We're conducting a very short survey with application developers, and we'd like to include your opinions.  If you qualify and complete the survey, we will mail you $25 to thank you for your cooperation.  We are <u>not selling anything</u>; we are only interested in your opinions, which will be held in the strictest confidence.

QA1.  May I speak to  **INSERT NAME FROM LIST**.  **{Programming Note:  IF QA1=1, GO TO QA2; IF QA1=2, SCHEDULE CALLBACK; OTHERWISE TERMINATE}**

1.        Respondent is available
2.        Respondent is not currently available, can schedule appointment/call back
3.        Respondent is not available, cannot schedule appointment/callback
4.        Name on sample does not match actual name.
9.        Don't know
0.        Refused

If Response 2, say:  "May I please have a good date and time to call them back?"
CALLBACK SCHEDULING.      **INTERVIEWER:  SCHEDULE CALLBACK DATE & TIME WITH RESPONDENT 2 DAYS FROM TODAY.**

CALLBACK DATE.    **{RECORD RESPONDENT'S CALLBACK DATE}**

CALLBACK TIME.    **{RECORD RESPONDENT'S CALLBACK TIME}**

**INTERVIEWER:  READ CALLBACK DATE & TIME TO RESPONDENT.**

**THANK**:  Thank you.  We appreciate your help on this research project.  We will call them on the Date & Time just discussed.  However, if they would prefer to contact us earlier, please have them call 1-800-xxx-xxxx and mention project number XXX.  Goodbye.

---------------------------------------------------------------------------------------------------------------

**{QA2 MUST=1; OTHERWISE TERMINATE}**
QA2.  Do or don't you or your firm develop applications for smartphones or tablets?

1        Yes
2        No
9        Don't know

QA3.   Are you the person who makes or influences the decision whether to develop new applications?
**{Programming Note:  MUST BE "YES" TO CONTINUE}**

1    Yes
2    No
9    Don't know


QA4.   For which, if any, of the following platforms have you or your firm developed applications?  **RECORD ALL THAT APPLY.**
*{PROGRAMMER:  ROTATE ORDER OF FIRST 4 ANSWER RESPONSES}*
*{KEEP TRACK OF RESPONSE 2 SELECTIONS—NEED AT LEAST ½ (75-100) OF THE RESPONDENTS TO BE ANDROID PHONE OR TABLET APP DEVELOPERS}*

1. Apple iPhones or iPads
2. Android phones or tablets →**NEED AT LEAST ½ OF THE RESPONDENTS TO SELECT THIS**
3. Blackberry devices
4. Microsoft or Nokia phones or tablets
5. None of the above →**TERMINATE**


QA5.   Does any member of your household work for a market research firm, an advertising agency or a public relations firm?  (**RECORD "YES," "NO," OR "DON'T KNOW"**)
**{Programming Note:  IF "YES" OR "DON'T KNOW", TERMINATE}**

1    Yes
2    No
9    Don't know


QB.    Thank you.  You qualify for this study.

**#15151 APPLICATION DEVELOPERS STUDY**

**MAIN QUESTIONNAIRE**

*(INTERVIEWER NOTE:*
*READ EACH OF THE FOLLOWING QUESTIONS <u>SLOWLY</u>;  IF NEEDED, REREAD THE*
*QUESTION, WITHOUT PARAPHRASING)*

Q1.   First, when answering the questions, if you don't know the answer or don't have an opinion, please don't guess; just tell me you don't know, and we'll go on to the next question.

Q1a.   **[READ SLOWLY]**  Suppose a new platform for mobile devices, in addition to the existing platforms, was introduced <u>two years ago</u>.

What factors or considerations will influence your decision today whether or not to develop applications for this platform first introduced two years ago?  **(RECORD <u>EACH</u> FACTOR/CONSIDERATION VERBATIM ON SEPARATE LINE BELOW).**

First Factor/Consideration: _____

Second Factor/Consideration: _____

Third Factor/Consideration: _____

Fourth Factor/Consideration: _____

**None….(   )   (SKIP TO Q.4a)**

Q1b.   Any other factors or considerations that will influence your decision today whether to develop applications for this platform?  **(RECORD <u>EACH</u> FACTOR/CONSIDERATION VERBATIM ON SEPARATE LINE BELOW)**

Fifth Factor/Consideration: _____

Sixth Factor/Consideration: _____

Seventh Factor/Consideration: _____

Eighth Factor/Consideration: _____

*{PROGRAMMER: IF "NONE" SELECTED IN Q.1a, SKIP TO Q4a}*

Q2a.   Which <u>one</u> of the factors or considerations you mentioned will be the <u>most important</u> in your decision whether to develop applications for that mobile device platform that was introduced two years ago?
*{PROGRAMMER:  PIPE IN ANSWERS FROM Q1a AND Q1b}*
**(INTERVIEWER:  SELECT THE APPROPRIATE ANSWER FROM THE PIPED IN ANSWERS)**

Q2b.   What makes you say that **(INSERT ANSWER FROM Q2a)** will be the <u>most important</u> factor or consideration in your decision whether to develop applications for that mobile device platform?

[OPEN END]

_____

Q2c.   Any other reason?

[OPEN END]

_____

3

*{PROGRAMMER: IF ONLY <u>ONE</u> FACTOR/CONSIDERATION LISTED IN Q1a/1b, SKIP TO Q4a}*

Q3a.   Which <u>one</u> of the factors or considerations that you mentioned will be the <u>second most</u> important in your decision whether to develop applications for that mobile device platform?
       *{PROGRAMMER:  PIPE IN ANSWERS FROM Q1a AND Q1b—<u>NOT</u> including the answer from Q2a}*
       **(INTERVIEWER:  SELECT THE APPROPRIATE ANSWER FROM THE PIPED IN ANSWERS)**

Q3b.   What makes you say that **(INSERT ANSWER FROM Q3a)** will be the <u>second most important</u> factor or consideration in your decision whether to develop applications for that mobile device platform?

       [OPEN END]
       _____

Q3c.   Any other reason?

       [OPEN END]
       _____

Q4a.   **[READ SLOWLY]**  <u>Suppose now you are approached by a promoter for a mobile device platform that has been around for a few years</u>, but so far you have not developed any application for that platform.

       What is the first thing you would want to know from the promoter about that platform before deciding if you'll develop applications for that platform?

       [OPEN END]
       _____

Q4b.   What is the second thing you would want to know from the promoter about that platform before deciding if you'll develop applications for that platform?

       [OPEN END]
       _____

       *{PROGRAMMER:  ASK Q5a-5c FOR "<u>ANDROID PHONE OR TABLET</u>" IF <u>SELECTED IN QA4.  IF NOT SELECTED, SKIP TO INSTRUCTIONS BEFORE Q.6a}</u>*
       *Limit answer to 4 digit numeric response; only accept the year 2007 OR LATER*
Q5a.   You mentioned earlier that you have developed applications for the <u>Android phone or tablet</u> platform.  As best as you remember, what year did you start offering applications for the <u>Android phone or tablet</u> platform?

       [OPEN END]
       _____

Q5b.   As best as you remember, what factors or considerations led to your decision to develop applications for the <u>Android phone or tablet</u> platform?  **(RECORD <u>EACH</u> FACTOR/CONSIDERATION VERBATIM ON SEPARATE LINE BELOW)**

       First Factor/Consideration: _____

       Second Factor/Consideration: _____

       Third Factor/Consideration: _____

       Fourth Factor/Consideration: _____

       **None….(   )   (SKIP TO INSTRUCTIONS BEFORE Q.6a)**

4

Q5c.   Any other factors or considerations that led to your decision to develop applications for the <u>Android phone or tablet</u> platform?  **(RECORD <u>EACH</u> FACTOR/CONSIDERATION VERBATIM ON SEPARATE LINE BELOW)**

Fifth Factor/Consideration: _____

Sixth Factor/Consideration: _____

Seventh Factor/Consideration: _____

Eighth Factor/Consideration: _____


***{PROGRAMMER:  ASK Q6a-6c FOR <u>ONE OTHER PLATFORM SELECTED IN QA4</u>. IF NO OTHER PLATFORM SELECTED IN QA4, SKIP TO INSTRUCTIONS BEFORE Q.7a}***
***Limit answer to 4 digit numeric response; only accept the year 2007 OR LATER***

Q6a.   You mentioned earlier that you have developed applications for the **(INSERT ANSWER FROM QA4)** platform.  As best as you remember, what year did you start offering applications for the **(INSERT ANSWER FROM QA4)** platform?

[OPEN END]

_____


Q6b.   As best as you remember, what factors or considerations led to your decision to develop applications for the **(INSERT ANSWER FROM QA4)** platform?  **(RECORD <u>EACH</u> FACTOR/CONSIDERATION VERBATIM ON SEPARATE LINE BELOW)**

First Factor/Consideration: _____

Second Factor/Consideration: _____

Third Factor/Consideration: _____

Fourth Factor/Consideration: _____

**None….(   )   (SKIP TO INSTRUCTIONS BEFORE Q.7-1a or 7-2a)**


Q6c.   Any other factors or considerations that led to your decision to develop applications for the **(INSERT ANSWER FROM QA4)** platform?  **(RECORD <u>EACH</u> FACTOR/CONSIDERATION VERBATIM ON SEPARATE LINE BELOW)**

Fifth Factor/Consideration: _____

Sixth Factor/Consideration: _____

Seventh Factor/Consideration: _____

Eighth Factor/Consideration: _____

*{PROGRAMMER:  ROTATE THE ORDER OF QUESTIONS 7a-7c AND 8a-8c}*

*{PROGRAMMER:  ½ THE RESPONDENTS ARE ASKED THE 7-1 SERIES AND THE OTHER ½ ARE ASKED THE 7-2 SERIES}*

Q7-1a.  **[READ SLOWLY]**  Suppose a platform that was introduced a couple of years ago, has recently gained in popularity in terms of number of users.  In a situation like that, how would you rate your capability to learn to develop applications for that platform assuming it requires using a new and different programming language that you have not used before?

The rating you give should be from 0, which means "Completely incapable of learning to develop applications for that platform" to 10, which means "Completely capable of learning to develop applications for that platform."  **(RECORD A NUMBER BETWEEN 0 AND 10)**

[RECORD NUMBER]

_____

Q7-1b.  What makes you give that rating?

[OPEN END]

_____

Q7-1c.  Any other reason?

[OPEN END]

_____

Q7-2a.  **[READ SLOWLY]**  Suppose a platform that was introduced a couple of years ago, has recently gained in popularity in terms of number of users.  In a situation like that, how would you rate your capability to learn to develop applications for that platform assuming it requires using a new and different programming language that you have not used before?

The rating you give should be from 10, which means "Completely capable of learning to develop applications for that platform," to 0, which means "Completely incapable of learning to develop applications for that platform."  **(RECORD A NUMBER BETWEEN 0 AND 10)**

[RECORD NUMBER]

_____

Q7-2b.  What makes you give that rating?

[OPEN END]

_____

Q7-2c.  Any other reason?

[OPEN END]

_____

*{PROGRAMMER:  ½ THE RESPONDENTS ARE ASKED THE 8-1 SERIES AND THE OTHER ½ ARE ASKED THE 8-2 SERIES}*

Q8-1a.  **[READ SLOWLY]**  Please rate your capability <u>to develop and establish</u> **a completely new programming language** in the market for use in mobile applications that is **different** from all existing programming languages.

The rating you give should be from 0, which means "Completely <u>in</u>capable of developing and establishing a new programming language for mobile applications that is different from all existing programming languages," to 10 which means "Completely <u>capable</u> of developing and establishing a new programming language for use in mobile applications that is different from all existing programming languages." **(RECORD A NUMBER BETWEEN 0 AND 10)**

[RECORD NUMBER]
___

Q8-1b.  What makes you give that rating?

[OPEN END]
_____

Q8-1c.  Any other reason?

[OPEN END]
_____

Q8-2a.  **[READ SLOWLY]**  Please rate your capability <u>to develop and establish</u> **a completely new programming language** in the market for use in mobile applications that is **different** from all existing programming languages.

The rating you give should be from 10, which means "Completely <u>capable</u> of developing and establishing a new programming language for mobile applications that is different from all existing programming languages," to 0 which means "Completely <u>in</u>capable of developing and establishing a new programming language for use in mobile applications that is different from all existing programming languages." **(RECORD A NUMBER BETWEEN 0 AND 10)**

[RECORD NUMBER]
___

Q8-2b.  What makes you give that rating?

[OPEN END]
_____

Q8-2c.  Any other reason?

[OPEN END]
_____

*{PROGRAMMER:  ½ THE RESPONDENTS ARE ASKED THE 9-1 SERIES AND THE OTHER ½ ARE ASKED THE 9-2 SERIES}*

Q9-1.   **[READ SLOWLY]**  In general, based on your prior experience in developing applications for mobile platforms, how would you rate the importance of the following six factors when deciding to commit resources to developing applications for a particular mobile platform?

For each factor, please indicate its importance using a scale from 0 to 10 with 0 meaning "Not at all important," and 10 meaning "Extremely important."
*{PROGRAMMER:  RANDOMIZE ORDER OF 6 ITEMS; RECORD A NUMBER BETWEEN 0 AND 10 FOR EACH ITEM}*

How would you rate the importance of (READ ITEM)?

1. The number of users or devices already using the platform
2. Your prior familiarity with the programming language used by the platform
3. The ease or difficulty of getting new applications approved for sale by the platform owner
4. The percentage of revenue from purchases of the application retained by the platform owner
5. The brand strength and marketing resources of the platform owner
6. Whether the platform at issue is an open or closed ecosystem

Q9-2.   **[READ SLOWLY]**  In general, based on your prior experience in developing applications for mobile platforms, how would you rate the importance of the following six factors when deciding to commit resources to developing applications for a particular mobile platform?

For each factor, please indicate its importance using a scale from 10 to 0 with 10 meaning "Extremely important," and 0 meaning "Not at all important."
*{PROGRAMMER:  RANDOMIZE ORDER OF 6 ITEMS; RECORD A NUMBER BETWEEN 0 AND 10 FOR EACH ITEM}*

How would you rate the importance of (READ ITEM)?

1. The number of users or devices already using the platform
2. Your prior familiarity with the programming language used by the platform
3. The ease or difficulty of getting new applications approved for sale by the platform owner
4. The percentage of revenue from purchases of the application retained by the platform owner
5. The brand strength and marketing resources of the platform owner
6. Whether the platform at issue is an open or closed ecosystem

*{PROGRAMMER:  ASK Q10a-10b FOR "APPLE iPHONES OR iPADS" IF SELECTED IN Q.A4}*

Q10a.   Have you or your firm developed applications for iOS written in the Objective-C language?
*{IF RESPONSE 1 SELECTED, ASK Q10b; OTHERWISE, SKIP TO Q12}*

1       Yes
2       No
9       Don't know

Q10b. **[READ SLOWLY]**  Prior to developing applications for iOS, did you know the Objective-C programming language, did you have to learn it, or did you hire an experienced Objective-C developer to develop for iOS?  **(READ RESPONSES AGAIN IF NECESSARY)**

　　1　　You knew the Objective-C programming language, or
　　2　　You had to learn the Objective-C programming language, or
　　3　　You hired an experienced Objective-C developer to develop for iOS
　　4　　Don't know **(DO NOT READ)**

Q11.　Over the past two years, Apple has introduced and updated a new programming language called Swift.  Do you or don't you plan to learn Swift for your applications development work for iOS?  **(SELECT ONE RESPONSE)**

　　1　　Yes, I do
　　2　　No, I don't
　　9　　Don't know

Q11a. In general, do you make decisions about which applications to develop independently, or as part of a team of application developers?  **(READ RESPONSES ONLY IF NECESSARY)**

　　1　　Independently
　　2　　As part of a team of application developers
　　3　　Both, sometimes independently and sometimes as part of a team of application developers

**{Programming Note:  Insert phone number from sample}**
Q12.　My supervisor may call you to verify that you completed this survey.  Can I please have your first and last name and your full address so we can mail you your $25.00?

　　RFNAME.　　**{RECORD RESPONDENT'S FIRST NAME}**

　　RLNAME.　　**{RECORD RESPONDENT'S LAST NAME}**

　　RADDRESS.　　**{RECORD RESPONDENT'S CITY, STATE AND ZIP CODE}**

　　And may I verify that the number I reached you at is…?  VRPHONE　(INSERT PHONE)  [VERIFY PHONE]

Q13.　Those are all of the questions I have.  Thank you for your time and participation.

CODE GENDER (DO NOT ASK)

　　1　　Male
　　2　　Female
　　9　　Don't know

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

| Page | Table | Title |
| ---- | ----- | ----- |
| 1 | 1 | Q.A2  DO OR DON'T YOU OR YOUR FIRM DEVELOP APPLICATIONS FOR SMARTPHONES OR TABLETS? |
| 2 | 2 | Q.A3  ARE YOU THE PERSON WHO MAKES OR INFLUENCES THE DECISION WHETHER TO DEVELOP NEW APPLICATIONS? |
| 3 | 3 | Q.A4  FOR WHICH, IF ANY, OF THE FOLLOWING PLATFORMS HAVE YOU OR YOUR FIRM DEVELOPED APPLICATIONS? |
| 4 | 4 | Q.1A WHAT FACTORS OR CONSIDERATIONS WILL INFLUENCE YOUR DECISION TODAY WHETHER OR NOT TO DEVELOP APPLICATIONS FOR THIS PLATFORM FIRST INTRODUCED TWO YEARS AGO? (FIRST-FOURTH FACTORS) |
| 18 | 5 | Q.1B ANY OTHER FACTORS OR CONSIDERATIONS THAT WILL INFLUENCE YOUR DECISION TODAY WHETHER TO DEVELOP APPLICATIONS FOR THIS PLATFORM? (FIFTH-SEVENTH FACTORS) |
| 23 | 6 | Q.1A/1B TOTAL FACTORS OR CONSIDERATIONS THAT WILL INFLUENCE YOUR DECISION TODAY WHETHER TO DEVELOP APPLICATIONS FOR THIS PLATFORM (FIRST-SEVENTH FACTORS (NET)) |
| 30 | 7 | Q.2A  WHICH ONE OF THE FACTORS OR CONSIDERATIONS YOU MENTIONED WILL BE THE MOST IMPORTANT IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM THAT WAS INTRODUCED TWO YEARS AGO? |
| 35 | 8 | Q.2B/2C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q2A) WILL BE THE MOST IMPORTANT FACTOR OR CONSIDERATION IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON? |
| 42 | 9 | Q.3A  WHICH ONE OF THE FACTORS OR CONSIDERATIONS THAT YOU MENTIONED WILL BE THE SECOND MOST IMPORTANT IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? |
| 47 | 10 | Q.3B/3C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q3A) WILL BE THE SECOND MOST IMPORTANT FACTOR OR CONSIDERATION IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON? |
| 53 | 11 | NET OF Q.2A/3A  FACTORS OR CONSIDERATIONS YOU MENTIONED WILL BE THE MOST IMPORTANT/SECOND MOST IMPORTANT IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM THAT WAS INTRODUCED TWO YEARS AGO? |
| 60 | 12 | NET OF Q.2B/2C/3B/3C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q2A/3A) WILL BE THE MOST IMPORTANT/2ND MOST IMPORTANT FACTOR OR CONSIDERATION IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON? |
| 67 | 13 | Q.4A  SUPPOSE NOW YOU ARE APPROACHED BY A PROMOTER FOR A MOBILE DEVICE PLATFORM THAT HAS BEEN AROUND FOR A FEW YEARS, BUT SO FAR YOU HAVE NOT DEVELOPED ANY APPLICATION FOR THAT PLATFORM. WHAT IS THE FIRST THING YOU WOULD WANT TO KNOW FROM THE PROMOTER ABOUT THAT PLATFORM BEFORE DECIDING IF YOU'LL DEVELOP APPLICATIONS FOR THAT PLATFORM? |
| 73 | 14 | NET OF Q.4A/4B  FIRST/SECOND THING YOU WOULD WANT TO KNOW FROM THE PROMOTER ABOUT THAT PLATFORM BEFORE DECIDING IF YOU'LL DEVELOP APPLICATIONS FOR THAT PLATFORM. |
| 80 | 15 | Q.5A  YOU MENTIONED EARLIER THAT YOU HAVE DEVELOPED APPLICATIONS FOR THE ANDROID PHONE OR TABLET PLATFORM. AS BEST AS YOU REMEMBER,  WHAT YEAR DID YOU START OFFERING APPLICATIONS FOR THE ANDROID PHONE OR TABLET PLATFORM? |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

| Page | Table | Title |
| ---- | ----- | ----- |
| 81 | 16 | Q.5B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIRST-FOURTH FACTORS) |
| 94 | 17 | Q.5C ANY OTHER FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO DEVELOP APPLICATIONS FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIFTH-SEVENTH FACTORS) |
| 99 | 18 | Q.5B/5C TOTAL FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO DEVELOP APPLICATIONS FOR THE ANDROID PHONE OR TABLET PLATFORM (FIRST-SEVENTH FACTORS (NET)) |
| 106 | 19 | Q.6A  YOU MENTIONED EARLIER THAT YOU HAVE DEVELOPED APPLICATIONS FOR THE APPLE IPHONES OR IPADS PLATFORM. AS BEST AS YOU REMEMBER, WHAT YEAR DID YOU START OFFERING APPLICATIONS FOR THE APPLE IPHONES OR IPADS PLATFORM? |
| 107 | 20 | Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIRST-FOURTH FACTORS) |
| 122 | 21 | Q.6C ANY OTHER FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO DEVELOP APPLICATIONS FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIFTH-SEVENTH FACTORS) |
| 126 | 22 | Q.6B/6C TOTAL FACTORS OR CONSIDERATIONS THAT LET TO YOUR DECISION TO DEVELOP APPLICATIONS FOR THE APPLE IPHONES OR IPADS PLATFORM (FIRST-SEVENTH FACTORS (NET)) |
| 133 | 23 | Q.6A  YOU MENTIONED EARLIER THAT YOU HAVE DEVELOPED APPLICATIONS FOR THE BLACKBERRY DEVICES PLATFORM. AS BEST AS YOU REMEMBER, WHAT YEAR DID YOU START OFFERING APPLICATIONS FOR THE BLACKBERRY DEVICES PLATFORM? |
| 134 | 24 | Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS FOR THE BLACKBERRY DEVICES PLATFORM? (FIRST-FOURTH FACTORS) |
| 136 | 25 | Q.6B/6C TOTAL FACTORS OR CONSIDERATIONS THAT LET TO YOUR DECISION TO DEVELOP APPLICATIONS FOR THE BLACKBERRY DEVICES PLATFORM (FIRST-SEVENTH FACTORS (NET)) |
| 138 | 26 | Q.6A  YOU MENTIONED EARLIER THAT YOU HAVE DEVELOPED APPLICATIONS FOR THE MICROSOFT OR NOKIA PHONES OR TABLETS PLATFORM. AS BEST AS YOU REMEMBER, WHAT YEAR DID YOU START OFFERING APPLICATIONS FOR THE MICROSOFT OR NOKIA PHONES OR TABLETS PLATFORM? |
| 139 | 27 | Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS FOR THE MICROSOFT OR NOKIA PHONES OR TABLETS PLATFORM? (FIRST-FOURTH FACTORS) |
| 144 | 28 | Q.6C ANY OTHER FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO DEVELOP APPLICATIONS FOR THE MICROSOFT OR NOKIA PHONES OR TABLETS PLATFORM? (FIFTH-SEVENTH FACTORS) |
| 145 | 29 | Q.6B/6C TOTAL FACTORS OR CONSIDERATIONS THAT LET TO YOUR DECISION TO DEVELOP APPLICATIONS FOR THE MICROSOFT OR NOKIA PHONES OR TABLETS PLATFORM (FIRST-SEVENTH FACTORS (NET)) |
| 149 | 30 | Q.7-1A/Q.7-2A  SUPPOSE A PLATFORM THAT WAS INTRODUCED A COUPLE OF YEARS AGO, HAS RECENTLY GAINED IN POPULARITY IN TERMS OF NUMBER OF USERS.  IN A SITUATION LIKE THAT, HOW WOULD YOU RATE YOUR CAPABILITY TO LEARN TO DEVELOP APPLICATIONS FOR THAT PLATFORM ASSUMING IT REQUIRES USING A NEW AND DIFFERENT PROGRAMMING LANGUAGE THAT YOU HAVE NOT USED BEFORE? |

28 January 2016                                                                                          Page 3

```
                              TARGET RESEARCH GROUP INC.
                          APPLICATION DEVELOPERS STUDY (#103-15151)
```

| Page | Table | Title |
| ---- | ----- | ----- |

| 150 | 31 | Q.7-1B/7-1C/7-2B/7-2C  WHAT MAKES YOU GIVE A RATING OF 8-10?  ANY OTHER REASON? |
| 154 | 32 | Q.7-1B/7-1C/7-2B/7-2C  WHAT MAKES YOU GIVE A RATING OF 5-7?  ANY OTHER REASON? |
| 158 | 33 | Q.7-1B/7-1C/7-2B/7-2C  WHAT MAKES YOU GIVE A RATING OF 0-4?  ANY OTHER REASON? |
| 160 | 34 | Q.8-1A/Q.8-2A  PLEASE RATE YOUR CAPABILITY TO DEVELOP AND ESTABLISH A COMPLETELY NEW PROGRAMMING LANGUAGE IN THE MARKET FOR USE IN MOBILE APPLICATIONS THAT IS DIFFERENT FROM ALL EXISTING PROGRAMMING LANGUAGES. |
| 161 | 35 | Q.8-1B/8-1C/8-2B/8-2C  WHAT MAKES YOU GIVE A RATING OF 8-10?  ANY OTHER REASON? |
| 165 | 36 | Q.8-1B/8-1C/8-2B/8-2C  WHAT MAKES YOU GIVE A RATING OF 5-7?  ANY OTHER REASON? |
| 170 | 37 | Q.8-1B/8-1C/8-2B/8-2C  WHAT MAKES YOU GIVE A RATING OF 0-4?  ANY OTHER REASON? |
| 174 | 38 | Q.9-1/Q.9-2  IN GENERAL, BASED ON YOUR PRIOR EXPERIENCE IN DEVELOPING APPLICATIONS FOR MOBILE PLATFORMS, HOW WOULD YOU RATE THE IMPORTANCE OF THE FOLLOWING SIX FACTORS WHEN DECIDING TO COMMIT RESOURCES TO DEVELOPING APPLICATIONS FOR A PARTICULAR MOBILE PLATFORM? |
| 180 | 39 | Q.10A  HAVE YOU OR YOUR FIRM DEVELOPED APPLICATIONS FOR IOS WRITTEN IN THE OBJECTIVE-C LANGUAGE? |
| 181 | 40 | Q.10B  PRIOR TO DEVELOPING APPLICATIONS FOR IOS, DID YOU KNOW THE OBJECTIVE-C PROGRAMMING LANGUAGE, DID YOU HAVE TO LEARN IT, OR DID YOU HIRE AN EXPERIENCED OBJECTIVE-C DEVELOPER TO DEVELOP FOR IOS? |
| 182 | 41 | Q.11  OVER THE PAST TWO YEARS, APPLE HAS INTRODUCED AND UPDATED A NEW PROGRAMMING LANGUAGE CALLED SWIFT. DO YOU OR DON'T YOU PLAN TO LEARN SWIFT FOR YOUR APPLICATIONS DEVELOPMENT WORK FOR IOS? |
| 183 | 42 | Q.11A  IN GENERAL, DO YOU MAKE DECISIONS ABOUT WHICH APPLICATIONS TO DEVELOP INDEPENDENTLY, OR AS PART OF A TEAM OF APPLICATION DEVELOPERS? |
| 184 | 43 | GENDER |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 1

Q.A2   DO OR DON'T YOU OR YOUR FIRM DEVELOP APPLICATIONS FOR SMARTPHONES OR TABLETS?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| YES | 152 |
|  | 100.0 |
| NO | 0 |
|  | 0 |
| DON'T KNOW | 0 |
|  | 0 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 2

Q.A3  ARE YOU THE PERSON WHO MAKES OR INFLUENCES THE DECISION WHETHER TO DEVELOP NEW APPLICATIONS?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| YES | 152 |
|  | 100.0 |
| NO | 0 |
|  | 0 |
| DON'T KNOW | 0 |
|  | 0 |

```
                    TARGET RESEARCH GROUP INC.
                 APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 3

Q.A4  FOR WHICH, IF ANY, OF THE FOLLOWING PLATFORMS HAVE YOU OR YOUR FIRM DEVELOPED APPLICATIONS?

```
                                                 TOTAL
                                                 -----

          BASE: TOTAL RESPONDENTS                  152


          APPLE IPHONES OR IPADS                   132
                                                  86.8

          ANDROID PHONES OR TABLETS                116
                                                  76.3

          BLACKBERRY DEVICES                        12
                                                   7.9

          MICROSOFT OR NOKIA PHONES OR TABLETS      23
                                                  15.1

          NONE OF THE ABOVE                          0
                                                     0
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 4

Q.1A WHAT FACTORS OR CONSIDERATIONS WILL INFLUENCE YOUR DECISION TODAY WHETHER OR NOT TO
DEVELOP APPLICATIONS FOR THIS PLATFORM FIRST INTRODUCED TWO YEARS AGO? (FIRST-FOURTH FACTORS)

|  | TOTAL |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |
| FIRST FACTOR/CONSIDERATION (NET) | 148<br>97.4 |
| USER BASE/MARKET SHARE/DEMAND/<br>POPULARITY/RETURN (NET) | 94<br>61.8 |
| SIZE OF USER BASE (SUBNET) | 93<br>61.2 |
| ECONOMIC CONSIDERATIONS (SUB-<br>SUBNET) | 1<br>0.7 |
| PROFITABILITY/RETURN ON<br>INVESTMENT (ROI) | 1<br>0.7 |
| MARKET GROWTH (SUB-SUBNET) | 19<br>12.5 |
| ADOPTION RATE | 2<br>1.3 |
| PROJECTED MARKET SHARE/FUTURE<br>OF PLATFORM | 6<br>3.9 |
| MARKET SHARE WAS GROWING/<br>BECOMING MORE POPULAR/THEY WERE<br>CAPTURING THE MARKET | 3<br>2.0 |
| IS APP MARKETABLE/IS THERE A<br>NEED/MARKET FOR IT/THE APP | 3<br>2.0 |
| WHERE DOES IT FIT IN THE<br>CURRENT MARKET/TO SEE WHAT'S<br>ALREADY IN THE MARKET/IS THIS A<br>NEW APP/IDEA | 3<br>2.0 |
| THE MARKETPLACE/MARKET<br>CONSIDERATIONS (UNSPEC) | 2<br>1.3 |
| COMPANY RELATED (SUB-SUBNET) | 2<br>1.3 |
| (LIKE) THE COMPANY/BRAND<br>(APPLE, GOOGLE, ETC) | 2<br>1.3 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 4

Q.1A WHAT FACTORS OR CONSIDERATIONS WILL INFLUENCE YOUR DECISION TODAY WHETHER OR NOT TO
DEVELOP APPLICATIONS FOR THIS PLATFORM FIRST INTRODUCED TWO YEARS AGO? (FIRST-FOURTH FACTORS)

```
                                                 TOTAL
                                                 -----

              BASE: TOTAL RESPONDENTS              152


                     MISCELLANEOUS SIZE OF USER BASE

                     NUMBER OF USERS/(CURRENT)      70
                     MARKET SHARE/PENETRATION/DEMAND  46.1

                     NUMBER OF DEVICES/HOW MANY       1
                     DEVICES USE THAT PLATFORM       0.7

                     OTHER MISCELLANEOUS SIZE OF      1
                     USER BASE MENTIONS              0.7


             MISCELLANEOUS USER BASE/MARKET SHARE/DEMAND/POPULARITY/RETURN

                     OTHER MISCELLANEOUS USER BASE/   1
                     MARKET SHARE/DEMAND/POPULARITY/ 0.7
                     RETURN MENTIONS


             DEMOGRAPHICS/DESCRIPTION OF USER BASE     2
             (NET)                                   1.3

                     TARGET MARKET/DEMOGRAPHIC/WHO IS  1
                     THE AUDIENCE/CUSTOMER           0.7

                     OTHER DEMOGRAPHICS/DESCRIPTION OF 1
                     USER BASE MENTIONS              0.7

             DEVELOPMENT ISSUES (NET)                 30
                                                    19.7

                     TIME/EFFORT OF DEVELOPMENT (SUBNET)  11
                                                         7.2

                         EASE OF USE/EASE/DIFFICULTY OF   5
                         DEVELOPMENT                     3.3

                         EASE OF LEARNING LANGUAGE/HOW    4
                         FAST CAN I LEARN THE SYSTEM/    2.6
                         LANGUAGE

                         TIME REQUIRED/TIME TO MARKET     1
                                                        0.7
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 4

Q.1A WHAT FACTORS OR CONSIDERATIONS WILL INFLUENCE YOUR DECISION TODAY WHETHER OR NOT TO
DEVELOP APPLICATIONS FOR THIS PLATFORM FIRST INTRODUCED TWO YEARS AGO? (FIRST-FOURTH FACTORS)

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| INTEGRATION/EASE/ABILITY OF ADAPTING CURRENT CODE TO DIFFERENT PLATFORMS | 3<br>2.0 |
| DEVELOPMENT COSTS (SUBNET) | 3<br>2.0 |
| COST TO DEVELOP | 3<br>2.0 |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET) | 11<br>7.2 |
| SUPPORT/RESOURCES AVAILABLE | 2<br>1.3 |
| DEVELOPMENT ENVIRONMENT/IS IT ENVIRONMENTALLY FRIENDLY | 1<br>0.7 |
| DOCUMENTATION/AVAILABILITY/ QUALITY OF DOCUMENTATION | 2<br>1.3 |
| DEVELOPMENT/INTEGRATION TOOLS AVAILABLE/WHAT IS THE SDK/API ACCESS | 4<br>2.6 |
| FRAMEWORK/IS THERE A FRAMEWORK AVAILABLE TO DEVELOP APPLICATIONS | 2<br>1.3 |
| EXAMPLES/TEST ENVIRONMENTS/OTHER APPLICATIONS I COULD LOOK AT/ LEARN FROM | 1<br>0.7 |
| PROGRAMMING LANGUAGE (SUBNET) | 4<br>2.6 |
| FAMILIARITY WITH PLATFORM/ LANGUAGE (SUB-SUBNET) | 1<br>0.7 |
| MISCELLANEOUS FAMILIARITY WITH PLATFORM/LANGUAGE | |
| HAD EXPOSURE TO IT ALREADY/ ALREADY KNEW THE LANGUAGE/ BUILT ON A LANGUAGE I ALREADY KNEW | 1<br>0.7 |

```
                      TARGET RESEARCH GROUP INC.
                  APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 4

```
     Q.1A WHAT FACTORS OR CONSIDERATIONS WILL INFLUENCE YOUR DECISION TODAY WHETHER OR NOT TO
DEVELOP APPLICATIONS FOR THIS PLATFORM FIRST INTRODUCED TWO YEARS AGO? (FIRST-FOURTH FACTORS)
```

|                                                               | TOTAL |
|---------------------------------------------------------------|-------|
|                                                               | ----- |
| BASE: TOTAL RESPONDENTS                                       | 152   |
|                                                               |       |
| MISCELLANEOUS PROGRAMMING LANGUAGE                            |       |
|   PROGRAMMING LANGUAGE (OF PLATFORM)/LIKE THE PROGRAMMING LANGUAGE | 3<br>2.0 |
| MISCELLANEOUS DEVELOPMENT ISSUES                             |       |
|   OTHER MISCELLANEOUS DEVELOPMENT ISSUES MENTIONS             | 1<br>0.7 |
| PLATFORM (NET)                                                | 7<br>4.6 |
|   THE PLATFORM/WHAT PLATFORM IT'S BUILT ON                    | 1<br>0.7 |
|   OPERATING SYSTEM OF PLATFORM                                | 3<br>2.0 |
|   CAPABILITIES OF PLATFORM                                    | 2<br>1.3 |
|   SECURITY/SECURE PLATFORM                                    | 1<br>0.7 |
| DEVICE RELATED (NET)                                          | 2<br>1.3 |
|   FEATURES OF DEVICE: RESOLUTION, SPEAKERS, ETC.             | 1<br>0.7 |
|   NUMBER OF DEVICES/HOW MANY DEVICES USE THAT PLATFORM        | 1<br>0.7 |
| COMMITMENT TO PROJECT (NET)                                   | 2<br>1.3 |
|   MARKETING PLANS/HOW WILL IT BE MARKETED                     | 1<br>0.7 |
|   (WHETHER) COMPANY IS/WAS BEHIND PROJECT/PRODUCT             | 1<br>0.7 |

```
                          TARGET RESEARCH GROUP INC.
                       APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 4

```
          Q.1A WHAT FACTORS OR CONSIDERATIONS WILL INFLUENCE YOUR DECISION TODAY WHETHER OR NOT TO
          DEVELOP APPLICATIONS FOR THIS PLATFORM FIRST INTRODUCED TWO YEARS AGO? (FIRST-FOURTH FACTORS)
```

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| APPLICATION SPECIFIC (NET) | 7<br>4.6 |
| FUNCTIONALITY/PURPOSE OF<br>APPLICATION/WHAT THEY WANT IT TO DO | 2<br>1.3 |
| USER INTERFACE (UI)/EXPERIENCE | 5<br>3.3 |
| COMPATIBILITY (NET) | 3<br>2.0 |
| COMPATIBILITY WITH OTHER DEVICES/<br>OPERATING SYSTEMS/PLATFORMS | 1<br>0.7 |
| OTHER COMPATIBILITY MENTIONS | 2<br>1.3 |
| MISCELLANEOUS |  |
| THE NEEDS OF THE CLIENT/IT WAS MY<br>JOB/CLIENT/COMPANY REQUESTED | 2<br>1.3 |
| NUMBER OF OTHER PEOPLE DEVELOPING<br>FOR THAT PROGRAM | 1<br>0.7 |
| THE TECHNOLOGY/TECHNOLOGICAL<br>POTENTIAL | 1<br>0.7 |
| THE ANALYTICS | 1<br>0.7 |
| IS IT LEGAL/ARE THEIR COPYRIGHT<br>ISSUES | 1<br>0.7 |
| OTHER MISCELLANEOUS MENTIONS | 2<br>1.3 |
|  |  |
| SECOND FACTOR/CONSIDERATION (NET) | 98<br>64.5 |
|  |  |
| USER BASE/MARKET SHARE/DEMAND/<br>POPULARITY/RETURN (NET) | 34<br>22.4 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 4

Q.1A WHAT FACTORS OR CONSIDERATIONS WILL INFLUENCE YOUR DECISION TODAY WHETHER OR NOT TO
DEVELOP APPLICATIONS FOR THIS PLATFORM FIRST INTRODUCED TWO YEARS AGO? (FIRST-FOURTH FACTORS)

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| SIZE OF USER BASE (SUBNET) | 34 |
|  | 22.4 |
| ECONOMIC CONSIDERATIONS (SUB-SUBNET) | 6 |
|  | 3.9 |
| THE REMUNERATION/WAS ABLE TO MAKE MONEY/GET PAID | 1 |
|  | 0.7 |
| PROFITABILITY/RETURN ON INVESTMENT (ROI) | 2 |
|  | 1.3 |
| OTHER ECONOMIC CONSIDERATIONS MENTIONS | 3 |
|  | 2.0 |
| MARKET GROWTH (SUB-SUBNET) | 10 |
|  | 6.6 |
| ADOPTION RATE | 2 |
|  | 1.3 |
| PROJECTED MARKET SHARE/FUTURE OF PLATFORM | 2 |
|  | 1.3 |
| MARKET SHARE WAS GROWING/ BECOMING MORE POPULAR/THEY WERE CAPTURING THE MARKET | 1 |
|  | 0.7 |
| IS APP MARKETABLE/IS THERE A NEED/MARKET FOR IT/THE APP | 1 |
|  | 0.7 |
| WHERE DOES IT FIT IN THE CURRENT MARKET/TO SEE WHAT'S ALREADY IN THE MARKET/IS THIS A NEW APP/IDEA | 2 |
|  | 1.3 |
| THE MARKETPLACE/MARKET CONSIDERATIONS (UNSPEC) | 2 |
|  | 1.3 |
| MISCELLANEOUS SIZE OF USER BASE |  |
| NUMBER OF USERS/(CURRENT) | 18 |
| MARKET SHARE/PENETRATION/DEMAND | 11.8 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 4

Q.1A WHAT FACTORS OR CONSIDERATIONS WILL INFLUENCE YOUR DECISION TODAY WHETHER OR NOT TO
DEVELOP APPLICATIONS FOR THIS PLATFORM FIRST INTRODUCED TWO YEARS AGO? (FIRST-FOURTH FACTORS)

|  | TOTAL |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |
| DEMOGRAPHICS/DESCRIPTION OF USER BASE (NET) | 2<br>1.3 |
| TARGET MARKET/DEMOGRAPHIC/WHO IS THE AUDIENCE/CUSTOMER | 1<br>0.7 |
| (ARE) USERS MORE AFFLUENT/HAVE MORE SPENDING POWER | 1<br>0.7 |
| DEVELOPMENT ISSUES (NET) | 39<br>25.7 |
| TIME/EFFORT OF DEVELOPMENT (SUBNET) | 21<br>13.8 |
| EASE OF USE/EASE/DIFFICULTY OF DEVELOPMENT | 15<br>9.9 |
| EASE OF LEARNING LANGUAGE/HOW FAST CAN I LEARN THE SYSTEM/ LANGUAGE | 2<br>1.3 |
| TIME REQUIRED/TIME TO MARKET | 3<br>2.0 |
| INTEGRATION/EASE/ABILITY OF ADAPTING CURRENT CODE TO DIFFERENT PLATFORMS | 2<br>1.3 |
| OTHER TIME/EFFORT OF DEVELOPMENT MENTIONS | 1<br>0.7 |
| DEVELOPMENT COSTS (SUBNET) | 7<br>4.6 |
| COST TO DEVELOP | 4<br>2.6 |
| COST OF DEVELOPMENT TOOLS/FEES REQUIRED TO DEVELOP FOR THAT PROGRAM | 2<br>1.3 |
| OTHER DEVELOPMENT COSTS MENTIONS | 1<br>0.7 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 4

Q.1A WHAT FACTORS OR CONSIDERATIONS WILL INFLUENCE YOUR DECISION TODAY WHETHER OR NOT TO
DEVELOP APPLICATIONS FOR THIS PLATFORM FIRST INTRODUCED TWO YEARS AGO? (FIRST-FOURTH FACTORS)

|                                                                      | TOTAL |
|----------------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                              | 152   |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET)                             | 8 5.3 |
| SUPPORT/RESOURCES AVAILABLE                                          | 1 0.7 |
| DEVELOPMENT ENVIRONMENT/IS IT ENVIRONMENTALLY FRIENDLY               | 1 0.7 |
| DOCUMENTATION/AVAILABILITY/ QUALITY OF DOCUMENTATION                 | 1 0.7 |
| DEVELOPMENT/INTEGRATION TOOLS AVAILABLE/WHAT IS THE SDK/API ACCESS   | 2 1.3 |
| FRAMEWORK/IS THERE A FRAMEWORK AVAILABLE TO DEVELOP APPLICATIONS     | 2 1.3 |
| OTHER SUPPORT/DEVELOPMENT ENVIRONMENT MENTIONS                       | 1 0.7 |
| PROGRAMMING LANGUAGE (SUBNET)                                        | 3 2.0 |
| MISCELLANEOUS PROGRAMMING LANGUAGE                                   |       |
| PROGRAMMING LANGUAGE (OF PLATFORM)/LIKE THE PROGRAMMING LANGUAGE     | 3 2.0 |
| MISCELLANEOUS DEVELOPMENT ISSUES                                     |       |
| AVAILABILITY OF DEVELOPERS TO WORK ON PLATFORM/PROJECT               | 3 2.0 |
| OTHER MISCELLANEOUS DEVELOPMENT ISSUES MENTIONS                      | 1 0.7 |
| PLATFORM (NET)                                                       | 3 2.0 |

```
                              TARGET RESEARCH GROUP INC.
                           APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 4

Q.1A WHAT FACTORS OR CONSIDERATIONS WILL INFLUENCE YOUR DECISION TODAY WHETHER OR NOT TO
DEVELOP APPLICATIONS FOR THIS PLATFORM FIRST INTRODUCED TWO YEARS AGO? (FIRST-FOURTH FACTORS)

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| THE PLATFORM/WHAT PLATFORM IT'S BUILT ON | 1 0.7 |
| (IS) PLATFORM OPEN/IS IT OPEN-SOURCE | 1 0.7 |
| OTHER PLATFORM MENTIONS | 1 0.7 |
| DEVICE RELATED (NET) | 6 3.9 |
| HAVE/LIKE THE DEVICE (I HAVE AN IPHONE, FAN OF ANDROID PHONES) | 1 0.7 |
| WHAT DEVICES THE PLATFORM WAS ON | 1 0.7 |
| FEATURES OF DEVICE: RESOLUTION, SPEAKERS, ETC. | 4 2.6 |
| COMMITMENT TO PROJECT (NET) | 1 0.7 |
| APP STORE/INTERFACE FOR SELLING APP | 1 0.7 |
| APPLICATION SPECIFIC (NET) | 6 3.9 |
| (UNDERSTANDING) THE APPLICATION REQUIREMENTS | 1 0.7 |
| FUNCTIONALITY/PURPOSE OF APPLICATION/WHAT THEY WANT IT TO DO | 2 1.3 |
| USER INTERFACE (UI)/EXPERIENCE | 3 2.0 |
| COMPATIBILITY (NET) | 1 0.7 |
| OTHER COMPATIBILITY MENTIONS | 1 0.7 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 4

Q.1A WHAT FACTORS OR CONSIDERATIONS WILL INFLUENCE YOUR DECISION TODAY WHETHER OR NOT TO
DEVELOP APPLICATIONS FOR THIS PLATFORM FIRST INTRODUCED TWO YEARS AGO? (FIRST-FOURTH FACTORS)

| | TOTAL |
|---|---|
| | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| | |
| MISCELLANEOUS | |
| THE NEEDS OF THE CLIENT/IT WAS MY | 1 |
| JOB/CLIENT/COMPANY REQUESTED | 0.7 |
| NUMBER OF JOBS AVAILABLE DEVELOPING | 1 |
| APPLICATIONS ON THAT PLATFORM | 0.7 |
| THE TECHNOLOGY/TECHNOLOGICAL | 2 |
| POTENTIAL | 1.3 |
| SCALABILITY | 2 |
| | 1.3 |
| OTHER MISCELLANEOUS MENTIONS | 3 |
| | 2.0 |
| THIRD FACTOR/CONSIDERATION (NET) | 37 |
| | 24.3 |
| USER BASE/MARKET SHARE/DEMAND/ | 14 |
| POPULARITY/RETURN (NET) | 9.2 |
| SIZE OF USER BASE (SUBNET) | 14 |
| | 9.2 |
| ECONOMIC CONSIDERATIONS (SUB- | 4 |
| SUBNET) | 2.6 |
| THE REMUNERATION/WAS ABLE TO | 1 |
| MAKE MONEY/GET PAID | 0.7 |
| PROFITABILITY/RETURN ON | 3 |
| INVESTMENT (ROI) | 2.0 |
| MARKET GROWTH (SUB-SUBNET) | 5 |
| | 3.3 |
| PROJECTED MARKET SHARE/FUTURE | 3 |
| OF PLATFORM | 2.0 |
| IS APP MARKETABLE/IS THERE A | 1 |
| NEED/MARKET FOR IT/THE APP | 0.7 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 4

Q.1A WHAT FACTORS OR CONSIDERATIONS WILL INFLUENCE YOUR DECISION TODAY WHETHER OR NOT TO
DEVELOP APPLICATIONS FOR THIS PLATFORM FIRST INTRODUCED TWO YEARS AGO? (FIRST-FOURTH FACTORS)

|  | TOTAL |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |
| WHERE DOES IT FIT IN THE CURRENT MARKET/TO SEE WHAT'S ALREADY IN THE MARKET/IS THIS A NEW APP/IDEA | 1<br>0.7 |
| THE GROWTH OF MOBILE APPLICATIONS/WANTED TO GET INTO THE GROWING MOBILE MARKET | 1<br>0.7 |
| COMPANY RELATED (SUB-SUBNET) | 1<br>0.7 |
| WHAT COMPANY IS BEHIND THE PLATFORM | 1<br>0.7 |
| MISCELLANEOUS SIZE OF USER BASE | |
| NUMBER OF USERS/(CURRENT) MARKET SHARE/PENETRATION/DEMAND | 4<br>2.6 |
| DEMOGRAPHICS/DESCRIPTION OF USER BASE (NET) | 3<br>2.0 |
| TARGET MARKET/DEMOGRAPHIC/WHO IS THE AUDIENCE/CUSTOMER | 3<br>2.0 |
| (ARE) USERS MORE AFFLUENT/HAVE MORE SPENDING POWER | 1<br>0.7 |
| DEVELOPMENT ISSUES (NET) | 13<br>8.6 |
| TIME/EFFORT OF DEVELOPMENT (SUBNET) | 6<br>3.9 |
| EASE OF USE/EASE/DIFFICULTY OF DEVELOPMENT | 1<br>0.7 |
| EASE OF LEARNING LANGUAGE/HOW FAST CAN I LEARN THE SYSTEM/ LANGUAGE | 1<br>0.7 |
| TIME REQUIRED/TIME TO MARKET | 3<br>2.0 |

```
                        TARGET RESEARCH GROUP INC.
                     APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 4

```
     Q.1A WHAT FACTORS OR CONSIDERATIONS WILL INFLUENCE YOUR DECISION TODAY WHETHER OR NOT TO
     DEVELOP APPLICATIONS FOR THIS PLATFORM FIRST INTRODUCED TWO YEARS AGO? (FIRST-FOURTH FACTORS)
```

|                                                                         | TOTAL |
|-------------------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                                  | 152   |
| INTEGRATION/EASE/ABILITY OF ADAPTING CURRENT CODE TO DIFFERENT PLATFORMS | 2 1.3 |
| DEVELOPMENT COSTS (SUBNET)                                               | 2 1.3 |
| COST TO DEVELOP                                                          | 2 1.3 |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET)                                 | 5 3.3 |
| SUPPORT/RESOURCES AVAILABLE                                              | 4 2.6 |
| DOCUMENTATION/AVAILABILITY/ QUALITY OF DOCUMENTATION                     | 1 0.7 |
| DEVELOPMENT/INTEGRATION TOOLS AVAILABLE/WHAT IS THE SDK/API ACCESS       | 1 0.7 |
| EXAMPLES/TEST ENVIRONMENTS/OTHER APPLICATIONS I COULD LOOK AT/ LEARN FROM | 1 0.7 |
| PROGRAMMING LANGUAGE (SUBNET)                                            | 1 0.7 |
| MISCELLANEOUS PROGRAMMING LANGUAGE                                       |       |
| PROGRAMMING LANGUAGE (OF PLATFORM)/LIKE THE PROGRAMMING LANGUAGE         | 1 0.7 |
| PLATFORM (NET)                                                           | 1 0.7 |
| SECURITY/SECURE PLATFORM                                                 | 1 0.7 |
| APPLICATION SPECIFIC (NET)                                               | 4 2.6 |

```
                             TARGET RESEARCH GROUP INC.
                         APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 4

```
     Q.1A WHAT FACTORS OR CONSIDERATIONS WILL INFLUENCE YOUR DECISION TODAY WHETHER OR NOT TO
   DEVELOP APPLICATIONS FOR THIS PLATFORM FIRST INTRODUCED TWO YEARS AGO? (FIRST-FOURTH FACTORS)
```

|                                                            | TOTAL |
|------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                    | 152   |
| FUNCTIONALITY/PURPOSE OF APPLICATION/WHAT THEY WANT IT TO DO | 3 / 2.0 |
| WHETHER I LIKE IT/IF IT IS AN APP THAT INTERESTS ME        | 1 / 0.7 |
| COMPATIBILITY (NET)                                        | 2 / 1.3 |
| COMPATIBILITY WITH OTHER DEVICES/ OPERATING SYSTEMS/PLATFORMS | 1 / 0.7 |
| OTHER COMPATIBILITY MENTIONS                               | 1 / 0.7 |
| MISCELLANEOUS                                              |       |
| THE NEEDS OF THE CLIENT/IT WAS MY JOB/CLIENT/COMPANY REQUESTED | 2 / 1.3 |
| THE ANALYTICS                                              | 1 / 0.7 |
| FOURTH FACTOR/CONSIDERATION (NET)                          | 9 / 5.9 |
| USER BASE/MARKET SHARE/DEMAND/ POPULARITY/RETURN (NET)     | 2 / 1.3 |
| SIZE OF USER BASE (SUBNET)                                 | 2 / 1.3 |
| MARKET GROWTH (SUB-SUBNET)                                 | 1 / 0.7 |
| IS APP MARKETABLE/IS THERE A NEED/MARKET FOR IT/THE APP    | 1 / 0.7 |
| MISCELLANEOUS SIZE OF USER BASE                           |       |
| NUMBER OF USERS/(CURRENT) MARKET SHARE/PENETRATION/DEMAND  | 1 / 0.7 |

```
                          TARGET RESEARCH GROUP INC.
                     APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 4

```
     Q.1A WHAT FACTORS OR CONSIDERATIONS WILL INFLUENCE YOUR DECISION TODAY WHETHER OR NOT TO
DEVELOP APPLICATIONS FOR THIS PLATFORM FIRST INTRODUCED TWO YEARS AGO? (FIRST-FOURTH FACTORS)
```

|  | TOTAL |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |
| DEVELOPMENT ISSUES (NET) | 5<br>3.3 |
| DEVELOPMENT COSTS (SUBNET) | 2<br>1.3 |
| COST TO DEVELOP | 2<br>1.3 |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET) | 2<br>1.3 |
| DEVELOPMENT/INTEGRATION TOOLS AVAILABLE/WHAT IS THE SDK/API ACCESS | 2<br>1.3 |
| PROGRAMMING LANGUAGE (SUBNET) | 1<br>0.7 |
| MISCELLANEOUS PROGRAMMING LANGUAGE | |
| PROGRAMMING LANGUAGE (OF PLATFORM)/LIKE THE PROGRAMMING LANGUAGE | 1<br>0.7 |
| MISCELLANEOUS | |
| NUMBER OF OTHER PEOPLE DEVELOPING FOR THAT PROGRAM | 2<br>1.3 |
| NONE | 4<br>2.6 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 5

Q.1B ANY OTHER FACTORS OR CONSIDERATIONS THAT WILL INFLUENCE YOUR DECISION TODAY WHETHER TO
DEVELOP APPLICATIONS FOR THIS PLATFORM? (FIFTH-SEVENTH FACTORS)

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| FIFTH FACTOR/CONSIDERATION (NET) | 37<br>24.3 |
| USER BASE/MARKET SHARE/DEMAND/<br>POPULARITY/RETURN (NET) | 11<br>7.2 |
| SIZE OF USER BASE (SUBNET) | 11<br>7.2 |
| ECONOMIC CONSIDERATIONS (SUB-<br>SUBNET) | 2<br>1.3 |
| THE REMUNERATION/WAS ABLE TO<br>MAKE MONEY/GET PAID | 1<br>0.7 |
| OTHER ECONOMIC CONSIDERATIONS<br>MENTIONS | 1<br>0.7 |
| MARKET GROWTH (SUB-SUBNET) | 5<br>3.3 |
| ADOPTION RATE | 1<br>0.7 |
| PROJECTED MARKET SHARE/FUTURE<br>OF PLATFORM | 2<br>1.3 |
| WHERE DOES IT FIT IN THE<br>CURRENT MARKET/TO SEE WHAT'S<br>ALREADY IN THE MARKET/IS THIS A<br>NEW APP/IDEA | 2<br>1.3 |
| MISCELLANEOUS SIZE OF USER BASE |  |
| NUMBER OF USERS/(CURRENT)<br>MARKET SHARE/PENETRATION/DEMAND | 4<br>2.6 |
| DEMOGRAPHICS/DESCRIPTION OF USER BASE<br>(NET) | 1<br>0.7 |
| OTHER DEMOGRAPHICS/DESCRIPTION OF<br>USER BASE MENTIONS | 1<br>0.7 |
| DEVELOPMENT ISSUES (NET) | 15<br>9.9 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 5

Q.1B ANY OTHER FACTORS OR CONSIDERATIONS THAT WILL INFLUENCE YOUR DECISION TODAY WHETHER TO
     DEVELOP APPLICATIONS FOR THIS PLATFORM? (FIFTH-SEVENTH FACTORS)

|                                                              | TOTAL |
|--------------------------------------------------------------|-------|
|                                                              | ----- |
| BASE: TOTAL RESPONDENTS                                      | 152   |
|                                                              |       |
| TIME/EFFORT OF DEVELOPMENT (SUBNET)                          | 8     |
|                                                              | 5.3   |
| EASE OF USE/EASE/DIFFICULTY OF DEVELOPMENT                   | 6     |
|                                                              | 3.9   |
| EASE OF LEARNING LANGUAGE/HOW FAST CAN I LEARN THE SYSTEM/ LANGUAGE | 1 |
|                                                              | 0.7   |
| TIME REQUIRED/TIME TO MARKET                                 | 1     |
|                                                              | 0.7   |
| INTEGRATION/EASE/ABILITY OF ADAPTING CURRENT CODE TO DIFFERENT PLATFORMS | 1 |
|                                                              | 0.7   |
| DEVELOPMENT COSTS (SUBNET)                                   | 3     |
|                                                              | 2.0   |
| COST TO DEVELOP                                              | 2     |
|                                                              | 1.3   |
| (IS IT) FREE/NO COST FOR TOOL/ LICENSE                       | 1     |
|                                                              | 0.7   |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET)                     | 3     |
|                                                              | 2.0   |
| DEVELOPMENT ENVIRONMENT/IS IT ENVIRONMENTALLY FRIENDLY       | 1     |
|                                                              | 0.7   |
| DEVELOPMENT/INTEGRATION TOOLS AVAILABLE/WHAT IS THE SDK/API ACCESS | 2 |
|                                                              | 1.3   |
| PROGRAMMING LANGUAGE (SUBNET)                                | 1     |
|                                                              | 0.7   |
| MISCELLANEOUS PROGRAMMING LANGUAGE                           |       |
| PROGRAMMING LANGUAGE (OF PLATFORM)/LIKE THE PROGRAMMING LANGUAGE | 1 |
|                                                              | 0.7   |

```
                          TARGET RESEARCH GROUP INC.
                       APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 5

Q.1B ANY OTHER FACTORS OR CONSIDERATIONS THAT WILL INFLUENCE YOUR DECISION TODAY WHETHER TO
       DEVELOP APPLICATIONS FOR THIS PLATFORM? (FIFTH-SEVENTH FACTORS)

|  | TOTAL |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |
| PLATFORM (NET) | 3<br>2.0 |
|    OPERATING SYSTEM OF PLATFORM | 1<br>0.7 |
|    SECURITY/SECURE PLATFORM | 2<br>1.3 |
| DEVICE RELATED (NET) | 2<br>1.3 |
|    FEATURES OF DEVICE: RESOLUTION,<br>   SPEAKERS, ETC. | 2<br>1.3 |
| APPLICATION SPECIFIC (NET) | 4<br>2.6 |
|    (UNDERSTANDING) THE APPLICATION<br>   REQUIREMENTS | 2<br>1.3 |
|    WHETHER I LIKE IT/IF IT IS AN APP<br>   THAT INTERESTS ME | 1<br>0.7 |
|    USER INTERFACE (UI)/EXPERIENCE | 1<br>0.7 |
| COMPATIBILITY (NET) | 2<br>1.3 |
|    COMPATIBILITY WITH OTHER DEVICES/<br>   OPERATING SYSTEMS/PLATFORMS | 2<br>1.3 |
| MISCELLANEOUS |  |
|    THE NEEDS OF THE CLIENT/IT WAS MY<br>   JOB/CLIENT/COMPANY REQUESTED | 1<br>0.7 |
|    NUMBER OF OTHER PEOPLE DEVELOPING<br>   FOR THAT PROGRAM | 1<br>0.7 |
| SIXTH FACTOR/CONSIDERATION (NET) | 6<br>3.9 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 5

Q.1B ANY OTHER FACTORS OR CONSIDERATIONS THAT WILL INFLUENCE YOUR DECISION TODAY WHETHER TO
DEVELOP APPLICATIONS FOR THIS PLATFORM? (FIFTH-SEVENTH FACTORS)

|                                                          | TOTAL |
|----------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                   | 152   |
| USER BASE/MARKET SHARE/DEMAND/ POPULARITY/RETURN (NET)    | 1 0.7 |
| SIZE OF USER BASE (SUBNET)                                | 1 0.7 |
| MISCELLANEOUS SIZE OF USER BASE                          |       |
| NUMBER OF DEVICES/HOW MANY DEVICES USE THAT PLATFORM      | 1 0.7 |
| DEVELOPMENT ISSUES (NET)                                  | 3 2.0 |
| TIME/EFFORT OF DEVELOPMENT (SUBNET)                       | 1 0.7 |
| TIME REQUIRED/TIME TO MARKET                              | 1 0.7 |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET)                  | 1 0.7 |
| SUPPORT/RESOURCES AVAILABLE                               | 1 0.7 |
| MISCELLANEOUS DEVELOPMENT ISSUES                         |       |
| AVAILABILITY OF DEVELOPERS TO WORK ON PLATFORM/PROJECT    | 1 0.7 |
| DEVICE RELATED (NET)                                      | 1 0.7 |
| NUMBER OF DEVICES/HOW MANY DEVICES USE THAT PLATFORM      | 1 0.7 |
| APPLICATION SPECIFIC (NET)                                | 1 0.7 |
| FUNCTIONALITY/PURPOSE OF APPLICATION/WHAT THEY WANT IT TO DO | 1 0.7 |

```
                         TARGET RESEARCH GROUP INC.
                     APPLICATION DEVELOPERS STUDY (#103-15151)
```
Table 5

```
Q.1B ANY OTHER FACTORS OR CONSIDERATIONS THAT WILL INFLUENCE YOUR DECISION TODAY WHETHER TO
            DEVELOP APPLICATIONS FOR THIS PLATFORM? (FIFTH-SEVENTH FACTORS)


                                                 TOTAL
                                                 -----

          BASE: TOTAL RESPONDENTS                  152



            MISCELLANEOUS

              NUMBER OF OTHER PEOPLE DEVELOPING      1
                FOR THAT PROGRAM                    0.7


          SEVENTH FACTOR/CONSIDERATION (NET)         2
                                                    1.3


              DEMOGRAPHICS/DESCRIPTION OF USER BASE  1
              (NET)                                 0.7

                TARGET MARKET/DEMOGRAPHIC/WHO IS     1
                THE AUDIENCE/CUSTOMER              0.7

            DEVELOPMENT ISSUES (NET)                 1
                                                    0.7

                DEVELOPMENT COSTS (SUBNET)           1
                                                    0.7

                  COST TO DEVELOP                    1
                                                    0.7


          NONE                                     115
                                                   75.7
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 6

Q.1A/1B TOTAL FACTORS OR CONSIDERATIONS THAT WILL INFLUENCE YOUR DECISION TODAY
WHETHER TO DEVELOP APPLICATIONS FOR THIS PLATFORM (FIRST-SEVENTH FACTORS (NET))

|                                                                          | TOTAL |
|--------------------------------------------------------------------------|-------|
|                                                                          | ----- |
| BASE: TOTAL RESPONDENTS                                                   | 152   |
| MENTIONED A FACTOR/CONSIDERATION (NET)                                    | 148   |
|                                                                          | 97.4  |
| USER BASE/MARKET SHARE/DEMAND/ POPULARITY/RETURN (NET)                    | 114   |
|                                                                          | 75.0  |
| SIZE OF USER BASE (SUBNET)                                                | 113   |
|                                                                          | 74.3  |
| ECONOMIC CONSIDERATIONS (SUB-SUBNET)                                      | 13    |
|                                                                          | 8.6   |
| THE REMUNERATION/WAS ABLE TO MAKE MONEY/GET PAID                          | 3     |
|                                                                          | 2.0   |
| PROFITABILITY/RETURN ON INVESTMENT (ROI)                                  | 6     |
|                                                                          | 3.9   |
| OTHER ECONOMIC CONSIDERATIONS MENTIONS                                    | 4     |
|                                                                          | 2.6   |
| MARKET GROWTH (SUB-SUBNET)                                                | 38    |
|                                                                          | 25.0  |
| ADOPTION RATE                                                             | 5     |
|                                                                          | 3.3   |
| PROJECTED MARKET SHARE/FUTURE OF PLATFORM                                 | 13    |
|                                                                          | 8.6   |
| MARKET SHARE WAS GROWING/ BECOMING MORE POPULAR/THEY WERE CAPTURING THE MARKET | 4     |
|                                                                          | 2.6   |
| IS APP MARKETABLE/IS THERE A NEED/MARKET FOR IT/THE APP                   | 5     |
|                                                                          | 3.3   |
| WHERE DOES IT FIT IN THE CURRENT MARKET/TO SEE WHAT'S ALREADY IN THE MARKET/IS THIS A NEW APP/IDEA | 8     |
|                                                                          | 5.3   |
| THE GROWTH OF MOBILE APPLICATIONS/WANTED TO GET INTO THE GROWING MOBILE MARKET | 1     |
|                                                                          | 0.7   |

```
                          TARGET RESEARCH GROUP INC.
                     APPLICATION DEVELOPERS STUDY (#103-15151)

                                                                        Table 6

     Q.1A/1B TOTAL FACTORS OR CONSIDERATIONS THAT WILL INFLUENCE YOUR DECISION TODAY
     WHETHER TO DEVELOP APPLICATIONS FOR THIS PLATFORM (FIRST-SEVENTH FACTORS (NET))


                                                TOTAL
                                                -----

     BASE: TOTAL RESPONDENTS                     152



             THE MARKETPLACE/MARKET                4
             CONSIDERATIONS (UNSPEC)              2.6

         COMPANY RELATED (SUB-SUBNET)              3
                                                  2.0

             WHAT COMPANY IS BEHIND THE            1
             PLATFORM                             0.7

             (LIKE) THE COMPANY/BRAND             2
             (APPLE, GOOGLE, ETC)                1.3

         MISCELLANEOUS SIZE OF USER BASE

             NUMBER OF USERS/(CURRENT)           87
             MARKET SHARE/PENETRATION/DEMAND    57.2

             NUMBER OF DEVICES/HOW MANY           2
             DEVICES USE THAT PLATFORM           1.3

             OTHER MISCELLANEOUS SIZE OF          1
             USER BASE MENTIONS                  0.7


      MISCELLANEOUS USER BASE/MARKET SHARE/DEMAND/POPULARITY/RETURN

             OTHER MISCELLANEOUS USER BASE/       1
             MARKET SHARE/DEMAND/POPULARITY/     0.7
             RETURN MENTIONS


     DEMOGRAPHICS/DESCRIPTION OF USER BASE        9
     (NET)                                       5.9

             TARGET MARKET/DEMOGRAPHIC/WHO IS     6
             THE AUDIENCE/CUSTOMER               3.9

             (ARE) USERS MORE AFFLUENT/HAVE MORE  2
             SPENDING POWER                      1.3

             OTHER DEMOGRAPHICS/DESCRIPTION OF    2
             USER BASE MENTIONS                  1.3

     DEVELOPMENT ISSUES (NET)                    78
                                                51.3
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 6

Q.1A/1B TOTAL FACTORS OR CONSIDERATIONS THAT WILL INFLUENCE YOUR DECISION TODAY
WHETHER TO DEVELOP APPLICATIONS FOR THIS PLATFORM (FIRST-SEVENTH FACTORS (NET))

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| TIME/EFFORT OF DEVELOPMENT (SUBNET) | 41 |
|  | 27.0 |
| EASE OF USE/EASE/DIFFICULTY OF DEVELOPMENT | 27 |
|  | 17.8 |
| EASE OF LEARNING LANGUAGE/HOW FAST CAN I LEARN THE SYSTEM/ LANGUAGE | 8 |
|  | 5.3 |
| TIME REQUIRED/TIME TO MARKET | 9 |
|  | 5.9 |
| INTEGRATION/EASE/ABILITY OF ADAPTING CURRENT CODE TO DIFFERENT PLATFORMS | 7 |
|  | 4.6 |
| OTHER TIME/EFFORT OF DEVELOPMENT MENTIONS | 1 |
|  | 0.7 |
| DEVELOPMENT COSTS (SUBNET) | 17 |
|  | 11.2 |
| COST TO DEVELOP | 14 |
|  | 9.2 |
| COST OF DEVELOPMENT TOOLS/FEES REQUIRED TO DEVELOP FOR THAT PROGRAM | 2 |
|  | 1.3 |
| (IS IT) FREE/NO COST FOR TOOL/ LICENSE | 1 |
|  | 0.7 |
| OTHER DEVELOPMENT COSTS MENTIONS | 1 |
|  | 0.7 |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET) | 29 |
|  | 19.1 |
| SUPPORT/RESOURCES AVAILABLE | 8 |
|  | 5.3 |
| DEVELOPMENT ENVIRONMENT/IS IT ENVIRONMENTALLY FRIENDLY | 3 |
|  | 2.0 |

```
                           TARGET RESEARCH GROUP INC.
                        APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 6

```
Q.1A/1B TOTAL FACTORS OR CONSIDERATIONS THAT WILL INFLUENCE YOUR DECISION TODAY
WHETHER TO DEVELOP APPLICATIONS FOR THIS PLATFORM (FIRST-SEVENTH FACTORS (NET))


                                                TOTAL
                                                -----

          BASE: TOTAL RESPONDENTS                 152



                 DOCUMENTATION/AVAILABILITY/         4
                 QUALITY OF DOCUMENTATION          2.6

                 DEVELOPMENT/INTEGRATION TOOLS      11
                 AVAILABLE/WHAT IS THE SDK/API     7.2
                 ACCESS

                 FRAMEWORK/IS THERE A FRAMEWORK      4
                 AVAILABLE TO DEVELOP APPLICATIONS 2.6

                 EXAMPLES/TEST ENVIRONMENTS/OTHER    2
                 APPLICATIONS I COULD LOOK AT/     1.3
                 LEARN FROM

                 OTHER SUPPORT/DEVELOPMENT           1
                 ENVIRONMENT MENTIONS              0.7

              PROGRAMMING LANGUAGE (SUBNET)         10
                                                   6.6

                 FAMILIARITY WITH PLATFORM/          1
                 LANGUAGE (SUB-SUBNET)             0.7

                  MISCELLANEOUS FAMILIARITY WITH PLATFORM/LANGUAGE

                    HAD EXPOSURE TO IT ALREADY/      1
                    ALREADY KNEW THE LANGUAGE/     0.7
                    BUILT ON A LANGUAGE I ALREADY
                    KNEW


                MISCELLANEOUS PROGRAMMING LANGUAGE

                    PROGRAMMING LANGUAGE (OF         9
                    PLATFORM)/LIKE THE PROGRAMMING 5.9
                    LANGUAGE


              MISCELLANEOUS DEVELOPMENT ISSUES

                 AVAILABILITY OF DEVELOPERS TO       4
                 WORK ON PLATFORM/PROJECT          2.6

                 OTHER MISCELLANEOUS DEVELOPMENT     2
                 ISSUES MENTIONS                   1.3
```

```
                         TARGET RESEARCH GROUP INC.
                      APPLICATION DEVELOPERS STUDY (#103-15151)

                                                                          Table 6

Q.1A/1B TOTAL FACTORS OR CONSIDERATIONS THAT WILL INFLUENCE YOUR DECISION TODAY
WHETHER TO DEVELOP APPLICATIONS FOR THIS PLATFORM (FIRST-SEVENTH FACTORS (NET))


                                                     TOTAL
                                                     -----

          BASE: TOTAL RESPONDENTS                      152



             PLATFORM (NET)                             14
                                                       9.2

                THE PLATFORM/WHAT PLATFORM IT'S          2
                BUILT ON                                1.3

                OPERATING SYSTEM OF PLATFORM             4
                                                       2.6

                (IS) PLATFORM OPEN/IS IT OPEN-           1
                SOURCE                                  0.7

                CAPABILITIES OF PLATFORM                 2
                                                       1.3

                SECURITY/SECURE PLATFORM                 4
                                                       2.6

                OTHER PLATFORM MENTIONS                  1
                                                       0.7

             DEVICE RELATED (NET)                       10
                                                       6.6

                HAVE/LIKE THE DEVICE (I HAVE AN          1
                IPHONE, FAN OF ANDROID PHONES)         0.7

                WHAT DEVICES THE PLATFORM WAS ON         1
                                                       0.7

                FEATURES OF DEVICE: RESOLUTION,          6
                SPEAKERS, ETC.                         3.9

                NUMBER OF DEVICES/HOW MANY DEVICES       2
                USE THAT PLATFORM                      1.3

             COMMITMENT TO PROJECT (NET)                 3
                                                       2.0

                MARKETING PLANS/HOW WILL IT BE           1
                MARKETED                               0.7

                (WHETHER) COMPANY IS/WAS BEHIND          1
                PROJECT/PRODUCT                        0.7
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 6

Q.1A/1B TOTAL FACTORS OR CONSIDERATIONS THAT WILL INFLUENCE YOUR DECISION TODAY
WHETHER TO DEVELOP APPLICATIONS FOR THIS PLATFORM (FIRST-SEVENTH FACTORS (NET))

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| APP STORE/INTERFACE FOR SELLING APP | 1 |
|  | 0.7 |
| APPLICATION SPECIFIC (NET) | 20 |
|  | 13.2 |
| (UNDERSTANDING) THE APPLICATION REQUIREMENTS | 3 |
|  | 2.0 |
| FUNCTIONALITY/PURPOSE OF APPLICATION/WHAT THEY WANT IT TO DO | 8 |
|  | 5.3 |
| WHETHER I LIKE IT/IF IT IS AN APP THAT INTERESTS ME | 2 |
|  | 1.3 |
| USER INTERFACE (UI)/EXPERIENCE | 8 |
|  | 5.3 |
| COMPATIBILITY (NET) | 7 |
|  | 4.6 |
| COMPATIBILITY WITH OTHER DEVICES/ OPERATING SYSTEMS/PLATFORMS | 4 |
|  | 2.6 |
| OTHER COMPATIBILITY MENTIONS | 3 |
|  | 2.0 |
| MISCELLANEOUS |  |
| THE NEEDS OF THE CLIENT/IT WAS MY JOB/CLIENT/COMPANY REQUESTED | 6 |
|  | 3.9 |
| NUMBER OF JOBS AVAILABLE DEVELOPING APPLICATIONS ON THAT PLATFORM | 1 |
|  | 0.7 |
| NUMBER OF OTHER PEOPLE DEVELOPING FOR THAT PROGRAM | 5 |
|  | 3.3 |
| THE TECHNOLOGY/TECHNOLOGICAL POTENTIAL | 3 |
|  | 2.0 |
| THE ANALYTICS | 2 |
|  | 1.3 |
| SCALABILITY | 2 |
|  | 1.3 |

```
                          TARGET RESEARCH GROUP INC.
                       APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 6

Q.1A/1B TOTAL FACTORS OR CONSIDERATIONS THAT WILL INFLUENCE YOUR DECISION TODAY
WHETHER TO DEVELOP APPLICATIONS FOR THIS PLATFORM (FIRST-SEVENTH FACTORS (NET))

|                                            | TOTAL |
|--------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                    | 152   |
| IS IT LEGAL/ARE THEIR COPYRIGHT ISSUES     | 1 0.7 |
| OTHER MISCELLANEOUS MENTIONS               | 5 3.3 |
| NONE                                       | 4 2.6 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 7

Q.2A  WHICH ONE OF THE FACTORS OR CONSIDERATIONS YOU MENTIONED WILL BE THE MOST IMPORTANT IN YOUR DECISION
WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM THAT WAS INTRODUCED TWO YEARS AGO?

|                                                                 | TOTAL |
|-----------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                         | 152   |
| MENTIONED A FACTOR OR CONSIDERATION IN Q.1A/B                   | 148 97.4 |
| USER BASE/MARKET SHARE/DEMAND/ POPULARITY/RETURN (NET)          | 95 62.5 |
| SIZE OF USER BASE (SUBNET)                                      | 94 61.8 |
| ECONOMIC CONSIDERATIONS (SUB-SUBNET)                           | 6 3.9 |
| THE REMUNERATION/WAS ABLE TO MAKE MONEY/GET PAID               | 3 2.0 |
| PROFITABILITY/RETURN ON INVESTMENT (ROI)                       | 3 2.0 |
| MARKET GROWTH (SUB-SUBNET)                                     | 22 14.5 |
| ADOPTION RATE                                                  | 3 2.0 |
| PROJECTED MARKET SHARE/FUTURE OF PLATFORM                      | 8 5.3 |
| MARKET SHARE WAS GROWING/ BECOMING MORE POPULAR/THEY WERE CAPTURING THE MARKET | 3 2.0 |
| IS APP MARKETABLE/IS THERE A NEED/MARKET FOR IT/THE APP        | 4 2.6 |
| WHERE DOES IT FIT IN THE CURRENT MARKET/TO SEE WHAT'S ALREADY IN THE MARKET/IS THIS A NEW APP/IDEA | 3 2.0 |
| THE GROWTH OF MOBILE APPLICATIONS/WANTED TO GET INTO THE GROWING MOBILE MARKET | 1 0.7 |
| THE MARKETPLACE/MARKET CONSIDERATIONS (UNSPEC)                | 1 0.7 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 7

Q.2A  WHICH ONE OF THE FACTORS OR CONSIDERATIONS YOU MENTIONED WILL BE THE MOST IMPORTANT IN YOUR DECISION
WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM THAT WAS INTRODUCED TWO YEARS AGO?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| COMPANY RELATED (SUB-SUBNET) | 1 |
|  | 0.7 |
| (LIKE) THE COMPANY/BRAND (APPLE, GOOGLE, ETC) | 1 |
|  | 0.7 |
| MISCELLANEOUS SIZE OF USER BASE |  |
| NUMBER OF USERS/(CURRENT) MARKET SHARE/PENETRATION/DEMAND | 64 |
|  | 42.1 |
| NUMBER OF DEVICES/HOW MANY DEVICES USE THAT PLATFORM | 1 |
|  | 0.7 |
| OTHER MISCELLANEOUS SIZE OF USER BASE MENTIONS | 1 |
|  | 0.7 |
|  |  |
| MISCELLANEOUS USER BASE/MARKET SHARE/DEMAND/POPULARITY/RETURN |  |
| OTHER MISCELLANEOUS USER BASE/ MARKET SHARE/DEMAND/POPULARITY/ RETURN MENTIONS | 1 |
|  | 0.7 |
|  |  |
| DEMOGRAPHICS/DESCRIPTION OF USER BASE (NET) | 5 |
|  | 3.3 |
| TARGET MARKET/DEMOGRAPHIC/WHO IS THE AUDIENCE/CUSTOMER | 3 |
|  | 2.0 |
| (ARE) USERS MORE AFFLUENT/HAVE MORE SPENDING POWER | 2 |
|  | 1.3 |
| OTHER DEMOGRAPHICS/DESCRIPTION OF USER BASE MENTIONS | 1 |
|  | 0.7 |
| DEVELOPMENT ISSUES (NET) | 27 |
|  | 17.8 |
| TIME/EFFORT OF DEVELOPMENT (SUBNET) | 7 |
|  | 4.6 |
| EASE OF USE/EASE/DIFFICULTY OF DEVELOPMENT | 2 |
|  | 1.3 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 7

Q.2A  WHICH ONE OF THE FACTORS OR CONSIDERATIONS YOU MENTIONED WILL BE THE MOST IMPORTANT IN YOUR DECISION
      WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM THAT WAS INTRODUCED TWO YEARS AGO?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| EASE OF LEARNING LANGUAGE/HOW FAST CAN I LEARN THE SYSTEM/ LANGUAGE | 4 2.6 |
| INTEGRATION/EASE/ABILITY OF ADAPTING CURRENT CODE TO DIFFERENT PLATFORMS | 2 1.3 |
| DEVELOPMENT COSTS (SUBNET) | 2 1.3 |
| COST TO DEVELOP | 2 1.3 |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET) | 13 8.6 |
| SUPPORT/RESOURCES AVAILABLE | 2 1.3 |
| DEVELOPMENT ENVIRONMENT/IS IT ENVIRONMENTALLY FRIENDLY | 1 0.7 |
| DOCUMENTATION/AVAILABILITY/ QUALITY OF DOCUMENTATION | 3 2.0 |
| DEVELOPMENT/INTEGRATION TOOLS AVAILABLE/WHAT IS THE SDK/API ACCESS | 5 3.3 |
| FRAMEWORK/IS THERE A FRAMEWORK AVAILABLE TO DEVELOP APPLICATIONS | 2 1.3 |
| EXAMPLES/TEST ENVIRONMENTS/OTHER APPLICATIONS I COULD LOOK AT/ LEARN FROM | 1 0.7 |
| PROGRAMMING LANGUAGE (SUBNET) | 4 2.6 |
| MISCELLANEOUS PROGRAMMING LANGUAGE | |
| PROGRAMMING LANGUAGE (OF PLATFORM)/LIKE THE PROGRAMMING LANGUAGE | 4 2.6 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 7

Q.2A  WHICH ONE OF THE FACTORS OR CONSIDERATIONS YOU MENTIONED WILL BE THE MOST IMPORTANT IN YOUR DECISION
      WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM THAT WAS INTRODUCED TWO YEARS AGO?

|  | TOTAL |
|---|---|
| | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| | |
| MISCELLANEOUS DEVELOPMENT ISSUES | |
| OTHER MISCELLANEOUS DEVELOPMENT ISSUES MENTIONS | 1 0.7 |
| PLATFORM (NET) | 8 5.3 |
| THE PLATFORM/WHAT PLATFORM IT'S BUILT ON | 1 0.7 |
| OPERATING SYSTEM OF PLATFORM | 3 2.0 |
| CAPABILITIES OF PLATFORM | 2 1.3 |
| SECURITY/SECURE PLATFORM | 2 1.3 |
| DEVICE RELATED (NET) | 3 2.0 |
| FEATURES OF DEVICE: RESOLUTION, SPEAKERS, ETC. | 2 1.3 |
| NUMBER OF DEVICES/HOW MANY DEVICES USE THAT PLATFORM | 1 0.7 |
| APPLICATION SPECIFIC (NET) | 8 5.3 |
| (UNDERSTANDING) THE APPLICATION REQUIREMENTS | 2 1.3 |
| FUNCTIONALITY/PURPOSE OF APPLICATION/WHAT THEY WANT IT TO DO | 2 1.3 |
| USER INTERFACE (UI)/EXPERIENCE | 4 2.6 |
| COMPATIBILITY (NET) | 2 1.3 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 7

Q.2A  WHICH ONE OF THE FACTORS OR CONSIDERATIONS YOU MENTIONED WILL BE THE MOST IMPORTANT IN YOUR DECISION
      WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM THAT WAS INTRODUCED TWO YEARS AGO?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| COMPATIBILITY WITH OTHER DEVICES/<br>OPERATING SYSTEMS/PLATFORMS | 1<br>0.7 |
| OTHER COMPATIBILITY MENTIONS | 1<br>0.7 |
| MISCELLANEOUS |  |
| THE NEEDS OF THE CLIENT/IT WAS MY<br>JOB/CLIENT/COMPANY REQUESTED | 4<br>2.6 |
| NUMBER OF JOBS AVAILABLE DEVELOPING<br>APPLICATIONS ON THAT PLATFORM | 1<br>0.7 |
| NUMBER OF OTHER PEOPLE DEVELOPING<br>FOR THAT PROGRAM | 1<br>0.7 |
| THE ANALYTICS | 1<br>0.7 |
| IS IT LEGAL/ARE THEIR COPYRIGHT<br>ISSUES | 1<br>0.7 |
| OTHER MISCELLANEOUS MENTIONS | 2<br>1.3 |
| DID NOT MENTION A FACTOR OR<br>CONSIDERATION IN Q.1A/B | 4<br>2.6 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 8

Q.2B/2C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q2A) WILL BE THE MOST IMPORTANT FACTOR OR CONSIDERATION
IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| MENTIONED A FACTOR OR CONSIDERATION IN Q.1A/B | 148<br>97.4 |
| USER BASE/MARKET SHARE/DEMAND/ POPULARITY/RETURN (NET) | 90<br>59.2 |
| SIZE OF USER BASE (SUBNET) | 62<br>40.8 |
| ECONOMIC CONSIDERATIONS (SUB-SUBNET) | 37<br>24.3 |
| RETURN ON INVESTMENT (SUB-SUB-SUBNET) | 9<br>5.9 |
| DETERMINES/ENSURES RETURN ON INVESTMENT/KNOWING YOU WILL RECOUP/NOT LOSE YOUR MONEY | 7<br>4.6 |
| WOULD WANT THE MOST BANG FOR YOUR BUCK/LARGEST RETURN | 2<br>1.3 |
| MISCELLANEOUS ECONOMIC CONSIDERATIONS |  |
| FINANCIAL CONSIDERATIONS/IT MUST MAKE FINANCIAL SENSE (UNSPEC) | 4<br>2.6 |
| PROFITABILITY/WANT TO MAKE MONEY/THE PRODUCT MUST MAKE MONEY | 13<br>8.6 |
| DETERMINES HOW MUCH MONEY YOU MAKE/WOULD WANT LARGER PROFITS/TO MAKE MORE MONEY | 7<br>4.6 |
| DETERMINES/GENERATES (MORE) BUSINESS/SALES/WOULD WANT MORE SALES/DOWNLOADS | 3<br>2.0 |
| MY LIVELIHOOD DEPENDS ON IT/I NEED THE WORK/WANT TO CONTINUE WORKING | 3<br>2.0 |
| OTHER ECONOMIC CONSIDERATIONS MENTIONS | 3<br>2.0 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 8

Q.2B/2C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q2A) WILL BE THE MOST IMPORTANT FACTOR OR CONSIDERATION
IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?

```
                                                        TOTAL
                                                        -----

           BASE: TOTAL RESPONDENTS                        152


                 MARKET GROWTH (SUB-SUBNET)               6
                                                         3.9

                    WOULD WANT/NEED A GROWING             3
                    MARKET/CUSTOMER BASE                 2.0

                    OTHER MARKET GROWTH MENTIONS          3
                                                         2.0

                 COMPANY RELATED (SUB-SUBNET)             1
                                                         0.7

                    OTHER COMPANY RELATED MENTIONS        1
                                                         0.7

                 MISCELLANEOUS SIZE OF USER BASE

                    INDICATES/DETERMINES THE              1
                    POPULARITY/SIZE OF USER BASE         0.7

                    WOULD WANT THE LARGEST AMOUNT        26
                    OF USERS/TO REACH AS MANY           17.1
                    PEOPLE AS POSSIBLE

                    OTHER MISCELLANEOUS SIZE OF           6
                    USER BASE MENTIONS                   3.9


              MISCELLANEOUS USER BASE/MARKET SHARE/DEMAND/POPULARITY/RETURN

                    YOU WANT AN AUDIENCE/USER BASE/NO    27
                    USE CREATING AN APPLICATION IF NO   17.8
                    ONE WOULD USE IT/BUY IT

                    WE BUILD APPS FOR THE USERS/          5
                    CUSTOMERS                            3.3

                    NEED TO SUPPORT (ANY) PLATFORMS       3
                    THAT CUSTOMERS USE                   2.0

                    OTHER MISCELLANEOUS USER BASE/        8
                    MARKET SHARE/DEMAND/POPULARITY/      5.3
                    RETURN MENTIONS
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 8

Q.2B/2C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q2A) WILL BE THE MOST IMPORTANT FACTOR OR CONSIDERATION
IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?

|                                                                   | TOTAL |
|-------------------------------------------------------------------|-------|
|                                                                   | ----- |
| BASE: TOTAL RESPONDENTS                                           | 152   |
|                                                                   |       |
| DEVELOPMENT ISSUES (NET)                                          | 37    |
|                                                                   | 24.3  |
| TIME/EFFORT OF DEVELOPMENT (SUBNET)                              | 19    |
|                                                                   | 12.5  |
| TIME OF DEVELOPMENT (SUB-SUBNET)                                 | 10    |
|                                                                   | 6.6   |
| DETERMINES THE TIME IT TAKES/ HOW FAST WE CAN WORK/DEVELOP THE APPLICATION | 7 |
|                                                                   | 4.6   |
| IT TAKES TIME TO DEVELOP/ CONCERNED ABOUT THE TIME I'M INVESTING | 2     |
|                                                                   | 1.3   |
| OTHER TIME OF DEVELOPMENT MENTIONS                               | 1     |
|                                                                   | 0.7   |
| MISCELLANEOUS TIME/EFFORT OF DEVELOPMENT                         |       |
| DETERMINES THE EFFORT INVOLVED/ WOULD WANT IT TO BE EASY TO USE/DEVELOP | 3 |
|                                                                   | 2.0   |
| PROGRAMMING/DEVELOPMENT IS IMPOSSIBLE/TOO DIFFICULT WITHOUT IT   | 1     |
|                                                                   | 0.7   |
| EASIER IF THE PLATFORM/LANGUAGE IS SIMILAR TO WHAT WE ALREADY WORK WITH | 1 |
|                                                                   | 0.7   |
| SOME PLATFORMS/FRAMEWORKS ARE HORRIBLE TO USE/WRITE FOR          | 2     |
|                                                                   | 1.3   |
| OTHER MISCELLANEOUS TIME/EFFORT OF DEVELOPMENT MENTIONS          | 4     |
|                                                                   | 2.6   |
| DEVELOPMENT COSTS (SUBNET)                                        | 9     |
|                                                                   | 5.9   |

```
                          TARGET RESEARCH GROUP INC.
                        APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 8

Q.2B/2C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q2A) WILL BE THE MOST IMPORTANT FACTOR OR CONSIDERATION
IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?

|  | TOTAL |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |
| CONCERNED ABOUT THE COSTS/COST OF DEVELOPMENT RUNNING HIGH (UNSPEC) | 3 2.0 |
| CONCERNED ABOUT THE BUDGET/NEED TO DEVELOP WITHIN BUDGET | 1 0.7 |
| HAVE LIMITED RESOURCES (FOR DEVELOPMENT) | 1 0.7 |
| OTHER DEVELOPMENT COSTS MENTIONS | 4 2.6 |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET) | 6 3.9 |
| IMPORTANT TO HAVE/NEED GOOD DEVELOPMENT/INTEGRATION TOOLS | 1 0.7 |
| NEED A GOOD/FRIENDLY INFRASTRUCTURE/SUPPORT ENVIRONMENT | 1 0.7 |
| OTHER SUPPORT/DEVELOPMENT ENVIRONMENT MENTIONS | 4 2.6 |
| PROGRAMMING LANGUAGE (SUBNET) | 11 7.2 |
| FAMILIARITY WITH THE PLATFORM/ LANGUAGE/PREFER TO USE A LANGUAGE I ALREADY KNOW | 4 2.6 |
| DETERMINES/NEED TO KNOW WHICH (NEW) LANGUAGES/PLATFORMS I HAVE TO LEARN/KEEP UP WITH | 2 1.3 |
| WOULD WANT TO REUSE EXISTING CODE (RATHER THAN WRITING FROM SCRATCH) | 3 2.0 |
| OTHER PROGRAMMING LANGUAGE MENTIONS | 5 3.3 |

```
                              TARGET RESEARCH GROUP INC.
                            APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 8

Q.2B/2C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q2A) WILL BE THE MOST IMPORTANT FACTOR OR CONSIDERATION
 IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?

|  | TOTAL |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |
| MISCELLANEOUS DEVELOPMENT ISSUES | |
| OTHER MISCELLANEOUS DEVELOPMENT ISSUES MENTIONS | 3<br>2.0 |
| PLATFORM (NET) | 14<br>9.2 |
| I LIKE/AM SATISFIED WITH OTHER PLATFORM/OS/WHAT I USE NOW: ANDROID, APPLE/IOS | 7<br>4.6 |
| DON'T (USUALLY) DEVELOP FOR MICROSOFT/WINDOWS | 3<br>2.0 |
| DON'T (USUALLY) DEVELOP FOR BLACKBERRY | 3<br>2.0 |
| WANT/EXPECT GOOD PERFORMANCE FROM PLATFORM: SPEED, STABILITY, ETC. | 1<br>0.7 |
| OTHER PLATFORM MENTIONS | 3<br>2.0 |
| COMMITMENT TO PROJECT (NET) | 4<br>2.6 |
| DETERMINES INVESTMENT/FUNDING FOR THE PROJECT/WOULD NEED CLIENT/ COMPANY INVESTMENT | 3<br>2.0 |
| OTHER COMMITMENT TO PROJECT MENTIONS | 1<br>0.7 |
| APPLICATION SPECIFIC (NET) | 18<br>11.8 |
| FUNCTIONALITY (SUBNET) | 4<br>2.6 |
| EFFECTS/DETERMINES THE FUNCTIONALITY OF THE APPLICATION | 3<br>2.0 |

```
                    TARGET RESEARCH GROUP INC.
                 APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 8

Q.2B/2C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q2A) WILL BE THE MOST IMPORTANT FACTOR OR CONSIDERATION
IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?

|  | TOTAL |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |
| MENTIONS OF SPECIFIC APPLICATIONS/FUNCTIONALITIES BEING DEVELOPED | 1 0.7 |
| MISCELLANEOUS APPLICATION SPECIFIC | |
| APPLICATION NEEDS TO BE USABLE/ OTHERWISE PEOPLE COULDN'T USE THE APP | 3 2.0 |
| WOULD WANT APPLICATION TO SERVE A NEED/BE USEFUL/BENEFIT USERS | 5 3.3 |
| WOULD WANT APP TO BE EASY FOR CUSTOMERS TO USE/LEARN | 1 0.7 |
| (FOR THE) USER INTERFACE/ EXPERIENCE | 2 1.3 |
| OTHER APPLICATION SPECIFIC MENTIONS | 4 2.6 |
| COMPATIBILITY (NET) | 11 7.2 |
| WOULD WANT IT TO RUN ON MULTIPLE DEVICES/PLATFORMS | 2 1.3 |
| NEEDS TO BE MOBILE COMPATIBLE/RUN ON MOBILE DEVICES (AS WELL AS DESKTOP) | 3 2.0 |
| OTHER COMPATIBILITY MENTIONS | 6 3.9 |
| MISCELLANEOUS | |
| IT'S IMPORTANT/NECESSARY (UNSPEC) | 5 3.3 |
| MAKES IT WORTHWHILE/OTHERWISE IT WOULD BE A WASTE OF TIME | 19 12.5 |
| DETERMINES IT'S SUCCESS/VIABILITY/ SUSTAINABILITY | 2 1.3 |

```
                    TARGET RESEARCH GROUP INC.
                 APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 8

Q.2B/2C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q2A) WILL BE THE MOST IMPORTANT FACTOR OR CONSIDERATION
IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?

```
                                                  TOTAL
                                                  -----

        BASE: TOTAL RESPONDENTS                    152


              PROBLEMS WITH HACKERS/IDENTITY          2
              THEFT/DATA BREACHES                   1.3

              DEVELOP APPLICATIONS FOR/SELL TO        6
              CLIENTS/NEED TO SATISFY OUR CLIENTS   3.9

              CONCERNED WITH THE TECHNOLOGY BEING      2
              USED/IF IT'S NEW TECHNOLOGY            1.3

              IT'S A COMPETITIVE MARKET/USERS         2
              HAVE MANY OPTIONS                      1.3

              OTHER MISCELLANEOUS MENTIONS            3
                                                    2.0


        DID NOT MENTION A FACTOR OR                   4
        CONSIDERATION IN Q.1A/B                      2.6
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 9

Q.3A  WHICH ONE OF THE FACTORS OR CONSIDERATIONS THAT YOU MENTIONED WILL BE THE SECOND MOST IMPORTANT
      IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM?

|  | TOTAL |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |
| MENTIONED AT LEAST TWO FACTORS OR CONSIDERATIONS IN Q.1A/B | 106 69.7 |
| USER BASE/MARKET SHARE/DEMAND/ POPULARITY/RETURN (NET) | 42 27.6 |
| SIZE OF USER BASE (SUBNET) | 42 27.6 |
| ECONOMIC CONSIDERATIONS (SUB- SUBNET) | 4 2.6 |
| PROFITABILITY/RETURN ON INVESTMENT (ROI) | 2 1.3 |
| OTHER ECONOMIC CONSIDERATIONS MENTIONS | 2 1.3 |
| MARKET GROWTH (SUB-SUBNET) | 12 7.9 |
| ADOPTION RATE | 2 1.3 |
| PROJECTED MARKET SHARE/FUTURE OF PLATFORM | 3 2.0 |
| IS APP MARKETABLE/IS THERE A NEED/MARKET FOR IT/THE APP | 2 1.3 |
| WHERE DOES IT FIT IN THE CURRENT MARKET/TO SEE WHAT'S ALREADY IN THE MARKET/IS THIS A NEW APP/IDEA | 3 2.0 |
| THE MARKETPLACE/MARKET CONSIDERATIONS (UNSPEC) | 2 1.3 |
| COMPANY RELATED (SUB-SUBNET) | 2 1.3 |
| WHAT COMPANY IS BEHIND THE PLATFORM | 1 0.7 |
| (LIKE) THE COMPANY/BRAND (APPLE, GOOGLE, ETC) | 1 0.7 |

```
                          TARGET RESEARCH GROUP INC.
                       APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 9

Q.3A  WHICH ONE OF THE FACTORS OR CONSIDERATIONS THAT YOU MENTIONED WILL BE THE SECOND MOST IMPORTANT
      IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM?

|                                                          | TOTAL |
|----------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                  | 152   |
| MISCELLANEOUS SIZE OF USER BASE                          |       |
| NUMBER OF USERS/(CURRENT)                                | 24    |
| MARKET SHARE/PENETRATION/DEMAND                          | 15.8  |
| DEMOGRAPHICS/DESCRIPTION OF USER BASE (NET)              | 2     |
|                                                          | 1.3   |
| TARGET MARKET/DEMOGRAPHIC/WHO IS THE AUDIENCE/CUSTOMER   | 1     |
|                                                          | 0.7   |
| OTHER DEMOGRAPHICS/DESCRIPTION OF USER BASE MENTIONS     | 1     |
|                                                          | 0.7   |
| DEVELOPMENT ISSUES (NET)                                 | 41    |
|                                                          | 27.0  |
| TIME/EFFORT OF DEVELOPMENT (SUBNET)                      | 18    |
|                                                          | 11.8  |
| EASE OF USE/EASE/DIFFICULTY OF DEVELOPMENT              | 14    |
|                                                          | 9.2   |
| EASE OF LEARNING LANGUAGE/HOW FAST CAN I LEARN THE SYSTEM/ LANGUAGE | 1 |
|                                                          | 0.7   |
| TIME REQUIRED/TIME TO MARKET                             | 2     |
|                                                          | 1.3   |
| INTEGRATION/EASE/ABILITY OF ADAPTING CURRENT CODE TO DIFFERENT PLATFORMS | 2 |
|                                                          | 1.3   |
| OTHER TIME/EFFORT OF DEVELOPMENT MENTIONS               | 1     |
|                                                          | 0.7   |
| DEVELOPMENT COSTS (SUBNET)                               | 11    |
|                                                          | 7.2   |
| COST TO DEVELOP                                          | 8     |
|                                                          | 5.3   |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 9

Q.3A  WHICH ONE OF THE FACTORS OR CONSIDERATIONS THAT YOU MENTIONED WILL BE THE SECOND MOST IMPORTANT
      IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM?

|  | TOTAL |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |
| COST OF DEVELOPMENT TOOLS/FEES REQUIRED TO DEVELOP FOR THAT PROGRAM | 2 1.3 |
| OTHER DEVELOPMENT COSTS MENTIONS | 1 0.7 |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET) | 10 6.6 |
| SUPPORT/RESOURCES AVAILABLE | 3 2.0 |
| DOCUMENTATION/AVAILABILITY/ QUALITY OF DOCUMENTATION | 1 0.7 |
| DEVELOPMENT/INTEGRATION TOOLS AVAILABLE/WHAT IS THE SDK/API ACCESS | 5 3.3 |
| FRAMEWORK/IS THERE A FRAMEWORK AVAILABLE TO DEVELOP APPLICATIONS | 1 0.7 |
| EXAMPLES/TEST ENVIRONMENTS/OTHER APPLICATIONS I COULD LOOK AT/ LEARN FROM | 1 0.7 |
| OTHER SUPPORT/DEVELOPMENT ENVIRONMENT MENTIONS | 1 0.7 |
| PROGRAMMING LANGUAGE (SUBNET) | 2 1.3 |
| FAMILIARITY WITH PLATFORM/ LANGUAGE (SUB-SUBNET) | 1 0.7 |
| MISCELLANEOUS FAMILIARITY WITH PLATFORM/LANGUAGE | |
| HAD EXPOSURE TO IT ALREADY/ ALREADY KNEW THE LANGUAGE/ BUILT ON A LANGUAGE I ALREADY KNEW | 1 0.7 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 9

Q.3A  WHICH ONE OF THE FACTORS OR CONSIDERATIONS THAT YOU MENTIONED WILL BE THE SECOND MOST IMPORTANT
       IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM?

|  | TOTAL |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |
| **MISCELLANEOUS PROGRAMMING LANGUAGE** | |
| PROGRAMMING LANGUAGE (OF PLATFORM)/LIKE THE PROGRAMMING LANGUAGE | 1 0.7 |
| **MISCELLANEOUS DEVELOPMENT ISSUES** | |
| AVAILABILITY OF DEVELOPERS TO WORK ON PLATFORM/PROJECT | 1 0.7 |
| OTHER MISCELLANEOUS DEVELOPMENT ISSUES MENTIONS | 1 0.7 |
| PLATFORM (NET) | 3 2.0 |
| (IS) PLATFORM OPEN/IS IT OPEN-SOURCE | 1 0.7 |
| SECURITY/SECURE PLATFORM | 1 0.7 |
| OTHER PLATFORM MENTIONS | 1 0.7 |
| DEVICE RELATED (NET) | 3 2.0 |
| WHAT DEVICES THE PLATFORM WAS ON | 1 0.7 |
| FEATURES OF DEVICE: RESOLUTION, SPEAKERS, ETC. | 2 1.3 |
| COMMITMENT TO PROJECT (NET) | 3 2.0 |
| MARKETING PLANS/HOW WILL IT BE MARKETED | 1 0.7 |
| (WHETHER) COMPANY IS/WAS BEHIND PROJECT/PRODUCT | 1 0.7 |

```
                              TARGET RESEARCH GROUP INC.
                            APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 9

```
Q.3A  WHICH ONE OF THE FACTORS OR CONSIDERATIONS THAT YOU MENTIONED WILL BE THE SECOND MOST IMPORTANT
      IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM?
```

|                                                          | TOTAL |
|----------------------------------------------------------|-------|
|                                                          | ----- |
| BASE: TOTAL RESPONDENTS                                  | 152   |
| APP STORE/INTERFACE FOR SELLING APP                      | 1     |
|                                                          | 0.7   |
| APPLICATION SPECIFIC (NET)                               | 8     |
|                                                          | 5.3   |
| (UNDERSTANDING) THE APPLICATION REQUIREMENTS             | 1     |
|                                                          | 0.7   |
| FUNCTIONALITY/PURPOSE OF APPLICATION/WHAT THEY WANT IT TO DO | 2 |
|                                                          | 1.3   |
| USER INTERFACE (UI)/EXPERIENCE                           | 5     |
|                                                          | 3.3   |
| COMPATIBILITY (NET)                                      | 3     |
|                                                          | 2.0   |
| COMPATIBILITY WITH OTHER DEVICES/ OPERATING SYSTEMS/PLATFORMS | 1 |
|                                                          | 0.7   |
| OTHER COMPATIBILITY MENTIONS                             | 2     |
|                                                          | 1.3   |
| MISCELLANEOUS                                            |       |
| THE NEEDS OF THE CLIENT/IT WAS MY JOB/CLIENT/COMPANY REQUESTED | 1 |
|                                                          | 0.7   |
| NUMBER OF OTHER PEOPLE DEVELOPING FOR THAT PROGRAM       | 1     |
|                                                          | 0.7   |
| THE TECHNOLOGY/TECHNOLOGICAL POTENTIAL                   | 1     |
|                                                          | 0.7   |
| SCALABILITY                                             | 1     |
|                                                          | 0.7   |
| OTHER MISCELLANEOUS MENTIONS                             | 1     |
|                                                          | 0.7   |
| DID NOT MENTION AT LEAST TWO FACTORS OR CONSIDERATIONS IN Q.1A/B | 46 |
|                                                          | 30.3  |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 10

Q.3B/3C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q3A) WILL BE THE SECOND MOST IMPORTANT FACTOR OR CONSIDERATION
IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| MENTIONED AT LEAST TWO FACTORS OR | 106 |
| CONSIDERATIONS IN Q.1A/B | 69.7 |
|  |  |
| USER BASE/MARKET SHARE/DEMAND/ | 45 |
| POPULARITY/RETURN (NET) | 29.6 |
|  |  |
| SIZE OF USER BASE (SUBNET) | 36 |
|  | 23.7 |
|  |  |
| ECONOMIC CONSIDERATIONS (SUB- | 19 |
| SUBNET) | 12.5 |
|  |  |
| RETURN ON INVESTMENT (SUB-SUB- | 2 |
| SUBNET) | 1.3 |
|  |  |
| DETERMINES/ENSURES RETURN ON | 2 |
| INVESTMENT/KNOWING YOU WILL | 1.3 |
| RECOUP/NOT LOSE YOUR MONEY |  |
|  |  |
| MISCELLANEOUS ECONOMIC CONSIDERATIONS |  |
|  |  |
| PROFITABILITY/WANT TO MAKE | 7 |
| MONEY/THE PRODUCT MUST MAKE | 4.6 |
| MONEY |  |
|  |  |
| DETERMINES HOW MUCH MONEY YOU | 4 |
| MAKE/WOULD WANT LARGER | 2.6 |
| PROFITS/TO MAKE MORE MONEY |  |
|  |  |
| DETERMINES/GENERATES (MORE) | 4 |
| BUSINESS/SALES/WOULD WANT | 2.6 |
| MORE SALES/DOWNLOADS |  |
|  |  |
| DETERMINES HOW FAST YOU MAKE | 2 |
| MONEY | 1.3 |
|  |  |
| OTHER ECONOMIC CONSIDERATIONS | 1 |
| MENTIONS | 0.7 |
|  |  |
| MARKET GROWTH (SUB-SUBNET) | 1 |
|  | 0.7 |
|  |  |
| OTHER MARKET GROWTH MENTIONS | 1 |
|  | 0.7 |

```
                            TARGET RESEARCH GROUP INC.
                          APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 10

Q.3B/3C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q3A) WILL BE THE SECOND MOST IMPORTANT FACTOR OR CONSIDERATION
         IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?

```
                                                         TOTAL
                                                         -----

              BASE: TOTAL RESPONDENTS                     152


                     COMPANY RELATED (SUB-SUBNET)           5
                                                         3.3

                        OTHER COMPANY RELATED MENTIONS      5
                                                         3.3

                     MISCELLANEOUS SIZE OF USER BASE

                        INDICATES/DETERMINES THE           3
                        POPULARITY/SIZE OF USER BASE     2.0

                        WOULD WANT THE LARGEST AMOUNT      10
                        OF USERS/TO REACH AS MANY        6.6
                        PEOPLE AS POSSIBLE

                        OTHER MISCELLANEOUS SIZE OF        2
                        USER BASE MENTIONS               1.3


                  MISCELLANEOUS USER BASE/MARKET SHARE/DEMAND/POPULARITY/RETURN

                        YOU WANT AN AUDIENCE/USER BASE/NO  12
                        USE CREATING AN APPLICATION IF NO 7.9
                        ONE WOULD USE IT/BUY IT

                        NEED TO SUPPORT (ANY) PLATFORMS    1
                        THAT CUSTOMERS USE               0.7

                  DEVELOPMENT ISSUES (NET)                 38
                                                        25.0

                     TIME/EFFORT OF DEVELOPMENT (SUBNET)   16
                                                        10.5

                        TIME OF DEVELOPMENT (SUB-SUBNET)    6
                                                         3.9

                        DETERMINES THE TIME IT TAKES/       4
                        HOW FAST WE CAN WORK/DEVELOP      2.6
                        THE APPLICATION

                        IT TAKES TIME TO DEVELOP/           1
                        CONCERNED ABOUT THE TIME I'M      0.7
                        INVESTING
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 10

Q.3B/3C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q3A) WILL BE THE SECOND MOST IMPORTANT FACTOR OR CONSIDERATION
        IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| OTHER TIME OF DEVELOPMENT MENTIONS | 1<br>0.7 |
| MISCELLANEOUS TIME/EFFORT OF DEVELOPMENT |  |
| DETERMINES THE EFFORT INVOLVED/ WOULD WANT IT TO BE EASY TO USE/DEVELOP | 7<br>4.6 |
| PROGRAMMING/DEVELOPMENT IS IMPOSSIBLE/TOO DIFFICULT WITHOUT IT | 1<br>0.7 |
| EASIER IF THE PLATFORM/LANGUAGE IS SIMILAR TO WHAT WE ALREADY WORK WITH | 1<br>0.7 |
| SOME PLATFORMS/FRAMEWORKS ARE HORRIBLE TO USE/WRITE FOR | 1<br>0.7 |
| OTHER MISCELLANEOUS TIME/EFFORT OF DEVELOPMENT MENTIONS | 2<br>1.3 |
| DEVELOPMENT COSTS (SUBNET) | 14<br>9.2 |
| CONCERNED ABOUT THE COSTS/COST OF DEVELOPMENT RUNNING HIGH (UNSPEC) | 7<br>4.6 |
| CONCERNED ABOUT THE BUDGET/NEED TO DEVELOP WITHIN BUDGET | 3<br>2.0 |
| HAVE LIMITED RESOURCES (FOR DEVELOPMENT) | 2<br>1.3 |
| OTHER DEVELOPMENT COSTS MENTIONS | 4<br>2.6 |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET) | 8<br>5.3 |
| IMPORTANT TO HAVE/NEED GOOD DEVELOPMENT/INTEGRATION TOOLS | 4<br>2.6 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 10

Q.3B/3C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q3A) WILL BE THE SECOND MOST IMPORTANT FACTOR OR CONSIDERATION
IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| NEED A GOOD/FRIENDLY INFRASTRUCTURE/SUPPORT ENVIRONMENT | 2<br>1.3 |
| OTHER SUPPORT/DEVELOPMENT ENVIRONMENT MENTIONS | 4<br>2.6 |
| PROGRAMMING LANGUAGE (SUBNET) | 5<br>3.3 |
| FAMILIARITY WITH THE PLATFORM/ LANGUAGE/PREFER TO USE A LANGUAGE I ALREADY KNOW | 1<br>0.7 |
| DETERMINES/NEED TO KNOW WHICH (NEW) LANGUAGES/PLATFORMS I HAVE TO LEARN/KEEP UP WITH | 1<br>0.7 |
| OTHER PROGRAMMING LANGUAGE MENTIONS | 3<br>2.0 |
| MISCELLANEOUS DEVELOPMENT ISSUES |  |
| DETERMINES HOW MANY QUALIFIED DEVELOPERS ARE AVAILABLE/HOW EASY IT IS TO FIND THEM | 2<br>1.3 |
| OTHER MISCELLANEOUS DEVELOPMENT ISSUES MENTIONS | 4<br>2.6 |
| PLATFORM (NET) | 9<br>5.9 |
| I LIKE/AM SATISFIED WITH OTHER PLATFORM/OS/WHAT I USE NOW: ANDROID, APPLE/IOS | 3<br>2.0 |
| WANT/EXPECT GOOD PERFORMANCE FROM PLATFORM: SPEED, STABILITY, ETC. | 3<br>2.0 |
| OTHER PLATFORM MENTIONS | 4<br>2.6 |
| APPLICATION SPECIFIC (NET) | 19<br>12.5 |

```
                           TARGET RESEARCH GROUP INC.
                        APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 10

Q.3B/3C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q3A) WILL BE THE SECOND MOST IMPORTANT FACTOR OR CONSIDERATION
         IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?

|                                                              | TOTAL |
|--------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                      | 152   |
| FUNCTIONALITY (SUBNET)                                       | 6     |
|                                                              | 3.9   |
| EFFECTS/DETERMINES THE FUNCTIONALITY OF THE APPLICATION      | 1     |
|                                                              | 0.7   |
| NEED/WANT TO IMPROVE/UPGRADE APPLICATIONS/ADD ADDITIONAL FEATURES/FUNCTIONALITY | 3 |
|                                                              | 2.0   |
| MENTIONS OF SPECIFIC APPLICATIONS/FUNCTIONALITIES BEING DEVELOPED | 1 |
|                                                              | 0.7   |
| OTHER FUNCTIONALITY MENTIONS                                 | 1     |
|                                                              | 0.7   |
| MISCELLANEOUS APPLICATION SPECIFIC                           |       |
| APPLICATION NEEDS TO BE USABLE/ OTHERWISE PEOPLE COULDN'T USE THE APP | 3 |
|                                                              | 2.0   |
| WOULD WANT APPLICATION TO SERVE A NEED/BE USEFUL/BENEFIT USERS | 4 |
|                                                              | 2.6   |
| WOULD WANT APP TO BE EASY FOR CUSTOMERS TO USE/LEARN         | 5     |
|                                                              | 3.3   |
| (FOR THE) USER INTERFACE/ EXPERIENCE                         | 1     |
|                                                              | 0.7   |
| OTHER APPLICATION SPECIFIC MENTIONS                          | 4     |
|                                                              | 2.6   |
| COMPATIBILITY (NET)                                          | 4     |
|                                                              | 2.6   |
| WOULD WANT IT TO RUN ON MULTIPLE DEVICES/PLATFORMS           | 2     |
|                                                              | 1.3   |
| NEEDS TO BE MOBILE COMPATIBLE/RUN ON MOBILE DEVICES (AS WELL AS DESKTOP) | 1 |
|                                                              | 0.7   |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 10

Q.3B/3C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q3A) WILL BE THE SECOND MOST IMPORTANT FACTOR OR CONSIDERATION
IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| OTHER COMPATIBILITY MENTIONS | 2<br>1.3 |
| MISCELLANEOUS |  |
| IT'S IMPORTANT/NECESSARY (UNSPEC) | 4<br>2.6 |
| BASED ON MY EXPERIENCE | 2<br>1.3 |
| MAKES IT WORTHWHILE/OTHERWISE IT<br>WOULD BE A WASTE OF TIME | 3<br>2.0 |
| DETERMINES IT'S SUCCESS/VIABILITY/<br>SUSTAINABILITY | 7<br>4.6 |
| DEVELOP APPLICATIONS FOR/SELL TO<br>CLIENTS/NEED TO SATISFY OUR CLIENTS | 4<br>2.6 |
| WOULD/MIGHT NEED TO SCALE UP/HIRE<br>MORE PEOPLE/DEVELOPERS | 6<br>3.9 |
| IT'S A COMPETITIVE MARKET/USERS<br>HAVE MANY OPTIONS | 2<br>1.3 |
| OTHER MISCELLANEOUS MENTIONS | 4<br>2.6 |
|  |  |
| NON-RESPONSIVE ANSWER | 1<br>0.7 |
|  |  |
| DID NOT MENTION AT LEAST TWO FACTORS OR<br>CONSIDERATIONS IN Q.1A/B | 46<br>30.3 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 11

NET OF Q.2A/3A  FACTORS OR CONSIDERATIONS YOU MENTIONED WILL BE THE MOST IMPORTANT/SECOND MOST IMPORTANT IN YOUR
DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM THAT WAS INTRODUCED TWO YEARS AGO?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| MENTIONED A FACTOR OR CONSIDERATION IN Q.1A/B | 148<br>97.4 |
| USER BASE/MARKET SHARE/DEMAND/ POPULARITY/RETURN (NET) | 112<br>73.7 |
| SIZE OF USER BASE (SUBNET) | 111<br>73.0 |
| ECONOMIC CONSIDERATIONS (SUB-SUBNET) | 10<br>6.6 |
| THE REMUNERATION/WAS ABLE TO MAKE MONEY/GET PAID | 3<br>2.0 |
| PROFITABILITY/RETURN ON INVESTMENT (ROI) | 5<br>3.3 |
| OTHER ECONOMIC CONSIDERATIONS MENTIONS | 2<br>1.3 |
| MARKET GROWTH (SUB-SUBNET) | 33<br>21.7 |
| ADOPTION RATE | 5<br>3.3 |
| PROJECTED MARKET SHARE/FUTURE OF PLATFORM | 11<br>7.2 |
| MARKET SHARE WAS GROWING/ BECOMING MORE POPULAR/THEY WERE CAPTURING THE MARKET | 3<br>2.0 |
| IS APP MARKETABLE/IS THERE A NEED/MARKET FOR IT/THE APP | 5<br>3.3 |
| WHERE DOES IT FIT IN THE CURRENT MARKET/TO SEE WHAT'S ALREADY IN THE MARKET/IS THIS A NEW APP/IDEA | 6<br>3.9 |
| THE GROWTH OF MOBILE APPLICATIONS/WANTED TO GET INTO THE GROWING MOBILE MARKET | 1<br>0.7 |

```
                         TARGET RESEARCH GROUP INC.
                     APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 11

NET OF Q.2A/3A  FACTORS OR CONSIDERATIONS YOU MENTIONED WILL BE THE MOST IMPORTANT/SECOND MOST IMPORTANT IN YOUR
    DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM THAT WAS INTRODUCED TWO YEARS AGO?

```
                                                     TOTAL
                                                     -----

        BASE: TOTAL RESPONDENTS                       152


              THE MARKETPLACE/MARKET                    3
              CONSIDERATIONS (UNSPEC)                 2.0

            COMPANY RELATED (SUB-SUBNET)               3
                                                     2.0

              WHAT COMPANY IS BEHIND THE               1
              PLATFORM                                0.7

              (LIKE) THE COMPANY/BRAND                 2
              (APPLE, GOOGLE, ETC)                    1.3

          MISCELLANEOUS SIZE OF USER BASE

              NUMBER OF USERS/(CURRENT)               84
              MARKET SHARE/PENETRATION/DEMAND        55.3

              NUMBER OF DEVICES/HOW MANY               1
              DEVICES USE THAT PLATFORM              0.7

              OTHER MISCELLANEOUS SIZE OF             1
              USER BASE MENTIONS                     0.7


         MISCELLANEOUS USER BASE/MARKET SHARE/DEMAND/POPULARITY/RETURN

              OTHER MISCELLANEOUS USER BASE/          1
              MARKET SHARE/DEMAND/POPULARITY/       0.7
              RETURN MENTIONS


        DEMOGRAPHICS/DESCRIPTION OF USER BASE         7
        (NET)                                       4.6

              TARGET MARKET/DEMOGRAPHIC/WHO IS        4
              THE AUDIENCE/CUSTOMER                  2.6

              (ARE) USERS MORE AFFLUENT/HAVE MORE     2
              SPENDING POWER                         1.3

              OTHER DEMOGRAPHICS/DESCRIPTION OF       2
              USER BASE MENTIONS                     1.3

        DEVELOPMENT ISSUES (NET)                      61
                                                     40.1
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 11

NET OF Q.2A/3A  FACTORS OR CONSIDERATIONS YOU MENTIONED WILL BE THE MOST IMPORTANT/SECOND MOST IMPORTANT IN YOUR
DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM THAT WAS INTRODUCED TWO YEARS AGO?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| TIME/EFFORT OF DEVELOPMENT (SUBNET) | 25 |
|  | 16.4 |
| EASE OF USE/EASE/DIFFICULTY OF DEVELOPMENT | 16 |
|  | 10.5 |
| EASE OF LEARNING LANGUAGE/HOW FAST CAN I LEARN THE SYSTEM/ LANGUAGE | 5 |
|  | 3.3 |
| TIME REQUIRED/TIME TO MARKET | 2 |
|  | 1.3 |
| INTEGRATION/EASE/ABILITY OF ADAPTING CURRENT CODE TO DIFFERENT PLATFORMS | 4 |
|  | 2.6 |
| OTHER TIME/EFFORT OF DEVELOPMENT MENTIONS | 1 |
|  | 0.7 |
| DEVELOPMENT COSTS (SUBNET) | 13 |
|  | 8.6 |
| COST TO DEVELOP | 10 |
|  | 6.6 |
| COST OF DEVELOPMENT TOOLS/FEES REQUIRED TO DEVELOP FOR THAT PROGRAM | 2 |
|  | 1.3 |
| OTHER DEVELOPMENT COSTS MENTIONS | 1 |
|  | 0.7 |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET) | 23 |
|  | 15.1 |
| SUPPORT/RESOURCES AVAILABLE | 5 |
|  | 3.3 |
| DEVELOPMENT ENVIRONMENT/IS IT ENVIRONMENTALLY FRIENDLY | 1 |
|  | 0.7 |
| DOCUMENTATION/AVAILABILITY/ QUALITY OF DOCUMENTATION | 4 |
|  | 2.6 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 11

NET OF Q.2A/3A  FACTORS OR CONSIDERATIONS YOU MENTIONED WILL BE THE MOST IMPORTANT/SECOND MOST IMPORTANT IN YOUR
DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM THAT WAS INTRODUCED TWO YEARS AGO?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| DEVELOPMENT/INTEGRATION TOOLS AVAILABLE/WHAT IS THE SDK/API ACCESS | 10 6.6 |
| FRAMEWORK/IS THERE A FRAMEWORK AVAILABLE TO DEVELOP APPLICATIONS | 3 2.0 |
| EXAMPLES/TEST ENVIRONMENTS/OTHER APPLICATIONS I COULD LOOK AT/ LEARN FROM | 2 1.3 |
| OTHER SUPPORT/DEVELOPMENT ENVIRONMENT MENTIONS | 1 0.7 |
| PROGRAMMING LANGUAGE (SUBNET) | 6 3.9 |
| FAMILIARITY WITH PLATFORM/ LANGUAGE (SUB-SUBNET) | 1 0.7 |
| MISCELLANEOUS FAMILIARITY WITH PLATFORM/LANGUAGE |  |
| HAD EXPOSURE TO IT ALREADY/ ALREADY KNEW THE LANGUAGE/ BUILT ON A LANGUAGE I ALREADY KNEW | 1 0.7 |
| MISCELLANEOUS PROGRAMMING LANGUAGE |  |
| PROGRAMMING LANGUAGE (OF PLATFORM)/LIKE THE PROGRAMMING LANGUAGE | 5 3.3 |
| MISCELLANEOUS DEVELOPMENT ISSUES |  |
| AVAILABILITY OF DEVELOPERS TO WORK ON PLATFORM/PROJECT | 1 0.7 |
| OTHER MISCELLANEOUS DEVELOPMENT ISSUES MENTIONS | 2 1.3 |
| PLATFORM (NET) | 11 7.2 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 11

NET OF Q.2A/3A  FACTORS OR CONSIDERATIONS YOU MENTIONED WILL BE THE MOST IMPORTANT/SECOND MOST IMPORTANT IN YOUR
DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM THAT WAS INTRODUCED TWO YEARS AGO?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| THE PLATFORM/WHAT PLATFORM IT'S BUILT ON | 1<br>0.7 |
| OPERATING SYSTEM OF PLATFORM | 3<br>2.0 |
| (IS) PLATFORM OPEN/IS IT OPEN-SOURCE | 1<br>0.7 |
| CAPABILITIES OF PLATFORM | 2<br>1.3 |
| SECURITY/SECURE PLATFORM | 3<br>2.0 |
| OTHER PLATFORM MENTIONS | 1<br>0.7 |
| DEVICE RELATED (NET) | 5<br>3.3 |
| WHAT DEVICES THE PLATFORM WAS ON | 1<br>0.7 |
| FEATURES OF DEVICE: RESOLUTION, SPEAKERS, ETC. | 3<br>2.0 |
| NUMBER OF DEVICES/HOW MANY DEVICES USE THAT PLATFORM | 1<br>0.7 |
| COMMITMENT TO PROJECT (NET) | 3<br>2.0 |
| MARKETING PLANS/HOW WILL IT BE MARKETED | 1<br>0.7 |
| (WHETHER) COMPANY IS/WAS BEHIND PROJECT/PRODUCT | 1<br>0.7 |
| APP STORE/INTERFACE FOR SELLING APP | 1<br>0.7 |
| APPLICATION SPECIFIC (NET) | 15<br>9.9 |

```
                              TARGET RESEARCH GROUP INC.
                           APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 11

NET OF Q.2A/3A  FACTORS OR CONSIDERATIONS YOU MENTIONED WILL BE THE MOST IMPORTANT/SECOND MOST IMPORTANT IN YOUR
   DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM THAT WAS INTRODUCED TWO YEARS AGO?

|                                                            | TOTAL |
|------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                     | 152   |
| (UNDERSTANDING) THE APPLICATION REQUIREMENTS               | 3 2.0 |
| FUNCTIONALITY/PURPOSE OF APPLICATION/WHAT THEY WANT IT TO DO | 4 2.6 |
| USER INTERFACE (UI)/EXPERIENCE                             | 8 5.3 |
| COMPATIBILITY (NET)                                         | 4 2.6 |
| COMPATIBILITY WITH OTHER DEVICES/ OPERATING SYSTEMS/PLATFORMS | 2 1.3 |
| OTHER COMPATIBILITY MENTIONS                                | 2 1.3 |
| MISCELLANEOUS                                               |       |
| THE NEEDS OF THE CLIENT/IT WAS MY JOB/CLIENT/COMPANY REQUESTED | 5 3.3 |
| NUMBER OF JOBS AVAILABLE DEVELOPING APPLICATIONS ON THAT PLATFORM | 1 0.7 |
| NUMBER OF OTHER PEOPLE DEVELOPING FOR THAT PROGRAM          | 2 1.3 |
| THE TECHNOLOGY/TECHNOLOGICAL POTENTIAL                      | 1 0.7 |
| THE ANALYTICS                                              | 1 0.7 |
| SCALABILITY                                                | 1 0.7 |
| IS IT LEGAL/ARE THEIR COPYRIGHT ISSUES                     | 1 0.7 |
| OTHER MISCELLANEOUS MENTIONS                                | 3 2.0 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 11

NET OF Q.2A/3A  FACTORS OR CONSIDERATIONS YOU MENTIONED WILL BE THE MOST IMPORTANT/SECOND MOST IMPORTANT IN YOUR
DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM THAT WAS INTRODUCED TWO YEARS AGO?

```
                                             TOTAL
                                             -----

              BASE: TOTAL RESPONDENTS           152


              DID NOT MENTION A FACTOR OR         4
              CONSIDERATION IN Q.1A/B           2.6
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 12

NET OF Q.2B/2C/3B/3C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q2A/3A) WILL BE THE MOST IMPORTANT/2ND MOST IMPORTANT FACTOR
OR CONSIDERATION IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?

```
                                               TOTAL
                                               -----

          BASE: TOTAL RESPONDENTS                152


          MENTIONED A FACTOR OR CONSIDERATION IN   148
          Q.1A/B                                  97.4

            USER BASE/MARKET SHARE/DEMAND/         113
            POPULARITY/RETURN (NET)               74.3

              SIZE OF USER BASE (SUBNET)           82
                                                  53.9

                ECONOMIC CONSIDERATIONS (SUB-      49
                SUBNET)                           32.2

                  RETURN ON INVESTMENT (SUB-SUB-   11
                  SUBNET)                          7.2

                    DETERMINES/ENSURES RETURN ON    9
                    INVESTMENT/KNOWING YOU WILL    5.9
                    RECOUP/NOT LOSE YOUR MONEY

                    WOULD WANT THE MOST BANG FOR    2
                    YOUR BUCK/LARGEST RETURN       1.3

                  MISCELLANEOUS ECONOMIC CONSIDERATIONS

                    FINANCIAL CONSIDERATIONS/IT     4
                    MUST MAKE FINANCIAL SENSE      2.6
                    (UNSPEC)

                    PROFITABILITY/WANT TO MAKE     18
                    MONEY/THE PRODUCT MUST MAKE   11.8
                    MONEY

                    DETERMINES HOW MUCH MONEY YOU  11
                    MAKE/WOULD WANT LARGER         7.2
                    PROFITS/TO MAKE MORE MONEY

                    DETERMINES/GENERATES (MORE)     7
                    BUSINESS/SALES/WOULD WANT      4.6
                    MORE SALES/DOWNLOADS

                    DETERMINES HOW FAST YOU MAKE    2
                    MONEY                          1.3

                    MY LIVELIHOOD DEPENDS ON IT/I   3
                    NEED THE WORK/WANT TO          2.0
                    CONTINUE WORKING
```

```
                            TARGET RESEARCH GROUP INC.
                         APPLICATION DEVELOPERS STUDY (#103-15151)

                                                                                      Table 12

     NET OF Q.2B/2C/3B/3C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q2A/3A) WILL BE THE MOST IMPORTANT/2ND MOST IMPORTANT FACTOR
     OR CONSIDERATION IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?


                                                   TOTAL
                                                   -----

          BASE: TOTAL RESPONDENTS                    152


               OTHER ECONOMIC CONSIDERATIONS          4
               MENTIONS                              2.6


          MARKET GROWTH (SUB-SUBNET)                  7
                                                     4.6

               WOULD WANT/NEED A GROWING             3
               MARKET/CUSTOMER BASE                  2.0

               OTHER MARKET GROWTH MENTIONS          4
                                                     2.6

          COMPANY RELATED (SUB-SUBNET)                6
                                                     3.9

               OTHER COMPANY RELATED MENTIONS         6
                                                     3.9

          MISCELLANEOUS SIZE OF USER BASE

               INDICATES/DETERMINES THE              4
               POPULARITY/SIZE OF USER BASE          2.6

               WOULD WANT THE LARGEST AMOUNT         34
               OF USERS/TO REACH AS MANY            22.4
               PEOPLE AS POSSIBLE

               OTHER MISCELLANEOUS SIZE OF           8
               USER BASE MENTIONS                    5.3


          MISCELLANEOUS USER BASE/MARKET SHARE/DEMAND/POPULARITY/RETURN

               YOU WANT AN AUDIENCE/USER BASE/NO     39
               USE CREATING AN APPLICATION IF NO    25.7
               ONE WOULD USE IT/BUY IT

               WE BUILD APPS FOR THE USERS/          5
               CUSTOMERS                             3.3

               NEED TO SUPPORT (ANY) PLATFORMS       4
               THAT CUSTOMERS USE                    2.6
```

```
                              TARGET RESEARCH GROUP INC.
                           APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 12

```
NET OF Q.2B/2C/3B/3C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q2A/3A) WILL BE THE MOST IMPORTANT/2ND MOST IMPORTANT FACTOR
OR CONSIDERATION IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?
```

|                                                        | TOTAL |
|--------------------------------------------------------|-------|
|                                                        | ----- |
| BASE: TOTAL RESPONDENTS                                 | 152   |
|                                                        |       |
| OTHER MISCELLANEOUS USER BASE/ MARKET SHARE/DEMAND/POPULARITY/ RETURN MENTIONS | 8 5.3 |
| DEVELOPMENT ISSUES (NET)                               | 66 43.4 |
| TIME/EFFORT OF DEVELOPMENT (SUBNET)                    | 32 21.1 |
| TIME OF DEVELOPMENT (SUB-SUBNET)                       | 16 10.5 |
| DETERMINES THE TIME IT TAKES/ HOW FAST WE CAN WORK/DEVELOP THE APPLICATION | 11 7.2 |
| IT TAKES TIME TO DEVELOP/ CONCERNED ABOUT THE TIME I'M INVESTING | 3 2.0 |
| OTHER TIME OF DEVELOPMENT MENTIONS                     | 2 1.3 |
| MISCELLANEOUS TIME/EFFORT OF DEVELOPMENT               |       |
| DETERMINES THE EFFORT INVOLVED/ WOULD WANT IT TO BE EASY TO USE/DEVELOP | 10 6.6 |
| PROGRAMMING/DEVELOPMENT IS IMPOSSIBLE/TOO DIFFICULT WITHOUT IT | 2 1.3 |
| EASIER IF THE PLATFORM/LANGUAGE IS SIMILAR TO WHAT WE ALREADY WORK WITH | 2 1.3 |
| SOME PLATFORMS/FRAMEWORKS ARE HORRIBLE TO USE/WRITE FOR | 3 2.0 |
| OTHER MISCELLANEOUS TIME/EFFORT OF DEVELOPMENT MENTIONS | 5 3.3 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 12

NET OF Q.2B/2C/3B/3C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q2A/3A) WILL BE THE MOST IMPORTANT/2ND MOST IMPORTANT FACTOR
OR CONSIDERATION IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?

|  | TOTAL |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |
| DEVELOPMENT COSTS (SUBNET) | 20 13.2 |
| CONCERNED ABOUT THE COSTS/COST OF DEVELOPMENT RUNNING HIGH (UNSPEC) | 10 6.6 |
| CONCERNED ABOUT THE BUDGET/NEED TO DEVELOP WITHIN BUDGET | 4 2.6 |
| HAVE LIMITED RESOURCES (FOR DEVELOPMENT) | 2 1.3 |
| OTHER DEVELOPMENT COSTS MENTIONS | 6 3.9 |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET) | 14 9.2 |
| IMPORTANT TO HAVE/NEED GOOD DEVELOPMENT/INTEGRATION TOOLS | 5 3.3 |
| NEED A GOOD/FRIENDLY INFRASTRUCTURE/SUPPORT ENVIRONMENT | 3 2.0 |
| OTHER SUPPORT/DEVELOPMENT ENVIRONMENT MENTIONS | 8 5.3 |
| PROGRAMMING LANGUAGE (SUBNET) | 16 10.5 |
| FAMILIARITY WITH THE PLATFORM/ LANGUAGE/PREFER TO USE A LANGUAGE I ALREADY KNOW | 5 3.3 |
| DETERMINES/NEED TO KNOW WHICH (NEW) LANGUAGES/PLATFORMS I HAVE TO LEARN/KEEP UP WITH | 3 2.0 |
| WOULD WANT TO REUSE EXISTING CODE (RATHER THAN WRITING FROM SCRATCH) | 3 2.0 |
| OTHER PROGRAMMING LANGUAGE MENTIONS | 8 5.3 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 12

NET OF Q.2B/2C/3B/3C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q2A/3A) WILL BE THE MOST IMPORTANT/2ND MOST IMPORTANT FACTOR
OR CONSIDERATION IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| MISCELLANEOUS DEVELOPMENT ISSUES |  |
| DETERMINES HOW MANY QUALIFIED DEVELOPERS ARE AVAILABLE/HOW EASY IT IS TO FIND THEM | 2 1.3 |
| OTHER MISCELLANEOUS DEVELOPMENT ISSUES MENTIONS | 7 4.6 |
| PLATFORM (NET) | 23 15.1 |
| I LIKE/AM SATISFIED WITH OTHER PLATFORM/OS/WHAT I USE NOW: ANDROID, APPLE/IOS | 10 6.6 |
| DON'T (USUALLY) DEVELOP FOR MICROSOFT/WINDOWS | 3 2.0 |
| DON'T (USUALLY) DEVELOP FOR BLACKBERRY | 3 2.0 |
| WANT/EXPECT GOOD PERFORMANCE FROM PLATFORM: SPEED, STABILITY, ETC. | 4 2.6 |
| OTHER PLATFORM MENTIONS | 7 4.6 |
| COMMITMENT TO PROJECT (NET) | 4 2.6 |
| DETERMINES INVESTMENT/FUNDING FOR THE PROJECT/WOULD NEED CLIENT/ COMPANY INVESTMENT | 3 2.0 |
| OTHER COMMITMENT TO PROJECT MENTIONS | 1 0.7 |
| APPLICATION SPECIFIC (NET) | 33 21.7 |
| FUNCTIONALITY (SUBNET) | 8 5.3 |

```
                              TARGET RESEARCH GROUP INC.
                           APPLICATION DEVELOPERS STUDY (#103-15151)
                                                                                    Table 12

NET OF Q.2B/2C/3B/3C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q2A/3A) WILL BE THE MOST IMPORTANT/2ND MOST IMPORTANT FACTOR
OR CONSIDERATION IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?


                                                             TOTAL
                                                             -----

            BASE: TOTAL RESPONDENTS                           152



                   EFFECTS/DETERMINES THE                      3
                   FUNCTIONALITY OF THE APPLICATION           2.0

                   NEED/WANT TO IMPROVE/UPGRADE                3
                   APPLICATIONS/ADD ADDITIONAL               2.0
                   FEATURES/FUNCTIONALITY

                   MENTIONS OF SPECIFIC                        1
                   APPLICATIONS/FUNCTIONALITIES              0.7
                   BEING DEVELOPED

                   OTHER FUNCTIONALITY MENTIONS                1
                                                             0.7

              MISCELLANEOUS APPLICATION SPECIFIC

                   APPLICATION NEEDS TO BE USABLE/             6
                   OTHERWISE PEOPLE COULDN'T USE THE         3.9
                   APP

                   WOULD WANT APPLICATION TO SERVE A           9
                   NEED/BE USEFUL/BENEFIT USERS              5.9

                   WOULD WANT APP TO BE EASY FOR               5
                   CUSTOMERS TO USE/LEARN                    3.3

                   (FOR THE) USER INTERFACE/                   3
                   EXPERIENCE                                2.0

                   OTHER APPLICATION SPECIFIC                  8
                   MENTIONS                                  5.3


              COMPATIBILITY (NET)                             15
                                                             9.9

                   WOULD WANT IT TO RUN ON MULTIPLE            4
                   DEVICES/PLATFORMS                         2.6

                   NEEDS TO BE MOBILE COMPATIBLE/RUN           4
                   ON MOBILE DEVICES (AS WELL AS             2.6
                   DESKTOP)

                   OTHER COMPATIBILITY MENTIONS                8
                                                             5.3
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 12

NET OF Q.2B/2C/3B/3C  WHAT MAKES YOU SAY THAT (ANSWER FROM Q2A/3A) WILL BE THE MOST IMPORTANT/2ND MOST IMPORTANT FACTOR
OR CONSIDERATION IN YOUR DECISION WHETHER TO DEVELOP APPLICATIONS FOR THAT MOBILE DEVICE PLATFORM? ANY OTHER REASON?

```
                                               TOTAL
                                               -----

        BASE: TOTAL RESPONDENTS                  152


          MISCELLANEOUS

            IT'S IMPORTANT/NECESSARY (UNSPEC)      8
                                                  5.3

            BASED ON MY EXPERIENCE                 2
                                                  1.3

            MAKES IT WORTHWHILE/OTHERWISE IT      22
            WOULD BE A WASTE OF TIME             14.5

            DETERMINES IT'S SUCCESS/VIABILITY/     9
            SUSTAINABILITY                        5.9

            PROBLEMS WITH HACKERS/IDENTITY         2
            THEFT/DATA BREACHES                   1.3

            DEVELOP APPLICATIONS FOR/SELL TO      10
            CLIENTS/NEED TO SATISFY OUR CLIENTS   6.6

            WOULD/MIGHT NEED TO SCALE UP/HIRE      6
            MORE PEOPLE/DEVELOPERS                3.9

            CONCERNED WITH THE TECHNOLOGY BEING    2
            USED/IF IT'S NEW TECHNOLOGY           1.3

            IT'S A COMPETITIVE MARKET/USERS        3
            HAVE MANY OPTIONS                     2.0

            OTHER MISCELLANEOUS MENTIONS           7
                                                  4.6


          NON-RESPONSIVE ANSWER                    1
                                                  0.7


        DID NOT MENTION A FACTOR OR                4
        CONSIDERATION IN Q.1A/B                   2.6
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 13

Q.4A  SUPPOSE NOW YOU ARE APPROACHED BY A PROMOTER FOR A MOBILE DEVICE PLATFORM THAT HAS BEEN AROUND FOR A FEW YEARS,
BUT SO FAR YOU HAVE NOT DEVELOPED ANY APPLICATION FOR THAT PLATFORM. WHAT IS THE FIRST THING YOU WOULD WANT TO KNOW FROM
THE PROMOTER ABOUT THAT PLATFORM BEFORE DECIDING IF YOU'LL DEVELOP APPLICATIONS FOR THAT PLATFORM?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| USER BASE/MARKET SHARE/DEMAND/ | 54 |
| POPULARITY/RETURN (NET) | 35.5 |
|  |  |
| SIZE OF USER BASE (SUBNET) | 54 |
|  | 35.5 |
|  |  |
| ECONOMIC CONSIDERATIONS (SUB-SUBNET) | 5 |
|  | 3.3 |
|  |  |
| THE REMUNERATION/WAS ABLE TO MAKE MONEY/GET PAID | 2 |
|  | 1.3 |
|  |  |
| PROFITABILITY/RETURN ON INVESTMENT (ROI) | 3 |
|  | 2.0 |
|  |  |
| MARKET GROWTH (SUB-SUBNET) | 13 |
|  | 8.6 |
|  |  |
| ADOPTION RATE | 1 |
|  | 0.7 |
|  |  |
| PROJECTED MARKET SHARE/FUTURE OF PLATFORM | 8 |
|  | 5.3 |
|  |  |
| IS APP MARKETABLE/IS THERE A NEED/MARKET FOR IT/THE APP | 1 |
|  | 0.7 |
|  |  |
| WHERE DOES IT FIT IN THE CURRENT MARKET/TO SEE WHAT'S ALREADY IN THE MARKET/IS THIS A NEW APP/IDEA | 3 |
|  | 2.0 |
|  |  |
| THE MARKETPLACE/MARKET CONSIDERATIONS (UNSPEC) | 1 |
|  | 0.7 |
|  |  |
| MISCELLANEOUS SIZE OF USER BASE |  |
|  |  |
| NUMBER OF USERS/(CURRENT) MARKET SHARE/PENETRATION/DEMAND | 33 |
|  | 21.7 |
|  |  |
| NUMBER OF DEVICES/HOW MANY DEVICES USE THAT PLATFORM | 2 |
|  | 1.3 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 13

Q.4A  SUPPOSE NOW YOU ARE APPROACHED BY A PROMOTER FOR A MOBILE DEVICE PLATFORM THAT HAS BEEN AROUND FOR A FEW YEARS,
BUT SO FAR YOU HAVE NOT DEVELOPED ANY APPLICATION FOR THAT PLATFORM. WHAT IS THE FIRST THING YOU WOULD WANT TO KNOW FROM
THE PROMOTER ABOUT THAT PLATFORM BEFORE DECIDING IF YOU'LL DEVELOP APPLICATIONS FOR THAT PLATFORM?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| OTHER MISCELLANEOUS SIZE OF USER BASE MENTIONS | 3 2.0 |
| MISCELLANEOUS USER BASE/MARKET SHARE/DEMAND/POPULARITY/RETURN |  |
| OTHER MISCELLANEOUS USER BASE/ MARKET SHARE/DEMAND/POPULARITY/ RETURN MENTIONS | 1 0.7 |
| DEMOGRAPHICS/DESCRIPTION OF USER BASE (NET) | 4 2.6 |
| TARGET MARKET/DEMOGRAPHIC/WHO IS THE AUDIENCE/CUSTOMER | 4 2.6 |
| DEVELOPMENT ISSUES (NET) | 41 27.0 |
| TIME/EFFORT OF DEVELOPMENT (SUBNET) | 9 5.9 |
| EASE OF USE/EASE/DIFFICULTY OF DEVELOPMENT | 6 3.9 |
| EASE OF LEARNING LANGUAGE/HOW FAST CAN I LEARN THE SYSTEM/ LANGUAGE | 1 0.7 |
| INTEGRATION/EASE/ABILITY OF ADAPTING CURRENT CODE TO DIFFERENT PLATFORMS | 2 1.3 |
| DEVELOPMENT COSTS (SUBNET) | 3 2.0 |
| COST TO DEVELOP | 3 2.0 |
| OTHER DEVELOPMENT COSTS MENTIONS | 1 0.7 |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET) | 18 11.8 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 13

Q.4A  SUPPOSE NOW YOU ARE APPROACHED BY A PROMOTER FOR A MOBILE DEVICE PLATFORM THAT HAS BEEN AROUND FOR A FEW YEARS,
BUT SO FAR YOU HAVE NOT DEVELOPED ANY APPLICATION FOR THAT PLATFORM. WHAT IS THE FIRST THING YOU WOULD WANT TO KNOW FROM
THE PROMOTER ABOUT THAT PLATFORM BEFORE DECIDING IF YOU'LL DEVELOP APPLICATIONS FOR THAT PLATFORM?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| SUPPORT/RESOURCES AVAILABLE | 4 |
|  | 2.6 |
| DOCUMENTATION/AVAILABILITY/ QUALITY OF DOCUMENTATION | 3 |
|  | 2.0 |
| DEVELOPMENT/INTEGRATION TOOLS AVAILABLE/WHAT IS THE SDK/API ACCESS | 6 |
|  | 3.9 |
| FRAMEWORK/IS THERE A FRAMEWORK AVAILABLE TO DEVELOP APPLICATIONS | 4 |
|  | 2.6 |
| EXAMPLES/TEST ENVIRONMENTS/OTHER APPLICATIONS I COULD LOOK AT/ LEARN FROM | 1 |
|  | 0.7 |
| PROGRAMMING LANGUAGE (SUBNET) | 17 |
|  | 11.2 |
| MISCELLANEOUS PROGRAMMING LANGUAGE |  |
| PROGRAMMING LANGUAGE (OF PLATFORM)/LIKE THE PROGRAMMING LANGUAGE | 16 |
|  | 10.5 |
| OTHER MISCELLANEOUS PROGRAMMING LANGUAGE MENTIONS | 1 |
|  | 0.7 |
| MISCELLANEOUS DEVELOPMENT ISSUES |  |
| OTHER MISCELLANEOUS DEVELOPMENT ISSUES MENTIONS | 1 |
|  | 0.7 |
| PLATFORM (NET) | 14 |
|  | 9.2 |
| THE PLATFORM/WHAT PLATFORM IT'S BUILT ON | 3 |
|  | 2.0 |
| OPERATING SYSTEM OF PLATFORM | 2 |
|  | 1.3 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 13

Q.4A  SUPPOSE NOW YOU ARE APPROACHED BY A PROMOTER FOR A MOBILE DEVICE PLATFORM THAT HAS BEEN AROUND FOR A FEW YEARS,
BUT SO FAR YOU HAVE NOT DEVELOPED ANY APPLICATION FOR THAT PLATFORM. WHAT IS THE FIRST THING YOU WOULD WANT TO KNOW FROM
THE PROMOTER ABOUT THAT PLATFORM BEFORE DECIDING IF YOU'LL DEVELOP APPLICATIONS FOR THAT PLATFORM?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| (IS) PLATFORM OPEN/IS IT OPEN-SOURCE | 1 / 0.7 |
| WHY THEY CHOSE THE PLATFORM/WHAT MAKES PLATFORM NEW/DIFFERENT | 3 / 2.0 |
| CAPABILITIES OF PLATFORM | 1 / 0.7 |
| SECURITY/SECURE PLATFORM | 4 / 2.6 |
| OTHER PLATFORM MENTIONS | 2 / 1.3 |
| DEVICE RELATED (NET) | 7 / 4.6 |
| WHAT DEVICES THE PLATFORM WAS ON | 3 / 2.0 |
| FEATURES OF DEVICE: RESOLUTION, SPEAKERS, ETC. | 2 / 1.3 |
| NUMBER OF DEVICES/HOW MANY DEVICES USE THAT PLATFORM | 2 / 1.3 |
| COMMITMENT TO PROJECT (NET) | 6 / 3.9 |
| MARKETING PLANS/HOW WILL IT BE MARKETED | 4 / 2.6 |
| (WHETHER) COMPANY IS/WAS BEHIND PROJECT/PRODUCT | 1 / 0.7 |
| OTHER COMMITMENT TO PROJECT MENTIONS | 1 / 0.7 |
| APPLICATION SPECIFIC (NET) | 12 / 7.9 |
| (UNDERSTANDING) THE APPLICATION REQUIREMENTS | 2 / 1.3 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 13

Q.4A  SUPPOSE NOW YOU ARE APPROACHED BY A PROMOTER FOR A MOBILE DEVICE PLATFORM THAT HAS BEEN AROUND FOR A FEW YEARS,
BUT SO FAR YOU HAVE NOT DEVELOPED ANY APPLICATION FOR THAT PLATFORM. WHAT IS THE FIRST THING YOU WOULD WANT TO KNOW FROM
THE PROMOTER ABOUT THAT PLATFORM BEFORE DECIDING IF YOU'LL DEVELOP APPLICATIONS FOR THAT PLATFORM?

|                                                          | TOTAL |
|----------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                  | 152   |
| FUNCTIONALITY/PURPOSE OF APPLICATION/WHAT THEY WANT IT TO DO | 8 / 5.3 |
| WHETHER I LIKE IT/IF IT IS AN APP THAT INTERESTS ME      | 1 / 0.7 |
| OTHER APPLICATION SPECIFIC MENTIONS                      | 1 / 0.7 |
| COMPATIBILITY (NET)                                      | 5 / 3.3 |
| COMPATIBILITY WITH OTHER DEVICES/ OPERATING SYSTEMS/PLATFORMS | 4 / 2.6 |
| OTHER COMPATIBILITY MENTIONS                             | 1 / 0.7 |
| MISCELLANEOUS                                            |       |
| THE NEEDS OF THE CLIENT/IT WAS MY JOB/CLIENT/COMPANY REQUESTED | 3 / 2.0 |
| NUMBER OF OTHER PEOPLE DEVELOPING FOR THAT PROGRAM       | 1 / 0.7 |
| THE TECHNOLOGY/TECHNOLOGICAL POTENTIAL                   | 2 / 1.3 |
| THE ANALYTICS                                           | 1 / 0.7 |
| SCALABILITY                                             | 1 / 0.7 |
| WHY I WOULD BE DOING IT/WHAT IS THE POINT?/IS IT WORTHWHILE | 4 / 2.6 |
| IS IT LEGAL/ARE THEIR COPYRIGHT ISSUES                  | 1 / 0.7 |
| OTHER MISCELLANEOUS MENTIONS                            | 6 / 3.9 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 13

Q.4A  SUPPOSE NOW YOU ARE APPROACHED BY A PROMOTER FOR A MOBILE DEVICE PLATFORM THAT HAS BEEN AROUND FOR A FEW YEARS,
BUT SO FAR YOU HAVE NOT DEVELOPED ANY APPLICATION FOR THAT PLATFORM. WHAT IS THE FIRST THING YOU WOULD WANT TO KNOW FROM
THE PROMOTER ABOUT THAT PLATFORM BEFORE DECIDING IF YOU'LL DEVELOP APPLICATIONS FOR THAT PLATFORM?

```
                                                 TOTAL
                                                 -----

              BASE: TOTAL RESPONDENTS              152


              NONE/DON'T KNOW/NO OTHERS              7
                                                   4.6
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 14

NET OF Q.4A/4B  FIRST/SECOND THING YOU WOULD WANT TO KNOW FROM THE PROMOTER ABOUT THAT PLATFORM
BEFORE DECIDING IF YOU'LL DEVELOP APPLICATIONS FOR THAT PLATFORM.

```
                                              TOTAL
                                              -----

BASE: TOTAL RESPONDENTS                         152


USER BASE/MARKET SHARE/DEMAND/                   74
POPULARITY/RETURN (NET)                        48.7

   SIZE OF USER BASE (SUBNET)                    74
                                               48.7

      ECONOMIC CONSIDERATIONS (SUB-              9
      SUBNET)                                   5.9

         THE REMUNERATION/WAS ABLE TO           4
         MAKE MONEY/GET PAID                    2.6

         PROFITABILITY/RETURN ON                5
         INVESTMENT (ROI)                       3.3

         OTHER ECONOMIC CONSIDERATIONS          1
         MENTIONS                              0.7

      MARKET GROWTH (SUB-SUBNET)                25
                                               16.4

         ADOPTION RATE                          1
                                               0.7

         PROJECTED MARKET SHARE/FUTURE         16
         OF PLATFORM                          10.5

         IS APP MARKETABLE/IS THERE A           5
         NEED/MARKET FOR IT/THE APP            3.3

         WHERE DOES IT FIT IN THE               4
         CURRENT MARKET/TO SEE WHAT'S          2.6
         ALREADY IN THE MARKET/IS THIS A
         NEW APP/IDEA

         THE MARKETPLACE/MARKET                 1
         CONSIDERATIONS (UNSPEC)               0.7

      COMPANY RELATED (SUB-SUBNET)              5
                                               3.3

         WHAT COMPANY IS BEHIND THE             4
         PLATFORM                              2.6
```

```
                              TARGET RESEARCH GROUP INC.
                          APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 14

```
NET OF Q.4A/4B  FIRST/SECOND THING YOU WOULD WANT TO KNOW FROM THE PROMOTER ABOUT THAT PLATFORM
              BEFORE DECIDING IF YOU'LL DEVELOP APPLICATIONS FOR THAT PLATFORM.
```

|                                                                  | TOTAL |
|------------------------------------------------------------------|-------|
|                                                                  | ----- |
| BASE: TOTAL RESPONDENTS                                          | 152   |
|                                                                  |       |
| OTHER COMPANY RELATED MENTIONS                                   | 1     |
|                                                                  | 0.7   |
| MISCELLANEOUS SIZE OF USER BASE                                  |       |
| NUMBER OF USERS/(CURRENT)                                        | 42    |
| MARKET SHARE/PENETRATION/DEMAND                                  | 27.6  |
| NUMBER OF DEVICES/HOW MANY                                       | 4     |
| DEVICES USE THAT PLATFORM                                        | 2.6   |
| OTHER MISCELLANEOUS SIZE OF                                      | 3     |
| USER BASE MENTIONS                                              | 2.0   |
| MISCELLANEOUS USER BASE/MARKET SHARE/DEMAND/POPULARITY/RETURN    |       |
| OTHER MISCELLANEOUS USER BASE/                                   | 2     |
| MARKET SHARE/DEMAND/POPULARITY/                                  | 1.3   |
| RETURN MENTIONS                                                  |       |
| DEMOGRAPHICS/DESCRIPTION OF USER BASE                            | 12    |
| (NET)                                                            | 7.9   |
| TARGET MARKET/DEMOGRAPHIC/WHO IS                                 | 9     |
| THE AUDIENCE/CUSTOMER                                            | 5.9   |
| HAS A FOCUS ON BUSINESS/BUSINESS                                 | 2     |
| USERS                                                            | 1.3   |
| OTHER DEMOGRAPHICS/DESCRIPTION OF                                | 2     |
| USER BASE MENTIONS                                              | 1.3   |
| DEVELOPMENT ISSUES (NET)                                         | 73    |
|                                                                  | 48.0  |
| TIME/EFFORT OF DEVELOPMENT (SUBNET)                              | 19    |
|                                                                  | 12.5  |
| EASE OF USE/EASE/DIFFICULTY OF                                   | 13    |
| DEVELOPMENT                                                     | 8.6   |
| EASE OF LEARNING LANGUAGE/HOW                                    | 3     |
| FAST CAN I LEARN THE SYSTEM/                                     | 2.0   |
| LANGUAGE                                                         |       |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 14

NET OF Q.4A/4B  FIRST/SECOND THING YOU WOULD WANT TO KNOW FROM THE PROMOTER ABOUT THAT PLATFORM
BEFORE DECIDING IF YOU'LL DEVELOP APPLICATIONS FOR THAT PLATFORM.

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| TIME REQUIRED/TIME TO MARKET | 2<br>1.3 |
| INTEGRATION/EASE/ABILITY OF<br>ADAPTING CURRENT CODE TO<br>DIFFERENT PLATFORMS | 2<br>1.3 |
| DEVELOPMENT COSTS (SUBNET) | 7<br>4.6 |
| COST TO DEVELOP | 5<br>3.3 |
| COST OF DEVELOPMENT TOOLS/FEES<br>REQUIRED TO DEVELOP FOR THAT<br>PROGRAM | 1<br>0.7 |
| (IS IT) FREE/NO COST FOR TOOL/<br>LICENSE | 1<br>0.7 |
| (IF I) ALREADY HAD THE COMPUTER/<br>DIDN'T NOT NEED TO GET ANOTHER<br>COMPUTER | 1<br>0.7 |
| OTHER DEVELOPMENT COSTS MENTIONS | 1<br>0.7 |
| SUPPORT/DEVELOPMENT ENVIRONMENT<br>(SUBNET) | 40<br>26.3 |
| SUPPORT/RESOURCES AVAILABLE | 11<br>7.2 |
| DEVELOPMENT ENVIRONMENT/IS IT<br>ENVIRONMENTALLY FRIENDLY | 1<br>0.7 |
| DOCUMENTATION/AVAILABILITY/<br>QUALITY OF DOCUMENTATION | 5<br>3.3 |
| DEVELOPMENT/INTEGRATION TOOLS<br>AVAILABLE/WHAT IS THE SDK/API<br>ACCESS | 17<br>11.2 |
| FRAMEWORK/IS THERE A FRAMEWORK<br>AVAILABLE TO DEVELOP APPLICATIONS | 5<br>3.3 |

```
                    TARGET RESEARCH GROUP INC.
                 APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 14

NET OF Q.4A/4B  FIRST/SECOND THING YOU WOULD WANT TO KNOW FROM THE PROMOTER ABOUT THAT PLATFORM
BEFORE DECIDING IF YOU'LL DEVELOP APPLICATIONS FOR THAT PLATFORM.

```
                                                TOTAL
                                                -----

         BASE: TOTAL RESPONDENTS                 152


              EXAMPLES/TEST ENVIRONMENTS/OTHER     4
              APPLICATIONS I COULD LOOK AT/       2.6
              LEARN FROM

              OTHER SUPPORT/DEVELOPMENT            4
              ENVIRONMENT MENTIONS               2.6

         PROGRAMMING LANGUAGE (SUBNET)            22
                                                 14.5

              FAMILIARITY WITH PLATFORM/           1
              LANGUAGE (SUB-SUBNET)              0.7

                MISCELLANEOUS FAMILIARITY WITH PLATFORM/LANGUAGE

                  HAD EXPOSURE TO IT ALREADY/       1
                  ALREADY KNEW THE LANGUAGE/      0.7
                  BUILT ON A LANGUAGE I ALREADY
                  KNEW


              MISCELLANEOUS PROGRAMMING LANGUAGE

                  PROGRAMMING LANGUAGE (OF        20
                  PLATFORM)/LIKE THE PROGRAMMING 13.2
                  LANGUAGE

                  OTHER MISCELLANEOUS PROGRAMMING   2
                  LANGUAGE MENTIONS              1.3


              MISCELLANEOUS DEVELOPMENT ISSUES

                  OTHER MISCELLANEOUS DEVELOPMENT    3
                  ISSUES MENTIONS                 2.0


         PLATFORM (NET)                           26
                                                 17.1

              THE PLATFORM/WHAT PLATFORM IT'S       6
              BUILT ON                           3.9

              OPERATING SYSTEM OF PLATFORM          2
                                                 1.3
```

```
                          TARGET RESEARCH GROUP INC.
                          APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 14

```
NET OF Q.4A/4B  FIRST/SECOND THING YOU WOULD WANT TO KNOW FROM THE PROMOTER ABOUT THAT PLATFORM
               BEFORE DECIDING IF YOU'LL DEVELOP APPLICATIONS FOR THAT PLATFORM.
```

|                                                              | TOTAL |
|--------------------------------------------------------------|-------|
|                                                              | ----- |
| BASE: TOTAL RESPONDENTS                                       | 152   |
|                                                              |       |
| (IS) PLATFORM OPEN/IS IT OPEN-SOURCE                          | 3     |
|                                                              | 2.0   |
| IT WAS NEW/A NEW PLATFORM/WAS CURIOUS ABOUT PLATFORM          | 1     |
|                                                              | 0.7   |
| WHY THEY CHOSE THE PLATFORM/WHAT MAKES PLATFORM NEW/DIFFERENT | 6     |
|                                                              | 3.9   |
| CAPABILITIES OF PLATFORM                                      | 5     |
|                                                              | 3.3   |
| SECURITY/SECURE PLATFORM                                      | 4     |
|                                                              | 2.6   |
| OTHER PLATFORM MENTIONS                                       | 5     |
|                                                              | 3.3   |
| DEVICE RELATED (NET)                                          | 12    |
|                                                              | 7.9   |
| WHAT DEVICES THE PLATFORM WAS ON                              | 6     |
|                                                              | 3.9   |
| FEATURES OF DEVICE: RESOLUTION, SPEAKERS, ETC.                | 2     |
|                                                              | 1.3   |
| NUMBER OF DEVICES/HOW MANY DEVICES USE THAT PLATFORM          | 4     |
|                                                              | 2.6   |
| COMMITMENT TO PROJECT (NET)                                   | 12    |
|                                                              | 7.9   |
| MARKETING PLANS/HOW WILL IT BE MARKETED                       | 7     |
|                                                              | 4.6   |
| (WHETHER) COMPANY IS/WAS BEHIND PROJECT/PRODUCT               | 3     |
|                                                              | 2.0   |
| APP STORE/INTERFACE FOR SELLING APP                          | 2     |
|                                                              | 1.3   |
| OTHER COMMITMENT TO PROJECT MENTIONS                          | 2     |
|                                                              | 1.3   |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 14

NET OF Q.4A/4B  FIRST/SECOND THING YOU WOULD WANT TO KNOW FROM THE PROMOTER ABOUT THAT PLATFORM
BEFORE DECIDING IF YOU'LL DEVELOP APPLICATIONS FOR THAT PLATFORM.

```
                                              TOTAL
                                              -----

    BASE: TOTAL RESPONDENTS                     152


       APPLICATION SPECIFIC (NET)                19
                                               12.5

         (UNDERSTANDING) THE APPLICATION          3
         REQUIREMENTS                            2.0

         FUNCTIONALITY/PURPOSE OF                12
         APPLICATION/WHAT THEY WANT IT TO DO    7.9

         WHETHER I LIKE IT/IF IT IS AN APP        1
         THAT INTERESTS ME                      0.7

         USER INTERFACE (UI)/EXPERIENCE           1
                                                0.7

         OTHER APPLICATION SPECIFIC MENTIONS      2
                                                1.3

       COMPATIBILITY (NET)                       11
                                                7.2

         COMPATIBILITY WITH OTHER DEVICES/        8
         OPERATING SYSTEMS/PLATFORMS            5.3

         OTHER COMPATIBILITY MENTIONS             3
                                                2.0

       MISCELLANEOUS

         THE NEEDS OF THE CLIENT/IT WAS MY        4
         JOB/CLIENT/COMPANY REQUESTED           2.6

         NUMBER OF JOBS AVAILABLE DEVELOPING      1
         APPLICATIONS ON THAT PLATFORM          0.7

         NUMBER OF OTHER PEOPLE DEVELOPING        3
         FOR THAT PROGRAM                       2.0

         THE TECHNOLOGY/TECHNOLOGICAL             5
         POTENTIAL                              3.3

         THE ANALYTICS                            1
                                                0.7

         SCALABILITY                              2
                                                1.3
```

```
                          TARGET RESEARCH GROUP INC.
                     APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 14

```
  NET OF Q.4A/4B  FIRST/SECOND THING YOU WOULD WANT TO KNOW FROM THE PROMOTER ABOUT THAT PLATFORM
               BEFORE DECIDING IF YOU'LL DEVELOP APPLICATIONS FOR THAT PLATFORM.


                                             TOTAL
                                             -----

           BASE: TOTAL RESPONDENTS            152


              WHY I WOULD BE DOING IT/WHAT IS THE    5
              POINT?/IS IT WORTHWHILE             3.3

              IS IT LEGAL/ARE THEIR COPYRIGHT      2
              ISSUES                             1.3

              OTHER MISCELLANEOUS MENTIONS         8
                                                 5.3


           DON'T KNOW/NO ANSWER                  7
                                                4.6
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 15

Q.5A  YOU MENTIONED EARLIER THAT YOU HAVE DEVELOPED APPLICATIONS FOR THE ANDROID PHONE OR TABLET PLATFORM.
AS BEST AS YOU REMEMBER,  WHAT YEAR DID YOU START OFFERING APPLICATIONS FOR THE ANDROID PHONE OR TABLET PLATFORM?

|                                                        | TOTAL        |
|--------------------------------------------------------|--------------|
| BASE: TOTAL RESPONDENTS                                | 152          |
| DEVELOPED APPLICATIONS FOR ANDROID PHONE OR TABLET     | 116<br>76.3  |
| 2007                                                   | 5<br>3.3     |
| 2008                                                   | 4<br>2.6     |
| 2009                                                   | 9<br>5.9     |
| 2010                                                   | 20<br>13.2   |
| 2011                                                   | 16<br>10.5   |
| 2012                                                   | 21<br>13.8   |
| 2013                                                   | 17<br>11.2   |
| 2014                                                   | 12<br>7.9    |
| 2015                                                   | 12<br>7.9    |
| HAVE NOT DEVELOPED APPLICATIONS FOR ANDROID PHONE OR TABLET | 36<br>23.7 |

```
                          TARGET RESEARCH GROUP INC.
                       APPLICATION DEVELOPERS STUDY (#103-15151)
                                                                                Table 16

   Q.5B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
              FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIRST-FOURTH FACTORS)


                                                    TOTAL
                                                    -----

        BASE: TOTAL RESPONDENTS                      152


        DEVELOPED APPLICATIONS FOR ANDROID           116
        PHONE OR TABLET                              76.3

        FIRST FACTOR/CONSIDERATION (NET)             114
                                                     75.0

          USER BASE/MARKET SHARE/DEMAND/              66
          POPULARITY/RETURN (NET)                    43.4

            SIZE OF USER BASE (SUBNET)                66
                                                     43.4

              MARKET GROWTH (SUB-SUBNET)              25
                                                     16.4

                ADOPTION RATE                          1
                                                      0.7

                MARKET SHARE WAS GROWING/              13
                BECOMING MORE POPULAR/THEY WERE       8.6
                CAPTURING THE MARKET

                IS APP MARKETABLE/IS THERE A           2
                NEED/MARKET FOR IT/THE APP            1.3

                WHERE DOES IT FIT IN THE               2
                CURRENT MARKET/TO SEE WHAT'S          1.3
                ALREADY IN THE MARKET/IS THIS A
                NEW APP/IDEA

                THE GROWTH OF MOBILE                   7
                APPLICATIONS/WANTED TO GET INTO       4.6
                THE GROWING MOBILE MARKET

                THE MARKETPLACE/MARKET                 2
                CONSIDERATIONS (UNSPEC)               1.3

            COMPANY RELATED (SUB-SUBNET)               4
                                                      2.6

                (LIKE) THE COMPANY/BRAND               1
                (APPLE, GOOGLE, ETC)                  0.7

                THEY ARE MARKET LEADERS/MAJOR          2
                COMPETITORS                           1.3
```

```
                          TARGET RESEARCH GROUP INC.
                       APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 16

Q.5B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
         FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIRST-FOURTH FACTORS)

|                                                                      | TOTAL |
|----------------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                              | 152   |
| OTHER COMPANY RELATED MENTIONS                                       | 1<br>0.7 |
| MISCELLANEOUS SIZE OF USER BASE                                      |       |
| NUMBER OF USERS/(CURRENT)<br>MARKET SHARE/PENETRATION/DEMAND         | 32<br>21.1 |
| HAD THE MOST USERS/BIGGEST<br>MARKET SHARE (AT THE TIME)             | 2<br>1.3 |
| NUMBER OF DEVICES/HOW MANY<br>DEVICES USE THAT PLATFORM              | 4<br>2.6 |
| DEMOGRAPHICS/DESCRIPTION OF USER BASE<br>(NET)                       | 1<br>0.7 |
| OTHER DEMOGRAPHICS/DESCRIPTION OF<br>USER BASE MENTIONS              | 1<br>0.7 |
| DEVELOPMENT ISSUES (NET)                                             | 23<br>15.1 |
| TIME/EFFORT OF DEVELOPMENT (SUBNET)                                  | 4<br>2.6 |
| EASE OF USE/EASE/DIFFICULTY OF<br>DEVELOPMENT                        | 2<br>1.3 |
| EASE OF LEARNING LANGUAGE/HOW<br>FAST CAN I LEARN THE SYSTEM/<br>LANGUAGE | 1<br>0.7 |
| TIME REQUIRED/TIME TO MARKET                                         | 1<br>0.7 |
| DEVELOPMENT COSTS (SUBNET)                                           | 4<br>2.6 |
| COST TO DEVELOP                                                      | 1<br>0.7 |
| COSTS LESS TO DEVELOP FOR THAT<br>PLATFORM/OPERATING SYSTEM          | 1<br>0.7 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 16

Q.5B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIRST-FOURTH FACTORS)

|                                                                        | TOTAL |
|------------------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                                 | 152   |
| (IS IT) FREE/NO COST FOR TOOL/ LICENSE                                  | 1 0.7 |
| OTHER DEVELOPMENT COSTS MENTIONS                                        | 1 0.7 |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET)                                | 1 0.7 |
| DEVELOPMENT/INTEGRATION TOOLS AVAILABLE/WHAT IS THE SDK/API ACCESS      | 1 0.7 |
| PROGRAMMING LANGUAGE (SUBNET)                                           | 15 9.9 |
| FAMILIARITY WITH PLATFORM/ LANGUAGE (SUB-SUBNET)                        | 14 9.2 |
| JAVA (SUB-SUB-SUBNET)                                                   | 7 4.6 |
| IT'S JAVA/(ANDROID IS) BUILT ON JAVA                                    | 2 1.3 |
| HAVE EXPERIENCE WITH JAVA/ USED JAVA BEFORE                             | 2 1.3 |
| EASY TO TRANSITION TO BECAUSE IT'S JAVA-BASED                           | 2 1.3 |
| WAS LEARNING THE LANGUAGE FOR ANDROID WHICH WAS JAVA SO IT WAS EASY     | 1 0.7 |
| LEARNED JAVA IN SCHOOL                                                  | 2 1.3 |
| EASY TO DEVELOP WITH JAVA ON ANDROID                                    | 1 0.7 |

```
                        TARGET RESEARCH GROUP INC.
                     APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 16

Q.5B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
        FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIRST-FOURTH FACTORS)

```
                                                    TOTAL
                                                    -----

        BASE: TOTAL RESPONDENTS                      152


                MISCELLANEOUS FAMILIARITY WITH PLATFORM/LANGUAGE

                        HAD EXPOSURE TO IT ALREADY/      5
                        ALREADY KNEW THE LANGUAGE/     3.3
                        BUILT ON A LANGUAGE I ALREADY
                        KNEW

                        WORKED (EXCLUSIVELY) ON THAT     2
                        PLATFORM SINCE SCHOOL/         1.3
                        THROUGHOUT MY CAREER

                MISCELLANEOUS PROGRAMMING LANGUAGE

                        OTHER MISCELLANEOUS PROGRAMMING   1
                        LANGUAGE MENTIONS              0.7


        PLATFORM (NET)                                   9
                                                       5.9

                THE PLATFORM/WHAT PLATFORM IT'S          3
                BUILT ON                               2.0

                OPERATING SYSTEM OF PLATFORM             1
                                                       0.7

                (IS) PLATFORM OPEN/IS IT OPEN-           5
                SOURCE                                 3.3

                SECURITY/SECURE PLATFORM                 1
                                                       0.7

        DEVICE RELATED (NET)                             6
                                                       3.9

                HAVE/LIKE THE DEVICE (I HAVE AN          1
                IPHONE, FAN OF ANDROID PHONES)         0.7

                NUMBER OF DEVICES/HOW MANY DEVICES       4
                USE THAT PLATFORM                      2.6

                OTHER DEVICE RELATED MENTIONS            1
                                                       0.7
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 16

Q.5B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIRST-FOURTH FACTORS)

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| COMMITMENT TO PROJECT (NET) | 2<br>1.3 |
| MARKETING PLANS/HOW WILL IT BE<br>MARKETED | 1<br>0.7 |
| APP STORE/INTERFACE FOR SELLING APP | 1<br>0.7 |
| APPLICATION SPECIFIC (NET) | 6<br>3.9 |
| FUNCTIONALITY/PURPOSE OF<br>APPLICATION/WHAT THEY WANT IT TO DO | 4<br>2.6 |
| USER INTERFACE (UI)/EXPERIENCE | 1<br>0.7 |
| OTHER APPLICATION SPECIFIC MENTIONS | 1<br>0.7 |
| COMPATIBILITY (NET) | 3<br>2.0 |
| COMPATIBILITY WITH OTHER DEVICES/<br>OPERATING SYSTEMS/PLATFORMS | 3<br>2.0 |
| FIT MY INTERESTS/LIFESTYLE (NET) | 3<br>2.0 |
| WANTED TO LEARN/STAY FRESH/CURRENT/<br>KEEP UP WITH TECHNOLOGY/STAY<br>RELEVANT | 1<br>0.7 |
| SOMETHING THAT I FOUND INTERESTING/<br>SOMETHING I WANTED TO GET INTO | 2<br>1.3 |
| MISCELLANEOUS |  |
| THE NEEDS OF THE CLIENT/IT WAS MY<br>JOB/CLIENT/COMPANY REQUESTED | 10<br>6.6 |
| NUMBER OF JOBS AVAILABLE DEVELOPING<br>APPLICATIONS ON THAT PLATFORM | 1<br>0.7 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 16

Q.5B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIRST-FOURTH FACTORS)

|                                                                      | TOTAL |
|----------------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                              | 152   |
| THE TECHNOLOGY/TECHNOLOGICAL POTENTIAL                               | 1 0.7 |
| SCALABILITY                                                          | 1 0.7 |
| OTHER MISCELLANEOUS MENTIONS                                         | 2 1.3 |
| SECOND FACTOR/CONSIDERATION (NET)                                    | 60 39.5 |
| USER BASE/MARKET SHARE/DEMAND/ POPULARITY/RETURN (NET)               | 16 10.5 |
| SIZE OF USER BASE (SUBNET)                                           | 16 10.5 |
| ECONOMIC CONSIDERATIONS (SUB-SUBNET)                                 | 3 2.0 |
| THE REMUNERATION/WAS ABLE TO MAKE MONEY/GET PAID                     | 1 0.7 |
| PROFITABILITY/RETURN ON INVESTMENT (ROI)                            | 2 1.3 |
| MARKET GROWTH (SUB-SUBNET)                                           | 5 3.3 |
| ADOPTION RATE                                                        | 1 0.7 |
| MARKET SHARE WAS GROWING/ BECOMING MORE POPULAR/THEY WERE CAPTURING THE MARKET | 1 0.7 |
| IS APP MARKETABLE/IS THERE A NEED/MARKET FOR IT/THE APP             | 2 1.3 |
| JAVA IS THE FASTEST GROWING LANGUAGE IN THE WORLD                   | 1 0.7 |
| COMPANY RELATED (SUB-SUBNET)                                         | 1 0.7 |

```
                          TARGET RESEARCH GROUP INC.
                        APPLICATION DEVELOPERS STUDY (#103-15151)
```

                                                                                 Table 16

Q.5B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
       FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIRST-FOURTH FACTORS)


                                                      TOTAL
                                                      -----

         BASE: TOTAL RESPONDENTS                        152


                    (LIKE) THE COMPANY/BRAND              1
                    (APPLE, GOOGLE, ETC)                0.7

               MISCELLANEOUS SIZE OF USER BASE

                    NUMBER OF USERS/(CURRENT)             6
                    MARKET SHARE/PENETRATION/DEMAND     3.9

                    NUMBER OF DEVICES/HOW MANY            1
                    DEVICES USE THAT PLATFORM           0.7


             DEVELOPMENT ISSUES (NET)                    21
                                                       13.8

               TIME/EFFORT OF DEVELOPMENT (SUBNET)       5
                                                        3.3

                    EASE OF USE/EASE/DIFFICULTY OF        3
                    DEVELOPMENT                          2.0

                    EASE OF LEARNING LANGUAGE/HOW         1
                    FAST CAN I LEARN THE SYSTEM/        0.7
                    LANGUAGE

                    INTEGRATION/EASE/ABILITY OF           1
                    ADAPTING CURRENT CODE TO            0.7
                    DIFFERENT PLATFORMS

               DEVELOPMENT COSTS (SUBNET)                 6
                                                        3.9

                    COSTS LESS TO DEVELOP FOR THAT        3
                    PLATFORM/OPERATING SYSTEM           2.0

                    (IS IT) FREE/NO COST FOR TOOL/        4
                    LICENSE                             2.6

               SUPPORT/DEVELOPMENT ENVIRONMENT           3
                    (SUBNET)                            2.0

                    DEVELOPMENT/INTEGRATION TOOLS         2
                    AVAILABLE/WHAT IS THE SDK/API       1.3
                    ACCESS
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 16

Q.5B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIRST-FOURTH FACTORS)

```
                                              TOTAL
                                              -----

  BASE: TOTAL RESPONDENTS                       152


     OTHER SUPPORT/DEVELOPMENT                    1
     ENVIRONMENT MENTIONS                       0.7

   PROGRAMMING LANGUAGE (SUBNET)                  6
                                                3.9

     FAMILIARITY WITH PLATFORM/                   6
     LANGUAGE (SUB-SUBNET)                      3.9

       JAVA (SUB-SUB-SUBNET)                      3
                                                2.0

         EASY TO PROGRAM FOR BECAUSE              1
         IT'S JAVA/JAVA-BASED                   0.7

         STANDARD JAVA-BASED LANGUAGE            1
                                                0.7

         JAVA IS THE FASTEST GROWING             1
         LANGUAGE IN THE WORLD                  0.7

       MISCELLANEOUS FAMILIARITY WITH PLATFORM/LANGUAGE

         HAD EXPOSURE TO IT ALREADY/             3
         ALREADY KNEW THE LANGUAGE/            2.0
         BUILT ON A LANGUAGE I ALREADY
         KNEW


     MISCELLANEOUS DEVELOPMENT ISSUES

       AVAILABILITY OF DEVELOPERS TO             1
       WORK ON PLATFORM/PROJECT                0.7

       OTHER MISCELLANEOUS DEVELOPMENT           1
       ISSUES MENTIONS                         0.7


   PLATFORM (NET)                                6
                                               3.9

     THE PLATFORM/WHAT PLATFORM IT'S            1
     BUILT ON                                 0.7

     (IS) PLATFORM OPEN/IS IT OPEN-             3
     SOURCE                                   2.0
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 16

Q.5B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIRST-FOURTH FACTORS)

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| OTHER PLATFORM MENTIONS | 2<br>1.3 |
| DEVICE RELATED (NET) | 1<br>0.7 |
| NUMBER OF DEVICES/HOW MANY DEVICES<br>USE THAT PLATFORM | 1<br>0.7 |
| COMMITMENT TO PROJECT (NET) | 2<br>1.3 |
| (WHETHER) COMPANY IS/WAS BEHIND<br>PROJECT/PRODUCT | 1<br>0.7 |
| APP STORE/INTERFACE FOR SELLING APP | 1<br>0.7 |
| APPLICATION SPECIFIC (NET) | 3<br>2.0 |
| (UNDERSTANDING) THE APPLICATION<br>REQUIREMENTS | 1<br>0.7 |
| USER INTERFACE (UI)/EXPERIENCE | 1<br>0.7 |
| OTHER APPLICATION SPECIFIC MENTIONS | 1<br>0.7 |
| FIT MY INTERESTS/LIFESTYLE (NET) | 4<br>2.6 |
| SOMETHING THAT I FOUND INTERESTING/<br>SOMETHING I WANTED TO GET INTO | 4<br>2.6 |
| MISCELLANEOUS |  |
| THE NEEDS OF THE CLIENT/IT WAS MY<br>JOB/CLIENT/COMPANY REQUESTED | 5<br>3.3 |
| NUMBER OF JOBS AVAILABLE DEVELOPING<br>APPLICATIONS ON THAT PLATFORM | 4<br>2.6 |
| THE TECHNOLOGY/TECHNOLOGICAL<br>POTENTIAL | 1<br>0.7 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 16

Q.5B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIRST-FOURTH FACTORS)

|                                                                        | TOTAL      |
|------------------------------------------------------------------------|------------|
| BASE: TOTAL RESPONDENTS                                                 | 152        |
| OTHER MISCELLANEOUS MENTIONS                                           | 1<br>0.7   |
| THIRD FACTOR/CONSIDERATION (NET)                                        | 18<br>11.8 |
| USER BASE/MARKET SHARE/DEMAND/<br>POPULARITY/RETURN (NET)               | 5<br>3.3   |
| SIZE OF USER BASE (SUBNET)                                              | 5<br>3.3   |
| COMPANY RELATED (SUB-SUBNET)                                            | 3<br>2.0   |
| (LIKE) THE COMPANY/BRAND<br>(APPLE, GOOGLE, ETC)                        | 3<br>2.0   |
| MISCELLANEOUS SIZE OF USER BASE                                         |            |
| NUMBER OF USERS/(CURRENT)<br>MARKET SHARE/PENETRATION/DEMAND            | 2<br>1.3   |
| DEVELOPMENT ISSUES (NET)                                                | 6<br>3.9   |
| TIME/EFFORT OF DEVELOPMENT (SUBNET)                                     | 1<br>0.7   |
| EASE OF USE/EASE/DIFFICULTY OF<br>DEVELOPMENT                           | 1<br>0.7   |
| DEVELOPMENT COSTS (SUBNET)                                              | 1<br>0.7   |
| (IF I) ALREADY HAD THE COMPUTER/<br>DIDN'T NOT NEED TO GET ANOTHER<br>COMPUTER | 1<br>0.7   |
| SUPPORT/DEVELOPMENT ENVIRONMENT<br>(SUBNET)                             | 2<br>1.3   |
| SUPPORT/RESOURCES AVAILABLE                                             | 1<br>0.7   |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 16

Q.5B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIRST-FOURTH FACTORS)

|                                                              | TOTAL |
|--------------------------------------------------------------|-------|
|                                                              | ----- |
| BASE: TOTAL RESPONDENTS                                      | 152   |
|                                                              |       |
| DEVELOPMENT/INTEGRATION TOOLS AVAILABLE/WHAT IS THE SDK/API ACCESS | 1<br>0.7 |
| PROGRAMMING LANGUAGE (SUBNET)                                | 3<br>2.0 |
| FAMILIARITY WITH PLATFORM/ LANGUAGE (SUB-SUBNET)            | 3<br>2.0 |
| JAVA (SUB-SUB-SUBNET)                                        | 3<br>2.0 |
| IT'S JAVA/(ANDROID IS) BUILT ON JAVA                        | 1<br>0.7 |
| HAVE EXPERIENCE WITH JAVA/ USED JAVA BEFORE                 | 1<br>0.7 |
| SAMSUNG SUPPORTS JAVA LANGUAGE                              | 1<br>0.7 |
| PLATFORM (NET)                                              | 1<br>0.7 |
| OPERATING SYSTEM OF PLATFORM                                | 1<br>0.7 |
| DEVICE RELATED (NET)                                        | 1<br>0.7 |
| HAVE/LIKE THE DEVICE (I HAVE AN IPHONE, FAN OF ANDROID PHONES) | 1<br>0.7 |
| APPLICATION SPECIFIC (NET)                                  | 4<br>2.6 |
| (UNDERSTANDING) THE APPLICATION REQUIREMENTS                | 1<br>0.7 |
| USER INTERFACE (UI)/EXPERIENCE                              | 2<br>1.3 |
| OTHER APPLICATION SPECIFIC MENTIONS                         | 1<br>0.7 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 16

Q.5B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIRST-FOURTH FACTORS)

|                                                                 | TOTAL     |
|-----------------------------------------------------------------|-----------|
| BASE: TOTAL RESPONDENTS                                         | 152       |
| FIT MY INTERESTS/LIFESTYLE (NET)                               | 1 0.7     |
| LOVE/ENJOY PROGRAMMING                                          | 1 0.7     |
| FOURTH FACTOR/CONSIDERATION (NET)                             | 5 3.3     |
| USER BASE/MARKET SHARE/DEMAND/ POPULARITY/RETURN (NET)         | 4 2.6     |
| SIZE OF USER BASE (SUBNET)                                     | 4 2.6     |
| MARKET GROWTH (SUB-SUBNET)                                     | 2 1.3     |
| MARKET SHARE WAS GROWING/ BECOMING MORE POPULAR/THEY WERE CAPTURING THE MARKET | 1 0.7     |
| THE MARKETPLACE/MARKET CONSIDERATIONS (UNSPEC)                | 1 0.7     |
| COMPANY RELATED (SUB-SUBNET)                                   | 2 1.3     |
| (LIKE) THE COMPANY/BRAND (APPLE, GOOGLE, ETC)                 | 1 0.7     |
| OTHER COMPANY RELATED MENTIONS                                 | 1 0.7     |
| MISCELLANEOUS SIZE OF USER BASE                               |           |
| NUMBER OF USERS/(CURRENT) MARKET SHARE/PENETRATION/DEMAND     | 1 0.7     |
| DEVELOPMENT ISSUES (NET)                                       | 1 0.7     |
| TIME/EFFORT OF DEVELOPMENT (SUBNET)                           | 1 0.7     |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 16

Q.5B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIRST-FOURTH FACTORS)

|                                                              | TOTAL      |
|--------------------------------------------------------------|------------|
|                                                              | -----      |
| BASE: TOTAL RESPONDENTS                                      | 152        |
|                                                              |            |
| TIME REQUIRED/TIME TO MARKET                                 | 1<br>0.7   |
| DEVICE RELATED (NET)                                         | 1<br>0.7   |
| FEATURES OF DEVICE: RESOLUTION, SPEAKERS, ETC.              | 1<br>0.7   |
| NONE                                                         | 2<br>1.3   |
| HAVE NOT DEVELOPED APPLICATIONS FOR ANDROID PHONE OR TABLET | 36<br>23.7 |

```
                              TARGET RESEARCH GROUP INC.
                          APPLICATION DEVELOPERS STUDY (#103-15151)

                                                                          Table 17

         Q.5C ANY OTHER FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO
      DEVELOP APPLICATIONS FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIFTH-SEVENTH FACTORS)


                                                        TOTAL
                                                        -----

          BASE: TOTAL RESPONDENTS                         152


          DEVELOPED APPLICATIONS FOR ANDROID              116
          PHONE OR TABLET                                76.3

          FIFTH FACTOR/CONSIDERATION (NET)                 29
                                                          19.1

            USER BASE/MARKET SHARE/DEMAND/                 12
            POPULARITY/RETURN (NET)                        7.9

              SIZE OF USER BASE (SUBNET)                   12
                                                           7.9

                ECONOMIC CONSIDERATIONS (SUB-              2
                SUBNET)                                    1.3

                  THE REMUNERATION/WAS ABLE TO            2
                  MAKE MONEY/GET PAID                     1.3

                MARKET GROWTH (SUB-SUBNET)                 5
                                                          3.3

                  ADOPTION RATE                           1
                                                          0.7

                  PROJECTED MARKET SHARE/FUTURE          1
                  OF PLATFORM                            0.7

                  MARKET SHARE WAS GROWING/              1
                  BECOMING MORE POPULAR/THEY WERE        0.7
                  CAPTURING THE MARKET

                  THE GROWTH OF MOBILE                    2
                  APPLICATIONS/WANTED TO GET INTO        1.3
                  THE GROWING MOBILE MARKET

                COMPANY RELATED (SUB-SUBNET)             1
                                                        0.7

                  (LIKE) THE COMPANY/BRAND              1
                  (APPLE, GOOGLE, ETC)                  0.7

                MISCELLANEOUS SIZE OF USER BASE

                  NUMBER OF USERS/(CURRENT)              4
                  MARKET SHARE/PENETRATION/DEMAND       2.6
```

```
                              TARGET RESEARCH GROUP INC.
                           APPLICATION DEVELOPERS STUDY (#103-15151)

                                                                              Table 17

              Q.5C ANY OTHER FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO
         DEVELOP APPLICATIONS FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIFTH-SEVENTH FACTORS)


                                                        TOTAL
                                                        -----

         BASE: TOTAL RESPONDENTS                         152


                    NUMBER OF DEVICES/HOW MANY             2
                    DEVICES USE THAT PLATFORM             1.3


         DEMOGRAPHICS/DESCRIPTION OF USER BASE            1
         (NET)                                           0.7

            OTHER DEMOGRAPHICS/DESCRIPTION OF             1
            USER BASE MENTIONS                           0.7

         DEVELOPMENT ISSUES (NET)                         9
                                                         5.9

            TIME/EFFORT OF DEVELOPMENT (SUBNET)           1
                                                         0.7

               TIME REQUIRED/TIME TO MARKET               1
                                                         0.7

            DEVELOPMENT COSTS (SUBNET)                    3
                                                         2.0

               COST TO DEVELOP                            1
                                                         0.7

               COSTS LESS TO DEVELOP FOR THAT             2
               PLATFORM/OPERATING SYSTEM                 1.3

            SUPPORT/DEVELOPMENT ENVIRONMENT               1
            (SUBNET)                                     0.7

               OTHER SUPPORT/DEVELOPMENT                  1
               ENVIRONMENT MENTIONS                      0.7

            PROGRAMMING LANGUAGE (SUBNET)                 4
                                                         2.6

               FAMILIARITY WITH PLATFORM/                 4
               LANGUAGE (SUB-SUBNET)                     2.6

                  JAVA (SUB-SUB-SUBNET)                   1
                                                         0.7

                     HAVE EXPERIENCE WITH JAVA/           1
                     USED JAVA BEFORE                    0.7
```

```
                    TARGET RESEARCH GROUP INC.
                 APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 17

```
          Q.5C ANY OTHER FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO
     DEVELOP APPLICATIONS FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIFTH-SEVENTH FACTORS)


                                                TOTAL
                                                -----

         BASE: TOTAL RESPONDENTS                  152



                    MISCELLANEOUS FAMILIARITY WITH PLATFORM/LANGUAGE

                    HAD EXPOSURE TO IT ALREADY/      2
                    ALREADY KNEW THE LANGUAGE/     1.3
                    BUILT ON A LANGUAGE I ALREADY
                    KNEW

                    OTHER MISCELLANEOUS             1
                    FAMILIARITY WITH PLATFORM/    0.7
                    LANGUAGE MENTIONS


         PLATFORM (NET)                            6
                                                 3.9

           THE PLATFORM/WHAT PLATFORM IT'S         1
           BUILT ON                              0.7

           (IS) PLATFORM OPEN/IS IT OPEN-          4
           SOURCE                                2.6

           IT WAS NEW/A NEW PLATFORM/WAS           1
           CURIOUS ABOUT PLATFORM               0.7

           OTHER PLATFORM MENTIONS                 1
                                                 0.7

         DEVICE RELATED (NET)                      4
                                                 2.6

           HAVE/LIKE THE DEVICE (I HAVE AN         1
           IPHONE, FAN OF ANDROID PHONES)       0.7

           FEATURES OF DEVICE: RESOLUTION,         1
           SPEAKERS, ETC.                       0.7

           NUMBER OF DEVICES/HOW MANY DEVICES      2
           USE THAT PLATFORM                    1.3

         MISCELLANEOUS

           THE ANALYTICS                           1
                                                 0.7
```

```
                           TARGET RESEARCH GROUP INC.
                         APPLICATION DEVELOPERS STUDY (#103-15151)

                                                                              Table 17

              Q.5C ANY OTHER FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO
           DEVELOP APPLICATIONS FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIFTH-SEVENTH FACTORS)


                                                         TOTAL
                                                         -----

              BASE: TOTAL RESPONDENTS                     152



              SIXTH FACTOR/CONSIDERATION (NET)              3
                                                          2.0

                 USER BASE/MARKET SHARE/DEMAND/            2
                 POPULARITY/RETURN (NET)                  1.3

                    SIZE OF USER BASE (SUBNET)            2
                                                         1.3

                       MARKET GROWTH (SUB-SUBNET)         1
                                                         0.7

                          THE GROWTH OF MOBILE            1
                          APPLICATIONS/WANTED TO GET INTO 0.7
                          THE GROWING MOBILE MARKET

                       MISCELLANEOUS SIZE OF USER BASE

                          NUMBER OF DEVICES/HOW MANY      1
                          DEVICES USE THAT PLATFORM       0.7


                 DEVICE RELATED (NET)                     1
                                                         0.7

                    NUMBER OF DEVICES/HOW MANY DEVICES    1
                    USE THAT PLATFORM                     0.7

                 MISCELLANEOUS                            

                    OTHER MISCELLANEOUS MENTIONS          1
                                                         0.7


              SEVENTH FACTOR/CONSIDERATION (NET)          1
                                                         0.7

                 USER BASE/MARKET SHARE/DEMAND/           1
                 POPULARITY/RETURN (NET)                  0.7

                    SIZE OF USER BASE (SUBNET)            1
                                                         0.7

                       ECONOMIC CONSIDERATIONS (SUB-      1
                       SUBNET)                            0.7
```

```
                        TARGET RESEARCH GROUP INC.
                    APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 17

```
            Q.5C ANY OTHER FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO
        DEVELOP APPLICATIONS FOR THE ANDROID PHONE OR TABLET PLATFORM? (FIFTH-SEVENTH FACTORS)


                                                     TOTAL
                                                     -----

            BASE: TOTAL RESPONDENTS                    152



                    THE REMUNERATION/WAS ABLE TO         1
                    MAKE MONEY/GET PAID                 0.7


            NONE                                        87
                                                       57.2

            HAVE NOT DEVELOPED APPLICATIONS FOR         36
            ANDROID PHONE OR TABLET                    23.7
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 18

Q.5B/5C TOTAL FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE ANDROID PHONE OR TABLET PLATFORM (FIRST-SEVENTH FACTORS (NET))

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| DEVELOPED APPLICATIONS FOR ANDROID PHONE OR TABLET | 116 76.3 |
| MENTIONED A FACTOR/CONSIDERATION (NET) | 114 75.0 |
| USER BASE/MARKET SHARE/DEMAND/ POPULARITY/RETURN (NET) | 80 52.6 |
| SIZE OF USER BASE (SUBNET) | 80 52.6 |
| ECONOMIC CONSIDERATIONS (SUB-SUBNET) | 6 3.9 |
| THE REMUNERATION/WAS ABLE TO MAKE MONEY/GET PAID | 4 2.6 |
| PROFITABILITY/RETURN ON INVESTMENT (ROI) | 2 1.3 |
| MARKET GROWTH (SUB-SUBNET) | 35 23.0 |
| ADOPTION RATE | 3 2.0 |
| PROJECTED MARKET SHARE/FUTURE OF PLATFORM | 1 0.7 |
| MARKET SHARE WAS GROWING/ BECOMING MORE POPULAR/THEY WERE CAPTURING THE MARKET | 16 10.5 |
| IS APP MARKETABLE/IS THERE A NEED/MARKET FOR IT/THE APP | 4 2.6 |
| WHERE DOES IT FIT IN THE CURRENT MARKET/TO SEE WHAT'S ALREADY IN THE MARKET/IS THIS A NEW APP/IDEA | 2 1.3 |
| THE GROWTH OF MOBILE APPLICATIONS/WANTED TO GET INTO THE GROWING MOBILE MARKET | 9 5.9 |

```
                    TARGET RESEARCH GROUP INC.
                  APPLICATION DEVELOPERS STUDY (#103-15151)
```
Table 18

```
   Q.5B/5C TOTAL FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO DEVELOP APPLICATIONS
        FOR THE ANDROID PHONE OR TABLET PLATFORM (FIRST-SEVENTH FACTORS (NET))
```

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| THE MARKETPLACE/MARKET CONSIDERATIONS (UNSPEC) | 3<br>2.0 |
| JAVA IS THE FASTEST GROWING LANGUAGE IN THE WORLD | 1<br>0.7 |
| COMPANY RELATED (SUB-SUBNET) | 10<br>6.6 |
| (LIKE) THE COMPANY/BRAND (APPLE, GOOGLE, ETC) | 7<br>4.6 |
| THEY ARE MARKET LEADERS/MAJOR COMPETITORS | 2<br>1.3 |
| OTHER COMPANY RELATED MENTIONS | 2<br>1.3 |
| MISCELLANEOUS SIZE OF USER BASE |  |
| NUMBER OF USERS/(CURRENT) MARKET SHARE/PENETRATION/DEMAND | 41<br>27.0 |
| HAD THE MOST USERS/BIGGEST MARKET SHARE (AT THE TIME) | 2<br>1.3 |
| NUMBER OF DEVICES/HOW MANY DEVICES USE THAT PLATFORM | 8<br>5.3 |
| DEMOGRAPHICS/DESCRIPTION OF USER BASE (NET) | 2<br>1.3 |
| OTHER DEMOGRAPHICS/DESCRIPTION OF USER BASE MENTIONS | 2<br>1.3 |
| DEVELOPMENT ISSUES (NET) | 48<br>31.6 |
| TIME/EFFORT OF DEVELOPMENT (SUBNET) | 12<br>7.9 |
| EASE OF USE/EASE/DIFFICULTY OF DEVELOPMENT | 6<br>3.9 |

```
                          TARGET RESEARCH GROUP INC.
                       APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 18

```
      Q.5B/5C TOTAL FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO DEVELOP APPLICATIONS
            FOR THE ANDROID PHONE OR TABLET PLATFORM (FIRST-SEVENTH FACTORS (NET))
```

|                                                                        | TOTAL |
|------------------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                                 | 152   |
| EASE OF LEARNING LANGUAGE/HOW FAST CAN I LEARN THE SYSTEM/ LANGUAGE     | 2 1.3 |
| TIME REQUIRED/TIME TO MARKET                                           | 3 2.0 |
| INTEGRATION/EASE/ABILITY OF ADAPTING CURRENT CODE TO DIFFERENT PLATFORMS | 1 0.7 |
| DEVELOPMENT COSTS (SUBNET)                                             | 12 7.9 |
| COST TO DEVELOP                                                        | 2 1.3 |
| COSTS LESS TO DEVELOP FOR THAT PLATFORM/OPERATING SYSTEM               | 6 3.9 |
| (IS IT) FREE/NO COST FOR TOOL/ LICENSE                                 | 5 3.3 |
| (IF I) ALREADY HAD THE COMPUTER/ DIDN'T NOT NEED TO GET ANOTHER COMPUTER | 1 0.7 |
| OTHER DEVELOPMENT COSTS MENTIONS                                       | 1 0.7 |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET)                               | 6 3.9 |
| SUPPORT/RESOURCES AVAILABLE                                            | 1 0.7 |
| DEVELOPMENT/INTEGRATION TOOLS AVAILABLE/WHAT IS THE SDK/API ACCESS     | 3 2.0 |
| OTHER SUPPORT/DEVELOPMENT ENVIRONMENT MENTIONS                         | 2 1.3 |
| PROGRAMMING LANGUAGE (SUBNET)                                          | 27 17.8 |

```
                        TARGET RESEARCH GROUP INC.
                      APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 18

```
   Q.5B/5C TOTAL FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO DEVELOP APPLICATIONS
            FOR THE ANDROID PHONE OR TABLET PLATFORM (FIRST-SEVENTH FACTORS (NET))


                                                TOTAL
                                                -----

          BASE: TOTAL RESPONDENTS                 152



            FAMILIARITY WITH PLATFORM/             26
            LANGUAGE (SUB-SUBNET)                 17.1

              JAVA (SUB-SUB-SUBNET)                14
                                                  9.2

                IT'S JAVA/(ANDROID IS) BUILT        3
                ON JAVA                            2.0

                HAVE EXPERIENCE WITH JAVA/          4
                USED JAVA BEFORE                   2.6

                EASY TO TRANSITION TO BECAUSE       2
                IT'S JAVA-BASED                    1.3

                EASY TO PROGRAM FOR BECAUSE         1
                IT'S JAVA/JAVA-BASED              0.7

                SAMSUNG SUPPORTS JAVA               1
                LANGUAGE                          0.7

                WAS LEARNING THE LANGUAGE FOR       1
                ANDROID WHICH WAS JAVA SO IT      0.7
                WAS EASY

                LEARNED JAVA IN SCHOOL              2
                                                  1.3

                EASY TO DEVELOP WITH JAVA ON        1
                ANDROID                           0.7

                STANDARD JAVA-BASED LANGUAGE        1
                                                  0.7

                JAVA IS THE FASTEST GROWING         1
                LANGUAGE IN THE WORLD             0.7

            MISCELLANEOUS FAMILIARITY WITH PLATFORM/LANGUAGE

                HAD EXPOSURE TO IT ALREADY/        10
                ALREADY KNEW THE LANGUAGE/        6.6
                BUILT ON A LANGUAGE I ALREADY
                KNEW
```

```
                          TARGET RESEARCH GROUP INC.
                        APPLICATION DEVELOPERS STUDY (#103-15151)

                                                                          Table 18

    Q.5B/5C TOTAL FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO DEVELOP APPLICATIONS
         FOR THE ANDROID PHONE OR TABLET PLATFORM (FIRST-SEVENTH FACTORS (NET))


                                                 TOTAL
                                                 -----

          BASE: TOTAL RESPONDENTS                  152



                    WORKED (EXCLUSIVELY) ON THAT     2
                    PLATFORM SINCE SCHOOL/         1.3
                    THROUGHOUT MY CAREER

                    OTHER MISCELLANEOUS             1
                    FAMILIARITY WITH PLATFORM/    0.7
                    LANGUAGE MENTIONS


               MISCELLANEOUS PROGRAMMING LANGUAGE

                    OTHER MISCELLANEOUS PROGRAMMING  1
                    LANGUAGE MENTIONS             0.7


               MISCELLANEOUS DEVELOPMENT ISSUES

                    AVAILABILITY OF DEVELOPERS TO    1
                    WORK ON PLATFORM/PROJECT       0.7

                    OTHER MISCELLANEOUS DEVELOPMENT  1
                    ISSUES MENTIONS               0.7


          PLATFORM (NET)                           22
                                                 14.5

                    THE PLATFORM/WHAT PLATFORM IT'S  5
                    BUILT ON                       3.3

                    OPERATING SYSTEM OF PLATFORM     2
                                                   1.3

                    (IS) PLATFORM OPEN/IS IT OPEN-  12
                    SOURCE                         7.9

                    IT WAS NEW/A NEW PLATFORM/WAS    1
                    CURIOUS ABOUT PLATFORM         0.7

                    SECURITY/SECURE PLATFORM         1
                                                   0.7

                    OTHER PLATFORM MENTIONS          3
                                                   2.0
```

```
                         TARGET RESEARCH GROUP INC.
                       APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 18

```
     Q.5B/5C TOTAL FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO DEVELOP APPLICATIONS
              FOR THE ANDROID PHONE OR TABLET PLATFORM (FIRST-SEVENTH FACTORS (NET))
```

|                                                              | TOTAL |
|--------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                      | 152   |
| DEVICE RELATED (NET)                                         | 13    |
|                                                              | 8.6   |
| HAVE/LIKE THE DEVICE (I HAVE AN IPHONE, FAN OF ANDROID PHONES) | 3   |
|                                                              | 2.0   |
| FEATURES OF DEVICE: RESOLUTION, SPEAKERS, ETC.              | 2     |
|                                                              | 1.3   |
| NUMBER OF DEVICES/HOW MANY DEVICES USE THAT PLATFORM        | 8     |
|                                                              | 5.3   |
| OTHER DEVICE RELATED MENTIONS                                | 1     |
|                                                              | 0.7   |
| COMMITMENT TO PROJECT (NET)                                  | 4     |
|                                                              | 2.6   |
| MARKETING PLANS/HOW WILL IT BE MARKETED                     | 1     |
|                                                              | 0.7   |
| (WHETHER) COMPANY IS/WAS BEHIND PROJECT/PRODUCT             | 1     |
|                                                              | 0.7   |
| APP STORE/INTERFACE FOR SELLING APP                         | 2     |
|                                                              | 1.3   |
| APPLICATION SPECIFIC (NET)                                   | 10    |
|                                                              | 6.6   |
| (UNDERSTANDING) THE APPLICATION REQUIREMENTS               | 2     |
|                                                              | 1.3   |
| FUNCTIONALITY/PURPOSE OF APPLICATION/WHAT THEY WANT IT TO DO | 4   |
|                                                              | 2.6   |
| USER INTERFACE (UI)/EXPERIENCE                               | 3     |
|                                                              | 2.0   |
| OTHER APPLICATION SPECIFIC MENTIONS                         | 3     |
|                                                              | 2.0   |
| COMPATIBILITY (NET)                                          | 3     |
|                                                              | 2.0   |

```
                              TARGET RESEARCH GROUP INC.
                            APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 18

```
         Q.5B/5C TOTAL FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO DEVELOP APPLICATIONS
                   FOR THE ANDROID PHONE OR TABLET PLATFORM (FIRST-SEVENTH FACTORS (NET))
```

|                                                                    | TOTAL |
|--------------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                            | 152   |
| COMPATIBILITY WITH OTHER DEVICES/ OPERATING SYSTEMS/PLATFORMS      | 3 2.0 |
| FIT MY INTERESTS/LIFESTYLE (NET)                                   | 7 4.6 |
| LOVE/ENJOY PROGRAMMING                                             | 1 0.7 |
| WANTED TO LEARN/STAY FRESH/CURRENT/ KEEP UP WITH TECHNOLOGY/STAY RELEVANT | 1 0.7 |
| SOMETHING THAT I FOUND INTERESTING/ SOMETHING I WANTED TO GET INTO | 6 3.9 |
| MISCELLANEOUS                                                      |       |
| THE NEEDS OF THE CLIENT/IT WAS MY JOB/CLIENT/COMPANY REQUESTED     | 14 9.2 |
| NUMBER OF JOBS AVAILABLE DEVELOPING APPLICATIONS ON THAT PLATFORM  | 5 3.3 |
| THE TECHNOLOGY/TECHNOLOGICAL POTENTIAL                             | 2 1.3 |
| THE ANALYTICS                                                      | 1 0.7 |
| SCALABILITY                                                        | 1 0.7 |
| OTHER MISCELLANEOUS MENTIONS                                       | 4 2.6 |
| NONE                                                              | 2 1.3 |
| HAVE NOT DEVELOPED APPLICATIONS FOR ANDROID PHONE OR TABLET        | 36 23.7 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 19

Q.6A  YOU MENTIONED EARLIER THAT YOU HAVE DEVELOPED APPLICATIONS FOR THE APPLE IPHONES OR IPADS PLATFORM.
AS BEST AS YOU REMEMBER, WHAT YEAR DID YOU START OFFERING APPLICATIONS FOR THE APPLE IPHONES OR IPADS PLATFORM?

|  | TOTAL |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |
| DEVELOPED APPLICATIONS FOR APPLE IPHONES OR IPADS | 132 86.8 |
| DEVELOPED APPLICATIONS FOR APPLE IPHONES OR IPADS AND ANSWERED QUESTION | 117 77.0 |
| 2007 | 5 3.3 |
| 2008 | 9 5.9 |
| 2009 | 15 9.9 |
| 2010 | 14 9.2 |
| 2011 | 16 10.5 |
| 2012 | 22 14.5 |
| 2013 | 15 9.9 |
| 2014 | 9 5.9 |
| 2015 | 12 7.9 |
| DEVELOPED APPLICATIONS FOR APPLE IPHONES OR IPADS AND DID NOT ANSWER QUESTION | 15 9.9 |
| HAVE NOT DEVELOPED APPLICATIONS FOR APPLE IPHONES OR IPADS | 20 13.2 |

```
                              TARGET RESEARCH GROUP INC.
                           APPLICATION DEVELOPERS STUDY (#103-15151)
```

                                                                              Table 20

Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
        FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIRST-FOURTH FACTORS)

|  |  |
|---|---|
|  | TOTAL |
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| DEVELOPED APPLICATIONS FOR APPLE<br>IPHONES OR IPADS | 132<br>86.8 |
| DEVELOPED APPLICATIONS FOR APPLE<br>IPHONES OR IPADS AND ANSWERED QUESTION | 117<br>77.0 |
| FIRST FACTOR/CONSIDERATION (NET) | 116<br>76.3 |
| USER BASE/MARKET SHARE/DEMAND/<br>POPULARITY/RETURN (NET) | 61<br>40.1 |
| SIZE OF USER BASE (SUBNET) | 61<br>40.1 |
| ECONOMIC CONSIDERATIONS (SUB-<br>SUBNET) | 5<br>3.3 |
| THE REMUNERATION/WAS ABLE TO<br>MAKE MONEY/GET PAID | 3<br>2.0 |
| PROFITABILITY/RETURN ON<br>INVESTMENT (ROI) | 2<br>1.3 |
| MARKET GROWTH (SUB-SUBNET) | 12<br>7.9 |
| PROJECTED MARKET SHARE/FUTURE<br>OF PLATFORM | 1<br>0.7 |
| MARKET SHARE WAS GROWING/<br>BECOMING MORE POPULAR/THEY WERE<br>CAPTURING THE MARKET | 4<br>2.6 |
| IS APP MARKETABLE/IS THERE A<br>NEED/MARKET FOR IT/THE APP | 1<br>0.7 |
| THE GROWTH OF MOBILE<br>APPLICATIONS/WANTED TO GET INTO<br>THE GROWING MOBILE MARKET | 4<br>2.6 |
| THE MARKETPLACE/MARKET<br>CONSIDERATIONS (UNSPEC) | 1<br>0.7 |
| OTHER MARKET GROWTH MENTIONS | 1<br>0.7 |

```
                         TARGET RESEARCH GROUP INC.
                     APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 20

Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
        FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIRST-FOURTH FACTORS)

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| COMPANY RELATED (SUB-SUBNET) | 4<br>2.6 |
| (LIKE) THE COMPANY/BRAND<br>(APPLE, GOOGLE, ETC) | 2<br>1.3 |
| THEY ARE MARKET LEADERS/MAJOR<br>COMPETITORS | 2<br>1.3 |
| MISCELLANEOUS SIZE OF USER BASE |  |
| NUMBER OF USERS/(CURRENT)<br>MARKET SHARE/PENETRATION/DEMAND | 35<br>23.0 |
| HAD THE MOST USERS/BIGGEST<br>MARKET SHARE (AT THE TIME) | 6<br>3.9 |
| OTHER MISCELLANEOUS SIZE OF<br>USER BASE MENTIONS | 1<br>0.7 |
| DEMOGRAPHICS/DESCRIPTION OF USER BASE<br>(NET) | 4<br>2.6 |
| TARGET MARKET/DEMOGRAPHIC/WHO IS<br>THE AUDIENCE/CUSTOMER | 1<br>0.7 |
| (ARE) USERS MORE AFFLUENT/HAVE MORE<br>SPENDING POWER | 1<br>0.7 |
| HAS A FOCUS ON BUSINESS/BUSINESS<br>USERS | 2<br>1.3 |
| DEVELOPMENT ISSUES (NET) | 15<br>9.9 |
| TIME/EFFORT OF DEVELOPMENT (SUBNET) | 4<br>2.6 |
| EASE OF USE/EASE/DIFFICULTY OF<br>DEVELOPMENT | 3<br>2.0 |
| EASE OF LEARNING LANGUAGE/HOW<br>FAST CAN I LEARN THE SYSTEM/<br>LANGUAGE | 1<br>0.7 |

```
                          TARGET RESEARCH GROUP INC.
                       APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 20

Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
        FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIRST-FOURTH FACTORS)

```
                                              TOTAL
                                              -----

        BASE: TOTAL RESPONDENTS                 152


          DEVELOPMENT COSTS (SUBNET)              2
                                                 1.3

            COSTS LESS TO DEVELOP FOR THAT        1
            PLATFORM/OPERATING SYSTEM            0.7

            (IF I) ALREADY HAD THE COMPUTER/      1
            DIDN'T NOT NEED TO GET ANOTHER       0.7
            COMPUTER

          SUPPORT/DEVELOPMENT ENVIRONMENT         4
          (SUBNET)                               2.6

            DEVELOPMENT ENVIRONMENT/IS IT         1
            ENVIRONMENTALLY FRIENDLY             0.7

            DEVELOPMENT/INTEGRATION TOOLS         3
            AVAILABLE/WHAT IS THE SDK/API        2.0
            ACCESS

          PROGRAMMING LANGUAGE (SUBNET)           7
                                                 4.6

            FAMILIARITY WITH PLATFORM/            5
            LANGUAGE (SUB-SUBNET)                3.3

              JAVA (SUB-SUB-SUBNET)               2
                                                 1.3

                IT'S JAVA/(ANDROID IS) BUILT      1
                ON JAVA                          0.7

                EASY TO PICK UP BECAUSE IT'S      1
                SIMILAR TO JAVA                  0.7

              MISCELLANEOUS FAMILIARITY WITH PLATFORM/LANGUAGE

                HAD EXPOSURE TO IT ALREADY/       2
                ALREADY KNEW THE LANGUAGE/       1.3
                BUILT ON A LANGUAGE I ALREADY
                KNEW

                WORKED (EXCLUSIVELY) ON THAT      1
                PLATFORM SINCE SCHOOL/           0.7
                THROUGHOUT MY CAREER
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 20

Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIRST-FOURTH FACTORS)

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| MISCELLANEOUS PROGRAMMING LANGUAGE |  |
| PROGRAMMING LANGUAGE (OF PLATFORM)/LIKE THE PROGRAMMING LANGUAGE | 1<br>0.7 |
| OTHER MISCELLANEOUS PROGRAMMING LANGUAGE MENTIONS | 2<br>1.3 |
| PLATFORM (NET) | 9<br>5.9 |
| THE PLATFORM/WHAT PLATFORM IT'S BUILT ON | 2<br>1.3 |
| OPERATING SYSTEM OF PLATFORM | 3<br>2.0 |
| IT WAS NEW/A NEW PLATFORM/WAS CURIOUS ABOUT PLATFORM | 2<br>1.3 |
| OTHER PLATFORM MENTIONS | 2<br>1.3 |
| DEVICE RELATED (NET) | 8<br>5.3 |
| HAVE/LIKE THE DEVICE (I HAVE AN IPHONE, FAN OF ANDROID PHONES) | 6<br>3.9 |
| WHAT DEVICES THE PLATFORM WAS ON | 1<br>0.7 |
| OTHER DEVICE RELATED MENTIONS | 1<br>0.7 |
| COMMITMENT TO PROJECT (NET) | 3<br>2.0 |
| MARKETING PLANS/HOW WILL IT BE MARKETED | 2<br>1.3 |
| APP STORE/INTERFACE FOR SELLING APP | 1<br>0.7 |

```
                        TARGET RESEARCH GROUP INC.
                     APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 20

Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
        FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIRST-FOURTH FACTORS)

```
                                                  TOTAL
                                                  -----

        BASE: TOTAL RESPONDENTS                    152


          APPLICATION SPECIFIC (NET)                 1
                                                   0.7

            FUNCTIONALITY/PURPOSE OF                 1
            APPLICATION/WHAT THEY WANT IT TO DO    0.7

          FIT MY INTERESTS/LIFESTYLE (NET)           8
                                                   5.3

            LOVE/ENJOY PROGRAMMING                   2
                                                   1.3

            WANTED TO LEARN/STAY FRESH/CURRENT/      3
            KEEP UP WITH TECHNOLOGY/STAY          2.0
            RELEVANT

            SOMETHING THAT I FOUND INTERESTING/      2
            SOMETHING I WANTED TO GET INTO        1.3

            OTHER FIT MY INTERESTS/LIFESTYLE         2
            MENTIONS                               1.3

          MISCELLANEOUS

            THE NEEDS OF THE CLIENT/IT WAS MY       20
            JOB/CLIENT/COMPANY REQUESTED          13.2

            NUMBER OF JOBS AVAILABLE DEVELOPING      2
            APPLICATIONS ON THAT PLATFORM         1.3

            THE TECHNOLOGY/TECHNOLOGICAL             1
            POTENTIAL                             0.7

            OTHER MISCELLANEOUS MENTIONS             2
                                                   1.3


        SECOND FACTOR/CONSIDERATION (NET)           59
                                                  38.8

          USER BASE/MARKET SHARE/DEMAND/            22
          POPULARITY/RETURN (NET)                 14.5

            SIZE OF USER BASE (SUBNET)              22
                                                  14.5
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 20

Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIRST-FOURTH FACTORS)

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| ECONOMIC CONSIDERATIONS (SUB-SUBNET) | 5 3.3 |
| THE REMUNERATION/WAS ABLE TO MAKE MONEY/GET PAID | 4 2.6 |
| PROFITABILITY/RETURN ON INVESTMENT (ROI) | 1 0.7 |
| MARKET GROWTH (SUB-SUBNET) | 5 3.3 |
| PROJECTED MARKET SHARE/FUTURE OF PLATFORM | 1 0.7 |
| MARKET SHARE WAS GROWING/ BECOMING MORE POPULAR/THEY WERE CAPTURING THE MARKET | 2 1.3 |
| IS APP MARKETABLE/IS THERE A NEED/MARKET FOR IT/THE APP | 1 0.7 |
| THE MARKETPLACE/MARKET CONSIDERATIONS (UNSPEC) | 1 0.7 |
| COMPANY RELATED (SUB-SUBNET) | 1 0.7 |
| THEY ARE MARKET LEADERS/MAJOR COMPETITORS | 1 0.7 |
| MISCELLANEOUS SIZE OF USER BASE |  |
| NUMBER OF USERS/(CURRENT) MARKET SHARE/PENETRATION/DEMAND | 7 4.6 |
| HAD THE MOST USERS/BIGGEST MARKET SHARE (AT THE TIME) | 1 0.7 |
| NUMBER OF DEVICES/HOW MANY DEVICES USE THAT PLATFORM | 3 2.0 |
| DEMOGRAPHICS/DESCRIPTION OF USER BASE (NET) | 3 2.0 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 20

Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIRST-FOURTH FACTORS)

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| (ARE) USERS MORE AFFLUENT/HAVE MORE SPENDING POWER | 1<br>0.7 |
| OTHER DEMOGRAPHICS/DESCRIPTION OF USER BASE MENTIONS | 2<br>1.3 |
| DEVELOPMENT ISSUES (NET) | 15<br>9.9 |
| TIME/EFFORT OF DEVELOPMENT (SUBNET) | 10<br>6.6 |
| EASE OF USE/EASE/DIFFICULTY OF DEVELOPMENT | 9<br>5.9 |
| EASE OF LEARNING LANGUAGE/HOW FAST CAN I LEARN THE SYSTEM/ LANGUAGE | 1<br>0.7 |
| DEVELOPMENT COSTS (SUBNET) | 1<br>0.7 |
| COSTS LESS TO DEVELOP FOR THAT PLATFORM/OPERATING SYSTEM | 1<br>0.7 |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET) | 5<br>3.3 |
| SUPPORT/RESOURCES AVAILABLE | 2<br>1.3 |
| DEVELOPMENT ENVIRONMENT/IS IT ENVIRONMENTALLY FRIENDLY | 1<br>0.7 |
| DOCUMENTATION/AVAILABILITY/ QUALITY OF DOCUMENTATION | 1<br>0.7 |
| DEVELOPMENT/INTEGRATION TOOLS AVAILABLE/WHAT IS THE SDK/API ACCESS | 1<br>0.7 |
| EXAMPLES/TEST ENVIRONMENTS/OTHER APPLICATIONS I COULD LOOK AT/ LEARN FROM | 1<br>0.7 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 20

Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIRST-FOURTH FACTORS)

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| OTHER SUPPORT/DEVELOPMENT | 1 |
| ENVIRONMENT MENTIONS | 0.7 |
|  |  |
| PROGRAMMING LANGUAGE (SUBNET) | 2 |
|  | 1.3 |
|  |  |
| FAMILIARITY WITH PLATFORM/ | 2 |
| LANGUAGE (SUB-SUBNET) | 1.3 |
|  |  |
| MISCELLANEOUS FAMILIARITY WITH PLATFORM/LANGUAGE |  |
|  |  |
| HAD EXPOSURE TO IT ALREADY/ | 2 |
| ALREADY KNEW THE LANGUAGE/ | 1.3 |
| BUILT ON A LANGUAGE I ALREADY |  |
| KNEW |  |
|  |  |
| MISCELLANEOUS DEVELOPMENT ISSUES |  |
|  |  |
| OTHER MISCELLANEOUS DEVELOPMENT | 1 |
| ISSUES MENTIONS | 0.7 |
|  |  |
| PLATFORM (NET) | 7 |
|  | 4.6 |
|  |  |
| THE PLATFORM/WHAT PLATFORM IT'S | 1 |
| BUILT ON | 0.7 |
|  |  |
| IT WAS NEW/A NEW PLATFORM/WAS | 2 |
| CURIOUS ABOUT PLATFORM | 1.3 |
|  |  |
| SECURITY/SECURE PLATFORM | 2 |
|  | 1.3 |
|  |  |
| OTHER PLATFORM MENTIONS | 2 |
|  | 1.3 |
|  |  |
| DEVICE RELATED (NET) | 7 |
|  | 4.6 |
|  |  |
| HAVE/LIKE THE DEVICE (I HAVE AN | 3 |
| IPHONE, FAN OF ANDROID PHONES) | 2.0 |
|  |  |
| FEATURES OF DEVICE: RESOLUTION, | 1 |
| SPEAKERS, ETC. | 0.7 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 20

Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIRST-FOURTH FACTORS)

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| NUMBER OF DEVICES/HOW MANY DEVICES USE THAT PLATFORM | 3 2.0 |
| OTHER DEVICE RELATED MENTIONS | 1 0.7 |
| COMMITMENT TO PROJECT (NET) | 2 1.3 |
| APP STORE/INTERFACE FOR SELLING APP | 2 1.3 |
| APPLICATION SPECIFIC (NET) | 2 1.3 |
| USER INTERFACE (UI)/EXPERIENCE | 1 0.7 |
| OTHER APPLICATION SPECIFIC MENTIONS | 1 0.7 |
| FIT MY INTERESTS/LIFESTYLE (NET) | 5 3.3 |
| WANTED TO LEARN/STAY FRESH/CURRENT/ KEEP UP WITH TECHNOLOGY/STAY RELEVANT | 4 2.6 |
| OTHER FIT MY INTERESTS/LIFESTYLE MENTIONS | 1 0.7 |
| MISCELLANEOUS |  |
| THE NEEDS OF THE CLIENT/IT WAS MY JOB/CLIENT/COMPANY REQUESTED | 4 2.6 |
| NUMBER OF JOBS AVAILABLE DEVELOPING APPLICATIONS ON THAT PLATFORM | 1 0.7 |
| OTHER MISCELLANEOUS MENTIONS | 1 0.7 |
| THIRD FACTOR/CONSIDERATION (NET) | 27 17.8 |

```
                            TARGET RESEARCH GROUP INC.
                          APPLICATION DEVELOPERS STUDY (#103-15151)
```
Table 20

Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
        FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIRST-FOURTH FACTORS)


|                                                                | TOTAL |
|----------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                        | 152   |
| USER BASE/MARKET SHARE/DEMAND/ POPULARITY/RETURN (NET)         | 7 4.6 |
| SIZE OF USER BASE (SUBNET)                                     | 7 4.6 |
| ECONOMIC CONSIDERATIONS (SUB- SUBNET)                         | 2 1.3 |
| THE REMUNERATION/WAS ABLE TO MAKE MONEY/GET PAID              | 1 0.7 |
| PROFITABILITY/RETURN ON INVESTMENT (ROI)                     | 1 0.7 |
| MARKET GROWTH (SUB-SUBNET)                                    | 1 0.7 |
| MARKET SHARE WAS GROWING/ BECOMING MORE POPULAR/THEY WERE CAPTURING THE MARKET | 1 0.7 |
| COMPANY RELATED (SUB-SUBNET)                                  | 2 1.3 |
| (LIKE) THE COMPANY/BRAND (APPLE, GOOGLE, ETC)               | 1 0.7 |
| THEY ARE MARKET LEADERS/MAJOR COMPETITORS                    | 1 0.7 |
| MISCELLANEOUS SIZE OF USER BASE                              |       |
| NUMBER OF USERS/(CURRENT) MARKET SHARE/PENETRATION/DEMAND    | 1 0.7 |
| NUMBER OF DEVICES/HOW MANY DEVICES USE THAT PLATFORM        | 1 0.7 |
| DEMOGRAPHICS/DESCRIPTION OF USER BASE (NET)                  | 2 1.3 |
| (ARE) USERS MORE AFFLUENT/HAVE MORE SPENDING POWER          | 1 0.7 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 20

Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIRST-FOURTH FACTORS)

|                                                                          | TOTAL<br>----- |
|--------------------------------------------------------------------------|------|
| BASE: TOTAL RESPONDENTS                                                   | 152  |
| OTHER DEMOGRAPHICS/DESCRIPTION OF<br>USER BASE MENTIONS                   | 1<br>0.7 |
| DEVELOPMENT ISSUES (NET)                                                  | 12<br>7.9 |
| TIME/EFFORT OF DEVELOPMENT (SUBNET)                                       | 3<br>2.0 |
| EASE OF LEARNING LANGUAGE/HOW<br>FAST CAN I LEARN THE SYSTEM/<br>LANGUAGE | 2<br>1.3 |
| INTEGRATION/EASE/ABILITY OF<br>ADAPTING CURRENT CODE TO<br>DIFFERENT PLATFORMS | 1<br>0.7 |
| DEVELOPMENT COSTS (SUBNET)                                                | 1<br>0.7 |
| (IF I) ALREADY HAD THE COMPUTER/<br>DIDN'T NOT NEED TO GET ANOTHER<br>COMPUTER | 1<br>0.7 |
| SUPPORT/DEVELOPMENT ENVIRONMENT<br>(SUBNET)                               | 5<br>3.3 |
| SUPPORT/RESOURCES AVAILABLE                                               | 2<br>1.3 |
| DEVELOPMENT ENVIRONMENT/IS IT<br>ENVIRONMENTALLY FRIENDLY                 | 1<br>0.7 |
| DEVELOPMENT/INTEGRATION TOOLS<br>AVAILABLE/WHAT IS THE SDK/API<br>ACCESS  | 1<br>0.7 |
| EXAMPLES/TEST ENVIRONMENTS/OTHER<br>APPLICATIONS I COULD LOOK AT/<br>LEARN FROM | 1<br>0.7 |
| OTHER SUPPORT/DEVELOPMENT<br>ENVIRONMENT MENTIONS                         | 1<br>0.7 |
| PROGRAMMING LANGUAGE (SUBNET)                                             | 2<br>1.3 |

```
                    TARGET RESEARCH GROUP INC.
                 APPLICATION DEVELOPERS STUDY (#103-15151)
```
Table 20

Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
        FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIRST-FOURTH FACTORS)

|                                                               | TOTAL |
|---------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                       | 152   |
| FAMILIARITY WITH PLATFORM/ LANGUAGE (SUB-SUBNET)              | 2 1.3 |
| JAVA (SUB-SUB-SUBNET)                                         | 1 0.7 |
| EASY TO PROGRAM FOR BECAUSE IT'S JAVA/JAVA-BASED             | 1 0.7 |
| MISCELLANEOUS FAMILIARITY WITH PLATFORM/LANGUAGE             |       |
| HAD EXPOSURE TO IT ALREADY/ ALREADY KNEW THE LANGUAGE/ BUILT ON A LANGUAGE I ALREADY KNEW | 1 0.7 |
| MISCELLANEOUS PROGRAMMING LANGUAGE                           |       |
| OTHER MISCELLANEOUS PROGRAMMING LANGUAGE MENTIONS           | 1 0.7 |
| MISCELLANEOUS DEVELOPMENT ISSUES                            |       |
| OTHER MISCELLANEOUS DEVELOPMENT ISSUES MENTIONS            | 1 0.7 |
| PLATFORM (NET)                                              | 4 2.6 |
| THE PLATFORM/WHAT PLATFORM IT'S BUILT ON                    | 1 0.7 |
| OPERATING SYSTEM OF PLATFORM                                | 1 0.7 |
| IT WAS NEW/A NEW PLATFORM/WAS CURIOUS ABOUT PLATFORM       | 2 1.3 |
| OTHER PLATFORM MENTIONS                                     | 1 0.7 |
| DEVICE RELATED (NET)                                        | 1 0.7 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 20

Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIRST-FOURTH FACTORS)

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| NUMBER OF DEVICES/HOW MANY DEVICES USE THAT PLATFORM | 1 0.7 |
| COMMITMENT TO PROJECT (NET) | 1 0.7 |
| (WHETHER) COMPANY IS/WAS BEHIND PROJECT/PRODUCT | 1 0.7 |
| APPLICATION SPECIFIC (NET) | 2 1.3 |
| FUNCTIONALITY/PURPOSE OF APPLICATION/WHAT THEY WANT IT TO DO | 1 0.7 |
| USER INTERFACE (UI)/EXPERIENCE | 1 0.7 |
|  |  |
| FOURTH FACTOR/CONSIDERATION (NET) | 8 5.3 |
| USER BASE/MARKET SHARE/DEMAND/ POPULARITY/RETURN (NET) | 2 1.3 |
| SIZE OF USER BASE (SUBNET) | 2 1.3 |
| COMPANY RELATED (SUB-SUBNET) | 2 1.3 |
| THEY ARE MARKET LEADERS/MAJOR COMPETITORS | 1 0.7 |
| OTHER COMPANY RELATED MENTIONS | 1 0.7 |
|  |  |
| DEVELOPMENT ISSUES (NET) | 2 1.3 |
| TIME/EFFORT OF DEVELOPMENT (SUBNET) | 1 0.7 |

```
                        TARGET RESEARCH GROUP INC.
                     APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 20

```
Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
          FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIRST-FOURTH FACTORS)


                                                TOTAL
                                                -----

          BASE: TOTAL RESPONDENTS                 152


                EASE OF LEARNING LANGUAGE/HOW       1
                FAST CAN I LEARN THE SYSTEM/      0.7
                LANGUAGE

            DEVELOPMENT COSTS (SUBNET)             1
                                                 0.7

                COSTS LESS TO DEVELOP FOR THAT     1
                PLATFORM/OPERATING SYSTEM        0.7

            PROGRAMMING LANGUAGE (SUBNET)          1
                                                 0.7

                FAMILIARITY WITH PLATFORM/         1
                LANGUAGE (SUB-SUBNET)            0.7

            MISCELLANEOUS FAMILIARITY WITH PLATFORM/LANGUAGE

                WORKED (EXCLUSIVELY) ON THAT       1
                PLATFORM SINCE SCHOOL/           0.7
                THROUGHOUT MY CAREER

        PLATFORM (NET)                             2
                                                 1.3

            OTHER PLATFORM MENTIONS                2
                                                 1.3

        APPLICATION SPECIFIC (NET)                 1
                                                 0.7

            USER INTERFACE (UI)/EXPERIENCE         1
                                                 0.7

        COMPATIBILITY (NET)                        1
                                                 0.7

            OTHER COMPATIBILITY MENTIONS           1
                                                 0.7

        FIT MY INTERESTS/LIFESTYLE (NET)           1
                                                 0.7

            LOVE/ENJOY PROGRAMMING                 1
                                                 0.7
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 20

Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIRST-FOURTH FACTORS)

|  | TOTAL |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |
| NONE | 1<br>0.7 |
| DEVELOPED APPLICATIONS FOR APPLE IPHONES OR IPADS AND DID NOT ANSWER QUESTION | 15<br>9.9 |
| HAVE NOT DEVELOPED APPLICATIONS FOR APPLE IPHONES OR IPADS | 20<br>13.2 |

```
                    TARGET RESEARCH GROUP INC.
                  APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 21

```
        Q.6C ANY OTHER FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO
  DEVELOP APPLICATIONS FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIFTH-SEVENTH FACTORS)
```

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| DEVELOPED APPLICATIONS FOR APPLE IPHONES OR IPADS | 132 86.8 |
| DEVELOPED APPLICATIONS FOR APPLE IPHONES OR IPADS AND ANSWERED QUESTION | 117 77.0 |
| FIFTH FACTOR/CONSIDERATION (NET) | 20 13.2 |
| USER BASE/MARKET SHARE/DEMAND/ POPULARITY/RETURN (NET) | 11 7.2 |
| SIZE OF USER BASE (SUBNET) | 11 7.2 |
| ECONOMIC CONSIDERATIONS (SUB-SUBNET) | 5 3.3 |
| THE REMUNERATION/WAS ABLE TO MAKE MONEY/GET PAID | 4 2.6 |
| PROFITABILITY/RETURN ON INVESTMENT (ROI) | 1 0.7 |
| MARKET GROWTH (SUB-SUBNET) | 6 3.9 |
| PROJECTED MARKET SHARE/FUTURE OF PLATFORM | 1 0.7 |
| MARKET SHARE WAS GROWING/ BECOMING MORE POPULAR/THEY WERE CAPTURING THE MARKET | 1 0.7 |
| IS APP MARKETABLE/IS THERE A NEED/MARKET FOR IT/THE APP | 1 0.7 |
| THE GROWTH OF MOBILE APPLICATIONS/WANTED TO GET INTO THE GROWING MOBILE MARKET | 2 1.3 |
| THE MARKETPLACE/MARKET CONSIDERATIONS (UNSPEC) | 1 0.7 |

```
                         TARGET RESEARCH GROUP INC.
                       APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 21

```
         Q.6C ANY OTHER FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO
     DEVELOP APPLICATIONS FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIFTH-SEVENTH FACTORS)
```

|                                                              | TOTAL |
|--------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                      | 152   |
| MISCELLANEOUS SIZE OF USER BASE                              |       |
| NUMBER OF USERS/(CURRENT) MARKET SHARE/PENETRATION/DEMAND    | 1 0.7 |
| NUMBER OF DEVICES/HOW MANY DEVICES USE THAT PLATFORM         | 1 0.7 |
| DEMOGRAPHICS/DESCRIPTION OF USER BASE (NET)                  | 1 0.7 |
| HAS A FOCUS ON BUSINESS/BUSINESS USERS                       | 1 0.7 |
| DEVELOPMENT ISSUES (NET)                                     | 2 1.3 |
| TIME/EFFORT OF DEVELOPMENT (SUBNET)                          | 1 0.7 |
| EASE OF USE/EASE/DIFFICULTY OF DEVELOPMENT                   | 1 0.7 |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET)                     | 1 0.7 |
| DEVELOPMENT/INTEGRATION TOOLS AVAILABLE/WHAT IS THE SDK/API ACCESS | 1 0.7 |
| PLATFORM (NET)                                               | 2 1.3 |
| OPERATING SYSTEM OF PLATFORM                                 | 1 0.7 |
| SECURITY/SECURE PLATFORM                                     | 1 0.7 |
| OTHER PLATFORM MENTIONS                                      | 1 0.7 |
| DEVICE RELATED (NET)                                         | 1 0.7 |

```
                         TARGET RESEARCH GROUP INC.
                      APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 21

```
        Q.6C ANY OTHER FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO
    DEVELOP APPLICATIONS FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIFTH-SEVENTH FACTORS)


                                                    TOTAL
                                                    -----

        BASE: TOTAL RESPONDENTS                      152


                NUMBER OF DEVICES/HOW MANY DEVICES     1
                USE THAT PLATFORM                    0.7

            COMMITMENT TO PROJECT (NET)                2
                                                     1.3

                MARKETING PLANS/HOW WILL IT BE         1
                MARKETED                             0.7

                OTHER COMMITMENT TO PROJECT            1
                MENTIONS                             0.7

            APPLICATION SPECIFIC (NET)                 2
                                                     1.3

                USER INTERFACE (UI)/EXPERIENCE         1
                                                     0.7

                OTHER APPLICATION SPECIFIC MENTIONS    1
                                                     0.7

            COMPATIBILITY (NET)                        1
                                                     0.7

                OTHER COMPATIBILITY MENTIONS           1
                                                     0.7

            MISCELLANEOUS

                THE NEEDS OF THE CLIENT/IT WAS MY      1
                JOB/CLIENT/COMPANY REQUESTED         0.7

                NUMBER OF JOBS AVAILABLE DEVELOPING    1
                APPLICATIONS ON THAT PLATFORM        0.7


            SIXTH FACTOR/CONSIDERATION (NET)           3
                                                     2.0


                DEMOGRAPHICS/DESCRIPTION OF USER BASE   1
                (NET)                                0.7

                    HAS A FOCUS ON BUSINESS/BUSINESS   1
                    USERS                            0.7
```

```
                        TARGET RESEARCH GROUP INC.
                     APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 21

```
        Q.6C ANY OTHER FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO
   DEVELOP APPLICATIONS FOR THE APPLE IPHONES OR IPADS PLATFORM? (FIFTH-SEVENTH FACTORS)


                                                  TOTAL
                                                  -----

        BASE: TOTAL RESPONDENTS                    152


           DEVELOPMENT ISSUES (NET)                  2
                                                    1.3

              SUPPORT/DEVELOPMENT ENVIRONMENT        1
              (SUBNET)                              0.7

                 OTHER SUPPORT/DEVELOPMENT           1
                 ENVIRONMENT MENTIONS               0.7

              PROGRAMMING LANGUAGE (SUBNET)          1
                                                    0.7

                 FAMILIARITY WITH PLATFORM/          1
                 LANGUAGE (SUB-SUBNET)              0.7

                    MISCELLANEOUS FAMILIARITY WITH PLATFORM/LANGUAGE

                       HAD EXPOSURE TO IT ALREADY/   1
                       ALREADY KNEW THE LANGUAGE/   0.7
                       BUILT ON A LANGUAGE I ALREADY
                       KNEW


        SEVENTH FACTOR/CONSIDERATION (NET)           1
                                                    0.7


           DEMOGRAPHICS/DESCRIPTION OF USER BASE     1
           (NET)                                    0.7

              HAS A FOCUS ON BUSINESS/BUSINESS       1
              USERS                                 0.7


        NONE                                        97
                                                   63.8


        DEVELOPED APPLICATIONS FOR APPLE            15
        IPHONES OR IPADS AND DID NOT ANSWER         9.9
        QUESTION

        HAVE NOT DEVELOPED APPLICATIONS FOR         20
        APPLE IPHONES OR IPADS                     13.2
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 22

Q.6B/6C TOTAL FACTORS OR CONSIDERATIONS THAT LET TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE APPLE IPHONES OR IPADS PLATFORM (FIRST-SEVENTH FACTORS (NET))

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| DEVELOPED APPLICATIONS FOR APPLE IPHONES OR IPADS | 132 86.8 |
| DEVELOPED APPLICATIONS FOR APPLE IPHONES OR IPADS AND ANSWERED QUESTION | 117 77.0 |
| MENTIONED A FACTOR/CONSIDERATION (NET) | 116 76.3 |
| USER BASE/MARKET SHARE/DEMAND/ POPULARITY/RETURN (NET) | 75 49.3 |
| SIZE OF USER BASE (SUBNET) | 75 49.3 |
| ECONOMIC CONSIDERATIONS (SUB-SUBNET) | 16 10.5 |
| THE REMUNERATION/WAS ABLE TO MAKE MONEY/GET PAID | 11 7.2 |
| PROFITABILITY/RETURN ON INVESTMENT (ROI) | 5 3.3 |
| MARKET GROWTH (SUB-SUBNET) | 21 13.8 |
| PROJECTED MARKET SHARE/FUTURE OF PLATFORM | 3 2.0 |
| MARKET SHARE WAS GROWING/ BECOMING MORE POPULAR/THEY WERE CAPTURING THE MARKET | 6 3.9 |
| IS APP MARKETABLE/IS THERE A NEED/MARKET FOR IT/THE APP | 3 2.0 |
| THE GROWTH OF MOBILE APPLICATIONS/WANTED TO GET INTO THE GROWING MOBILE MARKET | 6 3.9 |
| THE MARKETPLACE/MARKET CONSIDERATIONS (UNSPEC) | 3 2.0 |
| OTHER MARKET GROWTH MENTIONS | 1 0.7 |

```
                    TARGET RESEARCH GROUP INC.
                  APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 22

```
   Q.6B/6C TOTAL FACTORS OR CONSIDERATIONS THAT LET TO YOUR DECISION TO DEVELOP APPLICATIONS
           FOR THE APPLE IPHONES OR IPADS PLATFORM (FIRST-SEVENTH FACTORS (NET))
```

|                                                          | TOTAL |
|----------------------------------------------------------|-------|
|                                                          | ----- |
| BASE: TOTAL RESPONDENTS                                  | 152   |
|                                                          |       |
| COMPANY RELATED (SUB-SUBNET)                             | 8     |
|                                                          | 5.3   |
| (LIKE) THE COMPANY/BRAND (APPLE, GOOGLE, ETC)            | 3     |
|                                                          | 2.0   |
| THEY ARE MARKET LEADERS/MAJOR COMPETITORS                | 4     |
|                                                          | 2.6   |
| OTHER COMPANY RELATED MENTIONS                           | 1     |
|                                                          | 0.7   |
| MISCELLANEOUS SIZE OF USER BASE                          |       |
| NUMBER OF USERS/(CURRENT) MARKET SHARE/PENETRATION/DEMAND| 40    |
|                                                          | 26.3  |
| HAD THE MOST USERS/BIGGEST MARKET SHARE (AT THE TIME)    | 6     |
|                                                          | 3.9   |
| NUMBER OF DEVICES/HOW MANY DEVICES USE THAT PLATFORM     | 4     |
|                                                          | 2.6   |
| OTHER MISCELLANEOUS SIZE OF USER BASE MENTIONS           | 1     |
|                                                          | 0.7   |
| DEMOGRAPHICS/DESCRIPTION OF USER BASE (NET)              | 11    |
|                                                          | 7.2   |
| TARGET MARKET/DEMOGRAPHIC/WHO IS THE AUDIENCE/CUSTOMER   | 1     |
|                                                          | 0.7   |
| (ARE) USERS MORE AFFLUENT/HAVE MORE SPENDING POWER       | 3     |
|                                                          | 2.0   |
| HAS A FOCUS ON BUSINESS/BUSINESS USERS                   | 4     |
|                                                          | 2.6   |
| OTHER DEMOGRAPHICS/DESCRIPTION OF USER BASE MENTIONS     | 3     |
|                                                          | 2.0   |
| DEVELOPMENT ISSUES (NET)                                 | 35    |
|                                                          | 23.0  |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 22

Q.6B/6C TOTAL FACTORS OR CONSIDERATIONS THAT LET TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE APPLE IPHONES OR IPADS PLATFORM (FIRST-SEVENTH FACTORS (NET))

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| TIME/EFFORT OF DEVELOPMENT (SUBNET) | 15<br>9.9 |
| EASE OF USE/EASE/DIFFICULTY OF<br>DEVELOPMENT | 11<br>7.2 |
| EASE OF LEARNING LANGUAGE/HOW<br>FAST CAN I LEARN THE SYSTEM/<br>LANGUAGE | 5<br>3.3 |
| INTEGRATION/EASE/ABILITY OF<br>ADAPTING CURRENT CODE TO<br>DIFFERENT PLATFORMS | 1<br>0.7 |
| DEVELOPMENT COSTS (SUBNET) | 4<br>2.6 |
| COSTS LESS TO DEVELOP FOR THAT<br>PLATFORM/OPERATING SYSTEM | 3<br>2.0 |
| (IF I) ALREADY HAD THE COMPUTER/<br>DIDN'T NOT NEED TO GET ANOTHER<br>COMPUTER | 2<br>1.3 |
| SUPPORT/DEVELOPMENT ENVIRONMENT<br>(SUBNET) | 14<br>9.2 |
| SUPPORT/RESOURCES AVAILABLE | 4<br>2.6 |
| DEVELOPMENT ENVIRONMENT/IS IT<br>ENVIRONMENTALLY FRIENDLY | 3<br>2.0 |
| DOCUMENTATION/AVAILABILITY/<br>QUALITY OF DOCUMENTATION | 1<br>0.7 |
| DEVELOPMENT/INTEGRATION TOOLS<br>AVAILABLE/WHAT IS THE SDK/API<br>ACCESS | 6<br>3.9 |
| EXAMPLES/TEST ENVIRONMENTS/OTHER<br>APPLICATIONS I COULD LOOK AT/<br>LEARN FROM | 2<br>1.3 |
| OTHER SUPPORT/DEVELOPMENT<br>ENVIRONMENT MENTIONS | 3<br>2.0 |

```
                         TARGET RESEARCH GROUP INC.
                       APPLICATION DEVELOPERS STUDY (#103-15151)

                                                                            Table 22

   Q.6B/6C TOTAL FACTORS OR CONSIDERATIONS THAT LET TO YOUR DECISION TO DEVELOP APPLICATIONS
            FOR THE APPLE IPHONES OR IPADS PLATFORM (FIRST-SEVENTH FACTORS (NET))



                                                   TOTAL
                                                   -----

        BASE: TOTAL RESPONDENTS                      152



          PROGRAMMING LANGUAGE (SUBNET)              10
                                                     6.6

            FAMILIARITY WITH PLATFORM/                8
            LANGUAGE (SUB-SUBNET)                     5.3

              JAVA (SUB-SUB-SUBNET)                    3
                                                      2.0

                IT'S JAVA/(ANDROID IS) BUILT          1
                ON JAVA                               0.7

                EASY TO PICK UP BECAUSE IT'S          1
                SIMILAR TO JAVA                       0.7

                EASY TO PROGRAM FOR BECAUSE           1
                IT'S JAVA/JAVA-BASED                  0.7

              MISCELLANEOUS FAMILIARITY WITH PLATFORM/LANGUAGE

                HAD EXPOSURE TO IT ALREADY/           5
                ALREADY KNEW THE LANGUAGE/           3.3
                BUILT ON A LANGUAGE I ALREADY
                KNEW

                WORKED (EXCLUSIVELY) ON THAT          2
                PLATFORM SINCE SCHOOL/               1.3
                THROUGHOUT MY CAREER


            MISCELLANEOUS PROGRAMMING LANGUAGE

              PROGRAMMING LANGUAGE (OF               1
              PLATFORM)/LIKE THE PROGRAMMING        0.7
              LANGUAGE

              OTHER MISCELLANEOUS PROGRAMMING         3
              LANGUAGE MENTIONS                      2.0


          MISCELLANEOUS DEVELOPMENT ISSUES

            OTHER MISCELLANEOUS DEVELOPMENT           2
            ISSUES MENTIONS                          1.3
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 22

Q.6B/6C TOTAL FACTORS OR CONSIDERATIONS THAT LET TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE APPLE IPHONES OR IPADS PLATFORM (FIRST-SEVENTH FACTORS (NET))

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| PLATFORM (NET) | 22 |
|  | 14.5 |
| THE PLATFORM/WHAT PLATFORM IT'S BUILT ON | 4 |
|  | 2.6 |
| OPERATING SYSTEM OF PLATFORM | 5 |
|  | 3.3 |
| IT WAS NEW/A NEW PLATFORM/WAS CURIOUS ABOUT PLATFORM | 5 |
|  | 3.3 |
| SECURITY/SECURE PLATFORM | 3 |
|  | 2.0 |
| OTHER PLATFORM MENTIONS | 8 |
|  | 5.3 |
| DEVICE RELATED (NET) | 16 |
|  | 10.5 |
| HAVE/LIKE THE DEVICE (I HAVE AN IPHONE, FAN OF ANDROID PHONES) | 9 |
|  | 5.9 |
| WHAT DEVICES THE PLATFORM WAS ON | 1 |
|  | 0.7 |
| FEATURES OF DEVICE: RESOLUTION, SPEAKERS, ETC. | 1 |
|  | 0.7 |
| NUMBER OF DEVICES/HOW MANY DEVICES USE THAT PLATFORM | 4 |
|  | 2.6 |
| OTHER DEVICE RELATED MENTIONS | 2 |
|  | 1.3 |
| COMMITMENT TO PROJECT (NET) | 8 |
|  | 5.3 |
| MARKETING PLANS/HOW WILL IT BE MARKETED | 3 |
|  | 2.0 |
| (WHETHER) COMPANY IS/WAS BEHIND PROJECT/PRODUCT | 1 |
|  | 0.7 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 22

Q.6B/6C TOTAL FACTORS OR CONSIDERATIONS THAT LET TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE APPLE IPHONES OR IPADS PLATFORM (FIRST-SEVENTH FACTORS (NET))

```
                                                TOTAL
                                                -----

       BASE: TOTAL RESPONDENTS                    152


           APP STORE/INTERFACE FOR SELLING APP      3
                                                  2.0

           OTHER COMMITMENT TO PROJECT              1
           MENTIONS                               0.7

       APPLICATION SPECIFIC (NET)                   7
                                                  4.6

           FUNCTIONALITY/PURPOSE OF                 1
           APPLICATION/WHAT THEY WANT IT TO DO    0.7

           USER INTERFACE (UI)/EXPERIENCE           4
                                                  2.6

           OTHER APPLICATION SPECIFIC MENTIONS      2
                                                  1.3

       COMPATIBILITY (NET)                          1
                                                  0.7

           OTHER COMPATIBILITY MENTIONS             1
                                                  0.7

       FIT MY INTERESTS/LIFESTYLE (NET)            12
                                                  7.9

           LOVE/ENJOY PROGRAMMING                   3
                                                  2.0

           WANTED TO LEARN/STAY FRESH/CURRENT/      6
           KEEP UP WITH TECHNOLOGY/STAY           3.9
           RELEVANT

           SOMETHING THAT I FOUND INTERESTING/      2
           SOMETHING I WANTED TO GET INTO         1.3

           OTHER FIT MY INTERESTS/LIFESTYLE         2
           MENTIONS                               1.3

       MISCELLANEOUS

           THE NEEDS OF THE CLIENT/IT WAS MY       23
           JOB/CLIENT/COMPANY REQUESTED          15.1
```

```
                    TARGET RESEARCH GROUP INC.
                 APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 22

```
Q.6B/6C TOTAL FACTORS OR CONSIDERATIONS THAT LET TO YOUR DECISION TO DEVELOP APPLICATIONS
          FOR THE APPLE IPHONES OR IPADS PLATFORM (FIRST-SEVENTH FACTORS (NET))
```

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| NUMBER OF JOBS AVAILABLE DEVELOPING APPLICATIONS ON THAT PLATFORM | 4<br>2.6 |
| THE TECHNOLOGY/TECHNOLOGICAL POTENTIAL | 1<br>0.7 |
| OTHER MISCELLANEOUS MENTIONS | 3<br>2.0 |
| NONE | 1<br>0.7 |
| DEVELOPED APPLICATIONS FOR APPLE IPHONES OR IPADS AND DID NOT ANSWER QUESTION | 15<br>9.9 |
| HAVE NOT DEVELOPED APPLICATIONS FOR APPLE IPHONES OR IPADS | 20<br>13.2 |

```
                        TARGET RESEARCH GROUP INC.
                   APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 23

```
     Q.6A  YOU MENTIONED EARLIER THAT YOU HAVE DEVELOPED APPLICATIONS FOR THE BLACKBERRY DEVICES PLATFORM.
AS BEST AS YOU REMEMBER, WHAT YEAR DID YOU START OFFERING APPLICATIONS FOR THE BLACKBERRY DEVICES PLATFORM?
```

|                                                              | TOTAL |
|--------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                      | 152   |
| DEVELOPED APPLICATIONS FOR BLACKBERRY DEVICES               | 12 7.9 |
| DEVELOPED APPLICATIONS FOR BLACKBERRY DEVICES AND ANSWERED QUESTION | 7 4.6 |
| 2007                                                         | 1 0.7 |
| 2008                                                         | 1 0.7 |
| 2010                                                         | 2 1.3 |
| 2011                                                         | 1 0.7 |
| 2013                                                         | 1 0.7 |
| 2015                                                         | 1 0.7 |
| DEVELOPED APPLICATIONS FOR BLACKBERRY DEVICES AND DID NOT ANSWER QUESTION | 5 3.3 |
| HAVE NOT DEVELOPED APPLICATIONS FOR BLACKBERRY DEVICES      | 140 92.1 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 24

Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE BLACKBERRY DEVICES PLATFORM? (FIRST-FOURTH FACTORS)

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| DEVELOPED APPLICATIONS FOR BLACKBERRY DEVICES | 12 7.9 |
| DEVELOPED APPLICATIONS FOR BLACKBERRY DEVICES AND ANSWERED QUESTION | 7 4.6 |
| FIRST FACTOR/CONSIDERATION (NET) | 7 4.6 |
| USER BASE/MARKET SHARE/DEMAND/ POPULARITY/RETURN (NET) | 2 1.3 |
| SIZE OF USER BASE (SUBNET) | 2 1.3 |
| MISCELLANEOUS SIZE OF USER BASE |  |
| NUMBER OF USERS/(CURRENT) MARKET SHARE/PENETRATION/DEMAND | 1 0.7 |
| HAD THE MOST USERS/BIGGEST MARKET SHARE (AT THE TIME) | 1 0.7 |
| DEMOGRAPHICS/DESCRIPTION OF USER BASE (NET) | 1 0.7 |
| HAS A FOCUS ON BUSINESS/BUSINESS USERS | 1 0.7 |
| DEVELOPMENT ISSUES (NET) | 2 1.3 |
| TIME/EFFORT OF DEVELOPMENT (SUBNET) | 1 0.7 |
| INTEGRATION/EASE/ABILITY OF ADAPTING CURRENT CODE TO DIFFERENT PLATFORMS | 1 0.7 |
| PROGRAMMING LANGUAGE (SUBNET) | 1 0.7 |

```
                    TARGET RESEARCH GROUP INC.
                 APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 24

Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
            FOR THE BLACKBERRY DEVICES PLATFORM? (FIRST-FOURTH FACTORS)

|                                                                   | TOTAL |
|-------------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                           | 152   |
| MISCELLANEOUS PROGRAMMING LANGUAGE                               |       |
| PROGRAMMING LANGUAGE (OF PLATFORM)/LIKE THE PROGRAMMING LANGUAGE | 1 / 0.7 |
| COMMITMENT TO PROJECT (NET)                                      | 1 / 0.7 |
| OTHER COMMITMENT TO PROJECT MENTIONS                             | 1 / 0.7 |
| MISCELLANEOUS                                                    |       |
| THE NEEDS OF THE CLIENT/IT WAS MY JOB/CLIENT/COMPANY REQUESTED   | 3 / 2.0 |
| SECOND FACTOR/CONSIDERATION (NET)                               | 1 / 0.7 |
| DEMOGRAPHICS/DESCRIPTION OF USER BASE (NET)                      | 1 / 0.7 |
| HAS A FOCUS ON BUSINESS/BUSINESS USERS                          | 1 / 0.7 |
| DEVELOPED APPLICATIONS FOR BLACKBERRY DEVICES AND DID NOT ANSWER QUESTION | 5 / 3.3 |
| HAVE NOT DEVELOPED APPLICATIONS FOR BLACKBERRY DEVICES          | 140 / 92.1 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 25

Q.6B/6C TOTAL FACTORS OR CONSIDERATIONS THAT LET TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE BLACKBERRY DEVICES PLATFORM (FIRST-SEVENTH FACTORS (NET))

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| DEVELOPED APPLICATIONS FOR BLACKBERRY DEVICES | 12 7.9 |
| DEVELOPED APPLICATIONS FOR BLACKBERRY DEVICES AND ANSWERED QUESTION | 7 4.6 |
| MENTIONED A FACTOR/CONSIDERATION (NET) | 7 4.6 |
| USER BASE/MARKET SHARE/DEMAND/ POPULARITY/RETURN (NET) | 2 1.3 |
| SIZE OF USER BASE (SUBNET) | 2 1.3 |
| MISCELLANEOUS SIZE OF USER BASE |  |
| NUMBER OF USERS/(CURRENT) MARKET SHARE/PENETRATION/DEMAND | 1 0.7 |
| HAD THE MOST USERS/BIGGEST MARKET SHARE (AT THE TIME) | 1 0.7 |
| DEMOGRAPHICS/DESCRIPTION OF USER BASE (NET) | 2 1.3 |
| HAS A FOCUS ON BUSINESS/BUSINESS USERS | 2 1.3 |
| DEVELOPMENT ISSUES (NET) | 2 1.3 |
| TIME/EFFORT OF DEVELOPMENT (SUBNET) | 1 0.7 |
| INTEGRATION/EASE/ABILITY OF ADAPTING CURRENT CODE TO DIFFERENT PLATFORMS | 1 0.7 |
| PROGRAMMING LANGUAGE (SUBNET) | 1 0.7 |

```
                    TARGET RESEARCH GROUP INC.
                 APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 25

```
Q.6B/6C TOTAL FACTORS OR CONSIDERATIONS THAT LET TO YOUR DECISION TO DEVELOP APPLICATIONS
      FOR THE BLACKBERRY DEVICES PLATFORM (FIRST-SEVENTH FACTORS (NET))
```

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| **MISCELLANEOUS PROGRAMMING LANGUAGE** | |
| PROGRAMMING LANGUAGE (OF PLATFORM)/LIKE THE PROGRAMMING LANGUAGE | 1<br>0.7 |
| COMMITMENT TO PROJECT (NET) | 1<br>0.7 |
| OTHER COMMITMENT TO PROJECT MENTIONS | 1<br>0.7 |
| MISCELLANEOUS | |
| THE NEEDS OF THE CLIENT/IT WAS MY JOB/CLIENT/COMPANY REQUESTED | 3<br>2.0 |
| DEVELOPED APPLICATIONS FOR BLACKBERRY DEVICES AND DID NOT ANSWER QUESTION | 5<br>3.3 |
| HAVE NOT DEVELOPED APPLICATIONS FOR BLACKBERRY DEVICES | 140<br>92.1 |

```
                         TARGET RESEARCH GROUP INC.
                       APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 26

```
     Q.6A  YOU MENTIONED EARLIER THAT YOU HAVE DEVELOPED APPLICATIONS FOR THE MICROSOFT OR NOKIA PHONES OR TABLETS PLATFORM.
AS BEST AS YOU REMEMBER, WHAT YEAR DID YOU START OFFERING APPLICATIONS FOR THE MICROSOFT OR NOKIA PHONES OR TABLETS PLATFORM?
```

|                                                                       | TOTAL |
|-----------------------------------------------------------------------|-------|
|                                                                       | ----- |
| BASE: TOTAL RESPONDENTS                                               | 152   |
| DEVELOPED APPLICATIONS FOR MICROSOFT OR NOKIA PHONES OR TABLETS       | 23    |
|                                                                       | 15.1  |
| DEVELOPED APPLICATIONS FOR MICROSOFT OR NOKIA PHONES OR TABLETS AND ANSWERED QUESTION | 12 |
|                                                                       | 7.9   |
| 2007                                                                  | 1     |
|                                                                       | 0.7   |
| 2010                                                                  | 1     |
|                                                                       | 0.7   |
| 2011                                                                  | 3     |
|                                                                       | 2.0   |
| 2012                                                                  | 1     |
|                                                                       | 0.7   |
| 2013                                                                  | 3     |
|                                                                       | 2.0   |
| 2014                                                                  | 2     |
|                                                                       | 1.3   |
| 2015                                                                  | 1     |
|                                                                       | 0.7   |
| DEVELOPED APPLICATIONS FOR MICROSOFT OR NOKIA PHONES OR TABLETS AND DID NOT ANSWER QUESTION | 11 |
|                                                                       | 7.2   |
| HAVE NOT DEVELOPED APPLICATIONS FOR MICROSOFT OR NOKIA PHONES OR TABLETS | 129 |
|                                                                       | 84.9  |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 27

Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE MICROSOFT OR NOKIA PHONES OR TABLETS PLATFORM? (FIRST-FOURTH FACTORS)

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| DEVELOPED APPLICATIONS FOR MICROSOFT OR NOKIA PHONES OR TABLETS | 23 15.1 |
| DEVELOPED APPLICATIONS FOR MICROSOFT OR NOKIA PHONES OR TABLETS AND ANSWERED QUESTION | 12 7.9 |
| FIRST FACTOR/CONSIDERATION (NET) | 12 7.9 |
| USER BASE/MARKET SHARE/DEMAND/ POPULARITY/RETURN (NET) | 2 1.3 |
| SIZE OF USER BASE (SUBNET) | 2 1.3 |
| MARKET GROWTH (SUB-SUBNET) | 1 0.7 |
| THE GROWTH OF MOBILE APPLICATIONS/WANTED TO GET INTO THE GROWING MOBILE MARKET | 1 0.7 |
| MISCELLANEOUS SIZE OF USER BASE |  |
| NUMBER OF USERS/(CURRENT) MARKET SHARE/PENETRATION/DEMAND | 1 0.7 |
| DEVELOPMENT ISSUES (NET) | 2 1.3 |
| PROGRAMMING LANGUAGE (SUBNET) | 2 1.3 |
| FAMILIARITY WITH PLATFORM/ LANGUAGE (SUB-SUBNET) | 2 1.3 |
| MISCELLANEOUS FAMILIARITY WITH PLATFORM/LANGUAGE |  |
| WORKED (EXCLUSIVELY) ON THAT PLATFORM SINCE SCHOOL/ THROUGHOUT MY CAREER | 1 0.7 |

```
                        TARGET RESEARCH GROUP INC.
                     APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 27

```
Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
         FOR THE MICROSOFT OR NOKIA PHONES OR TABLETS PLATFORM? (FIRST-FOURTH FACTORS)
```

|                                                        | TOTAL |
|--------------------------------------------------------|-------|
|                                                        | ----- |
| BASE: TOTAL RESPONDENTS                                | 152   |
|                                                        |       |
| OTHER MISCELLANEOUS                                     | 1     |
| FAMILIARITY WITH PLATFORM/                             | 0.7   |
| LANGUAGE MENTIONS                                       |       |
|                                                        |       |
| PLATFORM (NET)                                          | 1     |
|                                                        | 0.7   |
| OTHER PLATFORM MENTIONS                                 | 1     |
|                                                        | 0.7   |
| DEVICE RELATED (NET)                                    | 1     |
|                                                        | 0.7   |
| OTHER DEVICE RELATED MENTIONS                           | 1     |
|                                                        | 0.7   |
| MISCELLANEOUS                                           |       |
| THE NEEDS OF THE CLIENT/IT WAS MY                      | 6     |
| JOB/CLIENT/COMPANY REQUESTED                            | 3.9   |
|                                                        |       |
| SECOND FACTOR/CONSIDERATION (NET)                      | 7     |
|                                                        | 4.6   |
| USER BASE/MARKET SHARE/DEMAND/                         | 2     |
| POPULARITY/RETURN (NET)                                 | 1.3   |
| SIZE OF USER BASE (SUBNET)                              | 2     |
|                                                        | 1.3   |
| ECONOMIC CONSIDERATIONS (SUB-                         | 1     |
| SUBNET)                                                 | 0.7   |
| THE REMUNERATION/WAS ABLE TO                          | 1     |
| MAKE MONEY/GET PAID                                     | 0.7   |
| COMPANY RELATED (SUB-SUBNET)                            | 1     |
|                                                        | 0.7   |
| OTHER COMPANY RELATED MENTIONS                         | 1     |
|                                                        | 0.7   |

```
                              TARGET RESEARCH GROUP INC.
                           APPLICATION DEVELOPERS STUDY (#103-15151)
```
                                                                          Table 27

```
    Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
           FOR THE MICROSOFT OR NOKIA PHONES OR TABLETS PLATFORM? (FIRST-FOURTH FACTORS)
```

|  | TOTAL |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |
| MISCELLANEOUS SIZE OF USER BASE | |
| NUMBER OF USERS/(CURRENT) | 1 |
| MARKET SHARE/PENETRATION/DEMAND | 0.7 |
| DEMOGRAPHICS/DESCRIPTION OF USER BASE (NET) | 1 / 0.7 |
| HAS A FOCUS ON BUSINESS/BUSINESS USERS | 1 / 0.7 |
| DEVELOPMENT ISSUES (NET) | 2 / 1.3 |
| TIME/EFFORT OF DEVELOPMENT (SUBNET) | 1 / 0.7 |
| INTEGRATION/EASE/ABILITY OF ADAPTING CURRENT CODE TO DIFFERENT PLATFORMS | 1 / 0.7 |
| DEVELOPMENT COSTS (SUBNET) | 1 / 0.7 |
| (IS IT) FREE/NO COST FOR TOOL/ LICENSE | 1 / 0.7 |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET) | 2 / 1.3 |
| SUPPORT/RESOURCES AVAILABLE | 1 / 0.7 |
| DEVELOPMENT/INTEGRATION TOOLS AVAILABLE/WHAT IS THE SDK/API ACCESS | 1 / 0.7 |
| COMMITMENT TO PROJECT (NET) | 1 / 0.7 |
| (WHETHER) COMPANY IS/WAS BEHIND PROJECT/PRODUCT | 1 / 0.7 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 27

Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE MICROSOFT OR NOKIA PHONES OR TABLETS PLATFORM? (FIRST-FOURTH FACTORS)

```
                                                    TOTAL
                                                    -----

          BASE: TOTAL RESPONDENTS                    152


             APPLICATION SPECIFIC (NET)               1
                                                     0.7

               FUNCTIONALITY/PURPOSE OF               1
               APPLICATION/WHAT THEY WANT IT TO DO   0.7

             COMPATIBILITY (NET)                      1
                                                     0.7

               COMPATIBILITY WITH OTHER DEVICES/      1
               OPERATING SYSTEMS/PLATFORMS           0.7

             FIT MY INTERESTS/LIFESTYLE (NET)         1
                                                     0.7

               WANTED TO LEARN/STAY FRESH/CURRENT/    1
               KEEP UP WITH TECHNOLOGY/STAY          0.7
               RELEVANT

             MISCELLANEOUS

               OTHER MISCELLANEOUS MENTIONS           1
                                                     0.7


           THIRD FACTOR/CONSIDERATION (NET)           2
                                                     1.3

             USER BASE/MARKET SHARE/DEMAND/           1
             POPULARITY/RETURN (NET)                 0.7


               MISCELLANEOUS USER BASE/MARKET SHARE/DEMAND/POPULARITY/RETURN

                 OTHER MISCELLANEOUS USER BASE/       1
                 MARKET SHARE/DEMAND/POPULARITY/     0.7
                 RETURN MENTIONS


             FIT MY INTERESTS/LIFESTYLE (NET)         1
                                                     0.7

               WANTED TO LEARN/STAY FRESH/CURRENT/    1
               KEEP UP WITH TECHNOLOGY/STAY          0.7
               RELEVANT
```

```
                          TARGET RESEARCH GROUP INC.
                     APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 27

```
Q.6B AS BEST AS YOU REMEMBER, WHAT FACTORS OR CONSIDERATIONS LED TO YOUR DECISION TO DEVELOP APPLICATIONS
         FOR THE MICROSOFT OR NOKIA PHONES OR TABLETS PLATFORM? (FIRST-FOURTH FACTORS)


                                               TOTAL
                                               -----

             BASE: TOTAL RESPONDENTS             152



             DEVELOPED APPLICATIONS FOR MICROSOFT OR    11
             NOKIA PHONES OR TABLETS AND DID NOT       7.2
             ANSWER QUESTION

             HAVE NOT DEVELOPED APPLICATIONS FOR       129
             MICROSOFT OR NOKIA PHONES OR TABLETS     84.9
```

```
                        TARGET RESEARCH GROUP INC.
                     APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 28

```
          Q.6C ANY OTHER FACTORS OR CONSIDERATIONS THAT LED TO YOUR DECISION TO
    DEVELOP APPLICATIONS FOR THE MICROSOFT OR NOKIA PHONES OR TABLETS PLATFORM? (FIFTH-SEVENTH FACTORS)
```

|                                                                              | TOTAL |
|------------------------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                                       | 152   |
| DEVELOPED APPLICATIONS FOR MICROSOFT OR NOKIA PHONES OR TABLETS               | 23 / 15.1 |
| DEVELOPED APPLICATIONS FOR MICROSOFT OR NOKIA PHONES OR TABLETS AND ANSWERED QUESTION | 12 / 7.9 |
| FIFTH FACTOR/CONSIDERATION (NET)                                             | 2 / 1.3 |
|   USER BASE/MARKET SHARE/DEMAND/ POPULARITY/RETURN (NET)           | 1 / 0.7 |
|     SIZE OF USER BASE (SUBNET)                           | 1 / 0.7 |
|       COMPANY RELATED (SUB-SUBNET)             | 1 / 0.7 |
|         (LIKE) THE COMPANY/BRAND (APPLE, GOOGLE, ETC) | 1 / 0.7 |
|   MISCELLANEOUS                                                    |       |
|     THE NEEDS OF THE CLIENT/IT WAS MY JOB/CLIENT/COMPANY REQUESTED | 1 / 0.7 |
| NONE                                                                         | 10 / 6.6 |
| DEVELOPED APPLICATIONS FOR MICROSOFT OR NOKIA PHONES OR TABLETS AND DID NOT ANSWER QUESTION | 11 / 7.2 |
| HAVE NOT DEVELOPED APPLICATIONS FOR MICROSOFT OR NOKIA PHONES OR TABLETS      | 129 / 84.9 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 29

Q.6B/6C TOTAL FACTORS OR CONSIDERATIONS THAT LET TO YOUR DECISION TO DEVELOP APPLICATIONS
FOR THE MICROSOFT OR NOKIA PHONES OR TABLETS PLATFORM (FIRST-SEVENTH FACTORS (NET))

|                                                                              | TOTAL |
|------------------------------------------------------------------------------|-------|
|                                                                              | ----- |
| BASE: TOTAL RESPONDENTS                                                       | 152   |
|                                                                              |       |
| DEVELOPED APPLICATIONS FOR MICROSOFT OR NOKIA PHONES OR TABLETS              | 23 15.1 |
| DEVELOPED APPLICATIONS FOR MICROSOFT OR NOKIA PHONES OR TABLETS AND ANSWERED QUESTION | 12 7.9 |
| MENTIONED A FACTOR/CONSIDERATION (NET)                                        | 12 7.9 |
| USER BASE/MARKET SHARE/DEMAND/ POPULARITY/RETURN (NET)                        | 6 3.9 |
| SIZE OF USER BASE (SUBNET)                                                    | 5 3.3 |
| ECONOMIC CONSIDERATIONS (SUB-SUBNET)                                          | 1 0.7 |
| THE REMUNERATION/WAS ABLE TO MAKE MONEY/GET PAID                              | 1 0.7 |
| MARKET GROWTH (SUB-SUBNET)                                                    | 1 0.7 |
| THE GROWTH OF MOBILE APPLICATIONS/WANTED TO GET INTO THE GROWING MOBILE MARKET | 1 0.7 |
| COMPANY RELATED (SUB-SUBNET)                                                  | 2 1.3 |
| (LIKE) THE COMPANY/BRAND (APPLE, GOOGLE, ETC)                                 | 1 0.7 |
| OTHER COMPANY RELATED MENTIONS                                                | 1 0.7 |
| MISCELLANEOUS SIZE OF USER BASE                                               |       |
| NUMBER OF USERS/(CURRENT) MARKET SHARE/PENETRATION/DEMAND                     | 2 1.3 |

```
                          TARGET RESEARCH GROUP INC.
                      APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 29

```
Q.6B/6C TOTAL FACTORS OR CONSIDERATIONS THAT LET TO YOUR DECISION TO DEVELOP APPLICATIONS
    FOR THE MICROSOFT OR NOKIA PHONES OR TABLETS PLATFORM (FIRST-SEVENTH FACTORS (NET))
```

| | TOTAL |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |

MISCELLANEOUS USER BASE/MARKET SHARE/DEMAND/POPULARITY/RETURN

| | TOTAL |
|---|---|
| OTHER MISCELLANEOUS USER BASE/ MARKET SHARE/DEMAND/POPULARITY/ RETURN MENTIONS | 1 0.7 |
| DEMOGRAPHICS/DESCRIPTION OF USER BASE (NET) | 1 0.7 |
| HAS A FOCUS ON BUSINESS/BUSINESS USERS | 1 0.7 |
| DEVELOPMENT ISSUES (NET) | 4 2.6 |
| TIME/EFFORT OF DEVELOPMENT (SUBNET) | 1 0.7 |
| INTEGRATION/EASE/ABILITY OF ADAPTING CURRENT CODE TO DIFFERENT PLATFORMS | 1 0.7 |
| DEVELOPMENT COSTS (SUBNET) | 1 0.7 |
| (IS IT) FREE/NO COST FOR TOOL/ LICENSE | 1 0.7 |
| SUPPORT/DEVELOPMENT ENVIRONMENT (SUBNET) | 2 1.3 |
| SUPPORT/RESOURCES AVAILABLE | 1 0.7 |
| DEVELOPMENT/INTEGRATION TOOLS AVAILABLE/WHAT IS THE SDK/API ACCESS | 1 0.7 |
| PROGRAMMING LANGUAGE (SUBNET) | 2 1.3 |
| FAMILIARITY WITH PLATFORM/ LANGUAGE (SUB-SUBNET) | 2 1.3 |

```
                          TARGET RESEARCH GROUP INC.
                       APPLICATION DEVELOPERS STUDY (#103-15151)

                                                                        Table 29

      Q.6B/6C TOTAL FACTORS OR CONSIDERATIONS THAT LET TO YOUR DECISION TO DEVELOP APPLICATIONS
         FOR THE MICROSOFT OR NOKIA PHONES OR TABLETS PLATFORM (FIRST-SEVENTH FACTORS (NET))


                                                       TOTAL
                                                       -----

              BASE: TOTAL RESPONDENTS                   152



                          MISCELLANEOUS FAMILIARITY WITH PLATFORM/LANGUAGE

                              WORKED (EXCLUSIVELY) ON THAT      1
                              PLATFORM SINCE SCHOOL/           0.7
                              THROUGHOUT MY CAREER

                              OTHER MISCELLANEOUS              1
                              FAMILIARITY WITH PLATFORM/      0.7
                              LANGUAGE MENTIONS


                  PLATFORM (NET)                         1
                                                        0.7

                    OTHER PLATFORM MENTIONS              1
                                                        0.7

                  DEVICE RELATED (NET)                   1
                                                        0.7

                    OTHER DEVICE RELATED MENTIONS        1
                                                        0.7

                  COMMITMENT TO PROJECT (NET)            1
                                                        0.7

                    (WHETHER) COMPANY IS/WAS BEHIND      1
                    PROJECT/PRODUCT                     0.7

                  APPLICATION SPECIFIC (NET)             1
                                                        0.7

                    FUNCTIONALITY/PURPOSE OF             1
                    APPLICATION/WHAT THEY WANT IT TO DO 0.7

                  COMPATIBILITY (NET)                    1
                                                        0.7

                    COMPATIBILITY WITH OTHER DEVICES/    1
                    OPERATING SYSTEMS/PLATFORMS         0.7

                  FIT MY INTERESTS/LIFESTYLE (NET)       1
                                                        0.7
```

```
                         TARGET RESEARCH GROUP INC.
                     APPLICATION DEVELOPERS STUDY (#103-15151)

                                                                              Table 29

    Q.6B/6C TOTAL FACTORS OR CONSIDERATIONS THAT LET TO YOUR DECISION TO DEVELOP APPLICATIONS
       FOR THE MICROSOFT OR NOKIA PHONES OR TABLETS PLATFORM (FIRST-SEVENTH FACTORS (NET))


                                                  TOTAL
                                                  -----

       BASE: TOTAL RESPONDENTS                      152


            WANTED TO LEARN/STAY FRESH/CURRENT/       1
            KEEP UP WITH TECHNOLOGY/STAY            0.7
            RELEVANT

         MISCELLANEOUS

            THE NEEDS OF THE CLIENT/IT WAS MY        7
            JOB/CLIENT/COMPANY REQUESTED           4.6

            OTHER MISCELLANEOUS MENTIONS             1
                                                   0.7


       DEVELOPED APPLICATIONS FOR MICROSOFT OR      11
       NOKIA PHONES OR TABLETS AND DID NOT         7.2
       ANSWER QUESTION

       HAVE NOT DEVELOPED APPLICATIONS FOR         129
       MICROSOFT OR NOKIA PHONES OR TABLETS        84.9
```

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 30

Q.7-1A/Q.7-2A  SUPPOSE A PLATFORM THAT WAS INTRODUCED A COUPLE OF YEARS AGO, HAS RECENTLY GAINED IN
POPULARITY IN TERMS OF NUMBER OF USERS.  IN A SITUATION LIKE THAT, HOW WOULD YOU RATE YOUR CAPABILITY
TO LEARN TO DEVELOP APPLICATIONS FOR THAT PLATFORM ASSUMING IT REQUIRES USING A NEW AND DIFFERENT
PROGRAMMING LANGUAGE THAT YOU HAVE NOT USED BEFORE?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| 10   COMPLETELY CAPABLE OF LEARNING TO DEVELOP APPLICATIONS FOR THAT PLATFORM | 56 |
|  | 36.8 |
| 9 | 20 |
|  | 13.2 |
| 8 | 30 |
|  | 19.7 |
| 7 | 27 |
|  | 17.8 |
| 6 | 5 |
|  | 3.3 |
| 5 | 8 |
|  | 5.3 |
| 4 | 1 |
|  | 0.7 |
| 3 | 0 |
|  | 0 |
| 2 | 1 |
|  | 0.7 |
| 1 | 1 |
|  | 0.7 |
| 0   COMPLETELY INCAPABLE OF LEARNING TO DEVELOP APPLICATIONS FOR THAT PLATFORM | 3 |
|  | 2.0 |
| MEAN | 8.20 |
| STD. DEV. | 2.07 |
| STD. ERR. | 0.168 |
| MEDIAN | 8.5 |

```
                    TARGET RESEARCH GROUP INC.
                 APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 31

```
Q.7-1B/7-1C/7-2B/7-2C   WHAT MAKES YOU GIVE A RATING OF 8-10?  ANY OTHER REASON?
```

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| 8-10 RATING (Q.7-1A/Q.7-2A) | 106<br>69.7 |
| POSITIVE (GRAND NET) | 99<br>65.1 |
| I AM EXPERIENCED/KNOW/CAN LEARN HOW<br>TO DO THIS (NET) | 87<br>57.2 |
| BACKGROUND/EXPERIENCE (SUBNET) | 52<br>34.2 |
| JAVA EXPERIENCE (SUB-SUBNET) | 2<br>1.3 |
| JUMPED ONTO ANDROID USING<br>JAVA WHEN I WAS A PROFICIENCY<br>PLUS PROGRAMMER | 1<br>0.7 |
| EVERY PROGRAMMING LANGUAGE IS<br>ROUTE AT JAVA SCRIPT AND JAVA | 1<br>0.7 |
| MISCELLANEOUS BACKGROUND/EXPERIENCE |  |
| MY BACKGROUND/THIS IS WHAT I<br>DO/THIS IS MY JOB/SPECIALTY | 14<br>9.2 |
| I HAVE DONE THIS BEFORE/<br>ALREADY KNOW HOW TO DO THIS<br>(LEARN NEW LANGUAGES, WRITE<br>NEW LANGUAGES) | 17<br>11.2 |
| LEARN NEW LANGUAGES ALL THE<br>TIME/ALWAYS LEARNING NEW<br>STUFF/HAVE LEARNED MANY<br>LANGUAGES IN THE PAST | 18<br>11.8 |
| I KNOW/HAVE EXPERIENCE WITH<br>MANY/MULTIPLE LANGUAGES/<br>PLATFORMS | 9<br>5.9 |
| SKILLS/TASKS ARE INTERRELATED<br>(SUBNET) | 14<br>9.2 |

```
                    TARGET RESEARCH GROUP INC.
                APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 31

Q.7-1B/7-1C/7-2B/7-2C  WHAT MAKES YOU GIVE A RATING OF 8-10?  ANY OTHER REASON?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| APPLICATION LANGUAGES ARE ALL SIMILAR/ONCE YOU KNOW ONE/SOME/ IT'S EASY/POSSIBLE TO LEARN/ CREATE ANOTHER | 13<br>8.6 |
| CAN IMPLEMENT THE APPLICATION IOC/CAN USE GENERIC/REUSABLE SECTIONS | 1<br>0.7 |
| EVERY PROGRAMMING LANGUAGE IS ROUTE AT JAVA SCRIPT AND JAVA | 1<br>0.7 |
| CAN LEARN HOW TO DO IT (SUBNET) | 32<br>21.1 |
| I CAN LEARN IT/CAN LEARN THE SKILL/LANGUAGE/CAN LEARN NEW SKILLS | 22<br>14.5 |
| I'M A FAST LEARNER/CAN LEARN TO DO THIS QUICKLY | 7<br>4.6 |
| WOULD BE EASY TO LEARN/FIGURE OUT | 3<br>2.0 |
| OTHER CAN LEARN HOW TO DO IT MENTIONS | 1<br>0.7 |
| MISCELLANEOUS I AM EXPERIENCED/KNOW/CAN LEARN HOW TO DO THIS | |
| I/WE CAN DO THIS/HAVE THE SKILLS REQUIRED TO DO THIS | 5<br>3.3 |
| I HAVE CONFIDENCE IN MY SKILLS/ NOT A PROBLEM FOR SOMEONE WITH MY SKILL SET/I'M A GOOD PROGRAMMER | 12<br>7.9 |
| SUPPORT/RESOURCES (NET) | 11<br>7.2 |
| THERE WOULD BE (A LOT OF) SUPPORT (EXAMPLES, TUTORIALS, INFORMATION ON THE INTERNET) | 4<br>2.6 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 31

Q.7-1B/7-1C/7-2B/7-2C  WHAT MAKES YOU GIVE A RATING OF 8-10?  ANY OTHER REASON?

|  | TOTAL |
|---|---|
| | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| | |
| WOULD HIRE THE RIGHT/BEST PEOPLE/ | 7 |
| HAVE A LARGE/DIVERSE TEAM | 4.6 |
| MISCELLANEOUS POSITIVE | |
| I LIKE/DON'T MIND (LEARNING) NEW | 6 |
| TECHNOLOGY | 3.9 |
| LIKE/ENJOY PROGRAMMING | 4 |
| | 2.6 |
| HAVE TO BE ABLE TO KEEP UP/ | 9 |
| TECHNOLOGY MOVES QUICKLY TODAY | 5.9 |
| EASY TO USE/DO/NOT TOO DIFFICULT | 2 |
| | 1.3 |
| OTHER MISCELLANEOUS POSITIVE | 2 |
| MENTIONS | 1.3 |
| | |
| REASONS NOT TO DO IT (GRAND NET) | 2 |
| | 1.3 |
| WOULD BE DIFFICULT TO LEARN/DO | 2 |
| (NET) | 1.3 |
| IT'S NOT EASY/WOULD BE DIFFICULT | 1 |
| | 0.7 |
| IT WOULD BE HARD TO LEARN/A HUGE | 1 |
| LEARNING CURVE | 0.7 |
| | |
| NON-COMMITTAL (GRAND NET) | 19 |
| | 12.5 |
| TIME-RELATED (NET) | 4 |
| | 2.6 |
| DEPENDS ON THE TIME/AS LONG AS I | 2 |
| HAVE THE TIME | 1.3 |
| WOULD TAKE (A LONG) TIME/NOT | 2 |
| SOMETHING THAT CAN BE DONE | 1.3 |
| QUICKLY | |

```
                      TARGET RESEARCH GROUP INC.
                   APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 31

```
        Q.7-1B/7-1C/7-2B/7-2C   WHAT MAKES YOU GIVE A RATING OF 8-10?   ANY OTHER REASON?


                                                        TOTAL
                                                        -----

                 BASE: TOTAL RESPONDENTS                  152


                    DEPENDS ON SPECIFICS OF PROJECT         4
                    (NET)                                  2.6

                       DEPENDS ON THE SPECIFICS OF THE      1
                       PROJECT/WOULD NEED MORE DETAILS     0.7
                       TO BE ABLE TO SAY FOR SURE/RATE
                       ACCURATELY

                       DEPENDS ON THE LANGUAGE              2
                                                          1.3

                       OTHER DEPENDS ON SPECIFICS OF        1
                       PROJECT MENTIONS                    0.7

                    DEPENDS ON SUPPORT/RESOURCES (NET)      6
                                                          3.9

                       DEPENDS ON THE DOCUMENTATION/IF I    5
                       HAVE (GOOD) DOCUMENTATION           3.3

                       OTHER DEPENDS ON SUPPORT/            1
                       RESOURCES MENTIONS                  0.7

                    MISCELLANEOUS NON-COMMITTAL

                       DEPENDS IF IT WILL BE WORTHWHILE/    3
                       HAVE A FUTURE/IF IT WILL HAVE A     2.0
                       USER BASE

                       DEPENDS ON THE LEVEL OF             3
                       DIFFICULTY/IF NOT TOO DIFFICULT     2.0

                       DEPENDS ON WHETHER IT IS MODULAR/    1
                       BACKWARDS API CAPABILITY            0.7

                       OTHER MISCELLANEOUS NON-COMMITTAL    2
                       MENTIONS                            1.3


                 NOT 8-10 RATING (Q.7-1A/Q.7-2A)          46
                                                         30.3
```

```
                    TARGET RESEARCH GROUP INC.
                 APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 32

Q.7-1B/7-1C/7-2B/7-2C  WHAT MAKES YOU GIVE A RATING OF 5-7?  ANY OTHER REASON?

```
                                                     TOTAL
                                                     -----

        BASE: TOTAL RESPONDENTS                       152


        5-7 RATING (Q.7-1A/Q.7-2A)                     40
                                                      26.3

           POSITIVE (GRAND NET)                        24
                                                      15.8

              I AM EXPERIENCED/KNOW/CAN LEARN HOW      21
              TO DO THIS (NET)                        13.8

                 BACKGROUND/EXPERIENCE (SUBNET)         7
                                                       4.6

                    MISCELLANEOUS BACKGROUND/EXPERIENCE

                       I HAVE DONE THIS BEFORE/          2
                       ALREADY KNOW HOW TO DO THIS      1.3
                       (LEARN NEW LANGUAGES, WRITE
                       NEW LANGUAGES)

                       LEARN NEW LANGUAGES ALL THE      3
                       TIME/ALWAYS LEARNING NEW        2.0
                       STUFF/HAVE LEARNED MANY
                       LANGUAGES IN THE PAST

                       I KNOW/HAVE EXPERIENCE WITH      2
                       MANY/MULTIPLE LANGUAGES/        1.3
                       PLATFORMS

                    SKILLS/TASKS ARE INTERRELATED       4
                    (SUBNET)                           2.6

                       APPLICATION LANGUAGES ARE ALL    4
                       SIMILAR/ONCE YOU KNOW ONE/SOME/ 2.6
                       IT'S EASY/POSSIBLE TO LEARN/
                       CREATE ANOTHER

                 CAN LEARN HOW TO DO IT (SUBNET)       12
                                                       7.9

                       I CAN LEARN IT/CAN LEARN THE     4
                       SKILL/LANGUAGE/CAN LEARN NEW    2.6
                       SKILLS

                       I'M A FAST LEARNER/CAN LEARN TO  4
                       DO THIS QUICKLY                 2.6
```

```
                        TARGET RESEARCH GROUP INC.
                    APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 32

Q.7-1B/7-1C/7-2B/7-2C  WHAT MAKES YOU GIVE A RATING OF 5-7?  ANY OTHER REASON?

```
                                                  TOTAL
                                                  -----

          BASE: TOTAL RESPONDENTS                  152


               WOULD BE EASY TO LEARN/FIGURE          5
               OUT                                  3.3

          MISCELLANEOUS I AM EXPERIENCED/KNOW/CAN LEARN HOW TO DO THIS

               I/WE CAN DO THIS/HAVE THE             3
               SKILLS REQUIRED TO DO THIS          2.0

               I HAVE CONFIDENCE IN MY SKILLS/       1
               NOT A PROBLEM FOR SOMEONE WITH      0.7
               MY SKILL SET/I'M A GOOD
               PROGRAMMER


          SUPPORT/RESOURCES (NET)                     3
                                                    2.0

               THERE WOULD BE (A LOT OF) SUPPORT      2
               (EXAMPLES, TUTORIALS, INFORMATION    1.3
               ON THE INTERNET)

               WOULD HIRE THE RIGHT/BEST PEOPLE/      1
               HAVE A LARGE/DIVERSE TEAM            0.7

          MISCELLANEOUS POSITIVE

               I LIKE/DON'T MIND (LEARNING) NEW       1
               TECHNOLOGY                           0.7

               HAVE TO BE ABLE TO KEEP UP/            2
               TECHNOLOGY MOVES QUICKLY TODAY       1.3


          REASONS NOT TO DO IT (GRAND NET)            9
                                                    5.9

               HAVE NEVER DONE THIS/NOT IN MY         2
               SKILL SET (NET)                      1.3

               NOT REALLY WHAT I DO/NOT THAT          1
               EXPERIENCED WITH CODING/NOT A        0.7
               DEVELOPER

               DON'T KNOW HOW TO DO THIS/DON'T        1
               HAVE THE SKILLS/KNOWLEDGE/ABILITY    0.7
               TO DO THIS
```

```
                    TARGET RESEARCH GROUP INC.
                  APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 32

Q.7-1B/7-1C/7-2B/7-2C  WHAT MAKES YOU GIVE A RATING OF 5-7?  ANY OTHER REASON?

|  | TOTAL |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |
| WOULD BE DIFFICULT TO LEARN/DO (NET) | 6 3.9 |
| IT'S NOT EASY/WOULD BE DIFFICULT | 1 0.7 |
| IT WOULD BE HARD TO LEARN/A HUGE LEARNING CURVE | 5 3.3 |
| OTHER WOULD BE DIFFICULT TO LEARN/DO MENTIONS (LIST) | 1 0.7 |
| MISCELLANEOUS REASONS NOT TO DO IT | |
| DON'T LIKE DOING IT/NOT SOMETHING I WOULD ENJOY | 1 0.7 |
| TOO TIME CONSUMING/DON'T HAVE THE TIME TO DO THIS | 2 1.3 |
| NON-COMMITTAL (GRAND NET) | 15 9.9 |
| TIME-RELATED (NET) | 4 2.6 |
| DEPENDS ON THE TIME/AS LONG AS I HAVE THE TIME | 2 1.3 |
| WOULD TAKE (A LONG) TIME/NOT SOMETHING THAT CAN BE DONE QUICKLY | 2 1.3 |
| DEPENDS ON SPECIFICS OF PROJECT (NET) | 8 5.3 |
| DEPENDS ON THE SPECIFICS OF THE PROJECT/WOULD NEED MORE DETAILS TO BE ABLE TO SAY FOR SURE/RATE ACCURATELY | 5 3.3 |
| DEPENDS ON THE LANGUAGE | 2 1.3 |
| DEPENDS ON THE TYPE OF APPLICATION | 2 1.3 |

```
                    TARGET RESEARCH GROUP INC.
               APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 32

Q.7-1B/7-1C/7-2B/7-2C  WHAT MAKES YOU GIVE A RATING OF 5-7?  ANY OTHER REASON?

```
                                              TOTAL
                                              -----

         BASE: TOTAL RESPONDENTS                152


                OTHER DEPENDS ON SPECIFICS OF      2
                PROJECT MENTIONS                 1.3

            DEPENDS ON SUPPORT/RESOURCES (NET)     1
                                                 0.7

                DEPENDS ON THE DOCUMENTATION/IF I   1
                HAVE (GOOD) DOCUMENTATION         0.7

            MISCELLANEOUS NON-COMMITTAL

                DEPENDS IF IT WILL BE WORTHWHILE/   5
                HAVE A FUTURE/IF IT WILL HAVE A   3.3
                USER BASE

                DEPENDS ON THE LEVEL OF            1
                DIFFICULTY/IF NOT TOO DIFFICULT   0.7


         DON'T KNOW                                1
                                                 0.7

         NOT 5-7 RATING (Q.7-1A/Q.7-2A)          112
                                                73.7
```

```
                          TARGET RESEARCH GROUP INC.
                       APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 33

Q.7-1B/7-1C/7-2B/7-2C   WHAT MAKES YOU GIVE A RATING OF 0-4?  ANY OTHER REASON?

|                                                                  | TOTAL |
|------------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                          | 152   |
| 0-4 RATING (Q.7-1A/Q.7-2A)                                      | 6     |
|                                                                  | 3.9   |
| REASONS NOT TO DO IT (GRAND NET)                                | 4     |
|                                                                  | 2.6   |
| HAVE NEVER DONE THIS/NOT IN MY SKILL SET (NET)                  | 3     |
|                                                                  | 2.0   |
| HAVE NEVER DONE THIS BEFORE                                     | 1     |
|                                                                  | 0.7   |
| NOT REALLY WHAT I DO/NOT THAT EXPERIENCED WITH CODING/NOT A DEVELOPER | 2 |
|                                                                  | 1.3   |
| NOT WORTHWHILE/WOULDN'T BOTHER (NET)                            | 1     |
|                                                                  | 0.7   |
| ALREADY SO MANY/TOO MANY LANGUAGES OUT THERE                    | 1     |
|                                                                  | 0.7   |
| NON-COMMITTAL (GRAND NET)                                       | 2     |
|                                                                  | 1.3   |
| DEPENDS ON SPECIFICS OF PROJECT (NET)                           | 1     |
|                                                                  | 0.7   |
| DEPENDS ON THE LANGUAGE                                         | 1     |
|                                                                  | 0.7   |
| MISCELLANEOUS NON-COMMITTAL                                     |       |
| DEPENDS IF IT WILL BE WORTHWHILE/ HAVE A FUTURE/IF IT WILL HAVE A USER BASE | 1 |
|                                                                  | 0.7   |
| DEPENDS ON THE LEVEL OF DIFFICULTY/IF NOT TOO DIFFICULT         | 1     |
|                                                                  | 0.7   |
| DEPENDS ON WHETHER IT IS MODULAR/ BACKWARDS API CAPABILITY      | 1     |
|                                                                  | 0.7   |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 33

Q.7-1B/7-1C/7-2B/7-2C   WHAT MAKES YOU GIVE A RATING OF 0-4?   ANY OTHER REASON?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| NOT 0-4 RATING (Q.7-1A/Q.7-2A) | 146 |
|  | 96.1 |

```
                    TARGET RESEARCH GROUP INC.
                 APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 34

Q.8-1A/Q.8-2A  PLEASE RATE YOUR CAPABILITY TO DEVELOP AND ESTABLISH A COMPLETELY
NEW PROGRAMMING LANGUAGE IN THE MARKET FOR USE IN MOBILE APPLICATIONS THAT IS
DIFFERENT FROM ALL EXISTING PROGRAMMING LANGUAGES.

|  | TOTAL |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |
| 10  COMPLETELY CAPABLE OF DEVELOPING AND ESTABLISHING A NEW PROGRAMMING LANGUAGE FOR MOBILE APPLICATIONS THAT IS DIFFERENT FROM ALL EXISTING PROGRAMMING LANGUAGES | 10 6.6 |
| 9 | 7 4.6 |
| 8 | 21 13.8 |
| 7 | 23 15.1 |
| 6 | 5 3.3 |
| 5 | 27 17.8 |
| 4 | 16 10.5 |
| 3 | 8 5.3 |
| 2 | 7 4.6 |
| 1 | 6 3.9 |
| 0  COMPLETELY INCAPABLE OF DEVELOPING AND ESTABLISHING A NEW PROGRAMMING LANGUAGE FOR MOBILE APPLICATIONS THAT IS DIFFERENT FROM ALL EXISTING PROGRAMMING LANGUAGES | 22 14.5 |
| MEAN | 5.03 |
| STD. DEV. | 3.05 |
| STD. ERR. | 0.247 |
| MEDIAN | 4.6 |

```
                    TARGET RESEARCH GROUP INC.
                 APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 35

Q.8-1B/8-1C/8-2B/8-2C  WHAT MAKES YOU GIVE A RATING OF 8-10?  ANY OTHER REASON?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
| 8-10 RATING (Q.8-1A/Q.8-2A) | 38<br>25.0 |
| POSITIVE (GRAND NET) | 34<br>22.4 |
| I AM EXPERIENCED/KNOW/CAN LEARN HOW<br>TO DO THIS (NET) | 32<br>21.1 |
| BACKGROUND/EXPERIENCE (SUBNET) | 17<br>11.2 |
| JAVA EXPERIENCE (SUB-SUBNET) | 2<br>1.3 |
| I WAS A PROJECT MANAGER AT<br>MICRO SYSTEMS DURING THE<br>DEVELOPMENT OF JAVA | 1<br>0.7 |
| WE'VE SWITCHED OUR LANGUAGE<br>TO SWIFT AND SWITCHED FROM<br>JAVA TO KOTLIN | 1<br>0.7 |
| MISCELLANEOUS BACKGROUND/EXPERIENCE |  |
| MY BACKGROUND/THIS IS WHAT I<br>DO/THIS IS MY JOB/SPECIALTY | 7<br>4.6 |
| I HAVE DONE THIS BEFORE/<br>ALREADY KNOW HOW TO DO THIS<br>(LEARN NEW LANGUAGES, WRITE<br>NEW LANGUAGES) | 6<br>3.9 |
| LEARN NEW LANGUAGES ALL THE<br>TIME/ALWAYS LEARNING NEW<br>STUFF/HAVE LEARNED MANY<br>LANGUAGES IN THE PAST | 2<br>1.3 |
| I KNOW/HAVE EXPERIENCE WITH<br>MANY/MULTIPLE LANGUAGES/<br>PLATFORMS | 5<br>3.3 |
| SKILLS/TASKS ARE INTERRELATED<br>(SUBNET) | 6<br>3.9 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 35

Q.8-1B/8-1C/8-2B/8-2C  WHAT MAKES YOU GIVE A RATING OF 8-10?  ANY OTHER REASON?

```
                                            TOTAL
                                            -----

          BASE: TOTAL RESPONDENTS            152


              APPLICATION LANGUAGES ARE ALL    5
              SIMILAR/ONCE YOU KNOW ONE/SOME/  3.3
              IT'S EASY/POSSIBLE TO LEARN/
              CREATE ANOTHER

              OTHER SKILLS/TASKS ARE           1
              INTERRELATED MENTIONS           0.7

          CAN LEARN HOW TO DO IT (SUBNET)      6
                                              3.9

              I CAN LEARN IT/CAN LEARN THE     5
              SKILL/LANGUAGE/CAN LEARN NEW     3.3
              SKILLS

              I'M A FAST LEARNER/CAN LEARN TO  1
              DO THIS QUICKLY                 0.7

          MISCELLANEOUS I AM EXPERIENCED/KNOW/CAN LEARN HOW TO DO THIS

              I/WE CAN DO THIS/HAVE THE        6
              SKILLS REQUIRED TO DO THIS      3.9

              I HAVE CONFIDENCE IN MY SKILLS/  6
              NOT A PROBLEM FOR SOMEONE WITH  3.9
              MY SKILL SET/I'M A GOOD
              PROGRAMMER


          SUPPORT/RESOURCES (NET)              1
                                              0.7

              WOULD HIRE THE RIGHT/BEST PEOPLE/ 1
              HAVE A LARGE/DIVERSE TEAM        0.7

          MISCELLANEOUS POSITIVE

              I LIKE/DON'T MIND (LEARNING) NEW  2
              TECHNOLOGY                       1.3

              HAVE TO BE ABLE TO KEEP UP/       2
              TECHNOLOGY MOVES QUICKLY TODAY   1.3

              EASY TO USE/DO/NOT TOO DIFFICULT  2
                                              1.3
```

```
                              TARGET RESEARCH GROUP INC.
                          APPLICATION DEVELOPERS STUDY (#103-15151)
```
Table 35

```
Q.8-1B/8-1C/8-2B/8-2C  WHAT MAKES YOU GIVE A RATING OF 8-10?  ANY OTHER REASON?
```

|                                                                                          | TOTAL |
|------------------------------------------------------------------------------------------|-------|
|                                                                                          | ----- |
| BASE: TOTAL RESPONDENTS                                                                   |   152 |
|                                                                                          |       |
| OTHER MISCELLANEOUS POSITIVE MENTIONS                                                     |   1   |
|                                                                                          |  0.7  |
| REASONS NOT TO DO IT (GRAND NET)                                                          |   3   |
|                                                                                          |  2.0  |
| NOT WORTHWHILE/WOULDN'T BOTHER (NET)                                                      |   1   |
|                                                                                          |  0.7  |
| ALREADY SO MANY/TOO MANY LANGUAGES OUT THERE                                              |   1   |
|                                                                                          |  0.7  |
| MISCELLANEOUS REASONS NOT TO DO IT                                                        |       |
| TOO TIME CONSUMING/DON'T HAVE THE TIME TO DO THIS                                         |   1   |
|                                                                                          |  0.7  |
| REQUIRES MORE RESOURCES THAN I HAVE/WOULD NEED A WHOLE TEAM                               |   1   |
|                                                                                          |  0.7  |
| NON-COMMITTAL (GRAND NET)                                                                 |   6   |
|                                                                                          |  3.9  |
| TIME-RELATED (NET)                                                                        |   1   |
|                                                                                          |  0.7  |
| DEPENDS ON THE TIME/AS LONG AS I HAVE THE TIME                                            |   1   |
|                                                                                          |  0.7  |
| DEPENDS ON SPECIFICS OF PROJECT (NET)                                                     |   4   |
|                                                                                          |  2.6  |
| DEPENDS ON THE SPECIFICS OF THE PROJECT/WOULD NEED MORE DETAILS TO BE ABLE TO SAY FOR SURE/RATE ACCURATELY |   2   |
|                                                                                          |  1.3  |
| IF THE LANGUAGE IS USER-FRIENDLY LIKE JAVA                                                |   1   |
|                                                                                          |  0.7  |
| OTHER DEPENDS ON SPECIFICS OF PROJECT MENTIONS                                            |   1   |
|                                                                                          |  0.7  |

```
                         TARGET RESEARCH GROUP INC.
                     APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 35

Q.8-1B/8-1C/8-2B/8-2C  WHAT MAKES YOU GIVE A RATING OF 8-10?  ANY OTHER REASON?

```
                                                          TOTAL
                                                          -----

          BASE: TOTAL RESPONDENTS                          152


              MISCELLANEOUS NON-COMMITTAL

                  DEPENDS IF IT WILL BE WORTHWHILE/          1
                  HAVE A FUTURE/IF IT WILL HAVE A          0.7
                  USER BASE

                  DEPENDS ON THE LEVEL OF                    1
                  DIFFICULTY/IF NOT TOO DIFFICULT          0.7

                  OTHER MISCELLANEOUS NON-COMMITTAL          1
                  MENTIONS                                 0.7


          NOT 8-10 RATING (Q.8-1A/Q.8-2A)                 114
                                                          75.0
```

```
                    TARGET RESEARCH GROUP INC.
                 APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 36

Q.8-1B/8-1C/8-2B/8-2C  WHAT MAKES YOU GIVE A RATING OF 5-7?  ANY OTHER REASON?

```
                                                    TOTAL
                                                    -----

        BASE: TOTAL RESPONDENTS                      152


        5-7 RATING (Q.8-1A/Q.8-2A)                    55
                                                     36.2

          POSITIVE (GRAND NET)                        30
                                                     19.7

            I AM EXPERIENCED/KNOW/CAN LEARN HOW       24
            TO DO THIS (NET)                         15.8

              BACKGROUND/EXPERIENCE (SUBNET)          14
                                                      9.2

                JAVA EXPERIENCE (SUB-SUBNET)           1
                                                      0.7

                HAVE EXPERIENCE WITH JAVA              1
                                                      0.7

                MISCELLANEOUS BACKGROUND/EXPERIENCE

                MY BACKGROUND/THIS IS WHAT I           5
                DO/THIS IS MY JOB/SPECIALTY           3.3

                I HAVE DONE THIS BEFORE/               7
                ALREADY KNOW HOW TO DO THIS           4.6
                (LEARN NEW LANGUAGES, WRITE
                NEW LANGUAGES)

                I KNOW/HAVE EXPERIENCE WITH            2
                MANY/MULTIPLE LANGUAGES/              1.3
                PLATFORMS


              SKILLS/TASKS ARE INTERRELATED            7
              (SUBNET)                                4.6

                APPLICATION LANGUAGES ARE ALL          7
                SIMILAR/ONCE YOU KNOW ONE/SOME/       4.6
                IT'S EASY/POSSIBLE TO LEARN/
                CREATE ANOTHER

              CAN LEARN HOW TO DO IT (SUBNET)          7
                                                      4.6

                I CAN LEARN IT/CAN LEARN THE           5
                SKILL/LANGUAGE/CAN LEARN NEW          3.3
                SKILLS
```

```
                         TARGET RESEARCH GROUP INC.
                      APPLICATION DEVELOPERS STUDY (#103-15151)
```
Table 36

```
          Q.8-1B/8-1C/8-2B/8-2C  WHAT MAKES YOU GIVE A RATING OF 5-7?  ANY OTHER REASON?
```

|                                                                          | TOTAL |
|--------------------------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                                   | 152   |
| I'M A FAST LEARNER/CAN LEARN TO DO THIS QUICKLY                           | 2 1.3 |
| MISCELLANEOUS I AM EXPERIENCED/KNOW/CAN LEARN HOW TO DO THIS              |       |
| I/WE CAN DO THIS/HAVE THE SKILLS REQUIRED TO DO THIS                      | 2 1.3 |
| I HAVE CONFIDENCE IN MY SKILLS/ NOT A PROBLEM FOR SOMEONE WITH MY SKILL SET/I'M A GOOD PROGRAMMER | 4 2.6 |
| SUPPORT/RESOURCES (NET)                                                   | 1 0.7 |
| WOULD HIRE THE RIGHT/BEST PEOPLE/ HAVE A LARGE/DIVERSE TEAM               | 1 0.7 |
| MISCELLANEOUS POSITIVE                                                    |       |
| I LIKE/DON'T MIND (LEARNING) NEW TECHNOLOGY                               | 2 1.3 |
| LIKE/ENJOY PROGRAMMING                                                    | 1 0.7 |
| EASY TO USE/DO/NOT TOO DIFFICULT                                          | 3 2.0 |
| IT'S POSSIBLE/COULD BE DONE GIVEN THE RIGHT CIRCUMSTANCES                 | 4 2.6 |
| REASONS NOT TO DO IT (GRAND NET)                                          | 22 14.5 |
| HAVE NEVER DONE THIS/NOT IN MY SKILL SET (NET)                            | 8 5.3 |
| HAVE NEVER DONE THIS BEFORE                                               | 3 2.0 |
| NOT REALLY WHAT I DO/NOT THAT EXPERIENCED WITH CODING/NOT A DEVELOPER     | 1 0.7 |

```
                        TARGET RESEARCH GROUP INC.
                    APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 36

Q.8-1B/8-1C/8-2B/8-2C  WHAT MAKES YOU GIVE A RATING OF 5-7?  ANY OTHER REASON?

```
                                                    TOTAL
                                                    -----

        BASE: TOTAL RESPONDENTS                      152


            DON'T KNOW HOW TO DO THIS/DON'T            3
            HAVE THE SKILLS/KNOWLEDGE/ABILITY        2.0
            TO DO THIS

            REQUIRES INTERACTION WITH THE             3
            HARDWARE DEVICE/KNOWLEDGE ABOUT         2.0
            HARDWARE THAT I DON'T HAVE

            ONLY KNOW HOW TO WORK WITH                1
            (MULTIPLE) EXISTING LANGUAGES           0.7

        WOULD BE DIFFICULT TO LEARN/DO                9
        (NET)                                       5.9

            IT'S NOT EASY/WOULD BE DIFFICULT          5
                                                    3.3

            IT WOULD BE HARD TO LEARN/A HUGE          2
            LEARNING CURVE                          1.3

            DEVELOPING A (NEW) LANGUAGE IS            2
            DIFFERENT/HARDER/MORE COMPLICATED       1.3
            THAN MERELY USING A LANGUAGE

            OTHER WOULD BE DIFFICULT TO               1
            LEARN/DO MENTIONS (LIST)1               0.7

        NOT WORTHWHILE/WOULDN'T BOTHER                3
        (NET)                                       2.0

            NOT A WORTHWHILE ENDEAVOR/                2
            WOULDN'T RELATE TO ANYTHING/NO          1.3
            BENEFIT IN LEARNING/CREATING
            LANGUAGE

            ALREADY SO MANY/TOO MANY                  1
            LANGUAGES OUT THERE                     0.7

        MISCELLANEOUS REASONS NOT TO DO IT

            DON'T WANT TO DO THIS/NO INTEREST         2
                                                    1.3

            DON'T LIKE DOING IT/NOT SOMETHING         1
            I WOULD ENJOY                           0.7
```

```
                          TARGET RESEARCH GROUP INC.
                        APPLICATION DEVELOPERS STUDY (#103-15151)
```
Table 36

Q.8-1B/8-1C/8-2B/8-2C   WHAT MAKES YOU GIVE A RATING OF 5-7?   ANY OTHER REASON?

|                                                        | TOTAL |
|--------------------------------------------------------|-------|
| BASE: TOTAL RESPONDENTS                                | 152   |
|                                                        |       |
| WOULD BE A LOT OF WORK                                 | 1     |
|                                                        | 0.7   |
| TOO TIME CONSUMING/DON'T HAVE THE TIME TO DO THIS      | 4     |
|                                                        | 2.6   |
| OTHER MISCELLANEOUS REASONS NOT TO DO IT MENTIONS      | 3     |
|                                                        | 2.0   |
|                                                        |       |
| NON-COMMITTAL (GRAND NET)                              | 23    |
|                                                        | 15.1  |
|                                                        |       |
| TIME-RELATED (NET)                                     | 7     |
|                                                        | 4.6   |
| DEPENDS ON THE TIME/AS LONG AS I HAVE THE TIME         | 4     |
|                                                        | 2.6   |
| WOULD TAKE (A LONG) TIME/NOT SOMETHING THAT CAN BE DONE QUICKLY | 3 |
|                                                        | 2.0   |
| DEPENDS ON SPECIFICS OF PROJECT (NET)                  | 8     |
|                                                        | 5.3   |
| DEPENDS ON THE SPECIFICS OF THE PROJECT/WOULD NEED MORE DETAILS TO BE ABLE TO SAY FOR SURE/RATE ACCURATELY | 4 |
|                                                        | 2.6   |
| DEPENDS ON THE LANGUAGE                                | 3     |
|                                                        | 2.0   |
| DEPENDS ON THE TYPE OF APPLICATION                     | 2     |
|                                                        | 1.3   |
| DEPENDS ON SUPPORT/RESOURCES (NET)                     | 4     |
|                                                        | 2.6   |
| I WOULD NEED HELP/DEPENDS ON THE HELP/SUPPORT I CAN GET | 4    |
|                                                        | 2.6   |
| OTHER DEPENDS ON SUPPORT/ RESOURCES MENTIONS           | 1     |
|                                                        | 0.7   |

```
                        TARGET RESEARCH GROUP INC.
                     APPLICATION DEVELOPERS STUDY (#103-15151)

                                                                     Table 36

     Q.8-1B/8-1C/8-2B/8-2C   WHAT MAKES YOU GIVE A RATING OF 5-7?  ANY OTHER REASON?


                                                    TOTAL
                                                    -----

           BASE: TOTAL RESPONDENTS                    152


              MISCELLANEOUS NON-COMMITTAL

                 DEPENDS IF IT WILL BE WORTHWHILE/      2
                 HAVE A FUTURE/IF IT WILL HAVE A      1.3
                 USER BASE

                 DEPENDS ON THE LEVEL OF               1
                 DIFFICULTY/IF NOT TOO DIFFICULT     0.7

                 WOULD BE NEW TO ME/HARD TO SAY        2
                 SINCE I HAVEN'T DONE IT BEFORE      1.3

                 WOULDN'T BE 100% READY/KNOW HOW       1
                 TO DO IT UP TO A LIMIT              0.7

                 OTHER MISCELLANEOUS NON-COMMITTAL     4
                 MENTIONS                            2.6


     NOT 5-7 RATING (Q.8-1A/Q.8-2A)                   97
                                                    63.8
```

```
                          TARGET RESEARCH GROUP INC.
                       APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 37

Q.8-1B/8-1C/8-2B/8-2C  WHAT MAKES YOU GIVE A RATING OF 0-4?  ANY OTHER REASON?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |
|  |  |
| 0-4 RATING (Q.8-1A/Q.8-2A) | 59 |
|  | 38.8 |
|  |  |
| POSITIVE (GRAND NET) | 9 |
|  | 5.9 |
|  |  |
| I AM EXPERIENCED/KNOW/CAN LEARN HOW | 5 |
| TO DO THIS (NET) | 3.3 |
|  |  |
| BACKGROUND/EXPERIENCE (SUBNET) | 2 |
|  | 1.3 |
|  |  |
| MISCELLANEOUS BACKGROUND/EXPERIENCE |  |
|  |  |
| MY BACKGROUND/THIS IS WHAT I | 1 |
| DO/THIS IS MY JOB/SPECIALTY | 0.7 |
|  |  |
| I HAVE DONE THIS BEFORE/ | 1 |
| ALREADY KNOW HOW TO DO THIS | 0.7 |
| (LEARN NEW LANGUAGES, WRITE |  |
| NEW LANGUAGES) |  |
|  |  |
| OTHER MISCELLANEOUS | 1 |
| BACKGROUND/EXPERIENCE | 0.7 |
| MENTIONS |  |
|  |  |
| CAN LEARN HOW TO DO IT (SUBNET) | 1 |
|  | 0.7 |
|  |  |
| I CAN LEARN IT/CAN LEARN THE | 1 |
| SKILL/LANGUAGE/CAN LEARN NEW | 0.7 |
| SKILLS |  |
|  |  |
| MISCELLANEOUS I AM EXPERIENCED/KNOW/CAN LEARN HOW TO DO THIS |  |
|  |  |
| I/WE CAN DO THIS/HAVE THE | 1 |
| SKILLS REQUIRED TO DO THIS | 0.7 |
|  |  |
| I HAVE CONFIDENCE IN MY SKILLS/ | 1 |
| NOT A PROBLEM FOR SOMEONE WITH | 0.7 |
| MY SKILL SET/I'M A GOOD |  |
| PROGRAMMER |  |
|  |  |
| SUPPORT/RESOURCES (NET) | 1 |
|  | 0.7 |

```
                         TARGET RESEARCH GROUP INC.
                      APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 37

```
        Q.8-1B/8-1C/8-2B/8-2C   WHAT MAKES YOU GIVE A RATING OF 0-4?  ANY OTHER REASON?


                                                         TOTAL
                                                         -----

               BASE: TOTAL RESPONDENTS                    152


                       WOULD HIRE THE RIGHT/BEST PEOPLE/     1
                       HAVE A LARGE/DIVERSE TEAM           0.7

                    MISCELLANEOUS POSITIVE

                       IT'S POSSIBLE/COULD BE DONE GIVEN     4
                       THE RIGHT CIRCUMSTANCES             2.6


             REASONS NOT TO DO IT (GRAND NET)              51
                                                          33.6

                    HAVE NEVER DONE THIS/NOT IN MY         35
                    SKILL SET (NET)                       23.0

                       HAVE NEVER DONE THIS BEFORE          8
                                                           5.3

                       NOT REALLY WHAT I DO/NOT THAT       14
                       EXPERIENCED WITH CODING/NOT A       9.2
                       DEVELOPER

                       DON'T KNOW HOW TO DO THIS/DON'T     13
                       HAVE THE SKILLS/KNOWLEDGE/ABILITY    8.6
                       TO DO THIS

                       REQUIRES INTERACTION WITH THE        2
                       HARDWARE DEVICE/KNOWLEDGE ABOUT      1.3
                       HARDWARE THAT I DON'T HAVE

                       ONLY KNOW HOW TO WORK WITH           1
                       (MULTIPLE) EXISTING LANGUAGES       0.7

                    WOULD BE DIFFICULT TO LEARN/DO         11
                    (NET)                                   7.2

                       IT'S NOT EASY/WOULD BE DIFFICULT     2
                                                           1.3

                       IT WOULD BE HARD TO LEARN/A HUGE     1
                       LEARNING CURVE                      0.7

                       DEVELOPING A (NEW) LANGUAGE IS       8
                       DIFFERENT/HARDER/MORE COMPLICATED    5.3
                       THAN MERELY USING A LANGUAGE
```

```
                    TARGET RESEARCH GROUP INC.
                 APPLICATION DEVELOPERS STUDY (#103-15151)
```
Table 37

Q.8-1B/8-1C/8-2B/8-2C   WHAT MAKES YOU GIVE A RATING OF 0-4?   ANY OTHER REASON?

```
                                                    TOTAL
                                                    -----

        BASE: TOTAL RESPONDENTS                      152


          NOT WORTHWHILE/WOULDN'T BOTHER               9
          (NET)                                       5.9

            HAVE OTHER/MORE IMPORTANT THINGS           1
            TO FOCUS ON/BETTER WAYS TO SPEND          0.7
            MY TIME

            NOT A WORTHWHILE ENDEAVOR/                 2
            WOULDN'T RELATE TO ANYTHING/NO            1.3
            BENEFIT IN LEARNING/CREATING
            LANGUAGE

            DON'T SEE THE POINT OF INVENTING           6
            NEW A LANGUAGE/BETTER TO USE AN           3.9
            EXISTING LANGUAGE/SEEMS LIKE
            REINVENTING THE WHEEL

            ALREADY SO MANY/TOO MANY                   1
            LANGUAGES OUT THERE                       0.7

            OTHER NOT WORTHWHILE/WOULDN'T              1
            BOTHER MENTIONS                           0.7

          MISCELLANEOUS REASONS NOT TO DO IT

            DON'T WANT TO DO THIS/NO INTEREST          6
                                                      3.9

            WOULD BE A LOT OF WORK                     3
                                                      2.0

            TOO TIME CONSUMING/DON'T HAVE THE          5
            TIME TO DO THIS                           3.3

            REQUIRES MORE RESOURCES THAN I             4
            HAVE/WOULD NEED A WHOLE TEAM              2.6

            OTHER MISCELLANEOUS REASONS NOT            1
            TO DO IT MENTIONS                         0.7


        NON-COMMITTAL (GRAND NET)                      8
                                                      5.3

          TIME-RELATED (NET)                           1
                                                      0.7
```

```
                        TARGET RESEARCH GROUP INC.
                    APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 37

```
Q.8-1B/8-1C/8-2B/8-2C   WHAT MAKES YOU GIVE A RATING OF 0-4?  ANY OTHER REASON?


                                                      TOTAL
                                                      -----

           BASE: TOTAL RESPONDENTS                     152


                 WOULD TAKE (A LONG) TIME/NOT            1
                 SOMETHING THAT CAN BE DONE            0.7
                 QUICKLY

              DEPENDS ON SPECIFICS OF PROJECT           3
              (NET)                                    2.0

                 DEPENDS ON THE SPECIFICS OF THE        3
                 PROJECT/WOULD NEED MORE DETAILS      2.0
                 TO BE ABLE TO SAY FOR SURE/RATE
                 ACCURATELY

              MISCELLANEOUS NON-COMMITTAL

                 WOULD BE NEW TO ME/HARD TO SAY         3
                 SINCE I HAVEN'T DONE IT BEFORE       2.0

                 WOULDN'T BE 100% READY/KNOW HOW        1
                 TO DO IT UP TO A LIMIT               0.7


       NOT 0-4 RATING (Q.8-1A/Q.8-2A)                  93
                                                      61.2
```

```
                          TARGET RESEARCH GROUP INC.
                          APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 38

```
     Q.9-1/Q.9-2  IN GENERAL, BASED ON YOUR PRIOR EXPERIENCE IN DEVELOPING APPLICATIONS FOR
      MOBILE PLATFORMS, HOW WOULD YOU RATE THE IMPORTANCE OF THE FOLLOWING SIX FACTORS WHEN
     DECIDING TO COMMIT RESOURCES TO DEVELOPING APPLICATIONS FOR A PARTICULAR MOBILE PLATFORM?


                                                     TOTAL
                                                     -----

                 BASE: TOTAL RESPONDENTS               152


     THE NUMBER OF USERS OR DEVICES ALREADY USING THE PLATFORM

         10  EXTREMELY IMPORTANT                        70
                                                       46.1

          9                                             21
                                                       13.8

          8                                             34
                                                       22.4

          7                                             10
                                                        6.6

          6                                              4
                                                        2.6

          5                                              8
                                                        5.3

          4                                              1
                                                        0.7

          3                                              2
                                                        1.3

          2                                              0
                                                        0

          1                                              0
                                                        0

          0   NOT AT ALL IMPORTANT                       2
                                                        1.3

         MEAN                                          8.59
         STD. DEV.                                     1.89
         STD. ERR.                                    0.154

         MEDIAN                                        8.7
```

```
                         TARGET RESEARCH GROUP INC.
                      APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 38

```
   Q.9-1/Q.9-2  IN GENERAL, BASED ON YOUR PRIOR EXPERIENCE IN DEVELOPING APPLICATIONS FOR
   MOBILE PLATFORMS, HOW WOULD YOU RATE THE IMPORTANCE OF THE FOLLOWING SIX FACTORS WHEN
   DECIDING TO COMMIT RESOURCES TO DEVELOPING APPLICATIONS FOR A PARTICULAR MOBILE PLATFORM?
```

```
                                                       TOTAL
                                                       -----

                      BASE: TOTAL RESPONDENTS            152


             YOUR PRIOR FAMILIARITY WITH THE PROGRAMMING LANGUAGE USED BY THE PLATFORM

                10   EXTREMELY IMPORTANT                  27
                                                         17.8

                 9                                        10
                                                          6.6

                 8                                        30
                                                         19.7

                 7                                        19
                                                         12.5

                 6                                        15
                                                          9.9

                 5                                        28
                                                         18.4

                 4                                         4
                                                          2.6

                 3                                         9
                                                          5.9

                 2                                         3
                                                          2.0

                 1                                         0
                                                          0

                 0   NOT AT ALL IMPORTANT                  7
                                                          4.6

                MEAN                                     6.66
                STD. DEV.                                2.60
                STD. ERR.                                0.211

                MEDIAN                                    6.5
```

```
                              TARGET RESEARCH GROUP INC.
                           APPLICATION DEVELOPERS STUDY (#103-15151)
                                                                                    Table 38

     Q.9-1/Q.9-2  IN GENERAL, BASED ON YOUR PRIOR EXPERIENCE IN DEVELOPING APPLICATIONS FOR
       MOBILE PLATFORMS, HOW WOULD YOU RATE THE IMPORTANCE OF THE FOLLOWING SIX FACTORS WHEN
     DECIDING TO COMMIT RESOURCES TO DEVELOPING APPLICATIONS FOR A PARTICULAR MOBILE PLATFORM?


                                                          TOTAL
                                                          -----

                     BASE: TOTAL RESPONDENTS                152


        THE EASE OR DIFFICULTY OF GETTING NEW APPLICATIONS APPROVED FOR SALE BY THE PLATFORM OWNER

           10  EXTREMELY IMPORTANT                           28
                                                            18.4

            9                                                21
                                                            13.8

            8                                                31
                                                            20.4

            7                                                22
                                                            14.5

            6                                                 8
                                                             5.3

            5                                                26
                                                            17.1

            4                                                 3
                                                             2.0

            3                                                 5
                                                             3.3

            2                                                 4
                                                             2.6

            1                                                 1
                                                             0.7

            0  NOT AT ALL IMPORTANT                           3
                                                             2.0

           MEAN                                            7.14
           STD. DEV.                                       2.39
           STD. ERR.                                      0.194

           MEDIAN                                          7.1
```

```
                         TARGET RESEARCH GROUP INC.
                     APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 38

```
    Q.9-1/Q.9-2  IN GENERAL, BASED ON YOUR PRIOR EXPERIENCE IN DEVELOPING APPLICATIONS FOR
      MOBILE PLATFORMS, HOW WOULD YOU RATE THE IMPORTANCE OF THE FOLLOWING SIX FACTORS WHEN
      DECIDING TO COMMIT RESOURCES TO DEVELOPING APPLICATIONS FOR A PARTICULAR MOBILE PLATFORM?
```

|  | TOTAL |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |

THE PERCENTAGE OF REVENUE FROM PURCHASES OF THE APPLICATION RETAINED BY THE PLATFORM OWNER

| | |
|---|---|
| 10   EXTREMELY IMPORTANT | 35<br>23.0 |
| 9 | 17<br>11.2 |
| 8 | 35<br>23.0 |
| 7 | 23<br>15.1 |
| 6 | 12<br>7.9 |
| 5 | 15<br>9.9 |
| 4 | 5<br>3.3 |
| 3 | 1<br>0.7 |
| 2 | 1<br>0.7 |
| 1 | 0<br>0 |
| 0   NOT AT ALL IMPORTANT | 8<br>5.3 |
| MEAN | 7.34 |
| STD. DEV. | 2.51 |
| STD. ERR. | 0.203 |
| MEDIAN | 7.3 |

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 38

Q.9-1/Q.9-2  IN GENERAL, BASED ON YOUR PRIOR EXPERIENCE IN DEVELOPING APPLICATIONS FOR
MOBILE PLATFORMS, HOW WOULD YOU RATE THE IMPORTANCE OF THE FOLLOWING SIX FACTORS WHEN
DECIDING TO COMMIT RESOURCES TO DEVELOPING APPLICATIONS FOR A PARTICULAR MOBILE PLATFORM?

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |

THE BRAND STRENGTH AND MARKETING RESOURCES OF THE PLATFORM OWNER

|  | TOTAL |
|---|---|
| 10  EXTREMELY IMPORTANT | 32 |
|  | 21.1 |
| 9 | 18 |
|  | 11.8 |
| 8 | 43 |
|  | 28.3 |
| 7 | 22 |
|  | 14.5 |
| 6 | 10 |
|  | 6.6 |
| 5 | 13 |
|  | 8.6 |
| 4 | 5 |
|  | 3.3 |
| 3 | 4 |
|  | 2.6 |
| 2 | 1 |
|  | 0.7 |
| 1 | 1 |
|  | 0.7 |
| 0  NOT AT ALL IMPORTANT | 3 |
|  | 2.0 |
| MEAN | 7.50 |
| STD. DEV. | 2.22 |
| STD. ERR. | 0.180 |
| MEDIAN | 7.4 |

```
                        TARGET RESEARCH GROUP INC.
                      APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 38

```
    Q.9-1/Q.9-2  IN GENERAL, BASED ON YOUR PRIOR EXPERIENCE IN DEVELOPING APPLICATIONS FOR
      MOBILE PLATFORMS, HOW WOULD YOU RATE THE IMPORTANCE OF THE FOLLOWING SIX FACTORS WHEN
    DECIDING TO COMMIT RESOURCES TO DEVELOPING APPLICATIONS FOR A PARTICULAR MOBILE PLATFORM?
```

|  | TOTAL |
|---|---|
|  | ----- |
| BASE: TOTAL RESPONDENTS | 152 |

WHETHER THE PLATFORM AT ISSUE IS AN OPEN OR CLOSED ECOSYSTEM

| | TOTAL |
|---|---|
| 10   EXTREMELY IMPORTANT | 21 |
| | 13.8 |
| 9 | 15 |
| | 9.9 |
| 8 | 23 |
| | 15.1 |
| 7 | 14 |
| | 9.2 |
| 6 | 11 |
| | 7.2 |
| 5 | 32 |
| | 21.1 |
| 4 | 6 |
| | 3.9 |
| 3 | 9 |
| | 5.9 |
| 2 | 6 |
| | 3.9 |
| 1 | 1 |
| | 0.7 |
| 0   NOT AT ALL IMPORTANT | 14 |
| | 9.2 |
| MEAN | 6.03 |
| STD. DEV. | 2.98 |
| STD. ERR. | 0.242 |
| MEDIAN | 5.7 |

```
                              TARGET RESEARCH GROUP INC.
                         APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 39

Q.10A  HAVE YOU OR YOUR FIRM DEVELOPED APPLICATIONS FOR IOS WRITTEN IN THE OBJECTIVE-C LANGUAGE?

|                                                    | TOTAL |
|----------------------------------------------------|-------|
|                                                    | ----- |
| BASE: TOTAL RESPONDENTS                            | 152   |
| DEVELOPED APPLICATIONS FOR APPLE IPHONES OR IPADS  | 132   |
|                                                    | 86.8  |
|   YES                                              | 110   |
|                                                    | 72.4  |
|   NO                                               | 19    |
|                                                    | 12.5  |
|   DON'T KNOW                                        | 3     |
|                                                    | 2.0   |
| HAVE NOT DEVELOPED APPLICATIONS FOR APPLE IPHONES OR IPADS | 20    |
|                                                    | 13.2  |

```
                         TARGET RESEARCH GROUP INC.
                       APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 40

Q.10B  PRIOR TO DEVELOPING APPLICATIONS FOR IOS, DID YOU KNOW THE OBJECTIVE-C PROGRAMMING LANGUAGE,
DID YOU HAVE TO LEARN IT, OR DID YOU HIRE AN EXPERIENCED OBJECTIVE-C DEVELOPER TO DEVELOP FOR IOS?

```
                                                  TOTAL
                                                  -----

            BASE: TOTAL RESPONDENTS                 152


            DEVELOPED APPLICATIONS FOR APPLE        132
            IPHONES OR IPADS                        86.8

            YES, HAVE DEVELOPED APPLICATIONS FOR    110
            IOS WRITTEN IN THE OBJECTIVE-C LANGUAGE 72.4

               YOU KNEW THE OBJECTIVE-C PROGRAMMING  16
               LANGUAGE, OR                         10.5

               YOU HAD TO LEARN THE OBJECTIVE-C      79
               PROGRAMMING LANGUAGE, OR             52.0

               YOU HIRED AN EXPERIENCED OBJECTIVE-C  13
               DEVELOPER TO DEVELOP FOR IOS          8.6

               DON'T KNOW                             2
                                                     1.3

            NO, HAVE NOT DEVELOPED APPLICATIONS FOR  19
            IOS WRITTEN IN THE OBJECTIVE-C LANGUAGE 12.5

            DON'T KNOW                                3
                                                     2.0

            HAVE NOT DEVELOPED APPLICATIONS FOR      20
            APPLE IPHONES OR IPADS                   13.2
```

```
                        TARGET RESEARCH GROUP INC.
                     APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 41

Q.11  OVER THE PAST TWO YEARS, APPLE HAS INTRODUCED AND UPDATED A NEW PROGRAMMING LANGUAGE CALLED SWIFT.
      DO YOU OR DON'T YOU PLAN TO LEARN SWIFT FOR YOUR APPLICATIONS DEVELOPMENT WORK FOR IOS?

```
                                                  TOTAL
                                                  -----

             BASE: TOTAL RESPONDENTS                152


             DEVELOPED APPLICATIONS FOR APPLE        132
             IPHONES OR IPADS                        86.8

             YES, HAVE DEVELOPED APPLICATIONS FOR    110
             IOS WRITTEN IN THE OBJECTIVE-C LANGUAGE 72.4

                YES, I DO                             89
                                                     58.6

                NO, I DON'T                           18
                                                     11.8

                DON'T KNOW                             3
                                                      2.0

             NO, HAVE NOT DEVELOPED APPLICATIONS FOR  19
             IOS WRITTEN IN THE OBJECTIVE-C LANGUAGE  12.5

             DON'T KNOW                                3
                                                      2.0

             HAVE NOT DEVELOPED APPLICATIONS FOR      20
             APPLE IPHONES OR IPADS                   13.2
```

```
                     TARGET RESEARCH GROUP INC.
                  APPLICATION DEVELOPERS STUDY (#103-15151)
```

Table 42

```
        Q.11A  IN GENERAL, DO YOU MAKE DECISIONS ABOUT WHICH APPLICATIONS
     TO DEVELOP INDEPENDENTLY, OR AS PART OF A TEAM OF APPLICATION DEVELOPERS?
```

|                                                                              | TOTAL |
|------------------------------------------------------------------------------|-------|
| BASE: TOTAL ASKED QUESTION                                                   | 129   |
| INDEPENDENTLY                                                                | 28    |
|                                                                              | 21.7  |
| AS PART OF A TEAM OF APPLICATION DEVELOPERS                                  | 67    |
|                                                                              | 51.9  |
| BOTH, SOMETIMES INDEPENDENTLY AND SOMETIMES AS PART OF A TEAM OF APPLICATION DEVELOPERS | 34 |
|                                                                              | 26.4  |

Page 184

TARGET RESEARCH GROUP INC.
APPLICATION DEVELOPERS STUDY (#103-15151)

Table 43

GENDER

|  | TOTAL ----- |
|---|---|
| BASE: TOTAL RESPONDENTS | 152 |
| MALE | 135 88.8 |
| FEMALE | 17 11.2 |
| DON'T KNOW | 0 0 |

# EXHIBIT G

1   ORRICK, HERRINGTON & SUTCLIFFE LLP
    KAREN G. JOHNSON-MCKEWAN (SBN 121570)
2   kjohnson-mckewan@orrick.com
    ANNETTE L. HURST (SBN 148738)
3   ahurst@orrick.com
    GABRIEL M. RAMSEY (SBN 209218)
4   gramsey@orrick.com
    405 Howard Street, San Francisco, CA  94105
5   Tel: 1.415.773.5700 / Fax: 1.415.773.5759
    PETER A. BICKS (*pro hac vice*)
6   pbicks@orrick.com
    LISA T. SIMPSON *pro hac vice*)
7   lsimpson@orrick.com
    51 West 52nd Street, New York, NY  10019
8   Tel: 1.212.506.5000 / Fax: 1.212.506.5151

9   BOIES, SCHILLER & FLEXNER LLP
    DAVID BOIES (*pro hac vice*)
10  dboies@bsfllp.com
    333 Main Street, Armonk, NY  10504
11  Tel: 1.914.749.8200 / Fax: 1.914.749.8300
    STEVEN C. HOLTZMAN (SBN 144177)
12  sholtzman@bsfllp.com
    1999 Harrison St., Ste. 900, Oakland, CA  94612
13  Tel: 1.510.874.1000 / Fax: 1.510.874.1460

14  ORACLE CORPORATION
    DORIAN DALEY (SBN 129049)
    dorian.daley@oracle.com
15  DEBORAH K. MILLER (SBN 95527)
    deborah.miller@oracle.com
16  MATTHEW M. SARBORARIA (SBN 211600)
    matthew.sarboraria@oracle.com
17  RUCHIKA AGRAWAL (SBN 246058)
    ruchika.agrawal@oracle.com
18  500 Oracle Parkway,
    Redwood City, CA 94065
19  Tel: 650.506.5200 / Fax: 650.506.7117

20  *Attorneys for Plaintiff*
    ORACLE AMERICA, INC.

21              UNITED STATES DISTRICT COURT

22            NORTHERN DISTRICT OF CALIFORNIA

23              SAN FRANCISCO DIVISION

| | |
|---|---|
| 24  ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| 25              Plaintiff, | **EXHIBITS D, G, AND I TO EXHIBIT 9 TO THE DECLARATION OF ANDREW D. SILVERMAN** |
|         v. | |
| 26  GOOGLE INC. | Hearing:  April 27, 2016, 8:00 a.m. |
|              Defendant. | Dept.: Courtroom 8, 19th Floor |
| 27 | Judge: Honorable William H. Alsup |
| 28 | |

## MANUAL FILING NOTIFICATION

<u>Regarding:  Manually Filed Portions of Exhibit 9 to the Declaration of Andrew D. Silverman in Support of Oracle's Motions in Limine</u>

This filing is in physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served shortly.

For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

☐  Unable to Scan Documents

☐  Physical Object (please describe):

☐  Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☐  Item Under Seal in Criminal Case

☐  Conformance with the Judicial Conference Privacy Policy (General Order 53)

☑  Other (please describe):  Exhibits D, G, and I to the Expert Report of Dr. Itamar Simonson, attached as Exhibit 9 to the Declaration of Andrew D. Silverman, are Microsoft Excel spreadsheets containing a significant amount of data in many cells across multiple sheets.  If printed or converted to a PDF file, the documents would span many pages and would be unwieldy to use.

Dated: March 23, 2016

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
ANDREW D. SILVERMAN

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

- 1 -

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action.  My

business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park,

California 94025.  On March 23, 2016, I served the following document(s):

> **NOTICE OF MANUAL FILING RE: PORTIONS OF EXHIBIT 9 TO THE DECLARATION OF ANDREW D. SILVERMAN IN SUPPORT OF ORACLE'S MOTIONS IN LIMINE**
>
> **MANUALLY FILED PORTIONS OF EXHIBIT 9 TO THE DECLARATION OF ANDREW D. SILVERMAN**

on the interested parties in this action by electronic service [Fed. Rule Civ. Proc. 5(b)] by

electronically mailing true and correct copies to: DALVIK@kvn.com

I declare under penalty of perjury under the laws of the State of California that the above

is true and correct.

Executed on March 23, 2016, at San Francisco, California.


José E. Valdés

TRG 15151 Application Developers

January 26, 2016

**Q15/6 Series       Factors/Considerations**
**Q4A/4B             Things would want to know about platform**

**User Base/Market Share/Demand/Popularity/Return (Net)**
**Size of User Base (SubNet)**
**Economic Considerations (Sub-SubNet)**
001  The remuneration/was able to make money/get paid
002  Profitability/return on investment (ROI)
003  Other Economic Considerations Mentions (List)

**Market Growth (Sub-SubNet)**
004  Adoption rate
005  Projected market share/future of platform
006  Market share was growing/becoming more popular/they were capturing the market
007  Is app marketable/is there a need/market for it/the app
008  Where does it fit in the current market/to see what's already in the market/is this a new app/idea
009  The growth of mobile applications/wanted to get into the growing mobile market
010  The marketplace/market considerations (Unspec)
011  Java is the fastest growing language in the world [DN w/ Java]
013  Other Market Growth Mentions (List)

**Company Related (Sub-SubNet)**
014  What company is behind the platform
015  (Like) The company/brand (Apple, Google, etc)
016  They are market leaders/major competitors
017  Other Company Related Mentions (List)

**Miscellaneous Size of User Base**
018  Number of users/(current) market share/penetration/demand [this code already checked]
019  Had the most users/biggest market share (at the time)
020  Number of devices/how many devices use that platform [DN w/ Device Related]
021  Other Miscellaneous Size of User Base Mentions (List)

**Miscellaneous User Base/Market Share/Demand/Popularity/Return**
022  Other Miscellaneous User Base/Market Share/Demand/Popularity/Return Mentions (List)

**Demographics/Description of User Base (Net)**
023  Target market/demographic/who is the audience/customer
024  (Are) Users more affluent/have more spending power
025  Has a focus on business/business users
026  Other Demographics/Description of User Base Mentions (List)

**Development Issues (Net)**
**Time/Effort of Development (SubNet)**
027  Ease of use/ease/difficulty of development
028  Ease of learning language/how fast can I learn the system/language
029  Time required/time to market
030  Integration/ease/ability of adapting current code to different platforms
031  Other Time/Effort of Development Mentions (List)

TRG 15151 Application Developers

January 26, 2016

**Development Costs (SubNet)**
032  Cost to develop
033  Costs less to develop for that platform/operating system
034  Cost of development tools/fees required to develop for that program
035  (Is it) Free/no cost for tool/license
036  (If I) already had the computer/didn't not need to get another computer
037  Other Development Costs Mentions (List)

**Support/Development Environment (SubNet)**
038  Support/resources available
039  Development environment/is it environmentally friendly
040  Documentation/availability/quality of documentation
041  Development/integration tools available/what is the SDK/API access
042  Framework/is there a framework available to develop applications
043  Examples/test environments/other applications I could look at/learn from
044  Other Support/Development Environment Mentions (List)

**Programming Language (SubNet)**
**Familiarity with Platform/Language (Sub-SubNet)**
**Java (Sub-Sub-SubNet)**
045  It's Java/(Android is) built on Java
046  Have experience with Java/used Java before
047  Easy to transition to because it's Java-based
048  Easy to pick up because it's similar to Java
049  Easy to program for because it's Java/Java-based
050  Samsung supports Java language
051  Was learning the language for Android which was Java so it was easy
052  Learned Java in school
053  Easy to develop with Java on Android
054  Standard Java-based language

**Miscellaneous Familiarity with Platform/Language**
055  Had exposure to it already/already knew the language/built on a language I already knew
056  Worked (exclusively) on that platform since school/throughout my career
057  Other Miscellaneous Familiarity with Platform/Language Mentions (List)

**Miscellaneous Programming Language**
058  Programming language (of platform)/like the programming language
059  Other Miscellaneous Programming Language Mentions (List)

**Miscellaneous Development Issues**
060  Availability of developers to work on platform/project
061  Other Miscellaneous Development Issues Mentions (List)

**Platform (Net)**
062  The platform/what platform it's built on
063  Operating system of platform
064  (Is) Platform open/is it open-source
065  It was new/a new platform/was curious about platform
066  Why they chose the platform/what makes platform new/different
067  Capabilities of platform
068  Security/secure platform
069  Other Platform Mentions (List)

TRG 15151 Application Developers

January 26, 2016

**Device Related (Net)**
070  Have/like the device (I have an iPhone, fan of Android phones)
071  What devices the platform was on
072  Features of device: resolution, speakers, etc.
073  Other Device Related Mentions (List)

**Commitment to Project (Net)**
074  Marketing plans/how will it be marketed
075  (Whether) Company is/was behind project/product
076  App store/interface for selling app
077  Other Commitment to Project Mentions (List)

**Application Specific (Net)**
078  (Understanding) The application requirements
079  Functionality/purpose of application/what they want it to do
080  Whether I like it/if it is an app that interests me
081  User interface (UI)/experience
082  Other Application Specific mentions (List)

**Compatibility (Net)**
083  Compatibility with other devices/operating systems/platforms
084  Other Compatibility Mentions (List)

**Fit My Interests/Lifestyle (Net)**
085  Love/enjoy programming
086  Wanted to learn/stay fresh/current/keep up with technology/stay relevant
087  Something that I found interesting/something I wanted to get into
088  Other Fit My Interests/Lifestyle  Mentions (List)

**Miscellaneous**
089  The needs of the client/it was my job/client/company requested
090  Number of jobs available developing applications on that platform
091  Number of other people developing for that program
092  The technology/technological potential
093  The analytics
094  Scalability
095  Why I would be doing it/what is the point?/is it worthwhile
096  Is it legal/are their copyright issues
097  Other Miscellaneous Mentions (List)

098  None/Don't know/No others

TRG 15151 Application Developers
January 26, 2016

**Q2B/3B   Reasons Most/Second Most Important Factor**

**User Base/Market Share/Demand/Popularity/Return (Net)**
**Size of User Base (SubNet)**
**Economic Considerations (Sub-SubNet)**
**Return on Investment (Sub-Sub-SubNet)**
001  Determines/ensures return on investment/knowing you will recoup/not lose your money
002  Would want the most bang for your buck/largest return
003  Other Return on Investment Mentions (List)

**Miscellaneous Economic Considerations**
004  Financial considerations/it must make financial sense (Unspec)
005  Profitability/want to make money/the product must make money
006  Determines how much money you make/would want larger profits/to make more money
007  Determines/generates (more) business/sales/would want more sales/downloads
008  Determines how fast you make money
009  My livelihood depends on it/I need the work/want to continue working
010  Other Economic Considerations Mentions (List)

**Market Growth (Sub-SubNet)**
011  Would want/need a growing market/customer base
012  Other Market Growth Mentions (List)

**Company Related (Sub-SubNet)**
013  Other Company Related Mentions (List)

**Miscellaneous Size of User Base**
014  Indicates/determines the popularity/size of user base
015  Would want the largest amount of users/to reach as many people as possible
016  Other Miscellaneous Size of User Base Mentions (List)

**Miscellaneous User Base/Market Share/Demand/Popularity/Return**
017  You want an audience/user base/no use creating an application if no one would use it/buy it
018  We build apps for the users/customers
019  Need to support (any) platforms that customers use
020  Other Miscellaneous User Base/Market Share/Demand/Popularity/Return Mentions (List)

**Development Issues (Net)**
**Time/Effort of Development (SubNet)**
**Time of Development (Sub-SubNet)**
021  Determines the time it takes/how fast we can work/develop the application
022  It takes time to develop/concerned about the time I'm investing
023  Other Time of Development Mentions (List)

**Miscellaneous Time/Effort of Development**
024  Determines the effort involved/would want it to be easy to use/develop
025  Programming/development is impossible/too difficult without it
026  Easier if the platform/language is similar to what we already work with
027  Some platforms/frameworks are horrible to use/write for
028  Other Miscellaneous Time/Effort of Development Mentions (List)

January 26, 2016

**Development Costs (SubNet)**
029  Concerned about the costs/cost of development running high (Unspec)
030  Concerned about the budget/need to develop within budget
031  Have limited resources (for development)
032  Other Development Costs Mentions (List)

**Support/Development Environment (SubNet)**
033  Important to have/need good development/integration tools
034  Need a good/friendly infrastructure/support environment
035  Other Support/Development Environment Mentions (List)

**Programming Language (SubNet)**
036  Familiarity with the platform/language/prefer to use a language I already know
037  Determines/need to know which (new) languages/platforms I have to learn/keep up with
038  Would want to reuse existing code (rather than writing from scratch)
039  Other Programming Language Mentions (List)

**Miscellaneous Development Issues**
040  Determines how many qualified developers are available/how easy it is to find them
041  Other Miscellaneous Development Issues Mentions (List)

**Platform (Net)**
042  I like/am satisfied with other platform/OS/what I use now: Android, Apple/iOS
043  Don't (usually) develop for Microsoft/Windows
044  Don't (usually) develop for Blackberry
045  Want/expect good performance from platform: speed, stability, etc.
046  Other Platform Mentions (List)

**Commitment to Project (Net)**
047  Determines investment/funding for the project/would need client/company investment
048  Other Commitment to Project Mentions (List)

**Application Specific (Net)**
**Functionality (SubNet)**
049  Effects/determines the functionality of the application
050  Need/want to improve/upgrade applications/add additional features/functionality
051  Mentions of specific applications/functionalities being developed
052  Other Functionality Mentions (List)

**Miscellaneous Application Specific**
053  Application needs to be usable/otherwise people couldn't use the app
054  Would want application to serve a need/be useful/benefit users
055  Would want app to be easy for customers to use/learn
056  (For the) user interface/experience
057  Other Application Specific Mentions (List)

**Compatibility (Net)**
058  Would want it to run on multiple devices/platforms
059  Needs to be mobile compatible/run on mobile devices (as well as desktop)
060  Other Compatibility Mentions (List)

5

January 26, 2016

**Miscellaneous**
061  It's important/necessary (Unspec)
062  Based on my experience
063  Makes it worthwhile/otherwise it would be a waste of time
064  Determines it's success/viability/sustainability
065  Problems with hackers/identity theft/data breaches
066  Develop applications for/sell to clients/need to satisfy our clients
067  Would/might need to scale up/hire more people/developers
068  Concerned with the technology being used/if it's new technology
069  It's a competitive market/users have many options
070  Other Miscellaneous Mentions (List)

071  Non-responsive answer

TRG 15151 Application Developers
January 26, 2016

**Q7/Q8    Reasons for rating capability of learning/creating language**

**Positive (Grand Net)**
**I Am Experienced/Know/Can Learn How to Do This (Net)**
**Background/Experience (SubNet)**
**Java Experience (Sub-SubNet)**
001  Jumped onto Android using Java when I was a proficiency plus programmer
002  Have experience with Java
003  I was a project manager at micro systems during the development of Java
004  We've switched our language to swift and switched from Java to Kotlin
005  Every programming language is route at Java Script and Java [DN w/ Skills/Tasks Are Interrelated]

**Miscellaneous Background/Experience**
006  My background/this is what I do/this is my job/specialty
007  I have done this before/already know how to do this (learn new languages, write new languages)
008  Learn new languages all the time/always learning new stuff/have learned many languages in the past
009  I know/have experience with many/multiple languages/platforms
010  Other Miscellaneous Background/Experience Mentions (List)

**Skills/Tasks Are Interrelated (SubNet)**
011  Application languages are all similar/once you know one/some/it's easy/possible to learn/create another
012  Can implement the application IoC/can use generic/reusable sections
013  Other Skills/Tasks Are Interrelated Mentions (List)

**Can Learn How to Do It (SubNet)**
014  I can learn it/can learn the skill/language/can learn new skills
015  I'm a fast learner/can learn to do this quickly
016  Would be easy to learn/figure out
017  Other Can Learn How to Do It Mentions (List)

**Miscellaneous I Am Experienced/Know/Can Learn How to Do This**
018  I/we can do this/have the skills required to do this
019  I have confidence in my skills/not a problem for someone with my skill set/I'm a good programmer
020  Other Miscellaneous I Am Experienced/Know/Can Learn How to Do This Mentions (List)

**Support/Resources (Net)**
021  There would be (a lot of) support (examples, tutorials, information on the internet)
022  Would hire the right/best people/have a large/diverse team
023  Other Support/Resources Mentions (List)

**Miscellaneous Positive**
024  I like/don't mind (learning) new technology
025  Like/enjoy programming
026  Have to be able to keep up/technology moves quickly today
027  Easy to use/do/not too difficult
028  It's possible/could be done given the right circumstances
029  Other Miscellaneous Positive Mentions (List)

TRG 15151 Application Developers

January 26, 2016

**Reasons Not to Do It (Grand Net)**
**Have Never Done This/Not in My Skill Set (Net)**
030  Have never done this before
031  Not really what I do/not that experienced with coding/not a developer
032  Don't know how to do this/don't have the skills/knowledge/ability to do this
033  Requires interaction with the hardware device/knowledge about hardware that I don't have
034  Only know how to work with (multiple) existing languages
035  Other Have Never Done This/Not in My Skill Set Mentions (List)

**Would Be Difficult to Learn/Do (Net)**
036  It's not easy/would be difficult
037  It would be hard to learn/a huge learning curve
038  Developing a (new) language is different/harder/more complicated than merely using a language
039  Other Would Be Difficult to Learn/Do Mentions (List)1

**Not Worthwhile/Wouldn't Bother (Net)**
040  Have other/more important things to focus on/better ways to spend my time
041  Not a worthwhile endeavor/wouldn't relate to anything/no benefit in learning/creating language
042  Don't see the point of inventing new a language/better to use an existing language/seems like reinventing the wheel
043  Already so many/too many languages out there
044  Other Not Worthwhile/Wouldn't Bother Mentions (list)

**Miscellaneous Reasons Not to Do It**
045  Don't want to do this/no interest
046  Don't like doing it/not something I would enjoy
047  Would be a lot of work
048  Too time consuming/don't have the time to do this
049  Requires more resources than I have/would need a whole team
050  Other Miscellaneous Reasons Not to Do It Mentions (List)


**Non-Committal (Grand Net)**
**Time-Related (Net)**
051  Depends on the time/as long as I have the time
052  Would take (a long) time/not something that can be done quickly
053  Other Time-Related Mentions (List)

**Depends on Specifics of Project (Net)**
054  Depends on the specifics of the project/would need more details to be able to say for sure/rate accurately
055  Depends on the language
056  Depends on the type of application
057  If the language is user-friendly like Java
058  Other Depends on Specifics of Project Mentions (List)

**Depends on Support/Resources (Net)**
059  Depends on the documentation/if I have (good) documentation
060  I would need help/depends on the help/support I can get
061  Other Depends on Support/Resources Mentions (List)

January 26, 2016

**Miscellaneous Non-Committal**
062  Depends if it will be worthwhile/have a future/if it will have a user base
063  Depends on the level of difficulty/if not too difficult
064  Depends on whether it is modular/backwards API capability
065  Would be new to me/hard to say since I haven't done it before
066  Wouldn't be 100% ready/know how to do it up to a limit
067  Other Miscellaneous Non-Committal Mentions (List)


068  Don't know

# EXHIBIT I

ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
GABRIEL M. RAMSEY (SBN 209218)
gramsey@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON *pro hac vice*)
lsimpson@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
RUCHIKA AGRAWAL (SBN 246058)
ruchika.agrawal@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE INC.<br><br>        Defendant. | Case No. CV 10-03561 WHA<br><br>**EXHIBITS D, G, AND I TO EXHIBIT 9 TO THE DECLARATION OF ANDREW D. SILVERMAN**<br><br>Hearing:  April 27, 2016, 8:00 a.m.<br>Dept.: Courtroom 8, 19th Floor<br>Judge: Honorable William H. Alsup |

# **MANUAL FILING NOTIFICATION**

<u>Regarding:  Manually Filed Portions of Exhibit 9 to the Declaration of Andrew D. Silverman in Support of Oracle's Motions in Limine</u>

This filing is in physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served shortly.

For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

☐   Unable to Scan Documents

☐   Physical Object (please describe):

☐   Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☐   Item Under Seal in Criminal Case

☐   Conformance with the Judicial Conference Privacy Policy (General Order 53)

☑   Other (please describe):  Exhibits D, G, and I to the Expert Report of Dr. Itamar Simonson, attached as Exhibit 9 to the Declaration of Andrew D. Silverman, are Microsoft Excel spreadsheets containing a significant amount of data in many cells across multiple sheets.  If printed or converted to a PDF file, the documents would span many pages and would be unwieldy to use.

Dated: March 23, 2016

                                    ORRICK, HERRINGTON &
                                    SUTCLIFFE LLP

                                    By: _____
                                        ANDREW D. SILVERMAN

                                    *Attorneys for Plaintiff*
                                    ORACLE AMERICA, INC.

- 1 -

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025.  On March 23, 2016, I served the following document(s):

**NOTICE OF MANUAL FILING RE: PORTIONS OF EXHIBIT 9 TO THE DECLARATION OF ANDREW D. SILVERMAN IN SUPPORT OF ORACLE'S MOTIONS IN LIMINE**

**MANUALLY FILED PORTIONS OF EXHIBIT 9 TO THE DECLARATION OF ANDREW D. SILVERMAN**

on the interested parties in this action by electronic service [Fed. Rule Civ. Proc. 5(b)] by electronically mailing true and correct copies to: DALVIK@kvn.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 23, 2016, at San Francisco, California.


_____
José E. Valdés