# EXHIBIT 12

# Google

# Project Android Software Overview

Google CONFIDENTIAL

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY     Oracle America v. Google, 3:10-cv-03561-WHA     GOOGLE-03-00147537

Google

Android

4

**Applications**: Home, Dialer, Contacts, Browser, ...

**System Services**: Status Bar, Menus, ...

**MIDP Apps**

**Application Framework**: View System, Activity Mgr, Package Mgr, Content Providers, Telephony, Window Mgr, Resource Mgr

**MIDP/JSRs**

**Runtime**: Core Java Libs, Java Virtual Machine

**Libraries**: SurfaceMgr, PixelFlinger, Codecs (MP3, H.264, PNG, JPEG, ...), FreeType, SGL, SSL, SQLite, LibWebCore, Libc

**Linux Kernel**: Drivers

Google CONFIDENTIAL

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-03-00147540