# EXHIBIT 13

| From: | Cédric Beust ♛ . | | Sent:11/13/2006 7:12 AM. |
|---|---|---|---|
| To: [ - ] | David Turner. | | |
| Cc: [ - ] | android-team@google.com; cdibona@google.com. | | |
| Bcc: [ - ] | . | | |
| Subject: | Re: [android-team] Fwd: Java News from Sun. | | |

Here is the current word:

Unmodified GPL2 for our SE, ME, and EE code. GPL2 + Classpath exception for the SE libraries. Javac and HotSpot and JavaHelp code drops today. The libraries to follow, with pain expected fighting through the encumbrances. Governance TBD, but external committers are a design goal. No short-term changes in the TCK or JCP.

Broader than I expected.

I would already be happy if we can just drop in their libraries, but still not sure it's compatible with their licensing choices.

--
Cedric

On 11/13/06, David Turner <digit@google.com> wrote:

Very frankly, I wouldn't be surprised if the Classpath exception did not cover ME,
there are millions of royalties to be made in cellphones, set-top-boxes and even
Blue-Ray players, including the PS3 (yes, all interactive features of Blue Ray require
a JVM along with standard J2ME class libraries) !! Though I doubt it will be
enough to pay back their investments in Java in less than 20 years.

On 11/13/06, Brian Swetland < swetland@google.com> wrote:

[Andy Rubin < arubin@google.com>]
> "However, Sun is employing the so-called "classpath exception," a
> license addition that allows the company to place limits on the
> software that the GPL covers, Green said.
>
> The effect is that programmers who create applications using Sun's
> open-source versions of Java can use choose a different license for
> their applications, he said. "
>
> > http://news.com.com/Sun+picks+GPL+license+for+Java+code/
> >2100-7344_3- 6134584.html?tag=nefd.top

Aha, here's the trick (same article):

"In the case of Java SE (Java Standard Edition), we're enhancing (the
GPL) with the classpath exception," Green said. "So when you're working
on top or shipping applications with the (Java) libraries and virtual
machine, you're not affected by the Java license."

If that really means *only* SE (which seems likely based on his
phrasing), and ME is GPL-only, it effectively prevents you from
using it in most any embedded product unless the entire thing is GPL.

Cute.

It'd be nice if somebody made a stink about this and called Sun on it

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00025477

(should it turn out to be correct, which I expect is likely). Sadly,
nobody ever does call them on stuff like this.

Brian

---

android-team mailing list
android-team@google.com
https://mailman.corp.google.com/mailman/listinfo/android-team

---

android-team mailing list
android-team@google.com
https://mailman.corp.google.com/mailman/listinfo/android-team

--
Cédric

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-01-00025478