# EXHIBIT 16

Highly Confidential-Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4

 5   _____

 6   ORACLE AMERICA, INC.,   )

 7         Plaintiff,        )

 8      vs.                  ) No. CV 10-03561 WHA

 9   GOOGLE, INC.,           )

10         Defendant.        )

11   _____)

12

13

14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15

16

17      Videotaped Deposition of BRIAN J. SWETLAND,

18      taken at 333 Twin Dolphin Drive, Suite 400,

19      Redwood Shores, California, commencing at

20      9:40 a.m., Thursday, July 7, 2011, before

21      Leslie Rockwood, RPR, CSR No. 3462.

22

23

24

25   PAGES 1 - 188
```

Page 1

**Page 138**

1  license?
2  A. The intent here, I believe, again, is that
3  they are -- they are non-permissive, you know, licenses,
4  which when combined with other work, you know, cause
5  issues -- compliance issues around source release and
6  redistribution and so on.
7  Q. Okay. So this will be -- this is another
8  earlier exhibit number, 72.
9  What is Exhibit 72?
10 A. It apparently is an email from an engineer on
11 the Android team. Give me a moment to read it here.
12 So this appears to be an email thread
13 discussing Sun's announcement of open sourcing Java.
14 Q. So Sun did open source Java at the end of
15 2006; is that your recollection?
16 A. I believe that's the case, though this may
17 be -- this implies -- this implies that, yeah, the --
18 what is it? Does it say specifically here? The email
19 thread seems to imply that, yes, that's when it happened.
20 Q. Mr. Baust wrote: "I would already be happy
21 if we can just drop in their libraries, but still not
22 sure it's compatible with their license choices."
23 Would you have been happy to drop in Sun's
24 libraries into Android at that point?
25 A. Based on the specifics of their licensing,

**Page 139**

1  no, because they would be incompatible with our policy of
2  not using GPL for core libraries.
3  Q. So I'm -- and so Google for Android, in any
4  event, did not end up including Sun's open source Java
5  core libraries in Android?
6  A. The decision was made specifically not to do
7  so because the term -- the terms of the licensing were
8  inappropriate for the platform.
9  Q. Because I do want to be very clear about it,
10 Sun offered the core libraries for no charge, and Google
11 did not accept them; is that correct?
12 MR. PAIGE: Object to the form.
13 THE WITNESS: Sun released their libraries
14 under a specific license, which for the mobile version of
15 their platform would have made it impossible for OEMs and
16 potentially developers to develop commercial software for
17 that platform, which made it a -- you know, from a
18 license standpoint, useless for Android.
19 Q. BY DR. PETERS: So it was to protect OEMs and
20 commercial developers that Google did not incorporate a
21 free-of-charge version of Sun's core libraries into
22 Android; is that right?
23 MR. PAIGE: Object to the form.
24 THE WITNESS: Again, I can't necessarily
25 speak for all the business-level decisions, but my

**Page 140**

1  understanding of the license options provided on this
2  open source release were that the mobile -- you know, the
3  mobile -- the smaller version of these libraries that
4  would be appropriate for the Android platform had a
5  license that was incompatible with the license chosen for
6  the Android platform.
7  Q. BY DR. PETERS: And the -- just because I'm
8  having trouble getting a "yes" or "no" answer from you,
9  the Sun core libraries were made available under license
10 for no charge by Sun; is that right?
11 MR. PAIGE: Object to the admonishment and to
12 the form.
13 THE WITNESS: The -- my understanding is that
14 they were available under the GPL license, which does not
15 have a direct monetary charge associated, but has a
16 series of restrictions and requirements that, you know,
17 restrict the use of, you know, software under that
18 license.
19 Q. BY DR. PETERS: And the -- and so even though
20 Sun's Open Source Java was available without charge, the
21 license restrictions were nevertheless not acceptable to
22 Google.
23 Do I have that right?
24 MR. PAIGE: Object to the form.
25 THE WITNESS: Again, it is difficult for me

**Page 141**

1  to speak for Google. From my understanding of the
2  project goals, yes, the license terms were incompatible
3  with the goals of the project.
4  Q. BY DR. PETERS: You wrote in Exhibit 72, this
5  November 13th, 2006 email: "It would be nice if somebody
6  made a stink about this and called Sun on it should it
7  turn out to be correct, which I expect is likely. Sadly,
8  nobody ever does call them on stuff like this."
9  What would you call Sun on?
10 A. I believe what I'm referring to here is the
11 fact they're generating significant press around how open
12 and unrestricted and, you know, wonderful Java is, when
13 in fact, the decision they clearly made here in, you
14 know, creating, you know, field-of-use barriers to the
15 language actually prevents it from being used openly in,
16 you know, whole classes of products.
17 That's a subtle issue, and it's not an issue
18 that articles talking about how awesome it was that
19 Sun -- or that Java is open source seemed to pick up on.
20 Q. But Linux is licensed under the GPL, isn't
21 it?
22 A. The Linux kernel is licensed under the GPL,
23 with a specific carve-out that says that user space code
24 running on that kernel is not affected by that license,
25 which is similar to the Classpath exception that Sun