# EXHIBIT 15

| | | |
|---|---|---|
| From: | Andy Rubin. | Sent: 5/7/2007 12:32 PM. |
| To: [ - ] | EMG. | |
| Cc: [ - ] | Erin Fors. | |
| Bcc: [ - ] | . | |
| Subject: | Sun announcement and JavaOne. | |

Hello,

I wanted to give you a heads-up that Sun plans to make another open source-related announcement at JavaOne on Tuesday.

Currently OpenJDK (https://openjdk.dev.java.net/) is Sun's Java open source effort. It is licensed under a dual-license strategy GPL and direct from Sun.

So far, they have open sourced only the implementations, not the specs.

On Tuesday I expect them to announce an operating system. Sun recently acquired the assets of SavaJe (which we passed on). During the time Google was in discussions with Sun about joining our effort, it was clear Sun wanted to move up the stack to provide a more significant portion of the platform. SavaJe was a pure JavaOS and suffered from over-complexity and too much reliance on the JCP (community process run by Sun). I believe the company ultimately failed for this reason.

As a refresher, here are some key differences:

1) We do not believe phones can be built using GPL software. OEMs and carriers need the ability to differentiate, and therefore cannot be required to open source their proprietary features (GPL's "copyleft" requires this). This is the trick Sun and others such as Real Networks use to lure licensees into a direct license (aka dual license). It is fraught with problems, such as requiring any community contributions to also be dual licensed. That means community development is monetized by Sun!

2) This particular announcement will be limited to an OS. It is not a complete phone stack, and will be missing, for example: a Web Browser, media codecs (video and audio), bluetooth, mms, MIDI synthesis (ring tone support), speech recognition, presence, instant messaging, SYNC-ML, 3D graphics, various JSRs where the spec lead did not agree to open source, etc. This missing technology will need to be licensed in by the OEM and will be integrated by the OEM, and therefore will have severe usability issues.

3) They were actively working on Linux support, but last heard it was a proprietary OS based on Plan 9

4) They will have great difficulty convincing semiconductor companies such as Qualcomm to support this because of GPL

It is clear to me that they are rushing this announcement because of what they learned from us during the the time we were negotiating with them. Last they were aware we were on schedule to announce at the Mossberg D conference, which is end of May.

There will continue to be noise made in this space and my recommendation is to stay the course. Our "product first" strategy is unique and effective.

- andy

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY   Oracle America v. Google, 3:10-cv-03561-WHA   GOOGLE-26-00005730