# EXHIBIT 18

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4

 5   _____

 6   ORACLE AMERICA, INC.,    )

 7        Plaintiff,          )

 8        vs.                 ) No. CV 10-03561 WHA

 9   GOOGLE, INC.,            )

10        Defendant.          )

11   _____)

12

13     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15

16     Videotaped Deposition of JOSHUA BLOCH,

17     at 333 Twin Dolphin Drive, Suite 400,

18     Redwood Shores, California, commencing

19     at 9:34 a.m., Friday, July 8, 2011,

20     before Leslie Rockwood, RPR, CSR No. 3462.

21

22

23

24

25   PAGES 1 - 246

                                                 Page 1
```

1    Q.  BY MR. JACOBS:  Have you read this?
2    A.  Almost done.
3    Q.  This is -- 215 is an email string between you
4  and Josh Bloch -- sorry -- and Jesse Wilson.
5    A.  Uh-huh.
6    Q.  Dated December 7th, 2009.
7    A.  Uh-huh.
8    Q.  You write on December 7, 2009, at 2:26 p.m.:
9  "Jesse, ooh, you put your hand into the buzz saw."
10   A.  Uh-huh.
11   Q.  "Josh."  Why did you write that?
12   A.  Because he mentioned sort of a verboten
13 topic.
14   Q.  What was the verboten topic?
15   A.  Using OpenJDK instead of Harmony in Android.
16   Q.  And why was -- why did you regard that as a
17 verboten topic?
18   A.  Because I'd heard it discussed before and
19 quickly the discussions would always end with, you know,
20 we can't do that.  Our partners can't use GPL code other
21 than the Linux kernel itself.
22   Q.  And when you're referring to "our partners,"
23 you mean the handset manufacturers?
24   A.  I don't know precisely which ones.
25   Q.  But by "partners" here, you mean?

Page 206

1    A.  Android partners, whomever they are.
2    Q.  And by "Android partners," you mean -- you
3  don't mean development partners, you mean users --
4    A.  I don't know who.  I haven't, you know, heard
5  it discussed in that level of detail, but some downstream
6  Android partners.
7    Q.  "Downstream" meaning they are recipients of
8  Android code?
9    A.  Yes.
10   Q.  What -- and remind me of Jesse Wilson's
11 relationship to the rest of the Android development
12 group.
13   A.  He was a member of their libraries and
14 virtual machine team until yesterday.
15   Q.  What happened yesterday?
16   A.  He's moving back to his native Waterloo to
17 join a different team at Google.
18   Q.  Waterloo?
19   A.  Ontario.
20   Q.  Did you have followup discussions with him
21 about this?
22   A.  Not that I recall.
23   Q.  Did you ever talk to him again about this
24 email exchange?
25   A.  Not that I recall.

Page 207

1    Q.  Did you have followup discussions with others
2  about whether OpenJDK could be used on Android in the
3  wake of this email?
4    A.  Not that I recall.
5    Q.  What did you -- you're on the Android team at
6  this point; correct?
7    A.  That was right near the end of my tenure on
8  the Android team, and to be honest with you, I don't
9  remember precisely what day I moved from the Android team
10 to the OPSO team.
11   Q.  You had participated in discussions in which
12 the question had been raised about the partners'
13 acceptance of code under the GPL, and you had concluded
14 that that was off limits; correct?
15   A.  It seemed unlikely.
16   Q.  That was -- and those discussions took place
17 while you were part of the Android team?
18   A.  Probably, yes.
19   Q.  And Jesse is part -- Jesse Wilson is part of
20 the Android team?
21   A.  Yes.
22   Q.  What did you conclude when you got this about
23 why he didn't know this already, that is, that the GPL
24 code would be a problem for the partners?
25       MR. PURCELL:  Object to the form.

Page 208

1        MS. MC GLONE:  Object to the form of the
2  question.
3        THE WITNESS:  The thought never crossed my
4  mind.
5    Q.  BY MR. JACOBS:  Well, you said --
6    A.  I didn't think about how he concluded.
7    Q.  You said you put your hand into the buzz saw,
8  meaning he's really stepped into it with this email;
9  right?
10   A.  Not so much, just, you know, hey, this is
11 likely to -- you know, this is unlikely to go anywhere
12 and might generate some sparks.
13   Q.  And did it?
14   A.  No.  If this is the end of the thread, it was
15 simply ignored.
16   Q.  And that's your best recollection --
17   A.  Best recollection, yep.
18   Q.  Do you agree with him that it will be a long
19 time until we meet feature and quality parity with
20 OpenJDK?
21   A.  The "we" that he was talking about was
22 Harmony, and in the meantime, Android has run ahead of
23 Harmony, you know, in part I guess because they weren't
24 accepting contributions from us.  Actually, I don't know
25 that they aren't accepting any contributions from us.  I

Page 209

53 (Pages 206 - 209)