# EXHIBIT 19

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-01-00066237

Google CONFIDENTIAL

# Project Android



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY
Oracle America v. Google, 3:10-cv-03561-WHA
GOOGLE-01-00066238

# Android

## Attendees

**Google**
| | | |
|---|---|---|
| Andy Rubin | Engineering Director | Android |
| Steve Horowitz | Engineering Director | Android |
| Rich Miner | Business Development | Android |
| Ethan Beard | Business Development | Android |
| Brian Swetland | Software Engineer | Android |
| Mike Cleron | Software Engineer | Android |
| Hiroshi Lockheimer | Engineering Program Manager | Android |
| Keva Nelson | Engineering Program Manager | Android |

**LG**
| | | |
|---|---|---|
| Hyun Park | Vice President | Business Development |
| David Cho | Sr. Manager | Business Development |
| Hwa Young Lee | Engineer | Business Development |
| Sean Kil | Sr. Manager | Product Planning |
| Jae keun Kim | Manager | R&D Planning |
| Yong duk Cha | Chief Research Engineer | Product Design |
| Yong hee Lee | Chief Research Engineer | Mechanical Engineering |
| In Hwan Park | Chief Research Engineer | |
| Jeong Jun An | Chief Research Engineer | Software Engineering |
| Do Jip Kim | Research Engineer | Software Engineering |
| Jin Kyu Choi | Research Engineer | Software Engineering |
| Bum suk Lee | Research Engineer | Hardware Engineering |



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY
Oracle America v. Google, 3:10-cv-03561-WHA
GOOGLE-01-00066245
Google CONFIDENTIAL

