# EXHIBIT 20

**PURSUANT TO PROTECTIVE ORDER, CONTAINS MATERIAL DESIGNATED
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"**

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:     (212) 556-2100
Fax:     (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>             Plaintiffs,<br><br>       v.<br><br>GOOGLE INC.,<br><br>             Defendant. | Case No.  CV 10-03561 WHA<br><br>**DEFENDANT GOOGLE INC.'S SECOND SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S INTERROGATORIES, SET 5 (NOS. 26 – 37)**<br><br><br>Dept.        Courtroom 8, 19th Fl.<br>Judge:       Hon. William Alsup |

1003318

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1  [BEGIN *HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY* MATERIAL HERE]

2  **INTERROGATORY NO. 37:**

3      Identify all licenses GOOGLE has taken in connection with the development or release of
4  any version of ANDROID.

5  **FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 37:**

6      In addition to its General Objections, Google objects to this Interrogatory as vague and
7  ambiguous as to the phrases "licenses Google has taken," "in connection with," "development or
8  release," "any version of Android," and "Android."  Google also objects to this Interrogatory as
9  overly broad, unduly burdensome, not relevant to any claim or defense in this lawsuit, and not
10  reasonably calculated to lead to the discovery of admissible evidence to the extent that it seeks
11  information related to operations of Google outside of the United States having no connection
12  with the United States, and to the extent that it seeks information unrelated to the copyright
13  infringement allegations set forth in Plaintiff's Amended and Supplemental Complaints.  Google
14  further objects to this Interrogatory as improperly compound and containing multiple distinct sub-
15  parts.  Google further objects to this Interrogatory to the extent it attempts to reopen discovery on
16  issues, events, transactions, and/or occurrences that could have, and should have been addressed,
17  if at all, prior to the original trial.

18      Subject to and without waiving the foregoing objections and the General Objections, and
19  to the extent that Google understands this interrogatory, Google states that Android uses approved
20  open source licenses, as well as receives contributions via Contributor License Agreements.  *See*
21  https://source.android.com/source/licenses.html.

22      Google further states that it is developing Android versions using OpenJDK, which is a
23  free and open source implementation of the Java Platform, Standard Edition (Java SE) and is
24  made available under the GNU General Public License, version 2 (GPLv2), with the Classpath
25  Exception.

26  [END *HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY* MATERIAL HERE]

27  //

28  //

1

1003318