# EXHIBIT 22

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
 5   ORACLE AMERICA, INC.,
 6         Plaintiff,
 7              vs.         No. 3:10-cv-03561-WHA
 8   GOOGLE, INC.,
 9         Defendant.
10   _____
11                    CONFIDENTIAL
12
13      VIDEOTAPED DEPOSITION OF ANDREW JOHN HALL
14      CONTAINING ATTORNEYS' EYES ONLY PORTIONS
15               San Francisco, California
16                Friday, March 4, 2016
17                      Volume I
18
19
20   REPORTED BY:
21   REBECCA L. ROMANO, RPR, CSR No. 12546
22   JOB NO.  2241703
23
24   PAGES 1 - 280
25   PAGES 266 - 279 ARE ATTORNEYS' EYES ONLY
```

Page 1

**Page 54**

1  I generally do, but I haven't thought
2  not that specific point.
3       Q.   So you have no knowledge whether OEMs
4  have expressed acceptance or rejection, one way or
5  the other, of Android including OpenJDK-based
6  libraries; is that fair?
7       A.   Can you say it again.
8       Q.   You have no -- break it down.
9            You have no knowledge whether OEMs have
10 expressed acceptance over Google's decision to use
11 OpenJDK libraries in Android, right?
12      A.   When you say "acceptance," can you help
13 me -- OEMs' acceptance of their inclusion in
14 Android?
15           I mean, Google included them in Android.
16 So when you say "acceptance," what do you mean by
17 acceptance?
18      Q.   Whether OEMs have expressed any sort of
19 approval or hesitation or concern whether -- that
20 Google is choosing to release part of the core
21 libraries under a copyleft license.
22      A.   I -- I'm trying to remember.  So part of
23 my job is obviously being aware of trends and
24 developments in the industry.  I don't recall
25 reading OEM reactions to the news of OpenJDK.  I

**Page 55**

1  think I would have read reactions of others.  I
2  don't -- I don't specifically recall reading
3  reactions of OEMs to the inclusion of the OpenJDK.
4  And some of that is going to be that they're not
5  using that version of Android just yet.
6       Q.   In fact, there's no actual version of
7  Android that has OpenJDK in it, right?
8            MR. KWUN:  Objection.  Form.
9            THE DEPONENT:  Yeah, there is.  It's
10 available online.
11      Q.   (By Ms. Caridis)  Are you familiar with
12 Google's definition of what a version of Android is?
13      A.   Oh, like a major version or a minor
14 version of Android?
15      Q.   Or just a version.
16           MR. KWUN:  Objection.  Form.
17           THE DEPONENT:  So in programming,
18 companies -- different companies use different ways
19 for designating something.  It's what they call a
20 major version.  So 3.0 would be a major version.  A
21 minor version would be 3.1, for example.  It's also
22 common projects.
23           They also will have their own
24 conventions.  I'm not specifically aware of
25 Android's convention for determining whether

**Page 73**

1  products written with?
2       A.   It's -- it's been long enough, I'm not
3  sure, I think it -- again, I think it was either C
4  or C-sharp -- or I'm sorry -- C++.
5       Q.   Do you recall doing any programming in
6  the Java programming language, while at the
7  subsidiary of Raven?
8       A.   No.  My experience with Java is solely
9  from personal development, projects on my own time.
10      Q.   Can you tell me about the projects on
11 your own time that you have experienced Java with?
12      A.   Sure.  Yeah.
13           So I remember one thing I had done
14 and this -- this is actually pretty representative
15 of the projects that they were -- but one project
16 that really sticks out in my mind was -- I'm a bit
17 of an audiophile so I love music.  And I would sign
18 up with different services and -- so Rhapsody, I
19 was on that one for awhile.  And on Spotify and
20 other ones.
21           But what would happen is I would build
22 these really long playlists where I'd spend hours
23 and hours and hours on.  And then if I wanted to
24 move service from Rhapsody to Spotify, for example,
25 often there wouldn't be a way to move those

**Page 74**

1  playlists.
2            And so I remember one project was
3  specifically working with the API of a service -- I
4  developed a little program that would pull all that
5  data out one piece at a time, and then go over to
6  the API, the new service, and put that all data in
7  one at a time.  So it was a very simple -- those
8  are type of projects.  So if there's something like
9  that, where it's like, wow, I can automate this,
10 make this go much quicker, those -- those sorts of
11 projects.
12      Q.   And did you -- when you were at the --
13 Ohio State --
14      A.   Uh-huh.
15      Q.   -- did you take any courses in Java?
16      A.   I -- not -- I don't think specifically in
17 Java.  So they used a academic version of C, is
18 what they called it at the time.  It was called
19 Resolve, I believe.  Resolve C.
20           I don't remember taking a Java specific
21 class.  I -- I don't remember taking one.
22      Q.   Do you remember having any exposure to
23 Java while receiving your undergraduate degree?
24      A.   Yes, but -- yes.
25      Q.   And can you explain to me what you

1  recall?
2      A.   So I definitely recall again, on a
3  personal level, being interested in it.  And,
4  actually, that was kind -- I think the timing was
5  right that really the Java announcement -- Java,
6  kind of -- Sun, all these things that were
7  happening, there was a lot of just general
8  awareness.  In fact, now that I think about it -- I
9  hadn't thought about this in a while.
10          I started a club at Ohio State that was
11 named Java Squared.  There may be a trademark
12 problem -- I don't know -- but it was named Java
13 Squared.  And the point was that I -- I felt that
14 technical students at Ohio State really didn't have
15 a good way to meet each other.  And so the idea was
16 that people would come to these meetings, technical
17 people would come, and we would sit there and geek
18 out about things like Java.
19     Q.   So is it fair to say that your knowledge
20 of Java more or less comes from being self-taught?
21     A.   No.
22     Q.   And what's wrong with that?
23     A.   So I have a lot of clients now that use
24 Java.  And so part of advising them is I -- was --
25 I -- because I had actually been going through and

Page 75

1  not -- those aren't combinations of software that
2  come up.
3          As far as, you know, someone who builds
4  the Android runtime for a living, the software
5  engineer, I would expect that I don't know as much
6  as that person might about the technical aspects.
7      Q.   (By Ms. Caridis)  But you explained that in
8  your ordinary course, when counseling clients and
9  understanding their problems, eventually part of your
10 practice is to go back and confirm your understanding
11 with the technical people at the client; is that fair?
12     A.   Correct.  Yes.
13     Q.   So -- so you don't -- in -- in your
14 ordinary practice, you do not rely solely on your
15 technical understanding when forming your opinions.
16          You have those understandings confirmed
17 by the client, right?
18          MR. KWUN:  Objection.  Form.
19          THE DEPONENT:  So I have the client
20 provide me with any necessary technical information
21 I need to reach that conclusion.
22     Q.   (By Ms. Caridis)  And anything -- any gaps
23 that you fill that you didn't get directly from the
24 client, you eventually confirm with the client, right?
25          MR. KWUN:  Objection.  Form.

Page 78

1          THE DEPONENT:  Can you say it again.
2      Q.   (By Ms. Caridis)  Any -- so -- so you said
3  that the client provides you with necessary technical
4  information?
5      A.   Right.  So any missing technical
6  information I need that I can't get from public
7  sources, I would definitely ask them for that
8  portion of it.  And then as you mentioned, I will
9  also usually -- once I have the understanding, I
10 will ask them to confirm.  So this is how I think
11 you're using it.  Is this right, you know, those
12 sort of things.
13     Q.   Prior to your retention in this case by
14 Google, had you ever worked with or studied the
15 Android source code?
16     A.   For the Android software stack, is what
17 you're referring to?
18     Q.   Yes.
19     A.   I don't -- let me think about it one sec.
20          I don't remember specifically digging
21 through Android source code as part of an analysis.
22     Q.   Did you -- prior to starting work on this
23 case, what level of familiarity would you say you
24 had with the Android stack?
25          MR. KWUN:  Objection.  Form.

Page 79

1      A.   So by the time that I came along and
2  was -- was conducting such diligence, companies had
3  already become more sophisticated than that.
4      Q.   So that would have been in 2000.  So by
5  2010, you believe that companies were more
6  sophisticated than just avoiding GPL --
7      A.   I think --
8      Q.   -- software?
9      A.   I apologize.
10          That was my general experience, was that
11 the review process for open source had become more
12 sophisticated than merely saying, are you using
13 GPL, yes or no.
14     Q.   Do you have any sense as to the review
15 process for open source -- the relative
16 sophistication level in 2007?
17     A.   Only by what I've been told by other
18 people who were conducting that review, right.
19     Q.   So you have no firsthand knowledge?
20     A.   Of due diligence -- of open source due
21 diligence?  No.  No.  I mean, that's -- that would
22 have been when I was a patent litigator.
23     Q.   Right.
24          Because you -- in fact, you were not
25 working with open source licensing more than

Page 173

| | |
|---|---|
| 1  5 percent of the companies at that point in time, right? | 1 |
| 2      A.   At Knobbe, I would estimate, yeah. | 2      A.   Actually, you cut off a portion there. |
| 3      Q.   And what did others tell you about the | 3  It says, "But when you distribute the same sections |
| 4  relative sophistication of open source due | 4  as part of a whole which is a work based on the |
| 5  diligence in the 2007 time frame? | 5  Program." |
| 6      A.   I don't know that we ever broke it down | 6           So it has to be a whole that is a |
| 7  by year like that.  So I think we've always | 7  derivative work of the program.  So not just some |
| 8  discussed it as an evolution of where it came from, | 8  abstract whole; it has to be a derivative work. |
| 9  when the licenses were first published, to where | 9      Q.   But the first -- the -- the -- I guess |
| 10 it's come now.  I don't think I ever metered that | 10 it's the second sentence of that paragraph, says |
| 11 against a particular year. | 11 the -- that the identifiable sections of the work |
| 12     Q.   Did you meter it against any -- a range | 12 are not derived from the program, right? |
| 13 of years? | 13     A.   Identifiable sections of the work that |
| 14     A.   I -- I don't think so.  I don't think so. | 14 are not derived from the program, correct.  It says |
| 15     Q.   So sitting here today, other than less | 15 that, yup. |
| 16 sophisticated than 2010, you can't describe, in | 16     Q.   So then if we're talking about class |
| 17 your estimation, the level of sophistication of | 17 libraries and linking to modules, is it your |
| 18 companies as it relates to GPL compliance in the | 18 opinion that this paragraph of section 2 of the |
| 19 2007 time frame? | 19 GPLv2-CE license would only apply once the class |
| 20          MR. KWUN:  Objection.  Form. | 20 libraries and modules have been linked? |
| 21          THE DEPONENT:  I don't have firsthand | 21          MR. KWUN:  Objection.  Form. |
| 22 experience of the level of sophistication in the | 22          THE DEPONENT:  I'm sorry.  That was a |
| 23 2007 time frame. | 23 little hard to follow with -- with the |
| 24     Q.   (By Ms. Caridis)  So I think we discussed | 24 hypothetical -- what's there. |
| 25 earlier, Google distributes Android in source code | 25          Can you say it again. |