# EXHIBIT 25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA
3   SAN FRANCISCO DIVISION
4
5   ORACLE AMERICA, INC.,                )
6           Plaintiff,                   ) Case No.
7       vs.                              ) CV 10-03561 WHA
8   GOOGLE, INC.,                        )
9           Defendant.                   )
10  _____)
11
12
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15      VIDEOTAPED 30(b)(6) DEPOSITION OF GOOGLE, INC.
16              DESIGNEE:  ANWAR GHULOUM
17              Palo Alto, California
18              Wednesday, December 9, 2015
19
20
21
22  Reported by:
23  KELLI COMBS, CSR No. 7705
24  Job No.  2189230
25  Pages 1 - 203

Page 1

**Page 12**

1  THE WITNESS: I'm sorry, I don't -- can you
2  question.
3  BY MR. RAMSEY:
4   Q   All right.
5       You previously testified, I think the goal
6  was to use a programming language that was familiar
7  to developers, at least tactically and semantically.
8       Do you recall stating that?
9   A   Syntactically and semantically, yes.
10  Q   When you said that, you were talking about
11 the Java platform, correct?
12  A   Well, the programming language.
13  Q   Okay.
14      So what did you mean when you said that
15 the goal was to use a programming language that was
16 familiar to developers, at least tactically and
17 semantically?
18      MR. KWUN: Objection; misstates prior
19 testimony, also vague and ambiguous.
20      THE WITNESS: So I meant syntactically.
21 What I mean by that is that I think programmers want
22 something familiar syntactically, so, for example,
23 you know, the use of curly braces in the syntax
24 after language is something that was -- probably
25 attracted C and C++ developers to Java. So I think

**Page 13**

1  it made Google, you know, sort of have something
2  that programmers were somewhat familiar with or
3  looked familiar.
4  BY MR. RAMSEY:
5   Q   How about --
6   A   Sort of my speculation, so...
7   Q   Okay.
8       Do you have an understanding of why Google
9  chose to use the 37 API packages that are at issue
10 in this case, in particular?
11      MR. KWUN: Objection; lacks foundation.
12      MR. RAMSEY: Just, Counsel -- I'd just --
13 just a reminder, the judge also requires only
14 "objection; form." No -- no further specificity.
15 No harm, no foul.
16      THE WITNESS: I don't know why -- I don't
17 know what -- why those decisions were made at the
18 time because I wasn't there. Yeah, I don't.
19 BY MR. RAMSEY:
20  Q   Do you have --
21      I mean, just do you have a position,
22 sitting here on behalf of Google, why the 37 API
23 packages that are -- the 37 Java API packages that
24 are at issue in this case, why those are used in the
25 Android programming platform today?

**Page 14**

1       MR. KWUN: Objection; form.
2       THE WITNESS: So the -- excuse me. The --
3  I think in the way I think about this is that the
4  Java core libraries, which, I believe, these 37
5  packages are a part of, are intrinsic to the
6  language design; that is, they are, you know -- a
7  language that's made up of syntax isn't terribly
8  useful unless you have libraries that let you do
9  useful things with low-level kinds of operations,
10 like strings and so on. So I think these are viewed
11 as -- by many people as intrinsic to the language
12 design.
13 BY MR. RAMSEY:
14  Q   It's true that somebody could write a
15 program in the Java programming language without
16 using the 37 packages at issue and instead, use JNI,
17 correct?
18      MR. KWUN: Objection; form.
19      THE WITNESS: No, I actually think it
20 would be very difficult. JNI interfaces that are --
21 I don't know if they're part of the 37 packages, but
22 they're APIs as part of the core libraries.
23 BY MR. RAMSEY:
24  Q   You agree you can write the program in the
25 Java programming language using the JNI interface?

**Page 15**

1       MR. KWUN: Objection; form.
2  BY MR. RAMSEY:
3   Q   Just that is true, correct?
4   A   Yes, that is true.
5   Q   And when using the JNI interfaces, one
6  does not have to use the 37 -- the set of 37
7  packages that are at issue in this case?
8       MR. KWUN: Objection; form.
9       THE WITNESS: I'm not sure if this -- I'm
10 not sure if the -- if what is used to use JNI is
11 covered in those 37 packages.
12 BY MR. RAMSEY:
13  Q   Okay.
14      Have you reviewed the 37 packages, or are
15 you generally familiar with the 37 packages --
16  A   Generally familiar, but I haven't reviewed
17 them in detail.
18      MR. KWUN: Just caution the witness to
19 make sure that you give me some time to make
20 objections, if I need to.
21      THE WITNESS: Sure. Sorry.
22 BY MR. RAMSEY:
23  Q   Why do programmers who use the Java
24 programming platform, in Google's view, appreciate
25 the APIs?

1  GPL-licensed code from OpenJDK into the Android
2  platform?
3      MR. KWUN:  Objection; vague and ambiguous.
4      THE WITNESS:  If I understand the question
5  correctly, no, we have not done that.
6  BY MR. RAMSEY:
7      Q  So is -- is it correct to say that the use
8  of OpenJDK GPL-licensed code within Android is a
9  prospective plan of Google's?
10     MR. KWUN:  Objection; vague and ambiguous.
11     THE WITNESS:  Can you define what you mean
12 by "prospective"?
13 BY MR. RAMSEY:
14     Q  I mean, it's something that Google is
15 going to do in the future.
16     A  Yes, that's our plan.
17     Q  Is there a time, a specific time, in which
18 that's going to happen?
19     THE WITNESS:  Question for counsel.
20     MR. KWUN:  Privilege issue?
21     THE WITNESS:  Not privilege.
22     MR. RAMSEY:  You know, let's -- let's --
23 we may hit a few areas; let's get a feel for how it
24 goes.  Let's take a quick break, and you guys can
25 step out and come back.  I also note there are going

Page 28

1  to include --
2      MR. KWUN:  Yeah, fair enough.
3      THE VIDEOGRAPHER:  We are off the record
4  at 10:06 a.m.
5          (Recess taken.)
6      THE VIDEOGRAPHER:  We are back on the
7  record at 10:09 a.m.
8      MR. KWUN:  Before we go further, I just
9  want to make the clarification, which I think will
10 address the issue that my client was worried about,
11 that we are designating the entirety of this
12 transcript Confidential, Attorneys' Eyes Only under
13 the terms of the protective order.
14     MR. RAMSEY:  Right.  And subject to
15 everybody negotiating if there's questions about
16 designations later, absolutely.
17     MR. KWUN:  Absolutely.  Obviously, it's
18 subject to further revision.  But as a temporary
19 basis.
20     MR. RAMSEY:  Okay.  Great.
21 BY MR. RAMSEY:
22     Q  So my question to you, Mr. Ghuloum is:  Is
23 there a specific time that Google plans to replicate
24 the GPL code from OpenJDK into the Android platform?
25     A  Yes.  And in clarification to your earlier

Page 29

1  question about the use of Android in the platform,
2  my assumption was that you meant that we were
3  actually shipping this, so the answer would have
4  been no, which is the answer I gave.  I think we are
5  currently working with OpenJDK in the platform, so
6  by "use" you meant, you know, integration now in
7  preparation for future release, then, yes.
8      Q  Okay.
9          But as of today in December 2015, releases
10 of the Android platform to developers or OEMs or any
11 other interested party all contain non-OpenJDK code?
12     MR. KWUN:  Objection; form.
13     THE WITNESS:  They do not contain OpenJDK
14 code.
15 BY MR. RAMSEY:
16     Q  So what is your understanding of the
17 license that is associated with the OpenJDK code?
18     A  I know it by name.  GPLv2 with Classpath
19 Exception.  One word.
20     Q  And do you have an understanding on behalf
21 of Google what that license requires of licensees?
22     MR. KWUN:  Objection.
23     Are you asking about a legal
24 understanding?
25     MR. RAMSEY:  I'm asking about Google's

Page 30

1  understanding.
2      MR. KWUN:  Okay.  Objection; calls for a
3  legal conclusion.
4      THE WITNESS:  I don't -- I don't
5  understand the legalities of it fully.  I do
6  understand some of the constraints we operate under
7  with GPL code.
8  BY MR. RAMSEY:
9      Q  Tell me the constraints that Google
10 operates under with respect to GPL code.
11     A  We -- let's see.  We -- by "GPL code" you
12 mean a specific version of the GPL license?
13     Q  So are you familiar with a license called
14 GPL Version 2 with the Classpath Exception?
15     A  Yes.  So you mean that version?
16     Q  This is the version of GPL license I'm
17 talking about.
18     A  Yeah.  We are obviously unable to copy the
19 code into other modules, but we are able to link
20 against that code.
21     Q  What do you mean "copy" --
22        You are unable to copy the code into other
23 modules?
24     A  So the source code may not be used in
25 other parts of the Android system.

Page 31

**Page 34**

BY MR. RAMSEY:
Q   Have there been any discussions between Google and OEMs about the requirements of the GPL license in the context of a future version of Android?
        MR. KWUN:  Objection; beyond the scope.
        THE WITNESS:  As it relates to -- to GPLv2 or something else?
BY MR. RAMSEY:
Q   We're talking about GPLv2 With the Classpath Exception.  You understand that license is what governs OpenJDK code?
A   Sure.  Yes.  Yes.
Q   Okay.
A   We -- I don't know of specific discussions with OEMs about this.  We deal with GPL code with OEMs all the time.  There are parts of the Android platform that are GPL'd and we have GPL obligations as a result.
Q   Is the part of the Android platform, as you just put it, that are GPL'd, is that the Linux kernel?
A   Correct.
Q   And presently the Linux kernel is the only part of code related to Android that is subject to

**Page 35**

the license, correct?
A   I'm -- I'm not 100 percent sure, but I think so.
Q   And for the rest of the Android platform in the stack above the Linux kernel, Google purports to license that part of code under the Apache license, correct?
        MR. KWUN:  Objection; form.
        THE WITNESS:  Apache or Apache compatible.
BY MR. RAMSEY:
Q   What do you mean by "Apache compatible"?
A   BSD licenses, I believe, are compatible. I'm no expert in this space.
Q   Okay.
        If Google releases an open J- -- release of Android in the future that contains GPL-licensed APIs, isn't it true that the -- that any OEM who wanted to add new APIs to that would have to agree in advance that they're willing to be subject to giving their -- their -- any new APIs they want to add away under the GPL?
        MR. KWUN:  Objection; form.
        THE WITNESS:  Again, specifically you're referring to adding APIs to those OpenJDK packages --

**Page 36**

BY MR. RAMSEY:
Q   Correct.
A   -- and files?  Yes, I believe so.
Q   And so would you anticipate that there would be a -- some sort of conversation between Google and OEMs about whether OEMs were willing to accept GPL'ing their own added APIs?
        MR. KWUN:  Objection; form.
        THE WITNESS:  We will -- we will certainly disclose to them that we are using OpenJDK.
BY MR. RAMSEY:
Q   Do you believe that it is possible that some OEMs would take the position that they did not want to subject their new added APIs to the GPL license?
        MR. KWUN:  Objection; form.
        THE WITNESS:  I don't think so.  I honestly -- obviously I don't know what their considerations are, but, again, given that they haven't had issues with GPL code in the past, I don't think it'll be a problem.
BY MR. RAMSEY:
Q   If an OEM such as, let's say, Samsung, for example, had APIs -- new APIs that wanted to add to the core libraries and wanted to keep those

**Page 37**

proprietary, don't you agree that it's likely that Samsung would -- would not agree to use the OpenJDK libraries?
        MR. KWUN:  Objection; incomplete hypothetical and objection to the form.
        THE WITNESS:  It's difficult -- I mean, this is -- again, it's a guess.  It's -- the difficulty here is that it's unlikely that any OEM partner would actually add libraries to the OpenJDK packages.
BY MR. RAMSEY:
Q   Isn't it true that Samsung has -- has added extra keyboard functionality in one of their APIs -- in APIs in the core library?
        MR. KWUN:  Objection; form.
        THE WITNESS:  Not that I'm specifically aware of where I know that partners who've made changes have been in the applications frameworks in Android.
BY MR. RAMSEY:
Q   And the application frameworks is part of the Android stack; is that correct?
A   It's, yeah, part of the overall software picture.
Q   And so in the applications framework is a

**Page 186**

1  through these 37 packages --
2  MR. KWUN: Objection; foundation and
3  object to the form of the question.
4  THE WITNESS: I think we would have to
5  provide equivalent functionality.
6  BY MR. RAMSEY:
7  Q  But in the current version of Android that
8  uses the 37 Java API packages, the functionality
9  provided by those packages is described the same
10 within the packages as descriptions used over in
11 Java?
12 MR. KWUN: Objection; vague and ambiguous.
13 THE WITNESS: In terms of description,
14 what do you mean specifically?
15 BY MR. RAMSEY:
16 Q  So, for example, class -- the description
17 of the function of the class NumericShaper, do you
18 believe that that description provided to developers
19 in Android is the same as it would be described in
20 Java?
21 MR. KWUN: Objection; foundation.
22 THE WITNESS: I would expect, for the most
23 part, it is and, in general, it should be. I don't
24 have any specific instances where it isn't.
25

**Page 187**

1  BY MR. RAMSEY:
2  Q  Okay.
3     And for the method declarations within the
4  classes, the Java classes used in Android, would you
5  expect that those declarations are the same as the
6  counterparts in the Java platform?
7  MR. KWUN: Objection; foundation.
8  THE WITNESS: Repeat the question again.
9  Sorry.
10 BY MR. RAMSEY:
11 Q  For the method declarations within the
12 classes, the Java classes used in Android, would you
13 expect those declarations to be the same as their
14 counterparts in the Java platform?
15 A  Yeah.
16 MR. KWUN: Same objection.
17 THE WITNESS: Sorry. Yeah, I would.
18 BY MR. RAMSEY:
19 Q  And do you believe that the method
20 declarations used in the Java classes in Android are
21 used for the same purpose in Android as they are in
22 the Java platform?
23 MR. KWUN: Objection; vague and ambiguous.
24 THE WITNESS: I believe so. I don't -- I
25 don't -- I can't recall any instances where that

**Page 188**

1  wouldn't be the case.
2  BY MR. RAMSEY:
3  Q  All right.
4     So we talked a while ago about the DEX
5  compiler.
6     Do you recall that?
7  A  The -- sorry. I don't think we ever
8  specifically talked about the DEX compiler. But are
9  you referring to the Java class file to DEX?
10 Q  Correct.
11    So you recall we talked about converting
12 Java bytecode into a -- into -- into Dalvik
13 bytecode, correct?
14 A  Correct.
15 Q  Is there a process that Google uses to
16 ensure that -- that process results in a full
17 transliteration of the Java bytecode into the Dalvik
18 bytecode?
19 MR. KWUN: Object to the form.
20 THE WITNESS: I mean, there's multiple
21 tests that we have. So we have tests written --
22 thousands of tests written in terms of source Java
23 language that, you know -- at the language level or
24 checking the semantics of these API calls, and these
25 are compiled into DEX bytecode and run on devices.

**Page 189**

1  In fact, they're part of our Compatibility Test
2  Suite for Android, and we ensure that those pass on,
3  you know, all devices that ship and are called
4  Android.
5  BY MR. RAMSEY:
6  Q  Okay.
7     So Google has created its own
8  Compatibility Test Suite for Android, correct?
9  A  Yes, that's correct.
10 Q  And Google does not use the Java TCK, in
11 other words, the Oracle compatibility test in order
12 to test Android?
13 A  That's correct.
14 Q  Those are different tests; the Oracle TCK
15 test of compatability is a different test of
16 compatability than the Android Compatability Test
17 Suite?
18 A  Yes, that's correct.
19 Q  Are there any tests that Google performs
20 to ensure that Java bytecode maps uniquely to DEX
21 bytecode?
22 MR. KWUN: Objection to the form of the
23 question.
24 THE WITNESS: It's not -- it's not
25 necessarily a goal of ours that Java code maps