# EXHIBIT 2

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3               SAN FRANCISCO DIVISION
4
5    _____
6    ORACLE AMERICA, INC.,    )
7            Plaintiff,       )
8        vs.                  ) No. CV 10-03561 WHA
9    GOOGLE, INC.,            )
10           Defendant.       )
11   _____)
12
13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15
16       Videotaped Deposition of JOSHUA BLOCH,
17       at 333 Twin Dolphin Drive, Suite 400,
18       Redwood Shores, California, commencing
19       at 9:34 a.m., Friday, July 8, 2011,
20       before Leslie Rockwood, RPR, CSR No. 3462.
21
22
23
24
25   PAGES 1 - 246
```

Page 1

Highly Confidential - Attorneys' Eyes Only

```
 1   APPEARANCES OF COUNSEL:
 2
 3   FOR THE PLAINTIFF ORACLE AMERICA, INC.:
 4        MORRISON & FOERSTER LLP
 5        BY:  MICHAEL A. JACOBS, ESQ.
 6        425 Market Street
 7        San Francisco, California 94105-2482
 8        (415) 268-7455
 9        mjacobs@mofo.com
10
11        BY:  DIANE GABL, ESQ.
12        BY:  YUKA TERAGUCHI, ESQ.
13        755 Page Mill Road
14        Palo Alto, California 94304-1018
15        (650) 813-5600
16        dgabl@mofo.com
17        yteraguchi@mofo.com
18
19   FOR THE DEFENDANT GOOGLE, INC.:
20        KEKER & VAN NEST LLP
21        BY:  DANIEL PURCELL, ESQ.
22        710 Sansome Street
23        San Francisco, California 94111
24        (415) 773-6697
25        dpurcell@kvm.com
```

```
 1   APPEARANCES OF COUNSEL (Continued):
 2
 3   FOR THE DEFENDANT GOOGLE, INC.:
 4        KING & SPALDING, LLP
 5        BY:  BRUCE W. BABER, ESQ.
 6        1180 Peachtree Street, NE
 7        Atlanta, Georgia 30309-3521
 8        (404) 572-4826
 9        bbaber@kslaw.com
10
11   FOR THE DEFENDANT GOOGLE, INC.:
12        BY:  RENNY HWANG, ESQ. (A.M. session only)
13        GOOGLE ASSOCIATE LITIGATION COUNSEL
14        1600 Amphitheatre Parkway
15        Mountain View, California 94043
16        (650) 253-2551
17        rennyhwang@google.com
18
19
20
21
22
23
24
25
```

Page 3

```
 1    APPEARANCES OF COUNSEL (Continued):

 2


 3    FOR THE WITNESS:

 4         KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

 5         BY:  JENNIFER R. McGLONE, ESQ.

 6         BY:  GARTH A. ROSENGREN, ESQ. (Morning session only)

 7         555 Montgomery Street, 17th Floor

 8         San Francisco, California 94111

 9         (415) 318-3561 (Ms. McGlone)

10         (415) 318-3590 (Mr. Rosengren)

11         jmcglone@kksrr.com

12         grosengren@kksrr.com

13

14    ALSO PRESENT:

15         PHILIP KNOWLES, VIDEOGRAPHER

16

17

18

19

20

21

22

23

24

25
```

Page 4

```
 1          FRIDAY, JULY 8, 2011; REDWOOD SHORES, CALIFORNIA

 2                          9:34 A.M.

 3                          ---oOo---

 4            THE VIDEOGRAPHER:  Good morning, Counsel.  We

 5   are on the video record at 9:34 a.m. on July 8, 2011.      09:34:53

 6   This is the videotaped deposition of Joshua Bloch.

 7            My name is Philip Knowles, here with our

 8   court reporter, Leslie Rockwood.  We are here from

 9   Veritext National Deposition and Litigation Services at

10   the request of counsel for the plaintiff.                  09:35:14

11            This deposition is being held at the office

12   of King & Spalding, located at 333 Twin Dolphin Drive,

13   suite 400, in the city of Redwood Shores, California

14   94065.  The caption of this case is Oracle America, Inc.,

15   vs. Google, Inc., with case number CV 10-03561 WHA.        09:35:35

16            Please note that audio and video recording

17   will take place unless all parties agree to go off the

18   record.  Microphones are sensitive and may pick up

19   whispers, private conversations, and cellular

20   interference.

21            At this time will counsel and all present

22   please identify themselves for the video record.

23            MR. JACOBS:  Michael Jacobs, Morrison &

24   Foerster, counsel for Oracle.

25            MS. GABL:  Diane Gabl, Morrison & Foerster,       09:36:07
```

Page 5

```
 1   counsel for Oracle.
 2            MS. TERAGUCHI:  Yuka Teraguchi of Morrison &
 3   Foerster, counsel for Oracle.
 4            MS. MC GLONE:  Jennifer McGlone, Krieg,
 5   Keller, Sloan, Reilley & Roman, for Mr. Bloch.          09:36:17
 6            MR. PURCELL:  Dan Purcell of Keker & Van Nest
 7   for Google.
 8            MR. BABER:  Bruce Baber with King & Spalding
 9   for Google.
10            MR. ROSENGREN:  Garth Rosengren for           09:36:27
11   Mr. Bloch.
12            MR. HWANG:  Renny Hwang of Google.
13            THE VIDEOGRAPHER:  Thank you, Counsel.
14            The witness will be sworn in, and we may
15   proceed.                                                09:36:36
16            THE REPORTER:  Would you raise your right
17   hand, please.
18            You do solemnly state that the evidence you
19   shall give in this matter shall be the truth, the whole
20   truth and nothing but the truth, so help you God.
21            THE WITNESS:  I do.
22            THE REPORTER:  Thank you.
23                       EXAMINATION
24   BY MR. JACOBS:
25       Q.   Good morning, Mr. Bloch.                       09:36:50
```

Page 6

```
 1          Q.   Did you ever do any work specifically
 2   targeted to Java ME?
 3          A.   No.
 4          Q.   Did your work that you did do on Java benefit
 5   Java ME?                                                     10:45:48
 6          A.   I believe so.
 7          Q.   In what way?
 8          A.   Java ME derived from the platform formerly
 9   known as Java, currently known as Java SE, and previously
10   known as -- I don't know -- J2SE.  And so any work that     10:46:05
11   was done to improve Java SE that was then copied into
12   Java ME could be said to benefit Java ME.
13          Q.   Is Java ME at least in part a subset of
14   the -- of Java SE?
15          A.   I'm not sure what you mean by "in part a        10:46:33
16   subset."
17          Q.   It could also be a superset; correct?
18          A.   Right.  To a mathematician, that's not a
19   subset.  It's very different.  You know, either it's a
20   subset or it isn't, and I believe it isn't.                 10:46:43
21          Q.   Are parts of Java SE excluded from Java ME?
22          A.   Yes.
23          Q.   And what are those parts?
24          A.   I don't know.  And keep in mind that there
25   are a multitude of platforms that are collectively          10:46:54
```

```
 1   STATE OF CALIFORNIA     ) ss:
 2   COUNTY OF MARIN         )
 3
 4           I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
 5   certify:
 6           That the foregoing deposition testimony was
 7   taken before me at the time and place therein set forth
 8   and at which time the witness was administered the oath;
 9           That testimony of the witness and all
10   objections made by counsel at the time of the examination
11   were recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16           I further certify that I am neither counsel
17   for any party to said action, nor am I related to any
18   party to said action, nor am I in any way interested in
19   the outcome thereof.
20           IN WITNESS WHEREOF, I have subscribed my name
21   this 13th day of July, 2011.
22
23
24                      _____
25                      LESLIE ROCKWOOD, CSR. NO. 3462
```

Page 243