# EXHIBIT 4

Highly Confidential — Attorneys' Eyes Only

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____
)
ORACLE, INC.                                )
                                            )
          Plaintiff,                        )
                                            )
     v.                                     )    Case No. CV 10-03561 WHA
                                            )
GOOGLE INC.,                                )
                                            )
          Defendant.                        )
_____)

**HIGHLY CONFIDENTIAL**

**EXPERT REPORT OF DR. GREGORY K. LEONARD**

**CORRECTED (MARCH 10, 2016)**

**Contents**

Contents ........................................................................................................................................ 1

I.  Qualifications ..................................................................................................................... 5
II. Assignment and Materials Considered ............................................................................. 7
III. Summary of Opinions ........................................................................................................ 7
IV. Legal Framework for Copyright Damages ....................................................................... 10
V.  Revenues and Costs Indirectly Associated With Android .............................................. 11
    A. Android Does Not Generate Any Revenues Directly ................................................. 11
    B. Causal Nexus ............................................................................................................... 13
    C. Nature of Google's Accounting Practices .................................................................. 16
    D. Revenues ...................................................................................................................... 17
        1. Hardware Revenues Generated from Android Device Sales ................................ 17
        2. Apps Revenues Generated from Sales of Android Apps ..................................... 18
        3. Digital Content Revenues ....................................................................................... 18
        4. Advertising Revenues Generated on Android Devices ........................................ 18
    E. Cost of Sales ("COS") ................................................................................................. 20
        1. Traffic Acquisition Costs Paid to Google Advertising Partners ........................... 20
        2. 2011-2015 COS – Hardware, Apps, Digital Content, and Infrastructure & Other COS ................................................................................................................. 21
        3. 2008-2010 COS – Operations and COS (Including DTC) ...................................... 23
    F. Operating Expenses ("OpEx") .................................................................................... 23
        1. Direct Android OpEx .............................................................................................. 23
            a. Engineering PM – Android Development .......................................................... 23
            b. Marketing ............................................................................................................ 24
            c. Legal, Sales, and Other ....................................................................................... 24
        2. Incremental Google General and Administrative ("G&A") OpEx ....................... 24
            a. Finance ............................................................................................................... 25
            b. POps ................................................................................................................... 25
            c. REWS .................................................................................................................. 25
        3. Incremental Google Search and Advertising Product Area OpEx ...................... 26
    G. Opportunity Costs Associated With Foregone Advertising on Non-Android Devices ...... 26
    H. The Android-Related Profit After Deducting the Applicable Android-Related Costs from Android Revenues ......................................................................................... 28
VI. Apportionment ................................................................................................................. 28
    A. The 37 API Packages at Issue ..................................................................................... 30
    B. Contribution of Google's Advertising and Search Technologies and Services ........ 31
    C. Reasons for the Success of Android Other Than the Alleged Infringement ............ 34
        1. Google's Efforts ...................................................................................................... 34

      a. Linux Kernel ................................................................................................ 35
      b. Hardware Abstraction Layer ....................................................................... 36
      c. Native Libraries, Core Libraries, and the Android Framework ............................ 36
      d. Android Run Time ....................................................................................... 37
      e. Applications Layer ....................................................................................... 37
      f. Support for Third Party Application Developers ........................................ 38
      g. Support for Applications Programming in C++, C, and JavaScript ......................... 38
      h. Google Mobile Services and Google Play Services .................................. 39
      i. Google's Hardware Development, Promotional Efforts, and Brand Name .......... 40
      j. Support for Device OEMs ........................................................................... 40
      k. Google Play App Store ............................................................................... 41
   2. Google's Decisions to Make Android Free and Open Source ................................... 41
   3. The Efforts of OEMs ...................................................................................................... 42
      a. Incentives and Economic Position of OEMs When Android Was Introduced ...... 42
      b. OEMs' Hardware and Software Development Efforts .............................. 43
      c. OEMs' and Carriers' Brand Names and Promotional Efforts .................... 44
   4. Conclusion ..................................................................................................................... 45
D. Evaluating the Contribution of the Alleged Infringement .................................................... 45
   1. The Nature of the Contribution of the Alleged Infringement ..................................... 45
   2. Economic Evidence Demonstrates That the Profit Contribution of the Alleged Infringement Was Small ................................................................................................ 48
      a. Java Offered No Significant Advantage Over Other Existing Applications Programming Languages ............................................................................ 48
      b. A Substantial Fraction of the Most Popular Mobile Apps Are Not Written in the Java Programming Language ............................................................. 58
      c. The Apple Experience Demonstrates That Success of a Smartphone Platform Does Not Require Use of Java as an Applications Programming Language ......... 58
      d. The BlackBerry Experience Demonstrates That Success of a Smartphone Platform Is Not Ensured By Use of Java as an Applications Programming Language ........................................................................................................ 60
      e. A Small Number of Apps Are Responsible for a Large Share of the Overall Value of Apps to Users ................................................................................ 61
      f. Many of the Apps With Most Value to Consumers Are Provided By Companies That Would Have Had Strong Incentives and Ability to Provide Those Apps for the Android Platform Regardless of the Applications Programming Language ............................................................................ 64
      g. Google Itself Is the Developer of Many of the Most Popular and Most Used Android Apps ............................................................................................... 66
      h. The Contribution of the Alleged Infringement Was To Allow Google to Save on Training or Development Costs, Which Are Limited ............................. 68
      i. Sun Open-Sourced Java SE, Including the 37 API Packages, Demonstrating That the Value of the Allegedly Infringing Material Was Limited ............ 71
   3. Reasons for the Growth in the Number of Android Apps ......................................... 72
      a. Economics of Multi-Sided Platforms ......................................................... 73

|   |   |   |   |
|---|---|---|---|
|   |   | b. Drivers of App Developers' Decisions Regarding Platforms | 74 |
|   |   | c. Evidence From the Survey of App Developers | 76 |
|   |   | d. Growth in Android Apps Followed the Growth in the Number of Android Users, Not Vice-Versa | 77 |
|   |   | e. Economics Literature on Platform Choice by App Developers and Smartphone Choice by Users | 81 |
|   | 4. | Conclusion Regarding the Contribution of the Alleged Infringement | 84 |
| E. | Quantitative Approaches to Apportionment | | 84 |
|   | 1. | Bottom Up Approaches: Direct Measurement of the Android-Related Profits Attributable to the Alleged Infringement | 84 |
|   |   | a. Avoidance of Costs Associated With Switching to the OpenJDK | 85 |
|   |   | b. Avoidance of Costs Associated With Developer Training | 87 |
|   |   | c. Avoidance of Costs Associated With Paying Third Party Developers to Develop Android Apps | 88 |
|   |   | d. Incremental Android-Related Profit Attributable to the Alleged Infringement, Assuming No Costly Google Actions | 89 |
|   | 2. | Top Down Approaches: Application of an Apportionment Percentage to the Android-Related Profits | 94 |
| F. | Conclusion on Unjust Enrichment | | 97 |
| G. | It Would Be Economically Inappropriate to Base An Apportionment Percentage on Google's Split of Ad Revenue With Apple (or Handset OEMs or Carriers) For Ads on Apple Devices | | 98 |

VII. Oracle's Claimed Actual Damages: Lost Profits ................................................................. 99
   A. Overview .................................................................................................................... 99
   B. Sun Did Not Stand to Lose Substantially, and Even Could Have Gained, from Android  102
      1. Sun's Java Platforms Were "Stagnant" Prior to the Introduction of Android .......... 103
      2. Sun's Own Licensing Practices Caused the Java Platform to Be "Fragmented" Prior to the Introduction of Android .................................................................. 107
      3. Sun Was Seeking a Partner to Extend the Life of the Java Platform ..................... 112
      4. Other Factors Having Nothing to Do With Android Contributed to Java ME Revenue Losses ............................................................................................. 114
         a. Open Sourcing Java ME ............................................................................... 114
         b. Sun's Lack of Investment in Java ME .......................................................... 116
         c. The Move in the Mobile Space towards Smartphones ................................. 119
         d. The 2008 Financial Crisis ............................................................................ 124
         e. A History of Security Problems with Java and Oracle's Failure to Address These Problems Promptly ........................................................................ 125
         f. Summary ...................................................................................................... 129
      5. Sun's Attempt to Enter with JavaFX Mobile/Project Acadia and Oracle's Subsequent Attempts to Create a Java Phone Were Unsuccessful for Reasons Unrelated to Android ...................................................................................... 129
   C. Android Would Have Existed in the But-For World ................................................. 135
   D. Adjustments to Mr. Malackowski's Calculation of Oracle's Lost Profits Damages ........ 136

242. Furthermore, a Sun Java ME presentation stated that, "Java ME losing Business Relevance in mobile."[372] Alan Brenner, former Vice President of Engineering for Java Card and Java ME, expanded on the reasons for "the decrease in relevance of Java ME": "I – well, as I've tried to say several times, what was meant by that statement is the landscape was changing, more capable devices were emerging, and the industry was consolidating. And to renew the value of our product, we needed to respond to those changes by providing additional implementation depth, and this presentation captures some of the things you need to do to do that."[373]

243. After the time that Sun prepared one of its forecasts of Java ME licensing revenues (i.e., the late 2007/early 2008 forecasts used by Mr. Malackowski), the trend was toward smartphones and away from feature phones. Worldwide smartphone shipments increased from 119.56 million units in 2007 to 146 million units in 2008 and 169.98 million units in 2009.[374] This trend would have occurred even without Android. Indeed, Android's shipments were only 0.5 million units in 2008 and 6.97 million units in 2009 worldwide.[375]

244. Given that Java ME was highly dependent on feature phones, the shift away from feature phones toward smartphones accounted for at least part of the decrease in Java ME licensing revenue, and Android smartphones represented only a part of this shift because Android had only a share of the worldwide smartphone market. In a world without Android, many of the Java ME sales on feature phones that Mr. Malackowski claims were lost to Android

---

[372] Brenner 12/15/2015 Dep., Exhibit 1390 (OAGOOGLE0013561757-786 at 769).

[373] Brenner 12/15/2015 Dep., pp. 158:8-18.

[374] "Global Smartphone Sales Forecast by Operating System and Region," Strategy Analytics, January 2011.

[375] "Global Smartphone Sales Forecast by Operating System and Region," Strategy Analytics, January 2011.

Case 3:10-cv-03561-WHA   Document 2114-3   Filed 04/20/17   Page 7 of 8
Highly Confidential — Attorneys' Eyes Only

would have been lost to other smartphone platforms, such as the iPhone, instead.[376] Since Apple does not use Java ME on the iPhone and Java ME is not well-suited for other smartphones, it is likely that Java ME revenue would have decreased even in the absence of Android.[377]

245. It is likely that Sun's Java ME licensing revenues forecast prepared in late 2007/early 2008, and used by Mr. Malackowski to calculate lost profits, understated the effect that the shift away from feature phones toward smartphones, and in particular the effect of the iPhone, would have on Sun's Java ME licensing revenues. Third-party forecasts for the iPhone prepared around the time of Sun's Java ME licensing forecasts used by Mr. Malackowski generally under-forecasted the demand for the iPhone. For example, actual sales of the iPhone exceeded analyst forecasts by 46% over the 2008-2009 period.[378]

246. As a result, Sun's forecasts of Java ME licensing revenues as of late 2007/early 2008 likely overstate the actual Java ME licensing revenues that Sun could have actually achieved, even without Android in the market, in light of the general under-forecasting of demand for smartphones (in general) and the iPhone (in particular). This means that Mr. Malackowski's calculation of lost profits based on Sun's forecasts of Java ME licensing revenues, which misrepresent what Sun could have actually achieved even without Android in the market, is unreliable and inappropriate for purposes of a lost profits calculation.

---

[376] As discussed above, the iPhone competes closely with Android handsets.

[377] OAGOOGLE0018885324 ("Developers are moving from Java to Apple and Android").

[378] Actual iPhone unit volumes from "WW Quarterly Mobile Phone Tracker," IDC, November 13, 2015. Analyst forecasts from UBS Investment Research, Apple Inc., "Macs Humming into Macworld," December 17, 2007, p. 10; Morgan Stanley, Apple Inc., "Shifting Focus to New Products and Margins," p 7; Bear Stearns, Apple Inc., "Raising Estimates and CY08 Target to $249 on Favorable Retail Survey and Asia Feedback," pp. 3-4. Data is adjusted for Apple's fiscal year ending September 30.

**VIII. Awarding Lost Profits in Addition to Unjust Enrichment Would Double-Count Damages**

283. I understand that a plaintiff asserting copyright infringement may seek recovery of both the unjust enrichment to the alleged infringer and any actual damages suffered by the copyright owner, such as lost profits, as long as the latter are not duplicative of the former.

284. Here, the claimed actual damages are Oracle's lost profits arising from claimed lost Java ME licensing revenues. The claimed lost Java ME licensing revenues, in turn, arise from claimed displacement of Java ME by Android. Thus, the claimed lost Java ME profits are the flip side of the Android profits that Oracle claims as unjust enrichment. Accordingly, it would be duplicative to award both the claimed actual damages consisting of Java ME lost profits and the claimed unjust enrichment.

*[signature]*
_____
Gregory K. Leonard
March 10, 2016

143