# EXHIBIT 8

Highly Confidential - Attorneys' Eyes Only

```
1              UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF CALIFORNIA
3                SAN FRANCISCO DIVISION
4
5    --------------------------
6    ORACLE AMERICA, INC.,    )
7            Plaintiff,       )
8         vs.                 )  No. CV 10-03561 WHA
9    GOOGLE, INC.,            )
10           Defendant.       )
11   --------------------------
12
13     -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY--
14
15      Videotaped Personal Capacity deposition of
16      ANDREW E. RUBIN, taken at the law offices of
17      King & Spalding LLP, 333 Twin Dolphin Drive,
18      Suite 400, Redwood Shores, California,
19      commencing at 8:39 a.m., on Wednesday,
20      July 27, 2011, before Leslie Rockwood, RPR,
21      CSR No. 3462.
22
23
24
25   PAGES 1 - 296
```

Page 1

```
 1   APPEARANCES OF COUNSEL:
 2
 3   FOR THE PLAINTIFF ORACLE AMERICA, INC.:
 4
 5        MORRISON & FOERSTER LLP
 6        BY:   MICHAEL A. JACOBS, ESQ.
 7        425 Market Street
 8        San Francisco, California 94105-2482
 9        (415) 268-7455
10        mjacobs@mofo.com
11            -and-
12        BY:   YUKA TERAGUCHI, ESQ.
13        BY:   JESSICA J. TIPTON, ESQ.
14        755 Page Mill Road
15        Palo Alto, California 94304-1018
16        (650) 813-5878 (Ms. Teraguchi)
17        (650) 813-5878 (Ms. Tipton)
18        yteraguchi@mofo.com
19        jtipton@mofo.com
20
21
22
23
24
25
```

Page 2

```
 1   APPEARANCES OF COUNSEL (Continued):
 2
 3   FOR THE PLAINTIFF ORACLE AMERICA, INC.:
 4
 5        BOIES SCHILLER & FLEXNER LLP
 6        BY:   STEVEN C. HOLTZMAN, ESQ.
 7        BY:   BEKO REBLITZ-RICHARDSON, ESQ.
 8        1999 Harrison Street, Suite 900
 9        Oakland, California 94612
10        (510) 874-1000
11        sholtzman@bsfllp.com
12        brichardson@bsfllp.com
13
14
15   FOR THE DEFENDANT GOOGLE, INC., AND THE WITNESS:
16
17        KEKER & VAN NEST, LLP
18        BY:   CHRISTA ANDERSON, ESQ.
19        710 Sansome Street
20        San Francisco, California 94111
21        (415) 676-2276
22        canderson@kvn.com
23
24
25
```

```
 1   APPEARANCES OF COUNSEL:
 2
 3   FOR THE DEFENDANT GOOGLE, INC.:
 4
 5        KING & SPALDING, LLP
 6        BY:  BRUCE W. BABER, ESQ.
 7        1180 Peachtree Street, NE
 8        Atlanta, Georgia 30309-3521
 9        (404) 572-4826
10        bbaber@kslaw.com
11
12
13   FOR THE DEFENDANT GOOGLE, INC.:
14
15        RENNY HWANG, ESQ.
16        GOOGLE ASSOCIATE LITIGATION COUNSEL
17        1600 Ampitheatre Parkway
18        Mountain View, California 94043
19        (650) 253-2551
20        rennyhwang@google.com
21
22   VIDEOGRAPHER:  Jason Kocol
23
24
25
```

Page 4

```
 1        WEDNESDAY, JULY 27, 2011; REDWOOD SHORES, CALIFORNIA

 2                          8:39 A.M.

 3                          ---oOo---

 4            (Exhibit PX304 was marked for

 5             identification.)                                    08:39:14

 6            THE VIDEOGRAPHER:  Good morning.  We are on

 7   the record at 9:38 -- excuse me -- 8:39 a.m. on

 8   July 27th, 2011.  This is the videotaped deposition of

 9   Andy Rubin.

10            My name is Jason Kocol, here with our court        08:39:28

11   reporter, Leslie Rockwood.  We are here from Veritext

12   National Deposition and Litigation Services at the

13   request of counsel for plaintiff.

14            This deposition is being held at 333 Twin

15   Dolphin Drive, in the city of Redwood Shores, California. 08:39:46

16   The caption of this case is Oracle America, Incorporated,

17   vs. Google, Incorporated, case number CV 10-03561 WHA.

18            Please note that audio and video recording

19   will take place unless all parties agree to go off the

20   record.  Microphones are sensitive and may pick up          08:40:12

21   whispers, private conversations, and cellular

22   interference.

23            At this time will counsel and all present

24   please identify themselves for the record.

25            MR. JACOBS:  Michael Jacobs, Morrison &            08:40:22
```

Page 5

```
 1    Foerster, counsel for Oracle.
 2            MS. TERAGUCHI:  Yuka Teraguchi of Morrison &
 3    Foerster, counsel for Oracle.
 4            MR. HOLTZMAN:  Steve Holtzman, Boies,
 5    Schiller & Flexner, counsel for Oracle America.         08:40:33
 6            MR. REBLITZ-RICHARDSON:  Beko
 7    Reblitz-Richardson, Boies, Schiller & Flexner, on behalf
 8    of Oracle America.
 9            MS. TIPTON:  Jessica Tipton, Morrison &
10    Foerster, on behalf of Oracle America.                  08:40:44
11            MS. ANDERSON:  Christa Anderson for Google,
12    Inc., and the witness.
13            MR. BABER:  Bruce Baber, King & Spalding, for
14    Google.
15            MR. HWANG:  Renny Hwang of Google.              08:40:49
16            THE VIDEOGRAPHER:  Thank you.
17            The witness will be sworn in, and we can
18    proceed.
19            THE REPORTER:  Would you raise your right
20    hand, please.
21            You do solemnly state that the evidence you
22    shall give in this matter shall be the truth, the whole
23    truth and nothing but the truth, so help you God.
24            THE WITNESS:  Yes.
25            THE REPORTER:  Thank you.
```

Veritext National Deposition & Litigation Services
866 299-5127

```
 1   help.
 2              (Exhibit PX318 was marked for
 3              identification.)
 4         Q.   BY MR. JACOBS:  I promised you I didn't like      13:45:07
 5   trick questions, but I do have a document that I think
 6   will help us on the timeline, and that's this next email,
 7   July 24th, 2006.  So take a look at that for a minute.
 8         A.   Okay.
 9              Okay.
10         Q.   So you write, I think this is you, "Actually,    13:45:49
11   it's a clean room implementation we're buying.  Anyone
12   with specific knowledge, those from Sun, are tainted and
13   would be bad.  I interviewed Lars, and I think he's
14   great, but sadly not for this project.  We were in
15   discussions for eight months with Sun, walked away and    13:46:17
16   must prove that our internal effort is clean."
17              Do you see that?
18         A.   Uh-huh.
19         Q.   So this -- first of all, it reinforces your
20   earlier testimony that by this time at least this last   13:46:26
21   round of negotiations with Sun had ended; correct?
22         A.   Uh-huh.
23         Q.   And you characterize it as Google walking
24   away; right?
25         A.   Yes.                                              13:46:36
```

Highly Confidential - Attorneys' Eyes Only

1        Q.   And then you say, "We're going to --
2   ultimately, we're going to have to prove that our
3   implementation is clean," so you're now on the clean room
4   path; right?
5        A.   That's right.  So the hedge is now the first       13:46:44
6   effort.
7        Q.   Then you go on to say, "Also, because we were
8   in discussion for so long, we must inquire an existing
9   implementation.  We ship in six months."
10            Do you see that?                                    13:46:56
11       A.   Yep.
12       Q.   So, actually, it looks like you were thinking
13  of trying to ship in December of 2006; right?
14       A.   I was under incredible schedule pressure, and
15  as I mentioned before, anything that we acquired or           13:47:06
16  whether we partnered with Sun and acquired their
17  technology, it would have improved our schedule.
18       Q.   So -- but this is talking about Skelmir now;
19  right?
20       A.   Yep.                                                13:47:26
21       Q.   The deadline you were talking about, the
22  December 2006 deadline, you said, "I was under incredible
23  schedule pressure."
24       A.   Yep.
25       Q.   What did you mean by that?                          13:47:34

```
 1        A.   Well, look, I mean, you have a window of
 2   opportunity in smartphones.  I had competitors all over
 3   the place.  When I started the company, Microsoft was my
 4   competitor.  You know, there was Symbian in there as
 5   well, and, you know, all sorts of Linux initiatives.  You      13:47:44
 6   have to ship as soon as feasibly possible.
 7             I mean, you go to extraordinary lengths to
 8   ship sooner, because it's a very dynamic market.  And it
 9   could shift directions at any time.  Right.  So my job
10   as, you know, the architect of this business concept was      13:48:00
11   to just do everything that I possibly could to get my
12   solution to the market in the shortest time possible.
13        Q.   And Urs is kind of being a little cautionary
14   there; right?  He's says, "Wow.  I totally understand
15   your first point, but your second is uninspiring, ie,          13:48:16
16   scary.  That is not a good reason to acquire a company,
17   because there's no correlation between shipping soon and
18   acquiring a company if you don't do due diligence.  We
19   have lots of other untainted engineers."
20             So he's cautioning you that be careful about        13:48:28
21   this aggressive schedule --
22        A.   I'm saying --
23             MS. ANDERSON:  Wow.  Finish your question.
24        Q.   BY MR. JACOBS:  He's cautioning you about
25   this aggressive schedule in that it might lead you to         13:48:40
```

Page 180

```
STATE OF CALIFORNIA    ) ss:
COUNTY OF MARIN        )
```

I, LESLIE ROCKWOOD, CSR No. 3462, do hereby certify:

That the foregoing deposition testimony was taken before me at the time and place therein set forth and at which time the witness was administered the oath;

That testimony of the witness and all objections made by counsel at the time of the examination were recorded stenographically by me, and were thereafter transcribed under my direction and supervision, and that the foregoing pages contain a full, true and accurate record of all proceedings and testimony to the best of my skill and ability.

I further certify that I am neither counsel for any party to said action, nor am I related to any party to said action, nor am I in any way interested in the outcome thereof.

IN WITNESS WHEREOF, I have subscribed my name this 28th day of July, 2011.

*[signature: Leslie Rockwood]*

LESLIE ROCKWOOD, CSR. NO. 3462