# EXHIBIT 9

```
 1               UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
     _____
 5                                  )
     ORACLE AMERICA, INC.,          )
 6                                  )
             Plaintiff,             )
 7                                  )
     vs.                            )  No. CV 10-03561 WHA
 8                                  )
     GOOGLE INC.,                   )
 9                                  )
             Defendant.             )
10                                  )
     _____)
11
12
13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14           VIDEOTAPED DEPOSITION OF URS HÖLZLE
15                  Palo Alto, California
16               Tuesday, November 24, 2015
17                        Volume I
18
19
20
21   Reported by:
     CATHERINE A. RYAN
22   CSR No. 8239
23   Job No. 2189225
24
25   PAGES 1 - 325
```

Page 1

Veritext Legal Solutions
866 299-5127

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
     _____
 5                                  )
     ORACLE AMERICA, INC.,           )
 6                                   )
             Plaintiff,              )
 7                                   )
     vs.                             )  No. CV 10-03561 WHA
 8                                   )
     GOOGLE INC.,                    )
 9                                   )
             Defendant.              )
10                                   )
     _____)
11
12
13
14
15
16         Videotaped deposition of URS HÖLZLE,
17   Volume I, taken on behalf of Plaintiff, at 601
18   California Avenue, Suite 100, Palo Alto, California,
19   beginning at 10:05 a.m. and ending at 7:35 p.m., on
20   Tuesday, November 24, 2015, before CATHERINE A.
21   RYAN, Certified Shorthand Reporter No. 8239.
22
23
24
25
                                                    Page 2
```

```
 1   APPEARANCES:
 2
 3   For Plaintiff:
 4        ORRICK, HERRINGTON & SUTCLIFFE, LLP
 5        BY:  ANNETTE L. HURST
 6        Attorney at Law
 7        The Orrick Building
 8        405 Howard Street
 9        San Francisco, California  94105-2669
10        (415) 773-4585
11        (415) 773-5759 Fax
12        ahurst@orrick.com
13
14        ALYSSA CARIDIS (appearing telephonically)
15        Attorney at Law
16        777 South Figueroa, Suite 3200
17        Los Angeles, California  90017-5855
18        (213) 612-2372
19        (213) 612-2499 Fax
20        acaridis@orrick.com
21
22
23
24
25   //
```

Page 3

```
 1    APPEARANCES (Continued):
 2
 3    For Defendant:
 4         KEKER & VAN NEST, LLP
 5         BY:  CHRISTA MARTINE ANDERSON
 6         Attorney at Law
 7         633 Battery Street
 8         San Francisco, California  94111-1809
 9         (415) 391-5400
10         canderson@kvn.com
11
12    Also Present:
13    ABIGAIL LUBOW, Orrick
14    RUCHIKA AGRAWAL, Oracle (appearing telephonically)
15    RENNY HWANG, Google
16    WALTER MOSTOWY, Google
17    FRANK CLARE, Videographer, Veritext
18
19
20
21
22
23
24
25
```

Page 4

```
 1                         INDEX
 2   WITNESS                                        EXAMINATION
 3   URS HÖLZLE
     Volume I
 4                   BY MS. HURST                        10
 5

 6                        EXHIBITS
 7   NUMBER              DESCRIPTION                    PAGES
 8   Exhibit 5000 "Defendant Google's First Amended      95
 9               Supplemental Initial Witness
10               Disclosure Statement" and "Proof of
11               Service"; 5 pages
12
13   Exhibit 5001 "Gosling: What's Good for Google May  145
14               Not Be Good for Java, eWeek"; 4 pages
15
16   Exhibit 5002 "Business Insider, 2 of the smartest  150
17               people at Google are worried about
18               this one thing"; 2 pages
19
20   Exhibit 5003 "Plaintiff's Notice of Deposition of  153
21               Google Inc., Pursuant to Fed. R. Civ.
22               P. 30(b)(6)" and attachments; 9 pages
23
24
25   //
```

```
 1                    EXHIBITS (Continued)
 2    NUMBER                 DESCRIPTION                    PAGES
 3    Exhibit 5004 "WaybackMachine, Google, Google SOAP      195
 4                 Search API (beta), Aug 10, 2006"; 2
 5                 pages
 6
 7    Exhibit 5005 "WaybackMachine, Google, Google Web       206
 8                 APIs (beta), May 14, 2005"; 2 pages
 9
10    Exhibit 5006 "The Apache Software Foundation,          208
11                 Apache License, Version 2.0, January
12                 2004"; 5 pages
13
14    Exhibit 5007 "Package Index, Android Developers";      234
15                 14 pages
16
17    Exhibit 5008 Email series, "Subject:  Re: Skelmir";    247
18                 Bates GOOGLE-01-00023889 -
19                 GOOGLE-01-00023890
20
21    Exhibit 5009 Email series, "Subject:  Re: Android      264
22                 launch disaster"; Bates
23                 GOOGLE-01-00102154 -
24                 GOOGLE-01-00102155
25    //
```

```
 1                    EXHIBITS (Continued)
 2     NUMBER                  DESCRIPTION                    PAGES
 3     Exhibit 5010 Email series entitled "Re: interesting    271
 4                  paper with depressing conclusion...";
 5                  Bates GOOG-00100601 - GOOG-00100602
 6
 7     Exhibit 5011 Email series dated 11/14/2007,            286
 8                  "Subject:  Re: Apple concerns over
 9                  Android"; Bates GOOGLE-80-00005051 -
10                  GOOGLE-80-00005052
11
12     Exhibit 5012 "API Reference, Google Play Developer     302
13                  API, Google Developers"; 9 pages
14
15     Exhibit 5013 "CharsetEncoder"; 14 pages                310
16
17
18
19
20
21
22
23
24
25
                                                         Page 7
```

```
 1    Palo Alto, California; Tuesday, November 24, 2015
 2                       10:05 a.m.
 3
 4              THE VIDEOGRAPHER:  Good morning.  We are
 5    on the record at 10:05 A.M. on November 24th, 2015.
 6    This is the video-recorded deposition of Urs Hölzle
 7    and Google.  My name is Frank Clare, here with our
 8    court reporter, Catherine Ryan.  We are here from
 9    Veritext Legal Solutions at request of counsel for
10    Plaintiff.  This deposition is being held at King &
11    Spalding in Palo Alto, California.  The caption of
12    this case is Oracle America, Incorporated versus
13    Google Incorporated, Case No. CV10-03561 WHA.
14              Please note that audio and video recording
15    will take place unless all parties agree to go off
16    the record.  Microphones are sensitive and may pick
17    up whispers, private conversations, and cellular
18    interference.
19              I'm not related to any party in this
20    action.  Nor am I financially interested in the
21    outcome in any way.
22              At this time will all people in the room
23    identify themselves, please.
24              MS. HURST:  Annette Hurst and Abigail
25    Lubow for Oracle, and also on the phone are Alyssa
```

```
 1   Caridis from Orrick and Ruchika Agrawal from Oracle.
 2             MS. ANDERSON:  Good morning.  Christa
 3   Anderson with Keker & Van Nest, here for Google.
 4   Also with me today is Mr. Renny Hwang and Mr. Walter
 5   Mostowy from Google.
 6             THE VIDEOGRAPHER:  Thank you.  The court
 7   reporter will administer the oath and examination
 8   may begin.
 9                     URS HÖLZLE,
10   having been administered an oath, was examined and
11   testified as follows.
12             MS. ANDERSON:  Just before questioning
13   begins, I just wanted to state for the record that,
14   to avoid interrupting counsel, we're going to
15   generally designate this testimony as attorneys'
16   eyes only, but, of course, we will review the
17   transcript to determine what parts should be
18   de-designated pursuant to the rules of the
19   protective order.
20             And also, as is traditional here in this
21   case, the witness reserves the right to read and
22   sign.
23             MS. HURST:  In addition, Ms. Anderson, we
24   also discussed how to handle the fact that the
25   witness would be appearing in both an individual --
```

1    Q    Is it fair to say that your opinion that
2  you expressed to Mr. Rubin was that he conduct due
3  diligence and that he use untainted engineers to do
4  so?
5    A    I would say that my attempt here in
6  re-creating my train of thought was that for some
7  reason he was concerned about tainted and, basically
8  said, oh, we're going to skip the eval.  Like, we're
9  not going to have experts.  And I said, gee, that is
10  not a good idea.  If you are worried about that,
11  there are people who clearly aren't tainted, right,
12  where tainted means have worked at Sun, and I don't
13  say, because I don't want to be seen as telling him
14  what to do, that he should use that.  I'm saying
15  there is definitely the option of having people who
16  are experts and who have not worked at Sun.
17    Q    Just what -- after the sentence where you
18  identify Jeff and Sanjay, just -- just read the next
19  sentence for us, Mr. Hölzle.
20    A    Yes.  "But perhaps I misread your email
21  and you are not as desperate as it sounds."
22    Q    Okay.  So your perception at the time you
23  wrote your email on July 23rd, 2006, was that
24  Mr. Rubin was desperate; true?
25    A    He was rushing, and I used the words

Page 254

1    "desperate" to say, gee, you're not in a -- you
2    know, you're not planning to delay things a lot for
3    a deep inspection, like -- which I recommended.
4         Q    You used the word "desperate."
5         A    I totally used the word "desperate," yes.
6         Q    All right.  And then Mr. Rubin responded
7    to you:  "We haven't done the due diligence yet";
8    right?
9         A    Correct.
10        Q    And he describes the steps and the
11   transaction, explaining why due diligence would come
12   later; right?
13        A    Uh-huh, yes.
14        Q    Yeah.  And then he gives a little more
15   background; do you see that?
16        A    Uh-huh.
17        Q    He says:  "We have an in-house VM."  You
18   understand that to mean virtual machine; right?
19        A    Yes.
20        Q    "We're looking to acquire MID P2.0"; do
21   you see that?
22        A    Uh-huh.
23        Q    I'm sorry.  Can you say "Yes" for the --
24        A    Yes.
25        Q    Thank you.

Page 255

1  acquisition.  The acquisition was really motivated
2  by both Larry and Sergey's insight that basically at
3  the time of the acquisition mobile phones were not
4  programmable.
5         I'm quoted somewhere in the press because
6  I remember giving that email -- that interview maybe
7  a year before that mobile phones are not
8  programmable, like the Nokia phones, because at the
9  time we had a very simple Google search app that
10 basically gave you a screen and led you to a query
11 and get back results, and we literally had 147
12 versions of this because every single phone back
13 then, mostly Nokia, had a different way of doing
14 things, and so even though everything was Java, it
15 was literally -- even the same phone had
16 different -- you know, different APIs depending on
17 the -- on the carrier that carried the phone.  And
18 so we had no common platform, and it was impossible
19 to really build any applications on it.
20         And so Larry and Sergey recognized early
21 on that if someone writes a phone that actually can
22 be a platform for real software development, then
23 it's important for that platform to be open because
24 if -- if it was not, then access to search would
25 possibly be blocked by the owner of the platform,

Page 294

1   and we had lived through that on a desktop with
2   Microsoft, who was not favorably disposed to make it
3   to easy to use Google from the Microsoft browser.
4           And so they saw that, well, at some point
5   someone is going to do an operating system for
6   mobile phones that actually is usable that actually
7   is a platform that you can write real applications
8   for, and that platform would be open, right, because
9   if it's closed -- if it's Microsoft, again, for
10  example, then we're going to be toast.  You know,
11  it's not good if the platform is controlled by
12  someone else.  And that was three years or so before
13  smartphones actually happened.
14          So at the time it was, you know, pretty
15  forward-looking because it wasn't actually possible
16  to do it at the time.  The hardware just wasn't fast
17  enough.  But, you know, two years later the iPhone
18  came out, and a year or so after that Android came
19  out.  And so that's how it happened.  Java was --
20  I'm sure was not mentioned in the discussion at all
21  just because it wasn't about Java.  It was about a
22  mobile operating system and a user experience that
23  allows more ambitious applications to exist.
24  BY MS. HURST:
25       Q   All right.  You said that it was Larry and

```
 1         I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4         That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing is a true
11   record of the testimony given.
12         Further, that if the foregoing pertains to the
13   original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [  ] was [  ] was not requested.
16             I further certify that I am neither
17   financially interested in the action nor a relative
18   or employee of any attorney or any party to this
19   action.
20         IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22   Dated:    12/8/15
23
24   _____
         Catherine A. Ryan, RMR, CRR
25       CSR No. 8239
```

Page 325