# EXHIBIT 10

EXHIBIT
5008

Hoelzle

11/24/2015  c.a.r.

| From: | Urs Hoelzle | Sent:7/24/2006 11:14 AM. |
| To: [ - ] | Andy Rubin | |
| Cc: [ - ] | | |
| Bcc: [ - ] | | |
| Subject: | Re: Skelmir. | |

We could meet for lunch, I'm back in my office so just give me a call if
this works.

Andy Rubin wrote:
> We haven't done the due diligence yet. You know the drill; Propose
> an acquisition (we know the skelmir guys), get approval, issue a term
> sheet to make sure we're in the ballpark on numbers, execute due
> diligence, if all goes well, draft documents, sign docs, interview all
> employees who are being considered for fulltime jobs.
>
> We're on the "execute term sheet" step.
>
> A little more background. We have an in-house VM. We're looking to
> acquire MIDP2.0, hire the expertise to develop MIDP3.0 is short order,
> the java class libraries and the porting layer that runs on the common
> mobile platforms:
>
> - PowerPC (multiple variants)
> - MIPS 32 (multiple variants)
> - MIPS 64
> - SH2, SH3 & SH4
> - x86
> - TI OMAP
> - TI DM642
> - TI Davinci
> - ST20 (multiple variants - not linux)
> - ST40 (multiple variants)
> - Equator BSP-15+
> - ARM 7, ARM9
> - StrongARM, XScale
>
> I will explain who is doing the diligence in person. Do you have time
> for b-fast in noname Monday 8:30? Or call me. 650 283-0000.
>
>
>
>
> On Jul 23, 2006, at 10:44 PM, Urs Hoelzle wrote:
>
>> Wow--I totally understand your first point, but your second one is
>> uninspiring (i.e. scary). That is *not* a good reason to acquire a
>> company because there is no correlation between shipping soon and
>> acquiring a company, if you don't do due diligence. We have lots of
>> other (untainted) engineers who could so an eval, such as Jeff and
>> Sanjay who did DEC's JVM. But perhaps I misread your email and
>> you're not as desperate as it sounds. Can you tell me who did the
>> technical due diligence?
>>
>> Andy Rubin wrote:
>>> Actually, it's a clean-room implementation we're buying. Anyone
>>> with specific knowledge (especially those from Sun) are tainted and
>>> would be bad. I interviewed Lars and think he's great, but sadly,
>>> not for this project. We were in discussions for 8 months with Sun,
>>> walked away, and must prove that our internal effort is clean.
>>>

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY   Oracle America v. Google, 3:10-cv-03561-WHA   GOOGLE-01-00023889

>>> Also, because we were in discussion for so long, we must acquire an
>>> existing implementation. We ship in 6 months!
>>>
>>>
>>>
>>> On Jul 23, 2006, at 7:12 PM, Urs Hoelzle wrote:
>>>
>>>> Just saw that we're apparently planning to buy them. FYI we're
>>>> just hiring the first person in a new Danish engineering office
>>>> which is going to grow very quickly to about ~8 people, all with
>>>> deep VM experience. The lead (Lars Bak) was the primary designer
>>>> and implementor of Sun's Monty embedded JVM as well as one of the
>>>> primary figures on Hotspot. (I think you talked to him a year ago,
>>>> Andy.) I've worked with him for years. He and the other folks are
>>>> all deserting Esmertec who bought their small (embedded VM) startup
>>>> and badly botched the integration.
>>>>
>>>> It may still be a good idea to buy Skelmir, but I suggest you do
>>>> indepth due diligence--the devil is in the details with JVMs, many
>>>> of the ones I've seen have structural weaknesses that aren't
>>>> obvious at first sight. Good people for such diligence would be
>>>> Lars, of course (he's planning to sign his offer letter on Thursday
>>>> when he visits the Zurich office) or Robert Griesemer who also
>>>> worked on Monty.
>>>>
>>>> -Urs
>>>
>



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY       Oracle America v. Google, 3:10-cv-03561-WHA       GOOGLE-01-00023890