# Exhibit 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



android

the center of all your devices

GOOG-00251037

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**We want a user's Android device to be the center of their digital world.**

GOOG-00251039