# Exhibit 10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
     _____
 5                                  )
     ORACLE AMERICA, INC.,           )
 6                                  )
             Plaintiff,              )
 7                                  )
     vs.                             )  No. CV 10-03561 WHA
 8                                  )
     GOOGLE INC.,                    )
 9                                  )
             Defendant.              )
10                                  )
     _____)
11
12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13      VIDEOTAPED DEPOSITION OF JAMES KOLOTOUROS
14                Palo Alto, California
15             Tuesday, January 26, 2016
16                      Volume I
17
18
19
20
21  Reported by:
22  CATHERINE A. RYAN
23  CSR No. 8239
24  Job No. 2224276
25  PAGES 1 - 232
```

Page 1

**Page 68**

1  Q    Do you think, as you sit here today, that
2  Android TV is currently progressing well?
3  A    I believe so.
4  Q    So there's been no change -- there's been
5  no negative change between June 2014 and today
6  regarding Android TV --
7       MR. RAGLAND:  Objection.
8  BY MS. LEWIS-GRUSS:
9  Q    -- is that correct?
10      MR. RAGLAND:  Objection.  Form.
11      THE WITNESS:  I think -- I think that's a
12 fair characterization.
13 BY MS. LEWIS-GRUSS:
14 Q    Are you aware of any financial projections
15 that Google has performed regarding Android TV?
16 A    I'm not familiar with any financial
17 projections in connection with Android TV.
18 Q    What is the purpose of Android TV for
19 Google?
20      MR. RAGLAND:  Objection.  Form.  Beyond
21 the scope of the noticed topics.
22      THE WITNESS:  What is the purpose of
23 Android TV?  I think to expand the Android ecosystem
24 to additional form factors that are relevant for
25 Android.

**Page 69**

1  BY MS. LEWIS-GRUSS:
2  Q    Does Google collect data via Android TV?
3       MR. RAGLAND:  Objection to form.  Also,
4  beyond the scope of the noticed topics.
5       THE WITNESS:  I am unfamiliar with the
6  data collection practices of Android TV.
7  BY MS. LEWIS-GRUSS:
8  Q    Do you have a reason to believe that
9  Google does not collect data from users of Android
10 TV?
11      MR. RAGLAND:  Objection to form.  Also,
12 beyond the scope of the noticed topics.
13      THE WITNESS:  I -- I'd feel uncomfortable
14 saying one way or another what they're collecting or
15 not collecting as it relates to data and Android TV.
16 BY MS. LEWIS-GRUSS:
17 Q    Were you involved in any efforts to
18 prepare a strategy regarding the launch of Android
19 TV?
20      MR. RAGLAND:  Objection to form.
21      THE WITNESS:  I was not.
22 BY MS. LEWIS-GRUSS:
23 Q    Were you involved in any efforts to expand
24 the reach of Android TV?
25      MR. RAGLAND:  Same objection.

**Page 70**

1       THE WITNESS:  I was involved, yes.
2  BY MS. LEWIS-GRUSS:
3  Q    And what was your involvement in efforts
4  to expand the reach of Android TV?
5  A    In the first half of 2015 the Android TV
6  lead at the time had been reorganized under my team
7  or within my team, and so he was responsible for
8  interacting with OEMs and working with local teams
9  to promote Android TV to OEMs and set-top box
10 partners, et cetera.
11 Q    Who is the Android TV lead as of -- or who
12 was the Android TV lead as of the first half of
13 2015?
14 A    His name is Thomas Riedel, R-i-e-d-e-l.
15 Q    Does -- does Mr. Riedel continue to be the
16 Android TV lead today?
17 A    He is currently not functioning as the
18 lead for Android TV.
19 Q    Who is functioning as the lead for Android
20 TV today?
21 A    At a product level or a business
22 development level?  What -- at any particular lead
23 or --
24 Q    Who replaced Mr. Riedel?
25 A    Suveer Kothari, S-u-v-e-e-r.

**Page 71**

1  Q    And what are Mr. Kothari's
2  responsibilities?
3  A    I understand them to be responsibility for
4  Android TV and Google Cast business development
5  efforts.
6  Q    Is that at a product-level or a business
7  development-level role?
8  A    It is a business development-level role.
9  Q    And does Mr. Kothari report to you
10 directly or indirectly?
11 A    He does not.
12 Q    Okay.  So at the time that Mr. Riedel was,
13 you know, in his responsibilities reorganized under
14 your team, what was your involvement in interacting
15 with the OEMs to promote Android TV?
16      MR. RAGLAND:  Objection to form.
17      THE WITNESS:  There was no direct
18 involvement in connection with Thomas' activities
19 when he was working on Android TV.
20 BY MS. LEWIS-GRUSS:
21 Q    What were your responsibilities in working
22 with Thomas?
23 A    Managing him, helping with respect to
24 guidance or counsel on deal terms or -- or OEM
25 collaboration issues, also coordinating across OEMs

**Page 72**

 1  who might have been not just Android TV partners,
 2  but Android smartphone or tablet manufacturers.
 3      Q   What does that coordination involve?
 4      A   Primarily making sure that we're doing our
 5  best to work well with the OEM and work efficiently
 6  with them so that, as we -- they work on smartphones
 7  or tablets or TVs, they -- they have an efficient
 8  interaction with Google and are -- have better
 9  prospects for success.
10      Q   Does Google enter into specific and
11  separate agreements for smartphones versus tablets
12  versus TVs?
13          MR. RAGLAND:  Objection.  Form.
14          THE WITNESS:  They -- they can, but if an
15  OEM is already a smartphone or tablet licensee of
16  Google applications, a simple MADA or a simple
17  amendment is all that is needed to expand their
18  connection to Android via the TV program.
19  BY MS. LEWIS-GRUSS:
20      Q   So in managing Mr. Riedel, did you work
21  with him on deals with specific OEMs?
22      A   With specific -- specific deals?  No
23  specific deals.
24      Q   Did you give him guidance on a general
25  framework for Android TV deals?

**Page 73**

 1          MR. RAGLAND:  Objection.  Form.
 2          THE WITNESS:  I'm sure -- I'm sure I would
 3  have or I'm sure I did.
 4  BY MS. LEWIS-GRUSS:
 5      Q   What was your proposed strategy regarding
 6  Android TV deals?
 7          MR. RAGLAND:  Objection.  Form.
 8          THE WITNESS:  Probably just be nice, be
 9  easy to work with, listen to what questions they
10  have.  Answer them as well as possible.  You know,
11  as specific deal terms were raised, we could then
12  assess whether or not we could make changes as
13  needed or, if -- if not acceptable, we'd reject
14  them.
15  BY MS. LEWIS-GRUSS:
16      Q   Does Google have any requirements
17  regarding deal terms for Android TV?
18          MR. RAGLAND:  Objection.  Form.
19          THE WITNESS:  I'm sure.  I'm sure there's
20  some requirements in connection with an Android TV
21  agreement.
22  BY MS. LEWIS-GRUSS:
23      Q   Are there requirements, for example,
24  regarding branding of an Android TV?
25          MR. RAGLAND:  Objection.  Form.

**Page 74**

 1          THE WITNESS:  I believe so, but I have not
 2  read that agreement recently; so I'm not a hundred
 3  percent familiar with what the current terms would
 4  contain.
 5  BY MS. LEWIS-GRUSS:
 6      Q   Mr. Kolotouros, do you understand that you
 7  are here today to testify about strategies in any
 8  way associated with Android under any part thereof?
 9          MR. RAGLAND:  Objection.  Form.  I'll also
10  refer to Docket No. 1416, which bears upon
11  presentation of the witness today.
12          THE WITNESS:  I understand.
13  BY MS. LEWIS-GRUSS:
14      Q   Do you understand what Google strategy is
15  for Android TV?
16          MR. RAGLAND:  Objection.  Form.
17          THE WITNESS:  At a high level I believe I
18  know what the strategy is.
19  BY MS. LEWIS-GRUSS:
20      Q   Okay.  Could you describe to me what
21  Google strategy is for Android TV, please?
22          MR. RAGLAND:  Objection.  Form.
23          THE WITNESS:  To encourage the adoption of
24  Android TV by TV manufacturers and set-top
25  manufacturers and develop products that, in fact,

**Page 75**

 1  are ones that resonate well with the OEMs and
 2  set-top manufacturers who would build these devices.
 3  BY MS. LEWIS-GRUSS:
 4      Q   Why is the television market important to
 5  Google?
 6          MR. RAGLAND:  Objection.  Form.  Also,
 7  objection to the extent it's outside the scope of
 8  the noticed topics.
 9          THE WITNESS:  In that -- in that
10  ecosystems are expanding to include additional form
11  factors, and at the same time as competitors are
12  looking to expand into other segments, it is my
13  belief that, for Android to be successful, not just
14  being in phones and tablets is important.
15  BY MS. LEWIS-GRUSS:
16      Q   Who are the competitors that you referred
17  to in your answer?
18      A   I think Apple is one.  I think Microsoft
19  is another.
20      Q   Why does Google need Android TV when it
21  has Chrome Cast?
22          MR. RAGLAND:  Objection.  Form.
23          THE WITNESS:  I think -- I think that is a
24  question that is still being answered internally.
25  //

**Page 181**

```
 1  for -- well, for connected devices, I guess.
 2  BY MS. LEWIS-GRUSS:
 3      Q    And how would lack of success in the
 4  wearable space impact the ecosystem for Android?
 5           MR. RAGLAND:  Objection to form and to
 6  scope.
 7           THE WITNESS:  Can you repeat the question,
 8  please?
 9           (Record read by the reporter as follows:
10              "QUESTION:  And how would lack of
11              success in the wearable space impact the
12              ecosystem for Android?")
13           THE WITNESS:  If users do not believe that
14  Android Wear was a -- a good product for them to
15  choose from, they might be driven away from Android
16  as an ecosystem as a whole and not want to consider
17  Android for a smartphone or a tablet or TV purchase.
18  BY MS. LEWIS-GRUSS:
19      Q    Does Google earn revenue in conjunction
20  with the Android Wear platform?
21      A    Not that I'm aware of.
22      Q    Does Google sell applications and content
23  via Android Wear devices?
24           MR. RAGLAND:  Objection.  Form.
25           THE WITNESS:  I don't know if any of the
```

**Page 182**

```
 1  apps in Android Wear are paid apps.  There is --
 2  there is that chance, but I'm -- I'm not familiar
 3  with any.
 4  BY MS. LEWIS-GRUSS:
 5      Q    Do you know if Google has any plan to
 6  collect data associated with consumers' use of
 7  Android Wear?
 8           MR. RAGLAND:  Objection to form.
 9  Objection as beyond the scope of the noticed topics.
10           THE WITNESS:  I'm unfamiliar with the data
11  collection plans for Android Wear.
12  BY MS. LEWIS-GRUSS:
13      Q    Do you know whether any Google
14  applications are preloaded on Android Wear devices?
15           MR. RAGLAND:  Objection to form.
16           THE WITNESS:  I think -- I think the
17  Google Launcher is, but I'm not sure what else might
18  be preloaded on the -- an Android Wear device.
19  BY MS. LEWIS-GRUSS:
20      Q    And what is the Google Launcher?
21      A    I think it's the interface that helps the
22  user navigate the screens and the swiping gestures
23  of a wearable device.
24      Q    Does Google have any future plans -- does
25  Google have any plan or strategy to monetize Android
```

**Page 183**

```
 1  Wear in the future?
 2      A    Not that I'm aware of.
 3      Q    What is the type -- what is the name of
 4  the agreement that covers Android Wear?
 5           MR. RAGLAND:  Objection to form.
 6           THE WITNESS:  I think it's just the
 7  Android Wear license agreement.
 8  BY MS. LEWIS-GRUSS:
 9      Q    Are there specific requirements for the
10  use of Android Wear similar to the requirement we've
11  previously discussed for mobile phones?
12           MR. RAGLAND:  Objection to form.
13           THE WITNESS:  I'm sure there are
14  requirements, but I can't say -- do a compare and
15  contrast against what is in other agreements.
16  BY MS. LEWIS-GRUSS:
17      Q    I'm returning to the spreadsheet.  There's
18  also a product area of TVs, which we've discussed
19  before.  I'm not sure if I asked you this question;
20  so forgive me if I've already asked you.
21           But does Google have -- does Google
22  collect data from consumers who have Android TVs?
23           MR. RAGLAND:  Objection to the form.
24  Objection as beyond the scope of the noticed topics.
25           THE WITNESS:  I'm unfamiliar with what the
```

**Page 184**

```
 1  date collection plans for the Android TV are.
 2  BY MS. LEWIS-GRUSS:
 3      Q    If you could turn back to this document,
 4  there is a spread- -- the tab called the "Partner
 5  Hot List Expiring M -- MAD," is what you see on the
 6  tab.
 7      A    I'm having -- I'm sorry.  I'm having a
 8  hard time navigating there.
 9      Q    It's a red --
10      A    Ah, there it is.  I'm on it.  There we go.
11      Q    Why are the listed OEMs considered to be
12  on the hot list?
13           MR. RAGLAND:  Objection to form.
14           THE WITNESS:  ███████████████████
15  ████████████████████████████████████████████
16  ████████████████
17  BY MS. LEWIS-GRUSS:
18      Q    If you could turn to the next tab, please,
19  which is called "Tier One OEMs."
20      A    Okay.
21      Q    What does it mean to be a tier one OEM?
22      A    A tier one OEM is an OEM with whom we have
23  a -- basically a direct relationship with, meaning
24  that the OEM will submit their Android devices to us
25  for certification and testing.
```

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q    Do you recall whether -- who the
2  manufacturer was of the very first Android phone
3  released to market?
4         MR. RAGLAND:  Objection to form and scope.
5         THE WITNESS:  I think it was HTC, but I'm
6  not a hundred percent sure.
7  BY MS. LEWIS-GRUSS:
8    Q    And do you know whether HTC has an
9  agreement at the time that it introduced the first
10 Android phone to receive revenue share from Google?
11        MR. RAGLAND:  Objection to form.
12        THE WITNESS:  I'm unaware of whatever
13 terms might have been in place.
14 BY MS. LEWIS-GRUSS:
15   Q    When carriers receive revenue share from
16 Google, is there a standard percentage of revenue
17 that Google shares with those carriers?
18        MR. RAGLAND:  Objection to form.
19        THE WITNESS:  I don't know if it's a
20 standard, but the prevailing number that I've heard
21 or seen is ▓▓ percent.
22 BY MS. LEWIS-GRUSS:
23   Q    And you were not responsible for
24 negotiating with the carriers for revenue-share
25 agreements; is that correct?

Page 225

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A    That is correct.
2    Q    And your group is not responsible for
3  negotiating with carriers; is that correct?
4    A    That is correct.
5    Q    And what is the standard percentage of
6  revenue share that is provided to developers?
7         MR. RAGLAND:  Objection to form.
8         THE WITNESS:  The prevailing revenue share
9  provided to developers, I believe, is 70 percent.
10 BY MS. LEWIS-GRUSS:
11   Q    Do you know whether the revenue share --
12 the percentage of revenue shared with developers has
13 increased or decreased since Android was introduced
14 to the market?
15        MR. RAGLAND:  Objection to form.
16        THE WITNESS:  I am unfamiliar with the
17 historical trend or path of developer revenue
18 shares.
19 BY MS. LEWIS-GRUSS:
20   Q    Do you know whether the percentage of
21 revenue that Google shares with carriers has
22 increased or decreased since Android was released to
23 the market?
24        MR. RAGLAND:  Objection to form.
25        THE WITNESS:  I'm unaware of the

Page 226

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  historical precedence for carrier deals.
2  BY MS. LEWIS-GRUSS:
3    Q    So how are the -- so who determines for a
4  particular phone whether your group should offer an
5  OEM revenue share or whether the group responsible
6  for negotiating with carriers should offer the
7  carrier a revenue share?
8         MR. RAGLAND:  Objection to form.
9         THE WITNESS:  The business development
10 obligations or responsibilities are divided by --
11 between OEMs and carriers, and so if it is a
12 carrier, the carrier team will negotiate those
13 search revenue-share arrangements, and if it's an
14 OEM -- a global OEM, it is more likely that my team
15 will be the one that does those negotiations.
16 BY MS. LEWIS-GRUSS:
17   Q    So we've spoken a lot today about the
18 Android ecosystem.  Is it Google strategy to have
19 the most popular mobile device ecosystem in the
20 world?
21        MR. RAGLAND:  Objection to form, and
22 objection to the extent it's beyond the scope of the
23 noticed topics.
24        THE WITNESS:  I don't think the most
25 popular is the prevailing goal.

Page 227

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  BY MS. LEWIS-GRUSS:
2    Q    What is the prevailing goal, please?
3         MR. RAGLAND:  Objection to form.
4         THE WITNESS:  I believe it would be to
5  provide the most robust possible ecosystem and
6  experience for the smartphone or mobile phone
7  industry and associated or extended form factors so
8  that OEM participants and ODM participants and SoCs
9  and carriers and users can all thrive and succeed on
10 top of or in connection with the Android ecosystem.
11 BY MS. LEWIS-GRUSS:
12   Q    And how do you determine that an ecosystem
13 is robust?
14        MR. RAGLAND:  Objection.  Form.
15 Objection.  Beyond the scope of the noticed topics.
16        THE WITNESS:  I think developer adoption,
17 user satisfaction, OEM adoption, OEM success,
18 carrier affinity for Android devices and their
19 ranging or assortment processes, quality of
20 experience as measured by user affinity or adoption.
21 So I think there's different variables that play
22 into getting a -- a high-quality product that is
23 competitive relative to others that are available.
24 BY MS. LEWIS-GRUSS:
25   Q    And who are the competitors that are

Page 228