# Exhibit 15

# Filed Under Seal

| | | |
|---|---|---|
| From: | Elad Gil. | Sent:10/27/2004 9:12 PM. |
| To: [ - ] | eng@google.com; product-team@google.com. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | . | |
| Subject: | A Call to Wireless Arms!!. | |

Today Yahoo! announced they are deploying wireless search & other services on Cingular, AT&T, and Verizon. Between these carriers, Yahoo! will have access to 85 Million users in the US alone (~50% of the market).

We spoke with Cingular (who just acquired AT&T) -- they have given a verbal handshake agreement to move Google search up to the same placement Yahoo! will get. We are also in current talks with Verizon for the same type of deals. They are interested in multiple types of products-- SMS alerts, J2ME & BREW downloaded applications, and XHTML result delivery.

But, there is only so much that we can do without your support! Of course, we welcome ideas (technical and business), but we also need engineers & PMs actively porting *their own* projects (and 20% projects) to wireless.

Moving to wireless is one of the biggest changes Google will face as a company. If we do not act now we will fall behind in this important global market and will let our users down.

Some facts you should know about the importance of wireless:

* Wireless access is a dominant mode of Internet access in multiple countries where Google lags in the market.
* Wireless is key to a seamless experience (30% of active Yahoo users are also mobile data users!) <-- this is important!
* Already, Google's wireless search alone is generating 6 MM queries per day, the search volume exceeds that of Froogle despite no promotion.
*As engineers and PMS, we need to go out and experiment with mass-market devices (i.e. $50-$200 phones). Note Treos & Blackberry's don't count: Making a compelling application for Silicon Valley VCs isn't our end goal. Maybe it's time to replace that 3 year old cell phone you've been carrying around?

Currently we have few product offerings, 4 full time engineers and 1.5 PMS. Lets put this in perspective.

YAHOO!'s resource (headcount @ Yahoo = 30 engineers growing to 60 this year!)

Yahoo! is going to be a relentless competitor in this space. They have an SVP-level person now responsible for wireless at Yahoo! (former Sprint executive who was responsible for Y!-SBC deal).

YAHOO's services

Yahoo! leads in 13 of the 14 services they have deployed. Multiple carriers we have spoken with (Cingular, Sprint, O2)say that Yahoo! mail is their most popular WAP content. Yahoo! IM is a killer product on handsets. Yahoo! Japan has a downloadable J2ME app used by 500,000 people during the first 6 months. Cingular now offers Yahoo! Enabled Handsets" with IM and mail preinstalled.

YAHOO's revenue mobile revenue

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY      Oracle America v. Google, 3:10-cv-03561-WHA      GOOGLE-29-00003710

OVER is piloting ads for ringtones with 30-50 advertisers in Japan on Yahoo! Mobile and MSN content sites. This could be the first step towards a wireless AFS/AFC product. OVER has also been working with Orange and Vodafone in the UK on mobile ads. Although not prevalent yet in America, this is already a very large business in Japan (>$300MM). Yahoo is also selling their subscription services (ie. chat) for $2.00 - 3.00 a month (in AMERICA)-- and this is a very popular service.

WHAT CAN YOU DO?
There are a billion+ cell phone users, and this will soon be the major mode of Internet access globally. Each and every product group should have a mobile offering in their roadmap. With a 50% person for 1 quarter on each team Google can rapidly get to the point where we will be credible in this space and have a serious chance of winning.

The Sky-Team is currently building the delivery infrastructure (SMS, XHTML, Download Apps) that you can use. We need folks to contribute their specific requirements so that your project can use the infrastructure effectively. Contact Shumeet for engineering, Elad for PM, and Mayumi for market.

We apologize for this unorthodox soapbox monologue, but we have between 8-12 months worldwide to become a dominant player; it's going to take a concerted effort.

Thanks,

Elad & Shumeet & Mayumi

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-29-00003711