# Exhibit 16

# Filed Under Seal

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-26-00008343



# GPS

# Project Android

## August 2005

### Andy Rubin, Deep Nishar

Android is: Nick Sears, Rich Miner, Chris White, Tracey Cole, Andy McFadden, Brian Swetland, Ficus Kirkpatrick, Ramy Dodin



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-26-00008363

# Plan:  Beat Microsoft and Symbian to volume by offering an Open Source handset solution



The challenge in delivering robust wireless applications is a delicate ecosystem controlled primarily by wireless carriers and handset OEMs. The Android solution "changes the game" by offering each stakeholder a significant advantage in core areas of their business, while streamlining the delivery of enhanced services that are important to Google.

### For the wireless carrier

- Provide a POS provisioning system that enables the carrier to easily deploy differentiating applications onto Android-enabled handsets sold via their retail channels.
  - ✓ Reduces the amount of pressure carrier must exert onto handset OEMs who are struggling to keep up with custom feature requests.
  - ✓ Allows carriers to deploy unique, differentiating features
  - ✓ Allows carriers to further segment their markets by offering unique features per demographic
  - ✓ Creates a horizontal layer of compatibility across OEMs that the carrier can leverage for its custom features

### For the handset manufacturer

- Provide a Linux-based open source handset platform
  - ✓ OEM can control their own destiny by taking a state of the art source-code solution and refine it to suite their exact needs
  - ✓ OEM can rely on the open source community to back fill their development efforts
  - ✓ OEM can dramatically reduce the number of SKUs per handset
  - ✓ The zero-cost solution reduces the handset BOM by 10%

### For Google

- Deploy an open source handset platform with built-in Google Services
  - ✓ Delight end-users with a compelling user interface and highly functional features and applications
  - ✓ Challenge Symbian and Microsoft by beating them to volume in the handset space
  - ✓ Enable Google applications such as Gmail and Local out of the box
  - ✓ Gradually open up the wireless industry to innovation