# Exhibit 17

# Filed Under Seal

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4
    _____
 5                                  )
    ORACLE AMERICA, INC.,           )
 6                                  )
              Plaintiff,            )
 7                                  )
    vs.                             )  No. CV 10-03561 WHA
 8                                  )
    GOOGLE INC.,                    )
 9                                  )
              Defendant.            )
10                                  )
    _____)
11
12
13     HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14         VIDEOTAPED DEPOSITION OF URS HÖLZLE
15                Palo Alto, California
16             Tuesday, November 24, 2015
17                     Volume I
18
19
20
21  Reported by:
    CATHERINE A. RYAN
22  CSR No. 8239
23  Job No. 2189225
24
25  PAGES 1 - 325
```

Page 1

Veritext Legal Solutions
866 299-5127

```
 1  idea how they do it.
 2  BY MS. HURST:
 3      Q   All right.  You said earlier that you've
 4  had no formal role with respect to Android.  Have
 5  you had an informal role?
 6      A   I have an informal role, you know, with
 7  many things because you -- you know, if you're part
 8  of Google, then discussions, sort of things like
 9  that, come up, like, let's say, hiring or hiring
10  standards or cultural things or -- you know, I deal
11  with our international offices, for example.  So,
12  yes, I certainly had discussions with Android as
13  well.
14      Q   Did you have discussions with Andy Rubin
15  soon after Google acquired Android?
16      A   I -- I wouldn't say soon because it was
17  very skunkworksey, like, I know about -- I knew
18  about the acquisition because it was discussed
19  somewhere.  I knew that they were looking at phones,
20  but I think for the first year or two I didn't see
21  what they were doing, and I doubt that few people at
22  Google did because they were kind of running very
23  skunkworks.
24      Q   And skunkworks means they were keeping it
25  a secret and as small as possible?
```

Page 56

```
 1             MS. ANDERSON:  Objection.  Form.
 2             THE WITNESS:  In the -- it was an informal
 3  term.  Yes, basically meaning -- Google, generally
 4  speaking, internally is very open.  So anyone can
 5  see what's going on in other teams because the team
 6  home page is public and you can look at the source
 7  code or, you know, whatever, and Android wasn't like
 8  that.  So I would say most people didn't know that
 9  -- may not even -- they may have even missed that
10  they were acquired, and it certainly wasn't
11  something that was talked about much.
12  BY MS. HURST:
13      Q   All right.  Did anyone from the Android
14  skunkworks, to use your term, ever consult with you
15  about compiler design for Android?
16             MS. ANDERSON:  Objection.  Form.
17             THE WITNESS:  Yeah, not in that -- so I
18  remember having discussions with someone -- it might
19  have been Andy.  It might have been someone else --
20  about people to hire for -- who are good in language
21  implementation because -- because the Java
22  implementation on -- on -- or the -- generally that
23  Android runtime system was in its infancy at the
24  time, and they were looking for referrals,
25  basically.
```

Page 57

```
 1  BY MS. HURST:
 2      Q   And they were considering a Java
 3  implementation?
 4             MS. ANDERSON:  Objection.  Form.
 5             THE WITNESS:  I think, but, you know,
 6  again, this was -- I would say that in the first two
 7  or three years of Android at Google I probably
 8  spent, you know, a single-digit number of hours tops
 9  interacting with the -- with the Android team on a
10  -- pretty much anything.  So what I do remember is
11  referring some people and saying, well, if you want
12  to hire people who understand implementation,
13  runtime systems, here's some names.
14  BY MS. HURST:
15      Q   And Mr. Bak was one of the people that you
16  recommended?
17      A   Lars was one of the people I recommended,
18  yes.
19      Q   And was he ultimately hired?
20      A   He was not hired for Android, no.  He was
21  later hired for -- for Chrome.
22      Q   Did you have any understanding at the time
23  as to why Mr. Bak was not hired for Android?
24             MS. ANDERSON:  Objection.  Form.
25             THE WITNESS:  I -- you know, you have to
```

Page 58

```
 1  ask him to be sure, but I believe a significant
 2  reason was location.  He's in Denmark, and the job
 3  was offered in Mountain View, and he wasn't willing
 4  to relocate.
 5  BY MS. HURST:
 6      Q   At the time you recommended Mr. Bak, did
 7  you have an understanding of what he was working on?
 8             MS. ANDERSON:  Objection.  Form.
 9             THE WITNESS:  Yeah, Lars was working on a
10  -- he had a -- some kind of start-up that did -- I
11  believe it was embedded Smalltalk or Smalltalk-ish
12  systems for consumer electronics.
13  BY MS. HURST:
14      Q   Were you ever familiar with a company
15  called Esmertec?
16      A   By name I know who they were.  They were a
17  Swiss company, and they were in the phone -- phone
18  software business, sort of in the Nokia age, and so
19  I know that.
20      Q   Do you know anything else about them?
21      A   I believe they bought Lars's company.
22      Q   And Lars's company you're referring to is
23  Skelmir?
24      A   I don't know what the name was, but he had
25  a very small company in Denmark, five people or
```

Page 59

Q Is it fair to say that your opinion that you expressed to Mr. Rubin was that he conduct due diligence and that he use untainted engineers to do so?

A I would say that my attempt here in re-creating my train of thought was that for some reason he was concerned about tainted and, basically said, oh, we're going to skip the eval. Like, we're not going to have experts. And I said, gee, that is not a good idea. If you are worried about that, there are people who clearly aren't tainted, right, where tainted means have worked at Sun, and I don't say, because I don't want to be seen as telling him what to do, that he should use that. I'm saying there is definitely the option of having people who are experts and who have not worked at Sun.

Q Just what -- after the sentence where you identify Jeff and Sanjay, just -- just read the next sentence for us, Mr. Hölzle.

A Yes. "But perhaps I misread your email and you are not as desperate as it sounds."

Q Okay. So your perception at the time you wrote your email on July 23rd, 2006, was that Mr. Rubin was desperate; true?

A He was rushing, and I used the words

Page 254

"desperate" to say, gee, you're not in a -- you know, you're not planning to delay things a lot for a deep inspection, like -- which I recommended.

Q You used the word "desperate."

A I totally used the word "desperate," yes.

Q All right. And then Mr. Rubin responded to you: "We haven't done the due diligence yet"; right?

A Correct.

Q And he describes the steps and the transaction, explaining why due diligence would come later; right?

A Uh-huh, yes.

Q Yeah. And then he gives a little more background; do you see that?

A Uh-huh.

Q He says: "We have an in-house VM." You understand that to mean virtual machine; right?

A Yes.

Q "We're looking to acquire MID P2.0"; do you see that?

A Uh-huh.

Q I'm sorry. Can you say "Yes" for the --

A Yes.

Q Thank you.

Page 255

Now MID P2.0 that was a -- that's a Java reference -- right? -- Java Platform reference?

A I actually have no idea what it refers to.

Q All right. He wrote: "We're looking to acquire MID P2.0, hire the expertise to develop MID P3.0 is --" and that appears to be a typo. It should be "in short order"; right?

A Yes, that's --

Q "And --"

A -- how I read it, too.

Q "-- the Java class libraries and the porting layer that runs on the common mobile platforms"; do you see that?

A I see.

Q All right. And what do you -- he wrote that they looking to acquire -- well, as you sit here today, do you understand that he was looking to acquire or develop the Java class libraries and the porting layer --

MS. ANDERSON: Objection. Form.

BY MS. HURST:

Q -- or both?

MS. ANDERSON: Objection. Form.

THE WITNESS: Possibly. I mean, it's clear that he wants to accelerate his efforts

Page 256

towards having a complete Android system, and by buying his team, which does have some code, which he believes would make it possible for him to meet his six-month launch date, it doesn't really -- the email seems to suggest that he hasn't -- doesn't have the Java class libraries yet.

BY MS. HURST:

Q He doesn't have them yet and he's got to get them somehow?

MS. ANDERSON: Objection. Form.

THE WITNESS: That's how I interpret the email.

BY MS. HURST:

Q Now, he says at the end of his email: "I will explain who is doing the diligence in person" --

A Uh-huh.

Q -- right?

A Yes.

Q Is there a Urs Hölzle user -- personal user manual at Google?

A There is.

Q And how long is that document?

A Three pages maybe.

Q And is one of the things that document was

Page 257

Case 3:10-cv-03561-WHA   Document 2118-6   Filed 04/20/17   Page 5 of 5

acquisition.  The acquisition was really motivated by both Larry and Sergey's insight that basically at the time of the acquisition mobile phones were not programmable.

I'm quoted somewhere in the press because I remember giving that email -- that interview maybe a year before that mobile phones are not programmable, like the Nokia phones, because at the time we had a very simple Google search app that basically gave you a screen and led you to a query and get back results, and we literally had 147 versions of this because every single phone back then, mostly Nokia, had a different way of doing things, and so even though everything was Java, it was literally -- even the same phone had different -- you know, different APIs depending on the -- on the carrier that carried the phone.  And so we had no common platform, and it was impossible to really build any applications on it.

And so Larry and Sergey recognized early on that if someone writes a phone that actually can be a platform for real software development, then it's important for that platform to be open because if -- if it was not, then access to search would possibly be blocked by the owner of the platform,

Page 294

and we had lived through that on a desktop with Microsoft, who was not favorably disposed to make it to easy to use Google from the Microsoft browser.

And so they saw that, well, at some point someone is going to do an operating system for mobile phones that actually is usable that actually is a platform that you can write real applications for, and that platform would be open, right, because if it's closed -- if it's Microsoft, again, for example, then we're going to be toast.  You know, it's not good if the platform is controlled by someone else.  And that was three years or so before smartphones actually happened.

So at the time it was, you know, pretty forward-looking because it wasn't actually possible to do it at the time.  The hardware just wasn't fast enough.  But, you know, two years later the iPhone came out, and a year or so after that Android came out.  And so that's how it happened.  Java was -- I'm sure was not mentioned in the discussion at all just because it wasn't about Java.  It was about a mobile operating system and a user experience that allows more ambitious applications to exist.
BY MS. HURST:
   Q   All right.  You said that it was Larry and

Page 295

Sergey's -- it was important to them to have -- not to have someone else control the platform.
   A   To have an open platform and not have a Microsoft -- I mean, at the time probably Microsoft was on everyone's mind because they had ambitions to go -- being mobile.  They controlled 90 percent of desktop OSes, and they were definitely not friendly to us.
   Q   How was this communicated to you, this desire that Mr. Brin and Mr. Page had not to let somebody else control the next generation mobile operating system, the programmable one?
   A   I'm sure there were discussions around the area, especially after the Android acquisition, and I'm sure they would have talked about it as part of saying, hey, we want to go and acquire Android and here's why.

I think it became even clearer to most people at Google once the iPhone was out because it kind of showed that, actually, if you have a program -- a platform that's kind of more like a PC rather than a very narrow kind of Nokia-Symbian-type platform, then really you can do amazing programs that people would really want.
   Q   The iPhone was a closed platform?

Page 296

   A   The iPhone was a closed platform, yes.
   Q   And you --
   A   Still is.
   Q   -- ████████████████████████
on that platform; right?
       MS. ANDERSON:  Objection.  Form.
       THE WITNESS:  ████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
BY MS. HURST:
   Q   ████████████████████████████
your search capability, search service, onto the
████
       MS. ANDERSON:  Objection.  Form.
       THE WITNESS:  Again, I'm not knowledgeable about that.  We do pay them.  I know that.
BY MS. HURST:
   Q   Pardon me.  Okay.  I didn't understand that.
   A   Were we forced to do that or was it voluntary?  I don't know.
   Q   I didn't mean to make that distinction --

Page 297