# Exhibit 18

# Filed Under Seal

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5    --------------------------
 6    ORACLE AMERICA, INC.,     )
 7            Plaintiff,        )
 8       vs.                    )  No. CV 10-03561 WHA
 9    GOOGLE, INC.,             )
10            Defendant.        )
11    --------------------------
12
13       -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY--
14
15       Videotaped Personal Capacity deposition of
16       ANDREW E. RUBIN, taken at the law offices of
17       King & Spalding LLP, 333 Twin Dolphin Drive,
18       Suite 400, Redwood Shores, California,
19       commencing at 8:39 a.m., on Wednesday,
20       July 27, 2011, before Leslie Rockwood, RPR,
21       CSR No. 3462.
22
23
24
25    PAGES 1 - 296
```

Page 1

Highly Confidential - Attorneys' Eyes Only

```
 1   help.
 2        (Exhibit PX318 was marked for
 3        identification.)
 4   Q.  BY MR. JACOBS:  I promised you I didn't like
 5   trick questions, but I do have a document that I think      13:45:07
 6   will help us on the timeline, and that's this next email,
 7   July 24th, 2006.  So take a look at that for a minute.
 8   A.  Okay.
 9        Okay.
10   Q.  So you write, I think this is you, "Actually,           13:45:49
11   it's a clean room implementation we're buying.  Anyone
12   with specific knowledge, those from Sun, are tainted and
13   would be bad.  I interviewed Lars, and I think he's
14   great, but sadly not for this project.  We were in
15   discussions for eight months with Sun, walked away and     13:46:17
16   must prove that our internal effort is clean."
17        Do you see that?
18   A.  Uh-huh.
19   Q.  So this -- first of all, it reinforces your
20   earlier testimony that by this time at least this last     13:46:26
21   round of negotiations with Sun had ended; correct?
22   A.  Uh-huh.
23   Q.  And you characterize it as Google walking
24   away; right?
25   A.  Yes.                                                   13:46:36
```
Page 178

Highly Confidential - Attorneys' Eyes Only

```
 1   Q.  And then you say, "We're going to --
 2   ultimately, we're going to have to prove that our
 3   implementation is clean," so you're now on the clean room
 4   path; right?
 5   A.  That's right.  So the hedge is now the first           13:46:44
 6   effort.
 7   Q.  Then you go on to say, "Also, because we were
 8   in discussion for so long, we must inquire an existing
 9   implementation.  We ship in six months."
10        Do you see that?                                      13:46:56
11   A.  Yep.
12   Q.  So, actually, it looks like you were thinking
13   of trying to ship in December of 2006; right?
14   A.  I was under incredible schedule pressure, and
15   as I mentioned before, anything that we acquired or        13:47:06
16   whether we partnered with Sun and acquired their
17   technology, it would have improved our schedule.
18   Q.  So -- but this is talking about Skelmir now;
19   right?
20   A.  Yep.                                                   13:47:26
21   Q.  The deadline you were talking about, the
22   December 2006 deadline, you said, "I was under incredible
23   schedule pressure."
24   A.  Yep.
25   Q.  What did you mean by that?                             13:47:34
```
Page 179

Highly Confidential - Attorneys' Eyes Only

```
 1   A.  Well, look, I mean, you have a window of
 2   opportunity in smartphones.  I had competitors all over
 3   the place.  When I started the company, Microsoft was my
 4   competitor.  You know, there was Symbian in there as
 5   well, and, you know, all sorts of Linux initiatives.  You  13:47:44
 6   have to ship as soon as feasibly possible.
 7        I mean, you go to extraordinary lengths to
 8   ship sooner, because it's a very dynamic market.  And it
 9   could shift directions at any time.  Right.  So my job
10   as, you know, the architect of this business concept was   13:48:00
11   to just do everything that I possibly could to get my
12   solution to the market in the shortest time possible.
13   Q.  And Urs is kind of being a little cautionary
14   there; right?  He's says, "Wow.  I totally understand
15   your first point, but your second is uninspiring, ie,      13:48:16
16   scary.  That is not a good reason to acquire a company,
17   because there's no correlation between shipping soon and
18   acquiring a company if you don't do due diligence.  We
19   have lots of other untainted engineers."
20        So he's cautioning you that be careful about          13:48:28
21   this aggressive schedule --
22   A.  I'm saying --
23        MS. ANDERSON:  Wow.  Finish your question.
24   Q.  BY MR. JACOBS:  He's cautioning you about
25   this aggressive schedule in that it might lead you to      13:48:40
```
Page 180

Highly Confidential - Attorneys' Eyes Only

```
 1   make a mistake; right?
 2        MS. ANDERSON:  Objection.  Form.
 3        THE WITNESS:  I don't think he's cautioning
 4   me about schedule.  He's taking issue with my second
 5   point.  And, honestly, if my first point is proposing an   13:48:49
 6   acquisition, my second -- and the second point is get
 7   approval, I mean what point is he commenting on?  I don't
 8   know.  Let me see.
 9        So, yeah.  I don't know what he's -- he's
10   commenting -- it's pretty obvious he's commenting on time  13:49:19
11   frame.  I just don't see my point that he was referring
12   to.  But that's okay.  We can -- we can take it at face
13   value.
14   Q.  BY MR. JACOBS:  So you write, "We haven't
15   done the due diligence yet," at the top of the string.     13:49:33
16   Do you see that?
17   A.  Yes.
18   Q.  And so did you ever get to the stage where
19   you had a term sheet and then were doing due diligence in
20   the sequence that you outlined?                            13:49:42
21   A.  I don't recall.  We had several meetings, and
22   we did some evaluation of their technology.  But I was
23   also a little worried -- I didn't want to learn too much
24   about their technology, and I needed to separate the
25   teams, because we were building a clean room, and I        13:49:54
```
Page 181