# Exhibit 20

# Filed Under Seal

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-26-00007277



# Alan Eustace Operating Plan

August 2005

---

Contributors

Peter Norvig, Ann Mei Chang, Sundar Pichai, Bill Li, Alan Warren, Deep Nishar, Andy Rubin, Dan Clancy, Ricardo Jenez, Bob Jung



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-26-00007286

## Wireless Theme: Deliver Full Google Experience to Mobile Users

1. <u>Mobile Search vision</u>: Build services where users can find the most relevant and useful information accessible from the mobile device, and increase the total page views from mobile devices to 45MM a day.
   - <u>Server side products</u>: Launch server apps including iGoogle (1 million), GMail XHTML (1 million int'l), Local, News, and One Boxes (1/2 million) to provide users with the information they want with fewer clicks. This would allow us to reach 24 million PVs per day (this also assumes a 30% organic growth per quarter from our current 10 million PVs w/o mobile restrict and proxy pages)
   - <u>Transcoder</u>: Launch new xhtml/chtml transcoder and generate 125% increase in traffic. (13 million for WML, XHTML, and CHTML without China Mobile)
   - <u>Mobile Restrict Search</u>: Become the most useful and comprehensive index of all available browsable contents for mobile users. (4 million searches)
   - <u>Plankton</u> (Collect Feed/Content): Get all the worlds content (including public content and operator content) Into the Mobile Index and acquire feeds for the top categories of mobile queries; Increase mobile search index by 30% due to URLs submitted using Google sitemaps. (5 million more PVs from marketing impact and increased quality)
   - <u>SMS</u>: Expand internationally, provide seemless integration with CCC products, and provide a more reliable SMS service to increase query traffic to 1/2 million per day.

2. <u>Mobile Monetization Vision</u>: Monetize mobile traffic in at least two regions.
   - <u>Mobile Market Place</u>: Provide search over operator downloads and build an ads based mobile marketplace
   - <u>Mobile Ads</u>: Make Google's AdWords, AFS, and AFC system available on mobile devices with features specific to mobile advertisers and users.
   - <u>Payment</u>: Close acquisition and launch integrated Google mobile payment platform.

3. <u>Mobile Apps Vision:</u> Launch J2ME and native applications that the average mobile device user actually uses on a regular basis.
   - <u>Gmail Client</u>: Launch J2ME(MIDP 1.0 and 2.0), and native Gmail clients with 200K installation and 50K 7 day active users.
   - <u>Dash</u> (Local/Map Client): Get a distribution of 200K installations with 50K 7-days active users by EOQ1 '06.

4. <u>Mobile Handset Platform Vision</u> (Android): Become the best mobile phone platform for communication, information and content.
   - <u>Android</u>: provides Google Carrier partners with the control and capability to deliver a world class, mass-market phone experience that features premier Google services. The plan is to beat Microsoft and Symbian to volume by offering an Open Source handset solution. (please refer to the backup slides for Android.)



10