# Exhibit 21

# Filed Under Seal

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-30-00101209

Google CONFIDENTIAL

# Google Mobile Strategy to Win



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY
Oracle America v. Google, 3:10-cv-03561-WHA
GOOGLE-30-00101214

# 2007 Strategy

**Increase usage by:**

1. Make Search work
2. Fix and grow existing carrier deals, rather than negotiate new ones (with US & JP exception),.....
3. .....By delivering tens of millions in revenue to carrier partners via mobile ads
4. Enable thousands of developers to create and deploy experiences that users really want
5. Deliver the right experience for the developing markets