# Exhibit 23

# Filed Under Seal

| From: | Karen Wickre. | Sent:11/10/2007 1:05 PM. |
|---|---|---|
| To: [ - ] | google_bod@google.com. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | . | |
| Subject: | Google Media Highlights - Week of Nov. 4 -10, 2007. | |

```
==================================================
Google Media Highlights - Week of Nov. 4-10, 2007
From: Google Global Communications & Public Affairs
==================================================
```
TABLE OF CONTENTS (PLEASE UPDATE TABLE OF CONTENTS as you add items!)

- Android: AP, NY Times, Reuters x2, Wired, GigaOm, Forbes, NY Times x2.
- OpenSocial: NY Times, Barron's, GigaOm, VNU Net.
- Facebook: AdWeek, AP x2, NY Times.
- DoubleClick and privacy: eWeek, News.com, NY Times.
- YouTube: Globe and Mail, E! Online, News.com, NY Times.
- Google Maps: Information Week, AP.
- Climate Savers Computing: IDG, AP, WebPro News.
- Google culture: Newsweek, Forbes.
- Financial: AP, Bloomberg.
- Microsoft v. Google: Ars Technica, TechCrunch, CNET.
- Companies: Alibaba (Bloomberg), Attributor (NY Times), IAC (NY Times),
Microsoft (IDG), MySpace (The Guardian), Time Inc. (Paid Content), Yahoo
(Reuters, TechCrunch).


```
==================================================
```
+ ANDROID +

ASSOCIATED PRESS ? November 5.
Google dialing for dollars with free cell phone software package ? Michael
Liedtke.
http://tinyurl.com/37lszs

- The Mountain View-based company provided the first glimpse at its mobile
ambitions Monday with the announcement of a free software package scheduled
to hit the market during the second half of next year. The system, which
will control an untold number of cell phones, is designed to unify the
developers of mobile applications around a common platform that makes it
easier and more enticing to surf the Web on cell phones. The new package is
called "Android" in tribute to a Silicon Valley startup that Google acquired
two years ago to steer its secretive project. Google is hoping Android opens
another lucrative channel for peddling ads and services to people when
they're away from their personal computers, supplementing the revenue
already pouring into the company from Internet advertising.

- Contrary to reports that surfaced during months of breathless speculation,
Google isn't making cell phones, nor does it plan to put its name on the
devices equipped with its software. Instead, it will work with four
manufacturers and 29 other companies that have formed the Open Handset
Alliance to help launch Google's mobile software. But Google Chief Executive
Eric Schmidt hinted the company might eventually make its own phone powered
by the new software. "We don't want to foreclose any options in the future,"
Schmidt told reporters during a Monday conference call.

- Because Android will be free, it could undercut rival operating systems
that handset makers must buy. The smart phones it comes on also could be
less expensive since manufacturers won't have to pay for software and the
costs of developing new applications may fall, too. "This is a shot that is
going to be heard around the world, but it's just the first shot in what is
going to be a very protracted battle in the next frontier of the mobile

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-26-00006275

opportunity for platform lock-in is gone." ... Andreessen thinks
social-networking is just getting started. ... The OpenSocial platform, he
says, "unlocks the ability to have a million social networks."

====
GIGAOM ? November 6.
Why Is Google Afraid of Facebook? ? Om Malik.
http://tinyurl.com/2fwdsf

- Google announced its OpenSocial strategy last week, starting with some of
the smaller (albeit fast-growing) social networks, and quickly ensnaring
MySpace, Bebo and a bunch of other companies to join its efforts. Nick
O?Neill, the brilliant young man who writes the AllFacebook blog, described
it as a coalition of the willing. On the surface, it seems like a laudable
effort to create a common social platform in which widgets are written once
for multiple platforms, allowing for the leverage of data across the web in
a seamless manner. It?s being pitched as an open social graph. What it
really is, however, is the first defensive move by Google, a company whose
only strategy ? until now ? has been to stay on the offensive.

- The Palo Alto, Calif.-based upstart has been upstaging Google and stealing
its talent, a good enough reason to get any company steaming mad. Remember
the public search feature Facebook launched ? in hindsight it seems like a
move to grab traffic from Google and boost its own user base. But that was
penny ante stuff. There is clearly no love lost between the two companies.
The scorched earth strategy adopted by Google with OpenSocial reflects the
fact that Facebook threatens to run away with what may be a huge new market
for social networking-oriented advertising and as such, doing what until now
had been the unthinkable: putting a hand in Google?s till.

- This seemingly public yet private Internet starts to grow at an
unprecedented rate. According to ComScore data, while Google saw its page
views double in the 12 months ended Sept. 30, Facebook saw its traffic zoom
five-fold. This trend of hypergrowth for semi-public/private pageviews is
going to continue, while the open web that Google is used to indexing is
beginning to show signs of fatigue. The difference in the two companies? web
strategies ? open vs. private ? is going to be reflected in their diverse
advertising strategies. Google tries to personalize ads based on the content
of the pages you are viewing. Facebook, on the other hand, knows a lot more
about us ? who our friends are, what we like, what groups we belong to, and
even when we like to use its service. So what can Facebook do with all that
information? It can develop and deliver highly contextual and personalized
ads ? the ultimate goal for Google. Unlike Facebook, where people gladly
share their personal information mostly due to an illusion of privacy,
Google has to give away web services for free in order to get the right data
sets needed to deliver more focused advertising.

- Nevertheless, Facebook has a lot to prove ? anecdotal evidence suggests
pretty dismal returns on advertising thus far ? and needs to deliver an
advertising platform that is exponentially better than Google?s
keyword-based systems. When given the option of a more effective advertising
channel, online advertisers are happy to shift their loyalties. That said,
OpenSocial is a pretty clever idea, especially for Google. The Mountain
View, Calif.-based search giant doesn?t need to own the No. 1 social
network, or even operate a social network at all. All it has to do is give
application providers a way to monetize their applications. In other words,
with OpenSocial Google has extended the life expectancy of its AdSense. It
still remains to be seen if OpenSocial partners end up using Google?s
advertising platform. In fact, a lot about OpenSocial remains unknown at
this point, but one thing is clear: It?s giving Facebook a reason to pause
and do a quick reality check. This open vs. private battle is going to
occupy the headlines for some time. In the meantime, wait for Facebook to

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-26-00006283

make its next move.

====
VNU NET - November 6.
Father of Web 2.0 denounces Google's OpenSocial - Tom Sanders.
http://tinyurl.com/2vo4vt

- Tim O'Reilly, the father of the term Web 2.0, has denounced Google's
OpenSocial as a "full blown disappointment" and "boring". OpenSocial offers
a standard for applications on online social networks that allow developers
to market their applications on any network supporting the standard. ... The
standard however does not unlock data from the participating network, which
for instance could have allowed a Myspace user to exchange messages with
somebody on LinkedIn. The service also won't allow for social search engines
that let users search for friends across all networks. In a posting on a
company blog, O'Reilly called the lack of data sharing a "fundamental
failure to understand two key principles of Web 2.0", those two fundaments
being open data and loosely coupled applications or services.

- O'Reilly pointed out that Google maps has been a token example of Web 2.0
because it allowed developers to embed the maps on their own website and
combine it with data from outside sources. If Google however would have
taken the approach from OpenSocial with Google maps, it would have created a
service that allowed developers to create mapping applications across
Microsoft, Yahoo and Google. O'Reilly summarized such a service as "boring".
A reader commenting on O'Reilly's rant pointed out that Google plans to
release an addition to the service dubbed the People Data Application
Program Interface (API). Although it isn?t clear what the API exactly would
enable.

==================================================
+ FACEBOOK ADS +

ADWEEK ? November 5.
Social Network Ads: Too Close, Too Personal? - Brian Morrissey.
http://tinyurl.com/yrgv5p

- Facebook is expected to unveil an ad model that will show ads to users on
and off the site based on their profiles, social connections and their
friends' recent activities. Analysts and agency executives say the moves to
uncover what a News Corp. executive once called the "digital gold" of
user-interest data and social connections could herald the evolution of
behavioral targeting as the greatest advance in Internet advertising since
Google perfected keyword-targeted search ads seven years ago. "It changes
everything," said Michael Barrett, chief revenue officer at Fox Interactive
Media, the News Corp. unit that includes MySpace. "Every form of targeting
has been trying to get to what that individual is thinking about, passionate
about and interested in. It defines the next generation of targeting."

- For that to come to fruition, Facebook and MySpace will need to convince
users that their profile data is fair game for targeting. Other behavioral
targeting networks are already grappling with this problem. A group of
privacy organizations last week called for the adoption of a "Do Not Track"
list that would allow consumers to register for a list that would prohibit
behavioral-targeting ad networks from using their prior Web habits to target
ads. (Ad networks that are members of the Network Advertising Initiative
already offer "opt-out" cookies that tell networks not to track users.) The
Federal Trade Commission held hearings last week on consumer privacy that
focused on new forms of behavioral targeting. Any move by Facebook to use
its profile data to show ads off its site would run into opposition, said
Dave Morgan, founder of Tacoda, a behavioral ad network acquired by AOL in
July. "Things like Facebook to many people are very personal," he said.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-26-00006284

"It's going to require real transparency to consumers so they don't think
it's creepy."

- ... the aim of SocialAds is to find ways to embed advertising more
naturally into the site and develop an ad network for showing placements on
other sites. Facebook is expected to use the data available in user's
profiles to more carefully tailor offers served through its News Feed
tracking feature. Those ads have already performed well, with some gaining
click-through rates over 10 percent. The flow of information to friends
within the network is a ready-made recommendation engine, offering hope of
igniting the elusive word of mouth. MySpace is constructing an "influencer"
option for advertisers to find users with large, active friend networks and
interests in specific categories, such as music. To determine an influencer,
MySpace will examine not just their interests but their group membership,
friends' interests, site activity and other factors, Barrett said.

- And there is always the risk that such targeting will backfire if the
information on personal profiles is fabricated. Facebook is thought by
agencies to have an advantage since, unlike MySpace, more people use their
profiles to connect to real-life friends, rather than to create online
personae that are closer to fiction.

====
ASSOCIATED PRESS ? November 6.
Facebook unveils ad targeting program ? Anick Jesdanun.
http://tinyurl.com/2v2994

- As Web companies look to boost advertising revenue by offering to target
ads to their users' hobbies, interests and behavior, Facebook's move could
change the tone of the site and revive privacy complaints it faced last
year. Facebook Chief Executive Mark Zuckerberg ... said marketers must
respond to the changing nature of communication, driven in part by
social-networking sites like his. "Pushing your message out to people is no
longer good enough," Zuckerberg told about 200 advertising-industry
executives. "You have to get your message out to the conversations."

- Facebook will now allow companies to build profile pages similar to the
ones millions of users around the world now maintain. Companies also can now
embed coding that Facebook calls Beacon on outside sites such as eBay Inc.,
enabling a Facebook user who lists an item for auction, for example, to
generate alert messages for their Facebook friends, who may then check out
the item next time they log on. Users can now send alerts to friends about
their reviews of restaurants, what band they enjoyed and what books or DVDs
they bought online. And advertisers can have their pitches appear next to
those alerts. "People influence people," Zuckerberg said. "Nothing
influences a person more than a recommendation from a trusted friend."

- The new program also enables advertisers to fine-tune their audiences ?
having their pitches appear only to women under 30 who attended New York
University and work at Goldman Sachs, for instance. Self-service tools let
advertisers immediately see how many users they will reach as they change
their criteria. Privacy advocates say the key to user acceptance will be how
Facebook notifies its users and what controls it offers them. Zuckerberg
offered few details in the speech, other than to say no personally
identifiable information would be shared with advertisers. Facebook has long
prided itself on privacy, but the walls have gradually lowered as the site
relaxed eligibility requirements and recently started letting nonusers
search for members' personal profile pages at Facebook and through search
engines like Google.

====
ASSOCIATED PRESS - November 6.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-26-00006285

Facebook is marketing your brand preferences (with your permission) -
Michael Liedtke.
http://tinyurl.com/25w4qk

- Facebook is giving users some control over whether to share information on
their buying habits and other online activities with friends. For the
program announced Tuesday to work, enough users must actually say "yes" so
advertisers can show users their pitches in the guise of friends'
endorsements. David Hallerman, a senior analyst at the research group
eMarketer, warned that users might not be as receptive to ads when they are
communicating with friends on Facebook as they might when they are reading
articles elsewhere in a more relaxed, consuming state. "Facebook is
everyone's darling today," he said. "If there is a perceptual problem as a
safe place for communications, then will it be 2009's darling?"

- In announcing the initiative, Palo Alto, California-based Facebook has
begun transforming itself from an online hangout into an online business
district. Companies can now create their own pages on Facebook for free and
tailor their pitches to the activities of users' friends. For example, if a
friend has booked a vacation on Travelocity, the online travel agency will
be able to display the friend's photo as part of a "social ad" to entice the
user to buy flights and hotel stays. Advertisers can similarly have their
pitches appear when friends review restaurants and buy books or DVDs.

- As Web companies look to boost advertising revenue by offering to target
ads based on users' hobbies, interests and behavior, Facebook's move could
change the tone of the site and revive privacy complaints it faced last
year. Facebook will rely on information in users' profiles and on friends'
online activity to determine what ads might appeal to users. Key will be how
Facebook tells users about the program. Facebook described the changes in a
blog posting, but not prominently when users logged on Wednesday morning.
"Some people may find it creepy," said Deborah Pierce, executive director of
the San Francisco-based group Privacy Activism. "They are trying to find
some ways to monetize this and keep the lights on. If the disclosure is up
front, yeah, I think this is a reasonable thing for them to do." Facebook
has long prided itself on guarding its users' privacy, but the walls have
gradually lowered. A feature allowing users to track changes their friends
make to profiles backfired when many users denounced it as stalking and
threatened protests. Facebook quickly apologized and agreed to let users
turn off the feature. Facebook promises no information that could identify
individual will be disclosed to advertisers. And Chris Kelly, the company's
chief privacy officer, said users can complain again if they find the new
targeting program intrusive.

- Zuckerberg said Facebook planned to go after the bigger opportunities in
generating demand ? something Google and other sites are also trying to do
through display and other brand promotions. Seeing a friend buy a product or
praise a band, he said, are good ways to generate demand. Coca-Cola Co.,
General Motors Corp.'s Saturn and Sony Corp.'s Sony Pictures are among
leading brands contributing to the more than 100,000 company pages launching
on Facebook. The key difference between companies' pages and individuals' is
that businesses will not have access to individuals' profiles the same way
their friends do, even when users formally declare themselves "fans" of a
company. Zuckerberg told reporters he was not worried users would consider
Facebook too commercial. He said regular ads would stand out more because
targeted ads can be better integrated with conversations users are already
having with one another.

====
NEW YORK TIMES (BITS BLOG) - November 7.
Facebook Everywhere - Saul Hansell.
http://tinyurl.com/26nor7

- The most important bit of news at Facebook?s press conference yesterday
was what they didn?t say out loud: Once the company gets the bugs out of its
system for social ads on its own site, it will likely create a network to
use its data to display advertising on other sites.This could help solve the
major dilemma of social networks: They have a lot of information about their
users that can help advertisers find their best prospects. But uses don?t
respond well to ads on the network sites because they are so involved in
reading about and communicating with their friends.

- Even more interesting, perhaps, Facebook may be able to append the
implicit endorsement of friends to ads on this network. Imaging checking out
the forecast on Weather.com, and you see a banner with a picture of your
buddy Joe, saying Joe just bought a Canon digital camera from Amazon.com
next to an ad for the latest Canon model. If someone else went to the same
site, they might see an ad featuring a product recently endorsed by one of
his or her friends. There is no small number of technical challenges to make
such a system work in high volume with the appropriate controls for private
information. It doesn?t strike me as impossible however. It may well be
creepy to some, just as Google?s ads on Gmail, which are linked to the topic
of your conversations, make some users uncomfortable.

==================================================
+ DOUBLECLICK & ONLINE PRIVACY +

eWEEK - November 7.
GOP Calls for Closer Look at Google-DoubleClick Deal - Roy Mark.
http://tinyurl.com/2fau2u

- In a Nov. 6 letter to Subcommittee Chairman Bobby Rush, D.-Ill.,
Republican members of the panel urged Rush to schedule an oversight hearing
on the merger. The acquisition would combine two of the biggest players in
online advertising. Google's text-based AdSense business is based on
clickable links, while DoubleClick's technology places targeted banner ads
and other display advertising on popular online sites. At a September Senate
hearing on the merger, Google Chief Legal Counsel David Drummond contended
the deal does not foreclose other companies from competing in the online
advertising market. Drummond pointed to Microsoft's $6 billion acquisition
of online advertising firm aQuantive, which already has received the Federal
Trade Commission's blessing, Yahoo's deal to buy Right Media and AOL's
purchase of AdTech and Tacoda as proof of a vibrant online ad market. "Each
of the acquisitions following our purchase of DoubleClick demonstrates that
there are sophisticated, well-financed and competitive companies that
believe the online advertising space merits more investment and remains open
to competition," Drummond said at the Senate hearing.

- House Republicans, though, are more concerned about the privacy aspects of
the merger. "One focus of this hearing could be on how this information is
used and what could be done to better protect consumer privacy," the
Republicans' Nov. 6 letter states. "The privacy implications of such a
merger are enormous and without an in-depth examination, we and the American
public will not fully understand what all those implications might be."
Barton added in his comments that consumer privacy is being overlooked in
the merger. "The more I know about the Google-DoubleClick merger, the more I
realize that that the personal privacy of computer users doesn't seem to be
much of a priority," he said. "Google is an information colossus already,
but add on DoubleClick's marketing power and you produce a single commercial
entity that can know more about you and me than nearly everybody but mom and
the IRS."

====
NEWS.COM - November 8.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-26-00006287

Why are Republicans in Congress targeting Google? Two reasons - Declan
McCullagh.
http://tinyurl.com/2el26c

- An odd thing happened in Washington this week. A dozen Republicans
demanded a public hearing into Google's proposed $3.1 billion acquisition of
DoubleClick because, they claim, "the privacy implications of such a merger
are enormous." This demand came in a letter from those politicians,
including Rep. Dennis Hastert, to their Democratic counterparts, who now
have the power to decide whether to haul Google in for questioning. What's
odd is that these are the same Republicans who have spent their political
careers extolling the virtues of mergers when telecommunications giants are
vying to acquire one another. To say these Republicans like
telecommunications mergers is an understatement akin to saying the U.S.
occupation of Iraq may have encountered some setbacks over the past few
years.

- Let's look at the record of Rep. Joe Barton, a Texas Republican who
climbed on the anti-Google bandwagon with a simultaneous press release
saying, "I wonder if the intentional collection and coordination of all that
personal data about us is such a good idea." This is the same Joe Barton
who, as chairman of the House Energy and Commerce Committee, presided over a
March 2005 hearing in which he championed the mergers of Sprint and Nextel,
AT&T and SBC, and Verizon and MCI--all in one breath. The following year,
Barton put the squeeze on the FCC to approve the $86 billion AT&T-BellSouth
merger, saying: "The commission has a responsibility to act expeditiously on
the AT&T-BellSouth application so that consumers will have an opportunity to
reap the benefits." It worked. The FCC approved the merger two months later.
Like many of these Republicans, Barton is paid most handsomely in campaign
contributions from the oil and gas industry (he supports taxpayers
subsidizing the creation of new refineries for petrochemical companies). But
telecommunications companies and their employees are up there as well,
writing him checks for more than $1 million over the years.

-That's the first reason some Republicans in Congress dislike Google, or at
least are willing to publicly savage it: The search company has been
fighting against AT&T, Verizon Communications, and Comcast over Net
neutrality regulationsfor the last few years. Now that the Federal Trade
Commission is reviewing the Google-DoubleClick deal, it's time for some
payback. The second reason is more speculative but worth noting. And it's
that Republicans know that Google is run by Democrats. It's true. Chief
Executive Eric Schmidt has written checks for $163,000 to Democratic
campaign committees. Google board member John Doerr has given more than
$507,000 to Democratic committees (and that's not even counting individual
politicians). Google board member Ram Shriram gave to only one presidential
candidate this year: Barack Obama. Google board member Shirley Tilghman gave
money only to Democratic causes, including Emily's List. And so on.

-For its part, all Google would say on the record was: "Google has taken a
number of industry-leading steps to improve privacy for our users, and the
success of the DoubleClick acquisition depends on our retaining our users'
trust. FTC Commissioner Jon Liebowitz said last week that online-privacy
concerns 'really do transcend any particular acquisition,' and we think that
Congress would be best served by taking an industrywide look at the issue."
Fat chance. It's about as likely as Barton and the other Republicans living
up to their party's official platform (PDF), which says "government should
be...market-based, actively promoting rather than stifling innovation." It's
a bizarre world when the Democrats--House aides have signaled that a hearing
is unlikely this year--are starting to sound like the voice of reason when
it comes to an enlightened, pro-competition antitrust policy.

=====

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-26-00006288

NEW YORK TIMES - November 5.
Tracking of Web Use by Marketers Gains Favor - Louise Story
http://tinyurl.com/2as2bk

- Just days after a commissioner at the agency expressed concern about
consumer privacy on the Internet, two large social networking sites are
showcasing new ways to use information about their members to deliver
specialized advertisements. MySpace will announce today that more than 50
large advertisers, including Ford and Taco Bell, are using its so-called
HyperTargeting ad program, which scours user profiles for interests and then
delivers related ads. And, within the next few days, Facebook is widely
expected to announce a new advertising system that will be based on data
from its members? profiles. The MySpace announcement is unrelated to the
recent F.T.C. hearings on online advertising ? rather, it was timed to the
start of Ad:Tech, a digital advertising conference in New York, according to
Michael Barrett, chief revenue officer for Fox Interactive Media, the unit
of the News Corporation that includes MySpace. MySpace is also announcing a
self-service site where small and midsize advertisers can buy custom display
ads on the site.

- Privacy advocates said they were surprised how quickly online companies
came back to the market promoting their targeting programs. ?Despite all of
the assurances that the industry gave to regulators and the public, it
sounds as if their business plans sort of fly in the face of the promises to
operate without exploiting young people,? said Kathryn Montgomery, a
professor at American University and author of the book ?Generation Digital:
Politics, Commerce, and Childhood in the Age of the Internet.? ?If you are
hanging out with your friends and talking about who you are, what rock stars
you like, and so on, you don?t assume that someone is sitting there and
taking down every word you?re saying and putting it into some kind of
algorithm,? she said.

- MySpace was notably absent from the panels at the F.T.C.?s forum on
behavioral targeting held in Washington last week. Executives from Google,
Yahoo, Microsoft, the AOL unit of Time Warner and Facebook discussed their
privacy policies, but MySpace sent representatives only to watch the forum,
not to speak. A spokeswoman from MySpace said the company would be active in
discussions about privacy. The forum was the agency?s first public workshop
on online advertising in eight years, and officials from the agency
expressed concern that marketers and Internet companies might be infringing
on people?s privacy in some of the way they use online data to aim their
ads. ?People should have dominion over their computers,? said Jon Leibowitz,
an F.T.C. commissioner. ?The current ?don?t ask, don?t tell? in online
tracking and profiling has to end.?

=================================================
+ YOUTUBE +

GLOBE AND MAIL - November 7.
Google gives Canada its own YouTube - Matt Hartley.
http://tinyurl.com/25xdv6

- The world's most popular video-sharing website has launched a new Canadian
version - http://youtube.ca - which went live Monday night. At a press
conference yesterday morning, company officials said the new site is
designed to promote Canadian-generated content. Videos posted by Canadians
will appear in the "featured videos" and "promoted videos" sections of the
site. ... Although Google already had the capacity to sell ads aimed solely
at Canadians on YouTube, having a dedicated Canadian YouTube community gives
the parent company more options to entice advertisers and more opportunities
to deliver targeted advertising.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-26-00006289