# Exhibit 24

# Filed Under Seal

Focus Area Narrative: Mobile  Quarter: Q3 2008
Eng Focus Area Lead(s): Ann Mei Chang
Product Focus Area Lead(s): Hugo Barra

**Q1'08 Action Items:**

- **AI [Leadership]:** Emphasize to Ads and Local search teams the need to help the Mobile team

**Q1'08 Narrative Notes**

## I. FOCUS AREA VISION & TECHNOLOGY

**1. Key Vision / Use Case for Product** - Where are we winning?  Where are we not?  Why?

*Strategy for Mobile:*

- Our existing mobile business will hit an annualized run rate of $200M by this Christmas, $500M by the end of 2009, and $1B by 2011.  We will achieve this growth by continuing to replicate successful core desktop products on mobile.

- We have yet to fully leverage unique attributes of mobile: *location, voice input, phone contacts, and camera*.  We believe these will enable us to both (i) enhance our existing core products and (ii) drive the next order of growth for mobile.

- We are placing two big bets using these capabilities -- *hyper local* and *hyper personal* -- to drive the next order of innovation and growth for mobile and unlock a new business model in hyper-local advertising worth an additional $1B by 2012.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  GOOG-00360213

    B. Voice Recognition

- Voice recognition has evolved to become a truly usable input method on mobile, where typing can be a significant barrier to usage (especially w/ soft keyboard like iPhone or 12-key dialpad)
- Opportunities
    - Voice Search (dogfood EOQ3, launch Q4)
    - Universal dialer/navigation/search
    - Universal voice in/out translation
- Challenges
    - Yahoo ahead in accuracy, due to more voice samples (launched product)

    C. HTML5 with data/app caching

- With the HTML5 standard rolling out (already on iPhone/Android, coming to other mobile platforms via WebKit browsers), mobile web applications can now take advantage of the local data store to cache applications and associated data. This enables faster startup plus offline access to data, significantly reducing historical advantage of native apps.
- Opportunities
    - Lower distribution barrier (no download/install)
    - Build once, run everywhere - faster iteration and lower development costs
    - Leverage our traditional server-side strengths
- Challenges
    - Accelerating deployment of HTML5/Gears to all mobile platforms

3. How does your offering compare to your **competitors' solutions**?

    A. Nokia
- Shipping 1+ million devices per day, with 40% handset market share globally (and as high as 70% in some markets, e.g. India).
- Significant potential threat to our Local Search and Mobile Ads businesses.
    - *Nokia Maps* is pre-installed on every S60 device (and many S40 devices starting next year); it could completely dwarf GMM's installed base by a factor of 10 or more
    - Nokia has been quickly signing up publishers and carriers for display advertising through the Nokia Media Network
    - *Nokia Search* client pre-installed on S40 and S60 devices will position Nokia to also enter the search advertising market

    B. Yahoo

- Deals with many tier-1 carriers worldwide, including T-Mobile, AT&T, O2, Orange, Softbank, and a large number of tier-2 and tier-3 carriers.
- Opposite strategy to Google's has been to offer a highly flexible syndicated mobile search product (Yahoo OneSeach); gives carriers full flexibility in customizing search for their mobile portals, which is very appealing to Tier-1 operators
- Simultaneously investing in innovative consumer products such as Yahoo Go, Yahoo Voice Search, and Yahoo OneConnect.
- Recent quote from Orange UK: *"Your current service proposition would take us backwards [compared to Yahoo] on almost all points on mobile search."*

    C. AdMob

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    GOOG-00360217