# Exhibit 25

# Filed Under Seal

| | | |
|---|---|---|
| From: | Dan Bornstein. | Sent:3/30/2007 9:46 AM. |
| To: [ - ] | Ihab Awad. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | . | |
| Subject: | Re: Classpath exception stuff.... | |

HUGE CAVEAT: I AM NOT A LAWYER.

> My understanding is that, with the GPL JRE code, the classpath
> exception is null and void if your "derivative work" JRE does not
> comply with some spec (the JSR for the specific version of the JRE?).
>
> I know we've discussed this before but, just for my sanity, is that correct?

That is not my understanding. The concern that my group has is
effectively that the classpath exception can disappear in what amount
to unintentional / nonobvious ways, and once the exception is null and
void, *if* you happened to have delivered it and linked a proprietary
app with it (by running it, that is), then the proprietary app vendor
will have unintentionally had their code GPLed.

Basically, it is an "attractive nuisance" licensing nightmare waiting to happen.

I understand that people in your group may disagree with this analysis
and/or feel that this concern is unfounded.

> So if you change a file and release its changes under GPL + classpath exception
> *yourself*, you're ok. Right?

One analysis seems to be that only Sun can effectively release code
based on their sources that includes the classpath exception.[*] In
the discussion I participated in on the thing-eng list a few months
ago, I freely admitted that I don't see why it is implied by the
license text, but again, I am not a lawyer, and I am not interested in
claiming that any legal analysis I do is sound. My main interest with
regards to the licensing questions is to steer well clear of any
potential problems, get my product shipped, and have potential
customers -- i.e., other companies with paranoid legal staffs -- not
have to worry about using what I've done.

GNU + classpath very well may turn out not to be a real problem, but
my take is "why tempt fate?" especially in that we are going to be
able to deliver a more-favorably licensed version within a reasonable
timeframe.

My question for you is: what is your underlying aim of asking /
resolving this question?

-dan

[*] FWIW, I believe Neal said, on this question in particular, he was
going to ask his contacts at Sun if this was an intended consequence.
So, do ask Neal if you want to find out what Sun's opinion on the
matter is.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY    Oracle America v. Google, 3:10-cv-03561-WHA    GOOGLE-02-00298859