# Exhibit 26

# Filed Under Seal





strategy review

Andy Rubin, Deep Nishar, Rich Miner, Steve Horowitz, Nick Sears

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-81-00007497





HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-81-00007509