# Exhibit 30

# Filed Under Seal

| From: | CHRISTOL Yves OCORP/FR | Sent:4/5/2006 2:58 AM |
|---|---|---|
| To: [ - ] | Rich Miner | |
| Cc: [ - ] | | |
| Bcc: [ - ] | | |
| Subject: | (SPAM: 5.561) RE: Linux Phone | |

Hi Rich,

Thank you for this valuable information. It is key to know you've got both Sun and a major manufacturer supportive of the project.

Regarding Sun, we do have a strategic partnership in place managed by Anish. I will suggest he discusses this with you an them asap.

About LG, as you mentioned, we ve got some responsability in their previous adoption of Savaje, so we'll be very cautious in any direct requirement on that topic. However we ll be happy to discuss if they come to us.

Best regards,

yves

----- Message d'origine -----
De: "Rich Miner" <miner@google.com>
À: "CHRISTOL Yves OCORP/FR" <yves.christol@orangefrance.com>
Env: 05/04/06 03:14
Objet: Linux Phone

Yves,

Please consider the following information covered by the NDA's in place between Google and Orange. It is highly sensitive and I would prefer you distributed it within the Orange/FT group on a need to know basis for now.

You were interested in knowing what other partners Google has for our Linux effort. At this point I am able to tell you that both Sun and LG are working with us. We also have one other handset manufacturer who is also building two handsets with us but who is not ready to announce this just yet.

Sun will be contributing an implementation of their CDC Java stack to the open source project. This is a major step for them and it is highly confidential. They would be interested in joining a three way call with Orange and Google to review the program and their participation.

Additionally, LG will be building one or two handsets with us. They are also interested in talking with Orange about this project. It be being run as a strategic program for them out of Korea. I am happy to connect you with contact at LG familiar with the program and/or to have a three way call. LG would like to hear your requirements before they finalize their handset specification so they do not repeat the mistakes made with SavaJe.

There are many other partners and resources being invested in this program. I think there is still an opportunity for Orange to join us as a lead carrier in Europe. Sun add significant credibility and mobile experience to this effort. They are making a significant contribution and radically changing their Java business model to support this work. LG is the first handset manufacturer to commit to work with us, but others have shown significant interest.

We are making great progress on this program. Please let me know the best way we can provide you with an update and invite your participation to work with us.

CONFIDENTIAL                Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-24-00198827

Sincerely,
Rich Miner

CONFIDENTIAL

Oracle America v. Google, 3:10-cv-03561-WHA

GOOGLE-24-00198828