# Exhibit 38

# Filed Under Seal

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
    ORACLE AMERICA, INC.
 5       Plaintiff,
 6            vs.            Case No. 3:10-cv-03561-WHA
 7   GOOGLE, INC.,
 8       Defendant.
    _____
 9
10
11
12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13           PURSUANT TO THE PROTECTIVE ORDER
14
15     VIDEO DEPOSITION OF GREGORY K. LEONARD, Ph.D.
16              San Francisco, California
17              Friday, March 11, 2016
18                     Volume I
19
20
21
22   REPORTED BY:
23   REBECCA L. ROMANO, RPR, CSR No. 12546
24   JOB NO. 2241706
25   PAGES 1 - 405
```

Page 1

```
 1  conclusion?
 2      A.   An internal Google study that looked at
 3  this, and basically did an apportionment saying,
 4  okay, you know, when we are doing Android, you
 5  know, what to the extent of that is, you know,
 6  things that we're getting versus what we, you know,
 7  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 8           So it basically breaks things down
 9  between the revenues that Android generates and
10  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
11  Google.  But of course it is not using Android,
12  it's just the search-and-ads technologies.
13      Q.   You said it was an internal Google study?
14      A.   Yes.
15      Q.   And where is that reflected in your
16  report, that study?
17      A.   It's given here in the note, for
18  instance.  A Bates number for the study is
19  indicated.
20      Q.   So GOOG-00130338, that's the study?
21      A.   Yes.
22      Q.   And you said it's a comparison to
23  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
24      A.   Well, it's saying -- it's saying, when we
25  earn some money on Android, how much of that is

                                             Page 98
```

```
 1  specific to Android versus, you know, basically
 2  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 3  allows you to break down the Android revenue
 4  between the part that's effectively due to Android
 5  itself versus the part that's just due to the
 6  search and ads technologies.
 7      Q.   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 8  with it?
 9      A.   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
10  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
11  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
12  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
13  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
14  ▓▓▓▓
15       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
16  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
17  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18  And the remainder that Google retains is a measure
19  of the value of Android's search and advertising
20  technologies.  Because that's what they are
21  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
22  remainder.
23           So this document allows you to figure out
24  that breakdown.  And so I apply that to the search,
25  and then, you know, the other items on here are

                                             Page 99
```

```
 1  hardware apps and digital content, I'm assuming are
 2  100 percent apportioned to -- to Android.
 3      Q.   Okay.  But can you explain why the
 4  AdSense and display revenues are excluded?
 5      A.   Yes.  Because Google doesn't make any
 6  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 7  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 8  are coming off of people's Websites, they are not
 9  coming off of a Google search.
10           So those reflect things that really
11  the -- the value of it is really being generated by
12  the -- in that case the ad technologies and, you
13  know, the ad side of Google's business, and not by
14  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
15      Q.   And how do you know Google doesn't make
16  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
17      A.   The same document indicates that.
18      Q.   The internal Google study.
19      A.   Yes.
20      Q.   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
21  agreement?
22      A.   Yes.  Well, no, actually, no, I haven't
23  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
24      Q.   So you don't know what's in there.
25      A.   I don't know what's in there.

                                             Page 100
```

```
 1      Q.   And you don't know whether it
 2  characterizes these different buckets of revenue
 3  for purposes of revenue sharing.
 4      A.   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 5  agreement says in that regard.
 6      Q.   So you don't know whether, for example,
 7  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
 8  that you are describing of search versus display
 9  and AdSense revenue.
10      A.   What I do know is again what is in this
11  Google document.
12      Q.   Which you have assumed to be true.
13           MR. PURCELL:  Object to the form.
14           THE DEPONENT:  You know, it seems like it
15  was done in the ordinary course of business so, you
16  know, I find it to be a reasonable thing to rely
17  upon.
18      Q.   (By Ms. Hurst)  Now, you have could have
19  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
20  to, right?
21           MR. PURCELL:  Object to the form.
22           THE DEPONENT:  I don't know.  I might be
23  mistaken, but I don't think it's been produced in
24  this case.
25      Q.   (By Ms. Hurst)  Well, are you suggesting

                                             Page 101
```

1  37 APIs.  My problem is -- my understanding is, the
2  37 APIs, at least it's not a problem.  You can take
3  those under GPLv2, and it's not going to affect any
4  handset manufacturer.
5      Q.  And where did you get that understanding?
6      A.  Dr. Astrachan, and, you know, there's
7  some legal stuff obviously in there which is,
8  again, not my area, but that part I would rely upon
9  counsel for.
10     Q.  Okay.  So you are just assuming that's
11 true because counsel told you that?
12         MR. PURCELL:  Object to the form.
13     Q.  (By Ms. Hurst)  That handset
14 manufacturers could use the 37 Java APIs without
15 modification, and risk no concerns under GPLv2.
16         MR. PURCELL:  Object to the form.
17         THE DEPONENT:  Well, I don't know, for
18 the technical part of that, it may be
19 Dr. Astrachan.
20     Q.  (By Ms. Hurst)  Let me ask you this:  Was
21 it a risky proposition for Google to try to launch
22 a new mobile software platform back in the
23 2005-to-2007 time frame?
24         MR. PURCELL:  Object to the form.
25         THE DEPONENT:  Well, by "risk," you mean

1  were there upfront investments, and was it unclear
2  whether they would be completely recovered.  I
3  mean, that's true of almost any business
4  enterprise.
5      Q.  (By Ms. Hurst)  So in evaluating the risk
6  that a choice is going to make for the platform,
7  you would certainly want to evaluate that it might
8  make a platform less attractive -- less attractive
9  to OEMs, right?
10         MR. PURCELL:  Object to the form.
11         THE DEPONENT:  In general, if you were
12 evaluating a choice, sure, that would be something
13 you would -- you would think about, if you were
14 doing a mobile platform and you weren't going to
15 make the phone yourself.
16     Q.  (By Ms. Hurst)  And when Google was
17 evaluating whether to launch Android, it was a risk
18 because a software platform for mobile phones was a
19 risk.  There had been a lot of failure by a lot of
20 people who you would think would be pretty good at
21 that.
22         It was risky, it was a tough endeavor,
23 true?
24         MR. PURCELL:  Object to the form.
25         THE DEPONENT:  I mean, as I said, you

1  know, any -- almost any, you know, business going
2  into a new area, you are going to have some -- some
3  risk.  I don't really think it was necessarily, at
4  high level, any different than -- than other --
5  other things.  But sure, they didn't know how it
6  would turn out.  You know --
7      Q.  (By Ms. Hurst)  Was what I just said, the
8  question that I asked you, was that true or
9  false --
10         MR. PURCELL:  Object to the form.
11     Q.  (By Ms. Hurst)  -- that it was a risk
12 because a software platform for mobile phones was a
13 risk, there had been a lot of failure by a lot of
14 people who you would think would be pretty good at
15 it, it was a tough endeavor, true or false?
16         MR. PURCELL:  Object to the form.
17         THE DEPONENT:  I mean, I might agree with
18 parts of that more than other parts.
19     Q.  (By Ms. Hurst)  Would you agree with it
20 more if you knew you had said it in the first
21 instance?
22     A.  Yeah.  I mean -- or yes, again, I agree
23 with it.  In the sense it's risky, yes.  It's --
24 like other things, it's a tough endeavor.  I can't
25 remember the rest of it -- where other people have

1  failed.
2          I mean, the key about that, though, is
3  that Google took a very different approach, and
4  they seemed to know about -- or they were centered
5  on that from the very beginning, and so that makes
6  it, I think, knowing that they had a different
7  approach made them very different, but -- which is
8  something else I'm sure I talked about there as
9  well.
10     Q.  Isn't it true that it was pretty risky
11 and uncertain, and an unknown venture, that, you
12 know, Google hadn't been in that business?
13     A.  Well, yes, but they, you know, acquired
14 the Android company, and Andy Rubin had been in the
15 business.  He had been involved in danger.  So it's
16 not like -- I mean he -- it wasn't at all because
17 he was totally unfamiliar with it.  But you know,
18 again, it was his vision to do open source free,
19 which I think was, you know, a crucial
20 characteristic and, you know, was very important
21 for the success.
22     Q.  Isn't it true that the amount of money
23 that Google paid for Android reflects a high level
24 of uncertainty with respect to Android?
25         MR. PURCELL:  Object to the form.

**Page 149**

THE DEPONENT: I mean, they paid some money up front, and then there were -- part of the payment was -- as I remember, was in meeting certain milestones. So that -- you know, that reflects again that there was some uncertainty, of course, as in all business -- most business situations where you are putting in a new business. And so, yeah, the way they paid for it is consistent with that.

Q. (By Ms. Hurst) Isn't it true that the amount of money that Google paid for Android, in your view, reflects the high level of uncertainty.

A. I don't know. I would need some more context for that. I mean, cause it's -- it's relative to what, so you -- you know, they paid money. Again, they broke up the payment, as often happens, to try to spread the risk around. That suggests there was risk, that's certainly true.

Q. Isn't it true that the amount of money that Google paid for Android, in your view, reflected the high level of uncertainty?

MR. PURCELL: Object to the form.

THE DEPONENT: I mean, again, as I just answered, at some level, yes.

Q. (By Ms. Hurst) And it isn't true that,

**Page 150**

in your view, it was pretty risky and uncertain, and an unknown venture, and that Google hadn't been in that business?

A. It is certainly true they hadn't been in the business although, again, Andy Rubin had been. And it's certainly unknown. You don't know how it is going to turn out.

So I mean certainly, I mean, so you -- I mean, all that's true, but it's -- you know, it's also not totally unique to the situation either.

Q. Have you made any study of platform economics in connection with this matter or otherwise?

MR. PURCELL: Object to the form.

THE DEPONENT: Yeah, I have a section in my report that discusses it.

Q. (By Ms. Hurst) Isn't it true that platform economics are characterized by what has sometimes been called the tippy nature, that is that one deal can make or break a platform?

A. I mean, I'll say a couple of things about that. One is that -- that's, you know, what kind of gets economists excited about platforms in general. But remember the reality is that, you know, there are lots of situations, as with

**Page 151**

anything else, where businesses fail, and some make it and some don't.

I think it's certainly true that platform businesses tend to be -- have fewer players just by the nature of it. But importantly in this case, you know that basic logic has been demonstrated by, in some academic papers to actually not really apply due to the nature of it. So it's been found that, you know, that tipping is actually relatively unlikely given the incentives developers and users have.

Q. What is the significance of the fact that Andy Rubin had prior experience with danger? You said that several times now, what's that got to do with anything?

A. Well, it reduces the risk, right? He's -- he's going to have some knowledge and understanding about the industry and what needs to be done. And he has some -- obviously some expertise in doing it, so that's going to reduce the risk relative to somebody who didn't have that background.

Q. What industry?

A. Cellular phone industry.

MS. HURST: Why don't we break for lunch now.

**Page 152**

THE DEPONENT: Okay.

THE VIDEOGRAPHER: This marks the end of Media No. 2 of the deposition of Dr. Gregory Leonard. We are going off the record at 12:41 p.m.

(Recess taken.)

THE VIDEOGRAPHER: We are back on the record at 1:37 p.m. This marks the beginning of Media No. 3 to the deposition of Dr. Gregory Leonard.

Q. (By Ms. Hurst) All right. Is it -- is it true, Dr. Leonard, that allowing OEMs to differentiate was a fundamental aspect of Google's strategy with Android?

MR. PURCELL: Object to the form.

THE DEPONENT: Yes, I think so.

MS. HURST: Exhibit 5146 is GOOGLE-01-00028498 and 499.

(Exhibit 5146 was marked for identification by the court reporter and is attached hereto.)

Q. (By Ms. Hurst) Okay. Exhibit 5146 is -- reflects an email exchange between Andy Rubin and Bob Lee on or about August 11th and 12th, 2007; is that correct?

A. Yes.