# Exhibit 44

# Filed Under Seal

Highly Confidential-Attorneys' Eyes Only

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                SAN FRANCISCO DIVISION
 4
 5   _____
 6   ORACLE AMERICA, INC.,   )
 7         Plaintiff,        )
 8      vs.                  ) No. CV 10-03561 WHA
 9   GOOGLE, INC.,           )
10         Defendant.        )
11   _____)
12
13
14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
16
17      Videotaped Deposition of BRIAN J. SWETLAND,
18      taken at 333 Twin Dolphin Drive, Suite 400,
19      Redwood Shores, California, commencing at
20      9:40 a.m., Thursday, July 7, 2011, before
21      Leslie Rockwood, RPR, CSR No. 3462.
22
23
24
25   PAGES 1 - 188
```

Page 1

```
 1  license?
 2        A.   The intent here, I believe, again, is that
 3  they are -- they are non-permissive, you know, licenses,
 4  which when combined with other work, you know, cause
 5  issues -- compliance issues around source release and      15:32:48
 6  redistribution and so on.
 7        Q.   Okay.  So this will be -- this is another
 8  earlier exhibit number, 72.
 9             What is Exhibit 72?
10        A.   It apparently is an email from an engineer on   15:33:56
11  the Android team.  Give me a moment to read it here.
12             So this appears to be an email thread
13  discussing Sun's announcement of open sourcing Java.
14        Q.   So Sun did open source Java at the end of
15  2006; is that your recollection?                           15:35:25
16        A.   I believe that's the case, though this may
17  be -- this implies -- this implies that, yeah, the --
18  what is it?  Does it say specifically here?  The email
19  thread seems to imply that, yes, that's when it happened.
20        Q.   Mr. Baust wrote:  "I would already be happy     15:35:57
21  if we can just drop in their libraries, but still not
22  sure it's compatible with their license choices."
23             Would you have been happy to drop in Sun's
24  libraries into Android at that point?
25        A.   Based on the specifics of their licensing,      15:36:16

                                                    Page 138
```

```
 1  no, because they would be incompatible with our policy of
 2  not using GPL for core libraries.
 3        Q.   So I'm -- and so Google for Android, in any
 4  event, did not end up including Sun's open source Java
 5  core libraries in Android?                                 15:36:45
 6        A.   The decision was made specifically not to do
 7  so because the term -- the terms of the licensing were
 8  inappropriate for the platform.
 9        Q.   Because I do want to be very clear about it,
10  Sun offered the core libraries for no charge, and Google   15:37:02
11  did not accept them; is that correct?
12             MR. PAIGE:  Object to the form.
13             THE WITNESS:  Sun released their libraries
14  under a specific license, which for the mobile version of
15  their platform would have made it impossible for OEMs and  15:37:18
16  potentially developers to develop commercial software for
17  that platform, which made it a -- you know, from a
18  license standpoint, useless for Android.
19        Q.   BY DR. PETERS:  So it was to protect OEMs and
20  commercial developers that Google did not incorporate a    15:37:46
21  free-of-charge version of Sun's core libraries into
22  Android; is that right?
23             MR. PAIGE:  Object to the form.
24             THE WITNESS:  Again, I can't necessarily
25  speak for all the business-level decisions, but my         15:38:06

                                                    Page 139
```

```
 1  understanding of the license options provided on this
 2  open source release were that the mobile -- you know, the
 3  mobile -- the smaller version of these libraries that
 4  would be appropriate for the Android platform had a
 5  license that was incompatible with the license chosen for  15:38:26
 6  the Android platform.
 7        Q.   BY DR. PETERS:  And the -- just because I'm
 8  having trouble getting a "yes" or "no" answer from you,
 9  the Sun core libraries were made available under license
10  for no charge by Sun; is that right?                       15:38:49
11             MR. PAIGE:  Object to the admonishment and to
12  the form.
13             THE WITNESS:  The -- my understanding is that
14  they were available under the GPL license, which does not
15  have a direct monetary charge associated, but has a        15:39:09
16  series of restrictions and requirements that, you know,
17  restrict the use of, you know, software under that
18  license.
19        Q.   BY DR. PETERS:  And the -- and so even though
20  Sun's Open Source Java was available without charge, the   15:39:38
21  license restrictions were nevertheless not acceptable to
22  Google.
23             Do I have that right?
24             MR. PAIGE:  Object to the form.
25             THE WITNESS:  Again, it is difficult for me     15:39:54

                                                    Page 140
```

```
 1  to speak for Google.  From my understanding of the
 2  project goals, yes, the license terms were incompatible
 3  with the goals of the project.
 4        Q.   BY DR. PETERS:  You wrote in Exhibit 72, this
 5  November 13th, 2006 email:  "It would be nice if somebody  15:40:19
 6  made a stink about this and called Sun on it should it
 7  turn out to be correct, which I expect is likely.  Sadly,
 8  nobody ever does call them on stuff like this."
 9             What would you call Sun on?
10        A.   I believe what I'm referring to here is the     15:40:37
11  fact they're generating significant press around how open
12  and unrestricted and, you know, wonderful Java is, when
13  in fact, the decision they clearly made here in, you
14  know, creating, you know, field-of-use barriers to the
15  language actually prevents it from being used openly in,   15:41:00
16  you know, whole classes of products.
17             That's a subtle issue, and it's not an issue
18  that articles talking about how awesome it was that
19  Sun -- or that Java is open source seemed to pick up on.
20        Q.   But Linux is licensed under the GPL, isn't      15:41:18
21  it?
22        A.   The Linux kernel is licensed under the GPL,
23  with a specific carve-out that says that user space code
24  running on that kernel is not affected by that license,
25  which is similar to the Classpath exception that Sun       15:41:40

                                                    Page 141
```