# Exhibit 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5   ORACLE AMERICA, INC.,          )
 6          Plaintiff,              )
 7       vs.                        )    No. CV 10-03561 WHA
 8   GOOGLE, INC.,                  )
 9          Defendant.              )
10   _____ )
11
12
13
14      -- HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY--
15
16
17      Videotaped deposition of ERIC E. SCHMIDT, taken at
18      the offices of Google, 1600 Amphitheatre Parkway,
19      Room B43, Mountain View, California, commencing at
20      12:44 p.m., on Tuesday, August 23, 2011, before
21      Leslie Rockwood, RPR, CSR No. 3462.
22
23
24
25    PAGES 1 - 162
```

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

```
 1   APPEARANCES OF COUNSEL:
 2
 3   FOR THE PLAINTIFF ORACLE AMERICA, INC.:
 4       BOIES SCHILLER & FLEXNER LLP
 5       BY:  DAVID BOIES, ESQ.
 6       333 Main Street
 7       Armonk, New York 10504
 8       (914) 749-8200
 9       dboies@bsfllp.com
10
11
12       BY:  MEREDITH R. DEARBORN, ESQ.
13       BY:  STEVEN C. HOLTZMAN, ESQ.
14       1999 Harrison Street, Suite 900
15       Oakland, California 94612
16       (510) 874-1211 (Ms. Dearborn)
17       (510) 874-1001 (Mr. Holtzman)
18       mdearborn@bsfllp.com
19       sholtzman@bsfllp.com
20
21
22
23
24
25
                                          2
```

```
 1   APPEARANCES OF COUNSEL (Continued):
 2
 3   FOR THE DEFENDANT GOOGLE, INC.:
 4       BY:  RENNY HWANG, ESQ.
 5       BY:  KENT WALKER, ESQ.
 6       GOOGLE ASSOCIATE LITIGATION COUNSEL
 7       1600 Amphitheatre Parkway
 8       Mountain View, California 94043
 9       (650) 253-2551
10       rennyhwang@google.com
11       kentwalker@google.com
12
13
14   VIDEOGRAPHER:  Aric Kerhoulis
15
16
17
18
19
20
21
22
23
24
25
                                          4
```

```
 1   APPEARANCES OF COUNSEL (Continued):
 2
 3   FOR THE PLAINTIFF ORACLE AMERICA, INC.:
 4       MORRISON & FOERSTER LLP
 5       BY:  RUCHIKA AGRAWAL, ESQ.
 6       755 Page Mill Road
 7       Palo Alto, California 94304-1018
 8       (650) 813-4228
 9       ragrawal@mofo.com
10
11
12   FOR THE DEFENDANT GOOGLE, INC., AND THE WITNESS
13       KEKER & VAN NEST, LLP
14       BY:  ROBERT VAN NEST, LLP
15       BY:  CHRISTA ANDERSON, ESQ.
16       633 Battery Street
17       San Francisco, California 94111
18       (415) 773-6635 (Mr. Van Nest)
19       (415) 676-2276 (Ms. Anderson)
20       rvannest@kvn.com
21       canderson@kvn.com
22
23
24
25
                                          3
```

```
 1        TUESDAY, AUGUST 23, 2011; MOUNTAIN VIEW, CALIFORNIA
 2                    12:44 P.M.
 3                    ---oOo---
 4        THE VIDEOGRAPHER:  Good afternoon.  We are on
 5   the record at 12:44 p.m. on August 23rd, 2011.  This is   12:44:15
 6   the videotaped deposition of Eric Schmidt.
 7        My name is Aric Kerhoulis, here with our
 8   court reporter, Leslie Rockwood.  We are here from
 9   Veritext National Deposition and Litigation Services at
10   the request of counsel for plaintiff.                     12:44:36
11        This deposition is being held at the office
12   of Google at 1600 Amphitheater Parkway in the city of
13   Mountain View, California.  The caption of this case is
14   Oracle America, Incorporated, vs. Google, Incorporated.
15   Case Number 10-03561.                                     12:44:54
16        Please note that audio and video recording
17   will take place unless all parties agree to go off the
18   record.
19        At this time will counsel and all present
20   please identify themselves for the record.                12:45:08
21        MR. BOIES:  David Boies of Boies, Schiller &
22   Flexner, representing Oracle.
23        MS. DEARBORN:  Meredith Dearborn, Boies,
24   Schiller & Flexner, on behalf of Oracle America.
25        MR. HOLTZMAN:  Steve Holtzman, Boies,        12:45:23
                                                              5
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 6:

```
 1   Schiller & Flexner, for Oracle.
 2          MR. VAN NEST:  Bob Van Nest, Keker & Van
 3   Nest, for Google.
 4          MS. ANDERSON:  Christa Anderson for Google.
 5          MR. WALKER:  Kent Walker for Google.       12:45:34
 6          MR. HWANG:  Renny Hwang, Google.
 7          MS. AGRAWAL:  Ruchika Agrawal for Oracle.
 8          THE VIDEOGRAPHER:  The court reporter will
 9   please swear in the witness, and we can proceed.
10          THE REPORTER:  Would you raise your right
11   hand, please.
12          You do solemnly state that the evidence you
13   shall give in this matter shall be the truth, the whole
14   truth and nothing but the truth, so help you God.
15          THE WITNESS:  I do.
16          THE REPORTER:  Thank you.
17                    EXAMINATION
18   BY MR. BOIES:
19      Q.  Good afternoon, Mr. Schmidt.
20      A.  Hi.                                        12:45:54
21      Q.  You were employed by Sun Microsystems from
22   1997 -- 1977 to 1997; is that correct?
23      A.  If I may correct you, 1983 until 1997.
24      Q.  Thank you.  You were employed by Sun
25   Microsystems from 1983 to 1997?                   12:46:17
```

Page 7:

```
 1      A.  That is correct.
 2      Q.  And your last position at Sun was chief
 3   technical officer; is that correct?
 4      A.  That is correct.
 5      Q.  And after leaving Sun, you became chief     12:46:30
 6   executive officer and chairman of Novell; is that
 7   correct?
 8      A.  Yes.
 9      Q.  And you served in that capacity from 1997 to
10   2001?                                             12:46:45
11      A.  Yes.
12      Q.  And in 2001, you became CEO of Google;
13   correct?
14      A.  That is correct.
15      Q.  And you continued in that position until    12:46:54
16   January of 2011; is that correct?
17      A.  April of 2011.
18      Q.  April of 2011.  And you are currently
19   chairman of Google's executive board; is that correct?
20      A.  That is correct.                           12:47:08
21      Q.  Let me begin by asking you to list the ways
22   that you believe that Android contributes value to
23   Google.
24          MR. VAN NEST:  Objection.  Form.
25          THE WITNESS:  So Android is a -- is a      12:47:26
```

Page 8:

```
 1   strategy, it's a platform, it's a set of partnerships,
 2   it's a handset alliance, it's a piece of software.  So
 3   it's many things.
 4          And I'm sorry, could you restate your
 5   question?                                         12:47:51
 6      Q.  BY MR. BOIES:  Sure.  Android is, among other
 7   things, a platform; correct?
 8      A.  Yeah.
 9      Q.  And could you explain for the record what you
10   mean by "platform"?                               12:48:00
11      A.  So in computer science, a platform is usually
12   referred to as a thing on which other people build things
13   of value.
14      Q.  And the people that would build things of
15   value on an Android platform would include, but not be  12:48:16
16   limited to, Google; correct?
17      A.  That's correct.
18      Q.  And one of the values of the Android platform
19   to Google is that other people will build things of value
20   on that platform; correct?                        12:48:32
21      A.  That is correct.
22      Q.  What are the ways that the Android platform
23   contributes value to Google, the company?
24          MR. VAN NEST:  Objection.  Form.
25          THE WITNESS:  Ultimately Android benefits the  12:48:54
```

Page 9:

```
 1   Google strategy around cloud computing.  Ultimately more
 2   people will use or may use Google services, or they may
 3   not, if the Android platform comes with those Google
 4   services.
 5          So there are a number of sort of indirect   12:49:16
 6   benefits from that platform which inure from the nature
 7   of its Open Source approach.
 8      Q.  BY MR. BOIES:  Now, when you refer to
 9   indirect benefits, am I correct that Google makes the
10   software that represents Android available without   12:49:41
11   charge?
12      A.  It's -- it would be technically correct to
13   say that we make the software available under a license,
14   and that license is known as the Apache license, and it
15   does not include a charge.                        12:49:58
16      Q.  Does the license pursuant to which you make
17   Android available include conditions or requirements?
18      A.  There are some.
19      Q.  What are the conditions and requirements of
20   the license that Google uses to make Android available  12:50:19
21   that you believe are important?
22      A.  Well, there's a long list.  The license
23   itself is lengthy, and I would have to refer to it to be
24   precise.  But certainly one of them is the fact that
25   people are free to modify as they see fit.  They can use  12:50:39
```

Veritext National Deposition & Litigation Services
866 299-5127

**Page 10**

1  other platforms and services as they wish.  As I
2  understand it -- and I might get this slightly wrong --
3  the license asks that you -- if you make a change, you
4  have to publish that change back into the same community.
5      The general term for this area is called Open   12:51:04
6  Source, is what I was referring to.
7      Q.  And when you say "publish the change back
8  into the community," you mean make it available to the
9  community without charging people for it?
10     A.  Under similar terms.                        12:51:16
11     Q.  Under similar terms, the Apache license?
12     A.  That's correct.  That is my understanding.
13     Q.  All right.  And that was your understanding
14 when you were the Google CEO; correct?
15     A.  Uh-huh, yes.  Yes.                          12:51:27
16     Q.  Now, how does making this Android platform
17 available -- you're not getting money directly for it.
18 It's costing you money to do it; correct?
19     A.  Uh-huh.
20     Q.  So how do you plan to make a profit from    12:51:46
21 that?
22     MR. VAN NEST:  Objection.  Form.
23     THE WITNESS:  Well, Google is a company of
24 many different initiatives, some of which are highly
25 profitable.  So, for example, our text search ads      12:51:59

**Page 11**

1  business, and others which are either things which we
2  think are good for the world or things which will improve
3  computer science.
4      So at various points with Android, we've had
5  various ideas as to where it is in that.  But I think it  12:52:19
6  would be fair to say that Android is seen as an important
7  platform for -- for people to do new things in mobile
8  computing.  It's not articulated with a stronger answer.
9      Q.  BY MR. BOIES:  Would it be accurate to say
10 that the model Google has for Android is to make it   12:52:41
11 available for free and to make money from advertising and
12 the value-added services that go on top of the Android
13 platform?
14     A.  That's a component of our strategy, yes,
15 and -- yes.                                            12:53:06
16     Q.  And what would you estimate the cost to
17 Google has been so far in developing and distributing
18 Android?
19     MR. VAN NEST:  Objection.  Form.
20     THE WITNESS:  I don't know the specific         12:53:23
21 numbers.  So I can estimate.
22     Q.  BY MR. BOIES:  Your best estimate.
23     MR. VAN NEST:  Objection.  Form.
24     THE WITNESS:  I would estimate that there are
25 some number of hundreds of engineers.  It's easier if   12:53:38

**Page 12**

1  I'll describe the calculation.  So we pay their salaries.
2  You assume that they cost $150,000 a year, and you assume
3  that we have that for three or four years.  So use round
4  numbers.  200 and three of the years, that would be 600
5  man years.  So whatever that works out to be.  Multiply  12:54:00
6  that out times 150,000.
7      And there are probably some additional
8  license fees that might have been paid along the way,
9  which I don't remember.
10     Q.  BY MR. BOIES:  Now, in addition to the      12:54:14
11 engineers that are included in this, are there other
12 people in Google who devote time and effort and expense
13 to Android?
14     MR. VAN NEST:  Objection.  Form.
15     THE WITNESS:  I'm sure that there are, but I    12:54:35
16 don't know what the number would be.
17     Q.  BY MR. BOIES:  Has Google, at any time that
18 you are aware of, attempted to make an estimate of how
19 much it would cost to develop and distribute Android?
20     MR. VAN NEST:  Objection.  Form.               12:55:06
21     THE WITNESS:  I'm not aware of one.
22     Q.  BY MR. BOIES:  Has Google ever made any
23 effort that you are aware of to estimate the dollar value
24 to Google of Android?
25     A.  I'm not aware of one.                      12:55:30

**Page 13**

1      Q.  Has Google ever, insofar as you are aware,
2  attempted to determine how much value Google could expect
3  to get for each Android handset that was distributed?
4      MR. VAN NEST:  Objection.  Form.
5      THE WITNESS:  I'm not aware of a number.      12:55:56
6      Q.  BY MR. BOIES:  You, from time to time, have
7  earnings calls or had earnings calls when you were CEO;
8  correct?
9      A.  Yes.
10     Q.  Do you still participate in earnings calls as  12:56:18
11 chairman of the executive board?
12     A.  I do not.
13     Q.  What were the purposes of the earnings calls
14 that you participated in?
15     A.  As I understand, they are traditional in   12:56:32
16 large public companies.
17     Q.  And is it your understanding that a primary
18 purpose of it is to speak to analysts that follow
19 Google's stock?
20     A.  They are on the call, absolutely.          12:56:52
21     Q.  And you understand that they will be taking
22 into account things that you say in terms of deciding
23 whether or not to recommend that investors purchase
24 Google stock?
25     A.  Yes.                                       12:57:08

Veritext National Deposition & Litigation Services
866 299-5127