# EXHIBIT A

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED




# Introduction to Android

## May 2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 4104**
CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
DEPUTY CLERK

Google Confidential and Proprietary **1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130338

# Platform Overview

- **Android Ecosystem is central to Google's success over the next 3-5 years**



Google Confidential and Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    GOOG-00130339

2





Spotlight on 2015 priorities

Google Confidential and Proprietary  3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130340


# Android Basics

Google Confidential and Proprietary 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-00130341



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130342

Trial Exhibit 4104, Page 5 of 49



Google Confidential and Proprietary

6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130343

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130344



jorisvanmens@

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130345











# Android Headwinds

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130349





# OEMs are trying to differentiate from each other rather than embracing the Android brand

Screenshots of top devices

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130351



# US pricing

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130352



# UK tier shifts

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130353



# Something on JP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130354

# By the numbers...comms is important



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130355

# And expanding into a platform





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130356

# How are we doing?



| WhatsApp | Messenger | WeChat | LINE | Hangouts | Viber | Snapchat |
|---|---|---|---|---|---|---|
| **700** MILLION | **600** MILLION | **468** MILLION | **170** MILLION | **150** MILLION | **105** MILLION | **100** MILLION |

## 4 Million One Day Actives

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130357



# 2015 Topics

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130358





New Phones REDACTED - SBI/NR and Tablet REDACTED - SBI/NR

Google Confidential and Proprietary 26

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-00130363





Google Confidential and Proprietary 27

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     GOOG-00130364



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                  GOOG-00130365

Google Confidential and Proprietary 29

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    GOOG-00130366



REDACTED - SBI/NR

Business Process & Compliance

Google Confidential and Proprietary   30

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130367

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130369





# Android One

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130376

# GO TO MARKET



**Launched in Seven Countries, with Eleven OEMs; 612K devices activated**

Launched in **India** with 3 OEMs (Micromax, Karbonn, Spice)

Launched in **Bangladesh**, **Nepal**, and **Sri Lanka** with Indian OEMs and additional BD OEM (Symphony)

Launched in **Indonesia** and **Philippines** with 5 new OEMs (Nexian, Evercoss, Mito, Cherry Mobile, MyPhone)

Launched in **Turkey** with 1 new OEM (General Mobile)

Sept 2014

Dec

Feb 2015

May 2015



**Still to come in Q2:**
- Lava launch in IN
- TH, PK, and MM

**And then even more in H2:**
- Major launches in MX, NG, RU, and BR, with Lenovo also tentatively planning to launch in 20+ long tail markets
- New SKUs in IN, ID, PH

40

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130377

Trial Exhibit 4104, Page 41 of 49

130378

1







## TAILORMADE

androidone

An app that lets you customize your mobile with your favorite content at the right place and time

Channel Store

Intelligent suggestions

Hub for fresh content

Topic specific view

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Slide Notes

**Slide 5:**

https://docs.google.com/spreadsheets/d/1e9RRcfZqv52Yz4UK3csCRbtd8GOsjjwdVAB5Qno-bEc/edit#gid=642728094

**Slide 9:**

Link to backup for bottom left hand chart [maryoh]

**Slide 20:**

Our biggest product in this area is Hangouts: we have about 150M monthly active users of Hangouts, compared to 700M for Whatsapp.   And beyond 150M monthly actives, the product is installed on 650M devices

It turns out that most of the 150M use the app by mistake.

30M (20%) actually send or receive a message on a monthly basis.

And what really matters for a communications app isn't monthly usage, but actually daily usage.

Of the 30M, 4M send or receive a message on a daily basis.

Or 0.6% of the total installed base.

So what happened?

The product we have is a result of two old paradigms from a few years ago - one was to help meet the goals of G+ and support that big bet and the other was taking decisions through a desktop, rather than mobile lens.  From the perspective of driving usage of G+, a desktop-focused multi-party video product was a great idea.  It's unique, differentiated, and pretty amazing.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130382



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130383

# Slide Notes

**Slide 40:**

GTM Talking Points

-BD: Tons of OEM interest, ODM and SoCs for new model

-Marketing: Leading our launches and securing budget for H2

-Program management: build best practices for launches

-Retail Sales and Ops teams: how to motivate OEMs and retail partners to push devices through last mile

-New Model Term Sheets/Incentives

-Building out the GTM org (PgM, Sales)

-Global OEMs / Strategic partners

-Lining up H2 launch strategies

-H2 Marketing/Budgeting

-Developed Markets

**Slide 43:**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130385

# Slide Notes

Software:

Research shows that customers make purchase decisions based on a device running the latest Android version.

Hardware

Research shows that users are wary of low-quality hardware, especially at lower price points.

Brand

Research shows that brand influences customer purchase decision. Customers seek known, established brands -- especially international brands.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130386