# EXHIBIT G

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                SAN FRANCISCO DIVISION

4      ORACLE AMERICA, INC.,            )

5                 Plaintiff,            ) Case No.

6           vs.                        ) CV 10-03561 WHA

7      GOOGLE, INC.,                    )

8                 Defendant.            )

9      _____)

10

11        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

12        VIDEOTAPED 30(b)(6) DEPOSITION OF GOOGLE, INC.

13              DESIGNEE:  HIROSHI LOCKHEIMER

14                Palo Alto, California

15               Tuesday, December 8, 2015

16

17

18

19

20

21

22     Reported by:

23     KELLI COMBS, CSR No. 5908

24     Job No.  2189227

25     Pages 1 - 370

                                          Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        Q     And what does that involve?                    1

2        A     What does leading it involve?

3        Q     What is the effort?

4        A     I see.  What is the effort?  Well, there

5    are a number of components to it.  Would you like      1

6    me to enumerate them?

7        Q     Please.

8        A     So I can think of at least two distinct

9    efforts there that are interrelated but somewhat

10   separate.  The first one we call Project Brillo,       1

11   and it is basically -- if you think of the Android

12   operating system and how widely it's been adopted

13   by the industry -- and "industry" here, I'm

14   referring to manufacturers basically -- one of the

15   benefits that Android brings as an operating system   1

16   is that, first of all, there are a lot of

17   manufacturers who are familiar with it, but also

18   there are a lot of component suppliers who are

19   familiar with it.  And by "component suppliers" I'm

20   talking about chip manufacturers or sensor            1

21   providers, you know, silicon providers, hardware

22   providers.

23           And so this is -- really, I'm talking

24   about the Android kernel and -- and -- and sort of

25   that realm, not the application framework or          1

                                          Page 68

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    nothing of that nature, more just the hardware          1

2    portions of it.

3              There are a lot of hardware providers

4    that are familiar with Android, so our idea was to

5    take that broad support base for the Android          1

6    kernel and drivers and so on and make it possible

7    for folks who are familiar with that technology to

8    also build devices in the IOT space.  So that's

9    what Project Brillo is.

10             And then the other -- I mentioned there       1

11   are at least two I can think of.  The other one is

12   called Weave, and Weave is a -- you can think of

13   it as a protocol that enables devices to discover

14   each other and talk to each other.

15             One of the common problems in the IOT         1

16   space is that there are many, many devices out

17   there that are capable of connecting to the

18   Internet and doing something useful for you in

19   your life, but a lot of these devices don't know

20   how to talk to each other or don't even know about    1

21   each other.  And our thinking was that if these

22   devices could all talk to each other and exchange

23   status or commands, things like that, maybe the

24   whole combination of all of these devices would be

25   much more powerful for the end user.                  1

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1           So that's what Weave enables at a            1

2    protocol level.  It's separate from any operating

3    system.  It's agnostic to what the operating

4    system is.  It's just a way in which devices talk

5    to each other, a language -- not even a way, in          1

6    the sense that it's more like a language, a common

7    language, that's shared between devices.

8           Q    Who is leading your effort with respect to

9    Android TV?

10          A    Mario Queiroz.  We can help you with the      1

11   spelling later.

12          Q    What is your effort with respect to

13   Android TV?

14          A    What is my effort?

15          Q    Google's effort.  When I say "you," I'm       1

16   only talking about Google, right?

17          A    Okay.  What is our effort related to

18   Android TV; that was your question?

19          Q    Yes.

20          A    Well, the thinking there is that             1

21   televisions these days have become pretty

22   sophisticated, and they all require an operating

23   system.  So we figured we have an operating system

24   with -- with a lot of adoption and a lot of, again,

25   industry knowledge, and many times a phone            1

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    structured.                                                      1

2              So when I took on the Chromecast team,

3    which is under Mario, who I mentioned before,

4    Mario had a business development team working for

5    him.  Now, Mario reports to me now, so therefore,   1

6    the business development team under Mario report

7    into me.

8              That team has responsibility -- has had

9    responsibilities negotiating deals with various

10   manufacturers and partners in the TV/living room     1

11   space.

12             In parallel, Ornella's team, Jim

13   Kolotouros' team, had been negotiating other deals

14   not in the living room or TV space for many years

15   now.  So there are two business development teams     1

16   now; one of them through Mario reporting into me,

17   another one through Jim Kolotouros reporting into

18   Ornella and Philipp.

19             It turns out, these two business

20   development teams oftentimes -- as I mentioned        1

21   earlier, a lot of TV manufacturers also build

22   phones and vice versa, so it turns out these two

23   business development teams are calling upon the

24   same partner.  And -- so that got a little bit

25   confusing in the responsibility -- confusing not      1

Page 93

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    only for Google but also for the partner.                    1

2          So in order to -- this is why it's a

3    little bit hazy.  That's why I can't give you an

4    exact answer, because it's a little bit history

5    and a little bit of organizational duplication in        1

6    this area that we're still working through.

7          Q    Which team has responsibility for phones?

8               MS. ANDERSON:  Objection; form.

9               THE WITNESS:  For phones, it would be Jim

10   Kolotouros' team.                                           1

11   BY MS. HURST:

12         Q    So the people responsible for negotiating

13   deals with phone manufacturers do not report through

14   you, true?

15              MS. ANDERSON:  Objection; form.                   1

16              THE WITNESS:  Correct.

17   BY MS. HURST:

18         Q    Is there any television manufacturer,

19   other than Sony, who's agreed to use Android TV?

20         A    Yes.                                              1

21         Q    Who else?

22         A    Sharp is an example.

23         Q    Anyone else?

24         A    I believe Philips TP Vision is another

25   example.                                                    1

                                        Page 94

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q      Anyone else?                               1

 2        A      In terms of actual TV sets, you know,

 3   like the one we have over there, an actual TV set,

 4   I believe that's the current sort of announced

 5   list.  There are others that we're in discussions   1

 6   with, but there are also other TV partners as well.
```



```
18        Q      Is your knowledge sufficient for you to

19   say one way or another?

20        A      Is my knowledge sufficient to say one way  1

21   or another?  I didn't say "one way or another."  I

22   said "not that I'm aware of," so...

23        Q      So you don't know?

24        A      I don't know for a fact, no.

25        Q      Is there any strategy or plan in the       1
```

Page 95

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    business development group, the one that doesn't        1

2    report to you, to use revenue sharing or other forms

3    of payment in order to get television manufacturers

4    to use Android TV?

5        A    Your question is whether that team that        1

6    doesn't report to me are contemplating using

7    revenue share to entice manufacturers to use

8    Android TV; is that your question?

9        Q    Let's start there.

10       A    I don't know.                                   1

11       Q    Is there a group somewhere responsible for

12   getting people to use Android Wear?

13       A    There's a group of people who's

14   responsible for not only developing but also

15   deploying Android Wear, yes.                             1

16       Q    When you say "deploying," that's what you

17   mean by getting other people to use it?

18       A    Yeah, generally just getting other people

19   to use it, supporting them when they've decided to

20   use it, helping them commercialize it, helping them      1

21   support it.

22       Q    Okay.

23            And does that team report through you?

24       A    A portion of that team, yes.

25       Q    Does the deployment piece report through        1
```

Page 96

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    you?                                                    1
 2         A    A portion of it.
 3         Q    Who's the senior-most person responsible
 4    for Android Wear who reports to you or through you,
 5    your line of command?                                  1
 6         A    David Singleton, and he reports directly
 7    to me.
 8         Q    And where is he located?
 9         A    He lives in United Kingdom.
10         Q    And is the Android Wear effort, is that     1
11    generally located in the United Kingdom?
12         A    No.  It's mixed.
13         Q    Including some people here?
14         A    Yes, here and Mountain View, correct.
15         Q    Is there -- and who, outside of the chain   1
16    of reporting up through you, has some responsibility
17    for either development or deployments of
18    Android Wear?
19         A    Well, I'll give you a couple of examples.
20    For instance, marketing is involved.  Marketing       1
21    does not report to me.
22              Similarly, the deals that we talked
23    about, the business development aspects, that
24    doesn't report to me.
25         Q    Is there any development plan or strategy    1
```

Page 97

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    to use revenue sharing or other payment to potential       1

2    manufacturers of devices using Android Wear?

3         A    Not that I'm aware of.

4         Q    Are you aware, one way or another?

5         A    I'm not aware of any plans, but that           1

6    doesn't mean that I'm absolutely 100 percent sure

7    that there aren't any plans.

8         Q    So you don't know?

9              MS. ANDERSON:  Objection; form.

10             THE WITNESS:  I don't know for sure, no.        1

11   BY MS. HURST:

12        Q    Did anybody suggest to you that when you

13   don't know the answer but you want to imply that the

14   answer is no, you should say "not that I'm aware

15   of"?                                                      1

16        A    No.

17             MS. ANDERSON:  Objection; form.

18   BY MS. HURST:

19        Q    Are there any manufacturers of any devices

20   who have agreed to use Android Wear?                      1

21        A    Say that again.

22        Q    Are there any manufacturers of any devices

23   who have agreed to use Android Wear?

24        A    Yes, there are manufacturers who have

25   adopted Android Wear.                                     1

                                                  Page 98



1       Q       How many?                                       1

2       A       Less than 10.  I can try enumerating them

3  right now.  I don't know the exact number.

4       Q       What types of devices generally have they

5  agreed to use Android Wear for?                           1

6       A       Watches.

7       Q       Any other types of devices?

8       A       So far, the only ones that have launched

9  are watches.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



1  ████████████████████████████      █

█   █         ██████████████.

3      Q    Did you see the agreements with these

4  approximately 10 watch manufacturers?

5      A    I may have seen some; I'm not sure.      1

6  █           █       ████████████████████████

█  ████████████████████████████████

█  ████████████████████████████████

█  ██████████████████████████████

█         ██████████████████                █

█         ██████████████████████████

█  ████████████████████████████████

█  ██████████████████████████████████

14  BY MS. HURST:

15      Q    And what is Android Auto?                 1

16      A    It's a -- it's a number of things.  It's

17  a term that refers to a number of projects that all

18  relate to the use of Android in a vehicle or

19  related to cars in some way.

20      Q    And are there any vehicle or parts        1

21  manufacturers who have agreed to use Android in a

22  car or related to cars in some way?

23      A    Yes.

24      Q    And who are they?

25      A    It's a pretty long list of automobile      1

Page 100

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   manufacturers, names that you would recognize like,        1

 2   you know, Ford or GM and so on.  I think it's

 3   something on the order of 50 or so car

 4   manufacturers in the world who have decided to

 5   adopt Android Auto in some form.                           1

 6       Q    All right.

 7            And over what period of time has that

 8   occurred?

 9       A    The agreements with these manufacturers?

10       Q    Yes.                                              1

11       A    Car manufacturers?

12       Q    Yes.

13       A    I believe it's still ongoing, but I think

14   it started maybe two, three years ago.

15       Q    And are the agreements with those car            1

16   manufacturers, is that handled by some group that

17   reports to you or by a different group?

18       A    The agreements are handled by a different

19   group.

20       Q    And who is the leader of that group?             1

21       A    The leader of the group who's responsible

22   for agreements with car manufacturers, for example,

23   his name is Ariel Spivak.

24       Q    And where is he located?

25       A    He's located here in the Bay Area.               1
```

Page 101

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q     Did you speak with him to prepare for this      1

2  deposition?

3      A     Not to prepare for this deposition, no.

4      Q     Is there any plan or strategy to use

5  revenue sharing or some other form of payment or      1

6  economic consideration to car manufacturers in

7  connection with their agreement to use Android Auto?

8      A     Not that I'm aware of.

9      Q     Are you aware, one way or the other?

10         MS. ANDERSON:  Objection; form.      1

11         THE WITNESS:  I don't know if there are

12  any agreements where there are economic

13  considerations for car manufacturers.

14  BY MS. HURST:

15      Q     How does Google plan to make money on      1

16  Android Auto?

17      A     As I was mentioning earlier, a lot of

18  what drives Google is building products that people

19  want to use.  So if you think of the alternative,

20  if you think of a world in which cars and phones      1

21  work well together, today, for instance, stepping

22  back today, the extent of a typical car and a phone

23  interaction is basically Bluetooth, you know, how

24  you get your phone calls over the car's stereo,

25  which is a pretty minimal integration, and over      1

Page 102

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   Senior Vice President of Android that they have made

2   an evaluation of the license terms of OpenJDK and

3   concluded that they are a commercially acceptable

4   means of using the Java API packages, all or any

5   portion of them?

6           MS. ANDERSON:  Objection; form, beyond the

7   scope and, again, same privilege instruction.

8           THE WITNESS:  Yeah, I don't think I can

9   answer that without breaking privilege.

10  BY MS. HURST:

11     Q    Well, my question was other than lawyers.

12  So if there's nobody other than lawyers, then the

13  answer is "nobody other than lawyers."

14         MS. ANDERSON:  And this is confusing.  If

15  you have information, other than lawyers, you may

16  provide it; it's not privilege.  But if it's

17  information solely derived from lawyers, you may

18  indicate that in responding, that there's nothing

19  other than through lawyers.

20         THE WITNESS:  Aside from that e-mail on

21  Enso that I received as part of being the Android

22  release mailing list, I don't know anything on this

23  topic, aside from my dealings with the legal team.

24  BY MS. HURST:

25     Q    Other than the use of Android platform in

Page 191

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   phone, tablets, for Android at Work, wearables,

2   Chrome OS, Chromecast, Android Auto, Android TV and

3   Internet of Things -- sorry, madam reporter, that

4   was a little fast -- do you have any other plans,

5   product roadmaps, strategies, functions, markets,

6   devices, goods or services planned to be associated

7   with Android?

8           MS. ANDERSON:  Objection; form.

9           THE WITNESS:  Not that I can think of, no.

10  That's a pretty exhaustive list.  You mentioned TV,

11  Wear, Auto, obviously Android on phones and tablets

12  and the Internet of Things, that's all Android

13  related.

14          Chrome OS is not Android related,

15  Chromecast is not Android related, and I think

16  that's it.  Those are my areas of responsibility.

17  BY MS. HURST:

18      Q    What is ARC Welder?

19      A    ARC Welder, to the best of my

20  knowledge -- my knowledge is not deep on this

21  topic, but ARC Welder is, I believe, a tool that

22  developers use -- yeah, it's a tool for developers.

23      Q    To do what?

24      A    My understanding is ARC Welder -- and

25  it's A-R-C, then, Welder.  Developers use

                                        Page 192

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  ARC Welder to make it possible to run their Android

2  applications on -- within the app runtime for

3  Chrome or ARC on Chrome OS.

4       Q     So ARC stands for the app runtime for

5  Chrome?

6       A     Yeah.  App runtime for Chrome OS, I

7  guess, is more accurate.  I'm sorry, I slipped on

8  the first try, but it's app runtime for Chrome OS.

9       Q     ARC Welder is a way of making Android

10 applications run on a device that uses the Chrome

11 operating system, true?

12      A     ARC Welder is a tool for selective

13 developers.  Not all -- it's not -- to the best of

14 my knowledge, it's not available to all developers.

15 But for a select set of developers, we provide them

16 with ARC Welder so that they can take their

17 applications and run it within the ARC system on

18 Chrome OS.

19      Q     So what kind of devices use Chrome OS?

20      A     There are a number of device categories:

21 Laptops, desktop computers, digital signage are

22 examples of devices that run Chrome OS.

23      Q     So ARC Welder is a way of making Android

24 applications run on laptops that use Chrome OS,

25 true?

Page 193

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A      To be very precise, some applications to

2  run on laptops running Chrome OS called

3  Chromebooks, yes.

4      Q      Are you limiting the type --

5             In your answer, were you limiting the

6  types of applications, or were you limiting it to

7  the specific types of laptops?

8      A      Both.  So limited -- it's not all Android

9  applications.  It's a subset, a vast subset,

10 meaning a very small subset of Android applications

11 are eligible to run in ARC, and I'm just pointing

12 out that laptops running Chrome OS are also known

13 as Chromebooks.

14     Q      And what categories of apps are eligible

15 to run using ARC?

16     A      It's not really separated by category,

17 per se.  It's more separated by what's possible,

18 meaning not all applications are able to run in

19 ARC.

20     Q      And what common characteristics define the

21 ones that are capable of running in ARC?

22            MS. ANDERSON:  Objection; beyond the

23 scope.

24            THE WITNESS:  I don't know that level of

25 technical detail.  It's a technical determination.

Page 194

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  It's not a policy thing.  There are certain

2  technology choices made by the ARC team as well as,

3  I guess, what the application developer has done

4  that makes certain applications work well, whereas

5  certain applications not work well in ARC.  So it's

6  manually tested and curated first.

7  BY MS. HURST:

8      Q    I'm just trying to get some understanding

9  of this.

10          Can you describe for me in any way how the

11  function of, you know, these Android applications

12  relates to their ability or inability to run in

13  connection with ARC?

14          MS. ANDERSON:  Objection; beyond the

15  scope.

16          THE WITNESS:  Well, I guess another way of

17  saying it is ARC is not a -- it's -- how do I put

18  this?  I'm trying to explain it, explain it well.

19          ARC is -- it's not like Android is running

20  inside of Chrome OS.  ARC is a runtime that enables

21  some Android apps to run on Chrome OS, but it's not

22  like Android itself is running on Chrome OS, so that

23  means that --

24          I'll give you a very concrete example.  I

25  believe Microsoft Word, which is available on

Page 195

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Android, if you take that and try to run it in ARC,

2    it won't run because ARC was built in such a way

3    that doesn't support all of the things that

4    Microsoft Word on Android needs, and so that's --

5    that's basically the gist of what works versus what

6    doesn't.

7    BY MS. HURST:

8        Q    Can you give me some applications that

9    will run on ARC?

10            MS. ANDERSON:  Beyond the scope.

11            THE WITNESS:  I remember when we announced

12   ARC -- this was a year, a year and a half ago --

13   they did a demo, I think, of Evernote, which is a

14   note-taking app running on ARC, so, I guess, that's

15   one app.

16            I think the other example I can think of

17   is Vine; that's another app that runs on ARC.  Last

18   I heard, there were about 100 or so applications

19   that run on ARC.

20            Just to put that in perspective, there are

21   about a million -- over a million applications in

22   Google Play, so you can tell it's a tiny, little

23   subset.

24   BY MS. HURST:

25       Q    So does it require some kind of close

                                        Page 196

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   cooperation between your team and the app developer
 2   in order to get things running -- Android
 3   applications running on ARC?
 4        A    That's my understanding, yes.  And that's
 5   how an application -- application developer would
 6   get ahold of ARC Welder in the first place.  This
 7   would be sort of a one-to-one relationship,
 8   engineer-to-engineer or
 9   product-person-to-product-person relationship
10   between the ARC team and the developer to ensure
11   that the app is running well.
12        Q    Well, is it your plan to make --
13   ultimately to make ARC Welder broadly available so
14   that Android applications are available on laptop
15   and desktop computers running Chrome OS?
16             MS. ANDERSON:  Objection; form.
17             THE WITNESS:  I don't know.  You know,
18   we've gone back and forth on how -- how broad --
19   broadly available we want to make the ARC
20   technology.  You can think of it as an experiment of
21   sorts, and so I don't know what the latest thinking
22   is from the team on that.  It's been probably three
23   to six months since I've gotten an update from them
24   on ARC Welder.
25
```

Page 197

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

 1  BY MS. HURST:

 2       Q    Does the ARC Welder result in either the

 3  Dalvik Virtual Machine or the Android runtime

 4  running within Chrome?

 5            MS. ANDERSON:  Objection; beyond the

 6  scope.

 7            THE WITNESS:  I don't know.

 8  BY MS. HURST:

 9       Q    Are Chromebooks special purpose computers?

10            MS. ANDERSON:  Beyond the scope.

11            THE WITNESS:  Can you define "special

12  purpose computer"?

13  BY MS. HURST:

14       Q    Have you ever heard that term?

15       A    Yes, but it's used in so many different

16  ways that I don't know what it means.  What did you

17  mean when you asked the question?

18       Q    Is it the same or different with respect

19  to its purpose than an ordinary desktop computer?

20            MS. ANDERSON:  Objection; form.

21            THE WITNESS:  I don't know if there's one

22  singular purpose for a, quote, ordinary desktop

23  computer, so it's hard for me to answer that.  For

24  instance, you know, my mother-in-law uses her

25  desktop computer to manage her Mary Kay products.

                                        Page 198

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    small portion he's covering.  It's not a big part of

2    the topics, but I wanted to remind you that his

3    seven hours is almost over.

4              MR. RAMSEY:  So I think we attempted to --

5    Ms. Hurst attempted to address Topic 7, but the

6    witness was unable or unwilling to testify about

7    that.

8              MS. ANDERSON:  Nobody touched on Topic 7.

9              MS. HURST:  Keep going.  If you've got

10   more on Topic 3, finish.

11             MR. RAMSEY:  Yeah, so I just --

12   BY MR. RAMSEY:

13       Q    So when the -- the phone manufacturers

14   engage with you about application development, are

15   they concerned about the types of resources they

16   have to invest in the process of learning how to

17   develop?

18             MS. ANDERSON:  Objection; form, beyond the

19   scope.

20             THE WITNESS:  Well, I was trying to give

21   you two examples.  The first one -- example I was

22   giving you was about material design.  In that case,

23   actually they were excited because they -- they

24   thought material design, first of all, was a very

25   good design direction, and they also saw it as a way

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    for them to conserve their resources because they

2    wouldn't have to reinvent a new design language of

3    their own, so they saw it as a savings, and so

4    that's -- that's the material design example.

5           The other example I would give is when we

6    come out with new form factors, for instance, when

7    we launched Android Wear, it was important for us to

8    make sure that these phone manufacturers, their

9    phone -- their apps that came with their phones also

10   properly supported Android Wear, so we did some

11   outreach to them on those topics.

12   BY MR. RAMSEY:

13        Q    So did the application developers for the

14   phone manufacturers have to learn, for example, the

15   new APIs associated with something like Android Wear

16   or materials; is that fair?

17          MS. ANDERSON:  Objection; form, beyond the

18   scope.

19          THE WITNESS:  Any time there are new APIs

20   that we add to Android, like the 3,000 new APIs we

21   added to L, everyone, every app developer, whether

22   they're from phone manufacturers or a kid in Topica,

23   Kansas, you know, they have to -- they have to learn

24   it because it's new to them.

25        Q    Does that take some time for application

Page 357

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  developers across the communities that you've just

2  talked about to learn APIs?

3          MS. ANDERSON:  Objection; form, beyond the

4  scope.

5          THE WITNESS:  I think it depends on the

6  competence level of these developers and also the

7  interest level that they have in adopting these new

8  APIs.  So I don't know if there's a fixed number,

9  per se, but sure, it's just like learning anything

10  new.  Everyone has their own pace and their own

11  desire level, level of desire, to, you know, decide

12  how deep they want to go.

13  BY MR. RAMSEY:

14      Q    So other than --

15          I'm going to come back to fragmentation.

16          Other than version fragmentation, does

17  Google Play Services help mitigate any other type of

18  fragmentation within Android?

19          MS. ANDERSON:  Objection; form.

20          THE WITNESS:  Just to clarify, the version

21  fragmentation, I didn't say Google Play Services

22  would solve version fragmentation.  I said it

23  handles a small sliver of that problem, just for the

24  portions that are included in Google Play Services.

25  Really, in relative terms, it's a tiny, little

Page 358

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby certify:

3      That the foregoing proceedings were taken

4   before me at the time and place herein set forth; that

5   any witnesses in the foregoing proceedings, prior to

6   testifying, were administered an oath; that a record of

7   the proceedings was made by me using machine shorthand

8   which was thereafter transcribed under my direction;

9   that the foregoing transcript is a true record of the

10  testimony given.

11      Further, that the foregoing pertains to the

12  original transcript of a deposition in a Federal Case,

13  before completion of the proceedings, a review of the

14  transcript [X] was [ ] was not requested.

15      I further certify I am neither financially

16  interested in the action nor a relative or employee of

17  any attorney or any party to this action.

18      IN WITNESS WHEREOF, I have this date

19  subscribed my name.

20

21  Dated:  12/10/2015

22

23

24      _____

    KELLI COMBS

25      CSR No. 7705

Page 370