# EXHIBIT M

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                SAN FRANCISCO DIVISION

4

5    ORACLE AMERICA, INC.,              )

6              Plaintiff,               ) Case No.

7         vs.                          ) CV 10-03561 WHA

8    GOOGLE, INC.,                      )

9              Defendant.               )

10   _____ )

11

12

13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15   VIDEOTAPED DEPOSITION OF GOOGLE'S 30(b)(6) WITNESS

16                      FELIX LIN

17              San Francisco, California

18              Friday, December 18, 2015

19                     Volume II

20

21   Reported by:

22   CARLA SOARES

23   CSR No. 5908

24   Job No.  2203183

25   Pages 185 - 305

                                        Page 185

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    underlying technology is not converging.
 2            Chrome OS -- we've been pretty clear about
 3    this in the recent news and blog posts as well.
 4    Chrome OS is separate from Android.
 5            And although we're bringing features of --
 6    and capabilities of Android to Chrome OS and
 7    features and capabilities of Chrome OS to Android,
 8    the user view might be that they are coming
 9    together, but the reality is that's superficial, and
10    the fundamental platforms are still different.
11    BY MS. HURST:
12        Q   So under the hood, there will remain
13    differences?
14        A   That's right.
15            MR. RAGLAND:  Objection.  Form and scope.
16    BY MS. HURST:
```











Page 252

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    I, the undersigned, a Certified Shorthand

2  Reporter of the State of California, do hereby

3  certify:

4  That the foregoing proceedings were taken
before me at the time and place herein set forth;

5  that any witnesses in the foregoing proceedings,

6  prior to testifying, were administered an oath; that

7  a record of the proceedings was made by me using

8  machine shorthand which was thereafter transcribed

9  under my direction; that the foregoing transcript is

10  a true record of the testimony given.

Further, that if the foregoing pertains to

11  the original transcript of a deposition in a Federal

12  Case, before completion of the proceedings, review

13  of the transcript [x] was [ ] was not requested.

14    I further certify I am neither financially

15  interested in the action nor a relative or employee

16  of any attorney or any party to this action.

17    IN WITNESS WHEREOF, I have this date

18  subscribed my name.

19

20  Dated: 12/22/15

21

22

23  *Carla Soares*

24  CARLA SOARES

25  CSR No. 5908

Page 305