# EXHIBIT N

1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   CHRISTA M. ANDERSON - # 184325
3  canderson@kvn.com
   DANIEL PURCELL - # 191424
4  dpurcell@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    (415) 391-5400
6  Facsimile:    (415) 397-7188

7  KING & SPALDING  LLP
   BRUCE W. BABER (pro hac vice)
8  bbaber@kslaw.com
   1185 Avenue of the Americas
9  New York, NY 10036
   Tel:    (212) 556-2100
10 Fax:    (212) 556-2222

11 Attorneys for Defendant
   GOOGLE INC.
12
                       UNITED STATES DISTRICT COURT
13
                      NORTHERN DISTRICT OF CALIFORNIA
14
                            SAN FRANCISCO DIVISION
15

16 ORACLE AMERICA, INC.,                    Case No.  CV 10-03561 WHA

17         Plaintiffs,                      **DEFENDANT GOOGLE INC.'S FIRST
                                            SUPPLEMENTAL RESPONSES AND
           v.                               OBJECTIONS TO PLAINTIFF ORACLE
18                                          AMERICA, INC.'S REQUESTS FOR
   GOOGLE INC.,                             ADMISSION**
19
           Defendant.                       **SET TWO (NOS. 245-277**)
20

21

22

23

24

25

26

27

28

                                           1
DEFENDANT GOOGLE INC.'S 1ST SUPP. RESPONSES AND OBJECTIONS TO PLAINTIFF
ORACLE AMERICA, INC.'S REQUESTS FOR ADMISSION
Case No.  CV 10-03561 WHA

998360

1  unreasonably cumulative or duplicative to the extent that it seeks information that is more
2  conveniently or less expensively obtained from another source or that is publicly available.
3  Google objects to this Request for Admission to the extent it purports to include software created,
4  modified, and/or distributed by third parties and not Google.  Google further objects to this
5  Request for Admission to the extent that it seeks information not within Google's possession,
6  custody or control.  As described further in General Objection Number 15, Google further objects
7  to this Request for Admission as premature to the extent it seeks expert testimony.
8      Subject to and without waiving the foregoing objections and the General Objections, and
9  to the extent that this request is understood, Google denies this request.
10
11  **REQUEST FOR ADMISSION NO. 254:**
12      Admit Chrome OS contains DECLARING CODE contained in the 37 JAVA API
13  PACKAGES.
14  **RESPONSE TO REQUEST FOR ADMISSION NO. 254:**
15      In addition to its General Objections, Google objects to this Request for Admission as
16  vague, ambiguous and overly broad as to the phrases "Chrome OS," "contains," "declaring code
17  contained in the 37 Java API Packages."  Google objects to this Request for Admission as overly
18  broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible
19  evidence to the extent it seeks information not related to any party's claims or defenses or any
20  relevant subject matter at issue. Google also objects to this Request for Admission as
21  unreasonably cumulative or duplicative to the extent that it seeks information that is more
22  conveniently or less expensively obtained from another source or that is publicly available.
23  Google objects to this Request for Admission to the extent it purports to include software created,
24  modified, and/or distributed by third parties and not Google.  Google further objects to this
25  Request for Admission to the extent that it seeks information not within Google's possession,
26  custody or control.  As described further in General Objection Number 15, Google further objects
27  to this Request for Admission as premature to the extent it seeks expert testimony.
28      Subject to and without waiving the foregoing objections and the General Objections, and

13
DEFENDANT GOOGLE INC.'S 1ST SUPP. RESPONSES AND OBJECTIONS TO PLAINTIFF
ORACLE AMERICA, INC.'S REQUESTS FOR ADMISSION
Case No.  CV 10-03561 WHA

998360

1  to the extent that this request is understood, Google denies this request.

3  **REQUEST FOR ADMISSION NO. 255:**

4  Admit that GOOGLE did not remove the SSO of the 37 JAVA API PACKAGES from any ANDROID VERSION that came before Gingerbread.

6  **RESPONSE TO REQUEST FOR ADMISSION NO. 255:**

7  In addition to its General Objections, Google objects to this Request for Admission as vague, ambiguous and overly broad as to the phrases "Google," "remove," "the SSO of the 37 Java API Packages," "any Android version that came before Gingerbread."  Google objects to this Request for Admission as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence to the extent it seeks information not related to any party's claims or defenses or any relevant subject matter at issue. Google also objects to this Request for Admission as unreasonably cumulative or duplicative to the extent that it seeks information that is more conveniently or less expensively obtained from another source or that is publicly available.  Google objects to this Request for Admission to the extent it purports to include software created, modified, and/or distributed by third parties and not Google.  Google further objects to this Request for Admission to the extent that it seeks information not within Google's possession, custody or control.  Google further objects to this Request for Admission as overbroad and compound, and therefore burdensome and harassing, in that it seeks a single response to what are in essence numerous and various separate queries.

Subject to and without waiving the foregoing objections and the General Objections, and to the extent that this request is understood, Google denies that any version of Android that came before Gingerbread contains the entire SSO of the 37 Java API Packages, but admits that Android versions that came before Gingerbread contained some, but not all, of the method headers that reflect the structure, sequence, and organization of the 37 Java API Packages, and that Google did not remove those method headers from Android versions that came before Gingerbread after those versions were released.

14
DEFENDANT GOOGLE INC.'S 1ST SUPP. RESPONSES AND OBJECTIONS TO PLAINTIFF
ORACLE AMERICA, INC.'S REQUESTS FOR ADMISSION
Case No.  CV 10-03561 WHA

998360

that it seeks information not within Google's possession, custody or control. As described further in General Objection Number 15, Google further objects to this Request for Admission as premature to the extent it seeks expert testimony.

Subject to and without waiving the foregoing objections and the General Objections, and to the extent that this request is understood, Google denies this request.

**REQUEST FOR ADMISSION NO. 264:**

Admit Chrome OS replicates the SSO of the 37 JAVA API PACKAGES.

**RESPONSE TO REQUEST FOR ADMISSION NO. 264:**

In addition to its General Objections, Google objects to this Request for Admission as vague, ambiguous and overly broad as to the phrases "Chrome OS," "replicates," "the SSO of the 37 Java API Packages." Google objects to this request because it is vague and unbounded as to time. Google objects to this Request for Admission as overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence to the extent it seeks information not related to any party's claims or defenses or any relevant subject matter at issue. Google also objects to this Request for Admission as unreasonably cumulative or duplicative to the extent that it seeks information that is more conveniently or less expensively obtained from another source or that is publicly available. Google objects to this Request for Admission to the extent it purports to include software created, modified, and/or distributed by third parties and not Google. Google further objects to this Request for Admission to the extent that it seeks information not within Google's possession, custody or control. As described further in General Objection Number 15, Google further objects to this Request for Admission as premature to the extent it seeks expert testimony.

Subject to and without waiving the foregoing objections and the General Objections, and to the extent that this request is understood, Google denies this request.

**REQUEST FOR ADMISSION NO. 265:**

Admit that ANDROID source code would not compile without DECLARING CODE

21
DEFENDANT GOOGLE INC.'S 1ST SUPP. RESPONSES AND OBJECTIONS TO PLAINTIFF
ORACLE AMERICA, INC.'S REQUESTS FOR ADMISSION
Case No. CV 10-03561 WHA

998360

1  Packages in Android before November 5, 2007.

3  **REQUEST FOR ADMISSION NO. 277:**

4  Admit that ANDROID source code was not available to the public until after
5  November 5, 2007.

6  **RESPONSE TO REQUEST FOR ADMISSION NO. 277:**

7  In addition to its General Objections, Google objects to this Request for Admission as
8  vague and ambiguous as to the phrases "Android," "source code," and "available to the public."
9  Google objects to this request to the extent it assumes facts not in evidence.  Google objects to
10 this Request for Admission as overly broad, unduly burdensome, and not reasonably calculated to
11 lead to the discovery of admissible evidence to the extent it seeks information not related to any
12 party's claims or defenses or any relevant subject matter at issue. Google also objects to this
13 Request for Admission as unreasonably cumulative or duplicative to the extent that it seeks
14 information that is more conveniently or less expensively obtained from another source or that is
15 publicly available.  Google objects to this Request for Admission to the extent it purports to
16 include software created, modified, and/or distributed by third parties and not Google.  Google
17 further objects to this Request for Admission to the extent that it seeks information not within
18 Google's possession, custody or control.

19  Subject to and without waiving the foregoing objections and the General Objections, and
20 to the extent that this request is understood, Google denies this request.

22 Dated:  October 15, 2015                                    KEKER & VAN NEST LLP

24                                                         By:   /s/  *Robert A. Van Nest*
                                                                ROBERT A. VAN NEST
25                                                              CHRISTA M. ANDERSON
                                                                DANIEL PURCELL
26
                                                                Attorneys for Defendant
27                                                              GOOGLE INC.

32
DEFENDANT GOOGLE INC.'S 1ST SUPP. RESPONSES AND OBJECTIONS TO PLAINTIFF
ORACLE AMERICA, INC.'S REQUESTS FOR ADMISSION
Case No.  CV 10-03561 WHA

998360

PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On October 15, 2015, I served the following document(s):

**DEFENDANT GOOGLE INC.'S FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF ORACLE AMERICA, INC.'S REQUESTS FOR ADMISSION**

**SET TWO (NOS. 245-277)**

☑   by **ELECTRONIC MAIL (PDF)**:  Based on an agreement of the parties to accept service by electronic mail, I caused a true and correct copy of the foregoing document(s) to be sent to the person(s) at the electronic notification address(es) listed below. The email was transmitted without error.

ORRICK, HERRINGTON & SUTCLIFFE LLP
Karen G. Johnson-Mckewan
Annette L. Hurst
Gabriel M. Ramsey
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700 / Fax: 415.773.5759

Peter A. Bicks
Lisa T. Simpson
51 West 52nd Street
New York, NY 10019
Tel: 212.506.5000 / Fax: 212.506.5151

kjohnson-mckewan@orrick.com
ahurst@orrick.com
gramsey@orrick.com
pbicks@orrick.com
lsimpson@orrick.com

David Boies                                         Attorneys for Plaintiff
Boies Schiller & Flexner LLP                        ORACLE AMERICA, INC.
333 Main Street                                     Oracle-Google@BSFLLP.com
Armonk, NY 10504
Tel: 914.749.8201 / Fax: 914.749.8300
dboies@bsfllp.com

Steven C. Holtzman

33
DEFENDANT GOOGLE INC.'S 1ST SUPP. RESPONSES AND OBJECTIONS TO PLAINTIFF
ORACLE AMERICA, INC.'S REQUESTS FOR ADMISSION
Case No.  CV 10-03561 WHA

998360

1  1999 Harrison St., Ste. 900
   Oakland, CA 94612
2  Tel: 510.874.1000 / Fax: 510.874.1460
   sholtzman@bsfllp.com
3
   ORACLE CORPORATION
4  Dorian Daley
   Deborah K. Miller
5  Matthew M. Sarboraria
   Ruchika Agrawal
6  500 Oracle Parkway,
   Redwood City, CA 94065
7  Tel: 650.506.5200 / Fax: 650.506.7117

8  dorian.daley@oracle.com
   deborah.miller@oracle.com
9  matthew.sarboraria@oracle.com
   ruchika.agrawal@oracle.com
10

11
   Executed on October 15, 2015, at San Francisco, California.
12
   I declare under penalty of perjury under the laws of the State of California that the above is true
13 and correct.

14

15                                              /s/ *Edward A. Bayley*
                                                Edward A. Bayley
16

17

18

19

20

21

22

23

24

25

26

27

28
                                              34
   DEFENDANT GOOGLE INC.'S 1ST SUPP. RESPONSES AND OBJECTIONS TO PLAINTIFF
             ORACLE AMERICA, INC.'S REQUESTS FOR ADMISSION
                          Case No.  CV 10-03561 WHA

998360