# EXHIBIT O

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:    (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>        v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No.  CV 10-03561 WHA<br><br>**DEFENDANT GOOGLE INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF ORACLE AMERICA, INC.'S REQUESTS FOR ADMISSION**<br><br>**SET THREE** |

DEFENDANT GOOGLE INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF
ORACLE AMERICA, INC.'S REQUESTS FOR ADMISSION, SET THREE
Case No.  CV 10-03561 WHA

1008263

1 scope of this case.

2

3 **REQUEST FOR ADMISSION NO. 281:**

4 Admit that GOOGLE intends to use some or all of ANDROID, including DECLARING
5 CODE and SSO from the 37 JAVA API PACKAGES, to create a platform that runs on desktops
6 and laptops.

7 **RESPONSE TO REQUEST FOR ADMISSION NO. 281:**

8 In addition to its General Objections, Google objects to this Request for Admission as
9 vague, ambiguous, overly broad, and not reasonably calculated to lead to the discovery of
10 admissible evidence as a result of its use of the defined phrases "Google," "intends to use," "some
11 or all of ANDROID, including DECLARING CODE and SSO from the 37 JAVA API
12 PACKAGES," and "platform that runs on desktops and laptops."  Google objects to this Request
13 for Admission as overly broad, unduly burdensome, and not proportional to the needs of the case
14 to the extent it seeks information not related to any party's claims or defenses or any relevant
15 subject matter at issue, and that go beyond the permissible scope of this retrial.  Google further
16 objects to this Request for Admission to the extent that it seeks information not within Google's
17 possession, custody or control.

18 Subject to and without waiving the foregoing objections and the General Objections, and
19 to the extent that this request is understood, Google denies this Request for Admission.

20

21 **REQUEST FOR ADMISSION NO. 282:**

22 Admit that in 2009, GOOGLE believed that if it was slow to develop software for
23 MOBILE DEVICES, GOOGLE would fail to capture a significant share of the increasingly
24 important mobile market for search services and such failure would adversely affect GOOGLE'S
25 business.

26 **RESPONSE TO REQUEST FOR ADMISSION NO. 282:**

27 In addition to its General Objections, Google objects to this Request for Admission as
28 vague, ambiguous, overly broad, and not reasonably calculated to lead to the discovery of

8
DEFENDANT GOOGLE INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF
ORACLE AMERICA, INC.'S REQUESTS FOR ADMISSION, SET THREE
Case No.  CV 10-03561 WHA

1008263

1  to the extent it seeks information not related to any party's claims or defenses or any relevant
2  subject matter at issue, and that go beyond the permissible scope of this retrial.  Google also
3  objects to this Request for Admission as unreasonably cumulative or duplicative to the extent that
4  it seeks information that is more conveniently or less expensively obtained from another source or
5  that is publicly available.  Google also objects to this Request as improperly compound.  Google
6  objects to this Request for Admission to the extent it purports to include software created,
7  modified, and/or distributed by third parties and not Google.  Google further objects to this
8  Request for Admission to the extent that it seeks information not within Google's possession,
9  custody or control.

10  Subject to and without waiving the foregoing objections and the General Objections, and
11  to the extent that this request is understood, Google denies this Request for Admission.

Dated:  December 4, 2015                         KEKER & VAN NEST LLP

                                                 By:   /s/ *Robert A. Van Nest*
                                                       ROBERT A. VAN NEST
                                                       CHRISTA M. ANDERSON
                                                       DANIEL PURCELL

                                                       Attorneys for Defendant
                                                       GOOGLE INC.

19
DEFENDANT GOOGLE INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF
ORACLE AMERICA, INC.'S REQUESTS FOR ADMISSION, SET THREE
Case No.  CV 10-03561 WHA

1008263