# EXHIBIT P

**PURSUANT TO PROTECTIVE ORDER, CONTAINS MATERIAL DESIGNATED
"HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"**

KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
CHRISTA M. ANDERSON - # 184325
canderson@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    (415) 391-5400
Facsimile:    (415) 397-7188

KING & SPALDING  LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Tel:    (212) 556-2100
Fax:    (212) 556-2222

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ORACLE AMERICA, INC., | Case No.  CV 10-03561 WHA |
|---|---|
| Plaintiffs, | **DEFENDANT GOOGLE INC.'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S INTERROGATORIES, SET 5 (NOS. 26 – 37)** |
| v. | |
| GOOGLE INC., | |
| Defendant. | |
| | Dept.    Courtroom 8, 19th Fl.<br>Judge:    Hon. William Alsup |

1

DEFENDANT GOOGLE INC.'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF'S INTERROGATORIES, SET 5 (NOS. 26 – 37)
Case No.  CV 10-03561 WHA

1010506

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**INTERROGATORY RESPONSES**

**INTERROGATORY NO. 26:**

For each VERSION of ANDROID developed or released by GOOGLE since October 27, 2010, identify all ANDROID code that contains or replicates code from the 37 JAVA API PACKAGES, including any DECLARING CODE or any other code contained in the JAVA PLATFORM.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 26:**

In addition to its General Objections, Google objects to this Interrogatory as vague, ambiguous and potentially overbroad and unduly burdensome as to the terms "code," "version," "Android," "developed or released by Google," "contains or replicates code from the 37 Java API Packages," "declaring code," and "any other code contained in the Java Platform." Google also objects to this Interrogatory as overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible information to the extent it requires Google to identify any "code" beyond the source code included in the 37 Java API Packages at issue in this litigation. Google also objects to this Interrogatory as overly broad, unduly burdensome, not relevant to any claim or defense in this lawsuit, and not reasonably calculated to lead to the discovery of admissible evidence to the extent that it seeks information related to operations of Google outside of the United States having no connection with the United States, and to the extent that it seeks information unrelated to the copyright infringement allegations set forth in Plaintiff's Amended and Supplemental Complaints. Google further objects to this Interrogatory as improperly compound and containing multiple distinct sub-parts. Google further objects to this Interrogatory to the extent it attempts to reopen discovery on issues, events, transactions, and/or occurrences that could have, and should have been addressed, if at all, prior to the original trial.

Subject to and without waiving the foregoing objections and the General Objections, Google states that it has produced or otherwise identified relevant, non-privileged documents or code repositories from which information responsive to this Interrogatory can be derived pursuant to Fed. R. Civ. P. 33(d). Google directs Oracle to the following public sources which contain non-privileged documents responsive to this Interrogatory: https://source.android.com/ and

5

DEFENDANT GOOGLE INC.'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF'S INTERROGATORIES, SET 5 (NOS. 26 – 37)
Case No. CV 10-03561 WHA

1010506

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

https://developer.android.com.  Google also directs Oracle to the hard drive containing a copy of the entire Android Open Source Project downloaded from source.android.com that Google provided to Oracle's counsel at its request on November 9, 2015.  The hard drive includes, without limitation, all versions of Android publicly released, such as Marshmallow 6.0, Lollipop 5.1, Lollipop 5.0, KitKat 4.4.-4.4.4, Jelly Bean 4.1-4.3, Ice Cream Sandwich 4.01-4.04, Honeycomb 3.0-3.2, Gingerbread 2.3-2.3.7, Honeycomb, Froyo 2.2., Eclair 2.0-2.1, Donut 1.6, and Cupcake 1.5.  In addition, Google states that source code responsive to this Interrogatory has been made available for inspection on a secured computer at the offices of Keker & Van Nest pursuant to the Protective Order in this action, including without limitation:

- Source code for ARC;
- Source code for ARC Welder;
- Source code for Brillo;
- GMS applications and documentation; and

[BEGIN GOOGLE *HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY* INFORMATION]

Source code for unreleased versions of Android incorporating OpenJDK

[END GOOGLE *HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY* INFORMATION]

Google reserves its right to rely upon, and hereby incorporates by reference, all facts set forth in the previous trial record in this matter, including all trial transcripts and trial exhibits, any deposition testimony and exhibits preceding the previous trial, and any briefing, or exhibits identified in briefing, preceding the previous trial.  Google further reserves the right to amend or supplement its response to this Interrogatory based on further information provided during fact and/or expert discovery in this matter, including but not limited to supplementation after completion of any depositions that occur after the close of discovery by court order and/or stipulation of the parties.

**INTERROGATORY NO. 27:**

For any software developed or released by GOOGLE since October 27, 2010, identify all code from such software that contains or replicates code from the 37 JAVA API PACKAGES,

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

1  including any DECLARING CODE or any other code contained in the JAVA PLATFORM.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 27:**

In addition to its General Objections, Google objects to this Interrogatory as vague, ambiguous and potentially overbroad and unduly burdensome as to the terms "code," "any software," "developed or released by Google," "contains or replicates code from the 37 Java API Packages," "declaring code," and "any other code contained in the Java Platform." Google also objects to this interrogatory as overly broad, unduly burdensome and not reasonably calculated to lead to the discovery of admissible information to the extent it requires Google to identify any "code" beyond the source code included in the 37 Java API Packages at issue in this litigation. Google also objects to this Interrogatory as overly broad, unduly burdensome, not relevant to any claim or defense in this lawsuit, and not reasonably calculated to lead to the discovery of admissible evidence to the extent that it seeks information related to operations of Google outside of the United States having no connection with the United States, and to the extent that it seeks information unrelated to the copyright infringement allegations set forth in Plaintiff's Amended and Supplemental Complaints. Google further objects to this Interrogatory as improperly compound and containing multiple distinct sub-parts. Google further objects to this Interrogatory to the extent it attempts to reopen discovery on issues, events, transactions, and/or occurrences that could have, and should have been addressed, if at all, prior to the original trial. Google objects to this Interrogatory to the extent it is duplicative of Interrogatory No. 26.

Google states that it has produced or otherwise identified relevant, non-privileged documents or code repositories from which information responsive to this Interrogatory can be derived pursuant to Fed. R. Civ. P. 33(d). Google further incorporates here by reference its Response to Interrogatory No. 26. Google reserves its right to rely upon, and hereby incorporates by reference, all facts set forth in the previous trial record in this matter, including all trial transcripts and trial exhibits, any deposition testimony and exhibits preceding the previous trial, and any briefing, or exhibits identified in briefing, preceding the previous trial. Google further reserves the right to amend or supplement its response to this Interrogatory based on further information provided during fact and/or expert discovery in this matter, including but not limited

7

DEFENDANT GOOGLE INC.'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF'S INTERROGATORIES, SET 5 (NOS. 26 – 37)
Case No.  CV 10-03561 WHA

1010506

to supplementation after completion of any depositions that occur after the close of discovery by court order and/or stipulation of the parties.

**INTERROGATORY NO. 28:**

For each VERSION of ANDROID developed or released by GOOGLE since October 27, 2010, identify all ANDROID code that contains or replicates the SSO of the 37 JAVA API PACKAGES.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 28:**

In addition to its General Objections, Google objects to this Interrogatory as vague, ambiguous and potentially overbroad and unduly burdensome as to the terms "code," "version," "Android," "developed or released by Google," and "contains or replicates the SSO of the 37 Java API Packages." Google also objects to this Interrogatory as overly broad, unduly burdensome, not relevant to any claim or defense in this lawsuit, and not reasonably calculated to lead to the discovery of admissible evidence to the extent that it seeks information related to operations of Google outside of the United States having no connection with the United States, and to the extent that it seeks information unrelated to the copyright infringement allegations set forth in Plaintiff's Amended and Supplemental Complaints. Google objects to this Interrogatory as improperly compound and containing multiple distinct sub-parts. Google further objects to this Interrogatory to the extent it attempts to reopen discovery on issues, events, transactions, and/or occurrences that could have, and should have been addressed, if at all, prior to the original trial. Google objects to this Interrogatory as duplicative of Interrogatory No. 26.

Google states that it has produced or otherwise identified relevant, non-privileged documents or code repositories from which information responsive to this Interrogatory can be derived pursuant to Fed. R. Civ. P. 33(d). Google further incorporates here by reference its Response to Interrogatory No. 26. Google reserves its right to rely upon, and hereby incorporates by reference, all facts set forth in the previous trial record in this matter, including all trial transcripts and trial exhibits, any deposition testimony and exhibits preceding the previous trial, and any briefing, or exhibits identified in briefing, preceding the previous trial. Google further

8

DEFENDANT GOOGLE INC.'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF'S INTERROGATORIES, SET 5 (NOS. 26 – 37)
Case No.  CV 10-03561 WHA

1010506

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

reserves the right to amend or supplement its response to this Interrogatory based on further information provided during fact and/or expert discovery in this matter, including but not limited to supplementation after completion of any depositions that occur after the close of discovery by court order and/or stipulation of the parties.

**INTERROGATORY NO. 29:**

For any software based on or derived from ANDROID since October 27, 2010, identify all code from such software that contains or replicates the SSO of the 37 JAVA API PACKAGES.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 29:**

In addition to its General Objections, Google objects to this Interrogatory as vague, ambiguous and potentially overbroad and unduly burdensome as to the terms "code," "any software based on or derived from Android," "Android," "all code from such software," and "contains or replicates the SSO of the 37 Java API Packages." Google further objects to this Interrogatory as overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible information and calling for speculation to the extent it seeks information regarding entities other than Google.  Google further objects to this Interrogatory as unduly burdensome to the extent it requests information, documents, and/or things not within the possession, custody, or control of Google.  Google also objects to this Interrogatory as overly broad, unduly burdensome, not relevant to any claim or defense in this lawsuit, and not reasonably calculated to lead to the discovery of admissible evidence to the extent that it seeks information related to operations of Google outside of the United States having no connection with the United States, and to the extent that it seeks information unrelated to the copyright infringement allegations set forth in Plaintiff's Amended and Supplemental Complaints.  Google further objects to this Interrogatory as unduly burdensome to the extent it requests information, documents, and/or things not within the possession, custody, or control of Google.  Google objects to this Interrogatory as improperly compound and containing multiple distinct sub-parts. Google further objects to this Interrogatory to the extent it attempts to reopen discovery on issues,

9
DEFENDANT GOOGLE INC.'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF'S INTERROGATORIES, SET 5 (NOS. 26 – 37)
Case No.  CV 10-03561 WHA

1010506

events, transactions, and/or occurrences that could have, and should have been addressed, if at all, prior to the original trial.  Google objects to this Interrogatory as duplicative of Interrogatory No. 27.

Google states that it has produced or otherwise identified relevant, non-privileged documents or code repositories from which information responsive to this Interrogatory can be derived pursuant to Fed. R. Civ. P. 33(d).  Google further incorporates here by reference its Response to Interrogatory No. 26.  Google reserves its right to rely upon, and hereby incorporates by reference, all facts set forth in the previous trial record in this matter, including all trial transcripts and trial exhibits, any deposition testimony and exhibits preceding the previous trial, and any briefing, or exhibits identified in briefing, preceding the previous trial.  Google further reserves the right to amend or supplement its response to this Interrogatory based on further information provided during fact and/or expert discovery in this matter, including but not limited to supplementation after completion of any depositions that occur after the close of discovery by court order and/or stipulation of the parties.

**INTERROGATORY NO. 30:**

Identify any evidence that supports GOOGLE'S laches or equitable estoppel defenses that was not admitted in evidence during the 2012 trial in this action or submitted or referenced by GOOGLE in connection with court filings discussing GOOGLE'S equitable defenses, including without limitation "Google's 4/5/2011 Copyright Liability Trial Brief," "Google, Inc.'s Proposed Findings of Fact and Conclusions of Law Regarding Issues of Fact and Law that Must Be Decided by the Court," "Google's Opposition to Oracle's Rule 50(a) Motion at the Close of Phase I Evidence," "Google's Memorandum Regarding Laches," the parties' "Supplemental Joint Statement Per ECF No. 1274," and any other submissions by GOOGLE discussing laches or equitable estoppel.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 30:**

In addition to its General Objections, Google objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege, the work product doctrine, and/or

10
DEFENDANT GOOGLE INC.'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF'S INTERROGATORIES, SET 5 (NOS. 26 – 37)
Case No.  CV 10-03561 WHA

1010506

Dated: December 16, 2015                    KEKER & VAN NEST LLP

                                            By:   /s/ *Robert A. Van Nest*
                                                  ROBERT A. VAN NEST
                                                  CHRISTA M. ANDERSON
                                                  DANIEL PURCELL

                                                  Attorneys for Defendant
                                                  GOOGLE INC.

1

DEFENDANT GOOGLE INC.'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF'S INTERROGATORIES, SET 5 (NOS. 26 – 37)
Case No. CV 10-03561 WHA

1010506

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On December 16, 2015, I served the following document(s):

**DEFENDANT GOOGLE INC.'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFF'S INTERROGATORIES, SET 5 (NOS. 26 – 37)**

☑ by **ELECTRONIC MAIL (PDF)**: Based on an agreement of the parties to accept service by electronic mail, I caused a true and correct copy of the foregoing document(s) to be sent to the person(s) at the electronic notification address(es) listed below. The email was transmitted without error.

ORRICK, HERRINGTON & SUTCLIFFE LLP
Karen G. Johnson-Mckewan
Annette L. Hurst
Gabriel M. Ramsey
405 Howard Street
San Francisco, CA 94105
Tel: 415.773.5700 / Fax: 415.773.5759

Peter A. Bicks
Lisa T. Simpson
51 West 52nd Street
New York, NY 10019
Tel: 212.506.5000 / Fax: 212.506.5151

kjohnson-mckewan@orrick.com
ahurst@orrick.com
gramsey@orrick.com
pbicks@orrick.com
lsimpson@orrick.com

| | |
|---|---|
| David Boies | Attorneys for Plaintiff |
| Boies Schiller & Flexner LLP | ORACLE AMERICA, INC. |
| 333 Main Street | Oracle-Google@BSFLLP.com |
| Armonk, NY 10504 | |
| Tel: 914.749.8201 / Fax: 914.749.8300 | |
| dboies@bsfllp.com | |

2
DEFENDANT GOOGLE INC.'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF'S INTERROGATORIES, SET 5 (NOS. 26 – 37)
Case No. CV 10-03561 WHA

1010506

1  
2  Steven C. Holtzman
3  1999 Harrison St., Ste. 900
   Oakland, CA 94612
4  Tel: 510.874.1000 / Fax: 510.874.1460
   sholtzman@bsfllp.com
5  

6  Executed on December 16, 2015, at San Francisco, California.

7  I declare under penalty of perjury under the laws of the State of California that the above is true
   and correct.
8  

9  

10                                              */s/ Reid P. Mullen*
                                                Reid P. Mullen
11  

12  

13  

14  

15  

16  

17  

18  

19  

20  

21  

22  

23  

24  

25  

26  

27  

28  

3

DEFENDANT GOOGLE INC.'S THIRD SUPPLEMENTAL RESPONSES AND OBJECTIONS TO
PLAINTIFF'S INTERROGATORIES, SET 5 (NOS. 26 – 37)
Case No.  CV 10-03561 WHA

1010506