# EXHIBIT Y

## (PART 1 OF 4)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

*CONFIDENTIAL B*

# Google – MediaTek Business Review

July 8, 2015

**Confidential for Google**

GOOG-00611180

# Agenda

- Business Overview
- Project Status
  - Nexus Tablet
  - Android TV 2K/4K TV
  - Android TV STB
  - Project Brillo
  - Chromebook
- Next Steps

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CONFIDENTIAL B

Confidential for Google

# Executive Summary

- We are doing a lot together !!
  - Android TV, Nexus tablet, Chromebook, Brillo
- MTK is very appreciative of Nexus tablet opportunity, thanks!
- MTK is investing in the partnership by placing system architects & local support engineers in MTV
- MTK expanding Android TV through reference design & OTT players
- Future Focus Areas:
  - Android TV OTT and IPTV STB
  - Project Brillo Starter Board Program
  - Early access to Weave for IoT end-points

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MEDIATEK

CONFIDENTIAL B

Confidential for Google

3

GOOG-00611182

# Business Overview

- MTK Shipment Targets in 2015

  – Total TV Shipment = ~40Mu
    - Android TV Total Shipment (Sony+Sharp+TPVision ) = ~4.5Mu
  – Tablet total shipment =~50Mu
  – OTT Boxes total shipment =~4Mu ; IPTV total shipment =~7Mu

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

MEDIATEK

CONFIDENTIAL B

Confidential for Google

MediaTek Confidential

4

GOOG-00611183