# EXHIBIT Y

## (PART 2 OF 4)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CONFIDENTIAL B

**Confidential for Google**



# Nexus Tablet

GOOG-00611185

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CONFIDENTIAL B

**Confidential for Google**



GOOG-00611187