# EXHIBIT Y

## (PART 3 OF 4)