# EXHIBIT Y

## (PART 4 OF 4)

Case 3:10-cv-03561-WHA Document 1996-5 Filed 07/06/16 Page 2 of 9

# Project Brillo

MEDIATEK CONFIDENTIAL B

Confidential for Google

MediaTek Confidential

19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-00611198

Case 3:10-cv-03561-WHA Document 1996-5 Filed 07/06/16 Page 3 of 9

# Project Brillo

- MediaTek is excited about Project Brillo and Weave as it has the potential to standardize the IoT SW landscape
  - Reviewing the early access agreements and discussing way-of-working and support load required
- Working to finalize the SoC for the Starter Board Program
  - Looking at a cost-competitive tablet platform as this can enable small form-factor platforms
  - Android 5.1 is already ported and available on this tablet chipset
  - Need to understand in more details the way of working for the Starter Board Program before making the final decision
- Our goal is to become an early access partner for Weave on Micro-Controllers running RTOS
  - MT7687 as the target platform for Weave
  - Need to get platform requirements for Weave – Code / Data size as the micro-controllers have limited on-chip memory

# Chromebook

MEDIATEK CONFIDENTIAL B
Confidential for Google
MediaTek Confidential
21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-00611200

# Chromebook Update

## Project Plan

**On track for July/E ref complete, pass 75% of automated test now.**
**➔Thanks for Google support.**

**Key Achievements:**
- IMG GPU supports Freon
- EAS RFC4 ported
- Type-C x2 under verification

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-00611201

Case 3:10-cv-03561-WHA Document 1996-5 Filed 07/06/16 Page 6 of 9

# Co-Work with Google to Define Next-Gen Chromebook SOC

**BOM optimization + Google Features**

Cam
LCD
Stereo Speaker
Headphone Jack
Audio Codec
Type C connector
I2S
eDP
USB 2
Charger
MUX
USB 3
DP
USB 3
DP
MUX
Type C connector
802.11 AC MIMO
PCIe
MT8177
ZRAM
DRAMC
DDR3
TPM
I2C
eMMC IF
eMMC
PMIC
SDIO
CM4
EC & hotwording
SPI
SPI NOR
MicroSD Card slot
Keyboard
D-MIC
Integrate ZRAM to save system memory
Low power CM4 for EC
Hotwording
MT7668

**Need Google support on feature integration 2016Q2**

MEDIATEK CONFIDENTIAL B **Confidential for Google** 2015/7/8 23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-00611202

Case 3:10-cv-03561-WHA Document 1996-5 Filed 07/06/16 Page 7 of 9

# Chromebook Marketing Plan

- MTK proposition:
  - $179~199 with Type-C & Hotwording
  - Better performance than BT
  - ~20% performance improvement vs. other 2014 ARM SoC
- Start to engage OEMs now(before we finishing Ref. design E/Jul)
  - Target for Q1/16 MP on the shelf
- Retailer : Education : Commercial = 35% : 55% : 10%
  - Target at retailer market firstly from NA ➔ expand to emerging market follow Google's plan
  - Need Google's help to engage the Education market

CONFIDENTIAL B

Confidential for Google

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case 3:10-cv-03561-WHA Document 1996-5 Filed 07/06/16 Page 8 of 9

Backup

MEDIATEK CONFIDENTIAL B
Confidential for Google
MediaTek Confidential
25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY GOOG-00611204

# Smart TV Product Roadmap

| | 2014 | | | | 2015 | | | | 2016 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 |

## Premium UHD

**MT5595 VP9**

ES: Nov/14,
MT5830
+ CA17x2+CA7x2@1.3G (5595 VP9)
+ CA17x2@1.3G, (5830 VP9)
+ VP9 4K@60p decoder
+ HDMI 2.0 / HDCP 2.2

**MT5596** — Planning

ES: July/15,
Quad-core 64/32b CPU
Mali T860 with GLES3.1 and AEP
HEVC/VP9 4K@60p 10bit Decoder
H.264 FHD@30p Encoder
Enhanced 4K PQ
Worldwide TV Demods
HDMI1.4/2.0 with HDCP2.2 x4
Improved Wake-on Packet support

**MT5593T/H/F**

ES: Aug/14,
CA17x2 @1.3GHz,
Mali 450 MP4
HEVC 4K@30p decoder
2K120Hz MEMC

## Mainstream FHD

**MT5581**

ES: Sep/14,
CA7x4
Mali 450MP2
HEVC 2K@60p Decoder

**MT5581P** — Planning

ES: Q3/15,
CA7x4
Mali 450MP2
HEVC/VP9 2K@60p Decoder
Worldwide Demods

MEDIATEK CONFIDENTIAL B

**Confidential for Google**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY