# EXHIBIT FF

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ORACLE AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 10-03561 WHA |
| | ) | |
| GOOGLE INC., | ) | *(Jury)* |
| | ) | |
| Defendant. | ) | |

**REPLY EXPERT REPORT OF PROFESSOR DOUGLAS C. SCHMIDT, Ph.D.**

**February 29, 2016**

**HIGHLY CONFIDENTIAL**

# Table of Contents

I.   Assignment ................................................................................................... 4

II.  Qualifications ................................................................................................ 4

III. Materials Relied Upon ................................................................................... 4

IV.  Summary of Opinions.................................................................................... 5

V.   The Astrachan and Leonard Reports Fail to Properly Measure, Assess, and Interpret the True Balance of Android's Original and Non-Original Content........................................... 7

    A. Methodology................................................................................................ 7
    B. Results ........................................................................................................ 8
    C. Specific Example Called out by Dr. Astrachan............................................11

VI.  The Leonard Report Overlooks Key Benefits of the Java Platform....................13

    A. The Java Platform Includes Key Attributes.................................................13
    B. Creation of Google's Own Arrangement of Classes and Methods Would Have Involved Time, Effort, and Technical Risk .............................................15
    C. Use of Other Existing Platforms Would Have Involved Time, Effort and Technical Risk .19

VII. The Android Platform is Incompatible Based on the Java Compatibility Kit for JAVA SE 1.4 and JAVA SE 5.0...................................................................21

VIII.   Other Issues ...........................................................................................27

    A. Dr. Leonard Overstates the Capabilities and Efficacy of Native Code Tools, such as the Native Development Kit ("NDK")................................................27
    B. Dr. Leonard Overstates the Cross-Platform Support Enabled by Tools, such as RenderScript.........................................................................................29
    C. Dr. Astrachan Continues to Overstate the Connection Between the Java Programming Language and the 37 Java Packages.................................................30
    D. Dr. Astrachan Mischaracterizes Certain Elements of the Android Compiler and Runtime Environment ....................................................................31

    E.  Dr. Astrachan Overstates his Claim that Android will not build when the declaring code for a single method in one of the 117 Android API packages is removed .....................32

    F.  Dr. Astrachan Continues to Overlook the Portability Enabled by the Java Platform .......33

IX.  Attestations.................................................................................................34

Appendix A: List of Materials Considered ...............................................................35

Appendix B: List of Alphabet and Google Subsidiaries............................................38

Appendix C: Script Code for Copyright and SlocCount Shell Scripts ........................44

Appendix D: Comparison of "RuleBasedCollator" Class File Published by IBM as a Part of ICU 2.2 (as cited by Dr. Astrachan) to the Class File of the Same Name in Java SE 5 ..................47

Appendix E: Additional JCK Test Results...............................................................128

Appendix F: Analysis of Dr. Leonard's List of Apps ...............................................130

Appendix G: Examples of Declarations in Java SE 5.0.............................................141

Appendix H: Dr. Reinhold's List of declarations in Classes Listed in TX1062 Which Are Subject to A Technical Constraint Imposed By The JAVA Language Specification ...........................143

Appendix I: Visualization of Java SE 5.0 With Copied Nodes and Paths in Red, removing the relationships described in the JLS................................................................147

Appendix J: Build Test Log from Building Android Without the WIFIMANAGER.PINGSUPPLICANT() Method from the ANDROID.NET.WIFI Package .......150

## I.   ASSIGNMENT

1.   I have been asked to review and comment on several specific issues discussed in the Rebuttal Expert Report of Dr. Owen Astrachan ("Astrachan Rebuttal Report") and the Expert Report of Dr. Gregory K. Leonard ("Leonard Report").

2.   In particular, I have been asked to provide additional discussion of the authorship of Android source code, attributes of the Java platform, and Android's incompatibility with the Java platform. These issues were discussed at various points in the Astrachan Rebuttal Report and the Leonard Report, and were either described using incomplete scenarios or subjected to erroneous claims that merit clarification.

3.   I am being compensated for my work on this case at a rate of $550 per hour. My compensation is not contingent upon my testimony or on the result of this proceeding.

4.   As described in my Opening Report filed on Jan 8, 2016 and my Rebuttal Report filed on Feb 8, 2016, my work is ongoing, and I reserve the right to modify or supplement my conclusions as additional information becomes available to me, or as I perform further analysis.[1]

## II.   QUALIFICATIONS

5.   My credentials are detailed in §II of my Opening Report, filed on January 8, 2016. (Schmidt Opening Report, ¶5-18). My full qualifications and complete CV are also presented in Appendix A of my Opening Report.

## III.   MATERIALS RELIED UPON

6.   In drafting this report, I have relied upon a number of different public sources, official declarations and expert reports from the present matter, original empirical analyses, and my own

---

[1]   I would like to correct the following typographical errors in my Rebuttal Report: 1) Table 6 3rd row, replace "SList" under Java Collections with "(LinkedList)"; 2) ¶171 Sentence 3 and 4 should read: "He identifies printf() as being in both C and Java-and by doing so willfully ignores the ubiquitous System.out.println() method, which is the most recognizable Java variant of the C printf() function.[129]"; 3) Table 10, delete rows 1 and 2 that start with the words "Writes a formatted String to standard output" and "Reads a single character from standard input" respectively; 4) ¶196 Sentence 1 and 2 should read: "As discussed already, there are numerous examples within the context of the Java platform where developers might learn to use different APIs by learning the declaring code and SSO, but which provide the same or similar functionality. See Section §VII-E, above."; 5) ¶133, Replace Figure 34 reference with Figure 35; 6) ¶290, Replace Figure 36 reference with Table 12.

background, experience and knowledge of certain topics and events relevant to the issues at hand in this case.

7.      I have also relied upon my own experience and background as a professor, researcher, software developer, published author, and lifelong student of computer science topics. In particular, I have drawn on my specific knowledge concerning programming in Java and Android environments, as I have taught courses on both platforms to tens of thousands of people during the past decade.

8.      A list of the specific materials that I have relied upon and considered in preparing and drafting this report is available in Appendix A.

## IV.      SUMMARY OF OPINIONS

9.      The Astrachan and Leonard Reports fail to properly measure and assess the true balance of Android's original and non-original content.  More detailed and accurate counting of code lines illustrates that the amount of Android code directly attributable to Google amounts to be a far less substantial portion of Android than claimed by Drs. Astrachan and Leonard.

10.      In his Report, Dr. Leonard ignores the distinct advantages that the Java platform afforded Google—a fact confirmed by Google itself.  While Dr. Leonard attempts to minimize the benefits of the Java platform by listing potential substitutes that Google allegedly could have adopted, he fails to address aspects of those alleged alternatives that would make them less suitable for Google's needs than the Java platform.

11.      The Android platform is incompatible with Java based on the Java Compatibility Kit ("JCK") for Java SE 1.4 and Java SE 5.0.  While Dr. Astrachan attempts to dispute the relevance of the more recent JCK signature tests, analysis using the older JCK signature tests also confirms that Android is incompatible with Java SE.

12.      Dr. Leonard overstates the capabilities and efficacy of using native code tools (such as the NDK) and the general prevalence of native code-driven content in the Android ecosystem.  A more thorough examination of Dr. Leonard's examples shows that his exemplars of native code-driven creativity are, in fact, non-representative.  In addition to being disproportionately sampled

from gaming applications relative to the most popular apps in Google Play, they also contain significant amounts of Java code.

13.    Dr. Leonard and Dr. Astrachan continue to erroneously claim that the copied 37 Java API Packages are part of the Java programming language.  Even assuming that parts of the 37 Java API Packages mentioned in the Java Language Specification are part of the Java programming language (which I disagree with), very little of the code or SSO that Google copied in the 37 Java API Packages are mentioned or described in the Java Language Specification.

14.    Dr. Leonard overstates the cross-platform support enabled by tools, such as RenderScript. He fails to mention that RenderScript is being deprecated for use as a graphics engine in Android and is used much less frequently than Java in the Android platform software stack. Moreover, it does not appear that RenderScript is covered in the "Nanodegree" courses that Google co-created with Udacity on Android app programming.

15.    In his Rebuttal Report, Dr. Astrachan mischaracterizes certain elements of the Android compiler and runtime environment. Specifically, his characterizations that the dex compiler is not a compiler and that ART is not a virtual machine because it does not do runtime interpretation of bytecode are not accurate. In this report, I show that the "dx tool" source code specifically references compilation activity. Moreover, ART contains functionality that *does* perform runtime interpretation of bytecode, which resides in the art/runtime/interpreter folder in Android releases K, L, M, and the Master branch.

16.    In his rebuttal Report Dr. Astrachan overstates his claim that "Android fails to build when any one of the method declarations in the 117 Android API packages has been removed."  Using build tests and using Dr. Astrachan's methodology of removing the same one method declaration at a time, I confirm that removing the same method declaration in the same class (WifiManager) that Dr. Astrachan claims to cause a build failure, actually successfully builds. This result refutes his claim that Android fails to build if any one of the method declarations in the 117 Android API packages has been removed.

17.    Dr. Astrachan continues to overlook the portability enabled by the Java platform.  He furthermore casts problems common to all platforms as unique to the Java platform, while neglecting to mention the tools that Sun and Oracle provide that allow developers to minimize

the portability problems he alleges.  Similar to Dr. Leonard, Dr. Astrachan's selective examples are not representative of developer experiences with the Java platform over the past two decades.

## V.   THE ASTRACHAN AND LEONARD REPORTS FAIL TO PROPERLY MEASURE, ASSESS, AND INTERPRET THE TRUE BALANCE OF ANDROID'S ORIGINAL AND NON-ORIGINAL CONTENT

18.    I understand that Dr. Leonard uses the number of lines in Android—as counted by Dr. Astrachan—to reach opinions relating to damages in this case.[2]  However, neither Drs. Astrachan nor Leonard acknowledge that the majority of code in the Android platform is either attributable to third parties, not properly assigned, or consists of blank lines and comments from Google (or Google-owned) authors.  In his rebuttal report (and as discussed below), Dr. Astrachan examines the copyright notice of a source code file to reach opinions relating to the authorship of that source code.  Following Dr. Astrachan's lead on examining copyright notices, an analysis of the Android codebase confirms that Google's own contributions represent a minority of the non-kernel portions of the Android software stack.

### A.    Methodology

19.    To evaluate the relative contributions of Google to the non-kernel portion of the Android stack, I first determined which authors should be considered "Google" authors for purposes of the analysis.  I generated a list which includes Google and all of its subsidiaries.[3]  This list, available in Appendix B, was designed to be as broad as possible, to give Google the maximum benefit of potential authorship.

20.    Once this list was generated, the second step was to screen all the source folders in the Android stack for reference to Google or any of its 250+ potential subsidiaries listed in Appendix B.  Any copyright notice that contained any of these "match" names was considered attributable to Google. Files with copyright notices containing "Android" or "Google" were also attributed to Google/Android.  Finally, to remain conservative, files with multiple copyright notices (e.g., with

---

[2]    Leonard Report, ¶200.
[3]    Subsidiary and target names were identified through M&A/Private Placement analysis in CapitalIQ. Additional subsidiaries and targets were identified through a Data Science Central exploration (http://www.datasciencecentral.com/profiles/blogs/a-to-z-list-of-google-acquisitions-and-where-they-ended-up-within) that specifically examined the acquisition and integration of all of Google targets.  The two lists were then combined to ensure maximum possibilities for cross-referencing.  It is likely that many of the 250+ names are engaged in business unrelated to code creation.

IBM or Sun or Oracle) that also included Google or Android, were also assigned wholly to Google/Android.

21.     The non-kernel portion of the Android software stack includes folders that largely only contain third party (i.e., not Google) code.  As a third step, I examined any "match" that occurred in such folders to determine whether the positive match name was, in fact, a copyright attribution, or simply a variable referenced in source code for another purpose.  Positive matches that were copyright attributions to Google or any of its subsidiaries were included in the total count of Google/subsidiary attributions.

22.     A fourth step involved examination of files that contained no copyright attribution to see if further authorship could be assigned based on their folder location.  Although I ultimately did not assign copyright attributions for these files based on this approach, this exercise helps provide directional guidance on possible authorship.

### B.     Results

23.     A summary of the resulting line counts and attributions in Android Donut is listed below in Table 1.  This table includes raw numerical and percentage figures for both all-inclusive line counts, as well as source lines of code ("SLOC").[4]

### Table 1: Line Count and Attribution for Android API Level 4 ("Donut")

|  | Files | Lines | SLOC | Lines / total lines | SLOC / total SLOC | Blank Lines & Comments / total lines | SLOC / total lines |
|---|---|---|---|---|---|---|---|
| Google & Subsidiary Copyright | 8,908 | 2,296,438 | 1,436,160 | 23.1% | 23.7% | 8.7% | 14.5% |
| 3rd Party Copyright | 19,367 | 6,331,958 | 3,820,308 | 63.8% | 63.1% | 25.3% | 38.5% |
| Unspecified Copyright | 6,415 | 1,296,870 | 800,332 | 13.1% | 13.2% | 5.0% | 8.1% |
| Total C, C++, Java, Header files | 34,690 | 9,925,266 | 6,056,800 | 100.0% | 100.0% | 39.0% | 61.0% |

---

[4]     In simplistic terms, source lines of code ("SLOC") refers to "non-blank, non-comment lines."  A more formal definition can be found at http://www.dwheeler.com/sloccount/sloccount.html.  Scripts used for this analysis are provided in Appendix C.  Only lines of code in .h, .c, .cpp and java files are included for this analysis.

24.     Several patterns emerge from this result.  First, the majority of Android's codebase is attributable to third parties, and includes the copyrighted Oracle API code in question.  Moreover, indeterminate authorship, blank lines, and comments (in Google files) account for more of the Android code base than actual original Google content.  Ultimately, Google's code content in Android Donut only accounts for approximately 23% of the total lines of code, and 14% of code in Android Donut consists of Google original source code after excluding blank lines and comments.  A visualization of attributable code copyright is provided in Figure 1, below.

**Figure 1: Attributable Authorship in Android Donut Code**



25.     Finally, even though ~13% of the overall source lines in Android Donut cannot be assigned to a specific copyright holder, additional evidence suggests that it is unlikely that this code is attributable to Google.  First, I would expect—and have seen—that Google choses to affix its copyright notice to code for which it is the author.  The fact that code does not have any copyright notice indicates to me that it was likely not authored by Google.  In addition, the location of these files in the Android source code suggests it is unlikely that this code is attributable to Google. As an example, I found a large number of indeterminate files were in the External folder, which typically contains third party content.[5]

---

[5]     I found that more than 3,500 files out of the 6,415 files with unspecified copyrights were located in the External folder. To confirm my understanding that the External folder typically contained third party content, I compared the number of Google assigned files in this folder to the third party assigned files, and found 9 times more third party files.  Finally, if one were to assume that all indeterminate code that is not found in the External folder is, in fact, attributable to Google, that still only results in 17% of code in Android Donut consisting of Google original source code after excluding blank lines and comments.

26.     I conducted this same analysis on the Android Gingerbread code base.  A summary of the resulting line counts and attributions in Android Gingerbread is listed below in Table 2.

**Table 2: Line Count and Attribution for Android API Level 9 ("Gingerbread")**

|  | Files | Lines | SLOC | Lines / total lines | SLOC / total SLOC | Blanks Lines & Comments / total lines | SLOC / total lines |
|---|---|---|---|---|---|---|---|
| **Google & Subsidiary Copyright** | 17,542 | 3,872,045 | 2,447,294 | 26.5% | 26.5% | 9.8% | 16.8% |
| **3rd Party Copyright** | 27,354 | 8,705,989 | 5,492,219 | 59.7% | 59.5% | 22.0% | 37.7% |
| **Unspecified Copyright** | 8,941 | 2,008,766 | 1,298,790 | 13.8% | 14.1% | 4.9% | 8.9% |
| **Total in C, C++, Java, Header files** | 53,837 | 14,586,800 | 9,238,303 | 100% | 100% | 36.7% | 63.3% |

27.     Examining the results from Android Gingerbread, the same patterns become clear as with the Android Donut results.  First, the majority of Android's codebase is attributable to third parties, and includes the copyrighted Oracle API code in question.  Moreover, indeterminate authorship, blank lines, and comments account for more of the Android code base than original Google content.   Ultimately, Google's code content in Android Gingerbread only accounts for approximately 27% of the total lines of code, and ~17% of Android Gingerbread consists of Google original source code after excluding blank lines and comments.  A visualization of attributable code copyright is provided in Figure 2 below.

**Figure 2: Attributable Authorship in Android Gingerbread Code**



28.     Finally, similar to Android Donut, even though ~14% of the overall source lines in Android Gingerbread cannot be assigned to a specific copyright notice, evidence that most of this code is located in the "External" folders suggests that it is unlikely that this code is attributable to Google. First, as mentioned above, I would expect—and have seen—that Google choses to affix its copyright notice to code for which it is the author.  In addition, the location of these files in the Android source code suggests that it is unlikely that these code could belong to Google. As an example, I found a large number of indeterminate files were in the External folder, which typically contains third party content.[6]

### C.     Specific Example Called out by Dr. Astrachan

29.     Dr. Astrachan's report points to the "getCollationElementIterator" method in the "RuleBasedCollator" class as an example of unoriginal code for which Sun or Oracle allegedly do not hold the copyright. (Astrachan Rebuttal Report, ¶116).  I disagree with his conclusion.[7]

---

[6]    Of the files with indeterminate copyright I found that 5,744 files out of the 8,941 files were located in the External folder.  To reaffirm my understanding that the External folder typically contained third party content, I compared the number of Google assigned files in this folder to the third party assigned files, and found 5 times more third party files.  Finally even if one were to assume that all unassigned code that is not found in the External folder is, in fact, attributable to Google, that still only results in ~19% of code in Android Gingerbread consisting of Google original source code after excluding blank lines and comments.
[7]    In Appendix G, I provide more examples of the method declarations that describe the same things I said about "getCollationElementIterator" in my Opening Report.

30.     First, it is my understanding from counsel that the Court has determined all code in the copied 37 API packages is properly copyrighted and owned by Oracle.  Additionally, Dr. Astrachan fails to discuss or show the Oracle copyright notice clearly included at the top of the "RuleBasedCollator" class file in Java SE 5.0.   Figure 3 below shows the full copyright of the "RuleBasedCollator" class file.

**Figure 3: Copyright Notice in the RuleBasedCollator Source File in Java SE 5.0**



Dr. Astrachan's opinions on this topic, like his discussion of class and method names in his Opening Report and Rebuttal Report, consists of isolated, non-representative examples generalized in a manner designed to project an oversimplified and, in this case, outright misleading rendition of Oracle's ownership of copyrights for the Java platform.

31.     I also compared the "RuleBasedCollator" class file cited by Dr. Astrachan published by IBM as a part of ICU 2.2 (Astrachan Rebuttal Report, ¶119)[8] to the class file of the same name in Java SE 5.0 and found significant differences between the declaring code in Sun's and IBM's files.[9]   For example, IBM defines RuleBasedCollator as a final class, which means that it cannot be extended

---

8     Dr. Astrachan provides the following link which I used for my comparison with Java SE 5.0: http://source.icu-project.org/repos/icu/icu4j/tags/release-2-2/src/com/ibm/icu/text/RuleBasedCollator.java.
9     I have provided a full comparison of two class files in Appendix D.

by any other classes.  In contrast, Sun defines RuleBasedCollator as a non-final class, which means that it can be extended by other classes.[10]  This and other differences shown in the diff output found in Appendix D suggest to me that Oracle contributed to the creation of the RuleBasedCollator class in Java SE 5.0.  In any event, however, I understand it is undisputed that Oracle owns the copyright to that class and the other classes in the java.text package.

## VI.    THE LEONARD REPORT OVERLOOKS KEY BENEFITS OF THE JAVA PLATFORM

32.    Dr. Leonard argues that "[a]ny advantage Java offered over . . . other languages was small and also accompanied by disadvantages." (Leonard Report ¶100).  In support, he cites Google's purported options for, and actual use of, other languages in the Android platform.  He also lists other programming languages used across various mobile platforms, such as C#, C++, Javascript, Swift and Objective-C. (Leonard Report, ¶100, 103).  While Dr. Leonard accurately points out the diversity of choices Google had in lieu of copying, he overlooks key advantages of the Java platform.  An internal Google communication between Tim Lindholm and Andy Rubin explains that Google considered, and rejected, all alternatives:

> "What we've actually been asked to do (by Larry and Sergei [sic])
> is to investigate what technical alternatives exist to Java for
> Android and Chrome. We've been over a bunch of these, and
> think they all suck."[11]

### A.    The Java Platform Includes Key Attributes

33.     The Java platform—including the Java API packages that serve as a rich and creative set of pre-defined software programs—is developer friendly.  Among the many attractive features of the Java platform are the management of a virtual machine, which supports key attributes that enhance programmer productivity, as well as increased app security and robustness.  For example, the Java platform supports garbage collection, bounds checking, and static type-checking. Garbage collection is a memory management mechanism that automatically reclaims and recycles objects not currently in use by an application.  The garbage collector on the Java platform makes it easier to write applications by alleviating many tedious aspects of freeing

---

[10]    *See* https://books.google.com/books?id=W6SpffnfEPoC&pg=PA289&lpg=PA289&dq=%27extends +RuleBasedCollator%27&source=bl&ots=DRSqkSGUrE&sig=9Nm9Y5qv98llfvOUpgxzc3nHPVI&hl=en&sa =X&ved=0ahUKEwi- 842X3ZPLAhUI2SYKHUahDCc4ChDoAQgbMAA#v=onepage&q='extends%20RuleBasedCollator'&f=false for an example of how the SpanishCollation class extends RuleBasedCollator.
[11]    TX10.

previously-allocated memory in languages like C and C++, which lack garbage collection. Bounds checking is a mechanism the Java platform uses to detect whether a variable used as an index in a Java collection (such as an ArrayList, Vector, or String that are part of the copied 37 Java API packages) is within the bounds of the collection, which is akin to overdraft protection that ensures a person does not bounce a check that's written for an amount larger than their current checking account balance. A failed bounds check triggers the generation of an exception (such as the IndexOutOfBoundsException that is also part of the copied 37 Java API packages), which can be handled properly by an application. Static type-checking provides a mechanism the Java platform provides to ensure the type safety of Java applications by catching many defects earlier in the software lifecycle, when they are easier and cheaper to fix. Collectively, these and other attributes of the Java platform make it easier for developers to write robust apps compared with using platforms that lack these attributes.

34.     Due to key attributes of the Java platform like those described above—combined with the Sun and Oracle's focus on "Write Once, Run Anywhere" compatibility and the expressiveness of the Java API packages—the Java platform has been one of the most popular and widely used development and runtime environments for the past two decades.  As a result, many app developers are familiar with the Java API packages.  The Java platform is also one of the most commonly taught environments in schools and universities around the world.  Moreover, many tools are available for writing, refactoring, debugging, optimizing, and deploying apps developed for the Java platform.

35.     Figure 4 summarizes some of the unique aspects of the Java platform that made it the only platform with three critical attributes during the mid-2000s time frame: key client app-friendly development attributes, popularity with developers, and published specifications for the Java platform (including the copied 37 Java API packages) intended to ensure compatibility. Below I compare alternative platform approaches that Google had during this time frame against the benefits of the Java platform summarized in this figure.[12]

---

[12]   Empirical popularity data was sourced from the TIOBE Programming Community Index, which tracks the comparative popularity of different languages and platforms on a continuing basis.  The chart in Figure 4 reflects the intersection of three factors: platform popularity, whether or not a given platform is client app developer friendly (i.e. largely intended for and applied to development of client-side apps with features like large set of utility core libraries, simplified/automated memory management, large set of extensions/libraries, and active community support), and whether or not a given platform is available

**Figure 4: Popularity, App-Friendliness, and Openness of Leading Programming Language Options around 2006**



### B.   Creation of Google's Own Arrangement of Classes and Methods Would Have Involved Time, Effort, and Technical Risk

36.   An individual API package is expressive through its declaring code and the constituent structure, sequence, and organization ("SSO") of its classes and methods—but a different API package with similar functionality could be created with classes and methods stemming from different declaring code and different SSO configurations.   The challenge and complexity of developing creative API packages can be seen in a number of projects arising in the context of the Java platform ecosystem dating back to the mid-1990s.

---

through some variety of open source access.  With respect to popularity, average TIOBE scores for the year 2006 was used, and the corresponding popularity of a given language or platform is reflected in the proportional size of its bubble visualization.  The graphic bubble for Java, which had a TIOBE ranking score of 21 in 2006, was accordingly 7 times the area of the graphic bubble for Python, which had a TIOBE ranking score of 3 during the same timeframe.  With respect to app developer friendliness of a platform, platforms are placed in one of the two Northern quadrants of the chart, whereas non-client app developer friendly platforms are placed in either of the two Southern quadrants.  Lastly, with respect to open access, platforms with some form of open access are placed in one of the two quadrants east of the vertical axis, while closed platforms are placed west of the vertical axis.  Within an individual quadrant, position is not relevant—graphic bubbles are placed based on maximizing visual clarity for the reader. TIOBE ranking data is available at http://www.tiobe.com/tiobe_index (last accessed Feb. 29, 2016).

37.     For example, Java ACE is object-oriented concurrent network programming middleware developed under my guidance starting in 1996 together with my students at Washington University, St. Louis.  Java ACE was an academic, non-commercial open-source research project that investigated the application of various design patterns in the context of the Java platform, including JDK 1.0, 1.1, and 1.2. It provided classes for building concurrent and networked software, including classes for event handler dispatching, dynamic (re)configuration of networked services, and support for concurrent execution and synchronization.  Java ACE also implements several key design patterns for concurrent network programming, such as Acceptor-Connector and Active Object, which made it easier to develop concurrent and networked software using Java ACE compared to programming directly with the Java features and class libraries that were available at that time.  Work on Java ACE preceded the integration of the java.util.concurrent package into JDK 5 by almost a decade.[13]  As I describe in my Opening Report, from June 1996 to August 1999, my team of students and I devoted significant effort and creativity developing the Java ACE toolkit, which contained roughly 20,000 lines of Java code and about a dozen packages.

38.     ObjectSpace is another example of the effort and complexity involved in creating the types of expressions in the Java API packages.  In 1997, ObjectSpace, Inc. released its Java Generic Library ("JGL").  Whereas Sun's Java Collections Framework released with JDK 1.2 in 1998 were arranged into packages of classes and methods, the JGL is organized based on "containers" of data structures, using design patterns guided by the C++ Standard Template Library ("STL"). JGL is more than simply one different arrangement of Java code—it is a gateway to vast diversity of Java utilization.  An article from the time period explains:

> The combinations are almost endless. You may think they are far from infinite because the roughly 20 types of Containers, multiplied by roughly 40 algorithms, produces some 800 different combinations. In fact, this number ends up looking very small when you factor in the extra dimension of function objects that can customize most of the algorithms.[14]

---

[13]   JDK 5.0 incorporated concurrency utilities in November, 2004.
http://www.ibm.com/developerworks/java/tutorials/j-concur/j-concur.html.
[14]   http://www.javaworld.com/article/2076958/java-app-dev/need-a-good-set-of-abstract-data-structures--objectspace-s-jgl-packs-a-punch-.html.

39.     Java ACE and JGL both required significant expenditures of time and effort to develop as nascent frameworks.  Java, however, has evolved far beyond a rudimentary syntactic framework into a large and intricate cascading array of thoughtfully designed API packages.  The declaring code and organization of the API packages developed by Sun—as well as the complex interactive relationships between these packages—were created over time in a deliberate manner designed to maximize their appeal, usability, and efficiency.  In contrast, had Google hastily created lines of declaring code and organization it would likely not have been optimal, from a developer standpoint, as that material would not, in general, have had the time to mature and stabilize given the tight schedule Google had imposed for releasing Android.  Also, had Google created its own declaring code and SSO of the copied API packages it would have incurred significant time, effort, and risk as it sought to enter the competitive and fast-paced mobile device marketplace.  As explained by Andy Rubin, Google's pursuit of quick market entry needed to go to "extraordinary lengths."[15]  He explains:

> [Y]ou have a window of opportunity in smartphones . . . . You have to ship as soon as feasibly possible.  I mean, you go to extraordinary lengths to ship sooner, because it's a very dynamic market.  And it could shift directions at any time . . . . So my job . . . was to just do everything that I possibly could to get my solution to the market in the shortest time possible.[16]

40.     The quote from Andy Rubin above indicates that the creation of a wholly new platform by Google would probably not have been an acceptable alternative because there was insufficient time to build a platform with portability and compatibility that the Java platform had attained by the mid-2000s.  In general, developing a new platform instead of using the Java API Packages would have involved substantial time, effort, and technical risk.  For this reason as well, building a new platform in the space of a couple years was unlikely to be an acceptable alternative.  As discussed below, other examples illustrate that such a short timeframe offers too narrow a window for technically proficient development, even in the most skilled settings.

41.     For example, since 2010, Apple has been developing Swift, an open-source language platform intended to serve as an efficient, developer-friendly, compatible alternative to C, C++,

---

[15]   Personal Capacity Deposition of Andrew E. Rubin, July 27, 2011, p. 180.
[16]   *Ibid*.

and Objective-C.[17]  Swift 1.0 was released in late 2014, and was eventually made open source in late 2015.[18]  The next version, Swift 3.0, is planned for release in late 2016.  However, after more than 6 years of development, the Swift platform is yet to stabilize or offer binary compatibility.[19]  In addition to these shortcomings, full source compatibility, language support for concurrency, and C++ interoperability are considered "out of scope" in the immediate future.[20]

42.     Even Google has developed several of its own programing languages, including Go and Dart. Go has the stated goal of combining "the ease of programming of an interpreted, dynamically typed language with the efficiency and safety of a statically typed, compiled language"[21] and is designed to provide concurrency and garbage collection in distributed network contexts.[22]  Dart is used for building web, server, mobile applications, and Internet of Things ("IoT") devices.  Go's development began in 2007 and its development became publicly sourced starting in 2009.  Likewise, Dart's development began in 2011, and it first appeared publically near the end of 2013.  Go and Dart, like Swift, have been subject to long development time frames, e.g., Go 1.0 was finally released in 2012.[23] Despite the infrastructure and obvious incentive to have control over the language base of its products, Go and Dart have yet to achieve viable status as an obvious choice for app development—along with some important shortcomings, they lack the necessary penetration of the developer community to justify adoption as an operating platform of choice for mobile apps.[24]  Moreover, Google recently announced that the Dart virtual machine would not be integrated into its Chrome browser.[25]

---

[17]   http://nondot.org/sabre/; https://swift.org/about/#platform-support.
[18]   http://thenextweb.com/apple/2014/06/02/apple-announces-swift-new-programming-language-ios/; https://swift.org/about/#swiftorg-and-open-source.
[19]   https://github.com/apple/swift-evolution.
[20]   https://github.com/apple/swift-evolution; http://www.quantica-technology.com/developers-adoption-of-new-apple-language-is-not-swift/.  *See also* TIOBE page, http://www.tiobe.com/news/10/java-language-of-year-2015: "Apple's announcement to replace Objective-C by Swift some time ago was the main cause of this fall. It was expected that Swift would gain as much popularity as Objective-C left behind, but that doesn't appear to be the case. This is also observed in practice: TIOBE's customers are not eagerly migrating to Swift yet."
[21]   https://golang.org/doc/faq#history.
[22]   http://www.theregister.co.uk/2011/05/05/google_go/.
[23]   https://golang.org/doc/faq#history.
[24]   http://www.javaworld.com/article/2898493/scripting-jvm-languages/googles-go-language-is-off-to-a-great-start-but-still-has-work-ahead.html. As of Feb 2016, according to the Tiobe Index for programming languages, Dart and Go are ranked as 28 and 38 respectively, far behind Java which is ranked 1. http://www.tiobe.com/tiobe_index.
[25]   http://news.dartlang.org/2015/03/dart-for-entire-web.html.

### C.     Use of Other Existing Platforms Would Have Involved Time, Effort and Technical Risk

43.     While a number of different language platforms offered useful features in the mid-2000s, none combined the value of an app-developer-friendly platform with published specifications (including the copied 37 Java API Packages) intended to ensure compatibility that was widely adopted by a large number of app developers.  For these and additional reasons discussed below, existing alternate language platforms would not have been—and in fact were not—an acceptable alternative to meet Google's needs.

44.     JavaScript (which, despite its name, is unrelated to the Java programming language) is widely used for the client-side functionality of web browsers.  However, its inefficient execution and low-level of adoption in the mid-2000s made JavaScript unsuitable for mobile applications, compared with Java.

45.     Lua and Ruby are multi-paradigm language platforms developed in the early/mid 1990s that blend elements of both functional and object-oriented languages.[26]  They also offer a modicum of portability since programs written in Lua and Ruby can be compiled across a number of different platforms.  Despite these features, however, their utility was highly constrained in the mid-2000s by lack of broad adoption in the mobile app domain and inefficient execution.  For example, method calls in Ruby are dispatched dynamically, where each one of a module's ancestors are examined in turn, stopping at the first module that contains a method with the name that was called.  In contrast, Java method calls are dispatched more efficiently.[27]

46.     Similar to both JavaScript and Lua, Python did not have appreciable developer adoption in the mid-2000s time frame.  Moreover, while Python offered many features of managed languages, it suffers from similar performance drawbacks as JavaScript.  For example, its reference implementation cannot efficiently take advantage of multi-core processors.  In contrast, the Java Virtual Machine has been optimized for multi-core processing, which has grown

---

[26]   http://www.lua.org/about.html; https://www.codecademy.com/courses/ruby-beginner-en-MFiQ6/0/1?curriculum_id=5059f8619189a5000201fbcb.

[27]   *See* https://docs.oracle.com/javase/specs/jvms/se7/html/jvms-2.html#jvms-2.7 for an overview of how some of Oracle's implementations of the Java Virtual Machine implement a table containing the methods of an object.

increasingly prominent in the years since 2006.[28] Many Android phones are powered by multi-core processors.[29]

47.     More widely used language platforms were also handicapped by critical shortcomings.  In particular, C# and Visual Basic offer managed language solutions of crafted APIs whose .NET hierarchies and frameworks can be deployed across a range of Windows platforms.  The C# and Visual Basic languages, however, are proprietary to Microsoft, and their integration into a Google platform would have thus required some sort of licensing agreement.

48.     C and C++ are both popular languages with long histories of testing and development.  C++ provides object-oriented extensions to C, and most C++ compilers can compile most valid C programs.  However, both C and C++ lack key attributes (such as automated garbage collection and bounds checking) that are beneficial to enhancing the productivity and robustness of apps written by developers.

49.     Objective-C, the language platform of the iOS ecosystem, has similar limitations to C and C++, including lack of automated garbage collection and bounds checking.  Moreover, it was not widely used outside of the Apple ecosystem in the mid-2000s, compared with Java, which was much more widely adopted during that time period.

50.     PHP and PERL are popular scripting languages that are largely intended for—and applied to—server-side web development, rather than for the development of client-side apps.  They are weakly typed, lack a published specification, and had little to no user base for mobile app development in the mid-2000 time frame, all of which made them unsuitable as the basis for Android app development.

51.     As evident from the examples above, as well as in the information captured earlier in Figure 4, the other non-Java platform options for Google during the mid-2000s were not as beneficial as the Java platform.  Different platforms offered varying aspects of key attributes, but only the Java platform offered the key app developer friendly attributes such as automated

---

[28]   *See* http://www.intel.com/pressroom/kits/quickrefyr.htm#2006 for a timeline of when Intel's commercial processors began to support multi-core capabilities.
[29]   *See* https://developer.qualcomm.com/blog/multi-threading-android-apps-multi-core-processors-part-1-2 for discussions on multi-core programming in Android using various Java and Android programming constructs.

garbage collection, bounds checking, static type checking, published specifications for the platform (including the copied 37 Java API packages) intended to ensure compatibility, and large-scale adoption by programmers.  The experiences of Apple and Google demonstrate how time consuming it is for one company to develop and promote a platform using a new language that achieves widespread adoption by millions of developers.  Viewing these events retrospectively highlights Sun's achievement in creating a complex, dynamic programming platform with enduring utility and expressive potential.

## VII.   THE ANDROID PLATFORM IS INCOMPATIBLE BASED ON THE JAVA COMPATIBILITY KIT FOR JAVA SE 1.4 AND JAVA SE 5.0

52.   I understand that the District Court recently ruled that the question of infringement will, for the time being, be limited to Google's copying of code up through Java SE 5.0.[30]  Although I understand that the Court clarified that other versions of Java SE may still be relevant for other purposes, out of an abundance of caution, I have reviewed updated tests in response to Dr. Astrachan's critique of Android compatibility.

53.   When the Signature Test was rerun using earlier versions of the Java Compatibility Kit, the results were the same.  As detailed in the section below, including Tables 3 and 4, as well as Appendix E, Android fails the Signature Test for these earlier versions.

54.   I understand from the declaration of Dr. Mark Reinhold, Chief Architecture of the Java Platform Group at Oracle, that Android API Level 9 (Gingerbread) and Android API Level 21 (Lollipop) each failed to pass the Java Compatibility Test for Java SE 1.4 and Java SE 5.0.

---

[30]   I understand that it is undisputed that Google copied the 37 Java API Packages for all versions of Android up to and including Android Marshmallow (API Level 23).  Moreover, I note that Dr. Astrachan does not challenge Mr. Zeidman's opinions that Android Auto, Android TV, and Android Wear include the copied 37 Java API packages.  To be sure, the websites cited in Mr. Zeidman's report (¶29) (http://developer.android.com/training/auto/start/index.html;
http://developer.android.com/training/tv/start/start.html;
http://developer.android.com/training/wearables/apps/creating.html) make clear that the SDK for versions of Android that include the 37 Java API Packages—which Google distributes—are necessary to write applications for those products.  Thus, when an app developer wishes to write an application for Android Auto, TV, or Wear, the developer must download (to the extent they do not already have it) and use the SDK.  Moreover, the practical result of this requirement means that those versions of Android runtime (which again, undisputably include the copied 37 Java API Packages) must be included in Google's distribution of Android Auto, Android TV, and Android Wear.

55.     The Java Compatibility Kit ("JCK") is Java's official test suite for determining compatibility. It is used by Oracle to confirm compatibility of alleged implementations of Java with the adopted specifications of the JCP.[31]  I understand that failure of any one JCK test means that the tested implementation is not compatible with the corresponding Java SE Specification.

56.     A key test within the JCK is the Signature Test, which uses static analysis to determine whether or not an alleged implementation of a Java API contains the correct number of classes, methods, interfaces, and fields.  The test outputs a listing of missing and/or added class(es), constructor(s), field(s), method(s), nested class(es), super class(es), interface(s), and annotation element(s), each of which constitutes an error.  I understand from Dr. Reinhold's Reply Declaration that any errors qualify an implementation as incompatible, i.e., any missing or added element renders the implementation incompatible.  In particular, any missing element indicates the alleged implementation of Java represents a "subset" of the Java platform.  Likewise, any added element indicates the alleged implementation of Java represents a "superset" of the Java platform.

57.     It is my understanding that Dr. Reinhold used the JCK Signature Test to evaluate the compatibility of Android API Level 9 (Gingerbread), released in 2011, with both Java SE 1.4 and Java SE 5.0.  Specifically, he ran the Java SE 1.4 and Java SE 5.0 JCK Signature Tests on the Android Gingerbread release.

58.     It is my understanding that Dr. Reinhold also used the JCK Signature Test to evaluate the compatibility of Android API Level 21 (Lollipop), released in 2014, with both Java SE 1.4 and Java SE 5.0.  Specifically, he ran the Java SE 1.4 and Java SE 5.0 JCK Signature Tests on the Android Lollipop release.

59.     Dr. Reinhold found that Android Gingerbread's implementation of the Java APIs in the Java SE 1.4 runtime failed to pass the Java SE 1.4 JCK, generating a total of 1,703 errors for

---

[31]   *See* https://jcp.org/en/resources/tdk, (last visited January 7, 2016), for a page on the Java Community Process (JCP) website describing how Specification Leads for JSRs obtain access to JCK testing tools; *see* http://openjdk.java.net/groups/conformance/docs/JCK6bUsersGuide/ JCK6b_Users_Guide.pdf (last visited January 7, 2016) for a copy of the user's guide for version 6b of the Java Compatibility Kit.

missing or added signatures.[32]   The results of this analysis are presented in Table 3, below, organized by type of error and package name.

**Table 3: Summary of Error Types for the 37 Copied API Packages for "Added" and "Missing" Errors from the Java SE 1.4 JCK against Android API Level 9 (Gingerbread)**[33]

| Package Name | Error Type | | | | | | Total |
| | Class | | Method | | Other | | |
| | Added | Missing | Added | Missing | Added | Missing | |
|---|---|---|---|---|---|---|---|
| java.awt.font | 0 | 16 | 0 | 0 | 7 | 0 | **23** |
| java.beans | 1 | 32 | 3 | 0 | 0 | 0 | **36** |
| java.io | 25 | 0 | 43 | 15 | 20 | 4 | **107** |
| java.lang | 21 | 1 | 197 | 14 | 77 | 0 | **310** |
| java.lang.annotation | 10 | 0 | 0 | 0 | 0 | 0 | **10** |
| java.lang.reflect | 15 | 0 | 40 | 2 | 0 | 0 | **57** |
| java.net | 16 | 0 | 34 | 1 | 3 | 0 | **54** |
| java.nio | 2 | 0 | 29 | 14 | 0 | 0 | **45** |
| java.nio.channels | 1 | 0 | 0 | 0 | 0 | 0 | **1** |
| java.nio.channels.spi | 0 | 0 | 1 | 0 | 0 | 0 | **1** |
| java.nio.charset | 0 | 0 | 7 | 5 | 0 | 0 | **12** |
| java.security | 19 | 1 | 35 | 2 | 22 | 0 | **79** |
| java.security.cert | 1 | 1 | 13 | 3 | 9 | 0 | **27** |
| java.security.interfaces | 3 | 0 | 0 | 0 | 0 | 0 | **3** |
| java.security.spec | 10 | 0 | 4 | 0 | 4 | 0 | **18** |
| java.sql | 29 | 0 | 151 | 3 | 34 | 1 | **218** |
| java.text | 4 | 2 | 16 | 4 | 3 | 2 | **31** |
| java.util | 47 | 0 | 132 | 3 | 7 | 0 | **189** |
| java.util.jar | 3 | 0 | 1 | 0 | 0 | 0 | **4** |
| java.util.logging | 1 | 0 | 19 | 18 | 8 | 6 | **52** |
| java.util.regex | 2 | 0 | 15 | 2 | 1 | 0 | **20** |
| java.util.zip | 3 | 4 | 4 | 0 | 0 | 160 | **171** |
| javax.crypto | 3 | 0 | 24 | 13 | 1 | 1 | **42** |
| javax.crypto.spec | 3 | 0 | 0 | 0 | 0 | 0 | **3** |
| javax.net.ssl | 8 | 0 | 30 | 0 | 7 | 3 | **48** |
| javax.security.auth | 0 | 3 | 0 | 0 | 0 | 0 | **3** |
| javax.security.auth.callback | 0 | 6 | 0 | 0 | 0 | 0 | **6** |
| javax.security.auth.login | 0 | 7 | 0 | 0 | 0 | 0 | **7** |
| javax.security.auth.x500 | 0 | 1 | 1 | 0 | 1 | 0 | **3** |

---

[32]   Dr. Reinhold also found that Android Gingerbread failed to pass the Java SE 5.0 JCK, generating a total of 1,467 errors.  The results of this analysis are provided in Appendix E.
[33]   "Other" errors are JCK errors that relate to added or missing constructors and fields. Annotations are not included because Java SE 1.4 does not support annotations.

| | Error Type | | | | | | |
| Package Name | Class | | Method | | Other | | Total |
| | Added | Missing | Added | Missing | Added | Missing | |
| javax.sql | 8 | 2 | 113 | 0 | 0 | 0 | 123 |
| Total | 235 | 76 | 912 | 99 | 204 | 177 | 1703 |

60.    Likewise, Dr. Reinhold found that Android Lollipop's implementation of the Java APIs in the Java SE 5 runtime failed to pass the Java SE 5.0 JCK, generating a total of 1,800 errors for missing or added signatures.[34]   The results of this analysis are presented in Table 4, below, organized by type of error and package name.

**Table 4: Summary of Error Types for the 37 Copied API Packages for "Added" and "Missing" Errors from the Java SE 5.0 JCK against Android API Level 21 (Lollipop)[35]**

| | Error Type | | | | | | |
| Package Name | Class | | Method | | Other | | Total |
| | Added | Missing | Added | Missing | Added | Missing | |
| java.awt.font | 1 | 16 | 0 | 1 | 7 | 0 | 25 |
| java.beans | 0 | 32 | 0 | 0 | 0 | 0 | 32 |
| java.io | 45 | 1 | 52 | 6 | 6 | 0 | 110 |
| java.lang | 8 | 5 | 163 | 88 | 95 | 0 | 359 |
| java.lang.annotation | 0 | 0 | 8 | 2 | 0 | 0 | 10 |
| java.lang.reflect | 1 | 1 | 22 | 9 | 0 | 0 | 33 |
| java.net | 15 | 0 | 57 | 16 | 1 | 0 | 89 |
| java.nio | 1 | 0 | 22 | 1 | 0 | 0 | 24 |
| java.nio.channels | 17 | 0 | 37 | 0 | 0 | 0 | 54 |
| java.nio.channels.spi | 4 | 0 | 0 | 0 | 0 | 0 | 4 |
| java.nio.charset | 1 | 0 | 12 | 0 | 0 | 0 | 13 |
| java.security | 7 | 1 | 62 | 16 | 2 | 0 | 88 |
| java.security.acl | 0 | 0 | 6 | 0 | 0 | 0 | 6 |
| java.security.cert | 0 | 0 | 18 | 0 | 0 | 0 | 18 |
| java.security.spec | 0 | 0 | 4 | 0 | 0 | 0 | 4 |
| java.sql | 37 | 0 | 186 | 2 | 33 | 0 | 258 |
| java.text | 4 | 2 | 53 | 40 | 3 | 2 | 104 |
| java.util | 46 | 5 | 185 | 10 | 15 | 0 | 261 |
| java.util.jar | 5 | 4 | 3 | 0 | 0 | 0 | 12 |

---

[34]   Dr. Reinhold also found that Android Lollipop failed to pass the Java SE 1.4 JCK, generating a total of 1,598 errors.  The results of this analysis are provided in Appendix E.
[35]   "Other" errors are JCK errors that relate to added or missing constructors, fields, and annotations.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **java.util.logging** | 0 | 0 | 3 | 2 | 2 | 0 | **7** |
| **java.util.prefs** | 0 | 0 | 4 | 0 | 0 | 0 | **4** |
| **java.util.regex** | 0 | 0 | 4 | 2 | 0 | 0 | **6** |
| **java.util.zip** | 15 | 4 | 6 | 0 | 8 | 0 | **33** |
| **javax.crypto** | 3 | 0 | 18 | 0 | 0 | 0 | **21** |
| **javax.crypto.spec** | 1 | 0 | 0 | 0 | 1 | 0 | **2** |
| **javax.net.ssl** | 5 | 0 | 27 | 6 | 2 | 1 | **41** |
| **javax.security.auth** | 0 | 3 | 11 | 9 | 0 | 0 | **23** |
| **javax.security.auth.callback** | 0 | 6 | 2 | 0 | 0 | 0 | **8** |
| **javax.security.auth.login** | 0 | 12 | 2 | 0 | 0 | 0 | **14** |
| **javax.security.auth.x500** | 0 | 1 | 1 | 0 | 1 | 0 | **3** |
| **javax.security.cert** | 0 | 0 | 10 | 0 | 0 | 0 | **10** |
| **javax.sql** | 9 | 2 | 113 | 0 | 0 | 0 | **124** |
| **Total** | **225** | **95** | **1091** | **210** | **176** | **3** | **1800** |

61.     Table 5, below, illustrates that Android Lollipop's failures of the JCK Signature Test arise at least from its use of subsets of classes compared to Java SE 5.0.  Because subsetting involves the removal of classes defined in the Java SE API specification, it will always result in failure of the JCK Signature Test.

**Table 5: Summary of Manual Evaluation of "Missing" Method Errors from the Results of the Java SE 5.0 JCK Test against the Android Lollipop Runtime Implementation**

| Class Name | Missing JCK Signatures from Lollipop Test | Java SE 5 Signature and Line Number |
|---|---|---|
| Java.lang.Inet4Address | method public final boolean equals(java.lang.Object) | Inet4Address.java, Line 331: *public boolean equals(Object obj)* |
| Java.security.UnresolvedPermission | method public final int hashCode() | UnresolvedPermission.java, Line 387: *public int hashCode()* |
| Java.text.BreakIterator | method protected static int getInt(byte[],int) | BreakIterator.java, Line 585: *protected static int getInt(byte[] buf, int offset)* |
| Java.awt.font.TextAttribute | method protected final java.lang.Object readResolve() throws java.io.InvalidObjectException | TextAttribute.java, Line 107: *protected Object readResolve() throws InvalidObjectException* |

| Class Name | Missing JCK Signatures from Lollipop Test | Java SE 5 Signature and Line Number |
|---|---|---|
| Java.net.SocketPermission | method public final int hashCode() | SocketPermission.java, Line 714: *public int hashCode()* |
| Java.text.CollationKey | method public final int compareTo(java.lang.Object) | CollationKey.java, Line 94: *public int compareTo(CollationKey target)* |
| Java.util.ResourceBundle | method public static final java.util.ResourceBundle getBundle(java.lang.String) | ResourceBundle.java, Line 548: *public static final ResourceBundle getBundle(String baseName)* |
| Java.text.DecimalFormatSymbols | method public final java.lang.String getInternationalCurrencySymbol() | DecimalFormatSymbols.java, Line 240: *public String getInternationalCurrencySymbol()* |

62.     Likewise, Table 6, below, illustrates that Android's Lollipop's failures of the JCK Signature Test also stem from its use of supersets of classes compared to Java SE 5.0.  Since supersetting involves the addition of superfluous classes that are not defined in the Java SE API specification, it will always result in failure of the JCK Signature Test.

**Table 6: Summary of Manual Verification of "Added" Errors from the Results of the Java SE 5.0 JCK Test against the Android Lollipop Runtime Implementation**

| Class Name | Added JCK Signatures from Lollipop Test | Android Lollipop Signature and Line Number |
|---|---|---|
| Java.io.File | method public long getFreeSpace() | File.java, Line 1166: *public long getFreeSpace()* |
| Java.net.HttpURLConnection | method public void setFixedLengthStreamingMode(long) | HttpURLConnection.java, Line 760: *public void setFixedLengthStreamingMode(long contentLength)* |

| Class Name | Added JCK Signatures from Lollipop Test | Android Lollipop Signature and Line Number |
|---|---|---|
| Java.nio.Buffer | method public abstract int arrayOffset() | Buffer.java, Line 134: *method public abstract int arrayOffset()* |
| Java.security.Policy | method public static java.security.Policy getInstance(java.lang.String,java.security.Policy$Parameters) | Policy.java, Line 33: *public static Policy getInstance(String type, Policy.Parameters params) throws NoSuchAlgorithmException* |
| Java.sql.Blob | method public abstract java.io.InputStream getBinaryStream(long,long) throws java.sql.SQLException | Blob.java, Line 54: *public InputStream getBinaryStream(long pos, long length) throws SQLException;* |
| Java.text.NumberFormat | method public void setRoundingMode(java.math.RoundingMode) | NumberFormat.java, Line 846: *public void setRoundingMode(RoundingMode roundingMode)* |
| Java.util.BitSet | method public int previousClearBit(int) | BitSet.java, Line 636: *public int previousClearBit(int index)* |
| Java.sql.Connection | public abstract java.sql.SQLXML createSQLXML() throws java.sql.SQLException | Connection.java, Line 785: *public SQLXML createSQLXML() throws SQLException;* |

63.     Android's implementation of the Java APIs fail the JCK Signature Tests because it represents both a subset and superset of the Java SE API Specification.  In doing so, Android deviates from the compatibility standards imposed by the JCK test suite.

## VIII.  OTHER ISSUES

### A.     Dr. Leonard Overstates the Capabilities and Efficacy of Native Code Tools, such as the Native Development Kit ("NDK")

64.     In his report, Dr. Leonard argues that "[a] substantial number of applications, including many of the most popular applications offered through the Google Play store, were in fact

developed using the NDK." (Leonard Report, ¶76).   But Dr. Leonard's statement directly contradicts those of Google.  In one of Google's recent tutorial on its Android Runtime ("ART") environment, Anwar Ghuloum, Engineering Manager for Android's Runtimes & Tools team at Google, explains:

> [about] 85% of applications in Play [i.e., the Google Play Store]
> are comprised exclusively of dex bytecode and use no native code.[36]

65.     To further understand the extent to which Android apps use the NDK, I classified the applications listed in Dr. Leonard's Exhibit 2b and found that his sample of applications is not an accurate representation of the type of applications found in the "Top Applications" in the Android Play Store. [37]  Instead, Dr. Leonard's list is heavily weighted towards gaming applications.  A comparison of the distribution of applications in Dr. Leonard's Exhibit 2b to the list of top applications in the Android Play Store is shown in Figure 5.

**Figure 5: Distribution of Dr. Leonard's list of apps Compared to Top Android Apps**



---

[36]    *See* "Google I/O 2014 - The ART Runtime," Jun. 27, 2014, at 37:30
https://www.google.com/events/io/io14videos/b750c8da-aebe-e311-b297-00155d5066d7.
[37]    For comparison, I classified the list provided by Dr. Leonard in Exhibit 2b of his Expert Report and the list of apps provided by Dr. Kemerer in his Opening Report (Kemerer Opening Report Appendix D and E) into categories.  List of apps and their classifications are provided in Appendix F.

66.     Not only is Dr. Leonard's sampling of apps questionable, but his classification of applications as "NDK" is also suspect.  It is my understanding that Dr. Kemerer, in his February 29, 2016 Reply Report, analyzed the source code content of selected applications from Dr. Leonard's Exhibit 2b and found inaccuracies in his source classification.  In particular, it is my understanding that Dr. Kemerer found that a number of applications that Dr. Leonard describes as being written in native code contain significant amounts of Java code.[38] Moreover, it is my understanding that Dr. Kemerer in his opening report found that the top apps in the Android play store actually depend on the 37 copied API packages.

67.     The presence of Java code in these applications, is consistent with Google's own statements on the utility of the NDK.  The Android NDK website explains: "Before downloading the NDK, you should understand that **the NDK will not benefit most apps**."[39] (emphasis in original).

        **B.     Dr. Leonard Overstates the Cross-Platform Support Enabled by Tools, such as RenderScript**

68.     In his report, Dr. Leonard discusses RenderScript as an example of a Google supported framework for the C programming language (Leonard Report, ¶76).  It is worth noting that RenderScript is being deprecated for use as a graphics engine, which is the usage that Leonard quotes above.[40]  Moreover, a search of all of Android's frameworks and packages for RenderScript code results in only a small number of uses, compared to the substantial uses of Java throughout Android.

69.     Finally, a search of Google-sanctioned training courses demonstrates the unimportance of RenderScript. Google has teamed up with Udacity to co-create a "Nanodegree"[41] on Android app

---

[38]   It is also interesting to note that Dr. Kemerer found that some of the apps that Dr. Leonard had classified as written in NDK to have higher counts of Java source lines of code compared to the ones he actually classified as being written in Java.

[39]   Android NDK, Android Developers, http://developer.android.com/tools/sdk/ndk/index.html.  (This site further explains, "As a developer, you need to balance its benefits against its drawbacks. Notably, using native code on Android generally does not result in a noticable [sic] performance improvement, but it always increases your app complexity.")

[40]   *See* http://developer.android.com/guide/topics/renderscript/reference/rs_graphics.html and https://commonsware.com/blog/2012/07/03/jelly-bean-renderscript-deprecation.html. However, RenderScript is still used as a compute engine in a few places in Android.

[41]   Udacity is an educational organization that offers online courses through its website, known as Massively Open Online Courses ("MOOCs").  Udacity is considered one of the dominant providers of

programming.  A search of the Udacity website for "renderscript android" results in zero hits.  It is reasonable to conclude that because Google's own sanctioned training for Android app development does not focus on RenderScript, Google itself must not consider RenderScript relevant for learning to program Android apps.[42]

### C.   Dr. Astrachan Continues to Overstate the Connection Between the Java Programming Language and the 37 Java Packages

70.    In his Rebuttal Report, Dr. Astrachan continues to claim that "the Java programming language is inextricably intertwined with the use of underlying class libraries."[43]  This sentiment is echoed in Dr. Leonard's report, which constantly conflates the Java programming language with the APIs at issue.[44]

71.    I have reviewed TX1062, which is described as "classes and interfaces mentioned in the Java Language Specification (third edition) (excluding examples and commentary)."  While the classes listed in TX1062 are, in fact, mentioned in the Java Language Specification (3rd ed.) ("JLS"), very little declaring code or SSO is specified in the JLS.  In other words, even if I were to accept the premise that code elements mentioned in the JLS were necessary (or "inextricably intertwined") with the Java programming language, very little declaring code or SSO is actually mentioned.  For example, as I have described previously, classes in the 37 Java API Packages include numerous methods, constructors, fields, or other elements.  In most instances, the JLS simply requires the *presence* of a class of a particular name; the JLS does not specify nor require the constituent parts of that class, nor the relationships between classes and interfaces.

---

MOOCs (*see* http://www.nytimes.com/2012/11/04/education/edlife/the-big-three-mooc-providers.html?_r=0), currently boasting over 1.6 million subscribed users (*see* http://www.fastcompany.com/3021473/udacity-sebastian-thrun-uphill-climb), with a more recent particular focus on vocational courses for professionals, which are called "Nanodegrees."  *See* https://www.udacity.com/nanodegrees-new-s/nd801 for information on the Android Nanodegree that Udacity co-created with Google.

[42]   The unimportance of RenderScript is further highlighted by a statement made by a senior engineer on stackoverflow: *"You can see from the lack of answers that Renderscript is hardly used outside of Google because of its strange architecture that ignores industry standards like OpenCL and almost non-existent documentation on how it actually works."* http://stackoverflow.com/questions/21774211/render-script-rendering-is-much-slower-than-opengl-rendering-on-android.

[43]   Astrachan Rebuttal Report ¶104.

[44]   *See, e.g.*, Leonard Report ¶100.

72.     I understand that Dr. Reinhold has reviewed whether any declaring code or SSO is subject to a technical constraint imposed by the JLS and has made a list of any such code.  I have reviewed and independently verified Dr. Reinhold's list.  To the extent these declarations appear in Exhibit S of Mr. Zeidman's Opening Report, these declarations would be subject to a technical constraint imposed by the JLS.  (Conversely, copied lines of code not present on the list are not constrained by the JLS.)  Thus, even if one were to assume that elements of the 37 Java API Packages mentioned in the JLS are necessary to the language (which I do not agree with), it affects very little of what Google has copied in this case.  Appendix H includes Dr. Reinhold's list of constrained declarations from the 61 classes of TX1062.  Appendix I shows the copied SSO, removing the relationships described in the JLS.

### D.     Dr. Astrachan Mischaracterizes Certain Elements of the Android Compiler and Runtime Environment

73.     In his Rebuttal Report, Dr. Astrachan argues that the dex compiler is not, in fact, a compiler. (Astrachan Rebuttal Report, §IV-D-1).  I disagree with this assertion since the Android dx tool comments specifically reference compilation activity.   The author comment lines, excerpted below, read:

> dalvik/dx/src/com/android/dx/command/dexer/Main.java:1269
> /** Whether to print statistics to stdout at end of *compile cycle* */
> dalvik/dx/src/com/android/dx/dex/cf/CfOptions.java:44
> /** whether to print statistics to stdout at end of *compile cycle* */[45]
> (emphasis added)

74.     Dr. Astrachan's rebuttal report also claims that "ART is not a virtual machine because it does not do runtime interpretation of bytecode." (Astrachan Rebuttal Report, §154) I disagree with this claim based on my analysis of the ART source code, documentation, and tutorials presented on ART by Google engineers.   First, ART contains functionality that *does* perform runtime interpretation of bytecode, which resides in the art/runtime/interpreter folder in Android releases K, L, M, and also exists in the Android master branch.[46] Moreover, the Android documentation describes how to generate bytecode for the ART interpreter, where it explicitly describes how/when the interpreter is enabled.[47]

---

[45]   *See* https://android.googlesource.com/platform/dalvik/+/master/dx/src/com/android/dx/dex/cf/CfOptions.java.
[46]   *See* https://android.googlesource.com/platform/art/+/master/runtime/interpreter/.
[47]   *See* https://source.android.com/devices/tech/dalvik/configure.html#compiler_filtersm.

In L, dex2oat takes a variety of --compiler-filter options to control how it compiles. Passing in a compiler filter flag for a particular app specifies how it's pre-optimized. Here's a description of each available option:

- everything - compiles almost everything, excluding class initializers and some rare methods that are too large to be represented by the compiler's internal representation.
- speed - compiles most methods and maximizes runtime performance, which is the default option.
- balanced - attempts to get the best performance return on compilation investment.
- space - compiles a limited number of methods, prioritizing storage space.
- interpret-only - skips all compilation and relies on the interpreter to run code.

75.     Finally, in the 2014 Google I/O tutorial on "The ART Runtime," a Google engineer states "we also just do dex-to-dex for things that are not commonly run, such as class initializers, which we don't waste time or space compiling."[48]  This statement is consistent with the "everything" option in dex2oat tool quoted above, which "compiles almost everything, excluding class initializers."

> **E.     Dr. Astrachan Overstates his Claim that Android will not build when the declaring code for a single method in one of the 117 Android API packages is removed**

76.     In both of his reports, Dr. Astrachan insists that all the declaring code copied by Android is essential for access to the Java language.[49] Specifically, he insists that every single declaration from the 117 Android API packages is necessary for a successful build (Astrachan Rebuttal Report, ¶82). There are, however, examples of declaring code in the 117 Android API packages that contain declaring code that is not needed in order to build a flashable image of the Android platform.

77.     I performed build tests to verify that not all declaration code from the 117 Android API packages must necessarily be present in the Android source code to permit a successful build. I performed these tests using Android 2.3, release 1 (Gingerbread, API level 9), and using the same

---

[48]    *See* https://www.google.com/events/io/io14videos/b750c8da-aebe-e311-b297-00155d5066d7 starting at 12:14.
[49]    *See, e.g.*, Astrachan Opening Report, ¶¶162, 169-172; Astrachan Rebuttal Report, ¶¶78-92, 94-96.

environment and tools from the test methodology outlined in my initial report (Opening Report, §VIII-B).

78.     For my test, I followed Dr. Astrachan's methodology of removing one method declaration at a time. In particular I removed the same method from the same class that Dr. Astrachan tests in his own report (Astrachan Rebuttal Report, ¶80-81) namely, "pingSupplicant()" from the WifiManager class in the android.net.wifi package.[50]  I found that this build completed successfully and without any errors. See Appendix J for the full log of this build test.

79.     The results of this build test refutes Dr. Astrachan's claim that "any and all components are significant to the build process" (Astrachan Rebuttal Report, ¶56) since I found at least one declaration from the 117 Android API packages that is not necessary to build Android.

## F.     Dr. Astrachan Continues to Overlook the Portability Enabled by the Java Platform

80.     Dr. Astrachan's report fixates on the nature of "Write Once, Run Anywhere" as "just that—a philosophy." (Astrachan Rebuttal Report, ¶133).   This reductive assessment overlooks the attributes recognized by millions of developers—for more than two decades—amidst a constantly evolving landscape of hardware advancement, market upheavals, globalized competition, and dynamic consumer engagement.   He continues, arguing, "Far from guaranteeing portability, Java has been criticized by the programming community, which adopted the phrase 'write once, debug everywhere' to describe Java." (Astrachan Rebuttal Report, ¶133).

81.     In reading the source cited by Dr. Astrachan, however, it is apparent that he has oversimplified the depth of the author's analysis, focusing solely on the wording of the blog post's title.[51]   The author writes:

> The bulk of a Java application will migrate between most Java
> implementations, but taking advantage of a VM-specific feature

---

[50]   For this Android build I modified the XML document in the source code that specifies the API by removing the method specification for pingSupplicant(), and updated the API specification based on this modified documentation. The XML document is frameworks/base/api/9.xml, and the command used to update the API specification is "make update-api." I also removed directories from the Android source code that contain resources that are used for compatibility and development testing. These resources are not directly used by the Android operating system, and their presence is not required to successfully build Android. The test directories removed for these tests are the cts/ and frameworks/base/tests folders.

[51]   *See* Wong, W., "Write Once, Debug Everywhere," Electronic Times, http://electronicdesign.com/embedded/write-once-debug-everywhere.

> causes porting problems… Unfortunately, porting problems will always be with us. The trick is to minimize the problems so developers can concentrate on the application.[52]

82.     One article by a single author with a provocative title is not the equivalent of "criticism from the programming community," which is a community that amounts to millions of developers.[53]  More critically, however, the article author's main point seems to be that "taking advantage of VM-specific features will cause porting problems," which of course is correct, but misses the efforts put into "Write Once, Run Anywhere", evidenced by the fact that Sun and Oracle have, for more than 20 years, published portability guides and other tools to help developers avoid these VM-specific problems.  In fact, Sun and Oracle have done exactly what the author recommends: minimize the problems so that developers can concentrate on application development.  While it is hard to achieve complete portability, to use flawless portability as a binary threshold of evaluation clearly misses the point that programming is a creative, expressive art involving numerous choices, tradeoffs, and complex decisions.  Moreover, it also misrepresents the fact that the bulk of Java applications port smoothly between Java implementations that have successfully passed the JCK test suites.

## IX.   ATTESTATIONS

83.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this 29th day of February, 2016, in Nashville, TN.

*Douglas C. Schmidt*

Douglas C. Schmidt, Ph.D.

---

[52] *Ibid.*
[53] There are 9 Million Java developers worldwide according to https://www.java.com/en/about/.

## APPENDIX A: LIST OF MATERIALS CONSIDERED

**Court Documents**

- Report of Dr. Gregory Leonard Report
- Opening Report of Owen Astrachan
- Rebuttal Report of Owen Astrachan
- Deposition Transcript of Andy Rubin (July 27, 2011)
- TX 10

**Public Sources**

- *A to Z List of Google Acquisitions and Where They Ended Up within Google,* Data Science Central (Oct. 12, 2015), http://www.datasciencecentral.com/profiles/blogs/a-to-z-list-of-google-acquisitions-and-where-they-ended-up-within.
- *About,* Lua, http://www.lua.org/about.html (last visited February 28, 2016),
- *Android Developer Nanodegree,* Udacity, https://www.udacity.com/nanodegrees-news/nd801 (last visited February 28, 2016).
- Android NDK, Android Developers, http://developer.android.com/tools/sdk/ndk/index.html (last visited February 28, 2016).
- *Apple Swift-Evolution,* GitHub, https://github.com/apple/swift-evolution (last visited February 28, 2016).
- *CFOptions.java,* Google Git, https://android.googlesource.com/platform/dalvik/+/master/dx/src/com/android/dx/dex/cf/CfOptions.java (last visited February 28, 2016).
- *Chris Lattner's Homepage,* http://nondot.org/sabre/ (last visited February 28, 2016).
- *Concurrency in JDK 5.0,* IBM Developer Works, http://www.ibm.com/developerworks/java/tutorials/j-concur/j-concur.html (last visited February 28, 2016).
- *Configuring ART,* Android, https://source.android.com/devices/tech/dalvik/configure.html#how_art_works (last visited February 28, 2016) and https://source.android.com/devices/tech/dalvik/configure.html#compiler_filtersm
- Creating and Running a Wearable App http://developer.android.com/training/wearables/apps/creating.html
- *Dart News and Updates,* Dart (Mar. 25, 2015), http://news.dartlang.org/2015/03/dart-for-entire-web.html.
- David Wheeler, *SLOCCount User's Guide,* David Wheeler (Aug. 1, 2004), http://www.dwheeler.com/sloccount/sloccount.html.
- *Developer's Adoption of New Apple Language is not Swift,* Quantica Technology (Mar. 19, 2015), http://www.quantica-technology.com/developers-adoption-of-new-apple-language-is-not-swift.
- *FAQ,* Go Programming Language, https://golang.org/doc/faq#history (last visited February 28, 2016).
- Getting Started with Auto, http://developer.android.com/training/auto/start/index.html
- Get Started with TV Apps, http://developer.android.com/training/tv/start/start.html

- *Google Go Boldly Goes Where no Code Has Gone Before,* The Register (May 5, 2011), http://www.theregister.co.uk/2011/05/05/google_go.
- *Google I/O 2014 - The ART Runtime,* Google (Jun. 27, 2014), https://www.google.com/events/io/io14videos/b750c8da-aebe-e311-b297-00155d5066d7.
- *Java Compatibility Kit 6b User's Guide,* Sun Microsystems (Aug. 2008), http://openjdk.java.net/groups/conformance/docs/JCK6bUsersGuide/JCK6b_Users_Guide.pdf.
- Jelly Bean, Renderscript, and Deprecation https://commonsware.com/blog/2012/07/03/jelly-bean-renderscript-deprecation.html
- Laurence Vanhelsuwé, *Need a good set of abstract data structures? ObjectSpace's JGL packs a punch!* (Jun. 1, 1997), http://www.javaworld.com/article/2076958/java-app-dev/need-a-good-set-of-abstract-data-structures--objectspace-s-jgl-packs-a-punch-.html.
- Learn About Java Technology https://www.java.com/en/about/ (Last visited February 28, 2016)
- Masterbranch interpreter https://android.googlesource.com/platform/art/+/master/runtime/interpreter/
- *Microprocessor Quick Reference Guide,* Intel, http://www.intel.com/pressroom/kits/quickrefyr.htm#2006 (last visited February 28, 2016).
- *Multi-Threading Android Apps for Multi-Core Processors- Part 1 of 2,* Qualcomm (Mar. 15, 2013), https://developer.qualcomm.com/blog/multi-threading-android-apps-multi-core-processors-part-1-2.
- Owen Williams, *Apple Announces Swift, A New Programming Language for iOS and OX X,* The Next Web (Jun. 2, 2014), http://thenextweb.com/apple/2014/06/02/apple-announces-swift-new-programming-language-ios.
- *Packages,* http://source.icu-project.org/repos/icu/icu4j/tags/release-2-2/src/com/ibm/icu/text/RuleBasedCollator.java (last visited February 28, 2016).
- Paul Krill, *Google's Go Language is Off to a Great Start, but Still has Work Ahead,* (Mar. 13, 2015), http://www.javaworld.com/article/2898493/scripting-jvm-languages/googles-go-language-is-off-to-a-great-start-but-still-has-work-ahead.html.
- *Platform Support,* Swift, https://swift.org/about/#platform-support (last visited February 28, 2016).
- RenderScript Graphics Functions and Types http://developer.android.com/guide/topics/renderscript/reference/rs_graphics.html
- Render script rendering is much slower than OpenGL rendering on Android, stackoverflow
- *Representation of Objects,* Oracle, https://docs.oracle.com/javase/specs/jvms/se7/html/jvms-2.html#jvms-2.7 (last visited February 28, 2016).
- *Swift.org and Open Source,* Swift, https://swift.org/about/#swiftorg-and-open-source (last visited February 28, 2016).
- *TCK Tools and Documentation,* Java Community Profess, https://jcp.org/en/resources/tdk (last visited February 28, 2016).
- *TIOBE Index for February 2016,* TIOBE, http://www.tiobe.com/tiobe_index (last visited February 28, 2016).

- The Big Three, at a Glance, Nov 2, 2012 at http://www.nytimes.com/2012/11/04/education/edlife/the-big-three-mooc-providers.html?_r=1 (last visited February 28, 2016).
- Udacity Website https://www.udacity.com/ (last visited February 28, 2016).
- Udacity's Sebastian Thrun, Godfather Of Free Online Education, Changes Course, Max Chafkin in Fast Company http://www.fastcompany.com/3021473/udacity-sebastian-thrun-uphill-climb
- *Why Classes,* CodeCademy, https://www.codecademy.com/courses/ruby-beginner-en-MFiQ6/0/1?curriculum_id=5059f8619189a5000201fbcb (last visited February 28, 2016).
- William Wong, *Write Once, Debug Everywhere,* Electronic Times (May 27, 2002), http://electronicdesign.com/embedded/write-once-debug-everywhere.

*XSLT,* Google Books, https://books.google.com/books?id=W6SpffnfEPoC&pg=PA289&lpg=PA289&dq=%27extends+RuleBasedCollator%27&source=bl&ots=DRSqkSGUrE&sig=9Nm9Y5qv98llfvOUpgxzc3nHPVI&hl=en&sa=X&ved=0ahUKEwi-842X3ZPLAhUI2SYKHUahDCc4ChDoAQgbMAA#v=onepage&q='extends%20RuleBasedCollator'&f=false (last visited February 28, 2016).

## APPENDIX B: LIST OF ALPHABET AND GOOGLE SUBSIDIARIES

- Google
- @Last Software
- 265.com
- 2Web Technologies
- Aardvark
- Adaptive Path
- Admeld
- AdMeld
- AdMob
- Adometry
- Adscape
- Adscape Media
- Agawi
- Agnilux
- Akwan Information Technologies
- allPAY GmbH
- Alpental Technologies
- Android
- Angstro
- AOL Holdings
- Appetas
- AppJet
- Applied Semantics
- Appurify
- Apture
- Athena Wireless
- Autofuss
- Baarzo
- BandPage
- BeatThatQuote.com
- BeBop Technology
- Behavio
- Bitspin
- BlindType
- Boston Dynamics
- Bot & Dolly
- Bot Square
- bruNET
- BufferBox
- Bump
- Bump Technologies

- BumpTop
- Channel Intelligence
- Circus Ponies Software
- Clever Sense
- Control Group
- Current Communications Group
- DailyDeal
- Dark Blue Labs
- Dealmap
- DeepMind Technologies
- Deja
- Deutsche Forschungszentrum für Künstliche Intelligenz
- Digisfera
- Director
- Directr
- Divide
- Divshot
- dMarc Broadcasting
- DNNresearch
- DocVerse
- Dodgeball
- DoubleClick
- drawElements
- Dropcam
- Dulance
- eBook Technologies
- Emu
- Endoxon
- Episodic
- Everything Is The Best
- FeedBurner
- fflick
- Firebase
- FlexyCore
- Flutter
- Fly Labs
- Fridge
- Gecko Design
- Genius Labs
- Gizmo5
- Global IP Solutions
- Google Earth Enterprise
- GrandCentral
- Green Border
- Green Parrot Pictures

- GreenThrottle
- Handipoints
- Holomni
- HomeAway
- Ignite Logic
- ImageAmerica
- Impermium
- Incentive Targeting
- Industrial Perception
- Inflatable Spaces
- Input Factory
- Instantiations
- Interactive Security Group
- Invite Media
- iProvo
- ITA Software
- Jaiku
- Jambool
- Jetpac
- Jibe Mobile
- John Wiley & Sons
- JotSpot
- JVL Ventures
- Kaltix
- Katango
- Keyhole
- LabPixies
- Lake Turkana Wind Power
- Launchpad Toys
- LendingClub Corporation
- Lift Labs
- Like.com
- Lynx Design
- Makani Power
- Marratech
- Marratech
- mDialog
- Measure Map
- Measure Map
- Meebo
- Meka Robotics
- MentorWave Technologies
- Metaweb
- Milk
- Motorola Mobility

40                  Expert Report of Prof. Douglas C. Schmidt

- MyEnergy
- Neotonic Software
- Nest
- Nest Labs
- Neven Vision
- Nevengineering
- Next New Networks
- Nextmail
- Nik Software
- Nimbuz
- Odysee
- Omnisio
- On2
- Orion
- Outride
- Panoramio
- Patterns
- Paytm
- PeakStream
- Phatbits
- Phonetic Arts
- Picasa
- Picnik
- PittPatt
- Pittsburgh Pattern Recognition
- Pixate
- Plannr
- Plink Search
- PlinkArt
- Plustext Mobile Solutions
- Polar
- Postini
- PostRank
- Provo City Corporation
- Pulse.io
- Punchd
- PushLife
- Pyra Labs
- Quest Visual
- Quickoffice
- Quiksee
- Rangespan
- reCAPTCHA
- Recurrent Energy
- Red Hot Labs

- Redwood Robotics
- RelativeWave
- reMail
- Renaissance Learning
- Reqwireless
- Revolv
- RightsFlow
- Ruba
- Ruba.com
- SageTV
- SayNow
- SCHAFT
- Signals
- Simplify Media
- SketchUp
- Skia
- Skybox
- SlickLogin
- Slide
- Slide.com
- SocialDeck
- SocialGrapple
- Softcard
- Solarpark
- Songza
- Sparkbuy
- Sparrow
- Spider.io
- Sprinks
- SR Tech Group
- Srishti TechNet
- Stackdriver
- SurveyMonkey
- Talaria Technologies
- TalkBin
- Tatter
- Teracent
- The Dealmap
- Thrive Audio
- ThumbSpot
- Tilt Brush
- Timeful
- Tinker Square
- Titan Aerospace
- Titan Outdoor

- TNC
- Tonic Systems
- Transformic
- Trendalyzer
- TxVia
- Upstartle
- Urchin
- Vicarious
- Vidmaker
- Viewdle
- VirusTotal
- Vision Factory
- Wavii
- Waze
- Waze Mobile
- Where2
- Widevine Technologies
- Wildfire Interactive
- WIMM Labs
- YouTube
- Zagat
- Zagat Survey
- Zave Networks
- Zenter
- Zetawire
- Zingku
- ZipDash
- Zynamics
- Zync
- Zync Render

## APPENDIX C: SCRIPT CODE FOR COPYRIGHT AND SLOCCOUNT SHELL SCRIPTS

### copyright.sh

```
#!/bin/bash -f

#Usage: enter directory of choice, and run ./../copyright.sh
#requires filename2line.sh and subsidiaries_list.txt
#Modify version specific code accordingly, e.g. donut vs gingerbread names
#Modify exceptions list correctly
find `pwd` -type f -name "*.c" -o -name "*.java" -o -name "*.h" -o -name "*.cpp" > allfiles.txt
echo generating sloc for all files
sloccount --details . > ../sloc_detail.txt
echo generating android_copyrights files
cat allfiles.txt | xargs grep -l -E -i "copyright.*google|copyright.*android" > android_copyrights.txt

echo adding gingerbread specific exceptions to android_copyrights. Modify accordingly for donut build
find `pwd`/external/v8 -type f -name "*.c" -o -name "*.java" -o -name "*.h" -o -name "*.cpp" >> android_copyrights.txt
find `pwd` -name ucnvsel.* >> android_copyrights.txt
find `pwd` -name registry_controlled_domain.h >> android_copyrights.txt
find `pwd`/external/chromium/googleurl -name string16.h >> android_copyrights.txt
find `pwd` -name time64.h >> android_copyrights.txt
cat allfiles.txt | xargs grep -l -i "copyright.*Marc Blank" >> android_copyrights.txt

cat allfiles.txt | grep -F -x -v -f android_copyrights.txt | xargs grep -E -l -i "\*.*copyright|//.*copyright" > nonandroid_copyrights.txt
cat allfiles.txt | grep -F -x -v -f android_copyrights.txt | xargs grep -E -L -i "\*.*copyright|//.*copyright" | xargs grep -E -L "/\*|//"> no_comments.txt
cat allfiles.txt | grep -F -x -v -f android_copyrights.txt | xargs grep -E -L -i "\*.*copyright|//.*copyright" | xargs grep -E -l "/\*|//"> no_copyrights.txt
echo android nonandroid no_copyrights no_comments file numbers
wc -l android_copyrights.txt
wc -l nonandroid_copyrights.txt
wc -l no_copyrights.txt
wc -l no_comments.txt
echo android nonandroid no_copyrights no_comments line count
cat android_copyrights.txt | xargs wc -l | grep " total" | sed 's/ total//g' | awk '{s+=$1} END {print s}'
```

```
cat nonandroid_copyrights.txt | xargs wc -l | grep " total" | sed 's/ total//g' | awk '{s+=$1} END {print s}'
cat no_copyrights.txt | xargs wc -l | grep " total" | sed 's/ total//g' | awk '{s+=$1} END {print s}'
cat no_comments.txt | xargs wc -l | grep " total" | sed 's/ total//g' | awk '{s+=$1} END {print s}'
echo calculating sloccounts
./../filename2line.sh ../sloc_detail.txt android_copyrights.txt > android_sloccount.txt
./../filename2line.sh ../sloc_detail.txt nonandroid_copyrights.txt > nonandroid_sloccount.txt
./../filename2line.sh ../sloc_detail.txt no_copyrights.txt > no_copyrights_sloccount.txt
./../filename2line.sh ../sloc_detail.txt no_comments.txt > no_comments_sloccount.txt
tail -1 android_sloccount.txt
tail -1 nonandroid_sloccount.txt
tail -1 no_copyrights_sloccount.txt
tail -1 no_comments_sloccount.txt
echo secondary output and resolution
echo placing no comments and no copyright files into android and non android based on directory name
echo libcore and external will go into nonandroid, everything else into android
cat no_copyrights.txt no_comments.txt | grep -E 'gingerbread\/libcore|gingerbread\/external' >
unknown_nonandroid_copyrights.txt
cat no_copyrights.txt no_comments.txt | grep -E -v 'gingerbread\/libcore|gingerbread\/external' >
unknown_android_copyrights.txt
wc -l unknown_android_copyrights.txt
wc -l unknown_nonandroid_copyrights.txt
cat unknown_android_copyrights.txt | xargs wc -l | grep " total" | sed 's/ total//g' | awk '{s+=$1} END {print s}'
cat unknown_nonandroid_copyrights.txt | xargs wc -l | grep " total" | sed 's/ total//g' | awk '{s+=$1} END {print s}'
./../filename2line.sh ../sloc_detail.txt unknown_android_copyrights.txt > unknown_android_sloccount.txt
./../filename2line.sh ../sloc_detail.txt unknown_nonandroid_copyrights.txt > unknown_nonandroid_sloccount.txt
tail -1 unknown_android_sloccount.txt
tail -1 unknown_nonandroid_sloccount.txt
echo creating subsidiaries and android names checks
cat unknown_nonandroid_copyrights.txt | xargs grep -F -i -f ../subsidiaries_list.txt > subsidiaries_check.txt
cat nonandroid_copyrights.txt unknown_nonandroid_copyrights.txt | xargs grep -i -E -C1 "android|google" >
googleandroid_check.txt
```

## filename2line.sh

```
#!/usr/bin/gawk -f

BEGIN {
  FS="\t"
  OFS="\t"
  sum=0
}
{
  if(NR == FNR) {
    fileList[$4] = $1
  }
  else{
    if($1 in fileList) {
      print $1,fileList[$1]
      sum = sum + fileList[$1]
    }
    else{
      print $1,"NOT_FOUND"
    }
  }
}
END {
  print sum
}
```

**APPENDIX D: COMPARISON OF "RULEBASEDCOLLATOR" CLASS FILE PUBLISHED BY IBM AS A PART OF ICU 2.2 (AS CITED BY DR. ASTRACHAN) TO THE CLASS FILE OF THE SAME NAME IN JAVA SE 5**

```
1 --- IBM_RBC.java  2016-02-27 18:42:40.790479400 -0500
2 +++ JDK_RBC.java  2004-09-15 01:55:24.000000000 -0400
3 @@ -1,114 +1,202 @@
4 -/**
5 -
********************************************************************
**
6 -* Copyright (C) 1996-2002, International Business Machines Corporation
and   *
7 -* others. All Rights Reserved.
*
8 -
********************************************************************
**
9 -*
10 -* $Source:
/xsrl/Nsvn/icu/icu4j/src/com/ibm/icu/text/RuleBasedCollator.java,v $
11 -* $Date: 2002/08/08 23:37:53 $
12 -* $Revision: 1.17 $
13 -*
14 -
********************************************************************
**
15 -*/
16 -package com.ibm.icu.text;
17 -
18 -import java.io.InputStream;
19 -import java.io.BufferedInputStream;
20 -import java.io.ByteArrayInputStream;
21 -import java.util.Locale;
22 -import java.util.ResourceBundle;
23 -import java.text.CharacterIterator;
24 -import java.text.StringCharacterIterator;
25 -import com.ibm.icu.impl.IntTrie;
26 -import com.ibm.icu.impl.Trie;
27 -import com.ibm.icu.impl.ICULocaleData;
28 -import com.ibm.icu.impl.BOCU;
29 -import com.ibm.icu.impl.Utility;
30 -
31 -/**
32 - * <p>RuleBasedCollator is a concrete subclass of Collator. It allows
33 - * customization of the Collator via user-specified rule sets.
34 - * RuleBasedCollator is designed to be fully compliant to the <a
35 - * href="http://www.unicode.org/unicode/reports/tr10/"> Unicode
36 - * Collation Algorithm (UCA)</a> and conforms to ISO 14651.</p>
37 +/*
38 + * @(#)RuleBasedCollator.java  1.37 03/12/19
39 + *
40 - * <p>Users are strongly encouraged to read <a
41 - * href="http://oss.software.ibm.com/icu/userguide/Collate_Intro.html">
42 - * the users guide</a> for more information about the collation
43 - * service before using this class.</p>
```

47        Expert Report of Prof. Douglas C. Schmidt

```
44 - *
45 - * <p>Create a RuleBasedCollator from a locale by calling the
46 - * getInstance(Locale) factory method in the base class Collator.
47 - * Collator.getInstance(Locale) creates a RuleBasedCollator object
48 - * based on the collation rules defined by the argument locale.  If a
49 - * customized collation ordering ar attributes is required, use the
50 - * RuleBasedCollator(String) constructor with the appropriate
51 - * rules. The customized RuleBasedCollator will base its ordering on
52 - * UCA, while re-adjusting the attributes and orders of the characters
53 - * in the specified rule accordingly.</p>
54 - *
55 - * <p>RuleBasedCollator provides correct collation orders for most
56 - * locales supported in ICU. If specific data for a locale is not
57 - * available, the orders eventually falls back to the <a
58 - * href="http://www.unicode.org/unicode/reports/tr10/">UCA collation
59 - * order </a>.</p>
60 + * Copyright 2004 Sun Microsystems, Inc. All rights reserved.
61 + * SUN PROPRIETARY/CONFIDENTIAL. Use is subject to license terms.
62 + */
63 +
64 +/*
65 + * (C) Copyright Taligent, Inc. 1996, 1997 - All Rights Reserved
66 + * (C) Copyright IBM Corp. 1996-1998 - All Rights Reserved
67 + *
68 - * <p>For information about the collation rule syntax and details
69 - * about customization, please refer to the
70 - * <a
href="http://oss.software.ibm.com/icu/userguide/Collate_Customization.html">
71 - * Collation customization</a> section of the user's guide.</p>
72 + *    The original version of this source code and documentation is
copyrighted
73 + * and owned by Taligent, Inc., a wholly-owned subsidiary of IBM. These
74 + * materials are provided under terms of a License Agreement between
Taligent
75 + * and Sun. This technology is protected by multiple US and
International
76 + * patents. This notice and attribution to Taligent may not be removed.
77 + *    Taligent is a registered trademark of Taligent, Inc.
78 + *
79 - * <p><strong>Note</strong> that there are some differences between
80 - * the Collation rule syntax used in Java and ICU4J:
81 + */
82 +
83 +package java.text;
84 +
85 +import java.util.Vector;
86 +import java.util.Locale;
87 +import sun.text.Normalizer;
88 +import sun.text.NormalizerUtilities;
89 +
90 +/**
91 + * The <code>RuleBasedCollator</code> class is a concrete subclass of
92 + * <code>Collator</code> that provides a simple, data-driven, table
93 + * collator.  With this class you can create a customized table-based
94 + * <code>Collator</code>.  <code>RuleBasedCollator</code> maps
95 + * characters to sort keys.
96 + *
```

```
 97 + * <p>
 98 + * <code>RuleBasedCollator</code> has the following restrictions
 99 + * for efficiency (other subclasses may be used for more complex
languages):
100 + * <ol>
101 + * <li>If a special collation rule controlled by a &lt;modifier&gt; is
102 + *     specified it applies to the whole collator object.
103 + * <li>All non-mentioned characters are at the end of the
104 + *     collation order.
105 + * </ol>
106   *
107 - * <ul>
108 - * <li>According to the JDK documentation:
109 - * <i>
110 - * <p>
111 - * Modifier '!' : Turns on Thai/Lao vowel-consonant swapping. If this
rule
112 - * is in force when a Thai vowel of the range &#92;U0E40-&#92;U0E44
precedes a
113 - * Thai consonant of the range &#92;U0E01-&#92;U0E2E OR a Lao vowel of
the
114 - * range &#92;U0EC0-&#92;U0EC4 precedes a Lao consonant of the range
115 - * &#92;U0E81-&#92;U0EAE then the
116 - * vowel is placed after the consonant for collation purposes.
117 - * </p>
118 - * <p>
119 - * If a rule is without the modifier '!', the Thai/Lao vowel-consonant
120 - * swapping is not turned on.
121 - * </p>
122 - * </i>
123 - * <p>
124 - * ICU4J's RuleBasedCollator does not support turning off the Thai/Lao
125 - * vowel-consonant swapping, since the UCA clearly states that it has
to be
126 - * supported to ensure a correct sorting order. If a '!' is
encountered, it is
127 - * ignored.
128 - * </p>
129 - * <li>As mentioned in the documentation of the base class Collator,
130 - *     compatibility decomposition mode is not supported.
131 + * The collation table is composed of a list of collation rules, where
each
132 + * rule is of one of three forms:
133 + * <pre>
134 + *     &lt;modifier&gt;
135 + *     &lt;relation&gt; &lt;text-argument&gt;
136 + *     &lt;reset&gt; &lt;text-argument&gt;
137 + * </pre>
138 + * The definitions of the rule elements is as follows:
139 + * <UL Type=disc>
140 + *     <LI><strong>Text-Argument</strong>: A text-argument is any
sequence of
141 + *         characters, excluding special characters (that is, common
142 + *         whitespace characters [0009-000D, 0020] and rule syntax
characters
143 + *         [0021-002F, 003A-0040, 005B-0060, 007B-007E]). If those
144 + *         characters are desired, you can put them in single quotes
```

```
145 + *       (e.g. ampersand => '&'). Note that unquoted white space
characters
146 + *       are ignored; e.g. <code>b c</code> is treated as
<code>bc</code>.
147 + *    <LI><strong>Modifier</strong>: There are currently two modifiers
that
148 + *       turn on special collation rules.
149 + *       <UL Type=square>
150 + *          <LI>'@' : Turns on backwards sorting of accents
(secondary
151 + *                    differences), as in French.
152 + *          <LI>'!' : Turns on Thai/Lao vowel-consonant swapping.  If
this
153 + *                    rule is in force when a Thai vowel of the range
154 + *                    &#92;U0E40-&#92;U0E44 precedes a Thai consonant
of the range
155 + *                    &#92;U0E01-&#92;U0E2E OR a Lao vowel of the
range &#92;U0EC0-&#92;U0EC4
156 + *                    precedes a Lao consonant of the range
&#92;U0E81-&#92;U0EAE then
157 + *                    the vowel is placed after the consonant for
collation
158 + *                    purposes.
159   * </ul>
160 + *       <p>'@' : Indicates that accents are sorted backwards, as in
French.
161 + *    <LI><strong>Relation</strong>: The relations are the following:
162 + *       <UL Type=square>
163 + *          <LI>'&lt;' : Greater, as a letter difference (primary)
164 + *          <LI>';' : Greater, as an accent difference (secondary)
165 + *          <LI>',' : Greater, as a case difference (tertiary)
166 + *          <LI>'=' : Equal
167 + *       </UL>
168 + *    <LI><strong>Reset</strong>: There is a single reset
169 + *       which is used primarily for contractions and expansions, but
which
170 + *       can also be used to add a modification at the end of a set of
rules.
171 + *       <p>'&' : Indicates that the next rule follows the position to
where
172 + *          the reset text-argument would be sorted.
173 + * </UL>
174 + *
175   * <p>
176 - * <strong>Examples</strong>
177 - * </p>
178 - * <p>
179 - * Creating Customized RuleBasedCollators:
180 + * This sounds more complicated than it is in practice. For example,
the
181 + * following are equivalent ways of expressing the same thing:
182 + * <blockquote>
183 + * <pre>
184 + * a &lt; b &lt; c
185 + * a &lt; b &amp; b &lt; c
186 + * a &lt; c &amp; a &lt; b
187 + * </pre>
```

```
188 + * </blockquote>
189 + * Notice that the order is important, as the subsequent item goes
immediately
190 + * after the text-argument. The following are not equivalent:
191   * <blockquote>
192   * <pre>
193 - * String simple = "&amp; a &lt; b &lt; c &lt; d";
194 - * RuleBasedCollator simpleCollator = new RuleBasedCollator(simple);
195 + * a &lt; b &amp; a &lt; c
196 + * a &lt; c &amp; a &lt; b
197 + * </pre>
198 + * </blockquote>
199 + * Either the text-argument must already be present in the sequence, or
some
200 + * initial substring of the text-argument must be present. (e.g. "a
&lt; b &amp; ae &lt;
201 + * e" is valid since "a" is present in the sequence before "ae" is
reset). In
202 + * this latter case, "ae" is not entered and treated as a single
character;
203 + * instead, "e" is sorted as if it were expanded to two characters: "a"
204 + * followed by an "e". This difference appears in natural languages: in
205 + * traditional Spanish "ch" is treated as though it contracts to a
single
206 + * character (expressed as "c &lt; ch &lt; d"), while in traditional
German
207 + * a-umlaut is treated as though it expanded to two characters
208 + * (expressed as "a,A &lt; b,B ...
&amp;ae&#92;u00e3&amp;AE&#92;u00c3").
209 + * [&#92;u00e3 and &#92;u00c3 are, of course, the escape sequences for
a-umlaut.]
210 + * <p>
211 + * <strong>Ignorable Characters</strong>
212 + * <p>
213 + * For ignorable characters, the first rule must start with a relation
(the
214 + * examples we have used above are really fragments; "a &lt; b" really
should be
215 + * "&lt; a &lt; b"). If, however, the first relation is not "&lt;",
then all the all
216 + * text-arguments up to the first "&lt;" are ignorable. For example, ",
- &lt; a &lt; b"
217 + * makes "-" an ignorable character, as we saw earlier in the word
218 + * "black-birds". In the samples for different languages, you see that
most
219 + * accents are ignorable.
220 + *
221 + * <p><strong>Normalization and Accents</strong>
222 + * <p>
223 + * <code>RuleBasedCollator</code> automatically processes its rule
table to
224 + * include both pre-composed and combining-character versions of
225 + * accented characters.  Even if the provided rule string contains only
226 + * base characters and separate combining accent characters, the pre-
composed
227 + * accented characters matching all canonical combinations of
characters from
```

```
228 + * the rule string will be entered in the table.
229 + * <p>
230 + * This allows you to use a RuleBasedCollator to compare accented
strings
231 + * even when the collator is set to NO_DECOMPOSITION.  There are two
caveats,
232 + * however.  First, if the strings to be collated contain combining
233 + * sequences that may not be in canonical order, you should set the
collator to
234 + * CANONICAL_DECOMPOSITION or FULL_DECOMPOSITION to enable sorting of
235 + * combining sequences.  Second, if the strings contain characters with
236 + * compatibility decompositions (such as full-width and half-width
forms),
237 + * you must use FULL_DECOMPOSITION, since the rule tables only include
238 + * canonical mappings.
239 + *
240 + * <p><strong>Errors</strong>
241 + * <p>
242 + * The following are errors:
243 + * <UL Type=disc>
244 + *     <LI>A text-argument contains unquoted punctuation symbols
245 + *         (e.g. "a &lt; b-c &lt; d").
246 + *     <LI>A relation or reset character not followed by a text-
argument
247 + *         (e.g. "a &lt; ,b").
248 + *     <LI>A reset where the text-argument (or an initial substring of
the
249 + *         text-argument) is not already in the sequence.
250 + *         (e.g. "a &lt; b &amp; e &lt; f")
251 + * </UL>
252 + * If you produce one of these errors, a <code>RuleBasedCollator</code>
throws
253 + * a <code>ParseException</code>.
254 + *
255 - * String norwegian = "&amp; a , A &lt; b , B &lt; c , C &lt; d , D
&lt; e , E "
256 - *                     + "&lt; f , F &lt; g , G &lt; h , H &lt; i , I
&lt; j , "
257 - *                     + "J &lt; k , K &lt; l , L &lt; m , M &lt; n , N
&lt; "
258 - *                     + "o , O &lt; p , P &lt; q , Q &lt r , R &lt s ,
S &lt; "
259 - *                     + "t , T &lt; u , U &lt; v , V &lt; w , W &lt; x
, X "
260 - *                     + "&lt; y , Y &lt; z , Z &lt; &#92;u00E5 =
a&#92;u030A "
261 - *                     + ", &#92;u00C5 = A&#92;u030A ; aa , AA &lt;
&#92;u00E6 "
262 - *                     + ", &#92;u00C6 &lt; &#92;u00F8 , &#92;u00D8";
263 - * RuleBasedCollator norwegianCollator = new
RuleBasedCollator(norwegian);
264 + * <p><strong>Examples</strong>
265 + * <p>Simple:     "&lt; a &lt; b &lt; c &lt; d"
266 + * <p>Norwegian:  "&lt; a,A&lt; b,B&lt; c,C&lt; d,D&lt; e,E&lt; f,F&lt;
g,G&lt; h,H&lt; i,I&lt; j,J
267 + *               &lt; k,K&lt; l,L&lt; m,M&lt; n,N&lt; o,O&lt; p,P&lt;
q,Q&lt; r,R&lt; s,S&lt; t,T
```

```
268 + *                      &lt; u,U&lt; v,V&lt; w,W&lt; x,X&lt; y,Y&lt; z,Z
269 + *                      &lt; &#92;u00E5=a&#92;u030A,&#92;u00C5=A&#92;u030A
270 + *                      ;aa,AA&lt; &#92;u00E6,&#92;u00C6&lt;
&#92;u00F8,&#92;u00D8"
271 + *
272 + * <p>
273 + * Normally, to create a rule-based Collator object, you will use
274 + * <code>Collator</code>'s factory method <code>getInstance</code>.
275 + * However, to create a rule-based Collator object with specialized
276 + * rules tailored to your needs, you construct the
<code>RuleBasedCollator</code>
277 + * with the rules contained in a <code>String</code> object. For
example:
278 + * <blockquote>
279 + * <pre>
280 + * String Simple = "&lt; a&lt; b&lt; c&lt; d";
281 + * RuleBasedCollator mySimple = new RuleBasedCollator(Simple);
282 + * </pre>
283 + * </blockquote>
284 + * Or:
285 + * <blockquote>
286 + * <pre>
287 + * String Norwegian = "&lt; a,A&lt; b,B&lt; c,C&lt; d,D&lt; e,E&lt;
f,F&lt; g,G&lt; h,H&lt; i,I&lt; j,J" +
288 + *                      "&lt; k,K&lt; l,L&lt; m,M&lt; n,N&lt; o,O&lt;
p,P&lt; q,Q&lt; r,R&lt; s,S&lt; t,T" +
289 + *                      "&lt; u,U&lt; v,V&lt; w,W&lt; x,X&lt; y,Y&lt; z,Z" +
290 + *                      "&lt; &#92;u00E5=a&#92;u030A,&#92;u00C5=A&#92;u030A"
+
291 + *                      ";aa,AA&lt; &#92;u00E6,&#92;u00C6&lt;
&#92;u00F8,&#92;u00D8"
292 + * RuleBasedCollator myNorwegian = new RuleBasedCollator(Norwegian);
293   * </pre>
294   * </blockquote>
295   *
296 - * Concatenating rules to combine <code>Collator</code>s:
297 + * <p>
298 + * Combining <code>Collator</code>s is as simple as concatenating
strings.
299 + * Here's an example that combines two <code>Collator</code>s from two
300 + * different locales:
301   * <blockquote>
302   * <pre>
303   * // Create an en_US Collator object
304 @@ -128,3269 +216,557 @@
305   * </pre>
306   * </blockquote>
307   *
308 - * Making changes to an existing RuleBasedCollator to create a new
309 - * <code>Collator</code> object, by appending changes to the existing
rule:
310 + * <p>
311 + * Another more interesting example would be to make changes on an
existing
312 + * table to create a new <code>Collator</code> object.  For example,
add
```

```
313 + * "&amp;C&lt; ch, cH, Ch, CH" to the <code>en_USCollator</code> object
to create
314 + * your own:
315   * <blockquote>
316   * <pre>
317   * // Create a new Collator object with additional rules
318 - * String addRules = "&amp; C &lt; ch, cH, Ch, CH";
319 + * String addRules = "&amp;C&lt; ch, cH, Ch, CH";
320   * RuleBasedCollator myCollator =
321   *     new RuleBasedCollator(en_USCollator + addRules);
322   * // myCollator contains the new rules
323   * </pre>
324   * </blockquote>
325   *
326 - * How to change the order of non-spacing accents:
327 + * <p>
328 + * The following example demonstrates how to change the order of
329 + * non-spacing accents,
330   * <blockquote>
331   * <pre>
332 - * // old rule with main accents
333 - * String oldRules = "= &#92;u0301 ; &#92;u0300 ; &#92;u0302 ;
&#92;u0308 "
334 - *                   + "; &#92;u0327 ; &#92;u0303 ; &#92;u0304 ;
&#92;u0305 "
335 - *                   + "; &#92;u0306 ; &#92;u0307 ; &#92;u0309 ;
&#92;u030A "
336 - *                   + "; &#92;u030B ; &#92;u030C ; &#92;u030D ;
&#92;u030E "
337 - *                   + "; &#92;u030F ; &#92;u0310 ; &#92;u0311 ;
&#92;u0312 "
338 - *                   + "&lt; a , A ; ae, AE ; &#92;u00e6 , &#92;u00c6 "
339 - *                   + "&lt; b , B &lt; c, C &lt; e, E &amp; C &lt; d ,
D";
340 + * // old rule
341 + * String oldRules = "=&#92;u0301;&#92;u0300;&#92;u0302;&#92;u0308"
// main accents
342 + *                   + ";&#92;u0327;&#92;u0303;&#92;u0304;&#92;u0305"
// main accents
343 + *                   + ";&#92;u0306;&#92;u0307;&#92;u0309;&#92;u030A"
// main accents
344 + *                   + ";&#92;u030B;&#92;u030C;&#92;u030D;&#92;u030E"
// main accents
345 + *                   + ";&#92;u030F;&#92;u0310;&#92;u0311;&#92;u0312"
// main accents
346 + *                   + "&lt; a , A ; ae, AE ; &#92;u00e6 , &#92;u00c6"
347 + *                   + "&lt; b , B &lt; c, C &lt; e, E & C &lt; d, D";
348   * // change the order of accent characters
349 - * String addOn = "&amp; &#92;u0300 ; &#92;u0308 ; &#92;u0302";
350 + * String addOn = "& &#92;u0300 ; &#92;u0308 ; &#92;u0302";
351   * RuleBasedCollator myCollator = new RuleBasedCollator(oldRules +
addOn);
352   * </pre>
353   * </blockquote>
354   *
355 - * Putting in a new primary ordering before the default setting,
```

```
356 - * e.g. sort English characters before or after Japanese characters in
the Japanese
357 - * <code>Collator</code>:
358 + * <p>
359 + * The last example shows how to put new primary ordering in before the
360 + * default setting. For example, in Japanese <code>Collator</code>, you
361 + * can either sort English characters before or after Japanese
characters,
362   * <blockquote>
363   * <pre>
364   * // get en_US Collator rules
365 - * RuleBasedCollator en_USCollator
366 - *                         =
(RuleBasedCollator)Collator.getInstance(Locale.US);
367 - * // add a few Japanese characters to sort before English characters
368 + * RuleBasedCollator en_USCollator =
(RuleBasedCollator)Collator.getInstance(Locale.US);
369 + * // add a few Japanese character to sort before English characters
370   * // suppose the last character before the first base letter 'a' in
371   * // the English collation rule is &#92;u2212
372 - * String jaString = "& &#92;u2212 &lt &#92;u3041, &#92;u3042 &lt
&#92;u3043, "
373 - *                   + "&#92;u3044";
374 - * RuleBasedCollator myJapaneseCollator
375 - *                 = new RuleBasedCollator(en_USCollator.getRules() +
jaString);
376 + * String jaString = "& &#92;u2212 &lt; &#92;u3041, &#92;u3042 &lt;
&#92;u3043, &#92;u3044";
377 + * RuleBasedCollator myJapaneseCollator = new
378 + *     RuleBasedCollator(en_USCollator.getRules() + jaString);
379   * </pre>
380   * </blockquote>
381 - * </p>
382 - * @author Syn Wee Quek
383 - * @since release 2.2, April 18 2002
384 - * @draft 2.2
385 + *
386 + * @see        Collator
387 + * @see        CollationElementIterator
388 + * @version    1.25 07/24/98
389 + * @author     Helena Shih, Laura Werner, Richard Gillam
390   */
391 -public final class RuleBasedCollator extends Collator
392 -{
393 -  // public data members ----------------------------------------------
-----
394 -
395 -  // public constructors ----------------------------------------------
-----
396 -
397 -  /**
398 -      * <p>
399 -      * Constructor that takes the argument rules for
400 -      * customization. The collator will be based on UCA,
401 -      * with the attributes and re-ordering of the characters specified
in the
402 -      * argument rules.
```

```
403 -     * </p>
404 -     * <p>See the user guide's section on
405 -     * <a
href=http://oss.software.ibm.com/icu/userguide/Collate_Customization.html>
406 -     * Collation Customization</a> for details on the rule syntax.
407 -     * </p>
408 +public class RuleBasedCollator extends Collator{
409 +    // IMPLEMENTATION NOTES:  The implementation of the collation
algorithm is
410 +    // divided across three classes: RuleBasedCollator,
RBCollationTables, and
411 +    // CollationElementIterator.  RuleBasedCollator contains the
collator's
412 +    // transient state and includes the code that uses the other
classes to
413 +    // implement comparison and sort-key building.  RuleBasedCollator
also
414 +    // contains the logic to handle French secondary accent sorting.
415 +    // A RuleBasedCollator has two CollationElementIterators.  State
doesn't
416 +    // need to be preserved in these objects between calls to compare()
or
417 +    // getCollationKey(), but the objects persist anyway to avoid
wasting extra
418 +    // creation time.  compare() and getCollationKey() are synchronized
to ensure
419 +    // thread safety with this scheme.  The CollationElementIterator is
responsible
420 +    // for generating collation elements from strings and returning one
element at
421 +    // a time (sometimes there's a one-to-many or many-to-one mapping
between
422 +    // characters and collation elements-- this class handles that).
423 +    // CollationElementIterator depends on RBCollationTables, which
contains the
424 +    // collator's static state.  RBCollationTables contains the actual
data
425 +    // tables specifying the collation order of characters for a
particular locale
426 +    // or use.  It also contains the base logic that
CollationElementIterator
427 +    // uses to map from characters to collation elements.  A single
RBCollationTables
428 +    // object is shared among all RuleBasedCollators for the same
locale, and
429 +    // thus by all the CollationElementIterators they create.
430 +
431 +    /**
432 +     * RuleBasedCollator constructor.  This takes the table rules and
builds
433 +     * a collation table out of them.  Please see RuleBasedCollator
class
434 +     * description for more details on the collation rule syntax.
435 +     * @see java.util.Locale
436 +     * @param rules the collation rules to build the collation table
from.
```

```
437 -    * @exception ParseException and IOException thrown. ParseException
thrown
438 -    *            when argument rules have an invalid syntax.
IOException
439 -    *            thrown when an error occured while reading internal
data.
440 -    * @draft 2.2
441 +    * @exception ParseException A format exception
442 +    * will be thrown if the build process of the rules fails. For
443 +    * example, build rule "a < ? < d" will cause the constructor to
444 +    * throw the ParseException because the '?' is not quoted.
445 -    */
446 -    public RuleBasedCollator(String rules) throws Exception
447 -    {
448 -        if (rules == null || rules.length() == 0) {
449 -            throw new IllegalArgumentException(
450 -                                          "Collation rules can not be
null");
451 -        }
452 -    setWithUCAData();
453 -        CollationParsedRuleBuilder builder
454 -                                      = new
CollationParsedRuleBuilder(rules);
455 -
456 -    builder.setRules(this);
457 -        m_rules_ = rules;
458 -        init();
459 -        initUtility();
460 +    public RuleBasedCollator(String rules) throws ParseException {
461 +        this(rules, Collator.CANONICAL_DECOMPOSITION);
462 +    }
463
464 -  // public methods -------------------------------------------------
-----
465 -
466 -    /**
467 -     * Clones the RuleBasedCollator
468 -     * @return a new instance of this RuleBasedCollator object
469 +     * RuleBasedCollator constructor.  This takes the table rules and
builds
470 +     * a collation table out of them.  Please see RuleBasedCollator
class
471 +     * description for more details on the collation rule syntax.
472 +     * @see java.util.Locale
473 +     * @param rules the collation rules to build the collation table
from.
474 +     * @param decomp the decomposition strength used to build the
475 +     * collation table and to perform comparisons.
476 +     * @exception ParseException A format exception
477 +     * will be thrown if the build process of the rules fails. For
478 +     * example, build rule "a < ? < d" will cause the constructor to
479 +     * throw the ParseException because the '?' is not quoted.
480 +     */
481 -    public Object clone() throws CloneNotSupportedException
482 -    {
483 -        RuleBasedCollator result = (RuleBasedCollator)super.clone();
```

```
484 -        // since all collation data in the RuleBasedCollator do not
change
485 -        // we can safely assign the result.fields to this collator
486 -        result.initUtility(); // let the new clone have their own util
487 -                                      // iterators
488 -        return result;
489 +    RuleBasedCollator(String rules, int decomp) throws ParseException {
490 +        setStrength(Collator.TERTIARY);
491 +        setDecomposition(decomp);
492 +        tables = new RBCollationTables(rules, decomp);
493 +    }
494
495      /**
496 -     * Return a CollationElementIterator for the given String.
497 -     * @see CollationElementIterator
498 -     * @draft 2.2
499 +     * "Copy constructor."  Used in clone() for performance.
500      */
501 -    public CollationElementIterator getCollationElementIterator(String
source)
502 -    {
503 -        return new CollationElementIterator(source, this);
504 +    private RuleBasedCollator(RuleBasedCollator that) {
505 +        setStrength(that.getStrength());
506 +        setDecomposition(that.getDecomposition());
507 +        tables = that.tables;
508 +    }
509
510      /**
511 -     * Return a CollationElementIterator for the given
CharacterIterator.
512 -     * The source iterator's integrity will be preserved since a new
copy
513 -     * will be created for use.
514 -     * @see CollationElementIterator
515 -     * @draft 2.2
516 +     * Gets the table-based rules for the collation object.
517 +     * @return returns the collation rules that the table collation
object
518 +     * was created from.
519      */
520 -    public CollationElementIterator getCollationElementIterator(
521 -                                              CharacterIterator
source)
522 +    public String getRules()
523      {
524 -        CharacterIterator newsource = (CharacterIterator)source.clone();
525 -        return new CollationElementIterator(newsource, this);
526 +        return tables.getRules();
527      }
528
529 -    // public setters -------------------------------------------------
-------
530 -
531      /**
532 -    * Sets the Hiragana Quaternary mode to be on or off.
533 -     * When the Hiragana Quaternary mode is turned on, the collator
```

```
534 -    * positions Hiragana characters before all non-ignorable characters
in
535 -    * QUATERNARY strength. This is to produce a correct JIS collation
order,
536 -    * distinguishing between Katakana  and Hiragana characters.
537 -    * @param flag true if Hiragana Quaternary mode is to be on, false
538 -    *        otherwise
539 -    * @see #setHiraganaQuaternaryDefault
540 -    * @see #isHiraganaQuaternary
541 -    * @draft 2.2
542 +    * Return a CollationElementIterator for the given String.
543 +    * @see java.text.CollationElementIterator
544 -    */
545 -   public void setHiraganaQuaternary(boolean flag)
546 -   {
547 -     m_isHiragana4_ = flag;
548 +   public CollationElementIterator getCollationElementIterator(String
source) {
549 +       return new CollationElementIterator( source, this );
550 -   }
551
552 -   /**
553 -    * Sets the Hiragana Quaternary mode to the initial mode set during
554 -    * construction of the RuleBasedCollator.
555 -    * See setHiraganaQuaternary(boolean) for more details.
556 -    * @see #setHiraganaQuaternary(boolean)
557 -    * @see #isHiraganaQuaternary
558 -    * @draft 2.2
559 +    * Return a CollationElementIterator for the given String.
560 +    * @see java.text.CollationElementIterator
561 +    * @since 1.2
562 -    */
563 -   public void setHiraganaQuaternaryDefault()
564 -   {
565 -     m_isHiragana4_ = m_defaultIsHiragana4_;
566 +   public CollationElementIterator getCollationElementIterator(
567 +                                      CharacterIterator
source) {
568 +       return new CollationElementIterator( source, this );
569 -   }
570
571 -   /**
572 -    * Sets whether uppercase characters sort before lowercase
573 -    * characters or vice versa, in strength TERTIARY. The default
574 -    * mode is false, and so lowercase characters sort before uppercase
575 -    * characters.
576 -    * If true, sort upper case characters first.
577 -    * @param upperfirst true to sort uppercase characters before
578 -    *                   lowercase characters, false to sort lowercase
579 -    *                   characters before uppercase characters
580 -    * @see #isLowerCaseFirst
581 -    * @see #isUpperCaseFirst
582 -    * @see #setLowerCaseFirst
583 -    * @see #setCaseFirstDefault
584 -    * @draft 2.2
585 -    */
586 -   public void setUpperCaseFirst(boolean upperfirst)
```

```
587  -     {
588  -         if (upperfirst) {
589  -             m_caseFirst_ = AttributeValue.UPPER_FIRST_;
590  -         }
591  -         else {
592  -             m_caseFirst_ = AttributeValue.OFF_;
593  -         }
594  -         updateInternalState();
595  -     }
596  +     * Compares the character data stored in two different strings
         based on the
597  +     * collation rules.  Returns information about whether a string is
         less
598  +     * than, greater than or equal to another string in a language.
599  +     * This can be overriden in a subclass.
600  +     */
601  +     public synchronized int compare(String source, String target)
602  +     {
603  +         // The basic algorithm here is that we use
         CollationElementIterators
604  +         // to step through both the source and target strings.  We
         compare each
605  +         // collation element in the source string against the
         corresponding one
606  +         // in the target, checking for differences.
607  +         //
608  +         // If a difference is found, we set <result> to LESS or GREATER
         to
609  +         // indicate whether the source string is less or greater than
         the target.
610  +         //
611  +         // However, it's not that simple.  If we find a tertiary
         difference
612  +         // (e.g. 'A' vs. 'a') near the beginning of a string, it can be
613  +         // overridden by a primary difference (e.g. "A" vs. "B") later
         in
614  +         // the string.  For example, "AA" < "aB", even though 'A' >
         'a'.
615  +         //
616  +         // To keep track of this, we use strengthResult to keep track
         of the
617  +         // strength of the most significant difference that has been
         found
618  +         // so far.  When we find a difference whose strength is greater
         than
619  +         // strengthResult, it overrides the last difference (if any)
         that
620  +         // was found.
621  +
622  -  /**
623  -      * Sets the orders of lower cased characters to sort before upper
         cased
624  -      * characters, in strength TERTIARY. The default
625  -      * mode is false.
626  -      * If true is set, the RuleBasedCollator will sort lower cased
         characters
627  -      * before the upper cased ones.
```

```
628 -      * Otherwise, if false is set, the RuleBasedCollator will ignore
case
629 -      * preferences.
630 -      * @param lowerfirst true for sorting lower cased characters before
631 -      *                   upper cased characters, false to ignore case
632 -      *                   preferences.
633 -      * @see #isLowerCaseFirst
634 -      * @see #isUpperCaseFirst
635 -      * @see #setUpperCaseFirst
636 -      * @see #setCaseFirstDefault
637 -      */
638 -     public void setLowerCaseFirst(boolean lowerfirst)
639 -     {
640 -       if (lowerfirst) {
641 -         m_caseFirst_ = AttributeValue.LOWER_FIRST_;
642 -       }
643 -       else {
644 -         m_caseFirst_ = AttributeValue.OFF_;
645 +       int result = Collator.EQUAL;
646 +
647 +       if (sourceCursor == null) {
648 +           sourceCursor = getCollationElementIterator(source);
649 +       } else {
650 +           sourceCursor.setText(source);
651 +       }
652 -       updateInternalState();
653 +       if (targetCursor == null) {
654 +           targetCursor = getCollationElementIterator(target);
655 +       } else {
656 +           targetCursor.setText(target);
657 +       }
658
659 -     /**
660 -      * Sets the case first mode to the initial mode set during
661 -   * construction of the RuleBasedCollator.
662 -   * See setUpperCaseFirst(boolean) and setLowerCaseFirst(boolean) for
more
663 -      * details.
664 -      * @see #isLowerCaseFirst
665 -      * @see #isUpperCaseFirst
666 -      * @see #setLowerCaseFirst(boolean)
667 -      * @see #setUpperCaseFirst(boolean)
668 -      * @draft 2.2
669 -      */
670 -     public final void setCaseFirstDefault()
671 -     {
672 -       m_caseFirst_ = m_defaultCaseFirst_;
673 -       updateInternalState();
674 -     }
675 +       int sOrder = 0, tOrder = 0;
676
677 -     /**
678 -      * Sets the alternate handling mode to the initial mode set during
679 -   * construction of the RuleBasedCollator.
680 -   * See setAlternateHandling(boolean) for more details.
681 -      * @see #setAlternateHandlingShifted(boolean)
682 -      * @see #isAlternateHandlingShifted()
```

```
683 -      * @draft 2.2
684 -      */
685 -     public void setAlternateHandlingDefault()
686 -     {
687 -        m_isAlternateHandlingShifted_ =
m_defaultIsAlternateHandlingShifted_;
688 -        updateInternalState();
689 -     }
690 +        boolean initialCheckSecTer = getStrength() >=
Collator.SECONDARY;
691 +        boolean checkSecTer = initialCheckSecTer;
692 +        boolean checkTertiary = getStrength() >= Collator.TERTIARY;
693
694 -     /**
695 -      * Sets the case level mode to the initial mode set during
696 -   * construction of the RuleBasedCollator.
697 -   * See setCaseLevel(boolean) for more details.
698 -   * @see #setCaseLevel(boolean)
699 -   * @see #isCaseLevel
700 -      * @draft 2.2
701 -      */
702 -     public void setCaseLevelDefault()
703 -     {
704 -        m_isCaseLevel_ = m_defaultIsCaseLevel_;
705 -        updateInternalState();
706 -     }
707 +        boolean gets = true, gett = true;
708
709 -     /**
710 -      * Sets the decomposition mode to the initial mode set during
construction
711 -      * of the RuleBasedCollator.
712 -      * See setDecomposition(int) for more details.
713 -      * @see #getDecomposition
714 -      * @see #setDecomposition(int)
715 -      * @draft 2.2
716 -      */
717 -     public void setDecompositionDefault()
718 -     {
719 -        setDecomposition(m_defaultDecomposition_);
720 -     }
721 +        while(true) {
722 +            // Get the next collation element in each of the strings,
unless
723 +            // we've been requested to skip it.
724 +            if (gets) sOrder = sourceCursor.next(); else gets = true;
725 +            if (gett) tOrder = targetCursor.next(); else gett = true;
726
727 -     /**
728 -      * Sets the French collation mode to the initial mode set during
729 -      * construction of the RuleBasedCollator.
730 -      * See setFrenchCollation(boolean) for more details.
731 -      * @see #isFrenchCollation
732 -      * @see #setFrenchCollation(boolean)
733 -      * @draft 2.2
734 -      */
735 -     public void setFrenchCollationDefault()
```

```
736 -    {
737 -        m_isFrenchCollation_ = m_defaultIsFrenchCollation_;
738 -        updateInternalState();
739 -    }
740 +            // If we've hit the end of one of the strings, jump out of
the loop
741 +            if ((sOrder == CollationElementIterator.NULLORDER)||
742 +                (tOrder == CollationElementIterator.NULLORDER))
743 +                break;
744
745 -    /**
746 -     * Sets the collation strength to the initial mode set during the
747 -     * construction of the RuleBasedCollator.
748 -     * See setStrength(int) for more details.
749 -     * @see #setStrength(int)
750 -     * @see #getStrength
751 -     * @draft 2.2
752 -     */
753 -    public void setStrengthDefault()
754 -    {
755 -        setStrength(m_defaultStrength_);
756 -    }
757 +            int pSOrder =
CollationElementIterator.primaryOrder(sOrder);
758 +            int pTOrder =
CollationElementIterator.primaryOrder(tOrder);
759
760 -    /**
761 -     * Sets the mode for the direction of SECONDARY weights to be used
in
762 -     * French collation.
763 -     * The default value is false, which treats SECONDARY weights in
the order
764 -     * they appear.
765 -     * If set to true, the SECONDARY weights will be sorted backwards.
766 -     * See the section on
767 -     * <a
href=http://oss.software.ibm.com/icu/userguide/Collate_ServiceArchitecture.ht
ml>
768 -     * French collation</a> for more information.
769 -     * @param flag true to set the French collation on, false to set it
off
770 -     * @draft 2.2
771 -     * @see #isFrenchCollation
772 -     * @see #setFrenchCollationDefault
773 -     */
774 -    public void setFrenchCollation(boolean flag)
775 -    {
776 -        m_isFrenchCollation_ = flag;
777 -        updateInternalState();
778 +            // If there's no difference at this position, we can skip
it
779 +            if (sOrder == tOrder) {
780 +                if (tables.isFrenchSec() && pSOrder != 0) {
781 +                    if (!checkSecTer) {
782 +                        // in french, a secondary difference more to
the right is stronger,
```

```
 783 +                            // so accents have to be checked with each base
element
 784 +                            checkSecTer = initialCheckSecTer;
 785 +                            // but tertiary differences are less important
than the first
 786 +                            // secondary difference, so checking tertiary
remains disabled
 787 +                            checkTertiary = false;
 788 +                        }
 789 -
 790 -        /**
 791 -         * Sets the alternate handling for QUATERNARY strength to be either
 792 -         * shifted or non-ignorable.
 793 -         * See the UCA definition on
 794 -         * <a href="http://www.unicode.org/unicode/reports/tr10/#§3.2.2
Variable Collation Elements">
 795 -         * Alternate Weighting</a>.
 796 -         * This attribute will only be effective when QUATERNARY strength
is set.
 797 -         * The default value for this mode is false, corresponding to the
 798 -         * NON_IGNORABLE mode in UCA. In the NON-IGNORABLE mode, the
 799 -         * RuleBasedCollator will treats all the codepoints with non-
ignorable
 800 -         * primary weights in the same way.
 801 -         * If the mode is set to true, the behaviour corresponds to SHIFTED
defined
 802 -         * in UCA, this causes codepoints with PRIMARY orders that are
equal or
 803 -         * below the variable top value to be ignored in PRIMARY order and
 804 -         * moved to the QUATERNARY order.
 805 -         * @param shifted true if SHIFTED behaviour for alternate handling
is
 806 -         *            desired, false for the NON_IGNORABLE behaviour.
 807 -         * @see #isAlternateHandlingShifted
 808 -         * @see #setAlternateHandlingDefault
 809 -         * @draft 2.2
 810 -         */
 811 -        public void setAlternateHandlingShifted(boolean shifted)
 812 -        {
 813 -            m_isAlternateHandlingShifted_ = shifted;
 814 -            updateInternalState();
 815 +                        }
 816 +                        continue;
 817 -        }
 818
 819 -        /**
 820 -         * <p>
 821 -         * When case level is set to true, an additional weight is formed
 822 -         * between the SECONDARY and TERTIARY weight, known as the case
level.
 823 -         * The case level is used to distinguish large and small Japanese
Kana
 824 -         * characters. Case level could also be used in other situations.
 825 -         * For example to distinguish certain Pinyin characters.
 826 -         * The default value is false, which means the case level is not
generated.
 827 -         * The contents of the case level are affected by the case first
```

```
828 -      * mode. A simple way to ignore accent differences in a string is
to set
829 -      * the strength to PRIMARY and enable case level.
830 -      * </p>
831 -      * <p>
832 -      * See the section on
833 -      * <a
href=http://oss.software.ibm.com/icu/userguide/Collate_ServiceArchitecture.ht
ml>
834 -      * case level</a> for more information.
835 -      * </p>
836 -      * @param flag true if case level sorting is required, false
otherwise
837 -      * @draft 2.2
838 -      * @see #setCaseLevelDefault
839 -    * @see #isCaseLevel
840 -      */
841 -     public void setCaseLevel(boolean flag)
842 +             // Compare primary differences first.
843 +             if ( pSOrder != pTOrder )
844 -     {
845 -       m_isCaseLevel_ = flag;
846 -       updateInternalState();
847 +             if (sOrder == 0) {
848 +                 // The entire source element is ignorable.
849 +                 // Skip to the next source element, but don't fetch
another target element.
850 +                 gett = false;
851 +                 continue;
852 -     }
853 -
854 -   /**
855 -      * <p>
856 -      * Sets this Collator's strength property. The strength property
857 -      * determines the minimum level of difference considered
significant
858 -      * during comparison.
859 -      * </p>
860 -      * <p>See the Collator class description for an example of use.</p>
861 -      * @param the new strength value.
862 -      * @see #getStrength
863 -      * @see #setStrengthDefault
864 -      * @see #PRIMARY
865 -      * @see #SECONDARY
866 -      * @see #TERTIARY
867 -      * @see #QUATERNARY
868 -      * @see #IDENTICAL
869 -      * @exception IllegalArgumentException If the new strength value is
not one
870 -      *          of PRIMARY, SECONDARY, TERTIARY, QUATERNARY or
IDENTICAL.
871 -      * @draft 2.2
872 -      */
873 -     public void setStrength(int newStrength) {
874 -       super.setStrength(newStrength);
875 -       updateInternalState();
876 +             if (tOrder == 0) {
```

```
877 +                        gets = false;
878 +                        continue;
879 +        }
880
881 -    // public getters ------------------------------------------
-------
882 -
883 -    /**
884 -     * Gets the collation rules for this RuleBasedCollator.
885 -     * @return returns the collation rules
886 -     * @draft 2.2
887 -     */
888 -    public String getRules()
889 -    {
890 -      return m_rules_;
891 -    }
892 +                   // The source and target elements aren't ignorable, but
it's still possible
893 +                   // for the primary component of one of the elements to
be ignorable....
894
895 -    /**
896 -     * <p>
897 -     * Get a Collation key for the argument String source from this
898 -     * RuleBasedCollator.
899 -     * </p>
900 -     * <p>
901 -     * General recommendation: <br>
902 -     * If comparison are to be done to the same String multiple times,
it would
903 -     * be more efficient to generate CollationKeys for the Strings and
use
904 -     * CollationKey.compareTo(CollationKey) for the comparisons.
905 -     * If the each Strings are compared to only once, using the method
906 -     * RuleBasedCollator.compare(String, String) will have a better
performance.
907 -     * </p>
908 -     * <p>
909 -     * See the class documentation for an explanation about
CollationKeys.
910 -     * </p>
911 -     * @param source the text String to be transformed into a collation
key.
912 -     * @return the CollationKey for the given String based on this
913 -     *         RuleBasedCollator's collation rules. If the source
String is
914 -     *         null, a null CollationKey is returned.
915 -     * @see CollationKey
916 -     * @see #compare(String, String)
917 -     * @draft 2.2
918 -     */
919 -    public CollationKey getCollationKey(String source)
920 +              if (pSOrder == 0)  // primary order in source is
ignorable
921 +        {
922 -      if (source == null) {
923 -        return null;
```

```
924 +                      // The source's primary is ignorable, but the
target's isn't.  We treat ignorables
925 +                      // as a secondary difference, so remember that we
found one.
926 +                      if (checkSecTer) {
927 +                          result = Collator.GREATER;  // (strength is
SECONDARY)
928 +                          checkSecTer = false;
929 +                      }
930 -        int strength = getStrength();
931 -        m_utilCompare0_ = m_isCaseLevel_;
932 -         m_utilCompare1_ = true;
933 -        m_utilCompare2_ = strength >= SECONDARY;
934 -        m_utilCompare3_ = strength >= TERTIARY;
935 -        m_utilCompare4_ = strength >= QUATERNARY;
936 -    m_utilCompare5_ = strength == IDENTICAL;
937 -
938 -    m_utilBytesCount0_ = 0;
939 -         m_utilBytesCount1_ = 0;
940 -         m_utilBytesCount2_ = 0;
941 -         m_utilBytesCount3_ = 0;
942 -         m_utilBytesCount4_ = 0;
943 -         m_utilBytesCount5_ = 0;
944 -        m_utilCount0_ = 0;
945 -         m_utilCount1_ = 0;
946 -         m_utilCount2_ = 0;
947 -         m_utilCount3_ = 0;
948 -         m_utilCount4_ = 0;
949 -         m_utilCount5_ = 0;
950 -        boolean doFrench = m_isFrenchCollation_ && m_utilCompare2_;
951 -        // TODO: UCOL_COMMON_BOT4 should be a function of qShifted.
952 -        // If we have no qShifted, we don't need to set UCOL_COMMON_BOT4
so
953 -        // high.
954 -         int commonBottom4 = ((m_variableTopValue_ >>> 8) + 1) &
LAST_BYTE_MASK_;
955 -        byte hiragana4 = 0;
956 -        if (m_isHiragana_ && m_utilCompare4_) {
957 -            // allocate one more space for hiragana, value for hiragana
958 -            hiragana4 = (byte)commonBottom4;
959 -            commonBottom4 ++;
960 -        }
961 -
962 -        int bottomCount4 = 0xFF - commonBottom4;
963 -        // If we need to normalize, we'll do it all at once at the
beginning!
964 -        if (m_utilCompare5_ && Normalizer.quickCheck(source,
Normalizer.NFD)
965 -                                                != Normalizer.YES)
{
966 -            // if it is identical strength, we have to normalize the
string to
967 -            // NFD so that it will be appended correctly to the end of
the sort
968 -            // key
969 -            source = Normalizer.decompose(source, false);
970 -        }
```

```
971 -          else if (getDecomposition() != NO_DECOMPOSITION
972 -          && Normalizer.quickCheck(source, Normalizer.FCD)
973 -                          != Normalizer.YES) {
974 -              // for the rest of the strength, if decomposition is on,
FCD is
975 -              // enough for us to work on.
976 -          source = Normalizer.normalize(source,Normalizer.FCD);
977 -      }
978 -    getSortKeyBytes(source, doFrench, hiragana4, commonBottom4,
979 -                    bottomCount4);
980 -    byte sortkey[] = getSortKey(source, doFrench, commonBottom4,
981 -                        bottomCount4);
982 -    return new CollationKey(source, sortkey);
983 +              // Skip to the next source element, but don't fetch
another target element.
984 +              gett = false;
985 -      }
986 -
987 -    /**
988 -     * Return true if an uppercase character is sorted before the
corresponding lowercase character.
989 -     * See setCaseFirst(boolean) for details.
990 -     * @see #setUpperCaseFirst
991 -     * @see #setLowerCaseFirst
992 -      * @see #isLowerCaseFirst
993 -      * @see #setCaseFirstDefault
994 -     * @return true if upper cased characters are sorted before lower
cased
995 -     *           characters, false otherwise
996 -     * @draft 2.2
997 -     */
998 -  public boolean isUpperCaseFirst()
999 +              else if (pTOrder == 0)
1000 -  {
1001 -    return (m_caseFirst_ == AttributeValue.UPPER_FIRST_);
1002 +              // record differences - see the comment above.
1003 +              if (checkSecTer) {
1004 +                  result = Collator.LESS;  // (strength is
SECONDARY)
1005 +                  checkSecTer = false;
1006 -  }
1007 -
1008 -  /**
1009 -     * Return true if a lowercase character is sorted before the
corresponding uppercase character.
1010 -     * See setCaseFirst(boolean) for details.
1011 -     * @see #setUpperCaseFirst
1012 -     * @see #setLowerCaseFirst
1013 -      * @see #isUpperCaseFirst
1014 -      * @see #setCaseFirstDefault
1015 -     * @return true lower cased characters are sorted before upper cased
1016 -     *           characters, false otherwise
1017 -     * @draft 2.2
1018 -     */
1019 -  public boolean isLowerCaseFirst()
1020 -  {
1021 -    return (m_caseFirst_ == AttributeValue.LOWER_FIRST_);
```

```
1022 +                    // Skip to the next source element, but don't fetch
another target element.
1023 +                    gets = false;
1024 +                } else {
1025 +                    // Neither of the orders is ignorable, and we
already know that the primary
1026 +                    // orders are different because of the (pSOrder !=
pTOrder) test above.
1027 +                    // Record the difference and stop the comparison.
1028 +                    if (pSOrder < pTOrder) {
1029 +                        return Collator.LESS;  // (strength is PRIMARY)
1030 +                    } else {
1031 +                        return Collator.GREATER;  // (strength is
PRIMARY)
1032 +    }
1033 -
1034 -  /**
1035 -   * Checks if the alternate handling behaviour is the UCA defined
SHIFTED or
1036 -   * NON_IGNORABLE.
1037 -   * If return value is true, then the alternate handling attribute for
the
1038 -   * Collator is SHIFTED. Otherwise if return value is false, then the
1039 -   * alternate handling attribute for the Collator is NON_IGNORABLE
1040 -   * See setAlternateHandlingShifted(boolean) for more details.
1041 -   * @return true or false
1042 -   * @see #setAlternateHandlingShifted(boolean)
1043 -   * @see #setAlternateHandlingDefault
1044 -    * @draft 2.2
1045 -   */
1046 -  public boolean isAlternateHandlingShifted()
1047 -  {
1048 -    return m_isAlternateHandlingShifted_;
1049 -  }
1050 -
1051 -  /**
1052 -   * Checks if case level is set to true.
1053 -   * See setCaseLevel(boolean) for details.
1054 -   * @return the case level mode
1055 -   * @see #setCaseLevelDefault
1056 -   * @see #isCaseLevel
1057 -   * @see #setCaseLevel(boolean)
1058 -   * @draft 2.2
1059 -   */
1060 -  public boolean isCaseLevel()
1061 -  {
1062 -    return m_isCaseLevel_;
1063 +                } else { // else of if ( pSOrder != pTOrder )
1064 +                    // primary order is the same, but complete order is
different. So there
1065 +                    // are no base elements at this point, only ignorables
(Since the strings are
1066 +                    // normalized)
1067 +
1068 +                    if (checkSecTer) {
1069 +                        // a secondary or tertiary difference may still
matter
```

```
1070 +                        short secSOrder =
CollationElementIterator.secondaryOrder(sOrder);
1071 +                        short secTOrder =
CollationElementIterator.secondaryOrder(tOrder);
1072 +                        if (secSOrder != secTOrder) {
1073 +                            // there is a secondary difference
1074 +                            result = (secSOrder < secTOrder) ?
Collator.LESS : Collator.GREATER;
1075 +                                                // (strength is
SECONDARY)
1076 +                            checkSecTer = false;
1077 +                            // (even in french, only the first secondary
difference within
1078 +                            //  a base character matters)
1079 +                        } else {
1080 +                            if (checkTertiary) {
1081 +                                // a tertiary difference may still matter
1082 +                                short terSOrder =
CollationElementIterator.tertiaryOrder(sOrder);
1083 +                                short terTOrder =
CollationElementIterator.tertiaryOrder(tOrder);
1084 +                                if (terSOrder != terTOrder) {
1085 +                                    // there is a tertiary difference
1086 +                                    result = (terSOrder < terTOrder) ?
Collator.LESS : Collator.GREATER;
1087 +                                                // (strength is
TERTIARY)
1088 +                                    checkTertiary = false;
1089 +    }
1090 -
1091 -    /**
1092 -     * Checks if French Collation is set to true.
1093 -     * See setFrenchCollation(boolean) for details.
1094 -     * @return true if French Collation is set to true, false otherwise
1095 -     * @see #setFrenchCollation(boolean)
1096 -     * @see #setFrenchCollationDefault
1097 -     * @draft 2.2
1098 -     */
1099 -    public boolean isFrenchCollation()
1100 -    {
1101 -      return m_isFrenchCollation_;
1102 -    }
1103 -
1104 -    /**
1105 -     * Checks if the Hiragana Quaternary mode is set on.
1106 -     * See setHiraganaQuaternary(boolean) for more details.
1107 -     * @return flag true if Hiragana Quaternary mode is on, false
otherwise
1108 -     * @see #setHiraganaQuaternaryDefault
1109 -     * @see #setHiraganaQuaternary(boolean)
1110 -     * @draft 2.2
1111 -     */
1112 -    public boolean isHiraganaQuaternary()
1113 -    {
1114 -      return m_isHiragana4_;
1115 -    }
1116 -
```

```
1117 -    // public other methods --------------------------------------------
----
1118 -
1119 -    /**
1120 -     * Compares the equality of two RuleBasedCollator objects.
1121 -     * RuleBasedCollator objects are equal if they have the same
collation
1122 -     * rules and the same attributes.
1123 -     * @param obj the RuleBasedCollator to be compared to.
1124 -     * @return true if this RuleBasedCollator has exactly the same
1125 -     *          collation behaviour as obj, false otherwise.
1126 -     * @draft 2.2
1127 -     */
1128 -    public boolean equals(Object obj) {
1129 -        if (obj == null) {
1130 -          return false;  // super does class check
1131 +                } // if (checkSecTer)
1132 +
1133 +            }  // if ( pSOrder != pTOrder )
1134 +        } // while()
1135 +
1136 +        if (sOrder != CollationElementIterator.NULLORDER) {
1137 +            // (tOrder must be CollationElementIterator::NULLORDER,
1138 +            //  since this point is only reached when sOrder or tOrder
is NULLORDER.)
1139 +            // The source string has more elements, but the target
string hasn't.
1140 +            do {
1141 +                if (CollationElementIterator.primaryOrder(sOrder) != 0)
{
1142 +                    // We found an additional non-ignorable base
character in the source string.
1143 +                    // This is a primary difference, so the source is
greater
1144 +                    return Collator.GREATER; // (strength is PRIMARY)
1145 +                }
1146 +                else if
(CollationElementIterator.secondaryOrder(sOrder) != 0) {
1147 +                    // Additional secondary elements mean the source
string is greater
1148 +                    if (checkSecTer) {
1149 +                        result = Collator.GREATER;  // (strength is
SECONDARY)
1150 +                        checkSecTer = false;
1151 +            }
1152 -        if (this == obj) {
1153 -          return true;
1154 -        }
1155 -        if (getClass() != obj.getClass()) {
1156 -          return false;
1157 +                } while ((sOrder = sourceCursor.next()) !=
CollationElementIterator.NULLORDER);
1158 +            }
1159 +            else if (tOrder != CollationElementIterator.NULLORDER) {
1160 +                // The target string has more elements, but the source
string hasn't.
1161 +                do {
```

```
1162 +                    if (CollationElementIterator.primaryOrder(tOrder) != 0)
1163 +                        // We found an additional non-ignorable base
character in the target string.
1164 +                        // This is a primary difference, so the source is
less
1165 +                        return Collator.LESS; // (strength is PRIMARY)
1166 +                    else if
(CollationElementIterator.secondaryOrder(tOrder) != 0) {
1167 +                        // Additional secondary elements in the target mean
the source string is less
1168 +                        if (checkSecTer) {
1169 +                            result = Collator.LESS;  // (strength is
SECONDARY)
1170 +                            checkSecTer = false;
1171 +                    }
1172 -            RuleBasedCollator other = (RuleBasedCollator)obj;
1173 -            // all other non-transient information is also contained in
rules.
1174 -            boolean property = getStrength() == other.getStrength()
1175 -                && getDecomposition() == other.getDecomposition()
1176 -                && other.m_caseFirst_ == m_caseFirst_
1177 -                && other.m_caseSwitch_ == m_caseSwitch_
1178 -                && other.m_isAlternateHandlingShifted_
1179 -                                                  ==
m_isAlternateHandlingShifted_
1180 -                && other.m_isCaseLevel_ == m_isCaseLevel_
1181 -                && other.m_isFrenchCollation_ == m_isFrenchCollation_
1182 -                && other.m_isHiragana4_ == m_isHiragana4_;
1183 -            if (!property) {
1184 -                return false;
1185 -            }
1186 -            boolean rules = m_rules_ == other.m_rules_;
1187 -            if (!rules && (m_rules_ != null && other.m_rules_ != null)) {
1188 -                rules = m_rules_.equals(other.m_rules_);
1189 -            }
1190 -            return rules;
1191 +                } while ((tOrder = targetCursor.next()) !=
CollationElementIterator.NULLORDER);
1192        }
1193
1194 -    /**
1195 -     * Generates a unique hash code for this RuleBasedCollator.
1196 -     * @return the unique hash code for this Collator
1197 -     * @draft 2.2
1198 -     */
1199 -    public int hashCode()
1200 -    {
1201 -        String rules = getRules();
1202 -        if (rules == null) {
1203 -            rules = "";
1204 +        // For IDENTICAL comparisons, we use a bitwise character
comparison
1205 +        // as a tiebreaker if all else is equal
1206 +        if (result == 0 && getStrength() == IDENTICAL) {
1207 +            Normalizer.Mode mode =
NormalizerUtilities.toNormalizerMode(getDecomposition());
```

```
1208 +              String sourceDecomposition = Normalizer.normalize(source,
mode, 0);
1209 +              String targetDecomposition = Normalizer.normalize(target,
mode, 0);
1210 +              result =
sourceDecomposition.compareTo(targetDecomposition);
1211            }
1212 -          return rules.hashCode();
1213 +          return result;
1214      }
1215
1216      /**
1217 -       * Compares the source text String to the target text String
according to
1218 -       * the collation rules, strength and decomposition mode for this
1219 -       * RuleBasedCollator.
1220 -       * Returns an integer less than,
1221 -       * equal to or greater than zero depending on whether the source
String is
1222 -       * less than, equal to or greater than the target String. See the
Collator
1223 -       * class description for an example of use.
1224 -       * </p>
1225 -       * <p>
1226 -       * General recommendation: <br>
1227 -       * If comparison are to be done to the same String multiple times,
it would
1228 -       * be more efficient to generate CollationKeys for the Strings and
use
1229 -       * CollationKey.compareTo(CollationKey) for the comparisons.
1230 -       * If the each Strings are compared to only once, using the method
1231 -       * RuleBasedCollator.compare(String, String) will have a better
performance.
1232 -       * </p>
1233 -       * @param source the source text String.
1234 -       * @param target the target text String.
1235 -       * @return Returns an integer value. Value is less than zero if
source is
1236 -       *         less than target, value is zero if source and target are
equal,
1237 -       *         value is greater than zero if source is greater than
target.
1238 -       * @see CollationKey
1239 -       * @see #getCollationKey
1240 -       * @draft 2.2
1241 -       */
1242 -      public int compare(String source, String target)
1243 -      {
1244 -        if (source == target) {
1245 -              return 0;
1246 -        }
1247 +       * Transforms the string into a series of characters that can be
compared
1248 +       * with CollationKey.compareTo. This overrides
java.text.Collator.getCollationKey.
1249 +       * It can be overriden in a subclass.
1250 +       */
```

```
1251 +     public synchronized CollationKey getCollationKey(String source)
1252 +     {
1253 +         //
1254 +         // The basic algorithm here is to find all of the collation
elements for each
1255 +         // character in the source string, convert them to a char
representation,
1256 +         // and put them into the collation key.  But it's trickier than
that.
1257 +         // Each collation element in a string has three components:
primary (A vs B),
1258 +         // secondary (A vs A-acute), and tertiary (A' vs a); and a
primary difference
1259 +         // at the end of a string takes precedence over a secondary or
tertiary
1260 +         // difference earlier in the string.
1261 +         //
1262 +         // To account for this, we put all of the primary orders at the
beginning of the
1263 +         // string, followed by the secondary and tertiary orders,
separated by nulls.
1264 +         //
1265 +         // Here's a hypothetical example, with the collation element
represented as
1266 +         // a three-digit number, one digit for primary, one for
secondary, etc.
1267 +         //
1268 +         // String:              A    a    B   \u00e9 <--(e-acute)
1269 +         // Collation Elements: 101   100   201   510
1270 +         //
1271 +         // Collation Key:       1125<null>0001<null>1010
1272 +         //
1273 +         // To make things even trickier, secondary differences (accent
marks) are compared
1274 +         // starting at the *end* of the string in languages with French
secondary ordering.
1275 +         // But when comparing the accent marks on a single base
character, they are compared
1276 +         // from the beginning.  To handle this, we reverse all of the
accents that belong
1277 +         // to each base character, then we reverse the entire string of
secondary orderings
1278 +         // at the end.  Taking the same example above, a French
collator might return
1279 +         // this instead:
1280 +         //
1281 +         // Collation Key:       1125<null>1000<null>1010
1282 +         //
1283 +         if (source == null)
1284 +             return null;
1285
1286 -     // Find the length of any leading portion that is equal
1287 -     int offset = getFirstUnmatchedOffset(source, target);
1288 -     if (offset == source.length()) {
1289 -       if (offset == target.length() || checkIgnorable(target, offset))
{
1290 -           return 0;
```

```
1291 -        }
1292 -        return -1;
1293 -        }
1294 -        else if (target.length() == offset) {
1295 -            if (checkIgnorable(source, offset)) {
1296 -              return 0;
1297 -            }
1298 -            return 1;
1299 -        }
1300 -
1301 -            int strength = getStrength();
1302 -        // setting up the collator parameters
1303 -        m_utilCompare0_ = m_isCaseLevel_;
1304 -            m_utilCompare1_ = true;
1305 -        m_utilCompare2_ = strength >= SECONDARY;
1306 -        m_utilCompare3_ = strength >= TERTIARY;
1307 -        m_utilCompare4_ = strength >= QUATERNARY;
1308 -        m_utilCompare5_ = strength == IDENTICAL;
1309 -        boolean doFrench = m_isFrenchCollation_ && m_utilCompare2_;
1310 -            boolean doShift4 = m_isAlternateHandlingShifted_ &&
m_utilCompare4_;
1311 -            boolean doHiragana4 = m_isHiragana4_ && m_utilCompare4_;
1312 -
1313 -        if (doHiragana4 && doShift4) {
1314 -            String sourcesub = source.substring(offset);
1315 -            String targetsub = target.substring(offset);
1316 -              return compareBySortKeys(sourcesub, targetsub);
1317 -        }
1318 -
1319 -        // This is the lowest primary value that will not be ignored if
shifted
1320 -            int lowestpvalue = m_isAlternateHandlingShifted_
1321 -                        ? m_variableTopValue_ << 16 : 0;
1322 -            m_srcUtilCEBufferSize_ = 0;
1323 -            m_tgtUtilCEBufferSize_ = 0;
1324 -        int result = doPrimaryCompare(doHiragana4, lowestpvalue, source,
1325 -                        target, offset);
1326 -        if (m_srcUtilCEBufferSize_ == -1
1327 -                && m_tgtUtilCEBufferSize_ == -1) {
1328 -            // since the cebuffer is cleared when we have determined that
1329 -            // either source is greater than target or vice versa, the return
1330 -            // result is the comparison result and not the hiragana result
1331 -            return result;
1332 +            if (primResult == null) {
1333 +                primResult = new StringBuffer();
1334 +                secResult = new StringBuffer();
1335 +                terResult = new StringBuffer();
1336 +            } else {
1337 +                primResult.setLength(0);
1338 +                secResult.setLength(0);
1339 +                terResult.setLength(0);
1340 +            }
1341 +            int order = 0;
1342 +            boolean compareSec = (getStrength() >= Collator.SECONDARY);
1343 +            boolean compareTer = (getStrength() >= Collator.TERTIARY);
1344 +            int secOrder = CollationElementIterator.NULLORDER;
1345 +            int terOrder = CollationElementIterator.NULLORDER;
```

```
1346 +        int preSecIgnore = 0;
1347 +
1348 +        if (sourceCursor == null) {
1349 +            sourceCursor = getCollationElementIterator(source);
1350 +        } else {
1351 +            sourceCursor.setText(source);
1352 +    }
1353
1354 -    int hiraganaresult = result;
1355 +        // walk through each character
1356 +        while ((order = sourceCursor.next()) !=
1357 +               CollationElementIterator.NULLORDER)
1358 +        {
1359 +            secOrder = CollationElementIterator.secondaryOrder(order);
1360 +            terOrder = CollationElementIterator.tertiaryOrder(order);
1361 +            if (!CollationElementIterator.isIgnorable(order))
1362 +            {
1363 +                primResult.append((char)
(CollationElementIterator.primaryOrder(order)
1364 +                                    + COLLATIONKEYOFFSET));
1365
1366 -    if (m_utilCompare2_) {
1367 -        result = doSecondaryCompare(doFrench);
1368 -        if (result != 0) {
1369 -          return result;
1370 -        }
1371 +                if (compareSec) {
1372 +                    //
1373 +                    // accumulate all of the ignorable/secondary
characters attached
1374 +                    // to a given base character
1375 +                    //
1376 +                    if (tables.isFrenchSec() && preSecIgnore <
secResult.length()) {
1377 +                        //
1378 +                        // We're doing reversed secondary ordering and
we've hit a base
1379 +                        // (non-ignorable) character.  Reverse any
secondary orderings
1380 +                        // that applied to the last base character.
(see block comment above.)
1381 +                        //
1382 +                        RBCollationTables.reverse(secResult,
preSecIgnore, secResult.length());
1383 +                    }
1384 -    // doing the case bit
1385 -        if (m_utilCompare0_) {
1386 -          result = doCaseCompare();
1387 -        if (result != 0) {
1388 -          return result;
1389 +                    // Remember where we are in the secondary orderings
- this is how far
1390 +                    // back to go if we need to reverse them later.
1391 +                    secResult.append((char)(secOrder+
COLLATIONKEYOFFSET));
1392 +                    preSecIgnore = secResult.length();
1393 +                }
```

```
1394 +                    if (compareTer) {
1395 +                        terResult.append((char)(terOrder+
COLLATIONKEYOFFSET));
1396 -            }
1397 -        // Tertiary level
1398 -        if (m_utilCompare3_) {
1399 -            result = doTertiaryCompare();
1400 -            if (result != 0) {
1401 -                return result;
1402 -            }
1403 +                    else
1404 +                    {
1405 +                        if (compareSec && secOrder != 0)
1406 +                            secResult.append((char)
1407 +                                (secOrder + tables.getMaxSecOrder() +
COLLATIONKEYOFFSET));
1408 +                        if (compareTer && terOrder != 0)
1409 +                            terResult.append((char)
1410 +                                (terOrder + tables.getMaxTerOrder() +
COLLATIONKEYOFFSET));
1411 -            }
1412 -
1413 -        if (doShift4) {   // checkQuad
1414 -            result = doQuaternaryCompare(lowestpvalue);
1415 -            if (result != 0) {
1416 -                return result;
1417 -            }
1418 +        if (tables.isFrenchSec())
1419 +        {
1420 +            if (preSecIgnore < secResult.length()) {
1421 +                // If we've accumulated any secondary characters after
the last base character,
1422 +                // reverse them.
1423 +                RBCollationTables.reverse(secResult, preSecIgnore,
secResult.length());
1424 +            }
1425 -        else if (doHiragana4 && hiraganaresult != 0) {
1426 -            // If we're fine on quaternaries, we might be different
1427 -            // on Hiragana. This, however, might fail us in shifted.
1428 -            return hiraganaresult;
1429 +            // And now reverse the entire secResult to get French
secondary ordering.
1430 +            RBCollationTables.reverse(secResult, 0,
secResult.length());
1431 +        }
1432 +        primResult.append((char)0);
1433 +        secResult.append((char)0);
1434 +        secResult.append(terResult.toString());
1435 +        primResult.append(secResult.toString());
1436
1437 -        // For IDENTICAL comparisons, we use a bitwise character
comparison
1438 -        // as a tiebreaker if all else is equal.
1439 -        // Getting here  should be quite rare - strings are not identical
-
1440 -        // that is checked first, but compared == through all other
checks.
```

```
1441 -        if (m_utilCompare5_) {
1442 -            return doIdenticalCompare(source, target, offset, true);
1443 +        if (getStrength() == IDENTICAL) {
1444 +            primResult.append((char)0);
1445 +            Normalizer.Mode mode =
NormalizerUtilities.toNormalizerMode(getDecomposition());
1446 +            primResult.append(Normalizer.normalize(source, mode, 0));
1447 +        }
1448 -        return 0;
1449 +        return new CollationKey(source, primResult.toString());
1450 -    }
1451
1452 -    // package private inner interfaces -------------------------------
-------
1453 -
1454 -    /**
1455 -     * Attribute values to be used when setting the Collator options
1456 -     */
1457 -    static interface AttributeValue
1458 -    {
1459 -        /**
1460 -         * Indicates that the default attribute value will be used.
1461 -         * See individual attribute for details on its default value.
1462 -         */
1463 -        static final int DEFAULT_ = -1;
1464 -        /**
1465 -         * Primary collation strength
1466 -         */
1467 -        static final int PRIMARY_ = Collator.PRIMARY;
1468 -        /**
1469 -         * Secondary collation strength
1470 -         */
1471 -        static final int SECONDARY_ = Collator.SECONDARY;
1472 -        /**
1473 -         * Tertiary collation strength
1474 -         */
1475 -        static final int TERTIARY_ = Collator.TERTIARY;
1476 -        /**
1477 -         * Default collation strength
1478 -         */
1479 -        static final int DEFAULT_STRENGTH_ = Collator.TERTIARY;
1480 -        /**
1481 -         * Internal use for strength checks in Collation elements
1482 -         */
1483 -        static final int CE_STRENGTH_LIMIT_ = Collator.TERTIARY + 1;
1484 -        /**
1485 -         * Quaternary collation strength
1486 -         */
1487 -        static final int QUATERNARY_ = 3;
1488 -        /**
1489 -         * Identical collation strength
1490 -         */
1491 -        static final int IDENTICAL_ = Collator.IDENTICAL;
1492 -        /**
1493 -         * Internal use for strength checks
1494 -         */
1495 -        static final int STRENGTH_LIMIT_ = Collator.IDENTICAL + 1;
```

```
1496 -     /**
1497 -      * Turn the feature off - works for FRENCH_COLLATION, CASE_LEVEL,
1498 -      * HIRAGANA_QUATERNARY_MODE and DECOMPOSITION_MODE
1499 -      */
1500 -     static final int OFF_ = 16;
1501 -     /**
1502 -      * Turn the feature on - works for FRENCH_COLLATION, CASE_LEVEL,
1503 -      * HIRAGANA_QUATERNARY_MODE and DECOMPOSITION_MODE
1504 -      */
1505 -     static final int ON_ = 17;
1506 -     /**
1507 -      * Valid for ALTERNATE_HANDLING. Alternate handling will be shifted
1508 -      */
1509 -     static final int SHIFTED_ = 20;
1510 -     /**
1511 -      * Valid for ALTERNATE_HANDLING. Alternate handling will be non
1512 -      * ignorable
1513 -      */
1514 -     static final int NON_IGNORABLE_ = 21;
1515 -     /**
1516 -      * Valid for CASE_FIRST - lower case sorts before upper case
1517 -      */
1518 -     static final int LOWER_FIRST_ = 24;
1519 -     /**
1520 -      * Upper case sorts before lower case
1521 -      */
1522 -     static final int UPPER_FIRST_ = 25;
1523 -        /**
1524 -      * Number of attribute values
1525 +      * Standard override; no change in semantics.
1526 +      */
1527 -       static final int LIMIT_ = 29;
1528 -   };
1529 +   public Object clone() {
1530 +       // if we know we're not actually a subclass of
RuleBasedCollator
1531 +       // (this class really should have been made final), bypass
1532 +       // Object.clone() and use our "copy constructor".  This is
faster.
1533 +       if (getClass() == RuleBasedCollator.class) {
1534 +           return new RuleBasedCollator(this);
1535 +       }
1536 +       else {
1537 +           RuleBasedCollator result = (RuleBasedCollator)
super.clone();
1538 +           result.primResult = null;
1539 +           result.secResult = null;
1540 +           result.terResult = null;
1541 +           result.sourceCursor = null;
1542 +           result.targetCursor = null;
1543 +           return result;
1544 +       }
1545 +   }
1546
1547     /**
1548 -    * Attributes that collation service understands. All the attributes
can
```

```
1549 -    * take DEFAULT value, as well as the values specific to each one.
1550 -    */
1551 -  static interface Attribute
1552 -  {
1553 -      /**
1554 -       * Attribute for direction of secondary weights - used in French.
1555 -       * Acceptable values are ON, which results in secondary weights
being
1556 -       * considered backwards and OFF which treats secondary weights in
the
1557 -       * order they appear.
1558 -       */
1559 -      static final int FRENCH_COLLATION_ = 0;
1560 -      /**
1561 -       * Attribute for handling variable elements. Acceptable values
are
1562 -       * NON_IGNORABLE (default) which treats all the codepoints with
1563 -       * non-ignorable primary weights in the same way, and SHIFTED
which
1564 -       * causes codepoints with primary weights that are equal or below
the
1565 -       * variable top value to be ignored on primary level and moved to
the
1566 -       * quaternary level.
1567 -       */
1568 -      static final int ALTERNATE_HANDLING_ = 1;
1569 -      /**
1570 -       * Controls the ordering of upper and lower case letters.
Acceptable
1571 -       * values are OFF (default), which orders upper and lower case
letters
1572 -       * in accordance to their tertiary weights, UPPER_FIRST which
forces
1573 -       * upper case letters to sort before lower case letters, and
1574 -       * LOWER_FIRST which does the opposite.
1575 -       */
1576 -      static final int CASE_FIRST_ = 2;
1577 -      /**
1578 -       * Controls whether an extra case level (positioned before the
third
1579 -       * level) is generated or not. Acceptable values are OFF
(default),
1580 -       * when case level is not generated, and ON which causes the case
1581 -       * level to be generated. Contents of the case level are affected
by
1582 -       * the value of CASE_FIRST attribute. A simple way to ignore
accent
1583 -       * differences in a string is to set the strength to PRIMARY and
1584 -       * enable case level.
1585 -       */
1586 -      static final int CASE_LEVEL_ = 3;
1587 -      /**
1588 -       * Controls whether the normalization check and necessary
1589 -       * normalizations are performed. When set to OFF (default) no
1590 -       * normalization check is performed. The correctness of the
result is
```

```
1591 -      * guaranteed only if the input data is in so-called FCD form
(see
1592 -      * users manual for more info). When set to ON, an incremental
check
1593 -      * is performed to see whether the input data is in the FCD form.
If
1594 -      * the data is not in the FCD form, incremental NFD normalization
is
1595 -      * performed.
1596 -      */
1597 -     static final int NORMALIZATION_MODE_ = 4;
1598 -     /**
1599 -      * The strength attribute. Can be either PRIMARY, SECONDARY,
TERTIARY,
1600 -      * QUATERNARY or IDENTICAL. The usual strength for most locales
1601 -      * (except Japanese) is tertiary. Quaternary strength is useful
when
1602 -      * combined with shifted setting for alternate handling attribute
and
1603 -      * for JIS x 4061 collation, when it is used to distinguish
between
1604 -      * Katakana  and Hiragana (this is achieved by setting the
1605 -      * HIRAGANA_QUATERNARY mode to on. Otherwise, quaternary level is
1606 -        * affected only by the number of non ignorable code points in
the
1607 -      * string. Identical strength is rarely useful, as it amounts to
1608 -      * codepoints of the NFD form of the string.
1609 -      */
1610 -     static final int STRENGTH_ = 5;
1611 -     /**
1612 -      * When turned on, this attribute positions Hiragana before all
1613 -      * non-ignorables on quaternary level. This is a sneaky way to
produce
1614 -      * JIS sort order.
1615 -      */
1616 -     static final int HIRAGANA_QUATERNARY_MODE_ = 6;
1617 -      /**
1618 -      * Attribute count
1619 +    * Compares the equality of two collation objects.
1620 +    * @param obj the table-based collation object to be compared with
this.
1621 +    * @return true if the current table-based collation object is the
same
1622 +    * as the table-based collation object obj; false otherwise.
1623 +    */
1624 -      static final int LIMIT_ = 7;
1625 - };
1626 +   public boolean equals(Object obj) {
1627 +       if (obj == null) return false;
1628 +       if (!super.equals(obj)) return false;  // super does class
check
1629 +       RuleBasedCollator other = (RuleBasedCollator) obj;
1630 +       // all other non-transient information is also contained in
rules.
1631 +       return (getRules().equals(other.getRules()));
1632 +   }
1633
```

```
1634      /**
1635 -       * DataManipulate singleton
1636 +       * Generates the hash code for the table-based collation object
1637 -       */
1638 -      static class DataManipulate implements Trie.DataManipulate
1639 -      {
1640 -          // public methods -------------------------------------------
-----
1641 +      public int hashCode() {
1642 +          return getRules().hashCode();
1643 +      }
1644
1645          /**
1646 -           * Internal method called to parse a lead surrogate's ce for the
offset
1647 -           * to the next trail surrogate data.
1648 -           * @param ce collation element of the lead surrogate
1649 -           * @return data offset or 0 for the next trail surrogate
1650 -           * @draft 2.2
1651 +       * Allows CollationElementIterator access to the tables object
1652 -           */
1653 -          public final int getFoldingOffset(int ce)
1654 -          {
1655 -            if (isSpecial(ce) && getTag(ce) == CE_SURROGATE_TAG_) {
1656 -              return (ce & 0xFFFFFF);
1657 -            }
1658 -            return 0;
1659 -          }
1660 -
1661 -          /**
1662 -           * Get singleton object
1663 -           */
1664 -          public static final DataManipulate getInstance()
1665 -          {
1666 -            if (m_instance_ == null) {
1667 -              m_instance_ =  new DataManipulate();
1668 -            }
1669 -            return m_instance_;
1670 -          }
1671 -
1672 -          // private data member -------------------------------------------
----
1673 -
1674 -          /**
1675 -           * Singleton instance
1676 -           */
1677 -          private static DataManipulate m_instance_;
1678 -
1679 -          // private constructor -------------------------------------------
----
1680 -
1681 -          /**
1682 -           * private to prevent initialization
1683 -           */
1684 -          private DataManipulate()
1685 -          {
1686 -          }
```

```
1687 -     };
1688 -
1689 -     /**
1690 -      * UCAConstants
1691 -      */
1692 -     static final class UCAConstants
1693 -     {
1694 -         int FIRST_TERTIARY_IGNORABLE_[] = new int[2];        //
0x00000000
1695 -         int LAST_TERTIARY_IGNORABLE_[] = new int[2];         //
0x00000000
1696 -         int FIRST_PRIMARY_IGNORABLE_[] = new int[2];         //
0x00008705
1697 -         int FIRST_SECONDARY_IGNORABLE_[] = new int[2];       //
0x00000000
1698 -         int LAST_SECONDARY_IGNORABLE_[] = new int[2];        //
0x00000500
1699 -         int LAST_PRIMARY_IGNORABLE_[] = new int[2];          //
0x0000DD05
1700 -         int FIRST_VARIABLE_[] = new int[2];                  //
0x05070505
1701 -         int LAST_VARIABLE_[] = new int[2];                   //
0x13CF0505
1702 -         int FIRST_NON_VARIABLE_[] = new int[2];              //
0x16200505
1703 -         int LAST_NON_VARIABLE_[] = new int[2];               //
0x767C0505
1704 -         int RESET_TOP_VALUE_[] = new int[2];                 //
0x9F000303
1705 -         int FIRST_IMPLICIT_[] = new int[2];
1706 -         int LAST_IMPLICIT_[] = new int[2];
1707 -         int FIRST_TRAILING_[] = new int[2];
1708 -         int LAST_TRAILING_[] = new int[2];
1709 -         int PRIMARY_TOP_MIN_;
1710 -         int PRIMARY_IMPLICIT_MIN_; // 0xE8000000
1711 -         int PRIMARY_IMPLICIT_MAX_; // 0xF0000000
1712 -         int PRIMARY_TRAILING_MIN_; // 0xE8000000
1713 -         int PRIMARY_TRAILING_MAX_; // 0xF0000000
1714 -         int PRIMARY_SPECIAL_MIN_; // 0xE8000000
1715 -         int PRIMARY_SPECIAL_MAX_; // 0xF0000000
1716 -     }
1717 -
1718 -     // package private data member ------------------------------------
-------
1719 -
1720 -     static final byte BYTE_FIRST_TAILORED_ = (byte)0x04;
1721 -     static final byte BYTE_COMMON_ = (byte)0x05;
1722 -     static final int COMMON_TOP_2_ = 0x86; // int for unsigness
1723 -     static final int COMMON_BOTTOM_2_ = BYTE_COMMON_;
1724 -     /**
1725 -      * Case strength mask
1726 -      */
1727 -     static final int CE_CASE_BIT_MASK_ = 0xC0;
1728 -     static final int CE_TAG_SHIFT_ = 24;
1729 -     static final int CE_TAG_MASK_ = 0x0F000000;
1730 -
1731 -     static final int CE_SPECIAL_FLAG_ = 0xF0000000;
```

```
1732 -    /**
1733 -     * Lead surrogate that is tailored and doesn't start a contraction
1734 -     */
1735 -    static final int CE_SURROGATE_TAG_ = 5;
1736 -  /**
1737 -     * Mask to get the primary strength of the collation element
1738 -     */
1739 -    static final int CE_PRIMARY_MASK_ = 0xFFFF0000;
1740 -    /**
1741 -     * Mask to get the secondary strength of the collation element
1742 -     */
1743 -    static final int CE_SECONDARY_MASK_ = 0xFF00;
1744 -    /**
1745 -     * Mask to get the tertiary strength of the collation element
1746 -     */
1747 -    static final int CE_TERTIARY_MASK_ = 0xFF;
1748 -    /**
1749 -      * Primary strength shift
1750 -      */
1751 -  static final int CE_PRIMARY_SHIFT_ = 16;
1752 -  /**
1753 -   * Secondary strength shift
1754 -   */
1755 -  static final int CE_SECONDARY_SHIFT_ = 8;
1756 -    /**
1757 -      * Continuation marker
1758 -      */
1759 -    static final int CE_CONTINUATION_MARKER_ = 0xC0;
1760 -
1761 -    /**
1762 -  * Size of collator raw data headers and options before the expansion
1763 -  * data. This is used when expansion ces are to be retrieved. ICU4C
uses
1764 -  * the expansion offset starting from UCollator.UColHeader, hence
ICU4J
1765 -  * will have to minus that off to get the right expansion ce offset.
In
1766 -  * number of ints.
1767 -  */
1768 -  int m_expansionOffset_;
1769 -  /**
1770 -  * Size of collator raw data headers, options and expansions before
1771 -  * contraction data. This is used when contraction ces are to be
retrieved.
1772 -  * ICU4C uses contraction offset starting from UCollator.UColHeader,
hence
1773 -  * ICU4J will have to minus that off to get the right contraction ce
1774 -  * offset. In number of chars.
1775 -  */
1776 -  int m_contractionOffset_;
1777 -    /**
1778 -      * Flag indicator if Jamo is special
1779 -      */
1780 -    boolean m_isJamoSpecial_;
1781 -
1782 -    // Collator options -----------------------------------------------
------
```

```
1783 -    int m_defaultVariableTopValue_;
1784 -  boolean m_defaultIsFrenchCollation_;
1785 -  boolean m_defaultIsAlternateHandlingShifted_;
1786 -    int m_defaultCaseFirst_;
1787 -    boolean m_defaultIsCaseLevel_;
1788 -    int m_defaultDecomposition_;
1789 -    int m_defaultStrength_;
1790 -    boolean m_defaultIsHiragana4_;
1791 -    /**
1792 -     * Value of the variable top
1793 -     */
1794 -    int m_variableTopValue_;
1795 -    /**
1796 -     * Attribute for special Hiragana
1797 -     */
1798 -    boolean m_isHiragana4_;
1799 -  /**
1800 -     * Case sorting customization
1801 -     */
1802 -    int m_caseFirst_;
1803 -
1804 -    // end Collator options --------------------------------------
-------
1805 -
1806 -    /**
1807 -     * Expansion table
1808 -     */
1809 -    int m_expansion_[];
1810 -    /**
1811 -     * Contraction index table
1812 -     */
1813 -    char m_contractionIndex_[];
1814 -    /**
1815 -     * Contraction CE table
1816 -     */
1817 -    int m_contractionCE_[];
1818 -    /**
1819 -     * Data trie
1820 -     */
1821 -    IntTrie m_trie_;
1822 -    /**
1823 -     * Table to store all collation elements that are the last element
of an
1824 -     * expansion. This is for use in StringSearch.
1825 -     */
1826 -    int m_expansionEndCE_[];
1827 -    /**
1828 -     * Table to store the maximum size of any expansions that end with
the
1829 -     * corresponding collation element in m_expansionEndCE_. For use in
1830 -     * StringSearch too
1831 -     */
1832 -    byte m_expansionEndCEMaxSize_[];
1833 -    /**
1834 -     * Heuristic table to store information on whether a char character
is
```

```
1835 -     * considered "unsafe". "Unsafe" character are combining marks or
those
1836 -     * belonging to some contraction sequence from the offset 1
onwards.
1837 -     * E.g. if "ABC" is the only contraction, then 'B' and 'C' are
considered
1838 -     * unsafe. If we have another contraction "ZA" with the one above,
then
1839 -     * 'A', 'B', 'C' are "unsafe" but 'Z' is not.
1840 -     */
1841 -    byte m_unsafe_[];
1842 -    /**
1843 -     * Table to store information on whether a codepoint can occur as
the last
1844 -     * character in a contraction
1845 -     */
1846 -    byte m_contractionEnd_[];
1847 -    /**
1848 -    * Original collation rules
1849 -    */
1850 -    String m_rules_;
1851 -    /**
1852 -     * The smallest "unsafe" codepoint
1853 -     */
1854 -    char m_minUnsafe_;
1855 -    /**
1856 -    * The smallest codepoint that could be the end of a contraction
1857 -    */
1858 -    char m_minContractionEnd_;
1859 -
1860 -    /**
1861 -     * UnicodeData.txt property object
1862 -     */
1863 -    static final RuleBasedCollator UCA_;
1864 -    /**
1865 -    * UCA Constants
1866 -    */
1867 -    static final UCAConstants UCA_CONSTANTS_;
1868 -    /**
1869 -    * Table for UCA and builder use
1870 -    */
1871 -    static final char UCA_CONTRACTIONS_[];
1872 -    /**
1873 -    * Implicit constants
1874 -    */
1875 -    static final int IMPLICIT_BASE_BYTE_;
1876 -    static final int IMPLICIT_LIMIT_BYTE_;
1877 -    static final int IMPLICIT_4BYTE_BOUNDARY_;
1878 -    static final int LAST_MULTIPLIER_;
1879 -    static final int LAST2_MULTIPLIER_;
1880 -    static final int IMPLICIT_BASE_3BYTE_;
1881 -    static final int IMPLICIT_BASE_4BYTE_;
1882 -    static final int BYTES_TO_AVOID_ = 3;
1883 -    static final int OTHER_COUNT_ = 256 - BYTES_TO_AVOID_;
1884 -    static final int LAST_COUNT_ = OTHER_COUNT_ / 2;
1885 -    /**
1886 -     * Room for intervening, without expanding to 5 bytes
```

```
1887 -       */
1888 -     static final int LAST_COUNT2_ = OTHER_COUNT_ / 21;
1889 -     static final int IMPLICIT_3BYTE_COUNT_ = 1;
1890 -
1891 -     // block to initialise character property database
1892 -     static
1893 -     {
1894 -         try
1895 -         {
1896 -             UCA_ = new RuleBasedCollator();
1897 -             UCA_CONSTANTS_ = new UCAConstants();
1898 -             InputStream i = UCA_.getClass().getResourceAsStream(
1899 -
"/com/ibm/icu/impl/data/ucadata.icu");
1900 -
1901 -             BufferedInputStream b = new BufferedInputStream(i, 90000);
1902 -             CollatorReader reader = new CollatorReader(b);
1903 -             UCA_CONTRACTIONS_ = reader.read(UCA_, UCA_CONSTANTS_);
1904 -             b.close();
1905 -         i.close();
1906 -             // called before doing canonical closure for the UCA.
1907 -             IMPLICIT_BASE_BYTE_ = UCA_CONSTANTS_..PRIMARY_IMPLICIT_MIN_;
1908 -             // leave room for 1 3-byte and 2 4-byte forms
1909 -             IMPLICIT_LIMIT_BYTE_ = IMPLICIT_BASE_BYTE_ + 4;
1910 -             IMPLICIT_4BYTE_BOUNDARY_ = IMPLICIT_3BYTE_COUNT_ *
OTHER_COUNT_
1911 -                                       * LAST_COUNT_;
1912 -             LAST_MULTIPLIER_ = OTHER_COUNT_ / LAST_COUNT_;
1913 -             LAST2_MULTIPLIER_ = OTHER_COUNT_ / LAST_COUNT2_;
1914 -             IMPLICIT_BASE_3BYTE_ = (IMPLICIT_BASE_BYTE_ << 24) +
0x030300;
1915 -             IMPLICIT_BASE_4BYTE_ = ((IMPLICIT_BASE_BYTE_
1916 -                                 + IMPLICIT_3BYTE_COUNT_) << 24) +
0x030303;
1917 -             UCA_.m_rules_ = null;
1918 -             UCA_.init();
1919 -         }
1920 -         catch (Exception e)
1921 -         {
1922 -           e.printStackTrace();
1923 -             throw new RuntimeException(e.getMessage());
1924 -         }
1925 -     }
1926 -
1927 -     // package private constructors -----------------------------------
-------
1928 -
1929 -     /**
1930 -     * <p>Private contructor for use by subclasses.
1931 -     * Public access to creating Collators is handled by the API
1932 -     * Collator.getInstance() or RuleBasedCollator(String rules).
1933 -     * </p>
1934 -     * <p>
1935 -     * This constructor constructs the UCA collator internally
1936 -     * </p>
1937 -     * @draft 2.2
1938 -     */
```

```
1939 -   RuleBasedCollator()
1940 -   {
1941 -       initUtility();
1942 -   }
1943 -
1944 -   // package private methods ----------------------------------------
-------
1945 -
1946 -   /**
1947 -    * Sets this collator to use the tables in UCA. Note options not
taken
1948 -    * care of here.
1949 -    */
1950 -   final void setWithUCATables()
1951 -   {
1952 -       m_contractionOffset_ = UCA_.m_contractionOffset_;
1953 -       m_expansionOffset_ = UCA_.m_expansionOffset_;
1954 -       m_expansion_ = UCA_.m_expansion_;
1955 -       m_contractionIndex_ = UCA_.m_contractionIndex_;
1956 -       m_contractionCE_ = UCA_.m_contractionCE_;
1957 -       m_trie_ = UCA_.m_trie_;
1958 -       m_expansionEndCE_ = UCA_.m_expansionEndCE_;
1959 -   m_expansionEndCEMaxSize_ = UCA_.m_expansionEndCEMaxSize_;
1960 -   m_unsafe_ = UCA_.m_unsafe_;
1961 -       m_contractionEnd_ = UCA_.m_contractionEnd_;
1962 -   m_minUnsafe_ = UCA_.m_minUnsafe_;
1963 -       m_minContractionEnd_ = UCA_.m_minContractionEnd_;
1964 -   }
1965 -
1966 -   /**
1967 -    * Sets this collator to use the all options and tables in UCA.
1968 -    */
1969 -   final void setWithUCAData()
1970 -   {
1971 -       m_addition3_ = UCA_.m_addition3_;
1972 -       m_bottom3_ = UCA_.m_bottom3_;
1973 -       m_bottomCount3_ = UCA_.m_bottomCount3_;
1974 -       m_caseFirst_ = UCA_.m_caseFirst_;
1975 -       m_caseSwitch_ = UCA_.m_caseSwitch_;
1976 -       m_common3_ = UCA_.m_common3_;
1977 -       m_contractionOffset_ = UCA_.m_contractionOffset_;
1978 -       setDecomposition(UCA_.getDecomposition());
1979 -       m_defaultCaseFirst_ = UCA_.m_defaultCaseFirst_;
1980 -       m_defaultDecomposition_ = UCA_.m_defaultDecomposition_;
1981 -       m_defaultIsAlternateHandlingShifted_
1982 -                                          =
UCA_.m_defaultIsAlternateHandlingShifted_;
1983 -       m_defaultIsCaseLevel_ = UCA_.m_defaultIsCaseLevel_;
1984 -       m_defaultIsFrenchCollation_ = UCA_.m_defaultIsFrenchCollation_;
1985 -       m_defaultIsHiragana4_ = UCA_.m_defaultIsHiragana4_;
1986 -       m_defaultStrength_ = UCA_.m_defaultStrength_;
1987 -       m_defaultVariableTopValue_ = UCA_.m_defaultVariableTopValue_;
1988 -       m_expansionOffset_ = UCA_.m_expansionOffset_;
1989 -       m_isAlternateHandlingShifted_ =
UCA_.m_isAlternateHandlingShifted_;
1990 -       m_isCaseLevel_ = UCA_.m_isCaseLevel_;
1991 -       m_isFrenchCollation_ = UCA_.m_isFrenchCollation_
```

```
1992 -     m_isHiragana4_ = UCA_.m_isHiragana4_;
1993 -     m_isJamoSpecial_ = UCA_.m_isJamoSpecial_;
1994 -     m_isSimple3_ = UCA_.m_isSimple3_;
1995 -     m_mask3_ = UCA_.m_mask3_;
1996 -     m_minContractionEnd_ = UCA_.m_minContractionEnd_;
1997 -     m_minUnsafe_ = UCA_.m_minUnsafe_;
1998 -     m_rules_ = UCA_.m_rules_;
1999 -     setStrength(UCA_.getStrength());
2000 -     m_top3_ = UCA_.m_top3_;
2001 -     m_topCount3_ = UCA_.m_topCount3_;
2002 -     m_variableTopValue_ = UCA_.m_variableTopValue_;
2003 -     setWithUCATables();
2004 -   }
2005 -
2006 -   /**
2007 -    * Test whether a char character is potentially "unsafe" for use as a
2008 -    * collation starting point. "Unsafe" characters are combining marks or
2009 -    * those belonging to some contraction sequence from the offset 1 onwards.
2010 -    * E.g. if "ABC" is the only contraction, then 'B' and
2011 -    * 'C' are considered unsafe. If we have another contraction "ZA" with
2012 -    * the one above, then 'A', 'B', 'C' are "unsafe" but 'Z' is not.
2013 -    * @param ch character to determin
2014 -    * @return true if ch is unsafe, false otherwise
2015 -    */
2016 -   final boolean isUnsafe(char ch)
2017 -   {
2018 -     if (ch < m_minUnsafe_) {
2019 -       return false;
2020 -     }
2021 -
2022 -     if (ch >= (HEURISTIC_SIZE_ << HEURISTIC_SHIFT_)) {
2023 -       if (UTF16.isLeadSurrogate(ch) || UTF16.isTrailSurrogate(ch)) {
2024 -         //  Trail surrogate are always considered unsafe.
2025 -         return true;
2026 -       }
2027 -       ch &= HEURISTIC_OVERFLOW_MASK_;
2028 -       ch += HEURISTIC_OVERFLOW_OFFSET_;
2029 -     }
2030 -     int value = m_unsafe_[ch >> HEURISTIC_SHIFT_];
2031 -     return ((value >> (ch & HEURISTIC_MASK_)) & 1) != 0;
2032 -   }
2033 -
2034 -   /**
2035 -    * Approximate determination if a char character is at a contraction end.
2036 -    * Guaranteed to be true if a character is at the end of a contraction,
2037 -    * otherwise it is not deterministic.
2038 -    * @param ch character to be determined
2039 -    */
2040 -   final boolean isContractionEnd(char ch)
2041 -   {
```

```
2042 -        if (UTF16.isTrailSurrogate(ch)) {
2043 -            return true;
2044 -        }
2045 -
2046 -        if (ch < m_minContractionEnd_) {
2047 -            return false;
2048 -        }
2049 -
2050 -        if (ch >= (HEURISTIC_SIZE_ << HEURISTIC_SHIFT_)) {
2051 -            ch &= HEURISTIC_OVERFLOW_MASK_;
2052 -            ch += HEURISTIC_OVERFLOW_OFFSET_;
2053 -        }
2054 -        int value = m_contractionEnd_[ch >> HEURISTIC_SHIFT_];
2055 -        return ((value >> (ch & HEURISTIC_MASK_)) & 1) != 0;
2056 -    }
2057 -
2058 -    /**
2059 -     * Retrieve the tag of a special ce
2060 -     * @param ce ce to test
2061 -     * @return tag of ce
2062 -     */
2063 -    static int getTag(int ce)
2064 -    {
2065 -        return (ce & CE_TAG_MASK_) >> CE_TAG_SHIFT_;
2066 -    }
2067 -
2068 -    /**
2069 -     * Checking if ce is special
2070 -     * @param ce to check
2071 -     * @return true if ce is special
2072 -     */
2073 -    static boolean isSpecial(int ce)
2074 -    {
2075 -        return (ce & CE_SPECIAL_FLAG_) == CE_SPECIAL_FLAG_;
2076 -    }
2077 -
2078 -    /**
2079 -     * Checks if the argument ce is a continuation
2080 -     * @param ce collation element to test
2081 -     * @return true if ce is a continuation
2082 -     */
2083 -    static final boolean isContinuation(int ce)
2084 -    {
2085 -        return ce != CollationElementIterator.NULLORDER
2086 -                        && (ce & CE_CONTINUATION_TAG_) ==
CE_CONTINUATION_TAG_;
2087 -    }
2088 -
2089 -    // protected constructor ----------------------------------------
-------
2090 -
2091 -    /**
2092 -     * Constructors a RuleBasedCollator from the argument locale.
2093 -     * If no resource bundle is associated with the locale, UCA is used
2094 -     * instead.
2095 -     * @param locale
```

```
2096 -      * @exception Exception thrown when there's an error creating the
Collator
2097 -      */
2098 -     RuleBasedCollator(Locale locale) // throws Exception
2099 -     {
2100 -         ResourceBundle rb = ICULocaleData.getLocaleElements(locale);
2101 -     initUtility();
2102 -     if (rb != null) {
2103 -         try {
2104 -             Object elements = rb.getObject("CollationElements");
2105 -             if (elements != null) {
2106 -                 Object[][] rules = (Object[][])elements;
2107 -                 m_rules_ = (String)rules[1][1];
2108 -                 // %%CollationBin
2109 -                 byte map[] = (byte [])rules[0][1];
2110 -                 BufferedInputStream input =
2111 -                             new BufferedInputStream(
2112 -                                         new
ByteArrayInputStream(map));
2113 -                 CollatorReader reader = new CollatorReader(input, false);
2114 -                 if (map.length > MIN_BINARY_DATA_SIZE_) {
2115 -                     reader.read(this, null);
2116 -                 }
2117 -                 else {
2118 -                     reader.readHeader(this);
2119 -                     reader.readOptions(this);
2120 -                     // duplicating UCA_'s data
2121 -                     setWithUCATables();
2122 -                 }
2123 -                 init();
2124 -                 return;
2125 -             }
2126 -         }
2127 -         catch (Exception e) {
2128 -             // if failed use UCA.
2129 -         }
2130 -     }
2131 -     setWithUCAData();
2132 -     }
2133 -
2134 -     // private inner classes ----------------------------------------
------
2135 -
2136 -     // private variables --------------------------------------------
-------
2137 -
2138 -     /**
2139 -      * The smallest natural unsafe or contraction end char character
before
2140 -      * tailoring.
2141 -      * This is a combining mark.
2142 -      */
2143 -     private static final int DEFAULT_MIN_HEURISTIC_ = 0x300;
2144 -     /**
2145 -      * Heuristic table table size. Size is 32 bytes, 1 bit for each
2146 -      * latin 1 char, and some power of two for hashing the rest of the
chars.
```

```
2147 -      * Size in bytes.
2148 -      */
2149 -   private static final char HEURISTIC_SIZE_ = 1056;
2150 -     /**
2151 -      * Mask value down to "some power of two" - 1,
2152 -      * number of bits, not num of bytes.
2153 -      */
2154 -   private static final char HEURISTIC_OVERFLOW_MASK_ = 0x1fff;
2155 -   /**
2156 -    * Unsafe character shift
2157 -    */
2158 -   private static final int HEURISTIC_SHIFT_ = 3;
2159 -   /**
2160 -    * Unsafe character addition for character too large, it has to be
folded
2161 -    * then incremented.
2162 -    */
2163 -   private static final char HEURISTIC_OVERFLOW_OFFSET_ = 256;
2164 -   /**
2165 -      * Mask value to get offset in heuristic table.
2166 -      */
2167 -   private static final char HEURISTIC_MASK_ = 7;
2168 -
2169 -   private int m_caseSwitch_;
2170 -     private int m_common3_;
2171 -     private int m_mask3_;
2172 -     /**
2173 -      * When switching case, we need to add or subtract different
values.
2174 -      */
2175 -     private int m_addition3_;
2176 -     /**
2177 -      * Upper range when compressing
2178 -      */
2179 -     private int m_top3_;
2180 -     /**
2181 -      * Upper range when compressing
2182 -      */
2183 -     private int m_bottom3_;
2184 -     private int m_topCount3_;
2185 -     private int m_bottomCount3_;
2186 -   /**
2187 -    * Case first constants
2188 -    */
2189 -   private static final int CASE_SWITCH_ = 0xC0;
2190 -   private static final int NO_CASE_SWITCH_ = 0;
2191 -   /**
2192 -    * Case level constants
2193 -    */
2194 -   private static final int CE_REMOVE_CASE_ = 0x3F;
2195 -   private static final int CE_KEEP_CASE_ = 0xFF;
2196 -   /**
2197 -    * Case strength mask
2198 -    */
2199 -   private static final int CE_CASE_MASK_3_ = 0xFF;
2200 -   /**
2201 -    * Sortkey size factor. Values can be changed.
```

```
2202 -    */
2203 -   private static final double PROPORTION_2_ = 0.5;
2204 -   private static final double PROPORTION_3_ = 0.667;
2205 -
2206 -   // These values come from the UCA ----------------------------------
-----
2207 -
2208 -   /**
2209 -    * This is an enum that lists magic special byte values from the
2210 -    * fractional UCA
2211 -    */
2212 -   private static final byte BYTE_ZERO_ = 0x0;
2213 -     private static final byte BYTE_LEVEL_SEPARATOR_ = (byte)0x01;
2214 -     private static final byte BYTE_SORTKEY_GLUE_ = (byte)0x02;
2215 -     private static final byte BYTE_SHIFT_PREFIX_ = (byte)0x03;
2216 -     private static final byte BYTE_UNSHIFTED_MIN_ = BYTE_SHIFT_PREFIX_;
2217 -     private static final byte BYTE_FIRST_UCA_ = BYTE_COMMON_;
2218 -     private static final byte BYTE_LAST_LATIN_PRIMARY_ = (byte)0x4C;
2219 -     private static final byte BYTE_FIRST_NON_LATIN_PRIMARY_ =
(byte)0x4D;
2220 -     private static final byte BYTE_UNSHIFTED_MAX_ = (byte)0xFF;
2221 -   private static final int TOTAL_2_ = COMMON_TOP_2_ - COMMON_BOTTOM_2_
- 1;
2222 -   private static final int FLAG_BIT_MASK_CASE_SWITCH_OFF_ = 0x80;
2223 -   private static final int FLAG_BIT_MASK_CASE_SWITCH_ON_ = 0x40;
2224 -   private static final int COMMON_TOP_CASE_SWITCH_OFF_3_ = 0x85;
2225 -   private static final int COMMON_TOP_CASE_SWITCH_LOWER_3_ = 0x45;
2226 -   private static final int COMMON_TOP_CASE_SWITCH_UPPER_3_ = 0xC5;
2227 -   private static final int COMMON_BOTTOM_3_ = 0x05;
2228 -   private static final int COMMON_BOTTOM_CASE_SWITCH_UPPER_3_ = 0x86;
2229 -   private static final int COMMON_BOTTOM_CASE_SWITCH_LOWER_3_ =
2230 -
COMMON_BOTTOM_3_;
2231 -   private static final int TOP_COUNT_2_ = (int)(PROPORTION_2_ *
TOTAL_2_);
2232 -   private static final int BOTTOM_COUNT_2_ = TOTAL_2_ - TOP_COUNT_2_;
2233 -   private static final int COMMON_2_ = COMMON_BOTTOM_2_;
2234 -   private static final int COMMON_UPPER_FIRST_3_ = 0xC5;
2235 -   private static final int COMMON_NORMAL_3_ = COMMON_BOTTOM_3_;
2236 -   private static final int COMMON_4_ = (byte)0xFF;
2237 -
2238 -   /**
2239 -    * Minimum size required for the binary collation data in bytes.
2240 -    * Size of UCA header + size of options to 4 bytes
2241 -    */
2242 -   private static final int MIN_BINARY_DATA_SIZE_ = (42 + 8) << 2;
2243 -
2244 -   /**
2245 -    * If this collator is to generate only simple tertiaries for fast
path
2246 -    */
2247 -   private boolean m_isSimple3_;
2248 -
2249 -   /**
2250 -      * French collation sorting flag
2251 -      */
2252 -     private boolean m_isFrenchCollation_;
```

```
2253 -     /**
2254 -      * Flag indicating if shifted is requested for Quaternary alternate
2255 -      * handling. If this is not true, the default for alternate
handling will
2256 -      * be non-ignorable.
2257 -      */
2258 -     private boolean m_isAlternateHandlingShifted_;
2259 -     /**
2260 -      * Extra case level for sorting
2261 -      */
2262 -     private boolean m_isCaseLevel_;
2263 -
2264 -   private static final int SORT_BUFFER_INIT_SIZE_ = 128;
2265 -   private static final int SORT_BUFFER_INIT_SIZE_1_ =
2266 -                          SORT_BUFFER_INIT_SIZE_ << 3;
2267 -   private static final int SORT_BUFFER_INIT_SIZE_2_ =
SORT_BUFFER_INIT_SIZE_;
2268 -   private static final int SORT_BUFFER_INIT_SIZE_3_ =
SORT_BUFFER_INIT_SIZE_;
2269 -   private static final int SORT_BUFFER_INIT_SIZE_CASE_ =
2270 -                         SORT_BUFFER_INIT_SIZE_ >> 2;
2271 -   private static final int SORT_BUFFER_INIT_SIZE_4_ =
SORT_BUFFER_INIT_SIZE_;
2272 -
2273 -     private static final int CE_CONTINUATION_TAG_ = 0xC0;
2274 -   private static final int CE_REMOVE_CONTINUATION_MASK_ = 0xFFFFFF3F;
2275 -
2276 -   private static final int LAST_BYTE_MASK_ = 0xFF;
2277 -
2278 -   private static final int CE_RESET_TOP_VALUE_ = 0x9F000303;
2279 -   private static final int CE_NEXT_TOP_VALUE_ = 0xE8960303;
2280 -
2281 -   private static final byte SORT_CASE_BYTE_START_ = (byte)0x80;
2282 -   private static final byte SORT_CASE_SHIFT_START_ = (byte)7;
2283 -
2284 -   private static final byte SORT_LEVEL_TERMINATOR_ = 1;
2285 -
2286 -   /**
2287 -    * CE buffer size
2288 -    */
2289 -   private static final int CE_BUFFER_SIZE_ = 512;
2290 -
2291 -     /**
2292 -      * Bunch of utility iterators
2293 -      */
2294 -     private StringCharacterIterator m_srcUtilIter_;
2295 -     private CollationElementIterator m_srcUtilColEIter_;
2296 -     private StringCharacterIterator m_tgtUtilIter_;
2297 -     private CollationElementIterator m_tgtUtilColEIter_;
2298 -     /**
2299 -      * Utility comparison flags
2300 -      */
2301 -     private boolean m_utilCompare0_;
2302 -     private boolean m_utilCompare1_;
2303 -     private boolean m_utilCompare2_;
2304 -     private boolean m_utilCompare3_;
2305 -     private boolean m_utilCompare4_;
```

```
2306 -    private boolean m_utilCompare5_;
2307 -    /**
2308 -     * Utility byte buffer
2309 -     */
2310 -    private byte m_utilBytes0_[];
2311 -    private byte m_utilBytes1_[];
2312 -    private byte m_utilBytes2_[];
2313 -    private byte m_utilBytes3_[];
2314 -    private byte m_utilBytes4_[];
2315 -    private byte m_utilBytes5_[];
2316 -
2317 -    private int m_utilBytesCount0_;
2318 -    private int m_utilBytesCount1_;
2319 -    private int m_utilBytesCount2_;
2320 -    private int m_utilBytesCount3_;
2321 -    private int m_utilBytesCount4_;
2322 -    private int m_utilBytesCount5_;
2323 -    private int m_utilCount0_;
2324 -    private int m_utilCount1_;
2325 -    private int m_utilCount2_;
2326 -    private int m_utilCount3_;
2327 -    private int m_utilCount4_;
2328 -    private int m_utilCount5_;
2329 -
2330 -    private int m_utilFrenchStart_;
2331 -    private int m_utilFrenchEnd_;
2332 -
2333 -    /**
2334 -     * Preparing the CE buffers. will be filled during the primary
phase
2335 -     */
2336 -    private int m_srcUtilCEBuffer_[];
2337 -    private int m_tgtUtilCEBuffer_[];
2338 -    private int m_srcUtilCEBufferSize_;
2339 -    private int m_tgtUtilCEBufferSize_;
2340 -
2341 -    private int m_srcUtilContOffset_;
2342 -    private int m_tgtUtilContOffset_;
2343 -
2344 -    private int m_srcUtilOffset_;
2345 -    private int m_tgtUtilOffset_;
2346 -
2347 -    // private methods -------------------------------------------------
-------
2348 -
2349 -    /**
2350 -     * Gets the 2 bytes of primary order and adds it to the primary
byte array
2351 -     * @param ce current ce
2352 -     * @param notIsContinuation flag indicating if the current bytes
belong to
2353 -     *        a continuation ce
2354 -     * @param doShift flag indicating if ce is to be shifted
2355 -     * @param leadPrimary lead primary used for compression
2356 -     * @param commonBottom4 common byte value for Quaternary
2357 -     * @param bottomCount4 smallest byte value for Quaternary
2358 -     * @return the new lead primary for compression
```

```
2359 -        */
2360 -     private final int doPrimaryBytes(int ce, boolean notIsContinuation,
2361 -                      boolean doShift, int leadPrimary,
2362 -                      int commonBottom4, int bottomCount4)
2363 -     {
2364 -
2365 -        int p2 = (ce >>= 16) & LAST_BYTE_MASK_; // in ints for unsigned
2366 -          int p1 = ce >>> 8;  // comparison
2367 -        if (doShift) {
2368 -            if (m_utilCount4_ > 0) {
2369 -                while (m_utilCount4_ > bottomCount4) {
2370 -                    m_utilBytes4_ = append(m_utilBytes4_,
m_utilBytesCount4_,
2371 -                              (byte)(commonBottom4 + bottomCount4));
2372 -                    m_utilBytesCount4_ ++;
2373 -                   m_utilCount4_ -= bottomCount4;
2374 -                }
2375 -                m_utilBytes4_ = append(m_utilBytes4_,
m_utilBytesCount4_,
2376 -                          (byte)(commonBottom4
2377 -                                  + (m_utilCount4_ - 1)));
2378 -                m_utilBytesCount4_ ++;
2379 -                m_utilCount4_ = 0;
2380 -            }
2381 -            // dealing with a variable and we're treating them as shifted
2382 -              // This is a shifted ignorable
2383 -             if (p1 != 0) {
2384 -                // we need to check this since we could be in
continuation
2385 -                m_utilBytes4_ = append(m_utilBytes4_,
m_utilBytesCount4_,
2386 -                                  (byte)p1);
2387 -                m_utilBytesCount4_ ++;
2388 -            }
2389 -             if (p2 != 0) {
2390 -                m_utilBytes4_ = append(m_utilBytes4_, m_utilBytesCount4_,
2391 -                                  (byte)p2);
2392 -                m_utilBytesCount4_ ++;
2393 -            }
2394 -         }
2395 -         else {
2396 -            // Note: This code assumes that the table is well built
2397 -            // i.e. not having 0 bytes where they are not supposed to be.
2398 -             // Usually, we'll have non-zero primary1 & primary2, except
2399 -             // in cases of LatinOne and friends, when primary2 will be
2400 -             // regular and simple sortkey calc
2401 -            if (p1 != CollationElementIterator.IGNORABLE) {
2402 -                if (notIsContinuation) {
2403 -                    if (leadPrimary == p1) {
2404 -                        m_utilBytes1_ = append(m_utilBytes1_,
2405 -                                          m_utilBytesCount1_,
(byte)p2);
2406 -                        m_utilBytesCount1_ ++;
2407 -                    }
2408 -                    else {
2409 -                        if (leadPrimary != 0) {
2410 -                            m_utilBytes1_ = append(m_utilBytes1_,
```

```
2411 -                                       m_utilBytesCount1_,
2412 -                           (byte)((p1 > leadPrimary)
2413 -                               ? BYTE_UNSHIFTED_MAX_
2414 -                               : BYTE_UNSHIFTED_MIN_));
2415 -                           m_utilBytesCount1_ ++;
2416 -                       }
2417 -                       if (p2 == CollationElementIterator.IGNORABLE) {
2418 -                           // one byter, not compressed
2419 -                           m_utilBytes1_ = append(m_utilBytes1_,
2420 -                                               m_utilBytesCount1_,
2421 -                                               (byte)p1);
2422 -                           m_utilBytesCount1_ ++;
2423 -                           leadPrimary = 0;
2424 -                       }
2425 -                       else if (p1 < BYTE_FIRST_NON_LATIN_PRIMARY_
2426 -                           || (p1
2427 -                       >
(RuleBasedCollator.UCA_CONSTANTS_.LAST_NON_VARIABLE_[0]
2428 -                                                           >>>
24)
2429 -                           && p1
2430 -                       <
(RuleBasedCollator.UCA_CONSTANTS_.FIRST_IMPLICIT_[0]
2431 -                                                           >>>
24))) {
2432 -                           // not compressible
2433 -                           leadPrimary = 0;
2434 -                           m_utilBytes1_ = append(m_utilBytes1_,
2435 -
m_utilBytesCount1_,
2436 -                                               (byte)p1);
2437 -                           m_utilBytesCount1_ ++;
2438 -                           m_utilBytes1_ = append(m_utilBytes1_,
2439 -
m_utilBytesCount1_,
2440 -                                               (byte)p2);
2441 -                           m_utilBytesCount1_ ++;
2442 -                       }
2443 -                       else { // compress
2444 -                           leadPrimary = p1;
2445 -                           m_utilBytes1_ = append(m_utilBytes1_,
2446 -                                               m_utilBytesCount1_,
2447 -                                               (byte)p1);
2448 -                           m_utilBytesCount1_ ++;
2449 -                           m_utilBytes1_ = append(m_utilBytes1_,
2450 -                                               m_utilBytesCount1_,
(byte)p2);
2451 -                           m_utilBytesCount1_ ++;
2452 -                       }
2453 -                   }
2454 -               }
2455 -               else {
2456 -                   // continuation, add primary to the key, no
compression
2457 -                   m_utilBytes1_ = append(m_utilBytes1_,
2458 -                                       m_utilBytesCount1_,
(byte)p1);
```

```
2459 -                        m_utilBytesCount1_ ++;
2460 -                        if (p2 != CollationElementIterator.IGNORABLE) {
2461 -                          m_utilBytes1_ = append(m_utilBytes1_,
2462 -                                                 m_utilBytesCount1_,
(byte)p2);
2463 -                          // second part
2464 -                          m_utilBytesCount1_ ++;
2465 -                        }
2466 -                      }
2467 -                  }
2468 -              }
2469 -          return leadPrimary;
2470 -      }
2471 -
2472 -      /**
2473 -       * Gets the secondary byte and adds it to the secondary byte array
2474 -       * @param ce current ce
2475 -       * @param notIsContinuation flag indicating if the current bytes
belong to
2476 -       *        a continuation ce
2477 -       * @param doFrench flag indicator if french sort is to be performed
2478 -       */
2479 -      private final void doSecondaryBytes(int ce, boolean
notIsContinuation,
2480 -                          boolean doFrench)
2481 -      {
2482 -          int s = (ce >>= 8) & LAST_BYTE_MASK_; // int for comparison
2483 -          if (s != 0) {
2484 -              if (!doFrench) {
2485 -                  // This is compression code.
2486 -                  if (s == COMMON_2_ && notIsContinuation) {
2487 -                      m_utilCount2_ ++;
2488 -                  }
2489 -                  else {
2490 -                      if (m_utilCount2_ > 0) {
2491 -                          if (s > COMMON_2_) { // not necessary for 4th
level.
2492 -                              while (m_utilCount2_ > TOP_COUNT_2_) {
2493 -                                  m_utilBytes2_ = append(m_utilBytes2_,
2494 -                                          m_utilBytesCount2_,
2495 -                                      (byte)(COMMON_TOP_2_ - TOP_COUNT_2_));
2496 -                                  m_utilBytesCount2_ ++;
2497 -                                  m_utilCount2_ -= TOP_COUNT_2_;
2498 -                              }
2499 -                              m_utilBytes2_ = append(m_utilBytes2_,
2500 -                                              m_utilBytesCount2_,
2501 -                                      (byte)(COMMON_TOP_2_
2502 -                                              - (m_utilCount2_
- 1)));
2503 -                              m_utilBytesCount2_ ++;
2504 -                          }
2505 -                          else {
2506 -                              while (m_utilCount2_ > BOTTOM_COUNT_2_) {
2507 -                                  m_utilBytes2_ = append(m_utilBytes2_,
2508 -
m_utilBytesCount2_,
```

```
2509 -                                (byte)(COMMON_BOTTOM_2_ +
BOTTOM_COUNT_2_));
2510 -                              m_utilBytesCount2_ ++;
2511 -                            m_utilCount2_ -= BOTTOM_COUNT_2_;
2512 -                          }
2513 -                        m_utilBytes2_ = append(m_utilBytes2_,
2514 -                                        m_utilBytesCount2_,
2515 -                                      (byte)(COMMON_BOTTOM_2_
2516 -                                          + (m_utilCount2_
- 1)));
2517 -                          m_utilBytesCount2_ ++;
2518 -                      }
2519 -                      m_utilCount2_ = 0;
2520 -                    }
2521 -                    m_utilBytes2_ = append(m_utilBytes2_,
m_utilBytesCount2_,
2522 -                                    (byte)s);
2523 -                    m_utilBytesCount2_ ++;
2524 -                  }
2525 -                }
2526 -              else {
2527 -                m_utilBytes2_ = append(m_utilBytes2_,
m_utilBytesCount2_,
2528 -                                  (byte)s);
2529 -                m_utilBytesCount2_ ++;
2530 -                // Do the special handling for French secondaries
2531 -                // We need to get continuation elements and do
intermediate
2532 -                // restore
2533 -                // abc1c2c3de with french secondaries need to be
edc1c2c3ba
2534 -                // NOT edc3c2c1ba
2535 -                if (notIsContinuation) {
2536 -                    if (m_utilFrenchStart_ != -1) {
2537 -                        // reverse secondaries from frenchStartPtr up
to
2538 -                        // frenchEndPtr
2539 -                        reverseBuffer(m_utilBytes2_);
2540 -                        m_utilFrenchStart_ = -1;
2541 -                    }
2542 -                }
2543 -                else {
2544 -                    if (m_utilFrenchStart_ == -1) {
2545 -                        m_utilFrenchStart_  = m_utilBytesCount2_ - 2;
2546 -                    }
2547 -                    m_utilFrenchEnd_ = m_utilBytesCount2_ - 1;
2548 -                }
2549 -              }
2550 -          }
2551 -      }
2552 -
2553 -      /**
2554 -       * Reverse the argument buffer
2555 -       * @param buffer to reverse
2556 -       */
2557 -      private void reverseBuffer(byte buffer[])
2558 -      {
```

```
2559 -       int start = m_utilFrenchStart_;
2560 -       int end = m_utilFrenchEnd_;
2561 -       while (start < end) {
2562 -         byte b = buffer[start];
2563 -         buffer[start ++] = buffer[end];
2564 -         buffer[end --] = b;
2565 -       }
2566 -   }
2567 -
2568 -   /**
2569 -    * Insert the case shifting byte if required
2570 -    * @param caseshift value
2571 -    * @return new caseshift value
2572 -    */
2573 -   private final int doCaseShift(int caseshift)
2574 -   {
2575 -       if (caseshift  == 0) {
2576 -         m_utilBytes0_ = append(m_utilBytes0_, m_utilBytesCount0_,
2577 -                               SORT_CASE_BYTE_START_);
2578 -           m_utilBytesCount0_ ++;
2579 -         caseshift = SORT_CASE_SHIFT_START_;
2580 -       }
2581 -       return caseshift;
2582 -   }
2583 -
2584 -   /**
2585 -    * Performs the casing sort
2586 -    * @param tertiary byte in ints for easy comparison
2587 -    * @param notIsContinuation flag indicating if the current bytes
belong to
2588 -    *        a continuation ce
2589 -    * @param caseshift
2590 -    * @return the new value of case shift
2591 -    */
2592 -   private final int doCaseBytes(int tertiary, boolean
notIsContinuation,
2593 -                     int caseshift)
2594 -   {
2595 -     caseshift = doCaseShift(caseshift);
2596 -
2597 -         if (notIsContinuation && tertiary != 0) {
2598 -           byte casebits = (byte)(tertiary & 0xC0);
2599 -             if (m_caseFirst_ == AttributeValue.UPPER_FIRST_) {
2600 -               if (casebits == 0) {
2601 -                 m_utilBytes0_[m_utilBytesCount0_ - 1]
2602 -                                                |= (1 << (--
caseshift));
2603 -               }
2604 -               else {
2605 -                   // second bit
2606 -                   caseshift = doCaseShift(caseshift - 1);
2607 -                   m_utilBytes0_[m_utilBytesCount0_ - 1]
2608 -                                     |= ((casebits >> 6) & 1) << (--
caseshift);
2609 -               }
2610 -             }
2611 -             else {
```

```
2612 -                    if (casebits != 0) {
2613 -                        m_utilBytes0_[m_utilBytesCount0_ - 1]
2614 -                                                        |= 1 << (--
caseshift);
2615 -                        // second bit
2616 -                        caseshift = doCaseShift(caseshift);
2617 -                        m_utilBytes0_[m_utilBytesCount0_ - 1]
2618 -                                        |= ((casebits >> 7) & 1) << (--
caseshift);
2619 -                    }
2620 -                    else {
2621 -                        caseshift --;
2622 -                    }
2623 -                }
2624 -            }
2625 -
2626 -        return caseshift;
2627 -    }
2628 -
2629 -    /**
2630 -     * Gets the tertiary byte and adds it to the tertiary byte array
2631 -        * @param tertiary byte in int for easy comparison
2632 -        * @param notIsContinuation flag indicating if the current bytes
belong to
2633 -        *         a continuation ce
2634 -     */
2635 -    private final void doTertiaryBytes(int tertiary, boolean
notIsContinuation)
2636 -    {
2637 -        if (tertiary != 0) {
2638 -          // This is compression code.
2639 -                // sequence size check is included in the if clause
2640 -                if (tertiary == m_common3_ && notIsContinuation) {
2641 -                    m_utilCount3_ ++;
2642 -                }
2643 -                else {
2644 -                   int common3 = m_common3_ & LAST_BYTE_MASK_;
2645 -                    if (tertiary > common3 && m_common3_ ==
COMMON_NORMAL_3_) {
2646 -                        tertiary += m_addition3_;
2647 -                    }
2648 -                    else if (tertiary <= common3
2649 -                            && m_common3_ == COMMON_UPPER_FIRST_3_) {
2650 -                        tertiary -= m_addition3_;
2651 -                    }
2652 -                    if (m_utilCount3_ > 0) {
2653 -                        if (tertiary > common3) {
2654 -                        while (m_utilCount3_ > m_topCount3_) {
2655 -                            m_utilBytes3_ = append(m_utilBytes3_,
2656 -                                            m_utilBytesCount3_,
2657 -                                (byte)(m_top3_ - m_topCount3_));
2658 -                            m_utilBytesCount3_ ++;
2659 -                            m_utilCount3_ -= m_topCount3_;
2660 -                        }
2661 -                        m_utilBytes3_ = append(m_utilBytes3_,
2662 -                                        m_utilBytesCount3_,
2663 -                                        (byte)(m_top3_
```

```
2664 -                                                  - (m_utilCount3_
- 1)));
2665 -                        m_utilBytesCount3_ ++;
2666 -                      }
2667 -                      else {
2668 -                        while (m_utilCount3_ > m_bottomCount3_) {
2669 -                            m_utilBytes3_ = append(m_utilBytes3_,
2670 -                                            m_utilBytesCount3_,
2671 -                                        (byte)(m_bottom3_ +
m_bottomCount3_));
2672 -                            m_utilBytesCount3_ ++;
2673 -                            m_utilCount3_ -= m_bottomCount3_;
2674 -                        }
2675 -                        m_utilBytes3_ = append(m_utilBytes3_,
2676 -                                            m_utilBytesCount3_,
2677 -                                        (byte)(m_bottom3_
2678 -                                            + (m_utilCount3_
- 1)));
2679 -                        m_utilBytesCount3_ ++;
2680 -                      }
2681 -                      m_utilCount3_ = 0;
2682 -                    }
2683 -                    m_utilBytes3_ = append(m_utilBytes3_,
m_utilBytesCount3_,
2684 -                                        (byte)tertiary);
2685 -                    m_utilBytesCount3_ ++;
2686 -                  }
2687 -                }
2688 -  }
2689 -
2690 -  /**
2691 -   * Gets the Quaternary byte and adds it to the Quaternary byte array
2692 -     * @param isCodePointHiragana flag indicator if the previous
codepoint
2693 -     *        we dealt with was Hiragana
2694 -     * @param commonBottom4 smallest common Quaternary byte
2695 -     * @param bottomCount4 smallest Quaternary byte
2696 -     * @param hiragana4 hiragana Quaternary byte
2697 -   */
2698 -  private final void doQuaternaryBytes(boolean isCodePointHiragana,
2699 -                    int commonBottom4, int bottomCount4,
2700 -                    byte hiragana4)
2701 -  {
2702 -    if (isCodePointHiragana) { // This was Hiragana, need to note it
2703 -      if (m_utilCount4_ > 0) { // Close this part
2704 -          while (m_utilCount4_ > bottomCount4) {
2705 -              m_utilBytes4_ = append(m_utilBytes4_,
m_utilBytesCount4_,
2706 -                                  (byte)(commonBottom4
2707 -                                  + bottomCount4));
2708 -              m_utilBytesCount4_ ++;
2709 -              m_utilCount4_ -= bottomCount4;
2710 -          }
2711 -          m_utilBytes4_ = append(m_utilBytes4_,
m_utilBytesCount4_,
2712 -                                  (byte)(commonBottom4
2713 -                                  + (m_utilCount4_ - 1)));
```

```
2714 -                      m_utilBytesCount4_ ++;
2715 -                      m_utilCount4_ = 0;
2716 -                  }
2717 -              m_utilBytes4_ = append(m_utilBytes4_, m_utilBytesCount4_,
2718 -                                     hiragana4); // Add the Hiragana
2719 -              m_utilBytesCount4_ ++;
2720 -          }
2721 -          else { // This wasn't Hiragana, so we can continue adding stuff
2722 -              m_utilCount4_ ++;
2723 -          }
2724 -  }
2725 -
2726 -  /**
2727 -   * Iterates through the argument string for all ces.
2728 -   * Split the ces into their relevant primaries, secondaries etc.
2729 -   * @param source normalized string
2730 -   * @param doFrench flag indicator if special handling of French has
to be
2731 -   *             done
2732 -   * @param hiragana4 offset for Hiragana quaternary
2733 -   * @param commonBottom4 smallest common quaternary byte
2734 -   * @param bottomCount4 smallest quaternary byte
2735 -   */
2736 -  private final void getSortKeyBytes(String source, boolean doFrench,
2737 -                      byte hiragana4, int commonBottom4,
2738 -                      int bottomCount4)
2739 -
2740 -  {
2741 -      int backupDecomposition = getDecomposition();
2742 -      setDecomposition(NO_DECOMPOSITION); // have to revert to backup
later
2743 -      m_srcUtilIter_.setText(source);
2744 -      m_srcUtilColEIter_.setText(m_srcUtilIter_);
2745 -      m_utilFrenchStart_ = -1;
2746 -      m_utilFrenchEnd_ = -1;
2747 -
2748 -      // scriptorder not implemented yet
2749 -      // const uint8_t *scriptOrder = coll->scriptOrder;
2750 -
2751 -      boolean doShift = false;
2752 -      boolean notIsContinuation = false;
2753 -
2754 -      int leadPrimary = 0; // int for easier comparison
2755 -      int caseShift = 0;
2756 -
2757 -      while (true) {
2758 -          int ce = m_srcUtilColEIter_.next();
2759 -          if (ce == CollationElementIterator.NULLORDER) {
2760 -              break;
2761 -          }
2762 -
2763 -          if (ce == CollationElementIterator.IGNORABLE) {
2764 -              continue;
2765 -          }
2766 -
2767 -          notIsContinuation = !isContinuation(ce);
2768 -
```

```
2769 -             /*
2770 -              * if (notIsContinuation) {
2771 -                 if (scriptOrder != NULL) {
2772 -                     primary1 = scriptOrder[primary1];
2773 -                 }
2774 -             }*/
2775 -             boolean isPrimaryByteIgnorable = (ce & CE_PRIMARY_MASK_) ==
0;
2776 -             // actually we can just check that the first byte is 0
2777 -             // generation stuffs the order left first
2778 -             boolean isSmallerThanVariableTop = (ce >>>
CE_PRIMARY_SHIFT_)
2779 -                                         <= m_variableTopValue_;
2780 -             doShift = (m_isAlternateHandlingShifted_
2781 -                 && ((notIsContinuation && isSmallerThanVariableTop
2782 -                 && !isPrimaryByteIgnorable) // primary byte not 0
2783 -                 || (!notIsContinuation && doShift))
2784 -                 || (doShift && isPrimaryByteIgnorable));
2785 -             if (doShift && isPrimaryByteIgnorable) {
2786 -         // amendment to the UCA says that primary ignorables and
other
2787 -         // ignorables should be removed if following a shifted code
2788 -         // point
2789 -             // if we were shifted and we got an ignorable code
point
2790 -             // we should just completely ignore it
2791 -             continue;
2792 -         }
2793 -     leadPrimary = doPrimaryBytes(ce, notIsContinuation, doShift,
2794 -                             leadPrimary, commonBottom4,
2795 -                             bottomCount4);
2796 -             if (doShift) {
2797 -             continue;
2798 -         }
2799 -     if (m_utilCompare2_) {
2800 -         doSecondaryBytes(ce, notIsContinuation,  doFrench);
2801 -     }
2802 -
2803 -     int t = ce & LAST_BYTE_MASK_;
2804 -     if (!notIsContinuation) {
2805 -             t = ce & CE_REMOVE_CONTINUATION_MASK_;
2806 -         }
2807 -
2808 -         if (m_utilCompare0_) {
2809 -             caseShift = doCaseBytes(t, notIsContinuation,
caseShift);
2810 -         }
2811 -         else if (notIsContinuation) {
2812 -             t ^= m_caseSwitch_;
2813 -         }
2814 -
2815 -         t &= m_mask3_;
2816 -
2817 -         if (m_utilCompare3_) {
2818 -           doTertiaryBytes(t, notIsContinuation);
2819 -         }
2820 -
```

```
2821 -              if (m_utilCompare4_ && notIsContinuation) { // compare quad
2822 -
doQuaternaryBytes(m_srcUtilColEIter_.m_isCodePointHiragana_,
2823 -                          commonBottom4, bottomCount4, hiragana4);
2824 -              }
2825 -          }
2826 -          setDecomposition(backupDecomposition); // reverts to original
2827 -          if (m_utilFrenchStart_ != -1) {
2828 -            // one last round of checks
2829 -          reverseBuffer(m_utilBytes2_);
2830 -        }
2831 -  }
2832 -
2833 -  /**
2834 -   * From the individual strength byte results the final compact
sortkey
2835 -   * will be calculated.
2836 -   * @param source text string
2837 -   * @param doFrench flag indicating that special handling of French
has to
2838 -   *          be done
2839 -   * @param commonBottom4 smallest common quaternary byte
2840 -   * @param bottomCount4 smallest quaternary byte
2841 -   * @return the compact sortkey
2842 -   */
2843 -  private final byte[] getSortKey(String source, boolean doFrench,
2844 -                  int commonBottom4, int bottomCount4)
2845 -  {
2846 -    // we have done all the CE's, now let's put them together to form
2847 -        // a key
2848 -        if (m_utilCompare2_) {
2849 -          doSecondary(doFrench);
2850 -          if (m_utilCompare0_) {
2851 -        doCase();
2852 -            }
2853 -          if (m_utilCompare3_) {
2854 -            doTertiary();
2855 -            if (m_utilCompare4_) {
2856 -              doQuaternary(commonBottom4, bottomCount4);
2857 -              if (m_utilCompare5_) {
2858 -                doIdentical(source);
2859 -              }
2860 -
2861 -            }
2862 -          }
2863 -        }
2864 -        m_utilBytes1_ = append(m_utilBytes1_, m_utilBytesCount1_,
(byte)0);
2865 -        m_utilBytesCount1_ ++;
2866 -        byte result[] = (byte [])m_utilBytes1_.clone();
2867 -    return result;
2868 -  }
2869 -
2870 -  /**
2871 -   * Packs the French bytes
2872 -   * @param count array of compression counts
2873 -   */
```

```
2874 -   private final void doFrench()
2875 -   {
2876 -      for (int i = 0; i < m_utilBytesCount2_; i ++) {
2877 -         byte s = m_utilBytes2_[m_utilBytesCount2_ - i - 1];
2878 -         // This is compression code.
2879 -         if (s == COMMON_2_) {
2880 -             ++ m_utilCount2_;
2881 -         }
2882 -         else {
2883 -             if (m_utilCount2_ > 0) {
2884 -                 // getting the unsigned value
2885 -                 if ((s & LAST_BYTE_MASK_) > COMMON_2_) {
2886 -                     // not necessary for 4th level.
2887 -                     while (m_utilCount2_ > TOP_COUNT_2_) {
2888 -                         m_utilBytes1_ = append(m_utilBytes1_,
2889 -                                                 m_utilBytesCount1_,
2890 -                             (byte)(COMMON_TOP_2_ - TOP_COUNT_2_));
2891 -                         m_utilBytesCount1_ ++;
2892 -                         m_utilCount2_ -= TOP_COUNT_2_;
2893 -                     }
2894 -                     m_utilBytes1_ = append(m_utilBytes1_,
2895 -                                             m_utilBytesCount1_,
2896 -                                             (byte)(COMMON_TOP_2_
2897 -                                             - (m_utilCount2_ - 1)));
2898 -                     m_utilBytesCount1_ ++;
2899 -                 }
2900 -                 else {
2901 -                     while (m_utilCount2_ > BOTTOM_COUNT_2_) {
2902 -                         m_utilBytes1_ = append(m_utilBytes1_,
2903 -                                                 m_utilBytesCount1_,
2904 -                             (byte)(COMMON_BOTTOM_2_ + BOTTOM_COUNT_2_));
2905 -                         m_utilBytesCount1_ ++;
2906 -                         m_utilCount2_ -= BOTTOM_COUNT_2_;
2907 -                     }
2908 -                     m_utilBytes1_ = append(m_utilBytes1_,
2909 -                                             m_utilBytesCount1_,
2910 -                                             (byte)(COMMON_BOTTOM_2_
2911 -                                             + (m_utilCount2_ - 1)));
2912 -                     m_utilBytesCount1_ ++;
2913 -                 }
2914 -                 m_utilCount2_ = 0;
2915 -             }
2916 -             m_utilBytes1_ = append(m_utilBytes1_, m_utilBytesCount1_,
s);
2917 -             m_utilBytesCount1_ ++;
2918 -         }
2919 -     }
2920 -     if (m_utilCount2_ > 0) {
2921 -         while (m_utilCount2_ > BOTTOM_COUNT_2_) {
2922 -             m_utilBytes1_ = append(m_utilBytes1_, m_utilBytesCount1_,
2923 -                             (byte)(COMMON_BOTTOM_2_
2924 -                             + BOTTOM_COUNT_2_));
2925 -             m_utilBytesCount1_ ++;
2926 -             m_utilCount2_ -= BOTTOM_COUNT_2_;
2927 -         }
2928 -         m_utilBytes1_ = append(m_utilBytes1_, m_utilBytesCount1_,
2929 -                             (byte)(COMMON_BOTTOM_2_
```

```
2930 -                             + (m_utilCount2_ - 1)));
2931 -             m_utilBytesCount1_ ++;
2932 -     }
2933 -  }
2934 -
2935 -  /**
2936 -   * Compacts the secondary bytes and stores them into the primary
array
2937 -   * @param doFrench flag indicator that French has to be handled
specially
2938 -   */
2939 -  private final void doSecondary(boolean doFrench)
2940 -  {
2941 -    if (m_utilCount2_ > 0) {
2942 -            while (m_utilCount2_ > BOTTOM_COUNT_2_) {
2943 -                m_utilBytes2_ = append(m_utilBytes2_, m_utilBytesCount2_,
2944 -                              (byte)(COMMON_BOTTOM_2_
2945 -                              + BOTTOM_COUNT_2_));
2946 -                m_utilBytesCount2_ ++;
2947 -                m_utilCount2_ -= BOTTOM_COUNT_2_;
2948 -            }
2949 -            m_utilBytes2_ = append(m_utilBytes2_, m_utilBytesCount2_,
2950 -                              (byte)(COMMON_BOTTOM_2_ +
2951 -                              (m_utilCount2_ - 1)));
2952 -            m_utilBytesCount2_ ++;
2953 -        }
2954 -
2955 -        m_utilBytes1_ = append(m_utilBytes1_, m_utilBytesCount1_,
2956 -                          SORT_LEVEL_TERMINATOR_);
2957 -        m_utilBytesCount1_ ++;
2958 -
2959 -        if (doFrench) { // do the reverse copy
2960 -            doFrench();
2961 -        }
2962 -        else {
2963 -          if (m_utilBytes1_.length <= m_utilBytesCount1_
2964 -                              + m_utilBytesCount2_) {
2965 -            m_utilBytes1_ = increase(m_utilBytes1_, m_utilBytesCount1_,
2966 -                              m_utilBytesCount2_);
2967 -          }
2968 -            System.arraycopy(m_utilBytes2_, 0, m_utilBytes1_,
2969 -                          m_utilBytesCount1_, m_utilBytesCount2_);
2970 -        m_utilBytesCount1_ += m_utilBytesCount2_;
2971 -        }
2972 -  }
2973 -
2974 -  /**
2975 -   * Increase buffer size
2976 -   * @param array array of bytes
2977 -   * @param size of the byte array
2978 -   * @param incrementsize size to increase
2979 -   * @return the new buffer
2980 -   */
2981 -  private static final byte[] increase(byte buffer[], int size,
2982 -                      int incrementsize)
2983 -  {
2984 -    byte result[] = new byte[buffer.length + incrementsize];
```

```
2985 -      System.arraycopy(buffer, 0, result, 0, size);
2986 -      return result;
2987 -  }
2988 -
2989 -  /**
2990 -   * Increase buffer size
2991 -   * @param array array of bytes
2992 -   * @param size of the byte array
2993 -   * @param incrementsize size to increase
2994 -   * @return the new buffer
2995 -   */
2996 -  private static final int[] increase(int buffer[], int size,
2997 -                     int incrementsize)
2998 -  {
2999 -    int result[] = new int[buffer.length + incrementsize];
3000 -    System.arraycopy(buffer, 0, result, 0, size);
3001 -    return result;
3002 -  }
3003 -
3004 -  /**
3005 -   * Compacts the case bytes and stores them into the primary array
3006 -   */
3007 -  private final void doCase()
3008 -  {
3009 -    m_utilBytes1_ = append(m_utilBytes1_, m_utilBytesCount1_,
3010 -                   SORT_LEVEL_TERMINATOR_);
3011 -      m_utilBytesCount1_ ++;
3012 -    if (m_utilBytes1_.length <= m_utilBytesCount1_ +
3013 -    m_utilBytesCount0_) {
3013 -      m_utilBytes1_ = increase(m_utilBytes1_, m_utilBytesCount1_,
3014 -                     m_utilBytesCount0_);
3015 -    }
3016 -    System.arraycopy(m_utilBytes0_, 0, m_utilBytes1_,
3017 -    m_utilBytesCount1_,
3017 -                     m_utilBytesCount0_);
3018 -      m_utilBytesCount1_ += m_utilBytesCount0_;
3019 -  }
3020 -
3021 -  /**
3022 -   * Compacts the tertiary bytes and stores them into the primary array
3023 -   */
3024 -  private final void doTertiary()
3025 -  {
3026 -    if (m_utilCount3_ > 0) {
3027 -          if (m_common3_ != COMMON_BOTTOM_3_) {
3028 -              while (m_utilCount3_ >= m_topCount3_) {
3029 -                  m_utilBytes3_ = append(m_utilBytes3_,
3030 -    m_utilBytesCount3_,
3030 -                                    (byte)(m_top3_ -
3031 -    m_topCount3_));
3031 -                  m_utilBytesCount3_ ++;
3032 -                  m_utilCount3_ -= m_topCount3_;
3033 -              }
3034 -              m_utilBytes3_ = append(m_utilBytes3_, m_utilBytesCount3_,
3035 -                                (byte)(m_top3_ -
3036 -    m_utilCount3_));
3036 -              m_utilBytesCount3_ ++;
```

```
3037 -              }
3038 -          else {
3039 -              while (m_utilCount3_ > m_bottomCount3_) {
3040 -                  m_utilBytes3_ = append(m_utilBytes3_,
m_utilBytesCount3_,
3041 -                                      (byte)(m_bottom3_
3042 -                                      + m_bottomCount3_));
3043 -                  m_utilBytesCount3_ ++;
3044 -                  m_utilCount3_ -= m_bottomCount3_;
3045 -              }
3046 -              m_utilBytes3_ = append(m_utilBytes3_, m_utilBytesCount3_,
3047 -                                  (byte)(m_bottom3_
3048 -                                  + (m_utilCount3_ - 1)));
3049 -              m_utilBytesCount3_ ++;
3050 -          }
3051 -          }
3052 -          m_utilBytes1_ = append(m_utilBytes1_, m_utilBytesCount1_,
3053 -                              SORT_LEVEL_TERMINATOR_);
3054 -          m_utilBytesCount1_ ++;
3055 -          if (m_utilBytes1_.length <= m_utilBytesCount1_ +
m_utilBytesCount3_) {
3056 -              m_utilBytes1_ = increase(m_utilBytes1_, m_utilBytesCount1_,
3057 -                                  m_utilBytesCount3_);
3058 -          }
3059 -          System.arraycopy(m_utilBytes3_, 0, m_utilBytes1_,
m_utilBytesCount1_,
3060 -                              m_utilBytesCount3_);
3061 -          m_utilBytesCount1_ += m_utilBytesCount3_;
3062 -  }
3063 -
3064 -  /**
3065 -   * Compacts the quaternary bytes and stores them into the primary
array
3066 -   */
3067 -  private final void doQuaternary(int commonbottom4, int bottomcount4)
3068 -  {
3069 -      if (m_utilCount4_ > 0) {
3070 -          while (m_utilCount4_ > bottomcount4) {
3071 -              m_utilBytes4_ = append(m_utilBytes4_,
m_utilBytesCount4_,
3072 -                                  (byte)(commonbottom4 +
bottomcount4));
3073 -              m_utilBytesCount4_ ++;
3074 -              m_utilCount4_ -= bottomcount4;
3075 -          }
3076 -          m_utilBytes4_ = append(m_utilBytes4_, m_utilBytesCount4_,
3077 -                              (byte)(commonbottom4
3078 -                              + (m_utilCount4_ - 1)));
3079 -          m_utilBytesCount4_ ++;
3080 -      }
3081 -      m_utilBytes1_ = append(m_utilBytes1_, m_utilBytesCount1_,
3082 -                          SORT_LEVEL_TERMINATOR_);
3083 -      m_utilBytesCount1_ ++;
3084 -      if (m_utilBytes1_.length <= m_utilBytesCount1_ +
m_utilBytesCount4_) {
3085 -          m_utilBytes1_ = increase(m_utilBytes1_, m_utilBytesCount1_,
3086 -                              m_utilBytesCount4_);
```

```
3087 -         }
3088 -         System.arraycopy(m_utilBytes4_, 0, m_utilBytes1_,
m_utilBytesCount1_,
3089 -                          m_utilBytesCount4_);
3090 -         m_utilBytesCount1_ += m_utilBytesCount4_;
3091 - }
3092 -
3093 - /**
3094 -  * Deals with the identical sort.
3095 -  * Appends the BOCSU version of the source string to the ends of the
3096 -  * byte buffer.
3097 -  * @param source text string
3098 -  */
3099 - private final void doIdentical(String source)
3100 - {
3101 -    int isize = BOCU.getCompressionLength(source);
3102 -    m_utilBytes1_ = append(m_utilBytes1_, m_utilBytesCount1_,
3103 -                           SORT_LEVEL_TERMINATOR_);
3104 -         m_utilBytesCount1_ ++;
3105 -    if (m_utilBytes1_.length <= m_utilBytesCount1_ + isize) {
3106 -         m_utilBytes1_ = increase(m_utilBytes1_, m_utilBytesCount1_,
3107 -                              1 + isize);
3108 -         }
3109 -         m_utilBytesCount1_ = BOCU.compress(source, m_utilBytes1_,
3110 -                              m_utilBytesCount1_);
3111 - }
3112 -
3113 - /**
3114 -  * Gets the offset of the first unmatched characters in source and
target.
3115 -  * This method returns the offset of the start of a contraction or a
3116 -  * combining sequence, if the first difference is in the middle of
such a
3117 -  * sequence.
3118 -  * @param source string
3119 -  * @param target string
3120 -  * @return offset of the first unmatched characters in source and
target.
3121 -  */
3122 - private final int getFirstUnmatchedOffset(String source, String
target)
3123 - {
3124 -    int result = 0;
3125 -    int slength = source.length();
3126 -    int tlength = target.length();
3127 -    int minlength = slength;
3128 -    if (minlength > tlength) {
3129 -       minlength = tlength;
3130 -    }
3131 -    while (result < minlength
3132 -          && source.charAt(result) == target.charAt(result)) {
3133 -       result ++;
3134 -    }
3135 -    if (result > 0) {
3136 -         // There is an identical portion at the beginning of the two
3137 -         // strings. If the identical portion ends within a
contraction or a
```

```
3138 -          // combining character sequence, back up to the start of that
3139 -          // sequence.
3140 -          char schar = 0;
3141 -          char tchar = 0;
3142 -          if (result < minlength) {
3143 -            schar = source.charAt(result); // first differing chars
3144 -            tchar = target.charAt(result);
3145 -          }
3146 -          else {
3147 -              schar = source.charAt(minlength - 1);
3148 -              if (isUnsafe(schar)) {
3149 -                  tchar = schar;
3150 -              }
3151 -            else if (slength == tlength) {
3152 -                return result;
3153 -            }
3154 -            else if (slength < tlength) {
3155 -              tchar = target.charAt(result);
3156 -            }
3157 -            else {
3158 -              schar = source.charAt(result);
3159 -            }
3160 -          }
3161 -          if (isUnsafe(schar) || isUnsafe(tchar))
3162 -          {
3163 -              // We are stopped in the middle of a contraction or combining
3164 -              // sequence.
3165 -              // Look backwards for the part of the string for the start of
3166 -              // the sequence
3167 -              // It doesn't matter which string we scan, since they are the
3168 -              // same in this region.
3169 -              do {
3170 -                  result --;
3171 -              }
3172 -              while (result > 0 && isUnsafe(source.charAt(result)));
3173 -          }
3174 -      }
3175 -      return result;
3176 -  }
3177 -
3178 -  /**
3179 -   * Appending an byte to an array of bytes and increases it if we run out of
3180 -   * space
3181 -   * @param array of byte arrays
3182 -   * @param appendindex index in the byte array to append
3183 -   * @param value to append
3184 -   *     @return array if array size can accomodate the new value, otherwise
3185 -   *         a bigger array will be created and returned
3186 -   */
3187 -  private static final byte[] append(byte array[], int appendindex,
3188 -                                     byte value)
3189 -  {
```

```
3190 -     if (appendindex + 1 >= array.length) {
3191 -       array = increase(array,  appendindex, SORT_BUFFER_INIT_SIZE_);
3192 -     }
3193 -   array[appendindex] = value;
3194 -       return array;
3195 - }
3196 -
3197 - /**
3198 -  * This is a trick string compare function that goes in and uses
sortkeys
3199 -  * to compare. It is used when compare gets in trouble and needs to
bail
3200 -  * out.
3201 -  * @param source text string
3202 -  * @param target text string
3203 -  */
3204 - private final int compareBySortKeys(String source, String target)
3205 -
3206 - {
3207 -     CollationKey sourcekey = getCollationKey(source);
3208 -     CollationKey targetkey = getCollationKey(target);
3209 -     return sourcekey.compareTo(targetkey);
3210 - }
3211 -
3212 - /**
3213 -  * Performs the primary comparisons, and fills up the CE buffer at
the
3214 -  * same time.
3215 -  * The return value toggles between the comparison result and the
hiragana
3216 -  * result. If either the source is greater than target or vice versa,
the
3217 -  * return result is the comparison result, ie 1 or -1, furthermore
the
3218 -  * cebuffers will be cleared when that happens. If the primary
comparisons
3219 -  * are equal, we'll have to continue with secondary comparison. In
this case
3220 -  * the cebuffer will not be cleared and the return result will be the
3221 -  * hiragana result.
3222 -  * @param doHiragana4 flag indicator that Hiragana Quaternary has to
be
3223 -  *            observed
3224 -  * @param lowestpvalue the lowest primary value that will not be
ignored if
3225 -  *            alternate handling is shifted
3226 -  * @param source text string
3227 -  * @param target text string
3228 -  * @param textoffset offset in text to start the comparison
3229 -  * @return comparion result if a primary difference is found,
otherwise
3230 -  *            hiragana result
3231 -  */
3232 - private final int doPrimaryCompare(boolean doHiragana4, int
lowestpvalue,
3233 -                   String source, String target,
3234 -                   int textoffset)
```

```
3235 -
3236 -   {
3237 -      // Preparing the context objects for iterating over strings
3238 -          m_srcUtilIter_.setText(source);
3239 -          m_srcUtilColEIter_.setText(m_srcUtilIter_, textoffset);
3240 -          m_tgtUtilIter_.setText(target);
3241 -          m_tgtUtilColEIter_.setText(m_tgtUtilIter_, textoffset);
3242 -
3243 -      // Non shifted primary processing is quite simple
3244 -        if (!m_isAlternateHandlingShifted_) {
3245 -          int hiraganaresult = 0;
3246 -            while (true) {
3247 -              int sorder = 0;
3248 -          // We fetch CEs until we hit a non ignorable primary or end.
3249 -              do {
3250 -                  sorder = m_srcUtilColEIter_.next();
3251 -                  m_srcUtilCEBuffer_ = append(m_srcUtilCEBuffer_,
3252 -                                              m_srcUtilCEBufferSize_,
sorder);
3253 -                  m_srcUtilCEBufferSize_ ++;
3254 -                  sorder &= CE_PRIMARY_MASK_;
3255 -              } while (sorder == CollationElementIterator.IGNORABLE);
3256 -
3257 -          int torder = 0;
3258 -              do {
3259 -                  torder = m_tgtUtilColEIter_.next();
3260 -                  m_tgtUtilCEBuffer_ = append(m_tgtUtilCEBuffer_,
3261 -                                              m_tgtUtilCEBufferSize_,
torder);
3262 -                  m_tgtUtilCEBufferSize_ ++;
3263 -                  torder &= CE_PRIMARY_MASK_;
3264 -              } while (torder == CollationElementIterator.IGNORABLE);
3265 -
3266 -              // if both primaries are the same
3267 -              if (sorder == torder) {
3268 -                  // and there are no more CEs, we advance to the next
level
3269 -                  if (m_srcUtilCEBuffer_[m_srcUtilCEBufferSize_ - 1]
3270 -                      == CollationElementIterator.NULLORDER) {
3271 -                      break;
3272 -                  }
3273 -                  if (doHiragana4 && hiraganaresult == 0
3274 -                    && m_srcUtilColEIter_.m_isCodePointHiragana_ !=
3275 -                          m_tgtUtilColEIter_.m_isCodePointHiragana_)
{
3276 -                      if (m_srcUtilColEIter_.m_isCodePointHiragana_) {
3277 -                        hiraganaresult = -1;
3278 -                      }
3279 -                      else {
3280 -                        hiraganaresult = 1;
3281 -                      }
3282 -                  }
3283 -              }
3284 -              else {
3285 -                  // if two primaries are different, we are done
3286 -                  return endPrimaryCompare(sorder, torder);
3287 -              }
```

```
3288 -          }
3289 -          // no primary difference... do the rest from the buffers
3290 -          return hiraganaresult;
3291 -      }
3292 -    else { // shifted - do a slightly more complicated processing :)
3293 -        while (true) {
3294 -          int sorder = getPrimaryShiftedCompareCE(m_srcUtilColEIter_,
3295 -                                              lowestpvalue,
true);
3296 -        int torder = getPrimaryShiftedCompareCE(m_tgtUtilColEIter_,
3297 -                                              lowestpvalue,
false);
3298 -            if (sorder == torder) {
3299 -                if (m_srcUtilCEBuffer_[m_srcUtilCEBufferSize_ - 1]
3300 -                    == CollationElementIterator.NULLORDER) {
3301 -                    break;
3302 -                }
3303 -                else {
3304 -                    continue;
3305 -                }
3306 -            }
3307 -            else {
3308 -            return endPrimaryCompare(sorder, torder);
3309 -            }
3310 -        } // no primary difference... do the rest from the buffers
3311 -    }
3312 -    return 0;
3313 -  }
3314 -
3315 -  /**
3316 -   * This is used only for primary strength when we know that sorder is
3317 -   * already different from torder.
3318 -   * Compares sorder and torder, returns -1 if sorder is less than
torder.
3319 -   * Clears the cebuffer at the same time.
3320 -   * @param sorder source strength order
3321 -   * @param torder target strength order
3322 -   * @return the comparison result of sorder and torder
3323 -   */
3324 -  private final int endPrimaryCompare(int sorder, int torder)
3325 -  {
3326 -    // if we reach here, the ce offset accessed is the last ce
3327 -    // appended to the buffer
3328 -    boolean isSourceNullOrder = (m_srcUtilCEBuffer_[
3329 -
m_srcUtilCEBufferSize_ - 1]
3330 -                == CollationElementIterator.NULLORDER);
3331 -    boolean isTargetNullOrder = (m_tgtUtilCEBuffer_[
3332 -
m_tgtUtilCEBufferSize_ - 1]
3333 -                == CollationElementIterator.NULLORDER);
3334 -    m_srcUtilCEBufferSize_ = -1;
3335 -    m_tgtUtilCEBufferSize_ = -1;
3336 -    if (isSourceNullOrder) {
3337 -      return -1;
3338 -    }
3339 -        if (isTargetNullOrder) {
```

```
3340 -        return 1;
3341 -      }
3342 -      // getting rid of the sign
3343 -      sorder >>>= CE_PRIMARY_SHIFT_;
3344 -      torder >>>= CE_PRIMARY_SHIFT_;
3345 -      if (sorder < torder) {
3346 -        return -1;
3347 -      }
3348 -      return 1;
3349 -  }
3350 -
3351 -  /**
3352 -   * Calculates the next primary shifted value and fills up cebuffer
with the
3353 -   * next non-ignorable ce.
3354 -   * @param coleiter collation element iterator
3355 -   * @param doHiragana4 flag indicator if hiragana quaternary is to be
3356 -   *               handled
3357 -   * @param lowestpvalue lowest primary shifted value that will not be
3358 -   *               ignored
3359 -   * @return result next modified ce
3360 -   */
3361 -  private final int getPrimaryShiftedCompareCE(
3362 -                      CollationElementIterator coleiter,
3363 -                      int lowestpvalue, boolean isSrc)
3364 -
3365 -  {
3366 -    boolean shifted = false;
3367 -    int result = CollationElementIterator.IGNORABLE;
3368 -      int cebuffer[] = m_srcUtilCEBuffer_;
3369 -      int cebuffersize = m_srcUtilCEBufferSize_;
3370 -      if (!isSrc) {
3371 -        cebuffer = m_tgtUtilCEBuffer_;
3372 -        cebuffersize = m_tgtUtilCEBufferSize_;
3373 -      }
3374 -    while (true) {
3375 -        result = coleiter.next();
3376 -        if (result == CollationElementIterator.NULLORDER) {
3377 -          cebuffer = append(cebuffer, cebuffersize, result);
3378 -            cebuffersize ++;
3379 -            break;
3380 -        }
3381 -        else if (result == CollationElementIterator.IGNORABLE
3382 -                  || (shifted
3383 -                    && (result & CE_PRIMARY_MASK_)
3384 -                                        ==
CollationElementIterator.IGNORABLE)) {
3385 -              // UCA amendment - ignore ignorables that follow
shifted code
3386 -              // points
3387 -            continue;
3388 -        }
3389 -        else if (isContinuation(result)) {
3390 -          if ((result & CE_PRIMARY_MASK_)
3391 -                    != CollationElementIterator.IGNORABLE) {
3392 -              // There is primary value
3393 -                if (shifted) {
```

```
3394 -                      result = (result & CE_PRIMARY_MASK_)
3395 -                               | CE_CONTINUATION_MARKER_;
3396 -                    // preserve interesting continuation
3397 -                    cebuffer = append(cebuffer, cebuffersize, result);
3398 -                        cebuffersize ++;
3399 -                    continue;
3400 -                }
3401 -                else {
3402 -                    cebuffer = append(cebuffer, cebuffersize, result);
3403 -                        cebuffersize ++;
3404 -                    break;
3405 -                }
3406 -                }
3407 -                else { // Just lower level values
3408 -                   if (!shifted) {
3409 -                    cebuffer = append(cebuffer, cebuffersize, result);
3410 -                        cebuffersize ++;
3411 -                   }
3412 -                }
3413 -            }
3414 -            else { // regular
3415 -                if (Utility.compareUnsigned(result & CE_PRIMARY_MASK_,
3416 -                                  lowestpvalue) > 0) {
3417 -                  cebuffer = append(cebuffer, cebuffersize, result);
3418 -                    cebuffersize ++;
3419 -                  break;
3420 -                }
3421 -                else {
3422 -                  if ((result & CE_PRIMARY_MASK_) != 0) {
3423 -                    shifted = true;
3424 -                    result &= CE_PRIMARY_MASK_;
3425 -                    cebuffer = append(cebuffer, cebuffersize, result);
3426 -                        cebuffersize ++;
3427 -                    continue;
3428 -                  }
3429 -                  else {
3430 -                    cebuffer = append(cebuffer, cebuffersize, result);
3431 -                        cebuffersize ++;
3432 -                    shifted = false;
3433 -                    continue;
3434 -                  }
3435 -                }
3436 -              }
3437 -          }
3438 -          if (isSrc) {
3439 -              m_srcUtilCEBuffer_ = cebuffer;
3440 -              m_srcUtilCEBufferSize_ = cebuffersize;
3441 -          }
3442 -          else {
3443 -              m_tgtUtilCEBuffer_ = cebuffer;
3444 -              m_tgtUtilCEBufferSize_ = cebuffersize;
3445 -          }
3446 -      result &= CE_PRIMARY_MASK_;
3447 -      return result;
3448 -  }
3449 -
3450 -  /**
```

```
3451 -    * Appending an int to an array of ints and increases it if we run
out of
3452 -    * space
3453 -    * @param array of int arrays
3454 -    * @param appendindex index at which value will be appended
3455 -    * @param value to append
3456 -    * @return array if size is not increased, otherwise a new array
will be
3457 -    *          returned
3458 -    */
3459 -  private static final int[] append(int array[], int appendindex, int
value)
3460 -  {
3461 -    if (appendindex + 1 >= array.length) {
3462 -      array = increase(array, appendindex, CE_BUFFER_SIZE_);
3463 -    }
3464 -    array[appendindex] = value;
3465 -        return array;
3466 -  }
3467 -
3468 -  /**
3469 -   * Does secondary strength comparison based on the collected ces.
3470 -   * @param doFrench flag indicates if French ordering is to be done
3471 -   * @return the secondary strength comparison result
3472 -   */
3473 -  private final int doSecondaryCompare(boolean doFrench)
3474 -  {
3475 -    // now, we're gonna reexamine collected CEs
3476 -      if (!doFrench) { // normal
3477 -        int soffset = 0;
3478 -        int toffset = 0;
3479 -          while (true) {
3480 -            int sorder = CollationElementIterator.IGNORABLE;
3481 -            while (sorder == CollationElementIterator.IGNORABLE) {
3482 -              sorder = m_srcUtilCEBuffer_[soffset ++]
3483 -                        & CE_SECONDARY_MASK_;
3484 -            }
3485 -        int torder = CollationElementIterator.IGNORABLE;
3486 -            while (torder == CollationElementIterator.IGNORABLE) {
3487 -              torder = m_tgtUtilCEBuffer_[toffset ++]
3488 -                        & CE_SECONDARY_MASK_;
3489 -            }
3490 -
3491 -            if (sorder == torder) {
3492 -              if (m_srcUtilCEBuffer_[soffset - 1]
3493 -                    == CollationElementIterator.NULLORDER) {
3494 -                break;
3495 -              }
3496 -            }
3497 -            else {
3498 -              if (m_srcUtilCEBuffer_[soffset - 1] ==
3499 -                  CollationElementIterator.NULLORDER) {
3500 -                return -1;
3501 -              }
3502 -              if (m_tgtUtilCEBuffer_[toffset - 1] ==
3503 -                  CollationElementIterator.NULLORDER) {
3504 -                return 1;
```

```
3505 -                    }
3506 -                    return (sorder < torder) ? -1 : 1;
3507 -                }
3508 -            }
3509 -        }
3510 -        else { // do the French
3511 -          m_srcUtilContOffset_ = 0;
3512 -            m_tgtUtilContOffset_ = 0;
3513 -            m_srcUtilOffset_ = m_srcUtilCEBufferSize_ - 2;
3514 -            m_tgtUtilOffset_ = m_tgtUtilCEBufferSize_ - 2;
3515 -          while (true) {
3516 -            int sorder = getSecondaryFrenchCE(true);
3517 -            int torder = getSecondaryFrenchCE(false);
3518 -              if (sorder == torder) {
3519 -                if ((m_srcUtilOffset_ < 0 && m_tgtUtilOffset_ < 0)
3520 -                  || m_srcUtilCEBuffer_[m_srcUtilOffset_]
3521 -                      == CollationElementIterator.NULLORDER) {
3522 -                    break;
3523 -                }
3524 -                }
3525 -              else {
3526 -                    return (sorder < torder) ? -1 : 1;
3527 -                }
3528 -            }
3529 -        }
3530 -        return 0;
3531 -    }
3532 -
3533 -    /**
3534 -     * Calculates the next secondary french CE.
3535 -     * @param isSrc flag indicator if we are calculating the src ces
3536 -     * @return result next modified ce
3537 -     */
3538 -    private final int getSecondaryFrenchCE(boolean isSrc)
3539 -    {
3540 -      int result = CollationElementIterator.IGNORABLE;
3541 -        int offset = m_srcUtilOffset_;
3542 -        int continuationoffset = m_srcUtilContOffset_;
3543 -        int cebuffer[] = m_srcUtilCEBuffer_;
3544 -        if (!isSrc) {
3545 -            offset = m_tgtUtilOffset_;
3546 -            continuationoffset = m_tgtUtilContOffset_;
3547 -            cebuffer = m_tgtUtilCEBuffer_;
3548 -        }
3549 -
3550 -      while (result == CollationElementIterator.IGNORABLE
3551 -          && offset >= 0) {
3552 -          if (continuationoffset == 0) {
3553 -            result = cebuffer[offset];
3554 -            while (isContinuation(cebuffer[offset --]));
3555 -            // after this, sorder is at the start of continuation,
3556 -            // and offset points before that
3557 -            if (isContinuation(cebuffer[offset + 1])) {
3558 -              // save offset for later
3559 -              continuationoffset = offset;
3560 -              offset += 2;
3561 -            }
```

```
3562 -            }
3563 -          else {
3564 -            result = cebuffer[offset ++];
3565 -            if (!isContinuation(result)) {
3566 -              // we have finished with this continuation
3567 -                offset = continuationoffset;
3568 -                // reset the pointer to before continuation
3569 -                continuationoffset = 0;
3570 -                continue;
3571 -            }
3572 -          }
3573 -          result &= CE_SECONDARY_MASK_; // remove continuation bit
3574 -        }
3575 -        if (isSrc) {
3576 -            m_srcUtilOffset_ = offset;
3577 -            m_srcUtilContOffset_ = continuationoffset;
3578 -        }
3579 -        else {
3580 -            m_tgtUtilOffset_ = offset;
3581 -            m_tgtUtilContOffset_ = continuationoffset;
3582 -        }
3583 -      return result;
3584 -  }
3585 -
3586 -  /**
3587 -   * Does case strength comparison based on the collected ces.
3588 -   * @return the case strength comparison result
3589 -   */
3590 -  private final int doCaseCompare()
3591 -  {
3592 -    int soffset = 0;
3593 -    int toffset = 0;
3594 -      while (true) {
3595 -        int sorder = CollationElementIterator.IGNORABLE;
3596 -          int torder = CollationElementIterator.IGNORABLE;
3597 -          while ((sorder & CE_REMOVE_CASE_)
3598 -                      == CollationElementIterator.IGNORABLE) {
3599 -          sorder = m_srcUtilCEBuffer_[soffset ++];
3600 -            if (!isContinuation(sorder)) {
3601 -              sorder &= CE_CASE_MASK_3_;
3602 -              sorder ^= m_caseSwitch_;
3603 -            }
3604 -            else {
3605 -              sorder = CollationElementIterator.IGNORABLE;
3606 -            }
3607 -          }
3608 -
3609 -          while ((torder & CE_REMOVE_CASE_)
3610 -                      == CollationElementIterator.IGNORABLE) {
3611 -          torder = m_tgtUtilCEBuffer_[toffset ++];
3612 -            if (!isContinuation(torder)) {
3613 -              torder &= CE_CASE_MASK_3_;
3614 -              torder ^= m_caseSwitch_;
3615 -            }
3616 -            else {
3617 -              torder = CollationElementIterator.IGNORABLE;
3618 -            }
```

```
3619 -             }
3620 -
3621 -             sorder &= CE_CASE_BIT_MASK_;
3622 -             torder &= CE_CASE_BIT_MASK_;
3623 -       if (sorder == torder) {
3624 -         if (m_srcUtilCEBuffer_[soffset - 1]
3625 -                 == CollationElementIterator.NULLORDER) {
3626 -             break;
3627 -         }
3628 -       }
3629 -       else {
3630 -         if (m_srcUtilCEBuffer_[soffset - 1]
3631 -                 == CollationElementIterator.NULLORDER) {
3632 -             return -1;
3633 -         }
3634 -         if (m_tgtUtilCEBuffer_[soffset - 1]
3635 -                 ==
CollationElementIterator.NULLORDER) {
3636 -             return 1;
3637 -         }
3638 -         return (sorder < torder) ? -1 : 1;
3639 -       }
3640 -     }
3641 -     return 0;
3642 - }
3643 -
3644 - /**
3645 -  * Does tertiary strength comparison based on the collected ces.
3646 -  * @return the tertiary strength comparison result
3647 -  */
3648 - private final int doTertiaryCompare()
3649 - {
3650 -   int soffset = 0;
3651 -     int toffset = 0;
3652 -     while (true) {
3653 -       int sorder = CollationElementIterator.IGNORABLE;
3654 -       int torder = CollationElementIterator.IGNORABLE;
3655 -         while ((sorder & CE_REMOVE_CASE_)
3656 -                 == CollationElementIterator.IGNORABLE) {
3657 -             sorder = m_srcUtilCEBuffer_[soffset ++] & m_mask3_;
3658 -             if (!isContinuation(sorder)) {
3659 -               sorder ^= m_caseSwitch_;
3660 -             }
3661 -             else {
3662 -               sorder &= CE_REMOVE_CASE_;
3663 -             }
3664 -         }
3665 -
3666 -       while ((torder & CE_REMOVE_CASE_)
3667 -                 == CollationElementIterator.IGNORABLE) {
3668 -             torder = m_tgtUtilCEBuffer_[toffset ++] & m_mask3_;
3669 -             if (!isContinuation(torder)) {
3670 -               torder ^= m_caseSwitch_;
3671 -             }
3672 -             else {
3673 -               torder &= CE_REMOVE_CASE_;
3674 -             }
```

```
3675 -            }
3676 -
3677 -            if (sorder == torder) {
3678 -                if (m_srcUtilCEBuffer_[soffset - 1]
3679 -                        == CollationElementIterator.NULLORDER) {
3680 -                    break;
3681 -                }
3682 -            }
3683 -            else {
3684 -                if (m_srcUtilCEBuffer_[soffset - 1] ==
3685 -                        CollationElementIterator.NULLORDER) {
3686 -                    return -1;
3687 -                }
3688 -                if (m_tgtUtilCEBuffer_[toffset - 1] ==
3689 -                        CollationElementIterator.NULLORDER) {
3690 -                    return 1;
3691 -                }
3692 -                return (sorder < torder) ? -1 : 1;
3693 -            }
3694 -        }
3695 -        return 0;
3696 -    }
3697 -
3698 -    /**
3699 -     * Does quaternary strength comparison based on the collected ces.
3700 -     * @param lowestpvalue the lowest primary value that will not be
ignored if
3701 -     *                 alternate handling is shifted
3702 -     * @return the quaternary strength comparison result
3703 -     */
3704 -    private final int doQuaternaryCompare(int lowestpvalue)
3705 -    {
3706 -        boolean sShifted = true;
3707 -        boolean tShifted = true;
3708 -        int soffset = 0;
3709 -        int toffset = 0;
3710 -        while (true) {
3711 -            int sorder = CollationElementIterator.IGNORABLE;
3712 -            int torder = CollationElementIterator.IGNORABLE;
3713 -            while (sorder == CollationElementIterator.IGNORABLE
3714 -                    || (isContinuation(sorder) && !sShifted)) {
3715 -                sorder = m_srcUtilCEBuffer_[soffset ++];
3716 -                if (isContinuation(sorder)) {
3717 -                    if (!sShifted) {
3718 -                        continue;
3719 -                    }
3720 -                }
3721 -                else if (Utility.compareUnsigned(sorder, lowestpvalue) >
0
3722 -                        || (sorder & CE_PRIMARY_MASK_)
3723 -                            == CollationElementIterator.IGNORABLE) {
3724 -                    // non continuation
3725 -                    sorder = CE_PRIMARY_MASK_;
3726 -                    sShifted = false;
3727 -                }
3728 -                else {
3729 -                    sShifted = true;
```

```
3730 -                    }
3731 -                }
3732 -                sorder >>>= CE_PRIMARY_SHIFT_;
3733 -            while (torder == CollationElementIterator.IGNORABLE
3734 -                    || (isContinuation(torder) && !tShifted)) {
3735 -                torder = m_tgtUtilCEBuffer_[toffset ++];
3736 -                if (isContinuation(torder)) {
3737 -                    if (!tShifted) {
3738 -                        continue;
3739 -                    }
3740 -                }
3741 -                else if (Utility.compareUnsigned(torder, lowestpvalue) >
0
3742 -                        || (torder & CE_PRIMARY_MASK_)
3743 -                            == CollationElementIterator.IGNORABLE) {
3744 -                    // non continuation
3745 -                    torder = CE_PRIMARY_MASK_;
3746 -                    tShifted = false;
3747 -                }
3748 -                else {
3749 -                    tShifted = true;
3750 -                }
3751 -            }
3752 -            torder >>>= CE_PRIMARY_SHIFT_;
3753 -
3754 -            if (sorder == torder) {
3755 -                if (m_srcUtilCEBuffer_[soffset - 1]
3756 -                == CollationElementIterator.NULLORDER) {
3757 -                    break;
3758 -                }
3759 -            }
3760 -            else {
3761 -                if (m_srcUtilCEBuffer_[soffset - 1] ==
3762 -                    CollationElementIterator.NULLORDER) {
3763 -                    return -1;
3764 -                }
3765 -                if (m_tgtUtilCEBuffer_[toffset - 1] ==
3766 -                    CollationElementIterator.NULLORDER) {
3767 -                    return 1;
3768 -                }
3769 -                return (sorder < torder) ? -1 : 1;
3770 -            }
3771 -        }
3772 -        return 0;
3773 -    }
3774 -
3775 -    /**
3776 -     * Internal function. Does byte level string compare. Used by strcoll
if
3777 -     * strength == identical and strings are otherwise equal. This is a
rare
3778 -     * case. Comparison must be done on NFD normalized strings. FCD is
not good
3779 -     * enough.
3780 -     * @param source text
3781 -     * @param target text
3782 -     * @param offset of the first difference in the text strings
```

```
3783 -    * @param normalize flag indicating if we are to normalize the text
before
3784 -    *            comparison
3785 -    * @return 1 if source is greater than target, -1 less than and 0 if
equals
3786 -    */
3787 -   private static final int doIdenticalCompare(String source, String
target,
3788 -                              int offset, boolean normalize)
3789 -
3790 -   {
3791 -       if (normalize) {
3792 -           if (Normalizer.quickCheck(source, Normalizer.NFD)
3793 -                            != Normalizer.YES) {
3794 -               source = Normalizer.decompose(source, false);
3795 -           }
3796 -
3797 -           if (Normalizer.quickCheck(target, Normalizer.NFD)
3798 -                            != Normalizer.YES) {
3799 -               target = Normalizer.decompose(target, false);
3800 -           }
3801 +           offset = 0;
3802 +   RBCollationTables getTables() {
3803 +       return tables;
3804 +       }
3805
3806 -       return doStringCompare(source, target, offset);
3807 -   }
3808 -
3809 -   /**
3810 -    * Compares string for their codepoint order.
3811 -    * This comparison handles surrogate characters and place them after
the
3812 -    * all non surrogate characters.
3813 -    * @param source text
3814 -    * @param target text
3815 -    * @param offset start offset for comparison
3816 -    * @return 1 if source is greater than target, -1 less than and 0 if
equals
3817 -    */
3818 -   private static final int doStringCompare(String source,
3819 -                         String target,
3820 -                         int offset)
3821 -   {
3822 -       // compare identical prefixes - they do not need to be fixed up
3823 -       char schar = 0;
3824 -       char tchar = 0;
3825 -       int slength = source.length();
3826 -       int tlength = target.length();
3827 -       int minlength = Math.min(slength, tlength);
3828 -       while (offset < minlength) {
3829 -           schar = source.charAt(offset);
3830 -           tchar = target.charAt(offset ++);
3831 -           if (schar != tchar) {
3832 -               break;
3833 -           }
3834 -       }
```

```
3835 -
3836 -        if (schar == tchar && offset == minlength) {
3837 -          if (slength > minlength) {
3838 -            return 1;
3839 -          }
3840 -          if (tlength > minlength) {
3841 -            return -1;
3842 -          }
3843 -          return 0;
3844 -        }
3845 -
3846 -        //  if both values are in or above the surrogate range, Fix them
up.
3847 -        if (schar >= UTF16.LEAD_SURROGATE_MIN_VALUE
3848 -          && tchar >= UTF16.LEAD_SURROGATE_MIN_VALUE) {
3849 -            schar = fixupUTF16(schar);
3850 -            tchar = fixupUTF16(tchar);
3851 -        }
3852 -
3853 -        // now c1 and c2 are in UTF-32-compatible order
3854 -        return (schar < tchar) ? -1 : 1; // schar and tchar has to be
different
3855 -  }
3856 -
3857 -  /**
3858 -   * Rotate surrogates to the top to get code point order
3859 -   */
3860 -  private static final char fixupUTF16(char ch)
3861 -  {
3862 -        if (ch >= 0xe000) {
3863 -            ch -= 0x800;
3864 -        }
3865 -        else {
3866 -            ch += 0x2000;
3867 -        }
3868 -        return ch;
3869 -  }
3870 -
3871 -  /**
3872 -   * Checks that the source after offset is ignorable
3873 -   * @param source text string to check
3874 -   * @param offset
3875 -   * @return true if source after offset is ignorable. false otherwise
3876 -   */
3877 -  private final boolean checkIgnorable(String source, int offset)
3878 -
3879 -  {
3880 -        m_srcUtilIter_.setText(source);
3881 -        m_srcUtilColEIter_.setText(m_srcUtilIter_, offset);
3882 -        int ce = m_srcUtilColEIter_.next();
3883 -        while (ce != CollationElementIterator.NULLORDER) {
3884 -          if (ce != CollationElementIterator.IGNORABLE) {
3885 -            return false;
3886 -          }
3887 -          ce = m_srcUtilColEIter_.next();
3888 -        }
3889 -        return true;
```

```
3890 -   }
3891 +   // =========================================================
3892 +   // private
3893 +   // =========================================================
3894 -
3895 - /**
3896 -   * Resets the internal case data members and compression values.
3897 -   */
3898 - private void updateInternalState()
3899 - {
3900 -         if (m_caseFirst_ == AttributeValue.UPPER_FIRST_) {
3901 -           m_caseSwitch_ = CASE_SWITCH_;
3902 -         }
3903 -         else {
3904 -           m_caseSwitch_ = NO_CASE_SWITCH_;
3905 -         }
3906 -
3907 -         if (m_isCaseLevel_ || m_caseFirst_ == AttributeValue.OFF_) {
3908 -           m_mask3_ = CE_REMOVE_CASE_;
3909 -           m_common3_ = COMMON_NORMAL_3_;
3910 -           m_addition3_ = FLAG_BIT_MASK_CASE_SWITCH_OFF_;
3911 -           m_top3_ = COMMON_TOP_CASE_SWITCH_OFF_3_;
3912 -           m_bottom3_ = COMMON_BOTTOM_3_;
3913 -         }
3914 -         else {
3915 -           m_mask3_ = CE_KEEP_CASE_;
3916 -           m_addition3_ = FLAG_BIT_MASK_CASE_SWITCH_ON_;
3917 -           if (m_caseFirst_ == AttributeValue.UPPER_FIRST_) {
3918 -               m_common3_ = COMMON_UPPER_FIRST_3_;
3919 -               m_top3_ = COMMON_TOP_CASE_SWITCH_UPPER_3_;
3920 -               m_bottom3_ = COMMON_BOTTOM_CASE_SWITCH_UPPER_3_;
3921 -           } else {
3922 -               m_common3_ = COMMON_NORMAL_3_;
3923 -               m_top3_ = COMMON_TOP_CASE_SWITCH_LOWER_3_;
3924 -               m_bottom3_ = COMMON_BOTTOM_CASE_SWITCH_LOWER_3_;
3925 -           }
3926 -         }
3927 -
3928 -         // Set the compression values
3929 -         int total3 = m_top3_ - COMMON_BOTTOM_3_ - 1;
3930 -         // we multilply double with int, but need only int
3931 -         m_topCount3_ = (int)(PROPORTION_3_ * total3);
3932 -         m_bottomCount3_ = total3 - m_topCount3_;
3933 -
3934 -         if (!m_isCaseLevel_ && getStrength() ==
AttributeValue.TERTIARY_
3935 -               && !m_isFrenchCollation_ && !m_isAlternateHandlingShifted_)
{
3936 -           m_isSimple3_ = true;
3937 -         }
3938 -         else {
3939 -           m_isSimple3_ = false;
3940 -         }
3941 -   }
3942 +   final static int CHARINDEX = 0x70000000;  // need look up in
.commit()
```

```
3943 +    final static int EXPANDCHARINDEX = 0x7E000000; // Expand index
follows
3944 +    final static int CONTRACTCHARINDEX = 0x7F000000;  // contract
indexes follow
3945 +    final static int UNMAPPED = 0xFFFFFFFF;
3946
3947 -  /**
3948 -    * Initializes the RuleBasedCollator
3949 -    */
3950 -    private final void init()
3951 -    {
3952 -     for (m_minUnsafe_ = 0; m_minUnsafe_ < DEFAULT_MIN_HEURISTIC_;
3953 -          m_minUnsafe_ ++) {
3954 -       // Find the smallest unsafe char.
3955 -       if (isUnsafe(m_minUnsafe_)) {
3956 -         break;
3957 -       }
3958 -     }
3959 +    private final static int COLLATIONKEYOFFSET = 1;
3960
3961 -     for (m_minContractionEnd_ = 0;
3962 -          m_minContractionEnd_ < DEFAULT_MIN_HEURISTIC_;
3963 -          m_minContractionEnd_ ++) {
3964 -       // Find the smallest contraction-ending char.
3965 -       if (isContractionEnd(m_minContractionEnd_)) {
3966 -         break;
3967 -       }
3968 -     }
3969 -     setStrength(m_defaultStrength_);
3970 -     setDecomposition(m_defaultDecomposition_);
3971 -     m_variableTopValue_ = m_defaultVariableTopValue_;
3972 -     m_isFrenchCollation_ = m_defaultIsFrenchCollation_;
3973 -     m_isAlternateHandlingShifted_ =
m_defaultIsAlternateHandlingShifted_;
3974 -     m_isCaseLevel_ = m_defaultIsCaseLevel_;
3975 -     m_caseFirst_ = m_defaultCaseFirst_;
3976 -     m_isHiragana4_ = m_defaultIsHiragana4_;
3977 -     updateInternalState();
3978 -   }
3979 +   private RBCollationTables tables = null;
3980
3981 -  /**
3982 -    *  Initializes utility iterators and byte buffer used by compare
3983 -    */
3984 -    private final void initUtility() {
3985 -     m_srcUtilIter_ = new StringCharacterIterator(new String(""));
3986 -     m_srcUtilColEIter_ = new
CollationElementIterator(m_srcUtilIter_, this);
3987 -     m_tgtUtilIter_ = new StringCharacterIterator(new String(""));
3988 -     m_tgtUtilColEIter_ = new
CollationElementIterator(m_tgtUtilIter_, this);
3989 -     m_utilBytes0_ = new byte[SORT_BUFFER_INIT_SIZE_CASE_]; // case
3990 -     m_utilBytes1_ = new byte[SORT_BUFFER_INIT_SIZE_1_]; // primary
3991 -     m_utilBytes2_ = new byte[SORT_BUFFER_INIT_SIZE_2_]; // secondary
3992 -     m_utilBytes3_ = new byte[SORT_BUFFER_INIT_SIZE_3_]; // tertiary
3993 -     m_utilBytes4_ = new byte[SORT_BUFFER_INIT_SIZE_4_];  //
Quaternary
```

```
3994 -        m_srcUtilCEBuffer_ = new int[CE_BUFFER_SIZE_];
3995 -        m_tgtUtilCEBuffer_ = new int[CE_BUFFER_SIZE_];
3996 -    }
3997 +    // Internal objects that are cached across calls so that they don't
have to
3998 +    // be created/destroyed on every call to compare() and
getCollationKey()
3999 +    private StringBuffer primResult = null;
4000 +    private StringBuffer secResult = null;
4001 +    private StringBuffer terResult = null;
4002 +    private CollationElementIterator sourceCursor = null;
4003 +    private CollationElementIterator targetCursor = null;
4004  }
4005 +
```

## APPENDIX E: ADDITIONAL JCK TEST RESULTS

**Table E-1: Summary of Error Types for the 37 Copied API Packages for "Addition" and "Removal" Errors from the Java SE 5.0 JCK against Android Level 9 (Gingerbread)[54]**

| Package Name | Error Type | | | | | | |
| | Classes | | Methods | | Other | | |
| | Added | Missing | Added | Missing | Added | Missing | Total |
|---|---|---|---|---|---|---|---|
| **java.awt.font** | 1 | 16 | 0 | 0 | 6 | 0 | **23** |
| **java.beans** | 0 | 32 | 0 | 0 | 0 | 0 | **32** |
| **java.io** | 2 | 0 | 13 | 1 | 1 | 5 | **22** |
| **java.lang** | 0 | 0 | 49 | 86 | 6 | 33 | **174** |
| **java.lang.annotation** | 0 | 0 | 2 | 2 | 0 | 0 | **4** |
| **java.lang.reflect** | 0 | 0 | 5 | 5 | 0 | 0 | **10** |
| **java.net** | 6 | 0 | 21 | 11 | 0 | 20 | **58** |
| **java.nio** | 0 | 0 | 12 | 0 | 0 | 0 | **12** |
| **java.security** | 4 | 1 | 18 | 3 | 2 | 7 | **35** |
| **java.sql** | 31 | 0 | 176 | 0 | 19 | 29 | **255** |
| **java.text** | 4 | 2 | 51 | 40 | 0 | 2 | **99** |
| **java.util** | 39 | 5 | 111 | 1 | 7 | 66 | **229** |
| **java.util.jar** | 0 | 4 | 0 | 0 | 0 | 160 | **164** |
| **java.util.logging** | 0 | 0 | 0 | 0 | 1 | 0 | **1** |
| **java.util.regex** | 0 | 0 | 3 | 3 | 0 | 0 | **6** |
| **java.util.zip** | 3 | 4 | 0 | 0 | 0 | 160 | **167** |
| **javax.crypto.spec** | 0 | 0 | 0 | 0 | 1 | 0 | **1** |
| **javax.net.ssl** | 1 | 0 | 14 | 4 | 0 | 1 | **20** |
| **javax.security.auth** | 0 | 3 | 4 | 4 | 0 | 0 | **11** |
| **javax.security.auth.callback** | 0 | 6 | 0 | 0 | 0 | 0 | **6** |
| **javax.security.auth.login** | 0 | 12 | 0 | 0 | 0 | 0 | **12** |
| **javax.security.auth.x500** | 0 | 1 | 1 | 0 | 0 | 0 | **2** |
| **javax.sql** | 9 | 2 | 113 | 0 | 0 | 0 | **124** |
| **Total** | **100** | **88** | **593** | **160** | **43** | **483** | **1467** |

---

[54] "Other" error types are those relating to added or missing constructors, fields, and annotations.

**Table E-2: Summary of Error Types for the 37 Copied API Packages for "Addition" and "Removal" Errors from the Java SE 4 JCK against Android Level 21 (Lollipop)** [55]

| Package Name | Class | | Method | | Other | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Added | Missing | Added | Missing | Added | Missing | |
| java.awt.font | 0 | 16 | 0 | 0 | 7 | 0 | 23 |
| java.beans | 1 | 32 | 3 | 0 | 0 | 0 | 36 |
| java.io | 34 | 0 | 45 | 17 | 22 | 6 | 124 |
| java.lang | 29 | 6 | 236 | 27 | 164 | 0 | 462 |
| java.lang.annotation | 10 | 0 | 0 | 0 | 0 | 0 | 10 |
| java.lang.ref | 0 | 0 | 1 | 1 | 0 | 0 | 2 |
| java.lang.reflect | 16 | 1 | 55 | 10 | 0 | 0 | 82 |
| java.net | 23 | 0 | 39 | 1 | 4 | 0 | 67 |
| java.nio | 3 | 0 | 30 | 15 | 0 | 0 | 48 |
| java.nio.channels | 5 | 0 | 1 | 0 | 0 | 0 | 6 |
| java.nio.channels.spi | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| java.nio.charset | 1 | 0 | 7 | 5 | 0 | 0 | 13 |
| java.security | 19 | 1 | 39 | 4 | 22 | 0 | 85 |
| java.security.cert | 1 | 1 | 13 | 3 | 9 | 0 | 27 |
| java.security.interfaces | 3 | 0 | 0 | 0 | 0 | 0 | 3 |
| java.security.spec | 10 | 0 | 4 | 0 | 4 | 0 | 18 |
| java.sql | 32 | 0 | 159 | 3 | 34 | 1 | 229 |
| java.text | 4 | 2 | 16 | 4 | 3 | 2 | 31 |
| java.util | 50 | 0 | 159 | 6 | 11 | 0 | 226 |
| java.util.jar | 4 | 0 | 1 | 0 | 0 | 0 | 5 |
| java.util.logging | 1 | 0 | 21 | 19 | 8 | 6 | 55 |
| java.util.regex | 2 | 0 | 15 | 2 | 1 | 0 | 20 |
| java.util.zip | 7 | 4 | 6 | 0 | 8 | 0 | 25 |
| **Total** | **255** | **63** | **851** | **117** | **297** | **15** | **1598** |

---

[55] "Other" error types are those relating to added or missing constructors and fields. Annotations are not included because Java SE 1.4 does not support annotations.

# APPENDIX F: ANALYSIS OF DR. LEONARD'S LIST OF APPS

**Table F-1: Categorical classification of apps listed in the Leonard Expert report, Exhibit 2b**

| App Name from Leonard Exhibit 2b | Category |
| --- | --- |
| 4 Pics 1 Song | Game |
| Angry Birds | Game |
| Angry Birds Friends | Game |
| Angry Birds Go! | Game |
| Angry Birds Rio | Game |
| Angry Birds Seasons | Game |
| Angry Birds Space | Game |
| Angry Birds Star Wars | Game |
| Angry Birds Star Wars II | Game |
| Arcane Empires | Game |
| Asphalt 7: Heat | Game |
| Asphalt 8: Airborne | Game |
| Avengers Alliance | Game |
| Backflip Madness | Game |
| Bad Piggies | Game |
| BBM | Communication |
| Beard Salon - Free games | Game |
| Beat the Boss 2 | Game |
| Bejeweled Blitz | Game |
| Bitstrips | Media & Video |
| Blood Brothers (RPG) | Game |
| Bloons TD 5 | Game |
| Bubble Witch Saga | Game |
| Can You Escape | Game |
| Candy Crush Saga | Game |
| Castle Clash: Age of Legends | Game |
| CastleVille Legends | Game |
| Clash of Clans | Game |
| Clear Vision (17+) | Game |
| Clear Vision 2 | Game |

| App Name from Leonard Exhibit 2b | Category |
|---|---|
| Crazy Dentist - Fun games | Game |
| CSR Racing | Game |
| Cut the Rope: Experiments | Game |
| Dark Summoner | Game |
| DEAD TRIGGER | Game |
| Diamond Dash | Game |
| Diptic | Photography |
| Dots: A Game About Connecting | Game |
| Drag Racing Classic | Game |
| DragonVale | Game |
| Draw Something | Game |
| Draw Something Free | Game |
| Dropbox | Productivity |
| Dumb Ways to Die | Game |
| Earn to Die | Game |
| eBay | Shopping |
| ESPN | Media & Video |
| Farming Simulator 14 | Game |
| Fashion Story™ | Game |
| Flow Free | Game |
| Frozen Free Fall | Game |
| Fruit Ninja | Game |
| Fruit Ninja Free | Game |
| Fun Run - Multiplayer Race | Game |
| Gangstar Rio: City of Saints | Game |
| Google Earth | Travel & Local |
| Google Translate | Tools |
| Grand Theft Auto III | Game |
| Grand Theft Auto: San Andreas | Game |
| Grand Theft Auto: Vice City | Game |
| Guncrafter | Game |
| Hard Time (Prison Sim) | Game |
| Hardest Game Ever 2 | Game |
| Hay Day | Game |
| Hill Climb Racing | Game |
| Hungry Shark Evolution | Game |
| Ice Age Village | Game |
| Injustice: Gods Among Us | Game |

| App Name from Leonard Exhibit 2b | Category |
|---|---|
| Instagram | Social |
| Into the Dead | Game |
| Iron Man 3 - The Official Game | Game |
| Jackpot Party Casino - Slots | Game |
| Jelly Splash | Game |
| Jetpack Joyride | Game |
| Juice Cubes | Game |
| Jurassic Park™ Builder | Game |
| Kik | Communication |
| Kingdom Rush Frontiers | Game |
| Lazors | Game |
| Legend of the Cryptids | Game |
| Line Runner | Game |
| LinkedIn | Social |
| Magic Piano by Smule | Music & Audio |
| MARVEL War of Heroes | Game |
| Max Payne Mobile | Game |
| Mega Jump | Game |
| Megapolis | Game |
| Messenger | Communication |
| Minecraft: Pocket Edition | Game |
| MLB.com At Bat | Media & Video |
| Modern Combat 3: Fallen Nation | Game |
| Modern Combat 4: Zero Hour | Game |
| Monster Doctor - kids games | Game |
| Moto X Mayhem | Game |
| My Singing Monsters | Game |
| My Talking Tom | Game |
| NBA 2015-16 | Media & Video |
| NCAA March Madness Live | Media & Video |
| Netflix | Media & Video |
| Order & Chaos Online | Game |
| Papa Pear Saga | Game |
| Parking Frenzy 2.0 | Game |
| Path | Social |
| Pet Rescue Saga | Game |
| Photo Editor by Aviary | Photography |
| Pinterest | Social |

| App Name from Leonard Exhibit 2b | Category |
|---|---|
| Plague Inc. | Game |
| Plants vs. Zombies™ 2 | Game |
| Rayman Jungle Run | Game |
| Real Basketball | Game |
| Real Boxing | Game |
| Real Racing 3 | Game |
| Real Steel | Game |
| Riptide GP2 | Game |
| Robot Unicorn Attack 2 | Game |
| Ruzzle | Game |
| Samurai Siege: Alliance Wars | Game |
| Scribblenauts Remix | Game |
| Shark Dash | Game |
| SimpleRockets | Game |
| Ski Safari | Game |
| Slots Journey | Game |
| Snapchat | Social |
| SongPop | Game |
| Sonic Dash | Game |
| Sonic The Hedgehog | Game |
| SoundCloud - Music & Audio | Music & Audio |
| Stickman Cliff Diving | Game |
| Subway Surfers | Game |
| Survivalcraft | Game |
| Talking Tom Cat 2 | Game |
| Temple Run | Game |
| Temple Run 2 | Game |
| Temple Run: Brave | Game |
| Temple Run: Oz | Game |
| The Amazing Spider-Man | Game |
| The Impossible Game | Game |
| The Lost City | Game |
| The Simpsons™: Tapped Out | Game |
| The Sims 3 | Game |
| The Sims™ FreePlay | Game |
| Tiny Village | Game |
| Toca Hair Salon 2 | Game |
| Top Girl | Game |
| Trial Xtreme 3 | Game |
| Tumblr | Social |

| App Name from Leonard Exhibit 2b | Category |
|---|---|
| Turbo FAST | Game |
| Twitter | Social |
| Unblock Me FREE | Game |
| Viber | Communication |
| Voxer Walkie Talkie Messenger | Communication |
| WatchESPN | Media & Video |
| WhatsApp Messenger | Communication |
| Wheres My Mickey? Free | Game |
| Wheres My Water? 2 | Game |
| Wild Blood | Game |
| Wipeout | Game |
| WolframAlpha | Books & Reference |
| Word Search Puzzles | Game |
| World War™ | Game |
| YouTube | Media & Video |
| Zombie Highway | Game |
| Bible | Books & Reference |
| Bubble Mania™ | Game |
| Comics | Media & Video |
| DC Comics | Media & Video |
| DOOORS - room escape game - | Game |
| Dungeon Village | Game |
| ESPN Fantasy Football | Game |
| Geocaching | Game |
| Hanging With Friends | Game |
| Heads Up! | Game |
| HotSchedules | Productivity |
| IRS2Go | Tools |
| Lord of the Dragons | Game |
| Marvel Comics | Media & Video |
| Move the Box | Game |
| OkCupid Dating | Social |
| PicFrame | Photography |
| Robot Unicorn Attack | Game |
| SimSimi | Game |
| Solitaire | Game |
| The Oregon Trail | Game |

| App Name from Leonard Exhibit 2b | Category |
|---|---|
| Word Streak With Friends | Game |
| Yelp | Travel & Local |
| Doodle Jump | Game |
| Facebook | Social |
| The Moron Test | Game |
| 4 Pics 1 Word | Game |
| Icomania | Game |
| Talking Pierre the Parrot | Game |
| Toms Love Letters | Game |
| ZEDGE™ Ringtones & Wallpapers | Game |
| Amazing Alex | Game |
| Asphalt 6: Adrenaline | Game |
| Assassins Creed Pirates | Game |
| BIG WIN Football | Game |
| Bloons TD 4 | Game |
| CONTRA : EVOLUTION | Game |
| D.O.T. Defender of Texel (RPG) | Game |
| Devils Attorney | Game |
| Dragon Story: New Dawn | Game |
| Dragon Story: Valentines Day | Game |
| Dragon Story™ | Game |
| Dream Heights | Game |
| Dream Zoo | Game |
| Family Feud® & Friends | Game |
| Fast & Furious 6: The Game | Game |
| Jaws™ Revenge | Game |
| MADDEN NFL 12 by EA SPORTS™ | Game |
| MLB Big Stars Baseball | Game |
| MONOPOLY Millionaire | Game |
| Monsters University | Game |
| NFL Flick Quarterback | Game |
| NFL Kicker 13 | Game |
| NFL Kicker! | Game |
| Pet Shop Story™ | Game |
| Rage of Bahamut | Game |
| Slots by Zynga | Game |
| Smurfs Village | Game |

| App Name from Leonard Exhibit 2b | Category |
|---|---|
| SongPop Plus | Game |
| Star Wars: Tiny Death Star | Game |
| Tap Zoo | Game |
| Toy Story: Smash It! | Game |
| Ugly Meter | Game |
| Whats My IQ?™ | Game |
| Wheres My Mickey? | Game |
| Wheres My Perry? Free | Game |
| Wheres My Water? | Game |
| Wheres My Water? Free | Game |
| World Series of Poker | Game |
| Wreck-it Ralph | Game |
| ZENONIA® 4 | Game |
| Zombies, Run! | Game |

**Table F-2: Categorical classification of top downloaded Android apps from Dr. Kemerer's Opening Report Appendix D and E**

| App Name | Category |
|---|---|
| Adobe AIR | Tools |
| Chrome Browser - Google | Communication |
| Hungry Shark Evolution | Game |
| Subway Surfers | Game |
| Angry Birds | Game |
| Shoot Bubble Deluxe | Game |
| Traffic Racer | Game |
| Super-Bright LED Flashlight | Productivity |
| 3D Bowling | Game |
| DU Battery Saver(power saver) | Tools |
| YouTube | Media & Video |
| Hola Launcher | Personalization |
| KakaoTalk: Free Calls & Text | Communication |
| WeChat | Communication |
| Drag Racing | Game |
| LINE: Free Calls & Messages | Communication |
| Hangouts | Communication |
| Adobe Acrobat Reader | Productivity |

| App Name | Category |
|---|---|
| Amazon Kindle | Books & Reference |
| Barcode Scanner | Shopping |
| Google Photos | Photography |
| Temple Run | Game |
| Talking Tom Cat | Game |
| Google+ | Social |
| Android System WebView | Tools |
| WhatsApp Wallpaper | Personalization |
| Samsung Security Policy Update | Productivity |
| Beaming Service for Samsung | Productivity |
| AntiVirus FREE - Security Scan | Communication |
| APUS Launcher- Small,Fast,Boost | Personalization |
| Mobile Security & Antivirus | Tools |
| BBM | Communication |
| Ant Smasher, Best Free Game | Game |
| Blurb Checkout | Photography |
| CM Security Antivirus AppLock | Tools |
| Clean Master (Boost & AppLock) | Tools |
| Cymera - Photo Editor, Collage | Photography |
| Tiny Flashlight + LED | Tools |
| DU Speed Booster Cache Cleaner | Tools |
| AppLock | Tools |
| Dropbox | Productivity |
| ANT+ Plugins Service | Health & Fitness |
| ANT Radio Service | Communication |
| Real Racing  3 | Game |
| eBay | Shopping |
| ES File Explorer File Manager | Productivity |
| Evernote | Productivity |
| Facebook | Social |
| Messenger | Communication |
| Hill Climb Racing | Game |
| Pool Billiards Pro | Game |

137

| App Name | Category |
|---|---|
| Despicable Me | Game |
| GO Launcher -Theme & Wallpaper | Personalization |
| Google Play Books | Books & Reference |
| Cloud Print | Productivity |
| Google Drive | Productivity |
| Google News & Weather | News & Magazines |
| Google Play Newsstand | News & Magazines |
| Maps | Travel & Local |
| Google Translate | Tools |
| Google Calendar | Productivity |
| Gmail | Communication |
| Google | Tools |
| Google Keyboard | Tools |
| Google Talkback | Tools |
| Google Play Music | Music & Audio |
| Google Play Games | Game |
| Google Street View | Travel & Local |
| Google Text-to-speech | Tools |
| Google Play Movies & TV | Media & Video |
| Google Earth | Travel & Local |
| Fruit Ninja Free | Game |
| Jetpack Joyride | Game |
| HP Print Service Plugin | Productivity |
| Battery Doctor (Battery Saver) | Tools |
| Temple Run 2 | Game |
| imo free video calls and chat | Communication |
| Instagram | Social |
| GO SMS Pro | Communication |
| Candy Crush Saga | Game |
| Candy Crush Soda Saga | Game |
| Farm Heroes Saga | Game |
| Pet Rescue Saga | Game |
| Omni Swipe | Tools |
| Lookout Security & Antivirus | Tools |
| 8 Ball Pool | Game |
| MX Player | Media & Video |
| Glow Hockey | Game |

| App Name | Category |
|---|---|
| Netflix | Media & Video |
| My Talking Angela | Game |
| My Talking Tom | Game |
| Talking Ginger | Game |
| Talking Tom Cat 2 | Game |
| PandoraÂ® Radio | Music & Audio |
| PicsArt Photo Studio | Photography |
| 360 Security - Antivirus Boost | Tools |
| Photo Grid - Collage Maker | Photography |
| Angry Birds Rio | Game |
| Angry Birds Seasons | Game |
| S Health -Fitness Diet Tracker | Health & Fitness |
| Samsung Print Service Plugin | Productivity |
| Samsung Push Service | Communication |
| Tango - Free Video Call & Chat | Social |
| Shazam | Music & Audio |
| Skype - free IM & video calls | Communication |
| Snapchat | Social |
| Smart Connect | Tools |
| Spotify Music | Music & Audio |
| Clash of Clans | Game |
| Hay Day | Game |
| 4shared | Productivity |
| TripAdvisor Hotels Flights | Travel & Local |
| Twitter | Social |
| UC Browser - Fast Download | Communication |
| Don't Tap The White Tile | Game |
| Retrica | Photography |
| Viber | Communication |
| WhatsApp Messenger | Communication |
| Yahoo Mail â€" Free Email App | Communication |
| Cut the Rope FULL FREE | Game |
| Flipboard: Your News Magazine | News & Magazines |
| Kik | Communication |
| Pou | Game |
| ZEDGEâ„¢ Ringtones & Wallpapers | Personalization |
| Firefox Browser for Android | Communication |

| App Name | Category |
|---|---|
| TuneIn Radio - Radio & Music | Music & Audio |
| Peel Smart Remote (WatchONâ„¢) | Media & Video |
| Camera360 Ultimate | Photography |

## APPENDIX G: EXAMPLES OF DECLARATIONS IN JAVA SE 5.0

| Package | Class Name | Declaration | Purpose of Declaration |
|---------|-----------|-------------|------------------------|
| java.security .spec | RSAMultiPrimePrivateCrtKeySpec | public RSAMultiPrimePrivateCrtKeySpec(BigInteger modulus, BigInteger publicExponent, BigInteger privateExponent, BigInteger primeP, BigInteger primeQ, BigInteger primeExponentP, BigInteger primeExponentQ, BigInteger crtCoefficient, RSAOtherPrimeInfo[] otherPrimeInfo) | Provides the specification for a particular type of RSA private authentication key, which uses multi-prime and other features for enhanced security |
| java.security .spec | RSAPrivateCrtKeySpec | public RSAPrivateCrtKeySpec(BigInteger modulus, BigInteger publicExponent, BigInteger privateExponent, BigInteger primeP, BigInteger primeQ, BigInteger primeExponentP, BigInteger primeExponentQ, BigInteger crtCoefficient) | Provides the specification for the RSA private authentication key |
| java.lang | ClassLoader | protected Package definePackage(String name, String specTitle, String specVersion, String specVendor, String implTitle, String implVersion, String implVendor, URL sealBase) throws IllegalArgumentException | Method provided in the class-loader class that loads other classes into memory, the method specifies the package corresponding to a loaded class |
| javax.crypto | CipherSpi | protected abstract int engineDoFinal(byte[] input, int inputOffset, int inputLen, byte[] output, int outputOffset) throws ShortBufferException, IllegalBlockSizeException, BadPaddingException; | Method provided in the Cipher service provider interface class that is responsible for encryption or decryption of data |
| java.net | Authenticator | public static PasswordAuthentication requestPasswordAuthentication( String host, InetAddress addr, int port, String protocol, String prompt, String scheme, URL url, RequestorType reqType) | Method within the authenticator class that requests a password from the currently registered system authentication mechanism |
| java.security .cert | CertStore | public static CertStore getInstance(String type, CertStoreParameters params, String provider) throws InvalidAlgorithmParameterException, NoSuchAlgorithmException, NoSuchProviderException | Method within CertStore class that returns a CertStore object of the type and features specified in the method arguments |
| java.security .cert | Certificate | public abstract void verify(PublicKey key, String sigProvider) throws CertificateException, NoSuchAlgorithmException, InvalidKeyException, NoSuchProviderException, SignatureException; | Method that verifies that a particular certificate is signed using the appropriate matching private and public keys using the signature verification engine specified by the provider |

| | | | |
|---|---|---|---|
| javax.security.cert | Certificate | public abstract void verify(PublicKey key, String sigProvider) throws CertificateException, NoSuchAlgorithmException, InvalidKeyException, NoSuchProviderException, SignatureException; | Same as above, but uses a standard signature verification engine |
| java.sql | DatabaseMetaData | ResultSet getCrossReference( String primaryCatalog, String primarySchema, String primaryTable, String foreignCatalog, String foreignSchema, String foreignTable ) throws SQLException; | Produces a description of all the standard SQL types supported by the targeted database |
| javax.crypto | Cipher | public final int doFinal(byte[] input, int inputOffset, int inputLen, byte[] output, int outputOffset) throws ShortBufferException, IllegalBlockSizeException, BadPaddingException | Finishes a multi-part encryption or decryption operation, depending on the way the cipher is initialized |
| java.security.cert | CertPathValidatorSpi | public abstract CertPathValidatorResult  engineValidate(CertPath certPath, CertPathParameters params) throws CertPathValidatorException, InvalidAlgorithmParameterException; | Validates the specified certification path  using a validation algorithm that must be specified as a method parameter |
| java.nio.channels | DatagramChannel | public abstract class DatagramChannel extends AbstractSelectableChannel implements ByteChannel, ScatteringByteChannel, GatheringByteChannel | This class specifies a particular type of channel for use with datagram-oriented sockets that can be bound to instances of the DatagramSocket class. |
| javax.crypto | ExemptionMechanismSpi | protected abstract int engineGenExemptionBlob(byte[] output, int outputOffset) throws ShortBufferException, ExemptionMechanismException; | The class defines the service provider interface for the ExemptionMechanism class. This method generates the mechanism 'key blob' that is used for encryption |

**APPENDIX H: DR. REINHOLD'S LIST OF DECLARATIONS IN CLASSES LISTED IN TX1062 WHICH ARE SUBJECT TO A TECHNICAL CONSTRAINT IMPOSED BY THE JAVA LANGUAGE SPECIFICATION**

| Class | Declaration (Partial or Full) Constrained by JLS |
|---|---|
| java.lang.AbstractMethodError | package java.lang<br>public class AbstractMethodError … |
| java.lang.ArithmeticException | package java.lang<br>public class ArithmeticException … |
| java.lang.ArrayIndexOutOfBoundsException | package java.lang<br>public class ArrayIndexOutOfBoundsException … |
| java.lang.ArrayStoreException | package java.lang<br>public class ArrayStoreException … |
| java.lang.AssertionError | package java.lang<br>public class AssertionError … |
| java.lang.ClassCastException | package java.lang<br>public class ClassCastException … |
| java.lang.ClassCircularityError | package java.lang<br>public class ClassCircularityError … |
| java.lang.ClassFormatError | package java.lang<br>public class ClassFormatError … |
| java.lang.Error | package java.lang<br>public class Error extends Throwable |
| java.lang.Exception | package java.lang<br>public class Exception extends Throwable |
| java.lang.ExceptionInInitializerError | package java.lang<br>public class ExceptionInInitializerError …<br>public ExceptionInInitializerError(Throwable thrown) |
| java.lang.IllegalAccessError | package java.lang<br>public class IllegalAccessError … |
| java.lang.IllegalArgumentException | package java.lang<br>public class IllegalArgumentException … |
| java.lang.IllegalMonitorStateException | package java.lang<br>public class IllegalMonitorStateException … |
| java.lang.IncompatibleClassChangeError | package java.lang<br>public class IncompatibleClassChangeError … |
| java.lang.InstantiationError | package java.lang<br>public class InstantiationError … |
| java.lang.InstantiationException | package java.lang;<br>public class InstantiationException … |
| java.lang.InterruptedException | package java.lang<br>public class InterruptedException … |
| java.lang.LinkageError | package java.lang<br>public class LinkageError … |
| java.lang.NegativeArraySizeException | package java.lang<br>public class NegativeArraySizeException … |
| java.lang.NoClassDefFoundError | package java.lang<br>public class NoClassDefFoundError … |

| Class | Declaration (Partial or Full) Constrained by JLS |
|---|---|
| java.lang.NoSuchFieldError | package java.lang<br>public class NoSuchFieldError … |
| java.lang.NoSuchMethodError | package java.lang<br>public class NoSuchMethodError … |
| java.lang.NullPointerException | package java.lang<br>public class NullPointerException … |
| java.lang.OutofMemoryError | package java.lang<br>public class OutOfMemoryError … |
| java.lang.RuntimeException | package java.lang<br>public class RuntimeException extends Exception |
| java.lang.StackOverflowError | package java.lang<br>public class StackOverflowError … |
| java.lang.UnsatisifedLinkError | package java.lang<br>public class UnsatisfiedLinkError … |
| java.lang.VerifyError | package java.lang<br>public class VerifyError … |
| java.lang.VirtualMachineError | package java.lang<br>public … class VirtualMachineError … |
| java.lang.Deprecated | package java.lang<br>public @interface Deprecated |
| java.lang.Override | package java.lang<br>public @interface Override |
| java.lang.SuppressWarnings | package java.lang<br>public @interface SuppressWarnings<br>String[] value() |
| java.lang.annotation.Annotation | package java.lang<br>public interface Annotation |
| java.lang.annotation.Inherited | package java.lang.annotation<br>public @interface Inherited |
| java.lang.annotation.Retention | package java.lang.annotation<br>public @interface Retention<br>public @interface Retention { RetentionPolicy … |
| java.lang.annotation.Target | package java.lang.annotation<br>public @interface Target<br>ElementType[] value() |
| java.lang.Boolean | package java.lang<br>public … class Boolean …<br>public boolean booleanValue() |
| java.lang.Byte | package java.lang<br>public … class Byte … |
| java.lang.Character | package java.lang<br>public … class Character …<br>public char charValue() |
| java.lang.Double | package java.lang<br>public … class Double … |
| java.lang.Float | package java.lang<br>public … class Float … |

| Class | Declaration (Partial or Full) Constrained by JLS |
|---|---|
| java.lang.Integer | package java.lang<br>public … class Integer … |
| java.lang.Long | package java.lang<br>public … class Long … |
| java.lang.Short | package java.lang<br>public … class Short … |
| java.lang.Void | package java.lang<br>public … class Void … |
| java.lang.Class | package java.lang<br>public … class Class<…> … |
| java.lang.ClassLoader | package java.lang<br>public … class ClassLoader |
| java.lang.Cloneable | package java.lang<br>public interface Cloneable |
| java.lang.Enum | package java.lang<br>public … class Enum<…> … |
| java.lang.Iterable | package java.lang<br>public interface Iterable<…><br>… iterator() |
| java.lang.Math | package java.lang<br>public … class Math |
| java.lang.Object | package java.lang<br>public class Object<br>public final Class<?> getClass()<br>public String toString()<br>public boolean equals(Object obj)<br>public int hashCode()<br>protected Object clone() throws CloneNotSupportedException<br>public final void wait() throws IllegalMonitorStateException, InterruptedException<br>public final void wait(long millis) throws IllegalMonitorStateException, InterruptedException<br>public final void wait(long millis, int nanos) throws IllegalMonitorStateException, InterruptedException<br>public final void notify() throws IllegalMonitorStateException<br>public final void notifyAll() throws IllegalMonitorStateException<br>protected void finalize() throws Throwable |
| java.lang.Runtime | package java.lang<br>public class Runtime<br>public … exit(…) … |
| java.lang.String | package java.lang<br>public … class String … |
| java.lang.System | package java.lang<br>public … class System … |
| java.lang.Thread | package java.lang<br>public … class Thread … |
| java.lang.ThreadGroup | package java.lang<br>public class ThreadGroup … |
| java.lang.Throwable | package java.lang<br>public … class Throwable … |

| Class | Declaration (Partial or Full) Constrained by JLS |
|---|---|
| java.io.Serializable | package java.io<br>public interface Serializable |
| java.lang.annotation.ElementType | package java.lang.annotation<br>public … ElementType<br>TYPE<br>FIELD<br>METHOD<br>PARAMETER,<br>CONSTRUCTOR<br>LOCAL_VARIABLE<br>ANNOTATION_TYPE<br>PACKAGE |
| java.lang.annotation.RetentionPolicy | package java.lang.annotation<br>public … RetentionPolicy<br>CLASS<br>RUNTIME<br>SOURCE |

**APPENDIX I: VISUALIZATION OF JAVA SE 5.0 WITH COPIED NODES AND PATHS IN RED, REMOVING THE RELATIONSHIPS DESCRIBED IN THE JLS**

**Visualization of the SSO of the 166 Packages in Java SE 5.0**



**The SSO of the 37 Java API Packages Google Copied in Android Lollipop With Copied Nodes and Paths in Red, removing the relationships described in the JLS (based on copied classes from Mr. Zeidman Opening Report Exhbit S and Appendix H)**



**The SSO of Java SE 5, with Copied Nodes and Paths in Red**



**APPENDIX J: BUILD TEST LOG FROM BUILDING ANDROID WITHOUT THE WIFIMANAGER.PINGSUPPLICANT() METHOD FROM THE ANDROID.NET.WIFI PACKAGE**

```
 1 ===========================================
 2 PLATFORM_VERSION_CODENAME=REL
 3 PLATFORM_VERSION=2.3
 4 TARGET_PRODUCT=full_crespo
 5 TARGET_BUILD_VARIANT=userdebug
 6 TARGET_SIMULATOR=false
 7 TARGET_BUILD_TYPE=release
 8 TARGET_BUILD_APPS=
 9 TARGET_ARCH=arm
10 HOST_ARCH=x86
11 HOST_OS=linux
12 HOST_BUILD_TYPE=release
13 BUILD_ID=GRH55
14 ===========================================
15 Checking build tools versions...
16 find: `frameworks/base/frameworks/base/docs/html': No such file or
directory
17 find: `out/target/common/docs/gen': No such file or directory
18 find: `frameworks/base/frameworks/base/docs/html': No such file or
directory
19 find: `out/target/common/docs/gen': No such file or directory
20 find: `frameworks/base/frameworks/base/docs/html': No such file or
directory
21 find: `out/target/common/docs/gen': No such file or directory
22 find: `frameworks/base/frameworks/base/docs/html': No such file or
directory
23 find: `out/target/common/docs/gen': No such file or directory
24 find: `frameworks/base/frameworks/base/docs/html': No such file or
directory
25 find: `out/target/common/docs/gen': No such file or directory
26 diff:
out/target/product/crespo/obj/PACKAGING/updater_extensions_intermediates/regi
ster.inc.list: No such file or directory
27 No private recovery resources for TARGET_DEVICE crespo
28 host Java: apicheck
(out/host/common/obj/JAVA_LIBRARIES/apicheck_intermediates/classes)
29 Header: out/host/linux-x86/obj/include/libexpat/expat.h
30 Header: out/host/linux-x86/obj/include/libexpat/expat_external.h
31 Header: out/target/product/crespo/obj/include/libexpat/expat.h
32 Header: out/target/product/crespo/obj/include/libexpat/expat_external.h
33 Header: out/host/linux-x86/obj/include/libpng/png.h
34 Header: out/host/linux-x86/obj/include/libpng/pngconf.h
35 Header: out/host/linux-x86/obj/include/libpng/pngusr.h
36 Header: out/target/product/crespo/obj/include/libpng/png.h
37 Header: out/target/product/crespo/obj/include/libpng/pngusr.h
38 Header: out/target/product/crespo/obj/include/libpng/pngconf.h
39 Header: out/target/product/crespo/obj/include/libwpa_client/wpa_ctrl.h
40 Header: out/target/product/crespo/obj/include/libsonivox/eas.h
41 Header: out/target/product/crespo/obj/include/libsonivox/eas_types.h
42 Header: out/target/product/crespo/obj/include/libsonivox/eas_reverb.h
43 Header: out/target/product/crespo/obj/include/libsonivox/jet.h
```

```
    44 Header:
out/target/product/crespo/obj/include/libsonivox/ARM_synth_constants_gnu.inc
    45 host Java: clearsilver
(out/host/common/obj/JAVA_LIBRARIES/clearsilver_intermediates/classes)
    46 target Java: core
(out/target/common/obj/JAVA_LIBRARIES/core_intermediates/classes)
    47 host Java: dx
(out/host/common/obj/JAVA_LIBRARIES/dx_intermediates/classes)
    48 Notice file: frameworks/base/libs/utils/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libutils.a.txt
    49 Notice file: system/core/liblog/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/liblog.a.txt
    50 Notice file: system/core/libcutils/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libcutils.a.txt
    51 Notice file: external/expat/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libexpat.a.txt
    52 Notice file: external/libpng/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libpng.a.txt
    53 Yacc: aidl <= frameworks/base/tools/aidl/aidl_language_y.y
    54 bison -d  -o out/host/linux-
x86/obj/EXECUTABLES/aidl_intermediates/aidl_language_y.cpp
frameworks/base/tools/aidl/aidl_language_y.y
    55 Lex: aidl <= frameworks/base/tools/aidl/aidl_language_l.l
    56 frameworks/base/tools/aidl/aidl_language_l.l:54: warning, rule cannot
be matched
    57 touch out/host/linux-
x86/obj/EXECUTABLES/aidl_intermediates/aidl_language_y.hpp
    58 echo '#ifndef 'aidl_language_y_h > out/host/linux-
x86/obj/EXECUTABLES/aidl_intermediates/aidl_language_y.h
    59 echo '#define 'aidl_language_y_h >> out/host/linux-
x86/obj/EXECUTABLES/aidl_intermediates/aidl_language_y.h
    60 cat out/host/linux-
x86/obj/EXECUTABLES/aidl_intermediates/aidl_language_y.hpp >> out/host/linux-
x86/obj/EXECUTABLES/aidl_intermediates/aidl_language_y.h
    61 echo '#endif' >> out/host/linux-
x86/obj/EXECUTABLES/aidl_intermediates/aidl_language_y.h
    62 rm -f out/host/linux-
x86/obj/EXECUTABLES/aidl_intermediates/aidl_language_y.hpp
    63 Directory: out/target/product/crespo/root/sbin
    64 Directory: out/target/product/crespo/root/dev
    65 build/tools/merge-event-log-tags.py:29: DeprecationWarning: the md5
module is deprecated; use hashlib instead
    66   import md5
    67 Directory: out/target/product/crespo/root/proc
    68 Directory: out/target/product/crespo/root/sys
    69 Directory: out/target/product/crespo/root/system
    70 Directory: out/target/product/crespo/root/data
    71 Directory: out/target/product/crespo/data
    72 Notice file: system/core/libzipfile/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libzipfile.a.txt
    73 Notice file: external/zlib/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libunz.a.txt
    74 Notice file: external/tinyxml/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libtinyxml.a.txt
    75 Notice file: system/core/adb/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//bin/adb.txt
```

```
   76 host Java: apkcheck
(out/host/common/obj/JAVA_LIBRARIES/apkcheck_intermediates/classes)
   77 Notice file: external/elfcopy/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libelfcopy.a.txt
   78 Notice file: external/zlib/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libz.a.txt
   79 Notice file: dalvik/libnativehelper/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libnativehelper.a.txt
   80 host Java: dexdeps
(out/host/common/obj/JAVA_LIBRARIES/dexdeps_intermediates/classes)
   81 Yacc: edify <= bootable/recovery/edify/parser.y
   82 bison -d -v -o out/host/linux-
x86/obj/EXECUTABLES/edify_intermediates/parser.cpp
bootable/recovery/edify/parser.y
   83 Lex: edify <= bootable/recovery/edify/lexer.l
   84 touch out/host/linux-x86/obj/EXECUTABLES/edify_intermediates/parser.hpp
   85 echo '#ifndef 'parser_h > out/host/linux-
x86/obj/EXECUTABLES/edify_intermediates/parser.h
   86 target Generated: emulator <= external/qemu/qemu-options.hx
   87 echo '#define 'parser_h >> out/host/linux-
x86/obj/EXECUTABLES/edify_intermediates/parser.h
   88 cat out/host/linux-x86/obj/EXECUTABLES/edify_intermediates/parser.hpp
>> out/host/linux-x86/obj/EXECUTABLES/edify_intermediates/parser.h
   89 echo '#endif' >> out/host/linux-
x86/obj/EXECUTABLES/edify_intermediates/parser.h
   90 rm -f out/host/linux-x86/obj/EXECUTABLES/edify_intermediates/parser.hpp
   91 target Generated: emulator <= external/qemu/qemu-monitor.hx
   92 target Generated: emulator <= external/qemu/gdb-xml/arm-core.xml
   93 Notice file: external/qemu/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//bin/emulator.txt
   94 Notice file: external/qemu/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/emulator-memcheck.a.txt
   95 Notice file: external/qemu/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/emulator-hw.a.txt
   96 Notice file: external/qemu/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/emulator-arm.a.txt
   97 Notice file: external/qemu/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/emulator-tcg.a.txt
   98 Notice file: external/qemu/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/emulator-elff.a.txt
   99 Notice file: external/qemu/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/emulator-core.a.txt
  100 Notice file: external/qemu/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/emulator-ui.a.txt
  101 Notice file: system/extras/ext4_utils/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//bin/make_ext4fs.txt
  102 Notice file: system/extras/ext4_utils/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libext4_utils.a.txt
  103 Notice file: external/zlib/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//bin/minigzip.txt
  104 Notice file: system/core/libmincrypt/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libmincrypt.a.txt
  105 Notice file: sdk/emulator/mksdcard/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//bin/mksdcard.txt
  106 Notice file: system/extras/ext4_utils/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//bin/mkuserimg.sh.txt
```

107 Notice file: system/extras/ext4_utils/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//bin/simg2img.txt
  108 Lex: rsg-generator <= frameworks/base/libs/rs/spec.l
  109 Notice file: external/sqlite/dist/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//bin/sqlite3.txt
  110 Notice file: system/core/libzipfile/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//bin/test_zipfile.txt
  111 host Java: androidprefs
(out/host/common/obj/JAVA_LIBRARIES/androidprefs_intermediates/classes)
  112 Notice file: prebuilt/common/commons-compress/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/commons-compress-1.0.jar.txt
  113 host Java: archquery
(out/host/common/obj/JAVA_LIBRARIES/archquery_intermediates/classes)
  114 host Java: ddmlib
(out/host/common/obj/JAVA_LIBRARIES/ddmlib_intermediates/classes)
  115 Notice file: prebuilt/linux-x86/swt/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/swt.jar.txt
  116 Notice file: prebuilt/common/eclipse/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/org.eclipse.jface_3.4.2.M20090107-
0800.jar.txt
  117 Notice file: prebuilt/common/eclipse/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/org.eclipse.equinox.common_3.4.0.v2008042
1-2006.jar.txt
  118 Notice file: prebuilt/common/eclipse/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/org.eclipse.core.commands_3.4.0.I20080509
-2000.jar.txt
  119 Notice file: prebuilt/common/jfreechart/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/jcommon-1.0.12.jar.txt
  120 Notice file: prebuilt/common/jfreechart/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/jfreechart-1.0.9.jar.txt
  121 Notice file: prebuilt/common/jfreechart/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/jfreechart-1.0.9-swt.jar.txt
  122 Notice file: prebuilt/common/swing-worker/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/swing-worker-1.1.jar.txt
  123 host Java: dumpkey
(out/host/common/obj/JAVA_LIBRARIES/dumpkey_intermediates/classes)
  124 Note: Some input files use unchecked or unsafe operations.
  125 Note: Recompile with -Xlint:unchecked for details.
  126 host Java: easymock
(out/host/common/obj/JAVA_LIBRARIES/easymock_intermediates/classes)
  127 system/core/libmincrypt/tools/DumpPublicKey.java:27: warning:
sun.misc.BASE64Encoder is internal proprietary API and may be removed in a
future release
  128 import sun.misc.BASE64Encoder;
  129                     ^
  130 1 warning
  131 host Java: emmalib
(out/host/common/obj/JAVA_LIBRARIES/emmalib_intermediates/classes)
  132 Notice file: external/emma/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/emmalib.jar.txt
  133 Notice file: prebuilt/common/groovy/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/groovy-all-1.7.0.jar.txt
  134 host Java: jsr305lib
(out/host/common/obj/JAVA_LIBRARIES/jsr305lib_intermediates/classes)
  135 Note: Some input files use or override a deprecated API.
  136 Note: Recompile with -Xlint:deprecation for details.

137 Notice file: external/guava/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/guavalib.jar.txt
  138 Notice file: prebuilt/common/netbeans-visual/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/org-openide-util.jar.txt
  139 Notice file: prebuilt/common/netbeans-visual/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/org-netbeans-api-visual.jar.txt
  140 host Java: junit
(out/host/common/obj/JAVA_LIBRARIES/junit_intermediates/classes)
  141 host Java: idegen
(out/host/common/obj/JAVA_LIBRARIES/idegen_intermediates/classes)
  142 Note: Some input files use or override a deprecated API.
  143 Note: Recompile with -Xlint:deprecation for details.
  144 Note: Some input files use unchecked or unsafe operations.
  145 Note: Recompile with -Xlint:unchecked for details.
  146 Note: Some input files use or override a deprecated API.
  147 Note: Recompile with -Xlint:deprecation for details.
  148 Note: Some input files use unchecked or unsafe operations.
  149 Note: Recompile with -Xlint:unchecked for details.
  150 host Java: jdiff
(out/host/common/obj/JAVA_LIBRARIES/jdiff_intermediates/classes)
  151 Notice file: external/jsr305/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/jsr305lib.jar.txt
  152 host Java: ninepatch
(out/host/common/obj/JAVA_LIBRARIES/ninepatch_intermediates/classes)
  153 host Java: makedict
(out/host/common/obj/JAVA_LIBRARIES/makedict_intermediates/classes)
  154 host Java: xmlwriter
(out/host/common/obj/JAVA_LIBRARIES/xmlwriter_intermediates/classes)
  155 Notice file: prebuilt/common/osgi/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//framework/osgi.jar.txt
  156 host Java: preload
(out/host/common/obj/JAVA_LIBRARIES/preload_intermediates/classes)
  157 Note:
development/tools/monkeyrunner/src/../../../../external/xmlwriter/src/org/jhe
er/XMLWriter.java uses unchecked or unsafe operations.
  158 Note: Recompile with -Xlint:unchecked for details.
  159 Note: Some input files use unchecked or unsafe operations.
  160 Note: Recompile with -Xlint:unchecked for details.
  161 host Java: signapk
(out/host/common/obj/JAVA_LIBRARIES/signapk_intermediates/classes)
  162 Notice file: external/sqlite/dist/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libsqlite.so.txt
  163 Notice file: external/sqlite/android/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libsqlite3_android.a.txt
  164 Target buildinfo: out/target/product/crespo/root/default.prop
  165 prebuilt/linux-x86/toolchain/arm-eabi-4.4.3/bin/arm-eabi-gcc -mthumb-
interwork -Ibionic/libc/private -o
out/target/product/crespo/obj/lib/crtbegin_static.o -c bionic/libc/arch-
arm/bionic/crtbegin_static.S
  166 prebuilt/linux-x86/toolchain/arm-eabi-4.4.3/bin/arm-eabi-gcc -mthumb-
interwork -Ibionic/libc/private -o
out/target/product/crespo/obj/lib/crtbegin_so.o -c bionic/libc/arch-
arm/bionic/crtbegin_so.S
  167 prebuilt/linux-x86/toolchain/arm-eabi-4.4.3/bin/arm-eabi-gcc -mthumb-
interwork -Ibionic/libc/private -o
out/target/product/crespo/obj/lib/crtend_so.o -c bionic/libc/arch-
arm/bionic/crtend_so.S

```
168 prebuilt/linux-x86/toolchain/arm-eabi-4.4.3/bin/arm-eabi-gcc -mthumb-
interwork -Ibionic/libc/private -o
out/target/product/crespo/obj/lib/crtend_android.o -c bionic/libc/arch-
arm/bionic/crtend.S
  169 Notice file: system/core/init/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//root/init.txt
  170 Notice file: bionic/libc/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libc.so.txt
  171 Notice file: bionic/libdl/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libdl.so.txt
  172 Notice file: bionic/libc/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libc_common.a.txt
  173 Notice file: bionic/libstdc++/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libstdc++.so.txt
  174 Notice file: bionic/libm/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libm.so.txt
  175 Notice file: system/core/liblog/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/liblog.a.txt
  176 Notice file: system/core/libcutils/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libcutils.a.txt
  177 Notice file: bionic/libc/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libc.a.txt
  178 Notice file: system/core/adb/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//root/sbin/adbd.txt
  179 Notice file: packages/apps/AccountsAndSyncSettings/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/AccountAndSyncSett
ings.apk.txt
  180 Notice file: packages/providers/ApplicationsProvider/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/ApplicationsProvid
er.apk.txt
  181 logtags:
out/target/common/obj/APPS/Browser_intermediates/src/src/com/android/browser/
EventLogTags.java <=
packages/apps/Browser/src/com/android/browser/EventLogTags.logtags
  182 logtags: out/target/common/obj/JAVA_LIBRARIES/android-
common_intermediates/src/java/com/android/common/GoogleLogTags.java <=
frameworks/ex/common/java/com/android/common/GoogleLogTags.logtags
  183 Notice file: packages/apps/Browser/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/Browser.apk.txt
  184 Notice file: packages/apps/Calculator/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/Calculator.apk.txt
  185 Notice file: packages/apps/Calendar/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/Calendar.apk.txt
  186 logtags:
out/target/common/obj/APPS/CalendarProvider_intermediates/src/src/com/android
/providers/calendar/EventLogTags.java <=
packages/providers/CalendarProvider/src/com/android/providers/calendar/EventL
ogTags.logtags
  187 Notice file: packages/providers/CalendarProvider/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/CalendarProvider.a
pk.txt
  188 Notice file: packages/apps/Camera/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/Camera.apk.txt
  189 Notice file: packages/apps/CertInstaller/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/CertInstaller.apk.
txt
```

```
  190 Notice file: packages/apps/Contacts/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/Contacts.apk.txt
  191 logtags:
out/target/common/obj/APPS/ContactsProvider_intermediates/src/src/com/android
/providers/contacts/EventLogTags.java <=
packages/providers/ContactsProvider/src/com/android/providers/contacts/EventL
ogTags.logtags
  192 Notice file: packages/providers/ContactsProvider/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/ContactsProvider.a
pk.txt
  193 Notice file: packages/apps/DeskClock/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/DeskClock.apk.txt
  194 Notice file: packages/providers/DownloadProvider/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/DownloadProvider.a
pk.txt
  195 Notice file: packages/providers/DrmProvider/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/DrmProvider.apk.tx
t
  196 Notice file: packages/apps/Email/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/Email.apk.txt
  197 Notice file: packages/apps/Gallery3D/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/Gallery3D.apk.txt
  198 Notice file: packages/apps/HTMLViewer/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/HTMLViewer.apk.txt
  199 Notice file: packages/inputmethods/LatinIME/java/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/LatinIME.apk.txt
  200 build/tools/signapk/SignApk.java:19: warning: sun.misc.BASE64Encoder is
internal proprietary API and may be removed in a future release
  201 Notice file: packages/apps/Launcher2/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/Launcher2.apk.txt
  202 import sun.misc.BASE64Encoder;
  203                          ^
  204 Notice file: packages/providers/MediaProvider/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/MediaProvider.apk.
txt
  205 build/tools/signapk/SignApk.java:20: warning:
sun.security.pkcs.ContentInfo is internal proprietary API and may be removed
in a future release
  206 import sun.security.pkcs.ContentInfo;
  207                             ^
  208 build/tools/signapk/SignApk.java:21: warning: sun.security.pkcs.PKCS7
is internal proprietary API and may be removed in a future release
  209 import sun.security.pkcs.PKCS7;
  210                             ^
  211 build/tools/signapk/SignApk.java:22: warning:
sun.security.pkcs.SignerInfo is internal proprietary API and may be removed
in a future release
  212 import sun.security.pkcs.SignerInfo;
  213                             ^
  214 Note: Some input files use or override a deprecated API.
  215 build/tools/signapk/SignApk.java:23: warning:
sun.security.x509.AlgorithmId is internal proprietary API and may be removed
in a future release
  216 import sun.security.x509.AlgorithmId;
  217                             ^
```

```
 218 build/tools/signapk/SignApk.java:24: warning:
sun.security.x509.X500Name is internal proprietary API and may be removed in
a future release
 219 import sun.security.x509.X500Name;
 220                              ^
 221 Note: Recompile with -Xlint:deprecation for details.
 222 Note: Some input files use unchecked or unsafe operations.
 223 Note: Recompile with -Xlint:unchecked for details.
 224 Notice file: packages/apps/Mms/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/Mms.apk.txt
 225 Notice file: packages/apps/SoundRecorder/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/SoundRecorder.apk.
txt
 226 Notice file: packages/apps/Music/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/Music.apk.txt
 227 Notice file: packages/inputmethods/OpenWnn/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/OpenWnn.apk.txt
 228 Notice file: packages/apps/PackageInstaller/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/PackageInstaller.a
pk.txt
 229 logtags:
out/target/common/obj/APPS/Phone_intermediates/src/src/com/android/phone/Even
tLogTags.java <=
packages/apps/Phone/src/com/android/phone/EventLogTags.logtags
 230 Notice file: packages/apps/Phone/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/Phone.apk.txt
 231 Notice file: packages/inputmethods/PinyinIME/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/PinyinIME.apk.txt
 232 Notice file: packages/apps/Provision/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/Provision.apk.txt
 233 logtags:
out/target/common/obj/APPS/QuickSearchBox_intermediates/src/src/com/android/q
uicksearchbox/EventLogTags.java <=
packages/apps/QuickSearchBox/src/com/android/quicksearchbox/EventLogTags.logt
ags
 234 Notice file: packages/apps/QuickSearchBox/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/QuickSearchBox.apk
.txt
 235 build/tools/signapk/SignApk.java:182: warning: sun.misc.BASE64Encoder
is internal proprietary API and may be removed in a future release
 236         BASE64Encoder base64 = new BASE64Encoder();
 237         ^
 238 build/tools/signapk/SignApk.java:182: warning: sun.misc.BASE64Encoder
is internal proprietary API and may be removed in a future release
 239         BASE64Encoder base64 = new BASE64Encoder();
 240                                      ^
 241 Notice file: packages/apps/Settings/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/Settings.apk.txt
 242 Notice file: frameworks/base/packages/SettingsProvider/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/SettingsProvider.a
pk.txt
 243 build/tools/signapk/SignApk.java:266: warning: sun.misc.BASE64Encoder
is internal proprietary API and may be removed in a future release
 244         BASE64Encoder base64 = new BASE64Encoder();
 245         ^
 246 build/tools/signapk/SignApk.java:266: warning: sun.misc.BASE64Encoder
is internal proprietary API and may be removed in a future release
```

```
 247         BASE64Encoder base64 = new BASE64Encoder();
 248                                         ^
 249 build/tools/signapk/SignApk.java:308: warning:
sun.security.pkcs.SignerInfo is internal proprietary API and may be removed
in a future release
 250         SignerInfo signerInfo = new SignerInfo(
 251         ^
 252 build/tools/signapk/SignApk.java:308: warning:
sun.security.pkcs.SignerInfo is internal proprietary API and may be removed
in a future release
 253         SignerInfo signerInfo = new SignerInfo(
 254                                     ^
 255 build/tools/signapk/SignApk.java:309: warning:
sun.security.x509.X500Name is internal proprietary API and may be removed in
a future release
 256             new
X500Name(publicKey.getIssuerX500Principal().getName()),
 257             ^
 258 build/tools/signapk/SignApk.java:311: warning:
sun.security.x509.AlgorithmId is internal proprietary API and may be removed
in a future release
 259             AlgorithmId.get("SHA1"),
 260             ^
 261 build/tools/signapk/SignApk.java:312: warning:
sun.security.x509.AlgorithmId is internal proprietary API and may be removed
in a future release
 262             AlgorithmId.get("RSA"),
 263             ^
 264 build/tools/signapk/SignApk.java:315: warning: sun.security.pkcs.PKCS7
is internal proprietary API and may be removed in a future release
 265         PKCS7 pkcs7 = new PKCS7(
 266         ^
 267 build/tools/signapk/SignApk.java:315: warning: sun.security.pkcs.PKCS7
is internal proprietary API and may be removed in a future release
 268         PKCS7 pkcs7 = new PKCS7(
 269                         ^
 270 build/tools/signapk/SignApk.java:316: warning:
sun.security.x509.AlgorithmId is internal proprietary API and may be removed
in a future release
 271             new AlgorithmId[] { AlgorithmId.get("SHA1") },
 272                 ^
 273 build/tools/signapk/SignApk.java:316: warning:
sun.security.x509.AlgorithmId is internal proprietary API and may be removed
in a future release
 274             new AlgorithmId[] { AlgorithmId.get("SHA1") },
 275                                     ^
 276 build/tools/signapk/SignApk.java:317: warning:
sun.security.pkcs.ContentInfo is internal proprietary API and may be removed
in a future release
 277             new ContentInfo(ContentInfo.DATA_OID, null),
 278                 ^
 279 build/tools/signapk/SignApk.java:317: warning:
sun.security.pkcs.ContentInfo is internal proprietary API and may be removed
in a future release
 280             new ContentInfo(ContentInfo.DATA_OID, null),
 281                                 ^
```

```
  282 build/tools/signapk/SignApk.java:319: warning:
sun.security.pkcs.SignerInfo is internal proprietary API and may be removed
in a future release
  283              new SignerInfo[] { signerInfo });
  284                  ^
  285 logtags:
out/target/common/obj/JAVA_LIBRARIES/services_intermediates/src/com/android/s
erver/EventLogTags.java <=
frameworks/base/services/java/com/android/server/EventLogTags.logtags
  286 logtags:
out/target/common/obj/JAVA_LIBRARIES/services_intermediates/src/com/android/s
erver/am/EventLogTags.java <=
frameworks/base/services/java/com/android/server/am/EventLogTags.logtags
  287 Notice file: frameworks/base/packages/SystemUI/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/SystemUI.apk.txt
  288 Notice file: packages/providers/TelephonyProvider/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/TelephonyProvider.
apk.txt
  289 Notice file: frameworks/base/packages/TtsService/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/TtsService.apk.txt
  290 Notice file: packages/providers/UserDictionaryProvider/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/UserDictionaryProv
ider.apk.txt
  291 Notice file: packages/apps/VoiceDialer/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/VoiceDialer.apk.tx
t
  292 Notice file: frameworks/base/packages/VpnServices/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/app/VpnServices.apk.tx
t
  293 prebuilt/linux-x86/toolchain/arm-eabi-4.4.3/bin/arm-eabi-gcc -mthumb-
interwork -Ibionic/libc/private -o
out/target/product/crespo/obj/lib/crtbegin_dynamic.o -c bionic/libc/arch-
arm/bionic/crtbegin_dynamic.S
  294 Note: build/tools/signapk/SignApk.java uses unchecked or unsafe
operations.
  295 Note: Recompile with -Xlint:unchecked for details.
  296 22 warnings
  297 Notice file: system/core/liblog/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/liblog.so.txt
  298 Notice file: system/core/libcutils/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libcutils.so.txt
  299 Notice file: frameworks/base/cmds/app_process/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/app_process.txt
  300 Notice file: frameworks/base/libs/utils/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libutils.so.txt
  301 Notice file: external/zlib/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libz.so.txt
  302 Notice file: frameworks/base/core/jni/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libandroid_runtime
.so.txt
  303 Notice file: external/expat/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libexpat.so.txt
  304 Notice file: dalvik/libnativehelper/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libnativehelper.so
.txt
  305 Notice file: external/sqlite/dist/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libsqlite.so.txt
```

306 Notice file: external/sqlite/android/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libsqlite3_android
.a.txt
307 Notice file: libcore/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libjavacore.a.txt
308 Notice file: external/fdlibm/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libfdlibm.a.txt
309 Notice file: frameworks/base/libs/ui/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libui.so.txt
310 Notice file: system/core/libnetutils/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libnetutils.so.txt
311 Notice file: system/core/libpixelflinger/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libpixelflinger.so
.txt
312 Notice file: hardware/libhardware_legacy/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libhardware_legacy
.so.txt
313 Notice file: system/core/libpixelflinger/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libpixelflinger_ar
mv6.a.txt
314 Notice file: hardware/libhardware/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libhardware.so.txt
315 Notice file: external/skia/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libskiagl.so.txt
316 Notice file: external/skia/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libskia.so.txt
317 Notice file: external/jpeg/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libjpeg.so.txt
318 Notice file: external/libpng/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libpng.a.txt
319 Notice file: external/freetype/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libft2.a.txt
320 Notice file: external/giflib/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libgif.a.txt
321 Notice file: frameworks/base/media/libmedia/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libmedia.so.txt
322 Notice file: external/bzip2/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libbz.a.txt
323 Notice file: system/core/libmincrypt/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libmincrypt.a.txt
324 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/bilinearpredict16x16_neon.asm
325 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/bilinearpredict4x4_neon.asm
326 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/bilinearpredict8x4_neon.asm
327 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/bilinearpredict8x8_neon.asm
328 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/copymem16x16_neon.asm
329 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/buildintrapredictorsmby_neon.asm
330 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/copymem8x4_neon.asm
331 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/copymem8x8_neon.asm

```
  332 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/iwalsh_neon.asm
  333 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/loopfilterhorizontaledge_uv_neon.asm
  334 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/loopfiltersimplehorizontaledge_neon.asm
  335 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/loopfilterhorizontaledge_y_neon.asm
  336 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/loopfiltersimpleverticaledge_neon.asm
  337 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/loopfilterverticaledge_uv_neon.asm
  338 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/loopfilterverticaledge_y_neon.asm
  339 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/mbloopfilterhorizontaledge_uv_neon.asm
  340 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/mbloopfilterhorizontaledge_y_neon.asm
  341 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/mbloopfilterverticaledge_uv_neon.asm
  342 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/mbloopfilterverticaledge_y_neon.asm
  343 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/recon16x16mb_neon.asm
  344 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/recon2b_neon.asm
  345 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/recon4b_neon.asm
  346 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/reconb_neon.asm
  347 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/shortidct4x4llm_1_neon.asm
  348 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/save_neon_reg.asm
  349 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/shortidct4x4llm_neon.asm
  350 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/sixtappredict16x16_neon.asm
  351 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/sixtappredict4x4_neon.asm
  352 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/sixtappredict8x4_neon.asm
  353 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/sixtappredict8x8_neon.asm
  354 target Generated: libvpx <=
external/libvpx/vp8/common/arm/neon/dc_only_idct_add_neon.asm
  355 target Generated: libvpx <=
external/libvpx/vp8/decoder/arm/neon/dequantizeb_neon.asm
  356 target Generated: libvpx <=
external/libvpx/vp8/decoder/arm/neon/dequant_dc_idct_neon.asm
  357 target Generated: libvpx <=
external/libvpx/vp8/decoder/arm/neon/dequant_idct_neon.asm
  358 Notice file: external/tremolo/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libvorbisidec.so.t
xt
  359 target Generated: toolbox <= system/core/toolbox/Android.mk
```

```
  360 Notice file: system/core/toolbox/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/toolbox.txt
  361 Notice file: system/core/debuggerd/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/debuggerd.txt
  362 Notice file: external/dhcpcd/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/dhcpcd.txt
  363 Notice file: frameworks/base/cmds/dumpsys/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/dumpsys.txt
  364 Notice file: external/fsck_msdos/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/fsck_msdos.txt
  365 Notice file: external/zlib/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/gzip.txt
  366 target Generated: libext <=
  367 Notice file: external/iptables/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/iptables.txt
  368 Notice file: external/iptables/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libiptc.a.txt
  369 Notice file: external/iptables/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libext.a.txt
  370 Notice file: bionic/linker/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/linker.txt
  371 Notice file: bionic/libc/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libc_nomalloc.a.tx
t
  372 Notice file: system/core/logcat/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/logcat.txt
  373 Notice file: system/core/logwrapper/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/logwrapper.txt
  374 Notice file: system/extras/ext4_utils/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/make_ext4fs.txt
  375 Notice file: system/extras/ext4_utils/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libext4_utils.so.t
xt
  376 Notice file: device/samsung/crespo/libcamera/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libcamera.so.txt
  377 Notice file: external/mtpd/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/mtpd.txt
  378 Notice file: system/core/netcfg/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/netcfg.txt
  379 Notice file: external/ppp/pppd/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/pppd.txt
  380 Notice file: hardware/ril/rild/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/radiooptions.txt
  381 Notice file: external/ping/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/ping.txt
  382 Notice file: hardware/ril/rild/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/rild.txt
  383 Notice file: hardware/ril/libril/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libril.so.txt
  384 Notice file: system/core/run-as/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/run-as.txt
  385 Notice file: frameworks/base/cmds/service/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/service.txt
  386 Notice file: system/core/sh/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/sh.txt
  387 Notice file: system/core/liblinenoise/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/liblinenoise.a.txt
```

```
   388 Notice file: external/dhcpcd/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/showlease.txt
   389 Notice file: frameworks/base/cmds/system_server/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/bin/system_server.txt
   390 Target buildinfo: out/target/product/crespo/system/build.prop
   391 Notice file: external/dhcpcd/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/etc/dhcpcd/dhcpcd-
hooks/20-dns.conf.txt
   392 Notice file: external/dhcpcd/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/etc/dhcpcd/dhcpcd-
hooks/95-configured.txt
   393 Notice file: external/dhcpcd/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/etc/dhcpcd/dhcpcd-run-
hooks.txt
   394 Notice file: frameworks/base/cmds/am/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/framework/am.jar.txt
   395 Notice file: frameworks/base/cmds/bmgr/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/framework/bmgr.jar.txt
   396 Notice file: external/bouncycastle/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/framework/bouncycastle
.jar.txt
   397 Notice file: libcore/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/framework/core-
junit.jar.txt
   398 Notice file: libcore/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/framework/core.jar.txt
   399 Notice file: frameworks/base/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/framework/ext.jar.txt
   400 Notice file: frameworks/base/core/res/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/framework/framework-
res.apk.txt
   401 Notice file: frameworks/base/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/framework/framework.ja
r.txt
   402 Notice file: frameworks/base/cmds/ime/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/framework/ime.jar.txt
   403 Notice file: frameworks/base/cmds/input/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/framework/input.jar.tx
t
   404 Notice file: development/cmds/monkey/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/framework/monkey.jar.t
xt
   405 Notice file: libcore/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/framework/sqlite-
jdbc.jar.txt
   406 Notice file: frameworks/base/cmds/pm/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/framework/pm.jar.txt
   407 Notice file: frameworks/base/cmds/svc/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/framework/svc.jar.txt
   408 Notice file: device/samsung/crespo/liblight/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/hw/lights.s5pc110.
so.txt
   409 Notice file: external/neven/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libFFTEm.so.txt
   410 Notice file: frameworks/base/libs/storage/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libstorage.a.txt
```

```
  411 Notice file: bionic/libc/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libc_malloc_debug_
leak.so.txt
  412 Notice file: bionic/libc/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libc_malloc_debug_
qemu.so.txt
  413 Notice file: system/core/libctest/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libctest.so.txt
  414 Notice file: external/jhead/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libexif.so.txt
  415 Notice file: frameworks/base/media/jni/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libmedia_jni.so.tx
t
  416 Notice file: hardware/ril/mock-ril/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libmock_ril.so.txt
  417 Notice file: system/extras/libpagemap/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libpagemap.so.txt
  418 Notice file: hardware/ril/reference-ril/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libreference-
ril.so.txt
  419 Notice file: external/libgsm/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libgsm.a.txt
  420 Notice file: frameworks/base/media/jni/soundpool/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libsoundpool.so.tx
t
  421 Notice file: system/core/libzipfile/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libzipfile.a.txt
  422 Notice file: external/zlib/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libunz.a.txt
  423 Notice file: bionic/libthread_db/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libthread_db.so.tx
t
  424 Notice file: bionic/libthread_db/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libthread_db.a.txt
  425 Notice file: external/svox/pico/tts/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libttspico.so.txt
  426 Notice file: external/svox/pico/lib/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libsvoxpico.a.txt
  427 Generating CSSPropertyNames.h <= CSSPropertyNames.in
  428 target Generated: libwebcore <= external/webkit/WebCore/css/make-css-
file-arrays.pl
  429 Generating CSSValueKeywords.h <= CSSValueKeywords.in
  430 target Generated: libwebcore <=
external/webkit/WebCore/css/CSSCharsetRule.idl
  431 target Generated: libwebcore <=
external/webkit/WebCore/css/CSSFontFaceRule.idl
  432 target Generated: libwebcore <=
external/webkit/WebCore/css/CSSImportRule.idl
  433 target Generated: libwebcore <=
external/webkit/WebCore/css/CSSMediaRule.idl
  434 target Generated: libwebcore <=
external/webkit/WebCore/css/CSSPageRule.idl
  435 target Generated: libwebcore <=
external/webkit/WebCore/css/CSSPrimitiveValue.idl
  436 target Generated: libwebcore <= external/webkit/WebCore/css/CSSRule.idl
  437 target Generated: libwebcore <=
external/webkit/WebCore/css/CSSRuleList.idl
```

438 target Generated: libwebcore <=
external/webkit/WebCore/css/CSSStyleDeclaration.idl
   439 target Generated: libwebcore <=
external/webkit/WebCore/css/CSSStyleRule.idl
   440 target Generated: libwebcore <=
external/webkit/WebCore/css/CSSStyleSheet.idl
   441 target Generated: libwebcore <=
external/webkit/WebCore/css/CSSValue.idl
   442 target Generated: libwebcore <=
external/webkit/WebCore/css/CSSValueList.idl
   443 target Generated: libwebcore <=
external/webkit/WebCore/css/CSSVariablesDeclaration.idl
   444 target Generated: libwebcore <=
external/webkit/WebCore/css/CSSVariablesRule.idl
   445 target Generated: libwebcore <= external/webkit/WebCore/css/Counter.idl
   446 target Generated: libwebcore <= external/webkit/WebCore/css/Media.idl
   447 target Generated: libwebcore <=
external/webkit/WebCore/css/MediaList.idl
   448 target Generated: libwebcore <= external/webkit/WebCore/css/Rect.idl
   449 target Generated: libwebcore <=
external/webkit/WebCore/css/RGBColor.idl
   450 target Generated: libwebcore <=
external/webkit/WebCore/css/StyleSheet.idl
   451 target Generated: libwebcore <=
external/webkit/WebCore/css/StyleSheetList.idl
   452 target Generated: libwebcore <=
external/webkit/WebCore/css/WebKitCSSKeyframeRule.idl
   453 target Generated: libwebcore <=
external/webkit/WebCore/css/WebKitCSSKeyframesRule.idl
   454 target Generated: libwebcore <=
external/webkit/WebCore/css/WebKitCSSMatrix.idl
   455 target Generated: libwebcore <=
external/webkit/WebCore/css/WebKitCSSTransformValue.idl
   456 target Generated: libwebcore <= external/webkit/WebCore/dom/Attr.idl
   457 target Generated: libwebcore <=
external/webkit/WebCore/dom/BeforeLoadEvent.idl
   458 target Generated: libwebcore <=
external/webkit/WebCore/dom/CDATASection.idl
   459 target Generated: libwebcore <=
external/webkit/WebCore/dom/CharacterData.idl
   460 target Generated: libwebcore <=
external/webkit/WebCore/dom/ClientRect.idl
   461 target Generated: libwebcore <=
external/webkit/WebCore/dom/ClientRectList.idl
   462 target Generated: libwebcore <=
external/webkit/WebCore/dom/Clipboard.idl
   463 target Generated: libwebcore <= external/webkit/WebCore/dom/Comment.idl
   464 target Generated: libwebcore <=
external/webkit/WebCore/dom/DOMCoreException.idl
   465 target Generated: libwebcore <=
external/webkit/WebCore/dom/CompositionEvent.idl
   466 target Generated: libwebcore <=
external/webkit/WebCore/dom/DOMImplementation.idl
   467 target Generated: libwebcore <=
external/webkit/WebCore/dom/Document.idl
   468 target Generated: libwebcore <=
external/webkit/WebCore/dom/DocumentFragment.idl

```
469 target Generated: libwebcore <=
external/webkit/WebCore/dom/DocumentType.idl
  470 target Generated: libwebcore <= external/webkit/WebCore/dom/Element.idl
  471 target Generated: libwebcore <= external/webkit/WebCore/dom/Entity.idl
  472 target Generated: libwebcore <=
external/webkit/WebCore/dom/ErrorEvent.idl
  473 target Generated: libwebcore <=
external/webkit/WebCore/dom/EntityReference.idl
  474 target Generated: libwebcore <= external/webkit/WebCore/dom/Event.idl
  475 target Generated: libwebcore <=
external/webkit/WebCore/dom/EventException.idl
  476 target Generated: libwebcore <=
external/webkit/WebCore/dom/KeyboardEvent.idl
  477 target Generated: libwebcore <=
external/webkit/WebCore/dom/MessageChannel.idl
  478 target Generated: libwebcore <=
external/webkit/WebCore/dom/MessageEvent.idl
  479 target Generated: libwebcore <=
external/webkit/WebCore/dom/MessagePort.idl
  480 target Generated: libwebcore <=
external/webkit/WebCore/dom/MouseEvent.idl
  481 target Generated: libwebcore <=
external/webkit/WebCore/dom/MutationEvent.idl
  482 target Generated: libwebcore <=
external/webkit/WebCore/dom/NamedNodeMap.idl
  483 target Generated: libwebcore <= external/webkit/WebCore/dom/Node.idl
  484 target Generated: libwebcore <=
external/webkit/WebCore/dom/NodeFilter.idl
  485 target Generated: libwebcore <=
external/webkit/WebCore/dom/NodeIterator.idl
  486 target Generated: libwebcore <=
external/webkit/WebCore/dom/NodeList.idl
  487 target Generated: libwebcore <=
external/webkit/WebCore/dom/Notation.idl
  488 target Generated: libwebcore <=
external/webkit/WebCore/dom/OverflowEvent.idl
  489 target Generated: libwebcore <=
external/webkit/WebCore/dom/PageTransitionEvent.idl
  490 target Generated: libwebcore <=
external/webkit/WebCore/dom/ProcessingInstruction.idl
  491 target Generated: libwebcore <=
external/webkit/WebCore/dom/PopStateEvent.idl
  492 target Generated: libwebcore <=
external/webkit/WebCore/dom/ProgressEvent.idl
  493 target Generated: libwebcore <= external/webkit/WebCore/dom/Range.idl
  494 target Generated: libwebcore <=
external/webkit/WebCore/dom/RangeException.idl
  495 target Generated: libwebcore <= external/webkit/WebCore/dom/Text.idl
  496 target Generated: libwebcore <= external/webkit/WebCore/dom/Touch.idl
  497 target Generated: libwebcore <=
external/webkit/WebCore/dom/TextEvent.idl
  498 target Generated: libwebcore <=
external/webkit/WebCore/dom/TouchEvent.idl
  499 target Generated: libwebcore <=
external/webkit/WebCore/dom/TouchList.idl
  500 target Generated: libwebcore <=
external/webkit/WebCore/dom/TreeWalker.idl
```

501 target Generated: libwebcore <= external/webkit/WebCore/dom/UIEvent.idl
502 target Generated: libwebcore <=
external/webkit/WebCore/dom/WebKitAnimationEvent.idl
503 target Generated: libwebcore <=
external/webkit/WebCore/dom/WebKitTransitionEvent.idl
504 target Generated: libwebcore <=
external/webkit/WebCore/dom/WheelEvent.idl
505 target Generated: libwebcore <= external/webkit/WebCore/html/Blob.idl
506 target Generated: libwebcore <=
external/webkit/WebCore/html/DataGridColumn.idl
507 target Generated: libwebcore <=
external/webkit/WebCore/html/DataGridColumnList.idl
508 target Generated: libwebcore <= external/webkit/WebCore/html/File.idl
509 target Generated: libwebcore <=
external/webkit/WebCore/html/FileList.idl
510 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLAllCollection.idl
511 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLAnchorElement.idl
512 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLAppletElement.idl
513 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLAreaElement.idl
514 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLAudioElement.idl
515 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLBRElement.idl
516 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLBaseElement.idl
517 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLBaseFontElement.idl
518 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLBlockquoteElement.idl
519 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLBodyElement.idl
520 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLButtonElement.idl
521 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLCanvasElement.idl
522 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLCollection.idl
523 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLDataGridCellElement.idl
524 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLDataGridColElement.idl
525 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLDataGridElement.idl
526 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLDataGridRowElement.idl
527 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLDataListElement.idl
528 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLDListElement.idl
529 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLDirectoryElement.idl
530 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLDivElement.idl

```
  531 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLDocument.idl
  532 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLElement.idl
  533 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLEmbedElement.idl
  534 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLFieldSetElement.idl
  535 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLFontElement.idl
  536 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLFormElement.idl
  537 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLFrameElement.idl
  538 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLFrameSetElement.idl
  539 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLHRElement.idl
  540 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLHeadElement.idl
  541 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLHeadingElement.idl
  542 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLHtmlElement.idl
  543 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLIFrameElement.idl
  544 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLImageElement.idl
  545 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLInputElement.idl
  546 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLIsIndexElement.idl
  547 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLLIElement.idl
  548 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLLabelElement.idl
  549 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLLegendElement.idl
  550 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLLinkElement.idl
  551 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLMapElement.idl
  552 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLMarqueeElement.idl
  553 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLMediaElement.idl
  554 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLMenuElement.idl
  555 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLMetaElement.idl
  556 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLModElement.idl
  557 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLOListElement.idl
  558 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLObjectElement.idl
```

559 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLOptGroupElement.idl
  560 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLOptionElement.idl
  561 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLOptionsCollection.idl
  562 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLParagraphElement.idl
  563 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLParamElement.idl
  564 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLPreElement.idl
  565 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLQuoteElement.idl
  566 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLScriptElement.idl
  567 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLSelectElement.idl
  568 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLSourceElement.idl
  569 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLStyleElement.idl
  570 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLTableCaptionElement.idl
  571 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLTableCellElement.idl
  572 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLTableColElement.idl
  573 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLTableElement.idl
  574 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLTableRowElement.idl
  575 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLTableSectionElement.idl
  576 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLTextAreaElement.idl
  577 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLTitleElement.idl
  578 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLUListElement.idl
  579 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLVideoElement.idl
  580 target Generated: libwebcore <=
external/webkit/WebCore/html/ImageData.idl
  581 target Generated: libwebcore <=
external/webkit/WebCore/html/MediaError.idl
  582 target Generated: libwebcore <=
external/webkit/WebCore/html/TextMetrics.idl
  583 target Generated: libwebcore <=
external/webkit/WebCore/html/TimeRanges.idl
  584 target Generated: libwebcore <=
external/webkit/WebCore/html/ValidityState.idl
  585 target Generated: libwebcore <=
external/webkit/WebCore/html/VoidCallback.idl
  586 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/CanvasGradient.idl

```
  587 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/CanvasNumberArray.idl
  588 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/CanvasPattern.idl
  589 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/CanvasPixelArray.idl
  590 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/CanvasRenderingContext.idl
  591 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/CanvasRenderingContext2D.idl
  592 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/WebGLActiveInfo.idl
  593 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/WebGLArrayBuffer.idl
  594 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/WebGLArray.idl
  595 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/WebGLBuffer.idl
  596 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/WebGLByteArray.idl
  597 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/WebGLContextAttributes.idl
  598 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/WebGLFloatArray.idl
  599 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/WebGLIntArray.idl
  600 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/WebGLFramebuffer.idl
  601 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/WebGLProgram.idl
  602 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/WebGLRenderbuffer.idl
  603 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/WebGLRenderingContext.idl
  604 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/WebGLShader.idl
  605 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/WebGLShortArray.idl
  606 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/WebGLTexture.idl
  607 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/WebGLUniformLocation.idl
  608 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/WebGLUnsignedByteArray.idl
  609 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/WebGLUnsignedIntArray.idl
  610 target Generated: libwebcore <=
external/webkit/WebCore/html/canvas/WebGLUnsignedShortArray.idl
  611 target Generated: libwebcore <=
external/webkit/WebCore/loader/appcache/DOMApplicationCache.idl
  612 target Generated: libwebcore <=
external/webkit/WebCore/page/BarInfo.idl
  613 target Generated: libwebcore <=
external/webkit/WebCore/page/Connection.idl
  614 target Generated: libwebcore <=
external/webkit/WebCore/page/Console.idl
```

```
   615 target Generated: libwebcore <=
external/webkit/WebCore/page/Coordinates.idl
   616 target Generated: libwebcore <=
external/webkit/WebCore/page/DOMSelection.idl
   617 target Generated: libwebcore <=
external/webkit/WebCore/page/DOMWindow.idl
   618 target Generated: libwebcore <=
external/webkit/WebCore/page/Geoposition.idl
   619 target Generated: libwebcore <=
external/webkit/WebCore/page/Geolocation.idl
   620 target Generated: libwebcore <=
external/webkit/WebCore/page/History.idl
   621 target Generated: libwebcore <=
external/webkit/WebCore/page/Navigator.idl
   622 target Generated: libwebcore <=
external/webkit/WebCore/page/Location.idl
   623 target Generated: libwebcore <=
external/webkit/WebCore/page/PositionError.idl
   624 target Generated: libwebcore <= external/webkit/WebCore/page/Screen.idl
   625 target Generated: libwebcore <=
external/webkit/WebCore/page/WebKitPoint.idl
   626 target Generated: libwebcore <=
external/webkit/WebCore/page/WorkerNavigator.idl
   627 target Generated: libwebcore <=
external/webkit/WebCore/plugins/MimeType.idl
   628 target Generated: libwebcore <=
external/webkit/WebCore/plugins/MimeTypeArray.idl
   629 target Generated: libwebcore <=
external/webkit/WebCore/plugins/Plugin.idl
   630 target Generated: libwebcore <=
external/webkit/WebCore/plugins/PluginArray.idl
   631 target Generated: libwebcore <=
external/webkit/WebCore/storage/Database.idl
   632 target Generated: libwebcore <=
external/webkit/WebCore/storage/SQLError.idl
   633 target Generated: libwebcore <=
external/webkit/WebCore/storage/SQLResultSet.idl
   634 target Generated: libwebcore <=
external/webkit/WebCore/storage/SQLResultSetRowList.idl
   635 target Generated: libwebcore <=
external/webkit/WebCore/storage/SQLTransaction.idl
   636 target Generated: libwebcore <=
external/webkit/WebCore/storage/Storage.idl
   637 target Generated: libwebcore <=
external/webkit/WebCore/storage/StorageEvent.idl
   638 target Generated: libwebcore <=
external/webkit/WebCore/svg/SVGColor.idl
   639 target Generated: libwebcore <=
external/webkit/WebCore/svg/SVGDocument.idl
   640 target Generated: libwebcore <=
external/webkit/WebCore/svg/SVGElement.idl
   641 target Generated: libwebcore <=
external/webkit/WebCore/svg/SVGElementInstance.idl
   642 target Generated: libwebcore <=
external/webkit/WebCore/svg/SVGException.idl
   643 target Generated: libwebcore <=
external/webkit/WebCore/svg/SVGPaint.idl
```

```
644 target Generated: libwebcore <=
external/webkit/WebCore/svg/SVGZoomEvent.idl
  645 target Generated: libwebcore <=
external/webkit/WebCore/workers/AbstractWorker.idl
  646 target Generated: libwebcore <=
external/webkit/WebCore/workers/DedicatedWorkerContext.idl
  647 target Generated: libwebcore <=
external/webkit/WebCore/workers/SharedWorker.idl
  648 target Generated: libwebcore <=
external/webkit/WebCore/workers/SharedWorkerContext.idl
  649 target Generated: libwebcore <=
external/webkit/WebCore/workers/Worker.idl
  650 target Generated: libwebcore <=
external/webkit/WebCore/workers/WorkerContext.idl
  651 target Generated: libwebcore <=
external/webkit/WebCore/workers/WorkerLocation.idl
  652 target Generated: libwebcore <=
external/webkit/WebCore/xml/DOMParser.idl
  653 target Generated: libwebcore <=
external/webkit/WebCore/xml/XMLHttpRequest.idl
  654 target Generated: libwebcore <=
external/webkit/WebCore/xml/XMLHttpRequestException.idl
  655 target Generated: libwebcore <=
external/webkit/WebCore/xml/XMLHttpRequestProgressEvent.idl
  656 target Generated: libwebcore <=
external/webkit/WebCore/xml/XMLHttpRequestUpload.idl
  657 target Generated: libwebcore <=
external/webkit/WebCore/xml/XMLSerializer.idl
  658 target Generated: libwebcore <=
external/webkit/WebCore/xml/XPathException.idl
  659 target Generated: libwebcore <=
external/webkit/WebCore/xml/XPathNSResolver.idl
  660 target Generated: libwebcore <=
external/webkit/WebCore/xml/XPathResult.idl
  661 target Generated: libwebcore <=
external/webkit/WebCore/inspector/InjectedScriptHost.idl
  662 target Generated: libwebcore <=
external/webkit/WebCore/inspector/InspectorBackend.idl
  663 target Generated: libwebcore <=
external/webkit/WebCore/inspector/InspectorFrontendHost.idl
  664 target Generated: libwebcore <=
external/webkit/WebCore/notifications/Notification.idl
  665 target Generated: libwebcore <=
external/webkit/WebCore/notifications/NotificationCenter.idl
  666 target Generated: libwebcore <=
external/webkit/WebCore/websockets/WebSocket.idl
  667 target Generated: libwebcore <=
external/webkit/WebCore/dom/make_names.pl
  668 target Generated: libwebcore <=
external/webkit/WebCore/dom/make_names.pl
  669 target Generated: libwebcore <=
external/webkit/WebCore/dom/make_names.pl
  670 target Generated: libwebcore <=
external/webkit/WebCore/html/HTMLEntityNames.gperf
  671 target Generated: libwebcore <=
external/webkit/WebCore/platform/ColorData.gperf
```

```
  672 target Generated: libwebcore <=
external/webkit/WebCore/dom/make_names.pl
  673 target Generated: libwebcore <=
external/webkit/WebCore/dom/make_names.pl
  674 target Generated: libwebcore <=
external/webkit/JavaScriptCore/pcre/pcre_internal.h
  675 target Generated: libwebcore <=
external/webkit/WebCore/css/tokenizer.flex
  676 target Generated: libwebcore <=
external/webkit/WebCore/html/DocTypeStrings.gperf
  677 Notice file: external/webkit/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libwebcore.so.txt
  678 Notice file: external/webkit/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libwebcore.a.txt
  679 Notice file: external/libxml2/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/lib/libxml2.a.txt
  680 Notice file: frameworks/base/cmds/backup/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/xbin/btool.txt
  681 Notice file: system/extras/latencytop/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/xbin/latencytop.txt
  682 Notice file: system/extras/librank/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/xbin/librank.txt
  683 Notice file: system/extras/procmem/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/xbin/procmem.txt
  684 Notice file: system/extras/procrank/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/xbin/procrank.txt
  685 Notice file: frameworks/base/cmds/rawbu/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/xbin/rawbu.txt
  686 Notice file: external/dropbear/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/xbin/scp.txt
  687 Notice file: system/extras/showmap/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/xbin/showmap.txt
  688 Notice file: system/extras/showslab/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/xbin/showslab.txt
  689 Notice file: external/sqlite/dist/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/xbin/sqlite3.txt
  690 Notice file: external/strace/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/xbin/strace.txt
  691 Notice file: system/extras/su/NOTICE --
out/target/product/crespo/obj/NOTICE_FILES/src//system/xbin/su.txt
  692 host Java: core-hostdex (out/host/common/obj/JAVA_LIBRARIES/core-
hostdex_intermediates/classes)
  693 host Java: host-libprotobuf-java-2.3.0-lite
(out/host/common/obj/JAVA_LIBRARIES/host-libprotobuf-java-2.3.0-
lite_intermediates/classes)
  694 build/tools/merge-event-log-tags.py:29: DeprecationWarning: the md5
module is deprecated; use hashlib instead
  695   import md5
  696 host Java: host-libprotobuf-java-2.3.0-micro
(out/host/common/obj/JAVA_LIBRARIES/host-libprotobuf-java-2.3.0-
micro_intermediates/classes)
  697 Yacc: libedify <= bootable/recovery/edify/parser.y
  698 bison -d  -o
out/target/product/crespo/obj/STATIC_LIBRARIES/libedify_intermediates/parser.
cpp bootable/recovery/edify/parser.y
```

```
 699 touch
out/target/product/crespo/obj/STATIC_LIBRARIES/libedify_intermediates/parser.
hpp
 700 echo '#ifndef 'parser_h >
out/target/product/crespo/obj/STATIC_LIBRARIES/libedify_intermediates/parser.
h
 701 echo '#define 'parser_h >>
out/target/product/crespo/obj/STATIC_LIBRARIES/libedify_intermediates/parser.
h
 702 cat
out/target/product/crespo/obj/STATIC_LIBRARIES/libedify_intermediates/parser.
hpp >>
out/target/product/crespo/obj/STATIC_LIBRARIES/libedify_intermediates/parser.
h
 703 echo '#endif' >>
out/target/product/crespo/obj/STATIC_LIBRARIES/libedify_intermediates/parser.
h
 704 rm -f
out/target/product/crespo/obj/STATIC_LIBRARIES/libedify_intermediates/parser.
hpp
 705 Lex: libedify <= bootable/recovery/edify/lexer.l
 706 Generated: (out/target/product/crespo/android-info.txt)
 707 Notice file: external/bzip2/NOTICE -- out/host/linux-
x86/obj/NOTICE_FILES/src//lib/libbz.a.txt
 708 host C: acp <= build/tools/acp/acp.c
 709 host C++: libhost <= build/libs/host/pseudolocalize.cpp
 710 host C: libhost <= build/libs/host/CopyFile.c
 711 target Generated: libclearsilver-jni <=
out/host/common/obj/JAVA_LIBRARIES/clearsilver_intermediates/javalib.jar
 712 Note:
external/protobuf/java/src/main/java/com/google/protobuf/micro/CodedInputStre
amMicro.java uses unchecked or unsafe operations.
 713 Note: Recompile with -Xlint:unchecked for details.
 714 target Generated: libclearsilver-jni <=
out/host/common/obj/JAVA_LIBRARIES/clearsilver_intermediates/javalib.jar
 715 host C: libneo_util <= external/clearsilver/util/neo_err.c
 716 Note:
external/protobuf/java/src/main/java/com/google/protobuf/GeneratedMessageLite
.java uses unchecked or unsafe operations.
 717 Note: Recompile with -Xlint:unchecked for details.
 718 host C: libneo_util <= external/clearsilver/util/neo_files.c
 719 host C: libneo_util <= external/clearsilver/util/neo_misc.c
 720 host C: libneo_util <= external/clearsilver/util/neo_rand.c
 721 host C: libneo_util <= external/clearsilver/util/ulist.c
 722 host C: libneo_util <= external/clearsilver/util/neo_hdf.c
 723 host C: libneo_util <= external/clearsilver/util/neo_str.c
 724 host C: libneo_util <= external/clearsilver/util/neo_date.c
 725 host C: libneo_util <= external/clearsilver/util/wildmat.c
 726 host C: libneo_util <= external/clearsilver/util/ulocks.c
 727 host C: libneo_util <= external/clearsilver/util/neo_hash.c
 728 host C: libneo_cs <= external/clearsilver/cs/csparse.c
 729 host C: libneo_cgi <= external/clearsilver/cgi/cgiwrap.c
 730 host C: libneo_cgi <= external/clearsilver/cgi/cgi.c
 731 host C: libneo_cgi <= external/clearsilver/cgi/html.c
 732 host C: libneo_cgi <= external/clearsilver/cgi/date.c
 733 host C: libneo_cgi <= external/clearsilver/cgi/rfc2388.c
 734 host C++: aapt <= frameworks/base/tools/aapt/AaptAssets.cpp
```

```
735 host C++: aapt <= frameworks/base/tools/aapt/Command.cpp
736 host C++: aapt <= frameworks/base/tools/aapt/Main.cpp
737 In file included from frameworks/base/tools/aapt/AaptAssets.h:18,
738                  from frameworks/base/tools/aapt/AaptAssets.cpp:5:
739 frameworks/base/tools/aapt/ZipFile.h:65: warning: 'typedef' was ignored
in this declaration
740 In file included from frameworks/base/tools/aapt/AaptAssets.h:18,
741                  from frameworks/base/tools/aapt/Main.h:14,
742                  from frameworks/base/tools/aapt/Command.cpp:6:
743 frameworks/base/tools/aapt/ZipFile.h:65: warning: 'typedef' was ignored
in this declaration
744 In file included from frameworks/base/tools/aapt/AaptAssets.h:18,
745                  from frameworks/base/tools/aapt/Main.h:14,
746                  from frameworks/base/tools/aapt/Main.cpp:6:
747 frameworks/base/tools/aapt/ZipFile.h:65: warning: 'typedef' was ignored
in this declaration
748 host C++: aapt <= frameworks/base/tools/aapt/Package.cpp
749 In file included from frameworks/base/tools/aapt/AaptAssets.h:18,
750                  from frameworks/base/tools/aapt/Main.h:14,
751                  from frameworks/base/tools/aapt/Package.cpp:6:
752 frameworks/base/tools/aapt/ZipFile.h:65: warning: 'typedef' was ignored
in this declaration
753 host C++: aapt <= frameworks/base/tools/aapt/StringPool.cpp
754 In file included from frameworks/base/tools/aapt/AaptAssets.h:18,
755                  from frameworks/base/tools/aapt/Main.h:14,
756                  from frameworks/base/tools/aapt/StringPool.h:10,
757                  from frameworks/base/tools/aapt/StringPool.cpp:7:
758 frameworks/base/tools/aapt/ZipFile.h:65: warning: 'typedef' was ignored
in this declaration
759 frameworks/base/tools/aapt/StringPool.cpp: In function 'void
printStringPool(const android::ResStringPool*)':
760 frameworks/base/tools/aapt/StringPool.cpp:33: warning: format '%ld'
expects type 'long int', but argument 2 has type 'size_t'
761 host C++: aapt <= frameworks/base/tools/aapt/XMLNode.cpp
762 host C++: aapt <= frameworks/base/tools/aapt/ResourceTable.cpp
763 In file included from frameworks/base/tools/aapt/AaptAssets.h:18,
764                  from frameworks/base/tools/aapt/Main.h:14,
765                  from frameworks/base/tools/aapt/StringPool.h:10,
766                  from frameworks/base/tools/aapt/XMLNode.h:10,
767                  from frameworks/base/tools/aapt/XMLNode.cpp:7:
768 frameworks/base/tools/aapt/ZipFile.h:65: warning: 'typedef' was ignored
in this declaration
769 In file included from frameworks/base/tools/aapt/AaptAssets.h:18,
770                  from frameworks/base/tools/aapt/Main.h:14,
771                  from frameworks/base/tools/aapt/StringPool.h:10,
772                  from frameworks/base/tools/aapt/ResourceTable.h:10,
773                  from frameworks/base/tools/aapt/ResourceTable.cpp:7:
774 frameworks/base/tools/aapt/ZipFile.h:65: warning: 'typedef' was ignored
in this declaration
775 host C++: aapt <= frameworks/base/tools/aapt/Images.cpp
776 In file included from frameworks/base/tools/aapt/AaptAssets.h:18,
777                  from frameworks/base/tools/aapt/Main.h:14,
778                  from frameworks/base/tools/aapt/StringPool.h:10,
779                  from frameworks/base/tools/aapt/ResourceTable.h:10,
780                  from frameworks/base/tools/aapt/Images.h:10,
781                  from frameworks/base/tools/aapt/Images.cpp:9:
```

```
 782 frameworks/base/tools/aapt/ZipFile.h:65: warning: 'typedef' was ignored
in this declaration
 783 host C++: aapt <= frameworks/base/tools/aapt/Resource.cpp
 784 In file included from frameworks/base/tools/aapt/AaptAssets.h:18,
 785                  from frameworks/base/tools/aapt/Main.h:14,
 786                  from frameworks/base/tools/aapt/Resource.cpp:6:
 787 frameworks/base/tools/aapt/ZipFile.h:65: warning: 'typedef' was ignored
in this declaration
 788 frameworks/base/tools/aapt/Resource.cpp: In function 'bool
applyFileOverlay(Bundle*, const android::sp<AaptAssets>&,
android::sp<ResourceTypeSet>*, const char*)':
 789 frameworks/base/tools/aapt/Resource.cpp:546: warning: format '%ld'
expects type 'long int', but argument 2 has type 'size_t'
 790 frameworks/base/tools/aapt/Resource.cpp:550: warning: format '%ld'
expects type 'long int', but argument 2 has type 'size_t'
 791 frameworks/base/tools/aapt/Resource.cpp:566: warning: format '%ld'
expects type 'long int', but argument 2 has type 'size_t'
 792 host C++: aapt <= frameworks/base/tools/aapt/SourcePos.cpp
 793 host C++: aapt <= frameworks/base/tools/aapt/ZipEntry.cpp
 794 host C++: aapt <= frameworks/base/tools/aapt/ZipFile.cpp
 795 In file included from frameworks/base/tools/aapt/ZipFile.cpp:26:
 796 frameworks/base/tools/aapt/ZipFile.h:65: warning: 'typedef' was ignored
in this declaration
 797 host C++: libutils <= frameworks/base/libs/utils/Asset.cpp
 798 host C++: libutils <= frameworks/base/libs/utils/AssetDir.cpp
 799 host C++: libutils <= frameworks/base/libs/utils/AssetManager.cpp
 800 host C++: libutils <= frameworks/base/libs/utils/BufferedTextOutput.cpp
 801 host C++: libutils <= frameworks/base/libs/utils/CallStack.cpp
 802 host C++: libutils <= frameworks/base/libs/utils/Debug.cpp
 803 host C++: libutils <= frameworks/base/libs/utils/Flattenable.cpp
 804 host C++: libutils <= frameworks/base/libs/utils/FileMap.cpp
 805 host C++: libutils <= frameworks/base/libs/utils/ObbFile.cpp
 806 host C++: libutils <= frameworks/base/libs/utils/Pool.cpp
 807 host C++: libutils <= frameworks/base/libs/utils/RefBase.cpp
 808 host C++: libutils <= frameworks/base/libs/utils/ResourceTypes.cpp
 809 host C++: libutils <= frameworks/base/libs/utils/SharedBuffer.cpp
 810 host C++: libutils <= frameworks/base/libs/utils/Static.cpp
 811 host C++: libutils <= frameworks/base/libs/utils/StopWatch.cpp
 812 host C++: libutils <=
frameworks/base/libs/utils/StreamingZipInflater.cpp
 813 host C++: libutils <= frameworks/base/libs/utils/String8.cpp
 814 host C++: libutils <= frameworks/base/libs/utils/String16.cpp
 815 host C++: libutils <= frameworks/base/libs/utils/StringArray.cpp
 816 host C++: libutils <= frameworks/base/libs/utils/SystemClock.cpp
 817 host C++: libutils <= frameworks/base/libs/utils/TextOutput.cpp
 818 host C++: libutils <= frameworks/base/libs/utils/Threads.cpp
 819 host C++: libutils <= frameworks/base/libs/utils/Timers.cpp
 820 host C++: libutils <= frameworks/base/libs/utils/VectorImpl.cpp
 821 host C++: libutils <= frameworks/base/libs/utils/ZipFileCRO.cpp
 822 host C++: libutils <= frameworks/base/libs/utils/ZipFileRO.cpp
 823 Note: Some input files use or override a deprecated API.
 824 Note: Recompile with -Xlint:deprecation for details.
 825 Note: Some input files use unchecked or unsafe operations.
 826 Note: Recompile with -Xlint:unchecked for details.
 827 host C++: libutils <= frameworks/base/libs/utils/ZipUtils.cpp
 828 host C++: libutils <= frameworks/base/libs/utils/misc.cpp
 829 host C: liblog <= system/core/liblog/logd_write.c
```

```
830 system/core/liblog/logd_write.c: In function '__write_to_log_kernel':
831 system/core/liblog/logd_write.c:90: warning: implicit declaration of
function 'fakeLogWritev'
832 system/core/liblog/logd_write.c: In function '__write_to_log_init':
833 system/core/liblog/logd_write.c:103: warning: implicit declaration of
function 'fakeLogOpen'
834 system/core/liblog/logd_write.c:112: warning: implicit declaration of
function 'fakeLogClose'
835 host C: liblog <= system/core/liblog/logprint.c
836 host C: liblog <= system/core/liblog/event_tag_map.c
837 host C: liblog <= system/core/liblog/fake_log_device.c
838 host C: libcutils <= system/core/libcutils/atomic.c
839 host C: libcutils <= system/core/libcutils/array.c
840 host C: libcutils <= system/core/libcutils/hashmap.c
841 host C: libcutils <= system/core/libcutils/native_handle.c
842 host C: libcutils <= system/core/libcutils/buffer.c
843 host C: libcutils <= system/core/libcutils/socket_inaddr_any_server.c
844 host C: libcutils <= system/core/libcutils/socket_local_client.c
845 host C: libcutils <= system/core/libcutils/socket_local_server.c
846 host C: libcutils <= system/core/libcutils/socket_loopback_client.c
847 host C: libcutils <= system/core/libcutils/socket_loopback_server.c
848 host C: libcutils <= system/core/libcutils/socket_network_client.c
849 host C: libcutils <= system/core/libcutils/config_utils.c
850 host C: libcutils <= system/core/libcutils/cpu_info.c
851 host C: libcutils <= system/core/libcutils/load_file.c
852 host C: libcutils <= system/core/libcutils/open_memstream.c
853 host C: libcutils <= system/core/libcutils/strdup16to8.c
854 host C: libcutils <= system/core/libcutils/strdup8to16.c
855 host C: libcutils <= system/core/libcutils/record_stream.c
856 host C: libcutils <= system/core/libcutils/process_name.c
857 host C: libcutils <= system/core/libcutils/properties.c
858 host C: libcutils <= system/core/libcutils/threads.c
859 host C: libcutils <= system/core/libcutils/sched_policy.c
860 host C: libcutils <= system/core/libcutils/iosched_policy.c
861 host C: libcutils <= system/core/libcutils/abort_socket.c
862 host C: libcutils <= system/core/libcutils/mspace.c
863 host C: libcutils <= system/core/libcutils/selector.c
864 host C: libcutils <= system/core/libcutils/tztime.c
865 host C: libcutils <= system/core/libcutils/zygote.c
866 system/core/libcutils/tztime.c: In function 'differ_by_repeat':
867 system/core/libcutils/tztime.c:303: warning: comparison is always false
due to limited range of data type
868 system/core/libcutils/tztime.c: In function 'localsub':
869 system/core/libcutils/tztime.c:1267: warning: assignment discards
qualifiers from pointer target type
870 host C: libcutils <= system/core/libcutils/ashmem-host.c
871 host C: libcutils <= system/core/libcutils/tzstrftime.c
872 system/core/libcutils/tzstrftime.c: In function '_fmt':
873 system/core/libcutils/tzstrftime.c:360: warning: implicit declaration
of function 'sprintf'
874 system/core/libcutils/tzstrftime.c:360: warning: incompatible implicit
declaration of built-in function 'sprintf'
875 system/core/libcutils/tzstrftime.c: In function '_conv':
876 system/core/libcutils/tzstrftime.c:628: warning: incompatible implicit
declaration of built-in function 'sprintf'
877 host C: libcutils <= system/core/libcutils/dlmalloc_stubs.c
878 host C: libexpat <= external/expat/lib/xmlparse.c
```

```
879  external/expat/lib/xmlparse.c: In function 'errorProcessor':
880  external/expat/lib/xmlparse.c:4802: warning: unused parameter 's'
881  external/expat/lib/xmlparse.c:4803: warning: unused parameter 'end'
882  external/expat/lib/xmlparse.c:4804: warning: unused parameter 'nextPtr'
883  host C: libexpat <= external/expat/lib/xmlrole.c
884  external/expat/lib/xmlrole.c: In function 'prolog2':
885  external/expat/lib/xmlrole.c:198: warning: unused parameter 'ptr'
886  external/expat/lib/xmlrole.c:199: warning: unused parameter 'end'
887  external/expat/lib/xmlrole.c:200: warning: unused parameter 'enc'
888  external/expat/lib/xmlrole.c: In function 'doctype0':
889  external/expat/lib/xmlrole.c:219: warning: unused parameter 'ptr'
890  external/expat/lib/xmlrole.c:220: warning: unused parameter 'end'
891  external/expat/lib/xmlrole.c:221: warning: unused parameter 'enc'
892  external/expat/lib/xmlrole.c: In function 'doctype2':
893  external/expat/lib/xmlrole.c:267: warning: unused parameter 'ptr'
894  external/expat/lib/xmlrole.c:268: warning: unused parameter 'end'
895  external/expat/lib/xmlrole.c:269: warning: unused parameter 'enc'
896  external/expat/lib/xmlrole.c: In function 'doctype3':
897  external/expat/lib/xmlrole.c:284: warning: unused parameter 'ptr'
898  external/expat/lib/xmlrole.c:285: warning: unused parameter 'end'
899  external/expat/lib/xmlrole.c:286: warning: unused parameter 'enc'
900  external/expat/lib/xmlrole.c: In function 'doctype4':
901  external/expat/lib/xmlrole.c:301: warning: unused parameter 'ptr'
902  external/expat/lib/xmlrole.c:302: warning: unused parameter 'end'
903  external/expat/lib/xmlrole.c:303: warning: unused parameter 'enc'
904  external/expat/lib/xmlrole.c: In function 'doctype5':
905  external/expat/lib/xmlrole.c:321: warning: unused parameter 'ptr'
906  external/expat/lib/xmlrole.c:322: warning: unused parameter 'end'
907  external/expat/lib/xmlrole.c:323: warning: unused parameter 'enc'
908  external/expat/lib/xmlrole.c: In function 'entity0':
909  external/expat/lib/xmlrole.c:440: warning: unused parameter 'ptr'
910  external/expat/lib/xmlrole.c:441: warning: unused parameter 'end'
911  external/expat/lib/xmlrole.c:442: warning: unused parameter 'enc'
912  external/expat/lib/xmlrole.c: In function 'entity1':
913  external/expat/lib/xmlrole.c:460: warning: unused parameter 'ptr'
914  external/expat/lib/xmlrole.c:461: warning: unused parameter 'end'
915  external/expat/lib/xmlrole.c:462: warning: unused parameter 'enc'
916  external/expat/lib/xmlrole.c: In function 'entity3':
917  external/expat/lib/xmlrole.c:505: warning: unused parameter 'ptr'
918  external/expat/lib/xmlrole.c:506: warning: unused parameter 'end'
919  external/expat/lib/xmlrole.c:507: warning: unused parameter 'enc'
920  external/expat/lib/xmlrole.c: In function 'entity4':
921  external/expat/lib/xmlrole.c:522: warning: unused parameter 'ptr'
922  external/expat/lib/xmlrole.c:523: warning: unused parameter 'end'
923  external/expat/lib/xmlrole.c:524: warning: unused parameter 'enc'
924  external/expat/lib/xmlrole.c: In function 'entity6':
925  external/expat/lib/xmlrole.c:562: warning: unused parameter 'ptr'
926  external/expat/lib/xmlrole.c:563: warning: unused parameter 'end'
927  external/expat/lib/xmlrole.c:564: warning: unused parameter 'enc'
928  external/expat/lib/xmlrole.c: In function 'entity8':
929  external/expat/lib/xmlrole.c:608: warning: unused parameter 'ptr'
930  external/expat/lib/xmlrole.c:609: warning: unused parameter 'end'
931  external/expat/lib/xmlrole.c:610: warning: unused parameter 'enc'
932  external/expat/lib/xmlrole.c: In function 'entity9':
933  external/expat/lib/xmlrole.c:625: warning: unused parameter 'ptr'
934  external/expat/lib/xmlrole.c:626: warning: unused parameter 'end'
935  external/expat/lib/xmlrole.c:627: warning: unused parameter 'enc'
```

```
936 external/expat/lib/xmlrole.c: In function 'entity10':
937 external/expat/lib/xmlrole.c:642: warning: unused parameter 'ptr'
938 external/expat/lib/xmlrole.c:643: warning: unused parameter 'end'
939 external/expat/lib/xmlrole.c:644: warning: unused parameter 'enc'
940 external/expat/lib/xmlrole.c: In function 'notation0':
941 external/expat/lib/xmlrole.c:659: warning: unused parameter 'ptr'
942 external/expat/lib/xmlrole.c:660: warning: unused parameter 'end'
943 external/expat/lib/xmlrole.c:661: warning: unused parameter 'enc'
944 external/expat/lib/xmlrole.c: In function 'notation2':
945 external/expat/lib/xmlrole.c:700: warning: unused parameter 'ptr'
946 external/expat/lib/xmlrole.c:701: warning: unused parameter 'end'
947 external/expat/lib/xmlrole.c:702: warning: unused parameter 'enc'
948 external/expat/lib/xmlrole.c: In function 'notation3':
949 external/expat/lib/xmlrole.c:717: warning: unused parameter 'ptr'
950 external/expat/lib/xmlrole.c:718: warning: unused parameter 'end'
951 external/expat/lib/xmlrole.c:719: warning: unused parameter 'enc'
952 external/expat/lib/xmlrole.c: In function 'notation4':
953 external/expat/lib/xmlrole.c:735: warning: unused parameter 'ptr'
954 external/expat/lib/xmlrole.c:736: warning: unused parameter 'end'
955 external/expat/lib/xmlrole.c:737: warning: unused parameter 'enc'
956 external/expat/lib/xmlrole.c: In function 'attlist0':
957 external/expat/lib/xmlrole.c:756: warning: unused parameter 'ptr'
958 external/expat/lib/xmlrole.c:757: warning: unused parameter 'end'
959 external/expat/lib/xmlrole.c:758: warning: unused parameter 'enc'
960 external/expat/lib/xmlrole.c: In function 'attlist1':
961 external/expat/lib/xmlrole.c:774: warning: unused parameter 'ptr'
962 external/expat/lib/xmlrole.c:775: warning: unused parameter 'end'
963 external/expat/lib/xmlrole.c:776: warning: unused parameter 'enc'
964 external/expat/lib/xmlrole.c: In function 'attlist3':
965 external/expat/lib/xmlrole.c:836: warning: unused parameter 'ptr'
966 external/expat/lib/xmlrole.c:837: warning: unused parameter 'end'
967 external/expat/lib/xmlrole.c:838: warning: unused parameter 'enc'
968 external/expat/lib/xmlrole.c: In function 'attlist4':
969 external/expat/lib/xmlrole.c:855: warning: unused parameter 'ptr'
970 external/expat/lib/xmlrole.c:856: warning: unused parameter 'end'
971 external/expat/lib/xmlrole.c:857: warning: unused parameter 'enc'
972 external/expat/lib/xmlrole.c: In function 'attlist5':
973 external/expat/lib/xmlrole.c:875: warning: unused parameter 'ptr'
974 external/expat/lib/xmlrole.c:876: warning: unused parameter 'end'
975 external/expat/lib/xmlrole.c:877: warning: unused parameter 'enc'
976 external/expat/lib/xmlrole.c: In function 'attlist6':
977 external/expat/lib/xmlrole.c:892: warning: unused parameter 'ptr'
978 external/expat/lib/xmlrole.c:893: warning: unused parameter 'end'
979 external/expat/lib/xmlrole.c:894: warning: unused parameter 'enc'
980 external/expat/lib/xmlrole.c: In function 'attlist7':
981 external/expat/lib/xmlrole.c:909: warning: unused parameter 'ptr'
982 external/expat/lib/xmlrole.c:910: warning: unused parameter 'end'
983 external/expat/lib/xmlrole.c:911: warning: unused parameter 'enc'
984 external/expat/lib/xmlrole.c: In function 'attlist9':
985 external/expat/lib/xmlrole.c:970: warning: unused parameter 'ptr'
986 external/expat/lib/xmlrole.c:971: warning: unused parameter 'end'
987 external/expat/lib/xmlrole.c:972: warning: unused parameter 'enc'
988 external/expat/lib/xmlrole.c: In function 'element0':
989 external/expat/lib/xmlrole.c:987: warning: unused parameter 'ptr'
990 external/expat/lib/xmlrole.c:988: warning: unused parameter 'end'
991 external/expat/lib/xmlrole.c:989: warning: unused parameter 'enc'
992 external/expat/lib/xmlrole.c: In function 'element3':
```

```
 993 external/expat/lib/xmlrole.c:1075: warning: unused parameter 'ptr'
 994 external/expat/lib/xmlrole.c:1076: warning: unused parameter 'end'
 995 external/expat/lib/xmlrole.c:1077: warning: unused parameter 'enc'
 996 external/expat/lib/xmlrole.c: In function 'element4':
 997 external/expat/lib/xmlrole.c:1100: warning: unused parameter 'ptr'
 998 external/expat/lib/xmlrole.c:1101: warning: unused parameter 'end'
 999 external/expat/lib/xmlrole.c:1102: warning: unused parameter 'enc'
1000 external/expat/lib/xmlrole.c: In function 'element5':
1001 external/expat/lib/xmlrole.c:1118: warning: unused parameter 'ptr'
1002 external/expat/lib/xmlrole.c:1119: warning: unused parameter 'end'
1003 external/expat/lib/xmlrole.c:1120: warning: unused parameter 'enc'
1004 external/expat/lib/xmlrole.c: In function 'element6':
1005 external/expat/lib/xmlrole.c:1139: warning: unused parameter 'ptr'
1006 external/expat/lib/xmlrole.c:1140: warning: unused parameter 'end'
1007 external/expat/lib/xmlrole.c:1141: warning: unused parameter 'enc'
1008 external/expat/lib/xmlrole.c: In function 'element7':
1009 external/expat/lib/xmlrole.c:1169: warning: unused parameter 'ptr'
1010 external/expat/lib/xmlrole.c:1170: warning: unused parameter 'end'
1011 external/expat/lib/xmlrole.c:1171: warning: unused parameter 'enc'
1012 external/expat/lib/xmlrole.c: In function 'condSect1':
1013 external/expat/lib/xmlrole.c:1243: warning: unused parameter 'ptr'
1014 external/expat/lib/xmlrole.c:1244: warning: unused parameter 'end'
1015 external/expat/lib/xmlrole.c:1245: warning: unused parameter 'enc'
1016 external/expat/lib/xmlrole.c: In function 'condSect2':
1017 external/expat/lib/xmlrole.c:1261: warning: unused parameter 'ptr'
1018 external/expat/lib/xmlrole.c:1262: warning: unused parameter 'end'
1019 external/expat/lib/xmlrole.c:1263: warning: unused parameter 'enc'
1020 external/expat/lib/xmlrole.c: In function 'declClose':
1021 external/expat/lib/xmlrole.c:1280: warning: unused parameter 'ptr'
1022 external/expat/lib/xmlrole.c:1281: warning: unused parameter 'end'
1023 external/expat/lib/xmlrole.c:1282: warning: unused parameter 'enc'
1024 external/expat/lib/xmlrole.c: In function 'error':
1025 external/expat/lib/xmlrole.c:1295: warning: unused parameter 'state'
1026 external/expat/lib/xmlrole.c:1296: warning: unused parameter 'tok'
1027 external/expat/lib/xmlrole.c:1297: warning: unused parameter 'ptr'
1028 external/expat/lib/xmlrole.c:1298: warning: unused parameter 'end'
1029 external/expat/lib/xmlrole.c:1299: warning: unused parameter 'enc'
1030 host C: libexpat <= external/expat/lib/xmltok.c
1031 external/expat/lib/xmltok.c: In function 'isNever':
1032 external/expat/lib/xmltok.c:125: warning: unused parameter 'enc'
1033 external/expat/lib/xmltok.c:125: warning: unused parameter 'p'
1034 external/expat/lib/xmltok.c: In function 'utf8_isName2':
1035 external/expat/lib/xmltok.c:131: warning: unused parameter 'enc'
1036 external/expat/lib/xmltok.c: In function 'utf8_isName3':
1037 external/expat/lib/xmltok.c:137: warning: unused parameter 'enc'
1038 external/expat/lib/xmltok.c: In function 'utf8_isNmstrt2':
1039 external/expat/lib/xmltok.c:145: warning: unused parameter 'enc'
1040 external/expat/lib/xmltok.c: In function 'utf8_isNmstrt3':
1041 external/expat/lib/xmltok.c:151: warning: unused parameter 'enc'
1042 external/expat/lib/xmltok.c: In function 'utf8_isInvalid2':
1043 external/expat/lib/xmltok.c:159: warning: unused parameter 'enc'
1044 external/expat/lib/xmltok.c: In function 'utf8_isInvalid3':
1045 external/expat/lib/xmltok.c:165: warning: unused parameter 'enc'
1046 external/expat/lib/xmltok.c: In function 'utf8_isInvalid4':
1047 external/expat/lib/xmltok.c:171: warning: unused parameter 'enc'
1048 In file included from external/expat/lib/xmltok.c:301:
1049 external/expat/lib/xmltok_impl.c: In function 'normal_checkPiTarget':
```

```
1050 external/expat/lib/xmltok_impl.c:178: warning: unused parameter 'enc'
1051 external/expat/lib/xmltok_impl.c: In function
'normal_scanCdataSection':
1052 external/expat/lib/xmltok_impl.c:285: warning: unused parameter 'enc'
1053 external/expat/lib/xmltok_impl.c: In function 'normal_charRefNumber':
1054 external/expat/lib/xmltok_impl.c:1524: warning: unused parameter 'enc'
1055 external/expat/lib/xmltok_impl.c: In function
'normal_predefinedEntityName':
1056 external/expat/lib/xmltok_impl.c:1568: warning: unused parameter 'enc'
1057 external/expat/lib/xmltok_impl.c: In function
'normal_nameMatchesAscii':
1058 external/expat/lib/xmltok_impl.c:1686: warning: unused parameter 'enc'
1059 external/expat/lib/xmltok.c: In function 'utf8_toUtf8':
1060 external/expat/lib/xmltok.c:322: warning: unused parameter 'enc'
1061 external/expat/lib/xmltok.c: In function 'latin1_toUtf8':
1062 external/expat/lib/xmltok.c:429: warning: unused parameter 'enc'
1063 external/expat/lib/xmltok.c: In function 'latin1_toUtf16':
1064 external/expat/lib/xmltok.c:454: warning: unused parameter 'enc'
1065 external/expat/lib/xmltok.c: At top level:
1066 external/expat/lib/xmltok.c:471: warning: missing initializer
1067 external/expat/lib/xmltok.c:471: warning: (near initialization for
'latin1_encoding_ns.isName2')
1068 external/expat/lib/xmltok.c:484: warning: missing initializer
1069 external/expat/lib/xmltok.c:484: warning: (near initialization for
'latin1_encoding.isName2')
1070 external/expat/lib/xmltok.c: In function 'ascii_toUtf8':
1071 external/expat/lib/xmltok.c:487: warning: unused parameter 'enc'
1072 external/expat/lib/xmltok.c: At top level:
1073 external/expat/lib/xmltok.c:504: warning: missing initializer
1074 external/expat/lib/xmltok.c:504: warning: (near initialization for
'ascii_encoding_ns.isName2')
1075 external/expat/lib/xmltok.c:517: warning: missing initializer
1076 external/expat/lib/xmltok.c:517: warning: (near initialization for
'ascii_encoding.isName2')
1077 external/expat/lib/xmltok.c: In function 'little2_toUtf8':
1078 external/expat/lib/xmltok.c:620: warning: unused parameter 'enc'
1079 external/expat/lib/xmltok.c: In function 'little2_toUtf16':
1080 external/expat/lib/xmltok.c:621: warning: unused parameter 'enc'
1081 external/expat/lib/xmltok.c: In function 'big2_toUtf8':
1082 external/expat/lib/xmltok.c:632: warning: unused parameter 'enc'
1083 external/expat/lib/xmltok.c: In function 'big2_toUtf16':
1084 external/expat/lib/xmltok.c:633: warning: unused parameter 'enc'
1085 In file included from external/expat/lib/xmltok.c:700:
1086 external/expat/lib/xmltok_impl.c: In function 'little2_checkPiTarget':
1087 external/expat/lib/xmltok_impl.c:178: warning: unused parameter 'enc'
1088 external/expat/lib/xmltok_impl.c: In function
'little2_scanCdataSection':
1089 external/expat/lib/xmltok_impl.c:285: warning: unused parameter 'enc'
1090 external/expat/lib/xmltok_impl.c: In function 'little2_charRefNumber':
1091 external/expat/lib/xmltok_impl.c:1524: warning: unused parameter 'enc'
1092 external/expat/lib/xmltok_impl.c: In function
'little2_predefinedEntityName':
1093 external/expat/lib/xmltok_impl.c:1568: warning: unused parameter 'enc'
1094 external/expat/lib/xmltok_impl.c: In function
'little2_nameMatchesAscii':
1095 external/expat/lib/xmltok_impl.c:1686: warning: unused parameter 'enc'
1096 external/expat/lib/xmltok.c: At top level:
```

```
1097 external/expat/lib/xmltok.c:730: warning: missing initializer
1098 external/expat/lib/xmltok.c:730: warning: (near initialization for
'little2_encoding_ns.isName2')
1099 external/expat/lib/xmltok.c:749: warning: missing initializer
1100 external/expat/lib/xmltok.c:749: warning: (near initialization for
'little2_encoding.isName2')
1101 external/expat/lib/xmltok.c:762: warning: missing initializer
1102 external/expat/lib/xmltok.c:762: warning: (near initialization for
'internal_little2_encoding_ns.isName2')
1103 external/expat/lib/xmltok.c:775: warning: missing initializer
1104 external/expat/lib/xmltok.c:775: warning: (near initialization for
'internal_little2_encoding.isName2')
1105 In file included from external/expat/lib/xmltok.c:841:
1106 external/expat/lib/xmltok_impl.c: In function 'big2_checkPiTarget':
1107 external/expat/lib/xmltok_impl.c:178: warning: unused parameter 'enc'
1108 external/expat/lib/xmltok_impl.c: In function 'big2_scanCdataSection':
1109 external/expat/lib/xmltok_impl.c:285: warning: unused parameter 'enc'
1110 external/expat/lib/xmltok_impl.c: In function 'big2_charRefNumber':
1111 external/expat/lib/xmltok_impl.c:1524: warning: unused parameter 'enc'
1112 external/expat/lib/xmltok_impl.c: In function
'big2_predefinedEntityName':
1113 external/expat/lib/xmltok_impl.c:1568: warning: unused parameter 'enc'
1114 external/expat/lib/xmltok_impl.c: In function 'big2_nameMatchesAscii':
1115 external/expat/lib/xmltok_impl.c:1686: warning: unused parameter 'enc'
1116 external/expat/lib/xmltok.c: At top level:
1117 external/expat/lib/xmltok.c:871: warning: missing initializer
1118 external/expat/lib/xmltok.c:871: warning: (near initialization for
'big2_encoding_ns.isName2')
1119 external/expat/lib/xmltok.c:890: warning: missing initializer
1120 external/expat/lib/xmltok.c:890: warning: (near initialization for
'big2_encoding.isName2')
1121 external/expat/lib/xmltok.c: In function 'initUpdatePosition':
1122 external/expat/lib/xmltok.c:941: warning: unused parameter 'enc'
1123 host C: libpng <= external/libpng/png.c
1124 host C: libpng <= external/libpng/pngerror.c
1125 host C: libpng <= external/libpng/pnggccrd.c
1126 host C: libpng <= external/libpng/pngget.c
1127 host C: libpng <= external/libpng/pngmem.c
1128 host C: libpng <= external/libpng/pngpread.c
1129 host C: libpng <= external/libpng/pngread.c
1130 host C: libpng <= external/libpng/pngrio.c
1131 host C: libpng <= external/libpng/pngrtran.c
1132 host C: libpng <= external/libpng/pngrutil.c
1133 host C: libpng <= external/libpng/pngset.c
1134 host C: libpng <= external/libpng/pngtrans.c
1135 host C: libpng <= external/libpng/pngvcrd.c
1136 host C: libpng <= external/libpng/pngwio.c
1137 host C: libpng <= external/libpng/pngwrite.c
1138 host C: libpng <= external/libpng/pngwtran.c
1139 host C: libpng <= external/libpng/pngwutil.c
1140 host C++: aidl <= frameworks/base/tools/aidl/aidl.cpp
1141 host C++: aidl <= frameworks/base/tools/aidl/aidl_language.cpp
1142 host C++: aidl <= frameworks/base/tools/aidl/options.cpp
1143 host C++: aidl <= frameworks/base/tools/aidl/search_path.cpp
1144 host C++: aidl <= frameworks/base/tools/aidl/AST.cpp
1145 host C++: aidl <= frameworks/base/tools/aidl/Type.cpp
1146 host C++: aidl <= frameworks/base/tools/aidl/generate_java.cpp
```

1147 host C++: aidl <= out/host/linux-
x86/obj/EXECUTABLES/aidl_intermediates/aidl_language_y.cpp
 1148 out/host/linux-
x86/obj/EXECUTABLES/aidl_intermediates/aidl_language_y.cpp: In function 'int
yyparse()':
 1149 out/host/linux-
x86/obj/EXECUTABLES/aidl_intermediates/aidl_language_y.cpp:1827: warning:
deprecated conversion from string constant to 'char*'
 1150 out/host/linux-
x86/obj/EXECUTABLES/aidl_intermediates/aidl_language_y.cpp:1970: warning:
deprecated conversion from string constant to 'char*'
 1151 host C++: aidl <= out/host/linux-
x86/obj/EXECUTABLES/aidl_intermediates/aidl_language_l.cpp
 1152 logtags:
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/an
droid/content/EventLogTags.java <=
frameworks/base/core/java/android/content/EventLogTags.logtags
 1153 logtags:
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/core/java/an
droid/webkit/EventLogTags.java <=
frameworks/base/core/java/android/webkit/EventLogTags.logtags
 1154 host C++: grxmlcompile <= external/srec/tools/grxmlcompile/gr_iface.cpp
 1155 logtags:
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/src/telephony/ja
va/com/android/internal/telephony/EventLogTags.java <=
frameworks/base/telephony/java/com/android/internal/telephony/EventLogTags.lo
gtags
 1156 host C++: grxmlcompile <=
external/srec/tools/grxmlcompile/netw_dump.cpp
 1157 host C++: grxmlcompile <= external/srec/tools/grxmlcompile/sub_base.cpp
 1158 In file included from external/srec/tools/grxmlcompile/sub_grph.h:26,
 1159                  from external/srec/tools/grxmlcompile/grph.h:21,
 1160                  from external/srec/tools/grxmlcompile/gr_iface.cpp:26:
 1161 external/srec/tools/grxmlcompile/vocab.h:72: warning: 'typedef' was
ignored in this declaration
 1162 In file included from external/srec/tools/grxmlcompile/sub_grph.h:26,
 1163                  from external/srec/tools/grxmlcompile/sub_base.cpp:26:
 1164 external/srec/tools/grxmlcompile/vocab.h:72: warning: 'typedef' was
ignored in this declaration
 1165 In file included from external/srec/tools/grxmlcompile/sub_grph.h:26,
 1166                  from
external/srec/tools/grxmlcompile/netw_dump.cpp:28:
 1167 external/srec/tools/grxmlcompile/vocab.h:72: warning: 'typedef' was
ignored in this declaration
 1168 host C++: grxmlcompile <= external/srec/tools/grxmlcompile/sub_grph.cpp
 1169 In file included from
external/srec/tools/grxmlcompile/netw_dump.cpp:30:
 1170 external/srec/tools/grxmlcompile/grxmldoc.h:43: warning: 'typedef' was
ignored in this declaration
 1171 host C++: grxmlcompile <= external/srec/tools/grxmlcompile/sub_min.cpp
 1172 host C++: grxmlcompile <= external/srec/tools/grxmlcompile/sub_supp.cpp
 1173 In file included from external/srec/tools/grxmlcompile/sub_grph.h:26,
 1174                  from external/srec/tools/grxmlcompile/sub_grph.cpp:26:
 1175 external/srec/tools/grxmlcompile/vocab.h:72: warning: 'typedef' was
ignored in this declaration
 1176 In file included from external/srec/tools/grxmlcompile/sub_grph.h:26,
 1177                  from external/srec/tools/grxmlcompile/sub_min.cpp:26:

 1178 external/srec/tools/grxmlcompile/vocab.h:72: warning: 'typedef' was
ignored in this declaration
 1179 In file included from external/srec/tools/grxmlcompile/sub_grph.h:26,
 1180                from external/srec/tools/grxmlcompile/sub_supp.cpp:26:
 1181 external/srec/tools/grxmlcompile/vocab.h:72: warning: 'typedef' was
ignored in this declaration
 1182 external/srec/tools/grxmlcompile/sub_supp.cpp: In member function 'void
SubGraph::ClearDuplicateArcs()':
 1183 external/srec/tools/grxmlcompile/sub_supp.cpp:366: warning: suggest
explicit braces to avoid ambiguous 'else'
 1184 host C++: grxmlcompile <=
external/srec/tools/grxmlcompile/grxmlcompile.cpp
 1185 In file included from /usr/include/c++/4.4/ext/hash_map:60,
 1186                from
external/srec/tools/grxmlcompile/grxmlcompile.cpp:22:
 1187 /usr/include/c++/4.4/backward/backward_warning.h:28: warning: #warning
This file includes at least one deprecated or antiquated header which may be
removed without further notice at a future date. Please use a non-deprecated
interface with equivalent functionality instead. For a listing of replacement
headers and interfaces, consult the file backward_warning.h. To disable this
warning use -Wno-deprecated.
 1188 host C++: grxmlcompile <= external/srec/tools/grxmlcompile/grxmldoc.cpp
 1189 host C++: grxmlcompile <= external/srec/tools/grxmlcompile/hashmap.cpp
 1190 host C: libESR_Shared <= external/srec/shared/src/CircularBuffer.c
 1191 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/fst.h:26,
 1192                from
external/srec/tools/grxmlcompile/grxmlcompile.cpp:24:
 1193 external/srec/tools/thirdparty/OpenFst/fst/lib/register.h:58: warning:
type qualifiers ignored on function return type
 1194 external/srec/tools/thirdparty/OpenFst/fst/lib/register.h:62: warning:
type qualifiers ignored on function return type
 1195 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/fst.h:27,
 1196                from
external/srec/tools/grxmlcompile/grxmlcompile.cpp:24:
 1197 external/srec/tools/thirdparty/OpenFst/fst/lib/symbol-table.h: In
function 'bool fst::CompatSymbols(const fst::SymbolTable*, const
fst::SymbolTable*)':
 1198 external/srec/tools/thirdparty/OpenFst/fst/lib/symbol-table.h:379:
warning: suggest parentheses around '&&' within '||'
 1199 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/vector-fst.h:27,
 1200                from
external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:50,
 1201                from
external/srec/tools/grxmlcompile/grxmlcompile.cpp:25:
 1202 external/srec/tools/thirdparty/OpenFst/fst/lib/test-properties.h: In
function 'uint64 fst::KnownProperties(uint64)':
 1203 external/srec/tools/thirdparty/OpenFst/fst/lib/test-properties.h:38:
warning: suggest parentheses around arithmetic in operand of '|'
 1204 host C: libESR_Shared <= external/srec/shared/src/CommandLine.c
 1205 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:61,
 1206                from
external/srec/tools/grxmlcompile/grxmlcompile.cpp:25:

1207 external/srec/tools/thirdparty/OpenFst/fst/lib/encode.h: At global
scope:
 1208 external/srec/tools/thirdparty/OpenFst/fst/lib/encode.h:177: warning:
type qualifiers ignored on function return type
 1209 external/srec/tools/thirdparty/OpenFst/fst/lib/encode.h:274: warning:
type qualifiers ignored on function return type
 1210 external/srec/tools/thirdparty/OpenFst/fst/lib/encode.h:275: warning:
type qualifiers ignored on function return type
 1211 host C: libESR_Shared <= external/srec/shared/src/ESR_Locale.c
 1212 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/rmepsilon.h:34,
 1213                from
external/srec/tools/thirdparty/OpenFst/fst/lib/epsnormalize.h:31,
 1214                from
external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:62,
 1215                from
external/srec/tools/grxmlcompile/grxmlcompile.cpp:25:
 1216 external/srec/tools/thirdparty/OpenFst/fst/lib/queue.h: In static
member function 'static void fst::AutoQueue<S>::SccQueueType(const
fst::Fst<Arc>&, const std::vector<A, std::allocator<_Tpl> >&,
std::vector<fst::QueueType, std::allocator<fst::QueueType> >*, ArcFilter,
Less*, bool*, bool*)':
 1217 external/srec/tools/thirdparty/OpenFst/fst/lib/queue.h:672: warning:
suggest explicit braces to avoid ambiguous 'else'
 1218 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/minimize.h:33,
 1219                from
external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:69,
 1220                from
external/srec/tools/grxmlcompile/grxmlcompile.cpp:25:
 1221 external/srec/tools/thirdparty/OpenFst/fst/lib/partition.h: At global
scope:
 1222 external/srec/tools/thirdparty/OpenFst/fst/lib/partition.h:215:
warning: type qualifiers ignored on function return type
 1223 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:69,
 1224                from
external/srec/tools/grxmlcompile/grxmlcompile.cpp:25:
 1225 external/srec/tools/thirdparty/OpenFst/fst/lib/minimize.h:368: warning:
type qualifiers ignored on function return type
 1226 In file included from external/srec/tools/grxmlcompile/sub_grph.h:26,
 1227                from external/srec/tools/grxmlcompile/hashmap.cpp:34:
 1228 external/srec/tools/grxmlcompile/vocab.h:72: warning: 'typedef' was
ignored in this declaration
 1229 In file included from external/srec/tools/grxmlcompile/sub_grph.h:26,
 1230                from external/srec/tools/grxmlcompile/grph.h:21,
 1231                from external/srec/tools/grxmlcompile/grxmldoc.h:27:
 1232 external/srec/tools/grxmlcompile/vocab.h:72: warning: 'typedef' was
ignored in this declaration
 1233 In file included from external/srec/tools/grxmlcompile/grxmldoc.cpp:30:
 1234 external/srec/tools/grxmlcompile/grxmldoc.h:43: warning: 'typedef' was
ignored in this declaration
 1235 In file included from external/srec/tools/grxmlcompile/grxmldoc.h:29,
 1236                from
external/srec/tools/grxmlcompile/grxmlcompile.cpp:48:

1237 external/srec/tools/grxmlcompile/vocab.h:72: warning: 'typedef' was ignored in this declarationhost C: libESR_Shared <= external/srec/shared/src/ESR_Session.c

1238

1239 In file included from external/srec/tools/grxmlcompile/grxmlcompile.cpp:48:

1240 external/srec/tools/grxmlcompile/grxmldoc.h:43: warning: 'typedef' was ignored in this declaration

1241 In file included from external/srec/tools/grxmlcompile/grxmlcompile.cpp:32:

1242 external/srec/tools/grxmlcompile/fst-io.h: In constructor 'fst::FstReader<A>::FstReader(std::istream&, const std::string&, const fst::SymbolTable*, const fst::SymbolTable*, const fst::SymbolTable*, bool, bool, bool, bool) [with A = fst::StdArc]':

1243 external/srec/tools/grxmlcompile/grxmlcompile.cpp:783:   instantiated from here

1244 external/srec/tools/grxmlcompile/fst-io.h:226: warning: suggest parentheses around '&&' within '||'

1245 external/srec/tools/grxmlcompile/fst-io.h:226: warning: suggest parentheses around '&&' within '||'

1246 In file included from external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:54,

1247                  from external/srec/tools/grxmlcompile/grxmlcompile.cpp:25:

1248 external/srec/tools/thirdparty/OpenFst/fst/lib/arcsort.h: In member function 'uint64 fst::OLabelCompare<A>::Properties(uint64) const [with A = fst::StdArc]':

1249 external/srec/tools/thirdparty/OpenFst/fst/lib/arcsort.h:64: instantiated from 'void fst::ArcSort(fst::MutableFst<Arc>*, Compare) [with Arc = fst::StdArc, Compare = fst::OLabelCompare<fst::StdArc>]'

1250 external/srec/tools/grxmlcompile/grxmlcompile.cpp:564:   instantiated from here

1251 external/srec/tools/thirdparty/OpenFst/fst/lib/arcsort.h:299: warning: suggest parentheses around arithmetic in operand of '|'

1252 In file included from external/srec/tools/grxmlcompile/grxmlcompile.cpp:32:

1253 external/srec/tools/grxmlcompile/fst-io.h: In member function 'typename A::Weight fst::FstReader<A>::StrToWeight(const char*, bool) const [with A = fst::StdArc]':

1254 external/srec/tools/grxmlcompile/fst-io.h:246:   instantiated from 'fst::FstReader<A>::FstReader(std::istream&, const std::string&, const fst::SymbolTable*, const fst::SymbolTable*, const fst::SymbolTable*, bool, bool, bool, bool) [with A = fst::StdArc]'

1255 external/srec/tools/grxmlcompile/grxmlcompile.cpp:783:   instantiated from here

1256 external/srec/tools/grxmlcompile/fst-io.h:342: warning: suggest parentheses around '&&' within '||'

1257 host C: libESR_Shared <= external/srec/shared/src/HashMap.c

1258 host C: libESR_Shared <= external/srec/shared/src/HashMapImpl.c

1259 In file included from external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:54,

1260                  from external/srec/tools/grxmlcompile/grxmlcompile.cpp:25:

1261 external/srec/tools/thirdparty/OpenFst/fst/lib/arcsort.h: In member function 'uint64 fst::ILabelCompare<A>::Properties(uint64) const [with A = fst::StdArc]':

1262 external/srec/tools/thirdparty/OpenFst/fst/lib/arcsort.h:64:
instantiated from 'void fst::ArcSort(fst::MutableFst<Arc>*, Compare) [with
Arc = fst::StdArc, Compare = fst::ILabelCompare<fst::StdArc>]'
 1263 external/srec/tools/grxmlcompile/grxmlcompile.cpp:882:   instantiated
from here
 1264 external/srec/tools/thirdparty/OpenFst/fst/lib/arcsort.h:286: warning:
suggest parentheses around arithmetic in operand of '|'
 1265 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/float-weight.h:25,
 1266                 from
external/srec/tools/thirdparty/OpenFst/fst/lib/arc.h:22,
 1267                 from
external/srec/tools/thirdparty/OpenFst/fst/lib/fst.h:23,
 1268                 from
external/srec/tools/grxmlcompile/grxmlcompile.cpp:24:
 1269 external/srec/tools/thirdparty/OpenFst/fst/lib/weight.h: In constructor
'fst::NaturalLess<W>::NaturalLess() [with W = fst::TropicalWeight]':
 1270 external/srec/tools/thirdparty/OpenFst/fst/lib/queue.h:532:
instantiated from 'fst::AutoQueue<S>::AutoQueue(const fst::Fst<Arc>&, const
std::vector<typename Arc::Weight, std::allocator<typename Arc::Weight> >*,
ArcFilter) [with Arc = fst::StdArc, ArcFilter =
fst::EpsilonArcFilter<fst::StdArc>, S = int]'
 1271 external/srec/tools/thirdparty/OpenFst/fst/lib/rmepsilon.h:294:
instantiated from 'void fst::RmEpsilon(fst::MutableFst<Arc>*, bool) [with Arc
= fst::StdArc]'
 1272 external/srec/tools/grxmlcompile/grxmlcompile.cpp:832:   instantiated
from here
 1273 external/srec/tools/thirdparty/OpenFst/fst/lib/weight.h:127: warning:
suggest parentheses around comparison in operand of '&'
 1274 host C: libESR_Shared <= external/srec/shared/src/Int8ArrayListImpl.c
 1275 host C: libESR_Shared <= external/srec/shared/src/IntArrayList.c
 1276 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:54,
 1277                 from
external/srec/tools/grxmlcompile/grxmlcompile.cpp:25:
 1278 external/srec/tools/thirdparty/OpenFst/fst/lib/arcsort.h: In member
function 'uint64 fst::ILabelCompare<A>::Properties(uint64) const [with A =
fst::GallicArc<fst::StdArc, (fst::StringType)0u>]':
 1279 external/srec/tools/thirdparty/OpenFst/fst/lib/arcsort.h:64:
instantiated from 'void fst::ArcSort(fst::MutableFst<Arc>*, Compare) [with
Arc = fst::GallicArc<fst::StdArc, (fst::StringType)0u>, Compare =
fst::ILabelCompare<fst::GallicArc<fst::StdArc, (fst::StringType)0u> >]'
 1280 external/srec/tools/thirdparty/OpenFst/fst/lib/minimize.h:497:
instantiated from 'void fst::AcceptorMinimize(fst::MutableFst<Arc>*) [with A
= fst::GallicArc<fst::StdArc, (fst::StringType)0u>]'
 1281 external/srec/tools/thirdparty/OpenFst/fst/lib/minimize.h:530:
instantiated from 'void fst::Minimize(fst::MutableFst<Arc>*,
fst::MutableFst<Arc>*) [with A = fst::StdArc]'
 1282 external/srec/tools/grxmlcompile/grxmlcompile.cpp:836:   instantiated
from here
 1283 external/srec/tools/thirdparty/OpenFst/fst/lib/arcsort.h:286: warning:
suggest parentheses around arithmetic in operand of '|'
 1284 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:56,
 1285                 from
external/srec/tools/grxmlcompile/grxmlcompile.cpp:25:

```
 1286 external/srec/tools/thirdparty/OpenFst/fst/lib/compose.h: In
constructor 'fst::ComposeFstImpl<A, T>::ComposeFstImpl(const fst::Fst<A>&,
const fst::Fst<A>&, const fst::CacheOptions&) [with A = fst::StdArc, long
long unsigned int T = 0ull]':
 1287 external/srec/tools/thirdparty/OpenFst/fst/lib/compose.h:794:
instantiated from 'static fst::ComposeFstImplBase<A>*
fst::ComposeFst<A>::Init(const fst::Fst<A>&, const fst::Fst<A>&, const
fst::ComposeFstOptions<T>&) [with long long unsigned int T = 0ull, A =
fst::StdArc]'
 1288 external/srec/tools/thirdparty/OpenFst/fst/lib/compose.h:699:
instantiated from 'fst::ComposeFst<A>::ComposeFst(const fst::Fst<A>&, const
fst::Fst<A>&, const fst::ComposeFstOptions<T>&) [with long long unsigned int
T = 0ull, A = fst::StdArc]'
 1289 external/srec/tools/thirdparty/OpenFst/fst/lib/compose.h:903:
instantiated from 'void fst::Compose(const fst::Fst<A>&, const fst::Fst<A>&,
fst::MutableFst<Arc>*, const fst::ComposeOptions&) [with Arc = fst::StdArc]'
 1290 external/srec/tools/grxmlcompile/grxmlcompile.cpp:884:  instantiated
from here
 1291 external/srec/tools/thirdparty/OpenFst/fst/lib/compose.h:372: warning:
suggest parentheses around '&&' within '||'
 1292 external/srec/tools/thirdparty/OpenFst/fst/lib/compose.h: In
constructor 'fst::ComposeFstImpl<A, T>::ComposeFstImpl(const fst::Fst<A>&,
const fst::Fst<A>&, const fst::CacheOptions&) [with A = fst::StdArc, long
long unsigned int T = 77309411328ull]':
 1293 external/srec/tools/thirdparty/OpenFst/fst/lib/compose.h:807:
instantiated from 'static fst::ComposeFstImplBase<A>*
fst::ComposeFst<A>::Init(const fst::Fst<A>&, const fst::Fst<A>&, const
fst::ComposeFstOptions<T>&) [with long long unsigned int T = 0ull, A =
fst::StdArc]'
 1294 external/srec/tools/thirdparty/OpenFst/fst/lib/compose.h:699:
instantiated from 'fst::ComposeFst<A>::ComposeFst(const fst::Fst<A>&, const
fst::Fst<A>&, const fst::ComposeFstOptions<T>&) [with long long unsigned int
T = 0ull, A = fst::StdArc]'
 1295 external/srec/tools/thirdparty/OpenFst/fst/lib/compose.h:903:
instantiated from 'void fst::Compose(const fst::Fst<A>&, const fst::Fst<A>&,
fst::MutableFst<Arc>*, const fst::ComposeOptions&) [with Arc = fst::StdArc]'
 1296 external/srec/tools/grxmlcompile/grxmlcompile.cpp:884:  instantiated
from here
 1297 external/srec/tools/thirdparty/OpenFst/fst/lib/compose.h:372: warning:
suggest parentheses around '&&' within '||'
 1298 external/srec/tools/thirdparty/OpenFst/fst/lib/compose.h: In
constructor 'fst::ComposeFstImpl<A, T>::ComposeFstImpl(const fst::Fst<A>&,
const fst::Fst<A>&, const fst::CacheOptions&) [with A = fst::StdArc, long
long unsigned int T = 51539607552ull]':
 1299 external/srec/tools/thirdparty/OpenFst/fst/lib/compose.h:814:
instantiated from 'static fst::ComposeFstImplBase<A>*
fst::ComposeFst<A>::Init(const fst::Fst<A>&, const fst::Fst<A>&, const
fst::ComposeFstOptions<T>&) [with long long unsigned int T = 0ull, A =
fst::StdArc]'
 1300 external/srec/tools/thirdparty/OpenFst/fst/lib/compose.h:699:
instantiated from 'fst::ComposeFst<A>::ComposeFst(const fst::Fst<A>&, const
fst::Fst<A>&, const fst::ComposeFstOptions<T>&) [with long long unsigned int
T = 0ull, A = fst::StdArc]'
 1301 external/srec/tools/thirdparty/OpenFst/fst/lib/compose.h:903:
instantiated from 'void fst::Compose(const fst::Fst<A>&, const fst::Fst<A>&,
fst::MutableFst<Arc>*, const fst::ComposeOptions&) [with Arc = fst::StdArc]'
```

 1302 external/srec/tools/grxmlcompile/grxmlcompile.cpp:884:   instantiated
from here
 1303 external/srec/tools/thirdparty/OpenFst/fst/lib/compose.h:372: warning:
suggest parentheses around '&&' within '||'
 1304 host C: libESR_Shared <= external/srec/shared/src/IntArrayListImpl.c
 1305 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/float-weight.h:25,
 1306                 from
external/srec/tools/thirdparty/OpenFst/fst/lib/arc.h:22,
 1307                 from
external/srec/tools/thirdparty/OpenFst/fst/lib/fst.h:23,
 1308                 from
external/srec/tools/grxmlcompile/grxmlcompile.cpp:24:
 1309 external/srec/tools/thirdparty/OpenFst/fst/lib/weight.h: In constructor
'fst::NaturalLess<W>::NaturalLess() [with W = fst::GallicWeight<int,
fst::TropicalWeight, (fst::StringType)0u>]':
 1310 external/srec/tools/thirdparty/OpenFst/fst/lib/queue.h:532:
instantiated from 'fst::AutoQueue<S>::AutoQueue(const fst::Fst<Arc>&, const
std::vector<typename Arc::Weight, std::allocator<typename Arc::Weight> >*,
ArcFilter) [with Arc = fst::GallicArc<fst::StdArc, (fst::StringType)0u>,
ArcFilter = fst::AnyArcFilter<fst::GallicArc<fst::StdArc,
(fst::StringType)0u> >, S = int]'
 1311 external/srec/tools/thirdparty/OpenFst/fst/lib/shortest-distance.h:238:
instantiated from 'void fst::ShortestDistance(const fst::Fst<A>&,
std::vector<typename Arc::Weight, std::allocator<typename Arc::Weight> >*,
bool) [with Arc = fst::GallicArc<fst::StdArc, (fst::StringType)0u>]'
 1312 external/srec/tools/thirdparty/OpenFst/fst/lib/push.h:43:
instantiated from 'void fst::Push(fst::MutableFst<Arc>*, fst::ReweightType)
[with Arc = fst::GallicArc<fst::StdArc, (fst::StringType)0u>]'
 1313 external/srec/tools/thirdparty/OpenFst/fst/lib/minimize.h:525:
instantiated from 'void fst::Minimize(fst::MutableFst<Arc>*,
fst::MutableFst<Arc>*) [with A = fst::StdArc]'
 1314 external/srec/tools/grxmlcompile/grxmlcompile.cpp:836:   instantiated
from here
 1315 external/srec/tools/thirdparty/OpenFst/fst/lib/weight.h:127: warning:
suggest parentheses around comparison in operand of '&'
 1316 external/srec/tools/thirdparty/OpenFst/fst/lib/weight.h: In constructor
'fst::NaturalLess<W>::NaturalLess() [with W = fst::GallicWeight<int,
fst::TropicalWeight, (fst::StringType)1u>]':
 1317 external/srec/tools/thirdparty/OpenFst/fst/lib/queue.h:532:
instantiated from 'fst::AutoQueue<S>::AutoQueue(const fst::Fst<Arc>&, const
std::vector<typename Arc::Weight, std::allocator<typename Arc::Weight> >*,
ArcFilter) [with Arc = fst::ReverseArc<fst::GallicArc<fst::StdArc,
(fst::StringType)0u> >, ArcFilter =
fst::AnyArcFilter<fst::ReverseArc<fst::GallicArc<fst::StdArc,
(fst::StringType)0u> > >, S = int]'
 1318 external/srec/tools/thirdparty/OpenFst/fst/lib/shortest-distance.h:249:
instantiated from 'void fst::ShortestDistance(const fst::Fst<A>&,
std::vector<typename Arc::Weight, std::allocator<typename Arc::Weight> >*,
bool) [with Arc = fst::GallicArc<fst::StdArc, (fst::StringType)0u>]'
 1319 external/srec/tools/thirdparty/OpenFst/fst/lib/push.h:43:
instantiated from 'void fst::Push(fst::MutableFst<Arc>*, fst::ReweightType)
[with Arc = fst::GallicArc<fst::StdArc, (fst::StringType)0u>]'
 1320 external/srec/tools/thirdparty/OpenFst/fst/lib/minimize.h:525:
instantiated from 'void fst::Minimize(fst::MutableFst<Arc>*,
fst::MutableFst<Arc>*) [with A = fst::StdArc]'

1321 external/srec/tools/grxmlcompile/grxmlcompile.cpp:836:   instantiated
from here
 1322 external/srec/tools/thirdparty/OpenFst/fst/lib/weight.h:127: warning:
suggest parentheses around comparison in operand of '&'
 1323 host C: libESR_Shared <= external/srec/shared/src/lstring.c
 1324 host C: libESR_Shared <= external/srec/shared/src/LStringImpl.c
 1325 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:54,
 1326                      from
external/srec/tools/grxmlcompile/grxmlcompile.cpp:25:
 1327 external/srec/tools/thirdparty/OpenFst/fst/lib/arcsort.h: In member
function 'uint64 fst::ILabelCompare<A>::Properties(uint64) const [with A =
fst::ReverseArc<fst::GallicArc<fst::StdArc, (fst::StringType)0u> >]':
 1328 external/srec/tools/thirdparty/OpenFst/fst/lib/arcsort.h:64:
instantiated from 'void fst::ArcSort(fst::MutableFst<Arc>*, Compare) [with
Arc = fst::ReverseArc<fst::GallicArc<fst::StdArc, (fst::StringType)0u> >,
Compare = fst::ILabelCompare<fst::ReverseArc<fst::GallicArc<fst::StdArc,
(fst::StringType)0u> > >]'
 1329 external/srec/tools/thirdparty/OpenFst/fst/lib/minimize.h:205:
instantiated from 'void fst::CyclicMinimizer<A, Queue>::Initialize(const
fst::Fst<A>&) [with A = fst::GallicArc<fst::StdArc, (fst::StringType)0u>,
Queue = fst::LifoQueue<int>]'
 1330 external/srec/tools/thirdparty/OpenFst/fst/lib/minimize.h:125:
instantiated from 'fst::CyclicMinimizer<A, Queue>::CyclicMinimizer(const
fst::ExpandedFst<Arc>&) [with A = fst::GallicArc<fst::StdArc,
(fst::StringType)0u>, Queue = fst::LifoQueue<int>]'
 1331 external/srec/tools/thirdparty/OpenFst/fst/lib/minimize.h:492:
instantiated from 'void fst::AcceptorMinimize(fst::MutableFst<Arc>*) [with A
= fst::GallicArc<fst::StdArc, (fst::StringType)0u>]'
 1332 external/srec/tools/thirdparty/OpenFst/fst/lib/minimize.h:530:
instantiated from 'void fst::Minimize(fst::MutableFst<Arc>*,
fst::MutableFst<Arc>*) [with A = fst::StdArc]'
 1333 external/srec/tools/grxmlcompile/grxmlcompile.cpp:836:   instantiated
from here
 1334 external/srec/tools/thirdparty/OpenFst/fst/lib/arcsort.h:286: warning:
suggest parentheses around arithmetic in operand of '|'
 1335 external/srec/tools/thirdparty/OpenFst/fst/lib/arcsort.h: In member
function 'uint64 fst::ILabelCompare<A>::Properties(uint64) const [with A =
fst::ReverseArc<fst::StdArc>]':
 1336 external/srec/tools/thirdparty/OpenFst/fst/lib/arcsort.h:64:
instantiated from 'void fst::ArcSort(fst::MutableFst<Arc>*, Compare) [with
Arc = fst::ReverseArc<fst::StdArc>, Compare =
fst::ILabelCompare<fst::ReverseArc<fst::StdArc> >]'
 1337 external/srec/tools/thirdparty/OpenFst/fst/lib/minimize.h:205:
instantiated from 'void fst::CyclicMinimizer<A, Queue>::Initialize(const
fst::Fst<A>&) [with A = fst::StdArc, Queue = fst::LifoQueue<int>]'
 1338 external/srec/tools/thirdparty/OpenFst/fst/lib/minimize.h:125:
instantiated from 'fst::CyclicMinimizer<A, Queue>::CyclicMinimizer(const
fst::ExpandedFst<Arc>&) [with A = fst::StdArc, Queue = fst::LifoQueue<int>]'
 1339 external/srec/tools/thirdparty/OpenFst/fst/lib/minimize.h:492:
instantiated from 'void fst::AcceptorMinimize(fst::MutableFst<Arc>*) [with A
= fst::StdArc]'
 1340 external/srec/tools/thirdparty/OpenFst/fst/lib/minimize.h:549:
instantiated from 'void fst::Minimize(fst::MutableFst<Arc>*,
fst::MutableFst<Arc>*) [with A = fst::StdArc]'
 1341 external/srec/tools/grxmlcompile/grxmlcompile.cpp:836:   instantiated
from here

```
 1342 external/srec/tools/thirdparty/OpenFst/fst/lib/arcsort.h:286: warning:
suggest parentheses around arithmetic in operand of '|'
 1343 host C: libESR_Shared <= external/srec/shared/src/SessionTypeImpl.c
 1344 host C: libESR_Portable <= external/srec/portable/src/ArrayList.c
 1345 host C: libESR_Portable <= external/srec/portable/src/ArrayListImpl.c
 1346 host C: libESR_Portable <= external/srec/portable/src/ESR_ReturnCode.c
 1347 host C: libESR_Portable <= external/srec/portable/src/LCHAR.c
 1348 host C: libESR_Portable <= external/srec/portable/src/pcputimer.c
 1349 host C: libESR_Portable <= external/srec/portable/src/pcrc.c
 1350 host C: libESR_Portable <= external/srec/portable/src/pendian.c
 1351 host C: libESR_Portable <= external/srec/portable/src/PFileWrap.c
 1352 host C: libESR_Portable <=
external/srec/portable/src/UNIX/PFileWrapUNIX_OS_Specific.c
 1353 host C: libESR_Portable <= external/srec/portable/src/phashtable.c
 1354 host C: libESR_Portable <= external/srec/portable/src/pLastError.c
 1355 host C: libESR_Portable <= external/srec/portable/src/plog.c
 1356 host C: libESR_Portable <= external/srec/portable/src/pmalloc.c
 1357 host C: libESR_Portable <= external/srec/portable/src/pmemory.c
 1358 host C: libESR_Portable <= external/srec/portable/src/pmemory_ext.c
 1359 host C: libESR_Portable <= external/srec/portable/src/PStackSize.c
 1360 host C: libESR_Portable <= external/srec/portable/src/ptimestamp.c
 1361 host C: libESR_Portable <= external/srec/portable/src/ptypes.c
 1362 host C: libSR_AcousticModels <=
external/srec/srec/AcousticModels/src/AcousticModels.c
 1363 host C: libSR_AcousticModels <=
external/srec/srec/AcousticModels/src/AcousticModelsImpl.c
 1364 host C: libSR_EventLog <= external/srec/srec/EventLog/src/EventLog.c
 1365 host C: libSR_EventLog <=
external/srec/srec/EventLog/src/EventLogImpl.c
 1366 host C: libSR_Core <= external/srec/srec/ca/acc_basi.c
 1367 host C: libSR_Core <= external/srec/srec/ca/cnfd_scr.c
 1368 host C: libSR_Core <= external/srec/srec/ca/par_basi.c
 1369 host C: libSR_Core <= external/srec/srec/ca/pat_basi.c
 1370 host C: libSR_Core <= external/srec/srec/ca/rec_basi.c
 1371 host C: libSR_Core <= external/srec/srec/ca/rec_load.c
 1372 host C: libSR_Core <= external/srec/srec/ca/rec_nbes.c
 1373 host C: libSR_Core <= external/srec/srec/ca/rec_resu.c
 1374 host C: libSR_Core <= external/srec/srec/ca/syn_srec.c
 1375 host C: libSR_Core <= external/srec/srec/ca/utt_basi.c
 1376 host C: libSR_Core <= external/srec/srec/ca/utt_data.c
 1377 host C: libSR_Core <= external/srec/srec/ca/utt_proc.c
 1378 host C: libSR_Core <= external/srec/srec/ca/voc_basi.c
 1379 host C: libSR_Core <= external/srec/srec/ca/../cfront/ca_cms.c
 1380 host C: libSR_Core <= external/srec/srec/ca/../cfront/ca_front.c
 1381 host C: libSR_Core <= external/srec/srec/ca/../cfront/ca_wave.c
 1382 host C: libSR_Core <= external/srec/srec/ca/../cfront/cheldsp4.c
 1383 host C: libSR_Core <= external/srec/srec/ca/../cfront/chelfep.c
 1384 host C: libSR_Core <= external/srec/srec/ca/../cfront/chelmel4.c
 1385 host C: libSR_Core <= external/srec/srec/ca/../cfront/frontobj.c
 1386 host C: libSR_Core <= external/srec/srec/ca/../cfront/frontpar.c
 1387 host C: libSR_Core <= external/srec/srec/ca/../cfront/log_tabl.c
 1388 host C: libSR_Core <= external/srec/srec/ca/../cfront/sp_fft.c
 1389 host C: libSR_Core <= external/srec/srec/ca/../cfront/spec_anl.c
 1390 host C: libSR_Core <= external/srec/srec/ca/../cfront/wav_acc.c
 1391 host C: libSR_Core <= external/srec/srec/ca/../clib/cnorm_tr.c
 1392 host C: libSR_Core <= external/srec/srec/ca/../clib/fpi_tgt.c
 1393 host C: libSR_Core <= external/srec/srec/ca/../clib/imeld_rd.c
```

```
1394 host C: libSR_Core <= external/srec/srec/ca/../clib/imeld_tr.c
1395 host C: libSR_Core <= external/srec/srec/ca/../clib/jacobi.c
1396 host C: libSR_Core <= external/srec/srec/ca/../clib/log_add.c
1397 host C: libSR_Core <= external/srec/srec/ca/../clib/matrix_i.c
1398 host C: libSR_Core <= external/srec/srec/ca/../clib/matx_ops.c
1399 host C: libSR_Core <= external/srec/srec/ca/../clib/specnorm.c
1400 host C: libSR_Core <= external/srec/srec/ca/../clib/srec_arb.c
1401 host C: libSR_Core <= external/srec/srec/ca/../clib/swicms.c
1402 host C: libSR_Core <= external/srec/srec/ca/../clib/swimodel.c
1403 host C: libSR_Core <= external/srec/srec/ca/../clib/voc_read.c
1404 external/srec/srec/ca/../clib/swimodel.c: In function 'load_swimodel':
1405 external/srec/srec/ca/../clib/swimodel.c:348: warning: pointer of type
'void *' used in arithmetic
1406 external/srec/srec/ca/../clib/swimodel.c:350: warning: pointer of type
'void *' used in arithmetic
1407 external/srec/srec/ca/../clib/swimodel.c:352: warning: pointer of type
'void *' used in arithmetic
1408 external/srec/srec/ca/../clib/swimodel.c:358: warning: pointer of type
'void *' used in arithmetic
1409 external/srec/srec/ca/../clib/swimodel.c:361: warning: pointer of type
'void *' used in arithmetic
1410 external/srec/srec/ca/../clib/swimodel.c:364: warning: pointer of type
'void *' used in arithmetic
1411 external/srec/srec/ca/../clib/swimodel.c:367: warning: pointer of type
'void *' used in arithmetic
1412 external/srec/srec/ca/../clib/swimodel.c:369: warning: pointer of type
'void *' used in arithmetic
1413 host C: libSR_Core <= external/srec/srec/ca/../clib/voicing.c
1414 host C: libSR_Core <= external/srec/srec/ca/../crec/astar.c
1415 host C: libSR_Core <= external/srec/srec/ca/../crec/astar_pphash.c
1416 host C: libSR_Core <= external/srec/srec/ca/../crec/c47mulsp.c
1417 host C: libSR_Core <= external/srec/srec/ca/../crec/get_fram.c
1418 host C: libSR_Core <= external/srec/srec/ca/../crec/priority_q.c
1419 host C: libSR_Core <= external/srec/srec/ca/../crec/rec_norm.c
1420 host C: libSR_Core <= external/srec/srec/ca/../crec/srec.c
1421 host C: libSR_Core <= external/srec/srec/ca/../crec/srec_context.c
1422 host C: libSR_Core <= external/srec/srec/ca/../crec/srec_debug.c
1423 host C: libSR_Core <= external/srec/srec/ca/../crec/srec_eosd.c
1424 host C: libSR_Core <= external/srec/srec/ca/../crec/srec_initialize.c
1425 host C: libSR_Core <= external/srec/srec/ca/../crec/srec_results.c
1426 host C: libSR_Core <= external/srec/srec/ca/../crec/srec_stats.c
1427 host C: libSR_Core <= external/srec/srec/ca/../crec/srec_tokens.c
1428 host C: libSR_Core <= external/srec/srec/ca/../crec/text_parser.c
1429 host C: libSR_Core <= external/srec/srec/ca/../crec/word_lattice.c
1430 host C: libzipfile <= system/core/libzipfile/centraldir.c
1431 host C: libzipfile <= system/core/libzipfile/zipfile.c
1432 host C: libunz <= external/zlib/adler32.c
1433 host C: libunz <= external/zlib/crc32.c
1434 host C: libunz <= external/zlib/zutil.c
1435 host C: libunz <= external/zlib/inflate.c
1436 host C: libunz <= external/zlib/inftrees.c
1437 host C: libunz <= external/zlib/inffast.c
1438 host C: libSR_AcousticState <=
external/srec/srec/AcousticState/src/AcousticState.c
1439 host C: libSR_G2P <=
external/srec/seti/sltsEngine/../setiUtils/src/platform_utils.c
```

```
1440 host C: libSR_AcousticState <=
external/srec/srec/AcousticState/src/AcousticStateImpl.c
 1441 host C: libSR_G2P <= external/srec/seti/sltsEngine/src/linklist_impl.c
 1442 host C: libSR_G2P <= external/srec/seti/sltsEngine/src/run_seq_lts.c
 1443 host C: libSR_G2P <= external/srec/seti/sltsEngine/src/SWIslts.c
 1444 host C: libSR_Grammar <= external/srec/srec/Grammar/src/SR_Grammar.c
 1445 host C: libSR_Grammar <=
external/srec/srec/Grammar/src/SR_GrammarImpl.c
 1446 host C: libSR_Semproc <=
external/srec/srec/Semproc/src/ExpressionParser.c
 1447 host C: libSR_Semproc <=
external/srec/srec/Semproc/src/ExpressionEvaluator.c
 1448 host C: libSR_Semproc <= external/srec/srec/Semproc/src/SymbolTable.c
 1449 host C: libSR_Semproc <=
external/srec/srec/Semproc/src/LexicalAnalyzer.c
 1450 host C: libSR_Semproc <=
external/srec/srec/Semproc/src/SemanticResult.c
 1451 host C: libSR_Semproc <=
external/srec/srec/Semproc/src/SemanticResultImpl.c
 1452 host C: libSR_Semproc <= external/srec/srec/Semproc/src/SemanticGraph.c
 1453 host C: libSR_Semproc <=
external/srec/srec/Semproc/src/SemanticGraphImpl.c
 1454 host C: libSR_Semproc <=
external/srec/srec/Semproc/src/SemanticProcessor.c
 1455 host C: libSR_Semproc <=
external/srec/srec/Semproc/src/SemanticProcessorImpl.c
 1456 host C: libSR_Vocabulary <=
external/srec/srec/Vocabulary/src/Vocabulary.c
 1457 host C: libSR_Vocabulary <=
external/srec/srec/Vocabulary/src/VocabularyImpl.c
 1458 host C: libSR_Nametag <= external/srec/srec/Nametag/src/Nametag.c
 1459 host C: libSR_Nametag <= external/srec/srec/Nametag/src/NametagImpl.c
 1460 host C: libSR_Nametag <= external/srec/srec/Nametag/src/Nametags.c
 1461 host C: libSR_Nametag <= external/srec/srec/Nametag/src/NametagsImpl.c
 1462 host C: libSR_Session <= external/srec/srec/Session/src/SR_Session.c
 1463 host C++: libfst <=
external/srec/tools/thirdparty/OpenFst/fst/lib/fst.cpp
 1464 In file included from /usr/include/c++/4.4/ext/hash_map:60,
 1465                  from
external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/compat.h:30,
 1466                  from
external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/weight.h:73,
 1467                  from
external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/float-
weight.h:25,
 1468                  from
external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/arc.h:22,
 1469                  from
external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/fst.h:23,
 1470                  from
external/srec/tools/thirdparty/OpenFst/fst/lib/fst.cpp:19:
 1471 /usr/include/c++/4.4/backward/backward_warning.h:28: warning: #warning
This file includes at least one deprecated or antiquated header which may be
removed without further notice at a future date. Please use a non-deprecated
interface with equivalent functionality instead. For a listing of replacement
headers and interfaces, consult the file backward_warning.h. To disable this
warning use -Wno-deprecated.
```

1472 host C++: libfst <=
external/srec/tools/thirdparty/OpenFst/fst/lib/properties.cpp
 1473 In file included from /usr/include/c++/4.4/ext/hash_map:60,
 1474                    from
external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/compat.h:30,
 1475                    from
external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/properties.h:21,
 1476                    from
external/srec/tools/thirdparty/OpenFst/fst/lib/properties.cpp:22:
 1477 /usr/include/c++/4.4/backward/backward_warning.h:28: warning: #warning
This file includes at least one deprecated or antiquated header which may be
removed without further notice at a future date. Please use a non-deprecated
interface with equivalent functionality instead. For a listing of replacement
headers and interfaces, consult the file backward_warning.h. To disable this
warning use -Wno-deprecated.
 1478 host C++: libfst <=
external/srec/tools/thirdparty/OpenFst/fst/lib/symbol-table.cpp
 1479 In file included from /usr/include/c++/4.4/ext/hash_map:60,
 1480                    from
external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/symbol-
table.h:22,
 1481                    from
external/srec/tools/thirdparty/OpenFst/fst/lib/symbol-table.cpp:19:
 1482 /usr/include/c++/4.4/backward/backward_warning.h:28: warning: #warning
This file includes at least one deprecated or antiquated header which may be
removed without further notice at a future date. Please use a non-deprecated
interface with equivalent functionality instead. For a listing of replacement
headers and interfaces, consult the file backward_warning.h. To disable this
warning use -Wno-deprecated.
 1483 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/fst.h:26,
 1484                    from
external/srec/tools/thirdparty/OpenFst/fst/lib/fst.cpp:19:
 1485
external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/register.h:58:
warning: type qualifiers ignored on function return type
 1486
external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/register.h:62:
warning: type qualifiers ignored on function return type
 1487 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/fst.h:27,
 1488                    from
external/srec/tools/thirdparty/OpenFst/fst/lib/fst.cpp:19:
 1489 external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/symbol-
table.h: In function 'bool fst::CompatSymbols(const fst::SymbolTable*, const
fst::SymbolTable*)':
 1490 external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/symbol-
table.h:379: warning: suggest parentheses around '&&' within '||'
 1491 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/const-fst.h:24,
 1492                    from
external/srec/tools/thirdparty/OpenFst/fst/lib/fst.cpp:22:
 1493 external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/test-
properties.h: In function 'uint64 fst::KnownProperties(uint64)':
 1494 external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/test-
properties.h:38: warning: suggest parentheses around arithmetic in operand of
'|'

1495 host C++: libfst <=
external/srec/tools/thirdparty/OpenFst/fst/lib/compat.cpp
 1496 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/symbol-table.cpp:19:
 1497 external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/symbol-
table.h: In function 'bool fst::CompatSymbols(const fst::SymbolTable*, const
fst::SymbolTable*)':
 1498 external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/symbol-
table.h:379: warning: suggest parentheses around '&&' within '||'
 1499 In file included from /usr/include/c++/4.4/ext/hash_map:60,
 1500                  from
external/srec/tools/thirdparty/OpenFst/fst/lib/../../fst/lib/compat.h:30,
 1501                  from
external/srec/tools/thirdparty/OpenFst/fst/lib/compat.cpp:21:
 1502 /usr/include/c++/4.4/backward/backward_warning.h:28: warning: #warning
This file includes at least one deprecated or antiquated header which may be
removed without further notice at a future date. Please use a non-deprecated
interface with equivalent functionality instead. For a listing of replacement
headers and interfaces, consult the file backward_warning.h. To disable this
warning use -Wno-deprecated.
 1503 host C++: libtinyxml <= external/tinyxml/tinyxml.cpp
 1504 host C++: libtinyxml <= external/tinyxml/tinyxmlparser.cpp
 1505 external/tinyxml/tinyxmlparser.cpp: In static member function 'static
const char* TiXmlBase::SkipWhiteSpace(const char*, TiXmlEncoding)':
 1506 external/tinyxml/tinyxmlparser.cpp:348: warning: suggest parentheses
around '&&' within '||'
 1507 host C++: libtinyxml <= external/tinyxml/tinyxmlerror.cpp
 1508 host C++: libtinyxml <= external/tinyxml/tinystr.cpp
 1509 external/tinyxml/tinystr.cpp:38: warning: missing braces around
initializer for 'char [1]'
 1510 host C: make_g2g <= external/srec/tools/make_g2g/make_g2g.c
 1511 host C: libSR_Recognizer <=
external/srec/srec/Recognizer/src/Recognizer.c
 1512 host C: libSR_Recognizer <=
external/srec/srec/Recognizer/src/RecognizerImpl.c
 1513 host C: libSR_Recognizer <=
external/srec/srec/Recognizer/src/RecognizerResult.c
 1514 host C: libSR_Recognizer <=
external/srec/srec/Recognizer/src/RecognizerResultImpl.c
 1515 host C: adb <= system/core/adb/adb.c
 1516 system/core/adb/adb.c: In function 'connect_device':
 1517 system/core/adb/adb.c:988: warning: comparison between signed and
unsigned integer expressions
 1518 host C: adb <= system/core/adb/console.c
 1519 host C: adb <= system/core/adb/transport.c
 1520 host C: adb <= system/core/adb/transport_local.c
 1521 host C: adb <= system/core/adb/transport_usb.c
 1522 host C: adb <= system/core/adb/commandline.c
 1523 host C: adb <= system/core/adb/adb_client.c
 1524 host C: adb <= system/core/adb/sockets.c
 1525 host C: adb <= system/core/adb/services.c
 1526 host C: adb <= system/core/adb/file_sync_client.c
 1527 host C: adb <= system/core/adb/get_my_path_linux.c
 1528 host C: adb <= system/core/adb/usb_linux.c
 1529 host C: adb <= system/core/adb/utils.c
 1530 host C: adb <= system/core/adb/usb_vendors.c
 1531 host C: adb <= system/core/adb/fdevent.c

1532 system/core/adb/usb_vendors.c: In function 'build_path':
1533 system/core/adb/usb_vendors.c:175: warning: comparison between signed
and unsigned integer expressions
1534 host C: apriori <= build/tools/apriori/apriori.c
1535 host C: apriori <= build/tools/apriori/cmdline.c
1536 build/tools/apriori/apriori.c: In function 'do_init_source':
1537 build/tools/apriori/apriori.c:580: warning: format '%lx' expects type
'long unsigned int', but argument 4 has type 'unsigned int'
1538 build/tools/apriori/apriori.c:581: warning: comparison between signed
and unsigned integer expressions
1539 build/tools/apriori/apriori.c:586: warning: comparison between signed
and unsigned integer expressions
1540 build/tools/apriori/apriori.c:586: warning: format '%08lx' expects type
'long unsigned int', but argument 5 has type 'unsigned int'
1541 build/tools/apriori/apriori.c: In function 'init_source':
1542 build/tools/apriori/apriori.c:604: warning: assignment discards
qualifiers from pointer target type
1543 build/tools/apriori/apriori.c:605: warning: assignment discards
qualifiers from pointer target type
1544 build/tools/apriori/apriori.c: In function 'do_prelink':
1545 build/tools/apriori/apriori.c:980: warning: comparison between signed
and unsigned integer expressions
1546 build/tools/apriori/apriori.c:1223: warning: format '%lx' expects type
'long unsigned int', but argument 7 has type 'unsigned int'
1547 build/tools/apriori/apriori.c:1239: warning: format '%lx' expects type
'long unsigned int', but argument 7 has type 'unsigned int'
1548 build/tools/apriori/apriori.c: In function 'apriori':
1549 build/tools/apriori/apriori.c:2545: warning: passing argument 5 of
'process_file' from incompatible pointer type
1550 build/tools/apriori/apriori.c:2067: note: expected 'unsigned int
(*)(const char *)' but argument is of type 'int (*)(const char *)'
1551 build/tools/apriori/apriori.c:2583: warning: format '%08lx' expects
type 'long unsigned int', but argument 4 has type 'unsigned int'
1552 host C: apriori <= build/tools/apriori/debug.c
1553 build/tools/apriori/debug.c: In function 'dump_hex_buffer':
1554 build/tools/apriori/debug.c:13: warning: comparison between signed and
unsigned integer expressions
1555 host C: apriori <= build/tools/apriori/hash.c
1556 host C: apriori <= build/tools/apriori/main.c
1557 build/tools/apriori/hash.c: In function 'hash_lookup':
1558 build/tools/apriori/hash.c:7: warning: unused parameter 'elf'
1559 build/tools/apriori/main.c: In function
'report_library_size_in_memory':
1560 build/tools/apriori/main.c:47: warning: format '%08lx' expects type
'long unsigned int', but argument 3 has type 'off_t'
1561 build/tools/apriori/main.c:59: warning: format '%08lx' expects type
'long unsigned int', but argument 4 has type 'off_t'
1562 build/tools/apriori/main.c: In function 'get_next_link_address':
1563 build/tools/apriori/main.c:66: warning: unused parameter 'name'
1564 build/tools/apriori/main.c: In function 'main':
1565 build/tools/apriori/main.c:211: warning: passing argument 5 of
'apriori' from incompatible pointer type
1566 build/tools/apriori/apriori.h:4: note: expected 'int (*)(const char *)'
but argument is of type 'unsigned int (*)(const char *)'
1567 host C: apriori <= build/tools/apriori/prelink_info.c
1568 build/tools/apriori/prelink_info.c:17: warning: 'packed' attribute
ignored

```
1569 host C: apriori <= build/tools/apriori/rangesort.c
1570 host C: apriori <= build/tools/apriori/source.c
1571 host C: apriori <= build/tools/apriori/prelinkmap.c
1572 host C: libelfcopy <= external/elfcopy/common.c
1573 host C: libelfcopy <= external/elfcopy/debug.c
1574 external/elfcopy/debug.c: In function 'dump_hex_buffer':
1575 external/elfcopy/debug.c:14: warning: comparison between signed and
unsigned integer expressions
1576 host C: libelfcopy <= external/elfcopy/elfcopy.c
1577 host C: libelfcopy <= external/elfcopy/hash.c
1578 external/elfcopy/elfcopy.c: In function 'adjust_elf':
1579 external/elfcopy/elfcopy.c:246: warning: format '%d' expects type
'int', but argument 9 has type 'Elf64_Xword'
1580 external/elfcopy/elfcopy.c:293: warning: comparison between signed and
unsigned integer expressions
1581 external/elfcopy/elfcopy.c:356: warning: comparison between signed and
unsigned integer expressions
1582 external/elfcopy/elfcopy.c:687: warning: comparison between signed and
unsigned integer expressions
1583 external/elfcopy/elfcopy.c:815: warning: pointer of type 'void *' used
in arithmetic
1584 external/elfcopy/elfcopy.c:865: warning: comparison between signed and
unsigned integer expressions
1585 external/elfcopy/elfcopy.c:932: warning: comparison between signed and
unsigned integer expressions
1586 external/elfcopy/elfcopy.c:940: warning: comparison between signed and
unsigned integer expressions
1587 external/elfcopy/elfcopy.c:1006: warning: implicit declaration of
function 'update_dwarf_if_necessary'
1588 external/elfcopy/elfcopy.c:1034: warning: comparison between signed and
unsigned integer expressions
1589 external/elfcopy/elfcopy.c:1035: warning: comparison between signed and
unsigned integer expressions
1590 external/elfcopy/elfcopy.c: In function
'update_relocations_section_offsets':
1591 external/elfcopy/elfcopy.c:1440: warning: format '%ld' expects type
'long int', but argument 5 has type 'size_t'
1592 external/elfcopy/elfcopy.c:1544: warning: format '%d' expects type
'int', but argument 4 has type 'Elf64_Addr'
1593 external/elfcopy/elfcopy.c: In function 'do_update_dyn_entry_address':
1594 external/elfcopy/elfcopy.c:1706: warning: comparison between signed and
unsigned integer expressions
1595 external/elfcopy/elfcopy.c:1730: warning: comparison between signed and
unsigned integer expressions
1596 external/elfcopy/elfcopy.c: In function
'do_build_dynamic_segment_strings':
1597 external/elfcopy/elfcopy.c:1844: warning: format '%ld' expects type
'long int', but argument 4 has type 'Elf64_Xword'
1598 external/elfcopy/elfcopy.c: In function
'adjust_dynamic_segment_offsets':
1599 external/elfcopy/elfcopy.c:1994: warning: comparison between signed and
unsigned integer expressions
1600 external/elfcopy/elfcopy.c:2069: warning: format '%d' expects type
'int', but argument 4 has type 'Elf64_Xword'
1601 external/elfcopy/elfcopy.c: In function 'section_to_header_mapping':
1602 external/elfcopy/elfcopy.c:2140: warning: comparison between signed and
unsigned integer expressions
```

1603 external/elfcopy/elfcopy.c: In function 'update_symbol_values':
1604 external/elfcopy/elfcopy.c:2195: warning: comparison between signed and unsigned integer expressions
1605 external/elfcopy/elfcopy.c:2263: warning: pointer of type 'void *' used in arithmetic
1606 external/elfcopy/elfcopy.c:2354: warning: comparison between signed and unsigned integer expressions
1607 external/elfcopy/elfcopy.c:2395: warning: comparison between signed and unsigned integer expressions
1608 external/elfcopy/elfcopy.c:2474: warning: format '%lld' expects type 'long long int', but argument 3 has type 'int'
1609 external/elfcopy/elfcopy.c:2474: warning: format '%lld' expects type 'long long int', but argument 4 has type 'Elf32_Word'
1610 external/elfcopy/elfcopy.c:2478: warning: format '%lld' expects type 'long long int', but argument 3 has type 'int'
1611 external/elfcopy/elfcopy.c: In function 'verify_elf':
1612 external/elfcopy/elfcopy.c:2949: warning: format '%lx' expects type 'long unsigned int', but argument 3 has type 'Elf64_Off'
1613 host C: libelfcopy <= external/elfcopy/rangesort.c
1614 host C: libelfcopy <= external/elfcopy/fixdwarf.c
1615 host C: libelfcopy <= external/elfcopy/dwarf.c
1616 external/elfcopy/fixdwarf.c: In function 'base_value_pair_hook':
1617 external/elfcopy/fixdwarf.c:477: warning: pointer of type 'void *' used in arithmetic
1618 external/elfcopy/dwarf.c: In function 'byte_get_little_endian':
1619 external/elfcopy/dwarf.c:95: warning: left shift count >= width of type
1620 external/elfcopy/dwarf.c:96: warning: left shift count >= width of type
1621 external/elfcopy/dwarf.c:97: warning: left shift count >= width of type
1622 external/elfcopy/dwarf.c:98: warning: left shift count >= width of type
1623 external/elfcopy/dwarf.c: In function 'byte_get_big_endian':
1624 external/elfcopy/dwarf.c:137: warning: left shift count >= width of type
1625 external/elfcopy/dwarf.c:138: warning: left shift count >= width of type
1626 external/elfcopy/dwarf.c:139: warning: left shift count >= width of type
1627 external/elfcopy/dwarf.c:140: warning: left shift count >= width of type
1628 host C: libelf <= external/elfutils/lib/xmalloc.c
1629 external/elfutils/lib/xmalloc.c: In function 'xmalloc':
1630 external/elfutils/lib/xmalloc.c:38: warning: implicit declaration of function 'error'
1631 host C: libelf <= external/elfutils/lib/xstrdup.c
1632 host C: libelf <= external/elfutils/lib/xstrndup.c
1633 external/elfutils/lib/xstrndup.c: In function 'xstrndup':
1634 external/elfutils/lib/xstrndup.c:29: warning: implicit declaration of function 'mempcpy'
1635 external/elfutils/lib/xstrndup.c:29: warning: incompatible implicit declaration of built-in function 'mempcpy'
1636 host C: libelf <= external/elfutils/libelf/elf32_checksum.c
1637 host C: libelf <= external/elfutils/libelf/elf32_fsize.c
1638 host C: libelf <= external/elfutils/libelf/elf32_getehdr.c
1639 host C: libelf <= external/elfutils/libelf/elf32_getphdr.c
1640 host C: libelf <= external/elfutils/libelf/elf32_getshdr.c
1641 host C: libelf <= external/elfutils/libelf/elf32_newehdr.c
1642 host C: libelf <= external/elfutils/libelf/elf32_newphdr.c
1643 host C: libelf <= external/elfutils/libelf/elf32_updatefile.c

```
1644 host C: libelf <= external/elfutils/libelf/elf32_updatenull.c
1645 external/elfutils/libelf/elf32_updatefile.c: In function
'__elf32_updatemmap':
1646 external/elfutils/libelf/elf32_updatefile.c:116: warning: pointer of
type 'void *' used in arithmetic
1647 external/elfutils/libelf/elf32_updatefile.c:135: warning: pointer of
type 'void *' used in arithmetic
1648 external/elfutils/libelf/elf32_updatefile.c:135: warning: pointer of
type 'void *' used in arithmetic
1649 external/elfutils/libelf/elf32_updatefile.c:149: warning: pointer of
type 'void *' used in arithmetic
1650 external/elfutils/libelf/elf32_updatefile.c:149: warning: pointer of
type 'void *' used in arithmetic
1651 external/elfutils/libelf/elf32_updatefile.c:154: warning: pointer of
type 'void *' used in arithmetic
1652 external/elfutils/libelf/elf32_updatefile.c:154: warning: pointer of
type 'void *' used in arithmetic
1653 external/elfutils/libelf/elf32_updatefile.c:255: warning: implicit
declaration of function 'mempcpy'
1654 external/elfutils/libelf/elf32_updatefile.c:255: warning: incompatible
implicit declaration of built-in function 'mempcpy'
1655 host C: libelf <= external/elfutils/libelf/elf32_xlatetof.c
1656 host C: libelf <= external/elfutils/libelf/elf32_xlatetom.c
1657 host C: libelf <= external/elfutils/libelf/elf64_checksum.c
1658 host C: libelf <= external/elfutils/libelf/elf64_fsize.c
1659 host C: libelf <= external/elfutils/libelf/elf64_getehdr.c
1660 host C: libelf <= external/elfutils/libelf/elf64_getphdr.c
1661 host C: libelf <= external/elfutils/libelf/elf64_getshdr.c
1662 host C: libelf <= external/elfutils/libelf/elf64_newehdr.c
1663 host C: libelf <= external/elfutils/libelf/elf64_newphdr.c
1664 host C: libelf <= external/elfutils/libelf/elf64_updatefile.c
1665 host C: libelf <= external/elfutils/libelf/elf64_updatenull.c
1666 In file included from external/elfutils/libelf/elf64_updatefile.c:18:
1667 external/elfutils/libelf/elf32_updatefile.c: In function
'__elf64_updatemmap':
1668 external/elfutils/libelf/elf32_updatefile.c:116: warning: pointer of
type 'void *' used in arithmetic
1669 external/elfutils/libelf/elf32_updatefile.c:135: warning: pointer of
type 'void *' used in arithmetic
1670 external/elfutils/libelf/elf32_updatefile.c:135: warning: pointer of
type 'void *' used in arithmetic
1671 external/elfutils/libelf/elf32_updatefile.c:149: warning: pointer of
type 'void *' used in arithmetic
1672 external/elfutils/libelf/elf32_updatefile.c:149: warning: pointer of
type 'void *' used in arithmetic
1673 external/elfutils/libelf/elf32_updatefile.c:154: warning: pointer of
type 'void *' used in arithmetic
1674 external/elfutils/libelf/elf32_updatefile.c:154: warning: pointer of
type 'void *' used in arithmetic
1675 external/elfutils/libelf/elf32_updatefile.c:255: warning: implicit
declaration of function 'mempcpy'
1676 external/elfutils/libelf/elf32_updatefile.c:255: warning: incompatible
implicit declaration of built-in function 'mempcpy'
1677 host C: libelf <= external/elfutils/libelf/elf64_xlatetof.c
1678 host C: libelf <= external/elfutils/libelf/elf64_xlatetom.c
1679 host C: libelf <= external/elfutils/libelf/elf_begin.c
1680 host C: libelf <= external/elfutils/libelf/elf_clone.c
```

```
1681 host C: libelf <= external/elfutils/libelf/elf_cntl.c
1682 external/elfutils/libelf/elf_begin.c: In function
'__libelf_read_mmaped_file':
1683 external/elfutils/libelf/elf_begin.c:429: warning: pointer of type
'void *' used in arithmetic
1684 external/elfutils/libelf/elf_begin.c: In function 'read_long_names':
1685 external/elfutils/libelf/elf_begin.c:590: warning: pointer of type
'void *' used in arithmetic
1686 external/elfutils/libelf/elf_begin.c:622: warning: pointer of type
'void *' used in arithmetic
1687 external/elfutils/libelf/elf_begin.c:622: warning: pointer of type
'void *' used in arithmetic
1688 external/elfutils/libelf/elf_begin.c: In function
'__libelf_next_arhdr':
1689 external/elfutils/libelf/elf_begin.c:686: warning: pointer of type
'void *' used in arithmetic
1690 external/elfutils/libelf/elf_begin.c:711: warning: implicit declaration
of function '__mempcpy'
1691 host C: libelf <= external/elfutils/libelf/elf_end.c
1692 host C: libelf <= external/elfutils/libelf/elf_error.c
1693 host C: libelf <= external/elfutils/libelf/elf_fill.c
1694 external/elfutils/libelf/elf_fill.c:26: warning: '__libelf_fill_byte'
initialized and declared 'extern'
1695 host C: libelf <= external/elfutils/libelf/elf_flagdata.c
1696 host C: libelf <= external/elfutils/libelf/elf_flagehdr.c
1697 host C: libelf <= external/elfutils/libelf/elf_flagelf.c
1698 host C: libelf <= external/elfutils/libelf/elf_flagphdr.c
1699 host C: libelf <= external/elfutils/libelf/elf_flagscn.c
1700 host C: libelf <= external/elfutils/libelf/elf_flagshdr.c
1701 host C: libelf <= external/elfutils/libelf/elf_getarhdr.c
1702 host C: libelf <= external/elfutils/libelf/elf_getarsym.c
1703 host C: libelf <= external/elfutils/libelf/elf_getbase.c
1704 host C: libelf <= external/elfutils/libelf/elf_getdata.c
1705 external/elfutils/libelf/elf_getarsym.c: In function 'elf_getarsym':
1706 external/elfutils/libelf/elf_getarsym.c:103: warning: pointer of type
'void *' used in arithmetic
1707 external/elfutils/libelf/elf_getarsym.c:103: warning: pointer of type
'void *' used in arithmetic
1708 external/elfutils/libelf/elf_getarsym.c:142: warning: pointer of type
'void *' used in arithmetic
1709 external/elfutils/libelf/elf_getarsym.c:142: warning: pointer of type
'void *' used in arithmetic
1710 external/elfutils/libelf/elf_getarsym.c:142: warning: pointer of type
'void *' used in arithmetic
1711 external/elfutils/libelf/elf_getarsym.c:215: warning: pointer of type
'void *' used in arithmetic
1712 external/elfutils/libelf/elf_getarsym.c:215: warning: pointer of type
'void *' used in arithmetic
1713 external/elfutils/libelf/elf_getarsym.c:216: warning: pointer of type
'void *' used in arithmetic
1714 external/elfutils/libelf/elf_getarsym.c:216: warning: pointer of type
'void *' used in arithmetic
1715 external/elfutils/libelf/elf_getarsym.c:230: warning: implicit
declaration of function 'rawmemchr'
1716 external/elfutils/libelf/elf_getarsym.c:230: warning: assignment makes
pointer from integer without a cast
1717 host C: libelf <= external/elfutils/libelf/elf_getident.c
```

```
1718 host C: libelf <= external/elfutils/libelf/elf_getscn.c
1719 host C: libelf <= external/elfutils/libelf/elf_getshnum.c
1720 host C: libelf <= external/elfutils/libelf/elf_getshstrndx.c
1721 host C: libelf <= external/elfutils/libelf/elf_hash.c
1722 host C: libelf <= external/elfutils/libelf/elf_kind.c
1723 external/elfutils/libelf/elf_getshstrndx.c: In function
'elf_getshstrndx':
1724 external/elfutils/libelf/elf_getshstrndx.c:96: warning: pointer of type
'void *' used in arithmetic
1725 external/elfutils/libelf/elf_getshstrndx.c:135: warning: pointer of
type 'void *' used in arithmetic
1726 host C: libelf <= external/elfutils/libelf/elf_memory.c
1727 host C: libelf <= external/elfutils/libelf/elf_ndxscn.c
1728 host C: libelf <= external/elfutils/libelf/elf_newdata.c
1729 host C: libelf <= external/elfutils/libelf/elf_newscn.c
1730 host C: libelf <= external/elfutils/libelf/elf_nextscn.c
1731 host C: libelf <= external/elfutils/libelf/elf_next.c
1732 host C: libelf <= external/elfutils/libelf/elf_rand.c
1733 host C: libelf <= external/elfutils/libelf/elf_rawdata.c
1734 host C: libelf <= external/elfutils/libelf/elf_rawfile.c
1735 host C: libelf <= external/elfutils/libelf/elf_readall.c
1736 host C: libelf <= external/elfutils/libelf/elf_strptr.c
1737 host C: libelf <= external/elfutils/libelf/elf_update.c
1738 host C: libelf <= external/elfutils/libelf/elf_version.c
1739 host C: libelf <= external/elfutils/libelf/gelf_checksum.c
1740 host C: libelf <= external/elfutils/libelf/gelf_freechunk.c
1741 host C: libelf <= external/elfutils/libelf/gelf_fsize.c
1742 host C: libelf <= external/elfutils/libelf/gelf_getclass.c
1743 host C: libelf <= external/elfutils/libelf/gelf_getdyn.c
1744 host C: libelf <= external/elfutils/libelf/gelf_getehdr.c
1745 host C: libelf <= external/elfutils/libelf/gelf_getlib.c
1746 host C: libelf <= external/elfutils/libelf/gelf_getmove.c
1747 host C: libelf <= external/elfutils/libelf/gelf_getphdr.c
1748 host C: libelf <= external/elfutils/libelf/gelf_getrel.c
1749 host C: libelf <= external/elfutils/libelf/gelf_getrela.c
1750 host C: libelf <= external/elfutils/libelf/gelf_getshdr.c
1751 host C: libelf <= external/elfutils/libelf/gelf_getsym.c
1752 host C: libelf <= external/elfutils/libelf/gelf_getsyminfo.c
1753 host C: libelf <= external/elfutils/libelf/gelf_getsymshndx.c
1754 host C: libelf <= external/elfutils/libelf/gelf_getverdaux.c
1755 host C: libelf <= external/elfutils/libelf/gelf_getverdef.c
1756 host C: libelf <= external/elfutils/libelf/gelf_getvernaux.c
1757 host C: libelf <= external/elfutils/libelf/gelf_getverneed.c
1758 host C: libelf <= external/elfutils/libelf/gelf_getversym.c
1759 host C: libelf <= external/elfutils/libelf/gelf_newehdr.c
1760 host C: libelf <= external/elfutils/libelf/gelf_newphdr.c
1761 host C: libelf <= external/elfutils/libelf/gelf_rawchunk.c
1762 host C: libelf <= external/elfutils/libelf/gelf_update_dyn.c
1763 host C: libelf <= external/elfutils/libelf/gelf_update_ehdr.c
1764 host C: libelf <= external/elfutils/libelf/gelf_update_lib.c
1765 host C: libelf <= external/elfutils/libelf/gelf_update_move.c
1766 host C: libelf <= external/elfutils/libelf/gelf_update_phdr.c
1767 host C: libelf <= external/elfutils/libelf/gelf_update_rel.c
1768 host C: libelf <= external/elfutils/libelf/gelf_update_rela.c
1769 host C: libelf <= external/elfutils/libelf/gelf_update_shdr.c
1770 host C: libelf <= external/elfutils/libelf/gelf_update_sym.c
1771 host C: libelf <= external/elfutils/libelf/gelf_update_syminfo.c
```

```
1772 host C: libelf <= external/elfutils/libelf/gelf_update_symshndx.c
1773 host C: libelf <= external/elfutils/libelf/gelf_update_verdaux.c
1774 host C: libelf <= external/elfutils/libelf/gelf_update_verdef.c
1775 host C: libelf <= external/elfutils/libelf/gelf_update_vernaux.c
1776 host C: libelf <= external/elfutils/libelf/gelf_update_verneed.c
1777 host C: libelf <= external/elfutils/libelf/gelf_update_versym.c
1778 host C: libelf <= external/elfutils/libelf/gelf_xlate.c
1779 host C: libelf <= external/elfutils/libelf/gelf_xlatetof.c
1780 host C: libelf <= external/elfutils/libelf/gelf_xlatetom.c
1781 host C: libelf <= external/elfutils/libelf/libelf_crc32.c
1782 host C: libelf <= external/elfutils/libelf/libelf_next_prime.c
1783 host C: libelf <= external/elfutils/libelf/nlist.c
1784 In file included from external/elfutils/libelf/nlist.c:44:
1785 external/elfutils/lib/fixedsizehash.h:225: warning: 'static' is not at
beginning of declaration
1786 host C: libebl <= external/elfutils/lib/xmalloc.c
1787 external/elfutils/lib/xmalloc.c: In function 'xmalloc':
1788 external/elfutils/lib/xmalloc.c:38: warning: implicit declaration of
function 'error'
1789 host C: libebl <= external/elfutils/lib/xstrdup.c
1790 host C: libebl <= external/elfutils/lib/xstrndup.c
1791 host C: libebl <= external/elfutils/libebl/eblbackendname.c
1792 external/elfutils/lib/xstrndup.c: In function 'xstrndup':
1793 external/elfutils/lib/xstrndup.c:29: warning: implicit declaration of
function 'mempcpy'
1794 external/elfutils/lib/xstrndup.c:29: warning: incompatible implicit
declaration of built-in function 'mempcpy'
1795 host C: libebl <= external/elfutils/libebl/eblclosebackend.c
1796 host C: libebl <= external/elfutils/libebl/eblcorenote.c
1797 host C: libebl <= external/elfutils/libebl/eblcorenotetypename.c
1798 host C: libebl <= external/elfutils/libebl/ebldebugscnp.c
1799 host C: libebl <= external/elfutils/libebl/ebldynamictagcheck.c
1800 host C: libebl <= external/elfutils/libebl/ebldynamictagname.c
1801 host C: libebl <= external/elfutils/libebl/eblgotpcreloccheck.c
1802 host C: libebl <= external/elfutils/libebl/eblgstrtab.c
1803 host C: libebl <= external/elfutils/libebl/eblmachineflagcheck.c
1804 external/elfutils/libebl/eblgstrtab.c: In function 'newstring':host C:
libebl <= external/elfutils/libebl/eblmachineflagname.c
1805
1806 external/elfutils/libebl/eblgstrtab.c:169: warning: comparison of
unsigned expression >= 0 is always true
1807 external/elfutils/libebl/eblgstrtab.c:170: warning: comparison of
unsigned expression >= 0 is always true
1808 external/elfutils/libebl/eblgstrtab.c: In function 'copystrings':
1809 external/elfutils/libebl/eblgstrtab.c:304: warning: implicit
declaration of function 'mempcpy'
1810 external/elfutils/libebl/eblgstrtab.c:304: warning: incompatible
implicit declaration of built-in function 'mempcpy'
1811 external/elfutils/libebl/eblmachineflagname.c: In function
'ebl_machine_flag_name':
1812 external/elfutils/libebl/eblmachineflagname.c:62: warning: implicit
declaration of function 'mempcpy'
1813 external/elfutils/libebl/eblmachineflagname.c:62: warning: incompatible
implicit declaration of built-in function 'mempcpy'
1814 external/elfutils/libebl/eblmachineflagname.c:66: warning: incompatible
implicit declaration of built-in function 'mempcpy'
1815 host C: libebl <= external/elfutils/libebl/eblobjecttypename.c
```

```
1816 host C: libebl <= external/elfutils/libebl/eblobjnote.c
1817 host C: libebl <= external/elfutils/libebl/eblobjnotetypename.c
1818 host C: libebl <= external/elfutils/libebl/eblopenbackend.c
1819 external/elfutils/libebl/eblopenbackend.c: In function 'openbackend':
1820 external/elfutils/libebl/eblopenbackend.c:243: warning: implicit
declaration of function 'mempcpy'
1821 external/elfutils/libebl/eblopenbackend.c:243: warning: incompatible
implicit declaration of built-in function 'mempcpy'
1822 host C: libebl <= external/elfutils/libebl/eblreloctypecheck.c
1823 host C: libebl <= external/elfutils/libebl/eblosabiname.c
1824 host C: libebl <= external/elfutils/libebl/eblreloctypename.c
1825 host C: libebl <= external/elfutils/libebl/eblrelocvaliduse.c
1826 host C: libebl <= external/elfutils/libebl/eblsectionname.c
1827 host C: libebl <= external/elfutils/libebl/eblsectiontypename.c
1828 host C: libebl <= external/elfutils/libebl/eblsegmenttypename.c
1829 host C: libebl <= external/elfutils/libebl/eblshflagscombine.c
1830 host C: libebl <= external/elfutils/libebl/eblstrtab.c
1831 host C: libebl <= external/elfutils/libebl/eblsymbolbindingname.c
1832 host C: libebl <= external/elfutils/libebl/eblsymboltypename.c
1833 external/elfutils/libebl/eblstrtab.c: In function 'copystrings':
1834 external/elfutils/libebl/eblstrtab.c:293: warning: implicit declaration
of function 'mempcpy'
1835 external/elfutils/libebl/eblstrtab.c:293: warning: incompatible
implicit declaration of built-in function 'mempcpy'
1836 host C: libebl <= external/elfutils/libebl/eblwstrtab.c
1837 host C: libebl_arm <= external/elfutils/libebl/arm_destr.c
1838 external/elfutils/libebl/eblwstrtab.c: In function 'copystrings':
1839 external/elfutils/libebl/eblwstrtab.c:293: warning: implicit
declaration of function 'wmempcpy'
1840 external/elfutils/libebl/eblwstrtab.c:293: warning: assignment makes
pointer from integer without a cast
1841 host C: libebl_arm <= external/elfutils/libebl/arm_init.c
1842 host C: libebl_arm <= external/elfutils/libebl/arm_symbol.c
1843 host C++: atree <= build/tools/atree/files.cpp
1844 host C++: atree <= build/tools/atree/atree.cpp
1845 host C++: atree <= build/tools/atree/fs.cpp
1846 host C++: bb2sym <= sdk/emulator/qtools/bb2sym.cpp
1847 host C++: bb2sym <= sdk/emulator/qtools/trace_reader.cpp
1848 host C++: bb2sym <= sdk/emulator/qtools/decoder.cpp
1849 host C++: bb2sym <= sdk/emulator/qtools/read_elf.cpp
1850 host C++: bb2sym <= sdk/emulator/qtools/parse_options.cpp
1851 host C++: bb_dump <= sdk/emulator/qtools/trace_reader.cpp
1852 host C++: bb_dump <= sdk/emulator/qtools/bb_dump.cpp
1853 host C++: bb_dump <= sdk/emulator/qtools/decoder.cpp
1854 host C++: bb_dump <= sdk/emulator/qtools/read_elf.cpp
1855 host C++: bb_dump <= sdk/emulator/qtools/parse_options.cpp
1856 host C++: bbprof <= sdk/emulator/qtools/bbprof.cpp
1857 host C++: bbprof <= sdk/emulator/qtools/trace_reader.cpp
1858 host C++: bbprof <= sdk/emulator/qtools/decoder.cpp
1859 host C++: bbprof <= sdk/emulator/qtools/armdis.cpp
1860 host C++: bbprof <= sdk/emulator/qtools/thumbdis.cpp
1861 sdk/emulator/qtools/thumbdis.cpp: In function 'char*
disasm_insn_thumb(uint32_t, uint32_t, uint32_t, char*)':
1862 sdk/emulator/qtools/thumbdis.cpp:387: warning: format not a string
literal and no format arguments
1863 sdk/emulator/qtools/thumbdis.cpp:396: warning: format not a string
literal and no format arguments
```

```
1864 host C++: bbprof <= sdk/emulator/qtools/opcode.cpp
1865 host C: bison <= external/bison/lib/abitset.c
1866 host C: bison <= external/bison/lib/argmatch.c
1867 host C: bison <= external/bison/lib/basename.c
1868 host C: bison <= external/bison/lib/bitset.c
1869 host C: bison <= external/bison/lib/bitset_stats.c
1870 host C: bison <= external/bison/lib/bitsetv-print.c
1871 host C: bison <= external/bison/lib/bitsetv.c
1872 host C: bison <= external/bison/lib/dirname.c
1873 host C: bison <= external/bison/lib/dup-safer.c
1874 host C: bison <= external/bison/lib/ebitset.c
1875 host C: bison <= external/bison/lib/exitfail.c
1876 host C: bison <= external/bison/lib/fopen-safer.c
1877 host C: bison <= external/bison/lib/fd-safer.c
1878 host C: bison <= external/bison/lib/get-errno.c
1879 host C: bison <= external/bison/lib/hard-locale.c
1880 host C: bison <= external/bison/lib/hash.c
1881 host C: bison <= external/bison/lib/lbitset.c
1882 host C: bison <= external/bison/lib/mbswidth.c
1883 host C: bison <= external/bison/lib/pipe-safer.c
1884 host C: bison <= external/bison/lib/quote.c
1885 host C: bison <= external/bison/lib/quotearg.c
1886 host C: bison <= external/bison/lib/stripslash.c
1887 host C: bison <= external/bison/lib/subpipe.c
1888 host C: bison <= external/bison/lib/timevar.c
1889 host C: bison <= external/bison/lib/vbitset.c
1890 host C: bison <= external/bison/lib/xalloc-die.c
1891 host C: bison <= external/bison/lib/xmalloc.c
1892 host C: bison <= external/bison/lib/xstrndup.c
1893 host C: bison <= external/bison/src/LR0.c
1894 host C: bison <= external/bison/src/assoc.c
1895 host C: bison <= external/bison/src/closure.c
1896 host C: bison <= external/bison/src/complain.c
1897 host C: bison <= external/bison/src/conflicts.c
1898 host C: bison <= external/bison/src/derives.c
1899 host C: bison <= external/bison/src/files.c
1900 host C: bison <= external/bison/src/getargs.c
1901 host C: bison <= external/bison/src/gram.c
1902 host C: bison <= external/bison/src/lalr.c
1903 host C: bison <= external/bison/src/location.c
1904 host C: bison <= external/bison/src/main.c
1905 host C: bison <= external/bison/src/muscle_tab.c
1906 host C: bison <= external/bison/src/nullable.c
1907 host C: bison <= external/bison/src/output.c
1908 host C: bison <= external/bison/src/parse-gram.c
1909 host C: bison <= external/bison/src/print.c
1910 host C: bison <= external/bison/src/print_graph.c
1911 host C: bison <= external/bison/src/reader.c
1912 host C: bison <= external/bison/src/reduce.c
1913 host C: bison <= external/bison/src/relation.c
1914 host C: bison <= external/bison/src/scan-skel-c.c
1915 host C: bison <= external/bison/src/scan-gram-c.c
1916 host C: bison <= external/bison/src/state.c
1917 In file included from external/bison/src/scan-skel-c.c:2:
1918 scan-skel.c: In function `skel_lex':
1919 scan-skel.l:66: warning: `lineno' may be used uninitialized in this
function
```

```
1920 scan-skel.l:66: note: 'lineno' was declared here
1921 host C: bison <= external/bison/src/symlist.c
1922 host C: bison <= external/bison/src/symtab.c
1923 host C: bison <= external/bison/src/tables.c
1924 In file included from external/bison/src/scan-gram-c.c:2:
1925 scan-gram.c: In function 'gram_lex':
1926 scan-gram.l:168: warning: 'braces_level' may be used uninitialized in
this function
1927 scan-gram.l:168: note: 'braces_level' was declared here
1928 scan-gram.l:171: warning: 'context_state' may be used uninitialized in
this function
1929 scan-gram.l:171: note: 'context_state' was declared here
1930 scan-gram.l:174: warning: 'token_type' may be used uninitialized in
this function
1931 scan-gram.l:174: note: 'token_type' was declared here
1932 scan-gram.l:177: warning: 'id_loc.start.file' may be used uninitialized
in this function
1933 scan-gram.l:177: note: 'id_loc.start.file' was declared here
1934 scan-gram.l:177: warning: 'id_loc.start.line' may be used uninitialized
in this function
1935 scan-gram.l:177: note: 'id_loc.start.line' was declared here
1936 scan-gram.l:177: warning: 'id_loc.start.column' may be used
uninitialized in this function
1937 scan-gram.l:177: note: 'id_loc.start.column' was declared here
1938 scan-gram.l:177: warning: 'id_loc.end.file' may be used uninitialized
in this function
1939 scan-gram.l:177: note: 'id_loc.end.file' was declared here
1940 scan-gram.l:177: warning: 'id_loc.end.line' may be used uninitialized
in this function
1941 scan-gram.l:177: note: 'id_loc.end.line' was declared here
1942 scan-gram.l:177: warning: 'id_loc.end.column' may be used uninitialized
in this function
1943 scan-gram.l:177: note: 'id_loc.end.column' was declared here
1944 scan-gram.l:186: warning: 'token_start.file' may be used uninitialized
in this function
1945 scan-gram.l:186: note: 'token_start.file' was declared here
1946 scan-gram.l:186: warning: 'token_start.line' may be used uninitialized
in this function
1947 scan-gram.l:186: note: 'token_start.line' was declared here
1948 scan-gram.l:186: warning: 'token_start.column' may be used
uninitialized in this function
1949 scan-gram.l:186: note: 'token_start.column' was declared here
1950 host C: bison <= external/bison/src/uniqstr.c
1951 host C: bison <= external/bison/src/vcg.c
1952 host C++: check_stack <= sdk/emulator/qtools/check_stack.cpp
1953 host C++: check_stack <= sdk/emulator/qtools/trace_reader.cpp
1954 host C++: check_stack <= sdk/emulator/qtools/decoder.cpp
1955 host C++: check_stack <= sdk/emulator/qtools/armdis.cpp
1956 host C++: check_stack <= sdk/emulator/qtools/thumbdis.cpp
1957 sdk/emulator/qtools/thumbdis.cpp: In function 'char*
disasm_insn_thumb(uint32_t, uint32_t, uint32_t, char*)':
1958 sdk/emulator/qtools/thumbdis.cpp:387: warning: format not a string
literal and no format arguments
1959 sdk/emulator/qtools/thumbdis.cpp:396: warning: format not a string
literal and no format arguments
1960 host C++: check_stack <= sdk/emulator/qtools/opcode.cpp
1961 host C++: check_stack <= sdk/emulator/qtools/read_elf.cpp
```

```
1962 host C++: check_stack <= sdk/emulator/qtools/parse_options.cpp
1963 host C++: check_trace <= sdk/emulator/qtools/check_trace.cpp
1964 host C++: check_trace <= sdk/emulator/qtools/trace_reader.cpp
1965 host C++: check_trace <= sdk/emulator/qtools/decoder.cpp
1966 host C++: check_trace <= sdk/emulator/qtools/opcode.cpp
1967 host C++: check_trace <= sdk/emulator/qtools/read_elf.cpp
1968 host C++: check_trace <= sdk/emulator/qtools/parse_options.cpp
1969 host C++: cmu2nuance <=
external/srec/config/en.us/dictionary/cmu2nuance.cpp
1970 host C++: coverage <= sdk/emulator/qtools/coverage.cpp
1971 host C++: coverage <= sdk/emulator/qtools/trace_reader.cpp
1972 host C++: coverage <= sdk/emulator/qtools/decoder.cpp
1973 host C++: coverage <= sdk/emulator/qtools/armdis.cpp
1974 host C++: coverage <= sdk/emulator/qtools/thumbdis.cpp
1975 sdk/emulator/qtools/thumbdis.cpp: In function `char*
disasm_insn_thumb(uint32_t, uint32_t, uint32_t, char*)':
1976 sdk/emulator/qtools/thumbdis.cpp:387: warning: format not a string
literal and no format arguments
1977 sdk/emulator/qtools/thumbdis.cpp:396: warning: format not a string
literal and no format arguments
1978 host C++: coverage <= sdk/emulator/qtools/read_elf.cpp
1979 host C++: coverage <= sdk/emulator/qtools/opcode.cpp
1980 host C: create_test_dmtrace <=
dalvik/tools/dmtracedump/CreateTestTrace.c
1981 host C++: coverage <= sdk/emulator/qtools/parse_options.cpp
1982 host C: dalvikvm <= dalvik/dalvikvm/Main.c
1983 host asm: libdvm <= dalvik/vm/arch/x86/Call386ABI.S
1984 host asm: libdvm <= dalvik/vm/mterp/out/InterpAsm-x86.S
1985 host C: libdvm <= dalvik/vm/Atomic.c
1986 host C: libdvm <= dalvik/vm/IndirectRefTable.c
1987 host C: libdvm <= dalvik/vm/InlineNative.c
1988 host C: libdvm <= dalvik/vm/Misc.c
1989 host C: libdvm <= dalvik/vm/alloc/clz.c
1990 host C: libdvm <= dalvik/vm/alloc/HeapBitmap.c
1991 host C: libdvm <= dalvik/vm/alloc/Heap.c
1992 dalvik/vm/alloc/Heap.c: In function `dvmCollectGarbageInternal':
1993 dalvik/vm/alloc/Heap.c:578: warning: `dirtySuspend' may be used
uninitialized in this function
1994 dalvik/vm/alloc/Heap.c:578: warning: `dirtyStart' may be used
uninitialized in this function
1995 dalvik/vm/alloc/Heap.c:577: warning: `rootEnd' may be used
uninitialized in this function
1996 dalvik/vm/alloc/Heap.c:578: warning: `dirtyEnd' may be used
uninitialized in this function
1997 host C: libdvm <= dalvik/vm/interp/Interp.c
1998 host C: libdvm <= dalvik/vm/mterp/Mterp.c
1999 host C: libdvm <= dalvik/vm/mterp/out/InterpC-portstd.c
2000 host C: libdvm <= dalvik/vm/mterp/out/InterpC-portdbg.c
2001 host C: libdvm <= dalvik/vm/test/AtomicTest.c
2002 host C: libdvm <= dalvik/vm/alloc/MarkSweep.c
2003 host C: libdvm <= dalvik/vm/AllocTracker.c
2004 host C: libdvm <= dalvik/vm/AtomicCache.c
2005 host C: libdvm <= dalvik/vm/CheckJni.c
2006 host C: libdvm <= dalvik/vm/Ddm.c
2007 host C: libdvm <= dalvik/vm/Debugger.c
2008 host C: libdvm <= dalvik/vm/DvmDex.c
2009 host C: libdvm <= dalvik/vm/Exception.c
```

```
2010 host C: libdvm <= dalvik/vm/Hash.c
2011 host C: libdvm <= dalvik/vm/Init.c
2012 host C: libdvm <= dalvik/vm/Inlines.c
2013 host C: libdvm <= dalvik/vm/Intern.c
2014 host C: libdvm <= dalvik/vm/Jni.c
2015 host C: libdvm <= dalvik/vm/JarFile.c
2016 host C: libdvm <= dalvik/vm/LinearAlloc.c
2017 host C: libdvm <= dalvik/vm/Native.c
2018 host C: libdvm <= dalvik/vm/PointerSet.c
2019 host C: libdvm <= dalvik/vm/Profile.c
2020 host C: libdvm <= dalvik/vm/Properties.c
2021 host C: libdvm <= dalvik/vm/RawDexFile.c
2022 host C: libdvm <= dalvik/vm/ReferenceTable.c
2023 host C: libdvm <= dalvik/vm/SignalCatcher.c
2024 host C: libdvm <= dalvik/vm/StdioConverter.c
2025 host C: libdvm <= dalvik/vm/Sync.c
2026 host C: libdvm <= dalvik/vm/TestCompability.c
2027 host C: libdvm <= dalvik/vm/Thread.c
2028 host C: libdvm <= dalvik/vm/UtfString.c
2029 host C: libdvm <= dalvik/vm/alloc/Alloc.c
2030 host C: libdvm <= dalvik/vm/alloc/CardTable.c
2031 host C: libdvm <= dalvik/vm/alloc/HeapDebug.c
2032 host C: libdvm <= dalvik/vm/alloc/HeapTable.c
2033 host C: libdvm <= dalvik/vm/alloc/HeapWorker.c
2034 host C: libdvm <= dalvik/vm/alloc/DdmHeap.c
2035 host C: libdvm <= dalvik/vm/alloc/Verify.c
2036 host C: libdvm <= dalvik/vm/alloc/Visit.c
2037 host C: libdvm <= dalvik/vm/analysis/CodeVerify.c
2038 host C: libdvm <= dalvik/vm/analysis/DexPrepare.c
2039 host C: libdvm <= dalvik/vm/analysis/DexVerify.c
2040 host C: libdvm <= dalvik/vm/analysis/Optimize.c
2041 host C: libdvm <= dalvik/vm/analysis/RegisterMap.c
2042 host C: libdvm <= dalvik/vm/analysis/VerifySubs.c
2043 host C: libdvm <= dalvik/vm/interp/Stack.c
2044 host C: libdvm <= dalvik/vm/jdwp/ExpandBuf.c
2045 host C: libdvm <= dalvik/vm/jdwp/JdwpAdb.c
2046 host C: libdvm <= dalvik/vm/jdwp/JdwpConstants.c
2047 host C: libdvm <= dalvik/vm/jdwp/JdwpEvent.c
2048 host C: libdvm <= dalvik/vm/jdwp/JdwpHandler.c
2049 host C: libdvm <= dalvik/vm/jdwp/JdwpMain.c
2050 host C: libdvm <= dalvik/vm/jdwp/JdwpSocket.c
2051 host C: libdvm <= dalvik/vm/native/InternalNative.c
2052 host C: libdvm <= dalvik/vm/native/dalvik_system_DexFile.c
2053 host C: libdvm <= dalvik/vm/native/dalvik_system_VMDebug.c
2054 host C: libdvm <= dalvik/vm/native/dalvik_system_VMRuntime.c
2055 host C: libdvm <= dalvik/vm/native/dalvik_system_VMStack.c
2056 host C: libdvm <= dalvik/vm/native/dalvik_system_Zygote.c
2057 host C: libdvm <= dalvik/vm/native/java_lang_Class.c
2058 host C: libdvm <= dalvik/vm/native/java_lang_Object.c
2059 host C: libdvm <= dalvik/vm/native/java_lang_Runtime.c
2060 host C: libdvm <= dalvik/vm/native/java_lang_String.c
2061 host C: libdvm <= dalvik/vm/native/java_lang_System.c
2062 host C: libdvm <= dalvik/vm/native/java_lang_SystemProperties.c
2063 host C: libdvm <= dalvik/vm/native/java_lang_Throwable.c
2064 host C: libdvm <= dalvik/vm/native/java_lang_VMClassLoader.c
2065 host C: libdvm <= dalvik/vm/native/java_lang_VMThread.c
2066 host C: libdvm <= dalvik/vm/native/java_lang_reflect_AccessibleObject.c
```

```
 2067 host C: libdvm <= dalvik/vm/native/java_lang_reflect_Array.c
 2068 host C: libdvm <= dalvik/vm/native/java_lang_reflect_Constructor.c
 2069 host C: libdvm <= dalvik/vm/native/java_lang_reflect_Field.c
 2070 host C: libdvm <= dalvik/vm/native/java_lang_reflect_Method.c
 2071 host C: libdvm <= dalvik/vm/native/java_lang_reflect_Proxy.c
 2072 host C: libdvm <= dalvik/vm/native/java_security_AccessController.c
 2073 host C: libdvm <=
dalvik/vm/native/java_util_concurrent_atomic_AtomicLong.c
 2074 host C: libdvm <=
dalvik/vm/native/org_apache_harmony_dalvik_NativeTestTarget.c
 2075 host C: libdvm <=
dalvik/vm/native/org_apache_harmony_dalvik_ddmc_DdmServer.c
 2076 host C: libdvm <=
dalvik/vm/native/org_apache_harmony_dalvik_ddmc_DdmVmInternal.c
 2077 host C: libdvm <= dalvik/vm/native/sun_misc_Unsafe.c
 2078 host C: libdvm <= dalvik/vm/oo/AccessCheck.c
 2079 host C: libdvm <= dalvik/vm/oo/Array.c
 2080 host C: libdvm <= dalvik/vm/oo/Class.c
 2081 host C: libdvm <= dalvik/vm/oo/Object.c
 2082 host C: libdvm <= dalvik/vm/oo/Resolve.c
 2083 host C: libdvm <= dalvik/vm/oo/TypeCheck.c
 2084 host C: libdvm <= dalvik/vm/reflect/Annotation.c
 2085 host C: libdvm <= dalvik/vm/reflect/Proxy.c
 2086 host C: libdvm <= dalvik/vm/reflect/Reflect.c
 2087 host C: libdvm <= dalvik/vm/test/TestHash.c
 2088 host C: libdvm <= dalvik/vm/test/TestIndirectRefTable.c
 2089 host C: libdvm <= dalvik/vm/alloc/HeapSource.c
 2090 host C: libdvm <= dalvik/vm/hprof/Hprof.c
 2091 host C: libdvm <= dalvik/vm/hprof/HprofClass.c
 2092 host C: libdvm <= dalvik/vm/hprof/HprofHeap.c
 2093 host C: libdvm <= dalvik/vm/hprof/HprofOutput.c
 2094 host C: libdvm <= dalvik/vm/hprof/HprofString.c
 2095 host C: libdvm <= dalvik/vm/arch/x86/Hints386ABI.c
 2096 host C: libdvm <= dalvik/vm/mterp/out/InterpC-x86.c
 2097 host C: libcrypto <= external/openssl/crypto/cryptlib.c
 2098 host C: libcrypto <= external/openssl/crypto/mem.c
 2099 dalvik/vm/mterp/out/InterpC-x86.c: In function
`dvmMterp_OP_IGET_WIDE_VOLATILE':
 2100 dalvik/vm/mterp/out/InterpC-x86.c:1199: warning: unused variable
`vsrc2'
 2101 dalvik/vm/mterp/out/InterpC-x86.c: In function
`dvmMterp_OP_IPUT_WIDE_VOLATILE':
 2102 dalvik/vm/mterp/out/InterpC-x86.c:1203: warning: unused variable
`vsrc2'
 2103 dalvik/vm/mterp/out/InterpC-x86.c: In function
`dvmMterp_OP_SGET_WIDE_VOLATILE':
 2104 dalvik/vm/mterp/out/InterpC-x86.c:1207: warning: unused variable
`vsrc2'
 2105 dalvik/vm/mterp/out/InterpC-x86.c:1207: warning: unused variable
`vsrc1'
 2106 dalvik/vm/mterp/out/InterpC-x86.c: In function
`dvmMterp_OP_SPUT_WIDE_VOLATILE':
 2107 dalvik/vm/mterp/out/InterpC-x86.c:1211: warning: unused variable
`vsrc2'
 2108 dalvik/vm/mterp/out/InterpC-x86.c:1211: warning: unused variable
`vsrc1'
```

2109 dalvik/vm/mterp/out/InterpC-x86.c: In function
'dvmMterp_OP_EXECUTE_INLINE_RANGE':
2110 dalvik/vm/mterp/out/InterpC-x86.c:1215: warning: unused variable
'vsrc2'
2111 dalvik/vm/mterp/out/InterpC-x86.c: In function
'dvmMterp_filledNewArray':
2112 dalvik/vm/mterp/out/InterpC-x86.c:1270: warning: unused variable
'debugSaveArea'
2113 dalvik/vm/mterp/out/InterpC-x86.c:1270: warning: unused variable
'methodToCall'
2114 dalvik/vm/mterp/out/InterpC-x86.c:1270: warning: unused variable
'vsrc2'
2115 dalvik/vm/mterp/out/InterpC-x86.c: In function
'dvmMterp_invokeVirtual':
2116 dalvik/vm/mterp/out/InterpC-x86.c:1366: warning: unused variable
'debugSaveArea'
2117 dalvik/vm/mterp/out/InterpC-x86.c:1366: warning: unused variable
'vsrc2'
2118 dalvik/vm/mterp/out/InterpC-x86.c: In function 'dvmMterp_invokeSuper':
2119 dalvik/vm/mterp/out/InterpC-x86.c:1462: warning: unused variable
'debugSaveArea'
2120 dalvik/vm/mterp/out/InterpC-x86.c:1462: warning: unused variable
'vsrc2'
2121 dalvik/vm/mterp/out/InterpC-x86.c: In function
'dvmMterp_invokeInterface':
2122 dalvik/vm/mterp/out/InterpC-x86.c:1540: warning: unused variable
'debugSaveArea'
2123 dalvik/vm/mterp/out/InterpC-x86.c:1540: warning: unused variable
'vsrc2'
2124 dalvik/vm/mterp/out/InterpC-x86.c: In function 'dvmMterp_invokeDirect':
2125 dalvik/vm/mterp/out/InterpC-x86.c:1590: warning: unused variable
'debugSaveArea'
2126 dalvik/vm/mterp/out/InterpC-x86.c:1590: warning: unused variable
'vsrc2'
2127 dalvik/vm/mterp/out/InterpC-x86.c: In function 'dvmMterp_invokeStatic':
2128 dalvik/vm/mterp/out/InterpC-x86.c:1625: warning: unused variable
'debugSaveArea'
2129 dalvik/vm/mterp/out/InterpC-x86.c:1625: warning: unused variable
'vsrc2'
2130 dalvik/vm/mterp/out/InterpC-x86.c: In function
'dvmMterp_invokeVirtualQuick':
2131 dalvik/vm/mterp/out/InterpC-x86.c:1660: warning: unused variable
'debugSaveArea'
2132 dalvik/vm/mterp/out/InterpC-x86.c:1660: warning: unused variable
'vsrc2'
2133 dalvik/vm/mterp/out/InterpC-x86.c: In function
'dvmMterp_invokeSuperQuick':
2134 dalvik/vm/mterp/out/InterpC-x86.c:1719: warning: unused variable
'debugSaveArea'
2135 dalvik/vm/mterp/out/InterpC-x86.c:1719: warning: unused variable
'vsrc2'
2136 dalvik/vm/mterp/out/InterpC-x86.c: In function
'dvmMterp_returnFromMethod':
2137 dalvik/vm/mterp/out/InterpC-x86.c:1785: warning: unused variable
'debugSaveArea'
2138 dalvik/vm/mterp/out/InterpC-x86.c:1785: warning: unused variable
'methodToCall'

```
2139 dalvik/vm/mterp/out/InterpC-x86.c:1785: warning: unused variable 'inst'
2140 dalvik/vm/mterp/out/InterpC-x86.c:1785: warning: unused variable 'vdst'
2141 dalvik/vm/mterp/out/InterpC-x86.c:1785: warning: unused variable
'vsrc2'
2142 dalvik/vm/mterp/out/InterpC-x86.c:1785: warning: unused variable
'vsrc1'
2143 dalvik/vm/mterp/out/InterpC-x86.c:1785: warning: unused variable 'ref'
2144 dalvik/vm/mterp/out/InterpC-x86.c: In function
'dvmMterp_exceptionThrown':
2145 dalvik/vm/mterp/out/InterpC-x86.c:1855: warning: unused variable
'debugSaveArea'
2146 dalvik/vm/mterp/out/InterpC-x86.c:1855: warning: unused variable
'methodToCall'
2147 dalvik/vm/mterp/out/InterpC-x86.c:1855: warning: unused variable 'inst'
2148 dalvik/vm/mterp/out/InterpC-x86.c:1855: warning: unused variable 'vdst'
2149 dalvik/vm/mterp/out/InterpC-x86.c:1855: warning: unused variable
'vsrc2'
2150 dalvik/vm/mterp/out/InterpC-x86.c:1855: warning: unused variable
'vsrc1'
2151 dalvik/vm/mterp/out/InterpC-x86.c:1855: warning: unused variable 'ref'
2152 dalvik/vm/mterp/out/InterpC-x86.c: In function 'dvmMterp_invokeMethod':
2153 dalvik/vm/mterp/out/InterpC-x86.c:2026: warning: unused variable
'debugSaveArea'
2154 dalvik/vm/mterp/out/InterpC-x86.c:2026: warning: unused variable 'inst'
2155 dalvik/vm/mterp/out/InterpC-x86.c:2026: warning: unused variable
'vsrc2'
2156 dalvik/vm/mterp/out/InterpC-x86.c:2026: warning: unused variable 'ref'
2157 host C: libcrypto <= external/openssl/crypto/mem_clr.c
2158 host C: libcrypto <= external/openssl/crypto/mem_dbg.c
2159 host C: libcrypto <= external/openssl/crypto/ex_data.c
2160 host C: libcrypto <= external/openssl/crypto/cversion.c
2161 host C: libcrypto <= external/openssl/crypto/cpt_err.c
2162 host C: libcrypto <= external/openssl/crypto/ebcdic.c
2163 host C: libcrypto <= external/openssl/crypto/uid.c
2164 host C: libcrypto <= external/openssl/crypto/o_time.c
2165 host C: libcrypto <= external/openssl/crypto/o_str.c
2166 host C: libcrypto <= external/openssl/crypto/o_dir.c
2167 host C: libcrypto <= external/openssl/crypto/aes/aes_cbc.c
2168 host C: libcrypto <= external/openssl/crypto/aes/aes_cfb.c
2169 host C: libcrypto <= external/openssl/crypto/aes/aes_ctr.c
2170 host C: libcrypto <= external/openssl/crypto/aes/aes_ecb.c
2171 host C: libcrypto <= external/openssl/crypto/aes/aes_misc.c
2172 host C: libcrypto <= external/openssl/crypto/aes/aes_ofb.c
2173 host C: libcrypto <= external/openssl/crypto/aes/aes_wrap.c
2174 host C: libcrypto <= external/openssl/crypto/asn1/a_bitstr.c
2175 host C: libcrypto <= external/openssl/crypto/asn1/a_bool.c
2176 host C: libcrypto <= external/openssl/crypto/asn1/a_bytes.c
2177 host C: libcrypto <= external/openssl/crypto/asn1/a_d2i_fp.c
2178 host C: libcrypto <= external/openssl/crypto/asn1/a_digest.c
2179 host C: libcrypto <= external/openssl/crypto/asn1/a_dup.c
2180 host C: libcrypto <= external/openssl/crypto/asn1/a_enum.c
2181 host C: libcrypto <= external/openssl/crypto/asn1/a_gentm.c
2182 host C: libcrypto <= external/openssl/crypto/asn1/a_i2d_fp.c
2183 host C: libcrypto <= external/openssl/crypto/asn1/a_int.c
2184 host C: libcrypto <= external/openssl/crypto/asn1/a_mbstr.c
2185 host C: libcrypto <= external/openssl/crypto/asn1/a_object.c
2186 host C: libcrypto <= external/openssl/crypto/asn1/a_octet.c
```

```
2187 host C: libcrypto <= external/openssl/crypto/asn1/a_print.c
2188 host C: libcrypto <= external/openssl/crypto/asn1/a_set.c
2189 host C: libcrypto <= external/openssl/crypto/asn1/a_sign.c
2190 host C: libcrypto <= external/openssl/crypto/asn1/a_strex.c
2191 host C: libcrypto <= external/openssl/crypto/asn1/a_strnid.c
2192 host C: libcrypto <= external/openssl/crypto/asn1/a_time.c
2193 host C: libcrypto <= external/openssl/crypto/asn1/a_type.c
2194 host C: libcrypto <= external/openssl/crypto/asn1/a_utctm.c
2195 host C: libcrypto <= external/openssl/crypto/asn1/a_utf8.c
2196 host C: libcrypto <= external/openssl/crypto/asn1/a_verify.c
2197 host C: libcrypto <= external/openssl/crypto/asn1/ameth_lib.c
2198 host C: libcrypto <= external/openssl/crypto/asn1/asn1_err.c
2199 host C: libcrypto <= external/openssl/crypto/asn1/asn1_gen.c
2200 host C: libcrypto <= external/openssl/crypto/asn1/asn1_lib.c
2201 host C: libcrypto <= external/openssl/crypto/asn1/asn1_par.c
2202 host C: libcrypto <= external/openssl/crypto/asn1/asn_mime.c
2203 host C: libcrypto <= external/openssl/crypto/asn1/asn_moid.c
2204 host C: libcrypto <= external/openssl/crypto/asn1/asn_pack.c
2205 host C: libcrypto <= external/openssl/crypto/asn1/bio_asn1.c
2206 host C: libcrypto <= external/openssl/crypto/asn1/bio_ndef.c
2207 host C: libcrypto <= external/openssl/crypto/asn1/d2i_pr.c
2208 host C: libcrypto <= external/openssl/crypto/asn1/d2i_pu.c
2209 host C: libcrypto <= external/openssl/crypto/asn1/evp_asn1.c
2210 host C: libcrypto <= external/openssl/crypto/asn1/f_enum.c
2211 host C: libcrypto <= external/openssl/crypto/asn1/f_int.c
2212 host C: libcrypto <= external/openssl/crypto/asn1/f_string.c
2213 host C: libcrypto <= external/openssl/crypto/asn1/i2d_pr.c
2214 host C: libcrypto <= external/openssl/crypto/asn1/i2d_pu.c
2215 host C: libcrypto <= external/openssl/crypto/asn1/n_pkey.c
2216 host C: libcrypto <= external/openssl/crypto/asn1/nsseq.c
2217 host C: libcrypto <= external/openssl/crypto/asn1/p5_pbe.c
2218 host C: libcrypto <= external/openssl/crypto/asn1/p5_pbev2.c
2219 host C: libcrypto <= external/openssl/crypto/asn1/p8_pkey.c
2220 host C: libcrypto <= external/openssl/crypto/asn1/t_bitst.c
2221 host C: libcrypto <= external/openssl/crypto/asn1/t_crl.c
2222 host C: libcrypto <= external/openssl/crypto/asn1/t_pkey.c
2223 host C: libcrypto <= external/openssl/crypto/asn1/t_req.c
2224 host C: libcrypto <= external/openssl/crypto/asn1/t_spki.c
2225 host C: libcrypto <= external/openssl/crypto/asn1/t_x509.c
2226 host C: libcrypto <= external/openssl/crypto/asn1/t_x509a.c
2227 host C: libcrypto <= external/openssl/crypto/asn1/tasn_dec.c
2228 host C: libcrypto <= external/openssl/crypto/asn1/tasn_enc.c
2229 host C: libcrypto <= external/openssl/crypto/asn1/tasn_fre.c
2230 host C: libcrypto <= external/openssl/crypto/asn1/tasn_new.c
2231 host C: libcrypto <= external/openssl/crypto/asn1/tasn_prn.c
2232 host C: libcrypto <= external/openssl/crypto/asn1/tasn_typ.c
2233 host C: libcrypto <= external/openssl/crypto/asn1/tasn_utl.c
2234 host C: libcrypto <= external/openssl/crypto/asn1/x_algor.c
2235 host C: libcrypto <= external/openssl/crypto/asn1/x_attrib.c
2236 host C: libcrypto <= external/openssl/crypto/asn1/x_bignum.c
2237 host C: libcrypto <= external/openssl/crypto/asn1/x_crl.c
2238 host C: libcrypto <= external/openssl/crypto/asn1/x_exten.c
2239 external/openssl/crypto/asn1/x_bignum.c:85: warning: missing
initializer
2240 external/openssl/crypto/asn1/x_bignum.c:85: warning: (near
initialization for 'bignum_pf.prim_print')
2241 host C: libcrypto <= external/openssl/crypto/asn1/x_info.c
```

```
2242 host C: libcrypto <= external/openssl/crypto/asn1/x_long.c
2243 host C: libcrypto <= external/openssl/crypto/asn1/x_name.c
2244 host C: libcrypto <= external/openssl/crypto/asn1/x_nx509.c
2245 host C: libcrypto <= external/openssl/crypto/asn1/x_pkey.c
2246 host C: libcrypto <= external/openssl/crypto/asn1/x_pubkey.c
2247 host C: libcrypto <= external/openssl/crypto/asn1/x_req.c
2248 host C: libcrypto <= external/openssl/crypto/asn1/x_sig.c
2249 host C: libcrypto <= external/openssl/crypto/asn1/x_spki.c
2250 host C: libcrypto <= external/openssl/crypto/asn1/x_val.c
2251 host C: libcrypto <= external/openssl/crypto/asn1/x_x509.c
2252 host C: libcrypto <= external/openssl/crypto/asn1/x_x509a.c
2253 host C: libcrypto <= external/openssl/crypto/bf/bf_cfb64.c
2254 host C: libcrypto <= external/openssl/crypto/bf/bf_ecb.c
2255 host C: libcrypto <= external/openssl/crypto/bf/bf_enc.c
2256 host C: libcrypto <= external/openssl/crypto/bf/bf_ofb64.c
2257 host C: libcrypto <= external/openssl/crypto/bf/bf_skey.c
2258 host C: libcrypto <= external/openssl/crypto/bio/b_dump.c
2259 host C: libcrypto <= external/openssl/crypto/bio/b_print.c
2260 host C: libcrypto <= external/openssl/crypto/bio/b_sock.c
2261 host C: libcrypto <= external/openssl/crypto/bio/bf_buff.c
2262 host C: libcrypto <= external/openssl/crypto/bio/bf_nbio.c
2263 host C: libcrypto <= external/openssl/crypto/bio/bf_null.c
2264 host C: libcrypto <= external/openssl/crypto/bio/bio_cb.c
2265 host C: libcrypto <= external/openssl/crypto/bio/bio_err.c
2266 host C: libcrypto <= external/openssl/crypto/bio/bio_lib.c
2267 host C: libcrypto <= external/openssl/crypto/bio/bss_acpt.c
2268 host C: libcrypto <= external/openssl/crypto/bio/bss_bio.c
2269 host C: libcrypto <= external/openssl/crypto/bio/bss_conn.c
2270 host C: libcrypto <= external/openssl/crypto/bio/bss_dgram.c
2271 host C: libcrypto <= external/openssl/crypto/bio/bss_fd.c
2272 host C: libcrypto <= external/openssl/crypto/bio/bss_file.c
2273 host C: libcrypto <= external/openssl/crypto/bio/bss_log.c
2274 host C: libcrypto <= external/openssl/crypto/bio/bss_mem.c
2275 host C: libcrypto <= external/openssl/crypto/bio/bss_null.c
2276 host C: libcrypto <= external/openssl/crypto/bio/bss_sock.c
2277 host C: libcrypto <= external/openssl/crypto/bn/bn_add.c
2278 host C: libcrypto <= external/openssl/crypto/bn/bn_asm.c
2279 host C: libcrypto <= external/openssl/crypto/bn/bn_blind.c
2280 host C: libcrypto <= external/openssl/crypto/bn/bn_ctx.c
2281 host C: libcrypto <= external/openssl/crypto/bn/bn_div.c
2282 host C: libcrypto <= external/openssl/crypto/bn/bn_err.c
2283 host C: libcrypto <= external/openssl/crypto/bn/bn_exp.c
2284 host C: libcrypto <= external/openssl/crypto/bn/bn_exp2.c
2285 host C: libcrypto <= external/openssl/crypto/bn/bn_gcd.c
2286 host C: libcrypto <= external/openssl/crypto/bn/bn_gf2m.c
2287 host C: libcrypto <= external/openssl/crypto/bn/bn_lib.c
2288 host C: libcrypto <= external/openssl/crypto/bn/bn_kron.c
2289 host C: libcrypto <= external/openssl/crypto/bn/bn_mod.c
2290 host C: libcrypto <= external/openssl/crypto/bn/bn_mont.c
2291 host C: libcrypto <= external/openssl/crypto/bn/bn_mpi.c
2292 host C: libcrypto <= external/openssl/crypto/bn/bn_mul.c
2293 host C: libcrypto <= external/openssl/crypto/bn/bn_nist.c
2294 host C: libcrypto <= external/openssl/crypto/bn/bn_prime.c
2295 host C: libcrypto <= external/openssl/crypto/bn/bn_print.c
2296 host C: libcrypto <= external/openssl/crypto/bn/bn_rand.c
2297 host C: libcrypto <= external/openssl/crypto/bn/bn_recp.c
2298 host C: libcrypto <= external/openssl/crypto/bn/bn_shift.c
```

```
2299 host C: libcrypto <= external/openssl/crypto/bn/bn_sqr.c
2300 host C: libcrypto <= external/openssl/crypto/bn/bn_sqrt.c
2301 host C: libcrypto <= external/openssl/crypto/bn/bn_word.c
2302 host C: libcrypto <= external/openssl/crypto/buffer/buf_err.c
2303 host C: libcrypto <= external/openssl/crypto/buffer/buffer.c
2304 host C: libcrypto <= external/openssl/crypto/comp/c_rle.c
2305 host C: libcrypto <= external/openssl/crypto/comp/c_zlib.c
2306 host C: libcrypto <= external/openssl/crypto/comp/comp_err.c
2307 host C: libcrypto <= external/openssl/crypto/comp/comp_lib.c
2308 host C: libcrypto <= external/openssl/crypto/conf/conf_api.c
2309 host C: libcrypto <= external/openssl/crypto/conf/conf_def.c
2310 host C: libcrypto <= external/openssl/crypto/conf/conf_err.c
2311 host C: libcrypto <= external/openssl/crypto/conf/conf_lib.c
2312 host C: libcrypto <= external/openssl/crypto/conf/conf_mall.c
2313 host C: libcrypto <= external/openssl/crypto/conf/conf_mod.c
2314 host C: libcrypto <= external/openssl/crypto/conf/conf_sap.c
2315 host C: libcrypto <= external/openssl/crypto/des/cbc_cksm.c
2316 host C: libcrypto <= external/openssl/crypto/des/cbc_enc.c
2317 host C: libcrypto <= external/openssl/crypto/des/cfb64ede.c
2318 host C: libcrypto <= external/openssl/crypto/des/cfb64enc.c
2319 host C: libcrypto <= external/openssl/crypto/des/cfb_enc.c
2320 host C: libcrypto <= external/openssl/crypto/des/des_enc.c
2321 host C: libcrypto <= external/openssl/crypto/des/des_old.c
2322 host C: libcrypto <= external/openssl/crypto/des/des_old2.c
2323 host C: libcrypto <= external/openssl/crypto/des/ecb3_enc.c
2324 host C: libcrypto <= external/openssl/crypto/des/ecb_enc.c
2325 host C: libcrypto <= external/openssl/crypto/des/ede_cbcm_enc.c
2326 host C: libcrypto <= external/openssl/crypto/des/enc_read.c
2327 host C: libcrypto <= external/openssl/crypto/des/enc_writ.c
2328 host C: libcrypto <= external/openssl/crypto/des/fcrypt.c
2329 host C: libcrypto <= external/openssl/crypto/des/fcrypt_b.c
2330 host C: libcrypto <= external/openssl/crypto/des/ofb64ede.c
2331 host C: libcrypto <= external/openssl/crypto/des/ofb64enc.c
2332 host C: libcrypto <= external/openssl/crypto/des/ofb_enc.c
2333 host C: libcrypto <= external/openssl/crypto/des/pcbc_enc.c
2334 host C: libcrypto <= external/openssl/crypto/des/qud_cksm.c
2335 host C: libcrypto <= external/openssl/crypto/des/rand_key.c
2336 host C: libcrypto <= external/openssl/crypto/des/read2pwd.c
2337 host C: libcrypto <= external/openssl/crypto/des/rpc_enc.c
2338 host C: libcrypto <= external/openssl/crypto/des/set_key.c
2339 host C: libcrypto <= external/openssl/crypto/des/str2key.c
2340 host C: libcrypto <= external/openssl/crypto/des/xcbc_enc.c
2341 host C: libcrypto <= external/openssl/crypto/dh/dh_ameth.c
2342 host C: libcrypto <= external/openssl/crypto/dh/dh_asn1.c
2343 host C: libcrypto <= external/openssl/crypto/dh/dh_check.c
2344 external/openssl/crypto/dh/dh_ameth.c:499: warning: missing initializer
2345 external/openssl/crypto/dh/dh_ameth.c:499: warning: (near
initialization for 'dh_asn1_meth.old_priv_decode')
2346 host C: libcrypto <= external/openssl/crypto/dh/dh_depr.c
2347 host C: libcrypto <= external/openssl/crypto/dh/dh_err.c
2348 host C: libcrypto <= external/openssl/crypto/dh/dh_gen.c
2349 host C: libcrypto <= external/openssl/crypto/dh/dh_key.c
2350 host C: libcrypto <= external/openssl/crypto/dh/dh_lib.c
2351 host C: libcrypto <= external/openssl/crypto/dh/dh_pmeth.c
2352 host C: libcrypto <= external/openssl/crypto/dsa/dsa_ameth.c
2353 host C: libcrypto <= external/openssl/crypto/dsa/dsa_asn1.c
2354 host C: libcrypto <= external/openssl/crypto/dsa/dsa_depr.c
```

```
2355 host C: libcrypto <= external/openssl/crypto/dsa/dsa_err.c
2356 external/openssl/crypto/dsa/dsa_ameth.c:604: warning: missing
initializer
2357 external/openssl/crypto/dsa/dsa_ameth.c:604: warning: (near
initialization for 'dsa_asn1_meths[0].pem_str')
2358 external/openssl/crypto/dsa/dsa_ameth.c:610: warning: missing
initializer
2359 external/openssl/crypto/dsa/dsa_ameth.c:610: warning: (near
initialization for 'dsa_asn1_meths[1].pem_str')
2360 external/openssl/crypto/dsa/dsa_ameth.c:616: warning: missing
initializer
2361 external/openssl/crypto/dsa/dsa_ameth.c:616: warning: (near
initialization for 'dsa_asn1_meths[2].pem_str')
2362 external/openssl/crypto/dsa/dsa_ameth.c:622: warning: missing
initializer
2363 external/openssl/crypto/dsa/dsa_ameth.c:622: warning: (near
initialization for 'dsa_asn1_meths[3].pem_str')
2364 host C: libcrypto <= external/openssl/crypto/dsa/dsa_gen.c
2365 host C: libcrypto <= external/openssl/crypto/dsa/dsa_key.c
2366 host C: libcrypto <= external/openssl/crypto/dsa/dsa_lib.c
2367 host C: libcrypto <= external/openssl/crypto/dsa/dsa_ossl.c
2368 host C: libcrypto <= external/openssl/crypto/dsa/dsa_pmeth.c
2369 host C: libcrypto <= external/openssl/crypto/dsa/dsa_prn.c
2370 host C: libcrypto <= external/openssl/crypto/dsa/dsa_sign.c
2371 host C: libcrypto <= external/openssl/crypto/dsa/dsa_vrf.c
2372 host C: libcrypto <= external/openssl/crypto/dso/dso_dl.c
2373 host C: libcrypto <= external/openssl/crypto/dso/dso_dlfcn.c
2374 host C: libcrypto <= external/openssl/crypto/dso/dso_err.c
2375 host C: libcrypto <= external/openssl/crypto/dso/dso_lib.c
2376 host C: libcrypto <= external/openssl/crypto/dso/dso_null.c
2377 host C: libcrypto <= external/openssl/crypto/dso/dso_openssl.c
2378 host C: libcrypto <= external/openssl/crypto/dso/dso_vms.c
2379 host C: libcrypto <= external/openssl/crypto/dso/dso_win32.c
2380 host C: libcrypto <= external/openssl/crypto/ec/ec2_mult.c
2381 host C: libcrypto <= external/openssl/crypto/ec/ec2_smpl.c
2382 host C: libcrypto <= external/openssl/crypto/ec/ec_ameth.c
2383 host C: libcrypto <= external/openssl/crypto/ec/ec_asn1.c
2384 host C: libcrypto <= external/openssl/crypto/ec/ec_check.c
2385 host C: libcrypto <= external/openssl/crypto/ec/ec_cvt.c
2386 host C: libcrypto <= external/openssl/crypto/ec/ec_curve.c
2387 host C: libcrypto <= external/openssl/crypto/ec/ec_err.c
2388 host C: libcrypto <= external/openssl/crypto/ec/ec_key.c
2389 host C: libcrypto <= external/openssl/crypto/ec/ec_lib.c
2390 host C: libcrypto <= external/openssl/crypto/ec/ec_mult.c
2391 host C: libcrypto <= external/openssl/crypto/ec/ec_pmeth.c
2392 host C: libcrypto <= external/openssl/crypto/ec/ec_print.c
2393 host C: libcrypto <= external/openssl/crypto/ec/eck_prn.c
2394 host C: libcrypto <= external/openssl/crypto/ec/ecp_mont.c
2395 host C: libcrypto <= external/openssl/crypto/ec/ecp_nist.c
2396 host C: libcrypto <= external/openssl/crypto/ec/ecp_smpl.c
2397 host C: libcrypto <= external/openssl/crypto/ecdh/ech_err.c
2398 host C: libcrypto <= external/openssl/crypto/ecdh/ech_key.c
2399 host C: libcrypto <= external/openssl/crypto/ecdh/ech_lib.c
2400 host C: libcrypto <= external/openssl/crypto/ecdh/ech_ossl.c
2401 host C: libcrypto <= external/openssl/crypto/ecdsa/ecs_asn1.c
2402 host C: libcrypto <= external/openssl/crypto/ecdsa/ecs_err.c
2403 host C: libcrypto <= external/openssl/crypto/ecdsa/ecs_lib.c
```

```
2404 host C: libcrypto <= external/openssl/crypto/ecdsa/ecs_ossl.c
2405 host C: libcrypto <= external/openssl/crypto/ecdsa/ecs_sign.c
2406 host C: libcrypto <= external/openssl/crypto/ecdsa/ecs_vrf.c
2407 host C: libcrypto <= external/openssl/crypto/err/err.c
2408 host C: libcrypto <= external/openssl/crypto/err/err_all.c
2409 host C: libcrypto <= external/openssl/crypto/err/err_prn.c
2410 host C: libcrypto <= external/openssl/crypto/evp/bio_b64.c
2411 host C: libcrypto <= external/openssl/crypto/evp/bio_enc.c
2412 host C: libcrypto <= external/openssl/crypto/evp/bio_md.c
2413 host C: libcrypto <= external/openssl/crypto/evp/bio_ok.c
2414 host C: libcrypto <= external/openssl/crypto/evp/c_all.c
2415 host C: libcrypto <= external/openssl/crypto/evp/c_allc.c
2416 host C: libcrypto <= external/openssl/crypto/evp/c_alld.c
2417 host C: libcrypto <= external/openssl/crypto/evp/digest.c
2418 host C: libcrypto <= external/openssl/crypto/evp/e_aes.c
2419 host C: libcrypto <= external/openssl/crypto/evp/e_bf.c
2420 host C: libcrypto <= external/openssl/crypto/evp/e_des.c
2421 host C: libcrypto <= external/openssl/crypto/evp/e_des3.c
2422 host C: libcrypto <= external/openssl/crypto/evp/e_null.c
2423 host C: libcrypto <= external/openssl/crypto/evp/e_old.c
2424 host C: libcrypto <= external/openssl/crypto/evp/e_rc2.c
2425 host C: libcrypto <= external/openssl/crypto/evp/e_rc4.c
2426 host C: libcrypto <= external/openssl/crypto/evp/e_rc5.c
2427 host C: libcrypto <= external/openssl/crypto/evp/e_xcbc_d.c
2428 host C: libcrypto <= external/openssl/crypto/evp/encode.c
2429 host C: libcrypto <= external/openssl/crypto/evp/evp_acnf.c
2430 host C: libcrypto <= external/openssl/crypto/evp/evp_enc.c
2431 host C: libcrypto <= external/openssl/crypto/evp/evp_err.c
2432 host C: libcrypto <= external/openssl/crypto/evp/evp_key.c
2433 host C: libcrypto <= external/openssl/crypto/evp/evp_lib.c
2434 host C: libcrypto <= external/openssl/crypto/evp/evp_pbe.c
2435 host C: libcrypto <= external/openssl/crypto/evp/evp_pkey.c
2436 host C: libcrypto <= external/openssl/crypto/evp/m_dss.c
2437 host C: libcrypto <= external/openssl/crypto/evp/m_dss1.c
2438 host C: libcrypto <= external/openssl/crypto/evp/m_ecdsa.c
2439 external/openssl/crypto/evp/m_dss1.c:94: warning: missing initializer
2440 external/openssl/crypto/evp/m_dss1.c:94: warning: (near initialization
for 'dss1_md.md_ctrl')
2441 external/openssl/crypto/evp/m_dss.c:93: warning: missing initializer
2442 external/openssl/crypto/evp/m_dss.c:93: warning: (near initialization
for 'dsa_md.md_ctrl')
2443 host C: libcrypto <= external/openssl/crypto/evp/m_md4.c
2444 external/openssl/crypto/evp/m_ecdsa.c:142: warning: missing initializer
2445 external/openssl/crypto/evp/m_ecdsa.c:142: warning: (near
initialization for 'ecdsa_md.md_ctrl')
2446 host C: libcrypto <= external/openssl/crypto/evp/m_md5.c
2447 host C: libcrypto <= external/openssl/crypto/evp/m_mdc2.c
2448 host C: libcrypto <= external/openssl/crypto/evp/m_null.c
2449 external/openssl/crypto/evp/m_md4.c:95: warning: missing initializer
2450 external/openssl/crypto/evp/m_md4.c:95: warning: (near initialization
for 'md4_md.md_ctrl')
2451 host C: libcrypto <= external/openssl/crypto/evp/m_ripemd.c
2452 external/openssl/crypto/evp/m_md5.c:95: warning: missing initializer
2453 external/openssl/crypto/evp/m_md5.c:95: warning: (near initialization
for 'md5_md.md_ctrl')
2454 external/openssl/crypto/evp/m_null.c:88: warning: missing initializer
```

```
2455 external/openssl/crypto/evp/m_null.c:88: warning: (near initialization
for 'null_md.md_ctrl')
2456 host C: libcrypto <= external/openssl/crypto/evp/m_sha1.c
2457 host C: libcrypto <= external/openssl/crypto/evp/m_sigver.c
2458 host C: libcrypto <= external/openssl/crypto/evp/m_wp.c
2459 external/openssl/crypto/evp/m_ripemd.c:95: warning: missing initializer
2460 external/openssl/crypto/evp/m_sha1.c:94: warning: missing initializer
2461 external/openssl/crypto/evp/m_sha1.c:94: warning: (near initialization
for 'sha1_md.md_ctrl')
2462 external/openssl/crypto/evp/m_sha1.c:131: warning: missing initializer
2463 external/openssl/crypto/evp/m_sha1.c:131: warning: (near initialization
for 'sha224_md.md_ctrl')
2464 external/openssl/crypto/evp/m_sha1.c:150: warning: missing initializer
2465 external/openssl/crypto/evp/m_sha1.c:150: warning: (near initialization
for 'sha256_md.md_ctrl')
2466 external/openssl/crypto/evp/m_sha1.c:181: warning: missing initializer
2467 external/openssl/crypto/evp/m_sha1.c:181: warning: (near initialization
for 'sha384_md.md_ctrl')
2468 external/openssl/crypto/evp/m_sha1.c:200: warning: missing initializer
2469 external/openssl/crypto/evp/m_sha1.c:200: warning: (near initialization
for 'sha512_md.md_ctrl')
2470 external/openssl/crypto/evp/m_ripemd.c:95: warning: (near
initialization for 'ripemd160_md.md_ctrl')
2471 host C: libcrypto <= external/openssl/crypto/evp/names.c
2472 host C: libcrypto <= external/openssl/crypto/evp/p5_crpt.c
2473 host C: libcrypto <= external/openssl/crypto/evp/p5_crpt2.c
2474 host C: libcrypto <= external/openssl/crypto/evp/p_dec.c
2475 host C: libcrypto <= external/openssl/crypto/evp/p_enc.c
2476 host C: libcrypto <= external/openssl/crypto/evp/p_lib.c
2477 host C: libcrypto <= external/openssl/crypto/evp/p_open.c
2478 host C: libcrypto <= external/openssl/crypto/evp/p_seal.c
2479 host C: libcrypto <= external/openssl/crypto/evp/p_sign.c
2480 host C: libcrypto <= external/openssl/crypto/evp/p_verify.c
2481 host C: libcrypto <= external/openssl/crypto/evp/pmeth_fn.c
2482 host C: libcrypto <= external/openssl/crypto/evp/pmeth_gn.c
2483 host C: libcrypto <= external/openssl/crypto/evp/pmeth_lib.c
2484 host C: libcrypto <= external/openssl/crypto/hmac/hm_ameth.c
2485 host C: libcrypto <= external/openssl/crypto/hmac/hm_pmeth.c
2486 host C: libcrypto <= external/openssl/crypto/hmac/hmac.c
2487 host C: libcrypto <= external/openssl/crypto/krb5/krb5_asn.c
2488 host C: libcrypto <= external/openssl/crypto/lhash/lh_stats.c
2489 host C: libcrypto <= external/openssl/crypto/lhash/lhash.c
2490 host C: libcrypto <= external/openssl/crypto/md4/md4_dgst.c
2491 host C: libcrypto <= external/openssl/crypto/md4/md4_one.c
2492 host C: libcrypto <= external/openssl/crypto/md5/md5_dgst.c
2493 host C: libcrypto <= external/openssl/crypto/md5/md5_one.c
2494 host C: libcrypto <= external/openssl/crypto/modes/cbc128.c
2495 host C: libcrypto <= external/openssl/crypto/modes/cfb128.c
2496 host C: libcrypto <= external/openssl/crypto/modes/ctr128.c
2497 host C: libcrypto <= external/openssl/crypto/modes/ofb128.c
2498 host C: libcrypto <= external/openssl/crypto/objects/o_names.c
2499 host C: libcrypto <= external/openssl/crypto/objects/obj_dat.c
2500 host C: libcrypto <= external/openssl/crypto/objects/obj_err.c
2501 host C: libcrypto <= external/openssl/crypto/objects/obj_lib.c
2502 host C: libcrypto <= external/openssl/crypto/objects/obj_xref.c
2503 host C: libcrypto <= external/openssl/crypto/ocsp/ocsp_asn.c
2504 host C: libcrypto <= external/openssl/crypto/ocsp/ocsp_cl.c
```

```
2505 host C: libcrypto <= external/openssl/crypto/ocsp/ocsp_err.c
2506 host C: libcrypto <= external/openssl/crypto/ocsp/ocsp_ext.c
2507 host C: libcrypto <= external/openssl/crypto/ocsp/ocsp_ht.c
2508 host C: libcrypto <= external/openssl/crypto/ocsp/ocsp_lib.c
2509 host C: libcrypto <= external/openssl/crypto/ocsp/ocsp_prn.c
2510 host C: libcrypto <= external/openssl/crypto/ocsp/ocsp_srv.c
2511 host C: libcrypto <= external/openssl/crypto/ocsp/ocsp_vfy.c
2512 host C: libcrypto <= external/openssl/crypto/pem/pem_err.c
2513 host C: libcrypto <= external/openssl/crypto/pem/pem_all.c
2514 host C: libcrypto <= external/openssl/crypto/pem/pem_info.c
2515 host C: libcrypto <= external/openssl/crypto/pem/pem_lib.c
2516 host C: libcrypto <= external/openssl/crypto/pem/pem_oth.c
2517 host C: libcrypto <= external/openssl/crypto/pem/pem_pk8.c
2518 host C: libcrypto <= external/openssl/crypto/pem/pem_pkey.c
2519 host C: libcrypto <= external/openssl/crypto/pem/pem_seal.c
2520 host C: libcrypto <= external/openssl/crypto/pem/pem_sign.c
2521 host C: libcrypto <= external/openssl/crypto/pem/pem_x509.c
2522 host C: libcrypto <= external/openssl/crypto/pem/pem_xaux.c
2523 host C: libcrypto <= external/openssl/crypto/pem/pvkfmt.c
2524 host C: libcrypto <= external/openssl/crypto/pkcs12/p12_add.c
2525 host C: libcrypto <= external/openssl/crypto/pkcs12/p12_asn.c
2526 host C: libcrypto <= external/openssl/crypto/pkcs12/p12_attr.c
2527 host C: libcrypto <= external/openssl/crypto/pkcs12/p12_crpt.c
2528 host C: libcrypto <= external/openssl/crypto/pkcs12/p12_crt.c
2529 host C: libcrypto <= external/openssl/crypto/pkcs12/p12_decr.c
2530 host C: libcrypto <= external/openssl/crypto/pkcs12/p12_init.c
2531 host C: libcrypto <= external/openssl/crypto/pkcs12/p12_key.c
2532 host C: libcrypto <= external/openssl/crypto/pkcs12/p12_kiss.c
2533 host C: libcrypto <= external/openssl/crypto/pkcs12/p12_mutl.c
2534 host C: libcrypto <= external/openssl/crypto/pkcs12/p12_npas.c
2535 host C: libcrypto <= external/openssl/crypto/pkcs12/p12_p8d.c
2536 host C: libcrypto <= external/openssl/crypto/pkcs12/p12_p8e.c
2537 host C: libcrypto <= external/openssl/crypto/pkcs12/p12_utl.c
2538 host C: libcrypto <= external/openssl/crypto/pkcs12/pk12err.c
2539 host C: libcrypto <= external/openssl/crypto/pkcs7/pk7_asn1.c
2540 host C: libcrypto <= external/openssl/crypto/pkcs7/pk7_attr.c
2541 host C: libcrypto <= external/openssl/crypto/pkcs7/pk7_doit.c
2542 host C: libcrypto <= external/openssl/crypto/pkcs7/pk7_lib.c
2543 host C: libcrypto <= external/openssl/crypto/pkcs7/pk7_mime.c
2544 host C: libcrypto <= external/openssl/crypto/pkcs7/pk7_smime.c
2545 host C: libcrypto <= external/openssl/crypto/pkcs7/pkcs7err.c
2546 host C: libcrypto <= external/openssl/crypto/rand/md_rand.c
2547 host C: libcrypto <= external/openssl/crypto/rand/rand_egd.c
2548 host C: libcrypto <= external/openssl/crypto/rand/rand_err.c
2549 host C: libcrypto <= external/openssl/crypto/rand/rand_lib.c
2550 host C: libcrypto <= external/openssl/crypto/rand/rand_unix.c
2551 host C: libcrypto <= external/openssl/crypto/rand/randfile.c
2552 host C: libcrypto <= external/openssl/crypto/rc2/rc2_cbc.c
2553 host C: libcrypto <= external/openssl/crypto/rc2/rc2_ecb.c
2554 host C: libcrypto <= external/openssl/crypto/rc2/rc2_skey.c
2555 host C: libcrypto <= external/openssl/crypto/rc2/rc2cfb64.c
2556 host C: libcrypto <= external/openssl/crypto/rc2/rc2ofb64.c
2557 host C: libcrypto <= external/openssl/crypto/rc4/rc4_enc.c
2558 host C: libcrypto <= external/openssl/crypto/rc4/rc4_skey.c
2559 host C: libcrypto <= external/openssl/crypto/ripemd/rmd_dgst.c
2560 host C: libcrypto <= external/openssl/crypto/ripemd/rmd_one.c
2561 host C: libcrypto <= external/openssl/crypto/rsa/rsa_ameth.c
```

```
2562 host C: libcrypto <= external/openssl/crypto/rsa/rsa_asn1.c
2563 external/openssl/crypto/rsa/rsa_ameth.c:348: warning: missing
initializer
2564 external/openssl/crypto/rsa/rsa_ameth.c:348: warning: (near
initialization for 'rsa_asn1_meths[1].pem_str')
2565 host C: libcrypto <= external/openssl/crypto/rsa/rsa_chk.c
2566 host C: libcrypto <= external/openssl/crypto/rsa/rsa_eay.c
2567 host C: libcrypto <= external/openssl/crypto/rsa/rsa_err.c
2568 host C: libcrypto <= external/openssl/crypto/rsa/rsa_gen.c
2569 host C: libcrypto <= external/openssl/crypto/rsa/rsa_lib.c
2570 host C: libcrypto <= external/openssl/crypto/rsa/rsa_none.c
2571 host C: libcrypto <= external/openssl/crypto/rsa/rsa_null.c
2572 host C: libcrypto <= external/openssl/crypto/rsa/rsa_oaep.c
2573 host C: libcrypto <= external/openssl/crypto/rsa/rsa_pk1.c
2574 host C: libcrypto <= external/openssl/crypto/rsa/rsa_pmeth.c
2575 host C: libcrypto <= external/openssl/crypto/rsa/rsa_prn.c
2576 host C: libcrypto <= external/openssl/crypto/rsa/rsa_pss.c
2577 host C: libcrypto <= external/openssl/crypto/rsa/rsa_saos.c
2578 host C: libcrypto <= external/openssl/crypto/rsa/rsa_sign.c
2579 host C: libcrypto <= external/openssl/crypto/rsa/rsa_ssl.c
2580 host C: libcrypto <= external/openssl/crypto/rsa/rsa_x931.c
2581 host C: libcrypto <= external/openssl/crypto/sha/sha1_one.c
2582 host C: libcrypto <= external/openssl/crypto/sha/sha1dgst.c
2583 host C: libcrypto <= external/openssl/crypto/sha/sha256.c
2584 host C: libcrypto <= external/openssl/crypto/sha/sha512.c
2585 host C: libcrypto <= external/openssl/crypto/sha/sha_dgst.c
2586 host C: libcrypto <= external/openssl/crypto/stack/stack.c
2587 host C: libcrypto <= external/openssl/crypto/ts/ts_err.c
2588 host C: libcrypto <= external/openssl/crypto/txt_db/txt_db.c
2589 host C: libcrypto <= external/openssl/crypto/ui/ui_compat.c
2590 host C: libcrypto <= external/openssl/crypto/ui/ui_err.c
2591 host C: libcrypto <= external/openssl/crypto/ui/ui_lib.c
2592 host C: libcrypto <= external/openssl/crypto/ui/ui_openssl.c
2593 host C: libcrypto <= external/openssl/crypto/ui/ui_util.c
2594 host C: libcrypto <= external/openssl/crypto/x509/by_dir.c
2595 host C: libcrypto <= external/openssl/crypto/x509/by_file.c
2596 host C: libcrypto <= external/openssl/crypto/x509/x509_att.c
2597 host C: libcrypto <= external/openssl/crypto/x509/x509_cmp.c
2598 host C: libcrypto <= external/openssl/crypto/x509/x509_d2.c
2599 host C: libcrypto <= external/openssl/crypto/x509/x509_def.c
2600 host C: libcrypto <= external/openssl/crypto/x509/x509_err.c
2601 host C: libcrypto <= external/openssl/crypto/x509/x509_ext.c
2602 host C: libcrypto <= external/openssl/crypto/x509/x509_lu.c
2603 host C: libcrypto <= external/openssl/crypto/x509/x509_obj.c
2604 host C: libcrypto <= external/openssl/crypto/x509/x509_r2x.c
2605 host C: libcrypto <= external/openssl/crypto/x509/x509_req.c
2606 host C: libcrypto <= external/openssl/crypto/x509/x509_set.c
2607 host C: libcrypto <= external/openssl/crypto/x509/x509_trs.c
2608 host C: libcrypto <= external/openssl/crypto/x509/x509_txt.c
2609 host C: libcrypto <= external/openssl/crypto/x509/x509_v3.c
2610 host C: libcrypto <= external/openssl/crypto/x509/x509_vfy.c
2611 host C: libcrypto <= external/openssl/crypto/x509/x509cset.c
2612 host C: libcrypto <= external/openssl/crypto/x509/x509_vpm.c
2613 host C: libcrypto <= external/openssl/crypto/x509/x509name.c
2614 host C: libcrypto <= external/openssl/crypto/x509/x509rset.c
2615 host C: libcrypto <= external/openssl/crypto/x509/x509spki.c
2616 host C: libcrypto <= external/openssl/crypto/x509/x509type.c
```

```
2617 host C: libcrypto <= external/openssl/crypto/x509/x_all.c
2618 host C: libcrypto <= external/openssl/crypto/x509v3/pcy_cache.c
2619 host C: libcrypto <= external/openssl/crypto/x509v3/pcy_data.c
2620 host C: libcrypto <= external/openssl/crypto/x509v3/pcy_lib.c
2621 host C: libcrypto <= external/openssl/crypto/x509v3/pcy_map.c
2622 host C: libcrypto <= external/openssl/crypto/x509v3/pcy_node.c
2623 host C: libcrypto <= external/openssl/crypto/x509v3/pcy_tree.c
2624 host C: libcrypto <= external/openssl/crypto/x509v3/v3_akey.c
2625 host C: libcrypto <= external/openssl/crypto/x509v3/v3_akeya.c
2626 host C: libcrypto <= external/openssl/crypto/x509v3/v3_alt.c
2627 host C: libcrypto <= external/openssl/crypto/x509v3/v3_bitst.c
2628 host C: libcrypto <= external/openssl/crypto/x509v3/v3_bcons.c
2629 host C: libcrypto <= external/openssl/crypto/x509v3/v3_conf.c
2630 host C: libcrypto <= external/openssl/crypto/x509v3/v3_cpols.c
2631 host C: libcrypto <= external/openssl/crypto/x509v3/v3_crld.c
2632 host C: libcrypto <= external/openssl/crypto/x509v3/v3_enum.c
2633 host C: libcrypto <= external/openssl/crypto/x509v3/v3_extku.c
2634 host C: libcrypto <= external/openssl/crypto/x509v3/v3_genn.c
2635 host C: libcrypto <= external/openssl/crypto/x509v3/v3_info.c
2636 host C: libcrypto <= external/openssl/crypto/x509v3/v3_ia5.c
2637 host C: libcrypto <= external/openssl/crypto/x509v3/v3_int.c
2638 host C: libcrypto <= external/openssl/crypto/x509v3/v3_lib.c
2639 host C: libcrypto <= external/openssl/crypto/x509v3/v3_ncons.c
2640 host C: libcrypto <= external/openssl/crypto/x509v3/v3_ocsp.c
2641 host C: libcrypto <= external/openssl/crypto/x509v3/v3_pci.c
2642 host C: libcrypto <= external/openssl/crypto/x509v3/v3_pcia.c
2643 host C: libcrypto <= external/openssl/crypto/x509v3/v3_pcons.c
2644 host C: libcrypto <= external/openssl/crypto/x509v3/v3_pku.c
2645 host C: libcrypto <= external/openssl/crypto/x509v3/v3_pmaps.c
2646 host C: libcrypto <= external/openssl/crypto/x509v3/v3_prn.c
2647 host C: libcrypto <= external/openssl/crypto/x509v3/v3_purp.c
2648 host C: libcrypto <= external/openssl/crypto/x509v3/v3_skey.c
2649 host C: libcrypto <= external/openssl/crypto/x509v3/v3_sxnet.c
2650 host C: libcrypto <= external/openssl/crypto/x509v3/v3_utl.c
2651 host C: libcrypto <= external/openssl/crypto/x509v3/v3err.c
2652 external/openssl/crypto/x509v3/v3_utl.c: In function 'hex_to_string':
2653 external/openssl/crypto/x509v3/v3_utl.c:368: warning: 'static' is not
at beginning of declaration
2654 host C: libcrypto <= external/openssl/crypto/aes/aes_core.c
2655 host C: libz <= external/zlib/adler32.c
2656 host C: libz <= external/zlib/compress.c
2657 host C: libz <= external/zlib/crc32.c
2658 host C: libz <= external/zlib/gzclose.c
2659 host C: libz <= external/zlib/gzlib.c
2660 host C: libz <= external/zlib/gzread.c
2661 host C: libz <= external/zlib/gzwrite.c
2662 host C: libz <= external/zlib/uncompr.c
2663 host C: libz <= external/zlib/deflate.c
2664 host C: libz <= external/zlib/trees.c
2665 host C: libz <= external/zlib/zutil.c
2666 host C: libz <= external/zlib/inflate.c
2667 host C: libz <= external/zlib/infback.c
2668 host C: libz <= external/zlib/inftrees.c
2669 host C: libz <= external/zlib/inffast.c
2670 host C: libssl <= external/openssl/ssl/s2_meth.c
2671 host C: libssl <= external/openssl/ssl/s2_srvr.c
2672 host C: libssl <= external/openssl/ssl/s2_clnt.c
```

```
2673 host C: libssl <= external/openssl/ssl/s2_enc.c
2674 host C: libssl <= external/openssl/ssl/s2_lib.c
2675 host C: libssl <= external/openssl/ssl/s2_pkt.c
2676 host C: libssl <= external/openssl/ssl/s3_srvr.c
2677 host C: libssl <= external/openssl/ssl/s3_meth.c
2678 host C: libssl <= external/openssl/ssl/s3_clnt.c
2679 host C: libssl <= external/openssl/ssl/s3_lib.c
2680 host C: libssl <= external/openssl/ssl/s3_enc.c
2681 host C: libssl <= external/openssl/ssl/s3_pkt.c
2682 host C: libssl <= external/openssl/ssl/s3_both.c
2683 host C: libssl <= external/openssl/ssl/s23_meth.c
2684 host C: libssl <= external/openssl/ssl/s23_srvr.c
2685 host C: libssl <= external/openssl/ssl/s23_clnt.c
2686 host C: libssl <= external/openssl/ssl/s23_lib.c
2687 host C: libssl <= external/openssl/ssl/s23_pkt.c
2688 host C: libssl <= external/openssl/ssl/t1_meth.c
2689 host C: libssl <= external/openssl/ssl/t1_srvr.c
2690 host C: libssl <= external/openssl/ssl/t1_clnt.c
2691 host C: libssl <= external/openssl/ssl/t1_lib.c
2692 host C: libssl <= external/openssl/ssl/t1_enc.c
2693 host C: libssl <= external/openssl/ssl/t1_reneg.c
2694 host C: libssl <= external/openssl/ssl/ssl_lib.c
2695 host C: libssl <= external/openssl/ssl/ssl_err2.c
2696 host C: libssl <= external/openssl/ssl/ssl_cert.c
2697 host C: libssl <= external/openssl/ssl/ssl_sess.c
2698 host C: libssl <= external/openssl/ssl/ssl_ciph.c
2699 host C: libssl <= external/openssl/ssl/ssl_stat.c
2700 host C: libssl <= external/openssl/ssl/ssl_rsa.c
2701 host C: libssl <= external/openssl/ssl/ssl_asn1.c
2702 host C: libssl <= external/openssl/ssl/ssl_txt.c
2703 host C: libssl <= external/openssl/ssl/ssl_algs.c
2704 host C: libssl <= external/openssl/ssl/bio_ssl.c
2705 host C: libssl <= external/openssl/ssl/ssl_err.c
2706 host C: libssl <= external/openssl/ssl/kssl.c
2707 host C++: libicui18n <= external/icu4c/i18n/indiancal.cpp
2708 host C++: libicui18n <= external/icu4c/i18n/dtptngen.cpp
2709 host C++: libicui18n <= external/icu4c/i18n/dtrule.cpp
2710 host C++: libicui18n <= external/icu4c/i18n/persncal.cpp
2711 host C++: libicui18n <= external/icu4c/i18n/rbtz.cpp
2712 host C++: libicui18n <= external/icu4c/i18n/reldtfmt.cpp
2713 host C++: libicui18n <= external/icu4c/i18n/taiwncal.cpp
2714 host C++: libicui18n <= external/icu4c/i18n/tzrule.cpp
2715 host C++: libicui18n <= external/icu4c/i18n/tztrans.cpp
2716 host C++: libicui18n <= external/icu4c/i18n/udatpg.cpp
2717 external/icu4c/i18n/tztrans.cpp: In member function 'UBool
icu_44::TimeZoneTransition::operator==(const icu_44::TimeZoneTransition&)
const':
2718 external/icu4c/i18n/tztrans.cpp:74: warning: suggest parentheses around
'&&' within '||'
2719 external/icu4c/i18n/tztrans.cpp:76: warning: suggest parentheses around
'&&' within '||'
2720 host C++: libicui18n <= external/icu4c/i18n/vtzone.cpp
2721 host C++: libicui18n <= external/icu4c/i18n/anytrans.cpp
2722 host C++: libicui18n <= external/icu4c/i18n/astro.cpp
2723 host C++: libicui18n <= external/icu4c/i18n/buddhcal.cpp
2724 host C++: libicui18n <= external/icu4c/i18n/basictz.cpp
```

```
2725 external/icu4c/i18n/basictz.cpp: In member function 'virtual UBool
icu_44::BasicTimeZone::hasEquivalentTransitions(icu_44::BasicTimeZone&,
UDate, UDate, UBool, UErrorCode&)':
2726 external/icu4c/i18n/basictz.cpp:104: warning: suggest parentheses
around '&&' within '||'
2727 external/icu4c/i18n/basictz.cpp:105: warning: suggest parentheses
around '&&' within '||'
2728 host C++: libicui18n <= external/icu4c/i18n/calendar.cpp
2729 host C++: libicui18n <= external/icu4c/i18n/casetrn.cpp
2730 host C++: libicui18n <= external/icu4c/i18n/choicfmt.cpp
2731 external/icu4c/i18n/calendar.cpp: In member function 'int32_t
icu_44::Calendar::getActualHelper(UCalendarDateFields, int32_t, int32_t,
UErrorCode&) const':
2732 external/icu4c/i18n/calendar.cpp:3192: warning: suggest parentheses
around '&&' within '||'
2733 host C++: libicui18n <= external/icu4c/i18n/coleitr.cpp
2734 host C++: libicui18n <= external/icu4c/i18n/coll.cpp
2735 host C++: libicui18n <= external/icu4c/i18n/cpdtrans.cpp
2736 host C++: libicui18n <= external/icu4c/i18n/csdetect.cpp
2737 host C++: libicui18n <= external/icu4c/i18n/csmatch.cpp
2738 host C++: libicui18n <= external/icu4c/i18n/csr2022.cpp
2739 host C++: libicui18n <= external/icu4c/i18n/csrecog.cpp
2740 host C++: libicui18n <= external/icu4c/i18n/csrmbcs.cpp
2741 host C++: libicui18n <= external/icu4c/i18n/csrsbcs.cpp
2742 host C++: libicui18n <= external/icu4c/i18n/csrucode.cpp
2743 host C++: libicui18n <= external/icu4c/i18n/csrutf8.cpp
2744 host C++: libicui18n <= external/icu4c/i18n/curramt.cpp
2745 host C++: libicui18n <= external/icu4c/i18n/currfmt.cpp
2746 host C++: libicui18n <= external/icu4c/i18n/currunit.cpp
2747 host C++: libicui18n <= external/icu4c/i18n/datefmt.cpp
2748 host C++: libicui18n <= external/icu4c/i18n/dcfmtsym.cpp
2749 host C++: libicui18n <= external/icu4c/i18n/decimfmt.cpp
2750 host C++: libicui18n <= external/icu4c/i18n/digitlst.cpp
2751 host C++: libicui18n <= external/icu4c/i18n/dtfmtsym.cpp
2752 host C++: libicui18n <= external/icu4c/i18n/esctrn.cpp
2753 host C++: libicui18n <= external/icu4c/i18n/fmtable_cnv.cpp
2754 host C++: libicui18n <= external/icu4c/i18n/fmtable.cpp
2755 host C++: libicui18n <= external/icu4c/i18n/format.cpp
2756 host C++: libicui18n <= external/icu4c/i18n/funcrepl.cpp
2757 host C++: libicui18n <= external/icu4c/i18n/gregocal.cpp
2758 host C++: libicui18n <= external/icu4c/i18n/gregoimp.cpp
2759 host C++: libicui18n <= external/icu4c/i18n/hebrwcal.cpp
2760 host C++: libicui18n <= external/icu4c/i18n/inputext.cpp
2761 host C++: libicui18n <= external/icu4c/i18n/islamcal.cpp
2762 host C++: libicui18n <= external/icu4c/i18n/japancal.cpp
2763 host C++: libicui18n <= external/icu4c/i18n/measfmt.cpp
2764 host C++: libicui18n <= external/icu4c/i18n/measure.cpp
2765 host C++: libicui18n <= external/icu4c/i18n/msgfmt.cpp
2766 host C++: libicui18n <= external/icu4c/i18n/name2uni.cpp
2767 host C++: libicui18n <= external/icu4c/i18n/nfrs.cpp
2768 host C++: libicui18n <= external/icu4c/i18n/nfrule.cpp
2769 host C++: libicui18n <= external/icu4c/i18n/nfsubs.cpp
2770 host C++: libicui18n <= external/icu4c/i18n/nortrans.cpp
2771 host C++: libicui18n <= external/icu4c/i18n/nultrans.cpp
2772 host C++: libicui18n <= external/icu4c/i18n/numfmt.cpp
2773 host C++: libicui18n <= external/icu4c/i18n/olsontz.cpp
2774 host C++: libicui18n <= external/icu4c/i18n/quant.cpp
```

2775 external/icu4c/i18n/olsontz.cpp: In function 'UBool arrayEqual(const void*, const void*, int32_t)':
2776 external/icu4c/i18n/olsontz.cpp:52: warning: suggest parentheses around '&&' within '||'host C++: libicui18n <= external/icu4c/i18n/rbnf.cpp
2777
2778 external/icu4c/i18n/olsontz.cpp: In member function 'virtual UBool icu_44::OlsonTimeZone::hasSameRules(const icu_44::TimeZone&) const':
2779 external/icu4c/i18n/olsontz.cpp:610: warning: suggest parentheses around '&&' within '||'
2780 external/icu4c/i18n/olsontz.cpp:611: warning: suggest parentheses around '&&' within '||'
2781 host C++: libicui18n <= external/icu4c/i18n/rbt.cpp
2782 host C++: libicui18n <= external/icu4c/i18n/rbt_data.cpp
2783 host C++: libicui18n <= external/icu4c/i18n/rbt_rule.cpp
2784 host C++: libicui18n <= external/icu4c/i18n/rbt_pars.cpp
2785 host C++: libicui18n <= external/icu4c/i18n/rbt_set.cpp
2786 host C++: libicui18n <= external/icu4c/i18n/regexcmp.cpp
2787 host C++: libicui18n <= external/icu4c/i18n/regexst.cpp
2788 host C++: libicui18n <= external/icu4c/i18n/rematch.cpp
2789 external/icu4c/i18n/regexcmp.cpp: In member function 'void icu_44::RegexCompile::compileInterval(int32_t, int32_t)':
2790 external/icu4c/i18n/regexcmp.cpp:2341: warning: suggest parentheses around '&&' within '||'
2791 external/icu4c/i18n/regexcmp.cpp: In member function 'UChar32 icu_44::RegexCompile::nextCharLL()':
2792 external/icu4c/i18n/regexcmp.cpp:3659: warning: suggest parentheses around '&&' within '||'
2793 external/icu4c/i18n/rematch.cpp: In member function 'virtual UBool icu_44::RegexMatcher::find()':
2794 external/icu4c/i18n/rematch.cpp:674: warning: suggest parentheses around '&&' within '||'
2795 external/icu4c/i18n/rematch.cpp: In member function 'UBool icu_44::RegexMatcher::findUsingChunk()':
2796 external/icu4c/i18n/rematch.cpp:953: warning: suggest parentheses around '&&' within '||'
2797 external/icu4c/i18n/rematch.cpp: In member function 'void icu_44::RegexMatcher::MatchAt(int64_t, UBool, UErrorCode&)':
2798 external/icu4c/i18n/rematch.cpp:3083: warning: suggest parentheses around '&&' within '||'
2799 host C++: libicui18n <= external/icu4c/i18n/remtrans.cpp
2800 external/icu4c/i18n/rematch.cpp:4203: warning: suggest parentheses around '&&' within '||'
2801 external/icu4c/i18n/rematch.cpp: In member function 'void icu_44::RegexMatcher::MatchChunkAt(int32_t, UBool, UErrorCode&)':
2802 external/icu4c/i18n/rematch.cpp:4784: warning: suggest parentheses around '&&' within '||'
2803 external/icu4c/i18n/rematch.cpp:5872: warning: suggest parentheses around '&&' within '||'
2804 host C++: libicui18n <= external/icu4c/i18n/repattrn.cpp
2805 host C++: libicui18n <= external/icu4c/i18n/search.cpp
2806 host C++: libicui18n <= external/icu4c/i18n/simpletz.cpp
2807 host C++: libicui18n <= external/icu4c/i18n/smpdtfmt.cpp
2808 external/icu4c/i18n/simpletz.cpp: In member function 'virtual void icu_44::SimpleTimeZone::getOffsetFromLocal(UDate, int32_t, int32_t, int32_t&, int32_t&, UErrorCode&)':
2809 external/icu4c/i18n/simpletz.cpp:532: warning: suggest parentheses around '&&' within '||'

```
 2810 external/icu4c/i18n/simpletz.cpp:538: warning: suggest parentheses
around '&&' within '||'
 2811 host C++: libicui18n <= external/icu4c/i18n/sortkey.cpp
 2812 host C++: libicui18n <= external/icu4c/i18n/strmatch.cpp
 2813 host C++: libicui18n <= external/icu4c/i18n/strrepl.cpp
 2814 host C++: libicui18n <= external/icu4c/i18n/stsearch.cpp
 2815 host C++: libicui18n <= external/icu4c/i18n/tblcoll.cpp
 2816 host C++: libicui18n <= external/icu4c/i18n/timezone.cpp
 2817 host C++: libicui18n <= external/icu4c/i18n/titletrn.cpp
 2818 host C++: libicui18n <= external/icu4c/i18n/tolowtrn.cpp
 2819 host C++: libicui18n <= external/icu4c/i18n/toupptrn.cpp
 2820 host C++: libicui18n <= external/icu4c/i18n/translit.cpp
 2821 host C++: libicui18n <= external/icu4c/i18n/transreg.cpp
 2822 host C++: libicui18n <= external/icu4c/i18n/tridpars.cpp
 2823 host C++: libicui18n <= external/icu4c/i18n/ucal.cpp
 2824 host C++: libicui18n <= external/icu4c/i18n/ucol_bld.cpp
 2825 host C++: libicui18n <= external/icu4c/i18n/ucol_cnt.cpp
 2826 external/icu4c/i18n/ucol_cnt.cpp: In function 'int32_t
uprv_cnttab_constructTable_44(CntTable*, uint32_t, UErrorCode*)':
 2827 external/icu4c/i18n/ucol_cnt.cpp:203: warning: suggest parentheses
around arithmetic in operand of '|'
 2828 external/icu4c/i18n/ucol_cnt.cpp:220: warning: suggest parentheses
around arithmetic in operand of '|'
 2829 external/icu4c/i18n/ucol_cnt.cpp: In function 'uint32_t
uprv_cnttab_changeLastCE_44(CntTable*, uint32_t, uint32_t, UErrorCode*)':
 2830 external/icu4c/i18n/ucol_cnt.cpp:365: warning: suggest parentheses
around arithmetic in operand of '|'
 2831 external/icu4c/i18n/ucol_cnt.cpp: In function 'uint32_t
uprv_cnttab_insertContraction_44(CntTable*, uint32_t, UChar, uint32_t,
UErrorCode*)':
 2832 external/icu4c/i18n/ucol_cnt.cpp:407: warning: suggest parentheses
around arithmetic in operand of '|'
 2833 external/icu4c/i18n/ucol_cnt.cpp: In function 'uint32_t
uprv_cnttab_addContraction_44(CntTable*, uint32_t, UChar, uint32_t,
UErrorCode*)':
 2834 external/icu4c/i18n/ucol_cnt.cpp:437: warning: suggest parentheses
around arithmetic in operand of '|'
 2835 external/icu4c/i18n/ucol_cnt.cpp: In function 'uint32_t
uprv_cnttab_setContraction_44(CntTable*, uint32_t, uint32_t, UChar, uint32_t,
UErrorCode*)':
 2836 external/icu4c/i18n/ucol_cnt.cpp:467: warning: suggest parentheses
around arithmetic in operand of '|'
 2837 external/icu4c/i18n/ucol_bld.cpp: In function 'void
ucol_inv_getGapPositions(UColTokenParser*, UColTokListHeader*, UErrorCode*)':
 2838 external/icu4c/i18n/ucol_bld.cpp:350: warning: suggest parentheses
around arithmetic in operand of '|'
 2839 external/icu4c/i18n/ucol_bld.cpp:353: warning: suggest parentheses
around arithmetic in operand of '|'
 2840 host C++: libicui18n <= external/icu4c/i18n/ucol.cpp
 2841 host C++: libicui18n <= external/icu4c/i18n/ucol_elm.cpp
 2842 host C++: libicui18n <= external/icu4c/i18n/ucoleitr.cpp
 2843 external/icu4c/i18n/ucol.cpp: In function 'int32_t
ucol_getSortKeySize_44(const UCollator*, collIterate*, int32_t,
UColAttributeValue, int32_t)':
 2844 external/icu4c/i18n/ucol.cpp:4325: warning: suggest parentheses around
'&&' within '||'
```

2845 external/icu4c/i18n/ucol.cpp: In function 'int32_t
ucol_calcSortKey_44(const UCollator*, const UChar*, int32_t, uint8_t**,
uint32_t, UBool, UErrorCode*)':
 2846 external/icu4c/i18n/ucol.cpp:4767: warning: suggest parentheses around
'&&' within '||'
 2847 external/icu4c/i18n/ucol.cpp: In function 'UBool isShiftedCE(uint32_t,
uint32_t, UBool*)':
 2848 external/icu4c/i18n/ucol.cpp:5613: warning: suggest parentheses around
'&&' within '||'
 2849 external/icu4c/i18n/ucol.cpp: In function 'UCollationResult
ucol_strcollRegular(collIterate*, collIterate*, UErrorCode*)':
 2850 external/icu4c/i18n/ucol.cpp:7754: warning: suggest parentheses around
'&&' within '||'
 2851 external/icu4c/i18n/ucol.cpp:7770: warning: suggest parentheses around
'&&' within '||'
 2852 external/icu4c/i18n/ucol.cpp: In function 'UCollationResult
ucol_strcoll_44(const UCollator*, const UChar*, int32_t, const UChar*,
int32_t)':
 2853 external/icu4c/i18n/ucol.cpp:8396: warning: suggest parentheses around
'&&' within '||'
 2854 host C++: libicui18n <= external/icu4c/i18n/ucol_res.cpp
 2855 external/icu4c/i18n/ucol_elm.cpp: In function 'uint32_t
uprv_uca_addPrefix(tempUCATable*, uint32_t, UCAElements*, UErrorCode*)':
 2856 external/icu4c/i18n/ucol_elm.cpp:910: warning: suggest parentheses
around arithmetic in operand of '|'
 2857 external/icu4c/i18n/ucol_elm.cpp: In function 'uint32_t
uprv_uca_addContraction(tempUCATable*, uint32_t, UCAElements*, UErrorCode*)':
 2858 external/icu4c/i18n/ucol_elm.cpp:980: warning: suggest parentheses
around arithmetic in operand of '|'
 2859 external/icu4c/i18n/ucol_elm.cpp: In function 'uint32_t
uprv_uca_processContraction(CntTable*, UCAElements*, uint32_t, UErrorCode*)':
 2860 external/icu4c/i18n/ucol_elm.cpp:1041: warning: suggest parentheses
around arithmetic in operand of '|'
 2861 external/icu4c/i18n/ucol_elm.cpp: In function 'uint32_t
uprv_uca_addAnElement_44(tempUCATable*, UCAElements*, UErrorCode*)':
 2862 external/icu4c/i18n/ucol_elm.cpp:1179: warning: suggest parentheses
around arithmetic in operand of '|'
 2863 external/icu4c/i18n/ucol_elm.cpp: In function 'void
uprv_uca_setMapCE(tempUCATable*, UCAElements*, UErrorCode*)':
 2864 external/icu4c/i18n/ucol_elm.cpp:1701: warning: suggest parentheses
around arithmetic in operand of '|'external/icu4c/i18n/ucoleitr.cpp: In
function 'uint64_t processCE(UCollationElements*, uint32_t)':
 2865 external/icu4c/i18n/ucoleitr.cpp:275: warning: suggest parentheses
around '&&' within '||'
 2866
 2867 host C++: libicui18n <= external/icu4c/i18n/ucol_sit.cpp
 2868 external/icu4c/i18n/ucol_sit.cpp: In function 'int32_t
ucol_getUnsafeSet_44(const UCollator*, USet*, UErrorCode*)':
 2869 external/icu4c/i18n/ucol_sit.cpp:888: warning: 'int32_t
ucol_getContractions_44(const UCollator*, USet*, UErrorCode*)' is deprecated
(declared at external/icu4c/i18n/ucol_sit.cpp:805)
 2870 external/icu4c/i18n/ucol_sit.cpp:888: warning: 'int32_t
ucol_getContractions_44(const UCollator*, USet*, UErrorCode*)' is deprecated
(declared at external/icu4c/i18n/ucol_sit.cpp:805)
 2871 host C++: libicui18n <= external/icu4c/i18n/ucol_tok.cpp
 2872 host C++: libicui18n <= external/icu4c/i18n/ucsdet.cpp
 2873 host C++: libicui18n <= external/icu4c/i18n/ucurr.cpp

```
2874 external/icu4c/i18n/ucol_tok.cpp: In function 'uint8_t
ucol_uprv_tok_readAndSetOption(UColTokenParser*, UErrorCode*)':
 2875 external/icu4c/i18n/ucol_tok.cpp:630: warning: suggest parentheses
around arithmetic in operand of '|'
 2876 external/icu4c/i18n/ucol_tok.cpp: In function 'UColToken*
getVirginBefore(UColTokenParser*, UColToken*, uint8_t, UParseError*,
UErrorCode*)':
 2877 external/icu4c/i18n/ucol_tok.cpp:1276: warning: suggest parentheses
around arithmetic in operand of '|'
 2878 external/icu4c/i18n/ucol_tok.cpp:1280: warning: suggest parentheses
around arithmetic in operand of '|'
 2879 external/icu4c/i18n/ucol_tok.cpp:1281: warning: suggest parentheses
around arithmetic in operand of '|'
 2880 external/icu4c/i18n/ucol_tok.cpp: In function 'uint32_t
ucol_tok_assembleTokenList_44(UColTokenParser*, UParseError*, UErrorCode*)':
 2881 external/icu4c/i18n/ucol_tok.cpp:1704: warning: suggest parentheses
around arithmetic in operand of '|'
 2882 external/icu4c/i18n/ucol_tok.cpp:1707: warning: suggest parentheses
around arithmetic in operand of '|'
 2883 external/icu4c/i18n/ucol_tok.cpp:1708: warning: suggest parentheses
around arithmetic in operand of '|'
 2884 host C++: libicui18n <= external/icu4c/i18n/udat.cpp
 2885 host C++: libicui18n <= external/icu4c/i18n/umsg.cpp
 2886 host C++: libicui18n <= external/icu4c/i18n/unesctrn.cpp
 2887 host C++: libicui18n <= external/icu4c/i18n/uni2name.cpp
 2888 host C++: libicui18n <= external/icu4c/i18n/unum.cpp
 2889 host C++: libicui18n <= external/icu4c/i18n/uregexc.cpp
 2890 host C++: libicui18n <= external/icu4c/i18n/uregex.cpp
 2891 host C++: libicui18n <= external/icu4c/i18n/usearch.cpp
 2892 external/icu4c/i18n/uregex.cpp: In function 'int32_t
uregex_replaceAll_44(URegularExpression*, const UChar*, int32_t, UChar*,
int32_t, UErrorCode*)':
 2893 external/icu4c/i18n/uregex.cpp:1036: warning: suggest parentheses
around '&&' within '||'
 2894 external/icu4c/i18n/uregex.cpp: In function 'int32_t
uregex_replaceFirst_44(URegularExpression*, const UChar*, int32_t, UChar*,
int32_t, UErrorCode*)':
 2895 external/icu4c/i18n/uregex.cpp:1110: warning: suggest parentheses
around '&&' within '||'
 2896 external/icu4c/i18n/uregex.cpp: In static member function 'static
int32_t icu_44::RegexCImpl::appendReplacement(icu_44::RegularExpression*,
const UChar*, int32_t, UChar**, int32_t, UErrorCode*)':
 2897 external/icu4c/i18n/uregex.cpp:1235: warning: suggest parentheses
around '&&' within '||'
 2898 external/icu4c/i18n/uregex.cpp: In static member function 'static
int32_t icu_44::RegexCImpl::appendTail(icu_44::RegularExpression*, UChar**,
int32_t, UErrorCode*)':
 2899 external/icu4c/i18n/uregex.cpp:1473: warning: suggest parentheses
around '&&' within '||'
 2900 external/icu4c/i18n/uregex.cpp: In function 'int32_t
uregex_split_44(URegularExpression*, UChar*, int32_t, int32_t*, UChar**,
int32_t, UErrorCode*)':
 2901 external/icu4c/i18n/uregex.cpp:1772: warning: suggest parentheses
around '&&' within '||'
 2902 host C++: libicui18n <= external/icu4c/i18n/utrans.cpp
 2903 host C++: libicui18n <= external/icu4c/i18n/windtfmt.cpp
 2904 host C++: libicui18n <= external/icu4c/i18n/winnmfmt.cpp
```

```
 2905 host C++: libicui18n <= external/icu4c/i18n/zonemeta.cpp
 2906 external/icu4c/i18n/zonemeta.cpp: In static member function 'static
icu_44::UnicodeString& icu_44::ZoneMeta::getCanonicalSystemID(const
icu_44::UnicodeString&, icu_44::UnicodeString&, UErrorCode&)':
 2907 external/icu4c/i18n/zonemeta.cpp:194: warning: comparison between
signed and unsigned integer expressions
 2908 external/icu4c/i18n/zonemeta.cpp: In static member function 'static
icu_44::UnicodeString& icu_44::ZoneMeta::getSingleCountry(const
icu_44::UnicodeString&, icu_44::UnicodeString&)':
 2909 external/icu4c/i18n/zonemeta.cpp:313: warning: suggest parentheses
around assignment used as truth value
 2910 host C++: libicui18n <= external/icu4c/i18n/zstrfmt.cpp
 2911 host C++: libicui18n <= external/icu4c/i18n/numsys.cpp
 2912 host C++: libicui18n <= external/icu4c/i18n/chnsecal.cpp
 2913 external/icu4c/i18n/zstrfmt.cpp: In static member function 'static
icu_44::UnicodeString& icu_44::ZoneStringFormat::getLocalizedCountry(const
icu_44::UnicodeString&, const icu_44::Locale&, icu_44::UnicodeString&)':
 2914 external/icu4c/i18n/zstrfmt.cpp:1627: warning: 'const char*
ures_getLocale_44(const UResourceBundle*, UErrorCode*)' is deprecated
(declared at external/icu4c/i18n/../common/unicode/ures.h:300)
 2915 external/icu4c/i18n/zstrfmt.cpp:1627: warning: 'const char*
ures_getLocale_44(const UResourceBundle*, UErrorCode*)' is deprecated
(declared at external/icu4c/i18n/../common/unicode/ures.h:300)
 2916 host C++: libicui18n <= external/icu4c/i18n/cecal.cpp
 2917 host C++: libicui18n <= external/icu4c/i18n/coptccal.cpp
 2918 host C++: libicui18n <= external/icu4c/i18n/ethpccal.cpp
 2919 host C++: libicui18n <= external/icu4c/i18n/brktrans.cpp
 2920 host C++: libicui18n <= external/icu4c/i18n/wintzimpl.cpp
 2921 host C++: libicui18n <= external/icu4c/i18n/plurrule.cpp
 2922 host C++: libicui18n <= external/icu4c/i18n/plurfmt.cpp
 2923 host C++: libicui18n <= external/icu4c/i18n/dtitvfmt.cpp
 2924 host C++: libicui18n <= external/icu4c/i18n/dtitvinf.cpp
 2925 host C++: libicui18n <= external/icu4c/i18n/tmunit.cpp
 2926 external/icu4c/i18n/dtitvinf.cpp: In static member function 'static
UBool icu_44::DateIntervalInfo::stringNumeric(int32_t, int32_t, char)':
 2927 external/icu4c/i18n/dtitvinf.cpp:389: warning: suggest parentheses
around '&&' within '||'
 2928 host C++: libicui18n <= external/icu4c/i18n/tmutamt.cpp
 2929 host C++: libicui18n <= external/icu4c/i18n/tmutfmt.cpp
 2930 host C++: libicui18n <= external/icu4c/i18n/colldata.cpp
 2931 host C++: libicui18n <= external/icu4c/i18n/bmsearch.cpp
 2932 external/icu4c/i18n/tmutfmt.cpp: In member function 'virtual UBool
icu_44::TimeUnitFormat::operator==(const icu_44::Format&) const':
 2933 external/icu4c/i18n/tmutfmt.cpp:179: warning: suggest parentheses
around '&&' within '||'
 2934 external/icu4c/i18n/tmutfmt.cpp:183: warning: suggest parentheses
around '&&' within '||'
 2935 external/icu4c/i18n/tmutfmt.cpp: In member function 'void
icu_44::TimeUnitFormat::setNumberFormat(const icu_44::NumberFormat&,
UErrorCode&)':
 2936 external/icu4c/i18n/tmutfmt.cpp:726: warning: suggest parentheses
around '&&' within '||'
 2937 host C++: libicui18n <= external/icu4c/i18n/bms.cpp
 2938 host C++: libicui18n <= external/icu4c/i18n/currpinf.cpp
 2939 host C++: libicui18n <= external/icu4c/i18n/uspoof.cpp
 2940 host C++: libicui18n <= external/icu4c/i18n/uspoof_impl.cpp
 2941 host C++: libicui18n <= external/icu4c/i18n/uspoof_build.cpp
```

```
2942 host C++: libicui18n <= external/icu4c/i18n/regextxt.cpp
2943 host C++: libicui18n <= external/icu4c/i18n/selfmt.cpp
2944 host C++: libicui18n <= external/icu4c/i18n/uspoof_conf.cpp
2945 host C++: libicui18n <= external/icu4c/i18n/uspoof_wsconf.cpp
2946 host C++: libicui18n <= external/icu4c/i18n/ztrans.cpp
2947 host C++: libicui18n <= external/icu4c/i18n/zrule.cpp
2948 host C++: libicui18n <= external/icu4c/i18n/vzone.cpp
2949 host C++: libicui18n <= external/icu4c/i18n/fphdlimp.cpp
2950 host C++: libicui18n <= external/icu4c/i18n/fpositer.cpp
2951 host C++: libicui18n <= external/icu4c/i18n/locdspnm.cpp
2952 host C++: libicui18n <= external/icu4c/i18n/decnumstr.cpp
2953 host C++: libicui18n <= external/icu4c/i18n/ucol_wgt.cpp
2954 host C: libicui18n <= external/icu4c/i18n/bocsu.c
2955 host C: libicui18n <= external/icu4c/i18n/ucln_in.c
2956 host C: libicui18n <= external/icu4c/i18n/decContext.c
2957 host C: libicui18n <= external/icu4c/i18n/ulocdata.c
2958 host C: libicui18n <= external/icu4c/i18n/utmscale.c
2959 host C: libicui18n <= external/icu4c/i18n/decNumber.c
2960 external/icu4c/i18n/utmscale.c: In function
'utmscale_getTimeScaleValue_44':
2961 external/icu4c/i18n/utmscale.c:44: warning: comparison of unsigned
expression < 0 is always false
2962 external/icu4c/i18n/utmscale.c:45: warning: comparison of unsigned
expression < 0 is always false
2963 external/icu4c/i18n/utmscale.c: In function 'utmscale_fromInt64_44':
2964 external/icu4c/i18n/utmscale.c:63: warning: comparison of unsigned
expression < 0 is always false
2965 external/icu4c/i18n/utmscale.c: In function 'utmscale_toInt64_44':
2966 external/icu4c/i18n/utmscale.c:87: warning: comparison of unsigned
expression < 0 is always false
2967 host C: libdex <= dalvik/libdex/DexCatch.c
2968 host C: libdex <= dalvik/libdex/CmdUtils.c
2969 host C: libdex <= dalvik/libdex/DexClass.c
2970 host C: libdex <= dalvik/libdex/DexDataMap.c
2971 host C: libdex <= dalvik/libdex/DexFile.c
2972 host C: libdex <= dalvik/libdex/DexInlines.c
2973 host C: libdex <= dalvik/libdex/DexOptData.c
2974 host C: libdex <= dalvik/libdex/DexProto.c
2975 host C: libdex <= dalvik/libdex/DexSwapVerify.c
2976 host C: libdex <= dalvik/libdex/InstrUtils.c
2977 host C: libdex <= dalvik/libdex/Leb128.c
2978 host C: libdex <= dalvik/libdex/OpCodeNames.c
2979 host C: libdex <= dalvik/libdex/OptInvocation.c
2980 host C: libdex <= dalvik/libdex/sha1.c
2981 host C: libdex <= dalvik/libdex/SysUtil.c
2982 host C: libdex <= dalvik/libdex/ZipArchive.c
2983 host C: libnativehelper <= dalvik/libnativehelper/JNIHelp.c
2984 host C: libnativehelper <= dalvik/libnativehelper/Register.c
2985 host C: libfdlibm-host <= external/fdlibm/k_standard.c
2986 host C: libfdlibm-host <= external/fdlibm/k_rem_pio2.c
2987 In file included from external/fdlibm/k_standard.c:15:
2988 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
2989 <command-line>:0: note: this is the location of the previous definition
2990 In file included from external/fdlibm/k_rem_pio2.c:130:
2991 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
2992 <command-line>:0: note: this is the location of the previous definition
2993 host C: libfdlibm-host <= external/fdlibm/k_cos.c
```

```
2994 In file included from external/fdlibm/k_cos.c:49:
2995 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
2996 <command-line>:0: note: this is the location of the previous definition
2997 host C: libfdlibm-host <= external/fdlibm/k_sin.c
2998 host C: libfdlibm-host <= external/fdlibm/k_tan.c
2999 In file included from external/fdlibm/k_sin.c:42:
3000 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3001 <command-line>:0: note: this is the location of the previous definition
3002 host C: libfdlibm-host <= external/fdlibm/e_acos.c
3003 external/fdlibm/k_tan.c:1: warning: ignoring #pragma ident
3004 In file included from external/fdlibm/k_tan.c:47:
3005 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3006 <command-line>:0: note: this is the location of the previous definition
3007 In file included from external/fdlibm/e_acos.c:38:
3008 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3009 <command-line>:0: note: this is the location of the previous definition
3010 host C: libfdlibm-host <= external/fdlibm/e_acosh.c
3011 host C: libfdlibm-host <= external/fdlibm/e_asin.c
3012 In file included from external/fdlibm/e_acosh.c:29:
3013 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3014 <command-line>:0: note: this is the location of the previous definition
3015 host C: libfdlibm-host <= external/fdlibm/e_atan2.c
3016 In file included from external/fdlibm/e_asin.c:45:
3017 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3018 <command-line>:0: note: this is the location of the previous definition
3019 host C: libfdlibm-host <= external/fdlibm/e_atanh.c
3020 external/fdlibm/e_asin.c: In function '__ieee754_asin':
3021 external/fdlibm/e_asin.c:76: warning: 't' may be used uninitialized in
this function
3022 In file included from external/fdlibm/e_atan2.c:42:
3023 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3024 <command-line>:0: note: this is the location of the previous definition
3025 external/fdlibm/e_atan2.c: In function '__ieee754_atan2':
3026 external/fdlibm/e_atan2.c:74: warning: suggest parentheses around
arithmetic in operand of '|'
3027 host C: libfdlibm-host <= external/fdlibm/e_cosh.c
3028 In file included from external/fdlibm/e_atanh.c:33:
3029 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3030 <command-line>:0: note: this is the location of the previous definition
3031 In file included from external/fdlibm/e_cosh.c:35:
3032 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3033 <command-line>:0: note: this is the location of the previous definition
3034 external/fdlibm/e_cosh.c: In function '__ieee754_cosh':
3035 external/fdlibm/e_cosh.c:81: warning: suggest parentheses around '&&'
within '||'
3036 host C: libfdlibm-host <= external/fdlibm/e_exp.c
3037 host C: libfdlibm-host <= external/fdlibm/e_gamma.c
3038 host C: libfdlibm-host <= external/fdlibm/e_fmod.c
3039 In file included from external/fdlibm/e_gamma.c:21:
3040 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3041 <command-line>:0: note: this is the location of the previous definition
3042 In file included from external/fdlibm/e_exp.c:76:
3043 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3044 <command-line>:0: note: this is the location of the previous definition
3045 external/fdlibm/e_exp.c: In function '__ieee754_exp':host C: libfdlibm-
host <= external/fdlibm/e_gamma_r.c
3046
```

3047 external/fdlibm/e_exp.c:108: warning: 'hi' may be used uninitialized in this function
3048 external/fdlibm/e_exp.c:108: warning: 'lo' may be used uninitialized in this function
3049 external/fdlibm/e_exp.c:109: warning: 'k' may be used uninitialized in this function
3050 In file included from external/fdlibm/e_fmod.c:20:
3051 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3052 <command-line>:0: note: this is the location of the previous definition
3053 host C: libfdlibm-host <= external/fdlibm/e_hypot.c
3054 In file included from external/fdlibm/e_hypot.c:46:
3055 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3056 <command-line>:0: note: this is the location of the previous definition
3057 In file included from external/fdlibm/e_gamma_r.c:22:
3058 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3059 <command-line>:0: note: this is the location of the previous definition
3060 host C: libfdlibm-host <= external/fdlibm/e_j0.c
3061 host C: libfdlibm-host <= external/fdlibm/e_j1.c
3062 In file included from external/fdlibm/e_j0.c:59:
3063 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefinedhost C: libfdlibm-host <= external/fdlibm/e_jn.c
3064
3065 <command-line>:0: note: this is the location of the previous definition
3066 host C: libfdlibm-host <= external/fdlibm/e_lgamma.c
3067 external/fdlibm/e_j0.c: In function 'pzero':
3068 external/fdlibm/e_j0.c:328: warning: 'p' may be used uninitialized in this function
3069 external/fdlibm/e_j0.c:328: warning: 'q' may be used uninitialized in this function
3070 In file included from external/fdlibm/e_jn.c:40:
3071 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3072 <command-line>:0: note: this is the location of the previous definition
3073 external/fdlibm/e_jn.c: In function '__ieee754_yn':
3074 external/fdlibm/e_jn.c:265: warning: comparison between signed and unsigned integer expressions
3075 In file included from external/fdlibm/e_j1.c:59:
3076 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3077 <command-line>:0: note: this is the location of the previous definition
3078 external/fdlibm/e_j1.c: In function 'pone':
3079 external/fdlibm/e_j1.c:326: warning: 'p' may be used uninitialized in this function
3080 external/fdlibm/e_j1.c:326: warning: 'q' may be used uninitialized in this function
3081 In file included from external/fdlibm/e_lgamma.c:21:
3082 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3083 <command-line>:0: note: this is the location of the previous definition
3084 external/fdlibm/e_j1.c: In function 'qone':
3085 external/fdlibm/e_j1.c:462: warning: 'p' may be used uninitialized in this function
3086 external/fdlibm/e_j1.c:462: warning: 'q' may be used uninitialized in this function
3087 external/fdlibm/e_j0.c: In function 'qzero':
3088 external/fdlibm/e_j0.c:463: warning: 'p' may be used uninitialized in this function
3089 external/fdlibm/e_j0.c:463: warning: 'q' may be used uninitialized in this function
3090 host C: libfdlibm-host <= external/fdlibm/e_lgamma_r.c

```
3091 host C: libfdlibm-host <= external/fdlibm/e_log.c
3092 host C: libfdlibm-host <= external/fdlibm/e_log10.c
3093 In file included from external/fdlibm/e_lgamma_r.c:82:
3094 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3095 <command-line>:0: note: this is the location of the previous definition
3096 In file included from external/fdlibm/e_log.c:65:
3097 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3098 <command-line>:0: note: this is the location of the previous definition
3099 external/fdlibm/e_log.c: In function '__ieee754_log':
3100 external/fdlibm/e_log.c:115: warning: suggest explicit braces to avoid
ambiguous 'else'
3101 host C: libfdlibm-host <= external/fdlibm/e_pow.c
3102 external/fdlibm/e_lgamma_r.c: In function '__ieee754_lgamma_r':
3103 external/fdlibm/e_lgamma_r.c:213: warning: 'nadj' may be used
uninitialized in this function
3104 In file included from external/fdlibm/e_pow.c:61:
3105 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3106 <command-line>:0: note: this is the location of the previous definition
3107 external/fdlibm/e_pow.c: In function '__ieee754_pow':
3108 external/fdlibm/e_pow.c:138: warning: comparison between signed and
unsigned integer expressions
3109 In file included from external/fdlibm/e_log10.c:47:
3110 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3111 <command-line>:0: note: this is the location of the previous definition
3112 host C: libfdlibm-host <= external/fdlibm/e_rem_pio2.c
3113 In file included from external/fdlibm/e_rem_pio2.c:21:
3114 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3115 <command-line>:0: note: this is the location of the previous definition
3116 host C: libfdlibm-host <= external/fdlibm/e_remainder.c
3117 host C: libfdlibm-host <= external/fdlibm/e_scalb.c
3118 In file included from external/fdlibm/e_remainder.c:23:
3119 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3120 <command-line>:0: note: this is the location of the previous definition
3121 In file included from external/fdlibm/e_scalb.c:20:
3122 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3123 <command-line>:0: note: this is the location of the previous definition
3124 host C: libfdlibm-host <= external/fdlibm/e_sinh.c
3125 In file included from external/fdlibm/e_sinh.c:32:
3126 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3127 <command-line>:0: note: this is the location of the previous definition
3128 external/fdlibm/e_sinh.c: In function '__ieee754_sinh':
3129 external/fdlibm/e_sinh.c:74: warning: suggest parentheses around '&&'
within '||'
3130 In file included from external/fdlibm/e_sqrt.c:83:
3131 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefinedhost
C: libfdlibm-host <= external/fdlibm/w_acos.c
3132
3133 <command-line>:0: note: this is the location of the previous definition
3134 external/fdlibm/e_sqrt.c: In function '__ieee754_sqrt':
3135 external/fdlibm/e_sqrt.c:161: warning: comparison between signed and
unsigned integer expressions
3136 In file included from external/fdlibm/w_acos.c:18:
3137 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3138 <command-line>:0: note: this is the location of the previous definition
3139 host C: libfdlibm-host <= external/fdlibm/w_acosh.c
3140 host C: libfdlibm-host <= external/fdlibm/w_asin.c
3141 host C: libfdlibm-host <= external/fdlibm/w_atan2.c
```

```
3142 In file included from external/fdlibm/w_asin.c:20:
3143 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3144 <command-line>:0: note: this is the location of the previous definition
3145 host C: libfdlibm-host <= external/fdlibm/w_atanh.c
3146 In file included from external/fdlibm/w_atan2.c:19:
3147 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3148 <command-line>:0: note: this is the location of the previous definition
3149 In file included from external/fdlibm/w_acosh.c:19:
3150 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3151 <command-line>:0: note: this is the location of the previous definition
3152 host C: libfdlibm-host <= external/fdlibm/w_cosh.c
3153 In file included from external/fdlibm/w_atanh.c:17:
3154 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3155 <command-line>:0: note: this is the location of the previous definition
3156 In file included from external/fdlibm/w_cosh.c:18:
3157 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefinedhost
C: libfdlibm-host <= external/fdlibm/w_exp.c
3158
3159 <command-line>:0: note: this is the location of the previous definition
3160 host C: libfdlibm-host <= external/fdlibm/w_fmod.c
3161 In file included from external/fdlibm/w_exp.c:17:
3162 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefinedIn
file included from external/fdlibm/w_fmod.c:18:
3163 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3164 <command-line>:0: note: this is the location of the previous definition
3165
3166 <command-line>:0: note: this is the location of the previous definition
3167 host C: libfdlibm-host <= external/fdlibm/w_gamma.c
3168 host C: libfdlibm-host <= external/fdlibm/w_gamma_r.c
3169 In file included from external/fdlibm/w_gamma_r.c:18:
3170 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3171 <command-line>:0: note: this is the location of the previous definition
3172 In file included from external/fdlibm/w_gamma.c:21:
3173 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefinedhost
C: libfdlibm-host <= external/fdlibm/w_hypot.c
3174
3175 <command-line>:0: note: this is the location of the previous definition
3176 host C: libfdlibm-host <= external/fdlibm/w_j0.c
3177 host C: libfdlibm-host <= external/fdlibm/w_j1.c
3178 In file included from external/fdlibm/w_hypot.c:18:
3179 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3180 <command-line>:0: note: this is the location of the previous definition
3181 In file included from external/fdlibm/w_j0.c:18:
3182 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3183 <command-line>:0: note: this is the location of the previous definition
3184 host C: libfdlibm-host <= external/fdlibm/w_jn.c
3185 In file included from external/fdlibm/w_j1.c:18:
3186 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3187 <command-line>:0: note: this is the location of the previous definition
3188 In file included from external/fdlibm/w_jn.c:40:
3189 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3190 <command-line>:0: note: this is the location of the previous definition
3191 host C: libfdlibm-host <= external/fdlibm/w_lgamma.c
3192 In file included from external/fdlibm/w_lgamma.c:21:
3193 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3194 <command-line>:0: note: this is the location of the previous definition
3195 host C: libfdlibm-host <= external/fdlibm/w_lgamma_r.c
```

```
3196 In file included from external/fdlibm/w_lgamma_r.c:18:
3197 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3198 <command-line>:0: note: this is the location of the previous definition
3199 host C: libfdlibm-host <= external/fdlibm/w_log.c
3200 host C: libfdlibm-host <= external/fdlibm/w_log10.c
3201 host C: libfdlibm-host <= external/fdlibm/w_pow.c
3202 In file included from external/fdlibm/w_log.c:18:
3203 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3204 <command-line>:0: note: this is the location of the previous definition
3205 host C: libfdlibm-host <= external/fdlibm/w_remainder.c
3206 In file included from external/fdlibm/w_log10.c:18:
3207 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3208 <command-line>:0: note: this is the location of the previous definition
3209 In file included from external/fdlibm/w_pow.c:19:
3210 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3211 <command-line>:0: note: this is the location of the previous definition
3212 In file included from external/fdlibm/w_remainder.c:18:
3213 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3214 <command-line>:0: note: this is the location of the previous definition
3215 host C: libfdlibm-host <= external/fdlibm/w_scalb.c
3216 host C: libfdlibm-host <= external/fdlibm/w_sinh.c
3217 In file included from external/fdlibm/w_scalb.c:20:
3218 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3219 <command-line>:0: note: this is the location of the previous definition
3220 host C: libfdlibm-host <= external/fdlibm/w_sqrt.c
3221 In file included from external/fdlibm/w_sinh.c:18:
3222 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3223 <command-line>:0: note: this is the location of the previous definition
3224 In file included from external/fdlibm/w_sqrt.c:18:
3225 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3226 <command-line>:0: note: this is the location of the previous definition
3227 host C: libfdlibm-host <= external/fdlibm/s_asinh.c
3228 host C: libfdlibm-host <= external/fdlibm/s_atan.c
3229 In file included from external/fdlibm/s_asinh.c:25:
3230 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3231 <command-line>:0: note: this is the location of the previous definition
3232 host C: libfdlibm-host <= external/fdlibm/s_cbrt.c
3233 In file included from external/fdlibm/s_atan.c:35:
3234 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3235 <command-line>:0: note: this is the location of the previous definition
3236 host C: libfdlibm-host <= external/fdlibm/s_ceil.c
3237 In file included from external/fdlibm/s_cbrt.c:15:
3238 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefinedhost
C: libfdlibm-host <= external/fdlibm/s_copysign.c
3239
3240 <command-line>:0: note: this is the location of the previous definition
3241 In file included from external/fdlibm/s_ceil.c:23:
3242 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3243 <command-line>:0: note: this is the location of the previous definition
3244 external/fdlibm/s_ceil.c: In function 'ieee_ceil':
3245 external/fdlibm/s_ceil.c:68: warning: comparison between signed and
unsigned integer expressions
3246 In file included from external/fdlibm/s_copysign.c:20:
3247 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3248 <command-line>:0: note: this is the location of the previous definition
3249 host C: libfdlibm-host <= external/fdlibm/s_cos.c
3250 host C: libfdlibm-host <= external/fdlibm/s_erf.c
```

```
3251 In file included from external/fdlibm/s_erf.c:109:
3252 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3253 <command-line>:0: note: this is the location of the previous definition
3254 In file included from external/fdlibm/s_cos.c:45:
3255 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3256 <command-line>:0: note: this is the location of the previous definition
3257 host C: libfdlibm-host <= external/fdlibm/s_expm1.c
3258 In file included from external/fdlibm/s_expm1.c:108:
3259 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefinedhost
C: libfdlibm-host <= external/fdlibm/s_fabs.c
3260
3261 <command-line>:0: note: this is the location of the previous definition
3262 external/fdlibm/s_expm1.c: In function 'ieee_expm1':
3263 external/fdlibm/s_expm1.c:195: warning: suggest explicit braces to
avoid ambiguous 'else'
3264 In file included from external/fdlibm/s_fabs.c:18:
3265 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3266 <command-line>:0: note: this is the location of the previous definition
3267 host C: libfdlibm-host <= external/fdlibm/s_finite.c
3268 external/fdlibm/s_expm1.c:136: warning: 'c' may be used uninitialized
in this function
3269 host C: libfdlibm-host <= external/fdlibm/s_floor.c
3270 In file included from external/fdlibm/s_floor.c:23:
3271 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3272 <command-line>:0: note: this is the location of the previous definition
3273 external/fdlibm/s_floor.c: In function 'ieee_floor':
3274 external/fdlibm/s_floor.c:69: warning: comparison between signed and
unsigned integer expressions
3275 host C: libfdlibm-host <= external/fdlibm/s_frexp.c
3276 In file included from external/fdlibm/s_finite.c:19:
3277 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3278 <command-line>:0: note: this is the location of the previous definition
3279 In file included from external/fdlibm/s_frexp.c:24:
3280 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3281 <command-line>:0: note: this is the location of the previous definition
3282 host C: libfdlibm-host <= external/fdlibm/s_ilogb.c
3283 host C: libfdlibm-host <= external/fdlibm/s_isnan.c
3284 In file included from external/fdlibm/s_ilogb.c:20:
3285 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3286 <command-line>:0: note: this is the location of the previous definition
3287 In file included from external/fdlibm/s_isnan.c:19:
3288 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3289 <command-line>:0: note: this is the location of the previous definition
3290 host C: libfdlibm-host <= external/fdlibm/s_ldexp.c
3291 host C: libfdlibm-host <= external/fdlibm/s_lib_version.c
3292 host C: libfdlibm-host <= external/fdlibm/s_log1p.c
3293 In file included from external/fdlibm/s_ldexp.c:14:
3294 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3295 <command-line>:0: note: this is the location of the previous definition
3296 In file included from external/fdlibm/s_lib_version.c:18:
3297 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefinedIn
file included from external/fdlibm/s_log1p.c:79:
3298 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3299 <command-line>:0: note: this is the location of the previous definition
3300 external/fdlibm/s_log1p.c: In function 'ieee_log1p':
3301 external/fdlibm/s_log1p.c:154: warning: suggest explicit braces to
avoid ambiguous 'else'
```

```
3302
3303 <command-line>:0: note: this is the location of the previous definition
3304 host C: libfdlibm-host <= external/fdlibm/s_logb.c
3305 external/fdlibm/s_log1p.c:106: warning: 'c' may be used uninitialized
in this function
3306 In file included from external/fdlibm/s_logb.c:20:
3307 external/fdlibm/fdlibm.h:307: warning: "_LIB_VERSION_TYPE" redefined
3308 <command-line>:0: note: this is the location of the previous definition
3309 host C: libfdlibm-host <= external/fdlibm/s_matherr.c
3310 host C: libfdlibm-host <= external/fdlibm/s_modf.c
3311 In file included from external/fdlibm/s_matherr.c:14:
3312 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3313 <command-line>:0: note: this is the location of the previous definition
3314 host C: libfdlibm-host <= external/fdlibm/s_nextafter.c
3315 In file included from external/fdlibm/s_modf.c:24:
3316 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefinedhost
C: libfdlibm-host <= external/fdlibm/s_rint.c
3317
3318 <command-line>:0: note: this is the location of the previous definition
3319 host C: libfdlibm-host <= external/fdlibm/s_scalbn.c
3320 In file included from external/fdlibm/s_nextafter.c:21:
3321 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3322 <command-line>:0: note: this is the location of the previous definition
3323 In file included from external/fdlibm/s_scalbn.c:21:
3324 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3325 <command-line>:0: note: this is the location of the previous definition
3326 external/fdlibm/s_scalbn.c: In function 'ieee_scalbn':
3327 external/fdlibm/s_scalbn.c:56: warning: suggest explicit braces to
avoid ambiguous 'else'
3328 In file included from external/fdlibm/s_rint.c:24:
3329 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3330 <command-line>:0: note: this is the location of the previous definition
3331 host C: libfdlibm-host <= external/fdlibm/s_signgam.c
3332 In file included from external/fdlibm/s_signgam.c:1:
3333 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3334 <command-line>:0: note: this is the location of the previous definition
3335 host C: libfdlibm-host <= external/fdlibm/s_significand.c
3336 host C: libfdlibm-host <= external/fdlibm/s_sin.c
3337 host C: libfdlibm-host <= external/fdlibm/s_tan.c
3338 In file included from external/fdlibm/s_significand.c:20:
3339 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3340 <command-line>:0: note: this is the location of the previous definition
3341 host C: libfdlibm-host <= external/fdlibm/s_tanh.c
3342 In file included from external/fdlibm/s_sin.c:45:
3343 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3344 <command-line>:0: note: this is the location of the previous definition
3345 In file included from external/fdlibm/s_tan.c:44:
3346 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3347 <command-line>:0: note: this is the location of the previous definition
3348 In file included from external/fdlibm/s_tanh.c:38:
3349 external/fdlibm/fdlibm.h:58: warning: "_LIB_VERSION_TYPE" redefined
3350 <command-line>:0: note: this is the location of the previous definition
3351 host C: dexdump <= dalvik/dexdump/DexDump.c
3352 host C: dexlist <= dalvik/dexlist/DexList.c
3353 host C: dexopt <= dalvik/dexopt/OptMain.c
3354 host C: dictTest <= external/srec/tools/dictTest/dictTest.c
3355 host C: dmtracedump <= dalvik/tools/dmtracedump/TraceDump.c
```

```
3356 host C++: dump_regions <= sdk/emulator/qtools/dump_regions.cpp
3357 dalvik/tools/dmtracedump/TraceDump.c: In function 'createDiff':
3358 dalvik/tools/dmtracedump/TraceDump.c:3494: warning: format not a string
literal and no format arguments
3359 dalvik/tools/dmtracedump/TraceDump.c:3506: warning: format not a string
literal and no format arguments
3360 host C++: dump_regions <= sdk/emulator/qtools/trace_reader.cpp
3361 host C++: dump_regions <= sdk/emulator/qtools/decoder.cpp
3362 host C++: dump_regions <= sdk/emulator/qtools/read_elf.cpp
3363 host C++: dump_regions <= sdk/emulator/qtools/parse_options.cpp
3364 host C: edify <= bootable/recovery/edify/expr.c
3365 host C: edify <= bootable/recovery/edify/main.c
3366 bootable/recovery/edify/main.c: In function 'expect':
3367 bootable/recovery/edify/main.c:33: warning: implicit declaration of
function 'yy_scan_string'
3368 bootable/recovery/edify/main.c: In function 'main':
3369 bootable/recovery/edify/main.c:196: warning: implicit declaration of
function 'yy_scan_bytes'
3370 host C++: edify <= out/host/linux-
x86/obj/EXECUTABLES/edify_intermediates/parser.cpp
3371 cc1: warning: command line option "-Wsign-promo" is valid for
C++/ObjC++ but not for C
3372 host C++: edify <= out/host/linux-
x86/obj/EXECUTABLES/edify_intermediates/lexer.cpp
3373 host C: emulator <= external/qemu/distrib/zlib-1.2.3/adler32.c
3374 cc1: warning: command line option "-Wsign-promo" is valid for
C++/ObjC++ but not for C
3375 host C: emulator <= external/qemu/distrib/zlib-1.2.3/compress.c
3376 host C: emulator <= external/qemu/distrib/zlib-1.2.3/crc32.c
3377 host C: emulator <= external/qemu/distrib/zlib-1.2.3/deflate.c
3378 host C: emulator <= external/qemu/distrib/zlib-1.2.3/gzio.c
3379 host C: emulator <= external/qemu/distrib/zlib-1.2.3/infback.c
3380 host C: emulator <= external/qemu/distrib/zlib-1.2.3/inffast.c
3381 host C: emulator <= external/qemu/distrib/zlib-1.2.3/inflate.c
3382 host C: emulator <= external/qemu/distrib/zlib-1.2.3/inftrees.c
3383 host C: emulator <= external/qemu/distrib/zlib-1.2.3/trees.c
3384 host C: emulator <= external/qemu/distrib/zlib-1.2.3/uncompr.c
3385 host C: emulator <= external/qemu/distrib/zlib-1.2.3/zutil.c
3386 host C: emulator <= external/qemu/distrib/libpng-1.2.19/png.c
3387 host C: emulator <= external/qemu/distrib/libpng-1.2.19/pngerror.c
3388 host C: emulator <= external/qemu/distrib/libpng-1.2.19/pngget.c
3389 host C: emulator <= external/qemu/distrib/libpng-1.2.19/pngmem.c
3390 host C: emulator <= external/qemu/distrib/libpng-1.2.19/pngpread.c
3391 host C: emulator <= external/qemu/distrib/libpng-1.2.19/pngread.c
3392 host C: emulator <= external/qemu/distrib/libpng-1.2.19/pngrio.c
3393 host C: emulator <= external/qemu/distrib/libpng-1.2.19/pngrtran.c
3394 host C: emulator <= external/qemu/distrib/libpng-1.2.19/pngrutil.c
3395 external/qemu/distrib/libpng-1.2.19/pngread.c: In function
'png_create_read_struct_2':
3396 external/qemu/distrib/libpng-1.2.19/pngread.c:38: warning: variable
'png_ptr' might be clobbered by 'longjmp' or 'vfork'
3397 host C: emulator <= external/qemu/distrib/libpng-1.2.19/pngset.c
3398 host C: emulator <= external/qemu/distrib/libpng-1.2.19/pngtrans.c
3399 host C: emulator <= external/qemu/distrib/libpng-1.2.19/pngvcrd.c
3400 host C: emulator <= external/qemu/distrib/libpng-1.2.19/pngwio.c
3401 host C: emulator <= external/qemu/distrib/libpng-1.2.19/pngwrite.c
3402 host C: emulator <= external/qemu/distrib/libpng-1.2.19/pngwtran.c
```

```
3403 host C: emulator <= external/qemu/distrib/libpng-1.2.19/pngwutil.c
3404 host C: emulator <= external/qemu/distrib/libpng-1.2.19/pnggccrd.c
3405 external/qemu/distrib/libpng-1.2.19/pngwrite.c: In function
'png_create_write_struct_2':
3406 external/qemu/distrib/libpng-1.2.19/pngwrite.c:440: warning: variable
'png_ptr' might be clobbered by 'longjmp' or 'vfork'
3407 host C: emulator <= external/qemu/framebuffer.c
3408 host C: emulator <= external/qemu/user-events-qemu.c
3409 host C: emulator <= external/qemu/android/cmdline-option.c
3410 host C: emulator <= external/qemu/android/config.c
3411 external/qemu/android/config.c: In function 'writer_write':
3412 external/qemu/android/config.c:388: warning: ignoring return value of
'write', declared with attribute warn_unused_result
3413 external/qemu/android/config.c: In function 'writer_done':
3414 external/qemu/android/config.c:398: warning: ignoring return value of
'write', declared with attribute warn_unused_result
3415 host C: emulator <= external/qemu/android/hw-sensors.c
3416 host C: emulator <= external/qemu/android/main.c
3417 host C: emulator <= external/qemu/block.c
3418 host C: emulator <= external/qemu/block/qcow.c
3419 external/qemu/android/main.c: In function 'main':
3420 external/qemu/android/main.c:1587: warning: implicit declaration of
function 'audio_check_backend_name'
3421 external/qemu/block.c: In function 'bdrv_open2':
3422 external/qemu/block.c:374: warning: ignoring return value of
'realpath', declared with attribute warn_unused_result
3423 external/qemu/block/qcow.c: In function 'qcow_create':
3424 external/qemu/block/qcow.c:804: warning: ignoring return value of
'write', declared with attribute warn_unused_result
3425 external/qemu/block/qcow.c:806: warning: ignoring return value of
'write', declared with attribute warn_unused_result
3426 external/qemu/block/qcow.c:811: warning: ignoring return value of
'write', declared with attribute warn_unused_result
3427 external/qemu/block/qcow.c: At top level:
3428 external/qemu/block/qcow.c:927: warning: missing initializer
3429 external/qemu/block/qcow.c:927: warning: (near initialization for
'qcow_create_options[3].type')
3430 host C: emulator <= external/qemu/block/qcow2.c
3431 external/qemu/block/qcow2.c: In function 'qcow_create2':
3432 external/qemu/block/qcow2.c:745: warning: ignoring return value of
'write', declared with attribute warn_unused_result
3433 external/qemu/block/qcow2.c:754: warning: ignoring return value of
'write', declared with attribute warn_unused_result
3434 external/qemu/block/qcow2.c:755: warning: ignoring return value of
'write', declared with attribute warn_unused_result
3435 external/qemu/block/qcow2.c:757: warning: ignoring return value of
'write', declared with attribute warn_unused_result
3436 external/qemu/block/qcow2.c:760: warning: ignoring return value of
'write', declared with attribute warn_unused_result
3437 external/qemu/block/qcow2.c:765: warning: ignoring return value of
'write', declared with attribute warn_unused_result
3438 external/qemu/block/qcow2.c:768: warning: ignoring return value of
'write', declared with attribute warn_unused_result
3439 external/qemu/block/qcow2.c:771: warning: ignoring return value of
'write', declared with attribute warn_unused_result
3440 external/qemu/block/qcow2.c: At top level:
3441 external/qemu/block/qcow2.c:990: warning: missing initializer
```

3442 external/qemu/block/qcow2.c:990: warning: (near initialization for
'qcow_create_options[5].type')
3443 host C: emulator <= external/qemu/block/qcow2-refcount.c
3444 host C: emulator <= external/qemu/block/qcow2-snapshot.c
3445 host C: emulator <= external/qemu/block/qcow2-cluster.c
3446 host C: emulator <= external/qemu/block/cloop.c
3447 host C: emulator <= external/qemu/block/dmg.c
3448 host C: emulator <= external/qemu/block/vvfat.c
3449 host C: emulator <= external/qemu/block/raw-posix.c
3450 external/qemu/block/raw-posix.c: In function 'raw_create':
3451 external/qemu/block/raw-posix.c:854: warning: ignoring return value of
'ftruncate', declared with attribute warn_unused_result
3452 external/qemu/block/raw-posix.c: At top level:
3453 external/qemu/block/raw-posix.c:872: warning: missing initializer
3454 external/qemu/block/raw-posix.c:872: warning: (near initialization for
'raw_create_options[1].type')
3455 host C: emulator <= external/qemu/hw/arm_boot.c
3456 external/qemu/block/vvfat.c: In function 'commit_one_file':
3457 external/qemu/block/vvfat.c:2259: warning: ignoring return value of
'ftruncate', declared with attribute warn_unused_result
3458 host C: emulator <= external/qemu/hw/android_arm.c
3459 host C: emulator <= external/qemu/iolooper-select.c
3460 host C: emulator <= external/qemu/migration.c
3461 host C: emulator <= external/qemu/migration-exec.c
3462 host C: emulator <= external/qemu/migration-tcp-android.c
3463 host C: emulator <= external/qemu/vl-android.c
3464 host C: emulator <= external/qemu/console.c
3465 host C: emulator <= external/qemu/loader.c
3466 external/qemu/vl-android.c: In function 'qemu_event_increment':
3467 external/qemu/vl-android.c:3670: warning: ignoring return value of
'write', declared with attribute warn_unused_result
3468 external/qemu/vl-android.c: In function 'qemu_main':
3469 external/qemu/vl-android.c:5829: warning: ignoring return value of
'write', declared with attribute warn_unused_result
3470 external/qemu/vl-android.c: At top level:
3471 external/qemu/vl-android.c:446: warning: 'set_proc_name' defined but
not used
3472 external/qemu/vl-android.c:3867: warning: 'kvm_cpu_thread_fn' defined
but not used
3473 host C: emulator <= external/qemu/monitor.c
3474 host C: emulator <= external/qemu/readline.c
3475 external/qemu/monitor.c:1664: warning: missing initializer
3476 external/qemu/monitor.c:1664: warning: (near initialization for
'mon_cmds[46].handler')
3477 external/qemu/monitor.c:1744: warning: missing initializer
3478 external/qemu/monitor.c:1744: warning: (near initialization for
'info_cmds[30].handler')
3479 external/qemu/monitor.c:2088: warning: missing initializer
3480 external/qemu/monitor.c:2088: warning: (near initialization for
'monitor_defs[0].offset')
3481 host C: emulator <= external/qemu/qemu-char-android.c
3482 host C: emulator <= external/qemu/disas.c
3483 host C: emulator <= external/qemu/arm-dis.c
3484 host C: emulator <= external/qemu/aes.c
3485 host C: emulator <= external/qemu/d3des.c
3486 host C: emulator <= external/qemu/vnc-android.c
3487 host C: emulator <= external/qemu/acl.c

```
3488 host C: emulator <= external/qemu/buffered_file.c
3489 host C: emulator <= external/qemu/cbuffer.c
3490 external/qemu/buffered_file.c:214: warning: 'buffered_get_rate_limit'
defined but not used
3491 host C: emulator <= external/qemu/gdbstub.c
3492 host C: emulator <= external/qemu/ioport.c
3493 host C: emulator <= external/qemu/shaper.c
3494 host C: emulator <= external/qemu/charpipe.c
3495 host C: emulator <= external/qemu/tcpdump.c
3496 host C: emulator <= external/qemu/qemu-malloc.c
3497 host C: emulator <= external/qemu/qemu-option.c
3498 host C: emulator <= external/qemu/savevm.c
3499 host C: emulator <= external/qemu/net-android.c
3500 host C: emulator <= external/qemu/aio-android.c
3501 host C: emulator <= external/qemu/dma-helpers.c
3502 host C: emulator <= external/qemu/qemu-sockets-android.c
3503 host C: emulator <= external/qemu/bt-host.c
3504 host C: emulator <= external/qemu/bt-vhci.c
3505 host C: emulator <= external/qemu/module.c
3506 host C: emulator <= external/qemu/android/boot-properties.c
3507 host C: emulator <= external/qemu/android/hw-kmsg.c
3508 host C: emulator <= external/qemu/android/hw-lcd.c
3509 host C: emulator <= external/qemu/android/gps.c
3510 host C: emulator <= external/qemu/android/hw-events.c
3511 host C: emulator <= external/qemu/android/hw-control.c
3512 host C: emulator <= external/qemu/android/console.c
3513 host C: emulator <= external/qemu/android/avd/hw-config.c
3514 host C: emulator <= external/qemu/android/avd/info.c
3515 host C: emulator <= external/qemu/android/utils/ini.c
3516 host C: emulator <= external/qemu/i386-dis.c
3517 external/qemu/android/utils/ini.c: In function 'iniFile_newFromFile':
3518 external/qemu/android/utils/ini.c:278: warning: ignoring return value
of 'fread', declared with attribute warn_unused_result
3519 host C: emulator <= external/qemu/usb-linux.c
3520 external/qemu/usb-linux.c: In function 'usb_host_read_file':
3521 external/qemu/usb-linux.c:1162: warning: ignoring return value of
'fgets', declared with attribute warn_unused_result
3522 host C: emulator <= external/qemu/qemu-thread.c
3523 host C: emulator <= external/qemu/json-lexer.c
3524 external/qemu/json-lexer.c:108: warning: initialized field overwritten
3525 external/qemu/json-lexer.c:108: warning: (near initialization for
'json_lexer[7][92]')
3526 external/qemu/json-lexer.c:109: warning: initialized field overwritten
3527 external/qemu/json-lexer.c:109: warning: (near initialization for
'json_lexer[7][34]')
3528 external/qemu/json-lexer.c:145: warning: initialized field overwritten
3529 external/qemu/json-lexer.c:145: warning: (near initialization for
'json_lexer[13][92]')
3530 external/qemu/json-lexer.c:146: warning: initialized field overwritten
3531 external/qemu/json-lexer.c:146: warning: (near initialization for
'json_lexer[13][39]')
3532 external/qemu/json-lexer.c:152: warning: initialized field overwritten
3533 external/qemu/json-lexer.c:152: warning: (near initialization for
'json_lexer[14][48]')
3534 external/qemu/json-lexer.c:152: warning: initialized field overwritten
3535 external/qemu/json-lexer.c:152: warning: (near initialization for
'json_lexer[14][49]')
```

```
3536 external/qemu/json-lexer.c:152: warning: initialized field overwritten
3537 external/qemu/json-lexer.c:152: warning: (near initialization for
`json_lexer[14][50]')
3538 external/qemu/json-lexer.c:152: warning: initialized field overwritten
3539 external/qemu/json-lexer.c:152: warning: (near initialization for
`json_lexer[14][51]')
3540 external/qemu/json-lexer.c:152: warning: initialized field overwritten
3541 external/qemu/json-lexer.c:152: warning: (near initialization for
`json_lexer[14][52]')
3542 external/qemu/json-lexer.c:152: warning: initialized field overwritten
3543 external/qemu/json-lexer.c:152: warning: (near initialization for
`json_lexer[14][53]')
3544 external/qemu/json-lexer.c:152: warning: initialized field overwritten
3545 external/qemu/json-lexer.c:152: warning: (near initialization for
`json_lexer[14][54]')
3546 external/qemu/json-lexer.c:152: warning: initialized field overwritten
3547 external/qemu/json-lexer.c:152: warning: (near initialization for
`json_lexer[14][55]')
3548 external/qemu/json-lexer.c:152: warning: initialized field overwritten
3549 external/qemu/json-lexer.c:152: warning: (near initialization for
`json_lexer[14][56]')
3550 external/qemu/json-lexer.c:152: warning: initialized field overwritten
3551 external/qemu/json-lexer.c:152: warning: (near initialization for
`json_lexer[14][57]')
3552 external/qemu/json-lexer.c:153: warning: initialized field overwritten
3553 external/qemu/json-lexer.c:153: warning: (near initialization for
`json_lexer[14][46]')
3554 external/qemu/json-lexer.c:159: warning: initialized field overwritten
3555 external/qemu/json-lexer.c:159: warning: (near initialization for
`json_lexer[15][48]')
3556 external/qemu/json-lexer.c:159: warning: initialized field overwritten
3557 external/qemu/json-lexer.c:159: warning: (near initialization for
`json_lexer[15][49]')
3558 external/qemu/json-lexer.c:159: warning: initialized field overwritten
3559 external/qemu/json-lexer.c:159: warning: (near initialization for
`json_lexer[15][50]')
3560 external/qemu/json-lexer.c:159: warning: initialized field overwritten
3561 external/qemu/json-lexer.c:159: warning: (near initialization for
`json_lexer[15][51]')
3562 external/qemu/json-lexer.c:159: warning: initialized field overwritten
3563 external/qemu/json-lexer.c:159: warning: (near initialization for
`json_lexer[15][52]')
3564 external/qemu/json-lexer.c:159: warning: initialized field overwritten
3565 external/qemu/json-lexer.c:159: warning: (near initialization for
`json_lexer[15][53]')
3566 external/qemu/json-lexer.c:159: warning: initialized field overwritten
3567 external/qemu/json-lexer.c:159: warning: (near initialization for
`json_lexer[15][54]')
3568 external/qemu/json-lexer.c:159: warning: initialized field overwritten
3569 external/qemu/json-lexer.c:159: warning: (near initialization for
`json_lexer[15][55]')
3570 external/qemu/json-lexer.c:159: warning: initialized field overwritten
3571 external/qemu/json-lexer.c:159: warning: (near initialization for
`json_lexer[15][56]')
3572 external/qemu/json-lexer.c:159: warning: initialized field overwritten
3573 external/qemu/json-lexer.c:159: warning: (near initialization for
`json_lexer[15][57]')
```

```
3574 external/qemu/json-lexer.c:174: warning: initialized field overwritten
3575 external/qemu/json-lexer.c:174: warning: (near initialization for
`json_lexer[19][48]')
3576 external/qemu/json-lexer.c:174: warning: initialized field overwritten
3577 external/qemu/json-lexer.c:174: warning: (near initialization for
`json_lexer[19][49]')
3578 external/qemu/json-lexer.c:174: warning: initialized field overwritten
3579 external/qemu/json-lexer.c:174: warning: (near initialization for
`json_lexer[19][50]')
3580 external/qemu/json-lexer.c:174: warning: initialized field overwritten
3581 external/qemu/json-lexer.c:174: warning: (near initialization for
`json_lexer[19][51]')
3582 external/qemu/json-lexer.c:174: warning: initialized field overwritten
3583 external/qemu/json-lexer.c:174: warning: (near initialization for
`json_lexer[19][52]')
3584 external/qemu/json-lexer.c:174: warning: initialized field overwritten
3585 external/qemu/json-lexer.c:174: warning: (near initialization for
`json_lexer[19][53]')
3586 external/qemu/json-lexer.c:174: warning: initialized field overwritten
3587 external/qemu/json-lexer.c:174: warning: (near initialization for
`json_lexer[19][54]')
3588 external/qemu/json-lexer.c:174: warning: initialized field overwritten
3589 external/qemu/json-lexer.c:174: warning: (near initialization for
`json_lexer[19][55]')
3590 external/qemu/json-lexer.c:174: warning: initialized field overwritten
3591 external/qemu/json-lexer.c:174: warning: (near initialization for
`json_lexer[19][56]')
3592 external/qemu/json-lexer.c:174: warning: initialized field overwritten
3593 external/qemu/json-lexer.c:174: warning: (near initialization for
`json_lexer[19][57]')
3594 external/qemu/json-lexer.c:175: warning: initialized field overwritten
3595 external/qemu/json-lexer.c:175: warning: (near initialization for
`json_lexer[19][101]')
3596 external/qemu/json-lexer.c:176: warning: initialized field overwritten
3597 external/qemu/json-lexer.c:176: warning: (near initialization for
`json_lexer[19][69]')
3598 external/qemu/json-lexer.c:186: warning: initialized field overwritten
3599 external/qemu/json-lexer.c:186: warning: (near initialization for
`json_lexer[20][48]')
3600 external/qemu/json-lexer.c:186: warning: initialized field overwritten
3601 external/qemu/json-lexer.c:186: warning: (near initialization for
`json_lexer[20][49]')
3602 external/qemu/json-lexer.c:186: warning: initialized field overwritten
3603 external/qemu/json-lexer.c:186: warning: (near initialization for
`json_lexer[20][50]')
3604 external/qemu/json-lexer.c:186: warning: initialized field overwritten
3605 external/qemu/json-lexer.c:186: warning: (near initialization for
`json_lexer[20][51]')
3606 external/qemu/json-lexer.c:186: warning: initialized field overwritten
3607 external/qemu/json-lexer.c:186: warning: (near initialization for
`json_lexer[20][52]')
3608 external/qemu/json-lexer.c:186: warning: initialized field overwritten
3609 external/qemu/json-lexer.c:186: warning: (near initialization for
`json_lexer[20][53]')
3610 external/qemu/json-lexer.c:186: warning: initialized field overwritten
3611 external/qemu/json-lexer.c:186: warning: (near initialization for
`json_lexer[20][54]')
```

```
3612 external/qemu/json-lexer.c:186: warning: initialized field overwritten
3613 external/qemu/json-lexer.c:186: warning: (near initialization for
'json_lexer[20][55]')
3614 external/qemu/json-lexer.c:186: warning: initialized field overwritten
3615 external/qemu/json-lexer.c:186: warning: (near initialization for
'json_lexer[20][56]')
3616 external/qemu/json-lexer.c:186: warning: initialized field overwritten
3617 external/qemu/json-lexer.c:186: warning: (near initialization for
'json_lexer[20][57]')
3618 external/qemu/json-lexer.c:187: warning: initialized field overwritten
3619 external/qemu/json-lexer.c:187: warning: (near initialization for
'json_lexer[20][101]')
3620 external/qemu/json-lexer.c:188: warning: initialized field overwritten
3621 external/qemu/json-lexer.c:188: warning: (near initialization for
'json_lexer[20][69]')
3622 external/qemu/json-lexer.c:189: warning: initialized field overwritten
3623 external/qemu/json-lexer.c:189: warning: (near initialization for
'json_lexer[20][46]')
3624 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3625 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][97]')
3626 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3627 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][98]')
3628 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3629 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][99]')
3630 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3631 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][100]')
3632 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3633 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][101]')
3634 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3635 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][102]')
3636 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3637 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][103]')
3638 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3639 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][104]')
3640 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3641 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][105]')
3642 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3643 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][106]')
3644 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3645 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][107]')
3646 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3647 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][108]')
3648 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3649 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][109]')
```

```
3650 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3651 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][110]')
3652 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3653 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][111]')
3654 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3655 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][112]')
3656 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3657 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][113]')
3658 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3659 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][114]')
3660 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3661 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][115]')
3662 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3663 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][116]')
3664 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3665 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][117]')
3666 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3667 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][118]')
3668 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3669 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][119]')
3670 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3671 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][120]')
3672 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3673 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][121]')
3674 external/qemu/json-lexer.c:200: warning: initialized field overwritten
3675 external/qemu/json-lexer.c:200: warning: (near initialization for
'json_lexer[22][122]')
3676 external/qemu/json-lexer.c:206: warning: initialized field overwritten
3677 external/qemu/json-lexer.c:206: warning: (near initialization for
'json_lexer[30][32]')
3678 external/qemu/json-lexer.c:207: warning: initialized field overwritten
3679 external/qemu/json-lexer.c:207: warning: (near initialization for
'json_lexer[30][9]')
3680 external/qemu/json-lexer.c:208: warning: initialized field overwritten
3681 external/qemu/json-lexer.c:208: warning: (near initialization for
'json_lexer[30][13]')
3682 external/qemu/json-lexer.c:209: warning: initialized field overwritten
3683 external/qemu/json-lexer.c:209: warning: (near initialization for
'json_lexer[30][10]')
3684 host C: emulator <= external/qemu/json-parser.c
3685 host C: emulator <= external/qemu/json-streamer.c
3686 host C: emulator <= external/qemu/qjson.c
3687 external/qemu/qjson.c: In function 'qobject_from_jsonv':
3688 external/qemu/qjson.c:39: warning: missing initializer
```

```
3689 external/qemu/qjson.c:39: warning: (near initialization for
'state.parser')
3690 host C: emulator <= external/qemu/qbool.c
3691 host C: emulator <= external/qemu/qdict.c
3692 host C: emulator <= external/qemu/qfloat.c
3693 host C: emulator <= external/qemu/qint.c
3694 host C: emulator <= external/qemu/qlist.c
3695 host C: emulator <= external/qemu/qstring.c
3696 host C: emulator <= external/qemu/loadpng.c
3697 host C: emulator <= external/qemu/android/user-config.c
3698 host C: emulator <= external/qemu/android/resource.c
3699 host C: emulator <= external/qemu/android/qemulator.c
3700 host C: emulator <= external/qemu/android/keycode.c
3701 host C: emulator <= external/qemu/android/help.c
3702 host C: emulator <= external/qemu/osdep.c
3703 host C: emulator <= external/qemu/cutils.c
3704 host C: emulator <= external/qemu/sockets.c
3705 host C: emulator <= external/qemu/keymaps.c
3706 host C: emulator <= external/qemu/android/keycode-array.c
3707 host C: emulator <= external/qemu/android/charmap.c
3708 host C: emulator <= external/qemu/android/hw-qemud.c
3709 external/qemu/android/charmap.c:266: warning: missing initializer
3710 external/qemu/android/charmap.c:266: warning: (near initialization for
'android_custom_charmap.num_entries')
3711 external/qemu/android/charmap.c: In function 'kcm_get_ushort_hex_val':
3712 external/qemu/android/charmap.c:397: warning: pointer targets in
passing argument 1 of 'hex2int' differ in signedness
3713 external/qemu/android/utils/misc.h:62: note: expected 'const uint8_t *'
but argument is of type 'const char *'
3714 host C: emulator <= external/qemu/android/utils/bufprint.c
3715 host C: emulator <= external/qemu/android/utils/debug.c
3716 host C: emulator <= external/qemu/android/utils/path.c
3717 host C: emulator <= external/qemu/android/utils/dirscanner.c
3718 host C: emulator <= external/qemu/android/utils/filelock.c
3719 host C: emulator <= external/qemu/android/utils/misc.c
3720 host C: emulator <= external/qemu/android/utils/reflist.c
3721 host C: emulator <= external/qemu/android/utils/stralloc.c
3722 host C: emulator <= external/qemu/android/utils/system.c
3723 host C: emulator <= external/qemu/android/utils/tempfile.c
3724 host C: emulator <= external/qemu/android/utils/timezone.c
3725 host C: emulator <= external/qemu/android/utils/mapfile.c
3726 host C: emulator <= external/qemu/android/ui-core-protocol.c
3727 host C: emulator <= external/qemu/android/core-ui-protocol.c
3728 host C: emulator <= out/host/linux-
x86/obj/EXECUTABLES/emulator_intermediates/gdbstub-xml.c
3729 host C: emulator-memcheck <= external/qemu/memcheck/memcheck.c
3730 host C: emulator-memcheck <=
external/qemu/memcheck/memcheck_proc_management.c
3731 host C: emulator-memcheck <=
external/qemu/memcheck/memcheck_malloc_map.c
3732 external/qemu/memcheck/memcheck.c: In function 'av_access_violation':
3733 external/qemu/memcheck/memcheck.c:141: warning: format not a string
literal and no format arguments
3734 external/qemu/memcheck/memcheck.c: In function
'memcheck_guest_print_str':
3735 external/qemu/memcheck/memcheck.c:564: warning: format not a string
literal and no format arguments
```

```
 3736 host C: emulator-memcheck <=
external/qemu/memcheck/memcheck_mmrange_map.c
 3737 host C: emulator-memcheck <= external/qemu/memcheck/memcheck_util.c
 3738 host C: emulator-hw <= external/qemu/hw/android_arm.c
 3739 host C: emulator-hw <= external/qemu/hw/arm_pic.c
 3740 host C: emulator-hw <= external/qemu/hw/bt.c
 3741 host C: emulator-hw <= external/qemu/hw/bt-hci.c
 3742 host C: emulator-hw <= external/qemu/hw/bt-hid.c
 3743 host C: emulator-hw <= external/qemu/hw/bt-l2cap.c
 3744 host C: emulator-hw <= external/qemu/hw/bt-sdp.c
 3745 host C: emulator-hw <= external/qemu/hw/cdrom.c
 3746 host C: emulator-hw <= external/qemu/hw/dma.c
 3747 host C: emulator-hw <= external/qemu/hw/irq.c
 3748 host C: emulator-hw <= external/qemu/hw/goldfish_audio.c
 3749 host C: emulator-hw <= external/qemu/hw/goldfish_battery.c
 3750 host C: emulator-hw <= external/qemu/hw/goldfish_device.c
 3751 host C: emulator-hw <= external/qemu/hw/goldfish_events_device.c
 3752 host C: emulator-hw <= external/qemu/hw/goldfish_fb.c
 3753 host C: emulator-hw <= external/qemu/hw/goldfish_interrupt.c
 3754 host C: emulator-hw <= external/qemu/hw/goldfish_memlog.c
 3755 host C: emulator-hw <= external/qemu/hw/goldfish_mmc.c
 3756 host C: emulator-hw <= external/qemu/hw/goldfish_nand.c
 3757 host C: emulator-hw <= external/qemu/hw/goldfish_switch.c
 3758 external/qemu/hw/goldfish_memlog.c: In function 'memlog_write':
 3759 external/qemu/hw/goldfish_memlog.c:43: warning: ignoring return value
of 'write', declared with attribute warn_unused_result
 3760 host C: emulator-hw <= external/qemu/hw/goldfish_timer.c
 3761 host C: emulator-hw <= external/qemu/hw/goldfish_trace.c
 3762 host C: emulator-hw <= external/qemu/hw/goldfish_tty.c
 3763 host C: emulator-hw <= external/qemu/hw/msmouse.c
 3764 host C: emulator-hw <= external/qemu/hw/pci.c
 3765 host C: emulator-hw <= external/qemu/hw/qdev.c
 3766 host C: emulator-hw <= external/qemu/hw/scsi-disk.c
 3767 host C: emulator-hw <= external/qemu/hw/smc91c111.c
 3768 host C: emulator-hw <= external/qemu/hw/sysbus.c
 3769 host C: emulator-hw <= external/qemu/hw/usb-hid.c
 3770 host C: emulator-hw <= external/qemu/hw/usb-hub.c
 3771 host C: emulator-hw <= external/qemu/hw/usb-msd.c
 3772 host C: emulator-hw <= external/qemu/hw/usb-ohci.c
 3773 host C: emulator-hw <= external/qemu/hw/usb.c
 3774 host C: emulator-hw <= external/qemu/hw/watchdog.c
 3775 host C: emulator-arm <= external/qemu/exec.c
 3776 host C: emulator-arm <= external/qemu/cpu-exec.c
 3777 host C: emulator-arm <= external/qemu/target-arm/op_helper.c
 3778 host C: emulator-arm <= external/qemu/target-arm/iwmmxt_helper.c
 3779 host C: emulator-arm <= external/qemu/target-arm/neon_helper.c
 3780 host C: emulator-arm <= external/qemu/target-arm/helper.c
 3781 host C: emulator-arm <= external/qemu/target-arm/translate.c
 3782 host C: emulator-arm <= external/qemu/target-arm/machine.c
 3783 host C: emulator-arm <= external/qemu/translate-all.c
 3784 host C: emulator-arm <= external/qemu/hw/armv7m.c
 3785 host C: emulator-arm <= external/qemu/hw/armv7m_nvic.c
 3786 host C: emulator-arm <= external/qemu/arm-semi.c
 3787 host C: emulator-arm <= external/qemu/trace.c
 3788 host C: emulator-arm <= external/qemu/varint.c
 3789 host C: emulator-arm <= external/qemu/dcache.c
 3790 host C: emulator-arm <= external/qemu/softmmu_outside_jit.c
```

```
3791 host C: emulator-arm <= external/qemu/fpu/softfloat.c
3792 host C: emulator-tcg <= external/qemu/tcg/tcg.c
3793 host C++: emulator-elff <= external/qemu/elff/dwarf_cu.cc
3794 In file included from external/qemu/elff/dwarf_die.h:21,
3795                  from external/qemu/elff/elf_file.h:20,
3796                  from external/qemu/elff/dwarf_cu.cc:20:
3797 external/qemu/elff/elf_alloc.h: In static member function 'static void*
DwarfAllocBase::operator new(size_t)':
3798 external/qemu/elff/elf_alloc.h:156: warning: 'operator new' must not
return NULL unless it is declared 'throw()' (or -fcheck-new is in effect)
3799 host C++: emulator-elff <= external/qemu/elff/dwarf_die.cc
3800 In file included from external/qemu/elff/dwarf_die.h:21,
3801                  from external/qemu/elff/dwarf_die.cc:18:
3802 external/qemu/elff/elf_alloc.h: In static member function 'static void*
DwarfAllocBase::operator new(size_t)':
3803 external/qemu/elff/elf_alloc.h:156: warning: 'operator new' must not
return NULL unless it is declared 'throw()' (or -fcheck-new is in effect)
3804 external/qemu/elff/dwarf_die.cc: In member function 'void
DIEObject::dump(bool) const':
3805 external/qemu/elff/dwarf_die.cc:216: warning: unknown conversion type
character 'I' in format
3806 external/qemu/elff/dwarf_die.cc:216: warning: unknown conversion type
character 'I' in format
3807 host C++: emulator-elff <= external/qemu/elff/dwarf_utils.cc
3808 external/qemu/elff/dwarf_utils.cc: In function 'void dump_value(const
Dwarf_Value*)':
3809 external/qemu/elff/dwarf_utils.cc:279: warning: format '%I64u' expects
type 'unsigned int', but argument 2 has type 'long long unsigned int'
3810 external/qemu/elff/dwarf_utils.cc:279: warning: 'I' flag used with '%X'
gnu_printf format
3811 external/qemu/elff/dwarf_utils.cc:279: warning: format '%I64X' expects
type 'unsigned int', but argument 3 has type 'long long unsigned int'
3812 external/qemu/elff/dwarf_utils.cc:284: warning: format '%I64d' expects
type 'int', but argument 2 has type 'long long int'
3813 external/qemu/elff/dwarf_utils.cc:284: warning: 'I' flag used with '%X'
gnu_printf format
3814 external/qemu/elff/dwarf_utils.cc:284: warning: format '%I64X' expects
type 'unsigned int', but argument 3 has type 'long long int'
3815 external/qemu/elff/dwarf_utils.cc:296: warning: unknown conversion type
character 'I' in format
3816 host C++: emulator-elff <= external/qemu/elff/elf_alloc.cc
3817 host C++: emulator-elff <= external/qemu/elff/elf_file.cc
3818 In file included from external/qemu/elff/elf_alloc.cc:18:
3819 external/qemu/elff/elf_alloc.h: In static member function 'static void*
DwarfAllocBase::operator new(size_t)':
3820 external/qemu/elff/elf_alloc.h:156: warning: 'operator new' must not
return NULL unless it is declared 'throw()' (or -fcheck-new is in effect)
3821 In file included from external/qemu/elff/dwarf_die.h:21,
3822                  from external/qemu/elff/elf_file.h:20,
3823                  from external/qemu/elff/elf_file.cc:18:
3824 external/qemu/elff/elf_alloc.h: In static member function 'static void*
DwarfAllocBase::operator new(size_t)':
3825 external/qemu/elff/elf_alloc.h:156: warning: 'operator new' must not
return NULL unless it is declared 'throw()' (or -fcheck-new is in effect)
3826 host C++: emulator-elff <= external/qemu/elff/elf_mapped_section.cc
3827 host C++: emulator-elff <= external/qemu/elff/elff_api.cc
3828 In file included from external/qemu/elff/dwarf_die.h:21,
```

```
3829                    from external/qemu/elff/elf_file.h:20,
3830                    from external/qemu/elff/elff_api.cc:19:
3831 external/qemu/elff/elf_alloc.h: In static member function 'static void*
DwarfAllocBase::operator new(size_t)':
3832 external/qemu/elff/elf_alloc.h:156: warning: 'operator new' must not
return NULL unless it is declared 'throw()' (or -fcheck-new is in effect)
3833 host C: emulator-core <= external/qemu/slirp-android/bootp.c
3834 host C: emulator-core <= external/qemu/slirp-android/cksum.c
3835 host C: emulator-core <= external/qemu/slirp-android/debug.c
3836 host C: emulator-core <= external/qemu/slirp-android/if.c
3837 host C: emulator-core <= external/qemu/slirp-android/ip_icmp.c
3838 host C: emulator-core <= external/qemu/slirp-android/ip_input.c
3839 host C: emulator-core <= external/qemu/slirp-android/ip_output.c
3840 host C: emulator-core <= external/qemu/slirp-android/mbuf.c
3841 host C: emulator-core <= external/qemu/slirp-android/misc.c
3842 host C: emulator-core <= external/qemu/slirp-android/sbuf.c
3843 host C: emulator-core <= external/qemu/slirp-android/slirp.c
3844 external/qemu/slirp-android/misc.c: In function 'fork_exec':
3845 external/qemu/slirp-android/misc.c:334: warning: ignoring return value
of 'write', declared with attribute warn_unused_result
3846 host C: emulator-core <= external/qemu/slirp-android/socket.c
3847 host C: emulator-core <= external/qemu/slirp-android/tcp_input.c
3848 host C: emulator-core <= external/qemu/slirp-android/tcp_output.c
3849 host C: emulator-core <= external/qemu/slirp-android/tcp_subr.c
3850 host C: emulator-core <= external/qemu/slirp-android/tcp_timer.c
3851 host C: emulator-core <= external/qemu/slirp-android/tftp.c
3852 host C: emulator-core <= external/qemu/slirp-android/udp.c
3853 host C: emulator-core <= external/qemu/proxy/proxy_common.c
3854 host C: emulator-core <= external/qemu/proxy/proxy_http.c
3855 host C: emulator-core <= external/qemu/proxy/proxy_http_connector.c
3856 host C: emulator-core <= external/qemu/proxy/proxy_http_rewriter.c
3857 host C: emulator-core <= external/qemu/telephony/android_modem.c
3858 host C: emulator-core <= external/qemu/telephony/modem_driver.c
3859 host C: emulator-core <= external/qemu/telephony/gsm.c
3860 host C: emulator-core <= external/qemu/telephony/sim_card.c
3861 host C: emulator-core <= external/qemu/telephony/sysdeps_qemu.c
3862 host C: emulator-core <= external/qemu/telephony/sms.c
3863 host C: emulator-core <= external/qemu/telephony/remote_call.c
3864 host C: emulator-core <= external/qemu/android/qemu-setup.c
3865 host C: emulator-ui <= external/qemu/android/skin/rect.c
3866 host C: emulator-ui <= external/qemu/android/skin/region.c
3867 host C: emulator-ui <= external/qemu/android/skin/image.c
3868 host C: emulator-ui <= external/qemu/android/skin/trackball.c
3869 external/qemu/android/skin/trackball.c: In function 'trackball_move':
3870 external/qemu/android/skin/trackball.c:451: warning: implicit
declaration of function 'kbd_mouse_event'
3871 host C: emulator-ui <= external/qemu/android/skin/keyboard.c
3872 host C: emulator-ui <= external/qemu/android/skin/keyset.c
3873 host C: emulator-ui <= external/qemu/android/skin/file.c
3874 host C: emulator-ui <= external/qemu/android/skin/window.c
3875 host C: emulator-ui <= external/qemu/android/skin/scaler.c
3876 In file included from external/qemu/android/skin/scaler.c:80:
3877 external/qemu/android/skin/argb.h: In function 'scale_generic':
3878 external/qemu/android/skin/argb.h:255: warning: unused variable '_zero'
3879 external/qemu/android/skin/argb.h: In function 'scale_05_to_10':
3880 external/qemu/android/skin/argb.h:349: warning: unused variable '_zero'
3881 external/qemu/android/skin/argb.h: In function 'scale_up_bilinear':
```

3882 external/qemu/android/skin/argb.h:491: warning: unused variable '_zero'
3883 external/qemu/android/skin/argb.h: In function 'scale_up_quick_4x4':
3884 external/qemu/android/skin/argb.h:575: warning: unused variable '_zero'
3885 external/qemu/android/skin/scaler.c: At top level:
3886 external/qemu/android/skin/argb.h:543: warning: 'scale_up_quick_4x4'
defined but not used
 3887 host C: emulator-ui <= external/qemu/android/skin/composer.c
 3888 host C: emulator-ui <= external/qemu/android/skin/surface.c
 3889 external/qemu/android/skin/surface.c: In function
'skin_line_fill_srcover':
 3890 external/qemu/android/skin/surface.c:457: warning: unused variable
'_zero'
 3891 external/qemu/android/skin/surface.c: In function
'skin_line_fill_dstover':
 3892 external/qemu/android/skin/surface.c:481: warning: unused variable
'_zero'
 3893 external/qemu/android/skin/surface.c: In function
'skin_line_blit_srcover':
 3894 external/qemu/android/skin/surface.c:539: warning: unused variable
'_zero'
 3895 external/qemu/android/skin/surface.c: In function
'skin_line_blit_dstover':
 3896 external/qemu/android/skin/surface.c:563: warning: unused variable
'_zero'
 3897 host C++: etc1tool <= development/tools/etc1tool/etc1tool.cpp
 3898 development/tools/etc1tool/etc1tool.cpp: In function 'void
multipleEncodeDecodeCheck(bool*)':
 3899 development/tools/etc1tool/etc1tool.cpp:477: warning: deprecated
conversion from string constant to 'char*'
 3900 development/tools/etc1tool/etc1tool.cpp: In function 'int main(int,
char**)':
 3901 development/tools/etc1tool/etc1tool.cpp:502: warning: deprecated
conversion from string constant to 'char*'
 3902 development/tools/etc1tool/etc1tool.cpp:505: warning: deprecated
conversion from string constant to 'char*'
 3903 development/tools/etc1tool/etc1tool.cpp:523: warning: deprecated
conversion from string constant to 'char*'
 3904 development/tools/etc1tool/etc1tool.cpp:527: warning: deprecated
conversion from string constant to 'char*'
 3905 development/tools/etc1tool/etc1tool.cpp:533: warning: deprecated
conversion from string constant to 'char*'
 3906 development/tools/etc1tool/etc1tool.cpp:538: warning: deprecated
conversion from string constant to 'char*'
 3907 development/tools/etc1tool/etc1tool.cpp:545: warning: deprecated
conversion from string constant to 'char*'
 3908 development/tools/etc1tool/etc1tool.cpp:556: warning: deprecated
conversion from string constant to 'char*'
 3909 development/tools/etc1tool/etc1tool.cpp:560: warning: deprecated
conversion from string constant to 'char*'
 3910 development/tools/etc1tool/etc1tool.cpp:569: warning: deprecated
conversion from string constant to 'char*'
 3911 host C++: libETC1 <= frameworks/base/opengl/libs/ETC1/etc1.cpp
 3912 host C++: exc_dump <= sdk/emulator/qtools/exc_dump.cpp
 3913 host C++: exc_dump <= sdk/emulator/qtools/trace_reader.cpp
 3914 host C++: exc_dump <= sdk/emulator/qtools/decoder.cpp
 3915 host C: fastboot <= system/core/fastboot/protocol.c
 3916 host C: fastboot <= system/core/fastboot/engine.c

```
3917 host C: fastboot <= system/core/fastboot/bootimg.c
3918 host C: fastboot <= system/core/fastboot/fastboot.c
3919 host C: fastboot <= system/core/fastboot/usb_linux.c
3920 host C: fastboot <= system/core/fastboot/util_linux.c
3921 host C: fs_get_stats <= build/tools/fs_get_stats/fs_get_stats.c
3922 host C: genext2fs <= external/genext2fs/genext2fs.c
3923 host C++: hist_trace <= sdk/emulator/qtools/hist_trace.cpp
3924 host C++: hist_trace <= sdk/emulator/qtools/trace_reader.cpp
3925 host C++: hist_trace <= sdk/emulator/qtools/decoder.cpp
3926 host C: hprof-conv <= dalvik/tools/hprof-conv/HprofConv.c
3927 host C: icudata <= build/tools/bin2asm/icudata.c
3928 build/tools/bin2asm/icudata.c: In function 'main':
3929 build/tools/bin2asm/icudata.c:18: warning: comparison between signed
and unsigned integer expressions
3930 host C: iself <= build/tools/iself/iself.c
3931 host C: isprelinked <= build/tools/isprelinked/isprelinked.c
3932 build/tools/isprelinked/isprelinked.c: In function 'main':
3933 build/tools/isprelinked/isprelinked.c:60: warning: format '%d' expects
type 'int', but argument 3 has type 'const char *'
3934 build/tools/isprelinked/isprelinked.c:79: warning: format '%08x'
expects type 'unsigned int', but argument 4 has type 'long int'
3935 host C: isprelinked <= build/tools/isprelinked/debug.c
3936 host C: isprelinked <= build/tools/isprelinked/prelink_info.c
3937 build/tools/isprelinked/debug.c: In function 'dump_hex_buffer':
3938 build/tools/isprelinked/debug.c:12: warning: comparison between signed
and unsigned integer expressions
3939 build/tools/isprelinked/prelink_info.c:17: warning: 'packed' attribute
ignored
3940 host C: jdwpspy <= development/tools/jdwpspy/Main.c
3941 host C: jdwpspy <= development/tools/jdwpspy/Net.c
3942 host C: jdwpspy <= development/tools/jdwpspy/find_JdwpConstants.c
3943 host C++: kcm <= build/tools/kcm/kcm.cpp
3944 host C: line_endings <= development/tools/line_endings/line_endings.c
3945 host C++: localize <= frameworks/base/tools/localize/file_utils.cpp
3946 host C++: localize <= frameworks/base/tools/localize/localize.cpp
3947 host C++: localize <=
frameworks/base/tools/localize/merge_res_and_xliff.cpp
3948 host C++: localize <= frameworks/base/tools/localize/res_check.cpp
3949 host C++: localize <= frameworks/base/tools/localize/xmb.cpp
3950 host C++: localize <= frameworks/base/tools/localize/Configuration.cpp
3951 host C++: localize <= frameworks/base/tools/localize/Perforce.cpp
3952 host C++: localize <= frameworks/base/tools/localize/SourcePos.cpp
3953 host C++: localize <= frameworks/base/tools/localize/Values.cpp
3954 host C++: localize <= frameworks/base/tools/localize/ValuesFile.cpp
3955 host C++: localize <= frameworks/base/tools/localize/XLIFFFile.cpp
3956 host C++: localize <= frameworks/base/tools/localize/XMLHandler.cpp
3957 host C++: localize <= frameworks/base/tools/localize/test.cpp
3958 host C++: localize <= frameworks/base/tools/localize/localize_test.cpp
3959 host C++: localize <=
frameworks/base/tools/localize/merge_res_and_xliff_test.cpp
3960 host C++: localize <= frameworks/base/tools/localize/Perforce_test.cpp
3961 host C++: localize <=
frameworks/base/tools/localize/ValuesFile_test.cpp
3962 host C++: localize <=
frameworks/base/tools/localize/XMLHandler_test.cpp
3963 host C++: localize <= frameworks/base/tools/localize/XLIFFFile_test.cpp
3964 host C: lsd <= build/tools/lsd/cmdline.c
```

```
 3965 host C: lsd <= build/tools/lsd/debug.c
 3966 host C: lsd <= build/tools/lsd/hash.c
 3967 build/tools/lsd/debug.c: In function 'dump_hex_buffer':
 3968 build/tools/lsd/debug.c:13: warning: comparison between signed and
unsigned integer expressions
 3969 build/tools/lsd/hash.c: In function 'hash_lookup':
 3970 build/tools/lsd/hash.c:7: warning: unused parameter 'elf'
 3971 host C: lsd <= build/tools/lsd/lsd.c
 3972 host C: lsd <= build/tools/lsd/main.c
 3973 host C++: make_cfst <= external/srec/tools/make_cfst/make_cfst.cpp
 3974 build/tools/lsd/lsd.c: In function 'init_source':
 3975 build/tools/lsd/lsd.c:168: warning: pointer targets in passing argument
2 of 'elf_getshnum' differ in signedness
 3976 external/elfutils/libelf/libelf.h:215: note: expected 'size_t *' but
argument is of type 'int *'
 3977 build/tools/lsd/lsd.c:175: warning: comparison between signed and
unsigned integer expressions
 3978 build/tools/lsd/lsd.c:260: warning: assignment from incompatible
pointer type
 3979 build/tools/lsd/lsd.c: In function 'print_needed_libs':
 3980 build/tools/lsd/lsd.c:287: warning: comparison between signed and
unsigned integer expressions
 3981 build/tools/lsd/lsd.c: In function 'is_symbol_imported':
 3982 build/tools/lsd/lsd.c:345: warning: comparison between signed and
unsigned integer expressions
 3983 build/tools/lsd/lsd.c: In function 'resolve':
 3984 build/tools/lsd/lsd.c:411: warning: comparison between signed and
unsigned integer expressions
 3985 build/tools/lsd/lsd.c:428: warning: comparison between signed and
unsigned integer expressions
 3986 build/tools/lsd/lsd.c:463: warning: assignment from incompatible
pointer type
 3987 build/tools/lsd/lsd.c: In function 'print_used_symbols':
 3988 build/tools/lsd/lsd.c:524: warning: comparison between signed and
unsigned integer expressions
 3989 build/tools/lsd/lsd.c: In function 'print_symbol_references':
 3990 build/tools/lsd/lsd.c:580: warning: comparison between signed and
unsigned integer expressions
 3991 host C: make_ext4fs <= system/extras/ext4_utils/make_ext4fs_main.c
 3992 build/tools/lsd/lsd.c: In function 'init_source':
 3993 build/tools/lsd/lsd.c:172: warning: 'scn' may be used uninitialized in
this function
 3994 In file included from /usr/include/c++/4.4/ext/hash_map:60,
 3995                  from
external/srec/tools/thirdparty/OpenFst/fst/lib/compat.h:30,
 3996                  from
external/srec/tools/thirdparty/OpenFst/fst/lib/weight.h:73,
 3997                  from
external/srec/tools/thirdparty/OpenFst/fst/lib/float-weight.h:25,
 3998                  from
external/srec/tools/thirdparty/OpenFst/fst/lib/arc.h:22,
 3999                  from
external/srec/tools/thirdparty/OpenFst/fst/lib/fst.h:23,
 4000                  from
external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:45,
 4001                  from external/srec/tools/make_cfst/make_cfst.cpp:24:
```

4002 /usr/include/c++/4.4/backward/backward_warning.h:28: warning: #warning
This file includes at least one deprecated or antiquated header which may be
removed without further notice at a future date. Please use a non-deprecated
interface with equivalent functionality instead. For a listing of replacement
headers and interfaces, consult the file backward_warning.h. To disable this
warning use -Wno-deprecated.
 4003 host C: libext4_utils <= system/extras/ext4_utils/make_ext4fs.c
 4004 host C: libext4_utils <= system/extras/ext4_utils/ext4_utils.c
 4005 system/extras/ext4_utils/make_ext4fs.c: In function
'reset_ext4fs_info':
 4006 system/extras/ext4_utils/make_ext4fs.c:226: warning: implicit
declaration of function 'free_data_blocks'
 4007 host C: libext4_utils <= system/extras/ext4_utils/allocate.c
 4008 host C: libext4_utils <= system/extras/ext4_utils/backed_block.c
 4009 host C: libext4_utils <= system/extras/ext4_utils/output_file.c
 4010 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/fst.h:26,
 4011                 from
external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:45,
 4012                 from external/srec/tools/make_cfst/make_cfst.cpp:24:
 4013 external/srec/tools/thirdparty/OpenFst/fst/lib/register.h:58: warning:
type qualifiers ignored on function return type
 4014 external/srec/tools/thirdparty/OpenFst/fst/lib/register.h:62: warning:
type qualifiers ignored on function return type
 4015 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/fst.h:27,
 4016                 from
external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:45,
 4017                 from external/srec/tools/make_cfst/make_cfst.cpp:24:
 4018 external/srec/tools/thirdparty/OpenFst/fst/lib/symbol-table.h: In
function 'bool fst::CompatSymbols(const fst::SymbolTable*, const
fst::SymbolTable*)':
 4019 external/srec/tools/thirdparty/OpenFst/fst/lib/symbol-table.h:379:
warning: suggest parentheses around '&&' within '||'
 4020 host C: libext4_utils <= system/extras/ext4_utils/contents.c
 4021 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/vector-fst.h:27,
 4022                 from
external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:50,
 4023                 from external/srec/tools/make_cfst/make_cfst.cpp:24:
 4024 external/srec/tools/thirdparty/OpenFst/fst/lib/test-properties.h: In
function 'uint64 fst::KnownProperties(uint64)':
 4025 external/srec/tools/thirdparty/OpenFst/fst/lib/test-properties.h:38:
warning: suggest parentheses around arithmetic in operand of '|'
 4026 system/extras/ext4_utils/contents.c: In function 'make_directory':
 4027 system/extras/ext4_utils/contents.c:118: warning: format '%llu' expects
type 'long long unsigned int', but argument 4 has type 'u32'
 4028 In file included from
external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:61,
 4029                 from external/srec/tools/make_cfst/make_cfst.cpp:24:
 4030 external/srec/tools/thirdparty/OpenFst/fst/lib/encode.h: At global
scope:
 4031 external/srec/tools/thirdparty/OpenFst/fst/lib/encode.h:177: warning:
type qualifiers ignored on function return type
 4032 external/srec/tools/thirdparty/OpenFst/fst/lib/encode.h:274: warning:
type qualifiers ignored on function return type

4033 external/srec/tools/thirdparty/OpenFst/fst/lib/encode.h:275: warning: type qualifiers ignored on function return type
 4034 In file included from external/srec/tools/thirdparty/OpenFst/fst/lib/rmepsilon.h:34,
 4035                from external/srec/tools/thirdparty/OpenFst/fst/lib/epsnormalize.h:31,
 4036                from external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:62,
 4037                from external/srec/tools/make_cfst/make_cfst.cpp:24:
 4038 external/srec/tools/thirdparty/OpenFst/fst/lib/queue.h: In static member function 'static void fst::AutoQueue<S>::SccQueueType(const fst::Fst<Arc>&, const std::vector<A, std::allocator<_CharT> >&, std::vector<fst::QueueType, std::allocator<fst::QueueType> >*, ArcFilter, Less*, bool*, bool*)':
 4039 external/srec/tools/thirdparty/OpenFst/fst/lib/queue.h:672: warning: suggest explicit braces to avoid ambiguous 'else'
 4040 In file included from external/srec/tools/thirdparty/OpenFst/fst/lib/minimize.h:33,
 4041                from external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:69,
 4042                from external/srec/tools/make_cfst/make_cfst.cpp:24:
 4043 external/srec/tools/thirdparty/OpenFst/fst/lib/partition.h: At global scope:
 4044 external/srec/tools/thirdparty/OpenFst/fst/lib/partition.h:215: warning: type qualifiers ignored on function return type
 4045 In file included from external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:69,
 4046                from external/srec/tools/make_cfst/make_cfst.cpp:24:
 4047 external/srec/tools/thirdparty/OpenFst/fst/lib/minimize.h:368: warning: type qualifiers ignored on function return type
 4048 host C: libext4_utils <= system/extras/ext4_utils/extent.c
 4049 host C: libext4_utils <= system/extras/ext4_utils/indirect.c
 4050 host C: libext4_utils <= system/extras/ext4_utils/uuid.c
 4051 In file included from external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:54,
 4052                from external/srec/tools/make_cfst/make_cfst.cpp:24:
 4053 external/srec/tools/thirdparty/OpenFst/fst/lib/arcsort.h: In member function 'uint64 fst::OLabelCompare<A>::Properties(uint64) const [with A = fst::StdArc]':
 4054 external/srec/tools/thirdparty/OpenFst/fst/lib/arcsort.h:64: instantiated from 'void fst::ArcSort(fst::MutableFst<Arc>*, Compare) [with Arc = fst::StdArc, Compare = fst::OLabelCompare<fst::StdArc>]'
 4055 external/srec/tools/make_cfst/make_cfst.cpp:243:   instantiated from here
 4056 external/srec/tools/thirdparty/OpenFst/fst/lib/arcsort.h:299: warning: suggest parentheses around arithmetic in operand of '|'
 4057 In file included from external/srec/tools/thirdparty/OpenFst/fst/lib/float-weight.h:25,
 4058                from external/srec/tools/thirdparty/OpenFst/fst/lib/arc.h:22,
 4059                from external/srec/tools/thirdparty/OpenFst/fst/lib/fst.h:23,
 4060                from external/srec/tools/thirdparty/OpenFst/fst/lib/fstlib.h:45,
 4061                from external/srec/tools/make_cfst/make_cfst.cpp:24:
 4062 external/srec/tools/thirdparty/OpenFst/fst/lib/weight.h: In constructor 'fst::NaturalLess<W>::NaturalLess() [with W = fst::TropicalWeight]':

4063 external/srec/tools/thirdparty/OpenFst/fst/lib/queue.h:532:
instantiated from 'fst::AutoQueue<S>::AutoQueue(const fst::Fst<Arc>&, const
std::vector<typename Arc::Weight, std::allocator<typename Arc::Weight> >*,
ArcFilter) [with Arc = fst::StdArc, ArcFilter =
fst::EpsilonArcFilter<fst::StdArc>, S = int]'
 4064 external/srec/tools/thirdparty/OpenFst/fst/lib/rmepsilon.h:294:
instantiated from 'void fst::RmEpsilon(fst::MutableFst<Arc>*, bool) [with Arc
= fst::StdArc]'
 4065 external/srec/tools/make_cfst/make_cfst.cpp:236:   instantiated from
here
 4066 external/srec/tools/thirdparty/OpenFst/fst/lib/weight.h:127: warning:
suggest parentheses around comparison in operand of '&'
 4067 host C: libext4_utils <= system/extras/ext4_utils/sha1.c
 4068 host C: libext4_utils <= system/extras/ext4_utils/sparse_crc32.c
 4069 host C: make_ve_grammar <=
external/srec/tools/make_ve_grammar/make_ve_grammar.c
 4070 host C++: makekeycodes <=
frameworks/base/tools/makekeycodes/makekeycodes.cpp
 4071 host C: minigzip <= external/zlib/minigzip.c
 4072 host C: mkbootfs <= system/core/cpio/mkbootfs.c
 4073 external/zlib/minigzip.c: In function 'file_compress':
 4074 external/zlib/minigzip.c:283: warning: implicit declaration of function
'gzopen64'
 4075 external/zlib/minigzip.c:283: warning: assignment makes pointer from
integer without a cast
 4076 host C: mkbootimg <= system/core/mkbootimg/mkbootimg.c
 4077 external/zlib/minigzip.c: In function 'file_uncompress':
 4078 external/zlib/minigzip.c:322: warning: assignment makes pointer from
integer without a cast
 4079 system/core/cpio/mkbootfs.c: In function '_eject':
 4080 system/core/cpio/mkbootfs.c:82: warning: comparison between signed and
unsigned integer expressions
 4081 external/zlib/minigzip.c: In function 'main':
 4082 external/zlib/minigzip.c:412: warning: assignment makes pointer from
integer without a cast
 4083 system/core/mkbootimg/mkbootimg.c: In function 'write_padding':
 4084 system/core/mkbootimg/mkbootimg.c:88: warning: comparison between
signed and unsigned integer expressions
 4085 system/core/mkbootimg/mkbootimg.c: In function 'main':
 4086 system/core/mkbootimg/mkbootimg.c:183: warning: pointer targets in
passing argument 1 of 'strcpy' differ in signedness
 4087 /usr/include/string.h:128: note: expected 'char * __restrict__' but
argument is of type 'unsigned char *'
 4088 system/core/mkbootimg/mkbootimg.c:228: warning: assignment discards
qualifiers from pointer target type
 4089 system/core/mkbootimg/mkbootimg.c:241: warning: comparison between
signed and unsigned integer expressions
 4090 system/core/mkbootimg/mkbootimg.c:244: warning: comparison between
signed and unsigned integer expressions
 4091 system/core/mkbootimg/mkbootimg.c:248: warning: comparison between
signed and unsigned integer expressions
 4092 host C: libmincrypt <= system/core/libmincrypt/rsa.c
 4093 host C: libmincrypt <= system/core/libmincrypt/sha.c
 4094 system/core/libmincrypt/sha.c: In function 'SHA_update':
 4095 system/core/libmincrypt/sha.c:153: warning: comparison between signed
and unsigned integer expressions
 4096 host C: mksdcard <= sdk/emulator/mksdcard/mksdcard.c

```
4097 host C: mkyaffs2image <= external/yaffs2/yaffs2/utils/mkyaffs2image.c
4098 In file included from external/yaffs2/yaffs2/yaffs_guts.h:23,
4099                  from external/yaffs2/yaffs2/utils/mkyaffs2image.c:38:
4100 external/yaffs2/yaffs2/devextras.h:210: warning: "DT_UNKNOWN" redefined
4101 /usr/include/dirent.h:101: note: this is the location of the previous
definition
4102 external/yaffs2/yaffs2/devextras.h:211: warning: "DT_FIFO" redefined
4103 /usr/include/dirent.h:103: note: this is the location of the previous
definition
4104 external/yaffs2/yaffs2/devextras.h:212: warning: "DT_CHR" redefined
4105 /usr/include/dirent.h:105: note: this is the location of the previous
definition
4106 external/yaffs2/yaffs2/devextras.h:213: warning: "DT_DIR" redefined
4107 /usr/include/dirent.h:107: note: this is the location of the previous
definition
4108 external/yaffs2/yaffs2/devextras.h:214: warning: "DT_BLK" redefined
4109 /usr/include/dirent.h:109: note: this is the location of the previous
definition
4110 external/yaffs2/yaffs2/devextras.h:215: warning: "DT_REG" redefined
4111 /usr/include/dirent.h:111: note: this is the location of the previous
definition
4112 external/yaffs2/yaffs2/devextras.h:216: warning: "DT_LNK" redefined
4113 /usr/include/dirent.h:113: note: this is the location of the previous
definition
4114 external/yaffs2/yaffs2/devextras.h:217: warning: "DT_SOCK" redefined
4115 /usr/include/dirent.h:115: note: this is the location of the previous
definition
4116 external/yaffs2/yaffs2/devextras.h:218: warning: "DT_WHT" redefined
4117 /usr/include/dirent.h:117: note: this is the location of the previous
definition
4118 In file included from external/yaffs2/yaffs2/utils/mkyaffs2image.c:40:
4119 external/yaffs2/yaffs2/yaffs_tagsvalidity.h:23: warning: redundant
redeclaration of 'yaffs_InitialiseTags'
4120 external/yaffs2/yaffs2/yaffs_guts.h:888: note: previous declaration of
'yaffs_InitialiseTags' was here
4121 host C: mkyaffs2image <= external/yaffs2/yaffs2/yaffs_packedtags2.c
4122 host C: mkyaffs2image <= external/yaffs2/yaffs2/yaffs_ecc.c
4123 In file included from external/yaffs2/yaffs2/yaffs_packedtags2.c:18:
4124 external/yaffs2/yaffs2/yaffs_tagsvalidity.h:23: warning: redundant
redeclaration of 'yaffs_InitialiseTags'
4125 external/yaffs2/yaffs2/yaffs_guts.h:888: note: previous declaration of
'yaffs_InitialiseTags' was here
4126 external/yaffs2/yaffs2/utils/mkyaffs2image.c: In function
'write_object_header':
4127 external/yaffs2/yaffs2/utils/mkyaffs2image.c:195: warning: array
subscript is above array bounds
4128 external/yaffs2/yaffs2/utils/mkyaffs2image.c:195: warning: array
subscript is above array bounds
4129 external/yaffs2/yaffs2/utils/mkyaffs2image.c:196: warning: array
subscript is above array bounds
4130 external/yaffs2/yaffs2/utils/mkyaffs2image.c:196: warning: array
subscript is above array bounds
4131 host C: mkyaffs2image <= external/yaffs2/yaffs2/yaffs_tagsvalidity.c
4132 host C++: obbtool <= frameworks/base/tools/obbtool/Main.cpp
4133 In file included from external/yaffs2/yaffs2/yaffs_tagsvalidity.c:17:
4134 external/yaffs2/yaffs2/yaffs_tagsvalidity.h:23: warning: redundant
redeclaration of 'yaffs_InitialiseTags'
```

4135 external/yaffs2/yaffs2/yaffs_guts.h:888: note: previous declaration of
'yaffs_InitialiseTags' was here
4136 host C: parseStringTest <=
external/srec/tools/parseStringTest/parseStringTest.c
4137 host C++: post_trace <= sdk/emulator/qtools/post_trace.cpp
4138 host C++: post_trace <= sdk/emulator/qtools/trace_reader.cpp
4139 host C++: post_trace <= sdk/emulator/qtools/decoder.cpp
4140 host C++: profile_pid <= sdk/emulator/qtools/profile_pid.cpp
4141 host C++: profile_pid <= sdk/emulator/qtools/trace_reader.cpp
4142 host C++: profile_pid <= sdk/emulator/qtools/decoder.cpp
4143 host C++: profile_pid <= sdk/emulator/qtools/read_elf.cpp
4144 host C++: profile_pid <= sdk/emulator/qtools/parse_options.cpp
4145 host C++: profile_trace <= sdk/emulator/qtools/profile_trace.cpp
4146 host C++: profile_trace <= sdk/emulator/qtools/trace_reader.cpp
4147 host C++: profile_trace <= sdk/emulator/qtools/decoder.cpp
4148 host C++: profile_trace <= sdk/emulator/qtools/opcode.cpp
4149 host C++: profile_trace <= sdk/emulator/qtools/read_elf.cpp
4150 host C++: profile_trace <= sdk/emulator/qtools/parse_options.cpp
4151 host C++: q2dm <= sdk/emulator/qtools/q2dm.cpp
4152 host C++: q2dm <= sdk/emulator/qtools/trace_reader.cpp
4153 host C++: q2dm <= sdk/emulator/qtools/decoder.cpp
4154 host C++: q2dm <= sdk/emulator/qtools/armdis.cpp
4155 host C++: q2dm <= sdk/emulator/qtools/opcode.cpp
4156 host C++: q2dm <= sdk/emulator/qtools/thumbdis.cpp
4157 sdk/emulator/qtools/thumbdis.cpp: In function 'char*
disasm_insn_thumb(uint32_t, uint32_t, uint32_t, char*)':
4158 sdk/emulator/qtools/thumbdis.cpp:387: warning: format not a string
literal and no format arguments
4159 sdk/emulator/qtools/thumbdis.cpp:396: warning: format not a string
literal and no format arguments
4160 host C++: q2dm <= sdk/emulator/qtools/read_elf.cpp
4161 host C++: q2dm <= sdk/emulator/qtools/parse_options.cpp
4162 host C++: q2dm <= sdk/emulator/qtools/dmtrace.cpp
4163 host C++: q2g <= sdk/emulator/qtools/q2g.cpp
4164 sdk/emulator/qtools/dmtrace.cpp:17: warning: deprecated conversion from
string constant to 'char*'
4165 sdk/emulator/qtools/dmtrace.cpp:18: warning: deprecated conversion from
string constant to 'char*'
4166 sdk/emulator/qtools/dmtrace.cpp:19: warning: deprecated conversion from
string constant to 'char*'
4167 sdk/emulator/qtools/dmtrace.cpp:20: warning: deprecated conversion from
string constant to 'char*'
4168 host C++: q2g <= sdk/emulator/qtools/trace_reader.cpp
4169 host C++: q2g <= sdk/emulator/qtools/decoder.cpp
4170 host C++: q2g <= sdk/emulator/qtools/opcode.cpp
4171 host C++: q2g <= sdk/emulator/qtools/read_elf.cpp
4172 host C++: q2g <= sdk/emulator/qtools/parse_options.cpp
4173 host C++: q2g <= sdk/emulator/qtools/gtrace.cpp
4174 host C++: read_addr <= sdk/emulator/qtools/read_addr.cpp
4175 host C++: read_addr <= sdk/emulator/qtools/trace_reader.cpp
4176 host C++: read_addr <= sdk/emulator/qtools/decoder.cpp
4177 host C++: read_method <= sdk/emulator/qtools/read_method.cpp
4178 host C++: read_method <= sdk/emulator/qtools/trace_reader.cpp
4179 host C++: read_method <= sdk/emulator/qtools/decoder.cpp
4180 host C++: read_method <= sdk/emulator/qtools/read_elf.cpp
4181 host C++: read_method <= sdk/emulator/qtools/parse_options.cpp
4182 host C++: read_pid <= sdk/emulator/qtools/read_pid.cpp

```
4183 host C++: read_pid <= sdk/emulator/qtools/trace_reader.cpp
4184 host C++: read_pid <= sdk/emulator/qtools/decoder.cpp
4185 host C++: read_trace <= sdk/emulator/qtools/read_trace.cpp
4186 host C++: read_trace <= sdk/emulator/qtools/trace_reader.cpp
4187 host C++: read_trace <= sdk/emulator/qtools/decoder.cpp
4188 host C++: read_trace <= sdk/emulator/qtools/armdis.cpp
4189 host C++: read_trace <= sdk/emulator/qtools/thumbdis.cpp
4190 sdk/emulator/qtools/thumbdis.cpp: In function 'char*
disasm_insn_thumb(uint32_t, uint32_t, uint32_t, char*)':
4191 sdk/emulator/qtools/thumbdis.cpp:387: warning: format not a string
literal and no format arguments
4192 sdk/emulator/qtools/thumbdis.cpp:396: warning: format not a string
literal and no format arguments
4193 host C++: read_trace <= sdk/emulator/qtools/opcode.cpp
4194 host C++: read_trace <= sdk/emulator/qtools/read_elf.cpp
4195 host C++: read_trace <= sdk/emulator/qtools/parse_options.cpp
4196 host C: rgb2565 <= build/tools/rgb2565/to565.c
4197 host C: rsg-generator <= frameworks/base/libs/rs/rsg_generator.c
4198 frameworks/base/libs/rs/rsg_generator.c: In function 'main':host C++:
rsg-generator <= out/host/linux-x86/obj/EXECUTABLES/rsg-
generator_intermediates/spec.cpp
4199
4200 frameworks/base/libs/rs/rsg_generator.c:260: warning: implicit
declaration of function 'yylex'
4201 host C: simg2img <= system/extras/ext4_utils/simg2img.c
4202 host C: simg2img <= system/extras/ext4_utils/sparse_crc32.c
4203 host C: soslim <= build/tools/soslim/cmdline.c
4204 host C: soslim <= build/tools/soslim/common.c
4205 host C: soslim <= build/tools/soslim/debug.c
4206 host C: soslim <= build/tools/soslim/soslim.c
4207 host C: soslim <= build/tools/soslim/main.c
4208 host C: soslim <= build/tools/soslim/prelink_info.c
4209 host C: soslim <= build/tools/soslim/symfilter.c
4210 host C: sqlite3 <= external/sqlite/dist/sqlite3.c
4211 host C: sqlite3 <= external/sqlite/dist/shell.c
4212 host C++: stack_dump <= sdk/emulator/qtools/stack_dump.cpp
4213 external/sqlite/dist/sqlite3.c: In function
'sqliteDefaultBusyCallback':
4214 external/sqlite/dist/sqlite3.c:96272: warning: comparison between
signed and unsigned integer expressions
4215 host C++: stack_dump <= sdk/emulator/qtools/trace_reader.cpp
4216 external/sqlite/dist/sqlite3.c: In function 'porter_stemmer':
4217 external/sqlite/dist/sqlite3.c:102850: warning: comparison between
signed and unsigned integer expressions
4218 external/sqlite/dist/sqlite3.c: In function 'sqlite3Fts3InitHashTable':
4219 external/sqlite/dist/sqlite3.c:103633: warning: suggest braces around
empty body in an 'if' statement
4220 host C++: stack_dump <= sdk/emulator/qtools/decoder.cpp
4221 host C++: stack_dump <= sdk/emulator/qtools/armdis.cpp
4222 host C++: stack_dump <= sdk/emulator/qtools/thumbdis.cpp
4223 sdk/emulator/qtools/thumbdis.cpp: In function 'char*
disasm_insn_thumb(uint32_t, uint32_t, uint32_t, char*)':
4224 sdk/emulator/qtools/thumbdis.cpp:387: warning: format not a string
literal and no format arguments
4225 sdk/emulator/qtools/thumbdis.cpp:396: warning: format not a string
literal and no format arguments
4226 host C++: stack_dump <= sdk/emulator/qtools/opcode.cpp
```

```
4227 host C++: stack_dump <= sdk/emulator/qtools/read_elf.cpp
4228 host C++: stack_dump <= sdk/emulator/qtools/parse_options.cpp
4229 host C: test_g2g <= external/srec/tools/test_g2g/test_g2g.c
4230 host C: test_swiarb <= external/srec/tools/test_swiarb/test_swiarb.c
4231 host C: test_zipfile <= system/core/libzipfile/test_zipfile.c
4232 system/core/libzipfile/test_zipfile.c: In function 'main':
4233 system/core/libzipfile/test_zipfile.c:20: warning: implicit declaration
of function 'strcmp'
4234 system/core/libzipfile/test_zipfile.c:56: warning: enumeration value
'HUH' not handled in switch
4235 host C: usbtest <= system/core/fastboot/usbtest.c
4236 host C: usbtest <= system/core/fastboot/usb_linux.c
4237 system/core/fastboot/usbtest.c: In function 'test_null':
4238 system/core/fastboot/usbtest.c:97: warning: comparison between signed
and unsigned integer expressions
4239 system/core/fastboot/usbtest.c:98: warning: comparison between signed
and unsigned integer expressions
4240 system/core/fastboot/usbtest.c: In function 'test_zero':
4241 system/core/fastboot/usbtest.c:115: warning: comparison between signed
and unsigned integer expressions
4242 system/core/fastboot/usbtest.c:116: warning: comparison between signed
and unsigned integer expressions
4243 system/core/fastboot/usbtest.c: At top level:
4244 system/core/fastboot/usbtest.c:137: warning: missing initializer
4245 system/core/fastboot/usbtest.c:137: warning: (near initialization for
'tests[4].cmd')
4246 host C++: wdsclient <=
external/webkit/WebKit/android/wds/client/AdbConnection.cpp
4247 host C++: wdsclient <=
external/webkit/WebKit/android/wds/client/ClientUtils.cpp
4248 host C++: wdsclient <=
external/webkit/WebKit/android/wds/client/Device.cpp
4249 host C++: wdsclient <=
external/webkit/WebKit/android/wds/client/main.cpp
4250 host C: yuv420sp2rgb <= development/tools/yuv420sp2rgb/yuv420sp2rgb.c
4251 development/tools/yuv420sp2rgb/yuv420sp2rgb.c: In function 'convert':
4252 development/tools/yuv420sp2rgb/yuv420sp2rgb.c:260: warning: pointer of
type 'void *' used in arithmetic
4253 development/tools/yuv420sp2rgb/yuv420sp2rgb.c:262: warning: pointer of
type 'void *' used in arithmetic
4254 host C: yuv420sp2rgb <= development/tools/yuv420sp2rgb/cmdline.c
4255 host C: yuv420sp2rgb <= development/tools/yuv420sp2rgb/debug.c
4256 host C++: zipalign <= build/tools/zipalign/ZipAlign.cpp
4257 development/tools/yuv420sp2rgb/debug.c: In function 'dump_hex_buffer':
4258 development/tools/yuv420sp2rgb/debug.c:13: warning: comparison between
signed and unsigned integer expressions
4259 host C++: zipalign <= build/tools/zipalign/ZipEntry.cpp
4260 In file included from build/tools/zipalign/ZipAlign.cpp:20:
4261 build/tools/zipalign/ZipFile.h:65: warning: 'typedef' was ignored in
this declaration
4262 host C++: zipalign <= build/tools/zipalign/ZipFile.cpp
4263 In file included from build/tools/zipalign/ZipFile.cpp:26:
4264 build/tools/zipalign/ZipFile.h:65: warning: 'typedef' was ignored in
this declaration
4265 host Java: guavalib
(out/host/common/obj/JAVA_LIBRARIES/guavalib_intermediates/classes)
4266 host C: libsqlite <= external/sqlite/dist/sqlite3.c
```

4267 external/sqlite/dist/sqlite3.c: In function
'sqliteDefaultBusyCallback':
4268 external/sqlite/dist/sqlite3.c:96272: warning: comparison between
signed and unsigned integer expressions
4269 external/sqlite/dist/sqlite3.c: In function 'porter_stemmer':
4270 external/sqlite/dist/sqlite3.c:102850: warning: comparison between
signed and unsigned integer expressions
4271 external/sqlite/dist/sqlite3.c: In function 'sqlite3Fts3InitHashTable':
4272 external/sqlite/dist/sqlite3.c:103633: warning: suggest braces around
empty body in an 'if' statement
4273 host C++: libsqlite3_android <=
external/sqlite/android/PhoneNumberUtils.cpp
4274 host C++: libsqlite3_android <=
external/sqlite/android/PhoneticStringUtils.cpp
4275 host C++: libsqlite3_android <=
external/sqlite/android/OldPhoneNumberUtils.cpp
4276 host C++: libsqlite3_android <=
external/sqlite/android/PhonebookIndex.cpp
4277 host C++: libsqlite3_android <=
external/sqlite/android/sqlite3_android.cpp
4278 host C: libsqlite_jni <= libcore/sqlite-
jdbc/src/main/native/sqlite_jni.c
4279 external/sqlite/dist/sqlite3.c: In function 'insertCell':
4280 external/sqlite/dist/sqlite3.c:43079: warning: 'idx' may be used
uninitialized in this function
4281 target thumb C: init <= system/core/init/builtins.c
4282 target thumb C: init <= system/core/init/init.c
4283 target thumb C: init <= system/core/init/devices.c
4284 target thumb C: init <= system/core/init/property_service.c
4285 target thumb C: init <= system/core/init/util.c
4286 system/core/init/util.c: In function 'android_name_to_id':
4287 system/core/init/util.c:82: warning: initialization discards qualifiers
from pointer target type
4288 target thumb C: init <= system/core/init/parser.c
4289 target thumb C: init <= system/core/init/logo.c
4290 target thumb C: init <= system/core/init/keychords.c
4291 target thumb C: init <= system/core/init/signal_handler.c
4292 target thumb C: init <= system/core/init/init_parser.c
4293 target thumb C: init <= system/core/init/ueventd.c
4294 target thumb C: init <= system/core/init/ueventd_parser.c
4295 target arm C: libc <= bionic/libc/bionic/pthread.c
4296 target thumb C: libc <= bionic/libc/arch-arm/bionic/exidx_dynamic.c
4297 target thumb C: libc <= bionic/libc/unistd/sysconf.c
4298 target thumb C: libc <= bionic/libc/bionic/__errno.c
4299 target thumb C: libc <= bionic/libc/bionic/dlmalloc.c
4300 target thumb C: libc <= bionic/libc/bionic/malloc_debug_common.c
4301 bionic/libc/bionic/malloc_debug_common.c: In function
'hash_entry_compare':
4302 bionic/libc/bionic/malloc_debug_common.c:103: warning: 'result' may be
used uninitialized in this function
4303 target thumb C: libc <= bionic/libc/bionic/libc_init_dynamic.c
4304 external/sqlite/dist/sqlite3.c: In function 'fkLookupParent':
4305 external/sqlite/dist/sqlite3.c:47952: warning: assuming signed overflow
does not occur when assuming that (X - c) <= X is always true
4306 target thumb C: libdl <= bionic/libdl/libdl.c
4307 target asm: libc_common <= bionic/libc/arch-arm/syscalls/_exit.S
4308 target asm: libc_common <= bionic/libc/arch-arm/syscalls/_exit_thread.S

```
4309 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__fork.S
4310 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__waitid.S
4311 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__sys_clone.S
4312 target asm: libc_common <= bionic/libc/arch-arm/syscalls/execve.S
4313 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__setuid.S
4314 target asm: libc_common <= bionic/libc/arch-arm/syscalls/getuid.S
4315 target asm: libc_common <= bionic/libc/arch-arm/syscalls/getgid.S
4316 target asm: libc_common <= bionic/libc/arch-arm/syscalls/geteuid.S
4317 target asm: libc_common <= bionic/libc/arch-arm/syscalls/getegid.S
4318 target asm: libc_common <= bionic/libc/arch-arm/syscalls/getresuid.S
4319 target asm: libc_common <= bionic/libc/arch-arm/syscalls/gettid.S
4320 target asm: libc_common <= bionic/libc/arch-arm/syscalls/getresgid.S
4321 target asm: libc_common <= bionic/libc/arch-arm/syscalls/getgroups.S
4322 target asm: libc_common <= bionic/libc/arch-arm/syscalls/getpgid.S
4323 target asm: libc_common <= bionic/libc/arch-arm/syscalls/getppid.S
4324 target asm: libc_common <= bionic/libc/arch-arm/syscalls/setsid.S
4325 target asm: libc_common <= bionic/libc/arch-arm/syscalls/setgid.S
4326 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__setreuid.S
4327 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__setresuid.S
4328 target asm: libc_common <= bionic/libc/arch-arm/syscalls/setresgid.S
4329 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__brk.S
4330 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__ptrace.S
4331 external/sqlite/dist/sqlite3.c: In function 'insertCell':
4332 external/sqlite/dist/sqlite3.c:43079: warning: 'idx' may be used
uninitialized in this function
4333 target asm: libc_common <= bionic/libc/arch-
arm/syscalls/__getpriority.S
4334 target asm: libc_common <= bionic/libc/arch-arm/syscalls/setpriority.S
4335 target asm: libc_common <= bionic/libc/arch-arm/syscalls/setrlimit.S
4336 target asm: libc_common <= bionic/libc/arch-arm/syscalls/getrlimit.S
4337 target asm: libc_common <= bionic/libc/arch-arm/syscalls/getrusage.S
4338 target asm: libc_common <= bionic/libc/arch-arm/syscalls/setgroups.S
4339 target asm: libc_common <= bionic/libc/arch-arm/syscalls/setpgid.S
4340 target asm: libc_common <= bionic/libc/arch-arm/syscalls/vfork.S
4341 target asm: libc_common <= bionic/libc/arch-arm/syscalls/setregid.S
4342 target asm: libc_common <= bionic/libc/arch-arm/syscalls/chroot.S
4343 target asm: libc_common <= bionic/libc/arch-arm/syscalls/prctl.S
4344 target asm: libc_common <= bionic/libc/arch-arm/syscalls/capget.S
4345 target asm: libc_common <= bionic/libc/arch-arm/syscalls/capset.S
4346 target asm: libc_common <= bionic/libc/arch-arm/syscalls/sigaltstack.S
4347 target asm: libc_common <= bionic/libc/arch-arm/syscalls/acct.S
4348 target asm: libc_common <= bionic/libc/arch-arm/syscalls/read.S
4349 target asm: libc_common <= bionic/libc/arch-arm/syscalls/write.S
4350 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__pread64.S
4351 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__pwrite64.S
4352 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__open.S
4353 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__openat.S
4354 target asm: libc_common <= bionic/libc/arch-arm/syscalls/close.S
4355 target asm: libc_common <= bionic/libc/arch-arm/syscalls/lseek.S
4356 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__llseek.S
4357 target asm: libc_common <= bionic/libc/arch-arm/syscalls/getpid.S
4358 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__mmap2.S
4359 target asm: libc_common <= bionic/libc/arch-arm/syscalls/munmap.S
4360 target asm: libc_common <= bionic/libc/arch-arm/syscalls/mremap.S
4361 target asm: libc_common <= bionic/libc/arch-arm/syscalls/msync.S
4362 target asm: libc_common <= bionic/libc/arch-arm/syscalls/mprotect.S
4363 target asm: libc_common <= bionic/libc/arch-arm/syscalls/madvise.S
```

```
4364 target asm: libc_common <= bionic/libc/arch-arm/syscalls/mlock.S
4365 target asm: libc_common <= bionic/libc/arch-arm/syscalls/munlock.S
4366 target asm: libc_common <= bionic/libc/arch-arm/syscalls/mincore.S
4367 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__ioctl.S
4368 target asm: libc_common <= bionic/libc/arch-arm/syscalls/readv.S
4369 target asm: libc_common <= bionic/libc/arch-arm/syscalls/writev.S
4370 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__fcntl.S
4371 target asm: libc_common <= bionic/libc/arch-arm/syscalls/flock.S
4372 target asm: libc_common <= bionic/libc/arch-arm/syscalls/fchmod.S
4373 target asm: libc_common <= bionic/libc/arch-arm/syscalls/dup.S
4374 target asm: libc_common <= bionic/libc/arch-arm/syscalls/pipe.S
4375 target asm: libc_common <= bionic/libc/arch-arm/syscalls/pipe2.S
4376 target asm: libc_common <= bionic/libc/arch-arm/syscalls/dup2.S
4377 target asm: libc_common <= bionic/libc/arch-arm/syscalls/select.S
4378 target asm: libc_common <= bionic/libc/arch-arm/syscalls/getdents.S
4379 target asm: libc_common <= bionic/libc/arch-arm/syscalls/ftruncate.S
4380 target asm: libc_common <= bionic/libc/arch-arm/syscalls/fsync.S
4381 target asm: libc_common <= bionic/libc/arch-arm/syscalls/fdatasync.S
4382 target asm: libc_common <= bionic/libc/arch-arm/syscalls/fchown.S
4383 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__fcntl64.S
4384 target asm: libc_common <= bionic/libc/arch-arm/syscalls/sync.S
4385 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__fstatfs64.S
4386 target asm: libc_common <= bionic/libc/arch-arm/syscalls/sendfile.S
4387 target asm: libc_common <= bionic/libc/arch-arm/syscalls/fstatat.S
4388 target asm: libc_common <= bionic/libc/arch-arm/syscalls/mkdirat.S
4389 target asm: libc_common <= bionic/libc/arch-arm/syscalls/fchownat.S
4390 target asm: libc_common <= bionic/libc/arch-arm/syscalls/fchmodat.S
4391 target asm: libc_common <= bionic/libc/arch-arm/syscalls/renameat.S
4392 target asm: libc_common <= bionic/libc/arch-arm/syscalls/link.S
4393 target asm: libc_common <= bionic/libc/arch-arm/syscalls/unlink.S
4394 target asm: libc_common <= bionic/libc/arch-arm/syscalls/unlinkat.S
4395 target asm: libc_common <= bionic/libc/arch-arm/syscalls/chdir.S
4396 target asm: libc_common <= bionic/libc/arch-arm/syscalls/mknod.S
4397 target asm: libc_common <= bionic/libc/arch-arm/syscalls/chmod.S
4398 target asm: libc_common <= bionic/libc/arch-arm/syscalls/chown.S
4399 target asm: libc_common <= bionic/libc/arch-arm/syscalls/lchown.S
4400 target asm: libc_common <= bionic/libc/arch-arm/syscalls/mount.S
4401 target asm: libc_common <= bionic/libc/arch-arm/syscalls/umount2.S
4402 target asm: libc_common <= bionic/libc/arch-arm/syscalls/fstat.S
4403 target asm: libc_common <= bionic/libc/arch-arm/syscalls/stat.S
4404 target asm: libc_common <= bionic/libc/arch-arm/syscalls/lstat.S
4405 target asm: libc_common <= bionic/libc/arch-arm/syscalls/mkdir.S
4406 target asm: libc_common <= bionic/libc/arch-arm/syscalls/readlink.S
4407 target asm: libc_common <= bionic/libc/arch-arm/syscalls/rmdir.S
4408 target asm: libc_common <= bionic/libc/arch-arm/syscalls/rename.S
4409 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__getcwd.S
4410 target asm: libc_common <= bionic/libc/arch-arm/syscalls/access.S
4411 target asm: libc_common <= bionic/libc/arch-arm/syscalls/symlink.S
4412 target asm: libc_common <= bionic/libc/arch-arm/syscalls/fchdir.S
4413 target asm: libc_common <= bionic/libc/arch-arm/syscalls/truncate.S
4414 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__statfs64.S
4415 target asm: libc_common <= bionic/libc/arch-arm/syscalls/pause.S
4416 target asm: libc_common <= bionic/libc/arch-arm/syscalls/gettimeofday.S
4417 target asm: libc_common <= bionic/libc/arch-arm/syscalls/settimeofday.S
4418 target asm: libc_common <= bionic/libc/arch-arm/syscalls/times.S
4419 target asm: libc_common <= bionic/libc/arch-arm/syscalls/nanosleep.S
```

4420 target asm: libc_common <= bionic/libc/arch-arm/syscalls/clock_gettime.S
4421 target asm: libc_common <= bionic/libc/arch-arm/syscalls/clock_settime.S
4422 target asm: libc_common <= bionic/libc/arch-arm/syscalls/clock_getres.S
4423 target asm: libc_common <= bionic/libc/arch-arm/syscalls/clock_nanosleep.S
4424 target asm: libc_common <= bionic/libc/arch-arm/syscalls/getitimer.S
4425 target asm: libc_common <= bionic/libc/arch-arm/syscalls/setitimer.S
4426 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__timer_create.S
4427 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__timer_settime.S
4428 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__timer_gettime.S
4429 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__timer_getoverrun.S
4430 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__timer_delete.S
4431 target asm: libc_common <= bionic/libc/arch-arm/syscalls/utimes.S
4432 target asm: libc_common <= bionic/libc/arch-arm/syscalls/sigaction.S
4433 target asm: libc_common <= bionic/libc/arch-arm/syscalls/sigprocmask.S
4434 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__sigsuspend.S
4435 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__rt_sigaction.S
4436 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__rt_sigprocmask.S
4437 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__rt_sigtimedwait.S
4438 target asm: libc_common <= bionic/libc/arch-arm/syscalls/sigpending.S
4439 target asm: libc_common <= bionic/libc/arch-arm/syscalls/socket.S
4440 target asm: libc_common <= bionic/libc/arch-arm/syscalls/socketpair.S
4441 target asm: libc_common <= bionic/libc/arch-arm/syscalls/bind.S
4442 target asm: libc_common <= bionic/libc/arch-arm/syscalls/connect.S
4443 target asm: libc_common <= bionic/libc/arch-arm/syscalls/listen.S
4444 target asm: libc_common <= bionic/libc/arch-arm/syscalls/accept.S
4445 target asm: libc_common <= bionic/libc/arch-arm/syscalls/getsockname.S
4446 target asm: libc_common <= bionic/libc/arch-arm/syscalls/getpeername.S
4447 target asm: libc_common <= bionic/libc/arch-arm/syscalls/sendto.S
4448 target asm: libc_common <= bionic/libc/arch-arm/syscalls/recvfrom.S
4449 target asm: libc_common <= bionic/libc/arch-arm/syscalls/shutdown.S
4450 target asm: libc_common <= bionic/libc/arch-arm/syscalls/setsockopt.S
4451 target asm: libc_common <= bionic/libc/arch-arm/syscalls/getsockopt.S
4452 target asm: libc_common <= bionic/libc/arch-arm/syscalls/sendmsg.S
4453 target asm: libc_common <= bionic/libc/arch-arm/syscalls/recvmsg.S
4454 target asm: libc_common <= bionic/libc/arch-arm/syscalls/sched_setscheduler.S
4455 target asm: libc_common <= bionic/libc/arch-arm/syscalls/sched_getscheduler.S
4456 target asm: libc_common <= bionic/libc/arch-arm/syscalls/sched_yield.S
4457 target asm: libc_common <= bionic/libc/arch-arm/syscalls/sched_setparam.S
4458 target asm: libc_common <= bionic/libc/arch-arm/syscalls/sched_get_priority_max.S
4459 target asm: libc_common <= bionic/libc/arch-arm/syscalls/sched_getparam.S

4460 target asm: libc_common <= bionic/libc/arch-
arm/syscalls/sched_get_priority_min.S
 4461 target asm: libc_common <= bionic/libc/arch-
arm/syscalls/sched_rr_get_interval.S
 4462 target asm: libc_common <= bionic/libc/arch-arm/syscalls/ioprio_set.S
 4463 target asm: libc_common <= bionic/libc/arch-arm/syscalls/ioprio_get.S
 4464 target asm: libc_common <= bionic/libc/arch-arm/syscalls/uname.S
 4465 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__wait4.S
 4466 external/sqlite/dist/sqlite3.c: In function 'fkLookupParent':
 4467 external/sqlite/dist/sqlite3.c:47952: warning: assuming signed overflow
does not occur when assuming that (X - c) <= X is always true
 4468 target asm: libc_common <= bionic/libc/arch-arm/syscalls/umask.S
 4469 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__reboot.S
 4470 target asm: libc_common <= bionic/libc/arch-arm/syscalls/init_module.S
 4471 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__syslog.S
 4472 target asm: libc_common <= bionic/libc/arch-arm/syscalls/klogctl.S
 4473 target asm: libc_common <= bionic/libc/arch-
arm/syscalls/delete_module.S
 4474 target asm: libc_common <= bionic/libc/arch-arm/syscalls/sysinfo.S
 4475 target asm: libc_common <= bionic/libc/arch-arm/syscalls/futex.S
 4476 target asm: libc_common <= bionic/libc/arch-arm/syscalls/epoll_create.S
 4477 target asm: libc_common <= bionic/libc/arch-arm/syscalls/epoll_ctl.S
 4478 target asm: libc_common <= bionic/libc/arch-arm/syscalls/epoll_wait.S
 4479 target asm: libc_common <= bionic/libc/arch-arm/syscalls/inotify_init.S
 4480 target asm: libc_common <= bionic/libc/arch-
arm/syscalls/inotify_add_watch.S
 4481 target asm: libc_common <= bionic/libc/arch-
arm/syscalls/inotify_rm_watch.S
 4482 target asm: libc_common <= bionic/libc/arch-arm/syscalls/poll.S
 4483 target asm: libc_common <= bionic/libc/arch-arm/syscalls/eventfd.S
 4484 target asm: libc_common <= bionic/libc/arch-arm/syscalls/__set_tls.S
 4485 target asm: libc_common <= bionic/libc/arch-arm/syscalls/cacheflush.S
 4486 target asm: libc_common <= bionic/libc/arch-arm/bionic/__get_pc.S
 4487 target asm: libc_common <= bionic/libc/arch-arm/bionic/__get_sp.S
 4488 target asm: libc_common <= bionic/libc/arch-
arm/bionic/_exit_with_stack_teardown.S
 4489 target asm: libc_common <= bionic/libc/arch-arm/bionic/_setjmp.S
 4490 target asm: libc_common <= bionic/libc/arch-arm/bionic/atomics_arm.S
 4491 target asm: libc_common <= bionic/libc/arch-arm/bionic/clone.S
 4492 target asm: libc_common <= bionic/libc/arch-arm/bionic/ffs.S
 4493 target asm: libc_common <= bionic/libc/arch-arm/bionic/kill.S
 4494 target asm: libc_common <= bionic/libc/arch-arm/bionic/tkill.S
 4495 target asm: libc_common <= bionic/libc/arch-arm/bionic/memcmp.S
 4496 target asm: libc_common <= bionic/libc/arch-arm/bionic/memcmp16.S
 4497 target asm: libc_common <= bionic/libc/arch-arm/bionic/memcpy.S
 4498 target asm: libc_common <= bionic/libc/arch-arm/bionic/setjmp.S
 4499 target asm: libc_common <= bionic/libc/arch-arm/bionic/syscall.S
 4500 target asm: libc_common <= bionic/libc/arch-arm/bionic/sigsetjmp.S
 4501 target arm C: libc_common <= bionic/libc/arch-arm/bionic/strlen.c
 4502 target arm C: libc_common <= bionic/libc/string/memmove.c
 4503 target arm C: libc_common <= bionic/libc/bionic/pthread-rwlocks.c
 4504 target arm C: libc_common <= bionic/libc/bionic/pthread-timers.c
 4505 target arm C: libc_common <= bionic/libc/bionic/ptrace.c
 4506 target thumb C: libc_common <= bionic/libc/unistd/abort.c
 4507 target thumb C: libc_common <= bionic/libc/unistd/alarm.c
 4508 target thumb C: libc_common <= bionic/libc/unistd/brk.c
 4509 target thumb C: libc_common <= bionic/libc/unistd/creat.c

```
4510 target thumb C: libc_common <= bionic/libc/unistd/eventfd.c
4511 target thumb C: libc_common <= bionic/libc/unistd/daemon.c
4512 target thumb C: libc_common <= bionic/libc/unistd/exec.c
4513 target thumb C: libc_common <= bionic/libc/unistd/fcntl.c
4514 target thumb C: libc_common <= bionic/libc/unistd/fnmatch.c
4515 target thumb C: libc_common <= bionic/libc/unistd/fstatfs.c
4516 target thumb C: libc_common <= bionic/libc/unistd/ftime.c
4517 target thumb C: libc_common <= bionic/libc/unistd/ftok.c
4518 target thumb C: libc_common <= bionic/libc/unistd/getcwd.c
4519 target thumb C: libc_common <= bionic/libc/unistd/gethostname.c
4520 target thumb C: libc_common <= bionic/libc/unistd/getdtablesize.c
4521 target thumb C: libc_common <= bionic/libc/unistd/getopt_long.c
4522 target thumb C: libc_common <= bionic/libc/unistd/getpgrp.c
4523 target thumb C: libc_common <= bionic/libc/unistd/getpriority.c
4524 target thumb C: libc_common <= bionic/libc/unistd/getpt.c
4525 target thumb C: libc_common <= bionic/libc/unistd/initgroups.c
4526 target thumb C: libc_common <= bionic/libc/unistd/isatty.c
4527 target thumb C: libc_common <= bionic/libc/unistd/issetugid.c
4528 target thumb C: libc_common <= bionic/libc/unistd/killpg.c
4529 target thumb C: libc_common <= bionic/libc/unistd/lseek64.c
4530 target thumb C: libc_common <= bionic/libc/unistd/mmap.c
4531 target thumb C: libc_common <= bionic/libc/unistd/nice.c
4532 target thumb C: libc_common <= bionic/libc/unistd/open.c
4533 target thumb C: libc_common <= bionic/libc/unistd/openat.c
4534 target thumb C: libc_common <= bionic/libc/unistd/opendir.c
4535 target thumb C: libc_common <= bionic/libc/unistd/pathconf.c
4536 target thumb C: libc_common <= bionic/libc/unistd/perror.c
4537 target thumb C: libc_common <= bionic/libc/unistd/popen.c
4538 target thumb C: libc_common <= bionic/libc/unistd/pread.c
4539 target thumb C: libc_common <= bionic/libc/unistd/pselect.c
4540 target thumb C: libc_common <= bionic/libc/unistd/ptsname.c
4541 target thumb C: libc_common <= bionic/libc/unistd/ptsname_r.c
4542 target thumb C: libc_common <= bionic/libc/unistd/pwrite.c
4543 external/sqlite/dist/sqlite3.c: In function 'evalFts3Expr':
4544 external/sqlite/dist/sqlite3.c:100410: warning: 'pList' may be used
uninitialized in this function
4545 external/sqlite/dist/sqlite3.c:100410: note: 'pList' was declared here
4546 external/sqlite/dist/sqlite3.c:100411: warning: 'nList' may be used
uninitialized in this function
4547 external/sqlite/dist/sqlite3.c:100411: note: 'nList' was declared here
4548 target thumb C: libc_common <= bionic/libc/unistd/raise.c
4549 target thumb C: libc_common <= bionic/libc/unistd/reboot.c
4550 target thumb C: libc_common <= bionic/libc/unistd/recv.c
4551 target thumb C: libc_common <= bionic/libc/unistd/sbrk.c
4552 external/sqlite/dist/sqlite3.c: In function 'fts3SegmentMerge':
4553 external/sqlite/dist/sqlite3.c:105932: warning: 'iNewLevel' may be used
uninitialized in this function
4554 target thumb C: libc_common <= bionic/libc/unistd/send.c
4555 target thumb C: libc_common <= bionic/libc/unistd/setuid.c
4556 target thumb C: libc_common <= bionic/libc/unistd/setegid.c
4557 target thumb C: libc_common <= bionic/libc/unistd/seteuid.c
4558 target thumb C: libc_common <= bionic/libc/unistd/setreuid.c
4559 target thumb C: libc_common <= bionic/libc/unistd/setresuid.c
4560 target thumb C: libc_common <= bionic/libc/unistd/setpgrp.c
4561 target thumb C: libc_common <= bionic/libc/unistd/sigblock.c
4562 external/sqlite/dist/sqlite3.c: In function 'fts3UpdateMethod':
```

```
4563 external/sqlite/dist/sqlite3.c:106137: warning: 'isEmpty' may be used
uninitialized in this function
4564 external/sqlite/dist/sqlite3.c:106137: note: 'isEmpty' was declared
here
4565 target thumb C: libc_common <= bionic/libc/unistd/siginterrupt.c
4566 target thumb C: libc_common <= bionic/libc/unistd/siglist.c
4567 target thumb C: libc_common <= bionic/libc/unistd/signal.c
4568 target thumb C: libc_common <= bionic/libc/unistd/signame.c
4569 target thumb C: libc_common <= bionic/libc/unistd/sigsetmask.c
4570 target thumb C: libc_common <= bionic/libc/unistd/sigsuspend.c
4571 target thumb C: libc_common <= bionic/libc/unistd/sigwait.c
4572 target thumb C: libc_common <= bionic/libc/unistd/sleep.c
4573 target thumb C: libc_common <= bionic/libc/unistd/statfs.c
4574 target thumb C: libc_common <= bionic/libc/unistd/strsignal.c
4575 target thumb C: libc_common <= bionic/libc/unistd/syslog.c
4576 target thumb C: libc_common <= bionic/libc/unistd/system.c
4577 target thumb C: libc_common <= bionic/libc/unistd/tcgetpgrp.c
4578 target thumb C: libc_common <= bionic/libc/unistd/tcsetpgrp.c
4579 target thumb C: libc_common <= bionic/libc/unistd/time.c
4580 target thumb C: libc_common <= bionic/libc/unistd/umount.c
4581 target thumb C: libc_common <= bionic/libc/unistd/unlockpt.c
4582 target thumb C: libc_common <= bionic/libc/unistd/usleep.c
4583 target thumb C: libc_common <= bionic/libc/unistd/wait.c
4584 target thumb C: libc_common <= bionic/libc/stdio/asprintf.c
4585 target thumb C: libc_common <= bionic/libc/stdio/clrerr.c
4586 target thumb C: libc_common <= bionic/libc/stdio/fclose.c
4587 target thumb C: libc_common <= bionic/libc/stdio/fdopen.c
4588 target thumb C: libc_common <= bionic/libc/stdio/feof.c
4589 target thumb C: libc_common <= bionic/libc/stdio/ferror.c
4590 target thumb C: libc_common <= bionic/libc/stdio/fflush.c
4591 target thumb C: libc_common <= bionic/libc/stdio/fgetc.c
4592 target thumb C: libc_common <= bionic/libc/stdio/fgetln.c
4593 target thumb C: libc_common <= bionic/libc/stdio/fgetpos.c
4594 target thumb C: libc_common <= bionic/libc/stdio/fgets.c
4595 target thumb C: libc_common <= bionic/libc/stdio/fileno.c
4596 target thumb C: libc_common <= bionic/libc/stdio/findfp.c
4597 target thumb C: libc_common <= bionic/libc/stdio/flags.c
4598 target thumb C: libc_common <= bionic/libc/stdio/flockfile.c
4599 target thumb C: libc_common <= bionic/libc/stdio/fopen.c
4600 target thumb C: libc_common <= bionic/libc/stdio/fprintf.c
4601 target thumb C: libc_common <= bionic/libc/stdio/fpurge.c
4602 target thumb C: libc_common <= bionic/libc/stdio/fputc.c
4603 target thumb C: libc_common <= bionic/libc/stdio/fputs.c
4604 target thumb C: libc_common <= bionic/libc/stdio/fread.c
4605 target thumb C: libc_common <= bionic/libc/stdio/freopen.c
4606 target thumb C: libc_common <= bionic/libc/stdio/fscanf.c
4607 target thumb C: libc_common <= bionic/libc/stdio/fseek.c
4608 target thumb C: libc_common <= bionic/libc/stdio/fsetpos.c
4609 target thumb C: libc_common <= bionic/libc/stdio/ftell.c
4610 target thumb C: libc_common <= bionic/libc/stdio/funopen.c
4611 target thumb C: libc_common <= bionic/libc/stdio/fvwrite.c
4612 target thumb C: libc_common <= bionic/libc/stdio/fwalk.c
4613 target thumb C: libc_common <= bionic/libc/stdio/fwrite.c
4614 target thumb C: libc_common <= bionic/libc/stdio/getc.c
4615 target thumb C: libc_common <= bionic/libc/stdio/getchar.c
4616 target thumb C: libc_common <= bionic/libc/stdio/gets.c
4617 target thumb C: libc_common <= bionic/libc/stdio/makebuf.c
```

```
4618 target thumb C: libc_common <= bionic/libc/stdio/mktemp.c
4619 target thumb C: libc_common <= bionic/libc/stdio/printf.c
4620 target thumb C: libc_common <= bionic/libc/stdio/putc.c
4621 target thumb C: libc_common <= bionic/libc/stdio/putchar.c
4622 target thumb C: libc_common <= bionic/libc/stdio/puts.c
4623 target thumb C: libc_common <= bionic/libc/stdio/putw.c
4624 target thumb C: libc_common <= bionic/libc/stdio/refill.c
4625 target thumb C: libc_common <= bionic/libc/stdio/remove.c
4626 target thumb C: libc_common <= bionic/libc/stdio/rewind.c
4627 target thumb C: libc_common <= bionic/libc/stdio/rget.c
4628 external/sqlite/dist/sqlite3.c: In function 'sqlite3VdbeExec':
4629 external/sqlite/dist/sqlite3.c:52565: warning: 'pc' may be used
uninitialized in this function
4630 target thumb C: libc_common <= bionic/libc/stdio/scanf.c
4631 target thumb C: libc_common <= bionic/libc/stdio/setbuf.c
4632 target thumb C: libc_common <= bionic/libc/stdio/setbuffer.c
4633 target thumb C: libc_common <= bionic/libc/stdio/setvbuf.c
4634 target thumb C: libc_common <= bionic/libc/stdio/snprintf.c
4635 target thumb C: libc_common <= bionic/libc/stdio/sprintf.c
4636 target thumb C: libc_common <= bionic/libc/stdio/sscanf.c
4637 target thumb C: libc_common <= bionic/libc/stdio/stdio.c
4638 target thumb C: libc_common <= bionic/libc/stdio/tempnam.c
4639 target thumb C: libc_common <= bionic/libc/stdio/tmpfile.c
4640 target thumb C: libc_common <= bionic/libc/stdio/tmpnam.c
4641 target thumb C: libc_common <= bionic/libc/stdio/ungetc.c
4642 target thumb C: libc_common <= bionic/libc/stdio/vasprintf.c
4643 external/sqlite/dist/sqlite3.c: In function 'evalFts3Expr':
4644 external/sqlite/dist/sqlite3.c:100410: warning: 'pList' may be used
uninitialized in this function
4645 external/sqlite/dist/sqlite3.c:100410: note: 'pList' was declared here
4646 external/sqlite/dist/sqlite3.c:100411: warning: 'nList' may be used
uninitialized in this function
4647 external/sqlite/dist/sqlite3.c:100411: note: 'nList' was declared here
4648 target thumb C: libc_common <= bionic/libc/stdio/vfprintf.c
4649 target thumb C: libc_common <= bionic/libc/stdio/vfscanf.c
4650 external/sqlite/dist/sqlite3.c: In function 'fts3SegmentMerge':
4651 external/sqlite/dist/sqlite3.c:105932: warning: 'iNewLevel' may be used
uninitialized in this function
4652 target thumb C: libc_common <= bionic/libc/stdio/vprintf.c
4653 target thumb C: libc_common <= bionic/libc/stdio/vsnprintf.c
4654 external/sqlite/dist/sqlite3.c: In function 'fts3UpdateMethod':
4655 external/sqlite/dist/sqlite3.c:106137: warning: 'isEmpty' may be used
uninitialized in this function
4656 external/sqlite/dist/sqlite3.c:106137: note: 'isEmpty' was declared
here
4657 target thumb C: libc_common <= bionic/libc/stdio/vsprintf.c
4658 target thumb C: libc_common <= bionic/libc/stdio/vscanf.c
4659 target thumb C: libc_common <= bionic/libc/stdio/vsscanf.c
4660 target thumb C: libc_common <= bionic/libc/stdio/wbuf.c
4661 target thumb C: libc_common <= bionic/libc/stdio/wsetup.c
4662 target thumb C: libc_common <= bionic/libc/stdlib/_rand48.c
4663 target thumb C: libc_common <= bionic/libc/stdlib/assert.c
4664 target thumb C: libc_common <= bionic/libc/stdlib/atexit.c
4665 target thumb C: libc_common <= bionic/libc/stdlib/atoi.c
4666 target thumb C: libc_common <= bionic/libc/stdlib/atol.c
4667 target thumb C: libc_common <= bionic/libc/stdlib/atoll.c
4668 target thumb C: libc_common <= bionic/libc/stdlib/bsearch.c
```

```
4669 target thumb C: libc_common <= bionic/libc/stdlib/ctype_.c
4670 target thumb C: libc_common <= bionic/libc/stdlib/div.c
4671 target thumb C: libc_common <= bionic/libc/stdlib/exit.c
4672 target thumb C: libc_common <= bionic/libc/stdlib/getenv.c
4673 target thumb C: libc_common <= bionic/libc/stdlib/jrand48.c
4674 target thumb C: libc_common <= bionic/libc/stdlib/ldiv.c
4675 target thumb C: libc_common <= bionic/libc/stdlib/lldiv.c
4676 target thumb C: libc_common <= bionic/libc/stdlib/locale.c
4677 target thumb C: libc_common <= bionic/libc/stdlib/lrand48.c
4678 target thumb C: libc_common <= bionic/libc/stdlib/mrand48.c
4679 target thumb C: libc_common <= bionic/libc/stdlib/nrand48.c
4680 target thumb C: libc_common <= bionic/libc/stdlib/putenv.c
4681 target thumb C: libc_common <= bionic/libc/stdlib/qsort.c
4682 target thumb C: libc_common <= bionic/libc/stdlib/seed48.c
4683 target thumb C: libc_common <= bionic/libc/stdlib/setenv.c
4684 target thumb C: libc_common <= bionic/libc/stdlib/setjmperr.c
4685 target thumb C: libc_common <= bionic/libc/stdlib/srand48.c
4686 target thumb C: libc_common <= bionic/libc/stdlib/strntoimax.c
4687 target thumb C: libc_common <= bionic/libc/stdlib/strntoumax.c
4688 target thumb C: libc_common <= bionic/libc/stdlib/strtod.c
4689 target thumb C: libc_common <= bionic/libc/stdlib/strtoimax.c
4690 target thumb C: libc_common <= bionic/libc/stdlib/strtol.c
4691 target thumb C: libc_common <= bionic/libc/stdlib/strtoll.c
4692 target thumb C: libc_common <= bionic/libc/stdlib/strtoul.c
4693 target thumb C: libc_common <= bionic/libc/stdlib/strtoull.c
4694 target thumb C: libc_common <= bionic/libc/stdlib/strtoumax.c
4695 target thumb C: libc_common <= bionic/libc/stdlib/tolower_.c
4696 target thumb C: libc_common <= bionic/libc/stdlib/toupper_.c
4697 target thumb C: libc_common <= bionic/libc/stdlib/wchar.c
4698 target thumb C: libc_common <= bionic/libc/string/index.c
4699 target thumb C: libc_common <= bionic/libc/string/memccpy.c
4700 target thumb C: libc_common <= bionic/libc/string/memchr.c
4701 target thumb C: libc_common <= bionic/libc/string/memmem.c
4702 target thumb C: libc_common <= bionic/libc/string/memrchr.c
4703 target thumb C: libc_common <= bionic/libc/string/memswap.c
4704 target thumb C: libc_common <= bionic/libc/string/strcasecmp.c
4705 target thumb C: libc_common <= bionic/libc/string/strcasestr.c
4706 target thumb C: libc_common <= bionic/libc/string/strcat.c
4707 target thumb C: libc_common <= bionic/libc/string/strchr.c
4708 target thumb C: libc_common <= bionic/libc/string/strcoll.c
4709 target thumb C: libc_common <= bionic/libc/string/strcpy.c
4710 target thumb C: libc_common <= bionic/libc/string/strcspn.c
4711 target thumb C: libc_common <= bionic/libc/string/strdup.c
4712 target thumb C: libc_common <= bionic/libc/string/strerror.c
4713 target thumb C: libc_common <= bionic/libc/string/strerror_r.c
4714 target thumb C: libc_common <= bionic/libc/string/strlcat.c
4715 target thumb C: libc_common <= bionic/libc/string/strlcpy.c
4716 target thumb C: libc_common <= bionic/libc/string/strncat.c
4717 target thumb C: libc_common <= bionic/libc/string/strncpy.c
4718 target thumb C: libc_common <= bionic/libc/string/strndup.c
4719 external/sqlite/dist/sqlite3.c: In function 'sqlite3VdbeExec':
4720 external/sqlite/dist/sqlite3.c:52565: warning: 'pc' may be used
uninitialized in this function
4721 target thumb C: libc_common <= bionic/libc/string/strnlen.c
4722 target thumb C: libc_common <= bionic/libc/string/strpbrk.c
4723 target thumb C: libc_common <= bionic/libc/string/strrchr.c
4724 target thumb C: libc_common <= bionic/libc/string/strsep.c
```

```
4725 target thumb C: libc_common <= bionic/libc/string/strspn.c
4726 target thumb C: libc_common <= bionic/libc/string/strstr.c
4727 target thumb C: libc_common <= bionic/libc/string/strtok.c
4728 target thumb C: libc_common <= bionic/libc/string/strtotimeval.c
4729 target thumb C: libc_common <= bionic/libc/string/strxfrm.c
4730 target thumb C: libc_common <= bionic/libc/wchar/wcpcpy.c
4731 target thumb C: libc_common <= bionic/libc/wchar/wcpncpy.c
4732 target thumb C: libc_common <= bionic/libc/wchar/wcscasecmp.c
4733 target thumb C: libc_common <= bionic/libc/wchar/wcscat.c
4734 target thumb C: libc_common <= bionic/libc/wchar/wcschr.c
4735 target thumb C: libc_common <= bionic/libc/wchar/wcscmp.c
4736 target thumb C: libc_common <= bionic/libc/wchar/wcscoll.c
4737 target thumb C: libc_common <= bionic/libc/wchar/wcscpy.c
4738 target thumb C: libc_common <= bionic/libc/wchar/wcsspn.c
4739 target thumb C: libc_common <= bionic/libc/wchar/wcsdup.c
4740 target thumb C: libc_common <= bionic/libc/wchar/wcslcat.c
4741 target thumb C: libc_common <= bionic/libc/wchar/wcslcpy.c
4742 target thumb C: libc_common <= bionic/libc/wchar/wcslen.c
4743 target thumb C: libc_common <= bionic/libc/wchar/wcsncasecmp.c
4744 target thumb C: libc_common <= bionic/libc/wchar/wcsncat.c
4745 target thumb C: libc_common <= bionic/libc/wchar/wcsncmp.c
4746 target thumb C: libc_common <= bionic/libc/wchar/wcsncpy.c
4747 target thumb C: libc_common <= bionic/libc/wchar/wcsnlen.c
4748 target thumb C: libc_common <= bionic/libc/wchar/wcsrchr.c
4749 target thumb C: libc_common <= bionic/libc/wchar/wcspbrk.c
4750 target thumb C: libc_common <= bionic/libc/wchar/wcsspn.c
4751 target thumb C: libc_common <= bionic/libc/wchar/wcsstr.c
4752 target thumb C: libc_common <= bionic/libc/wchar/wcstok.c
4753 target thumb C: libc_common <= bionic/libc/wchar/wmemchr.c
4754 target thumb C: libc_common <= bionic/libc/wchar/wcswidth.c
4755 target thumb C: libc_common <= bionic/libc/wchar/wmemcmp.c
4756 target thumb C: libc_common <= bionic/libc/wchar/wmemcpy.c
4757 target thumb C: libc_common <= bionic/libc/wchar/wmemmove.c
4758 target thumb C: libc_common <= bionic/libc/wchar/wmemset.c
4759 target thumb C: libc_common <= bionic/libc/inet/bindresvport.c
4760 target thumb C: libc_common <= bionic/libc/inet/inet_addr.c
4761 target thumb C: libc_common <= bionic/libc/inet/inet_aton.c
4762 target thumb C: libc_common <= bionic/libc/inet/inet_ntoa.c
4763 target thumb C: libc_common <= bionic/libc/inet/inet_ntop.c
4764 target thumb C: libc_common <= bionic/libc/inet/inet_pton.c
4765 target thumb C: libc_common <= bionic/libc/tzcode/asctime.c
4766 target thumb C: libc_common <= bionic/libc/tzcode/difftime.c
4767 target thumb C: libc_common <= bionic/libc/tzcode/localtime.c
4768 target thumb C: libc_common <= bionic/libc/tzcode/strftime.c
4769 target thumb C: libc_common <= bionic/libc/tzcode/strptime.c
4770 target thumb C: libc_common <= bionic/libc/bionic/__set_errno.c
4771 target thumb C: libc_common <= bionic/libc/bionic/_rand48.c
4772 target thumb C: libc_common <= bionic/libc/bionic/cpuacct.c
4773 target thumb C: libc_common <= bionic/libc/bionic/arc4random.c
4774 target thumb C: libc_common <= bionic/libc/bionic/basename.c
4775 target thumb C: libc_common <= bionic/libc/bionic/basename_r.c
4776 target thumb C: libc_common <= bionic/libc/bionic/clearenv.c
4777 target thumb C: libc_common <= bionic/libc/bionic/dirname.c
4778 target thumb C: libc_common <= bionic/libc/bionic/dirname_r.c
4779 target thumb C: libc_common <= bionic/libc/bionic/drand48.c
4780 target thumb C: libc_common <= bionic/libc/bionic/erand48.c
4781 target thumb C: libc_common <= bionic/libc/bionic/err.c
```

```
4782 target thumb C: libc_common <= bionic/libc/bionic/fdprintf.c
4783 target thumb C: libc_common <= bionic/libc/bionic/fork.c
4784 target thumb C: libc_common <= bionic/libc/bionic/fts.c
4785 target thumb C: libc_common <= bionic/libc/bionic/if_nametoindex.c
4786 target thumb C: libc_common <= bionic/libc/bionic/if_indextoname.c
4787 target thumb C: libc_common <= bionic/libc/bionic/ioctl.c
4788 target thumb C: libc_common <= bionic/libc/bionic/ldexp.c
4789 target thumb C: libc_common <= bionic/libc/bionic/libc_init_common.c
4790 target thumb C: libc_common <= bionic/libc/bionic/logd_write.c
4791 target thumb C: libc_common <= bionic/libc/bionic/md5.c
4792 target thumb C: libc_common <= bionic/libc/bionic/pututline.c
4793 target thumb C: libc_common <= bionic/libc/bionic/realpath.c
4794 target thumb C: libc_common <= bionic/libc/bionic/semaphore.c
4795 target thumb C: libc_common <= bionic/libc/bionic/sha1.c
4796 target thumb C: libc_common <= bionic/libc/bionic/ssp.c
4797 target thumb C: libc_common <= bionic/libc/bionic/stubs.c
4798 bionic/libc/bionic/stubs.c: In function 'android_id_to_passwd':
4799 bionic/libc/bionic/stubs.c:125: warning: initialization discards
qualifiers from pointer target type
4800 bionic/libc/bionic/stubs.c: In function 'android_name_to_passwd':
4801 bionic/libc/bionic/stubs.c:138: warning: initialization discards
qualifiers from pointer target type
4802 bionic/libc/bionic/stubs.c: In function 'android_id_to_group':
4803 bionic/libc/bionic/stubs.c:151: warning: initialization discards
qualifiers from pointer target type
4804 bionic/libc/bionic/stubs.c: In function 'android_name_to_group':
4805 bionic/libc/bionic/stubs.c:164: warning: initialization discards
qualifiers from pointer target type
4806 target thumb C: libc_common <= bionic/libc/bionic/system_properties.c
4807 target thumb C: libc_common <= bionic/libc/bionic/time64.c
4808 target thumb C: libc_common <= bionic/libc/bionic/thread_atexit.c
4809 target thumb C: libc_common <= bionic/libc/bionic/utime.c
4810 target thumb C: libc_common <= bionic/libc/bionic/utmp.c
4811 target thumb C: libc_common <= bionic/libc/netbsd/gethnamaddr.c
4812 target thumb C: libc_common <= bionic/libc/netbsd/isc/ev_timers.c
4813 target thumb C: libc_common <= bionic/libc/netbsd/isc/ev_streams.c
4814 target thumb C: libc_common <= bionic/libc/netbsd/inet/nsap_addr.c
4815 target thumb C: libc_common <= bionic/libc/netbsd/resolv/__res_close.c
4816 target thumb C: libc_common <= bionic/libc/netbsd/resolv/__dn_comp.c
4817 target thumb C: libc_common <= bionic/libc/netbsd/resolv/__res_send.c
4818 target thumb C: libc_common <= bionic/libc/netbsd/resolv/herror.c
4819 target thumb C: libc_common <= bionic/libc/netbsd/resolv/res_comp.c
4820 target thumb C: libc_common <= bionic/libc/netbsd/resolv/res_data.c
4821 target thumb C: libc_common <= bionic/libc/netbsd/resolv/res_debug.c
4822 target thumb C: libc_common <= bionic/libc/netbsd/resolv/res_init.c
4823 target thumb C: libc_common <= bionic/libc/netbsd/resolv/res_mkquery.c
4824 target thumb C: libc_common <= bionic/libc/netbsd/resolv/res_query.c
4825 target thumb C: libc_common <= bionic/libc/netbsd/resolv/res_send.c
4826 target thumb C: libc_common <= bionic/libc/netbsd/resolv/res_state.c
4827 target thumb C: libc_common <= bionic/libc/netbsd/resolv/res_cache.c
4828 target thumb C: libc_common <= bionic/libc/netbsd/net/nsdispatch.c
4829 target thumb C: libc_common <= bionic/libc/netbsd/net/getaddrinfo.c
4830 target thumb C: libc_common <= bionic/libc/netbsd/net/getnameinfo.c
4831 target thumb C: libc_common <= bionic/libc/netbsd/net/getservbyname.c
4832 target thumb C: libc_common <= bionic/libc/netbsd/net/getservent.c
4833 target thumb C: libc_common <= bionic/libc/netbsd/net/base64.c
4834 target thumb C: libc_common <= bionic/libc/netbsd/net/getservbyport.c
```

```
4835 target thumb C: libc_common <= bionic/libc/netbsd/nameser/ns_name.c
4836 target thumb C: libc_common <= bionic/libc/netbsd/nameser/ns_parse.c
4837 target thumb C: libc_common <= bionic/libc/netbsd/nameser/ns_ttl.c
4838 target thumb C: libc_common <= bionic/libc/netbsd/nameser/ns_print.c
4839 target thumb C: libc_common <= bionic/libc/netbsd/nameser/ns_netint.c
4840 target thumb C: libc_common <=
bionic/libc/netbsd/nameser/ns_samedomain.c
4841 target thumb C: libc_common <= bionic/libc/regex/regcomp.c
4842 target thumb C: libc_common <= bionic/libc/regex/regerror.c
4843 target thumb C: libc_common <= bionic/libc/regex/regexec.c
4844 target thumb C: libc_common <= bionic/libc/regex/regfree.c
4845 bionic/libc/regex/regcomp.c: In function 'findmust':
4846 bionic/libc/regex/regcomp.c:1477: warning: 'scan' may be used
uninitialized in this function
4847 target thumb C: libc_common <= bionic/libc/bionic/bionic_clone.c
4848 target thumb C: libc_common <= bionic/libc/arch-arm/bionic/eabi.c
4849 target thumb C: libc_common <= bionic/libc/arch-
arm/bionic/libgcc_compat.c
4850 target thumb C: libc_common <= bionic/libc/string/bcopy.c
4851 target thumb C: libc_common <= bionic/libc/string/strcmp.c
4852 target thumb C: libc_common <= bionic/libc/string/strncmp.c
4853 target thumb C: libc_common <= bionic/libc/unistd/socketcalls.c
4854 target thumb C++: libstdc++ <=
bionic/libstdc++/src/one_time_construction.cpp
4855 target thumb C++: libstdc++ <= bionic/libstdc++/src/new.cpp
4856 target thumb C++: libstdc++ <= bionic/libstdc++/src/pure_virtual.cpp
4857 target thumb C++: libstdc++ <= bionic/libstdc++/src/typeinfo.cpp
4858 target arm C: libm <= bionic/libm/isinf.c
4859 target arm C: libm <= bionic/libm/fpclassify.c
4860 target arm C: libm <= bionic/libm/sincos.c
4861 target arm C: libm <= bionic/libm/bsdsrc/b_exp.c
4862 target arm C: libm <= bionic/libm/bsdsrc/b_log.c
4863 target arm C: libm <= bionic/libm/bsdsrc/b_tgamma.c
4864 target arm C: libm <= bionic/libm/src/e_acos.c
4865 target arm C: libm <= bionic/libm/src/e_acosf.c
4866 target arm C: libm <= bionic/libm/src/e_acosh.c
4867 target arm C: libm <= bionic/libm/src/e_acoshf.c
4868 target arm C: libm <= bionic/libm/src/e_asin.c
4869 target arm C: libm <= bionic/libm/src/e_asinf.c
4870 target arm C: libm <= bionic/libm/src/e_atan2.c
4871 target arm C: libm <= bionic/libm/src/e_atan2f.c
4872 target arm C: libm <= bionic/libm/src/e_atanh.c
4873 target arm C: libm <= bionic/libm/src/e_atanhf.c
4874 target arm C: libm <= bionic/libm/src/e_coshf.c
4875 target arm C: libm <= bionic/libm/src/e_exp.c
4876 target arm C: libm <= bionic/libm/src/e_cosh.c
4877 target arm C: libm <= bionic/libm/src/e_expf.c
4878 target arm C: libm <= bionic/libm/src/e_fmod.c
4879 target arm C: libm <= bionic/libm/src/e_fmodf.c
4880 target arm C: libm <= bionic/libm/src/e_gamma.c
4881 target arm C: libm <= bionic/libm/src/e_gamma_r.c
4882 target arm C: libm <= bionic/libm/src/e_gammaf_r.c
4883 target arm C: libm <= bionic/libm/src/e_gammaf.c
4884 target arm C: libm <= bionic/libm/src/e_hypot.c
4885 target arm C: libm <= bionic/libm/src/e_j0.c
4886 target arm C: libm <= bionic/libm/src/e_hypotf.c
4887 target arm C: libm <= bionic/libm/src/e_j0f.c
```

```
4888 target arm C: libm <= bionic/libm/src/e_j1.c
4889 target arm C: libm <= bionic/libm/src/e_j1f.c
4890 target arm C: libm <= bionic/libm/src/e_jn.c
4891 target arm C: libm <= bionic/libm/src/e_jnf.c
4892 target arm C: libm <= bionic/libm/src/e_lgamma.c
4893 target arm C: libm <= bionic/libm/src/e_lgamma_r.c
4894 target arm C: libm <= bionic/libm/src/e_lgammaf.c
4895 target arm C: libm <= bionic/libm/src/e_lgammaf_r.c
4896 bionic/libm/src/e_lgamma_r.c: In function 'lgamma_r':
4897 bionic/libm/src/e_lgamma_r.c:295: warning: 'nadj' may be used
uninitialized in this function
4898 bionic/libm/src/e_lgammaf_r.c: In function 'lgammaf_r':
4899 bionic/libm/src/e_lgammaf_r.c:229: warning: 'nadj' may be used
uninitialized in this function
4900 target arm C: libm <= bionic/libm/src/e_log10.c
4901 target arm C: libm <= bionic/libm/src/e_log.c
4902 target arm C: libm <= bionic/libm/src/e_log10f.c
4903 bionic/libm/src/e_log.c: In function 'log':
4904 bionic/libm/src/e_log.c:111: warning: suggest explicit braces to avoid
ambiguous 'else'
4905 target arm C: libm <= bionic/libm/src/e_logf.c
4906 bionic/libm/src/e_logf.c: In function 'logf':
4907 bionic/libm/src/e_logf.c:59: warning: suggest explicit braces to avoid
ambiguous 'else'
4908 target arm C: libm <= bionic/libm/src/e_pow.c
4909 target arm C: libm <= bionic/libm/src/e_powf.c
4910 target arm C: libm <= bionic/libm/src/e_rem_pio2.c
4911 bionic/libm/src/e_pow.c: In function 'pow':
4912 bionic/libm/src/e_pow.c:130: warning: comparison between signed and
unsigned integer expressions
4913 bionic/libm/src/e_powf.c: In function 'powf':
4914 bionic/libm/src/e_powf.c:214: warning: comparison between signed and
unsigned integer expressions
4915 target arm C: libm <= bionic/libm/src/e_rem_pio2f.c
4916 target arm C: libm <= bionic/libm/src/e_remainder.c
4917 bionic/libm/src/e_rem_pio2.c: In function '__ieee754_rem_pio2':
4918 bionic/libm/src/e_rem_pio2.c:155: warning: 'z' may be used
uninitialized in this function
4919 target arm C: libm <= bionic/libm/src/e_remainderf.c
4920 target arm C: libm <= bionic/libm/src/e_scalb.c
4921 target arm C: libm <= bionic/libm/src/e_scalbf.c
4922 target arm C: libm <= bionic/libm/src/e_sinh.c
4923 bionic/libm/src/e_scalbf.c:46: warning: data definition has no type or
storage class
4924 bionic/libm/src/e_scalbf.c:46: warning: type defaults to 'int' in
declaration of '__weak_reference'
4925 bionic/libm/src/e_scalbf.c:46: warning: parameter names (without types)
in function declaration
4926 target arm C: libm <= bionic/libm/src/e_sinhf.c
4927 target arm C: libm <= bionic/libm/src/e_sqrt.c
4928 target arm C: libm <= bionic/libm/src/e_sqrtf.c
4929 target arm C: libm <= bionic/libm/src/k_cos.c
4930 bionic/libm/src/e_sqrt.c: In function 'sqrt':
4931 bionic/libm/src/e_sqrt.c:158: warning: comparison between signed and
unsigned integer expressions
4932 target arm C: libm <= bionic/libm/src/k_cosf.c
4933 target arm C: libm <= bionic/libm/src/k_rem_pio2.c
```

```
4934 target arm C: libm <= bionic/libm/src/k_sin.c
4935 target arm C: libm <= bionic/libm/src/k_sinf.c
4936 target arm C: libm <= bionic/libm/src/k_tan.c
4937 target arm C: libm <= bionic/libm/src/k_tanf.c
4938 target arm C: libm <= bionic/libm/src/s_asinh.c
4939 target arm C: libm <= bionic/libm/src/s_asinhf.c
4940 target arm C: libm <= bionic/libm/src/s_atan.c
4941 target arm C: libm <= bionic/libm/src/s_atanf.c
4942 target arm C: libm <= bionic/libm/src/s_cbrtf.c
4943 target arm C: libm <= bionic/libm/src/s_cbrt.c
4944 target arm C: libm <= bionic/libm/src/s_ceil.c
4945 target arm C: libm <= bionic/libm/src/s_ceilf.c
4946 bionic/libm/src/s_ceil.c: In function 'ceil':
4947 bionic/libm/src/s_ceil.c:63: warning: comparison between signed and
unsigned integer expressions
4948 target arm C: libm <= bionic/libm/src/s_ceill.c
4949 target arm C: libm <= bionic/libm/src/s_copysign.c
4950 target arm C: libm <= bionic/libm/src/s_copysignf.c
4951 target arm C: libm <= bionic/libm/src/s_cos.c
4952 target arm C: libm <= bionic/libm/src/s_cosf.c
4953 target arm C: libm <= bionic/libm/src/s_erf.c
4954 target arm C: libm <= bionic/libm/src/s_erff.c
4955 In file included from bionic/libm/src/s_cosf.c:25:
4956 bionic/libm/src/k_cosf.c: In function '__kernel_cosdf':
4957 bionic/libm/src/k_cosf.c:45: warning: 'C2' is static but used in inline
function '__kernel_cosdf' which is not static
4958 bionic/libm/src/k_cosf.c:45: warning: 'C3' is static but used in inline
function '__kernel_cosdf' which is not static
4959 bionic/libm/src/k_cosf.c:46: warning: 'one' is static but used in
inline function '__kernel_cosdf' which is not static
4960 bionic/libm/src/k_cosf.c:46: warning: 'C0' is static but used in inline
function '__kernel_cosdf' which is not static
4961 bionic/libm/src/k_cosf.c:46: warning: 'C1' is static but used in inline
function '__kernel_cosdf' which is not static
4962 In file included from bionic/libm/src/s_cosf.c:26:
4963 bionic/libm/src/k_sinf.c: In function '__kernel_sindf':
4964 bionic/libm/src/k_sinf.c:44: warning: 'S3' is static but used in inline
function '__kernel_sindf' which is not static
4965 bionic/libm/src/k_sinf.c:44: warning: 'S4' is static but used in inline
function '__kernel_sindf' which is not static
4966 bionic/libm/src/k_sinf.c:46: warning: 'S1' is static but used in inline
function '__kernel_sindf' which is not static
4967 bionic/libm/src/k_sinf.c:46: warning: 'S2' is static but used in inline
function '__kernel_sindf' which is not static
4968 target arm C: libm <= bionic/libm/src/s_exp2.c
4969 target arm C: libm <= bionic/libm/src/s_exp2f.c
4970 target arm C: libm <= bionic/libm/src/s_expm1.c
4971 bionic/libm/src/s_expm1.c: In function 'expm1':
4972 bionic/libm/src/s_expm1.c:193: warning: suggest explicit braces to
avoid ambiguous 'else'
4973 target arm C: libm <= bionic/libm/src/s_expm1f.c
4974 target arm C: libm <= bionic/libm/src/s_fabsf.c
4975 bionic/libm/src/s_expm1f.c: In function 'expm1f':
4976 bionic/libm/src/s_expm1f.c:98: warning: suggest explicit braces to
avoid ambiguous 'else'
4977 target arm C: libm <= bionic/libm/src/s_fdim.c
4978 target arm C: libm <= bionic/libm/src/s_finite.c
```

```
4979 target arm C: libm <= bionic/libm/src/s_finitef.c
4980 target arm C: libm <= bionic/libm/src/s_floor.c
4981 target arm C: libm <= bionic/libm/src/s_floorf.c
4982 target arm C: libm <= bionic/libm/src/s_floorl.c
4983 bionic/libm/src/s_floor.c: In function 'floor':
4984 bionic/libm/src/s_floor.c:64: warning: comparison between signed and
unsigned integer expressions
4985 target arm C: libm <= bionic/libm/src/s_fma.c
4986 target arm C: libm <= bionic/libm/src/s_fmaf.c
4987 target arm C: libm <= bionic/libm/src/s_fmax.c
4988 bionic/libm/src/s_fma.c: In function 'fma':
4989 bionic/libm/src/s_fma.c:90: warning: suggest parentheses around
comparison in operand of '^'
4990 bionic/libm/src/s_fma.c:90: warning: suggest parentheses around
comparison in operand of '^'
4991 bionic/libm/src/s_fma.c:126: warning: suggest parentheses around
comparison in operand of '^'
4992 bionic/libm/src/s_fma.c:126: warning: suggest parentheses around
comparison in operand of '^'
4993 bionic/libm/src/s_fma.c:131: warning: suggest parentheses around
comparison in operand of '^'
4994 bionic/libm/src/s_fma.c:136: warning: suggest parentheses around
comparison in operand of '^'
4995 bionic/libm/src/s_fma.c: At top level:
4996 bionic/libm/src/s_fma.c:201: warning: data definition has no type or
storage class
4997 bionic/libm/src/s_fma.c:201: warning: type defaults to 'int' in
declaration of '__weak_reference'
4998 bionic/libm/src/s_fma.c:201: warning: parameter names (without types)
in function declaration
4999 bionic/libm/src/s_fma.c: In function 'fesetexceptflag':
5000 bionic/libm/arm/fenv.h:98: warning: '__fpsr' is used uninitialized in
this function
5001 bionic/libm/src/s_fma.c: In function 'fetestexcept':
5002 bionic/libm/arm/fenv.h:119: warning: '__fpsr' is used uninitialized in
this function
5003 bionic/libm/src/s_fma.c: In function 'feholdexcept':
5004 bionic/libm/arm/fenv.h:155: warning: '__env' is used uninitialized in
this function
5005 bionic/libm/src/s_fma.c: In function 'feupdateenv':
5006 bionic/libm/arm/fenv.h:176: warning: '__fpsr' is used uninitialized in
this function
5007 target arm C: libm <= bionic/libm/src/s_fmaxf.c
5008 target arm C: libm <= bionic/libm/src/s_fmaxl.c
5009 target arm C: libm <= bionic/libm/src/s_fmin.c
5010 target arm C: libm <= bionic/libm/src/s_fminf.c
5011 target arm C: libm <= bionic/libm/src/s_fminl.c
5012 target arm C: libm <= bionic/libm/src/s_frexpf.c
5013 target arm C: libm <= bionic/libm/src/s_ilogb.c
5014 target arm C: libm <= bionic/libm/src/s_ilogbf.c
5015 target arm C: libm <= bionic/libm/src/s_ilogbl.c
5016 target arm C: libm <= bionic/libm/src/s_isfinite.c
5017 target arm C: libm <= bionic/libm/src/s_isnormal.c
5018 target arm C: libm <= bionic/libm/src/s_llrint.c
5019 target arm C: libm <= bionic/libm/src/s_llrintf.c
5020 target arm C: libm <= bionic/libm/src/s_llround.c
5021 bionic/libm/src/s_llrintf.c: In function 'feclearexcept':
```

```
5022 bionic/libm/arm/fenv.h:77: warning: '__fpsr' is used uninitialized in
this function
 5023 bionic/libm/src/s_llrintf.c: In function 'fesetexceptflag':
 5024 bionic/libm/arm/fenv.h:98: warning: '__fpsr' is used uninitialized in
this function
 5025 bionic/libm/src/s_llrintf.c: In function 'fetestexcept':
 5026 bionic/libm/arm/fenv.h:119: warning: '__fpsr' is used uninitialized in
this function
 5027 bionic/libm/src/s_llrintf.c: In function 'feholdexcept':
 5028 bionic/libm/arm/fenv.h:155: warning: '__env' is used uninitialized in
this function
 5029 bionic/libm/src/s_llrintf.c: In function 'feupdateenv':
 5030 bionic/libm/arm/fenv.h:176: warning: '__fpsr' is used uninitialized in
this function
 5031 bionic/libm/src/s_llrint.c: In function 'feclearexcept':
 5032 bionic/libm/arm/fenv.h:77: warning: '__fpsr' is used uninitialized in
this function
 5033 bionic/libm/src/s_llrint.c: In function 'fesetexceptflag':
 5034 bionic/libm/arm/fenv.h:98: warning: '__fpsr' is used uninitialized in
this function
 5035 bionic/libm/src/s_llrint.c: In function 'fetestexcept':
 5036 bionic/libm/arm/fenv.h:119: warning: '__fpsr' is used uninitialized in
this function
 5037 bionic/libm/src/s_llrint.c: In function 'feholdexcept':
 5038 bionic/libm/arm/fenv.h:155: warning: '__env' is used uninitialized in
this function
 5039 bionic/libm/src/s_llrint.c: In function 'feupdateenv':
 5040 bionic/libm/arm/fenv.h:176: warning: '__fpsr' is used uninitialized in
this function
 5041 target arm C: libm <= bionic/libm/src/s_llroundf.c
 5042 target arm C: libm <= bionic/libm/src/s_llroundl.c
 5043 target arm C: libm <= bionic/libm/src/s_log1p.c
 5044 target arm C: libm <= bionic/libm/src/s_log1pf.c
 5045 target arm C: libm <= bionic/libm/src/s_logb.c
 5046 bionic/libm/src/s_log1p.c: In function 'log1p':
 5047 bionic/libm/src/s_log1p.c:157: warning: suggest explicit braces to
avoid ambiguous 'else'
 5048 target arm C: libm <= bionic/libm/src/s_logbf.c
 5049 bionic/libm/src/s_log1pf.c: In function 'log1pf':
 5050 bionic/libm/src/s_log1pf.c:96: warning: suggest explicit braces to
avoid ambiguous 'else'
 5051 target arm C: libm <= bionic/libm/src/s_lrint.c
 5052 target arm C: libm <= bionic/libm/src/s_lrintf.c
 5053 bionic/libm/src/s_lrint.c: In function 'feclearexcept':
 5054 bionic/libm/arm/fenv.h:77: warning: '__fpsr' is used uninitialized in
this function
 5055 bionic/libm/src/s_lrint.c: In function 'fesetexceptflag':
 5056 bionic/libm/arm/fenv.h:98: warning: '__fpsr' is used uninitialized in
this function
 5057 bionic/libm/src/s_lrint.c: In function 'fetestexcept':
 5058 bionic/libm/arm/fenv.h:119: warning: '__fpsr' is used uninitialized in
this function
 5059 bionic/libm/src/s_lrint.c: In function 'feholdexcept':
 5060 bionic/libm/arm/fenv.h:155: warning: '__env' is used uninitialized in
this function
 5061 bionic/libm/src/s_lrint.c: In function 'feupdateenv':
```

```
5062 bionic/libm/arm/fenv.h:176: warning: '__fpsr' is used uninitialized in
this function
 5063 bionic/libm/src/s_lrintf.c: In function 'feclearexcept':
 5064 bionic/libm/arm/fenv.h:77: warning: '__fpsr' is used uninitialized in
this function
 5065 bionic/libm/src/s_lrintf.c: In function 'fesetexceptflag':
 5066 bionic/libm/arm/fenv.h:98: warning: '__fpsr' is used uninitialized in
this function
 5067 bionic/libm/src/s_lrintf.c: In function 'fetestexcept':
 5068 bionic/libm/arm/fenv.h:119: warning: '__fpsr' is used uninitialized in
this function
 5069 bionic/libm/src/s_lrintf.c: In function 'feholdexcept':
 5070 bionic/libm/arm/fenv.h:155: warning: '__env' is used uninitialized in
this function
 5071 bionic/libm/src/s_lrintf.c: In function 'feupdateenv':
 5072 bionic/libm/arm/fenv.h:176: warning: '__fpsr' is used uninitialized in
this function
 5073 target arm C: libm <= bionic/libm/src/s_lroundf.c
 5074 target arm C: libm <= bionic/libm/src/s_lround.c
 5075 target arm C: libm <= bionic/libm/src/s_lroundl.c
 5076 bionic/libm/src/s_lround.c: In function 'fesetexceptflag':
 5077 bionic/libm/arm/fenv.h:98: warning: '__fpsr' is used uninitialized in
this function
 5078 target arm C: libm <= bionic/libm/src/s_modff.c
 5079 bionic/libm/src/s_lroundl.c: In function 'fesetexceptflag':
 5080 bionic/libm/arm/fenv.h:98: warning: '__fpsr' is used uninitialized in
this function
 5081 target arm C: libm <= bionic/libm/src/s_nearbyint.c
 5082 target arm C: libm <= bionic/libm/src/s_nextafter.c
 5083 target arm C: libm <= bionic/libm/src/s_nextafterf.c
 5084 target arm C: libm <= bionic/libm/src/s_nexttowardf.c
 5085 bionic/libm/src/s_nextafter.c:82: warning: data definition has no type
or storage class
 5086 bionic/libm/src/s_nextafter.c:82: warning: type defaults to 'int' in
declaration of '__weak_reference'
 5087 bionic/libm/src/s_nextafter.c:82: warning: parameter names (without
types) in function declaration
 5088 bionic/libm/src/s_nextafter.c:83: warning: data definition has no type
or storage class
 5089 bionic/libm/src/s_nextafter.c:83: warning: type defaults to 'int' in
declaration of '__weak_reference'
 5090 bionic/libm/src/s_nextafter.c:83: warning: parameter names (without
types) in function declaration
 5091 bionic/libm/src/s_nextafter.c:84: warning: data definition has no type
or storage class
 5092 bionic/libm/src/s_nextafter.c:84: warning: type defaults to 'int' in
declaration of '__weak_reference'
 5093 bionic/libm/src/s_nextafter.c:84: warning: parameter names (without
types) in function declaration
 5094 bionic/libm/src/s_nexttowardf.c: In function 'nexttowardf':
 5095 bionic/libm/src/s_nexttowardf.c:45: warning: suggest parentheses around
comparison in operand of '^'
 5096 target arm C: libm <= bionic/libm/src/s_remquo.c
 5097 target arm C: libm <= bionic/libm/src/s_remquof.c
 5098 target arm C: libm <= bionic/libm/src/s_rint.c
 5099 target arm C: libm <= bionic/libm/src/s_rintf.c
 5100 target arm C: libm <= bionic/libm/src/s_round.c
```

```
5101 target arm C: libm <= bionic/libm/src/s_roundf.c
5102 target arm C: libm <= bionic/libm/src/s_roundl.c
5103 target arm C: libm <= bionic/libm/src/s_signbit.c
5104 target arm C: libm <= bionic/libm/src/s_signgam.c
5105 target arm C: libm <= bionic/libm/src/s_significand.c
5106 target arm C: libm <= bionic/libm/src/s_significandf.c
5107 target arm C: libm <= bionic/libm/src/s_sin.c
5108 target arm C: libm <= bionic/libm/src/s_sinf.c
5109 target arm C: libm <= bionic/libm/src/s_tan.c
5110 In file included from bionic/libm/src/s_sinf.c:25:
5111 bionic/libm/src/k_cosf.c: In function '__kernel_cosdf':
5112 bionic/libm/src/k_cosf.c:45: warning: 'C2' is static but used in inline
function '__kernel_cosdf' which is not static
5113 bionic/libm/src/k_cosf.c:45: warning: 'C3' is static but used in inline
function '__kernel_cosdf' which is not static
5114 bionic/libm/src/k_cosf.c:46: warning: 'one' is static but used in
inline function '__kernel_cosdf' which is not static
5115 bionic/libm/src/k_cosf.c:46: warning: 'C0' is static but used in inline
function '__kernel_cosdf' which is not static
5116 bionic/libm/src/k_cosf.c:46: warning: 'C1' is static but used in inline
function '__kernel_cosdf' which is not static
5117 In file included from bionic/libm/src/s_sinf.c:26:
5118 bionic/libm/src/k_sinf.c: In function '__kernel_sindf':
5119 bionic/libm/src/k_sinf.c:44: warning: 'S3' is static but used in inline
function '__kernel_sindf' which is not static
5120 bionic/libm/src/k_sinf.c:44: warning: 'S4' is static but used in inline
function '__kernel_sindf' which is not static
5121 bionic/libm/src/k_sinf.c:46: warning: 'S1' is static but used in inline
function '__kernel_sindf' which is not static
5122 bionic/libm/src/k_sinf.c:46: warning: 'S2' is static but used in inline
function '__kernel_sindf' which is not static
5123 target arm C: libm <= bionic/libm/src/s_tanf.c
5124 target arm C: libm <= bionic/libm/src/s_tanh.c
5125 target arm C: libm <= bionic/libm/src/s_tanhf.c
5126 In file included from bionic/libm/src/s_tanf.c:24:
5127 bionic/libm/src/k_tanf.c: In function '__kernel_tandf':
5128 bionic/libm/src/k_tanf.c:59: warning: 'T' is static but used in inline
function '__kernel_tandf' which is not static
5129 bionic/libm/src/k_tanf.c:59: warning: 'T' is static but used in inline
function '__kernel_tandf' which is not static
5130 bionic/libm/src/k_tanf.c:60: warning: 'T' is static but used in inline
function '__kernel_tandf' which is not static
5131 bionic/libm/src/k_tanf.c:60: warning: 'T' is static but used in inline
function '__kernel_tandf' which is not static
5132 bionic/libm/src/k_tanf.c:63: warning: 'T' is static but used in inline
function '__kernel_tandf' which is not static
5133 bionic/libm/src/k_tanf.c:63: warning: 'T' is static but used in inline
function '__kernel_tandf' which is not static
5134 target arm C: libm <= bionic/libm/src/s_trunc.c
5135 target arm C: libm <= bionic/libm/src/s_truncf.c
5136 target arm C: libm <= bionic/libm/src/s_truncl.c
5137 target arm C: libm <= bionic/libm/src/w_drem.c
5138 target arm C: libm <= bionic/libm/src/w_dremf.c
5139 target arm C: libm <= bionic/libm/src/s_copysignl.c
5140 target arm C: libm <= bionic/libm/src/s_fabsl.c
5141 target arm C: libm <= bionic/libm/src/s_fabs.c
5142 target arm C: libm <= bionic/libm/src/s_frexp.c
```

```
 5143 target arm C: libm <= bionic/libm/src/s_isnan.c
 5144 bionic/libm/src/s_frexp.c:57: warning: data definition has no type or
storage class
 5145 bionic/libm/src/s_frexp.c:57: warning: type defaults to 'int' in
declaration of '__weak_reference'
 5146 bionic/libm/src/s_frexp.c:57: warning: parameter names (without types)
in function declaration
 5147 target arm C: libm <= bionic/libm/src/s_modf.c
 5148 target arm C: libm <= bionic/libm/arm/fenv.c
 5149 target arm C: libm <= bionic/libm/src/e_ldexpf.c
 5150 target arm C: libm <= bionic/libm/src/s_scalbln.c
 5151 target arm C: libm <= bionic/libm/src/s_scalbn.c
 5152 target arm C: libm <= bionic/libm/src/s_scalbnf.c
 5153 target thumb C: liblog <= system/core/liblog/logd_write.c
 5154 bionic/libm/src/s_scalbn.c: In function 'scalbn':
 5155 bionic/libm/src/s_scalbn.c:54: warning: suggest explicit braces to
avoid ambiguous 'else'
 5156 bionic/libm/src/s_scalbn.c: At top level:
 5157 bionic/libm/src/s_scalbn.c:77: warning: data definition has no type or
storage class
 5158 bionic/libm/src/s_scalbn.c:77: warning: type defaults to 'int' in
declaration of '__weak_reference'
 5159 bionic/libm/src/s_scalbn.c:77: warning: parameter names (without types)
in function declaration
 5160 bionic/libm/src/s_scalbn.c:78: warning: data definition has no type or
storage class
 5161 bionic/libm/src/s_scalbn.c:78: warning: type defaults to 'int' in
declaration of '__weak_reference'
 5162 bionic/libm/src/s_scalbn.c:78: warning: parameter names (without types)
in function declaration
 5163 bionic/libm/src/s_scalbnf.c: In function 'scalbnf':target thumb C:
liblog <= system/core/liblog/logprint.c
 5164
 5165 bionic/libm/src/s_scalbnf.c:49: warning: suggest explicit braces to
avoid ambiguous 'else'
 5166 bionic/libm/src/s_scalbnf.c: At top level:
 5167 bionic/libm/src/s_scalbnf.c:58: warning: data definition has no type or
storage class
 5168 bionic/libm/src/s_scalbnf.c:58: warning: type defaults to 'int' in
declaration of '__strong_reference'
 5169 bionic/libm/src/s_scalbnf.c:58: warning: parameter names (without
types) in function declaration
 5170 target thumb C: liblog <= system/core/liblog/event_tag_map.c
 5171 target asm: libcutils <= system/core/libcutils/memset32.S
 5172 target arm C: libcutils <= system/core/libcutils/atomic.c
 5173 target thumb C: libcutils <= system/core/libcutils/array.c
 5174 target thumb C: libcutils <= system/core/libcutils/hashmap.c
 5175 target thumb C: libcutils <= system/core/libcutils/native_handle.c
 5176 target thumb C: libcutils <= system/core/libcutils/buffer.c
 5177 target thumb C: libcutils <=
system/core/libcutils/socket_inaddr_any_server.c
 5178 target thumb C: libcutils <=
system/core/libcutils/socket_local_client.c
 5179 target thumb C: libcutils <=
system/core/libcutils/socket_local_server.c
 5180 target thumb C: libcutils <=
system/core/libcutils/socket_loopback_client.c
```

```
5181 target thumb C: libcutils <=
system/core/libcutils/socket_loopback_server.c
 5182 target thumb C: libcutils <=
system/core/libcutils/socket_network_client.c
 5183 target thumb C: libcutils <= system/core/libcutils/config_utils.c
 5184 target thumb C: libcutils <= system/core/libcutils/cpu_info.c
 5185 target thumb C: libcutils <= system/core/libcutils/load_file.c
 5186 target thumb C: libcutils <= system/core/libcutils/open_memstream.c
 5187 target thumb C: libcutils <= system/core/libcutils/strdup16to8.c
 5188 target thumb C: libcutils <= system/core/libcutils/strdup8to16.c
 5189 target thumb C: libcutils <= system/core/libcutils/record_stream.c
 5190 target thumb C: libcutils <= system/core/libcutils/properties.c
 5191 target thumb C: libcutils <= system/core/libcutils/process_name.c
 5192 target thumb C: libcutils <= system/core/libcutils/threads.c
 5193 target thumb C: libcutils <= system/core/libcutils/sched_policy.c
 5194 target thumb C: libcutils <= system/core/libcutils/iosched_policy.c
 5195 target thumb C: libcutils <= system/core/libcutils/abort_socket.c
 5196 system/core/libcutils/iosched_policy.c: In function
'android_get_ioprio':
 5197 system/core/libcutils/iosched_policy.c:54: warning: implicit
declaration of function 'ioprio_get'
 5198 target thumb C: libcutils <= system/core/libcutils/mspace.c
 5199 target thumb C: libcutils <= system/core/libcutils/selector.c
 5200 target thumb C: libcutils <= system/core/libcutils/tztime.c
 5201 system/core/libcutils/tztime.c: In function 'differ_by_repeat':
 5202 system/core/libcutils/tztime.c:303: warning: comparison is always false
due to limited range of data type
 5203 system/core/libcutils/tztime.c: In function 'localsub':
 5204 system/core/libcutils/tztime.c:1267: warning: assignment discards
qualifiers from pointer target type
 5205 target thumb C: libcutils <= system/core/libcutils/zygote.c
 5206 system/core/libcutils/zygote.c: In function 'send_request':
 5207 system/core/libcutils/zygote.c:153: warning: pointer of type 'void *'
used in arithmetic
 5208 target thumb C: libcutils <= system/core/libcutils/ashmem-dev.c
 5209 target thumb C: libcutils <= system/core/libcutils/mq.c
 5210 target arm C: libc <= bionic/libc/bionic/pthread.c
 5211 target thumb C: libc <= bionic/libc/arch-arm/bionic/exidx_static.c
 5212 target thumb C: libc <= bionic/libc/unistd/sysconf.c
 5213 target thumb C: libc <= bionic/libc/bionic/__errno.c
 5214 target thumb C: libc <= bionic/libc/bionic/dlmalloc.c
 5215 target thumb C: libc <= bionic/libc/bionic/libc_init_static.c
 5216 target thumb C: libc <= bionic/libc/bionic/malloc_debug_common.c
 5217 bionic/libc/bionic/malloc_debug_common.c: In function
'hash_entry_compare':
 5218 bionic/libc/bionic/malloc_debug_common.c:103: warning: 'result' may be
used uninitialized in this function
 5219 target thumb C: adbd <= system/core/adb/adb.c
 5220 target thumb C: adbd <= system/core/adb/fdevent.c
 5221 target thumb C: adbd <= system/core/adb/transport.c
 5222 target thumb C: adbd <= system/core/adb/transport_local.c
 5223 target thumb C: adbd <= system/core/adb/transport_usb.c
 5224 target thumb C: adbd <= system/core/adb/sockets.c
 5225 target thumb C: adbd <= system/core/adb/services.c
 5226 target thumb C: adbd <= system/core/adb/file_sync_service.c
 5227 target thumb C: adbd <= system/core/adb/jdwp_service.c
 5228 target thumb C: adbd <= system/core/adb/framebuffer_service.c
```

```
5229 target thumb C: adbd <= system/core/adb/remount_service.c
5230 target thumb C: adbd <= system/core/adb/usb_linux_client.c
5231 target thumb C: adbd <= system/core/adb/log_service.c
5232 target thumb C: adbd <= system/core/adb/utils.c
5233 target thumb C++: libjni_latinime <=
packages/inputmethods/LatinIME/native/jni/com_android_inputmethod_latin_Binar
yDictionary.cpp
5234 target thumb C++: libjni_latinime <=
packages/inputmethods/LatinIME/native/src/dictionary.cpp
5235 target thumb C++: libjni_latinime <=
packages/inputmethods/LatinIME/native/src/char_utils.cpp
5236 target thumb C++: libnfc_jni <=
packages/apps/Nfc/jni/com_android_nfc_NativeLlcpConnectionlessSocket.cpp
5237 target thumb C++: libnfc_jni <=
packages/apps/Nfc/jni/com_android_nfc_NativeLlcpServiceSocket.cpp
5238 target thumb C++: libnfc_jni <=
packages/apps/Nfc/jni/com_android_nfc_NativeLlcpSocket.cpp
5239 target thumb C++: libnfc_jni <=
packages/apps/Nfc/jni/com_android_nfc_NativeNdefTag.cpp
5240 target thumb C++: libnfc_jni <=
packages/apps/Nfc/jni/com_android_nfc_NativeNfcManager.cpp
5241 target thumb C++: libnfc_jni <=
packages/apps/Nfc/jni/com_android_nfc_NativeNfcTag.cpp
5242 target thumb C++: libnfc_jni <=
packages/apps/Nfc/jni/com_android_nfc_NativeP2pDevice.cpp
5243 target thumb C++: libnfc_jni <=
packages/apps/Nfc/jni/com_android_nfc.cpp
5244 packages/apps/Nfc/jni/com_android_nfc_NativeP2pDevice.cpp: In function
'jboolean android::com_android_nfc_NativeP2pDevice_doConnect(JNIEnv*,
_jobject*)':
5245 packages/apps/Nfc/jni/com_android_nfc_NativeP2pDevice.cpp:157: warning:
comparison between signed and unsigned integer expressions
5246 target thumb C: libnativehelper <= dalvik/libnativehelper/JNIHelp.c
5247 target thumb C: libnativehelper <= dalvik/libnativehelper/Register.c
5248 target asm: libcrypto <= external/openssl/crypto/aes/asm/aes-armv4.s
5249 target asm: libcrypto <= external/openssl/crypto/bn/asm/armv4-mont.s
5250 target asm: libcrypto <= external/openssl/crypto/sha/asm/sha1-armv4-
large.s
5251 target asm: libcrypto <= external/openssl/crypto/sha/asm/sha512-armv4.s
5252 target asm: libcrypto <= external/openssl/crypto/sha/asm/sha256-armv4.s
5253 target thumb C: libcrypto <= external/openssl/crypto/cryptlib.c
5254 target thumb C: libcrypto <= external/openssl/crypto/mem.c
5255 target thumb C: libcrypto <= external/openssl/crypto/mem_clr.c
5256 external/openssl/crypto/cryptlib.c: In function
'CRYPTO_THREADID_current':
5257 external/openssl/crypto/cryptlib.c:503: warning: passing argument 2 of
'CRYPTO_THREADID_set_pointer' discards qualifiers from pointer target type
5258 external/openssl/crypto/cryptlib.c:431: note: expected 'void *' but
argument is of type 'volatile int *'
5259 target thumb C: libcrypto <= external/openssl/crypto/mem_dbg.c
5260 target thumb C: libcrypto <= external/openssl/crypto/cversion.c
5261 target thumb C: libcrypto <= external/openssl/crypto/ex_data.c
5262 target thumb C: libcrypto <= external/openssl/crypto/cpt_err.c
5263 target thumb C: libcrypto <= external/openssl/crypto/ebcdic.c
5264 target thumb C: libcrypto <= external/openssl/crypto/uid.c
5265 target thumb C: libcrypto <= external/openssl/crypto/o_time.c
5266 target thumb C: libcrypto <= external/openssl/crypto/o_str.c
```

```
5267 target thumb C: libcrypto <= external/openssl/crypto/o_dir.c
5268 target thumb C: libcrypto <= external/openssl/crypto/aes/aes_cbc.c
5269 target thumb C: libcrypto <= external/openssl/crypto/aes/aes_cfb.c
5270 target thumb C: libcrypto <= external/openssl/crypto/aes/aes_ctr.c
5271 target thumb C: libcrypto <= external/openssl/crypto/aes/aes_misc.c
5272 target thumb C: libcrypto <= external/openssl/crypto/aes/aes_ecb.c
5273 target thumb C: libcrypto <= external/openssl/crypto/aes/aes_ofb.c
5274 target thumb C: libcrypto <= external/openssl/crypto/aes/aes_wrap.c
5275 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_bitstr.c
5276 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_bool.c
5277 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_bytes.c
5278 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_d2i_fp.c
5279 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_digest.c
5280 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_dup.c
5281 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_enum.c
5282 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_gentm.c
5283 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_i2d_fp.c
5284 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_mbstr.c
5285 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_int.c
5286 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_object.c
5287 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_octet.c
5288 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_print.c
5289 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_set.c
5290 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_sign.c
5291 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_strex.c
5292 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_strnid.c
5293 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_time.c
5294 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_type.c
5295 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_utctm.c
5296 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_utf8.c
5297 target thumb C: libcrypto <= external/openssl/crypto/asn1/a_verify.c
5298 target thumb C: libcrypto <= external/openssl/crypto/asn1/ameth_lib.c
5299 target thumb C: libcrypto <= external/openssl/crypto/asn1/asn1_err.c
5300 target thumb C: libcrypto <= external/openssl/crypto/asn1/asn1_gen.c
5301 target thumb C: libcrypto <= external/openssl/crypto/asn1/asn1_lib.c
5302 target thumb C: libcrypto <= external/openssl/crypto/asn1/asn1_par.c
5303 target thumb C: libcrypto <= external/openssl/crypto/asn1/asn_mime.c
5304 target thumb C: libcrypto <= external/openssl/crypto/asn1/asn_moid.c
5305 target thumb C: libcrypto <= external/openssl/crypto/asn1/asn_pack.c
5306 target thumb C: libcrypto <= external/openssl/crypto/asn1/bio_asn1.c
5307 target thumb C: libcrypto <= external/openssl/crypto/asn1/d2i_pr.c
5308 target thumb C: libcrypto <= external/openssl/crypto/asn1/bio_ndef.c
5309 target thumb C: libcrypto <= external/openssl/crypto/asn1/d2i_pu.c
5310 target thumb C: libcrypto <= external/openssl/crypto/asn1/evp_asn1.c
5311 target thumb C: libcrypto <= external/openssl/crypto/asn1/f_enum.c
5312 target thumb C: libcrypto <= external/openssl/crypto/asn1/f_int.c
5313 target thumb C: libcrypto <= external/openssl/crypto/asn1/f_string.c
5314 target thumb C: libcrypto <= external/openssl/crypto/asn1/i2d_pr.c
5315 target thumb C: libcrypto <= external/openssl/crypto/asn1/i2d_pu.c
5316 target thumb C: libcrypto <= external/openssl/crypto/asn1/n_pkey.c
5317 target thumb C: libcrypto <= external/openssl/crypto/asn1/nsseq.c
5318 target thumb C: libcrypto <= external/openssl/crypto/asn1/p5_pbe.c
5319 target thumb C: libcrypto <= external/openssl/crypto/asn1/p5_pbev2.c
5320 target thumb C: libcrypto <= external/openssl/crypto/asn1/p8_pkey.c
5321 target thumb C: libcrypto <= external/openssl/crypto/asn1/t_bitst.c
5322 target thumb C: libcrypto <= external/openssl/crypto/asn1/t_crl.c
5323 target thumb C: libcrypto <= external/openssl/crypto/asn1/t_pkey.c
```

```
5324 target thumb C: libcrypto <= external/openssl/crypto/asn1/t_req.c
5325 target thumb C: libcrypto <= external/openssl/crypto/asn1/t_spki.c
5326 target thumb C: libcrypto <= external/openssl/crypto/asn1/t_x509.c
5327 target thumb C: libcrypto <= external/openssl/crypto/asn1/t_x509a.c
5328 target thumb C: libcrypto <= external/openssl/crypto/asn1/tasn_dec.c
5329 target thumb C: libcrypto <= external/openssl/crypto/asn1/tasn_enc.c
5330 target thumb C: libcrypto <= external/openssl/crypto/asn1/tasn_fre.c
5331 target thumb C: libcrypto <= external/openssl/crypto/asn1/tasn_new.c
5332 target thumb C: libcrypto <= external/openssl/crypto/asn1/tasn_prn.c
5333 target thumb C: libcrypto <= external/openssl/crypto/asn1/tasn_typ.c
5334 target thumb C: libcrypto <= external/openssl/crypto/asn1/tasn_utl.c
5335 target thumb C: libcrypto <= external/openssl/crypto/asn1/x_algor.c
5336 target thumb C: libcrypto <= external/openssl/crypto/asn1/x_attrib.c
5337 target thumb C: libcrypto <= external/openssl/crypto/asn1/x_bignum.c
 5338 external/openssl/crypto/asn1/x_bignum.c:85: warning: missing
initializer
 5339 external/openssl/crypto/asn1/x_bignum.c:85: warning: (near
initialization for 'bignum_pf.prim_print')
5340 target thumb C: libcrypto <= external/openssl/crypto/asn1/x_crl.c
5341 target thumb C: libcrypto <= external/openssl/crypto/asn1/x_exten.c
5342 target thumb C: libcrypto <= external/openssl/crypto/asn1/x_info.c
5343 target thumb C: libcrypto <= external/openssl/crypto/asn1/x_long.c
5344 target thumb C: libcrypto <= external/openssl/crypto/asn1/x_nx509.c
5345 target thumb C: libcrypto <= external/openssl/crypto/asn1/x_name.c
5346 target thumb C: libcrypto <= external/openssl/crypto/asn1/x_pkey.c
5347 target thumb C: libcrypto <= external/openssl/crypto/asn1/x_pubkey.c
5348 target thumb C: libcrypto <= external/openssl/crypto/asn1/x_req.c
5349 target thumb C: libcrypto <= external/openssl/crypto/asn1/x_sig.c
5350 target thumb C: libcrypto <= external/openssl/crypto/asn1/x_spki.c
5351 target thumb C: libcrypto <= external/openssl/crypto/asn1/x_val.c
5352 target thumb C: libcrypto <= external/openssl/crypto/asn1/x_x509.c
5353 target thumb C: libcrypto <= external/openssl/crypto/asn1/x_x509a.c
5354 target thumb C: libcrypto <= external/openssl/crypto/bf/bf_cfb64.c
5355 target thumb C: libcrypto <= external/openssl/crypto/bf/bf_ecb.c
5356 target thumb C: libcrypto <= external/openssl/crypto/bf/bf_enc.c
5357 target thumb C: libcrypto <= external/openssl/crypto/bf/bf_ofb64.c
5358 target thumb C: libcrypto <= external/openssl/crypto/bf/bf_skey.c
5359 target thumb C: libcrypto <= external/openssl/crypto/bio/b_dump.c
5360 target thumb C: libcrypto <= external/openssl/crypto/bio/b_print.c
5361 target thumb C: libcrypto <= external/openssl/crypto/bio/b_sock.c
 5362 external/openssl/crypto/bio/b_sock.c: In function
'BIO_get_accept_socket':
 5363 external/openssl/crypto/bio/b_sock.c:680: warning: comparison between
signed and unsigned integer expressions
 5364 external/openssl/crypto/bio/b_sock.c:682: warning: signed and unsigned
type in conditional expression
5365 target thumb C: libcrypto <= external/openssl/crypto/bio/bf_buff.c
5366 target thumb C: libcrypto <= external/openssl/crypto/bio/bf_nbio.c
5367 target thumb C: libcrypto <= external/openssl/crypto/bio/bf_null.c
5368 target thumb C: libcrypto <= external/openssl/crypto/bio/bio_cb.c
5369 target thumb C: libcrypto <= external/openssl/crypto/bio/bio_err.c
5370 target thumb C: libcrypto <= external/openssl/crypto/bio/bio_lib.c
5371 target thumb C: libcrypto <= external/openssl/crypto/bio/bss_acpt.c
5372 target thumb C: libcrypto <= external/openssl/crypto/bio/bss_bio.c
5373 target thumb C: libcrypto <= external/openssl/crypto/bio/bss_conn.c
5374 target thumb C: libcrypto <= external/openssl/crypto/bio/bss_dgram.c
5375 target thumb C: libcrypto <= external/openssl/crypto/bio/bss_fd.c
```

```
5376 external/openssl/crypto/bio/bss_dgram.c: In function 'dgram_ctrl':
5377 external/openssl/crypto/bio/bss_dgram.c:511: warning: pointer targets
in passing argument 5 of 'getsockopt' differ in signedness
 5378 bionic/libc/include/sys/socket.h:73: note: expected 'socklen_t *' but
argument is of type 'unsigned int *'
 5379 external/openssl/crypto/bio/bss_dgram.c:527: warning: pointer targets
in passing argument 5 of 'getsockopt' differ in signedness
 5380 bionic/libc/include/sys/socket.h:73: note: expected 'socklen_t *' but
argument is of type 'unsigned int *'
5381 target thumb C: libcrypto <= external/openssl/crypto/bio/bss_file.c
5382 target thumb C: libcrypto <= external/openssl/crypto/bio/bss_log.c
5383 target thumb C: libcrypto <= external/openssl/crypto/bio/bss_mem.c
5384 target thumb C: libcrypto <= external/openssl/crypto/bio/bss_null.c
5385 target thumb C: libcrypto <= external/openssl/crypto/bio/bss_sock.c
5386 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_add.c
5387 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_asm.c
5388 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_blind.c
5389 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_ctx.c
5390 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_div.c
5391 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_err.c
5392 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_exp.c
5393 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_exp2.c
5394 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_gcd.c
5395 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_gf2m.c
5396 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_kron.c
5397 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_lib.c
5398 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_mod.c
5399 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_mont.c
5400 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_mpi.c
5401 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_mul.c
5402 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_nist.c
5403 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_prime.c
5404 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_print.c
5405 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_rand.c
5406 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_recp.c
5407 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_sqr.c
5408 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_shift.c
5409 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_sqrt.c
5410 target thumb C: libcrypto <= external/openssl/crypto/bn/bn_word.c
5411 target thumb C: libcrypto <= external/openssl/crypto/buffer/buf_err.c
5412 target thumb C: libcrypto <= external/openssl/crypto/buffer/buffer.c
5413 target thumb C: libcrypto <= external/openssl/crypto/comp/c_rle.c
5414 target thumb C: libcrypto <= external/openssl/crypto/comp/c_zlib.c
5415 target thumb C: libcrypto <= external/openssl/crypto/comp/comp_err.c
5416 target thumb C: libcrypto <= external/openssl/crypto/comp/comp_lib.c
5417 target thumb C: libcrypto <= external/openssl/crypto/conf/conf_api.c
5418 target thumb C: libcrypto <= external/openssl/crypto/conf/conf_def.c
5419 target thumb C: libcrypto <= external/openssl/crypto/conf/conf_err.c
5420 target thumb C: libcrypto <= external/openssl/crypto/conf/conf_lib.c
5421 target thumb C: libcrypto <= external/openssl/crypto/conf/conf_mall.c
5422 target thumb C: libcrypto <= external/openssl/crypto/conf/conf_mod.c
5423 target thumb C: libcrypto <= external/openssl/crypto/conf/conf_sap.c
5424 target thumb C: libcrypto <= external/openssl/crypto/des/cbc_cksm.c
5425 target thumb C: libcrypto <= external/openssl/crypto/des/cbc_enc.c
5426 target thumb C: libcrypto <= external/openssl/crypto/des/cfb64ede.c
5427 target thumb C: libcrypto <= external/openssl/crypto/des/cfb64enc.c
5428 target thumb C: libcrypto <= external/openssl/crypto/des/cfb_enc.c
```

```
5429 target thumb C: libcrypto <= external/openssl/crypto/des/des_enc.c
5430 target thumb C: libcrypto <= external/openssl/crypto/des/des_old.c
5431 target thumb C: libcrypto <= external/openssl/crypto/des/des_old2.c
5432 target thumb C: libcrypto <= external/openssl/crypto/des/ecb3_enc.c
5433 target thumb C: libcrypto <= external/openssl/crypto/des/ecb_enc.c
5434 target thumb C: libcrypto <= external/openssl/crypto/des/ede_cbcm_enc.c
5435 target thumb C: libcrypto <= external/openssl/crypto/des/enc_read.c
5436 target thumb C: libcrypto <= external/openssl/crypto/des/enc_writ.c
5437 target thumb C: libcrypto <= external/openssl/crypto/des/fcrypt.c
5438 target thumb C: libcrypto <= external/openssl/crypto/des/fcrypt_b.c
5439 target thumb C: libcrypto <= external/openssl/crypto/des/ofb64ede.c
5440 target thumb C: libcrypto <= external/openssl/crypto/des/ofb64enc.c
5441 target thumb C: libcrypto <= external/openssl/crypto/des/ofb_enc.c
5442 target thumb C: libcrypto <= external/openssl/crypto/des/pcbc_enc.c
5443 target thumb C: libcrypto <= external/openssl/crypto/des/qud_cksm.c
5444 target thumb C: libcrypto <= external/openssl/crypto/des/rand_key.c
5445 target thumb C: libcrypto <= external/openssl/crypto/des/read2pwd.c
5446 target thumb C: libcrypto <= external/openssl/crypto/des/rpc_enc.c
5447 target thumb C: libcrypto <= external/openssl/crypto/des/set_key.c
5448 target thumb C: libcrypto <= external/openssl/crypto/des/str2key.c
5449 target thumb C: libcrypto <= external/openssl/crypto/des/xcbc_enc.c
5450 target thumb C: libcrypto <= external/openssl/crypto/dh/dh_ameth.c
5451 target thumb C: libcrypto <= external/openssl/crypto/dh/dh_asn1.c
5452 target thumb C: libcrypto <= external/openssl/crypto/dh/dh_check.c
5453 external/openssl/crypto/dh/dh_ameth.c:499: warning: missing initializer
5454 external/openssl/crypto/dh/dh_ameth.c:499: warning: (near
initialization for 'dh_asn1_meth.old_priv_decode')
5455 target thumb C: libcrypto <= external/openssl/crypto/dh/dh_depr.c
5456 target thumb C: libcrypto <= external/openssl/crypto/dh/dh_err.c
5457 target thumb C: libcrypto <= external/openssl/crypto/dh/dh_gen.c
5458 target thumb C: libcrypto <= external/openssl/crypto/dh/dh_key.c
5459 target thumb C: libcrypto <= external/openssl/crypto/dh/dh_lib.c
5460 target thumb C: libcrypto <= external/openssl/crypto/dh/dh_pmeth.c
5461 target thumb C: libcrypto <= external/openssl/crypto/dsa/dsa_ameth.c
5462 target thumb C: libcrypto <= external/openssl/crypto/dsa/dsa_asn1.c
5463 target thumb C: libcrypto <= external/openssl/crypto/dsa/dsa_depr.c
5464 external/openssl/crypto/dsa/dsa_ameth.c:604: warning: missing
initializer
5465 external/openssl/crypto/dsa/dsa_ameth.c:604: warning: (near
initialization for 'dsa_asn1_meths[0].pem_str')
5466 external/openssl/crypto/dsa/dsa_ameth.c:610: warning: missing
initializer
5467 external/openssl/crypto/dsa/dsa_ameth.c:610: warning: (near
initialization for 'dsa_asn1_meths[1].pem_str')
5468 external/openssl/crypto/dsa/dsa_ameth.c:616: warning: missing
initializer
5469 external/openssl/crypto/dsa/dsa_ameth.c:616: warning: (near
initialization for 'dsa_asn1_meths[2].pem_str')
5470 external/openssl/crypto/dsa/dsa_ameth.c:622: warning: missing
initializer
5471 external/openssl/crypto/dsa/dsa_ameth.c:622: warning: (near
initialization for 'dsa_asn1_meths[3].pem_str')
5472 target thumb C: libcrypto <= external/openssl/crypto/dsa/dsa_err.c
5473 target thumb C: libcrypto <= external/openssl/crypto/dsa/dsa_gen.c
5474 target thumb C: libcrypto <= external/openssl/crypto/dsa/dsa_key.c
5475 target thumb C: libcrypto <= external/openssl/crypto/dsa/dsa_lib.c
5476 target thumb C: libcrypto <= external/openssl/crypto/dsa/dsa_ossl.c
```

```
5477 target thumb C: libcrypto <= external/openssl/crypto/dsa/dsa_pmeth.c
5478 target thumb C: libcrypto <= external/openssl/crypto/dsa/dsa_prn.c
5479 target thumb C: libcrypto <= external/openssl/crypto/dsa/dsa_sign.c
5480 target thumb C: libcrypto <= external/openssl/crypto/dsa/dsa_vrf.c
5481 target thumb C: libcrypto <= external/openssl/crypto/dso/dso_dl.c
5482 target thumb C: libcrypto <= external/openssl/crypto/dso/dso_dlfcn.c
5483 target thumb C: libcrypto <= external/openssl/crypto/dso/dso_lib.c
5484 target thumb C: libcrypto <= external/openssl/crypto/dso/dso_err.c
5485 target thumb C: libcrypto <= external/openssl/crypto/dso/dso_null.c
5486 target thumb C: libcrypto <= external/openssl/crypto/dso/dso_openssl.c
5487 target thumb C: libcrypto <= external/openssl/crypto/dso/dso_vms.c
5488 target thumb C: libcrypto <= external/openssl/crypto/dso/dso_win32.c
5489 target thumb C: libcrypto <= external/openssl/crypto/ec/ec2_mult.c
5490 target thumb C: libcrypto <= external/openssl/crypto/ec/ec2_smpl.c
5491 target thumb C: libcrypto <= external/openssl/crypto/ec/ec_ameth.c
5492 target thumb C: libcrypto <= external/openssl/crypto/ec/ec_asn1.c
5493 target thumb C: libcrypto <= external/openssl/crypto/ec/ec_check.c
5494 target thumb C: libcrypto <= external/openssl/crypto/ec/ec_curve.c
5495 target thumb C: libcrypto <= external/openssl/crypto/ec/ec_cvt.c
5496 target thumb C: libcrypto <= external/openssl/crypto/ec/ec_err.c
5497 target thumb C: libcrypto <= external/openssl/crypto/ec/ec_key.c
5498 target thumb C: libcrypto <= external/openssl/crypto/ec/ec_lib.c
5499 target thumb C: libcrypto <= external/openssl/crypto/ec/ec_mult.c
5500 target thumb C: libcrypto <= external/openssl/crypto/ec/ec_pmeth.c
5501 target thumb C: libcrypto <= external/openssl/crypto/ec/ec_print.c
5502 target thumb C: libcrypto <= external/openssl/crypto/ec/eck_prn.c
5503 target thumb C: libcrypto <= external/openssl/crypto/ec/ecp_mont.c
5504 target thumb C: libcrypto <= external/openssl/crypto/ec/ecp_nist.c
5505 target thumb C: libcrypto <= external/openssl/crypto/ec/ecp_smpl.c
5506 target thumb C: libcrypto <= external/openssl/crypto/ecdh/ech_err.c
5507 target thumb C: libcrypto <= external/openssl/crypto/ecdh/ech_key.c
5508 target thumb C: libcrypto <= external/openssl/crypto/ecdh/ech_lib.c
5509 target thumb C: libcrypto <= external/openssl/crypto/ecdh/ech_ossl.c
5510 target thumb C: libcrypto <= external/openssl/crypto/ecdsa/ecs_asn1.c
5511 target thumb C: libcrypto <= external/openssl/crypto/ecdsa/ecs_err.c
5512 target thumb C: libcrypto <= external/openssl/crypto/ecdsa/ecs_lib.c
5513 target thumb C: libcrypto <= external/openssl/crypto/ecdsa/ecs_ossl.c
5514 target thumb C: libcrypto <= external/openssl/crypto/ecdsa/ecs_sign.c
5515 target thumb C: libcrypto <= external/openssl/crypto/ecdsa/ecs_vrf.c
5516 target thumb C: libcrypto <= external/openssl/crypto/err/err.c
5517 target thumb C: libcrypto <= external/openssl/crypto/err/err_all.c
5518 target thumb C: libcrypto <= external/openssl/crypto/err/err_prn.c
5519 target thumb C: libcrypto <= external/openssl/crypto/evp/bio_b64.c
5520 target thumb C: libcrypto <= external/openssl/crypto/evp/bio_enc.c
5521 target thumb C: libcrypto <= external/openssl/crypto/evp/bio_md.c
5522 target thumb C: libcrypto <= external/openssl/crypto/evp/bio_ok.c
5523 target thumb C: libcrypto <= external/openssl/crypto/evp/c_all.c
5524 target thumb C: libcrypto <= external/openssl/crypto/evp/c_allc.c
5525 target thumb C: libcrypto <= external/openssl/crypto/evp/c_alld.c
5526 target thumb C: libcrypto <= external/openssl/crypto/evp/digest.c
5527 target thumb C: libcrypto <= external/openssl/crypto/evp/e_aes.c
5528 target thumb C: libcrypto <= external/openssl/crypto/evp/e_bf.c
5529 target thumb C: libcrypto <= external/openssl/crypto/evp/e_des.c
5530 target thumb C: libcrypto <= external/openssl/crypto/evp/e_des3.c
5531 target thumb C: libcrypto <= external/openssl/crypto/evp/e_null.c
5532 target thumb C: libcrypto <= external/openssl/crypto/evp/e_old.c
5533 target thumb C: libcrypto <= external/openssl/crypto/evp/e_rc2.c
```

```
5534 target thumb C: libcrypto <= external/openssl/crypto/evp/e_rc4.c
5535 target thumb C: libcrypto <= external/openssl/crypto/evp/e_rc5.c
5536 target thumb C: libcrypto <= external/openssl/crypto/evp/e_xcbc_d.c
5537 target thumb C: libcrypto <= external/openssl/crypto/evp/encode.c
5538 target thumb C: libcrypto <= external/openssl/crypto/evp/evp_acnf.c
5539 target thumb C: libcrypto <= external/openssl/crypto/evp/evp_enc.c
5540 target thumb C: libcrypto <= external/openssl/crypto/evp/evp_err.c
5541 target thumb C: libcrypto <= external/openssl/crypto/evp/evp_key.c
5542 target thumb C: libcrypto <= external/openssl/crypto/evp/evp_lib.c
5543 target thumb C: libcrypto <= external/openssl/crypto/evp/evp_pbe.c
5544 target thumb C: libcrypto <= external/openssl/crypto/evp/evp_pkey.c
5545 target thumb C: libcrypto <= external/openssl/crypto/evp/m_dss.c
5546 target thumb C: libcrypto <= external/openssl/crypto/evp/m_dss1.c
5547 target thumb C: libcrypto <= external/openssl/crypto/evp/m_ecdsa.c
5548 external/openssl/crypto/evp/m_dss.c:93: warning: missing initializer
5549 external/openssl/crypto/evp/m_dss.c:93: warning: (near initialization
for 'dsa_md.md_ctrl')
5550 external/openssl/crypto/evp/m_dss1.c:94: warning: missing initializer
5551 external/openssl/crypto/evp/m_dss1.c:94: warning: (near initialization
for 'dss1_md.md_ctrl')
5552 target thumb C: libcrypto <= external/openssl/crypto/evp/m_md4.c
5553 target thumb C: libcrypto <= external/openssl/crypto/evp/m_md5.c
5554 external/openssl/crypto/evp/m_ecdsa.c:142: warning: missing initializer
5555 external/openssl/crypto/evp/m_ecdsa.c:142: warning: (near
initialization for 'ecdsa_md.md_ctrl')
5556 target thumb C: libcrypto <= external/openssl/crypto/evp/m_mdc2.c
5557 target thumb C: libcrypto <= external/openssl/crypto/evp/m_null.c
5558 external/openssl/crypto/evp/m_md5.c:95: warning: missing initializer
5559 external/openssl/crypto/evp/m_md5.c:95: warning: (near initialization
for 'md5_md.md_ctrl')
5560 target thumb C: libcrypto <= external/openssl/crypto/evp/m_ripemd.c
5561 target thumb C: libcrypto <= external/openssl/crypto/evp/m_sha1.c
5562 external/openssl/crypto/evp/m_md4.c:95: warning: missing initializer
5563 external/openssl/crypto/evp/m_md4.c:95: warning: (near initialization
for 'md4_md.md_ctrl')
5564 external/openssl/crypto/evp/m_null.c:88: warning: missing initializer
5565 external/openssl/crypto/evp/m_null.c:88: warning: (near initialization
for 'null_md.md_ctrl')
5566 target thumb C: libcrypto <= external/openssl/crypto/evp/m_sigver.c
5567 external/openssl/crypto/evp/m_ripemd.c:95: warning: missing initializer
5568 external/openssl/crypto/evp/m_ripemd.c:95: warning: (near
initialization for 'ripemd160_md.md_ctrl')
5569 target thumb C: libcrypto <= external/openssl/crypto/evp/m_wp.c
5570 external/openssl/crypto/evp/m_sha1.c:94: warning: missing initializer
5571 external/openssl/crypto/evp/m_sha1.c:94: warning: (near initialization
for 'sha1_md.md_ctrl')
5572 external/openssl/crypto/evp/m_sha1.c:131: warning: missing initializer
5573 external/openssl/crypto/evp/m_sha1.c:131: warning: (near initialization
for 'sha224_md.md_ctrl')
5574 external/openssl/crypto/evp/m_sha1.c:150: warning: missing initializer
5575 external/openssl/crypto/evp/m_sha1.c:150: warning: (near initialization
for 'sha256_md.md_ctrl')
5576 external/openssl/crypto/evp/m_sha1.c:181: warning: missing initializer
5577 external/openssl/crypto/evp/m_sha1.c:181: warning: (near initialization
for 'sha384_md.md_ctrl')
5578 external/openssl/crypto/evp/m_sha1.c:200: warning: missing initializer
```

```
5579 external/openssl/crypto/evp/m_sha1.c:200: warning: (near initialization
for 'sha512_md.md_ctrl')
5580 target thumb C: libcrypto <= external/openssl/crypto/evp/names.c
5581 target thumb C: libcrypto <= external/openssl/crypto/evp/p5_crpt.c
5582 target thumb C: libcrypto <= external/openssl/crypto/evp/p5_crpt2.c
5583 target thumb C: libcrypto <= external/openssl/crypto/evp/p_dec.c
5584 target thumb C: libcrypto <= external/openssl/crypto/evp/p_enc.c
5585 target thumb C: libcrypto <= external/openssl/crypto/evp/p_lib.c
5586 target thumb C: libcrypto <= external/openssl/crypto/evp/p_open.c
5587 target thumb C: libcrypto <= external/openssl/crypto/evp/p_seal.c
5588 target thumb C: libcrypto <= external/openssl/crypto/evp/p_sign.c
5589 target thumb C: libcrypto <= external/openssl/crypto/evp/p_verify.c
5590 target thumb C: libcrypto <= external/openssl/crypto/evp/pmeth_fn.c
5591 target thumb C: libcrypto <= external/openssl/crypto/evp/pmeth_gn.c
5592 target thumb C: libcrypto <= external/openssl/crypto/evp/pmeth_lib.c
5593 target thumb C: libcrypto <= external/openssl/crypto/hmac/hm_ameth.c
5594 target thumb C: libcrypto <= external/openssl/crypto/hmac/hm_pmeth.c
5595 target thumb C: libcrypto <= external/openssl/crypto/hmac/hmac.c
5596 target thumb C: libcrypto <= external/openssl/crypto/krb5/krb5_asn.c
5597 target thumb C: libcrypto <= external/openssl/crypto/lhash/lh_stats.c
5598 target thumb C: libcrypto <= external/openssl/crypto/lhash/lhash.c
5599 target thumb C: libcrypto <= external/openssl/crypto/md4/md4_dgst.c
5600 target thumb C: libcrypto <= external/openssl/crypto/md4/md4_one.c
5601 target thumb C: libcrypto <= external/openssl/crypto/md5/md5_dgst.c
5602 target thumb C: libcrypto <= external/openssl/crypto/md5/md5_one.c
5603 target thumb C: libcrypto <= external/openssl/crypto/modes/cbc128.c
5604 target thumb C: libcrypto <= external/openssl/crypto/modes/cfb128.c
5605 target thumb C: libcrypto <= external/openssl/crypto/modes/ctr128.c
5606 target thumb C: libcrypto <= external/openssl/crypto/modes/ofb128.c
5607 target thumb C: libcrypto <= external/openssl/crypto/objects/o_names.c
5608 target thumb C: libcrypto <= external/openssl/crypto/objects/obj_dat.c
5609 target thumb C: libcrypto <= external/openssl/crypto/objects/obj_err.c
5610 target thumb C: libcrypto <= external/openssl/crypto/objects/obj_lib.c
5611 target thumb C: libcrypto <= external/openssl/crypto/objects/obj_xref.c
5612 target thumb C: libcrypto <= external/openssl/crypto/ocsp/ocsp_asn.c
5613 target thumb C: libcrypto <= external/openssl/crypto/ocsp/ocsp_cl.c
5614 target thumb C: libcrypto <= external/openssl/crypto/ocsp/ocsp_err.c
5615 target thumb C: libcrypto <= external/openssl/crypto/ocsp/ocsp_ext.c
5616 target thumb C: libcrypto <= external/openssl/crypto/ocsp/ocsp_ht.c
5617 target thumb C: libcrypto <= external/openssl/crypto/ocsp/ocsp_lib.c
5618 target thumb C: libcrypto <= external/openssl/crypto/ocsp/ocsp_prn.c
5619 target thumb C: libcrypto <= external/openssl/crypto/ocsp/ocsp_srv.c
5620 target thumb C: libcrypto <= external/openssl/crypto/ocsp/ocsp_vfy.c
5621 target thumb C: libcrypto <= external/openssl/crypto/pem/pem_all.c
5622 target thumb C: libcrypto <= external/openssl/crypto/pem/pem_err.c
5623 target thumb C: libcrypto <= external/openssl/crypto/pem/pem_info.c
5624 target thumb C: libcrypto <= external/openssl/crypto/pem/pem_lib.c
5625 target thumb C: libcrypto <= external/openssl/crypto/pem/pem_oth.c
5626 target thumb C: libcrypto <= external/openssl/crypto/pem/pem_pk8.c
5627 target thumb C: libcrypto <= external/openssl/crypto/pem/pem_pkey.c
5628 target thumb C: libcrypto <= external/openssl/crypto/pem/pem_seal.c
5629 target thumb C: libcrypto <= external/openssl/crypto/pem/pem_sign.c
5630 target thumb C: libcrypto <= external/openssl/crypto/pem/pem_x509.c
5631 target thumb C: libcrypto <= external/openssl/crypto/pem/pem_xaux.c
5632 target thumb C: libcrypto <= external/openssl/crypto/pem/pvkfmt.c
5633 target thumb C: libcrypto <= external/openssl/crypto/pkcs12/p12_add.c
5634 target thumb C: libcrypto <= external/openssl/crypto/pkcs12/p12_asn.c
```

```
5635 target thumb C: libcrypto <= external/openssl/crypto/pkcs12/p12_attr.c
5636 target thumb C: libcrypto <= external/openssl/crypto/pkcs12/p12_crpt.c
5637 target thumb C: libcrypto <= external/openssl/crypto/pkcs12/p12_crt.c
5638 target thumb C: libcrypto <= external/openssl/crypto/pkcs12/p12_decr.c
5639 target thumb C: libcrypto <= external/openssl/crypto/pkcs12/p12_init.c
5640 target thumb C: libcrypto <= external/openssl/crypto/pkcs12/p12_key.c
5641 target thumb C: libcrypto <= external/openssl/crypto/pkcs12/p12_kiss.c
5642 target thumb C: libcrypto <= external/openssl/crypto/pkcs12/p12_mutl.c
5643 target thumb C: libcrypto <= external/openssl/crypto/pkcs12/p12_npas.c
5644 target thumb C: libcrypto <= external/openssl/crypto/pkcs12/p12_p8d.c
5645 target thumb C: libcrypto <= external/openssl/crypto/pkcs12/p12_p8e.c
5646 target thumb C: libcrypto <= external/openssl/crypto/pkcs12/p12_utl.c
5647 target thumb C: libcrypto <= external/openssl/crypto/pkcs12/pk12err.c
5648 target thumb C: libcrypto <= external/openssl/crypto/pkcs7/pk7_asn1.c
5649 target thumb C: libcrypto <= external/openssl/crypto/pkcs7/pk7_attr.c
5650 target thumb C: libcrypto <= external/openssl/crypto/pkcs7/pk7_doit.c
5651 target thumb C: libcrypto <= external/openssl/crypto/pkcs7/pk7_lib.c
5652 target thumb C: libcrypto <= external/openssl/crypto/pkcs7/pk7_mime.c
5653 target thumb C: libcrypto <= external/openssl/crypto/pkcs7/pk7_smime.c
5654 target thumb C: libcrypto <= external/openssl/crypto/pkcs7/pkcs7err.c
5655 target thumb C: libcrypto <= external/openssl/crypto/rand/md_rand.c
5656 target thumb C: libcrypto <= external/openssl/crypto/rand/rand_egd.c
5657 target thumb C: libcrypto <= external/openssl/crypto/rand/rand_err.c
5658 target thumb C: libcrypto <= external/openssl/crypto/rand/rand_lib.c
5659 target thumb C: libcrypto <= external/openssl/crypto/rand/rand_unix.c
5660 target thumb C: libcrypto <= external/openssl/crypto/rand/randfile.c
5661 target thumb C: libcrypto <= external/openssl/crypto/rc2/rc2_cbc.c
5662 target thumb C: libcrypto <= external/openssl/crypto/rc2/rc2_ecb.c
5663 target thumb C: libcrypto <= external/openssl/crypto/rc2/rc2_skey.c
5664 target thumb C: libcrypto <= external/openssl/crypto/rc2/rc2cfb64.c
5665 target thumb C: libcrypto <= external/openssl/crypto/rc2/rc2ofb64.c
5666 target thumb C: libcrypto <= external/openssl/crypto/rc4/rc4_enc.c
5667 target thumb C: libcrypto <= external/openssl/crypto/rc4/rc4_skey.c
5668 target thumb C: libcrypto <= external/openssl/crypto/ripemd/rmd_dgst.c
5669 target thumb C: libcrypto <= external/openssl/crypto/ripemd/rmd_one.c
5670 target thumb C: libcrypto <= external/openssl/crypto/rsa/rsa_ameth.c
5671 target thumb C: libcrypto <= external/openssl/crypto/rsa/rsa_asn1.c
5672 target thumb C: libcrypto <= external/openssl/crypto/rsa/rsa_chk.c
5673 external/openssl/crypto/rsa/rsa_ameth.c:348: warning: missing
initializer
5674 external/openssl/crypto/rsa/rsa_ameth.c:348: warning: (near
initialization for 'rsa_asn1_meths[1].pem_str')
5675 target thumb C: libcrypto <= external/openssl/crypto/rsa/rsa_eay.c
5676 target thumb C: libcrypto <= external/openssl/crypto/rsa/rsa_err.c
5677 target thumb C: libcrypto <= external/openssl/crypto/rsa/rsa_gen.c
5678 target thumb C: libcrypto <= external/openssl/crypto/rsa/rsa_lib.c
5679 target thumb C: libcrypto <= external/openssl/crypto/rsa/rsa_none.c
5680 target thumb C: libcrypto <= external/openssl/crypto/rsa/rsa_null.c
5681 target thumb C: libcrypto <= external/openssl/crypto/rsa/rsa_oaep.c
5682 target thumb C: libcrypto <= external/openssl/crypto/rsa/rsa_pk1.c
5683 target thumb C: libcrypto <= external/openssl/crypto/rsa/rsa_pmeth.c
5684 target thumb C: libcrypto <= external/openssl/crypto/rsa/rsa_prn.c
5685 target thumb C: libcrypto <= external/openssl/crypto/rsa/rsa_pss.c
5686 target thumb C: libcrypto <= external/openssl/crypto/rsa/rsa_saos.c
5687 target thumb C: libcrypto <= external/openssl/crypto/rsa/rsa_sign.c
5688 target thumb C: libcrypto <= external/openssl/crypto/rsa/rsa_ssl.c
5689 target thumb C: libcrypto <= external/openssl/crypto/rsa/rsa_x931.c
```

```
5690 target thumb C: libcrypto <= external/openssl/crypto/sha/sha1_one.c
5691 target thumb C: libcrypto <= external/openssl/crypto/sha/sha1dgst.c
5692 target thumb C: libcrypto <= external/openssl/crypto/sha/sha256.c
5693 target thumb C: libcrypto <= external/openssl/crypto/sha/sha512.c
5694 target thumb C: libcrypto <= external/openssl/crypto/sha/sha_dgst.c
5695 target thumb C: libcrypto <= external/openssl/crypto/stack/stack.c
5696 target thumb C: libcrypto <= external/openssl/crypto/ts/ts_err.c
5697 target thumb C: libcrypto <= external/openssl/crypto/txt_db/txt_db.c
5698 target thumb C: libcrypto <= external/openssl/crypto/ui/ui_compat.c
5699 target thumb C: libcrypto <= external/openssl/crypto/ui/ui_err.c
5700 target thumb C: libcrypto <= external/openssl/crypto/ui/ui_lib.c
5701 target thumb C: libcrypto <= external/openssl/crypto/ui/ui_openssl.c
5702 target thumb C: libcrypto <= external/openssl/crypto/ui/ui_util.c
5703 target thumb C: libcrypto <= external/openssl/crypto/x509/by_dir.c
5704 target thumb C: libcrypto <= external/openssl/crypto/x509/by_file.c
5705 target thumb C: libcrypto <= external/openssl/crypto/x509/x509_att.c
5706 target thumb C: libcrypto <= external/openssl/crypto/x509/x509_cmp.c
5707 target thumb C: libcrypto <= external/openssl/crypto/x509/x509_d2.c
5708 target thumb C: libcrypto <= external/openssl/crypto/x509/x509_def.c
5709 target thumb C: libcrypto <= external/openssl/crypto/x509/x509_err.c
5710 target thumb C: libcrypto <= external/openssl/crypto/x509/x509_ext.c
5711 target thumb C: libcrypto <= external/openssl/crypto/x509/x509_lu.c
5712 target thumb C: libcrypto <= external/openssl/crypto/x509/x509_obj.c
5713 target thumb C: libcrypto <= external/openssl/crypto/x509/x509_r2x.c
5714 target thumb C: libcrypto <= external/openssl/crypto/x509/x509_req.c
5715 target thumb C: libcrypto <= external/openssl/crypto/x509/x509_set.c
5716 target thumb C: libcrypto <= external/openssl/crypto/x509/x509_trs.c
5717 target thumb C: libcrypto <= external/openssl/crypto/x509/x509_txt.c
5718 target thumb C: libcrypto <= external/openssl/crypto/x509/x509_v3.c
5719 target thumb C: libcrypto <= external/openssl/crypto/x509/x509_vfy.c
5720 target thumb C: libcrypto <= external/openssl/crypto/x509/x509_vpm.c
5721 target thumb C: libcrypto <= external/openssl/crypto/x509/x509cset.c
5722 target thumb C: libcrypto <= external/openssl/crypto/x509/x509name.c
5723 target thumb C: libcrypto <= external/openssl/crypto/x509/x509rset.c
5724 target thumb C: libcrypto <= external/openssl/crypto/x509/x509spki.c
5725 target thumb C: libcrypto <= external/openssl/crypto/x509/x509type.c
5726 external/openssl/crypto/x509/x509_vfy.c: In function 'check_cert':
5727 external/openssl/crypto/x509/x509_vfy.c:760: warning: 'ok' may be used
uninitialized in this function
5728 target thumb C: libcrypto <= external/openssl/crypto/x509/x_all.c
5729 target thumb C: libcrypto <= external/openssl/crypto/x509v3/pcy_cache.c
5730 target thumb C: libcrypto <= external/openssl/crypto/x509v3/pcy_data.c
5731 target thumb C: libcrypto <= external/openssl/crypto/x509v3/pcy_lib.c
5732 target thumb C: libcrypto <= external/openssl/crypto/x509v3/pcy_map.c
5733 target thumb C: libcrypto <= external/openssl/crypto/x509v3/pcy_node.c
5734 target thumb C: libcrypto <= external/openssl/crypto/x509v3/pcy_tree.c
5735 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_akey.c
5736 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_akeya.c
5737 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_alt.c
5738 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_bcons.c
5739 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_bitst.c
5740 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_conf.c
5741 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_crld.c
5742 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_cpols.c
5743 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_extku.c
5744 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_genn.c
5745 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_ia5.c
```

```
5746 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_int.c
5747 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_info.c
5748 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_lib.c
5749 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_ncons.c
5750 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_ocsp.c
5751 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_pci.c
5752 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_pcia.c
5753 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_pcons.c
5754 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_pku.c
5755 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_pmaps.c
5756 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_prn.c
5757 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_purp.c
5758 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_skey.c
5759 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_sxnet.c
5760 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3_utl.c
5761 target thumb C: libcrypto <= external/openssl/crypto/x509v3/v3err.c
5762 external/openssl/crypto/x509v3/v3_utl.c: In function 'hex_to_string':
5763 external/openssl/crypto/x509v3/v3_utl.c:368: warning: 'static' is not
at beginning of declaration
5764 target arm C: libz <= external/zlib/adler32.c
5765 target arm C: libz <= external/zlib/compress.c
5766 target arm C: libz <= external/zlib/crc32.c
5767 target arm C: libz <= external/zlib/gzclose.c
5768 target arm C: libz <= external/zlib/gzlib.c
5769 target arm C: libz <= external/zlib/gzread.c
5770 target arm C: libz <= external/zlib/gzwrite.c
5771 target arm C: libz <= external/zlib/uncompr.c
5772 target arm C: libz <= external/zlib/deflate.c
5773 target arm C: libz <= external/zlib/trees.c
5774 target arm C: libz <= external/zlib/zutil.c
5775 target arm C: libz <= external/zlib/inflate.c
5776 target arm C: libz <= external/zlib/infback.c
5777 target arm C: libz <= external/zlib/inftrees.c
5778 target arm C: libz <= external/zlib/inffast.c
5779 target thumb C++: libicui18n <= external/icu4c/i18n/indiancal.cpp
5780 target thumb C++: libicui18n <= external/icu4c/i18n/dtptngen.cpp
5781 target thumb C++: libicui18n <= external/icu4c/i18n/dtrule.cpp
5782 target thumb C++: libicui18n <= external/icu4c/i18n/persncal.cpp
5783 target thumb C++: libicui18n <= external/icu4c/i18n/rbtz.cpp
5784 target thumb C++: libicui18n <= external/icu4c/i18n/reldtfmt.cpp
5785 target thumb C++: libicui18n <= external/icu4c/i18n/taiwncal.cpp
5786 target thumb C++: libicui18n <= external/icu4c/i18n/tzrule.cpp
5787 target thumb C++: libicui18n <= external/icu4c/i18n/tztrans.cpp
5788 external/icu4c/i18n/tztrans.cpp: In member function 'UBool
icu_44::TimeZoneTransition::operator==(const icu_44::TimeZoneTransition&)
const':
5789 external/icu4c/i18n/tztrans.cpp:74: warning: suggest parentheses around
'&&' within '||'
5790 external/icu4c/i18n/tztrans.cpp:76: warning: suggest parentheses around
'&&' within '||'
5791 target thumb C++: libicui18n <= external/icu4c/i18n/udatpg.cpp
5792 target thumb C++: libicui18n <= external/icu4c/i18n/vtzone.cpp
5793 target thumb C++: libicui18n <= external/icu4c/i18n/anytrans.cpp
5794 target thumb C++: libicui18n <= external/icu4c/i18n/astro.cpp
5795 target thumb C++: libicui18n <= external/icu4c/i18n/buddhcal.cpp
5796 target thumb C++: libicui18n <= external/icu4c/i18n/basictz.cpp
```

```
 5797 external/icu4c/i18n/basictz.cpp: In member function 'virtual UBool
icu_44::BasicTimeZone::hasEquivalentTransitions(icu_44::BasicTimeZone&,
UDate, UDate, UBool, UErrorCode&)':
 5798 external/icu4c/i18n/basictz.cpp:104: warning: suggest parentheses
around '&&' within '||'
 5799 external/icu4c/i18n/basictz.cpp:105: warning: suggest parentheses
around '&&' within '||'
 5800 target thumb C++: libicui18n <= external/icu4c/i18n/calendar.cpp
 5801 target thumb C++: libicui18n <= external/icu4c/i18n/casetrn.cpp
 5802 external/icu4c/i18n/calendar.cpp: In member function 'int32_t
icu_44::Calendar::getActualHelper(UCalendarDateFields, int32_t, int32_t,
UErrorCode&) const':
 5803 external/icu4c/i18n/calendar.cpp:3192: warning: suggest parentheses
around '&&' within '||'
 5804 target thumb C++: libicui18n <= external/icu4c/i18n/choicfmt.cpp
 5805 target thumb C++: libicui18n <= external/icu4c/i18n/coleitr.cpp
 5806 target thumb C++: libicui18n <= external/icu4c/i18n/coll.cpp
 5807 target thumb C++: libicui18n <= external/icu4c/i18n/cpdtrans.cpp
 5808 target thumb C++: libicui18n <= external/icu4c/i18n/csdetect.cpp
 5809 target thumb C++: libicui18n <= external/icu4c/i18n/csmatch.cpp
 5810 target thumb C++: libicui18n <= external/icu4c/i18n/csr2022.cpp
 5811 target thumb C++: libicui18n <= external/icu4c/i18n/csrecog.cpp
 5812 target thumb C++: libicui18n <= external/icu4c/i18n/csrmbcs.cpp
 5813 target thumb C++: libicui18n <= external/icu4c/i18n/csrsbcs.cpp
 5814 target thumb C++: libicui18n <= external/icu4c/i18n/csrucode.cpp
 5815 target thumb C++: libicui18n <= external/icu4c/i18n/csrutf8.cpp
 5816 target thumb C++: libicui18n <= external/icu4c/i18n/curramt.cpp
 5817 target thumb C++: libicui18n <= external/icu4c/i18n/currfmt.cpp
 5818 target thumb C++: libicui18n <= external/icu4c/i18n/currunit.cpp
 5819 target thumb C++: libicui18n <= external/icu4c/i18n/datefmt.cpp
 5820 target thumb C++: libicui18n <= external/icu4c/i18n/dcfmtsym.cpp
 5821 target thumb C++: libicui18n <= external/icu4c/i18n/decimfmt.cpp
 5822 target thumb C++: libicui18n <= external/icu4c/i18n/dtfmtsym.cpp
 5823 target thumb C++: libicui18n <= external/icu4c/i18n/digitlst.cpp
 5824 target thumb C++: libicui18n <= external/icu4c/i18n/esctrn.cpp
 5825 target thumb C++: libicui18n <= external/icu4c/i18n/fmtable_cnv.cpp
 5826 target thumb C++: libicui18n <= external/icu4c/i18n/fmtable.cpp
 5827 target thumb C++: libicui18n <= external/icu4c/i18n/format.cpp
 5828 target thumb C++: libicui18n <= external/icu4c/i18n/funcrepl.cpp
 5829 target thumb C++: libicui18n <= external/icu4c/i18n/gregocal.cpp
 5830 target thumb C++: libicui18n <= external/icu4c/i18n/gregoimp.cpp
 5831 target thumb C++: libicui18n <= external/icu4c/i18n/hebrwcal.cpp
 5832 target thumb C++: libicui18n <= external/icu4c/i18n/inputext.cpp
 5833 target thumb C++: libicui18n <= external/icu4c/i18n/islamcal.cpp
 5834 target thumb C++: libicui18n <= external/icu4c/i18n/japancal.cpp
 5835 target thumb C++: libicui18n <= external/icu4c/i18n/measfmt.cpp
 5836 target thumb C++: libicui18n <= external/icu4c/i18n/measure.cpp
 5837 target thumb C++: libicui18n <= external/icu4c/i18n/msgfmt.cpp
 5838 target thumb C++: libicui18n <= external/icu4c/i18n/name2uni.cpp
 5839 target thumb C++: libicui18n <= external/icu4c/i18n/nfrs.cpp
 5840 target thumb C++: libicui18n <= external/icu4c/i18n/nfrule.cpp
 5841 target thumb C++: libicui18n <= external/icu4c/i18n/nfsubs.cpp
 5842 target thumb C++: libicui18n <= external/icu4c/i18n/nortrans.cpp
 5843 target thumb C++: libicui18n <= external/icu4c/i18n/nultrans.cpp
 5844 target thumb C++: libicui18n <= external/icu4c/i18n/numfmt.cpp
 5845 target thumb C++: libicui18n <= external/icu4c/i18n/olsontz.cpp
```

5846 external/icu4c/i18n/olsontz.cpp: In function 'UBool arrayEqual(const void*, const void*, int32_t)':
5847 external/icu4c/i18n/olsontz.cpp:52: warning: suggest parentheses around '&&' within '||'
5848 external/icu4c/i18n/olsontz.cpp: In member function 'virtual UBool icu_44::OlsonTimeZone::hasSameRules(const icu_44::TimeZone&) const':
5849 external/icu4c/i18n/olsontz.cpp:610: warning: suggest parentheses around '&&' within '||'
5850 external/icu4c/i18n/olsontz.cpp:611: warning: suggest parentheses around '&&' within '||'
5851 target thumb C++: libicui18n <= external/icu4c/i18n/quant.cpp
5852 target thumb C++: libicui18n <= external/icu4c/i18n/rbnf.cpp
5853 target thumb C++: libicui18n <= external/icu4c/i18n/rbt.cpp
5854 target thumb C++: libicui18n <= external/icu4c/i18n/rbt_data.cpp
5855 target thumb C++: libicui18n <= external/icu4c/i18n/rbt_pars.cpp
5856 target thumb C++: libicui18n <= external/icu4c/i18n/rbt_rule.cpp
5857 target thumb C++: libicui18n <= external/icu4c/i18n/rbt_set.cpp
5858 target thumb C++: libicui18n <= external/icu4c/i18n/regexcmp.cpp
5859 target thumb C++: libicui18n <= external/icu4c/i18n/regexst.cpp
5860 target thumb C++: libicui18n <= external/icu4c/i18n/rematch.cpp
5861 external/icu4c/i18n/regexcmp.cpp: In member function 'void icu_44::RegexCompile::compileInterval(int32_t, int32_t)':
5862 external/icu4c/i18n/regexcmp.cpp:2341: warning: suggest parentheses around '&&' within '||'
5863 external/icu4c/i18n/regexcmp.cpp: In member function 'UChar32 icu_44::RegexCompile::nextCharLL()':
5864 external/icu4c/i18n/regexcmp.cpp:3659: warning: suggest parentheses around '&&' within '||'
5865 external/icu4c/i18n/rematch.cpp: In member function 'virtual UBool icu_44::RegexMatcher::find()':
5866 external/icu4c/i18n/rematch.cpp:674: warning: suggest parentheses around '&&' within '||'
5867 external/icu4c/i18n/rematch.cpp: In member function 'UBool icu_44::RegexMatcher::findUsingChunk()':
5868 external/icu4c/i18n/rematch.cpp:953: warning: suggest parentheses around '&&' within '||'
5869 external/icu4c/i18n/rematch.cpp: In member function 'void icu_44::RegexMatcher::MatchAt(int64_t, UBool, UErrorCode&)':
5870 external/icu4c/i18n/rematch.cpp:3083: warning: suggest parentheses around '&&' within '||'
5871 external/icu4c/i18n/rematch.cpp:4203: warning: suggest parentheses around '&&' within '||'
5872 external/icu4c/i18n/rematch.cpp: In member function 'void icu_44::RegexMatcher::MatchChunkAt(int32_t, UBool, UErrorCode&)':
5873 external/icu4c/i18n/rematch.cpp:4784: warning: suggest parentheses around '&&' within '||'
5874 external/icu4c/i18n/rematch.cpp:5872: warning: suggest parentheses around '&&' within '||'
5875 target thumb C++: libicui18n <= external/icu4c/i18n/remtrans.cpp
5876 target thumb C++: libicui18n <= external/icu4c/i18n/repattrn.cpp
5877 target thumb C++: libicui18n <= external/icu4c/i18n/search.cpp
5878 target thumb C++: libicui18n <= external/icu4c/i18n/simpletz.cpp
5879 external/icu4c/i18n/simpletz.cpp: In member function 'virtual void icu_44::SimpleTimeZone::getOffsetFromLocal(UDate, int32_t, int32_t, int32_t&, int32_t&, UErrorCode&)':
5880 external/icu4c/i18n/simpletz.cpp:532: warning: suggest parentheses around '&&' within '||'

```
 5881 external/icu4c/i18n/simpletz.cpp:538: warning: suggest parentheses
around '&&' within '||'
 5882 target thumb C++: libicui18n <= external/icu4c/i18n/smpdtfmt.cpp
 5883 target thumb C++: libicui18n <= external/icu4c/i18n/sortkey.cpp
 5884 target thumb C++: libicui18n <= external/icu4c/i18n/strmatch.cpp
 5885 target thumb C++: libicui18n <= external/icu4c/i18n/strrepl.cpp
 5886 target thumb C++: libicui18n <= external/icu4c/i18n/stsearch.cpp
 5887 target thumb C++: libicui18n <= external/icu4c/i18n/tblcoll.cpp
 5888 target thumb C++: libicui18n <= external/icu4c/i18n/timezone.cpp
 5889 target thumb C++: libicui18n <= external/icu4c/i18n/titletrn.cpp
 5890 target thumb C++: libicui18n <= external/icu4c/i18n/tolowtrn.cpp
 5891 target thumb C++: libicui18n <= external/icu4c/i18n/toupptrn.cpp
 5892 target thumb C++: libicui18n <= external/icu4c/i18n/translit.cpp
 5893 target thumb C++: libicui18n <= external/icu4c/i18n/transreg.cpp
 5894 target thumb C++: libicui18n <= external/icu4c/i18n/tridpars.cpp
 5895 target thumb C++: libicui18n <= external/icu4c/i18n/ucal.cpp
 5896 target thumb C++: libicui18n <= external/icu4c/i18n/ucol_bld.cpp
 5897 target thumb C++: libicui18n <= external/icu4c/i18n/ucol_cnt.cpp
 5898 external/icu4c/i18n/ucol_bld.cpp: In function 'void
ucol_inv_getGapPositions(UColTokenParser*, UColTokListHeader*, UErrorCode*)':
 5899 external/icu4c/i18n/ucol_bld.cpp:350: warning: suggest parentheses
around arithmetic in operand of '|'
 5900 external/icu4c/i18n/ucol_bld.cpp:353: warning: suggest parentheses
around arithmetic in operand of '|'
 5901 external/icu4c/i18n/ucol_cnt.cpp: In function 'int32_t
uprv_cnttab_constructTable_44(CntTable*, uint32_t, UErrorCode*)':
 5902 external/icu4c/i18n/ucol_cnt.cpp:203: warning: suggest parentheses
around arithmetic in operand of '|'
 5903 external/icu4c/i18n/ucol_cnt.cpp:220: warning: suggest parentheses
around arithmetic in operand of '|'
 5904 external/icu4c/i18n/ucol_cnt.cpp: In function 'uint32_t
uprv_cnttab_changeLastCE_44(CntTable*, uint32_t, uint32_t, UErrorCode*)':
 5905 external/icu4c/i18n/ucol_cnt.cpp:365: warning: suggest parentheses
around arithmetic in operand of '|'
 5906 external/icu4c/i18n/ucol_cnt.cpp: In function 'uint32_t
uprv_cnttab_insertContraction_44(CntTable*, uint32_t, UChar, uint32_t,
UErrorCode*)':
 5907 external/icu4c/i18n/ucol_cnt.cpp:407: warning: suggest parentheses
around arithmetic in operand of '|'
 5908 external/icu4c/i18n/ucol_cnt.cpp: In function 'uint32_t
uprv_cnttab_addContraction_44(CntTable*, uint32_t, UChar, uint32_t,
UErrorCode*)':
 5909 external/icu4c/i18n/ucol_cnt.cpp:437: warning: suggest parentheses
around arithmetic in operand of '|'
 5910 external/icu4c/i18n/ucol_cnt.cpp: In function 'uint32_t
uprv_cnttab_setContraction_44(CntTable*, uint32_t, uint32_t, UChar, uint32_t,
UErrorCode*)':
 5911 external/icu4c/i18n/ucol_cnt.cpp:467: warning: suggest parentheses
around arithmetic in operand of '|'
 5912 target thumb C++: libicui18n <= external/icu4c/i18n/ucol.cpp
 5913 target thumb C++: libicui18n <= external/icu4c/i18n/ucoleitr.cpp
 5914 external/icu4c/i18n/ucol.cpp: In function 'int32_t
ucol_getSortKeySize_44(const UCollator*, collIterate*, int32_t,
UColAttributeValue, int32_t)':
 5915 external/icu4c/i18n/ucol.cpp:4325: warning: suggest parentheses around
'&&' within '||'
```

```
 5916 external/icu4c/i18n/ucol.cpp: In function 'int32_t
ucol_calcSortKey_44(const UCollator*, const UChar*, int32_t, uint8_t**,
uint32_t, UBool, UErrorCode*)':
 5917 external/icu4c/i18n/ucol.cpp:4767: warning: suggest parentheses around
'&&' within '||'
 5918 external/icu4c/i18n/ucoleitr.cpp: In function 'uint64_t
processCE(UCollationElements*, uint32_t)':
 5919 external/icu4c/i18n/ucoleitr.cpp:275: warning: suggest parentheses
around '&&' within '||'
 5920 external/icu4c/i18n/ucol.cpp: In function 'UBool isShiftedCE(uint32_t,
uint32_t, UBool*)':
 5921 external/icu4c/i18n/ucol.cpp:5613: warning: suggest parentheses around
'&&' within '||'
 5922 target thumb C++: libicui18n <= external/icu4c/i18n/ucol_elm.cpp
 5923 external/icu4c/i18n/ucol.cpp: In function 'UCollationResult
ucol_strcollRegular(collIterate*, collIterate*, UErrorCode*)':
 5924 external/icu4c/i18n/ucol.cpp:7754: warning: suggest parentheses around
'&&' within '||'
 5925 external/icu4c/i18n/ucol.cpp:7770: warning: suggest parentheses around
'&&' within '||'
 5926 external/icu4c/i18n/ucol.cpp: In function 'UCollationResult
ucol_strcoll_44(const UCollator*, const UChar*, int32_t, const UChar*,
int32_t)':
 5927 external/icu4c/i18n/ucol.cpp:8396: warning: suggest parentheses around
'&&' within '||'
 5928 external/icu4c/i18n/ucol_elm.cpp: In function 'uint32_t
uprv_uca_addPrefix(tempUCATable*, uint32_t, UCAElements*, UErrorCode*)':
 5929 external/icu4c/i18n/ucol_elm.cpp:910: warning: suggest parentheses
around arithmetic in operand of '|'
 5930 external/icu4c/i18n/ucol_elm.cpp: In function 'uint32_t
uprv_uca_addContraction(tempUCATable*, uint32_t, UCAElements*, UErrorCode*)':
 5931 external/icu4c/i18n/ucol_elm.cpp:980: warning: suggest parentheses
around arithmetic in operand of '|'
 5932 external/icu4c/i18n/ucol_elm.cpp: In function 'uint32_t
uprv_uca_processContraction(CntTable*, UCAElements*, uint32_t, UErrorCode*)':
 5933 external/icu4c/i18n/ucol_elm.cpp:1041: warning: suggest parentheses
around arithmetic in operand of '|'
 5934 external/icu4c/i18n/ucol_elm.cpp: In function 'uint32_t
uprv_uca_addAnElement_44(tempUCATable*, UCAElements*, UErrorCode*)':
 5935 external/icu4c/i18n/ucol_elm.cpp:1179: warning: suggest parentheses
around arithmetic in operand of '|'
 5936 external/icu4c/i18n/ucol_elm.cpp: In function 'void
uprv_uca_setMapCE(tempUCATable*, UCAElements*, UErrorCode*)':
 5937 external/icu4c/i18n/ucol_elm.cpp:1701: warning: suggest parentheses
around arithmetic in operand of '|'
 5938 target thumb C++: libicui18n <= external/icu4c/i18n/ucol_res.cpp
 5939 target thumb C++: libicui18n <= external/icu4c/i18n/ucol_sit.cpp
 5940 external/icu4c/i18n/ucol_sit.cpp: In function 'int32_t
ucol_getUnsafeSet_44(const UCollator*, USet*, UErrorCode*)':
 5941 external/icu4c/i18n/ucol_sit.cpp:888: warning: 'int32_t
ucol_getContractions_44(const UCollator*, USet*, UErrorCode*)' is deprecated
(declared at external/icu4c/i18n/ucol_sit.cpp:805)
 5942 external/icu4c/i18n/ucol_sit.cpp:888: warning: 'int32_t
ucol_getContractions_44(const UCollator*, USet*, UErrorCode*)' is deprecated
(declared at external/icu4c/i18n/ucol_sit.cpp:805)
 5943 target thumb C++: libicui18n <= external/icu4c/i18n/ucol_tok.cpp
 5944 target thumb C++: libicui18n <= external/icu4c/i18n/ucsdet.cpp
```

```
5945 target thumb C++: libicui18n <= external/icu4c/i18n/ucurr.cpp
5946 external/icu4c/i18n/ucol_tok.cpp: In function 'uint8_t
ucol_uprv_tok_readAndSetOption(UColTokenParser*, UErrorCode*)':
 5947 external/icu4c/i18n/ucol_tok.cpp:630: warning: suggest parentheses
around arithmetic in operand of '|'
 5948 external/icu4c/i18n/ucol_tok.cpp: In function 'UColToken*
getVirginBefore(UColTokenParser*, UColToken*, uint8_t, UParseError*,
UErrorCode*)':
 5949 external/icu4c/i18n/ucol_tok.cpp:1276: warning: suggest parentheses
around arithmetic in operand of '|'
 5950 external/icu4c/i18n/ucol_tok.cpp:1280: warning: suggest parentheses
around arithmetic in operand of '|'
 5951 external/icu4c/i18n/ucol_tok.cpp:1281: warning: suggest parentheses
around arithmetic in operand of '|'
 5952 external/icu4c/i18n/ucol_tok.cpp: In function 'uint32_t
ucol_tok_assembleTokenList_44(UColTokenParser*, UParseError*, UErrorCode*)':
 5953 external/icu4c/i18n/ucol_tok.cpp:1704: warning: suggest parentheses
around arithmetic in operand of '|'
 5954 external/icu4c/i18n/ucol_tok.cpp:1707: warning: suggest parentheses
around arithmetic in operand of '|'
 5955 external/icu4c/i18n/ucol_tok.cpp:1708: warning: suggest parentheses
around arithmetic in operand of '|'
5956 target thumb C++: libicui18n <= external/icu4c/i18n/udat.cpp
5957 target thumb C++: libicui18n <= external/icu4c/i18n/umsg.cpp
5958 target thumb C++: libicui18n <= external/icu4c/i18n/unesctrn.cpp
5959 target thumb C++: libicui18n <= external/icu4c/i18n/uni2name.cpp
5960 target thumb C++: libicui18n <= external/icu4c/i18n/unum.cpp
5961 target thumb C++: libicui18n <= external/icu4c/i18n/uregexc.cpp
5962 target thumb C++: libicui18n <= external/icu4c/i18n/uregex.cpp
5963 target thumb C++: libicui18n <= external/icu4c/i18n/usearch.cpp
5964 external/icu4c/i18n/uregex.cpp: In function 'int32_t
uregex_replaceAll_44(URegularExpression*, const UChar*, int32_t, UChar*,
int32_t, UErrorCode*)':
 5965 external/icu4c/i18n/uregex.cpp:1036: warning: suggest parentheses
around '&&' within '||'
 5966 external/icu4c/i18n/uregex.cpp: In function 'int32_t
uregex_replaceFirst_44(URegularExpression*, const UChar*, int32_t, UChar*,
int32_t, UErrorCode*)':
 5967 external/icu4c/i18n/uregex.cpp:1110: warning: suggest parentheses
around '&&' within '||'
 5968 external/icu4c/i18n/uregex.cpp: In static member function 'static
int32_t icu_44::RegexCImpl::appendReplacement(icu_44::RegularExpression*,
const UChar*, int32_t, UChar**, int32_t*, UErrorCode*)':
 5969 external/icu4c/i18n/uregex.cpp:1235: warning: suggest parentheses
around '&&' within '||'
 5970 external/icu4c/i18n/uregex.cpp: In static member function 'static
int32_t icu_44::RegexCImpl::appendTail(icu_44::RegularExpression*, UChar**,
int32_t*, UErrorCode*)':
 5971 external/icu4c/i18n/uregex.cpp:1473: warning: suggest parentheses
around '&&' within '||'
 5972 external/icu4c/i18n/uregex.cpp: In function 'int32_t
uregex_split_44(URegularExpression*, UChar*, int32_t, int32_t*, UChar**,
int32_t, UErrorCode*)':
 5973 external/icu4c/i18n/uregex.cpp:1772: warning: suggest parentheses
around '&&' within '||'
 5974 target thumb C++: libicui18n <= external/icu4c/i18n/utrans.cpp
 5975 target thumb C++: libicui18n <= external/icu4c/i18n/windtfmt.cpp
```

```
5976 target thumb C++: libicui18n <= external/icu4c/i18n/winnmfmt.cpp
5977 target thumb C++: libicui18n <= external/icu4c/i18n/zonemeta.cpp
5978 external/icu4c/i18n/zonemeta.cpp: In static member function 'static
icu_44::UnicodeString& icu_44::ZoneMeta::getCanonicalSystemID(const
icu_44::UnicodeString&, icu_44::UnicodeString&, UErrorCode&)':
5979 external/icu4c/i18n/zonemeta.cpp:194: warning: comparison between
signed and unsigned integer expressions
5980 external/icu4c/i18n/zonemeta.cpp: In static member function 'static
icu_44::UnicodeString& icu_44::ZoneMeta::getSingleCountry(const
icu_44::UnicodeString&, icu_44::UnicodeString&)':
5981 external/icu4c/i18n/zonemeta.cpp:313: warning: suggest parentheses
around assignment used as truth value
5982 target thumb C++: libicui18n <= external/icu4c/i18n/zstrfmt.cpp
5983 target thumb C++: libicui18n <= external/icu4c/i18n/numsys.cpp
5984 target thumb C++: libicui18n <= external/icu4c/i18n/chnsecal.cpp
5985 external/icu4c/i18n/zstrfmt.cpp: In static member function 'static
icu_44::UnicodeString& icu_44::ZoneStringFormat::getLocalizedCountry(const
icu_44::UnicodeString&, const icu_44::Locale&, icu_44::UnicodeString&)':
5986 external/icu4c/i18n/zstrfmt.cpp:1627: warning: 'const char*
ures_getLocale_44(const UResourceBundle*, UErrorCode*)' is deprecated
(declared at external/icu4c/i18n/../common/unicode/ures.h:300)
5987 external/icu4c/i18n/zstrfmt.cpp:1627: warning: 'const char*
ures_getLocale_44(const UResourceBundle*, UErrorCode*)' is deprecated
(declared at external/icu4c/i18n/../common/unicode/ures.h:300)
5988 target thumb C++: libicui18n <= external/icu4c/i18n/cecal.cpp
5989 target thumb C++: libicui18n <= external/icu4c/i18n/coptccal.cpp
5990 target thumb C++: libicui18n <= external/icu4c/i18n/ethpccal.cpp
5991 target thumb C++: libicui18n <= external/icu4c/i18n/brktrans.cpp
5992 target thumb C++: libicui18n <= external/icu4c/i18n/wintzimpl.cpp
5993 target thumb C++: libicui18n <= external/icu4c/i18n/plurrule.cpp
5994 target thumb C++: libicui18n <= external/icu4c/i18n/plurfmt.cpp
5995 target thumb C++: libicui18n <= external/icu4c/i18n/dtitvfmt.cpp
5996 target thumb C++: libicui18n <= external/icu4c/i18n/dtitvinf.cpp
5997 external/icu4c/i18n/dtitvinf.cpp: In static member function 'static
UBool icu_44::DateIntervalInfo::stringNumeric(int32_t, int32_t, char)':
5998 external/icu4c/i18n/dtitvinf.cpp:389: warning: suggest parentheses
around '&&' within '||'
5999 target thumb C++: libicui18n <= external/icu4c/i18n/tmunit.cpp
6000 target thumb C++: libicui18n <= external/icu4c/i18n/tmutamt.cpp
6001 target thumb C++: libicui18n <= external/icu4c/i18n/tmutfmt.cpp
6002 target thumb C++: libicui18n <= external/icu4c/i18n/colldata.cpp
6003 external/icu4c/i18n/tmutfmt.cpp: In member function 'virtual UBool
icu_44::TimeUnitFormat::operator==(const icu_44::Format&) const':
6004 external/icu4c/i18n/tmutfmt.cpp:179: warning: suggest parentheses
around '&&' within '||'
6005 external/icu4c/i18n/tmutfmt.cpp:183: warning: suggest parentheses
around '&&' within '||'
6006 external/icu4c/i18n/tmutfmt.cpp: In member function 'void
icu_44::TimeUnitFormat::setNumberFormat(const icu_44::NumberFormat&,
UErrorCode&)':
6007 external/icu4c/i18n/tmutfmt.cpp:726: warning: suggest parentheses
around '&&' within '||'
6008 target thumb C++: libicui18n <= external/icu4c/i18n/bmsearch.cpp
6009 target thumb C++: libicui18n <= external/icu4c/i18n/bms.cpp
6010 target thumb C++: libicui18n <= external/icu4c/i18n/currpinf.cpp
6011 target thumb C++: libicui18n <= external/icu4c/i18n/uspoof.cpp
6012 target thumb C++: libicui18n <= external/icu4c/i18n/uspoof_build.cpp
```

```
6013 target thumb C++: libicui18n <= external/icu4c/i18n/uspoof_impl.cpp
6014 target thumb C++: libicui18n <= external/icu4c/i18n/regextxt.cpp
6015 target thumb C++: libicui18n <= external/icu4c/i18n/selfmt.cpp
6016 target thumb C++: libicui18n <= external/icu4c/i18n/uspoof_conf.cpp
6017 target thumb C++: libicui18n <= external/icu4c/i18n/uspoof_wsconf.cpp
6018 target thumb C++: libicui18n <= external/icu4c/i18n/zrule.cpp
6019 target thumb C++: libicui18n <= external/icu4c/i18n/ztrans.cpp
6020 target thumb C++: libicui18n <= external/icu4c/i18n/vzone.cpp
6021 target thumb C++: libicui18n <= external/icu4c/i18n/fphdlimp.cpp
6022 target thumb C++: libicui18n <= external/icu4c/i18n/fpositer.cpp
6023 target thumb C++: libicui18n <= external/icu4c/i18n/locdspnm.cpp
6024 target thumb C++: libicui18n <= external/icu4c/i18n/decnumstr.cpp
6025 target thumb C++: libicui18n <= external/icu4c/i18n/ucol_wgt.cpp
6026 target thumb C: libicui18n <= external/icu4c/i18n/bocsu.c
6027 target thumb C: libicui18n <= external/icu4c/i18n/ucln_in.c
6028 target thumb C: libicui18n <= external/icu4c/i18n/decContext.c
6029 target thumb C: libicui18n <= external/icu4c/i18n/ulocdata.c
6030 target thumb C: libicui18n <= external/icu4c/i18n/utmscale.c
6031 external/icu4c/i18n/utmscale.c: In function
'utmscale_getTimeScaleValue_44':
6032 external/icu4c/i18n/utmscale.c:44: warning: comparison of unsigned
expression < 0 is always false
6033 external/icu4c/i18n/utmscale.c:45: warning: comparison of unsigned
expression < 0 is always false
6034 external/icu4c/i18n/utmscale.c: In function 'utmscale_fromInt64_44':
6035 external/icu4c/i18n/utmscale.c:63: warning: comparison of unsigned
expression < 0 is always false
6036 external/icu4c/i18n/utmscale.c: In function 'utmscale_toInt64_44':
6037 external/icu4c/i18n/utmscale.c:87: warning: comparison of unsigned
expression < 0 is always false
6038 target thumb C: libicui18n <= external/icu4c/i18n/decNumber.c
6039 target thumb C++: libicuuc <= external/icu4c/common/bmpset.cpp
6040 target thumb C++: libicuuc <= external/icu4c/common/unisetspan.cpp
6041 target thumb C++: libicuuc <= external/icu4c/common/brkeng.cpp
6042 target thumb C++: libicuuc <= external/icu4c/common/brkiter.cpp
6043 target thumb C++: libicuuc <= external/icu4c/common/caniter.cpp
6044 external/icu4c/common/brkiter.cpp: In static member function 'static
icu_44::BreakIterator* icu_44::BreakIterator::buildInstance(const
icu_44::Locale&, const char*, int32_t, UErrorCode&)':
6045 external/icu4c/common/brkiter.cpp:96: warning: 'const char*
ures_getLocale_44(const UResourceBundle*, UErrorCode*)' is deprecated
(declared at external/icu4c/common/unicode/ures.h:300)
6046 external/icu4c/common/brkiter.cpp:96: warning: 'const char*
ures_getLocale_44(const UResourceBundle*, UErrorCode*)' is deprecated
(declared at external/icu4c/common/unicode/ures.h:300)
6047 target thumb C++: libicuuc <= external/icu4c/common/chariter.cpp
6048 target thumb C++: libicuuc <= external/icu4c/common/dictbe.cpp
6049 target thumb C++: libicuuc <= external/icu4c/common/locbased.cpp
6050 target thumb C++: libicuuc <= external/icu4c/common/locid.cpp
6051 target thumb C++: libicuuc <= external/icu4c/common/locutil.cpp
6052 external/icu4c/common/locid.cpp: In member function 'const char*
icu_44::Locale::getBaseName() const':
6053 external/icu4c/common/locid.cpp:1093: warning: comparison between
signed and unsigned integer expressions
6054 target thumb C++: libicuuc <= external/icu4c/common/normlzr.cpp
6055 target thumb C++: libicuuc <= external/icu4c/common/parsepos.cpp
```

```
 6056 external/icu4c/common/normlzr.cpp: In member function 'UBool
icu_44::Normalizer::operator==(const icu_44::Normalizer&) const':
 6057 external/icu4c/common/normlzr.cpp:113: warning: suggest parentheses
around '&&' within '||'
 6058 target thumb C++: libicuuc <= external/icu4c/common/propname.cpp
 6059 target thumb C++: libicuuc <= external/icu4c/common/rbbi.cpp
 6060 target thumb C++: libicuuc <= external/icu4c/common/rbbidata.cpp
 6061 target thumb C++: libicuuc <= external/icu4c/common/rbbinode.cpp
 6062 external/icu4c/common/rbbi.cpp: In member function 'virtual int32_t
icu_44::RuleBasedBreakIterator::following(int32_t)':
 6063 external/icu4c/common/rbbi.cpp:731: warning: suggest parentheses around
'&&' within '||'
 6064 target thumb C++: libicuuc <= external/icu4c/common/rbbirb.cpp
 6065 target thumb C++: libicuuc <= external/icu4c/common/rbbiscan.cpp
 6066 external/icu4c/common/rbbiscan.cpp: In member function 'UChar32
icu_44::RBBIRuleScanner::nextCharLL()':
 6067 external/icu4c/common/rbbiscan.cpp:805: warning: suggest parentheses
around '&&' within '||'
 6068 target thumb C++: libicuuc <= external/icu4c/common/rbbisetb.cpp
 6069 target thumb C++: libicuuc <= external/icu4c/common/rbbistbl.cpp
 6070 target thumb C++: libicuuc <= external/icu4c/common/rbbitblb.cpp
 6071 target thumb C++: libicuuc <= external/icu4c/common/resbund_cnv.cpp
 6072 target thumb C++: libicuuc <= external/icu4c/common/resbund.cpp
 6073 target thumb C++: libicuuc <= external/icu4c/common/ruleiter.cpp
 6074 external/icu4c/common/resbund.cpp: In member function 'const char*
icu_44::ResourceBundle::getVersionNumber() const':
 6075 external/icu4c/common/resbund.cpp:363: warning: 'const char*
ures_getVersionNumber_44(const UResourceBundle*)' is deprecated (declared at
external/icu4c/common/unicode/ures.h:272)
 6076 external/icu4c/common/resbund.cpp:363: warning: 'const char*
ures_getVersionNumber_44(const UResourceBundle*)' is deprecated (declared at
external/icu4c/common/unicode/ures.h:272)
 6077 external/icu4c/common/resbund.cpp: In member function 'const
icu_44::Locale& icu_44::ResourceBundle::getLocale() const':
 6078 external/icu4c/common/resbund.cpp:376: warning: 'const char*
ures_getLocale_44(const UResourceBundle*, UErrorCode*)' is deprecated
(declared at external/icu4c/common/unicode/ures.h:300)
 6079 external/icu4c/common/resbund.cpp:376: warning: 'const char*
ures_getLocale_44(const UResourceBundle*, UErrorCode*)' is deprecated
(declared at external/icu4c/common/unicode/ures.h:300)
 6080 target thumb C++: libicuuc <= external/icu4c/common/schriter.cpp
 6081 target thumb C++: libicuuc <= external/icu4c/common/serv.cpp
 6082 target thumb C++: libicuuc <= external/icu4c/common/servlk.cpp
 6083 target thumb C++: libicuuc <= external/icu4c/common/servlkf.cpp
 6084 target thumb C++: libicuuc <= external/icu4c/common/servls.cpp
 6085 target thumb C++: libicuuc <= external/icu4c/common/servnotf.cpp
 6086 target thumb C++: libicuuc <= external/icu4c/common/servrbf.cpp
 6087 target thumb C++: libicuuc <= external/icu4c/common/servslkf.cpp
 6088 target thumb C++: libicuuc <= external/icu4c/common/ubrk.cpp
 6089 target thumb C++: libicuuc <= external/icu4c/common/triedict.cpp
 6090 target thumb C++: libicuuc <= external/icu4c/common/uchriter.cpp
 6091 target thumb C++: libicuuc <= external/icu4c/common/uhash_us.cpp
 6092 target thumb C++: libicuuc <= external/icu4c/common/uidna.cpp
 6093 target thumb C++: libicuuc <= external/icu4c/common/uiter.cpp
 6094 target thumb C++: libicuuc <= external/icu4c/common/unifilt.cpp
 6095 target thumb C++: libicuuc <= external/icu4c/common/unifunct.cpp
 6096 target thumb C++: libicuuc <= external/icu4c/common/uniset_props.cpp
```

```
6097 target thumb C++: libicuuc <= external/icu4c/common/uniset.cpp
6098 target thumb C++: libicuuc <= external/icu4c/common/unistr_case.cpp
6099 target thumb C++: libicuuc <= external/icu4c/common/unistr_cnv.cpp
6100 target thumb C++: libicuuc <= external/icu4c/common/unistr.cpp
6101 target thumb C++: libicuuc <= external/icu4c/common/unistr_props.cpp
 6102 external/icu4c/common/unistr.cpp: In member function 'UBool
icu_44::UnicodeString::cloneArrayIfNeeded(int32_t, int32_t, UBool, int32_t**,
UBool)':
 6103 external/icu4c/common/unistr.cpp:1541: warning: suggest parentheses
around '&&' within '||'
 6104 external/icu4c/common/unistr.cpp:1571: warning: suggest parentheses
around '&&' within '||'
 6105 target thumb C++: libicuuc <= external/icu4c/common/unormcmp.cpp
 6106 target thumb C++: libicuuc <= external/icu4c/common/unorm.cpp
 6107 target thumb C++: libicuuc <= external/icu4c/common/uobject.cpp
 6108 target thumb C++: libicuuc <= external/icu4c/common/uset.cpp
 6109 target thumb C++: libicuuc <= external/icu4c/common/usetiter.cpp
 6110 target thumb C++: libicuuc <= external/icu4c/common/uset_props.cpp
 6111 target thumb C++: libicuuc <= external/icu4c/common/usprep.cpp
 6112 target thumb C++: libicuuc <= external/icu4c/common/ustack.cpp
 6113 target thumb C++: libicuuc <= external/icu4c/common/ustrenum.cpp
 6114 target thumb C++: libicuuc <= external/icu4c/common/utext.cpp
 6115 target thumb C++: libicuuc <= external/icu4c/common/util.cpp
 6116 target thumb C++: libicuuc <= external/icu4c/common/util_props.cpp
 6117 target thumb C++: libicuuc <= external/icu4c/common/uvector.cpp
 6118 target thumb C++: libicuuc <= external/icu4c/common/uvectr32.cpp
 6119 target thumb C++: libicuuc <= external/icu4c/common/errorcode.cpp
 6120 target thumb C++: libicuuc <= external/icu4c/common/bytestream.cpp
 6121 target thumb C++: libicuuc <= external/icu4c/common/stringpiece.cpp
 6122 target thumb C++: libicuuc <= external/icu4c/common/mutex.cpp
 6123 target thumb C++: libicuuc <= external/icu4c/common/dtintrv.cpp
 6124 target thumb C++: libicuuc <= external/icu4c/common/ucnvsel.cpp
 6125 target thumb C++: libicuuc <= external/icu4c/common/uvectr64.cpp
 6126 target thumb C++: libicuuc <= external/icu4c/common/locavailable.cpp
 6127 target thumb C++: libicuuc <= external/icu4c/common/locdispnames.cpp
 6128 target thumb C++: libicuuc <= external/icu4c/common/loclikely.cpp
 6129 target thumb C++: libicuuc <= external/icu4c/common/locresdata.cpp
 6130 target thumb C++: libicuuc <= external/icu4c/common/normalizer2impl.cpp
 6131 target thumb C++: libicuuc <= external/icu4c/common/normalizer2.cpp
 6132 target thumb C++: libicuuc <=
external/icu4c/common/filterednormalizer2.cpp
 6133 target thumb C++: libicuuc <= external/icu4c/common/ucol_swp.cpp
 6134 external/icu4c/common/normalizer2impl.cpp: In static member function
'static int32_t icu_44::Normalizer2Impl::combine(const uint16_t*, UChar32)':
 6135 external/icu4c/common/normalizer2impl.cpp:647: warning: suggest
parentheses around '+' in operand of '&'
 6136 external/icu4c/common/normalizer2impl.cpp: In function 'int32_t
unorm2_swap_44(const UDataSwapper*, const void*, int32_t, void*,
UErrorCode*)':
 6137 external/icu4c/common/normalizer2impl.cpp:1681: warning: comparison
between signed and unsigned integer expressions
 6138 external/icu4c/common/ucol_swp.cpp: In function 'int32_t
utrie_swap_44(const UDataSwapper*, const void*, int32_t, void*,
UErrorCode*)':
 6139 external/icu4c/common/ucol_swp.cpp:50: warning: comparison between
signed and unsigned integer expressions
```

```
 6140 external/icu4c/common/ucol_swp.cpp: In function 'UBool
ucol_looksLikeCollationBinary_44(const UDataSwapper*, const void*, int32_t)':
 6141 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::options'
 6142 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::UCAConsts'
 6143 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::contractionUCACombos'
 6144 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::magic'
 6145 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::mappingPosition'
 6146 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::expansion'
 6147 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::contractionIndex'
 6148 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::contractionCEs'
 6149 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::contractionSize'
 6150 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::endExpansionCE'
 6151 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::expansionCESize'
 6152 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::endExpansionCECount'
 6153 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::unsafeCP'
 6154 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::contrEndCP'
 6155 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::contractionUCACombosSize'
 6156 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::jamoSpecial'
 6157 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::isBigEndian'
 6158 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::charSetFamily'
 6159 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::contractionUCACombosWidth'
 6160 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::version'
 6161 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::UCAVersion'
 6162 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::UCDVersion'
 6163 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::formatVersion'
 6164 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::reserved'
 6165 external/icu4c/common/ucol_swp.cpp: In function 'int32_t
ucol_swapBinary_44(const UDataSwapper*, const void*, int32_t, void*,
UErrorCode*)':
 6166 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::options'
 6167 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::UCAConsts'
```

```
 6168 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::contractionUCACombos'
 6169 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::magic'
 6170 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::mappingPosition'
 6171 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::expansion'
 6172 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::contractionIndex'
 6173 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::contractionCEs'
 6174 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::contractionSize'
 6175 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::endExpansionCE'
 6176 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::expansionCESize'
 6177 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::endExpansionCECount'
 6178 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::unsafeCP'
 6179 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::contrEndCP'
 6180 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::contractionUCACombosSize'
 6181 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::jamoSpecial'
 6182 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::isBigEndian'
 6183 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::charSetFamily'
 6184 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::contractionUCACombosWidth'
 6185 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::version'
 6186 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::UCAVersion'
 6187 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::UCDVersion'
 6188 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::formatVersion'
 6189 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::reserved'
 6190 external/icu4c/common/ucol_swp.cpp: In function 'int32_t
ucol_swapInverseUCA_44(const UDataSwapper*, const void*, int32_t, void*,
UErrorCode*)':
 6191 external/icu4c/common/ucol_swp.cpp:366: warning: missing initializer
for member 'InverseUCATableHeader::tableSize'
 6192 external/icu4c/common/ucol_swp.cpp:366: warning: missing initializer
for member 'InverseUCATableHeader::contsSize'
 6193 external/icu4c/common/ucol_swp.cpp:366: warning: missing initializer
for member 'InverseUCATableHeader::table'
 6194 external/icu4c/common/ucol_swp.cpp:366: warning: missing initializer
for member 'InverseUCATableHeader::conts'
 6195 external/icu4c/common/ucol_swp.cpp:366: warning: missing initializer
for member 'InverseUCATableHeader::UCAVersion'
```

```
 6196 external/icu4c/common/ucol_swp.cpp:366: warning: missing initializer
for member 'InverseUCATableHeader::padding'
 6197 target thumb C++: libicuuc <= external/icu4c/common/uprops.cpp
 6198 target thumb C++: libicuuc <= external/icu4c/common/utrie2.cpp
 6199 external/icu4c/common/utrie2.cpp: In function 'UTrie2*
utrie2_openFromSerialized_44(UTrie2ValueBits, const void*, int32_t, int32_t*,
UErrorCode*)':
 6200 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::data16'
 6201 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::data32'
 6202 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::indexLength'
 6203 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::dataLength'
 6204 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::index2NullOffset'
 6205 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::dataNullOffset'
 6206 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::initialValue'
 6207 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::errorValue'
 6208 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::highStart'
 6209 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::highValueIndex'
 6210 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::memory'
 6211 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::length'
 6212 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::isMemoryOwned'
 6213 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::padding1'
 6214 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::padding2'
 6215 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::newTrie'
 6216 external/icu4c/common/utrie2.cpp:146: warning: comparison between
signed and unsigned integer expressions
 6217 external/icu4c/common/utrie2.cpp: In function 'int32_t
utrie2_swap_44(const UDataSwapper*, const void*, int32_t, void*,
UErrorCode*)':
 6218 external/icu4c/common/utrie2.cpp:415: warning: comparison between
signed and unsigned integer expressions
 6219 target thumb C: libicuuc <= external/icu4c/common/cmemory.c
 6220 target thumb C: libicuuc <= external/icu4c/common/cstring.c
 6221 target thumb C: libicuuc <= external/icu4c/common/cwchar.c
 6222 target thumb C: libicuuc <= external/icu4c/common/locmap.c
 6223 target thumb C: libicuuc <= external/icu4c/common/punycode.c
 6224 target thumb C: libicuuc <= external/icu4c/common/putil.c
 6225 target thumb C: libicuuc <= external/icu4c/common/uarrsort.c
 6226 target thumb C: libicuuc <= external/icu4c/common/ubidi.c
 6227 external/icu4c/common/ubidi.c: In function
'ubidi_setReorderingMode_44':
```

6228 external/icu4c/common/ubidi.c:297: warning: comparison of unsigned
expression >= 0 is always true
 6229 target thumb C: libicuuc <= external/icu4c/common/ubidiln.c
 6230 target thumb C: libicuuc <= external/icu4c/common/ubidi_props.c
 6231 target thumb C: libicuuc <= external/icu4c/common/ubidiwrt.c
 6232 target thumb C: libicuuc <= external/icu4c/common/ucase.c
 6233 target thumb C: libicuuc <= external/icu4c/common/ucasemap.c
 6234 external/icu4c/common/ucasemap.c: In function 'caseMap':
 6235 external/icu4c/common/ucasemap.c:493: warning: missing initializer
 6236 external/icu4c/common/ucasemap.c:493: warning: (near initialization for
'csc.start')
 6237 target thumb C: libicuuc <= external/icu4c/common/ucat.c
 6238 target thumb C: libicuuc <= external/icu4c/common/uchar.c
 6239 target thumb C: libicuuc <= external/icu4c/common/ucln_cmn.c
 6240 target thumb C: libicuuc <= external/icu4c/common/ucmndata.c
 6241 target thumb C: libicuuc <= external/icu4c/common/ucnv2022.c
 6242 external/icu4c/common/ucnv2022.c: In function '_ISO2022Open':
 6243 external/icu4c/common/ucnv2022.c:459: warning: missing initializer
 6244 external/icu4c/common/ucnv2022.c:459: warning: (near initialization for
'stackArgs.nestedLoads')
 6245 target thumb C: libicuuc <= external/icu4c/common/ucnv_bld.c
 6246 target thumb C: libicuuc <= external/icu4c/common/ucnvbocu.c
 6247 external/icu4c/common/ucnv2022.c: At top level:
 6248 external/icu4c/common/ucnv2022.c:3751: warning: missing initializer
 6249 external/icu4c/common/ucnv2022.c:3751: warning: (near initialization
for '_ISO2022Impl.toUTF8')
 6250 external/icu4c/common/ucnv2022.c:3777: warning: missing initializer
 6251 external/icu4c/common/ucnv2022.c:3777: warning: (near initialization
for '_ISO2022Data_44.mbcs')
 6252 external/icu4c/common/ucnv2022.c:3801: warning: missing initializer
 6253 external/icu4c/common/ucnv2022.c:3801: warning: (near initialization
for '_ISO2022JPImpl.toUTF8')
 6254 external/icu4c/common/ucnv2022.c:3827: warning: missing initializer
 6255 external/icu4c/common/ucnv2022.c:3827: warning: (near initialization
for '_ISO2022JPData.mbcs')
 6256 external/icu4c/common/ucnv2022.c:3851: warning: missing initializer
 6257 external/icu4c/common/ucnv2022.c:3851: warning: (near initialization
for '_ISO2022KRImpl.toUTF8')
 6258 external/icu4c/common/ucnv2022.c:3877: warning: missing initializer
 6259 external/icu4c/common/ucnv2022.c:3877: warning: (near initialization
for '_ISO2022KRData.mbcs')
 6260 external/icu4c/common/ucnv2022.c:3902: warning: missing initializer
 6261 external/icu4c/common/ucnv2022.c:3902: warning: (near initialization
for '_ISO2022CNImpl.toUTF8')
 6262 external/icu4c/common/ucnv2022.c:3928: warning: missing initializer
 6263 external/icu4c/common/ucnv2022.c:3928: warning: (near initialization
for '_ISO2022CNData.mbcs')
 6264 external/icu4c/common/ucnvbocu.c:1372: warning: missing initializer
 6265 external/icu4c/common/ucnvbocu.c:1372: warning: (near initialization
for '_BocuImpl.toUTF8')
 6266 external/icu4c/common/ucnvbocu.c:1391: warning: missing initializer
 6267 external/icu4c/common/ucnvbocu.c:1391: warning: (near initialization
for '_BocuData_44.mbcs')
 6268 external/icu4c/common/ucnv_bld.c: In function
'ucnv_unloadSharedDataIfReady_44':
 6269 external/icu4c/common/ucnv_bld.c:596: warning: comparison between
signed and unsigned integer expressions

6270 external/icu4c/common/ucnv_bld.c: In function
'ucnv_incrementRefCount_44':
6271 external/icu4c/common/ucnv_bld.c:611: warning: comparison between
signed and unsigned integer expressions
6272 external/icu4c/common/ucnv_bld.c: In function
'ucnv_createConverter_44':
6273 external/icu4c/common/ucnv_bld.c:829: warning: missing initializer
6274 external/icu4c/common/ucnv_bld.c:829: warning: (near initialization for
'stackArgs.nestedLoads')
6275 external/icu4c/common/ucnv_bld.c: In function
'ucnv_canCreateConverter_44':
6276 external/icu4c/common/ucnv_bld.c:859: warning: missing initializer
6277 external/icu4c/common/ucnv_bld.c:859: warning: (near initialization for
'stackArgs.nestedLoads')
6278 external/icu4c/common/ucnv_bld.c: In function
'ucnv_createAlgorithmicConverter_44':
6279 external/icu4c/common/ucnv_bld.c:887: warning: missing initializer
6280 external/icu4c/common/ucnv_bld.c:887: warning: (near initialization for
'stackArgs.nestedLoads')
6281 external/icu4c/common/ucnv_bld.c:904: warning: comparison between
signed and unsigned integer expressions
6282 external/icu4c/common/ucnv_bld.c: In function
'ucnv_createConverterFromPackage_44':
6283 external/icu4c/common/ucnv_bld.c:928: warning: missing initializer
6284 external/icu4c/common/ucnv_bld.c:928: warning: (near initialization for
'stackArgs.nestedLoads')
6285 external/icu4c/common/ucnv_bld.c: In function 'internalSetName':
6286 external/icu4c/common/ucnv_bld.c:1198: warning: missing initializer
6287 external/icu4c/common/ucnv_bld.c:1198: warning: (near initialization
for 'stackArgs.nestedLoads')
6288 external/icu4c/common/ucnv_bld.c: In function 'ucnv_swap_44':
6289 external/icu4c/common/ucnv_bld.c:1394: warning: comparison between
signed and unsigned integer expressions
6290 external/icu4c/common/ucnv_bld.c:1435: warning: comparison between
signed and unsigned integer expressions
6291 target thumb C: libicuuc <= external/icu4c/common/ucnv.c
6292 target thumb C: libicuuc <= external/icu4c/common/ucnv_cb.c
6293 target thumb C: libicuuc <= external/icu4c/common/ucnv_cnv.c
6294 external/icu4c/common/ucnv.c: In function 'ucnv_safeClone_44':
6295 external/icu4c/common/ucnv.c:291: warning: comparison between signed
and unsigned integer expressions
6296 external/icu4c/common/ucnv.c: In function 'ucnv_close_44':
6297 external/icu4c/common/ucnv.c:381: warning: comparison between signed
and unsigned integer expressions
6298 target thumb C: libicuuc <= external/icu4c/common/ucnvdisp.c
6299 target thumb C: libicuuc <= external/icu4c/common/ucnv_err.c
6300 target thumb C: libicuuc <= external/icu4c/common/ucnv_ext.c
6301 target thumb C: libicuuc <= external/icu4c/common/ucnvhz.c
6302 target thumb C: libicuuc <= external/icu4c/common/ucnv_io.c
6303 external/icu4c/common/ucnvhz.c:608: warning: missing initializer
6304 external/icu4c/common/ucnvhz.c:608: warning: (near initialization for
'_HZImpl.toUTF8')
6305 external/icu4c/common/ucnvhz.c:638: warning: missing initializer
6306 external/icu4c/common/ucnvhz.c:638: warning: (near initialization for
'_HZData_44.mbcs')
6307 target thumb C: libicuuc <= external/icu4c/common/ucnvisci.c

6308 external/icu4c/common/ucnvisci.c: In function
'UConverter_toUnicode_ISCII_OFFSETS_LOGIC':
 6309 external/icu4c/common/ucnvisci.c:1429: warning: comparison between
signed and unsigned integer expressions
 6310 external/icu4c/common/ucnvisci.c: At top level:target thumb C: libicuuc
<= external/icu4c/common/ucnvlat1.c
 6311
 6312 external/icu4c/common/ucnvisci.c:1596: warning: missing initializer
 6313 external/icu4c/common/ucnvisci.c:1596: warning: (near initialization
for '_ISCIIImpl.toUTF8')
 6314 external/icu4c/common/ucnvisci.c:1625: warning: missing initializer
 6315 external/icu4c/common/ucnvisci.c:1625: warning: (near initialization
for '_ISCIIData_44.mbcs')
 6316 external/icu4c/common/ucnvlat1.c:464: warning: missing initializer
 6317 external/icu4c/common/ucnvlat1.c:464: warning: (near initialization for
'_Latin1Data_44.mbcs')
 6318 external/icu4c/common/ucnvlat1.c:741: warning: missing initializer
 6319 external/icu4c/common/ucnvlat1.c:741: warning: (near initialization for
'_ASCIIData_44.mbcs')
 6320 target thumb C: libicuuc <= external/icu4c/common/ucnvmbcs.c
 6321 target thumb C: libicuuc <= external/icu4c/common/ucnv_lmb.c
 6322 external/icu4c/common/ucnvmbcs.c: In function
'_extFromU':external/icu4c/common/ucnv_lmb.c: In function '_LMBCSOpenWorker':
 6323 external/icu4c/common/ucnv_lmb.c:640: warning: missing initializer
 6324 external/icu4c/common/ucnv_lmb.c:640: warning: (near initialization for
'stackArgs.nestedLoads')
 6325 external/icu4c/common/ucnv_lmb.c: In function '_LMBCSFromUnicode':
 6326 external/icu4c/common/ucnvmbcs.c:987: warning: comparison between
signed and unsigned integer expressions
 6327 external/icu4c/common/ucnvmbcs.c: In function '_extToU':
 6328 external/icu4c/common/ucnvmbcs.c:1054: warning: comparison between
signed and unsigned integer expressions
 6329
 6330 external/icu4c/common/ucnv_lmb.c:955: warning: suggest parentheses
around '&&' within '||'
 6331 external/icu4c/common/ucnv_lmb.c: At top level:
 6332 external/icu4c/common/ucnv_lmb.c:1364: warning: missing initializer
 6333 external/icu4c/common/ucnv_lmb.c:1364: warning: (near initialization
for '_LMBCSImpl1.toUTF8')
 6334 external/icu4c/common/ucnv_lmb.c:1364: warning: missing initializer
 6335 external/icu4c/common/ucnv_lmb.c:1364: warning: (near initialization
for '_LMBCSData1_44.mbcs')
 6336 external/icu4c/common/ucnv_lmb.c:1365: warning: missing initializer
 6337 external/icu4c/common/ucnv_lmb.c:1365: warning: (near initialization
for '_LMBCSImpl2.toUTF8')
 6338 external/icu4c/common/ucnv_lmb.c:1365: warning: missing initializer
 6339 external/icu4c/common/ucnv_lmb.c:1365: warning: (near initialization
for '_LMBCSData2_44.mbcs')
 6340 external/icu4c/common/ucnv_lmb.c:1366: warning: missing initializer
 6341 external/icu4c/common/ucnv_lmb.c:1366: warning: (near initialization
for '_LMBCSImpl3.toUTF8')
 6342 external/icu4c/common/ucnv_lmb.c:1366: warning: missing initializer
 6343 external/icu4c/common/ucnvmbcs.c: In function 'reconstituteData':
 6344 external/icu4c/common/ucnvmbcs.c:1375: warning: comparison between
signed and unsigned integer expressions
 6345 external/icu4c/common/ucnvmbcs.c: In function 'ucnv_MBCSLoad':
 6346 external/icu4c/common/ucnvmbcs.c:1444: warning: missing initializer

```
 6347 external/icu4c/common/ucnvmbcs.c:1444: warning: (near initialization
for 'args.nestedLoads')
 6348 external/icu4c/common/ucnv_lmb.c:1366: warning: (near initialization
for '_LMBCSData3_44.mbcs')
 6349 external/icu4c/common/ucnv_lmb.c:1367: warning: missing initializer
 6350 external/icu4c/common/ucnv_lmb.c:1367: warning: (near initialization
for '_LMBCSImpl4.toUTF8')
 6351 external/icu4c/common/ucnv_lmb.c:1367: warning: missing initializer
 6352 external/icu4c/common/ucnv_lmb.c:1367: warning: (near initialization
for '_LMBCSData4_44.mbcs')
 6353 external/icu4c/common/ucnv_lmb.c:1368: warning: missing initializer
 6354 external/icu4c/common/ucnv_lmb.c:1368: warning: (near initialization
for '_LMBCSImpl5.toUTF8')
 6355 external/icu4c/common/ucnv_lmb.c:1368: warning: missing initializer
 6356 external/icu4c/common/ucnv_lmb.c:1368: warning: (near initialization
for '_LMBCSData5_44.mbcs')
 6357 external/icu4c/common/ucnv_lmb.c:1369: warning: missing initializer
 6358 external/icu4c/common/ucnv_lmb.c:1369: warning: (near initialization
for '_LMBCSImpl6.toUTF8')
 6359 external/icu4c/common/ucnv_lmb.c:1369: warning: missing initializer
 6360 external/icu4c/common/ucnv_lmb.c:1369: warning: (near initialization
for '_LMBCSData6_44.mbcs')
 6361 external/icu4c/common/ucnv_lmb.c:1370: warning: missing initializer
 6362 external/icu4c/common/ucnv_lmb.c:1370: warning: (near initialization
for '_LMBCSImpl8.toUTF8')
 6363 external/icu4c/common/ucnv_lmb.c:1370: warning: missing initializer
 6364 external/icu4c/common/ucnv_lmb.c:1370: warning: (near initialization
for '_LMBCSData8_44.mbcs')
 6365 external/icu4c/common/ucnv_lmb.c:1371: warning: missing initializer
 6366 external/icu4c/common/ucnv_lmb.c:1371: warning: (near initialization
for '_LMBCSImpl11.toUTF8')
 6367 external/icu4c/common/ucnv_lmb.c:1371: warning: missing initializer
 6368 external/icu4c/common/ucnv_lmb.c:1371: warning: (near initialization
for '_LMBCSData11_44.mbcs')
 6369 external/icu4c/common/ucnv_lmb.c:1372: warning: missing initializer
 6370 external/icu4c/common/ucnv_lmb.c:1372: warning: (near initialization
for '_LMBCSImpl16.toUTF8')
 6371 external/icu4c/common/ucnv_lmb.c:1372: warning: missing initializer
 6372 external/icu4c/common/ucnv_lmb.c:1372: warning: (near initialization
for '_LMBCSData16_44.mbcs')
 6373 external/icu4c/common/ucnv_lmb.c:1373: warning: missing initializer
 6374 external/icu4c/common/ucnv_lmb.c:1373: warning: (near initialization
for '_LMBCSImpl17.toUTF8')
 6375 external/icu4c/common/ucnv_lmb.c:1373: warning: missing initializer
 6376 external/icu4c/common/ucnv_lmb.c:1373: warning: (near initialization
for '_LMBCSData17_44.mbcs')
 6377 external/icu4c/common/ucnv_lmb.c:1374: warning: missing initializer
 6378 external/icu4c/common/ucnv_lmb.c:1374: warning: (near initialization
for '_LMBCSImpl18.toUTF8')
 6379 external/icu4c/common/ucnv_lmb.c:1374: warning: missing initializer
 6380 external/icu4c/common/ucnv_lmb.c:1374: warning: (near initialization
for '_LMBCSData18_44.mbcs')
 6381 external/icu4c/common/ucnv_lmb.c:1375: warning: missing initializer
 6382 external/icu4c/common/ucnv_lmb.c:1375: warning: (near initialization
for '_LMBCSImpl19.toUTF8')
 6383 external/icu4c/common/ucnv_lmb.c:1375: warning: missing initializer
```

```
 6384 external/icu4c/common/ucnv_lmb.c:1375: warning: (near initialization
for '_LMBCSData19_44.mbcs')
 6385 external/icu4c/common/ucnvmbcs.c: At top level:target thumb C: libicuuc
<= external/icu4c/common/ucnvscsu.c
 6386
 6387 external/icu4c/common/ucnvmbcs.c:5644: warning: missing initializer
 6388 external/icu4c/common/ucnvmbcs.c:5644: warning: (near initialization
for '_MBCSImpl.toUTF8')
 6389 external/icu4c/common/ucnvmbcs.c:5655: warning: missing initializer
 6390 external/icu4c/common/ucnvmbcs.c:5655: warning: (near initialization
for '_MBCSData_44.mbcs')
 6391 external/icu4c/common/ucnvscsu.c:1992: warning: missing initializer
 6392 external/icu4c/common/ucnvscsu.c:1992: warning: (near initialization
for '_SCSUImpl.toUTF8')
 6393 external/icu4c/common/ucnvscsu.c:2015: warning: missing initializer
 6394 external/icu4c/common/ucnvscsu.c:2015: warning: (near initialization
for '_SCSUData_44.mbcs')
 6395 target thumb C: libicuuc <= external/icu4c/common/ucnv_set.c
 6396 target thumb C: libicuuc <= external/icu4c/common/ucnv_u16.c
 6397 external/icu4c/common/ucnv_set.c: In function 'ucnv_getUnicodeSet_44':
 6398 external/icu4c/common/ucnv_set.c:38: warning: comparison of unsigned
expression < 0 is always false
 6399 target thumb C: libicuuc <= external/icu4c/common/ucnv_u32.c
 6400 external/icu4c/common/ucnv_u16.c:625: warning: missing initializer
 6401 external/icu4c/common/ucnv_u16.c:625: warning: (near initialization for
'_UTF16BEImpl.toUTF8')
 6402 external/icu4c/common/ucnv_u16.c:645: warning: missing initializer
 6403 external/icu4c/common/ucnv_u16.c:645: warning: (near initialization for
'_UTF16BEData_44.mbcs')
 6404 external/icu4c/common/ucnv_u16.c:1227: warning: missing initializer
 6405 external/icu4c/common/ucnv_u16.c:1227: warning: (near initialization
for '_UTF16LEImpl.toUTF8')
 6406 external/icu4c/common/ucnv_u16.c:1248: warning: missing initializer
 6407 external/icu4c/common/ucnv_u16.c:1248: warning: (near initialization
for '_UTF16LEData_44.mbcs')
 6408 external/icu4c/common/ucnv_u16.c:1488: warning: missing initializer
 6409 external/icu4c/common/ucnv_u16.c:1488: warning: (near initialization
for '_UTF16Impl.toUTF8')
 6410 external/icu4c/common/ucnv_u16.c:1513: warning: missing initializer
 6411 external/icu4c/common/ucnv_u16.c:1513: warning: (near initialization
for '_UTF16Data_44.mbcs')
 6412 external/icu4c/common/ucnv_u32.c:483: warning: missing initializer
 6413 external/icu4c/common/ucnv_u32.c:483: warning: (near initialization for
'_UTF32BEImpl.toUTF8')
 6414 external/icu4c/common/ucnv_u32.c:501: warning: missing initializer
 6415 external/icu4c/common/ucnv_u32.c:501: warning: (near initialization for
'_UTF32BEData_44.mbcs')
 6416 external/icu4c/common/ucnv_u32.c:978: warning: missing initializer
 6417 external/icu4c/common/ucnv_u32.c:978: warning: (near initialization for
'_UTF32LEImpl.toUTF8')
 6418 external/icu4c/common/ucnv_u32.c:997: warning: missing initializer
 6419 external/icu4c/common/ucnv_u32.c:997: warning: (near initialization for
'_UTF32LEData_44.mbcs')
 6420 external/icu4c/common/ucnv_u32.c:1223: warning: missing initializer
 6421 external/icu4c/common/ucnv_u32.c:1223: warning: (near initialization
for '_UTF32Impl.toUTF8')
 6422 external/icu4c/common/ucnv_u32.c:1246: warning: missing initializer
```

6423 external/icu4c/common/ucnv_u32.c:1246: warning: (near initialization for '_UTF32Data_44.mbcs')
6424 external/icu4c/common/ucnvmbcs.c: In function 'ucnv_MBCSFromUnicodeWithOffsets_44':
6425 external/icu4c/common/ucnvmbcs.c:4536: warning: 'length' may be used uninitialized in this function
6426 target thumb C: libicuuc <= external/icu4c/common/ucnv_u7.c
6427 external/icu4c/common/ucnv_u7.c:737: warning: missing initializer
6428 external/icu4c/common/ucnv_u7.c:737: warning: (near initialization for '_UTF7Impl.toUTF8')
6429 external/icu4c/common/ucnv_u7.c:756: warning: missing initializer
6430 external/icu4c/common/ucnv_u7.c:756: warning: (near initialization for '_UTF7Data_44.mbcs')
6431 external/icu4c/common/ucnv_u7.c:1437: warning: missing initializer
6432 external/icu4c/common/ucnv_u7.c:1437: warning: (near initialization for '_IMAPImpl.toUTF8')
6433 external/icu4c/common/ucnv_u7.c:1456: warning: missing initializer
6434 external/icu4c/common/ucnv_u7.c:1456: warning: (near initialization for '_IMAPData_44.mbcs')
6435 target thumb C: libicuuc <= external/icu4c/common/ucnv_u8.c
6436 external/icu4c/common/ucnv_u8.c:1039: warning: missing initializer
6437 external/icu4c/common/ucnv_u8.c:1039: warning: (near initialization for '_UTF8Data_44.mbcs')
6438 external/icu4c/common/ucnv_u8.c:1064: warning: missing initializer
6439 external/icu4c/common/ucnv_u8.c:1064: warning: (near initialization for '_CESU8Impl.toUTF8')
6440 external/icu4c/common/ucnv_u8.c:1082: warning: missing initializer
6441 external/icu4c/common/ucnv_u8.c:1082: warning: (near initialization for '_CESU8Data_44.mbcs')
6442 target thumb C: libicuuc <= external/icu4c/common/udata.c
6443 target thumb C: libicuuc <= external/icu4c/common/udatamem.c
6444 target thumb C: libicuuc <= external/icu4c/common/udataswp.c
6445 target thumb C: libicuuc <= external/icu4c/common/uenum.c
6446 target thumb C: libicuuc <= external/icu4c/common/uhash.c
6447 external/icu4c/common/udataswp.c: In function 'udata_swapDataHeader_44':
6448 external/icu4c/common/udataswp.c:252: warning: comparison between signed and unsigned integer expressions
6449 external/icu4c/common/udataswp.c: In function 'udata_openSwapperForInputData_44':
6450 external/icu4c/common/udataswp.c:372: warning: comparison between signed and unsigned integer expressions
6451 external/icu4c/common/udataswp.c:380: warning: comparison between signed and unsigned integer expressions
6452 external/icu4c/common/uhash.c: In function '_uhash_rehash':
6453 external/icu4c/common/uhash.c:400: warning: comparison between signed and unsigned integer expressions
6454 external/icu4c/common/uhash.c: In function 'uhash_openSize_44':
6455 external/icu4c/common/uhash.c:553: warning: comparison between signed and unsigned integer expressions
6456 target thumb C: libicuuc <= external/icu4c/common/uinit.c
6457 target thumb C: libicuuc <= external/icu4c/common/uinvchar.c
6458 target thumb C: libicuuc <= external/icu4c/common/uloc.c
6459 target thumb C: libicuuc <= external/icu4c/common/umapfile.c
6460 external/icu4c/common/uloc.c: In function '_canonicalize':
6461 external/icu4c/common/uloc.c:1591: warning: comparison between signed and unsigned integer expressions

```
6462 target thumb C: libicuuc <= external/icu4c/common/umath.c
6463 target thumb C: libicuuc <= external/icu4c/common/umutex.c
6464 target thumb C: libicuuc <= external/icu4c/common/unames.c
6465 target thumb C: libicuuc <= external/icu4c/common/unorm_it.c
6466 external/icu4c/common/unames.c: In function 'calcExtNameSetsLengths':
6467 external/icu4c/common/unames.c:1289: warning: comparison between signed
and unsigned integer expressions
6468 external/icu4c/common/unames.c: In function 'calcGroupNameSetsLengths':
6469 external/icu4c/common/unames.c:1379: warning: comparison between signed
and unsigned integer expressions
6470 external/icu4c/common/unames.c: In function 'calcNameSetsLengths':
6471 external/icu4c/common/unames.c:1436: warning: comparison between signed
and unsigned integer expressions
6472 external/icu4c/common/unorm_it.c: In function 'unorm_openIter_44':
6473 external/icu4c/common/unorm_it.c:559: warning: comparison between
signed and unsigned integer expressions
6474 target thumb C: libicuuc <= external/icu4c/common/uresbund.c
6475 external/icu4c/common/uresbund.c: In function 'init_resb_result':
6476 external/icu4c/common/uresbund.c:871: warning: comparison between
signed and unsigned integer expressions
6477 external/icu4c/common/uresbund.c: In function 'ures_getVersion_44':
6478 external/icu4c/common/uresbund.c:2204: warning:
'ures_getVersionNumber_44' is deprecated (declared at
external/icu4c/common/uresbund.c:2158)
6479 target thumb C: libicuuc <= external/icu4c/common/ures_cnv.c
6480 external/icu4c/common/ures_cnv.c: In function 'ures_openU_44':
6481 external/icu4c/common/ures_cnv.c:44: warning: comparison between signed
and unsigned integer expressions
6482 external/icu4c/common/ures_cnv.c:62: warning: comparison between signed
and unsigned integer expressions
6483 target thumb C: libicuuc <= external/icu4c/common/uresdata.c
6484 external/icu4c/common/uresdata.c: In function 'ures_swap_44':
6485 external/icu4c/common/uresdata.c:1056: warning: comparison between
signed and unsigned integer expressions
6486 target thumb C: libicuuc <= external/icu4c/common/usc_impl.c
6487 target thumb C: libicuuc <= external/icu4c/common/uscript.c
6488 target thumb C: libicuuc <= external/icu4c/common/ushape.c
6489 target thumb C: libicuuc <= external/icu4c/common/ustrcase.c
6490 external/icu4c/common/ushape.c: In function 'u_shapeArabic_44':
6491 external/icu4c/common/ushape.c:1549: warning: comparison between signed
and unsigned integer expressions
6492 external/icu4c/common/ustrcase.c: In function 'ustr_toLower_44':
6493 external/icu4c/common/ustrcase.c:352: warning: missing initializer
6494 external/icu4c/common/ustrcase.c:352: warning: (near initialization for
'csm.iter')
6495 external/icu4c/common/ustrcase.c:353: warning: missing initializer
6496 external/icu4c/common/ustrcase.c:353: warning: (near initialization for
'csc.start')
6497 external/icu4c/common/ustrcase.c: In function 'ustr_toUpper_44':
6498 external/icu4c/common/ustrcase.c:372: warning: missing initializer
6499 external/icu4c/common/ustrcase.c:372: warning: (near initialization for
'csm.iter')
6500 external/icu4c/common/ustrcase.c:373: warning: missing initializer
6501 external/icu4c/common/ustrcase.c:373: warning: (near initialization for
'csc.start')
6502 external/icu4c/common/ustrcase.c: In function 'ustr_toTitle_44':
6503 external/icu4c/common/ustrcase.c:395: warning: missing initializer
```

6504 external/icu4c/common/ustrcase.c:395: warning: (near initialization for
'csm.iter')
6505 external/icu4c/common/ustrcase.c:396: warning: missing initializer
6506 external/icu4c/common/ustrcase.c:396: warning: (near initialization for
'csc.start')
6507 external/icu4c/common/ustrcase.c: In function 'caseMap':
6508 external/icu4c/common/ustrcase.c:490: warning: comparison between
signed and unsigned integer expressions
6509 external/icu4c/common/ustrcase.c:511: warning: missing initializer
6510 external/icu4c/common/ustrcase.c:511: warning: (near initialization for
'csc.start')
6511 external/icu4c/common/ustrcase.c: In function 'u_strToLower_44':
6512 external/icu4c/common/ustrcase.c:562: warning: missing initializer
6513 external/icu4c/common/ustrcase.c:562: warning: (near initialization for
'csm.iter')
6514 external/icu4c/common/ustrcase.c: In function 'u_strToUpper_44':
6515 external/icu4c/common/ustrcase.c:575: warning: missing initializer
6516 external/icu4c/common/ustrcase.c:575: warning: (near initialization for
'csm.iter')
6517 external/icu4c/common/ustrcase.c: In function 'u_strToTitle_44':
6518 external/icu4c/common/ustrcase.c:591: warning: missing initializer
6519 external/icu4c/common/ustrcase.c:591: warning: (near initialization for
'csm.iter')
6520 external/icu4c/common/ustrcase.c: In function 'u_strFoldCase_44':
6521 external/icu4c/common/ustrcase.c:624: warning: missing initializer
6522 external/icu4c/common/ustrcase.c:624: warning: (near initialization for
'csm.iter')
6523 target thumb C: libicuuc <= external/icu4c/common/ustr_cnv.c
6524 target thumb C: libicuuc <= external/icu4c/common/ustrfmt.c
6525 target thumb C: libicuuc <= external/icu4c/common/ustring.c
6526 target thumb C: libicuuc <= external/icu4c/common/ustrtrns.c
6527 target thumb C: libicuuc <= external/icu4c/common/ustr_wcs.c
6528 external/icu4c/common/ustr_wcs.c:31:1: warning: "MB_CUR_MAX" redefined
6529 In file included from external/icu4c/common/cstring.h:30,
6530                  from external/icu4c/common/ustr_wcs.c:22:
6531 bionic/libc/include/stdlib.h:177:1: warning: this is the location of
the previous definition
6532 target thumb C: libicuuc <= external/icu4c/common/utf_impl.c
6533 target thumb C: libicuuc <= external/icu4c/common/utrace.c
6534 external/icu4c/common/utrace.c: In function 'outputPtrBytes':
6535 external/icu4c/common/utrace.c:147: warning: comparison between signed
and unsigned integer expressions
6536 target thumb C: libicuuc <= external/icu4c/common/utrie.c
6537 external/icu4c/common/utrie.c: In function 'utrie_unserialize_44':
6538 external/icu4c/common/utrie.c:865: warning: comparison between signed
and unsigned integer expressions
6539 target thumb C: libicuuc <= external/icu4c/common/utypes.c
6540 target thumb C: libicuuc <= external/icu4c/common/wintz.c
6541 target thumb C: libicuuc <= external/icu4c/common/utrie2_builder.c
6542 target thumb C: libicuuc <= external/icu4c/common/icuplug.c
6543 external/icu4c/common/utrie2_builder.c: In function 'utrie2_freeze_44':
6544 external/icu4c/common/utrie2_builder.c:1266: warning: comparison of
unsigned expression < 0 is always false
6545 target thumb C: libicuuc <= external/icu4c/common/propsvec.c
6546 external/icu4c/common/propsvec.c: In function
'upvec_compactToUTrie2WithRowIndexes_44':
6547 external/icu4c/common/propsvec.c:478: warning: missing initializer

6548 external/icu4c/common/propsvec.c:478: warning: (near initialization for 'toUTrie2.initialValue')
6549 target thumb C: libicuuc <= external/icu4c/common/ulist.c
6550 external/icu4c/common/ulist.c: In function 'ulist_containsString_44':
6551 external/icu4c/common/ulist.c:132: warning: comparison between signed and unsigned integer expressions
6552 target thumb C: libicuuc <= external/icu4c/common/uloc_tag.c
6553 target thumb C: libicuuc <= external/icu4c/common/../stubdata/stubdata.c
6554 target thumb C: libsqlite <= external/sqlite/dist/sqlite3.c
6555 external/icu4c/common/uloc_tag.c: In function '_ldmlKeyToBCP47':
6556 external/icu4c/common/uloc_tag.c:572: warning: comparison between signed and unsigned integer expressions
6557 external/icu4c/common/uloc_tag.c: In function '_bcp47ToLDMLKey':
6558 external/icu4c/common/uloc_tag.c:634: warning: comparison between signed and unsigned integer expressions
6559 external/icu4c/common/uloc_tag.c: In function '_ldmlTypeToBCP47':
6560 external/icu4c/common/uloc_tag.c:712: warning: comparison between signed and unsigned integer expressions
6561 external/icu4c/common/uloc_tag.c:731: warning: comparison between signed and unsigned integer expressions
6562 external/icu4c/common/uloc_tag.c: In function '_bcp47ToLDMLType':
6563 external/icu4c/common/uloc_tag.c:830: warning: comparison between signed and unsigned integer expressions
6564 external/icu4c/common/uloc_tag.c:848: warning: comparison between signed and unsigned integer expressions
6565 target thumb C++: libutils <= frameworks/base/libs/utils/Asset.cpp
6566 external/sqlite/dist/sqlite3.c: In function 'unixDlError':
6567 external/sqlite/dist/sqlite3.c:25697: warning: assignment discards qualifiers from pointer target type
6568 target thumb C++: libutils <= frameworks/base/libs/utils/AssetDir.cpp
6569 target thumb C++: libutils <= frameworks/base/libs/utils/AssetManager.cpp
6570 target thumb C++: libutils <= frameworks/base/libs/utils/BufferedTextOutput.cpp
6571 external/sqlite/dist/sqlite3.c: In function 'sqliteDefaultBusyCallback':
6572 external/sqlite/dist/sqlite3.c:96272: warning: comparison between signed and unsigned integer expressions
6573 external/sqlite/dist/sqlite3.c: In function 'porter_stemmer':
6574 external/sqlite/dist/sqlite3.c:102850: warning: comparison between signed and unsigned integer expressions
6575 external/sqlite/dist/sqlite3.c: In function 'sqlite3Fts3InitHashTable':
6576 external/sqlite/dist/sqlite3.c:103633: warning: suggest braces around empty body in an 'if' statement
6577 target thumb C++: libutils <= frameworks/base/libs/utils/CallStack.cpp
6578 target thumb C++: libutils <= frameworks/base/libs/utils/Debug.cpp
6579 target thumb C++: libutils <= frameworks/base/libs/utils/FileMap.cpp
6580 target thumb C++: libutils <= frameworks/base/libs/utils/Flattenable.cpp
6581 target thumb C++: libutils <= frameworks/base/libs/utils/ObbFile.cpp
6582 target thumb C++: libutils <= frameworks/base/libs/utils/Pool.cpp
6583 target thumb C++: libutils <= frameworks/base/libs/utils/RefBase.cpp
6584 target thumb C++: libutils <= frameworks/base/libs/utils/ResourceTypes.cpp
6585 target thumb C++: libutils <= frameworks/base/libs/utils/SharedBuffer.cpp

```
6586 target thumb C++: libutils <= frameworks/base/libs/utils/Static.cpp
6587 target thumb C++: libutils <= frameworks/base/libs/utils/StopWatch.cpp
6588 target thumb C++: libutils <= frameworks/base/libs/utils/String8.cpp
6589 target thumb C++: libutils <=
frameworks/base/libs/utils/StreamingZipInflater.cpp
6590 target thumb C++: libutils <= frameworks/base/libs/utils/String16.cpp
6591 target thumb C++: libutils <=
frameworks/base/libs/utils/StringArray.cpp
6592 target thumb C++: libutils <=
frameworks/base/libs/utils/SystemClock.cpp
6593 target thumb C++: libutils <= frameworks/base/libs/utils/TextOutput.cpp
6594 target thumb C++: libutils <= frameworks/base/libs/utils/Threads.cpp
6595 target thumb C++: libutils <= frameworks/base/libs/utils/Timers.cpp
6596 target thumb C++: libutils <= frameworks/base/libs/utils/VectorImpl.cpp
6597 target thumb C++: libutils <= frameworks/base/libs/utils/ZipFileCRO.cpp
6598 target thumb C++: libutils <= frameworks/base/libs/utils/ZipFileRO.cpp
6599 frameworks/base/libs/utils/ZipFileRO.cpp: In member function 'bool
android::ZipFileRO::mapCentralDirectory()':
6600 frameworks/base/libs/utils/ZipFileRO.cpp:252: warning: format '%zd'
expects type 'signed size_t', but argument 4 has type 'ssize_t'
6601 frameworks/base/libs/utils/ZipFileRO.cpp:252: warning: format '%zd'
expects type 'signed size_t', but argument 5 has type 'ssize_t'
6602 frameworks/base/libs/utils/ZipFileRO.cpp:312: warning: format '%zd'
expects type 'signed size_t', but argument 5 has type 'ssize_t'
6603 frameworks/base/libs/utils/ZipFileRO.cpp:312: warning: format '%zd'
expects type 'signed size_t', but argument 6 has type 'ssize_t'
6604 frameworks/base/libs/utils/ZipFileRO.cpp: In member function 'bool
android::ZipFileRO::parseZipArchive()':
6605 frameworks/base/libs/utils/ZipFileRO.cpp:370: warning: format '%zd'
expects type 'signed size_t', but argument 5 has type 'ssize_t'
6606 frameworks/base/libs/utils/ZipFileRO.cpp: In member function 'bool
android::ZipFileRO::getEntryInfo(void*, int*, size_t*, size_t*, off_t*, long
int*, long int*) const':
6607 frameworks/base/libs/utils/ZipFileRO.cpp:600: warning: format '%zd'
expects type 'signed size_t', but argument 5 has type 'ssize_t'
6608 frameworks/base/libs/utils/ZipFileRO.cpp:608: warning: format '%zd'
expects type 'signed size_t', but argument 5 has type 'ssize_t'
6609 frameworks/base/libs/utils/ZipFileRO.cpp: In member function 'bool
android::ZipFileRO::uncompressEntry(void*, int) const':
6610 frameworks/base/libs/utils/ZipFileRO.cpp:760: warning: format '%zd'
expects type 'signed size_t', but argument 4 has type 'ssize_t'
6611 frameworks/base/libs/utils/ZipFileRO.cpp:760: warning: format '%zd'
expects type 'signed size_t', but argument 5 has type 'ssize_t'
6612 frameworks/base/libs/utils/ZipFileRO.cpp: In static member function
'static bool android::ZipFileRO::inflateBuffer(void*, const void*, size_t,
size_t)':
6613 frameworks/base/libs/utils/ZipFileRO.cpp:830: warning: format '%zd'
expects type 'signed size_t', but argument 5 has type 'ssize_t'
6614 frameworks/base/libs/utils/ZipFileRO.cpp: In static member function
'static bool android::ZipFileRO::inflateBuffer(int, const void*, size_t,
size_t)':
6615 frameworks/base/libs/utils/ZipFileRO.cpp:919: warning: format '%zd'
expects type 'signed size_t', but argument 5 has type 'ssize_t'
6616 target thumb C++: libutils <= frameworks/base/libs/utils/ZipUtils.cpp
6617 target thumb C++: libutils <= frameworks/base/libs/utils/misc.cpp
6618 target thumb C++: libutils <= frameworks/base/libs/utils/BackupData.cpp
```

```
6619 target thumb C++: libutils <=
frameworks/base/libs/utils/BackupHelpers.cpp
 6620 target thumb C++: libutils <= frameworks/base/libs/utils/Looper.cpp
 6621 target thumb C++: libsqlite3_android <=
external/sqlite/android/PhoneNumberUtils.cpp
 6622 target thumb C++: libsqlite3_android <=
external/sqlite/android/PhoneticStringUtils.cpp
 6623 target thumb C++: libsqlite3_android <=
external/sqlite/android/OldPhoneNumberUtils.cpp
 6624 target thumb C++: libsqlite3_android <=
external/sqlite/android/PhonebookIndex.cpp
 6625 target thumb C++: libsqlite3_android <=
external/sqlite/android/sqlite3_android.cpp
 6626 target thumb C: libssl <= external/openssl/ssl/s2_meth.c
 6627 target thumb C: libssl <= external/openssl/ssl/s2_srvr.c
 6628 target thumb C: libssl <= external/openssl/ssl/s2_clnt.c
 6629 target thumb C: libssl <= external/openssl/ssl/s2_lib.c
 6630 target thumb C: libssl <= external/openssl/ssl/s2_enc.c
 6631 target thumb C: libssl <= external/openssl/ssl/s2_pkt.c
 6632 target thumb C: libssl <= external/openssl/ssl/s3_meth.c
 6633 target thumb C: libssl <= external/openssl/ssl/s3_srvr.c
 6634 target thumb C: libssl <= external/openssl/ssl/s3_clnt.c
 6635 target thumb C: libssl <= external/openssl/ssl/s3_lib.c
 6636 target thumb C: libssl <= external/openssl/ssl/s3_enc.c
 6637 target thumb C: libssl <= external/openssl/ssl/s3_pkt.c
 6638 target thumb C: libssl <= external/openssl/ssl/s3_both.c
 6639 target thumb C: libssl <= external/openssl/ssl/s23_meth.c
 6640 target thumb C: libssl <= external/openssl/ssl/s23_srvr.c
 6641 target thumb C: libssl <= external/openssl/ssl/s23_clnt.c
 6642 target thumb C: libssl <= external/openssl/ssl/s23_lib.c
 6643 target thumb C: libssl <= external/openssl/ssl/s23_pkt.c
 6644 target thumb C: libssl <= external/openssl/ssl/t1_meth.c
 6645 target thumb C: libssl <= external/openssl/ssl/t1_srvr.c
 6646 target thumb C: libssl <= external/openssl/ssl/t1_clnt.c
 6647 target thumb C: libssl <= external/openssl/ssl/t1_lib.c
 6648 target thumb C: libssl <= external/openssl/ssl/t1_enc.c
 6649 target thumb C: libssl <= external/openssl/ssl/t1_reneg.c
 6650 target thumb C: libssl <= external/openssl/ssl/ssl_lib.c
 6651 target thumb C: libssl <= external/openssl/ssl/ssl_err2.c
 6652 target thumb C: libssl <= external/openssl/ssl/ssl_cert.c
 6653 target thumb C: libssl <= external/openssl/ssl/ssl_sess.c
 6654 target thumb C: libssl <= external/openssl/ssl/ssl_ciph.c
 6655 target thumb C: libssl <= external/openssl/ssl/ssl_stat.c
 6656 target thumb C: libssl <= external/openssl/ssl/ssl_rsa.c
 6657 target thumb C: libssl <= external/openssl/ssl/ssl_asn1.c
 6658 target thumb C: libssl <= external/openssl/ssl/ssl_txt.c
 6659 target thumb C: libssl <= external/openssl/ssl/ssl_algs.c
 6660 target thumb C: libssl <= external/openssl/ssl/bio_ssl.c
 6661 target thumb C: libssl <= external/openssl/ssl/ssl_err.c
 6662 target thumb C: libssl <= external/openssl/ssl/kssl.c
 6663 target thumb C: libexpat <= external/expat/lib/xmlparse.c
 6664 external/expat/lib/xmlparse.c: In function 'errorProcessor':
 6665 external/expat/lib/xmlparse.c:4802: warning: unused parameter 's'
 6666 external/expat/lib/xmlparse.c:4803: warning: unused parameter 'end'
 6667 external/expat/lib/xmlparse.c:4804: warning: unused parameter 'nextPtr'
 6668 target thumb C: libexpat <= external/expat/lib/xmlrole.c
 6669 target thumb C: libexpat <= external/expat/lib/xmltok.c
```

```
6670 external/expat/lib/xmlrole.c: In function 'prolog2':
6671 external/expat/lib/xmlrole.c:198: warning: unused parameter 'ptr'
6672 external/expat/lib/xmlrole.c:199: warning: unused parameter 'end'
6673 external/expat/lib/xmlrole.c:200: warning: unused parameter 'enc'
6674 external/expat/lib/xmlrole.c: In function 'doctype0':
6675 external/expat/lib/xmlrole.c:219: warning: unused parameter 'ptr'
6676 external/expat/lib/xmlrole.c:220: warning: unused parameter 'end'
6677 external/expat/lib/xmlrole.c:221: warning: unused parameter 'enc'
6678 external/expat/lib/xmlrole.c: In function 'doctype2':
6679 external/expat/lib/xmlrole.c:267: warning: unused parameter 'ptr'
6680 external/expat/lib/xmlrole.c:268: warning: unused parameter 'end'
6681 external/expat/lib/xmlrole.c:269: warning: unused parameter 'enc'
6682 external/expat/lib/xmlrole.c: In function 'doctype3':
6683 external/expat/lib/xmlrole.c:284: warning: unused parameter 'ptr'
6684 external/expat/lib/xmlrole.c:285: warning: unused parameter 'end'
6685 external/expat/lib/xmlrole.c:286: warning: unused parameter 'enc'
6686 external/expat/lib/xmlrole.c: In function 'doctype4':
6687 external/expat/lib/xmlrole.c:301: warning: unused parameter 'ptr'
6688 external/expat/lib/xmlrole.c:302: warning: unused parameter 'end'
6689 external/expat/lib/xmlrole.c:303: warning: unused parameter 'enc'
6690 external/expat/lib/xmlrole.c: In function 'doctype5':
6691 external/expat/lib/xmlrole.c:321: warning: unused parameter 'ptr'
6692 external/expat/lib/xmlrole.c:322: warning: unused parameter 'end'
6693 external/expat/lib/xmlrole.c:323: warning: unused parameter 'enc'
6694 external/expat/lib/xmltok.c: In function 'isNever':
6695 external/expat/lib/xmltok.c:125: warning: unused parameter 'enc'
6696 external/expat/lib/xmltok.c:125: warning: unused parameter 'p'
6697 external/expat/lib/xmltok.c: In function 'utf8_isName2':
6698 external/expat/lib/xmltok.c:131: warning: unused parameter 'enc'
6699 external/expat/lib/xmltok.c: In function 'utf8_isName3':
6700 external/expat/lib/xmltok.c:137: warning: unused parameter 'enc'
6701 external/expat/lib/xmltok.c: In function 'utf8_isNmstrt2':
6702 external/expat/lib/xmltok.c:145: warning: unused parameter 'enc'
6703 external/expat/lib/xmltok.c: In function 'utf8_isNmstrt3':
6704 external/expat/lib/xmltok.c:151: warning: unused parameter 'enc'
6705 external/expat/lib/xmltok.c: In function 'utf8_isInvalid2':
6706 external/expat/lib/xmltok.c:159: warning: unused parameter 'enc'
6707 external/expat/lib/xmltok.c: In function 'utf8_isInvalid3':
6708 external/expat/lib/xmltok.c:165: warning: unused parameter 'enc'
6709 external/expat/lib/xmltok.c: In function 'utf8_isInvalid4':
6710 external/expat/lib/xmltok.c:171: warning: unused parameter 'enc'
6711 In file included from external/expat/lib/xmltok.c:301:
6712 external/expat/lib/xmltok_impl.c: In function 'normal_checkPiTarget':
6713 external/expat/lib/xmlrole.c: In function 'entity0':
6714 external/expat/lib/xmlrole.c:440: warning: unused parameter 'ptr'
6715 external/expat/lib/xmlrole.c:441: warning: unused parameter 'end'
6716 external/expat/lib/xmlrole.c:442: warning: unused parameter 'enc'
6717 external/expat/lib/xmlrole.c: In function 'entity1':
6718 external/expat/lib/xmlrole.c:460: warning: unused parameter 'ptr'
6719 external/expat/lib/xmlrole.c:461: warning: unused parameter 'end'
6720 external/expat/lib/xmlrole.c:462: warning: unused parameter 'enc'
6721 external/expat/lib/xmlrole.c: In function 'entity3':
6722 external/expat/lib/xmlrole.c:505: warning: unused parameter 'ptr'
6723 external/expat/lib/xmlrole.c:506: warning: unused parameter 'end'
6724 external/expat/lib/xmlrole.c:507: warning: unused parameter 'enc'
6725 external/expat/lib/xmlrole.c: In function 'entity4':
6726 external/expat/lib/xmlrole.c:522: warning: unused parameter 'ptr'
```

```
6727 external/expat/lib/xmlrole.c:523: warning: unused parameter 'end'
6728 external/expat/lib/xmlrole.c:524: warning: unused parameter 'enc'
6729 external/expat/lib/xmlrole.c: In function 'entity6':
6730 external/expat/lib/xmlrole.c:562: warning: unused parameter 'ptr'
6731 external/expat/lib/xmlrole.c:563: warning: unused parameter 'end'
6732 external/expat/lib/xmlrole.c:564: warning: unused parameter 'enc'
6733 external/expat/lib/xmlrole.c: In function 'entity8':
6734 external/expat/lib/xmlrole.c:608: warning: unused parameter 'ptr'
6735 external/expat/lib/xmlrole.c:609: warning: unused parameter 'end'
6736 external/expat/lib/xmlrole.c:610: warning: unused parameter 'enc'
6737 external/expat/lib/xmlrole.c: In function 'entity9':
6738 external/expat/lib/xmlrole.c:625: warning: unused parameter 'ptr'
6739 external/expat/lib/xmlrole.c:626: warning: unused parameter 'end'
6740 external/expat/lib/xmlrole.c:627: warning: unused parameter 'enc'
6741 external/expat/lib/xmlrole.c: In function
'entity10':external/expat/lib/xmltok_impl.c:178: warning: unused parameter
'enc'
6742 external/expat/lib/xmltok_impl.c: In function
'normal_scanCdataSection':
6743 external/expat/lib/xmltok_impl.c:285: warning: unused parameter 'enc'
6744
6745 external/expat/lib/xmlrole.c:642: warning: unused parameter 'ptr'
6746 external/expat/lib/xmlrole.c:643: warning: unused parameter 'end'
6747 external/expat/lib/xmlrole.c:644: warning: unused parameter 'enc'
6748 external/expat/lib/xmlrole.c: In function 'notation0':
6749 external/expat/lib/xmlrole.c:659: warning: unused parameter 'ptr'
6750 external/expat/lib/xmlrole.c:660: warning: unused parameter 'end'
6751 external/expat/lib/xmlrole.c:661: warning: unused parameter 'enc'
6752 external/expat/lib/xmlrole.c: In function 'notation2':
6753 external/expat/lib/xmlrole.c:700: warning: unused parameter 'ptr'
6754 external/expat/lib/xmlrole.c:701: warning: unused parameter 'end'
6755 external/expat/lib/xmlrole.c:702: warning: unused parameter 'enc'
6756 external/expat/lib/xmlrole.c: In function 'notation3':
6757 external/expat/lib/xmlrole.c:717: warning: unused parameter 'ptr'
6758 external/expat/lib/xmlrole.c:718: warning: unused parameter 'end'
6759 external/expat/lib/xmlrole.c:719: warning: unused parameter 'enc'
6760 external/expat/lib/xmlrole.c: In function 'notation4':
6761 external/expat/lib/xmlrole.c:735: warning: unused parameter 'ptr'
6762 external/expat/lib/xmlrole.c:736: warning: unused parameter 'end'
6763 external/expat/lib/xmlrole.c:737: warning: unused parameter 'enc'
6764 external/expat/lib/xmlrole.c: In function 'attlist0':
6765 external/expat/lib/xmlrole.c:756: warning: unused parameter 'ptr'
6766 external/expat/lib/xmlrole.c:757: warning: unused parameter 'end'
6767 external/expat/lib/xmlrole.c:758: warning: unused parameter 'enc'
6768 external/expat/lib/xmlrole.c: In function 'attlist1':
6769 external/expat/lib/xmlrole.c:774: warning: unused parameter 'ptr'
6770 external/expat/lib/xmlrole.c:775: warning: unused parameter 'end'
6771 external/expat/lib/xmlrole.c:776: warning: unused parameter 'enc'
6772 external/expat/lib/xmlrole.c: In function 'attlist3':
6773 external/expat/lib/xmlrole.c:836: warning: unused parameter 'ptr'
6774 external/expat/lib/xmlrole.c:837: warning: unused parameter 'end'
6775 external/expat/lib/xmlrole.c:838: warning: unused parameter 'enc'
6776 external/expat/lib/xmlrole.c: In function 'attlist4':
6777 external/expat/lib/xmlrole.c:855: warning: unused parameter 'ptr'
6778 external/expat/lib/xmlrole.c:856: warning: unused parameter 'end'
6779 external/expat/lib/xmlrole.c:857: warning: unused parameter 'enc'
6780 external/expat/lib/xmlrole.c: In function 'attlist5':
```

```
6781 external/expat/lib/xmlrole.c:875: warning: unused parameter 'ptr'
6782 external/expat/lib/xmlrole.c:876: warning: unused parameter 'end'
6783 external/expat/lib/xmlrole.c:877: warning: unused parameter 'enc'
6784 external/expat/lib/xmlrole.c: In function 'attlist6':
6785 external/expat/lib/xmlrole.c:892: warning: unused parameter 'ptr'
6786 external/expat/lib/xmlrole.c:893: warning: unused parameter 'end'
6787 external/expat/lib/xmlrole.c:894: warning: unused parameter 'enc'
6788 external/expat/lib/xmlrole.c: In function 'attlist7':
6789 external/expat/lib/xmlrole.c:909: warning: unused parameter 'ptr'
6790 external/expat/lib/xmlrole.c:910: warning: unused parameter 'end'
6791 external/expat/lib/xmlrole.c:911: warning: unused parameter 'enc'
6792 external/expat/lib/xmlrole.c: In function 'attlist9':
6793 external/expat/lib/xmlrole.c:970: warning: unused parameter 'ptr'
6794 external/expat/lib/xmlrole.c:971: warning: unused parameter 'end'
6795 external/expat/lib/xmlrole.c:972: warning: unused parameter 'enc'
6796 external/expat/lib/xmlrole.c: In function 'element0':
6797 external/expat/lib/xmlrole.c:987: warning: unused parameter 'ptr'
6798 external/expat/lib/xmlrole.c:988: warning: unused parameter 'end'
6799 external/expat/lib/xmlrole.c:989: warning: unused parameter 'enc'
6800 external/expat/lib/xmlrole.c: In function 'element3':
6801 external/expat/lib/xmlrole.c:1075: warning: unused parameter 'ptr'
6802 external/expat/lib/xmlrole.c:1076: warning: unused parameter 'end'
6803 external/expat/lib/xmlrole.c:1077: warning: unused parameter 'enc'
6804 external/expat/lib/xmlrole.c: In function 'element4':
6805 external/expat/lib/xmlrole.c:1100: warning: unused parameter 'ptr'
6806 external/expat/lib/xmlrole.c:1101: warning: unused parameter 'end'
6807 external/expat/lib/xmlrole.c:1102: warning: unused parameter 'enc'
6808 external/expat/lib/xmlrole.c: In function 'element5':
6809 external/expat/lib/xmlrole.c:1118: warning: unused parameter 'ptr'
6810 external/expat/lib/xmlrole.c:1119: warning: unused parameter 'end'
6811 external/expat/lib/xmlrole.c:1120: warning: unused parameter 'enc'
6812 external/expat/lib/xmlrole.c: In function 'element6':
6813 external/expat/lib/xmlrole.c:1139: warning: unused parameter 'ptr'
6814 external/expat/lib/xmlrole.c:1140: warning: unused parameter 'end'
6815 external/expat/lib/xmlrole.c:1141: warning: unused parameter 'enc'
6816 external/expat/lib/xmlrole.c: In function 'element7':
6817 external/expat/lib/xmlrole.c:1169: warning: unused parameter 'ptr'
6818 external/expat/lib/xmlrole.c:1170: warning: unused parameter 'end'
6819 external/expat/lib/xmlrole.c:1171: warning: unused parameter 'enc'
6820 external/expat/lib/xmlrole.c: In function 'condSect1':
6821 external/expat/lib/xmlrole.c:1243: warning: unused parameter 'ptr'
6822 external/expat/lib/xmlrole.c:1244: warning: unused parameter 'end'
6823 external/expat/lib/xmlrole.c:1245: warning: unused parameter 'enc'
6824 external/expat/lib/xmlrole.c: In function 'condSect2':
6825 external/expat/lib/xmlrole.c:1261: warning: unused parameter 'ptr'
6826 external/expat/lib/xmlrole.c:1262: warning: unused parameter 'end'
6827 external/expat/lib/xmlrole.c:1263: warning: unused parameter 'enc'
6828 external/expat/lib/xmlrole.c: In function 'declClose':
6829 external/expat/lib/xmlrole.c:1280: warning: unused parameter 'ptr'
6830 external/expat/lib/xmlrole.c:1281: warning: unused parameter 'end'
6831 external/expat/lib/xmlrole.c:1282: warning: unused parameter 'enc'
6832 external/expat/lib/xmlrole.c: In function 'error':
6833 external/expat/lib/xmlrole.c:1295: warning: unused parameter 'state'
6834 external/expat/lib/xmlrole.c:1296: warning: unused parameter 'tok'
6835 external/expat/lib/xmlrole.c:1297: warning: unused parameter 'ptr'
6836 external/expat/lib/xmlrole.c:1298: warning: unused parameter 'end'
6837 external/expat/lib/xmlrole.c:1299: warning: unused parameter 'enc'
```

```
6838 external/expat/lib/xmltok_impl.c: In function 'normal_charRefNumber':
6839 external/expat/lib/xmltok_impl.c:1524: warning: unused parameter 'enc'
6840 external/expat/lib/xmltok_impl.c: In function
'normal_predefinedEntityName':
6841 external/expat/lib/xmltok_impl.c:1568: warning: unused parameter 'enc'
6842 external/expat/lib/xmltok_impl.c: In function
'normal_nameMatchesAscii':
6843 external/expat/lib/xmltok_impl.c:1686: warning: unused parameter 'enc'
6844 external/expat/lib/xmltok.c: In function 'utf8_toUtf8':
6845 external/expat/lib/xmltok.c:322: warning: unused parameter 'enc'
6846 external/expat/lib/xmltok.c: In function 'latin1_toUtf8':
6847 external/expat/lib/xmltok.c:429: warning: unused parameter 'enc'
6848 external/expat/lib/xmltok.c: In function 'latin1_toUtf16':
6849 external/expat/lib/xmltok.c:454: warning: unused parameter 'enc'
6850 external/expat/lib/xmltok.c: At top level:
6851 external/expat/lib/xmltok.c:471: warning: missing initializer
6852 external/expat/lib/xmltok.c:471: warning: (near initialization for
'latin1_encoding_ns.isName2')
6853 external/expat/lib/xmltok.c:484: warning: missing initializer
6854 external/expat/lib/xmltok.c:484: warning: (near initialization for
'latin1_encoding.isName2')
6855 external/expat/lib/xmltok.c: In function 'ascii_toUtf8':
6856 external/expat/lib/xmltok.c:487: warning: unused parameter 'enc'
6857 external/expat/lib/xmltok.c: At top level:
6858 external/expat/lib/xmltok.c:504: warning: missing initializer
6859 external/expat/lib/xmltok.c:504: warning: (near initialization for
'ascii_encoding_ns.isName2')
6860 external/expat/lib/xmltok.c:517: warning: missing initializer
6861 external/expat/lib/xmltok.c:517: warning: (near initialization for
'ascii_encoding.isName2')
6862 external/expat/lib/xmltok.c: In function 'little2_toUtf8':
6863 external/expat/lib/xmltok.c:620: warning: unused parameter 'enc'
6864 external/expat/lib/xmltok.c: In function 'little2_toUtf16':
6865 external/expat/lib/xmltok.c:621: warning: unused parameter 'enc'
6866 external/expat/lib/xmltok.c: In function 'big2_toUtf8':
6867 external/expat/lib/xmltok.c:632: warning: unused parameter 'enc'
6868 external/expat/lib/xmltok.c: In function 'big2_toUtf16':
6869 external/expat/lib/xmltok.c:633: warning: unused parameter 'enc'
6870 In file included from external/expat/lib/xmltok.c:700:
6871 external/expat/lib/xmltok_impl.c: In function 'little2_checkPiTarget':
6872 external/expat/lib/xmltok_impl.c:178: warning: unused parameter 'enc'
6873 external/expat/lib/xmltok_impl.c: In function
'little2_scanCdataSection':
6874 external/expat/lib/xmltok_impl.c:285: warning: unused parameter 'enc'
6875 external/expat/lib/xmltok_impl.c: In function 'little2_charRefNumber':
6876 external/expat/lib/xmltok_impl.c:1524: warning: unused parameter 'enc'
6877 external/expat/lib/xmltok_impl.c: In function
'little2_predefinedEntityName':
6878 external/expat/lib/xmltok_impl.c:1568: warning: unused parameter 'enc'
6879 external/expat/lib/xmltok_impl.c: In function
'little2_nameMatchesAscii':
6880 external/expat/lib/xmltok_impl.c:1686: warning: unused parameter 'enc'
6881 external/expat/lib/xmltok.c: At top level:
6882 external/expat/lib/xmltok.c:730: warning: missing initializer
6883 external/expat/lib/xmltok.c:730: warning: (near initialization for
'little2_encoding_ns.isName2')
6884 external/expat/lib/xmltok.c:749: warning: missing initializer
```

6885 external/expat/lib/xmltok.c:749: warning: (near initialization for
'little2_encoding.isName2')
6886 external/expat/lib/xmltok.c:762: warning: missing initializer
6887 external/expat/lib/xmltok.c:762: warning: (near initialization for
'internal_little2_encoding_ns.isName2')
6888 external/expat/lib/xmltok.c:775: warning: missing initializer
6889 external/expat/lib/xmltok.c:775: warning: (near initialization for
'internal_little2_encoding.isName2')
6890 In file included from external/expat/lib/xmltok.c:841:
6891 external/expat/lib/xmltok_impl.c: In function 'big2_checkPiTarget':
6892 external/expat/lib/xmltok_impl.c:178: warning: unused parameter 'enc'
6893 external/expat/lib/xmltok_impl.c: In function 'big2_scanCdataSection':
6894 external/expat/lib/xmltok_impl.c:285: warning: unused parameter 'enc'
6895 external/expat/lib/xmltok_impl.c: In function 'big2_charRefNumber':
6896 external/expat/lib/xmltok_impl.c:1524: warning: unused parameter 'enc'
6897 external/expat/lib/xmltok_impl.c: In function
'big2_predefinedEntityName':
6898 external/expat/lib/xmltok_impl.c:1568: warning: unused parameter 'enc'
6899 external/expat/lib/xmltok_impl.c: In function 'big2_nameMatchesAscii':
6900 external/expat/lib/xmltok_impl.c:1686: warning: unused parameter 'enc'
6901 external/expat/lib/xmltok.c: At top level:
6902 external/expat/lib/xmltok.c:871: warning: missing initializer
6903 external/expat/lib/xmltok.c:871: warning: (near initialization for
'big2_encoding_ns.isName2')
6904 external/expat/lib/xmltok.c:890: warning: missing initializer
6905 external/expat/lib/xmltok.c:890: warning: (near initialization for
'big2_encoding.isName2')
6906 external/expat/lib/xmltok.c: In function 'initUpdatePosition':
6907 external/expat/lib/xmltok.c:941: warning: unused parameter 'enc'
6908 target thumb C++: libjavacore <=
libcore/dalvik/src/main/native/dalvik_system_TouchDex.cpp
6909 target thumb C++: libjavacore <=
libcore/dalvik/src/main/native/org_apache_harmony_dalvik_NativeTestTarget.cpp
6910 target thumb C++: libjavacore <=
libcore/luni/src/main/native/AsynchronousSocketCloseMonitor.cpp
6911 target thumb C++: libjavacore <=
libcore/luni/src/main/native/ErrorCode.cpp
6912 target thumb C++: libjavacore <= libcore/luni/src/main/native/ICU.cpp
6913 target thumb C++: libjavacore <=
libcore/luni/src/main/native/JniConstants.cpp
6914 target thumb C++: libjavacore <=
libcore/luni/src/main/native/JniException.cpp
6915 target thumb C++: libjavacore <=
libcore/luni/src/main/native/NativeBN.cpp
6916 target thumb C++: libjavacore <=
libcore/luni/src/main/native/NativeBidi.cpp
6917 external/sqlite/dist/sqlite3.c: In function 'fkLookupParent':
6918 external/sqlite/dist/sqlite3.c:47952: warning: assuming signed overflow
does not occur when assuming that (X - c) <= X is always true
6919 target thumb C++: libjavacore <=
libcore/luni/src/main/native/NativeBreakIterator.cpp
6920 target thumb C++: libjavacore <=
libcore/luni/src/main/native/NativeCollation.cpp
6921 target thumb C++: libjavacore <=
libcore/luni/src/main/native/NativeConverter.cpp
6922 target thumb C++: libjavacore <=
libcore/luni/src/main/native/NativeCrypto.cpp

```
 6923 target thumb C++: libjavacore <=
libcore/luni/src/main/native/NativeDecimalFormat.cpp
 6924 target thumb C++: libjavacore <=
libcore/luni/src/main/native/NativeIDN.cpp
 6925 target thumb C++: libjavacore <=
libcore/luni/src/main/native/NativeNormalizer.cpp
 6926 target thumb C++: libjavacore <=
libcore/luni/src/main/native/NativePluralRules.cpp
 6927 target thumb C++: libjavacore <=
libcore/luni/src/main/native/NetworkUtilities.cpp
 6928 target thumb C++: libjavacore <=
libcore/luni/src/main/native/Register.cpp
 6929 target thumb C++: libjavacore <=
libcore/luni/src/main/native/TimeZones.cpp
 6930 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_io_Console.cpp
 6931 target thumb C++: libjavacore <=
libcore/luni/src/main/native/cbigint.cpp
 6932 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_io_File.cpp
 6933 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_io_FileDescriptor.cpp
 6934 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_io_ObjectInputStream.cpp
 6935 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_io_ObjectOutputStream.cpp
 6936 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_io_ObjectStreamClass.cpp
 6937 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_lang_Character.cpp
 6938 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_lang_Double.cpp
 6939 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_lang_Float.cpp
 6940 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_lang_Math.cpp
 6941 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_lang_ProcessManager.cpp
 6942 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_lang_RealToString.cpp
 6943 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_lang_StrictMath.cpp
 6944 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_lang_System.cpp
 6945 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_net_InetAddress.cpp
 6946 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_net_NetworkInterface.cpp
 6947 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_nio_ByteOrder.cpp
 6948 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_nio_charset_Charsets.cpp
 6949 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_util_regex_Matcher.cpp
 6950 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_util_regex_Pattern.cpp
```

```
 6951 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_util_zip_Adler32.cpp
 6952 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_util_zip_CRC32.cpp
 6953 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_util_zip_Deflater.cpp
 6954 target thumb C++: libjavacore <=
libcore/luni/src/main/native/java_util_zip_Inflater.cpp
 6955 target thumb C++: libjavacore <=
libcore/luni/src/main/native/libcore_io_IoUtils.cpp
 6956 target thumb C++: libjavacore <=
libcore/luni/src/main/native/org_apache_harmony_luni_platform_OSFileSystem.cp
p
 6957 target thumb C++: libjavacore <=
libcore/luni/src/main/native/org_apache_harmony_luni_platform_OSMemory.cpp
 6958 target thumb C++: libjavacore <=
libcore/luni/src/main/native/org_apache_harmony_luni_platform_OSNetworkSystem
.cpp
 6959 target thumb C++: libjavacore <=
libcore/luni/src/main/native/org_apache_harmony_luni_util_FloatingPointParser
.cpp
 6960 target thumb C++: libjavacore <=
libcore/luni/src/main/native/org_apache_harmony_xml_ExpatParser.cpp
 6961 target thumb C++: libjavacore <=
libcore/luni/src/main/native/valueOf.cpp
 6962 target thumb C: libfdlibm <= external/fdlibm/k_standard.c
 6963 In file included from external/fdlibm/k_standard.c:15:
 6964 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 6965 <command-line>: warning: this is the location of the previous
definition
 6966 target thumb C: libfdlibm <= external/fdlibm/k_rem_pio2.c
 6967 In file included from external/fdlibm/k_rem_pio2.c:130:
 6968 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 6969 <command-line>: warning: this is the location of the previous
definition
 6970 target thumb C: libfdlibm <= external/fdlibm/k_cos.c
 6971 target thumb C: libfdlibm <= external/fdlibm/k_sin.c
 6972 In file included from external/fdlibm/k_cos.c:49:
 6973 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 6974 <command-line>: warning: this is the location of the previous
definition
 6975 In file included from external/fdlibm/k_sin.c:42:
 6976 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 6977 <command-line>: warning: this is the location of the previous
definition
 6978 target thumb C: libfdlibm <= external/fdlibm/k_tan.c
 6979 target thumb C: libfdlibm <= external/fdlibm/e_acos.c
 6980 In file included from external/fdlibm/e_acos.c:38:
 6981 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 6982 <command-line>: warning: this is the location of the previous
definition
 6983 target thumb C: libfdlibm <= external/fdlibm/e_acosh.c
 6984 In file included from external/fdlibm/e_acosh.c:29:
 6985 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 6986 <command-line>: warning: this is the location of the previous
definition
 6987 external/fdlibm/k_tan.c:1: warning: ignoring #pragma ident
```

```
6988 In file included from external/fdlibm/k_tan.c:47:
6989 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
6990 <command-line>: warning: this is the location of the previous
definition
6991 target thumb C: libfdlibm <= external/fdlibm/e_asin.c
6992 target thumb C: libfdlibm <= external/fdlibm/e_atan2.c
6993 In file included from external/fdlibm/e_asin.c:45:
6994 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
6995 <command-line>: warning: this is the location of the previous
definition
6996 external/fdlibm/e_asin.c: In function '__ieee754_asin':
6997 external/fdlibm/e_asin.c:91: warning: 't' may be used uninitialized in
this function
6998 In file included from external/fdlibm/e_atan2.c:42target thumb C:
libfdlibm <= external/fdlibm/e_atanh.c
6999 :
7000 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7001 <command-line>: warning: this is the location of the previous
definition
7002 external/fdlibm/e_atan2.c: In function '__ieee754_atan2':
7003 external/fdlibm/e_atan2.c:74: warning: suggest parentheses around
arithmetic in operand of '|'
7004 target thumb C: libfdlibm <= external/fdlibm/e_cosh.c
7005 In file included from external/fdlibm/e_cosh.c:35:
7006 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7007 <command-line>: warning: this is the location of the previous
definition
7008 external/fdlibm/e_cosh.c: In function '__ieee754_cosh':
7009 external/fdlibm/e_cosh.c:81: warning: suggest parentheses around '&&'
within '||'
7010 In file included from external/fdlibm/e_atanh.c:33:
7011 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7012 <command-line>: warning: this is the location of the previous
definition
7013 target thumb C: libfdlibm <= external/fdlibm/e_exp.c
7014 target thumb C: libfdlibm <= external/fdlibm/e_fmod.c
7015 In file included from external/fdlibm/e_exp.c:76:
7016 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7017 <command-line>: warning: this is the location of the previous
definition
7018 target thumb C: libfdlibm <= external/fdlibm/e_gamma.c
7019 external/fdlibm/e_exp.c: In function '__ieee754_exp':
7020 external/fdlibm/e_exp.c:153: warning: 'k' may be used uninitialized in
this function
7021 external/fdlibm/e_exp.c:148: warning: 'lo' may be used uninitialized in
this function
7022 external/fdlibm/e_exp.c:148: warning: 'hi' may be used uninitialized in
this function
7023 In file included from external/fdlibm/e_fmod.c:20:
7024 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7025 <command-line>: warning: this is the location of the previous
definition
7026 In file included from external/fdlibm/e_gamma.c:21:
7027 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7028 <command-line>: warning: this is the location of the previous
definition
7029 target thumb C: libfdlibm <= external/fdlibm/e_gamma_r.c
```

```
7030 target thumb C: libfdlibm <= external/fdlibm/e_hypot.c
7031 In file included from external/fdlibm/e_gamma_r.c:22:
7032 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7033 <command-line>: warning: this is the location of the previous
definition
7034 In file included from external/fdlibm/e_hypot.c:46:
7035 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7036 <command-line>: warning: this is the location of the previous
definition
7037 target thumb C: libfdlibm <= external/fdlibm/e_j0.c
7038 target thumb C: libfdlibm <= external/fdlibm/e_j1.c
7039 In file included from external/fdlibm/e_j0.c:59:
7040 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7041 <command-line>: warning: this is the location of the previous
definition
7042 external/fdlibm/e_j0.c: In function 'pzero':
7043 external/fdlibm/e_j0.c:341: warning: 'q' may be used uninitialized in
this function
7044 external/fdlibm/e_j0.c:340: warning: 'p' may be used uninitialized in
this function
7045 external/fdlibm/e_j0.c: In function 'qzero':
7046 external/fdlibm/e_j0.c:476: warning: 'q' may be used uninitialized in
this function
7047 external/fdlibm/e_j0.c:475: warning: 'p' may be used uninitialized in
this function
7048 In file included from external/fdlibm/e_j1.c:59:
7049 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7050 <command-line>: warning: this is the location of the previous
definition
7051 target thumb C: libfdlibm <= external/fdlibm/e_jn.c
7052 external/fdlibm/e_j1.c: In function 'pone':
7053 external/fdlibm/e_j1.c:339: warning: 'q' may be used uninitialized in
this function
7054 external/fdlibm/e_j1.c:338: warning: 'p' may be used uninitialized in
this function
7055 external/fdlibm/e_j1.c: In function 'qone':
7056 external/fdlibm/e_j1.c:475: warning: 'q' may be used uninitialized in
this function
7057 external/fdlibm/e_j1.c:474: warning: 'p' may be used uninitialized in
this function
7058 In file included from external/fdlibm/e_jn.c:40:
7059 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7060 <command-line>: warning: this is the location of the previous
definition
7061 external/fdlibm/e_jn.c: In function '__ieee754_yn':
7062 external/fdlibm/e_jn.c:265: warning: comparison between signed and
unsigned integer expressions
7063 target thumb C: libfdlibm <= external/fdlibm/e_lgamma.c
7064 In file included from external/fdlibm/e_lgamma.c:21:
7065 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7066 <command-line>: warning: this is the location of the previous
definition
7067 target thumb C: libfdlibm <= external/fdlibm/e_lgamma_r.c
7068 In file included from external/fdlibm/e_lgamma_r.c:82:
7069 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7070 <command-line>: warning: this is the location of the previous
definition
```

```
7071 target thumb C: libfdlibm <= external/fdlibm/e_log.c
7072 target thumb C: libfdlibm <= external/fdlibm/e_log10.c
7073 In file included from external/fdlibm/e_log10.c:47In file included from
external/fdlibm/e_log.c:65:
7074 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7075 <command-line>: warning: this is the location of the previous
definition
7076 :
7077 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7078 <command-line>: warning: this is the location of the previous
definition
7079 external/fdlibm/e_lgamma_r.c: In function '__ieee754_lgamma_r':
7080 external/fdlibm/e_lgamma_r.c:302: warning: 'nadj' may be used
uninitialized in this function
7081 external/fdlibm/e_log.c: In function '__ieee754_log':
7082 external/fdlibm/e_log.c:115: warning: suggest explicit braces to avoid
ambiguous 'else'
7083 target thumb C: libfdlibm <= external/fdlibm/e_pow.c
7084 target thumb C: libfdlibm <= external/fdlibm/e_rem_pio2.c
7085 In file included from external/fdlibm/e_pow.c:61:
7086 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7087 <command-line>: warning: this is the location of the previous
definition
7088 external/fdlibm/e_pow.c: In function '__ieee754_pow':
7089 external/fdlibm/e_pow.c:138: warning: comparison between signed and
unsigned integer expressions
7090 In file included from external/fdlibm/e_rem_pio2.c:21:
7091 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7092 <command-line>: warning: this is the location of the previous
definition
7093 target thumb C: libfdlibm <= external/fdlibm/e_remainder.c
7094 In file included from external/fdlibm/e_remainder.c:23:
7095 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7096 <command-line>: warning: this is the location of the previous
definition
7097 target thumb C: libfdlibm <= external/fdlibm/e_sinh.c
7098 target thumb C: libfdlibm <= external/fdlibm/e_scalb.c
7099 In file included from external/fdlibm/e_scalb.c:20:
7100 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7101 <command-line>: warning: this is the location of the previous
definition
7102 In file included from external/fdlibm/e_sinh.c:32:
7103 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7104 <command-line>: warning: this is the location of the previous
definition
7105 external/fdlibm/e_sinh.c: In function '__ieee754_sinh':
7106 external/fdlibm/e_sinh.c:74: warning: suggest parentheses around '&&'
within '||'
7107 target thumb C: libfdlibm <= external/fdlibm/e_sqrt.c
7108 target thumb C: libfdlibm <= external/fdlibm/w_acos.c
7109 In file included from external/fdlibm/e_sqrt.c:83:
7110 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7111 <command-line>: warning: this is the location of the previous
definition
7112 external/fdlibm/e_sqrt.c: In function '__ieee754_sqrt':
7113 external/fdlibm/e_sqrt.c:161: warning: comparison between signed and
unsigned integer expressions
```

```
7114 target thumb C: libfdlibm <= external/fdlibm/w_acosh.c
7115 In file included from external/fdlibm/w_acos.c:18:
7116 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7117 <command-line>: warning: this is the location of the previous
definition
7118 In file included from external/fdlibm/w_acosh.c:19:
7119 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7120 <command-line>: warning: this is the location of the previous
definition
7121 target thumb C: libfdlibm <= external/fdlibm/w_asin.c
7122 In file included from external/fdlibm/w_asin.c:20:
7123 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7124 <command-line>: warning: this is the location of the previous
definition
7125 target thumb C: libfdlibm <= external/fdlibm/w_atan2.c
7126 target thumb C: libfdlibm <= external/fdlibm/w_atanh.c
7127 In file included from external/fdlibm/w_atan2.c:19:
7128 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7129 <command-line>: warning: this is the location of the previous
definition
7130 In file included from external/fdlibm/w_atanh.c:17:
7131 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7132 <command-line>: warning: this is the location of the previous
definition
7133 target thumb C: libfdlibm <= external/fdlibm/w_cosh.c
7134 target thumb C: libfdlibm <= external/fdlibm/w_exp.c
7135 target thumb C: libfdlibm <= external/fdlibm/w_fmod.c
7136 In file included from external/fdlibm/w_fmod.c:18:
7137 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7138 <command-line>: warning: this is the location of the previous
definition
7139 In file included from external/fdlibm/w_cosh.c:18:
7140 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7141 <command-line>: warning: this is the location of the previous
definition
7142 In file included from external/fdlibm/w_exp.c:17:
7143 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7144 <command-line>: warning: this is the location of the previous
definition
7145 target thumb C: libfdlibm <= external/fdlibm/w_gamma.c
7146 target thumb C: libfdlibm <= external/fdlibm/w_gamma_r.c
7147 target thumb C: libfdlibm <= external/fdlibm/w_hypot.c
7148 In file included from external/fdlibm/w_gamma_r.c:18:
7149 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7150 <command-line>: warning: this is the location of the previous
definition
7151 In file included from external/fdlibm/w_gamma.c:21:
7152 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7153 <command-line>: warning: this is the location of the previous
definition
7154 In file included from external/fdlibm/w_hypot.c:18:
7155 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7156 <command-line>: warning: this is the location of the previous
definition
7157 target thumb C: libfdlibm <= external/fdlibm/w_j0.c
7158 In file included from external/fdlibm/w_j0.c:18:
7159 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
```

```
 7160 <command-line>: warning: this is the location of the previous
definition
 7161 target thumb C: libfdlibm <= external/fdlibm/w_j1.c
 7162 In file included from external/fdlibm/w_j1.c:18:
 7163 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7164 <command-line>: warning: this is the location of the previous
definition
 7165 target thumb C: libfdlibm <= external/fdlibm/w_jn.c
 7166 In file included from external/fdlibm/w_jn.c:40:
 7167 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7168 <command-line>: warning: this is the location of the previous
definition
 7169 target thumb C: libfdlibm <= external/fdlibm/w_lgamma.c
 7170 target thumb C: libfdlibm <= external/fdlibm/w_lgamma_r.c
 7171 In file included from external/fdlibm/w_lgamma.c:21:
 7172 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7173 <command-line>: warning: this is the location of the previous
definition
 7174 In file included from external/fdlibm/w_lgamma_r.c:18:
 7175 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7176 <command-line>: warning: this is the location of the previous
definition
 7177 target thumb C: libfdlibm <= external/fdlibm/w_log.c
 7178 target thumb C: libfdlibm <= external/fdlibm/w_log10.c
 7179 In file included from external/fdlibm/w_log.c:18:
 7180 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7181 <command-line>: warning: this is the location of the previous
definition
 7182 In file included from external/fdlibm/w_log10.c:18:
 7183 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7184 <command-line>: warning: this is the location of the previous
definition
 7185 target thumb C: libfdlibm <= external/fdlibm/w_pow.c
 7186 target thumb C: libfdlibm <= external/fdlibm/w_remainder.c
 7187 In file included from external/fdlibm/w_remainder.c:18:
 7188 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7189 <command-line>: warning: this is the location of the previous
definition
 7190 In file included from external/fdlibm/w_pow.c:19:
 7191 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7192 <command-line>: warning: this is the location of the previous
definition
 7193 target thumb C: libfdlibm <= external/fdlibm/w_scalb.c
 7194 In file included from external/fdlibm/w_scalb.c:20target thumb C:
libfdlibm <= external/fdlibm/w_sinh.c
 7195 :
 7196 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7197 <command-line>: warning: this is the location of the previous
definition
 7198 target thumb C: libfdlibm <= external/fdlibm/w_sqrt.c
 7199 In file included from external/fdlibm/w_sinh.c:18:
 7200 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7201 <command-line>: warning: this is the location of the previous
definition
 7202 In file included from external/fdlibm/w_sqrt.c:18:
 7203 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
```

```
 7204 <command-line>: warning: this is the location of the previous
definition
 7205 target thumb C: libfdlibm <= external/fdlibm/s_asinh.c
 7206 target thumb C: libfdlibm <= external/fdlibm/s_atan.c
 7207 In file included from external/fdlibm/s_asinh.c:25:
 7208 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7209 <command-line>: warning: this is the location of the previous
definition
 7210 target thumb C: libfdlibm <= external/fdlibm/s_cbrt.c
 7211 In file included from external/fdlibm/s_atan.c:35:
 7212 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7213 <command-line>: warning: this is the location of the previous
definition
 7214 In file included from external/fdlibm/s_cbrt.c:15:
 7215 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7216 <command-line>: warning: this is the location of the previous
definition
 7217 target thumb C: libfdlibm <= external/fdlibm/s_ceil.c
 7218 target thumb C: libfdlibm <= external/fdlibm/s_copysign.c
 7219 target thumb C: libfdlibm <= external/fdlibm/s_cos.c
 7220 In file included from external/fdlibm/s_copysign.c:20:
 7221 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7222 <command-line>: warning: this is the location of the previous
definition
 7223 In file included from external/fdlibm/s_ceil.c:23:
 7224 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7225 <command-line>: warning: this is the location of the previous
definition
 7226 external/fdlibm/s_ceil.c: In function 'ieee_ceil':
 7227 external/fdlibm/s_ceil.c:68: warning: comparison between signed and
unsigned integer expressions
 7228 In file included from external/fdlibm/s_cos.c:45:
 7229 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7230 <command-line>: warning: this is the location of the previous
definition
 7231 target thumb C: libfdlibm <= external/fdlibm/s_erf.c
 7232 target thumb C: libfdlibm <= external/fdlibm/s_expm1.c
 7233 In file included from external/fdlibm/s_erf.c:109:
 7234 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7235 <command-line>: warning: this is the location of the previous
definition
 7236 In file included from external/fdlibm/s_expm1.c:108:
 7237 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7238 <command-line>: warning: this is the location of the previous
definition
 7239 external/fdlibm/s_expm1.c: In function 'ieee_expm1':
 7240 external/fdlibm/s_expm1.c:195: warning: suggest explicit braces to
avoid ambiguous 'else'
 7241 target thumb C: libfdlibm <= external/fdlibm/s_fabs.c
 7242 In file included from external/fdlibm/s_fabs.c:18:
 7243 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7244 <command-line>: warning: this is the location of the previous
definition
 7245 target thumb C: libfdlibm <= external/fdlibm/s_floor.c
 7246 target thumb C: libfdlibm <= external/fdlibm/s_finite.c
 7247 In file included from external/fdlibm/s_floor.c:23:
 7248 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
```

7249 <command-line>: warning: this is the location of the previous
definition
 7250 external/fdlibm/s_floor.c: In function 'ieee_floor':
 7251 external/fdlibm/s_floor.c:69: warning: comparison between signed and
unsigned integer expressions
 7252 In file included from external/fdlibm/s_finite.c:19target thumb C:
libfdlibm <= external/fdlibm/s_frexp.c
 7253 :
 7254 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7255 <command-line>: warning: this is the location of the previous
definition
 7256 In file included from external/fdlibm/s_frexp.c:24:
 7257 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7258 <command-line>: warning: this is the location of the previous
definition
 7259 target thumb C: libfdlibm <= external/fdlibm/s_ilogb.c
 7260 In file included from external/fdlibm/s_ilogb.c:20:
 7261 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7262 <command-line>: warning: this is the location of the previous
definition
 7263 target thumb C: libfdlibm <= external/fdlibm/s_isnan.c
 7264 target thumb C: libfdlibm <= external/fdlibm/s_ldexp.c
 7265 In file included from external/fdlibm/s_isnan.c:19:
 7266 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7267 <command-line>: warning: this is the location of the previous
definition
 7268 In file included from external/fdlibm/s_ldexp.c:14:
 7269 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7270 <command-line>: warning: this is the location of the previous
definition
 7271 target thumb C: libfdlibm <= external/fdlibm/s_lib_version.c
 7272 In file included from external/fdlibm/s_lib_version.c:18:
 7273 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7274 <command-line>: warning: this is the location of the previous
definition
 7275 target thumb C: libfdlibm <= external/fdlibm/s_log1p.c
 7276 target thumb C: libfdlibm <= external/fdlibm/s_logb.c
 7277 In file included from external/fdlibm/s_log1p.c:79:
 7278 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7279 <command-line>: warning: this is the location of the previous
definition
 7280 external/fdlibm/s_log1p.c: In function 'ieee_log1p':In file included
from external/fdlibm/s_logb.c:20:
 7281 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7282 <command-line>: warning: this is the location of the previous
definition
 7283
 7284 external/fdlibm/s_log1p.c:154: warning: suggest explicit braces to
avoid ambiguous 'else'
 7285 external/fdlibm/s_log1p.c:164: warning: 'c' may be used uninitialized
in this functiontarget thumb C: libfdlibm <= external/fdlibm/s_matherr.c
 7286
 7287 target thumb C: libfdlibm <= external/fdlibm/s_modf.c
 7288 In file included from external/fdlibm/s_matherr.c:14:
 7289 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
 7290 <command-line>: warning: this is the location of the previous
definition

```
7291 In file included from external/fdlibm/s_modf.c:24:
7292 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7293 <command-line>: warning: this is the location of the previous
definition
7294 target thumb C: libfdlibm <= external/fdlibm/s_nextafter.c
7295 target thumb C: libfdlibm <= external/fdlibm/s_rint.c
7296 target thumb C: libfdlibm <= external/fdlibm/s_scalbn.c
7297 In file included from external/fdlibm/s_nextafter.c:21:
7298 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7299 <command-line>: warning: this is the location of the previous
definition
7300 In file included from external/fdlibm/s_scalbn.c:21:
7301 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7302 <command-line>: warning: this is the location of the previous
definition
7303 external/fdlibm/s_scalbn.c: In function 'ieee_scalbn':
7304 external/fdlibm/s_scalbn.c:56: warning: suggest explicit braces to
avoid ambiguous 'else'
7305 In file included from external/fdlibm/s_rint.c:24:
7306 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7307 <command-line>: warning: this is the location of the previous
definition
7308 target thumb C: libfdlibm <= external/fdlibm/s_signgam.c
7309 target thumb C: libfdlibm <= external/fdlibm/s_significand.c
7310 target thumb C: libfdlibm <= external/fdlibm/s_sin.c
7311 In file included from external/fdlibm/s_signgam.c:1:
7312 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7313 <command-line>: warning: this is the location of the previous
definition
7314 In file included from external/fdlibm/s_sin.c:45:
7315 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7316 <command-line>: warning: this is the location of the previous
definition
7317 target thumb C: libfdlibm <= external/fdlibm/s_tan.c
7318 In file included from external/fdlibm/s_significand.c:20:
7319 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7320 <command-line>: warning: this is the location of the previous
definition
7321 target thumb C: libfdlibm <= external/fdlibm/s_tanh.c
7322 In file included from external/fdlibm/s_tan.c:44:
7323 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7324 <command-line>: warning: this is the location of the previous
definition
7325 In file included from external/fdlibm/s_tanh.c:38:
7326 external/fdlibm/fdlibm.h:58:1: warning: "_LIB_VERSION_TYPE" redefined
7327 <command-line>: warning: this is the location of the previous
definition
7328 target arm C: libnfc <= external/libnfc-nxp/src/phLibNfc.c
7329 target arm C: libnfc <= external/libnfc-nxp/src/phLibNfc_discovery.c
7330 target arm C: libnfc <= external/libnfc-nxp/src/phLibNfc_initiator.c
7331 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
7332                  from external/libnfc-nxp/src/phHal4Nfc.h:69,
7333                  from external/libnfc-nxp/src/phLibNfc_discovery.c:35:
7334 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7335 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
```

```
7336 In file included from external/libnfc-nxp/src/phFriNfc_Llcp.h:34,
7337                  from external/libnfc-nxp/src/phLibNfc_Internal.h:40,
7338                  from external/libnfc-nxp/src/phLibNfc_discovery.c:37:
7339 external/libnfc-nxp/src/phFriNfc_LlcpMac.h:217:1: warning: "/*" within
comment
7340 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
7341                  from external/libnfc-nxp/inc/phNfcInterface.h:55,
7342                  from external/libnfc-nxp/src/phDal4Nfc.h:55,
7343                  from external/libnfc-nxp/src/phLibNfc.c:35:
7344 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7345 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7346 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:450: warning:
'phFriNfc_NdefRecord_NdefFlag' declared 'static' but never defined
7347 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:459: warning:
'phFriNfc_NdefRecord_RecordFlag' declared 'static' but never defined
7348 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:468: warning:
'phFriNfc_NdefRecord_TypeNameFormat' declared 'static' but never defined
7349 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:487: warning:
'phFriNfc_NdefRecord_RecordIDCheck' declared 'static' but never defined
7350 In file included from external/libnfc-nxp/src/phFriNfc_Llcp.h:34In file
included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
7351                  from external/libnfc-nxp/src/phLibNfc_Internal.h:40,
7352                  from external/libnfc-nxp/src/phLibNfc.c:38:
7353 external/libnfc-nxp/src/phFriNfc_LlcpMac.h:217:1: warning: "/*" within
comment
7354 ,
7355                  from external/libnfc-nxp/src/phHal4Nfc.h:69,
7356                  from external/libnfc-nxp/src/phLibNfc_initiator.c:35:
7357 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7358 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7359 In file included from external/libnfc-nxp/src/phFriNfc_Llcp.h:34,
7360                  from external/libnfc-nxp/src/phLibNfc_Internal.h:40,
7361                  from external/libnfc-nxp/src/phLibNfc_initiator.c:37:
7362 external/libnfc-nxp/src/phFriNfc_LlcpMac.h:217:1: warning: "/*" within
comment
7363 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:450: warning:
'phFriNfc_NdefRecord_NdefFlag' declared 'static' but never defined
7364 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:459: warning:
'phFriNfc_NdefRecord_RecordFlag' declared 'static' but never defined
7365 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:468: warning:
'phFriNfc_NdefRecord_TypeNameFormat' declared 'static' but never defined
7366 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:487: warning:
'phFriNfc_NdefRecord_RecordIDCheck' declared 'static' but never defined
7367 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:450: warning:
'phFriNfc_NdefRecord_NdefFlag' declared 'static' but never defined
7368 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:459: warning:
'phFriNfc_NdefRecord_RecordFlag' declared 'static' but never defined
7369 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:468: warning:
'phFriNfc_NdefRecord_TypeNameFormat' declared 'static' but never defined
7370 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:487: warning:
'phFriNfc_NdefRecord_RecordIDCheck' declared 'static' but never defined
7371 target arm C: libnfc <= external/libnfc-nxp/src/phLibNfc_llcp.c
7372 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
```

7373                         from external/libnfc-nxp/src/phLibNfc_Internal.h:32,
7374                         from external/libnfc-nxp/src/phLibNfc_llcp.c:19:
7375 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7376 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7377 In file included from external/libnfc-nxp/src/phFriNfc_Llcp.h:34,
7378                         from external/libnfc-nxp/src/phLibNfc_Internal.h:40,
7379                         from external/libnfc-nxp/src/phLibNfc_llcp.c:19:
7380 external/libnfc-nxp/src/phFriNfc_LlcpMac.h:217:1: warning: "/*" within
comment
7381 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:450: warning:
'phFriNfc_NdefRecord_NdefFlag' declared 'static' but never defined
7382 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:459: warning:
'phFriNfc_NdefRecord_RecordFlag' declared 'static' but never defined
7383 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:468: warning:
'phFriNfc_NdefRecord_TypeNameFormat' declared 'static' but never defined
7384 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:487: warning:
'phFriNfc_NdefRecord_RecordIDCheck' declared 'static' but never defined
7385 target arm C: libnfc <= external/libnfc-nxp/src/phLibNfc_Ioctl.c
7386 target arm C: libnfc <= external/libnfc-nxp/src/phLibNfc_ndef_raw.c
7387 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
7388                         from external/libnfc-nxp/src/phHal4Nfc.h:69,
7389                         from external/libnfc-nxp/src/phLibNfc_Ioctl.c:35:
7390 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7391 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7392 In file included from external/libnfc-nxp/src/phFriNfc_Llcp.h:34,
7393                         from external/libnfc-nxp/src/phLibNfc_Internal.h:40,
7394                         from external/libnfc-nxp/src/phLibNfc_Ioctl.c:37:
7395 external/libnfc-nxp/src/phFriNfc_LlcpMac.h:217:1: warning: "/*" within
comment
7396 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:450: warning:
'phFriNfc_NdefRecord_NdefFlag' declared 'static' but never defined
7397 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:459: warning:
'phFriNfc_NdefRecord_RecordFlag' declared 'static' but never defined
7398 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:468: warning:
'phFriNfc_NdefRecord_TypeNameFormat' declared 'static' but never defined
7399 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:487: warning:
'phFriNfc_NdefRecord_RecordIDCheck' declared 'static' but never defined
7400 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
7401                         from external/libnfc-nxp/src/phHal4Nfc.h:69,
7402                         from external/libnfc-nxp/src/phLibNfc_ndef_raw.c:35:
7403 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7404 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7405 In file included from external/libnfc-nxp/src/phFriNfc_Llcp.h:34,
7406                         from external/libnfc-nxp/src/phLibNfc_Internal.h:40,
7407                         from external/libnfc-nxp/src/phLibNfc_ndef_raw.c:37:
7408 external/libnfc-nxp/src/phFriNfc_LlcpMac.h:217:1: warning: "/*" within
comment
7409 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:450: warning:
'phFriNfc_NdefRecord_NdefFlag' declared 'static' but never defined
7410 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:459: warning:
'phFriNfc_NdefRecord_RecordFlag' declared 'static' but never defined

7411 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:468: warning:
'phFriNfc_NdefRecord_TypeNameFormat' declared 'static' but never defined
 7412 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:487: warning:
'phFriNfc_NdefRecord_RecordIDCheck' declared 'static' but never defined
 7413 target arm C: libnfc <= external/libnfc-nxp/src/phLibNfc_SE.c
 7414 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7415                  from external/libnfc-nxp/src/phHal4Nfc.h:69,
 7416                  from external/libnfc-nxp/src/phLibNfc_SE.c:35:
 7417 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7418 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7419 In file included from external/libnfc-nxp/src/phFriNfc_Llcp.h:34,
 7420                  from external/libnfc-nxp/src/phLibNfc_Internal.h:40,
 7421                  from external/libnfc-nxp/src/phLibNfc_SE.c:37:
 7422 external/libnfc-nxp/src/phFriNfc_LlcpMac.h:217:1: warning: "/*" within
comment
 7423 external/libnfc-nxp/src/phLibNfc_SE.c: In function
'phLibNfc_SeNotification':
 7424 external/libnfc-nxp/src/phLibNfc_SE.c:138: warning: missing braces
around initializer
 7425 external/libnfc-nxp/src/phLibNfc_SE.c:138: warning: (near
initialization for 'Se_Trans_Info.UiccEvtInfo')
 7426 external/libnfc-nxp/src/phLibNfc_SE.c:138: warning: missing initializer
 7427 external/libnfc-nxp/src/phLibNfc_SE.c:138: warning: (near
initialization for 'Se_Trans_Info.UiccEvtInfo.aid.length')
 7428 external/libnfc-nxp/src/phLibNfc_SE.c:138: warning: missing initializer
 7429 external/libnfc-nxp/src/phLibNfc_SE.c:138: warning: (near
initialization for 'Se_Trans_Info.UiccEvtInfo.param')
 7430 external/libnfc-nxp/src/phLibNfc_SE.c: At top level:
 7431 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:450: warning:
'phFriNfc_NdefRecord_NdefFlag' declared 'static' but never defined
 7432 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:459: warning:
'phFriNfc_NdefRecord_RecordFlag' declared 'static' but never defined
 7433 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:468: warning:
'phFriNfc_NdefRecord_TypeNameFormat' declared 'static' but never defined
 7434 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:487: warning:
'phFriNfc_NdefRecord_RecordIDCheck' declared 'static' but never defined
 7435 target arm C: libnfc <= external/libnfc-nxp/src/phLibNfc_target.c
 7436 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7437                  from external/libnfc-nxp/src/phHal4Nfc.h:69,
 7438                  from external/libnfc-nxp/src/phLibNfc_target.c:35:
 7439 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7440 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7441 In file included from external/libnfc-nxp/src/phFriNfc_Llcp.h:34,
 7442                  from external/libnfc-nxp/src/phLibNfc_Internal.h:40,
 7443                  from external/libnfc-nxp/src/phLibNfc_target.c:37:
 7444 external/libnfc-nxp/src/phFriNfc_LlcpMac.h:217:1: warning: "/*" within
comment
 7445 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:450: warning:
'phFriNfc_NdefRecord_NdefFlag' declared 'static' but never defined
 7446 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:459: warning:
'phFriNfc_NdefRecord_RecordFlag' declared 'static' but never defined
 7447 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:468: warning:
'phFriNfc_NdefRecord_TypeNameFormat' declared 'static' but never defined

7448 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:487: warning:
'phFriNfc_NdefRecord_RecordIDCheck' declared 'static' but never defined
 7449 target arm C: libnfc <= external/libnfc-nxp/src/phHal4Nfc_ADD.c
 7450 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7451                  from external/libnfc-nxp/inc/phNfcInterface.h:55,
 7452                  from external/libnfc-nxp/src/phHciNfc.h:60,
 7453                  from external/libnfc-nxp/src/phHal4Nfc_ADD.c:30:
 7454 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7455 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7456 target arm C: libnfc <= external/libnfc-nxp/src/phHal4Nfc.c
 7457 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7458                  from external/libnfc-nxp/src/phHal4Nfc.h:69,
 7459                  from external/libnfc-nxp/src/phHal4Nfc.c:30:
 7460 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7461 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7462 target arm C: libnfc <= external/libnfc-nxp/src/phHal4Nfc_Emulation.c
 7463 target arm C: libnfc <= external/libnfc-nxp/src/phHal4Nfc_P2P.c
 7464 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7465                  from external/libnfc-nxp/inc/phNfcInterface.h:55,
 7466                  from external/libnfc-nxp/src/phHciNfc.h:60,
 7467                  from external/libnfc-nxp/src/phHal4Nfc_Emulation.c:30:
 7468 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7469 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7470 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7471                  from external/libnfc-nxp/src/phHal4Nfc.h:69,
 7472                  from external/libnfc-nxp/src/phHal4Nfc_P2P.c:30:
 7473 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7474 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7475 target arm C: libnfc <= external/libnfc-nxp/src/phHal4Nfc_Reader.c
 7476 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_AdminMgmt.c
 7477 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7478                  from external/libnfc-nxp/src/phHal4Nfc.h:69,
 7479                  from external/libnfc-nxp/src/phHal4Nfc_Reader.c:30:
 7480 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7481 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7482 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7483                  from external/libnfc-nxp/inc/phNfcInterface.h:55,
 7484                  from external/libnfc-nxp/src/phHciNfc.h:60,
 7485                  from external/libnfc-nxp/src/phHciNfc_Pipe.h:58,
 7486                  from external/libnfc-nxp/src/phHciNfc_AdminMgmt.c:39:
 7487 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7488 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7489 external/libnfc-nxp/src/phHal4Nfc_Reader.c: In function
'phHal4Nfc_MifareTransceive':

7490 external/libnfc-nxp/src/phHal4Nfc_Reader.c:308: warning: unused parameter 'psRemoteDevInfo'
 7491 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc.c
 7492 In file included from external/libnfc-nxp/src/phHciNfc.c:42:
 7493 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning: "NXP_NFC_HCI_TIMER" redefined
 7494 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the location of the previous definition
 7495 external/libnfc-nxp/src/phHciNfc.c: In function 'phHciNfc_Initialise':
 7496 external/libnfc-nxp/src/phHciNfc.c:98: warning: missing initializer
 7497 external/libnfc-nxp/src/phHciNfc.c:98: warning: (near initialization for 'hciReference.tx_data')
 7498 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_CE_A.c
 7499 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7500                  from external/libnfc-nxp/src/phHciNfc_CE_A.c:39:
 7501 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning: "NXP_NFC_HCI_TIMER" redefined
 7502 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the location of the previous definition
 7503 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_CE_B.c
 7504 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_DevMgmt.c
 7505 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7506                  from external/libnfc-nxp/src/phHciNfc_CE_B.c:39:
 7507 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning: "NXP_NFC_HCI_TIMER" redefined
 7508 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the location of the previous definition
 7509 In file included from external/libnfc-nxp/src/phHciNfc_DevMgmt.c:39:
 7510 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning: "NXP_NFC_HCI_TIMER" redefined
 7511 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the location of the previous definition
 7512 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_Emulation.c
 7513 external/sqlite/dist/sqlite3.c: In function 'sqlite3VdbeExec':
 7514 external/sqlite/dist/sqlite3.c:58248: warning: 'pc' may be used uninitialized in this function
 7515 In file included from external/libnfc-nxp/src/phHciNfc_Emulation.c:38:
 7516 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning: "NXP_NFC_HCI_TIMER" redefined
 7517 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the location of the previous definition
 7518 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_Felica.c
 7519 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7520                  from external/libnfc-nxp/inc/phNfcInterface.h:55,
 7521                  from external/libnfc-nxp/src/phHciNfc.h:60,
 7522                  from external/libnfc-nxp/src/phHciNfc_Pipe.h:58,
 7523                  from external/libnfc-nxp/src/phHciNfc_Felica.c:39:
 7524 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning: "NXP_NFC_HCI_TIMER" redefined
 7525 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the location of the previous definition
 7526 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_Generic.c
 7527 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_IDMgmt.c
 7528 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7529                  from external/libnfc-nxp/inc/phNfcInterface.h:55,
 7530                  from external/libnfc-nxp/src/phHciNfc_Generic.h:60,
 7531                  from external/libnfc-nxp/src/phHciNfc_Sequence.h:63,

```
7532                    from external/libnfc-nxp/src/phHciNfc_Generic.c:43:
7533 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7534 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7535 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
7536                    from external/libnfc-nxp/inc/phNfcInterface.h:55,
7537                    from external/libnfc-nxp/src/phHciNfc.h:60,
7538                    from external/libnfc-nxp/src/phHciNfc_Pipe.h:58,
7539                    from external/libnfc-nxp/src/phHciNfc_IDMgmt.c:39:
7540 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7541 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7542 external/libnfc-nxp/src/phHciNfc_Generic.c: In function
'phHciNfc_Response_Timeout':
7543 external/libnfc-nxp/src/phHciNfc_Generic.c:273: warning: missing
initializer
7544 external/libnfc-nxp/src/phHciNfc_Generic.c:273: warning: (near
initialization for 'comp_info.type')
7545 external/libnfc-nxp/src/phHciNfc_Generic.c: In function
'phHciNfc_Send':
7546 external/libnfc-nxp/src/phHciNfc_Generic.c:580: warning: passing
argument 3 of 'phOsalNfc_Timer_Start' from incompatible pointer type
7547 external/libnfc-nxp/src/phOsalNfc_Timer.h:149: note: expected
'ppCallBck_t' but argument is of type 'void (*)(uint32_t)'
7548 external/libnfc-nxp/src/phHciNfc_Generic.c: In function
'phHciNfc_Process_Event':
7549 external/libnfc-nxp/src/phHciNfc_Generic.c:1153: warning: suggest
parentheses around '&&' within '||'
7550 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_ISO15693.c
7551 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_Jewel.c
7552 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
7553                    from external/libnfc-nxp/inc/phNfcInterface.h:55,
7554                    from external/libnfc-nxp/src/phHciNfc.h:60,
7555                    from external/libnfc-nxp/src/phHciNfc_Pipe.h:58,
7556                    from external/libnfc-nxp/src/phHciNfc_Jewel.c:39:
7557 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7558 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7559 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
7560                    from external/libnfc-nxp/inc/phNfcInterface.h:55,
7561                    from external/libnfc-nxp/src/phHciNfc.h:60,
7562                    from external/libnfc-nxp/src/phHciNfc_Pipe.h:58,
7563                    from external/libnfc-nxp/src/phHciNfc_ISO15693.c:39:
7564 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7565 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7566 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_LinkMgmt.c
7567 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
7568                    from external/libnfc-nxp/inc/phNfcInterface.h:55,
7569                    from external/libnfc-nxp/src/phHciNfc.h:60,
7570                    from external/libnfc-nxp/src/phHciNfc_Pipe.h:58,
7571                    from external/libnfc-nxp/src/phHciNfc_LinkMgmt.c:40:
```

7572 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7573 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7574 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_NfcIPMgmt.c
7575 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
7576                  from external/libnfc-nxp/src/phHciNfc_NfcIPMgmt.c:39:
7577 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7578 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7579 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_Pipe.c
7580 In file included from external/libnfc-nxp/src/phHciNfc_Pipe.c:40:
7581 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7582 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7583 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_PollingLoop.c
7584 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
7585                  from external/libnfc-
nxp/src/phHciNfc_PollingLoop.c:39:
7586 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7587 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7588 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_RFReaderA.c
7589 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
7590                  from external/libnfc-nxp/inc/phNfcInterface.h:55,
7591                  from external/libnfc-nxp/src/phHciNfc.h:60,
7592                  from external/libnfc-nxp/src/phHciNfc_Pipe.h:58,
7593                  from external/libnfc-nxp/src/phHciNfc_RFReaderA.c:39:
7594 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7595 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7596 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_RFReaderB.c
7597 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
7598                  from external/libnfc-nxp/inc/phNfcInterface.h:55,
7599                  from external/libnfc-nxp/src/phHciNfc.h:60,
7600                  from external/libnfc-nxp/src/phHciNfc_Pipe.h:58,
7601                  from external/libnfc-nxp/src/phHciNfc_RFReaderB.c:39:
7602 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7603 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7604 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_RFReader.c
7605 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_Sequence.c
7606 In file included from external/libnfc-nxp/src/phHciNfc_Sequence.c:44:
7607 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7608 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7609 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_SWP.c
7610 In file included from external/libnfc-nxp/src/phHciNfc_RFReader.c:38:
7611 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined

7612 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7613 external/libnfc-nxp/src/phHciNfc_Sequence.c: In function
'phHciNfc_Error_Sequence':
 7614 external/libnfc-nxp/src/phHciNfc_Sequence.c:719: warning: missing
initializer
 7615 external/libnfc-nxp/src/phHciNfc_Sequence.c:719: warning: (near
initialization for 'comp_info.type')
 7616 external/libnfc-nxp/src/phHciNfc_Sequence.c:779: warning: missing
initializer
 7617 external/libnfc-nxp/src/phHciNfc_Sequence.c:779: warning: (near
initialization for 'comp_info.type')
 7618 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7619                   from external/libnfc-nxp/inc/phNfcInterface.h:55,
 7620                   from external/libnfc-nxp/src/phHciNfc.h:60,
 7621                   from external/libnfc-nxp/src/phHciNfc_Pipe.h:58,
 7622                   from external/libnfc-nxp/src/phHciNfc_SWP.c:38:
 7623 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7624 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7625 target arm C: libnfc <= external/libnfc-nxp/src/phHciNfc_WI.c
 7626 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7627                   from external/libnfc-nxp/inc/phNfcInterface.h:55,
 7628                   from external/libnfc-nxp/src/phHciNfc.h:60,
 7629                   from external/libnfc-nxp/src/phHciNfc_Pipe.h:58,
 7630                   from external/libnfc-nxp/src/phHciNfc_WI.c:38:
 7631 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7632 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7633 target arm C: libnfc <= external/libnfc-nxp/src/phLlcNfc.c
 7634 target arm C: libnfc <= external/libnfc-nxp/src/phLlcNfc_Frame.c
 7635 ,
 7636                   from external/libnfc-nxp/inc/phNfcInterface.h:55,
 7637                   from external/libnfc-nxp/src/phLlcNfc.c:34:
 7638 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7639 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7640 target arm C: libnfc <= external/libnfc-nxp/src/phLlcNfc_Interface.c
 7641 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48In file
included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7642                   from external/libnfc-nxp/inc/phNfcInterface.h:55,
 7643                   from external/libnfc-nxp/src/phLlcNfc_Interface.c:34:
 7644 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7645 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7646 ,
 7647                   from external/libnfc-nxp/inc/phNfcInterface.h:55,
 7648                   from external/libnfc-nxp/src/phLlcNfc_Frame.c:35:
 7649 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7650 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition

7651 external/libnfc-nxp/src/phLlcNfc_Frame.c: In function
'phLlcNfc_H_ProcessIFrame':
 7652 external/libnfc-nxp/src/phLlcNfc_Frame.c:1209: warning: missing
initializer
 7653 external/libnfc-nxp/src/phLlcNfc_Frame.c:1209: warning: (near
initialization for 'notifyinfo.type')
 7654 external/libnfc-nxp/src/phLlcNfc_Frame.c:1378: warning: suggest
parentheses around '&&' within '||'
 7655 external/libnfc-nxp/src/phLlcNfc_Frame.c: In function
'phLlcNfc_H_ProcessUFrame':
 7656 external/libnfc-nxp/src/phLlcNfc_Frame.c:1468: warning: missing
initializer
 7657 external/libnfc-nxp/src/phLlcNfc_Frame.c:1468: warning: (near
initialization for 'notifyinfo.type')
 7658 external/libnfc-nxp/src/phLlcNfc_Frame.c: In function
'phLlcNfc_H_ProcessSFrame':
 7659 external/libnfc-nxp/src/phLlcNfc_Frame.c:1583: warning: missing
initializer
 7660 external/libnfc-nxp/src/phLlcNfc_Frame.c:1583: warning: (near
initialization for 'compinfo.type')
 7661 external/libnfc-nxp/src/phLlcNfc_Frame.c:1588: warning: missing
initializer
 7662 external/libnfc-nxp/src/phLlcNfc_Frame.c:1588: warning: (near
initialization for 'notifyinfo.type')
 7663 target arm C: libnfc <= external/libnfc-nxp/src/phLlcNfc_StateMachine.c
 7664 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7665                   from external/libnfc-nxp/inc/phNfcInterface.h:55,
 7666                   from external/libnfc-
nxp/src/phLlcNfc_StateMachine.c:34:
 7667 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7668 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7669 target arm C: libnfc <= external/libnfc-nxp/src/phLlcNfc_Timer.c
 7670 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7671                   from external/libnfc-nxp/inc/phNfcInterface.h:55,
 7672                   from external/libnfc-nxp/src/phLlcNfc_Timer.c:35:
 7673 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7674 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7675 external/libnfc-nxp/src/phLlcNfc_Timer.c: In function
'phLlcNfc_ConnectionTimeoutCb':
 7676 external/libnfc-nxp/src/phLlcNfc_Timer.c:803: warning: missing
initializer
 7677 external/libnfc-nxp/src/phLlcNfc_Timer.c:803: warning: (near
initialization for 'notifyinfo.type')
 7678 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_Llcp.c
 7679 In file included from external/libnfc-nxp/src/phFriNfc.h:38,
 7680                   from external/libnfc-nxp/src/phFriNfc_Llcp.h:32,
 7681                   from external/libnfc-nxp/src/phFriNfc_Llcp.c:29:
 7682 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7683 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7684 In file included from external/libnfc-nxp/src/phFriNfc_Llcp.h:34,
 7685                   from external/libnfc-nxp/src/phFriNfc_Llcp.c:29:

7686 external/libnfc-nxp/src/phFriNfc_LlcpMac.h:217:1: warning: "/*" within comment
7687 external/libnfc-nxp/src/phFriNfc_Llcp.c: In function 'phFriNfc_Llcp_ParseLinkParams':
7688 external/libnfc-nxp/src/phFriNfc_Llcp.c:347: warning: suggest parentheses around '+' in operand of '&'
7689 external/libnfc-nxp/src/phFriNfc_Llcp.c: In function 'phFriNfc_Llcp_HandleTransportPacket':
7690 external/libnfc-nxp/src/phFriNfc_Llcp.c:761: warning: unused variable 'sHeader'
7691 external/libnfc-nxp/src/phFriNfc_Llcp.c: In function 'phFriNfc_Llcp_Reset':
7692 external/libnfc-nxp/src/phFriNfc_Llcp.c:1181: warning: passing argument 3 of 'phFriNfc_LlcpMac_Reset' from incompatible pointer type
7693 external/libnfc-nxp/src/phFriNfc_LlcpMac.h:203: note: expected 'phFriNfc_LlcpMac_LinkStatus_CB_t' but argument is of type 'void (*)(void *, enum phFriNfc_LlcpMac_eLinkStatus_t,  struct phNfc_sData_t *, enum phFriNfc_LlcpMac_eType_t)'
7694 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_LlcpUtils.c
7695 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
7696                  from external/libnfc-nxp/src/phFriNfc_LlcpUtils.c:27:
7697 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning: "NXP_NFC_HCI_TIMER" redefined
7698 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the location of the previous definition
7699 In file included from external/libnfc-nxp/src/phFriNfc_Llcp.h:34,
7700                  from external/libnfc-nxp/src/phFriNfc_LlcpUtils.h:33,
7701                  from external/libnfc-nxp/src/phFriNfc_LlcpUtils.c:29:
7702 external/libnfc-nxp/src/phFriNfc_LlcpMac.h:217:1: warning: "/*" within comment
7703 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_LlcpTransport.c
7704 In file included from external/libnfc-nxp/src/phFriNfc.h:38,
7705                  from external/libnfc-nxp/src/phFriNfc_Llcp.h:32,
7706                  from external/libnfc-nxp/src/phFriNfc_LlcpTransport.c:30:
7707 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning: "NXP_NFC_HCI_TIMER" redefined
7708 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the location of the previous definition
7709 In file included from external/libnfc-nxp/src/phFriNfc_Llcp.h:34,
7710                  from external/libnfc-nxp/src/phFriNfc_LlcpTransport.c:30:
7711 external/libnfc-nxp/src/phFriNfc_LlcpMac.h:217:1: warning: "/*" within comment
7712 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:450: warning: 'phFriNfc_NdefRecord_NdefFlag' declared 'static' but never defined
7713 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:459: warning: 'phFriNfc_NdefRecord_RecordFlag' declared 'static' but never defined
7714 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:468: warning: 'phFriNfc_NdefRecord_TypeNameFormat' declared 'static' but never defined
7715 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:487: warning: 'phFriNfc_NdefRecord_RecordIDCheck' declared 'static' but never defined
7716 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_LlcpTransport_Connectionless.c
7717 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,

```
7718                    from external/libnfc-
nxp/src/phFriNfc_LlcpTransport.h:27,
 7719                    from external/libnfc-
nxp/src/phFriNfc_LlcpTransport_Connectionless.c:29:
 7720 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7721 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7722 In file included from external/libnfc-nxp/src/phFriNfc_Llcp.h:34,
 7723                    from external/libnfc-
nxp/src/phFriNfc_LlcpTransport.h:31,
 7724                    from external/libnfc-
nxp/src/phFriNfc_LlcpTransport_Connectionless.c:29:
 7725 external/libnfc-nxp/src/phFriNfc_LlcpMac.h:217:1: warning: "/*" within
comment
 7726 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:450: warning:
'phFriNfc_NdefRecord_NdefFlag' declared 'static' but never defined
 7727 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:459: warning:
'phFriNfc_NdefRecord_RecordFlag' declared 'static' but never defined
 7728 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:468: warning:
'phFriNfc_NdefRecord_TypeNameFormat' declared 'static' but never defined
 7729 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:487: warning:
'phFriNfc_NdefRecord_RecordIDCheck' declared 'static' but never defined
 7730 target arm C: libnfc <= external/libnfc-
nxp/src/phFriNfc_LlcpTransport_Connection.c
 7731 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_LlcpMac.c
 7732 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7733                    from external/libnfc-
nxp/src/phFriNfc_LlcpTransport.h:27,
 7734                    from external/libnfc-
nxp/src/phFriNfc_LlcpTransport_Connection.c:29:
 7735 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7736 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7737 In file included from external/libnfc-nxp/src/phFriNfc_Llcp.h:34,
 7738                    from external/libnfc-
nxp/src/phFriNfc_LlcpTransport.h:31,
 7739                    from external/libnfc-
nxp/src/phFriNfc_LlcpTransport_Connection.c:29:
 7740 external/libnfc-nxp/src/phFriNfc_LlcpMac.h:217:1: warning: "/*" within
comment
 7741 external/libnfc-nxp/src/phFriNfc_LlcpTransport_Connection.c: In
function 'phFriNfc_LlcpTransport_ConnectionOriented_SendLlcp_CB':In file
included from external/libnfc-nxp/src/phFriNfc.h:38,
 7742                    from external/libnfc-nxp/src/phFriNfc_LlcpMac.h:34,
 7743                    from external/libnfc-nxp/src/phFriNfc_LlcpMac.c:27:
 7744 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7745 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7746
 7747 external/libnfc-nxp/src/phFriNfc_LlcpTransport_Connection.c:100:
warning: enumeration value 'phFriNfc_LlcpTransportSocket_eSocketDefault' not
handled in switch
```

7748 external/libnfc-nxp/src/phFriNfc_LlcpTransport_Connection.c:100: warning: enumeration value 'phFriNfc_LlcpTransportSocket_eSocketCreated' not handled in switch
7749 external/libnfc-nxp/src/phFriNfc_LlcpTransport_Connection.c:100: warning: enumeration value 'phFriNfc_LlcpTransportSocket_eSocketBound' not handled in switch
7750 external/libnfc-nxp/src/phFriNfc_LlcpTransport_Connection.c:100: warning: enumeration value 'phFriNfc_LlcpTransportSocket_eSocketRegistered' not handled in switch
7751 external/libnfc-nxp/src/phFriNfc_LlcpTransport_Connection.c:100: warning: enumeration value 'phFriNfc_LlcpTransportSocket_eSocketConnecting' not handled in switch
7752 external/libnfc-nxp/src/phFriNfc_LlcpTransport_Connection.c:100: warning: enumeration value 'phFriNfc_LlcpTransportSocket_eSocketDisconnected' not handled in switch
7753 external/libnfc-nxp/src/phFriNfc_LlcpTransport_Connection.c:100: warning: enumeration value 'phFriNfc_LlcpTransportSocket_eSocketDisconnecting' not handled in switch
7754 external/libnfc-nxp/src/phFriNfc_LlcpTransport_Connection.c:100: warning: enumeration value 'phFriNfc_LlcpTransportSocket_eSocketClosed' not handled in switch
7755 external/libnfc-nxp/src/phFriNfc_LlcpTransport_Connection.c:100: warning: enumeration value 'phFriNfc_LlcpTransportSocket_eSocketClosing' not handled in switch
7756 In file included from external/libnfc-nxp/src/phFriNfc_LlcpMac.c:27:
7757 external/libnfc-nxp/src/phFriNfc_LlcpMac.h:217:1: warning: "/*" within comment
7758 external/libnfc-nxp/src/phFriNfc_LlcpTransport_Connection.c: At top level:
7759 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:450: warning: 'phFriNfc_NdefRecord_NdefFlag' declared 'static' but never defined
7760 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:459: warning: 'phFriNfc_NdefRecord_RecordFlag' declared 'static' but never defined
7761 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:468: warning: 'phFriNfc_NdefRecord_TypeNameFormat' declared 'static' but never defined
7762 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:487: warning: 'phFriNfc_NdefRecord_RecordIDCheck' declared 'static' but never defined
7763 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_LlcpMacNfcip.c
7764 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:450: warning: 'phFriNfc_NdefRecord_NdefFlag' declared 'static' but never defined
7765 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:459: warning: 'phFriNfc_NdefRecord_RecordFlag' declared 'static' but never defined
7766 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:468: warning: 'phFriNfc_NdefRecord_TypeNameFormat' declared 'static' but never defined
7767 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:487: warning: 'phFriNfc_NdefRecord_RecordIDCheck' declared 'static' but never defined
7768 In file included from external/libnfc-nxp/src/phFriNfc.h:38,
7769                  from external/libnfc-nxp/src/phFriNfc_LlcpMac.h:34,
7770                  from external/libnfc-nxp/src/phFriNfc_LlcpMacNfcip.c:28:
7771 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning: "NXP_NFC_HCI_TIMER" redefined
7772 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the location of the previous definition
7773 In file included from external/libnfc-nxp/src/phFriNfc_LlcpMacNfcip.c:28:

7774 external/libnfc-nxp/src/phFriNfc_LlcpMac.h:217:1: warning: "/*" within comment
 7775 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_FelicaMap.c
 7776 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:450: warning: 'phFriNfc_NdefRecord_NdefFlag' declared 'static' but never defined
 7777 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:459: warning: 'phFriNfc_NdefRecord_RecordFlag' declared 'static' but never defined
 7778 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:468: warning: 'phFriNfc_NdefRecord_TypeNameFormat' declared 'static' but never defined
 7779 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:487: warning: 'phFriNfc_NdefRecord_RecordIDCheck' declared 'static' but never defined
 7780 In file included from external/libnfc-nxp/src/phFriNfc.h:38,
 7781                  from external/libnfc-nxp/src/phFriNfc_OvrHal.h:34,
 7782                  from external/libnfc-nxp/src/phFriNfc_FelicaMap.c:34:
 7783 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning: "NXP_NFC_HCI_TIMER" redefined
 7784 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the location of the previous definition
 7785 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_MifareStdMap.c
 7786 In file included from external/libnfc-nxp/src/phFriNfc.h:38,
 7787                  from external/libnfc-nxp/src/phFriNfc_MifareStdMap.h:33,
 7788                  from external/libnfc-nxp/src/phFriNfc_MifareStdMap.c:32:
 7789 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning: "NXP_NFC_HCI_TIMER" redefined
 7790 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the location of the previous definition
 7791 external/libnfc-nxp/src/phFriNfc_LlcpTransport_Connection.c: In function 'Handle_ConnectionFrame':
 7792 external/libnfc-nxp/src/phFriNfc_LlcpTransport_Connection.c:676: warning: 'sServiceName.length' may be used uninitialized in this function
 7793 external/libnfc-nxp/src/phFriNfc_LlcpTransport_Connection.c:676: warning: 'sServiceName.buffer' may be used uninitialized in this function
 7794 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_MifareULMap.c
 7795 In file included from external/libnfc-nxp/src/phFriNfc.h:38,
 7796                  from external/libnfc-nxp/src/phFriNfc_NdefMap.h:37,
 7797                  from external/libnfc-nxp/src/phFriNfc_MifareULMap.c:33:
 7798 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning: "NXP_NFC_HCI_TIMER" redefined
 7799 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the location of the previous definition
 7800 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_MapTools.c
 7801 In file included from external/libnfc-nxp/src/phFriNfc.h:38,
 7802                  from external/libnfc-nxp/src/phFriNfc_NdefMap.h:37,
 7803                  from external/libnfc-nxp/src/phFriNfc_MapTools.c:30:
 7804 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning: "NXP_NFC_HCI_TIMER" redefined
 7805 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the location of the previous definition
 7806 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_TopazMap.c
 7807 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_TopazDynamicMap.c
 7808 In file included from external/libnfc-nxp/src/phFriNfc.h:38,
 7809                  from external/libnfc-nxp/src/phFriNfc_NdefMap.h:37,
 7810                  from external/libnfc-nxp/src/phFriNfc_TopazMap.c:32:

7811 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7812 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7813 In file included from external/libnfc-nxp/src/phFriNfc.h:38,
7814                 from external/libnfc-nxp/src/phFriNfc_NdefMap.h:37,
7815                 from external/libnfc-
nxp/src/phFriNfc_TopazDynamicMap.c:32:
7816 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7817 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7818 external/libnfc-nxp/src/phFriNfc_TopazDynamicMap.c: In function
'phFriNfc_Tpz_H_ProWrResp':
7819 external/libnfc-nxp/src/phFriNfc_TopazDynamicMap.c:896: warning: signed
and unsigned type in conditional expression
7820 external/libnfc-nxp/src/phFriNfc_TopazDynamicMap.c:950: warning: signed
and unsigned type in conditional expression
7821 external/libnfc-nxp/src/phFriNfc_TopazDynamicMap.c:1020: warning:
signed and unsigned type in conditional expression
7822 external/libnfc-nxp/src/phFriNfc_TopazDynamicMap.c:1043: warning:
signed and unsigned type in conditional expression
7823 external/libnfc-nxp/src/phFriNfc_TopazDynamicMap.c:1125: warning:
signed and unsigned type in conditional expression
7824 external/libnfc-nxp/src/phFriNfc_TopazDynamicMap.c: In function
'phFriNfc_Tpz_H_CopySendWrData':
7825 external/libnfc-nxp/src/phFriNfc_TopazDynamicMap.c:3369: warning:
comparison between signed and unsigned integer expressions
7826 external/libnfc-nxp/src/phFriNfc_TopazDynamicMap.c: In function
'phFriNfc_Tpz_H_GetLockBytesInfo':
7827 external/libnfc-nxp/src/phFriNfc_TopazDynamicMap.c:3699: warning:
comparison between signed and unsigned integer expressions
7828 external/libnfc-nxp/src/phFriNfc_TopazDynamicMap.c:3701: warning:
comparison between signed and unsigned integer expressions
7829 external/libnfc-nxp/src/phFriNfc_TopazDynamicMap.c: In function
'phFriNfc_Tpz_H_GetMemBytesInfo':
7830 external/libnfc-nxp/src/phFriNfc_TopazDynamicMap.c:3767: warning:
comparison between signed and unsigned integer expressions
7831 external/libnfc-nxp/src/phFriNfc_TopazDynamicMap.c:3769: warning:
comparison between signed and unsigned integer expressions
7832 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_DesfireMap.c
7833 In file included from external/libnfc-nxp/src/phFriNfc.h:38,
7834                 from external/libnfc-nxp/src/phFriNfc_OvrHal.h:34,
7835                 from external/libnfc-nxp/src/phFriNfc_DesfireMap.c:33:
7836 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7837 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7838 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_NdefMap.c
7839 In file included from external/libnfc-nxp/src/phFriNfc.h:38,
7840                 from external/libnfc-nxp/src/phFriNfc_NdefMap.h:37,
7841                 from external/libnfc-nxp/src/phFriNfc_NdefMap.c:31:
7842 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7843 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7844 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_IntNdefMap.c

```
7845 In file included from external/libnfc-nxp/src/phFriNfc.h:38,
7846                  from external/libnfc-nxp/src/phFriNfc_NdefMap.h:37,
7847                  from external/libnfc-nxp/src/phFriNfc_IntNdefMap.c:30:
7848 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7849 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7850 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_NdefReg.c
7851 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
7852                  from external/libnfc-nxp/src/phFriNfc_NdefReg.c:34:
7853 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7854 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7855 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:450: warning:
'phFriNfc_NdefRecord_NdefFlag' declared 'static' but never defined
7856 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:459: warning:
'phFriNfc_NdefRecord_RecordFlag' declared 'static' but never defined
7857 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:468: warning:
'phFriNfc_NdefRecord_TypeNameFormat' declared 'static' but never defined
7858 external/libnfc-nxp/src/phFriNfc_NdefRecord.h:487: warning:
'phFriNfc_NdefRecord_RecordIDCheck' declared 'static' but never defined
7859 target arm C: libnfc <= external/libnfc-
nxp/src/phFriNfc_DesfireFormat.c
7860 In file included from external/libnfc-nxp/src/phFriNfc.h:38,
7861                  from external/libnfc-nxp/src/phFriNfc_OvrHal.h:34,
7862                  from external/libnfc-
nxp/src/phFriNfc_DesfireFormat.c:31:
7863 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7864 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7865 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_MifULFormat.c
7866 In file included from external/libnfc-nxp/src/phFriNfc.h:38,
7867                  from external/libnfc-
nxp/src/phFriNfc_MifULFormat.h:33,
7868                  from external/libnfc-
nxp/src/phFriNfc_MifULFormat.c:30:
7869 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7870 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7871 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_MifStdFormat.c
7872 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_SmtCrdFmt.c
7873 target arm C: libnfc <= external/libnfc-nxp/src/phFriNfc_OvrHal.c
7874 In file included from external/libnfc-nxp/src/phFriNfc.h:38,
7875                  from external/libnfc-
nxp/src/phFriNfc_MifStdFormat.h:33,
7876                  from external/libnfc-
nxp/src/phFriNfc_MifStdFormat.c:30:
7877 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7878 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7879 In file included from external/libnfc-nxp/src/phFriNfc.h:38,
7880                  from external/libnfc-nxp/src/phFriNfc_OvrHal.h:34,
7881                  from external/libnfc-nxp/src/phFriNfc_SmtCrdFmt.c:34:
```

7882 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7883 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7884 target arm C: libnfc <= external/libnfc-nxp/Linux_x86/phOsalNfc_Timer.c
7885 target arm C: libnfc <= external/libnfc-nxp/Linux_x86/phOsalNfc.c
7886 target arm C: libnfc <= external/libnfc-nxp/Linux_x86/phOsalNfc_Utils.c
7887 In file included from external/libnfc-
nxp/Linux_x86/phOsalNfc_Utils.c:32:
7888 external/libnfc-nxp/inc/phNfcConfig.h:414:1:external/libnfc-
nxp/Linux_x86/phOsalNfc_Timer.c: In function 'phOsalNfc_Timer_DeferredCall':
warning: "NXP_NFC_HCI_TIMER" redefined
7889 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7890
7891 external/libnfc-nxp/Linux_x86/phOsalNfc_Timer.c:82: warning: comparison
of unsigned expression < 0 is always false
7892 external/libnfc-nxp/Linux_x86/phOsalNfc_Timer.c: In function
'phOsalNfc_Timer_Dummy_Cb':
7893 external/libnfc-nxp/Linux_x86/phOsalNfc_Timer.c:160: warning: unused
parameter 'timerid'
7894 external/libnfc-nxp/Linux_x86/phOsalNfc_Timer.c:160: warning: unused
parameter 'pContext'
7895 target arm C: libnfc <= external/libnfc-nxp/Linux_x86/phDal4Nfc_uart.c
7896 target arm C: libnfc <= external/libnfc-nxp/Linux_x86/phDal4Nfc.c
7897 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
7898                  from external/libnfc-nxp/inc/phNfcInterface.h:55,
7899                  from external/libnfc-
nxp/Linux_x86/phDal4Nfc_uart.h:32,
7900                  from external/libnfc-
nxp/Linux_x86/phDal4Nfc_uart.c:36:
7901 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
7902 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
7903 external/libnfc-nxp/Linux_x86/phOsalNfc.c: In function
'phOsalNfc_DbgString':
7904 external/libnfc-nxp/Linux_x86/phOsalNfc.c:77: warning: unused parameter
'pString'
7905 external/libnfc-nxp/Linux_x86/phOsalNfc.c: In function
'phOsalNfc_DbgTrace':
7906 external/libnfc-nxp/Linux_x86/phOsalNfc.c:89: warning: unused parameter
'data'
7907 external/libnfc-nxp/Linux_x86/phOsalNfc.c:89: warning: unused parameter
'size'
7908 external/libnfc-nxp/Linux_x86/phOsalNfc.c: In function
'phOsalNfc_RaiseException':
7909 external/libnfc-nxp/Linux_x86/phOsalNfc.c:141: warning: unused
parameter 'reason'
7910 target arm C: libnfc <= external/libnfc-nxp/Linux_x86/phDal4Nfc_i2c.c
7911 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
7912                  from external/libnfc-nxp/inc/phNfcInterface.h:55,
7913                  from external/libnfc-nxp/src/phDal4Nfc.h:55,
7914                  from external/libnfc-nxp/Linux_x86/phDal4Nfc.c:39:
7915 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined

7916 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7917 external/libnfc-nxp/Linux_x86/phDal4Nfc.c: In function
'phDal4Nfc_Register':
 7918 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:127: warning: unused
parameter 'psIFConf'
 7919 external/libnfc-nxp/Linux_x86/phDal4Nfc.c: In function
'phDal4Nfc_Shutdown':
 7920 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:264: warning: unused variable
'pThreadReturn'
 7921 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:261: warning: unused
parameter 'pContext'
 7922 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:261: warning: unused
parameter 'pHwRef'
 7923 external/libnfc-nxp/Linux_x86/phDal4Nfc.c: In function
'phDal4Nfc_ConfigRelease':
 7924 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:284: warning: unused
parameter 'pHwRef'
 7925 external/libnfc-nxp/Linux_x86/phDal4Nfc.c: In function
'phDal4Nfc_ReadWait':
 7926 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:462: warning: unused
parameter 'pContext'
 7927 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:462: warning: unused
parameter 'pHwRef'
 7928 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:462: warning: unused
parameter 'pBuffer'
 7929 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:462: warning: unused
parameter 'length'
 7930 external/libnfc-nxp/Linux_x86/phDal4Nfc.c: In function
'phDal4Nfc_ReadWaitCancel':
 7931 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:476: warning: unused
parameter 'pContext'
 7932 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:476: warning: unused
parameter 'pHwRef'
 7933 external/libnfc-nxp/Linux_x86/phDal4Nfc.c: In function
'phDal4Nfc_Config':
 7934 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:496: warning: comparison
between signed and unsigned integer expressions
 7935 external/libnfc-nxp/Linux_x86/phDal4Nfc.c: In function
'phDal4Nfc_Reset':
 7936 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:595: warning: format '%d'
expects type 'int', but argument 4 has type 'long int'
 7937 external/libnfc-nxp/Linux_x86/phDal4Nfc.c: In function
'phDal4Nfc_Download':
 7938 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:613: warning: format '%d'
expects type 'int', but argument 4 has type 'long int'
 7939 external/libnfc-nxp/Linux_x86/phDal4Nfc.c: In function
'phDal4Nfc_ReaderThread':
 7940 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:646: warning: unused variable
'retry_cnt'
 7941 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:645: warning: unused variable
'result'
 7942 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:644: warning: unused variable
'retvalue'
 7943 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:642: warning: unused
parameter 'pArg'

7944 external/libnfc-nxp/Linux_x86/phDal4Nfc.c: In function
'phDal4Nfc_StartThreads':
 7945 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:716: warning: unused variable
'nWriteThreadAttributes'
 7946 external/libnfc-nxp/Linux_x86/phDal4Nfc.c:715: warning: unused variable
'nReadThreadAttributes'
 7947 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7948                  from external/libnfc-nxp/inc/phNfcInterface.h:55,
 7949                  from external/libnfc-nxp/Linux_x86/phDal4Nfc_i2c.h:28,
 7950                  from external/libnfc-nxp/Linux_x86/phDal4Nfc_i2c.c:36:
 7951 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7952 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7953 target arm C: libnfc <= external/libnfc-
nxp/Linux_x86/phDal4Nfc_messageQueueLib.c
 7954 In file included from external/libnfc-nxp/inc/phNfcHalTypes.h:48,
 7955                  from external/libnfc-nxp/inc/phNfcInterface.h:55,
 7956                  from external/libnfc-nxp/src/phDal4Nfc.h:55,
 7957                  from external/libnfc-
nxp/Linux_x86/phDal4Nfc_messageQueueLib.c:38:
 7958 external/libnfc-nxp/inc/phNfcConfig.h:414:1: warning:
"NXP_NFC_HCI_TIMER" redefined
 7959 external/libnfc-nxp/inc/phNfcConfig.h:257:1: warning: this is the
location of the previous definition
 7960 external/libnfc-nxp/Linux_x86/phDal4Nfc_messageQueueLib.c: In function
'phDal4Nfc_msgget':
 7961 external/libnfc-nxp/Linux_x86/phDal4Nfc_messageQueueLib.c:70: warning:
unused parameter 'key'
 7962 external/libnfc-nxp/Linux_x86/phDal4Nfc_messageQueueLib.c:70: warning:
unused parameter 'msgflg'
 7963 external/libnfc-nxp/Linux_x86/phDal4Nfc_messageQueueLib.c: In function
'phDal4Nfc_msgctl':
 7964 external/libnfc-nxp/Linux_x86/phDal4Nfc_messageQueueLib.c:96: warning:
unused parameter 'cmd'
 7965 external/libnfc-nxp/Linux_x86/phDal4Nfc_messageQueueLib.c:96: warning:
unused parameter 'buf'
 7966 external/libnfc-nxp/Linux_x86/phDal4Nfc_messageQueueLib.c: In function
'phDal4Nfc_msgsnd':
 7967 external/libnfc-nxp/Linux_x86/phDal4Nfc_messageQueueLib.c:139: warning:
unused parameter 'msgflg'
 7968 external/libnfc-nxp/Linux_x86/phDal4Nfc_messageQueueLib.c: In function
'phDal4Nfc_msgrcv':
 7969 external/libnfc-nxp/Linux_x86/phDal4Nfc_messageQueueLib.c:190: warning:
unused parameter 'msgtyp'
 7970 external/libnfc-nxp/Linux_x86/phDal4Nfc_messageQueueLib.c:190: warning:
unused parameter 'msgflg'
 7971 target thumb C: libnfc_ndef <= external/libnfc-
nxp/src/phFriNfc_NdefRecord.c
 7972 target thumb C: libWnnEngDic <=
packages/inputmethods/OpenWnn/libs/libwnnEngDic/WnnEngDic.c
 7973 target thumb C: libWnnJpnDic <=
packages/inputmethods/OpenWnn/libs/libwnnJpnDic/WnnJpnDic.c
 7974 target thumb C: libwnndict <=
packages/inputmethods/OpenWnn/libs/libwnnDictionary/OpenWnnDictionaryImplJni.
c

```
7975 target thumb C: libwnndict <=
packages/inputmethods/OpenWnn/libs/libwnnDictionary/engine/ndapi.c
 7976 target thumb C: libwnndict <=
packages/inputmethods/OpenWnn/libs/libwnnDictionary/engine/neapi.c
 7977 target thumb C: libwnndict <=
packages/inputmethods/OpenWnn/libs/libwnnDictionary/engine/ndbdic.c
 7978 target thumb C: libwnndict <=
packages/inputmethods/OpenWnn/libs/libwnnDictionary/engine/ndfdic.c
 7979 target thumb C: libwnndict <=
packages/inputmethods/OpenWnn/libs/libwnnDictionary/engine/ndldic.c
 7980 target thumb C: libwnndict <=
packages/inputmethods/OpenWnn/libs/libwnnDictionary/engine/ndrdic.c
 7981 target thumb C: libwnndict <=
packages/inputmethods/OpenWnn/libs/libwnnDictionary/engine/necode.c
 7982 target thumb C: libwnndict <=
packages/inputmethods/OpenWnn/libs/libwnnDictionary/engine/ndcommon.c
 7983 target thumb C: libwnndict <=
packages/inputmethods/OpenWnn/libs/libwnnDictionary/engine/nj_str.c
 7984 target thumb C++: libjni_pinyinime <=
packages/inputmethods/PinyinIME/jni/android/com_android_inputmethod_pinyin_Pi
nyinDecoderService.cpp
 7985 target thumb C++: libjni_pinyinime <=
packages/inputmethods/PinyinIME/jni/share/dictbuilder.cpp
 7986 In file included from
packages/inputmethods/PinyinIME/jni/share/dictbuilder.cpp:23:
 7987 packages/inputmethods/PinyinIME/jni/share/../include/dicttrie.h:39:
warning: 'typedef' was ignored in this declaration
 7988 target thumb C++: libjni_pinyinime <=
packages/inputmethods/PinyinIME/jni/share/dictlist.cpp
 7989 target thumb C++: libjni_pinyinime <=
packages/inputmethods/PinyinIME/jni/share/dicttrie.cpp
 7990 In file included from
packages/inputmethods/PinyinIME/jni/share/dicttrie.cpp:20:
 7991 packages/inputmethods/PinyinIME/jni/share/../include/dicttrie.h:39:
warning: 'typedef' was ignored in this declaration
 7992 target thumb C++: libjni_pinyinime <=
packages/inputmethods/PinyinIME/jni/share/lpicache.cpp
 7993 target thumb C++: libjni_pinyinime <=
packages/inputmethods/PinyinIME/jni/share/matrixsearch.cpp
 7994 In file included from
packages/inputmethods/PinyinIME/jni/share/../include/matrixsearch.h:22,
 7995                    from
packages/inputmethods/PinyinIME/jni/share/matrixsearch.cpp:22:
 7996 packages/inputmethods/PinyinIME/jni/share/../include/./dicttrie.h:39:
warning: 'typedef' was ignored in this declaration
 7997 target thumb C++: libjni_pinyinime <=
packages/inputmethods/PinyinIME/jni/share/mystdlib.cpp
 7998 target thumb C++: libjni_pinyinime <=
packages/inputmethods/PinyinIME/jni/share/ngram.cpp
 7999 target thumb C++: libjni_pinyinime <=
packages/inputmethods/PinyinIME/jni/share/pinyinime.cpp
 8000 In file included from
packages/inputmethods/PinyinIME/jni/share/pinyinime.cpp:19:
 8001 packages/inputmethods/PinyinIME/jni/share/../include/dicttrie.h:39:
warning: 'typedef' was ignored in this declaration
 8002 target thumb C++: libjni_pinyinime <=
packages/inputmethods/PinyinIME/jni/share/searchutility.cpp
```

8003 target thumb C++: libjni_pinyinime <=
packages/inputmethods/PinyinIME/jni/share/spellingtable.cpp
 8004 target thumb C++: libjni_pinyinime <=
packages/inputmethods/PinyinIME/jni/share/spellingtrie.cpp
 8005 target thumb C++: libjni_pinyinime <=
packages/inputmethods/PinyinIME/jni/share/splparser.cpp
 8006 target thumb C++: libjni_pinyinime <=
packages/inputmethods/PinyinIME/jni/share/userdict.cpp
 8007 target thumb C++: libjni_pinyinime <=
packages/inputmethods/PinyinIME/jni/share/utf16char.cpp
 8008 packages/inputmethods/PinyinIME/jni/share/userdict.cpp: In member
function 'int
ime_pinyin::UserDict::put_lemmas_no_sync_from_utf16le_string(ime_pinyin::char
16*, int)':
 8009 packages/inputmethods/PinyinIME/jni/share/userdict.cpp:1761: warning:
comparison between signed and unsigned integer expressions
 8010 target thumb C++: libjni_pinyinime <=
packages/inputmethods/PinyinIME/jni/share/utf16reader.cpp
 8011 target thumb C++: libjni_pinyinime <=
packages/inputmethods/PinyinIME/jni/share/sync.cpp
 8012 target thumb C: amix <= device/samsung/crespo/libaudio2/amix.c
 8013 target thumb C: amix <= device/samsung/crespo/libaudio2/alsa_mixer.c
 8014 target thumb C: aplay <= device/samsung/crespo/libaudio2/aplay.c
 8015 target thumb C: aplay <= device/samsung/crespo/libaudio2/alsa_pcm.c
 8016 device/samsung/crespo/libaudio2/aplay.c: In function 'play_file':
 8017 device/samsung/crespo/libaudio2/aplay.c:71: warning: assignment from
incompatible pointer type
 8018 device/samsung/crespo/libaudio2/aplay.c:80: warning: comparison between
signed and unsigned integer expressions
 8019 target thumb C: aplay <= device/samsung/crespo/libaudio2/alsa_mixer.c
 8020 target thumb C++: app_process <=
frameworks/base/cmds/app_process/app_main.cpp
 8021 target thumb C++: libbinder <= frameworks/base/libs/binder/Binder.cpp
 8022 target thumb C++: libbinder <= frameworks/base/libs/binder/BpBinder.cpp
 8023 target thumb C++: libbinder <=
frameworks/base/libs/binder/IInterface.cpp
 8024 target thumb C++: libbinder <= frameworks/base/libs/binder/IMemory.cpp
 8025 target thumb C++: libbinder <=
frameworks/base/libs/binder/IPCThreadState.cpp
 8026 target thumb C++: libbinder <=
frameworks/base/libs/binder/IPermissionController.cpp
 8027 target thumb C++: libbinder <=
frameworks/base/libs/binder/IServiceManager.cpp
 8028 target thumb C++: libbinder <=
frameworks/base/libs/binder/MemoryDealer.cpp
 8029 target thumb C++: libbinder <=
frameworks/base/libs/binder/MemoryBase.cpp
 8030 target thumb C++: libbinder <=
frameworks/base/libs/binder/MemoryHeapBase.cpp
 8031 target thumb C++: libbinder <=
frameworks/base/libs/binder/MemoryHeapPmem.cpp
 8032 target thumb C++: libbinder <= frameworks/base/libs/binder/Parcel.cpp
 8033 target thumb C++: libbinder <=
frameworks/base/libs/binder/Permission.cpp
 8034 target thumb C++: libbinder <=
frameworks/base/libs/binder/ProcessState.cpp
 8035 target thumb C++: libbinder <= frameworks/base/libs/binder/Static.cpp

```
 8036 target arm C++: libandroid_runtime <=
frameworks/base/core/jni/com_google_android_gles_jni_GLImpl.cpp
 8037 target arm C++: libandroid_runtime <=
frameworks/base/core/jni/android/opengl/poly_clip.cpp
 8038 target arm C++: libandroid_runtime <=
frameworks/base/core/jni/android/opengl/util.cpp
 8039 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/ActivityManager.cpp
 8040 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/AndroidRuntime.cpp
 8041 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/CursorWindow.cpp
 8042 frameworks/base/core/jni/CursorWindow.cpp: In member function 'uint32_t
android::CursorWindow::alloc(size_t, bool)':
 8043 frameworks/base/core/jni/CursorWindow.cpp:161: warning: comparison
between signed and unsigned integer expressions
 8044 frameworks/base/core/jni/CursorWindow.cpp: In member function
'android::field_slot_t* android::CursorWindow::getFieldSlotWithCheck(int,
int)':
 8045 frameworks/base/core/jni/CursorWindow.cpp:224: warning: comparison
between signed and unsigned integer expressions
 8046 frameworks/base/core/jni/CursorWindow.cpp:224: warning: comparison
between signed and unsigned integer expressions
 8047 frameworks/base/core/jni/CursorWindow.cpp: In member function 'uint32_t
android::CursorWindow::read_field_slot(int, int, android::field_slot_t*)':
 8048 frameworks/base/core/jni/CursorWindow.cpp:243: warning: comparison
between signed and unsigned integer expressions
 8049 frameworks/base/core/jni/CursorWindow.cpp:243: warning: comparison
between signed and unsigned integer expressions
 8050 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/Time.cpp
 8051 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/com_google_android_gles_jni_EGLImpl.cpp
 8052 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_app_NativeActivity.cpp
 8053 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_opengl_GLES10.cpp
 8054 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_opengl_GLES10Ext.cpp
 8055 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_opengl_GLES11.cpp
 8056 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_opengl_GLES11Ext.cpp
 8057 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_opengl_GLES20.cpp
 8058 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_database_CursorWindow.cpp
 8059 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_database_SQLiteCompiledSql.cpp
 8060 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_database_SQLiteDebug.cpp
 8061 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_database_SQLiteDatabase.cpp
 8062 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_database_SQLiteProgram.cpp
 8063 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_database_SQLiteQuery.cpp
```

```
 8064 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_database_SQLiteStatement.cpp
 8065 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_emoji_EmojiFactory.cpp
 8066 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_view_Display.cpp
 8067 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_view_Surface.cpp
 8068 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_view_ViewRoot.cpp
 8069 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_view_InputChannel.cpp
 8070 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_view_InputQueue.cpp
 8071 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_view_KeyEvent.cpp
 8072 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_view_MotionEvent.cpp
 8073 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_text_AndroidCharacter.cpp
 8074 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_text_AndroidBidi.cpp
 8075 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_text_KeyCharacterMap.cpp
 8076 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_os_Debug.cpp
 8077 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_os_FileUtils.cpp
 8078 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_os_MemoryFile.cpp
 8079 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_os_MessageQueue.cpp
 8080 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_os_ParcelFileDescriptor.cpp
 8081 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_os_Power.cpp
 8082 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_os_StatFs.cpp
 8083 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_os_SystemClock.cpp
 8084 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_os_SystemProperties.cpp
 8085 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_os_UEventObserver.cpp
 8086 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_net_LocalSocketImpl.cpp
 8087 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_net_NetUtils.cpp
 8088 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_net_TrafficStats.cpp
 8089 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_net_wifi_Wifi.cpp
 8090 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_nio_utils.cpp
 8091 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_nfc_NdefMessage.cpp
```

```
 8092 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_nfc_NdefRecord.cpp
 8093 In file included from
frameworks/base/core/jni/android_nfc_NdefMessage.cpp:22:
 8094 frameworks/base/core/jni/android_nfc.h:25:1: warning: "LOG_TAG"
redefined
 8095 In file included from frameworks/base/include/utils/Log.h:31,
 8096                   from
dalvik/libnativehelper/include/nativehelper/JNIHelp.h:27,
 8097                   from
frameworks/base/core/jni/android_nfc_NdefMessage.cpp:20:
 8098 system/core/include/cutils/log.h:68:1: warning: this is the location of
the previous definition
 8099 In file included from
frameworks/base/core/jni/android_nfc_NdefRecord.cpp:24:
 8100 frameworks/base/core/jni/android_nfc.h:25:1: warning: "LOG_TAG"
redefined
 8101 frameworks/base/core/jni/android_nfc_NdefRecord.cpp:17:1: warning: this
is the location of the previous definition
 8102 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_pim_EventRecurrence.cpp
 8103 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_text_format_Time.cpp
 8104 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_security_Md5MessageDigest.cpp
 8105 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_util_AssetManager.cpp
 8106 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_util_Binder.cpp
 8107 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_util_EventLog.cpp
 8108 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_util_Log.cpp
 8109 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_util_FloatMath.cpp
 8110 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_util_Process.cpp
 8111 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_util_StringBlock.cpp
 8112 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_util_XmlBlock.cpp
 8113 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/AutoDecodeCancel.cpp
 8114 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/Bitmap.cpp
 8115 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/BitmapFactory.cpp
 8116 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/Camera.cpp
 8117 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/Canvas.cpp
 8118 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/ColorFilter.cpp
 8119 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/DrawFilter.cpp
 8120 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/CreateJavaOutputStreamAdaptor.cpp
```

```
 8121 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/Graphics.cpp
 8122 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/Interpolator.cpp
 8123 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/LayerRasterizer.cpp
 8124 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/MaskFilter.cpp
 8125 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/Matrix.cpp
 8126 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/Movie.cpp
 8127 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/NinePatch.cpp
 8128 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/NinePatchImpl.cpp
 8129 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/Paint.cpp
 8130 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/Path.cpp
 8131 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/PathMeasure.cpp
 8132 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/PathEffect.cpp
 8133 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_graphics_PixelFormat.cpp
 8134 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/Picture.cpp
 8135 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/PorterDuff.cpp
 8136 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/Rasterizer.cpp
 8137 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/Region.cpp
 8138 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/Shader.cpp
 8139 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/Utils.cpp
 8140 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/Typeface.cpp
 8141 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/Xfermode.cpp
 8142 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android/graphics/YuvToJpegEncoder.cpp
 8143 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_media_AudioRecord.cpp
 8144 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_media_AudioSystem.cpp
 8145 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_media_AudioTrack.cpp
 8146 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_media_JetPlayer.cpp
 8147 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_media_ToneGenerator.cpp
 8148 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_hardware_Camera.cpp
```

```
 8149 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_hardware_SensorManager.cpp
 8150 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_debug_JNITest.cpp
 8151 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_util_FileObserver.cpp
 8152 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_bluetooth_HeadsetBase.cpp
 8153 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_bluetooth_common.cpp
 8154 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_bluetooth_BluetoothAudioGateway.cpp
 8155 frameworks/base/core/jni/android_bluetooth_BluetoothAudioGateway.cpp:
In function 'int android::setup_listening_socket(int, int)':
 8156
frameworks/base/core/jni/android_bluetooth_BluetoothAudioGateway.cpp:494:
warning: taking address of temporary
 8157 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_bluetooth_BluetoothSocket.cpp
 8158 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_bluetooth_ScoSocket.cpp
 8159 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_server_BluetoothService.cpp
 8160 frameworks/base/core/jni/android_bluetooth_BluetoothSocket.cpp: In
function 'int android::bindListenNative(JNIEnv*, _jobject*)':
 8161 frameworks/base/core/jni/android_bluetooth_BluetoothSocket.cpp:248:
warning: taking address of temporary
 8162 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_server_BluetoothEventLoop.cpp
 8163 frameworks/base/core/jni/android_bluetooth_ScoSocket.cpp: In function
'int android::accept_work(int)':
 8164 frameworks/base/core/jni/android_bluetooth_ScoSocket.cpp:557: warning:
taking address of temporary
 8165 frameworks/base/core/jni/android_bluetooth_ScoSocket.cpp: In function
'int android::connect_work(const char*, uint16_t)':
 8166 frameworks/base/core/jni/android_bluetooth_ScoSocket.cpp:625: warning:
taking address of temporary
 8167 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_server_BluetoothA2dpService.cpp
 8168 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_server_Watchdog.cpp
 8169 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_message_digest_sha1.cpp
 8170 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_ddm_DdmHandleNativeHeap.cpp
 8171 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/com_android_internal_os_ZygoteInit.cpp
 8172 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/com_android_internal_graphics_NativeUtils.cpp
 8173 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_backup_BackupDataInput.cpp
 8174 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_backup_BackupDataOutput.cpp
 8175 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_backup_FileBackupHelperBase.cpp
 8176 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_backup_BackupHelperDispatcher.cpp
```

8177 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_content_res_ObbScanner.cpp
 8178 target thumb C++: libandroid_runtime <=
frameworks/base/core/jni/android_content_res_Configuration.cpp
 8179 target thumb C: libnetutils <= system/core/libnetutils/dhcpclient.c
 8180 target thumb C: libnetutils <= system/core/libnetutils/dhcpmsg.c
 8181 target thumb C: libnetutils <= system/core/libnetutils/dhcp_utils.c
 8182 target thumb C: libnetutils <= system/core/libnetutils/ifc_utils.c
 8183 target thumb C: libnetutils <= system/core/libnetutils/packet.c
 8184 target thumb C++: libui <= frameworks/base/libs/ui/EGLUtils.cpp
 8185 target thumb C++: libui <= frameworks/base/libs/ui/EventHub.cpp
 8186 target thumb C++: libui <= frameworks/base/libs/ui/EventRecurrence.cpp
 8187 target thumb C++: libui <= frameworks/base/libs/ui/GraphicBuffer.cpp
 8188 target thumb C++: libui <=
frameworks/base/libs/ui/FramebufferNativeWindow.cpp
 8189 frameworks/base/libs/ui/GraphicBuffer.cpp: In member function
'android::status_t android::GraphicBuffer::reallocate(uint32_t, uint32_t,
android::PixelFormat, uint32_t)':
 8190 frameworks/base/libs/ui/GraphicBuffer.cpp:114: warning: comparison
between signed and unsigned integer expressions
 8191 frameworks/base/libs/ui/GraphicBuffer.cpp:114: warning: comparison
between signed and unsigned integer expressions
 8192 frameworks/base/libs/ui/GraphicBuffer.cpp:114: warning: comparison
between signed and unsigned integer expressions
 8193 target thumb C++: libui <=
frameworks/base/libs/ui/GraphicBufferAllocator.cpp
 8194 target thumb C++: libui <=
frameworks/base/libs/ui/GraphicBufferMapper.cpp
 8195 target thumb C++: libui <= frameworks/base/libs/ui/GraphicLog.cpp
 8196 target thumb C++: libui <= frameworks/base/libs/ui/KeyLayoutMap.cpp
 8197 target thumb C++: libui <= frameworks/base/libs/ui/Input.cpp
 8198 target thumb C++: libui <= frameworks/base/libs/ui/KeyCharacterMap.cpp
 8199 target thumb C++: libui <= frameworks/base/libs/ui/InputDispatcher.cpp
 8200 target thumb C++: libui <= frameworks/base/libs/ui/InputManager.cpp
 8201 target thumb C++: libui <= frameworks/base/libs/ui/InputReader.cpp
 8202 target thumb C++: libui <= frameworks/base/libs/ui/InputTransport.cpp
 8203 target thumb C++: libui <= frameworks/base/libs/ui/IOverlay.cpp
 8204 target thumb C++: libui <= frameworks/base/libs/ui/Overlay.cpp
 8205 target thumb C++: libui <= frameworks/base/libs/ui/PixelFormat.cpp
 8206 target thumb C++: libui <= frameworks/base/libs/ui/Rect.cpp
 8207 target thumb C++: libui <= frameworks/base/libs/ui/Region.cpp
 8208 target arm C++: libEGL <=
frameworks/base/opengl/libs/EGL/getProcAddress.cpp
 8209 target thumb C++: libEGL <= frameworks/base/opengl/libs/EGL/egl.cpp
 8210 target thumb C++: libEGL <= frameworks/base/opengl/libs/EGL/hooks.cpp
 8211 target thumb C++: libEGL <= frameworks/base/opengl/libs/EGL/Loader.cpp
 8212 target asm: libpixelflinger <=
system/core/libpixelflinger/t32cb16blend.S
 8213 target asm: libpixelflinger <=
system/core/libpixelflinger/col32cb16blend.S
 8214 target arm C++: libpixelflinger <=
system/core/libpixelflinger/fixed.cpp
 8215 target arm C++: libpixelflinger <=
system/core/libpixelflinger/picker.cpp
 8216 target arm C++: libpixelflinger <=
system/core/libpixelflinger/pixelflinger.cpp
 8217 target arm C++: libpixelflinger <= system/core/libpixelflinger/trap.cpp

8218 target arm C++: libpixelflinger <=
system/core/libpixelflinger/scanline.cpp
 8219 target thumb C++: libpixelflinger <=
system/core/libpixelflinger/codeflinger/ARMAssemblerInterface.cpp
 8220 target thumb C++: libpixelflinger <=
system/core/libpixelflinger/codeflinger/ARMAssemblerProxy.cpp
 8221 target thumb C++: libpixelflinger <=
system/core/libpixelflinger/codeflinger/ARMAssembler.cpp
 8222 target thumb C++: libpixelflinger <=
system/core/libpixelflinger/codeflinger/CodeCache.cpp
 8223 target thumb C++: libpixelflinger <=
system/core/libpixelflinger/codeflinger/GGLAssembler.cpp
 8224 target thumb C++: libpixelflinger <=
system/core/libpixelflinger/codeflinger/load_store.cpp
 8225 target thumb C++: libpixelflinger <=
system/core/libpixelflinger/codeflinger/blending.cpp
 8226 target thumb C++: libpixelflinger <=
system/core/libpixelflinger/codeflinger/texturing.cpp
 8227 target thumb C++: libpixelflinger <=
system/core/libpixelflinger/tinyutils/SharedBuffer.cpp
 8228 target thumb C++: libpixelflinger <=
system/core/libpixelflinger/tinyutils/VectorImpl.cpp
 8229 target thumb C++: libpixelflinger <=
system/core/libpixelflinger/format.cpp
 8230 target thumb C++: libpixelflinger <=
system/core/libpixelflinger/clear.cpp
 8231 target thumb C++: libpixelflinger <=
system/core/libpixelflinger/raster.cpp
 8232 target thumb C++: libpixelflinger <=
system/core/libpixelflinger/buffer.cpp
 8233 target thumb C: libpixelflinger <=
system/core/libpixelflinger/codeflinger/disassem.c
 8234 system/core/libpixelflinger/codeflinger/disassem.c:699: warning:
initialization from incompatible pointer type
 8235 target thumb C: libhardware_legacy <=
hardware/libhardware_legacy/power/power.c
 8236 target thumb C: libhardware_legacy <=
hardware/libhardware_legacy/power/power_qemu.c
 8237 target thumb C: libhardware_legacy <=
hardware/libhardware_legacy/qemu/qemu.c
 8238 target thumb C: libhardware_legacy <=
hardware/libhardware_legacy/qemu_tracing/qemu_tracing.c
 8239 target thumb C: libhardware_legacy <=
hardware/libhardware_legacy/uevent/uevent.c
 8240 target thumb C: libhardware_legacy <=
hardware/libhardware_legacy/vibrator/vibrator.c
 8241 target thumb C: libhardware_legacy <=
hardware/libhardware_legacy/wifi/wifi.c
 8242 target thumb C: libwpa_client <=
external/wpa_supplicant_6/wpa_supplicant/src/common/wpa_ctrl.c
 8243 target thumb C: libwpa_client <=
external/wpa_supplicant_6/wpa_supplicant/src/utils/os_unix.c
 8244 target asm: libpixelflinger_armv6 <=
system/core/libpixelflinger/rotate90CW_4x4_16v6.S
 8245 target thumb C: libhardware <= hardware/libhardware/hardware.c
 8246 target thumb C++: libgui <=
frameworks/base/libs/gui/ISensorEventConnection.cpp

```
8247 target thumb C++: libgui <= frameworks/base/libs/gui/ISensorServer.cpp
8248 target thumb C++: libgui <= frameworks/base/libs/gui/Sensor.cpp
8249 target thumb C++: libgui <= frameworks/base/libs/gui/SensorChannel.cpp
8250 target thumb C++: libgui <=
frameworks/base/libs/gui/SensorEventQueue.cpp
8251 target thumb C++: libgui <= frameworks/base/libs/gui/SensorManager.cpp
8252 target thumb C++: libsurfaceflinger_client <=
frameworks/base/libs/surfaceflinger_client/ISurfaceComposer.cpp
8253 target thumb C++: libsurfaceflinger_client <=
frameworks/base/libs/surfaceflinger_client/ISurface.cpp
8254 target thumb C++: libsurfaceflinger_client <=
frameworks/base/libs/surfaceflinger_client/ISurfaceComposerClient.cpp
8255 target thumb C++: libsurfaceflinger_client <=
frameworks/base/libs/surfaceflinger_client/LayerState.cpp
8256 target thumb C++: libsurfaceflinger_client <=
frameworks/base/libs/surfaceflinger_client/SharedBufferStack.cpp
8257 target thumb C++: libsurfaceflinger_client <=
frameworks/base/libs/surfaceflinger_client/Surface.cpp
8258 target thumb C++: libsurfaceflinger_client <=
frameworks/base/libs/surfaceflinger_client/SurfaceComposerClient.cpp
8259 target thumb C++: libcamera_client <=
frameworks/base/libs/camera/Camera.cpp
8260 target thumb C++: libcamera_client <=
frameworks/base/libs/camera/CameraParameters.cpp
8261 target thumb C++: libcamera_client <=
frameworks/base/libs/camera/ICamera.cpp
8262 target thumb C++: libcamera_client <=
frameworks/base/libs/camera/ICameraClient.cpp
8263 target thumb C++: libcamera_client <=
frameworks/base/libs/camera/ICameraService.cpp
8264 target arm C++: libskiagl <= external/skia/src/gl/SkGL.cpp
8265 target arm C++: libskiagl <= external/skia/src/gl/SkGLCanvas.cpp
8266 target arm C++: libskiagl <= external/skia/src/gl/SkGLDevice.cpp
8267 target arm C++: libskiagl <=
external/skia/src/gl/SkGLDevice_SWLayer.cpp
8268 target arm C++: libskiagl <= external/skia/src/gl/SkGLTextCache.cpp
8269 target arm C++: libskiagl <= external/skia/src/gl/SkTextureCache.cpp
8270 target arm C++: libskia <= external/skia/src/core/Sk64.cpp
8271 target arm C++: libskia <= external/skia/src/core/SkBuffer.cpp
8272 target arm C++: libskia <= external/skia/src/core/SkChunkAlloc.cpp
8273 target arm C++: libskia <= external/skia/src/core/SkCordic.cpp
8274 target arm C++: libskia <= external/skia/src/core/SkDebug.cpp
8275 target arm C++: libskia <= external/skia/src/core/SkMath.cpp
8276 target arm C++: libskia <= external/skia/src/core/SkMatrix.cpp
8277 target arm C++: libskia <= external/skia/src/core/SkFloatBits.cpp
8278 target arm C++: libskia <= external/skia/src/core/SkMemory_stdlib.cpp
8279 target arm C++: libskia <= external/skia/src/core/SkPoint.cpp
8280 target arm C++: libskia <= external/skia/src/core/SkRect.cpp
8281 target arm C++: libskia <= external/skia/src/core/SkRegion.cpp
8282 target arm C++: libskia <= external/skia/src/core/SkString.cpp
8283 target arm C++: libskia <= external/skia/src/core/SkUtils.cpp
8284 target arm C++: libskia <= external/skia/src/ports/SkDebug_android.cpp
8285 target arm C++: libskia <= external/skia/src/effects/Sk1DPathEffect.cpp
8286 target arm C++: libskia <= external/skia/src/effects/Sk2DPathEffect.cpp
8287 target arm C++: libskia <=
external/skia/src/effects/SkAvoidXfermode.cpp
```

```
 8288 target arm C++: libskia <=
external/skia/src/effects/SkBlurDrawLooper.cpp
 8289 target arm C++: libskia <= external/skia/src/effects/SkBlurMask.cpp
 8290 target arm C++: libskia <=
external/skia/src/effects/SkBlurMaskFilter.cpp
 8291 target arm C++: libskia <= external/skia/src/effects/SkColorFilters.cpp
 8292 target arm C++: libskia <=
external/skia/src/effects/SkColorMatrixFilter.cpp
 8293 target arm C++: libskia <=
external/skia/src/effects/SkCornerPathEffect.cpp
 8294 target arm C++: libskia <=
external/skia/src/effects/SkDashPathEffect.cpp
 8295 target arm C++: libskia <=
external/skia/src/effects/SkDiscretePathEffect.cpp
 8296 target arm C++: libskia <= external/skia/src/effects/SkEmbossMask.cpp
 8297 target arm C++: libskia <=
external/skia/src/effects/SkEmbossMaskFilter.cpp
 8298 target arm C++: libskia <=
external/skia/src/effects/SkGradientShader.cpp
 8299 target arm C++: libskia <=
external/skia/src/effects/SkLayerDrawLooper.cpp
 8300 target arm C++: libskia <=
external/skia/src/effects/SkLayerRasterizer.cpp
 8301 target arm C++: libskia <=
external/skia/src/effects/SkPaintFlagsDrawFilter.cpp
 8302 target arm C++: libskia <=
external/skia/src/effects/SkPixelXorXfermode.cpp
 8303 target arm C++: libskia <= external/skia/src/effects/SkPorterDuff.cpp
 8304 target arm C++: libskia <=
external/skia/src/effects/SkTransparentShader.cpp
 8305 target arm C++: libskia <=
external/skia/src/effects/SkTableMaskFilter.cpp
 8306 target arm C++: libskia <=
external/skia/src/images/bmpdecoderhelper.cpp
 8307 target arm C++: libskia <= external/skia/src/images/SkFDStream.cpp
 8308 target arm C++: libskia <= external/skia/src/images/SkImageDecoder.cpp
 8309 target arm C++: libskia <= external/skia/src/images/SkFlipPixelRef.cpp
 8310 target arm C++: libskia <=
external/skia/src/images/SkImageDecoder_libbmp.cpp
 8311 target arm C++: libskia <=
external/skia/src/images/SkImageDecoder_libgif.cpp
 8312 target arm C++: libskia <=
external/skia/src/images/SkImageDecoder_libjpeg.cpp
 8313 target arm C++: libskia <=
external/skia/src/images/SkImageDecoder_libpng.cpp
 8314 target arm C++: libskia <=
external/skia/src/images/SkImageDecoder_libico.cpp
 8315 target arm C++: libskia <=
external/skia/src/images/SkImageDecoder_wbmp.cpp
 8316 external/skia/src/images/SkImageDecoder_libpng.cpp: In member function
'virtual bool SkPNGImageDecoder::onDecodeRegion(SkBitmap*, SkIRect)':
 8317 external/skia/src/images/SkImageDecoder_libpng.cpp:758: warning:
comparison between signed and unsigned integer expressions
 8318 external/skia/src/images/SkImageDecoder_libpng.cpp: In member function
'virtual bool SkPNGImageEncoder::onEncode(SkWStream*, const SkBitmap&, int)':
 8319 external/skia/src/images/SkImageDecoder_libpng.cpp:1018: warning:
variable 'hasAlpha' might be clobbered by 'longjmp' or 'vfork'
```

8320 external/skia/src/images/SkImageDecoder_libpng.cpp:1019: warning:
variable 'colorType' might be clobbered by 'longjmp' or 'vfork'
 8321 external/skia/src/images/SkImageDecoder_libjpeg.cpp: In member function
'virtual bool SkJPEGImageEncoder::onEncode(SkWStream*, const SkBitmap&,
int)':
 8322 external/skia/src/images/SkImageDecoder_libjpeg.cpp:838: warning:
variable 'writer' might be clobbered by 'longjmp' or 'vfork'
 8323 target arm C++: libskia <= external/skia/src/images/SkImageEncoder.cpp
 8324 target arm C++: libskia <= external/skia/src/images/SkImageRef.cpp
 8325 target arm C++: libskia <=
external/skia/src/images/SkImageRef_GlobalPool.cpp
 8326 target arm C++: libskia <= external/skia/src/images/SkImageRefPool.cpp
 8327 target arm C++: libskia <= external/skia/src/images/SkJpegUtility.cpp
 8328 target arm C++: libskia <=
external/skia/src/images/SkBitmapRegionDecoder.cpp
 8329 target arm C++: libskia <= external/skia/src/images/SkMovie.cpp
 8330 external/skia/src/images/SkJpegUtility.cpp: In function 'boolean
sk_seek_input_data(jpeg_decompress_struct*, long int)':
 8331 external/skia/src/images/SkJpegUtility.cpp:31: warning: comparison
between signed and unsigned integer expressions
 8332 target arm C++: libskia <= external/skia/src/images/SkMovie_gif.cpp
 8333 target arm C++: libskia <= external/skia/src/images/SkPageFlipper.cpp
 8334 target arm C++: libskia <=
external/skia/src/images/SkScaledBitmapSampler.cpp
 8335 target arm C++: libskia <=
external/skia/src/images/SkCreateRLEPixelRef.cpp
 8336 target arm C++: libskia <=
external/skia/src/images/SkImageDecoder_Factory.cpp
 8337 target arm C++: libskia <=
external/skia/src/images/SkImageEncoder_Factory.cpp
 8338 target arm C++: libskia <= external/skia/src/ports/SkFontHost_gamma.cpp
 8339 target arm C++: libskia <=
external/skia/src/ports/SkFontHost_android.cpp
 8340 target arm C++: libskia <=
external/skia/src/ports/SkFontHost_FreeType.cpp
 8341 target arm C++: libskia <=
external/skia/src/ports/SkFontHost_tables.cpp
 8342 target arm C++: libskia <= external/skia/src/ports/SkGlobals_global.cpp
 8343 target arm C++: libskia <=
external/skia/src/ports/SkImageRef_ashmem.cpp
 8344 target arm C++: libskia <= external/skia/src/ports/SkOSFile_stdio.cpp
 8345 target arm C++: libskia <= external/skia/src/ports/SkTime_Unix.cpp
 8346 target arm C++: libskia <= external/skia/src/core/SkAlphaRuns.cpp
 8347 target arm C++: libskia <= external/skia/src/core/SkBitmap.cpp
 8348 target arm C++: libskia <= external/skia/src/core/SkBitmap_scroll.cpp
 8349 target arm C++: libskia <= external/skia/src/core/SkBitmapProcState.cpp
 8350 target arm C++: libskia <=
external/skia/src/core/SkBitmapProcShader.cpp
 8351 target arm C++: libskia <=
external/skia/src/core/SkBitmapProcState_matrixProcs.cpp
 8352 In file included from
external/skia/src/core/SkBitmapProcState_filter.h:19,
 8353                  from external/skia/src/core/SkBitmapProcState.cpp:2:
 8354 bionic/libc/arch-arm/include/machine/cpu-features.h:184:1: warning:
"__ARM_HAVE_NEON" redefined
 8355 <command-line>: warning: this is the location of the previous
definition

```
8356 target arm C++: libskia <= external/skia/src/core/SkBitmapSampler.cpp
8357 target arm C++: libskia <= external/skia/src/core/SkBlitRow_D16.cpp
8358 target arm C++: libskia <= external/skia/src/core/SkBlitRow_D32.cpp
8359 target arm C++: libskia <= external/skia/src/core/SkBlitRow_D4444.cpp
8360 target arm C++: libskia <= external/skia/src/core/SkBlitter.cpp
8361 target arm C++: libskia <= external/skia/src/core/SkBlitter_4444.cpp
8362 target arm C++: libskia <= external/skia/src/core/SkBlitter_A1.cpp
8363 target arm C++: libskia <= external/skia/src/core/SkBlitter_A8.cpp
8364 target arm C++: libskia <= external/skia/src/core/SkBlitter_ARGB32.cpp
8365 target arm C++: libskia <= external/skia/src/core/SkBlitter_RGB16.cpp
8366 target arm C++: libskia <= external/skia/src/core/SkBlitter_Sprite.cpp
8367 target arm C++: libskia <= external/skia/src/core/SkCanvas.cpp
8368 target arm C++: libskia <= external/skia/src/core/SkColor.cpp
8369 target arm C++: libskia <= external/skia/src/core/SkColorFilter.cpp
8370 target arm C++: libskia <= external/skia/src/core/SkColorTable.cpp
8371 target arm C++: libskia <= external/skia/src/core/SkComposeShader.cpp
8372 target arm C++: libskia <= external/skia/src/core/SkDeque.cpp
8373 target arm C++: libskia <= external/skia/src/core/SkDevice.cpp
8374 target arm C++: libskia <= external/skia/src/core/SkDither.cpp
8375 target arm C++: libskia <= external/skia/src/core/SkDraw.cpp
8376 target arm C++: libskia <= external/skia/src/core/SkEdge.cpp
8377 target arm C++: libskia <= external/skia/src/core/SkEdgeBuilder.cpp
8378 target arm C++: libskia <= external/skia/src/core/SkEdgeClipper.cpp
8379 target arm C++: libskia <= external/skia/src/core/SkFilterProc.cpp
8380 target arm C++: libskia <= external/skia/src/core/SkFlattenable.cpp
8381 target arm C++: libskia <= external/skia/src/core/SkGeometry.cpp
8382 target arm C++: libskia <= external/skia/src/core/SkGlobals.cpp
8383 target arm C++: libskia <= external/skia/src/core/SkGlyphCache.cpp
8384 target arm C++: libskia <= external/skia/src/core/SkGraphics.cpp
8385 target arm C++: libskia <= external/skia/src/core/SkLineClipper.cpp
8386 target arm C++: libskia <= external/skia/src/core/SkMMapStream.cpp
8387 target arm C++: libskia <= external/skia/src/core/SkMask.cpp
8388 target arm C++: libskia <= external/skia/src/core/SkMaskFilter.cpp
8389 target arm C++: libskia <= external/skia/src/core/SkPackBits.cpp
8390 target arm C++: libskia <= external/skia/src/core/SkPaint.cpp
8391 target arm C++: libskia <= external/skia/src/core/SkPath.cpp
8392 target arm C++: libskia <= external/skia/src/core/SkPathEffect.cpp
8393 target arm C++: libskia <= external/skia/src/core/SkPathHeap.cpp
8394 target arm C++: libskia <= external/skia/src/core/SkPathMeasure.cpp
8395 target arm C++: libskia <= external/skia/src/core/SkPicture.cpp
8396 target arm C++: libskia <= external/skia/src/core/SkPictureFlat.cpp
8397 target arm C++: libskia <= external/skia/src/core/SkPicturePlayback.cpp
8398 target arm C++: libskia <= external/skia/src/core/SkPictureRecord.cpp
8399 target arm C++: libskia <= external/skia/src/core/SkPixelRef.cpp
8400 target arm C++: libskia <=
external/skia/src/core/SkProcSpriteBlitter.cpp
8401 target arm C++: libskia <= external/skia/src/core/SkPtrRecorder.cpp
8402 target arm C++: libskia <= external/skia/src/core/SkQuadClipper.cpp
8403 target arm C++: libskia <= external/skia/src/core/SkRasterizer.cpp
8404 target arm C++: libskia <= external/skia/src/core/SkRefCnt.cpp
8405 target arm C++: libskia <= external/skia/src/core/SkRegion_path.cpp
8406 target arm C++: libskia <= external/skia/src/core/SkScalerContext.cpp
8407 external/skia/include/core/SkDescriptor.h: In member function
'SkScalerContext* SkScalerContext::getNextContext()':
8408 external/skia/include/core/SkDescriptor.h:44: warning: dereferencing
pointer '<anonymous>' does break strict-aliasing rules
```

```
 8409 external/skia/include/core/SkDescriptor.h:69: warning: dereferencing
pointer '<anonymous>' does break strict-aliasing rules
 8410 external/skia/include/core/SkDescriptor.h:141: warning: dereferencing
pointer '<anonymous>' does break strict-aliasing rules
 8411 external/skia/include/core/SkDescriptor.h:63: warning: dereferencing
pointer '<anonymous>' does break strict-aliasing rules
 8412 external/skia/include/core/SkDescriptor.h:63: warning: dereferencing
pointer '<anonymous>' does break strict-aliasing rules
 8413 external/skia/include/core/SkDescriptor.h:62: warning: dereferencing
pointer '<anonymous>' does break strict-aliasing rules
 8414 external/skia/include/core/SkDescriptor.h:62: warning: dereferencing
pointer '<anonymous>' does break strict-aliasing rules
 8415 external/skia/include/core/SkDescriptor.h:45: warning: dereferencing
pointer '<anonymous>' does break strict-aliasing rules
 8416 external/skia/include/core/SkDescriptor.h:164: note: initialized from
here
 8417 external/skia/include/core/SkDescriptor.h:58: warning: dereferencing
pointer 'entry' does break strict-aliasing rules
 8418 external/skia/include/core/SkDescriptor.h:57: warning: dereferencing
pointer 'entry' does break strict-aliasing rules
 8419 external/skia/include/core/SkDescriptor.h:56: note: initialized from
here
 8420 external/skia/src/core/SkScalerContext.cpp:197: warning: dereferencing
pointer 'newRec' does break strict-aliasing rules
 8421 external/skia/src/core/SkScalerContext.cpp:196: note: initialized from
here
 8422 target arm C++: libskia <= external/skia/src/core/SkScan.cpp
 8423 target arm C++: libskia <= external/skia/src/core/SkScan_AntiPath.cpp
 8424 target arm C++: libskia <= external/skia/src/core/SkScan_Antihair.cpp
 8425 target arm C++: libskia <= external/skia/src/core/SkScan_Hairline.cpp
 8426 target arm C++: libskia <= external/skia/src/core/SkScan_Path.cpp
 8427 target arm C++: libskia <= external/skia/src/core/SkShader.cpp
 8428 target arm C++: libskia <= external/skia/src/core/SkShape.cpp
 8429 target arm C++: libskia <=
external/skia/src/core/SkSpriteBlitter_ARGB32.cpp
 8430 target arm C++: libskia <=
external/skia/src/core/SkSpriteBlitter_RGB16.cpp
 8431 target arm C++: libskia <= external/skia/src/core/SkStream.cpp
 8432 target arm C++: libskia <= external/skia/src/core/SkStroke.cpp
 8433 target arm C++: libskia <= external/skia/src/core/SkStrokerPriv.cpp
 8434 target arm C++: libskia <= external/skia/src/core/SkTSearch.cpp
 8435 target arm C++: libskia <= external/skia/src/core/SkTypeface.cpp
 8436 target arm C++: libskia <= external/skia/src/core/SkUnPreMultiply.cpp
 8437 target arm C++: libskia <= external/skia/src/core/SkXfermode.cpp
 8438 target arm C++: libskia <= external/skia/src/core/SkWriter32.cpp
 8439 target arm C++: libskia <= external/skia/src/utils/SkBoundaryPatch.cpp
 8440 target arm C++: libskia <= external/skia/src/utils/SkCamera.cpp
 8441 target arm C++: libskia <= external/skia/src/utils/SkDumpCanvas.cpp
 8442 target arm C++: libskia <= external/skia/src/utils/SkInterpolator.cpp
 8443 target arm C++: libskia <= external/skia/src/utils/SkLayer.cpp
 8444 target arm C++: libskia <= external/skia/src/utils/SkMeshUtils.cpp
 8445 target arm C++: libskia <= external/skia/src/utils/SkNinePatch.cpp
 8446 target arm C++: libskia <= external/skia/src/utils/SkProxyCanvas.cpp
 8447 target arm C++: libskia <=
external/skia/src/opts/SkBlitRow_opts_arm.cpp
 8448 target arm C++: libskia <=
external/skia/src/opts/SkBitmapProcState_opts_arm.cpp
```

8449 In file included from external/skia/src/opts/SkBlitRow_opts_arm.cpp:19:
8450 bionic/libc/arch-arm/include/machine/cpu-features.h:184:1: warning:
"__ARM_HAVE_NEON" redefined
8451 <command-line>: warning: this is the location of the previous
definition
8452 In file included from
external/skia/src/opts/SkBitmapProcState_opts_arm.cpp:18:
8453 bionic/libc/arch-arm/include/machine/cpu-features.h:184:1: warning:
"__ARM_HAVE_NEON" redefined
8454 <command-line>: warning: this is the location of the previous
definition
8455 target arm C++: libskia <= external/skia/emoji/EmojiFont.cpp
8456 target thumb C++: libemoji <= frameworks/opt/emoji/EmojiFactory.cpp
8457 external/skia/src/opts/SkBlitRow_opts_arm.cpp: In function 'void
S32A_D565_Opaque_neon(uint16_t*, const SkPMColor*, int, U8CPU, int, int)':
8458 external/skia/src/opts/SkBlitRow_opts_arm.cpp:109: warning: 'keep_dst'
may be used uninitialized in this function
8459 external/skia/src/opts/SkBlitRow_opts_arm.cpp:201: warning: 'keep_dst'
may be used uninitialized in this function
8460 target asm: libjpeg <= external/jpeg/jidctfst.S
8461 target arm C: libjpeg <= external/jpeg/jcapimin.c
8462 target arm C: libjpeg <= external/jpeg/jcapistd.c
8463 target arm C: libjpeg <= external/jpeg/jccoefct.c
8464 target arm C: libjpeg <= external/jpeg/jccolor.c
8465 target arm C: libjpeg <= external/jpeg/jcdctmgr.c
8466 target arm C: libjpeg <= external/jpeg/jchuff.c
8467 target arm C: libjpeg <= external/jpeg/jcinit.c
8468 target arm C: libjpeg <= external/jpeg/jcmainct.c
8469 external/jpeg/jcmainct.c: In function 'start_pass_main':
8470 external/jpeg/jcmainct.c:71: warning: 'main' is usually a function
8471 external/jpeg/jcmainct.c: In function 'process_data_simple_main':
8472 external/jpeg/jcmainct.c:117: warning: 'main' is usually a function
8473 external/jpeg/jcmainct.c: In function 'jinit_c_main_controller':
8474 external/jpeg/jcmainct.c:247: warning: 'main' is usually a function
8475 target arm C: libjpeg <= external/jpeg/jcmaster.c
8476 target arm C: libjpeg <= external/jpeg/jcmarker.c
8477 target arm C: libjpeg <= external/jpeg/jcomapi.c
8478 target arm C: libjpeg <= external/jpeg/jcparam.c
8479 target arm C: libjpeg <= external/jpeg/jcphuff.c
8480 target arm C: libjpeg <= external/jpeg/jcprepct.c
8481 target arm C: libjpeg <= external/jpeg/jcsample.c
8482 target arm C: libjpeg <= external/jpeg/jctrans.c
8483 target arm C: libjpeg <= external/jpeg/jdapimin.c
8484 target arm C: libjpeg <= external/jpeg/jdapistd.c
8485 target arm C: libjpeg <= external/jpeg/jdatadst.c
8486 target arm C: libjpeg <= external/jpeg/jdatasrc.c
8487 target arm C: libjpeg <= external/jpeg/jdcoefct.c
8488 target arm C: libjpeg <= external/jpeg/jdcolor.c
8489 external/jpeg/jdcoefct.c: In function 'decompress_onepass':
8490 external/jpeg/jdcoefct.c:173: warning: comparison between signed and
unsigned integer expressions
8491 external/jpeg/jdcoefct.c: In function 'decompress_data':
8492 external/jpeg/jdcoefct.c:601: warning: comparison between signed and
unsigned integer expressions
8493 target arm C: libjpeg <= external/jpeg/jddctmgr.c
8494 target arm C: libjpeg <= external/jpeg/jdhuff.c
8495 target arm C: libjpeg <= external/jpeg/jdinput.c

```
8496 target arm C: libjpeg <= external/jpeg/jdmainct.c
8497 target arm C: libjpeg <= external/jpeg/jdmarker.c
8498 target arm C: libjpeg <= external/jpeg/jdmaster.c
8499 external/jpeg/jdmainct.c: In function 'alloc_funny_pointers':
8500 external/jpeg/jdmainct.c:162: warning: 'main' is usually a function
8501 external/jpeg/jdmainct.c: In function 'make_funny_pointers':
8502 external/jpeg/jdmainct.c:203: warning: 'main' is usually a function
8503 external/jpeg/jdmainct.c: In function 'set_wraparound_pointers':
8504 external/jpeg/jdmainct.c:243: warning: 'main' is usually a function
8505 external/jpeg/jdmainct.c: In function 'set_bottom_pointers':
8506 external/jpeg/jdmainct.c:272: warning: 'main' is usually a function
8507 external/jpeg/jdmainct.c: In function 'start_pass_main':
8508 external/jpeg/jdmainct.c:309: warning: 'main' is usually a function
8509 external/jpeg/jdmainct.c: In function 'process_data_simple_main':
8510 external/jpeg/jdmainct.c:349: warning: 'main' is usually a function
8511 external/jpeg/jdmainct.c: In function 'process_data_context_main':
8512 external/jpeg/jdmainct.c:389: warning: 'main' is usually a function
8513 external/jpeg/jdmainct.c: In function 'jinit_d_main_controller':
8514 external/jpeg/jdmainct.c:478: warning: 'main' is usually a function
8515 target arm C: libjpeg <= external/jpeg/jdmerge.c
8516 target arm C: libjpeg <= external/jpeg/jdphuff.c
8517 target arm C: libjpeg <= external/jpeg/jdpostct.c
8518 target arm C: libjpeg <= external/jpeg/jdsample.c
8519 target arm C: libjpeg <= external/jpeg/jdtrans.c
8520 external/jpeg/jdtrans.c: In function
'jpeg_build_huffman_index_progressive':
8521 external/jpeg/jdtrans.c:105: warning: comparison between signed and
unsigned integer expressions
8522 target arm C: libjpeg <= external/jpeg/jerror.c
8523 target arm C: libjpeg <= external/jpeg/jfdctflt.c
8524 target arm C: libjpeg <= external/jpeg/jfdctfst.c
8525 target arm C: libjpeg <= external/jpeg/jfdctint.c
8526 target arm C: libjpeg <= external/jpeg/jidctflt.c
8527 target arm C: libjpeg <= external/jpeg/jidctred.c
8528 target arm C: libjpeg <= external/jpeg/jquant1.c
8529 target arm C: libjpeg <= external/jpeg/jquant2.c
8530 target arm C: libjpeg <= external/jpeg/jutils.c
8531 target arm C: libjpeg <= external/jpeg/jmemmgr.c
8532 target arm C: libjpeg <= external/jpeg/jmem-ashmem.c
8533 target arm C: libjpeg <= external/jpeg/jidctint.c
8534 target arm C: libft2 <= external/freetype/src/base/ftbbox.c
8535 target arm C: libft2 <= external/freetype/src/base/ftbitmap.c
8536 target arm C: libft2 <= external/freetype/src/base/ftglyph.c
8537 external/freetype/src/base/ftglyph.c: In function 'FT_Glyph_To_Bitmap':
8538 external/freetype/src/base/ftglyph.c:288: warning: dereferencing
pointer 'bitmap.18' does break strict-aliasing rules
8539 external/freetype/src/base/ftglyph.c:296: warning: dereferencing
pointer 'bitmap.18' does break strict-aliasing rules
8540 external/freetype/src/base/ftglyph.c:550: note: initialized from here
8541 target arm C: libft2 <= external/freetype/src/base/ftstroke.c
8542 target arm C: libft2 <= external/freetype/src/base/ftxf86.c
8543 target arm C: libft2 <= external/freetype/src/base/ftbase.c
8544 target arm C: libft2 <= external/freetype/src/base/ftsystem.c
8545 target arm C: libft2 <= external/freetype/src/base/ftinit.c
8546 In file included from external/freetype/src/base/ftinit.c:76:
8547 external/freetype/include/freetype/config/ftmodule.h:14: warning:
dereferencing type-punned pointer might break strict-aliasing rules
```

8548 external/freetype/include/freetype/config/ftmodule.h:15: warning:
dereferencing type-punned pointer might break strict-aliasing rules
 8549 external/freetype/include/freetype/config/ftmodule.h:18: warning:
dereferencing type-punned pointer might break strict-aliasing rules
 8550 external/freetype/include/freetype/config/ftmodule.h:20: warning:
dereferencing type-punned pointer might break strict-aliasing rules
 8551 external/freetype/include/freetype/config/ftmodule.h:21: warning:
dereferencing type-punned pointer might break strict-aliasing rules
 8552 external/freetype/include/freetype/config/ftmodule.h:22: warning:
dereferencing type-punned pointer might break strict-aliasing rules
 8553 target arm C: libft2 <= external/freetype/src/base/ftgasp.c
 8554 target arm C: libft2 <= external/freetype/src/raster/raster.c
 8555 target arm C: libft2 <= external/freetype/src/sfnt/sfnt.c
 8556 In file included from external/freetype/src/sfnt/sfnt.c:25:
 8557 external/freetype/src/sfnt/ttcmap.c: In function 'tt_face_build_cmaps':
 8558 external/freetype/src/sfnt/ttcmap.c:3450: warning: dereferencing type-
punned pointer might break strict-aliasing rules
 8559 external/freetype/src/sfnt/ttcmap.c:3455: warning: dereferencing type-
punned pointer might break strict-aliasing rules
 8560 external/freetype/src/sfnt/ttcmap.c:3459: warning: dereferencing type-
punned pointer might break strict-aliasing rules
 8561 target arm C: libft2 <= external/freetype/src/smooth/smooth.c
 8562 target arm C: libft2 <= external/freetype/src/autofit/autofit.c
 8563 In file included from external/freetype/src/autofit/autofit.c:27:
 8564 external/freetype/src/autofit/aflatin.c: In function
'af_latin_metrics_init_widths':
 8565 external/freetype/src/autofit/aflatin.c:78: warning: dereferencing
type-punned pointer might break strict-aliasing rules
 8566 target arm C: libft2 <= external/freetype/src/truetype/truetype.c
 8567 target arm C: libft2 <= external/freetype/src/cff/cff.c
 8568 target arm C: libft2 <= external/freetype/src/psnames/psnames.c
 8569 target arm C: libft2 <= external/freetype/src/pshinter/pshinter.c
 8570 target thumb C: libpng <= external/libpng/png.c
 8571 target thumb C: libpng <= external/libpng/pngerror.c
 8572 target thumb C: libpng <= external/libpng/pnggccrd.c
 8573 target thumb C: libpng <= external/libpng/pngget.c
 8574 target thumb C: libpng <= external/libpng/pngmem.c
 8575 target thumb C: libpng <= external/libpng/pngpread.c
 8576 target thumb C: libpng <= external/libpng/pngrio.c
 8577 target thumb C: libpng <= external/libpng/pngread.c
 8578 target thumb C: libpng <= external/libpng/pngrtran.c
 8579 target thumb C: libpng <= external/libpng/pngrutil.c
 8580 target thumb C: libpng <= external/libpng/pngset.c
 8581 target thumb C: libpng <= external/libpng/pngtrans.c
 8582 target thumb C: libpng <= external/libpng/pngvcrd.c
 8583 target thumb C: libpng <= external/libpng/pngwio.c
 8584 target thumb C: libpng <= external/libpng/pngwrite.c
 8585 target thumb C: libpng <= external/libpng/pngwtran.c
 8586 target thumb C: libpng <= external/libpng/pngwutil.c
 8587 target thumb C: libgif <= external/giflib/dgif_lib.c
 8588 external/giflib/dgif_lib.c: In function 'DGifOpenFileHandle':
 8589 external/giflib/dgif_lib.c:132: warning: signed and unsigned type in
conditional expression
 8590 external/giflib/dgif_lib.c:143: warning: pointer targets in passing
argument 2 of 'strncmp' differ in signedness
 8591 bionic/libc/include/string.h:72: note: expected 'const char *' but
argument is of type 'unsigned char *'

8592 external/giflib/dgif_lib.c: In function 'DGifOpen':
8593 external/giflib/dgif_lib.c:200: warning: signed and unsigned type in
conditional expression
8594 external/giflib/dgif_lib.c:210: warning: pointer targets in passing
argument 2 of 'strncmp' differ in signedness
8595 bionic/libc/include/string.h:72: note: expected 'const char *' but
argument is of type 'unsigned char *'
8596 external/giflib/dgif_lib.c: In function 'DGifGetScreenDesc':
8597 external/giflib/dgif_lib.c:250: warning: signed and unsigned type in
conditional expression
8598 external/giflib/dgif_lib.c:267: warning: signed and unsigned type in
conditional expression
8599 external/giflib/dgif_lib.c: In function 'DGifGetRecordType':
8600 external/giflib/dgif_lib.c:300: warning: signed and unsigned type in
conditional expression
8601 external/giflib/dgif_lib.c: In function 'DGifGetImageDesc':
8602 external/giflib/dgif_lib.c:347: warning: signed and unsigned type in
conditional expression
8603 external/giflib/dgif_lib.c:368: warning: signed and unsigned type in
conditional expression
8604 external/giflib/dgif_lib.c: In function 'DGifGetExtension':
8605 external/giflib/dgif_lib.c:528: warning: signed and unsigned type in
conditional expression
8606 external/giflib/dgif_lib.c: In function 'DGifGetExtensionNext':
8607 external/giflib/dgif_lib.c:549: warning: signed and unsigned type in
conditional expression
8608 external/giflib/dgif_lib.c:556: warning: signed and unsigned type in
conditional expression
8609 external/giflib/dgif_lib.c: In function 'DGifGetWord':
8610 external/giflib/dgif_lib.c:626: warning: signed and unsigned type in
conditional expression
8611 external/giflib/dgif_lib.c: In function 'DGifGetCodeNext':
8612 external/giflib/dgif_lib.c:672: warning: signed and unsigned type in
conditional expression
8613 external/giflib/dgif_lib.c:680: warning: signed and unsigned type in
conditional expression
8614 external/giflib/dgif_lib.c: In function 'DGifSetupDecompress':
8615 external/giflib/dgif_lib.c:704: warning: signed and unsigned type in
conditional expression
8616 external/giflib/dgif_lib.c: In function 'DGifBufferedInput':
8617 external/giflib/dgif_lib.c:985: warning: signed and unsigned type in
conditional expression
8618 external/giflib/dgif_lib.c:997: warning: signed and unsigned type in
conditional expression
8619 target thumb C: libgif <= external/giflib/gifalloc.c
8620 target thumb C: libgif <= external/giflib/gif_err.c
8621 target arm C++: libGLESv1_CM <=
frameworks/base/opengl/libs/GLES_CM/gl.cpp
8622 target asm: libdvm <= dalvik/vm/arch/arm/CallOldABI.S
8623 target asm: libdvm <= dalvik/vm/arch/arm/CallEABI.S
8624 target asm: libdvm <= dalvik/vm/mterp/out/InterpAsm-armv7-a-neon.S
8625 target asm: libdvm <= dalvik/vm/compiler/codegen/arm/armv7-a-
neon/CallingConvention.S
8626 target asm: libdvm <=
dalvik/vm/compiler/template/out/CompilerTemplateAsm-armv7-a-neon.S
8627 target arm C: libdvm <= dalvik/vm/Atomic.c
8628 target arm C: libdvm <= dalvik/vm/IndirectRefTable.c

```
8629 target arm C: libdvm <= dalvik/vm/InlineNative.c
8630 target arm C: libdvm <= dalvik/vm/Misc.c
8631 target arm C: libdvm <= dalvik/vm/alloc/clz.c
8632 target arm C: libdvm <= dalvik/vm/alloc/HeapBitmap.c
8633 target arm C: libdvm <= dalvik/vm/alloc/Heap.c
8634 target arm C: libdvm <= dalvik/vm/interp/Interp.c
8635 target arm C: libdvm <= dalvik/vm/mterp/Mterp.c
8636 target arm C: libdvm <= dalvik/vm/mterp/out/InterpC-portstd.c
8637 target arm C: libdvm <= dalvik/vm/mterp/out/InterpC-portdbg.c
8638 target arm C: libdvm <= dalvik/vm/test/AtomicTest.c
8639 target arm C: libdvm <= dalvik/vm/alloc/MarkSweep.c
8640 target arm C: libdvm <= dalvik/vm/mterp/out/InterpC-armv7-a-neon.c
8641 target thumb C: libdvm <= dalvik/vm/AllocTracker.c
8642 target thumb C: libdvm <= dalvik/vm/AtomicCache.c
8643 target thumb C: libdvm <= dalvik/vm/CheckJni.c
8644 target thumb C: libdvm <= dalvik/vm/Ddm.c
8645 target thumb C: libdvm <= dalvik/vm/Debugger.c
8646 target thumb C: libdvm <= dalvik/vm/DvmDex.c
8647 target thumb C: libdvm <= dalvik/vm/Exception.c
8648 target thumb C: libdvm <= dalvik/vm/Hash.c
8649 target thumb C: libdvm <= dalvik/vm/Init.c
8650 target thumb C: libdvm <= dalvik/vm/Inlines.c
8651 target thumb C: libdvm <= dalvik/vm/Intern.c
8652 target thumb C: libdvm <= dalvik/vm/Jni.c
8653 target thumb C: libdvm <= dalvik/vm/JarFile.c
8654 target thumb C: libdvm <= dalvik/vm/LinearAlloc.c
8655 target thumb C: libdvm <= dalvik/vm/Native.c
8656 target thumb C: libdvm <= dalvik/vm/PointerSet.c
8657 target thumb C: libdvm <= dalvik/vm/Profile.c
8658 target thumb C: libdvm <= dalvik/vm/Properties.c
8659 target thumb C: libdvm <= dalvik/vm/RawDexFile.c
8660 target thumb C: libdvm <= dalvik/vm/ReferenceTable.c
8661 target thumb C: libdvm <= dalvik/vm/SignalCatcher.c
8662 target thumb C: libdvm <= dalvik/vm/Sync.c
8663 target thumb C: libdvm <= dalvik/vm/StdioConverter.c
8664 target thumb C: libdvm <= dalvik/vm/TestCompability.c
8665 target thumb C: libdvm <= dalvik/vm/Thread.c
8666 target thumb C: libdvm <= dalvik/vm/UtfString.c
8667 target thumb C: libdvm <= dalvik/vm/alloc/Alloc.c
8668 target thumb C: libdvm <= dalvik/vm/alloc/CardTable.c
8669 target thumb C: libdvm <= dalvik/vm/alloc/HeapDebug.c
8670 target thumb C: libdvm <= dalvik/vm/alloc/HeapTable.c
8671 target thumb C: libdvm <= dalvik/vm/alloc/HeapWorker.c
8672 target thumb C: libdvm <= dalvik/vm/alloc/DdmHeap.c
8673 target thumb C: libdvm <= dalvik/vm/alloc/Verify.c
8674 target thumb C: libdvm <= dalvik/vm/alloc/Visit.c
8675 target thumb C: libdvm <= dalvik/vm/analysis/CodeVerify.c
8676 target thumb C: libdvm <= dalvik/vm/analysis/DexPrepare.c
8677 target thumb C: libdvm <= dalvik/vm/analysis/DexVerify.c
8678 target thumb C: libdvm <= dalvik/vm/analysis/Optimize.c
8679 target thumb C: libdvm <= dalvik/vm/analysis/RegisterMap.c
8680 target thumb C: libdvm <= dalvik/vm/analysis/VerifySubs.c
8681 target thumb C: libdvm <= dalvik/vm/interp/Stack.c
8682 target thumb C: libdvm <= dalvik/vm/jdwp/ExpandBuf.c
8683 target thumb C: libdvm <= dalvik/vm/jdwp/JdwpAdb.c
8684 target thumb C: libdvm <= dalvik/vm/jdwp/JdwpConstants.c
8685 target thumb C: libdvm <= dalvik/vm/jdwp/JdwpEvent.c
```

```
8686 target thumb C: libdvm <= dalvik/vm/jdwp/JdwpHandler.c
8687 target thumb C: libdvm <= dalvik/vm/jdwp/JdwpMain.c
8688 target thumb C: libdvm <= dalvik/vm/jdwp/JdwpSocket.c
8689 target thumb C: libdvm <= dalvik/vm/native/InternalNative.c
8690 target thumb C: libdvm <= dalvik/vm/native/dalvik_system_DexFile.c
8691 target thumb C: libdvm <= dalvik/vm/native/dalvik_system_VMDebug.c
8692 target thumb C: libdvm <= dalvik/vm/native/dalvik_system_VMRuntime.c
8693 target thumb C: libdvm <= dalvik/vm/native/dalvik_system_VMStack.c
8694 target thumb C: libdvm <= dalvik/vm/native/dalvik_system_Zygote.c
8695 target thumb C: libdvm <= dalvik/vm/native/java_lang_Object.c
8696 target thumb C: libdvm <= dalvik/vm/native/java_lang_Class.c
8697 target thumb C: libdvm <= dalvik/vm/native/java_lang_Runtime.c
8698 target thumb C: libdvm <= dalvik/vm/native/java_lang_String.c
8699 target thumb C: libdvm <= dalvik/vm/native/java_lang_System.c
8700 target thumb C: libdvm <= dalvik/vm/native/java_lang_SystemProperties.c
8701 target thumb C: libdvm <= dalvik/vm/native/java_lang_Throwable.c
8702 target thumb C: libdvm <= dalvik/vm/native/java_lang_VMClassLoader.c
8703 target thumb C: libdvm <= dalvik/vm/native/java_lang_VMThread.c
8704 target thumb C: libdvm <=
dalvik/vm/native/java_lang_reflect_AccessibleObject.c
8705 target thumb C: libdvm <= dalvik/vm/native/java_lang_reflect_Array.c
8706 target thumb C: libdvm <=
dalvik/vm/native/java_lang_reflect_Constructor.c
8707 target thumb C: libdvm <= dalvik/vm/native/java_lang_reflect_Field.c
8708 target thumb C: libdvm <= dalvik/vm/native/java_lang_reflect_Method.c
8709 target thumb C: libdvm <= dalvik/vm/native/java_lang_reflect_Proxy.c
8710 target thumb C: libdvm <=
dalvik/vm/native/java_security_AccessController.c
8711 target thumb C: libdvm <=
dalvik/vm/native/java_util_concurrent_atomic_AtomicLong.c
8712 target thumb C: libdvm <=
dalvik/vm/native/org_apache_harmony_dalvik_NativeTestTarget.c
8713 target thumb C: libdvm <=
dalvik/vm/native/org_apache_harmony_dalvik_ddmc_DdmServer.c
8714 target thumb C: libdvm <=
dalvik/vm/native/org_apache_harmony_dalvik_ddmc_DdmVmInternal.c
8715 target thumb C: libdvm <= dalvik/vm/native/sun_misc_Unsafe.c
8716 target thumb C: libdvm <= dalvik/vm/oo/AccessCheck.c
8717 target thumb C: libdvm <= dalvik/vm/oo/Array.c
8718 target thumb C: libdvm <= dalvik/vm/oo/Class.c
8719 target thumb C: libdvm <= dalvik/vm/oo/Object.c
8720 target thumb C: libdvm <= dalvik/vm/oo/Resolve.c
8721 target thumb C: libdvm <= dalvik/vm/oo/TypeCheck.c
8722 target thumb C: libdvm <= dalvik/vm/reflect/Annotation.c
8723 target thumb C: libdvm <= dalvik/vm/reflect/Proxy.c
8724 target thumb C: libdvm <= dalvik/vm/reflect/Reflect.c
8725 target thumb C: libdvm <= dalvik/vm/test/TestHash.c
8726 target thumb C: libdvm <= dalvik/vm/test/TestIndirectRefTable.c
8727 target thumb C: libdvm <= dalvik/vm/alloc/HeapSource.c
8728 target thumb C: libdvm <= dalvik/vm/compiler/Compiler.c
8729 target thumb C: libdvm <= dalvik/vm/compiler/Frontend.c
8730 target thumb C: libdvm <= dalvik/vm/compiler/Utility.c
8731 target thumb C: libdvm <= dalvik/vm/compiler/InlineTransformation.c
8732 target thumb C: libdvm <= dalvik/vm/compiler/IntermediateRep.c
8733 target thumb C: libdvm <= dalvik/vm/compiler/Dataflow.c
8734 target thumb C: libdvm <= dalvik/vm/compiler/Loop.c
8735 target thumb C: libdvm <= dalvik/vm/compiler/Ralloc.c
```

```
8736 target thumb C: libdvm <= dalvik/vm/interp/Jit.c
8737 target thumb C: libdvm <= dalvik/vm/hprof/Hprof.c
8738 target thumb C: libdvm <= dalvik/vm/hprof/HprofClass.c
8739 target thumb C: libdvm <= dalvik/vm/hprof/HprofHeap.c
8740 target thumb C: libdvm <= dalvik/vm/hprof/HprofOutput.c
8741 target thumb C: libdvm <= dalvik/vm/hprof/HprofString.c
8742 target thumb C: libdvm <= dalvik/vm/arch/arm/HintsEABI.c
8743 target thumb C: libdvm <= dalvik/vm/compiler/codegen/arm/RallocUtil.c
8744 target thumb C: libdvm <= dalvik/vm/compiler/codegen/arm/armv7-a-
neon/Codegen.c
8745 target thumb C: libdvm <= dalvik/vm/compiler/codegen/arm/Assemble.c
8746 target thumb C: libdvm <= dalvik/vm/compiler/codegen/arm/ArchUtility.c
8747 target thumb C: libdvm <=
dalvik/vm/compiler/codegen/arm/LocalOptimizations.c
8748 target thumb C: libdvm <=
dalvik/vm/compiler/codegen/arm/GlobalOptimizations.c
8749 target thumb C: libdex <= dalvik/libdex/CmdUtils.c
8750 target thumb C: libdex <= dalvik/libdex/DexCatch.c
8751 target thumb C: libdex <= dalvik/libdex/DexClass.c
8752 target thumb C: libdex <= dalvik/libdex/DexDataMap.c
8753 target thumb C: libdex <= dalvik/libdex/DexFile.c
8754 target thumb C: libdex <= dalvik/libdex/DexInlines.c
8755 target thumb C: libdex <= dalvik/libdex/DexOptData.c
8756 target thumb C: libdex <= dalvik/libdex/DexProto.c
8757 target thumb C: libdex <= dalvik/libdex/DexSwapVerify.c
8758 target thumb C: libdex <= dalvik/libdex/InstrUtils.c
8759 target thumb C: libdex <= dalvik/libdex/Leb128.c
8760 target thumb C: libdex <= dalvik/libdex/OpCodeNames.c
8761 target thumb C: libdex <= dalvik/libdex/OptInvocation.c
8762 target thumb C: libdex <= dalvik/libdex/sha1.c
8763 target thumb C: libdex <= dalvik/libdex/SysUtil.c
8764 target thumb C: libdex <= dalvik/libdex/ZipArchive.c
8765 target arm C++: libGLESv2 <= frameworks/base/opengl/libs/GLES2/gl2.cpp
8766 target thumb C++: libETC1 <= frameworks/base/opengl/libs/ETC1/etc1.cpp
8767 target asm: libsonivox <= external/sonivox/arm-wt-22k/lib_src/ARM-
E_filter_gnu.s
8768 target asm: libsonivox <= external/sonivox/arm-wt-22k/lib_src/ARM-
E_interpolate_loop_gnu.s
8769 target asm: libsonivox <= external/sonivox/arm-wt-22k/lib_src/ARM-
E_interpolate_noloop_gnu.s
8770 target asm: libsonivox <= external/sonivox/arm-wt-22k/lib_src/ARM-
E_mastergain_gnu.s
8771 target asm: libsonivox <= external/sonivox/arm-wt-22k/lib_src/ARM-
E_voice_gain_gnu.s
8772 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_chorus.c
8773 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_chorusdata.c
8774 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_data.c
8775 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_dlssynth.c
8776 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_ima_tables.c
8777 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_flog.c
```

8778 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_imaadpcm.c
8779 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_imelody.c
8780 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_imelodydata.c
8781 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_math.c
8782 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_mdls.c
8783 external/sonivox/arm-wt-22k/lib_src/eas_mdls.c:317: warning: missing
braces around initializer
8784 external/sonivox/arm-wt-22k/lib_src/eas_mdls.c:317: warning: (near
initialization for 'defaultArt.values')
8785 external/sonivox/arm-wt-22k/lib_src/eas_mdls.c: In function
'DLSParser':
8786 external/sonivox/arm-wt-22k/lib_src/eas_mdls.c:560: warning: comparison
between signed and unsigned integer expressions
8787 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_midi.c
8788 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_mididata.c
8789 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_mixbuf.c
8790 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_mixer.c
8791 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_ota.c
8792 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_otadata.c
8793 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_pan.c
8794 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_pcm.c
8795 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_pcmdata.c
8796 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_public.c
8797 external/sonivox/arm-wt-22k/lib_src/eas_public.c: In function
'EAS_IntSetStrmParam':
8798 external/sonivox/arm-wt-22k/lib_src/eas_public.c:171: warning:
dereferencing type-punned pointer will break strict-aliasing rules
8799 external/sonivox/arm-wt-22k/lib_src/eas_public.c: In function
'EAS_IntGetStrmParam':
8800 external/sonivox/arm-wt-22k/lib_src/eas_public.c:237: warning:
dereferencing type-punned pointer will break strict-aliasing rules
8801 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_reverb.c
8802 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_reverbdata.c
8803 external/sonivox/arm-wt-22k/lib_src/eas_reverb.c: In function
'ReverbCalculateSinCos':
8804 external/sonivox/arm-wt-22k/lib_src/eas_reverb.c:495: warning: this
decimal constant is unsigned only in ISO C90
8805 external/sonivox/arm-wt-22k/lib_src/eas_reverb.c:500: warning: this
decimal constant is unsigned only in ISO C90

8806 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_rtttl.c
8807 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_rtttldata.c
8808 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_smf.c
8809 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_smfdata.c
8810 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_voicemgt.c
8811 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_wtengine.c
8812 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_wtsynth.c
8813 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_xmf.c
8814 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/eas_xmfdata.c
8815 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/lib_src/wt_22khz.c
8816 target arm C: libsonivox <= external/sonivox/arm-wt-22k/lib_src/jet.c
8817 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/host_src/eas_config.c
8818 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/host_src/eas_hostmm.c
8819 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/host_src/eas_main.c
8820 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/host_src/eas_report.c
8821 target arm C: libsonivox <= external/sonivox/arm-wt-
22k/host_src/eas_wave.c
8822 target arm C++: libmedia <= frameworks/base/media/libmedia/fixedfft.cpp
8823 target thumb C++: libmedia <=
frameworks/base/media/libmedia/AudioTrack.cpp
8824 target thumb C++: libmedia <=
frameworks/base/media/libmedia/IAudioFlinger.cpp
8825 target thumb C++: libmedia <=
frameworks/base/media/libmedia/IAudioFlingerClient.cpp
8826 target thumb C++: libmedia <=
frameworks/base/media/libmedia/IAudioTrack.cpp
8827 target thumb C++: libmedia <=
frameworks/base/media/libmedia/IAudioRecord.cpp
8828 frameworks/base/media/libmedia/AudioTrack.cpp: In member function
'android::status_t
android::AudioTrack::obtainBuffer(android::AudioTrack::Buffer*, int32_t)':
8829 frameworks/base/media/libmedia/AudioTrack.cpp:807: warning: 'result'
may be used uninitialized in this function
8830 target thumb C++: libmedia <=
frameworks/base/media/libmedia/AudioRecord.cpp
8831 target thumb C++: libmedia <=
frameworks/base/media/libmedia/AudioSystem.cpp
8832 target thumb C++: libmedia <=
frameworks/base/media/libmedia/mediaplayer.cpp
8833 target thumb C++: libmedia <=
frameworks/base/media/libmedia/IMediaPlayerService.cpp
8834 target thumb C++: libmedia <=
frameworks/base/media/libmedia/IMediaPlayerClient.cpp

```
 8835 target thumb C++: libmedia <=
frameworks/base/media/libmedia/IMediaRecorderClient.cpp
 8836 target thumb C++: libmedia <=
frameworks/base/media/libmedia/IMediaPlayer.cpp
 8837 target thumb C++: libmedia <=
frameworks/base/media/libmedia/IMediaRecorder.cpp
 8838 target thumb C++: libmedia <=
frameworks/base/media/libmedia/Metadata.cpp
 8839 target thumb C++: libmedia <=
frameworks/base/media/libmedia/mediarecorder.cpp
 8840 target thumb C++: libmedia <=
frameworks/base/media/libmedia/mediametadataretriever.cpp
 8841 target thumb C++: libmedia <=
frameworks/base/media/libmedia/IMediaMetadataRetriever.cpp
 8842 target thumb C++: libmedia <=
frameworks/base/media/libmedia/ToneGenerator.cpp
 8843 target thumb C++: libmedia <=
frameworks/base/media/libmedia/JetPlayer.cpp
 8844 target thumb C++: libmedia <= frameworks/base/media/libmedia/IOMX.cpp
 8845 target thumb C++: libmedia <=
frameworks/base/media/libmedia/IAudioPolicyService.cpp
 8846 frameworks/base/media/libmedia/IOMX.cpp:380:1: warning:
"CHECK_INTERFACE" redefined
 8847 In file included from frameworks/base/include/binder/IMemory.h:26,
 8848                  from frameworks/base/media/libmedia/IOMX.cpp:5:
 8849 frameworks/base/include/binder/IInterface.h:107:1: warning: this is the
location of the previous definition
 8850 target thumb C++: libmedia <=
frameworks/base/media/libmedia/MediaScanner.cpp
 8851 target thumb C++: libmedia <=
frameworks/base/media/libmedia/MediaScannerClient.cpp
 8852 target thumb C++: libmedia <=
frameworks/base/media/libmedia/autodetect.cpp
 8853 frameworks/base/media/libmedia/autodetect.cpp:22: warning: 'typedef'
was ignored in this declaration
 8854 target thumb C++: libmedia <=
frameworks/base/media/libmedia/IMediaDeathNotifier.cpp
 8855 target thumb C++: libmedia <=
frameworks/base/media/libmedia/MediaProfiles.cpp
 8856 target thumb C++: libmedia <=
frameworks/base/media/libmedia/IEffect.cpp
 8857 target thumb C++: libmedia <=
frameworks/base/media/libmedia/IEffectClient.cpp
 8858 target thumb C++: libmedia <=
frameworks/base/media/libmedia/AudioEffect.cpp
 8859 target thumb C++: libmedia <=
frameworks/base/media/libmedia/Visualizer.cpp
 8860 target thumb C: libbluedroid <= system/bluetooth/bluedroid/bluetooth.c
 8861 system/bluetooth/bluedroid/bluetooth.c: In function 'str2ba':
 8862 system/bluetooth/bluedroid/bluetooth.c:267: warning: implicit
declaration of function 'strtoul'
 8863 target thumb C: libdbus <= external/dbus/dbus/dbus-address.c
 8864 target thumb C: libdbus <= external/dbus/dbus/dbus-auth.c
 8865 target thumb C: libdbus <= external/dbus/dbus/dbus-bus.c
 8866 external/dbus/dbus/dbus-auth.c:1147: warning: missing initializer
 8867 external/dbus/dbus/dbus-auth.c:1147: warning: (near initialization for
'all_mechanisms[2].server_encode_func')
```

```
8868 external/dbus/dbus/dbus-bus.c: In function 'init_connections_unlocked':
8869 external/dbus/dbus/dbus-bus.c:193: warning: suggest braces around empty
body in an 'else' statement
8870 external/dbus/dbus/dbus-bus.c: In function 'internal_bus_get':
8871 external/dbus/dbus/dbus-bus.c:382: warning: comparison of unsigned
expression >= 0 is always true
8872 target thumb C: libdbus <= external/dbus/dbus/dbus-connection.c
8873 target thumb C: libdbus <= external/dbus/dbus/dbus-dataslot.c
8874 external/dbus/dbus/dbus-connection.c: In function
'_dbus_connection_get_next_client_serial':
8875 external/dbus/dbus/dbus-connection.c:1405: warning: comparison of
unsigned expression < 0 is always false
8876 target thumb C: libdbus <= external/dbus/dbus/dbus-errors.c
8877 target thumb C: libdbus <= external/dbus/dbus/dbus-hash.c
8878 target thumb C: libdbus <= external/dbus/dbus/dbus-internals.c
8879 target thumb C: libdbus <= external/dbus/dbus/dbus-keyring.c
8880 external/dbus/dbus/dbus-keyring.c: In function '_dbus_keyring_reload':
8881 external/dbus/dbus/dbus-keyring.c:635: warning: suggest braces around
empty body in an 'if' statement
8882 target thumb C: libdbus <= external/dbus/dbus/dbus-list.c
8883 target thumb C: libdbus <= external/dbus/dbus/dbus-mainloop.c
8884 target thumb C: libdbus <= external/dbus/dbus/dbus-marshal-basic.c
8885 external/dbus/dbus/dbus-mainloop.c: In function 'timeout_callback_new':
8886 external/dbus/dbus/dbus-mainloop.c:138: warning: pointer targets in
passing argument 1 of '_dbus_get_current_time' differ in signedness
8887 external/dbus/dbus/dbus-sysdeps.h:267: note: expected 'long int *' but
argument is of type 'long unsigned int *'
8888 external/dbus/dbus/dbus-mainloop.c:138: warning: pointer targets in
passing argument 2 of '_dbus_get_current_time' differ in signedness
8889 external/dbus/dbus/dbus-sysdeps.h:267: note: expected 'long int *' but
argument is of type 'long unsigned int *'
8890 external/dbus/dbus/dbus-mainloop.c: In function '_dbus_loop_iterate':
8891 external/dbus/dbus/dbus-mainloop.c:646: warning: pointer targets in
passing argument 1 of '_dbus_get_current_time' differ in signedness
8892 external/dbus/dbus/dbus-sysdeps.h:267: note: expected 'long int *' but
argument is of type 'long unsigned int *'
8893 external/dbus/dbus/dbus-mainloop.c:646: warning: pointer targets in
passing argument 2 of '_dbus_get_current_time' differ in signedness
8894 external/dbus/dbus/dbus-sysdeps.h:267: note: expected 'long int *' but
argument is of type 'long unsigned int *'
8895 external/dbus/dbus/dbus-mainloop.c:716: warning: pointer targets in
passing argument 1 of '_dbus_get_current_time' differ in signedness
8896 external/dbus/dbus/dbus-sysdeps.h:267: note: expected 'long int *' but
argument is of type 'long unsigned int *'
8897 external/dbus/dbus/dbus-mainloop.c:716: warning: pointer targets in
passing argument 2 of '_dbus_get_current_time' differ in signedness
8898 external/dbus/dbus/dbus-sysdeps.h:267: note: expected 'long int *' but
argument is of type 'long unsigned int *'
8899 external/dbus/dbus/dbus-marshal-basic.c: In function 'set_2_octets':
8900 external/dbus/dbus/dbus-marshal-basic.c:219: warning: pointer targets
in passing argument 3 of 'pack_2_octets' differ in signedness
8901 external/dbus/dbus/dbus-marshal-basic.c:47: note: expected 'unsigned
char *' but argument is of type 'char *'
8902 external/dbus/dbus/dbus-marshal-basic.c: In function 'set_4_octets':
8903 external/dbus/dbus/dbus-marshal-basic.c:235: warning: pointer targets
in passing argument 3 of 'pack_4_octets' differ in signedness
```

8904 external/dbus/dbus/dbus-marshal-basic.c:60: note: expected 'unsigned char *' but argument is of type 'char *'
 8905 external/dbus/dbus/dbus-marshal-basic.c: In function 'set_8_octets':
 8906 external/dbus/dbus/dbus-marshal-basic.c:251: warning: pointer targets in passing argument 3 of 'pack_8_octets' differ in signedness
 8907 external/dbus/dbus/dbus-marshal-basic.c:73: note: expected 'unsigned char *' but argument is of type 'char *'
 8908 external/dbus/dbus/dbus-marshal-basic.c: In function 'set_string':
 8909 external/dbus/dbus/dbus-marshal-basic.c:307: warning: pointer targets in passing argument 2 of '_dbus_unpack_uint32' differ in signedness
 8910 external/dbus/dbus/dbus-marshal-basic.c:194: note: expected 'const unsigned char *' but argument is of type 'const char *'
 8911 external/dbus/dbus/dbus-marshal-basic.c: In function '_dbus_marshal_read_uint32':
 8912 external/dbus/dbus/dbus-marshal-basic.c:478: warning: pointer targets in passing argument 2 of '_dbus_unpack_uint32' differ in signedness
 8913 external/dbus/dbus/dbus-marshal-basic.c:194: note: expected 'const unsigned char *' but argument is of type 'const char *'
 8914 external/dbus/dbus/dbus-marshal-basic.c: In function 'marshal_len_followed_by_bytes':
 8915 external/dbus/dbus/dbus-marshal-basic.c:704: warning: pointer targets in passing argument 2 of '_dbus_string_init_const_len' differ in signedness
 8916 external/dbus/dbus/dbus-string.h:68: note: expected 'const char *' but argument is of type 'const unsigned char *'
 8917 external/dbus/dbus/dbus-marshal-basic.c: In function 'marshal_string':
 8918 external/dbus/dbus/dbus-marshal-basic.c:760: warning: pointer targets in passing argument 4 of 'marshal_len_followed_by_bytes' differ in signedness
 8919 external/dbus/dbus/dbus-marshal-basic.c:682: note: expected 'const unsigned char *' but argument is of type 'const char *'
 8920 external/dbus/dbus/dbus-marshal-basic.c: In function 'marshal_signature':
 8921 external/dbus/dbus/dbus-marshal-basic.c:773: warning: pointer targets in passing argument 4 of 'marshal_len_followed_by_bytes' differ in signedness
 8922 external/dbus/dbus/dbus-marshal-basic.c:682: note: expected 'const unsigned char *' but argument is of type 'const char *'
 8923 external/dbus/dbus/dbus-marshal-basic.c: In function 'marshal_1_octets_array':
 8924 external/dbus/dbus/dbus-marshal-basic.c:862: warning: pointer targets in passing argument 2 of '_dbus_string_init_const_len' differ in signedness
 8925 external/dbus/dbus/dbus-string.h:68: note: expected 'const char *' but argument is of type 'const unsigned char *'
 8926 external/dbus/dbus/dbus-marshal-basic.c: In function 'marshal_fixed_multi':
 8927 external/dbus/dbus/dbus-marshal-basic.c:984: warning: pointer targets in passing argument 2 of '_dbus_string_init_const_len' differ in signedness
 8928 external/dbus/dbus/dbus-string.h:68: note: expected 'const char *' but argument is of type 'const unsigned char *'
 8929 external/dbus/dbus/dbus-marshal-basic.c: In function '_dbus_verbose_bytes':
 8930 external/dbus/dbus/dbus-marshal-basic.c:1359: warning: suggest braces around empty body in an 'else' statement
 8931 external/dbus/dbus/dbus-marshal-basic.c:1368: warning: suggest braces around empty body in an 'if' statement
 8932 external/dbus/dbus/dbus-marshal-basic.c: In function '_dbus_verbose_bytes_of_string':
 8933 external/dbus/dbus/dbus-marshal-basic.c:1429: warning: pointer targets in passing argument 1 of '_dbus_verbose_bytes' differ in signedness

8934 external/dbus/dbus/dbus-marshal-basic.c:1316: note: expected 'const
unsigned char *' but argument is of type 'const char *'
 8935 target thumb C: libdbus <= external/dbus/dbus/dbus-marshal-byteswap.c
 8936 external/dbus/dbus/dbus-marshal-byteswap.c: In function
'byteswap_body_helper':
 8937 external/dbus/dbus/dbus-marshal-byteswap.c:167: warning: pointer
targets in passing argument 2 of '_dbus_string_init_const_len' differ in
signedness
 8938 external/dbus/dbus/dbus-string.h:68: note: expected 'const char *' but
argument is of type 'unsigned char *'
 8939 external/dbus/dbus/dbus-marshal-byteswap.c: In function
'_dbus_marshal_byteswap':
 8940 external/dbus/dbus/dbus-marshal-byteswap.c:241: warning: pointer
targets in passing argument 5 of 'byteswap_body_helper' differ in signedness
 8941 external/dbus/dbus/dbus-marshal-byteswap.c:34: note: expected 'unsigned
char *' but argument is of type 'char *'
 8942 target thumb C: libdbus <= external/dbus/dbus/dbus-marshal-header.c
 8943 target thumb C: libdbus <= external/dbus/dbus/dbus-marshal-recursive.c
 8944 external/dbus/dbus/dbus-marshal-header.c: In function
'_dbus_header_toggle_flag':
 8945 external/dbus/dbus/dbus-marshal-header.c:1429: warning: pointer targets
in assignment differ in signedness
 8946 external/dbus/dbus/dbus-marshal-header.c: In function
'_dbus_header_get_flag':
 8947 external/dbus/dbus/dbus-marshal-header.c:1450: warning: pointer targets
in assignment differ in signedness
 8948 external/dbus/dbus/dbus-marshal-recursive.c: In function
'array_reader_get_array_len':
 8949 external/dbus/dbus/dbus-marshal-recursive.c:213: warning: pointer
targets in passing argument 2 of '_dbus_unpack_uint32' differ in signedness
 8950 external/dbus/dbus/dbus-marshal-basic.h:192: note: expected 'const
unsigned char *' but argument is of type 'const char *'
 8951 external/dbus/dbus/dbus-marshal-recursive.c: In function
'_dbus_type_signature_next':
 8952 external/dbus/dbus/dbus-marshal-recursive.c:336: warning: pointer
targets in assignment differ in signedness
 8953 external/dbus/dbus/dbus-marshal-recursive.c: In function
'_dbus_type_reader_read_raw':
 8954 external/dbus/dbus/dbus-marshal-recursive.c:844: warning: pointer
targets in assignment differ in signedness
 8955 external/dbus/dbus/dbus-marshal-recursive.c: In function
'writer_recurse_array':
 8956 external/dbus/dbus/dbus-marshal-recursive.c:1904: warning: pointer
targets in passing argument 2 of '_dbus_unpack_uint32' differ in signedness
 8957 external/dbus/dbus/dbus-marshal-basic.h:192: note: expected 'const
unsigned char *' but argument is of type 'const char *'
 8958 external/dbus/dbus/dbus-marshal-recursive.c: In function
'writer_write_reader_helper':
 8959 external/dbus/dbus/dbus-marshal-recursive.c:2548: warning: pointer
targets in passing argument 2 of '_dbus_unpack_uint32' differ in signedness
 8960 external/dbus/dbus/dbus-marshal-basic.h:192: note: expected 'const
unsigned char *' but argument is of type 'const char *'
 8961 target thumb C: libdbus <= external/dbus/dbus/dbus-marshal-validate.c
 8962 external/dbus/dbus/dbus-marshal-validate.c: In function
'_dbus_validate_signature_with_reason':
 8963 external/dbus/dbus/dbus-marshal-validate.c:85: warning: pointer targets
in assignment differ in signedness

8964 external/dbus/dbus/dbus-marshal-validate.c:87: warning: pointer targets
in assignment differ in signedness
 8965 external/dbus/dbus/dbus-marshal-validate.c:235: warning: pointer
targets in assignment differ in signedness
 8966 external/dbus/dbus/dbus-marshal-validate.c: In function
'validate_body_helper':
 8967 external/dbus/dbus/dbus-marshal-validate.c:386: warning: pointer
targets in passing argument 2 of '_dbus_string_init_const_len' differ in
signedness
 8968 external/dbus/dbus/dbus-string.h:68: note: expected 'const char *' but
argument is of type 'const unsigned char *'
 8969 external/dbus/dbus/dbus-marshal-validate.c:396: warning: pointer
targets in passing argument 2 of '_dbus_string_init_const_len' differ in
signedness
 8970 external/dbus/dbus/dbus-string.h:68: note: expected 'const char *' but
argument is of type 'const unsigned char *'
 8971 external/dbus/dbus/dbus-marshal-validate.c:462: warning: pointer
targets in passing argument 2 of '_dbus_string_init_const_len' differ in
signedness
 8972 external/dbus/dbus/dbus-string.h:68: note: expected 'const char *' but
argument is of type 'const unsigned char *'
 8973 external/dbus/dbus/dbus-marshal-validate.c:506: warning: pointer
targets in passing argument 2 of '_dbus_string_init_const_len' differ in
signedness
 8974 external/dbus/dbus/dbus-string.h:68: note: expected 'const char *' but
argument is of type 'const unsigned char *'
 8975 external/dbus/dbus/dbus-marshal-validate.c: In function
'_dbus_validate_body_with_reason':
 8976 external/dbus/dbus/dbus-marshal-validate.c:654: warning: pointer
targets in assignment differ in signedness
 8977 external/dbus/dbus/dbus-marshal-validate.c: In function
'_dbus_validate_path':
 8978 external/dbus/dbus/dbus-marshal-validate.c:729: warning: pointer
targets in assignment differ in signedness
 8979 external/dbus/dbus/dbus-marshal-validate.c: In function
'_dbus_validate_interface':
 8980 external/dbus/dbus/dbus-marshal-validate.c:799: warning: pointer
targets in assignment differ in signedness
 8981 external/dbus/dbus/dbus-marshal-validate.c: In function
'_dbus_validate_member':
 8982 external/dbus/dbus/dbus-marshal-validate.c:873: warning: pointer
targets in assignment differ in signedness
 8983 external/dbus/dbus/dbus-marshal-validate.c: In function
'_dbus_validate_bus_name':
 8984 external/dbus/dbus/dbus-marshal-validate.c:977: warning: pointer
targets in assignment differ in signedness
 8985 target thumb C: libdbus <= external/dbus/dbus/dbus-mempool.c
 8986 target thumb C: libdbus <= external/dbus/dbus/dbus-memory.c
 8987 target thumb C: libdbus <= external/dbus/dbus/dbus-message.c
 8988 target thumb C: libdbus <= external/dbus/dbus/dbus-pending-call.c
 8989 target thumb C: libdbus <= external/dbus/dbus/dbus-resources.c
 8990 target thumb C: libdbus <= external/dbus/dbus/dbus-server.c
 8991 target thumb C: libdbus <= external/dbus/dbus/dbus-server-socket.c
 8992 external/dbus/dbus/dbus-server-socket.c: In function
'socket_handle_watch':
 8993 external/dbus/dbus/dbus-server-socket.c:176: warning: suggest braces
around empty body in an 'else' statement

8994 external/dbus/dbus/dbus-server-socket.c:185: warning: suggest braces
around empty body in an 'if' statement
8995 external/dbus/dbus/dbus-server-socket.c:190: warning: suggest braces
around empty body in an 'if' statement
8996 external/dbus/dbus/dbus-server-socket.c:193: warning: suggest braces
around empty body in an 'if' statement
8997 target thumb C: libdbus <= external/dbus/dbus/dbus-server-unix.c
8998 target thumb C: libdbus <= external/dbus/dbus/dbus-sha.c
8999 external/dbus/dbus/dbus-sha.c: In function '_dbus_sha_final':target
thumb C: libdbus <= external/dbus/dbus/dbus-shell.c
9000
9001 external/dbus/dbus/dbus-sha.c:462: warning: pointer targets in passing
argument 2 of '_dbus_string_append_len' differ in signedness
9002 external/dbus/dbus/dbus-string.h:136: note: expected 'const char *' but
argument is of type 'unsigned char *'
9003 target thumb C: libdbus <= external/dbus/dbus/dbus-signature.c
9004 target thumb C: libdbus <= external/dbus/dbus/dbus-spawn.c
9005 target thumb C: libdbus <= external/dbus/dbus/dbus-string.c
9006 external/dbus/dbus/dbus-spawn.c: In function '_dbus_babysitter_unref':
9007 external/dbus/dbus/dbus-spawn.c:332: warning: suggest braces around
empty body in an 'else' statement
9008 target thumb C: libdbus <= external/dbus/dbus/dbus-string-util.c
9009 target thumb C: libdbus <= external/dbus/dbus/dbus-sysdeps.c
9010 target thumb C: libdbus <= external/dbus/dbus/dbus-sysdeps-pthread.c
9011 target thumb C: libdbus <= external/dbus/dbus/dbus-sysdeps-unix.c
9012 external/dbus/dbus/dbus-sysdeps-pthread.c:314: warning: missing
initializer
9013 external/dbus/dbus/dbus-sysdeps-pthread.c:314: warning: (near
initialization for 'pthread_functions.padding1')
9014 external/dbus/dbus/dbus-sysdeps-unix.c: In function
'_dbus_string_save_to_file':
9015 external/dbus/dbus/dbus-sysdeps-unix.c:1826: warning: suggest braces
around empty body in an 'if' statement
9016 external/dbus/dbus/dbus-sysdeps-unix.c: In function
'split_paths_and_append':
9017 external/dbus/dbus/dbus-sysdeps-unix.c:2578: warning: passing argument
1 of '_dbus_string_init_const' discards qualifiers from pointer target type
9018 external/dbus/dbus/dbus-string.h:66: note: expected 'struct DBusString
*' but argument is of type 'const struct DBusString *'
9019 external/dbus/dbus/dbus-sysdeps-unix.c: In function
'_dbus_get_standard_session_servicedirs':
9020 external/dbus/dbus/dbus-sysdeps-unix.c:2747: warning: passing argument
1 of '_dbus_string_init_const' discards qualifiers from pointer target type
9021 external/dbus/dbus/dbus-string.h:66: note: expected 'struct DBusString
*' but argument is of type 'const struct DBusString *'
9022 target thumb C: libdbus <= external/dbus/dbus/dbus-sysdeps-util-unix.c
9023 external/dbus/dbus/dbus-sysdeps-util-unix.c: In function
'_dbus_become_daemon':
9024 external/dbus/dbus/dbus-sysdeps-util-unix.c:115: warning: suggest
braces around empty body in an 'else' statement
9025 target thumb C: libdbus <= external/dbus/dbus/dbus-timeout.c
9026 target thumb C: libdbus <= external/dbus/dbus/dbus-threads.c
9027 target thumb C: libdbus <= external/dbus/dbus/dbus-transport.c
9028 external/dbus/dbus/dbus-transport.c: In function
'_dbus_transport_init_base':
9029 external/dbus/dbus/dbus-transport.c:175: warning: suggest braces around
empty body in an 'if' statement

```
9030 target thumb C: libdbus <= external/dbus/dbus/dbus-transport-socket.c
9031 target thumb C: libdbus <= external/dbus/dbus/dbus-transport-unix.c
9032 target thumb C: libdbus <= external/dbus/dbus/dbus-object-tree.c
9033 target thumb C: libdbus <= external/dbus/dbus/dbus-userdb.c
9034 target thumb C: libdbus <= external/dbus/dbus/dbus-userdb-util.c
9035 external/dbus/dbus/dbus-userdb.c: In function '_dbus_is_a_number':
9036 external/dbus/dbus/dbus-userdb.c:82: warning: pointer targets in
passing argument 3 of '_dbus_string_parse_int' differ in signedness
9037 external/dbus/dbus/dbus-string.h:202: note: expected 'long int *' but
argument is of type 'long unsigned int *'
9038 external/dbus/dbus/dbus-userdb.c: In function
'_dbus_user_database_lookup':
9039 external/dbus/dbus/dbus-userdb.c:139: warning: suggest braces around
empty body in an 'else' statement
9040 external/dbus/dbus/dbus-userdb-util.c: In function
'_dbus_user_database_lookup_group':
9041 external/dbus/dbus/dbus-userdb-util.c:254: warning: suggest braces
around empty body in an 'else' statement
9042 target thumb C: libdbus <= external/dbus/dbus/dbus-watch.c
9043 target thumb C: applypatch <= bootable/recovery/applypatch/main.c
9044 target thumb C: libapplypatch <=
bootable/recovery/applypatch/applypatch.c
9045 target thumb C: libapplypatch <= bootable/recovery/applypatch/bspatch.c
9046 target thumb C: libapplypatch <=
bootable/recovery/applypatch/freecache.c
9047 target thumb C: libapplypatch <=
bootable/recovery/applypatch/imgpatch.c
9048 target thumb C: libapplypatch <= bootable/recovery/applypatch/utils.c
9049 target thumb C: libmtdutils <= bootable/recovery/mtdutils/mtdutils.c
9050 target thumb C: libmtdutils <= bootable/recovery/mtdutils/mounts.c
9051 target thumb C: libmincrypt <= system/core/libmincrypt/rsa.c
9052 bootable/recovery/mtdutils/mtdutils.c: In function 'mtd_read_data':
9053 bootable/recovery/mtdutils/mtdutils.c:348: warning: comparison between
signed and unsigned integer expressions
9054 bootable/recovery/mtdutils/mtdutils.c: In function 'write_block':
9055 bootable/recovery/mtdutils/mtdutils.c:460: warning: format '%llx'
expects type 'long long unsigned int', but argument 3 has type 'off_t'
9056 target thumb C: libmincrypt <= system/core/libmincrypt/sha.c
9057 system/core/libmincrypt/sha.c: In function 'SHA_update':
9058 system/core/libmincrypt/sha.c:153: warning: comparison between signed
and unsigned integer expressions
9059 system/core/libmincrypt/sha.c:154: warning: implicit declaration of
function 'memcpy'
9060 system/core/libmincrypt/sha.c:154: warning: incompatible implicit
declaration of built-in function 'memcpy'
9061 target arm C: libbz <= external/bzip2/blocksort.c
9062 target arm C: libbz <= external/bzip2/huffman.c
9063 target arm C: libbz <= external/bzip2/crctable.c
9064 target arm C: libbz <= external/bzip2/randtable.c
9065 target arm C: libbz <= external/bzip2/compress.c
9066 target arm C: libbz <= external/bzip2/decompress.c
9067 target arm C: libbz <= external/bzip2/bzlib.c
9068 target thumb C: arec <= device/samsung/crespo/libaudio2/arec.c
9069 device/samsung/crespo/libaudio2/arec.c: In function 'record_file':
9070 device/samsung/crespo/libaudio2/arec.c:71: warning: comparison between
signed and unsigned integer expressions
9071 target thumb C: arec <= device/samsung/crespo/libaudio2/alsa_pcm.c
```

```
 9072 target thumb C++: audioloop <=
frameworks/base/cmds/stagefright/SineSource.cpp
 9073 target thumb C++: audioloop <=
frameworks/base/cmds/stagefright/audioloop.cpp
 9074 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/AMRExtractor.cpp
 9075 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/AMRWriter.cpp
 9076 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/AudioPlayer.cpp
 9077 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/AudioSource.cpp
 9078 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/AwesomePlayer.cpp
 9079 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/CameraSource.cpp
 9080 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/DataSource.cpp
 9081 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/ESDS.cpp
 9082 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/FileSource.cpp
 9083 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/HTTPStream.cpp
 9084 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/JPEGSource.cpp
 9085 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/MP3Extractor.cpp
 9086 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/MPEG2TSWriter.cpp
 9087 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/MPEG4Extractor.cpp
 9088 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/MediaBuffer.cpp
 9089 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/MPEG4Writer.cpp
 9090 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/MediaBufferGroup.cpp
 9091 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/MediaDefs.cpp
 9092 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/MediaExtractor.cpp
 9093 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/MediaSource.cpp
 9094 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/MetaData.cpp
 9095 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/NuCachedSource2.cpp
 9096 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/NuHTTPDataSource.cpp
 9097 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/OMXClient.cpp
 9098 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/OMXCodec.cpp
 9099 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/OggExtractor.cpp
```

```
 9100 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/SampleIterator.cpp
 9101 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/SampleTable.cpp
 9102 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/ShoutcastSource.cpp
 9103 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/StagefrightMediaScanner.cpp
 9104 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/StagefrightMetadataRetriever.cpp
 9105 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/ThreadedSource.cpp
 9106 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/ThrottledSource.cpp
 9107 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/TimeSource.cpp
 9108 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/TimedEventQueue.cpp
 9109 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/Utils.cpp
 9110 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/WAVExtractor.cpp
 9111 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/avc_utils.cpp
 9112 target thumb C++: libstagefright <=
frameworks/base/media/libstagefright/string.cpp
 9113 target asm: libvorbisidec <= external/tremolo/Tremolo/bitwiseARM.s
 9114 target asm: libvorbisidec <= external/tremolo/Tremolo/dpen.s
 9115 target asm: libvorbisidec <= external/tremolo/Tremolo/floor1ARM.s
 9116 target asm: libvorbisidec <= external/tremolo/Tremolo/mdctARM.s
 9117 target arm C: libvorbisidec <= external/tremolo/Tremolo/bitwise.c
 9118 target arm C: libvorbisidec <= external/tremolo/Tremolo/codebook.c
 9119 target arm C: libvorbisidec <= external/tremolo/Tremolo/dsp.c
 9120 target arm C: libvorbisidec <= external/tremolo/Tremolo/floor0.c
 9121 target arm C: libvorbisidec <= external/tremolo/Tremolo/floor1.c
 9122 external/tremolo/Tremolo/floor1.c: In function 'mergesort':
 9123 external/tremolo/Tremolo/floor1.c:87: warning: array subscript has type
'char'
 9124 external/tremolo/Tremolo/floor1.c:87: warning: array subscript has type
'char'
 9125 external/tremolo/Tremolo/floor1.c: In function 'floor1_info_unpack':
 9126 external/tremolo/Tremolo/floor1.c:145: warning: array subscript has
type 'char'
 9127 external/tremolo/Tremolo/floor1.c:157: warning: array subscript has
type 'char'
 9128 external/tremolo/Tremolo/floor1.c: In function 'floor1_inverse1':
 9129 external/tremolo/Tremolo/floor1.c:333: warning: array subscript has
type 'char'
 9130 external/tremolo/Tremolo/floor1.c:334: warning: array subscript has
type 'char'
 9131 external/tremolo/Tremolo/floor1.c:335: warning: array subscript has
type 'char'
 9132 external/tremolo/Tremolo/floor1.c:336: warning: array subscript has
type 'char'
 9133 external/tremolo/Tremolo/floor1.c:359: warning: array subscript has
type 'char'
```

```
9134 external/tremolo/Tremolo/floor1.c:360: warning: array subscript has
type 'char'
9135 target arm C: libvorbisidec <= external/tremolo/Tremolo/floor_lookup.c
9136 target arm C: libvorbisidec <= external/tremolo/Tremolo/framing.c
9137 target arm C: libvorbisidec <= external/tremolo/Tremolo/mapping0.c
9138 target arm C: libvorbisidec <= external/tremolo/Tremolo/mdct.c
9139 target arm C: libvorbisidec <= external/tremolo/Tremolo/misc.c
9140 target arm C: libvorbisidec <= external/tremolo/Tremolo/treminfo.c
9141 target arm C: libvorbisidec <= external/tremolo/Tremolo/res012.c
9142 target arm C: libvorbisidec <= external/tremolo/Tremolo/vorbisfile.c
9143 external/tremolo/Tremolo/treminfo.c: In function
'_vorbis_unpack_books':
9144 external/tremolo/Tremolo/treminfo.c:266: warning: comparison is always
false due to limited range of data type
9145 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/add.cpp
9146 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/az_lsp.cpp
9147 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/bitno_tab.cpp
9148 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/bitreorder_tab.c
pp
9149 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/bits2prm.cpp
9150 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/bytesused.cpp
9151 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/c2_9pf_tab.cpp
9152 external/tremolo/Tremolo/vorbisfile.c: In function 'ov_raw_seek':
9153 external/tremolo/Tremolo/vorbisfile.c:1057: warning: 'eosflag' may be
used uninitialized in this function
9154 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/copy.cpp
9155 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/div_32.cpp
9156 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/extract_h.cpp
9157 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/div_s.cpp
9158 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/extract_l.cpp
9159 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/gc_pred.cpp
9160 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/gmed_n.cpp
9161 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/gains_tbl.cpp
9162 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/grid_tbl.cpp
9163 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/gray_tbl.cpp
9164 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/int_lpc.cpp
9165 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/inv_sqrt.cpp
```

```
9166 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/inv_sqrt_tbl.cpp
 9167 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/l_abs.cpp
 9168 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/l_deposit_h.cpp
 9169 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/l_deposit_l.cpp
 9170 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/l_shr_r.cpp
 9171 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/log2.cpp
 9172 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/log2_norm.cpp
 9173 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/log2_tbl.cpp
 9174 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/lsp.cpp
 9175 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/lsfwt.cpp
 9176 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/lsp_az.cpp
 9177 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/lsp_lsf.cpp
 9178 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/lsp_lsf_tbl.cpp
 9179 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/lsp_tab.cpp
 9180 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/mult_r.cpp
 9181 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/norm_l.cpp
 9182 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/norm_s.cpp
 9183 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/overflow_tbl.cpp
 9184 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/ph_disp_tab.cpp
 9185 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/pow2.cpp
 9186 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/pow2_tbl.cpp
 9187 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/pred_lt.cpp
 9188 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/q_plsf.cpp
 9189 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/q_plsf_3.cpp
 9190 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/q_plsf_3_tbl.cpp
 9191 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/q_plsf_5.cpp
 9192 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/q_plsf_5_tbl.cpp
 9193 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/qua_gain_tbl.cpp
```

9194 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/reorder.cpp
 9195 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/residu.cpp
 9196 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/round.cpp
 9197 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/set_zero.cpp
 9198 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/shr.cpp
 9199 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/shr_r.cpp
 9200 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/sqrt_l.cpp
 9201 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/sqrt_l_tbl.cpp
 9202 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/sub.cpp
 9203 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/syn_filt.cpp
 9204 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/vad1.cpp
 9205 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/weight_a.cpp
 9206 target thumb C++: libstagefright_amrnb_common <=
frameworks/base/media/libstagefright/codecs/amrnb/common/src/window_tab.cpp
 9207 target arm C: libstagefright_enc_common <=
frameworks/base/media/libstagefright/codecs/common/cmnMemory.c
 9208 target thumb C++: libstagefright_avc_common <=
frameworks/base/media/libstagefright/codecs/avc/common/src/deblock.cpp
 9209 target thumb C++: libstagefright_avc_common <=
frameworks/base/media/libstagefright/codecs/avc/common/src/dpb.cpp
 9210 target thumb C++: libstagefright_avc_common <=
frameworks/base/media/libstagefright/codecs/avc/common/src/fmo.cpp
 9211 target thumb C++: libstagefright_avc_common <=
frameworks/base/media/libstagefright/codecs/avc/common/src/mb_access.cpp
 9212 target thumb C++: libstagefright_avc_common <=
frameworks/base/media/libstagefright/codecs/avc/common/src/reflist.cpp
 9213 target thumb C++: libstagefright_foundation <=
frameworks/base/media/libstagefright/foundation/AAtomizer.cpp
 9214 target thumb C++: libstagefright_foundation <=
frameworks/base/media/libstagefright/foundation/ABitReader.cpp
 9215 target thumb C++: libstagefright_foundation <=
frameworks/base/media/libstagefright/foundation/ABuffer.cpp
 9216 frameworks/base/media/libstagefright/foundation/ABitReader.cpp: In
member function 'const uint8_t* android::ABitReader::data() const':
 9217 frameworks/base/media/libstagefright/foundation/ABitReader.cpp:93:
warning: unknown conversion type character ',' in format
 9218 target thumb C++: libstagefright_foundation <=
frameworks/base/media/libstagefright/foundation/AHandler.cpp
 9219 target thumb C++: libstagefright_foundation <=
frameworks/base/media/libstagefright/foundation/ALooper.cpp
 9220 target thumb C++: libstagefright_foundation <=
frameworks/base/media/libstagefright/foundation/ALooperRoster.cpp
 9221 target thumb C++: libstagefright_foundation <=
frameworks/base/media/libstagefright/foundation/AMessage.cpp

```
 9222 target thumb C++: libstagefright_foundation <=
frameworks/base/media/libstagefright/foundation/AString.cpp
 9223 target thumb C++: libstagefright_foundation <=
frameworks/base/media/libstagefright/foundation/base64.cpp
 9224 target thumb C++: libstagefright_foundation <=
frameworks/base/media/libstagefright/foundation/hexdump.cpp
 9225 target thumb C++: libstagefright_color_conversion <=
frameworks/base/media/libstagefright/colorconversion/ColorConverter.cpp
 9226 target thumb C++: libstagefright_color_conversion <=
frameworks/base/media/libstagefright/colorconversion/SoftwareRenderer.cpp
 9227 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/analysis_sub_band.cpp
 9228 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/apply_ms_synt.cpp
 9229 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/apply_tns.cpp
 9230 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/buf_getbits.cpp
 9231 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/byte_align.cpp
 9232 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/calc_auto_corr.cpp
 9233 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/calc_gsfb_table.cpp
 9234 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/calc_sbr_anafilterbank.cpp
 9235 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/calc_sbr_envelope.cpp
 9236 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/calc_sbr_synfilterbank.cpp
 9237 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/check_crc.cpp
 9238 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/dct16.cpp
 9239 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/dct64.cpp
 9240 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/decode_huff_cw_binary.cpp
 9241 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/decode_noise_floorlevels.c
pp
 9242 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/deinterleave.cpp
 9243 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/digit_reversal_tables.cpp
 9244 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/dst16.cpp
 9245 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/dst32.cpp
 9246 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/dst8.cpp
 9247 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/esc_iquant_scaling.cpp
 9248 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/extractframeinfo.cpp
 9249 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/fft_rx4_long.cpp
```

```
 9250 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/fft_rx4_short.cpp
 9251 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/fft_rx4_tables_fxp.cpp
 9252 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/fwd_long_complex_rot.cpp
 9253 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/find_adts_syncword.cpp
 9254 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/fwd_short_complex_rot.cpp
 9255 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/gen_rand_vector.cpp
 9256 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/get_adif_header.cpp
 9257 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/get_adts_header.cpp
 9258 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/get_audio_specific_config.
cpp
 9259 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/get_dse.cpp
 9260 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/get_ele_list.cpp
 9261 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/get_ga_specific_config.cpp
 9262 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/get_ics_info.cpp
 9263 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/get_prog_config.cpp
 9264 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/get_pulse_data.cpp
 9265 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/get_sbr_bitstream.cpp
 9266 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/get_sbr_stopfreq.cpp
 9267 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/get_sbr_startfreq.cpp
 9268 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/get_tns.cpp
 9269 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/getfill.cpp
 9270 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/getgroup.cpp
 9271 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/getics.cpp
 9272 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/getmask.cpp
 9273 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/hcbtables_binary.cpp
 9274 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/huffcb.cpp
 9275 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/hufffac.cpp
 9276 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/huffdecode.cpp
 9277 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/huffspec_fxp.cpp
```

9278 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/idct16.cpp
9279 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/idct32.cpp
9280 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/idct8.cpp
9281 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/imdct_fxp.cpp
9282 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/init_sbr_dec.cpp
9283 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/infoinit.cpp
9284 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/intensity_right.cpp
9285 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/inv_long_complex_rot.cpp
9286 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/inv_short_complex_rot.cpp
9287 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/iquant_table.cpp
9288 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/long_term_prediction.cpp
9289 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/long_term_synthesis.cpp
9290 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/lt_decode.cpp
9291 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/mdct_fxp.cpp
9292 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/mdct_tables_fxp.cpp
9293 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/mdst.cpp
9294 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/mix_radix_fft.cpp
9295 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/ms_synt.cpp
9296 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/pns_corr.cpp
9297 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/pns_intensity_right.cpp
9298 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/pns_left.cpp
9299 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/ps_all_pass_fract_delay_fi
lter.cpp
9300 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/ps_all_pass_filter_coeff.c
pp
9301 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/ps_allocate_decoder.cpp
9302 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/ps_applied.cpp
9303 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/ps_bstr_decoding.cpp
9304 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/ps_channel_filtering.cpp

9305 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/ps_decode_bs_utils.cpp
 9306 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/ps_decorrelate.cpp
 9307 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/ps_fft_rx8.cpp
 9308 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/ps_hybrid_analysis.cpp
 9309 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/ps_hybrid_filter_bank_allo
cation.cpp
 9310 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/ps_hybrid_synthesis.cpp
 9311 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/ps_init_stereo_mixing.cpp
 9312 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/ps_pwr_transient_detection
.cpp
 9313 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/ps_read_data.cpp
 9314 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/ps_stereo_processing.cpp
 9315 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/pulse_nc.cpp
 9316 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/pv_div.cpp
 9317 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/pv_log2.cpp
 9318 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/pv_normalize.cpp
 9319 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/pv_pow2.cpp
 9320 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/pv_sine.cpp
 9321 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/pv_sqrt.cpp
 9322 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/pvmp4audiodecoderconfig.cp
p
 9323 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/pvmp4audiodecoderframe.cpp
 9324 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/pvmp4audiodecodergetmemreq
uirements.cpp
 9325 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/pvmp4audiodecoderinitlibra
ry.cpp
 9326 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/pvmp4audiodecoderresetbuff
er.cpp
 9327 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/q_normalize.cpp
 9328 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/qmf_filterbank_coeff.cpp
 9329 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_aliasing_reduction.cpp

```
 9330 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_applied.cpp
 9331 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_code_book_envlevel.cpp
 9332 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_create_limiter_bands.c
pp
 9333 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_crc_check.cpp
 9334 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_dec.cpp
 9335 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_decode_envelope.cpp
 9336 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_decode_huff_cw.cpp
 9337 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_downsample_lo_res.cpp
 9338 frameworks/base/media/libstagefright/codecs/aacdec/sbr_dec.cpp: In
function 'void sbr_dec(Int16*, Int16*, SBR_FRAME_DATA*, int32_t, SBR_DEC*,
Int16*, PS_DEC*, tDec_Int_File*)':
 9339 frameworks/base/media/libstagefright/codecs/aacdec/sbr_dec.cpp:569:
warning: array subscript is above array bounds
 9340 frameworks/base/media/libstagefright/codecs/aacdec/sbr_dec.cpp:637:
warning: array subscript is above array bounds
 9341 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_envelope_calc_tbl.cpp
 9342 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_envelope_unmapping.cpp
 9343 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_extract_extended_data.
cpp
 9344 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_find_start_andstop_ban
d.cpp
 9345 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_generate_high_freq.cpp
 9346 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_get_additional_data.cp
p
 9347 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_get_cpe.cpp
 9348 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_get_dir_control_data.c
pp
 9349 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_get_envelope.cpp
 9350 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_get_noise_floor_data.c
pp
 9351 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_get_header_data.cpp
 9352 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_get_sce.cpp
 9353 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_inv_filt_levelemphasis
.cpp
```

9354 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_open.cpp
 9355 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_read_data.cpp
 9356 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_requantize_envelope_da
ta.cpp
 9357 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_reset_dec.cpp
 9358 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/set_mc_info.cpp
 9359 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sbr_update_freq_scale.cpp
 9360 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/sfb.cpp
 9361 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/shellsort.cpp
 9362 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/synthesis_sub_band.cpp
 9363 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/tns_ar_filter.cpp
 9364 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/tns_decode_coef.cpp
 9365 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/tns_inv_filter.cpp
 9366 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/trans4m_freq_2_time_fxp.cp
p
 9367 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/trans4m_time_2_freq_fxp.cp
p
 9368 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/unpack_idx.cpp
 9369 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/window_tables_fxp.cpp
 9370 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/pvmp4setaudioconfig.cpp
 9371 target thumb C++: libstagefright_aacdec <=
frameworks/base/media/libstagefright/codecs/aacdec/AACDecoder.cpp
 9372 target asm: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/asm/ARMV5E/AutoCorrela
tion_v5.s
 9373 target asm: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/asm/ARMV5E/band_nrg_v5
.s
 9374 target asm: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/asm/ARMV5E/CalcWindowE
nergy_v5.s
 9375 target asm: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/asm/ARMV7/PrePostMDCT_
v7.s
 9376 target asm: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/asm/ARMV7/R4R8First_v7
.s
 9377
frameworks/base/media/libstagefright/codecs/aacenc/src/asm/ARMV7/PrePostMDCT_
v7.s: Assembler messages:

9378
frameworks/base/media/libstagefright/codecs/aacenc/src/asm/ARMV7/PrePostMDCT_
v7.s:0: Warning: end of file not at end of a line; newline inserted
 9379
frameworks/base/media/libstagefright/codecs/aacenc/src/asm/ARMV7/R4R8First_v7
.s: Assembler messages:
 9380
frameworks/base/media/libstagefright/codecs/aacenc/src/asm/ARMV7/R4R8First_v7
.s:0: Warning: end of file not at end of a line; newline inserted
 9381 target asm: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/asm/ARMV7/Radix4FFT_v7
.s
 9382
frameworks/base/media/libstagefright/codecs/aacenc/src/asm/ARMV7/Radix4FFT_v7
.s: Assembler messages:
 9383
frameworks/base/media/libstagefright/codecs/aacenc/src/asm/ARMV7/Radix4FFT_v7
.s:0: Warning: end of file not at end of a line; newline inserted
 9384 target arm C++: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/AACEncoder.cpp
 9385 target arm C: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basicop2.c
 9386 target arm C: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/oper_32b.c
 9387 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/oper_32b.c:
In function 'ASM_L_shl':
 9388
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:242:
warning: 'result' is used uninitialized in this function
 9389 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/oper_32b.c:
In function 'L_mult':
 9390
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:423:
warning: 'result' is used uninitialized in this function
 9391 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/oper_32b.c:
In function 'L_msu':
 9392
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:453:
warning: 'result' is used uninitialized in this function
 9393 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/oper_32b.c:
In function 'L_sub':
 9394
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:477:
warning: 'result' is used uninitialized in this function
 9395 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/oper_32b.c:
In function 'mult':
 9396
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:687:
warning: 'result' is used uninitialized in this function
 9397 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/oper_32b.c:
In function 'norm_s':
 9398
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:722:
warning: 'result' is used uninitialized in this function
 9399 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/oper_32b.c:
In function 'norm_l':

9400 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:772: warning: 'result' is used uninitialized in this function
 9401 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/oper_32b.c: In function 'round16':
 9402 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:982: warning: 'result' is used uninitialized in this function
 9403 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/oper_32b.c: In function 'L_mac':
 9404 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:1008: warning: 'result' is used uninitialized in this function
 9405 target arm C: libstagefright_aacenc <= frameworks/base/media/libstagefright/codecs/aacenc/src/aac_rom.c
 9406 target arm C: libstagefright_aacenc <= frameworks/base/media/libstagefright/codecs/aacenc/src/aacenc.c
 9407 target arm C: libstagefright_aacenc <= frameworks/base/media/libstagefright/codecs/aacenc/src/aacenc_core.c
 9408 frameworks/base/media/libstagefright/codecs/aacenc/src/aacenc.c: In function 'voAACEncGetOutputData':
 9409 frameworks/base/media/libstagefright/codecs/aacenc/src/aacenc.c:252: warning: pointer targets in passing argument 6 of 'AacEncEncode' differ in signedness
 9410 frameworks/base/media/libstagefright/codecs/aacenc/inc/aacenc_core.h:100: note: expected 'Word32 *' but argument is of type 'VO_U32 *'
 9411 frameworks/base/media/libstagefright/codecs/aacenc/src/aacenc.c: In function 'voAACEncSetParam':
 9412 frameworks/base/media/libstagefright/codecs/aacenc/src/aacenc.c:361: warning: suggest parentheses around '&&' within '||'
 9413 target arm C: libstagefright_aacenc <= frameworks/base/media/libstagefright/codecs/aacenc/src/adj_thr.c
 9414 frameworks/base/media/libstagefright/codecs/aacenc/src/adj_thr.c:1043:3: warning: "/*" within comment
 9415 frameworks/base/media/libstagefright/codecs/aacenc/src/adj_thr.c: In function 'saturate':
 9416 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:298: warning: 'result' is used uninitialized in this function
 9417 frameworks/base/media/libstagefright/codecs/aacenc/src/adj_thr.c: In function 'mult':
 9418 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:687: warning: 'result' is used uninitialized in this function
 9419 frameworks/base/media/libstagefright/codecs/aacenc/src/adj_thr.c: In function 'norm_l':
 9420 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:772: warning: 'result' is used uninitialized in this function
 9421 frameworks/base/media/libstagefright/codecs/aacenc/src/adj_thr.c: In function 'round16':
 9422 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:982: warning: 'result' is used uninitialized in this function

9423 frameworks/base/media/libstagefright/codecs/aacenc/src/adj_thr.c: In function 'L_add':
9424 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:1032: warning: 'result' is used uninitialized in this function
9425 frameworks/base/media/libstagefright/codecs/aacenc/src/adj_thr.c: In function 'voAACEnc_L_mpy_wx':
9426 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/oper_32b.h:64: warning: 'result' is used uninitialized in this function
9427 target arm C: libstagefright_aacenc <= frameworks/base/media/libstagefright/codecs/aacenc/src/band_nrg.c
9428 target arm C: libstagefright_aacenc <= frameworks/base/media/libstagefright/codecs/aacenc/src/bit_cnt.c
9429 target arm C: libstagefright_aacenc <= frameworks/base/media/libstagefright/codecs/aacenc/src/bitbuffer.c
9430 frameworks/base/media/libstagefright/codecs/aacenc/src/bit_cnt.c: In function 'sub':target arm C: libstagefright_aacenc <= frameworks/base/media/libstagefright/codecs/aacenc/src/bitenc.c
9431
9432 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:622: warning: 'result' is used uninitialized in this function
9433 target arm C: libstagefright_aacenc <= frameworks/base/media/libstagefright/codecs/aacenc/src/block_switch.c
9434 frameworks/base/media/libstagefright/codecs/aacenc/src/block_switch.c: In function 'L_sub':
9435 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:477: warning: 'result' is used uninitialized in this function
9436 frameworks/base/media/libstagefright/codecs/aacenc/src/block_switch.c: In function 'sub':
9437 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:622: warning: 'result' is used uninitialized in this function
9438 frameworks/base/media/libstagefright/codecs/aacenc/src/block_switch.c: In function 'norm_l':
9439 frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:772: warning: 'result' is used uninitialized in this function
9440 target arm C: libstagefright_aacenc <= frameworks/base/media/libstagefright/codecs/aacenc/src/channel_map.c
9441 target arm C: libstagefright_aacenc <= frameworks/base/media/libstagefright/codecs/aacenc/src/dyn_bits.c
9442 frameworks/base/media/libstagefright/codecs/aacenc/src/adj_thr.c: In function 'adaptThresholdsToPe':
9443 frameworks/base/media/libstagefright/codecs/aacenc/src/adj_thr.c:78: warning: 'pthrExp' may be used uninitialized in this function
9444 frameworks/base/media/libstagefright/codecs/aacenc/src/adj_thr.c:71: note: 'pthrExp' was declared here
9445 frameworks/base/media/libstagefright/codecs/aacenc/src/dyn_bits.c: In function 'noiselessCounter':target arm C: libstagefright_aacenc <= frameworks/base/media/libstagefright/codecs/aacenc/src/grp_data.c
9446
9447 frameworks/base/media/libstagefright/codecs/aacenc/src/dyn_bits.c:295: warning: assignment discards qualifiers from pointer target type

9448 frameworks/base/media/libstagefright/codecs/aacenc/src/dyn_bits.c:298:
warning: assignment discards qualifiers from pointer target type
 9449 frameworks/base/media/libstagefright/codecs/aacenc/src/grp_data.c: In
function 'L_add':
 9450
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:1032:
warning: 'result' is used uninitialized in this function
 9451 target arm C: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/interface.c
 9452 frameworks/base/media/libstagefright/codecs/aacenc/src/interface.c: In
function 'BuildInterface':
 9453 frameworks/base/media/libstagefright/codecs/aacenc/src/interface.c:102:
warning: initialization discards qualifiers from pointer target type
 9454 frameworks/base/media/libstagefright/codecs/aacenc/src/interface.c:103:
warning: initialization discards qualifiers from pointer target type
 9455 frameworks/base/media/libstagefright/codecs/aacenc/src/interface.c: In
function 'L_add':
 9456
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:1032:
warning: 'result' is used uninitialized in this function
 9457 target arm C: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/line_pe.c
 9458 target arm C: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/ms_stereo.c
 9459 target arm C: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/pre_echo_control.c
 9460 frameworks/base/media/libstagefright/codecs/aacenc/src/line_pe.c: In
function 'saturate':
 9461
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:298:
warning: 'result' is used uninitialized in this function
 9462 frameworks/base/media/libstagefright/codecs/aacenc/src/line_pe.c: In
function 'voAACEnc_L_mpy_wx':
 9463
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/oper_32b.h:64:
warning: 'result' is used uninitialized in this function
 9464 target arm C: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/psy_configuration.c
 9465 frameworks/base/media/libstagefright/codecs/aacenc/src/ms_stereo.c: In
function 'norm_l':
 9466
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:772:
warning: 'result' is used uninitialized in this function
 9467
frameworks/base/media/libstagefright/codecs/aacenc/src/psy_configuration.c:
In function 'InitPsyConfigurationLong':
 9468
frameworks/base/media/libstagefright/codecs/aacenc/src/psy_configuration.c:35
9: warning: assignment discards qualifiers from pointer target type
 9469
frameworks/base/media/libstagefright/codecs/aacenc/src/psy_configuration.c:
In function 'InitPsyConfigurationShort':
 9470
frameworks/base/media/libstagefright/codecs/aacenc/src/psy_configuration.c:44
2: warning: assignment discards qualifiers from pointer target type

9471
frameworks/base/media/libstagefright/codecs/aacenc/src/psy_configuration.c:
In function 'saturate':
 9472
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:298:
warning: 'result' is used uninitialized in this function
 9473
frameworks/base/media/libstagefright/codecs/aacenc/src/psy_configuration.c:
In function 'L_sub':
 9474
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:477:
warning: 'result' is used uninitialized in this function
 9475
frameworks/base/media/libstagefright/codecs/aacenc/src/psy_configuration.c:
In function 'sub':
 9476
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:622:
warning: 'result' is used uninitialized in this function
 9477
frameworks/base/media/libstagefright/codecs/aacenc/src/psy_configuration.c:
In function 'norm_l':
 9478
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:772:
warning: 'result' is used uninitialized in this function
 9479
frameworks/base/media/libstagefright/codecs/aacenc/src/psy_configuration.c:
In function 'round16':
 9480
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:982:
warning: 'result' is used uninitialized in this function
 9481 target arm C: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/psy_main.c
 9482 target arm C: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/qc_main.c
 9483 frameworks/base/media/libstagefright/codecs/aacenc/src/psy_main.c: In
function 'advancePsychShort':
 9484 frameworks/base/media/libstagefright/codecs/aacenc/src/psy_main.c:742:
warning: assignment discards qualifiers from pointer target type
 9485 target arm C: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/quantize.c
 9486 frameworks/base/media/libstagefright/codecs/aacenc/src/qc_main.c: In
function 'QCOutDelete':
 9487 frameworks/base/media/libstagefright/codecs/aacenc/src/qc_main.c:166:
warning: suggest braces around empty body in an 'if' statement
 9488 frameworks/base/media/libstagefright/codecs/aacenc/src/qc_main.c: In
function 'sub':
 9489
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:622:
warning: 'result' is used uninitialized in this function
 9490 frameworks/base/media/libstagefright/codecs/aacenc/src/quantize.c: In
function 'quantizeLines':
 9491 frameworks/base/media/libstagefright/codecs/aacenc/src/quantize.c:116:
warning: assignment discards qualifiers from pointer target type
 9492 frameworks/base/media/libstagefright/codecs/aacenc/src/quantize.c: In
function 'calcSfbDist':
 9493 frameworks/base/media/libstagefright/codecs/aacenc/src/quantize.c:339:
warning: assignment discards qualifiers from pointer target type

9494 frameworks/base/media/libstagefright/codecs/aacenc/src/quantize.c:340:
warning: assignment discards qualifiers from pointer target type
 9495 frameworks/base/media/libstagefright/codecs/aacenc/src/quantize.c: In
function 'ASM_L_shl':
 9496
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:242:
warning: 'result' is used uninitialized in this function
 9497 frameworks/base/media/libstagefright/codecs/aacenc/src/quantize.c: In
function 'saturate':
 9498
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:298:
warning: 'result' is used uninitialized in this function
 9499 frameworks/base/media/libstagefright/codecs/aacenc/src/quantize.c: In
function 'norm_l':
 9500
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:772:
warning: 'result' is used uninitialized in this function
 9501 frameworks/base/media/libstagefright/codecs/aacenc/src/quantize.c: In
function 'L_add':
 9502
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:1032:
warning: 'result' is used uninitialized in this function
 9503 frameworks/base/media/libstagefright/codecs/aacenc/src/quantize.c: In
function 'voAACEnc_L_mpy_wx':
 9504
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/oper_32b.h:64:
warning: 'result' is used uninitialized in this function
 9505 target arm C: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/sf_estim.c
 9506 target arm C: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/spreading.c
 9507 frameworks/base/media/libstagefright/codecs/aacenc/src/sf_estim.c: In
function 'assimilateSingleScf':
 9508 frameworks/base/media/libstagefright/codecs/aacenc/src/sf_estim.c:450:
warning: assignment from incompatible pointer type
 9509 frameworks/base/media/libstagefright/codecs/aacenc/src/sf_estim.c:460:
warning: assignment from incompatible pointer type
 9510 frameworks/base/media/libstagefright/codecs/aacenc/src/sf_estim.c: In
function 'saturate':
 9511
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:298:
warning: 'result' is used uninitialized in this function
 9512 frameworks/base/media/libstagefright/codecs/aacenc/src/sf_estim.c: In
function 'norm_l':
 9513
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:772:
warning: 'result' is used uninitialized in this function
 9514 frameworks/base/media/libstagefright/codecs/aacenc/src/sf_estim.c: In
function 'L_add':
 9515
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:1032:
warning: 'result' is used uninitialized in this function
 9516 target arm C: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/stat_bits.c
 9517 target arm C: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/tns.c

9518 target arm C: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c
 9519 frameworks/base/media/libstagefright/codecs/aacenc/src/tns.c: In
function 'ASM_L_shl':
 9520
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:242:
warning: 'result' is used uninitialized in this function
 9521 frameworks/base/media/libstagefright/codecs/aacenc/src/tns.c: In
function 'saturate':
 9522
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:298:
warning: 'result' is used uninitialized in this function
 9523 frameworks/base/media/libstagefright/codecs/aacenc/src/tns.c: In
function 'L_sub':
 9524
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:477:
warning: 'result' is used uninitialized in this function
 9525 frameworks/base/media/libstagefright/codecs/aacenc/src/tns.c: In
function 'sub':
 9526
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:622:
warning: 'result' is used uninitialized in this function
 9527 frameworks/base/media/libstagefright/codecs/aacenc/src/tns.c: In
function 'norm_l':
 9528
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:772:
warning: 'result' is used uninitialized in this function
 9529 frameworks/base/media/libstagefright/codecs/aacenc/src/tns.c: In
function 'L_add':
 9530
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:1032:
warning: 'result' is used uninitialized in this function
 9531 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c: In
function 'Mdct_Long':
 9532 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:353:
warning: implicit declaration of function 'PreMDCT'
 9533 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:356:
warning: implicit declaration of function 'Radix8First'
 9534 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:357:
warning: implicit declaration of function 'Radix4FFT'
 9535 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:359:
warning: implicit declaration of function 'PostMDCT'
 9536 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c: In
function 'Mdct_Short':
 9537 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:374:
warning: implicit declaration of function 'Radix4First'
 9538 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c: In
function 'Transform_Real':
 9539 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:492:
warning: assignment from incompatible pointer type
 9540 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:509:
warning: assignment from incompatible pointer type
 9541 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:520:
warning: passing argument 1 of 'Mdct_Long' from incompatible pointer type
 9542 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:351:
note: expected 'int *' but argument is of type 'Word32 *'

9543 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:537:
warning: assignment from incompatible pointer type
 9544 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:560:
warning: assignment from incompatible pointer type
 9545 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:570:
warning: passing argument 1 of 'Mdct_Long' from incompatible pointer type
 9546 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:351:
note: expected 'int *' but argument is of type 'Word32 *'
 9547 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:596:
warning: assignment from incompatible pointer type
 9548 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:612:
warning: assignment from incompatible pointer type
 9549 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:622:
warning: passing argument 1 of 'Mdct_Long' from incompatible pointer type
 9550 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:351:
note: expected 'int *' but argument is of type 'Word32 *'
 9551 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:642:
warning: assignment from incompatible pointer type
 9552 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:661:
warning: passing argument 1 of 'Mdct_Short' from incompatible pointer type
 9553 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:369:
note: expected 'int *' but argument is of type 'Word32 *'
 9554 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c: In
function 'norm_s':
 9555
frameworks/base/media/libstagefright/codecs/aacenc/basic_op/basic_op.h:722:
warning: 'result' is used uninitialized in this function
 9556 target arm C: libstagefright_aacenc <=
frameworks/base/media/libstagefright/codecs/aacenc/src/memalign.c
 9557 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c: In
function 'Transform_Real':
 9558 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:497:
warning: dereferencing pointer 'winPtr' does break strict-aliasing rules
 9559 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:495:
warning: dereferencing pointer 'winPtr' does break strict-aliasing rules
 9560 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:492:
note: initialized from here
 9561 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:498:
note: initialized from here
 9562 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:514:
warning: dereferencing pointer 'winPtr' does break strict-aliasing rules
 9563 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:512:
warning: dereferencing pointer 'winPtr' does break strict-aliasing rules
 9564 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:509:
note: initialized from here
 9565 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:515:
note: initialized from here
 9566 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:544:
warning: dereferencing pointer 'winPtr' does break strict-aliasing rules
 9567 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:542:
warning: dereferencing pointer 'winPtr' does break strict-aliasing rules
 9568 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:537:
note: initialized from here
 9569 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:545:
note: initialized from here
 9570 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:565:
warning: dereferencing pointer 'winPtr' does break strict-aliasing rules

9571 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:563:
warning: dereferencing pointer 'winPtr' does break strict-aliasing rules
9572 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:560:
note: initialized from here
9573 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:566:
note: initialized from here
9574 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:601:
warning: dereferencing pointer 'winPtr' does break strict-aliasing rules
9575 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:599:
warning: dereferencing pointer 'winPtr' does break strict-aliasing rules
9576 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:596:
note: initialized from here
9577 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:602:
note: initialized from here
9578 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:617:
warning: dereferencing pointer 'winPtr' does break strict-aliasing rules
9579 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:615:
warning: dereferencing pointer 'winPtr' does break strict-aliasing rules
9580 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:612:
note: initialized from here
9581 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:619:
note: initialized from here
9582 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:653:
warning: dereferencing pointer 'winPtr' does break strict-aliasing rules
9583 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:651:
warning: dereferencing pointer 'winPtr' does break strict-aliasing rules
9584 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:647:
warning: dereferencing pointer 'winPtr' does break strict-aliasing rules
9585 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:645:
warning: dereferencing pointer 'winPtr' does break strict-aliasing rules
9586 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:642:
note: initialized from here
9587 frameworks/base/media/libstagefright/codecs/aacenc/src/transform.c:656:
note: initialized from here
9588 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/AMRNBDecoder.cpp
9589 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/a_refl.cpp
9590 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/agc.cpp
9591 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/amrdecode.cpp
9592 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/b_cn_cod.cpp
9593 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/bgnscd.cpp
9594 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/c_g_aver.cpp
9595 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/d1035pf.cpp
9596 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/d2_11pf.cpp
9597 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/d3_14pf.cpp
9598 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/d2_9pf.cpp

9599 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/d4_17pf.cpp
 9600 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/d8_31pf.cpp
 9601 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/d_gain_c.cpp
 9602 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/d_gain_p.cpp
 9603 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/d_plsf.cpp
 9604 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/d_plsf_3.cpp
 9605 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/d_plsf_5.cpp
 9606 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/dec_gain.cpp
 9607 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/dec_amr.cpp
 9608 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/dec_input_format_ta
b.cpp
 9609 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/dec_lag3.cpp
 9610 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/dec_lag6.cpp
 9611 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/dtx_dec.cpp
 9612 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/ec_gains.cpp
 9613 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/ex_ctrl.cpp
 9614 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/if2_to_ets.cpp
 9615 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/int_lsf.cpp
 9616 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/lsp_avg.cpp
 9617 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/ph_disp.cpp
 9618 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/preemph.cpp
 9619 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/post_pro.cpp
 9620 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/pstfilt.cpp
 9621 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/qgain475_tab.cpp
 9622 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/sp_dec.cpp
 9623 target thumb C++: libstagefright_amrnbdec <=
frameworks/base/media/libstagefright/codecs/amrnb/dec/src/wmf_to_ets.cpp
 9624 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/AMRNBEncoder.cpp
 9625 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/amrencode.cpp
 9626 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/autocorr.cpp

```
 9627 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/c1035pf.cpp
 9628 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/c2_11pf.cpp
 9629 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/c2_9pf.cpp
 9630 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/c3_14pf.cpp
 9631 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/c4_17pf.cpp
 9632 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/c8_31pf.cpp
 9633 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/calc_cor.cpp
 9634 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/calc_en.cpp
 9635 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/cl_ltp.cpp
 9636 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/cbsearch.cpp
 9637 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/cod_amr.cpp
 9638 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/convolve.cpp
 9639 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/cor_h.cpp
 9640 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/cor_h_x.cpp
 9641 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/cor_h_x2.cpp
 9642 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/corrwght_tab.cpp
 9643 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/dtx_enc.cpp
 9644 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/enc_lag3.cpp
 9645 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/enc_lag6.cpp
 9646 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/enc_output_format_t
ab.cpp
 9647 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/ets_to_if2.cpp
 9648 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/ets_to_wmf.cpp
 9649 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/g_adapt.cpp
 9650 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/g_pitch.cpp
 9651 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/g_code.cpp
 9652 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/gain_q.cpp
 9653 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/hp_max.cpp
 9654 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/inter_36_tab.cpp
```

9655 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/inter_36.cpp
 9656 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/l_comp.cpp
 9657 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/l_extract.cpp
 9658 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/lag_wind.cpp
 9659 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/l_negate.cpp
 9660 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/levinson.cpp
 9661 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/lag_wind_tab.cpp
 9662 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/lpc.cpp
 9663 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/ol_ltp.cpp
 9664 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/p_ol_wgh.cpp
 9665 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/pitch_fr.cpp
 9666 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/pitch_ol.cpp
 9667 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/pre_big.cpp
 9668 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/pre_proc.cpp
 9669 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/prm2bits.cpp
 9670 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/q_gain_c.cpp
 9671 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/q_gain_p.cpp
 9672 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/qgain475.cpp
 9673 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/qgain795.cpp
 9674 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/qua_gain.cpp
 9675 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/s10_8pf.cpp
 9676 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/set_sign.cpp
 9677 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/sid_sync.cpp
 9678 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/sp_enc.cpp
 9679 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/spstproc.cpp
 9680 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/spreproc.cpp
 9681 target thumb C++: libstagefright_amrnbenc <=
frameworks/base/media/libstagefright/codecs/amrnb/enc/src/ton_stab.cpp
 9682 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/AMRWBDecoder.cpp

```
 9683 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/agc2_amr_wb.cpp
 9684 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/band_pass_6k_7k.cpp
 9685 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/dec_acelp_2p_in_64.cpp
 9686 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/dec_acelp_4p_in_64.cpp
 9687 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/dec_alg_codebook.cpp
 9688 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/dec_gain2_amr_wb.cpp
 9689 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/deemphasis_32.cpp
 9690 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/get_amr_wb_bits.cpp
 9691 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/dtx_decoder_amr_wb.cpp
 9692 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/highpass_400hz_at_12k8.
cpp
 9693 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/highpass_50hz_at_12k8.c
pp
 9694 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/interpolate_isp.cpp
 9695 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/homing_amr_wb_dec.cpp
 9696 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/isf_extrapolation.cpp
 9697 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/isp_az.cpp
 9698 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/isp_isf.cpp
 9699 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/lagconceal.cpp
 9700 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/low_pass_filt_7k.cpp
 9701 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/median5.cpp
 9702 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/mime_io.cpp
 9703 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/noise_gen_amrwb.cpp
 9704 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/normalize_amr_wb.cpp
 9705 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/phase_dispersion.cpp
 9706 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/oversamp_12k8_to_16k.cp
p
 9707 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/pit_shrp.cpp
 9708 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/pred_lt4.cpp
 9709 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/preemph_amrwb_dec.cpp
```

9710 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/pvamrwb_math_op.cpp
9711 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/pvamrwbdecoder.cpp
9712 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/q_gain2_tab.cpp
9713 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/qisf_ns.cpp
9714 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/qisf_ns_tab.cpp
9715 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/qpisf_2s.cpp
9716 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/qpisf_2s_tab.cpp
9717 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/scale_signal.cpp
9718 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/synthesis_amr_wb.cpp
9719 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/voice_factor.cpp
9720 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/wb_syn_filt.cpp
9721 target thumb C++: libstagefright_amrwbdec <=
frameworks/base/media/libstagefright/codecs/amrwb/src/weight_amrwb_lpc.cpp
9722 target asm: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/asm/ARMV7/convolve_n
eon.s
9723 target asm: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/asm/ARMV7/cor_h_vec_
neon.s
9724 target asm: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/asm/ARMV7/Deemph_32_
neon.s
9725 target asm: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/asm/ARMV7/Dot_p_neon
.s
9726 target asm: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/asm/ARMV7/Filt_6k_7k
_neon.s
9727 target asm: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/asm/ARMV7/Norm_Corr_
neon.s
9728 target asm: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/asm/ARMV7/pred_lt4_1
_neon.s
9729 target asm: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/asm/ARMV7/scale_sig_
neon.s
9730 target asm: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/asm/ARMV7/residu_asm
_neon.s
9731 target asm: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/asm/ARMV7/Syn_filt_3
2_neon.s
9732 target asm: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/asm/ARMV7/syn_filt_n
eon.s

9733 target arm C++: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/AMRWBEncoder.cpp
 9734 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/az_isp.c
 9735 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/bits.c
 9736 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/autocorr.c
 9737 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/c2t64fx.c
 9738 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/c4t64fx.c
 9739 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/convolve.c
 9740 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/cor_h_x.c
 9741 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/decim54.c
 9742 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/deemph.c
 9743 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/dtx.c
 9744 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/g_pitch.c
 9745 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/gpclip.c
 9746 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/homing.c
 9747 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/hp400.c
 9748 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/hp50.c
 9749 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/hp6k.c
 9750 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/hp_wsp.c
 9751 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/int_lpc.c
 9752 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/isp_az.c
 9753 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/isp_isf.c
 9754 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/lag_wind.c
 9755 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/levinson.c
 9756 In file included from
frameworks/base/media/libstagefright/codecs/amrwbenc/src/isp_isf.c:31:
 9757
frameworks/base/media/libstagefright/codecs/amrwbenc/inc/isp_isf.tab:24:
warning: 'static' is not at beginning of declaration
 9758
frameworks/base/media/libstagefright/codecs/amrwbenc/inc/isp_isf.tab:45:
warning: 'static' is not at beginning of declaration
 9759 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/log2.c

```
9760 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/lp_dec2.c
 9761 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/oper_32b.c
 9762 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/math_op.c
 9763 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/p_med_ol.c
 9764 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/pit_shrp.c
 9765 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/pitch_f4.c
 9766 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/pred_lt4.c
 9767 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/preemph.c
 9768 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/q_gain2.c
 9769 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/q_pulse.c
 9770 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/qisf_ns.c
 9771 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/qpisf_2s.c
 9772 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/residu.c
 9773 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/random.c
 9774 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/scale.c
 9775 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/stream.c
 9776 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/syn_filt.c
 9777 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/updt_tar.c
 9778 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/util.c
 9779 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/voicefac.c
 9780 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/wb_vad.c
 9781 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/voAMRWBEnc.c
 9782 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/weight_a.c
 9783 frameworks/base/media/libstagefright/codecs/amrwbenc/src/voAMRWBEnc.c:
In function 'voAMRWB_SetInputData':
 9784
frameworks/base/media/libstagefright/codecs/amrwbenc/src/voAMRWBEnc.c:1705:
warning: comparison of unsigned expression < 0 is always false
 9785 target arm C: libstagefright_amrwbenc <=
frameworks/base/media/libstagefright/codecs/amrwbenc/src/mem_align.c
 9786 target thumb C++: libstagefright_avcdec <=
frameworks/base/media/libstagefright/codecs/avc/dec/src/avcdec_api.cpp
 9787 target thumb C++: libstagefright_avcdec <=
frameworks/base/media/libstagefright/codecs/avc/dec/AVCDecoder.cpp
```

```
9788 target thumb C++: libstagefright_avcdec <=
frameworks/base/media/libstagefright/codecs/avc/dec/src/avc_bitstream.cpp
 9789 target thumb C++: libstagefright_avcdec <=
frameworks/base/media/libstagefright/codecs/avc/dec/src/header.cpp
 9790 target thumb C++: libstagefright_avcdec <=
frameworks/base/media/libstagefright/codecs/avc/dec/src/itrans.cpp
 9791 target thumb C++: libstagefright_avcdec <=
frameworks/base/media/libstagefright/codecs/avc/dec/src/pred_inter.cpp
 9792 target thumb C++: libstagefright_avcdec <=
frameworks/base/media/libstagefright/codecs/avc/dec/src/pred_intra.cpp
 9793 target thumb C++: libstagefright_avcdec <=
frameworks/base/media/libstagefright/codecs/avc/dec/src/residual.cpp
 9794 target thumb C++: libstagefright_avcdec <=
frameworks/base/media/libstagefright/codecs/avc/dec/src/slice.cpp
 9795 target thumb C++: libstagefright_avcdec <=
frameworks/base/media/libstagefright/codecs/avc/dec/src/vlc.cpp
 9796 target thumb C++: libstagefright_avcenc <=
frameworks/base/media/libstagefright/codecs/avc/enc/AVCEncoder.cpp
 9797 target thumb C++: libstagefright_avcenc <=
frameworks/base/media/libstagefright/codecs/avc/enc/src/avcenc_api.cpp
 9798 target thumb C++: libstagefright_avcenc <=
frameworks/base/media/libstagefright/codecs/avc/enc/src/bitstream_io.cpp
 9799 target thumb C++: libstagefright_avcenc <=
frameworks/base/media/libstagefright/codecs/avc/enc/src/block.cpp
 9800 target thumb C++: libstagefright_avcenc <=
frameworks/base/media/libstagefright/codecs/avc/enc/src/findhalfpel.cpp
 9801 target thumb C++: libstagefright_avcenc <=
frameworks/base/media/libstagefright/codecs/avc/enc/src/header.cpp
 9802 target thumb C++: libstagefright_avcenc <=
frameworks/base/media/libstagefright/codecs/avc/enc/src/init.cpp
 9803 target thumb C++: libstagefright_avcenc <=
frameworks/base/media/libstagefright/codecs/avc/enc/src/intra_est.cpp
 9804 target thumb C++: libstagefright_avcenc <=
frameworks/base/media/libstagefright/codecs/avc/enc/src/motion_comp.cpp
 9805 target thumb C++: libstagefright_avcenc <=
frameworks/base/media/libstagefright/codecs/avc/enc/src/motion_est.cpp
 9806 target thumb C++: libstagefright_avcenc <=
frameworks/base/media/libstagefright/codecs/avc/enc/src/rate_control.cpp
 9807 target thumb C++: libstagefright_avcenc <=
frameworks/base/media/libstagefright/codecs/avc/enc/src/residual.cpp
 9808 target thumb C++: libstagefright_avcenc <=
frameworks/base/media/libstagefright/codecs/avc/enc/src/sad.cpp
 9809 target thumb C++: libstagefright_avcenc <=
frameworks/base/media/libstagefright/codecs/avc/enc/src/sad_halfpel.cpp
 9810 target thumb C++: libstagefright_avcenc <=
frameworks/base/media/libstagefright/codecs/avc/enc/src/slice.cpp
 9811 target thumb C++: libstagefright_avcenc <=
frameworks/base/media/libstagefright/codecs/avc/enc/src/vlc_encode.cpp
 9812 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/M4vH263Decoder.cpp
 9813 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/adaptive_smooth_
no_mmx.cpp
 9814 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/bitstream.cpp
 9815 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/block_idct.cpp
```

```
 9816 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/cal_dc_scaler.cp
p
 9817 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/chvr_filter.cpp
 9818 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/combined_decode.
cpp
 9819 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/conceal.cpp
 9820 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/chv_filter.cpp
 9821 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/datapart_decode.
cpp
 9822 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/dcac_prediction.
cpp
 9823 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/deringing_chroma
.cpp
 9824 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/dec_pred_intra_d
c.cpp
 9825 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/deringing_luma.c
pp
 9826 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/find_min_max.cpp
 9827 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/get_pred_adv_b_a
dd.cpp
 9828 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/get_pred_outside
.cpp
 9829 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/idct.cpp
 9830 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/idct_vca.cpp
 9831 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/mb_motion_comp.c
pp
 9832 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/mb_utils.cpp
 9833 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/packet_util.cpp
 9834 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/post_filter.cpp
 9835 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/post_proc_semaph
ore.cpp
 9836 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/pp_semaphore_chr
oma_inter.cpp
 9837 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/pp_semaphore_lum
a.cpp
```

```
 9838 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/pvdec_api.cpp
 9839 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/scaling_tab.cpp
 9840 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/vlc_decode.cpp
 9841 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/vlc_dequant.cpp
 9842 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/vlc_tab.cpp
 9843 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/vop.cpp
 9844 target thumb C++: libstagefright_m4vh263dec <=
frameworks/base/media/libstagefright/codecs/m4v_h263/dec/src/zigzag_tab.cpp
 9845 target thumb C++: libstagefright_m4vh263enc <=
frameworks/base/media/libstagefright/codecs/m4v_h263/enc/M4vH263Encoder.cpp
 9846 target thumb C++: libstagefright_m4vh263enc <=
frameworks/base/media/libstagefright/codecs/m4v_h263/enc/src/bitstream_io.cpp
 9847 target thumb C++: libstagefright_m4vh263enc <=
frameworks/base/media/libstagefright/codecs/m4v_h263/enc/src/combined_encode.
cpp
 9848 target thumb C++: libstagefright_m4vh263enc <=
frameworks/base/media/libstagefright/codecs/m4v_h263/enc/src/datapart_encode.
cpp
 9849 target thumb C++: libstagefright_m4vh263enc <=
frameworks/base/media/libstagefright/codecs/m4v_h263/enc/src/dct.cpp
 9850 target thumb C++: libstagefright_m4vh263enc <=
frameworks/base/media/libstagefright/codecs/m4v_h263/enc/src/findhalfpel.cpp
 9851 target thumb C++: libstagefright_m4vh263enc <=
frameworks/base/media/libstagefright/codecs/m4v_h263/enc/src/fastcodemb.cpp
 9852 target thumb C++: libstagefright_m4vh263enc <=
frameworks/base/media/libstagefright/codecs/m4v_h263/enc/src/fastidct.cpp
 9853 target thumb C++: libstagefright_m4vh263enc <=
frameworks/base/media/libstagefright/codecs/m4v_h263/enc/src/fastquant.cpp
 9854 target thumb C++: libstagefright_m4vh263enc <=
frameworks/base/media/libstagefright/codecs/m4v_h263/enc/src/me_utils.cpp
 9855 target thumb C++: libstagefright_m4vh263enc <=
frameworks/base/media/libstagefright/codecs/m4v_h263/enc/src/mp4enc_api.cpp
 9856 target thumb C++: libstagefright_m4vh263enc <=
frameworks/base/media/libstagefright/codecs/m4v_h263/enc/src/rate_control.cpp
 9857 target thumb C++: libstagefright_m4vh263enc <=
frameworks/base/media/libstagefright/codecs/m4v_h263/enc/src/motion_est.cpp
 9858 target thumb C++: libstagefright_m4vh263enc <=
frameworks/base/media/libstagefright/codecs/m4v_h263/enc/src/motion_comp.cpp
 9859 target thumb C++: libstagefright_m4vh263enc <=
frameworks/base/media/libstagefright/codecs/m4v_h263/enc/src/sad.cpp
 9860 target thumb C++: libstagefright_m4vh263enc <=
frameworks/base/media/libstagefright/codecs/m4v_h263/enc/src/sad_halfpel.cpp
 9861 target thumb C++: libstagefright_m4vh263enc <=
frameworks/base/media/libstagefright/codecs/m4v_h263/enc/src/vlc_encode.cpp
 9862 target thumb C++: libstagefright_m4vh263enc <=
frameworks/base/media/libstagefright/codecs/m4v_h263/enc/src/vop.cpp
 9863 target asm: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/asm/pvmp3_polyphase_fi
lter_window_gcc.s
```

9864 target asm: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/asm/pvmp3_mdct_18_gcc.
s
9865 target asm: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/asm/pvmp3_dct_9_gcc.s
9866 target asm: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/asm/pvmp3_dct_16_gcc.s
9867 target thumb C++: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/MP3Decoder.cpp
9868 target thumb C++: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/pvmp3_normalize.cpp
9869 target thumb C++: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/pvmp3_alias_reduction.
cpp
9870 target thumb C++: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/pvmp3_crc.cpp
9871 target thumb C++: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/pvmp3_decode_header.cp
p
9872 target thumb C++: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/pvmp3_decode_huff_cw.c
pp
9873 target thumb C++: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/pvmp3_getbits.cpp
9874 target thumb C++: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/pvmp3_dequantize_sampl
e.cpp
9875 target thumb C++: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/pvmp3_framedecoder.cpp
9876 target thumb C++: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/pvmp3_get_main_data_si
ze.cpp
9877 target thumb C++: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/pvmp3_get_side_info.cp
p
9878 target thumb C++: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/pvmp3_get_scale_factor
s.cpp
9879 target thumb C++: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/pvmp3_mpeg2_get_scale_
data.cpp
9880 target thumb C++: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/pvmp3_mpeg2_get_scale_
factors.cpp
9881 target thumb C++: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/pvmp3_mpeg2_stereo_pro
c.cpp
9882 target thumb C++: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/pvmp3_huffman_decoding
.cpp
9883 target thumb C++: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/pvmp3_huffman_parsing.
cpp
9884 target thumb C++: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/pvmp3_tables.cpp
9885 target thumb C++: libstagefright_mp3dec <=
frameworks/base/media/libstagefright/codecs/mp3dec/src/pvmp3_imdct_synth.cpp

```
 9886 target thumb C++: libstagefright_mp3dec <=
framework/base/media/libstagefright/codecs/mp3dec/src/pvmp3_mdct_6.cpp
 9887 target thumb C++: libstagefright_mp3dec <=
framework/base/media/libstagefright/codecs/mp3dec/src/pvmp3_dct_6.cpp
 9888 target thumb C++: libstagefright_mp3dec <=
framework/base/media/libstagefright/codecs/mp3dec/src/pvmp3_poly_phase_synth
esis.cpp
 9889 target thumb C++: libstagefright_mp3dec <=
framework/base/media/libstagefright/codecs/mp3dec/src/pvmp3_equalizer.cpp
 9890 target thumb C++: libstagefright_mp3dec <=
framework/base/media/libstagefright/codecs/mp3dec/src/pvmp3_seek_synch.cpp
 9891 target thumb C++: libstagefright_mp3dec <=
framework/base/media/libstagefright/codecs/mp3dec/src/pvmp3_stereo_proc.cpp
 9892 target thumb C++: libstagefright_mp3dec <=
framework/base/media/libstagefright/codecs/mp3dec/src/pvmp3_reorder.cpp
 9893 target thumb C++: libstagefright_vorbisdec <=
framework/base/media/libstagefright/codecs/vorbis/dec/VorbisDecoder.cpp
 9894 target thumb C++: libstagefright_matroska <=
framework/base/media/libstagefright/matroska/MatroskaExtractor.cpp
 9895 target thumb C++: libstagefright_matroska <=
framework/base/media/libstagefright/matroska/mkvparser.cpp
 9896 In file included from
framework/base/media/libstagefright/matroska/MatroskaExtractor.cpp:23:
 9897 framework/base/media/libstagefright/matroska/mkvparser.hpp:400:
warning: type qualifiers ignored on function return type
 9898 In file included from
framework/base/media/libstagefright/matroska/mkvparser.cpp:1:
 9899 framework/base/media/libstagefright/matroska/mkvparser.hpp:400:
warning: type qualifiers ignored on function return type
 9900 framework/base/media/libstagefright/matroska/mkvparser.cpp:1620:
warning: type qualifiers ignored on function return type
 9901 target thumb C++: libstagefright_vpxdec <=
framework/base/media/libstagefright/codecs/on2/dec/VPXDecoder.cpp
 9902 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/bilinearpredict16x16_neon.s
 9903 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/bilinearpredict4x4_neon.s
 9904 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/bilinearpredict8x4_neon.s
 9905 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/bilinearpredict8x8_neon.s
 9906 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/buildintrapredictorsmby_neon.s
 9907 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/copymem16x16_neon.s
 9908 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/copymem8x4_neon.s
 9909 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/copymem8x8_neon.s
```

```
 9910 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/iwalsh_neon.s
 9911 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/loopfilterhorizontaledge_uv_neon.s
 9912 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/loopfilterhorizontaledge_y_neon.s
 9913 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/loopfiltersimplehorizontaledge_neon.s
 9914 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/loopfiltersimpleverticaledge_neon.s
 9915 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/loopfilterverticaledge_uv_neon.s
 9916 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/loopfilterverticaledge_y_neon.s
 9917 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/mbloopfilterhorizontaledge_uv_neon.s
 9918 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/mbloopfilterhorizontaledge_y_neon.s
 9919 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/mbloopfilterverticaledge_uv_neon.s
 9920 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/mbloopfilterverticaledge_y_neon.s
 9921 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/recon16x16mb_neon.s
 9922 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/recon2b_neon.s
 9923 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/recon4b_neon.s
 9924 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/reconb_neon.s
 9925 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/save_neon_reg.s
 9926 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/shortidct4x4llm_1_neon.s
 9927 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/shortidct4x4llm_neon.s
 9928 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/sixtappredict16x16_neon.s
```

```
 9929 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/sixtappredict4x4_neon.s
 9930 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/sixtappredict8x4_neon.s
 9931 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/sixtappredict8x8_neon.s
 9932 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/commo
n/arm/neon/dc_only_idct_add_neon.s
 9933 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/decod
er/arm/neon/dequantizeb_neon.s
 9934 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/decod
er/arm/neon/dequant_dc_idct_neon.s
 9935 target asm: libvpx <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/vp8/decod
er/arm/neon/dequant_idct_neon.s
 9936 target thumb C: libvpx <= external/libvpx/vpx/src/vpx_codec.c
 9937 target thumb C: libvpx <= external/libvpx/vpx/src/vpx_decoder.c
 9938 target thumb C: libvpx <= external/libvpx/vpx/src/vpx_image.c
 9939 target thumb C: libvpx <= external/libvpx/vpx_mem/vpx_mem.c
 9940 target thumb C: libvpx <= external/libvpx/vpx_scale/generic/vpxscale.c
 9941 In file included from external/libvpx/vpx_ports/config.h:10,
 9942                  from
external/libvpx/vpx_mem/include/vpx_mem_intrnl.h:14,
 9943                  from external/libvpx/vpx_mem/vpx_mem.c:18:
 9944 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
 9945 In file included from <command-line>:0:
 9946 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
 9947 target thumb C: libvpx <=
external/libvpx/vpx_scale/generic/yv12config.c
 9948 target thumb C: libvpx <=
external/libvpx/vpx_scale/generic/yv12extend.c
 9949 target thumb C: libvpx <=
external/libvpx/vpx_scale/generic/scalesystemdependant.c
 9950 In file included from external/libvpx/vpx_ports/config.h:10,
 9951                  from
external/libvpx/vpx_scale/generic/scalesystemdependant.c:12:
 9952 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
 9953 In file included from <command-line>:0:
 9954 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
 9955 frameworks/base/media/libstagefright/matroska/mkvparser.cpp: In member
function 'void mkvparser::Tracks::ParseTrackEntry(long long int, long long
int, mkvparser::Track*&)':
 9956 frameworks/base/media/libstagefright/matroska/mkvparser.cpp:2364:
warning: 'audioSettings.mkvparser::Track::Settings::size' may be used
uninitialized in this function
 9957 frameworks/base/media/libstagefright/matroska/mkvparser.cpp:2353:
warning: 'videoSettings.mkvparser::Track::Settings::size' may be used
uninitialized in this function
```

```
 9958 target thumb C: libvpx <=
external/libvpx/vpx_scale/generic/gen_scalers.c
 9959 target thumb C: libvpx <= external/libvpx/vp8/common/alloccommon.c
 9960 In file included from external/libvpx/vpx_ports/config.h:10,
 9961                  from external/libvpx/vp8/common/alloccommon.c:12:
 9962 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
 9963 In file included from <command-line>:0:
 9964 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
 9965 target thumb C: libvpx <= external/libvpx/vp8/common/blockd.c
 9966 In file included from external/libvpx/vpx_ports/config.h:10,
 9967                  from external/libvpx/vp8/common/blockd.h:17,
 9968                  from external/libvpx/vp8/common/blockd.c:12:
 9969 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
 9970 In file included from <command-line>:0:
 9971 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
 9972 target thumb C: libvpx <= external/libvpx/vp8/common/debugmodes.c
 9973 In file included from external/libvpx/vpx_ports/config.h:10,
 9974                  from external/libvpx/vp8/common/blockd.h:17,
 9975                  from external/libvpx/vp8/common/debugmodes.c:13:
 9976 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
 9977 In file included from <command-line>:0:
 9978 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
 9979 target thumb C: libvpx <= external/libvpx/vp8/common/entropy.c
 9980 target thumb C: libvpx <= external/libvpx/vp8/common/entropymode.c
 9981 In file included from external/libvpx/vpx_ports/config.h:10,
 9982                  from external/libvpx/vp8/common/blockd.h:17,
 9983                  from external/libvpx/vp8/common/entropy.h:16,
 9984                  from external/libvpx/vp8/common/entropy.c:14:
 9985 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
 9986 In file included from <command-line>:0:
 9987 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
 9988 In file included from external/libvpx/vp8/common/onyxc_int.h:15,
 9989                  from external/libvpx/vp8/common/entropymode.h:15,
 9990                  from external/libvpx/vp8/common/entropymode.c:12:
 9991 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
 9992 In file included from <command-line>:0:
 9993 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
 9994 target thumb C: libvpx <= external/libvpx/vp8/common/entropymv.c
 9995 target thumb C: libvpx <= external/libvpx/vp8/common/extend.c
 9996 target thumb C: libvpx <= external/libvpx/vp8/common/filter_c.c
 9997 target thumb C: libvpx <= external/libvpx/vp8/common/findnearmv.c
 9998 target thumb C: libvpx <=
external/libvpx/vp8/common/generic/systemdependent.c
 9999 In file included from external/libvpx/vpx_ports/config.h:10,
10000                  from external/libvpx/vp8/common/blockd.h:17,
10001                  from external/libvpx/vp8/common/findnearmv.h:16,
10002                  from external/libvpx/vp8/common/findnearmv.c:12:
10003 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10004 In file included from <command-line>:0:
10005 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10006 In file included from external/libvpx/vpx_ports/config.h:10,
```

10007                    from
external/libvpx/vp8/common/generic/systemdependent.c:12:
10008 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10009 In file included from <command-line>:0:
10010 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10011 target thumb C: libvpx <= external/libvpx/vp8/common/idctllm.c
10012 target thumb C: libvpx <= external/libvpx/vp8/common/invtrans.c
10013 In file included from external/libvpx/vpx_ports/config.h:10,
10014                    from external/libvpx/vp8/common/invtrans.h:15,
10015                    from external/libvpx/vp8/common/invtrans.c:12:
10016 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10017 In file included from <command-line>:0:
10018 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10019 target thumb C: libvpx <= external/libvpx/vp8/common/loopfilter.c
10020 In file included from external/libvpx/vpx_ports/config.h:10,
10021                    from external/libvpx/vp8/common/loopfilter.c:12:
10022 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10023 In file included from <command-line>:0:
10024 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10025 target thumb C: libvpx <=
external/libvpx/vp8/common/loopfilter_filters.c
10026 external/libvpx/vp8/common/loopfilter.c: In function
'vp8_loop_filter_frame':
10027 external/libvpx/vp8/common/loopfilter.c:354: warning: comparison
between signed and unsigned integer expressions
10028 external/libvpx/vp8/common/loopfilter.c: In function
'vp8_loop_filter_frame_yonly':
10029 external/libvpx/vp8/common/loopfilter.c:459: warning: comparison
between signed and unsigned integer expressions
10030 external/libvpx/vp8/common/loopfilter.c: In function
'vp8_loop_filter_partial_frame':
10031 external/libvpx/vp8/common/loopfilter.c:567: warning: comparison
between signed and unsigned integer expressions
10032 target thumb C: libvpx <= external/libvpx/vp8/common/mbpitch.c
10033 target thumb C: libvpx <= external/libvpx/vp8/common/modecont.c
10034 In file included from external/libvpx/vpx_ports/mem.h:14,
10035                    from external/libvpx/vp8/common/loopfilter.h:15,
10036                    from
external/libvpx/vp8/common/loopfilter_filters.c:13:
10037 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10038 In file included from <command-line>:0:
10039 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10040 In file included from external/libvpx/vpx_ports/config.h:10,
10041                    from external/libvpx/vp8/common/blockd.h:17,
10042                    from external/libvpx/vp8/common/mbpitch.c:12:
10043 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10044 In file included from <command-line>:0:
10045 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10046 In file included from external/libvpx/vpx_ports/config.h:10,
10047                    from external/libvpx/vp8/common/blockd.h:17,
10048                    from external/libvpx/vp8/common/entropy.h:16,
10049                    from external/libvpx/vp8/common/modecont.c:12:

```
10050 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10051 In file included from <command-line>:0:
10052 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10053 target thumb C: libvpx <= external/libvpx/vp8/common/modecontext.c
10054 In file included from external/libvpx/vp8/common/onyxc_int.h:15,
10055                  from external/libvpx/vp8/common/entropymode.h:15,
10056                  from external/libvpx/vp8/common/modecontext.c:12:
10057 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10058 In file included from <command-line>:0:
10059 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10060 target thumb C: libvpx <= external/libvpx/vp8/common/predictdc.c
10061 target thumb C: libvpx <= external/libvpx/vp8/common/quant_common.c
10062 In file included from external/libvpx/vpx_ports/config.h:10,
10063                  from external/libvpx/vp8/common/blockd.h:17,
10064                  from external/libvpx/vp8/common/predictdc.c:13:
10065 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10066 In file included from <command-line>:0:
10067 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10068 In file included from external/libvpx/vpx_ports/config.h:10,
10069                  from external/libvpx/vp8/common/blockd.h:17,
10070                  from external/libvpx/vp8/common/quant_common.h:13,
10071                  from external/libvpx/vp8/common/quant_common.c:12:
10072 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10073 In file included from <command-line>:0:
10074 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10075 target thumb C: libvpx <= external/libvpx/vp8/common/recon.c
10076 In file included from external/libvpx/vpx_ports/config.h:10,
10077                  from external/libvpx/vp8/common/recon.c:12:
10078 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10079 In file included from <command-line>:0:
10080 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10081 target thumb C: libvpx <= external/libvpx/vp8/common/reconinter.c
10082 In file included from external/libvpx/vpx_ports/config.h:10,
10083                  from external/libvpx/vp8/common/reconinter.c:12:
10084 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10085 In file included from <command-line>:0:
10086 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10087 target thumb C: libvpx <= external/libvpx/vp8/common/reconintra.c
10088 target thumb C: libvpx <= external/libvpx/vp8/common/reconintra4x4.c
10089 target thumb C: libvpx <= external/libvpx/vp8/common/setupintrarecon.c
10090 In file included from external/libvpx/vpx_ports/config.h:10,
10091                  from external/libvpx/vp8/common/reconintra.c:12:
10092 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10093 In file included from <command-line>:0:
10094 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10095 In file included from external/libvpx/vpx_ports/config.h:10,
10096                  from external/libvpx/vp8/common/reconintra4x4.c:12:
10097 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10098 In file included from <command-line>:0:
```

```
10099 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10100 target thumb C: libvpx <= external/libvpx/vp8/common/swapyv12buffer.c
10101 target thumb C: libvpx <= external/libvpx/vp8/common/textblit.c
10102 target thumb C: libvpx <= external/libvpx/vp8/common/treecoder.c
10103 target thumb C: libvpx <= external/libvpx/vp8/common/postproc.c
10104 target thumb C: libvpx <= external/libvpx/vp8/vp8_cx_iface.c
10105 In file included from external/libvpx/vpx_ports/config.h:10,
10106                 from external/libvpx/vp8/common/postproc.c:12:
10107 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10108 In file included from <command-line>:0:
10109 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10110 In file included from external/libvpx/vpx_ports/config.h:10,
10111                 from external/libvpx/vp8/encoder/onyx_int.h:16,
10112                 from external/libvpx/vp8/vp8_cx_iface.c:15:
10113 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10114 In file included from <command-line>:0:
10115 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10116 target thumb C: libvpx <= external/libvpx/vp8/vp8_dx_iface.c
10117 In file included from external/libvpx/vpx_ports/mem.h:14,
10118                 from external/libvpx/vp8/common/onyxd.h:24,
10119                 from
external/libvpx/vp8/vp8_dx_iface.c:18external/libvpx/vp8/vp8_cx_iface.c: In
function 'vp8e_init'':
10120 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10121 In file included from <command-line>:0:
10122 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10123
10124 external/libvpx/vp8/vp8_cx_iface.c:494: warning: comparison between
signed and unsigned integer expressions
10125 external/libvpx/vp8/vp8_cx_iface.c: In function
'pick_quickcompress_mode':
10126 external/libvpx/vp8/vp8_cx_iface.c:606: warning: comparison between
signed and unsigned integer expressions
10127 external/libvpx/vp8/vp8_cx_iface.c: At top level:
10128 external/libvpx/vp8/vp8_cx_iface.c:1042: warning: missing initializer
10129 external/libvpx/vp8/vp8_cx_iface.c:1042: warning: (near initialization
for 'vp8e_usage_cfg_map[0].cfg.rc_twopass_stats_in.sz')
10130 external/libvpx/vp8/vp8_cx_iface.c:1070: warning: missing initializer
10131 external/libvpx/vp8/vp8_cx_iface.c:1070: warning: (near initialization
for 'vp8e_usage_cfg_map[1].cfg.g_threads')
10132 external/libvpx/vp8/vp8_cx_iface.c:1177: warning: missing initializer
10133 external/libvpx/vp8/vp8_cx_iface.c:1177: warning: (near initialization
for 'vpx_enc_vp8_algo.dec.get_si')
10134 external/libvpx/vp8/vp8_dx_iface.c: In function 'vp8_validate_mmaps':
10135 external/libvpx/vp8/vp8_dx_iface.c:121: warning: comparison between
signed and unsigned integer expressions
10136 external/libvpx/vp8/vp8_dx_iface.c: In function 'vp8_init_ctx':
10137 external/libvpx/vp8/vp8_dx_iface.c:158: warning: comparison between
signed and unsigned integer expressions
10138 external/libvpx/vp8/vp8_dx_iface.c: In function 'mmap_lkup':
10139 external/libvpx/vp8/vp8_dx_iface.c:177: warning: comparison between
signed and unsigned integer expressions
```

```
10140 external/libvpx/vp8/vp8_dx_iface.c:178: warning: comparison between
signed and unsigned integer expressions
10141 external/libvpx/vp8/vp8_dx_iface.c: In function 'vp8_decode':
10142 external/libvpx/vp8/vp8_dx_iface.c:344: warning: comparison between
signed and unsigned integer expressions
10143 external/libvpx/vp8/vp8_dx_iface.c: In function 'vp8_xma_set_mmap':
10144 external/libvpx/vp8/vp8_dx_iface.c:533: warning: comparison between
signed and unsigned integer expressions
10145 external/libvpx/vp8/vp8_dx_iface.c: At top level:
10146 external/libvpx/vp8/vp8_dx_iface.c:673: warning: missing initializer
10147 external/libvpx/vp8/vp8_dx_iface.c:673: warning: (near initialization
for 'vpx_codec_vp8_dx_algo.enc.encode')
10148 external/libvpx/vp8/vp8_dx_iface.c:696: warning: missing initializer
10149 external/libvpx/vp8/vp8_dx_iface.c:696: warning: (near initialization
for 'vpx_codec_vp8_algo.enc.encode')
10150 target thumb C: libvpx <= external/libvpx/vp8/decoder/dboolhuff.c
10151 In file included from external/libvpx/vpx_ports/config.h:10,
10152                  from external/libvpx/vp8/decoder/dboolhuff.h:16,
10153                  from external/libvpx/vp8/decoder/dboolhuff.c:12:
10154 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10155 In file included from <command-line>:0:
10156 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10157 target thumb C: libvpx <= external/libvpx/vp8/decoder/decodemv.c
10158 In file included from external/libvpx/vpx_ports/config.h:10,
10159                  from external/libvpx/vp8/decoder/dboolhuff.h:16,
10160                  from external/libvpx/vp8/decoder/treereader.h:17,
10161                  from external/libvpx/vp8/decoder/decodemv.c:12:
10162 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10163 In file included from <command-line>:0:
10164 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10165 target thumb C: libvpx <= external/libvpx/vp8/decoder/decodframe.c
10166 In file included from external/libvpx/vpx_ports/config.h:10,
10167                  from external/libvpx/vp8/decoder/onyxd_int.h:14,
10168                  from external/libvpx/vp8/decoder/decodframe.c:12:
10169 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10170 In file included from <command-line>:0:
10171 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10172 target thumb C: libvpx <= external/libvpx/vp8/decoder/dequantize.c
10173 In file included from external/libvpx/vpx_ports/config.h:10,
10174                  from external/libvpx/vp8/decoder/dequantize.c:12:
10175 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10176 In file included from <command-line>:0:
10177 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10178 target thumb C: libvpx <= external/libvpx/vp8/decoder/detokenize.c
10179 In file included from external/libvpx/vpx_ports/config.h:10,
10180                  from external/libvpx/vp8/common/blockd.h:17,
10181                  from external/libvpx/vp8/decoder/detokenize.c:13:
10182 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10183 In file included from <command-line>:0:
10184 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10185 target thumb C: libvpx <=
external/libvpx/vp8/decoder/generic/dsystemdependent.c
```

```
10186 target thumb C: libvpx <= external/libvpx/vp8/decoder/onyxd_if.c
10187 In file included from external/libvpx/vpx_ports/config.h:10,
10188                  from
external/libvpx/vp8/decoder/generic/dsystemdependent.c:12:
10189 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10190 In file included from <command-line>:0:
10191 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10192 In file included from external/libvpx/vp8/common/onyxc_int.h:15,
10193                  from external/libvpx/vp8/decoder/onyxd_if.c:12:
10194 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10195 In file included from <command-line>:0:
10196 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10197 target thumb C: libvpx <= external/libvpx/vp8/decoder/threading.c
10198 In file included from external/libvpx/vpx_ports/config.h:10,
10199                  from external/libvpx/vp8/decoder/onyxd_int.h:14,
10200                  from external/libvpx/vp8/decoder/threading.c:18:
10201 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10202 In file included from <command-line>:0:
10203 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10204 external/libvpx/vp8/decoder/threading.c: In function
'vp8_mt_loop_filter_frame':
10205 external/libvpx/vp8/decoder/threading.c:746: warning: comparison
between signed and unsigned integer expressions
10206 target thumb C: libvpx <=
external/libvpx/vp8/decoder/arm/neon/idct_blk_neon.c
10207 target thumb C: libvpx <= external/libvpx/vpx_config.c
10208 In file included from external/libvpx/vpx_ports/config.h:10,
10209                  from
external/libvpx/vp8/decoder/arm/neon/idct_blk_neon.c:11:
10210 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10211 In file included from <command-line>:0:
10212 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10213 target thumb C: libvpx <=
external/libvpx/vp8/common/arm/loopfilter_arm.c
10214 In file included from external/libvpx/vpx_ports/config.h:10,
10215                  from
external/libvpx/vp8/common/arm/loopfilter_arm.c:12:
10216 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10217 In file included from <command-line>:0:
10218 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
10219 target thumb C: libvpx <=
external/libvpx/vp8/decoder/arm/dequantize_arm.c
10220 target thumb C++: libstagefright_mpeg2ts <=
frameworks/base/media/libstagefright/mpeg2ts/AnotherPacketSource.cpp
10221 In file included from external/libvpx/vpx_ports/config.h:10,
10222                  from
external/libvpx/vp8/decoder/arm/dequantize_arm.c:12:
10223 external/libvpx/vpx_config.h:7:1: warning: "ARCH_ARM" redefined
10224 In file included from <command-line>:0:
10225 ./system/core/include/arch/linux-arm/AndroidConfig.h:260:1: warning:
this is the location of the previous definition
```

```
10226 target thumb C++: libstagefright_mpeg2ts <=
frameworks/base/media/libstagefright/mpeg2ts/ATSParser.cpp
10227 target thumb C++: libstagefright_mpeg2ts <=
frameworks/base/media/libstagefright/mpeg2ts/ESQueue.cpp
10228 target thumb C++: libstagefright_mpeg2ts <=
frameworks/base/media/libstagefright/mpeg2ts/MPEG2TSExtractor.cpp
10229 frameworks/base/media/libstagefright/mpeg2ts/ATSParser.cpp: In member
function 'void android::ATSParser::Stream::parse(unsigned int,
android::ABitReader*)':
10230 frameworks/base/media/libstagefright/mpeg2ts/ATSParser.cpp:301:
warning: unknown conversion type character ')' in format
10231 frameworks/base/media/libstagefright/mpeg2ts/ATSParser.cpp: In member
function 'void android::ATSParser::Stream::parsePES(android::ABitReader*)':
10232 frameworks/base/media/libstagefright/mpeg2ts/ATSParser.cpp:471:
warning: unknown conversion type character ')' in format
10233 frameworks/base/media/libstagefright/mpeg2ts/ATSParser.cpp: In member
function 'void
android::ATSParser::parseProgramAssociationTable(android::ABitReader*)':
10234 frameworks/base/media/libstagefright/mpeg2ts/ATSParser.cpp:581:
warning: unknown conversion type character ')' in format
10235 target thumb C++: libstagefright_httplive <=
frameworks/base/media/libstagefright/httplive/LiveSource.cpp
10236 target thumb C++: libstagefright_httplive <=
frameworks/base/media/libstagefright/httplive/M3UParser.cpp
10237 target thumb C++: libstagefright_rtsp <=
frameworks/base/media/libstagefright/rtsp/AAMRAssembler.cpp
10238 target thumb C++: libstagefright_rtsp <=
frameworks/base/media/libstagefright/rtsp/AAVCAssembler.cpp
10239 target thumb C++: libstagefright_rtsp <=
frameworks/base/media/libstagefright/rtsp/AH263Assembler.cpp
10240 target thumb C++: libstagefright_rtsp <=
frameworks/base/media/libstagefright/rtsp/AMPEG4AudioAssembler.cpp
10241 target thumb C++: libstagefright_rtsp <=
frameworks/base/media/libstagefright/rtsp/AMPEG4ElementaryAssembler.cpp
10242 target thumb C++: libstagefright_rtsp <=
frameworks/base/media/libstagefright/rtsp/APacketSource.cpp
10243 target thumb C++: libstagefright_rtsp <=
frameworks/base/media/libstagefright/rtsp/ARTPAssembler.cpp
10244 target thumb C++: libstagefright_rtsp <=
frameworks/base/media/libstagefright/rtsp/ARTPConnection.cpp
10245 target thumb C++: libstagefright_rtsp <=
frameworks/base/media/libstagefright/rtsp/ARTPSession.cpp
10246 target thumb C++: libstagefright_rtsp <=
frameworks/base/media/libstagefright/rtsp/ARTPSource.cpp
10247 target thumb C++: libstagefright_rtsp <=
frameworks/base/media/libstagefright/rtsp/ARTPWriter.cpp
10248 target thumb C++: libstagefright_rtsp <=
frameworks/base/media/libstagefright/rtsp/ARTSPConnection.cpp
10249 target thumb C++: libstagefright_rtsp <=
frameworks/base/media/libstagefright/rtsp/ARTSPController.cpp
10250 In file included from
frameworks/base/media/libstagefright/rtsp/ARTSPController.cpp:19:
10251 frameworks/base/media/libstagefright/rtsp/MyHandler.h:22:1: warning:
"LOG_TAG" redefined
10252 In file included from frameworks/base/include/utils/Log.h:31,
10253                  from frameworks/base/include/utils/Vector.h:24,
10254                  from frameworks/base/include/utils/SortedVector.h:24,
```

10255                    from frameworks/base/include/utils/KeyedVector.h:24,
10256                    from
frameworks/base/include/media/stagefright/foundation/ALooper.h:24,
10257                    from
frameworks/base/include/media/stagefright/foundation/AHandler.h:21,
10258                    from
frameworks/base/include/media/stagefright/foundation/AHandlerReflector.h:5,
10259                    from
./frameworks/base/media/libstagefright/include/ARTSPController.h:22,
10260                    from
frameworks/base/media/libstagefright/rtsp/ARTSPController.cpp:17:
10261 system/core/include/cutils/log.h:68:1: warning: this is the location of
the previous definition
10262 target thumb C++: libstagefright_rtsp <=
frameworks/base/media/libstagefright/rtsp/ASessionDescription.cpp
10263 In file included from
frameworks/base/media/libstagefright/rtsp/ARTSPController.cpp:19:
10264 frameworks/base/media/libstagefright/rtsp/MyHandler.h: In member
function 'void android::MyHandler::parsePlayResponse(const
android::sp<android::ARTSPResponse>&)':
10265 frameworks/base/media/libstagefright/rtsp/MyHandler.h:929: warning:
format '%f' expects type 'double', but argument 4 has type 'const char*'
10266 frameworks/base/media/libstagefright/rtsp/MyHandler.h:929: warning: too
few arguments for format
10267 target thumb C++: libstagefright_rtsp <=
frameworks/base/media/libstagefright/rtsp/UDPPusher.cpp
10268 target thumb C++: libstagefright_id3 <=
frameworks/base/media/libstagefright/id3/ID3.cpp
10269 target thumb C++: libstagefright_g711dec <=
frameworks/base/media/libstagefright/codecs/g711/dec/G711Decoder.cpp
10270 target thumb C: libbluetoothd <=
external/bluetooth/bluez/src/android_bluez.c
10271 external/bluetooth/bluez/src/android_bluez.c: In function
'write_flush_timeout':
10272 external/bluetooth/bluez/src/android_bluez.c:72: warning: implicit
declaration of function 'error'
10273 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/adapter.c
10274 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/agent.c
10275 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/btio.c
10276 external/bluetooth/bluez/src/adapter.c:2035: warning: missing
initializer
10277 external/bluetooth/bluez/src/adapter.c:2035: warning: (near
initialization for 'adapter_methods[0].flags')
10278 external/bluetooth/bluez/src/adapter.c:2040: warning: missing
initializer
10279 external/bluetooth/bluez/src/adapter.c:2040: warning: (near
initialization for 'adapter_methods[3].flags')
10280 external/bluetooth/bluez/src/adapter.c:2041: warning: missing
initializer
10281 external/bluetooth/bluez/src/adapter.c:2041: warning: (near
initialization for 'adapter_methods[4].flags')
10282 external/bluetooth/bluez/src/adapter.c:2056: warning: missing
initializer
10283 external/bluetooth/bluez/src/adapter.c:2056: warning: (near
initialization for 'adapter_methods[12].flags')
10284 external/bluetooth/bluez/src/adapter.c:2057: warning: missing
initializer

```
10285 external/bluetooth/bluez/src/adapter.c:2057: warning: (near
initialization for 'adapter_methods[13].flags')
10286 external/bluetooth/bluez/src/adapter.c:2058: warning: missing
initializer
10287 external/bluetooth/bluez/src/adapter.c:2058: warning: (near
initialization for 'adapter_methods[14].flags')
10288 external/bluetooth/bluez/src/adapter.c:2059: warning: missing
initializer
10289 external/bluetooth/bluez/src/adapter.c:2059: warning: (near
initialization for 'adapter_methods[15].flags')
10290 external/bluetooth/bluez/src/adapter.c:2060: warning: missing
initializer
10291 external/bluetooth/bluez/src/adapter.c:2060: warning: (near
initialization for 'adapter_methods[16].flags')
10292 external/bluetooth/bluez/src/adapter.c:2061: warning: missing
initializer
10293 external/bluetooth/bluez/src/adapter.c:2061: warning: (near
initialization for 'adapter_methods[17].flags')
10294 external/bluetooth/bluez/src/adapter.c:2062: warning: missing
initializer
10295 external/bluetooth/bluez/src/adapter.c:2062: warning: (near
initialization for 'adapter_methods[18].flags')
10296 external/bluetooth/bluez/src/adapter.c:2063: warning: missing
initializer
10297 external/bluetooth/bluez/src/adapter.c:2063: warning: (near
initialization for 'adapter_methods[19].flags')
10298 external/bluetooth/bluez/src/adapter.c:2064: warning: missing
initializer
10299 external/bluetooth/bluez/src/adapter.c:2064: warning: (near
initialization for 'adapter_methods[20].name')
10300 external/bluetooth/bluez/src/adapter.c:2068: warning: missing
initializer
10301 external/bluetooth/bluez/src/adapter.c:2068: warning: (near
initialization for 'adapter_signals[0].flags')
10302 external/bluetooth/bluez/src/adapter.c:2069: warning: missing
initializer
10303 external/bluetooth/bluez/src/adapter.c:2069: warning: (near
initialization for 'adapter_signals[1].flags')
10304 external/bluetooth/bluez/src/adapter.c:2070: warning: missing
initializer
10305 external/bluetooth/bluez/src/adapter.c:2070: warning: (near
initialization for 'adapter_signals[2].flags')
10306 external/bluetooth/bluez/src/adapter.c:2071: warning: missing
initializer
10307 external/bluetooth/bluez/src/adapter.c:2071: warning: (near
initialization for 'adapter_signals[3].flags')
10308 external/bluetooth/bluez/src/adapter.c:2072: warning: missing
initializer
10309 external/bluetooth/bluez/src/adapter.c:2072: warning: (near
initialization for 'adapter_signals[4].flags')
10310 external/bluetooth/bluez/src/adapter.c:2073: warning: missing
initializer
10311 external/bluetooth/bluez/src/adapter.c:2073: warning: (near
initialization for 'adapter_signals[5].name')
10312 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/dbus-
common.c
```

10313 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/dbus-hci.c
10314 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/device.c
10315 external/bluetooth/bluez/src/device.c: In function 'get_service_attribute_value':
10316 external/bluetooth/bluez/src/device.c:900: warning: assignment discards qualifiers from pointer target type
10317 external/bluetooth/bluez/src/device.c: At top level:
10318 external/bluetooth/bluez/src/device.c:919: warning: missing initializer
10319 external/bluetooth/bluez/src/device.c:919: warning: (near initialization for 'device_methods[0].flags')
10320 external/bluetooth/bluez/src/device.c:920: warning: missing initializer
10321 external/bluetooth/bluez/src/device.c:920: warning: (near initialization for 'device_methods[1].flags')
10322 external/bluetooth/bluez/src/device.c:923: warning: missing initializer
10323 external/bluetooth/bluez/src/device.c:923: warning: (near initialization for 'device_methods[3].flags')
10324 external/bluetooth/bluez/src/device.c:926: warning: missing initializer
10325 external/bluetooth/bluez/src/device.c:926: warning: (near initialization for 'device_methods[5].flags')
10326 external/bluetooth/bluez/src/device.c:927: warning: missing initializer
10327 external/bluetooth/bluez/src/device.c:927: warning: (near initialization for 'device_methods[6].name')
10328 external/bluetooth/bluez/src/device.c:931: warning: missing initializer
10329 external/bluetooth/bluez/src/device.c:931: warning: (near initialization for 'device_signals[0].flags')
10330 external/bluetooth/bluez/src/device.c:932: warning: missing initializer
10331 external/bluetooth/bluez/src/device.c:932: warning: (near initialization for 'device_signals[1].flags')
10332 external/bluetooth/bluez/src/device.c:933: warning: missing initializer
10333 external/bluetooth/bluez/src/device.c:933: warning: (near initialization for 'device_signals[2].name')
10334 external/bluetooth/bluez/src/device.c: In function 'device_request_authentication':
10335 external/bluetooth/bluez/src/device.c:2404: warning: implicit declaration of function 'agent_request_pairing_consent'
10336 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/error.c
10337 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/glib-helper.c
10338 external/bluetooth/bluez/src/glib-helper.c:472: warning: missing initializer
10339 external/bluetooth/bluez/src/glib-helper.c:472: warning: (near initialization for 'bt_services[13].name')
10340 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/log.c
10341 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/main.c
10342 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/manager.c
10343 external/bluetooth/bluez/src/main.c:391: warning: missing initializer
10344 external/bluetooth/bluez/src/main.c:391: warning: (near initialization for 'options[1].arg_description')
10345 external/bluetooth/bluez/src/main.c:393: warning: missing initializer
10346 external/bluetooth/bluez/src/main.c:393: warning: (near initialization for 'options[2].arg_description')
10347 external/bluetooth/bluez/src/main.c:395: warning: missing initializer
10348 external/bluetooth/bluez/src/main.c:395: warning: (near initialization for 'options[3].arg_description')
10349 external/bluetooth/bluez/src/main.c:396: warning: missing initializer

10350 external/bluetooth/bluez/src/main.c:396: warning: (near initialization for 'options[4].short_name')
10351 external/bluetooth/bluez/src/manager.c:217: warning: missing initializer
10352 external/bluetooth/bluez/src/manager.c:217: warning: (near initialization for 'manager_methods[0].flags')
10353 external/bluetooth/bluez/src/manager.c:218: warning: missing initializer
10354 external/bluetooth/bluez/src/manager.c:218: warning: (near initialization for 'manager_methods[1].flags')
10355 external/bluetooth/bluez/src/manager.c:219: warning: missing initializer
10356 external/bluetooth/bluez/src/manager.c:219: warning: (near initialization for 'manager_methods[2].flags')
10357 external/bluetooth/bluez/src/manager.c:222: warning: missing initializer
10358 external/bluetooth/bluez/src/manager.c:222: warning: (near initialization for 'manager_methods[4].name')
10359 external/bluetooth/bluez/src/manager.c:226: warning: missing initializer
10360 external/bluetooth/bluez/src/manager.c:226: warning: (near initialization for 'manager_signals[0].flags')
10361 external/bluetooth/bluez/src/manager.c:227: warning: missing initializer
10362 external/bluetooth/bluez/src/manager.c:227: warning: (near initialization for 'manager_signals[1].flags')
10363 external/bluetooth/bluez/src/manager.c:228: warning: missing initializer
10364 external/bluetooth/bluez/src/manager.c:228: warning: (near initialization for 'manager_signals[2].flags')
10365 external/bluetooth/bluez/src/manager.c:229: warning: missing initializer
10366 external/bluetooth/bluez/src/manager.c:229: warning: (near initialization for 'manager_signals[3].flags')
10367 external/bluetooth/bluez/src/manager.c:230: warning: missing initializer
10368 external/bluetooth/bluez/src/manager.c:230: warning: (near initialization for 'manager_signals[4].name')
10369 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/oui.c
10370 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/plugin.c
10371 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/rfkill.c
10372 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/sdpd-request.c
10373 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/sdpd-service.c
10374 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/sdpd-server.c
10375 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/sdpd-database.c
10376 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/sdp-xml.c
10377 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/security.c
10378 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/storage.c
10379 target thumb C: libbluetoothd <= external/bluetooth/bluez/src/textfile.c
10380 external/bluetooth/bluez/src/security.c: In function 'return_link_keys':

10381 external/bluetooth/bluez/src/security.c:421: warning: wrong type argument to increment
10382 external/bluetooth/bluez/src/security.c:425: warning: pointer of type 'void *' used in arithmetic
10383 external/bluetooth/bluez/src/security.c:431: warning: pointer of type 'void *' used in arithmetic
10384 external/bluetooth/bluez/src/security.c: In function 'cmd_complete':
10385 external/bluetooth/bluez/src/security.c:714: warning: pointer of type 'void *' used in arithmetic
10386 external/bluetooth/bluez/src/security.c:718: warning: pointer of type 'void *' used in arithmetic
10387 external/bluetooth/bluez/src/security.c: In function 'inquiry_result':
10388 external/bluetooth/bluez/src/security.c:763: warning: wrong type argument to increment
10389 external/bluetooth/bluez/src/security.c:776: warning: pointer of type 'void *' used in arithmetic
10390 external/bluetooth/bluez/src/security.c: In function 'inquiry_result_with_rssi':
10391 external/bluetooth/bluez/src/security.c:783: warning: wrong type argument to increment
10392 external/bluetooth/bluez/src/security.c:801: warning: pointer of type 'void *' used in arithmetic
10393 external/bluetooth/bluez/src/security.c:815: warning: pointer of type 'void *' used in arithmetic
10394 external/bluetooth/bluez/src/security.c: In function 'extended_inquiry_result':
10395 external/bluetooth/bluez/src/security.c:823: warning: wrong type argument to increment
10396 external/bluetooth/bluez/src/security.c:837: warning: pointer of type 'void *' used in arithmetic
10397 external/bluetooth/bluez/src/security.c: In function 'io_security_event':
10398 external/bluetooth/bluez/src/security.c:978: warning: passing argument 4 of 'g_io_channel_read' from incompatible pointer type
10399 external/bluetooth/glib/glib/giochannel.h:174: note: expected 'gsize *' but argument is of type 'size_t *'
10400 external/bluetooth/bluez/src/storage.c: In function 'read_device_id':
10401 external/bluetooth/bluez/src/storage.c:1172: warning: 'lversion' may be used uninitialized in this function
10402 external/bluetooth/bluez/src/storage.c:1170: warning: 'lproduct' may be used uninitialized in this function
10403 external/bluetooth/bluez/src/storage.c:1168: warning: 'lvendor' may be used uninitialized in this function
10404 target thumb C: libbluetooth <= external/bluetooth/bluez/lib/bluetooth.c
10405 target thumb C: libbluetooth <= external/bluetooth/bluez/lib/sdp.c
10406 external/bluetooth/bluez/lib/sdp.c:136: warning: missing initializer
10407 external/bluetooth/bluez/lib/sdp.c:136: warning: (near initialization for 'Protocol[24].str')
10408 external/bluetooth/bluez/lib/sdp.c:208: warning: missing initializer
10409 external/bluetooth/bluez/lib/sdp.c:208: warning: (near initialization for 'ServiceClass[68].str')
10410 external/bluetooth/bluez/lib/sdp.c: In function 'extract_int':
10411 external/bluetooth/bluez/lib/sdp.c:1087: warning: pointer of type 'void *' used in arithmetic
10412 external/bluetooth/bluez/lib/sdp.c: In function 'extract_str':

10413 external/bluetooth/bluez/lib/sdp.c:1192: warning: pointer of type 'void
*' used in arithmetic
10414 external/bluetooth/bluez/lib/sdp.c:1205: warning: pointer of type 'void
*' used in arithmetic
10415 external/bluetooth/bluez/lib/sdp.c:1217: warning: pointer of type 'void
*' used in arithmetic
10416 external/bluetooth/bluez/lib/sdp.c: In function 'extract_seq':
10417 external/bluetooth/bluez/lib/sdp.c:1329: warning: pointer of type 'void
*' used in arithmetic
10418 external/bluetooth/bluez/lib/sdp.c:1343: warning: pointer of type 'void
*' used in arithmetic
10419 target thumb C: libbluetooth <= external/bluetooth/bluez/lib/hci.c
10420 external/bluetooth/bluez/lib/hci.c:191: warning: missing initializer
10421 external/bluetooth/bluez/lib/hci.c:191: warning: (near initialization
for 'dev_flags_map[9].val')
10422 external/bluetooth/bluez/lib/hci.c:233: warning: missing initializer
10423 external/bluetooth/bluez/lib/hci.c:233: warning: (near initialization
for 'pkt_type_map[15].val')
10424 external/bluetooth/bluez/lib/hci.c:247: warning: missing initializer
10425 external/bluetooth/bluez/lib/hci.c:247: warning: (near initialization
for 'sco_ptype_map[10].val')
10426 external/bluetooth/bluez/lib/hci.c:277: warning: missing initializer
10427 external/bluetooth/bluez/lib/hci.c:277: warning: (near initialization
for 'link_policy_map[5].val')
10428 external/bluetooth/bluez/lib/hci.c:300: warning: missing initializer
10429 external/bluetooth/bluez/lib/hci.c:300: warning: (near initialization
for 'link_mode_map[8].val')
10430 external/bluetooth/bluez/lib/hci.c:592: warning: missing initializer
10431 external/bluetooth/bluez/lib/hci.c:592: warning: (near initialization
for 'commands_map[232].val')
10432 external/bluetooth/bluez/lib/hci.c:651: warning: missing initializer
10433 external/bluetooth/bluez/lib/hci.c:651: warning: (near initialization
for 'ver_map[7].val')
10434 external/bluetooth/bluez/lib/hci.c:685: warning: missing initializer
10435 external/bluetooth/bluez/lib/hci.c:685: warning: (near initialization
for 'lmp_features_map[0][8].val')
10436 external/bluetooth/bluez/lib/hci.c:696: warning: missing initializer
10437 external/bluetooth/bluez/lib/hci.c:696: warning: (near initialization
for 'lmp_features_map[1][8].val')
10438 external/bluetooth/bluez/lib/hci.c:704: warning: missing initializer
10439 external/bluetooth/bluez/lib/hci.c:704: warning: (near initialization
for 'lmp_features_map[2][5].val')
10440 external/bluetooth/bluez/lib/hci.c:715: warning: missing initializer
10441 external/bluetooth/bluez/lib/hci.c:715: warning: (near initialization
for 'lmp_features_map[3][8].val')
10442 external/bluetooth/bluez/lib/hci.c:726: warning: missing initializer
10443 external/bluetooth/bluez/lib/hci.c:726: warning: (near initialization
for 'lmp_features_map[4][8].val')
10444 external/bluetooth/bluez/lib/hci.c:737: warning: missing initializer
10445 external/bluetooth/bluez/lib/hci.c:737: warning: (near initialization
for 'lmp_features_map[5][8].val')
10446 external/bluetooth/bluez/lib/hci.c:748: warning: missing initializer
10447 external/bluetooth/bluez/lib/hci.c:748: warning: (near initialization
for 'lmp_features_map[6][8].val')
10448 external/bluetooth/bluez/lib/hci.c:759: warning: missing initializer
10449 external/bluetooth/bluez/lib/hci.c:759: warning: (near initialization
for 'lmp_features_map[7][8].val')

```
10450 external/bluetooth/bluez/lib/hci.c: In function 'hci_inquiry':
10451 external/bluetooth/bluez/lib/hci.c:996: warning: pointer of type 'void
*' used in arithmetic
10452 target thumb C: libglib_static <= external/bluetooth/glib/glib/gdir.c
10453 In file included from external/bluetooth/glib/glib/gdir.c:25:
10454 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined
10455 In file included from <command-line>:0:
10456 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10457 target thumb C: libglib_static <= external/bluetooth/glib/glib/gerror.c
10458 In file included from external/bluetooth/glib/glib/gerror.c:27:
10459 external/bluetooth/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined
10460 In file included from <command-line>:0:
10461 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10462 target thumb C: libglib_static <=
external/bluetooth/glib/glib/giochannel.c
10463 In file included from external/bluetooth/glib/glib/giochannel.c:34:
10464 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined
10465 In file included from <command-line>:0:
10466 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10467 external/bluetooth/glib/glib/giochannel.c: In function
'IA__g_io_channel_write_chars':
10468 external/bluetooth/glib/glib/giochannel.c:2130: warning: comparison
between signed and unsigned integer expressions
10469 external/bluetooth/glib/glib/giochannel.c:2130: warning: signed and
unsigned type in conditional expression
10470 external/bluetooth/glib/glib/giochannel.c:2260: warning: comparison
between signed and unsigned integer expressions
10471 target thumb C: libglib_static <=
external/bluetooth/glib/glib/gkeyfile.c
10472 In file included from external/bluetooth/glib/glib/gkeyfile.c:24:
10473 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined
10474 In file included from <command-line>:0:
10475 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10476 target thumb C: libglib_static <= external/bluetooth/glib/glib/gmain.c
10477 In file included from external/bluetooth/glib/glib/gmain.c:34:
10478 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined
10479 In file included from <command-line>:0:
10480 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10481 In file included from bionic/libc/include/stdlib.h:41,
10482                  from external/bluetooth/glib/glib/gmain.c:54:
10483 bionic/libc/include/alloca.h:31:1: warning: "alloca" redefined
10484 In file included from external/bluetooth/glib/glib/../glib.h:32,
10485                  from external/bluetooth/glib/glib/gmain.c:49:
10486 external/bluetooth/glib/glib/../glib/galloca.h:39:1: warning: this is
the location of the previous definition
10487 external/bluetooth/glib/glib/gmain.c:295: warning: missing initializer
```

10488 external/bluetooth/glib/glib/gmain.c:295: warning: (near initialization for 'g_timeout_funcs.closure_callback')
10489 external/bluetooth/glib/glib/gmain.c:303: warning: missing initializer
10490 external/bluetooth/glib/glib/gmain.c:303: warning: (near initialization for 'g_child_watch_funcs.closure_callback')
10491 external/bluetooth/glib/glib/gmain.c:311: warning: missing initializer
10492 external/bluetooth/glib/glib/gmain.c:311: warning: (near initialization for 'g_idle_funcs.closure_callback')
10493 external/bluetooth/glib/glib/gmain.c: In function 'IA__g_main_context_prepare':
10494 external/bluetooth/glib/glib/gmain.c:2100: warning: comparison between signed and unsigned integer expressions
10495 external/bluetooth/glib/glib/gmain.c: In function 'g_child_watch_source_init_multi_threaded':
10496 external/bluetooth/glib/glib/gmain.c:3714: warning: passing argument 1 of 'IA__g_thread_create_full' from incompatible pointer type
10497 external/bluetooth/glib/glib/galias.h:3016: note: expected 'GThreadFunc' but argument is of type 'void (*)(void *)'
10498 target thumb C: libglib_static <= external/bluetooth/glib/glib/gmem.c
10499 In file included from external/bluetooth/glib/glib/gmem.c:31:
10500 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H" redefined
10501 In file included from <command-line>:0:
10502 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning: this is the location of the previous definition
10503 external/bluetooth/glib/glib/gmem.c:112: warning: initialization from incompatible pointer type
10504 external/bluetooth/glib/glib/gmem.c:113: warning: initialization from incompatible pointer type
10505 external/bluetooth/glib/glib/gmem.c:115: warning: initialization from incompatible pointer type
10506 external/bluetooth/glib/glib/gmem.c:116: warning: initialization from incompatible pointer type
10507 external/bluetooth/glib/glib/gmem.c:117: warning: initialization from incompatible pointer type
10508 target thumb C: libglib_static <= external/bluetooth/glib/glib/goption.c
10509 In file included from external/bluetooth/glib/glib/goption.c:22:
10510 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H" redefined
10511 In file included from <command-line>:0:
10512 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning: this is the location of the previous definition
10513 target thumb C: libglib_static <= external/bluetooth/glib/glib/gslice.c
10514 target thumb C: libglib_static <= external/bluetooth/glib/glib/gslist.c
10515 In file included from external/bluetooth/glib/glib/gslice.c:21:
10516 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H" redefined
10517 In file included from <command-line>:0:
10518 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning: this is the location of the previous definition
10519 In file included from bionic/libc/include/stdlib.h:41,
10520                  from external/bluetooth/glib/glib/goption.c:32:
10521 bionic/libc/include/alloca.h:31:1: warning: "alloca" redefined
10522 In file included from external/bluetooth/glib/glib/../glib.h:32,
10523                  from external/bluetooth/glib/glib/goption.c:25:

10524 external/bluetooth/glib/glib/../glib/galloca.h:39:1: warning: this is the location of the previous definition
10525 In file included from external/bluetooth/glib/glib/gslist.c:31:
10526 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H" redefined
10527 In file included from <command-line>:0:
10528 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning: this is the location of the previous definition
10529 external/bluetooth/glib/glib/gslice.c:199: warning: missing initializer
10530 external/bluetooth/glib/glib/gslice.c:199: warning: (near initialization for 'allocator[0].max_page_size')
10531 external/bluetooth/glib/glib/gslice.c: In function 'magazine_cache_trim':
10532 external/bluetooth/glib/glib/gslice.c:579: warning: comparison of unsigned expression < 0 is always false
10533 external/bluetooth/glib/glib/gslice.c: In function 'smc_notify_free':
10534 external/bluetooth/glib/glib/gslice.c:1248: warning: format '%lu' expects type 'long unsigned int', but argument 4 has type 'size_t'
10535 external/bluetooth/glib/glib/gslice.c:1253: warning: format '%lu' expects type 'long unsigned int', but argument 4 has type 'SmcVType'
10536 external/bluetooth/glib/glib/gslice.c:1253: warning: format '%lu' expects type 'long unsigned int', but argument 5 has type 'size_t'
10537 external/bluetooth/glib/glib/gslice.c:1258: warning: format '%lu' expects type 'long unsigned int', but argument 4 has type 'size_t'
10538 target thumb C: libglib_static <= external/bluetooth/glib/glib/gstring.c
10539 In file included from external/bluetooth/glib/glib/gstring.c:31:
10540 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H" redefined
10541 In file included from <command-line>:0:
10542 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning: this is the location of the previous definition
10543 external/bluetooth/glib/glib/gstring.c: In function 'IA__g_string_insert_len':
10544 external/bluetooth/glib/glib/gstring.c:660: warning: comparison between signed and unsigned integer expressions
10545 external/bluetooth/glib/glib/gstring.c:676: warning: comparison between signed and unsigned integer expressions
10546 external/bluetooth/glib/glib/gstring.c:680: warning: comparison between signed and unsigned integer expressions
10547 external/bluetooth/glib/glib/gstring.c:682: warning: comparison between signed and unsigned integer expressions
10548 external/bluetooth/glib/glib/gstring.c:682: warning: signed and unsigned type in conditional expression
10549 external/bluetooth/glib/glib/gstring.c:687: warning: comparison between signed and unsigned integer expressions
10550 external/bluetooth/glib/glib/gstring.c:699: warning: comparison between signed and unsigned integer expressions
10551 external/bluetooth/glib/glib/gstring.c: In function 'IA__g_string_insert':
10552 external/bluetooth/glib/glib/gstring.c:988: warning: comparison between signed and unsigned integer expressions
10553 external/bluetooth/glib/glib/gstring.c: In function 'IA__g_string_insert_c':
10554 external/bluetooth/glib/glib/gstring.c:1015: warning: comparison between signed and unsigned integer expressions

10555 external/bluetooth/glib/glib/gstring.c:1018: warning: comparison between signed and unsigned integer expressions
10556 external/bluetooth/glib/glib/gstring.c: In function 'IA__g_string_insert_unichar':
10557 external/bluetooth/glib/glib/gstring.c:1090: warning: comparison between signed and unsigned integer expressions
10558 external/bluetooth/glib/glib/gstring.c:1093: warning: comparison between signed and unsigned integer expressions
10559 external/bluetooth/glib/glib/gstring.c: In function 'IA__g_string_erase':
10560 external/bluetooth/glib/glib/gstring.c:1202: warning: comparison between signed and unsigned integer expressions
10561 external/bluetooth/glib/glib/gstring.c:1208: warning: comparison between signed and unsigned integer expressions
10562 external/bluetooth/glib/glib/gstring.c:1210: warning: comparison between signed and unsigned integer expressions
10563 target thumb C: libglib_static <= external/bluetooth/glib/glib/gstrfuncs.c
10564 In file included from external/bluetooth/glib/glib/gstrfuncs.c:31:
10565 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H" redefined
10566 In file included from <command-line>:0:
10567 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning: this is the location of the previous definition
10568 target thumb C: libglib_static <= external/bluetooth/glib/glib/gtimer.c
10569 external/bluetooth/glib/glib/gstrfuncs.c: In function 'g_parse_long_long':
10570 external/bluetooth/glib/glib/gstrfuncs.c:757: warning: integer constant is too large for 'unsigned long' type
10571 external/bluetooth/glib/glib/gstrfuncs.c:758: warning: integer constant is too large for 'unsigned long' type
10572 external/bluetooth/glib/glib/gstrfuncs.c:795: warning: integer constant is too large for 'unsigned long' type
10573 external/bluetooth/glib/glib/gstrfuncs.c:795: warning: large integer implicitly truncated to unsigned type
10574 external/bluetooth/glib/glib/gstrfuncs.c: In function 'IA__g_ascii_strtoll':
10575 external/bluetooth/glib/glib/gstrfuncs.c:897: warning: integer constant is too large for 'long' type
10576 external/bluetooth/glib/glib/gstrfuncs.c:900: warning: integer constant is too large for 'long' type
10577 external/bluetooth/glib/glib/gstrfuncs.c:902: warning: integer constant is too large for 'long' type
10578 external/bluetooth/glib/glib/gstrfuncs.c:905: warning: integer constant is too large for 'long' type
10579 external/bluetooth/glib/glib/gstrfuncs.c:905: warning: overflow in implicit constant conversion
10580 target thumb C: libglib_static <= external/bluetooth/glib/glib/giounix.c
10581 external/bluetooth/glib/glib/gstrfuncs.c: In function 'IA__g_strstr_len':
10582 external/bluetooth/glib/glib/gstrfuncs.c:2763: warning: comparison between signed and unsigned integer expressions
10583 In file included from external/bluetooth/glib/glib/gtimer.c:31:
10584 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H" redefined
10585 In file included from <command-line>:0:

10586 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10587 In file included from external/bluetooth/glib/glib/giounix.c:34:
10588 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined
10589 In file included from <command-line>:0:
10590 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10591 external/bluetooth/glib/glib/giounix.c:108: warning: missing
initializer
10592 external/bluetooth/glib/glib/giounix.c:108: warning: (near
initialization for 'g_io_watch_funcs.closure_callback')
10593 target thumb C: libglib_static <=
external/bluetooth/glib/glib/gmessages.c
10594 In file included from external/bluetooth/glib/glib/gmessages.c:31:
10595 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined
10596 In file included from <command-line>:0:
10597 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10598 target thumb C: libglib_static <= external/bluetooth/glib/glib/gutf8.c
10599 target thumb C: libglib_static <=
external/bluetooth/glib/glib/gfileutils.c
10600 In file included from external/bluetooth/glib/glib/gfileutils.c:21:
10601 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined
10602 In file included from <command-line>:0:
10603 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10604 In file included from external/bluetooth/glib/glib/gutf8.c:22:
10605 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined
10606 In file included from <command-line>:0:
10607 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10608 In file included from bionic/libc/include/stdlib.h:41,
10609                  from external/bluetooth/glib/glib/gfileutils.c:30:
10610 bionic/libc/include/alloca.h:31:1: warning: "alloca" redefined
10611 In file included from external/bluetooth/glib/glib/../glib.h:32,
10612                  from external/bluetooth/glib/glib/gfileutils.c:23:
10613 external/bluetooth/glib/glib/../glib/galloca.h:39:1: warning: this is
the location of the previous definition
10614 external/bluetooth/glib/glib/gfileutils.c: In function
'write_to_temp_file':
10615 external/bluetooth/glib/glib/gfileutils.c:928: warning: comparison
between signed and unsigned integer expressions
10616 external/bluetooth/glib/glib/gutf8.c: In function 'get_alias_hash':
10617 external/bluetooth/glib/glib/gutf8.c:414: warning: implicit declaration
of function '_g_locale_get_charset_aliases'
10618 external/bluetooth/glib/glib/gutf8.c:414: warning: assignment makes
pointer from integer without a castexternal/bluetooth/glib/glib/gfileutils.c:
In function 'IA__g_file_read_link':
10619 external/bluetooth/glib/glib/gfileutils.c:1803: warning: comparison
between signed and unsigned integer expressions
10620
10621 external/bluetooth/glib/glib/gutf8.c: In function
'g_utf8_get_char_extended':

10622 external/bluetooth/glib/glib/gutf8.c:749: warning: comparison between signed and unsigned integer expressions
10623 external/bluetooth/glib/glib/gutf8.c:751: warning: comparison between signed and unsigned integer expressions
10624 target thumb C: libglib_static <= external/bluetooth/glib/glib/gconvert.c
10625 target thumb C: libglib_static <= external/bluetooth/glib/glib/gdataset.c
10626 In file included from external/bluetooth/glib/glib/gdataset.c:33:
10627 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H" redefined
10628 In file included from <command-line>:0:
10629 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning: this is the location of the previous definition
10630 In file included from external/bluetooth/glib/glib/gconvert.c:23:
10631 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H" redefined
10632 In file included from <command-line>:0:
10633 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning: this is the location of the previous definition
10634 target thumb C: libglib_static <= external/bluetooth/glib/glib/gtestutils.c
10635 In file included from external/bluetooth/glib/glib/gtestutils.c:20:
10636 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H" redefined
10637 In file included from <command-line>:0:
10638 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning: this is the location of the previous definition
10639 In file included from bionic/libc/include/stdlib.h:41,
10640                   from external/bluetooth/glib/glib/gconvert.c:37:
10641 bionic/libc/include/alloca.h:31:1: warning: "alloca" redefined
10642 In file included from external/bluetooth/glib/glib/../glib.h:32,
10643                   from external/bluetooth/glib/glib/gconvert.c:25:
10644 external/bluetooth/glib/glib/../galloca.h:39:1: warning: this is the location of the previous definition
10645 target thumb C: libglib_static <= external/bluetooth/glib/glib/ghash.c
10646 external/bluetooth/glib/glib/gconvert.c: In function 'strdup_len':
10647 external/bluetooth/glib/glib/gconvert.c:1051: warning: comparison between signed and unsigned integer expressions
10648 In file included from external/bluetooth/glib/glib/ghash.c:31:
10649 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H" redefined
10650 In file included from <command-line>:0:
10651 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning: this is the location of the previous definition
10652 In file included from bionic/libc/include/stdlib.h:41,
10653                   from external/bluetooth/glib/glib/gtestutils.c:30:
10654 bionic/libc/include/alloca.h:31:1: warning: "alloca" redefined
10655 In file included from external/bluetooth/glib/glib/../glib.h:32,
10656                   from external/bluetooth/glib/glib/gtestutils.h:28,
10657                   from external/bluetooth/glib/glib/gtestutils.c:21:
10658 external/bluetooth/glib/glib/../galloca.h:39:1: warning: this is the location of the previous definition
10659 external/bluetooth/glib/glib/gtestutils.c: In function 'g_test_run_suite_internal':
10660 external/bluetooth/glib/glib/gtestutils.c:1169: warning: comparison between signed and unsigned integer expressions

10661 external/bluetooth/glib/glib/gtestutils.c:1169: warning: signed and
unsigned type in conditional expression
10662 external/bluetooth/glib/glib/gtestutils.c: In function
'IA__g_test_run_suite':
10663 external/bluetooth/glib/glib/gtestutils.c:1236: warning: comparison
between signed and unsigned integer expressions
10664 external/bluetooth/glib/glib/gtestutils.c:1236: warning: signed and
unsigned type in conditional expression
10665 external/bluetooth/glib/glib/gtestutils.c: In function
'g_string_write_out':
10666 external/bluetooth/glib/glib/gtestutils.c:1496: warning: comparison
between signed and unsigned integer expressions
10667 external/bluetooth/glib/glib/gtestutils.c: In function
'gstring_append_double':
10668 external/bluetooth/glib/glib/gtestutils.c:1819: warning: left shift
count >= width of type
10669 external/bluetooth/glib/glib/gtestutils.c:1819: warning: left shift
count >= width of type
10670 external/bluetooth/glib/glib/gtestutils.c:1819: warning: integer
constant is too large for 'unsigned long' type
10671 external/bluetooth/glib/glib/gtestutils.c:1819: warning: integer
constant is too large for 'unsigned long' type
10672 external/bluetooth/glib/glib/gtestutils.c:1819: warning: integer
constant is too large for 'unsigned long' type
10673 external/bluetooth/glib/glib/gtestutils.c:1819: warning: right shift
count >= width of type
10674 external/bluetooth/glib/glib/gtestutils.c:1819: warning: integer
constant is too large for 'unsigned long' type
10675 external/bluetooth/glib/glib/gtestutils.c:1819: warning: right shift
count >= width of type
10676 external/bluetooth/glib/glib/gtestutils.c: In function 'net_double':
10677 external/bluetooth/glib/glib/gtestutils.c:1854: warning: left shift
count >= width of type
10678 external/bluetooth/glib/glib/gtestutils.c:1854: warning: left shift
count >= width of type
10679 external/bluetooth/glib/glib/gtestutils.c:1854: warning: integer
constant is too large for 'unsigned long' type
10680 external/bluetooth/glib/glib/gtestutils.c:1854: warning: integer
constant is too large for 'unsigned long' type
10681 external/bluetooth/glib/glib/gtestutils.c:1854: warning: integer
constant is too large for 'unsigned long' type
10682 external/bluetooth/glib/glib/gtestutils.c:1854: warning: right shift
count >= width of type
10683 external/bluetooth/glib/glib/gtestutils.c:1854: warning: integer
constant is too large for 'unsigned long' type
10684 external/bluetooth/glib/glib/gtestutils.c:1854: warning: right shift
count >= width of type
10685 external/bluetooth/glib/glib/ghash.c: In function
'g_hash_table_lookup_node_for_insertion':
10686 external/bluetooth/glib/glib/ghash.c:312: warning: 'first_tombstone'
may be used uninitialized in this function
10687 target thumb C: libglib_static <= external/bluetooth/glib/glib/glist.c
10688 target thumb C: libglib_static <=
external/bluetooth/glib/glib/gthread.c
10689 In file included from external/bluetooth/glib/glib/glist.c:31:
10690 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined

10691 In file included from <command-line>:0:
10692 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10693 In file included from external/bluetooth/glib/glib/gthread.c:39:
10694 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined
10695 In file included from <command-line>:0:
10696 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10697 target thumb C: libglib_static <= external/bluetooth/glib/glib/garray.c
10698 In file included from external/bluetooth/glib/glib/garray.c:31:
10699 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined
10700 In file included from <command-line>:0:
10701 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10702 external/bluetooth/glib/glib/gthread.c: In function
'IA__g_static_rec_mutex_init':
10703 external/bluetooth/glib/glib/gthread.c:289: warning: missing
initializer
10704 external/bluetooth/glib/glib/gthread.c:289: warning: (near
initialization for 'init_mutex.depth')
10705 external/bluetooth/glib/glib/gthread.c: In function
'IA__g_thread_create_full':
10706 external/bluetooth/glib/glib/gthread.c:652: warning: comparison of
unsigned expression >= 0 is always true
10707 external/bluetooth/glib/glib/gthread.c: In function
'IA__g_thread_set_priority':
10708 external/bluetooth/glib/glib/gthread.c:742: warning: comparison of
unsigned expression >= 0 is always true
10709 external/bluetooth/glib/glib/garray.c: In function
'IA__g_ptr_array_set_size':
10710 external/bluetooth/glib/glib/garray.c:429: warning: comparison between
signed and unsigned integer expressions
10711 external/bluetooth/glib/glib/garray.c:442: warning: comparison between
signed and unsigned integer expressions
10712 external/bluetooth/glib/glib/garray.c:445: warning: comparison between
signed and unsigned integer expressions
10713 target thumb C: libglib_static <= external/bluetooth/glib/glib/gutils.c
10714 In file included from external/bluetooth/glib/glib/gutils.c:31:
10715 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined
10716 In file included from <command-line>:0:
10717 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10718 external/bluetooth/glib/glib/gutils.c: In function
'IA__g_get_user_special_dir':
10719 external/bluetooth/glib/glib/gutils.c:2503: warning: comparison of
unsigned expression >= 0 is always true
10720 target thumb C: libglib_static <=
external/bluetooth/glib/glib/gatomic.c
10721 In file included from external/bluetooth/glib/glib/gatomic.c:24:
10722 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined
10723 In file included from <command-line>:0:
10724 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition

10725 target thumb C: libglib_static <=
external/bluetooth/glib/glib/gprintf.c
10726 In file included from external/bluetooth/glib/glib/gprintf.c:20:
10727 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined
10728 In file included from <command-line>:0:
10729 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10730 target thumb C: libglib_static <=
external/bluetooth/glib/glib/gpattern.c
10731 target thumb C: libglib_static <=
external/bluetooth/glib/glib/guniprop.c
10732 In file included from external/bluetooth/glib/glib/guniprop.c:22:
10733 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined
10734 In file included from <command-line>:0:
10735 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10736 In file included from external/bluetooth/glib/glib/gpattern.c:20:
10737 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined
10738 In file included from <command-line>:0:
10739 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10740 target thumb C: libglib_static <= external/bluetooth/glib/glib/gpoll.c
10741 In file included from external/bluetooth/glib/glib/gpoll.c:35:
10742 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined
10743 In file included from <command-line>:0:
10744 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10745 In file included from bionic/libc/include/stdlib.h:41,
10746                 from external/bluetooth/glib/glib/gpoll.c:53:
10747 bionic/libc/include/alloca.h:31:1: warning: "alloca" redefined
10748 In file included from external/bluetooth/glib/glib/../glib.h:32,
10749                 from external/bluetooth/glib/glib/gpoll.c:50:
10750 external/bluetooth/glib/glib/../glib/galloca.h:39:1: warning: this is
the location of the previous definition
10751 target thumb C: libglib_static <= external/bluetooth/glib/glib/grand.c
10752 In file included from external/bluetooth/glib/glib/grand.c:39:
10753 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined
10754 In file included from <command-line>:0:
10755 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10756 target thumb C: libglib_static <=
external/bluetooth/glib/glib/gunidecomp.c
10757 In file included from external/bluetooth/glib/glib/gunidecomp.c:22:
10758 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H"
redefined
10759 In file included from <command-line>:0:
10760 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
10761 external/bluetooth/glib/glib/grand.c: In function
'IA__g_rand_set_seed_array':
10762 external/bluetooth/glib/glib/grand.c:339: warning: comparison between
signed and unsigned integer expressions

10763 target thumb C: libglib_static <= external/bluetooth/glib/glib/gqsort.c
10764 In file included from external/bluetooth/glib/glib/gqsort.c:35:
10765 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H" redefined
10766 In file included from <command-line>:0:
10767 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning: this is the location of the previous definition
10768 target thumb C: libglib_static <= external/bluetooth/glib/glib/gstdio.c
10769 In file included from external/bluetooth/glib/glib/gstdio.c:21:
10770 external/bluetooth/glib/glib/config.h:269:1: warning: "HAVE_MALLOC_H" redefined
10771 In file included from <command-line>:0:
10772 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning: this is the location of the previous definition
10773 target thumb C: libbuiltinplugin <= external/bluetooth/bluez/plugins/hciops.c
10774 target thumb C: libgdbus_static <= external/bluetooth/bluez/gdbus/mainloop.c
10775 target thumb C: libgdbus_static <= external/bluetooth/bluez/gdbus/object.c
10776 external/bluetooth/bluez/plugins/hciops.c: In function 'io_stack_event':
10777 external/bluetooth/bluez/plugins/hciops.c:286: warning: passing argument 4 of 'g_io_channel_read' from incompatible pointer type
10778 external/bluetooth/glib/glib/giochannel.h:174: note: expected 'gsize *' but argument is of type 'size_t *'
10779 target thumb C: libgdbus_static <= external/bluetooth/bluez/gdbus/watch.c
10780 external/bluetooth/bluez/gdbus/object.c:327: warning: missing initializer
10781 external/bluetooth/bluez/gdbus/object.c:327: warning: (near initialization for 'introspect_methods[0].flags')
10782 external/bluetooth/bluez/gdbus/object.c:328: warning: missing initializer
10783 external/bluetooth/bluez/gdbus/object.c:328: warning: (near initialization for 'introspect_methods[1].name')
10784 target thumb C++: bootanimation <= frameworks/base/cmds/bootanimation/bootanimation_main.cpp
10785 target thumb C++: bootanimation <= frameworks/base/cmds/bootanimation/BootAnimation.cpp
10786 target thumb C: brcm_patchram_plus <= system/bluetooth/brcm_patchram_plus/brcm_patchram_plus.c
10787 target thumb C: bugreport <= frameworks/base/cmds/bugreport/bugreport.c
10788 target thumb C: toolbox <= system/core/toolbox/toolbox.c
10789 target thumb C: toolbox <= system/core/toolbox/ls.c
10790 frameworks/base/cmds/bootanimation/BootAnimation.cpp: In member function 'bool android::BootAnimation::movie()':
10791 frameworks/base/cmds/bootanimation/BootAnimation.cpp:397: warning: comparison between signed and unsigned integer expressions
10792 frameworks/base/cmds/bootanimation/BootAnimation.cpp:444: warning: comparison between signed and unsigned integer expressions
10793 frameworks/base/cmds/bootanimation/BootAnimation.cpp:450: warning: comparison between signed and unsigned integer expressions
10794 frameworks/base/cmds/bootanimation/BootAnimation.cpp:494: warning: comparison between signed and unsigned integer expressions
10795 target thumb C: toolbox <= system/core/toolbox/mount.c
10796 target thumb C: toolbox <= system/core/toolbox/cat.c

```
10797 target thumb C: toolbox <= system/core/toolbox/ps.c
10798 target thumb C: toolbox <= system/core/toolbox/kill.c
10799 target thumb C: toolbox <= system/core/toolbox/ln.c
10800 target thumb C: toolbox <= system/core/toolbox/insmod.c
10801 target thumb C: toolbox <= system/core/toolbox/rmmod.c
10802 system/core/toolbox/insmod.c: In function 'insmod_main':
10803 system/core/toolbox/insmod.c:76: warning: comparison between signed and
unsigned integer expressions
10804 system/core/toolbox/insmod.c:76: warning: signed and unsigned type in
conditional expression
10805 target thumb C: toolbox <= system/core/toolbox/lsmod.c
10806 target thumb C: toolbox <= system/core/toolbox/ifconfig.c
10807 target thumb C: toolbox <= system/core/toolbox/setconsole.c
10808 target thumb C: toolbox <= system/core/toolbox/rm.c
10809 target thumb C: toolbox <= system/core/toolbox/mkdir.c
10810 target thumb C: toolbox <= system/core/toolbox/rmdir.c
10811 system/core/toolbox/mkdir.c: In function 'mkdir_main':
10812 system/core/toolbox/mkdir.c:21: warning: implicit declaration of
function 'mkdir'
10813 target thumb C: toolbox <= system/core/toolbox/reboot.c
10814 target thumb C: toolbox <= system/core/toolbox/getevent.c
10815 target thumb C: toolbox <= system/core/toolbox/sendevent.c
10816 target thumb C: toolbox <= system/core/toolbox/date.c
10817 system/core/toolbox/getevent.c: In function 'print_possible_events':
10818 system/core/toolbox/getevent.c:45: warning: format '%d' expects type
'int', but argument 3 has type 'ssize_t'
10819 system/core/toolbox/date.c: In function 'date_main':
10820 system/core/toolbox/date.c:115: warning: format '%d' expects type
'int', but argument 3 has type 'time_t'
10821 system/core/toolbox/date.c:115: warning: format '%d' expects type
'int', but argument 4 has type 'suseconds_t'
10822 system/core/toolbox/sendevent.c: In function 'sendevent_main':
10823 system/core/toolbox/sendevent.c:75: warning: comparison between signed
and unsigned integer expressions
10824 target thumb C: toolbox <= system/core/toolbox/wipe.c
10825 target thumb C: toolbox <= system/core/toolbox/sync.c
10826 target thumb C: toolbox <= system/core/toolbox/umount.c
10827 target thumb C: toolbox <= system/core/toolbox/start.c
10828 target thumb C: toolbox <= system/core/toolbox/stop.c
10829 target thumb C: toolbox <= system/core/toolbox/notify.c
10830 target thumb C: toolbox <= system/core/toolbox/cmp.c
10831 target thumb C: toolbox <= system/core/toolbox/dmesg.c
10832 target thumb C: toolbox <= system/core/toolbox/route.c
10833 target thumb C: toolbox <= system/core/toolbox/hd.c
10834 target thumb C: toolbox <= system/core/toolbox/dd.c
10835 target thumb C: toolbox <= system/core/toolbox/df.c
10836 target thumb C: toolbox <= system/core/toolbox/getprop.c
10837 system/core/toolbox/dd.c: In function 'dd_in':
10838 system/core/toolbox/dd.c:400: warning: comparison between signed and
unsigned integer expressions
10839 system/core/toolbox/dd.c: In function 'dd_out':
10840 system/core/toolbox/dd.c:565: warning: comparison between signed and
unsigned integer expressions
10841 system/core/toolbox/dd.c: In function 'pos_out':
10842 system/core/toolbox/dd.c:725: warning: comparison between signed and
unsigned integer expressions
```

10843 system/core/toolbox/dd.c:749: warning: comparison between signed and
unsigned integer expressions
10844 system/core/toolbox/dd.c:750: warning: comparison between signed and
unsigned integer expressions
10845 system/core/toolbox/dd.c: In function 'f_count':
10846 system/core/toolbox/dd.c:1221: warning: large integer implicitly
truncated to unsigned type
10847 system/core/toolbox/dd.c: In function 'f_seek':
10848 system/core/toolbox/dd.c:1269: warning: large integer implicitly
truncated to unsigned type
10849 system/core/toolbox/dd.c: In function 'f_skip':
10850 system/core/toolbox/dd.c:1276: warning: large integer implicitly
truncated to unsigned type
10851 target thumb C: toolbox <= system/core/toolbox/setprop.c
10852 target thumb C: toolbox <= system/core/toolbox/watchprops.c
10853 target thumb C: toolbox <= system/core/toolbox/log.c
10854 target thumb C: toolbox <= system/core/toolbox/sleep.c
10855 target thumb C: toolbox <= system/core/toolbox/renice.c
10856 target thumb C: toolbox <= system/core/toolbox/printenv.c
10857 target thumb C: toolbox <= system/core/toolbox/smd.c
10858 target thumb C: toolbox <= system/core/toolbox/chmod.c
10859 target thumb C: toolbox <= system/core/toolbox/chown.c
10860 system/core/toolbox/chmod.c: In function 'chmod_main':
10861 system/core/toolbox/chmod.c:33: warning: implicit declaration of
function 'chmod'
10862 target thumb C: toolbox <= system/core/toolbox/newfs_msdos.c
10863 target thumb C: toolbox <= system/core/toolbox/netstat.c
10864 target thumb C: toolbox <= system/core/toolbox/ioctl.c
10865 target thumb C: toolbox <= system/core/toolbox/mv.c
10866 target thumb C: toolbox <= system/core/toolbox/schedtop.c
10867 system/core/toolbox/ioctl.c: In function 'ioctl_main':
10868 system/core/toolbox/ioctl.c:101: warning: 'ioctl_argp_save' may be used
uninitialized in this function
10869 system/core/toolbox/ioctl.c:120: warning: 'ioctl_args' may be used
uninitialized in this function
10870 target thumb C: toolbox <= system/core/toolbox/top.c
10871 target thumb C: toolbox <= system/core/toolbox/iftop.c
10872 target thumb C: toolbox <= system/core/toolbox/id.c
10873 target thumb C: toolbox <= system/core/toolbox/uptime.c
10874 target thumb C: toolbox <= system/core/toolbox/vmstat.c
10875 target thumb C: toolbox <= system/core/toolbox/nandread.c
10876 target thumb C: toolbox <= system/core/toolbox/ionice.c
10877 target thumb C: toolbox <= system/core/toolbox/lsof.c
10878 target thumb C: dalvikvm <= dalvik/dalvikvm/Main.c
10879 target thumb C: dbus-daemon <= external/dbus/bus/activation.c
10880 target thumb C: dbus-daemon <= external/dbus/bus/bus.c
10881 target thumb C: dbus-daemon <= external/dbus/bus/config-loader-expat.c
10882 external/dbus/bus/bus.c: In function 'bus_context_new':
10883 external/dbus/bus/bus.c:674: warning: comparison of unsigned expression
< 0 is always false
10884 external/dbus/bus/bus.c:675: warning: comparison of unsigned expression
< 0 is always false
10885 target thumb C: dbus-daemon <= external/dbus/bus/config-parser.c
10886 target thumb C: dbus-daemon <= external/dbus/bus/connection.c
10887 target thumb C: dbus-daemon <= external/dbus/bus/desktop-file.c
10888 target thumb C: dbus-daemon <= external/dbus/bus/dir-watch-default.c
10889 target thumb C: dbus-daemon <= external/dbus/bus/dispatch.c

```
10890 target thumb C: dbus-daemon <= external/dbus/bus/driver.c
10891 target thumb C: dbus-daemon <= external/dbus/bus/expirelist.c
10892 external/dbus/bus/expirelist.c: In function
'bus_expire_timeout_set_interval':
10893 external/dbus/bus/expirelist.c:114: warning: suggest braces around
empty body in an 'else' statement
10894 target thumb C: dbus-daemon <= external/dbus/bus/main.c
10895 target thumb C: dbus-daemon <= external/dbus/bus/policy.c
10896 target thumb C: dbus-daemon <= external/dbus/bus/selinux.c
10897 target thumb C: dbus-daemon <= external/dbus/bus/services.c
10898 target thumb C: dbus-daemon <= external/dbus/bus/signals.c
10899 target thumb C: dbus-daemon <= external/dbus/bus/utils.c
10900 target thumb C: debuggerd <= system/core/debuggerd/debuggerd.c
10901 target thumb C: debuggerd <= system/core/debuggerd/getevent.c
10902 target thumb C: debuggerd <= system/core/debuggerd/unwind-arm.c
10903 target thumb C: debuggerd <= system/core/debuggerd/pr-support.c
10904 system/core/debuggerd/unwind-arm.c: In function 'log_function':
10905 system/core/debuggerd/unwind-arm.c:430: warning: pointer of type 'void
*' used in arithmetic
10906 target thumb C: debuggerd <= system/core/debuggerd/utility.c
10907 system/core/debuggerd/utility.c: In function 'get_remote_struct':
10908 system/core/debuggerd/utility.c:41: warning: pointer of type 'void *'
used in arithmetic
10909 system/core/debuggerd/utility.c:41: warning: pointer of type 'void *'
used in arithmetic
10910 system/core/debuggerd/utility.c:48: warning: pointer of type 'void *'
used in arithmetic
10911 target thumb C: dexopt <= dalvik/dexopt/OptMain.c
10912 target thumb C: dhcpcd <= external/dhcpcd/common.c
10913 target thumb C: dhcpcd <= external/dhcpcd/dhcp.c
10914 target thumb C: dhcpcd <= external/dhcpcd/dhcpcd.c
10915 target thumb C: dhcpcd <= external/dhcpcd/logger.c
10916 target thumb C: dhcpcd <= external/dhcpcd/net.c
10917 target thumb C: dhcpcd <= external/dhcpcd/signals.c
10918 target thumb C: dhcpcd <= external/dhcpcd/configure.c
10919 target thumb C: dhcpcd <= external/dhcpcd/client.c
10920 target thumb C: dhcpcd <= external/dhcpcd/if-linux.c
10921 target thumb C: dhcpcd <= external/dhcpcd/lpf.c
10922 target thumb C: dnsmasq <= external/dnsmasq/src/bpf.c
10923 target thumb C: dnsmasq <= external/dnsmasq/src/cache.c
10924 target thumb C: dnsmasq <= external/dnsmasq/src/dbus.c
10925 target thumb C: dnsmasq <= external/dnsmasq/src/dhcp.c
10926 target thumb C: dnsmasq <= external/dnsmasq/src/dnsmasq.c
10927 external/dnsmasq/src/dnsmasq.c: In function 'poll_resolv':
10928 external/dnsmasq/src/dnsmasq.c:924: warning: comparison between signed
and unsigned integer expressions
10929 target thumb C: dnsmasq <= external/dnsmasq/src/forward.c
10930 target thumb C: dnsmasq <= external/dnsmasq/src/helper.c
10931 target thumb C: dnsmasq <= external/dnsmasq/src/lease.c
10932 target thumb C: dnsmasq <= external/dnsmasq/src/log.c
10933 target thumb C: dnsmasq <= external/dnsmasq/src/netlink.c
10934 external/dnsmasq/src/lease.c: In function
'do_script_run':external/dnsmasq/src/log.c: In function 'my_syslog':
10935 external/dnsmasq/src/log.c:266: warning: unused variable 'pid'
10936 external/dnsmasq/src/log.c:265: warning: unused variable 'len'
10937 external/dnsmasq/src/log.c:264: warning: unused variable 'p'
10938 external/dnsmasq/src/log.c:263: warning: unused variable 'time_now'
```

```
10939 external/dnsmasq/src/log.c:262: warning: unused variable 'entry'
10940
10941 external/dnsmasq/src/lease.c:529: warning: unused parameter 'now'
10942 external/dnsmasq/src/netlink.c: In function 'iface_enumerate':
10943 external/dnsmasq/src/netlink.c:125: warning: unused parameter
'ipv6_callback'
10944 target thumb C: dnsmasq <= external/dnsmasq/src/network.c
10945 target thumb C: dnsmasq <= external/dnsmasq/src/option.c
10946 target thumb C: dnsmasq <= external/dnsmasq/src/rfc1035.c
10947 target thumb C: dnsmasq <= external/dnsmasq/src/rfc2131.c
10948 target thumb C: dnsmasq <= external/dnsmasq/src/tftp.c
10949 target thumb C: dnsmasq <= external/dnsmasq/src/util.c
10950 target thumb C: dumpstate <= frameworks/base/cmds/dumpstate/dumpstate.c
10951 target thumb C: dumpstate <= frameworks/base/cmds/dumpstate/utils.c
10952 target thumb C++: dumpsys <= frameworks/base/cmds/dumpsys/dumpsys.cpp
10953 target thumb C: dvz <= dalvik/dvz/dvz.c
10954 target thumb C: fsck_msdos <= external/fsck_msdos/boot.c
10955 target thumb C: fsck_msdos <= external/fsck_msdos/check.c
10956 external/fsck_msdos/boot.c: In function 'readboot':
10957 external/fsck_msdos/boot.c:60: warning: comparison between signed and
unsigned integer expressions
10958 external/fsck_msdos/boot.c:111: warning: comparison between signed and
unsigned integer expressions
10959 external/fsck_msdos/boot.c:138: warning: comparison between signed and
unsigned integer expressions
10960 external/fsck_msdos/boot.c:158: warning: comparison between signed and
unsigned integer expressions
10961 target thumb C: fsck_msdos <= external/fsck_msdos/dir.c
10962 external/fsck_msdos/boot.c: In function 'writefsinfo':
10963 external/fsck_msdos/boot.c:263: warning: comparison between signed and
unsigned integer expressions
10964 external/fsck_msdos/boot.c:277: warning: comparison between signed and
unsigned integer expressions
10965 external/fsck_msdos/dir.c: In function 'checksize':
10966 external/fsck_msdos/dir.c:405: warning: comparison between signed and
unsigned integer expressions
10967 external/fsck_msdos/dir.c: In function 'readDosDirSection':
10968 external/fsck_msdos/dir.c:536: warning: unused variable 'rc'
10969 external/fsck_msdos/dir.c:535: warning: unused variable 'n_count'
10970 external/fsck_msdos/dir.c: In function 'reconnect':
10971 external/fsck_msdos/dir.c:1062: warning: comparison between signed and
unsigned integer expressions
10972 external/fsck_msdos/dir.c:1092: warning: comparison between signed and
unsigned integer expressions
10973 target thumb C: fsck_msdos <= external/fsck_msdos/fat.c
10974 target thumb C: fsck_msdos <= external/fsck_msdos/main.c
10975 external/fsck_msdos/fat.c: In function 'checkdirty':
10976 external/fsck_msdos/fat.c:97: warning: comparison between signed and
unsigned integer expressions
10977 external/fsck_msdos/fat.c: In function '_readfat':
10978 external/fsck_msdos/fat.c:191: warning: comparison between signed and
unsigned integer expressions
10979 external/fsck_msdos/fat.c: In function 'writefat':
10980 external/fsck_msdos/fat.c:644: warning: comparison between signed and
unsigned integer expressions
10981 external/fsck_msdos/fat.c:648: warning: comparison between signed and
unsigned integer expressions
```

```
10982 target thumb C: gzip <= external/zlib/minizip.c
10983 target thumb C: hciattach <= external/bluetooth/bluez/tools/hciattach.c
10984 external/bluetooth/bluez/tools/hciattach.c: In function 'read_check':
10985 external/bluetooth/bluez/tools/hciattach.c:307: warning: pointer of
type 'void *' used in arithmetic
10986 external/bluetooth/bluez/tools/hciattach.c: At top level:
10987 external/bluetooth/bluez/tools/hciattach.c:1007: warning: missing
initializer
10988 external/bluetooth/bluez/tools/hciattach.c:1007: warning: (near
initialization for 'uart[0].post')
10989 external/bluetooth/bluez/tools/hciattach.c:1008: warning: missing
initializer
10990 external/bluetooth/bluez/tools/hciattach.c:1008: warning: (near
initialization for 'uart[1].post')
10991 external/bluetooth/bluez/tools/hciattach.c:1009: warning: missing
initializer
10992 external/bluetooth/bluez/tools/hciattach.c:1009: warning: (near
initialization for 'uart[2].post')
10993 external/bluetooth/bluez/tools/hciattach.c:1011: warning: missing
initializer
10994 external/bluetooth/bluez/tools/hciattach.c:1011: warning: (near
initialization for 'uart[3].post')
10995 external/bluetooth/bluez/tools/hciattach.c:1014: warning: missing
initializer
10996 external/bluetooth/bluez/tools/hciattach.c:1014: warning: (near
initialization for 'uart[4].post')
10997 external/bluetooth/bluez/tools/hciattach.c:1017: warning: missing
initializer
10998 external/bluetooth/bluez/tools/hciattach.c:1017: warning: (near
initialization for 'uart[5].post')
10999 external/bluetooth/bluez/tools/hciattach.c:1020: warning: missing
initializer
11000 external/bluetooth/bluez/tools/hciattach.c:1020: warning: (near
initialization for 'uart[6].post')
11001 external/bluetooth/bluez/tools/hciattach.c:1023: warning: missing
initializer
11002 external/bluetooth/bluez/tools/hciattach.c:1023: warning: (near
initialization for 'uart[7].post')
11003 external/bluetooth/bluez/tools/hciattach.c:1030: warning: missing
initializer
11004 external/bluetooth/bluez/tools/hciattach.c:1030: warning: (near
initialization for 'uart[10].post')
11005 external/bluetooth/bluez/tools/hciattach.c:1033: warning: missing
initializer
11006 external/bluetooth/bluez/tools/hciattach.c:1033: warning: (near
initialization for 'uart[11].post')
11007 external/bluetooth/bluez/tools/hciattach.c:1036: warning: missing
initializer
11008 external/bluetooth/bluez/tools/hciattach.c:1036: warning: (near
initialization for 'uart[12].post')
11009 external/bluetooth/bluez/tools/hciattach.c:1039: warning: missing
initializer
11010 external/bluetooth/bluez/tools/hciattach.c:1039: warning: (near
initialization for 'uart[13].post')
11011 external/bluetooth/bluez/tools/hciattach.c:1042: warning: missing
initializer
```

```
11012 external/bluetooth/bluez/tools/hciattach.c:1042: warning: (near
initialization for 'uart[14].post')
11013 external/bluetooth/bluez/tools/hciattach.c:1045: warning: missing
initializer
11014 external/bluetooth/bluez/tools/hciattach.c:1045: warning: (near
initialization for 'uart[15].post')
11015 external/bluetooth/bluez/tools/hciattach.c:1048: warning: missing
initializer
11016 external/bluetooth/bluez/tools/hciattach.c:1048: warning: (near
initialization for 'uart[16].post')
11017 external/bluetooth/bluez/tools/hciattach.c:1051: warning: missing
initializer
11018 external/bluetooth/bluez/tools/hciattach.c:1051: warning: (near
initialization for 'uart[17].post')
11019 external/bluetooth/bluez/tools/hciattach.c:1054: warning: missing
initializer
11020 external/bluetooth/bluez/tools/hciattach.c:1054: warning: (near
initialization for 'uart[18].post')
11021 external/bluetooth/bluez/tools/hciattach.c:1057: warning: missing
initializer
11022 external/bluetooth/bluez/tools/hciattach.c:1057: warning: (near
initialization for 'uart[19].post')
11023 external/bluetooth/bluez/tools/hciattach.c:1060: warning: missing
initializer
11024 external/bluetooth/bluez/tools/hciattach.c:1060: warning: (near
initialization for 'uart[20].post')
11025 external/bluetooth/bluez/tools/hciattach.c:1063: warning: missing
initializer
11026 external/bluetooth/bluez/tools/hciattach.c:1063: warning: (near
initialization for 'uart[21].post')
11027 external/bluetooth/bluez/tools/hciattach.c:1066: warning: missing
initializer
11028 external/bluetooth/bluez/tools/hciattach.c:1066: warning: (near
initialization for 'uart[22].post')
11029 external/bluetooth/bluez/tools/hciattach.c:1069: warning: missing
initializer
11030 external/bluetooth/bluez/tools/hciattach.c:1069: warning: (near
initialization for 'uart[23].post')
11031 external/bluetooth/bluez/tools/hciattach.c:1072: warning: missing
initializer
11032 external/bluetooth/bluez/tools/hciattach.c:1072: warning: (near
initialization for 'uart[24].post')
11033 external/bluetooth/bluez/tools/hciattach.c:1074: warning: missing
initializer
11034 external/bluetooth/bluez/tools/hciattach.c:1074: warning: (near
initialization for 'uart[25].p_id')
11035 target thumb C: hciattach <=
external/bluetooth/bluez/tools/hciattach_st.c
11036 target thumb C: hciattach <=
external/bluetooth/bluez/tools/hciattach_ti.c
11037 target thumb C: hciattach <=
external/bluetooth/bluez/tools/hciattach_tialt.c
11038 target thumb C: installd <= frameworks/base/cmds/installd/installd.c
11039 target thumb C: installd <= frameworks/base/cmds/installd/commands.c
11040 target thumb C: installd <= frameworks/base/cmds/installd/utils.c
11041 target thumb C: iptables <= external/iptables/iptables.c
11042 In file included from external/iptables/include/libiptc/libiptc.h:6,
```

```
11043                   from external/iptables/include/iptables.h:5,
11044                   from external/iptables/iptables.c:39:
11045 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11046 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11047 external/iptables/iptables.c: At top level:
11048 external/iptables/iptables.c:139: warning: missing initializer
11049 external/iptables/iptables.c:139: warning: (near initialization for
'original_opts[31].has_arg')
11050 external/iptables/iptables.c: In function 'parse_port':
11051 external/iptables/iptables.c:273: warning: comparison between signed
and unsigned integer expressions
11052 external/iptables/iptables.c: In function 'set_option':
11053 external/iptables/iptables.c:1050: warning: comparison between signed
and unsigned integer expressions
11054 external/iptables/iptables.c: In function 'print_firewall':
11055 external/iptables/iptables.c:1508: warning: pointer of type 'void *'
used in arithmetic
11056 target thumb C: iptables <= external/iptables/iptables-standalone.c
11057 target thumb C: libiptc <= external/iptables/libiptc/libip4tc.c
11058 In file included from external/iptables/include/libiptc/libiptc.h:6,
11059                   from external/iptables/include/iptables.h:5,
11060                   from external/iptables/iptables-standalone.c:38:
11061 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11062 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11063 In file included from external/iptables/include/libiptc/libiptc.h:6,
11064                   from external/iptables/libiptc/libip4tc.c:26:
11065 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11066 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11067 In file included from external/iptables/libiptc/libip4tc.c:115:
11068 external/iptables/libiptc/libiptc.c: In function 'iptcb_entry2index':
11069 external/iptables/libiptc/libiptc.c:223: warning: pointer of type 'void
*' used in arithmetic
11070 external/iptables/libiptc/libiptc.c: In function 'iptcb_offset2entry':
11071 external/iptables/libiptc/libiptc.c:235: warning: pointer of type 'void
*' used in arithmetic
11072 external/iptables/libiptc/libiptc.c: In function 'iptcb_entry2offset':
11073 external/iptables/libiptc/libiptc.c:242: warning: pointer of type 'void
*' used in subtraction
11074 external/iptables/libiptc/libiptc.c: In function 'cache_add_entry':
11075 external/iptables/libiptc/libiptc.c:514: warning: comparison between
signed and unsigned integer expressions
11076 external/iptables/libiptc/libiptc.c: In function 'parse_table':
11077 external/iptables/libiptc/libiptc.c:546: warning: pointer of type 'void
*' used in arithmetic
11078 external/iptables/libiptc/libiptc.c: In function 'iptcc_compile_chain':
11079 external/iptables/libiptc/libiptc.c:638: warning: pointer of type 'void
*' used in arithmetic
11080 external/iptables/libiptc/libiptc.c:658: warning: pointer of type 'void
*' used in arithmetic
11081 external/iptables/libiptc/libiptc.c: In function 'iptcc_compile_table':
```

11082 external/iptables/libiptc/libiptc.c:747: warning: pointer of type 'void *' used in arithmetic
11083 external/iptables/libiptc/libiptc.c:747: warning: pointer of type 'void *' used in arithmetic
11084 external/iptables/libiptc/libiptc.c: In function 'iptc_init':
11085 external/iptables/libiptc/libiptc.c:849: warning: pointer targets in passing argument 5 of 'getsockopt' differ in signedness
11086 bionic/libc/include/sys/socket.h:73: note: expected 'socklen_t *' but argument is of type 'unsigned int *'
11087 external/iptables/libiptc/libiptc.c: In function 'match_different':
11088 external/iptables/libiptc/libiptc.c:1435: warning: pointer of type 'void *' used in arithmetic
11089 external/iptables/libiptc/libip4tc.c: In function 'dump_entry':
11090 external/iptables/libiptc/libip4tc.c:153: warning: pointer of type 'void *' used in arithmetic
11091 external/iptables/libiptc/libip4tc.c: In function 'is_same':
11092 external/iptables/libiptc/libip4tc.c:210: warning: pointer of type 'void *' used in arithmetic
11093 target thumb C: libext <= external/iptables/extensions/libipt_ah.c
11094 In file included from external/iptables/include/libiptc/libiptc.h:6,
11095                 from external/iptables/include/iptables.h:5,
11096                 from external/iptables/extensions/libipt_ah.c:8:
11097 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function 'ipt_get_target':
11098 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173: warning: pointer of type 'void *' used in arithmetic
11099 external/iptables/extensions/libipt_ah.c: At top level:
11100 external/iptables/extensions/libipt_ah.c:24: warning: missing initializer
11101 external/iptables/extensions/libipt_ah.c:24: warning: (near initialization for 'opts[1].has_arg')
11102 target thumb C: libext <= external/iptables/extensions/libipt_addrtype.c
11103 In file included from external/iptables/include/libiptc/libiptc.h:6,
11104                 from external/iptables/include/iptables.h:5,
11105                 from external/iptables/extensions/libipt_addrtype.c:9:
11106 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function 'ipt_get_target':
11107 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173: warning: pointer of type 'void *' used in arithmetic
11108 external/iptables/extensions/libipt_addrtype.c: At top level:
11109 external/iptables/extensions/libipt_addrtype.c:185: warning: missing initializer
11110 external/iptables/extensions/libipt_addrtype.c:185: warning: (near initialization for 'opts[2].has_arg')
11111 target thumb C: libext <= external/iptables/extensions/libipt_comment.c
11112 In file included from external/iptables/include/libiptc/libiptc.h:6,
11113                 from external/iptables/include/iptables.h:5,
11114                 from external/iptables/extensions/libipt_comment.c:14:
11115 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function 'ipt_get_target':
11116 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173: warning: pointer of type 'void *' used in arithmetic
11117 external/iptables/extensions/libipt_comment.c: At top level:
11118 external/iptables/extensions/libipt_comment.c:29: warning: missing initializer

11119 external/iptables/extensions/libipt_comment.c:29: warning: (near initialization for 'opts[1].has_arg')
11120 target thumb C: libext <= external/iptables/extensions/libipt_2connmark.c
11121 target thumb C: libext <= external/iptables/extensions/libipt_conntrack.c
11122 In file included from external/iptables/include/libiptc/libiptc.h:6,
11123                  from external/iptables/include/iptables.h:5,
11124                  from external/iptables/extensions/libipt_2connmark.c:28:
11125 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function 'ipt_get_target':
11126 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173: warning: pointer of type 'void *' used in arithmetic
11127 external/iptables/extensions/libipt_2connmark.c: At top level:
11128 external/iptables/extensions/libipt_2connmark.c:44: warning: missing initializer
11129 external/iptables/extensions/libipt_2connmark.c:44: warning: (near initialization for 'opts[1].has_arg')
11130 In file included from external/iptables/include/libiptc/libiptc.h:6,
11131                  from external/iptables/include/iptables.h:5,
11132                  from external/iptables/extensions/libipt_conntrack.c:11:
11133 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function 'ipt_get_target':
11134 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173: warning: pointer of type 'void *' used in arithmetic
11135 external/iptables/extensions/libipt_conntrack.c: At top level:
11136 external/iptables/extensions/libipt_conntrack.c:56: warning: missing initializer
11137 external/iptables/extensions/libipt_conntrack.c:56: warning: (near initialization for 'opts[8].has_arg')
11138 external/iptables/extensions/libipt_conntrack.c: In function 'parse_expires':
11139 external/iptables/extensions/libipt_conntrack.c:170: warning: signed and unsigned type in conditional expression
11140 target thumb C: libext <= external/iptables/extensions/libipt_2dscp.c
11141 In file included from external/iptables/include/libiptc/libiptc.h:6,
11142                  from external/iptables/include/iptables.h:5,
11143                  from external/iptables/extensions/libipt_2dscp.c:20:
11144 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function 'ipt_get_target':
11145 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173: warning: pointer of type 'void *' used in arithmetic
11146 In file included from external/iptables/extensions/libipt_2dscp.c:25:
11147 external/iptables/extensions/libipt_dscp_helper.c: In function 'class_to_dscp':
11148 external/iptables/extensions/libipt_dscp_helper.c:55: warning: comparison between signed and unsigned integer expressions
11149 external/iptables/extensions/libipt_2dscp.c: At top level:
11150 external/iptables/extensions/libipt_2dscp.c:45: warning: missing initializer
11151 external/iptables/extensions/libipt_2dscp.c:45: warning: (near initialization for 'opts[2].has_arg')
11152 target thumb C: libext <= external/iptables/extensions/libipt_2ecn.c
11153 target thumb C: libext <= external/iptables/extensions/libipt_esp.c
11154 In file included from external/iptables/include/libiptc/libiptc.h:6,

```
11155                  from external/iptables/include/iptables.h:5,
11156                  from external/iptables/extensions/libipt_2ecn.c:15:
11157 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11158 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11159 In file included from external/iptables/include/libiptc/libiptc.h:6,
11160                  from external/iptables/include/iptables.h:5,
11161                  from external/iptables/extensions/libipt_esp.c:8:
11162 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11163 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11164 external/iptables/extensions/libipt_esp.c: At top level:
11165 external/iptables/extensions/libipt_esp.c:24: warning: missing
initializer
11166 external/iptables/extensions/libipt_esp.c:24: warning: (near
initialization for 'opts[1].has_arg')
11167 target thumb C: libext <=
external/iptables/extensions/libipt_hashlimit.c
11168 In file included from external/iptables/include/libiptc/libiptc.h:6,
11169                  from external/iptables/include/iptables.h:5,
11170                  from
external/iptables/extensions/libipt_hashlimit.c:18:
11171 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11172 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11173 external/iptables/extensions/libipt_hashlimit.c: At top level:
11174 external/iptables/extensions/libipt_hashlimit.c:58: warning: missing
initializer
11175 external/iptables/extensions/libipt_hashlimit.c:58: warning: (near
initialization for 'opts[8].has_arg')
11176 target thumb C: libext <= external/iptables/extensions/libipt_helper.c
11177 target thumb C: libext <= external/iptables/extensions/libipt_icmp.c
11178 target thumb C: libext <= external/iptables/extensions/libipt_iprange.c
11179 In file included from external/iptables/include/libiptc/libiptc.h:6,
11180                  from external/iptables/include/iptables.h:5,
11181                  from external/iptables/extensions/libipt_icmp.c:7:
11182 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11183 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11184 In file included from external/iptables/include/libiptc/libiptc.h:6,
11185                  from external/iptables/include/iptables.h:5,
11186                  from external/iptables/extensions/libipt_helper.c:8:
11187 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11188 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11189 external/iptables/extensions/libipt_helper.c: At top level:
11190 external/iptables/extensions/libipt_helper.c:24: warning: missing
initializer
11191 external/iptables/extensions/libipt_helper.c:24: warning: (near
initialization for 'opts[1].has_arg')
11192 external/iptables/extensions/libipt_icmp.c: At top level:
```

11193 external/iptables/extensions/libipt_icmp.c:114: warning: missing
initializer
11194 external/iptables/extensions/libipt_icmp.c:114: warning: (near
initialization for 'opts[1].has_arg')
11195 In file included from external/iptables/include/libiptc/libiptc.h:6,
11196                  from external/iptables/include/iptables.h:5,
11197                  from external/iptables/extensions/libipt_iprange.c:8:
11198 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11199 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11200 external/iptables/extensions/libipt_iprange.c: At top level:
11201 external/iptables/extensions/libipt_iprange.c:26: warning: missing
initializer
11202 external/iptables/extensions/libipt_iprange.c:26: warning: (near
initialization for 'opts[2].has_arg')
11203 target thumb C: libext <= external/iptables/extensions/libipt_length.c
11204 target thumb C: libext <= external/iptables/extensions/libipt_limit.c
11205 target thumb C: libext <= external/iptables/extensions/libipt_mac.c
11206 In file included from external/iptables/include/libiptc/libiptc.h:6,
11207                  from external/iptables/include/iptables.h:5,
11208                  from external/iptables/extensions/libipt_length.c:8:
11209 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11210 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11211 external/iptables/extensions/libipt_length.c: At top level:
11212 external/iptables/extensions/libipt_length.c:25: warning: missing
initializer
11213 external/iptables/extensions/libipt_length.c:25: warning: (near
initialization for 'opts[1].has_arg')
11214 target thumb C: libext <=
external/iptables/extensions/libipt_multiport.c
11215 In file included from external/iptables/include/libiptc/libiptc.h:6,
11216                  from external/iptables/include/iptables.h:5,
11217                  from external/iptables/extensions/libipt_mac.c:12:
11218 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11219 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11220 external/iptables/extensions/libipt_mac.c: At top level:
11221 external/iptables/extensions/libipt_mac.c:28: warning: missing
initializer
11222 external/iptables/extensions/libipt_mac.c:28: warning: (near
initialization for 'opts[1].has_arg')
11223 In file included from external/iptables/include/libiptc/libiptc.h:6,
11224                  from external/iptables/include/iptables.h:5,
11225                  from external/iptables/extensions/libipt_limit.c:11:
11226 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11227 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11228 external/iptables/extensions/libipt_limit.c: At top level:
11229 external/iptables/extensions/libipt_limit.c:36: warning: missing
initializer
11230 external/iptables/extensions/libipt_limit.c:36: warning: (near
initialization for 'opts[2].has_arg')

```
11231 In file included from external/iptables/include/libiptc/libiptc.h:6,
11232                  from external/iptables/include/iptables.h:5,
11233                  from
external/iptables/extensions/libipt_multiport.c:7:
11234 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11235 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11236 external/iptables/extensions/libipt_multiport.c: At top level:
11237 external/iptables/extensions/libipt_multiport.c:52: warning: missing
initializer
11238 external/iptables/extensions/libipt_multiport.c:52: warning: (near
initialization for 'opts[5].has_arg')
11239 target thumb C: libext <= external/iptables/extensions/libipt_owner.c
11240 target thumb C: libext <= external/iptables/extensions/libipt_physdev.c
11241 In file included from external/iptables/include/libiptc/libiptc.h:6,
11242                  from external/iptables/include/iptables.h:5,
11243                  from external/iptables/extensions/libipt_physdev.c:7:
11244 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11245 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11246 external/iptables/extensions/libipt_physdev.c: At top level:
11247 external/iptables/extensions/libipt_physdev.c:34: warning: missing
initializer
11248 external/iptables/extensions/libipt_physdev.c:34: warning: (near
initialization for 'opts[5].has_arg')
11249 In file included from external/iptables/include/libiptc/libiptc.h:6,
11250                  from external/iptables/include/iptables.h:5,
11251                  from external/iptables/extensions/libipt_owner.c:10:
11252 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11253 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11254 external/iptables/extensions/libipt_owner.c: At top level:
11255 external/iptables/extensions/libipt_owner.c:49: warning: missing
initializer
11256 external/iptables/extensions/libipt_owner.c:49: warning: (near
initialization for 'opts[5].has_arg')
11257 target thumb C: libext <= external/iptables/extensions/libipt_pkttype.c
11258 target thumb C: libext <= external/iptables/extensions/libipt_policy.c
11259 In file included from external/iptables/include/libiptc/libiptc.h:6,
11260                  from external/iptables/include/iptables.h:5,
11261                  from external/iptables/extensions/libipt_pkttype.c:17:
11262 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11263 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11264 external/iptables/extensions/libipt_pkttype.c: At top level:
11265 external/iptables/extensions/libipt_pkttype.c:69: warning: missing
initializer
11266 external/iptables/extensions/libipt_pkttype.c:69: warning: (near
initialization for 'opts[1].has_arg')
11267 target thumb C: libext <= external/iptables/extensions/libipt_realm.c
11268 In file included from external/iptables/include/libiptc/libiptc.h:6,
11269                  from external/iptables/include/iptables.h:5,
11270                  from external/iptables/extensions/libipt_policy.c:13:
```

11271 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11272 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11273 external/iptables/extensions/libipt_policy.c: At top level:
11274 external/iptables/extensions/libipt_policy.c:93: warning: missing
initializer
11275 external/iptables/extensions/libipt_policy.c:93: warning: (near
initialization for 'opts[10].name')
11276 target thumb C: libext <= external/iptables/extensions/libipt_sctp.c
11277 target thumb C: libext <=
external/iptables/extensions/libipt_standard.c
11278 In file included from external/iptables/include/libiptc/libiptc.h:6,
11279                   from external/iptables/include/iptables.h:5,
11280                   from external/iptables/extensions/libipt_realm.c:14:
11281 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11282 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11283 external/iptables/extensions/libipt_realm.c: At top level:
11284 external/iptables/extensions/libipt_realm.c:30: warning: missing
initializer
11285 external/iptables/extensions/libipt_realm.c:30: warning: (near
initialization for 'opts[1].has_arg')
11286 In file included from external/iptables/include/libiptc/libiptc.h:6,
11287                   from external/iptables/include/iptables.h:5,
11288                   from external/iptables/extensions/libipt_sctp.c:18:
11289 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11290 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11291 external/iptables/extensions/libipt_sctp.c: In function
'parse_sctp_chunk':
11292 external/iptables/extensions/libipt_sctp.c:186: warning: comparison
between signed and unsigned integer expressions
11293 external/iptables/extensions/libipt_sctp.c:189: warning: comparison
between signed and unsigned integer expressions
11294 external/iptables/extensions/libipt_sctp.c:194: warning: comparison
between signed and unsigned integer expressions
11295 external/iptables/extensions/libipt_sctp.c: In function
'parse_sctp_chunks':
11296 external/iptables/extensions/libipt_sctp.c:261: warning: comparison
between signed and unsigned integer expressions
11297 external/iptables/extensions/libipt_sctp.c: In function 'print_chunk':
11298 external/iptables/extensions/libipt_sctp.c:404: warning: comparison
between signed and unsigned integer expressions
11299 external/iptables/extensions/libipt_sctp.c: In function 'print_chunks':
11300 external/iptables/extensions/libipt_sctp.c:428: warning: comparison
between signed and unsigned integer expressions
11301 external/iptables/extensions/libipt_sctp.c:433: warning: comparison
between signed and unsigned integer expressions
11302 external/iptables/extensions/libipt_sctp.c:433: warning: comparison
between signed and unsigned integer expressions
11303 In file included from external/iptables/include/libiptc/libiptc.h:6,
11304                   from external/iptables/include/iptables.h:5,
11305                   from external/iptables/extensions/libipt_standard.c:8:

11306 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11307 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11308 external/iptables/extensions/libipt_standard.c: At top level:
11309 external/iptables/extensions/libipt_standard.c:20: warning: missing
initializer
11310 external/iptables/extensions/libipt_standard.c:20: warning: (near
initialization for 'opts[0].has_arg')
11311 target thumb C: libext <= external/iptables/extensions/libipt_state.c
11312 In file included from external/iptables/include/libiptc/libiptc.h:6,
11313                  from external/iptables/include/iptables.h:5,
11314                  from external/iptables/extensions/libipt_state.c:7:
11315 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11316 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11317 external/iptables/extensions/libipt_state.c: At top level:
11318 external/iptables/extensions/libipt_state.c:28: warning: missing
initializer
11319 external/iptables/extensions/libipt_state.c:28: warning: (near
initialization for 'opts[1].has_arg')
11320 target thumb C: libext <= external/iptables/extensions/libipt_tcp.c
11321 target thumb C: libext <= external/iptables/extensions/libipt_2tcpmss.c
11322 In file included from external/iptables/include/libiptc/libiptc.h:6,
11323                  from external/iptables/include/iptables.h:5,
11324                  from external/iptables/extensions/libipt_tcp.c:7:
11325 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11326 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11327 external/iptables/extensions/libipt_tcp.c: At top level:
11328 external/iptables/extensions/libipt_tcp.c:39: warning: missing
initializer
11329 external/iptables/extensions/libipt_tcp.c:39: warning: (near
initialization for 'opts[7].has_arg')
11330 target thumb C: libext <= external/iptables/extensions/libipt_2tos.c
11331 In file included from external/iptables/include/libiptc/libiptc.h:6,
11332                  from external/iptables/include/iptables.h:5,
11333                  from external/iptables/extensions/libipt_2tcpmss.c:8:
11334 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11335 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11336 external/iptables/extensions/libipt_2tcpmss.c: At top level:
11337 external/iptables/extensions/libipt_2tcpmss.c:24: warning: missing
initializer
11338 external/iptables/extensions/libipt_2tcpmss.c:24: warning: (near
initialization for 'opts[1].has_arg')
11339 target thumb C: libext <= external/iptables/extensions/libipt_2ttl.c
11340 In file included from external/iptables/include/libiptc/libiptc.h:6,
11341                  from external/iptables/include/iptables.h:5,
11342                  from external/iptables/extensions/libipt_2tos.c:8:
11343 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11344 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic

```
11345 external/iptables/extensions/libipt_2tos.c: At top level:
11346 external/iptables/extensions/libipt_2tos.c:47: warning: missing
initializer
11347 external/iptables/extensions/libipt_2tos.c:47: warning: (near
initialization for 'opts[1].has_arg')
11348 In file included from external/iptables/include/libiptc/libiptc.h:6,
11349                  from external/iptables/include/iptables.h:5,
11350                  from external/iptables/extensions/libipt_2ttl.c:12:
11351 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11352 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11353 external/iptables/extensions/libipt_2ttl.c: At top level:
11354 external/iptables/extensions/libipt_2ttl.c:151: warning: missing
initializer
11355 external/iptables/extensions/libipt_2ttl.c:151: warning: (near
initialization for 'opts[4].has_arg')
11356 target thumb C: libext <= external/iptables/extensions/libipt_udp.c
11357 target thumb C: libext <= external/iptables/extensions/libipt_unclean.c
11358 In file included from external/iptables/include/libiptc/libiptc.h:6,
11359                  from external/iptables/include/iptables.h:5,
11360                  from external/iptables/extensions/libipt_udp.c:7:
11361 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11362 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11363 external/iptables/extensions/libipt_udp.c: At top level:
11364 external/iptables/extensions/libipt_udp.c:31: warning: missing
initializer
11365 external/iptables/extensions/libipt_udp.c:31: warning: (near
initialization for 'opts[4].has_arg')
11366 In file included from external/iptables/include/libiptc/libiptc.h:6,
11367                  from external/iptables/include/iptables.h:5,
11368                  from external/iptables/extensions/libipt_unclean.c:5:
11369 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11370 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11371 external/iptables/extensions/libipt_unclean.c: At top level:
11372 external/iptables/extensions/libipt_unclean.c:17: warning: missing
initializer
11373 external/iptables/extensions/libipt_unclean.c:17: warning: (near
initialization for 'opts[0].has_arg')
11374 target thumb C: libext <=
external/iptables/extensions/libipt_CLASSIFY.c
11375 target thumb C: libext <=
external/iptables/extensions/libipt_CONNMARK.c
11376 target thumb C: libext <= external/iptables/extensions/libipt_DNAT.c
11377 In file included from external/iptables/include/libiptc/libiptc.h:6,
11378                  from external/iptables/include/iptables.h:5,
11379                  from external/iptables/extensions/libipt_CLASSIFY.c:7:
11380 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11381 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11382 external/iptables/extensions/libipt_CLASSIFY.c: At top level:
```

11383 external/iptables/extensions/libipt_CLASSIFY.c:26: warning: missing
initializer
11384 external/iptables/extensions/libipt_CLASSIFY.c:26: warning: (near
initialization for 'opts[1].has_arg')
11385 In file included from external/iptables/include/libiptc/libiptc.h:6,
11386                   from external/iptables/include/iptables.h:5,
11387                   from
external/iptables/extensions/libipt_CONNMARK.c:27:
11388 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11389 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11390 external/iptables/extensions/libipt_CONNMARK.c: At top level:
11391 external/iptables/extensions/libipt_CONNMARK.c:56: warning: missing
initializer
11392 external/iptables/extensions/libipt_CONNMARK.c:56: warning: (near
initialization for 'opts[4].has_arg')
11393 In file included from external/iptables/include/libiptc/libiptc.h:6,
11394                   from external/iptables/include/iptables.h:5,
11395                   from external/iptables/extensions/libipt_DNAT.c:7:
11396 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11397 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11398 target thumb C: libext <= external/iptables/extensions/libipt_LOG.c
11399 target thumb C: libext <=
external/iptables/extensions/libipt_MASQUERADE.c
11400 external/iptables/extensions/libipt_DNAT.c: At top level:
11401 external/iptables/extensions/libipt_DNAT.c:34: warning: missing
initializer
11402 external/iptables/extensions/libipt_DNAT.c:34: warning: (near
initialization for 'opts[1].has_arg')
11403 target thumb C: libext <= external/iptables/extensions/libipt_MIRROR.c
11404 In file included from external/iptables/include/libiptc/libiptc.h:6,
11405                   from external/iptables/include/iptables.h:5,
11406                   from external/iptables/extensions/libipt_LOG.c:8:
11407 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11408 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11409 In file included from external/iptables/include/libiptc/libiptc.h:6,
11410                   from external/iptables/include/iptables.h:5,
11411                   from
external/iptables/extensions/libipt_MASQUERADE.c:7:
11412 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11413 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11414 external/iptables/extensions/libipt_MASQUERADE.c: At top level:
11415 external/iptables/extensions/libipt_MASQUERADE.c:25: warning: missing
initializer
11416 external/iptables/extensions/libipt_MASQUERADE.c:25: warning: (near
initialization for 'opts[1].has_arg')
11417 In file included from external/iptables/include/libiptc/libiptc.h:6,
11418                   from external/iptables/include/iptables.h:5,
11419                   from external/iptables/extensions/libipt_MIRROR.c:7:

11420 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11421 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11422 external/iptables/extensions/libipt_MIRROR.c: At top level:
11423 external/iptables/extensions/libipt_MIRROR.c:20: warning: missing
initializer
11424 external/iptables/extensions/libipt_MIRROR.c:20: warning: (near
initialization for 'opts[0].has_arg')
11425 target thumb C: libext <= external/iptables/extensions/libipt_NETMAP.c
11426 target thumb C: libext <= external/iptables/extensions/libipt_NFQUEUE.c
11427 target thumb C: libext <= external/iptables/extensions/libipt_NOTRACK.c
11428 In file included from external/iptables/include/libiptc/libiptc.h:6,
11429                  from external/iptables/include/iptables.h:5,
11430                  from external/iptables/extensions/libipt_NFQUEUE.c:13:
11431 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11432 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11433 external/iptables/extensions/libipt_NFQUEUE.c: At top level:
11434 external/iptables/extensions/libipt_NFQUEUE.c:32: warning: missing
initializer
11435 external/iptables/extensions/libipt_NFQUEUE.c:32: warning: (near
initialization for 'opts[1].has_arg')
11436 In file included from external/iptables/include/libiptc/libiptc.h:6,
11437                  from external/iptables/include/iptables.h:5,
11438                  from external/iptables/extensions/libipt_NETMAP.c:10:
11439 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11440 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11441 external/iptables/extensions/libipt_NETMAP.c: At top level:
11442 external/iptables/extensions/libipt_NETMAP.c:19: warning: missing
initializer
11443 external/iptables/extensions/libipt_NETMAP.c:19: warning: (near
initialization for 'opts[1].has_arg')
11444 target thumb C: libext <=
external/iptables/extensions/libipt_REDIRECT.c
11445 In file included from external/iptables/include/libiptc/libiptc.h:6,
11446                  from external/iptables/include/iptables.h:5,
11447                  from external/iptables/extensions/libipt_NOTRACK.c:7:
11448 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11449 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11450 external/iptables/extensions/libipt_NOTRACK.c: At top level:
11451 external/iptables/extensions/libipt_NOTRACK.c:20: warning: missing
initializer
11452 external/iptables/extensions/libipt_NOTRACK.c:20: warning: (near
initialization for 'opts[0].has_arg')
11453 In file included from external/iptables/include/libiptc/libiptc.h:6,
11454                  from external/iptables/include/iptables.h:5,
11455                  from external/iptables/extensions/libipt_REDIRECT.c:7:
11456 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11457 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic

11458 external/iptables/extensions/libipt_REDIRECT.c: At top level:
11459 external/iptables/extensions/libipt_REDIRECT.c:25: warning: missing initializer
11460 external/iptables/extensions/libipt_REDIRECT.c:25: warning: (near initialization for 'opts[1].has_arg')
11461 target thumb C: libext <= external/iptables/extensions/libipt_REJECT.c
11462 target thumb C: libext <= external/iptables/extensions/libipt_SAME.c
11463 target thumb C: libext <= external/iptables/extensions/libipt_SNAT.c
11464 In file included from external/iptables/include/libiptc/libiptc.h:6,
11465                  from external/iptables/include/iptables.h:5,
11466                  from external/iptables/extensions/libipt_REJECT.c:9:
11467 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function 'ipt_get_target':In file included from external/iptables/include/libiptc/libiptc.h:6,
11468                  from external/iptables/include/iptables.h:5,
11469                  from external/iptables/extensions/libipt_SAME.c:7:
11470 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function 'ipt_get_target':
11471 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173: warning: pointer of type 'void *' used in arithmetic
11472 external/iptables/extensions/libipt_SAME.c: At top level:
11473 external/iptables/extensions/libipt_SAME.c:32: warning: missing initializer
11474 external/iptables/extensions/libipt_SAME.c:32: warning: (near initialization for 'opts[2].has_arg')
11475 external/iptables/extensions/libipt_SAME.c: In function 'print':
11476 external/iptables/extensions/libipt_SAME.c:145: warning: comparison between signed and unsigned integer expressions
11477 external/iptables/extensions/libipt_SAME.c: In function 'save':
11478 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173: warning: pointer of type 'void *' used in arithmetic
11479
11480 external/iptables/extensions/libipt_SAME.c:172: warning: comparison between signed and unsigned integer expressions
11481 external/iptables/extensions/libipt_REJECT.c: At top level:
11482 external/iptables/extensions/libipt_REJECT.c:85: warning: missing initializer
11483 external/iptables/extensions/libipt_REJECT.c:85: warning: (near initialization for 'opts[1].has_arg')
11484 In file included from external/iptables/include/libiptc/libiptc.h:6,
11485                  from external/iptables/include/iptables.h:5,
11486                  from external/iptables/extensions/libipt_SNAT.c:7:
11487 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function 'ipt_get_target':
11488 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173: warning: pointer of type 'void *' used in arithmetic
11489 external/iptables/extensions/libipt_SNAT.c: At top level:
11490 external/iptables/extensions/libipt_SNAT.c:34: warning: missing initializer
11491 external/iptables/extensions/libipt_SNAT.c:34: warning: (near initialization for 'opts[1].has_arg')
11492 target thumb C: libext <= external/iptables/extensions/libipt_ULOG.c
11493 target thumb C: libext <= external/iptables/extensions/initext.c
11494 target thumb C: libext <= out/target/product/crespo/obj/STATIC_LIBRARIES/libext_intermediates/extensions/gen_initext.c
11495 In file included from external/iptables/include/libiptc/libiptc.h:6,

```
11496                     from external/iptables/include/iptables.h:5,
11497                     from external/iptables/extensions/libipt_ULOG.c:18:
11498 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h: In function
'ipt_get_target':
11499 bionic/libc/kernel/common/linux/netfilter_ipv4/ip_tables.h:173:
warning: pointer of type 'void *' used in arithmetic
11500 external/iptables/extensions/libipt_ULOG.c: At top level:
11501 external/iptables/extensions/libipt_ULOG.c:52: warning: missing
initializer
11502 external/iptables/extensions/libipt_ULOG.c:52: warning: (near
initialization for 'opts[4].has_arg')
11503 target thumb C: keystore <= frameworks/base/cmds/keystore/keystore.c
11504 target thumb C: keystore_cli <=
frameworks/base/cmds/keystore/keystore_cli.c
11505 target asm: linker <= bionic/linker/arch/arm/begin.S
11506 target thumb C: linker <= bionic/linker/linker.c
11507 target thumb C: linker <= bionic/linker/linker_format.c
11508 target thumb C: linker <= bionic/linker/rt.c
11509 target thumb C: linker <= bionic/linker/dlfcn.c
11510 target thumb C: linker <= bionic/linker/debugger.c
11511 target thumb C: linker <= bionic/linker/ba.c
11512 target arm C: libc_nomalloc <= bionic/libc/bionic/pthread.c
11513 target thumb C: libc_nomalloc <= bionic/libc/arch-
arm/bionic/exidx_static.c
11514 target thumb C: libc_nomalloc <= bionic/libc/unistd/sysconf.c
11515 target thumb C: libc_nomalloc <= bionic/libc/bionic/__errno.c
11516 target thumb C: libc_nomalloc <= bionic/libc/bionic/libc_init_static.c
11517 target thumb C++: logcat <= system/core/logcat/logcat.cpp
11518 target thumb C: logwrapper <= system/core/logwrapper/logwrapper.c
11519 target thumb C: make_ext4fs <=
system/extras/ext4_utils/make_ext4fs_main.c
11520 target thumb C: libext4_utils <= system/extras/ext4_utils/make_ext4fs.c
11521 target thumb C: libext4_utils <= system/extras/ext4_utils/ext4_utils.c
11522 system/extras/ext4_utils/make_ext4fs.c: In function
'reset_ext4fs_info':
11523 system/extras/ext4_utils/make_ext4fs.c:226: warning: implicit
declaration of function 'free_data_blocks'
11524 target thumb C: libext4_utils <= system/extras/ext4_utils/allocate.c
11525 target thumb C: libext4_utils <=
system/extras/ext4_utils/backed_block.c
11526 target thumb C: libext4_utils <= system/extras/ext4_utils/output_file.c
11527 target thumb C: libext4_utils <= system/extras/ext4_utils/contents.c
11528 system/extras/ext4_utils/contents.c: In function 'make_directory':
11529 system/extras/ext4_utils/contents.c:118: warning: format '%llu' expects
type 'long long unsigned int', but argument 4 has type 'u32'
11530 target thumb C: libext4_utils <= system/extras/ext4_utils/extent.c
11531 target thumb C: libext4_utils <= system/extras/ext4_utils/indirect.c
11532 target thumb C: libext4_utils <= system/extras/ext4_utils/uuid.c
11533 target thumb C: libext4_utils <= system/extras/ext4_utils/sha1.c
11534 target thumb C: libext4_utils <=
system/extras/ext4_utils/sparse_crc32.c
11535 target thumb C++: mediaserver <=
frameworks/base/media/mediaserver/main_mediaserver.cpp
11536 target arm C++: libaudioflinger <=
frameworks/base/services/audioflinger/AudioMixer.cpp
11537 target arm C++: libaudioflinger <=
frameworks/base/services/audioflinger/AudioResampler.cpp
```

11538 frameworks/base/services/audioflinger/AudioMixer.cpp: In static member function 'static void android::AudioMixer::process__TwoTracks16BitsStereoNoResampling(android::AudioMixer::state_t*)':
11539 frameworks/base/services/audioflinger/AudioMixer.cpp:1170: warning: 'in1' may be used uninitialized in this function
11540 frameworks/base/services/audioflinger/AudioMixer.cpp:1166: warning: 'in0' may be used uninitialized in this function
11541 target arm C++: libaudioflinger <= frameworks/base/services/audioflinger/AudioResamplerSinc.cpp
11542 target arm C++: libaudioflinger <= frameworks/base/services/audioflinger/AudioResamplerCubic.cpp
11543 frameworks/base/services/audioflinger/AudioResamplerCubic.cpp:25:1: warning: "LOG_TAG" redefined
11544 In file included from frameworks/base/services/audioflinger/AudioResamplerCubic.cpp:20:
11545 system/core/include/cutils/log.h:68:1: warning: this is the location of the previous definition
11546 target thumb C++: libaudioflinger <= frameworks/base/services/audioflinger/AudioFlinger.cpp
11547 target thumb C++: libaudioflinger <= frameworks/base/services/audioflinger/AudioPolicyService.cpp
11548 target thumb C: libeffects <= frameworks/base/media/libeffects/factory/EffectsFactory.c
11549 target thumb C++: libaudio <= device/samsung/crespo/libaudio2/AudioHardware.cpp
11550 target thumb C: libaudio <= device/samsung/crespo/libaudio2/alsa_mixer.c
11551 target thumb C: libaudio <= device/samsung/crespo/libaudio2/alsa_pcm.c
11552 target arm C: liba2dp <= external/bluetooth/bluez/audio/../sbc/sbc.c
11553 target thumb C: liba2dp <= external/bluetooth/bluez/audio/liba2dp.c
11554 external/bluetooth/bluez/audio/liba2dp.c: In function 'a2dp_write':
11555 external/bluetooth/bluez/audio/liba2dp.c:1204: warning: passing argument 6 of 'sbc_encode' from incompatible pointer type
11556 external/bluetooth/bluez/audio/../sbc/sbc.h:94: note: expected 'ssize_t *' but argument is of type 'unsigned int *'
11557 target thumb C: liba2dp <= external/bluetooth/bluez/audio/ipc.c
11558 target thumb C: liba2dp <= external/bluetooth/bluez/audio/../sbc/sbc_primitives.c
11559 target thumb C: liba2dp <= external/bluetooth/bluez/audio/../sbc/sbc_primitives_neon.c
11560 target thumb C++: libaudiointerface <= frameworks/base/services/audioflinger/AudioHardwareGeneric.cpp
11561 target thumb C++: libaudiointerface <= frameworks/base/services/audioflinger/AudioHardwareStub.cpp
11562 target thumb C++: libaudiointerface <= frameworks/base/services/audioflinger/AudioHardwareInterface.cpp
11563 target thumb C++: libaudiointerface <= frameworks/base/services/audioflinger/A2dpAudioInterface.cpp
11564 target thumb C++: libaudiopolicy <= device/samsung/crespo/libaudio2/AudioPolicyManager.cpp
11565 frameworks/base/services/audioflinger/AudioFlinger.cpp: In member function 'android::status_t android::AudioFlinger::moveEffectChain_l(int, android::AudioFlinger::PlaybackThread*, android::AudioFlinger::PlaybackThread*, bool)':
11566 frameworks/base/services/audioflinger/AudioFlinger.cpp:4897: warning: 'strategy' may be used uninitialized in this function

```
11567 target thumb C++: libaudiopolicybase <=
frameworks/base/services/audioflinger/AudioPolicyManagerBase.cpp
11568 target thumb C++: libcameraservice <=
frameworks/base/services/camera/libcameraservice/CameraService.cpp
11569 target thumb C++: libcamera <=
device/samsung/crespo/libcamera/SecCamera.cpp
11570 target thumb C++: libcamera <=
device/samsung/crespo/libcamera/SecCameraHWInterface.cpp
11571 target thumb C++: libs3cjpeg <=
device/samsung/crespo/libs3cjpeg/JpegEncoder.cpp
11572 target thumb C++: libmediaplayerservice <=
frameworks/base/media/libmediaplayerservice/MediaRecorderClient.cpp
11573 frameworks/base/services/audioflinger/AudioFlinger.cpp: In member
function 'virtual android::sp<android::IEffect>
android::AudioFlinger::createEffect(pid_t, effect_descriptor_t*, const
android::sp<android::IEffectClient>&, int32_t, int, int, android::status_t*,
int*, int*)':
11574 frameworks/base/services/audioflinger/AudioFlinger.cpp:4753: warning:
'd.effect_descriptor_s::flags' may be used uninitialized in this function
11575 target thumb C++: libmediaplayerservice <=
frameworks/base/media/libmediaplayerservice/MediaPlayerService.cpp
11576 target thumb C++: libmediaplayerservice <=
frameworks/base/media/libmediaplayerservice/MetadataRetrieverClient.cpp
11577 frameworks/base/media/libmediaplayerservice/MediaPlayerService.cpp: In
function 'android::sp<android::MediaPlayerBase>
android::createPlayer(android::player_type, void*, void (*)(void*, int, int,
int))':
11578 frameworks/base/media/libmediaplayerservice/MediaPlayerService.cpp:757:
warning: enumeration value 'PV_PLAYER' not handled in switch
11579 target thumb C++: libmediaplayerservice <=
frameworks/base/media/libmediaplayerservice/TestPlayerStub.cpp
11580 target thumb C++: libmediaplayerservice <=
frameworks/base/media/libmediaplayerservice/MidiMetadataRetriever.cpp
11581 target thumb C++: libmediaplayerservice <=
frameworks/base/media/libmediaplayerservice/MidiFile.cpp
11582 target thumb C++: libmediaplayerservice <=
frameworks/base/media/libmediaplayerservice/StagefrightPlayer.cpp
11583 target thumb C++: libmediaplayerservice <=
frameworks/base/media/libmediaplayerservice/StagefrightRecorder.cpp
11584 target thumb C++: libstagefright_omx <=
frameworks/base/media/libstagefright/omx/OMX.cpp
11585 target thumb C++: libstagefright_omx <=
frameworks/base/media/libstagefright/omx/OMXComponentBase.cpp
11586 target thumb C++: libstagefright_omx <=
frameworks/base/media/libstagefright/omx/OMXNodeInstance.cpp
11587 target thumb C++: libstagefright_omx <=
frameworks/base/media/libstagefright/omx/OMXMaster.cpp
11588 target thumb C: mtpd <= external/mtpd/mtpd.c
11589 target thumb C: mtpd <= external/mtpd/l2tp.c
11590 target thumb C: mtpd <= external/mtpd/pptp.c
11591 target thumb C: ndc <= system/netd/ndc.c
11592 target thumb C: netcfg <= system/core/netcfg/netcfg.c
11593 target thumb C++: netd <= system/netd/main.cpp
11594 target thumb C++: netd <= system/netd/CommandListener.cpp
11595 target thumb C++: netd <= system/netd/NetdCommand.cpp
11596 target thumb C++: netd <= system/netd/NetlinkManager.cpp
11597 target thumb C++: netd <= system/netd/TetherController.cpp
```

```
11598 target thumb C++: netd <= system/netd/NetlinkHandler.cpp
11599 target thumb C++: netd <= system/netd/NatController.cpp
11600 target thumb C++: netd <= system/netd/PppController.cpp
11601 target thumb C++: netd <= system/netd/PanController.cpp
11602 target thumb C++: netd <= system/netd/SoftapController.cpp
11603 target thumb C++: netd <= system/netd/UsbController.cpp
11604 target thumb C++: netd <= system/netd/ThrottleController.cpp
11605 target thumb C: netd <= system/netd/logwrapper.c
11606 target thumb C++: libsysutils <=
system/core/libsysutils/src/SocketListener.cpp
11607 target thumb C++: libsysutils <=
system/core/libsysutils/src/FrameworkListener.cpp
11608 target thumb C++: libsysutils <=
system/core/libsysutils/src/NetlinkListener.cpp
11609 target thumb C++: libsysutils <=
system/core/libsysutils/src/NetlinkEvent.cpp
11610 target thumb C++: libsysutils <=
system/core/libsysutils/src/FrameworkCommand.cpp
11611 target thumb C++: libsysutils <=
system/core/libsysutils/src/SocketClient.cpp
11612 target thumb C++: libsysutils <=
system/core/libsysutils/src/ServiceManager.cpp
11613 target thumb C++: omx_tests <=
frameworks/base/media/libstagefright/omx/tests/OMXHarness.cpp
11614 target thumb C: pand <= external/bluetooth/bluez/compat/pand.c
11615 target thumb C: pand <= external/bluetooth/bluez/compat/bnep.c
11616 target thumb C: pand <= external/bluetooth/bluez/compat/sdp.c
11617 external/bluetooth/bluez/compat/bnep.c:64: warning: missing initializer
11618 external/bluetooth/bluez/compat/bnep.c:64: warning: (near
initialization for '__svc[3].uuid')
11619 target thumb C: ping <= external/ping/ping.c
11620 external/ping/ping.c: In function 'fill':
11621 external/ping/ping.c:136: warning: pointer targets in initialization
differ in signedness
11622 external/ping/ping.c: In function '__schedule_exit':
11623 external/ping/ping.c:315: warning: comparison between signed and
unsigned integer expressions
11624 external/ping/ping.c:320: warning: comparison between signed and
unsigned integer expressions
11625 external/ping/ping.c: In function 'setup':
11626 external/ping/ping.c:533: warning: pointer targets in initialization
differ in signedness
11627 external/ping/ping.c: In function 'gather_statistics':
11628 external/ping/ping.c:725: warning: comparison between signed and
unsigned integer expressions
11629 external/ping/ping.c: At top level:
11630 external/ping/ping.c:958: warning: missing initializer
11631 external/ping/ping.c:958: warning: (near initialization for
'cmsg.ipi.ipi_spec_dst')
11632 external/ping/ping.c: In function 'receive_error_msg':
11633 external/ping/ping.c:1017: warning: comparison between signed and
unsigned integer expressions
11634 external/ping/ping.c: In function 'parse_reply':
11635 external/ping/ping.c:1179: warning: comparison between signed and
unsigned integer expressions
11636 external/ping/ping.c:1183: warning: comparison between signed and
unsigned integer expressions
```

```
11637 external/ping/ping.c: In function 'main':
11638 external/ping/ping.c:2038: warning: comparison between signed and
unsigned integer expressions
11639 external/ping/ping.c:2046: warning: comparison between signed and
unsigned integer expressions
11640 target thumb C: pppd <= external/ppp/pppd/main.c
11641 target thumb C: pppd <= external/ppp/pppd/magic.c
11642 external/ppp/pppd/main.c: In function 'main':
11643 external/ppp/pppd/main.c:591: warning: suggest braces around empty body
in an 'if' statement
11644 target thumb C: pppd <= external/ppp/pppd/fsm.c
11645 target thumb C: pppd <= external/ppp/pppd/lcp.c
11646 external/ppp/pppd/lcp.c:90: warning: missing initializer
11647 external/ppp/pppd/lcp.c:90: warning: (near initialization for
'lcp_option_list[0].flags')
11648 external/ppp/pppd/lcp.c:94: warning: missing initializer
11649 external/ppp/pppd/lcp.c:94: warning: (near initialization for
'lcp_option_list[1].upper_limit')
11650 external/ppp/pppd/lcp.c:97: warning: missing initializer
11651 external/ppp/pppd/lcp.c:97: warning: (near initialization for
'lcp_option_list[2].upper_limit')
11652 external/ppp/pppd/lcp.c:101: warning: missing initializer
11653 external/ppp/pppd/lcp.c:101: warning: (near initialization for
'lcp_option_list[3].upper_limit')
11654 external/ppp/pppd/lcp.c:104: warning: missing initializer
11655 external/ppp/pppd/lcp.c:104: warning: (near initialization for
'lcp_option_list[4].upper_limit')
11656 external/ppp/pppd/lcp.c:108: warning: missing initializer
11657 external/ppp/pppd/lcp.c:108: warning: (near initialization for
'lcp_option_list[5].upper_limit')
11658 external/ppp/pppd/lcp.c:112: warning: missing initializer
11659 external/ppp/pppd/lcp.c:112: warning: (near initialization for
'lcp_option_list[6].upper_limit')
11660 external/ppp/pppd/lcp.c:116: warning: missing initializer
11661 external/ppp/pppd/lcp.c:116: warning: (near initialization for
'lcp_option_list[7].upper_limit')
11662 external/ppp/pppd/lcp.c:119: warning: missing initializer
11663 external/ppp/pppd/lcp.c:119: warning: (near initialization for
'lcp_option_list[8].upper_limit')
11664 external/ppp/pppd/lcp.c:123: warning: missing initializer
11665 external/ppp/pppd/lcp.c:123: warning: (near initialization for
'lcp_option_list[9].upper_limit')
11666 external/ppp/pppd/lcp.c:126: warning: missing initializer
11667 external/ppp/pppd/lcp.c:126: warning: (near initialization for
'lcp_option_list[10].upper_limit')
11668 external/ppp/pppd/lcp.c:129: warning: missing initializer
11669 external/ppp/pppd/lcp.c:129: warning: (near initialization for
'lcp_option_list[11].upper_limit')
11670 external/ppp/pppd/lcp.c:132: warning: missing initializer
11671 external/ppp/pppd/lcp.c:132: warning: (near initialization for
'lcp_option_list[12].source')
11672 external/ppp/pppd/lcp.c:136: warning: missing initializer
11673 external/ppp/pppd/lcp.c:136: warning: (near initialization for
'lcp_option_list[13].upper_limit')
11674 external/ppp/pppd/lcp.c:139: warning: missing initializer
11675 external/ppp/pppd/lcp.c:139: warning: (near initialization for
'lcp_option_list[14].upper_limit')
```

11676 external/ppp/pppd/lcp.c:142: warning: missing initializer
11677 external/ppp/pppd/lcp.c:142: warning: (near initialization for
'lcp_option_list[15].addr2')
11678 external/ppp/pppd/lcp.c:144: warning: missing initializer
11679 external/ppp/pppd/lcp.c:144: warning: (near initialization for
'lcp_option_list[16].addr2')
11680 external/ppp/pppd/lcp.c:147: warning: missing initializer
11681 external/ppp/pppd/lcp.c:147: warning: (near initialization for
'lcp_option_list[17].addr2')
11682 external/ppp/pppd/lcp.c:151: warning: missing initializer
11683 external/ppp/pppd/lcp.c:151: warning: (near initialization for
'lcp_option_list[18].addr2')
11684 external/ppp/pppd/lcp.c:153: warning: missing initializer
11685 external/ppp/pppd/lcp.c:153: warning: (near initialization for
'lcp_option_list[19].addr2')
11686 external/ppp/pppd/lcp.c:155: warning: missing initializer
11687 external/ppp/pppd/lcp.c:155: warning: (near initialization for
'lcp_option_list[20].addr2')
11688 external/ppp/pppd/lcp.c:157: warning: missing initializer
11689 external/ppp/pppd/lcp.c:157: warning: (near initialization for
'lcp_option_list[21].addr2')
11690 external/ppp/pppd/lcp.c:159: warning: missing initializer
11691 external/ppp/pppd/lcp.c:159: warning: (near initialization for
'lcp_option_list[22].addr2')
11692 external/ppp/pppd/lcp.c:161: warning: missing initializer
11693 external/ppp/pppd/lcp.c:161: warning: (near initialization for
'lcp_option_list[23].addr2')
11694 external/ppp/pppd/lcp.c:164: warning: missing initializer
11695 external/ppp/pppd/lcp.c:164: warning: (near initialization for
'lcp_option_list[24].addr2')
11696 external/ppp/pppd/lcp.c:184: warning: missing initializer
11697 external/ppp/pppd/lcp.c:184: warning: (near initialization for
'lcp_option_list[25].addr2')
11698 external/ppp/pppd/lcp.c:186: warning: missing initializer
11699 external/ppp/pppd/lcp.c:186: warning: (near initialization for
'lcp_option_list[26].type')
11700 external/ppp/pppd/lcp.c: In function 'lcp_printpkt':
11701 external/ppp/pppd/lcp.c:1991: warning: comparison between signed and
unsigned integer expressions
11702 target thumb C: pppd <= external/ppp/pppd/ipcp.c
11703 target thumb C: pppd <= external/ppp/pppd/upap.c
11704 external/ppp/pppd/ipcp.c:145: warning: missing initializer
11705 external/ppp/pppd/ipcp.c:145: warning: (near initialization for
'ipcp_option_list[0].flags')
11706 external/ppp/pppd/ipcp.c:147: warning: missing initializer
11707 external/ppp/pppd/ipcp.c:147: warning: (near initialization for
'ipcp_option_list[1].addr2')
11708 external/ppp/pppd/ipcp.c:150: warning: missing initializer
11709 external/ppp/pppd/ipcp.c:150: warning: (near initialization for
'ipcp_option_list[2].upper_limit')
11710 external/ppp/pppd/ipcp.c:153: warning: missing initializer
11711 external/ppp/pppd/ipcp.c:153: warning: (near initialization for
'ipcp_option_list[3].upper_limit')
11712 external/ppp/pppd/ipcp.c:157: warning: missing initializer
11713 external/ppp/pppd/ipcp.c:157: warning: (near initialization for
'ipcp_option_list[4].upper_limit')
11714 external/ppp/pppd/ipcp.c:160: warning: missing initializer

```
11715 external/ppp/pppd/ipcp.c:160: warning: (near initialization for
'ipcp_option_list[5].upper_limit')
11716 external/ppp/pppd/ipcp.c:164: warning: missing initializer
11717 external/ppp/pppd/ipcp.c:164: warning: (near initialization for
'ipcp_option_list[6].upper_limit')
11718 external/ppp/pppd/ipcp.c:167: warning: missing initializer
11719 external/ppp/pppd/ipcp.c:167: warning: (near initialization for
'ipcp_option_list[7].addr2')
11720 external/ppp/pppd/ipcp.c:169: warning: missing initializer
11721 external/ppp/pppd/ipcp.c:169: warning: (near initialization for
'ipcp_option_list[8].addr2')
11722 external/ppp/pppd/ipcp.c:172: warning: missing initializer
11723 external/ppp/pppd/ipcp.c:172: warning: (near initialization for
'ipcp_option_list[9].addr2')
11724 external/ppp/pppd/ipcp.c:175: warning: missing initializer
11725 external/ppp/pppd/ipcp.c:175: warning: (near initialization for
'ipcp_option_list[10].addr2')
11726 external/ppp/pppd/ipcp.c:178: warning: missing initializer
11727 external/ppp/pppd/ipcp.c:178: warning: (near initialization for
'ipcp_option_list[11].flags')
11728 external/ppp/pppd/ipcp.c:180: warning: missing initializer
11729 external/ppp/pppd/ipcp.c:180: warning: (near initialization for
'ipcp_option_list[12].flags')
11730 external/ppp/pppd/ipcp.c:183: warning: missing initializer
11731 external/ppp/pppd/ipcp.c:183: warning: (near initialization for
'ipcp_option_list[13].addr2')
11732 external/ppp/pppd/ipcp.c:185: warning: missing initializer
11733 external/ppp/pppd/ipcp.c:185: warning: (near initialization for
'ipcp_option_list[14].addr2')
11734 external/ppp/pppd/ipcp.c:187: warning: missing initializer
11735 external/ppp/pppd/ipcp.c:187: warning: (near initialization for
'ipcp_option_list[15].addr2')
11736 external/ppp/pppd/ipcp.c:189: warning: missing initializer
11737 external/ppp/pppd/ipcp.c:189: warning: (near initialization for
'ipcp_option_list[16].addr2')
11738 external/ppp/pppd/ipcp.c:192: warning: missing initializer
11739 external/ppp/pppd/ipcp.c:192: warning: (near initialization for
'ipcp_option_list[17].upper_limit')
11740 external/ppp/pppd/ipcp.c:195: warning: missing initializer
11741 external/ppp/pppd/ipcp.c:195: warning: (near initialization for
'ipcp_option_list[18].upper_limit')
11742 external/ppp/pppd/ipcp.c:198: warning: missing initializer
11743 external/ppp/pppd/ipcp.c:198: warning: (near initialization for
'ipcp_option_list[19].upper_limit')
11744 external/ppp/pppd/ipcp.c:201: warning: missing initializer
11745 external/ppp/pppd/ipcp.c:201: warning: (near initialization for
'ipcp_option_list[20].upper_limit')
11746 external/ppp/pppd/ipcp.c:204: warning: missing initializer
11747 external/ppp/pppd/ipcp.c:204: warning: (near initialization for
'ipcp_option_list[21].upper_limit')
11748 external/ppp/pppd/ipcp.c:207: warning: missing initializer
11749 external/ppp/pppd/ipcp.c:207: warning: (near initialization for
'ipcp_option_list[22].upper_limit')
11750 external/ppp/pppd/ipcp.c:210: warning: missing initializer
11751 external/ppp/pppd/ipcp.c:210: warning: (near initialization for
'ipcp_option_list[23].addr2')
11752 external/ppp/pppd/ipcp.c:213: warning: missing initializer
```

11753 external/ppp/pppd/ipcp.c:213: warning: (near initialization for
'ipcp_option_list[24].upper_limit')
11754 external/ppp/pppd/ipcp.c:217: warning: missing initializer
11755 external/ppp/pppd/ipcp.c:217: warning: (near initialization for
'ipcp_option_list[25].upper_limit')
11756 external/ppp/pppd/ipcp.c:220: warning: missing initializer
11757 external/ppp/pppd/ipcp.c:220: warning: (near initialization for
'ipcp_option_list[26].upper_limit')
11758 external/ppp/pppd/ipcp.c:224: warning: missing initializer
11759 external/ppp/pppd/ipcp.c:224: warning: (near initialization for
'ipcp_option_list[27].upper_limit')
11760 external/ppp/pppd/ipcp.c:226: warning: missing initializer
11761 external/ppp/pppd/ipcp.c:226: warning: (near initialization for
'ipcp_option_list[28].type')
11762 external/ppp/pppd/upap.c:64: warning: missing initializer
11763 external/ppp/pppd/upap.c:64: warning: (near initialization for
'pap_option_list[0].addr2')
11764 external/ppp/pppd/upap.c:66: warning: missing initializer
11765 external/ppp/pppd/upap.c:66: warning: (near initialization for
'pap_option_list[1].addr2')
11766 external/ppp/pppd/upap.c:69: warning: missing initializer
11767 external/ppp/pppd/upap.c:69: warning: (near initialization for
'pap_option_list[2].addr2')
11768 external/ppp/pppd/upap.c:71: warning: missing initializer
11769 external/ppp/pppd/upap.c:71: warning: (near initialization for
'pap_option_list[3].addr2')
11770 external/ppp/pppd/upap.c:73: warning: missing initializer
11771 external/ppp/pppd/upap.c:73: warning: (near initialization for
'pap_option_list[4].addr2')
11772 external/ppp/pppd/upap.c:75: warning: missing initializer
11773 external/ppp/pppd/upap.c:75: warning: (near initialization for
'pap_option_list[5].type')
11774 external/ppp/pppd/upap.c: In function 'upap_printpkt':
11775 external/ppp/pppd/upap.c:633: warning: comparison between signed and
unsigned integer expressions
11776 external/ppp/pppd/ipcp.c: In function 'ipcp_printpkt':
11777 external/ppp/pppd/ipcp.c:2050: warning: comparison between signed and
unsigned integer expressions
11778 target thumb C: pppd <= external/ppp/pppd/chap-new.c
11779 In file included from external/ppp/pppd/chap-new.c:43:
11780 external/ppp/pppd/chap_ms.h:70: warning: '__packed__' attribute ignored
11781 external/ppp/pppd/chap_ms.h:81: warning: '__packed__' attribute ignored
11782 external/ppp/pppd/chap-new.c:69: warning: missing initializer
11783 external/ppp/pppd/chap-new.c:69: warning: (near initialization for
'chap_option_list[0].addr2')
11784 external/ppp/pppd/chap-new.c:71: warning: missing initializer
11785 external/ppp/pppd/chap-new.c:71: warning: (near initialization for
'chap_option_list[1].addr2')
11786 external/ppp/pppd/chap-new.c:73: warning: missing initializer
11787 external/ppp/pppd/chap-new.c:73: warning: (near initialization for
'chap_option_list[2].addr2')
11788 external/ppp/pppd/chap-new.c:74: warning: missing initializer
11789 external/ppp/pppd/chap-new.c:74: warning: (near initialization for
'chap_option_list[3].type')
11790 external/ppp/pppd/chap-new.c: In function 'chap_print_pkt':
11791 external/ppp/pppd/chap-new.c:587: warning: comparison between signed
and unsigned integer expressions

```
11792 external/ppp/pppd/chap-new.c: At top level:
11793 external/ppp/pppd/chap-new.c:642: warning: missing initializer
11794 external/ppp/pppd/chap-new.c:642: warning: (near initialization for
'chap_protent.demand_conf')
11795 target thumb C: pppd <= external/ppp/pppd/ccp.c
11796 In file included from external/ppp/pppd/ccp.c:42:
11797 external/ppp/pppd/chap_ms.h:70: warning: '__packed__' attribute ignored
11798 external/ppp/pppd/chap_ms.h:81: warning: '__packed__' attribute ignored
11799 external/ppp/pppd/ccp.c:74: warning: missing initializer
11800 external/ppp/pppd/ccp.c:74: warning: (near initialization for
'ccp_option_list[0].flags')
11801 external/ppp/pppd/ccp.c:76: warning: missing initializer
11802 external/ppp/pppd/ccp.c:76: warning: (near initialization for
'ccp_option_list[1].addr2')
11803 external/ppp/pppd/ccp.c:80: warning: missing initializer
11804 external/ppp/pppd/ccp.c:80: warning: (near initialization for
'ccp_option_list[2].upper_limit')
11805 external/ppp/pppd/ccp.c:83: warning: missing initializer
11806 external/ppp/pppd/ccp.c:83: warning: (near initialization for
'ccp_option_list[3].upper_limit')
11807 external/ppp/pppd/ccp.c:86: warning: missing initializer
11808 external/ppp/pppd/ccp.c:86: warning: (near initialization for
'ccp_option_list[4].upper_limit')
11809 external/ppp/pppd/ccp.c:90: warning: missing initializer
11810 external/ppp/pppd/ccp.c:90: warning: (near initialization for
'ccp_option_list[5].upper_limit')
11811 external/ppp/pppd/ccp.c:93: warning: missing initializer
11812 external/ppp/pppd/ccp.c:93: warning: (near initialization for
'ccp_option_list[6].upper_limit')
11813 external/ppp/pppd/ccp.c:96: warning: missing initializer
11814 external/ppp/pppd/ccp.c:96: warning: (near initialization for
'ccp_option_list[7].upper_limit')
11815 external/ppp/pppd/ccp.c:100: warning: missing initializer
11816 external/ppp/pppd/ccp.c:100: warning: (near initialization for
'ccp_option_list[8].upper_limit')
11817 external/ppp/pppd/ccp.c:103: warning: missing initializer
11818 external/ppp/pppd/ccp.c:103: warning: (near initialization for
'ccp_option_list[9].addr2')
11819 external/ppp/pppd/ccp.c:106: warning: missing initializer
11820 external/ppp/pppd/ccp.c:106: warning: (near initialization for
'ccp_option_list[10].upper_limit')
11821 external/ppp/pppd/ccp.c:109: warning: missing initializer
11822 external/ppp/pppd/ccp.c:109: warning: (near initialization for
'ccp_option_list[11].upper_limit')
11823 external/ppp/pppd/ccp.c:115: warning: missing initializer
11824 external/ppp/pppd/ccp.c:115: warning: (near initialization for
'ccp_option_list[12].addr2')
11825 external/ppp/pppd/ccp.c:118: warning: missing initializer
11826 external/ppp/pppd/ccp.c:118: warning: (near initialization for
'ccp_option_list[13].addr2')
11827 external/ppp/pppd/ccp.c:120: warning: missing initializer
11828 external/ppp/pppd/ccp.c:120: warning: (near initialization for
'ccp_option_list[14].addr2')
11829 external/ppp/pppd/ccp.c:122: warning: missing initializer
11830 external/ppp/pppd/ccp.c:122: warning: (near initialization for
'ccp_option_list[15].addr2')
11831 external/ppp/pppd/ccp.c:127: warning: missing initializer
```

```
11832 external/ppp/pppd/ccp.c:127: warning: (near initialization for
'ccp_option_list[16].upper_limit')
11833 external/ppp/pppd/ccp.c:130: warning: missing initializer
11834 external/ppp/pppd/ccp.c:130: warning: (near initialization for
'ccp_option_list[17].upper_limit')
11835 external/ppp/pppd/ccp.c:133: warning: missing initializer
11836 external/ppp/pppd/ccp.c:133: warning: (near initialization for
'ccp_option_list[18].upper_limit')
11837 external/ppp/pppd/ccp.c:137: warning: missing initializer
11838 external/ppp/pppd/ccp.c:137: warning: (near initialization for
'ccp_option_list[19].upper_limit')
11839 external/ppp/pppd/ccp.c:141: warning: missing initializer
11840 external/ppp/pppd/ccp.c:141: warning: (near initialization for
'ccp_option_list[20].upper_limit')
11841 external/ppp/pppd/ccp.c:145: warning: missing initializer
11842 external/ppp/pppd/ccp.c:145: warning: (near initialization for
'ccp_option_list[21].upper_limit')
11843 external/ppp/pppd/ccp.c:148: warning: missing initializer
11844 external/ppp/pppd/ccp.c:148: warning: (near initialization for
'ccp_option_list[22].upper_limit')
11845 external/ppp/pppd/ccp.c:152: warning: missing initializer
11846 external/ppp/pppd/ccp.c:152: warning: (near initialization for
'ccp_option_list[23].upper_limit')
11847 external/ppp/pppd/ccp.c:156: warning: missing initializer
11848 external/ppp/pppd/ccp.c:156: warning: (near initialization for
'ccp_option_list[24].addr2')
11849 external/ppp/pppd/ccp.c:158: warning: missing initializer
11850 external/ppp/pppd/ccp.c:158: warning: (near initialization for
'ccp_option_list[25].addr2')
11851 external/ppp/pppd/ccp.c:161: warning: missing initializer
11852 external/ppp/pppd/ccp.c:161: warning: (near initialization for
'ccp_option_list[26].type')
11853 external/ppp/pppd/ccp.c: In function 'ccp_nakci':
11854 external/ppp/pppd/ccp.c:897: warning: type of 'treat_as_reject'
defaults to 'int'
11855 external/ppp/pppd/ccp.c: In function 'ccp_printpkt':
11856 external/ppp/pppd/ccp.c:1505: warning: comparison between signed and
unsigned integer expressions
11857 target thumb C: pppd <= external/ppp/pppd/ecp.c
11858 target thumb C: pppd <= external/ppp/pppd/auth.c
11859 external/ppp/pppd/ecp.c:72: warning: missing initializer
11860 external/ppp/pppd/ecp.c:72: warning: (near initialization for
'ecp_option_list[0].flags')
11861 external/ppp/pppd/ecp.c:74: warning: missing initializer
11862 external/ppp/pppd/ecp.c:74: warning: (near initialization for
'ecp_option_list[1].addr2')
11863 external/ppp/pppd/ecp.c:76: warning: missing initializer
11864 external/ppp/pppd/ecp.c:76: warning: (near initialization for
'ecp_option_list[2].type')
11865 external/ppp/pppd/auth.c:283: warning: missing initializer
11866 external/ppp/pppd/auth.c:283: warning: (near initialization for
'auth_options[0].addr2')
11867 external/ppp/pppd/auth.c:286: warning: missing initializer
11868 external/ppp/pppd/auth.c:286: warning: (near initialization for
'auth_options[1].upper_limit')
11869 external/ppp/pppd/auth.c:289: warning: missing initializer
```

```
11870 external/ppp/pppd/auth.c:289: warning: (near initialization for
'auth_options[2].upper_limit')
11871 external/ppp/pppd/auth.c:292: warning: missing initializer
11872 external/ppp/pppd/auth.c:292: warning: (near initialization for
'auth_options[3].upper_limit')
11873 external/ppp/pppd/auth.c:296: warning: missing initializer
11874 external/ppp/pppd/auth.c:296: warning: (near initialization for
'auth_options[4].upper_limit')
11875 external/ppp/pppd/auth.c:300: warning: missing initializer
11876 external/ppp/pppd/auth.c:300: warning: (near initialization for
'auth_options[5].upper_limit')
11877 external/ppp/pppd/auth.c:305: warning: missing initializer
11878 external/ppp/pppd/auth.c:305: warning: (near initialization for
'auth_options[6].upper_limit')
11879 external/ppp/pppd/auth.c:309: warning: missing initializer
11880 external/ppp/pppd/auth.c:309: warning: (near initialization for
'auth_options[7].upper_limit')
11881 external/ppp/pppd/auth.c:313: warning: missing initializer
11882 external/ppp/pppd/auth.c:313: warning: (near initialization for
'auth_options[8].upper_limit')
11883 external/ppp/pppd/auth.c:317: warning: missing initializer
11884 external/ppp/pppd/auth.c:317: warning: (near initialization for
'auth_options[9].upper_limit')
11885 external/ppp/pppd/auth.c:321: warning: missing initializer
11886 external/ppp/pppd/auth.c:321: warning: (near initialization for
'auth_options[10].addr2')
11887 external/ppp/pppd/auth.c:323: warning: missing initializer
11888 external/ppp/pppd/auth.c:323: warning: (near initialization for
'auth_options[11].addr2')
11889 external/ppp/pppd/auth.c:327: warning: missing initializer
11890 external/ppp/pppd/auth.c:327: warning: (near initialization for
'auth_options[12].upper_limit')
11891 external/ppp/pppd/auth.c:331: warning: missing initializer
11892 external/ppp/pppd/auth.c:331: warning: (near initialization for
'auth_options[13].upper_limit')
11893 external/ppp/pppd/auth.c:336: warning: missing initializer
11894 external/ppp/pppd/auth.c:336: warning: (near initialization for
'auth_options[14].upper_limit')
11895 external/ppp/pppd/auth.c:340: warning: missing initializer
11896 external/ppp/pppd/auth.c:340: warning: (near initialization for
'auth_options[15].upper_limit')
11897 external/ppp/pppd/auth.c:344: warning: missing initializer
11898 external/ppp/pppd/auth.c:344: warning: (near initialization for
'auth_options[16].upper_limit')
11899 external/ppp/pppd/auth.c:348: warning: missing initializer
11900 external/ppp/pppd/auth.c:348: warning: (near initialization for
'auth_options[17].upper_limit')
11901 external/ppp/pppd/auth.c:353: warning: missing initializer
11902 external/ppp/pppd/auth.c:353: warning: (near initialization for
'auth_options[18].upper_limit')
11903 external/ppp/pppd/auth.c:355: warning: missing initializer
11904 external/ppp/pppd/auth.c:355: warning: (near initialization for
'auth_options[19].addr2')
11905 external/ppp/pppd/auth.c:359: warning: missing initializer
11906 external/ppp/pppd/auth.c:359: warning: (near initialization for
'auth_options[20].lower_limit')
11907 external/ppp/pppd/auth.c:363: warning: missing initializer
```

```
11908 external/ppp/pppd/auth.c:363: warning: (near initialization for
'auth_options[21].upper_limit')
11909 external/ppp/pppd/auth.c:366: warning: missing initializer
11910 external/ppp/pppd/auth.c:366: warning: (near initialization for
'auth_options[22].lower_limit')
11911 external/ppp/pppd/auth.c:370: warning: missing initializer
11912 external/ppp/pppd/auth.c:370: warning: (near initialization for
'auth_options[23].lower_limit')
11913 external/ppp/pppd/auth.c:373: warning: missing initializer
11914 external/ppp/pppd/auth.c:373: warning: (near initialization for
'auth_options[24].addr2')
11915 external/ppp/pppd/auth.c:377: warning: missing initializer
11916 external/ppp/pppd/auth.c:377: warning: (near initialization for
'auth_options[25].lower_limit')
11917 external/ppp/pppd/auth.c:380: warning: missing initializer
11918 external/ppp/pppd/auth.c:380: warning: (near initialization for
'auth_options[26].addr2')
11919 external/ppp/pppd/auth.c:383: warning: missing initializer
11920 external/ppp/pppd/auth.c:383: warning: (near initialization for
'auth_options[27].addr2')
11921 external/ppp/pppd/auth.c:386: warning: missing initializer
11922 external/ppp/pppd/auth.c:386: warning: (near initialization for
'auth_options[28].addr2')
11923 external/ppp/pppd/auth.c:390: warning: missing initializer
11924 external/ppp/pppd/auth.c:390: warning: (near initialization for
'auth_options[29].addr2')
11925 external/ppp/pppd/auth.c:394: warning: missing initializer
11926 external/ppp/pppd/auth.c:394: warning: (near initialization for
'auth_options[30].lower_limit')
11927 external/ppp/pppd/auth.c:398: warning: missing initializer
11928 external/ppp/pppd/auth.c:398: warning: (near initialization for
'auth_options[31].addr2')
11929 external/ppp/pppd/auth.c:400: warning: missing initializer
11930 external/ppp/pppd/auth.c:400: warning: (near initialization for
'auth_options[32].type')
11931 external/ppp/pppd/auth.c: In function 'link_terminated':
11932 external/ppp/pppd/auth.c:629: warning: suggest braces around empty body
in an 'if' statement
11933 external/ppp/pppd/auth.c:650: warning: suggest braces around empty body
in an 'else' statement
11934 external/ppp/pppd/auth.c: In function 'auth_peer_success':
11935 external/ppp/pppd/auth.c:943: warning: comparison between signed and
unsigned integer expressions
11936 target thumb C: pppd <= external/ppp/pppd/options.c
11937 external/ppp/pppd/options.c:186: warning: missing initializer
11938 external/ppp/pppd/options.c:186: warning: (near initialization for
'general_options[0].addr2')
11939 external/ppp/pppd/options.c:189: warning: missing initializer
11940 external/ppp/pppd/options.c:189: warning: (near initialization for
'general_options[1].addr2')
11941 external/ppp/pppd/options.c:192: warning: missing initializer
11942 external/ppp/pppd/options.c:192: warning: (near initialization for
'general_options[2].addr2')
11943 external/ppp/pppd/options.c:195: warning: missing initializer
11944 external/ppp/pppd/options.c:195: warning: (near initialization for
'general_options[3].addr2')
11945 external/ppp/pppd/options.c:197: warning: missing initializer
```

```
11946 external/ppp/pppd/options.c:197: warning: (near initialization for
'general_options[4].addr2')
11947 external/ppp/pppd/options.c:200: warning: missing initializer
11948 external/ppp/pppd/options.c:200: warning: (near initialization for
'general_options[5].upper_limit')
11949 external/ppp/pppd/options.c:204: warning: missing initializer
11950 external/ppp/pppd/options.c:204: warning: (near initialization for
'general_options[6].upper_limit')
11951 external/ppp/pppd/options.c:207: warning: missing initializer
11952 external/ppp/pppd/options.c:207: warning: (near initialization for
'general_options[7].addr2')
11953 external/ppp/pppd/options.c:211: warning: missing initializer
11954 external/ppp/pppd/options.c:211: warning: (near initialization for
'general_options[8].addr2')
11955 external/ppp/pppd/options.c:215: warning: missing initializer
11956 external/ppp/pppd/options.c:215: warning: (near initialization for
'general_options[9].upper_limit')
11957 external/ppp/pppd/options.c:218: warning: missing initializer
11958 external/ppp/pppd/options.c:218: warning: (near initialization for
'general_options[10].addr2')
11959 external/ppp/pppd/options.c:220: warning: missing initializer
11960 external/ppp/pppd/options.c:220: warning: (near initialization for
'general_options[11].addr2')
11961 external/ppp/pppd/options.c:223: warning: missing initializer
11962 external/ppp/pppd/options.c:223: warning: (near initialization for
'general_options[12].addr2')
11963 external/ppp/pppd/options.c:225: warning: missing initializer
11964 external/ppp/pppd/options.c:225: warning: (near initialization for
'general_options[13].addr2')
11965 external/ppp/pppd/options.c:228: warning: missing initializer
11966 external/ppp/pppd/options.c:228: warning: (near initialization for
'general_options[14].upper_limit')
11967 external/ppp/pppd/options.c:231: warning: missing initializer
11968 external/ppp/pppd/options.c:231: warning: (near initialization for
'general_options[15].flags')
11969 external/ppp/pppd/options.c:233: warning: missing initializer
11970 external/ppp/pppd/options.c:233: warning: (near initialization for
'general_options[16].flags')
11971 external/ppp/pppd/options.c:235: warning: missing initializer
11972 external/ppp/pppd/options.c:235: warning: (near initialization for
'general_options[17].addr2')
11973 external/ppp/pppd/options.c:239: warning: missing initializer
11974 external/ppp/pppd/options.c:239: warning: (near initialization for
'general_options[18].upper_limit')
11975 external/ppp/pppd/options.c:242: warning: missing initializer
11976 external/ppp/pppd/options.c:242: warning: (near initialization for
'general_options[19].upper_limit')
11977 external/ppp/pppd/options.c:245: warning: missing initializer
11978 external/ppp/pppd/options.c:245: warning: (near initialization for
'general_options[20].addr2')
11979 external/ppp/pppd/options.c:248: warning: missing initializer
11980 external/ppp/pppd/options.c:248: warning: (near initialization for
'general_options[21].addr2')
11981 external/ppp/pppd/options.c:252: warning: missing initializer
11982 external/ppp/pppd/options.c:252: warning: (near initialization for
'general_options[22].lower_limit')
11983 external/ppp/pppd/options.c:256: warning: missing initializer
```

11984 external/ppp/pppd/options.c:256: warning: (near initialization for
'general_options[23].addr2')
11985 external/ppp/pppd/options.c:259: warning: missing initializer
11986 external/ppp/pppd/options.c:259: warning: (near initialization for
'general_options[24].addr2')
11987 external/ppp/pppd/options.c:261: warning: missing initializer
11988 external/ppp/pppd/options.c:261: warning: (near initialization for
'general_options[25].addr2')
11989 external/ppp/pppd/options.c:265: warning: missing initializer
11990 external/ppp/pppd/options.c:265: warning: (near initialization for
'general_options[26].addr2')
11991 external/ppp/pppd/options.c:269: warning: missing initializer
11992 external/ppp/pppd/options.c:269: warning: (near initialization for
'general_options[27].lower_limit')
11993 external/ppp/pppd/options.c:272: warning: missing initializer
11994 external/ppp/pppd/options.c:272: warning: (near initialization for
'general_options[28].addr2')
11995 external/ppp/pppd/options.c:274: warning: missing initializer
11996 external/ppp/pppd/options.c:274: warning: (near initialization for
'general_options[29].addr2')
11997 external/ppp/pppd/options.c:278: warning: missing initializer
11998 external/ppp/pppd/options.c:278: warning: (near initialization for
'general_options[30].addr2')
11999 external/ppp/pppd/options.c:320: warning: missing initializer
12000 external/ppp/pppd/options.c:320: warning: (near initialization for
'general_options[31].type')
12001 target thumb C: pppd <= external/ppp/pppd/sys-linux.c
12002 target thumb C: pppd <= external/ppp/pppd/sys-linux.c
12003 external/ppp/pppd/sys-linux.c: In function 'logwtmp':
12004 external/ppp/pppd/sys-linux.c:2193: warning: implicit declaration of
function 'pututline'
12005 external/ppp/pppd/sys-linux.c:2194: warning: implicit declaration of
function 'endutent'
12006 In file included from external/ppp/pppd/chap_ms.c:91:
12007 external/ppp/pppd/chap_ms.h:70: warning: '__packed__' attribute ignored
12008 external/ppp/pppd/chap_ms.h:81: warning: '__packed__' attribute ignored
12009 external/ppp/pppd/chap_ms.c:159: warning: missing initializer
12010 external/ppp/pppd/chap_ms.c:159: warning: (near initialization for
'chapms_option_list[0].type')
12011 external/ppp/pppd/chap_ms.c: In function 'ChallengeHash':
12012 external/ppp/pppd/chap_ms.c:496: warning: pointer targets in passing
argument 3 of 'EVP_DigestFinal_ex' differ in signedness
12013 external/openssl/include/openssl/evp.h:516: note: expected 'unsigned
int *' but argument is of type 'int *'
12014 external/ppp/pppd/chap_ms.c: In function 'NTPasswordHash':
12015 external/ppp/pppd/chap_ms.c:536: warning: pointer targets in passing
argument 3 of 'EVP_DigestFinal_ex' differ in signedness
12016 external/openssl/include/openssl/evp.h:516: note: expected 'unsigned
int *' but argument is of type 'int *'
12017 external/ppp/pppd/chap_ms.c: In function
'GenerateAuthenticatorResponse':
12018 external/ppp/pppd/chap_ms.c:626: warning: pointer targets in passing
argument 3 of 'EVP_DigestFinal_ex' differ in signedness
12019 external/openssl/include/openssl/evp.h:516: note: expected 'unsigned
int *' but argument is of type 'int *'
12020 external/ppp/pppd/chap_ms.c:634: warning: pointer targets in passing
argument 3 of 'EVP_DigestFinal_ex' differ in signedness

```
12021 external/openssl/include/openssl/evp.h:516: note: expected 'unsigned
int *' but argument is of type 'int *'
12022 external/ppp/pppd/chap_ms.c:637: warning: comparison between signed and
unsigned integer expressions
12023 external/ppp/pppd/chap_ms.c: In function 'mppe_set_keys':
12024 external/ppp/pppd/chap_ms.c:679: warning: pointer targets in passing
argument 3 of 'EVP_DigestFinal_ex' differ in signedness
12025 external/openssl/include/openssl/evp.h:516: note: expected 'unsigned
int *' but argument is of type 'int *'
12026 external/ppp/pppd/chap_ms.c: In function 'Set_Start_Key':
12027 external/ppp/pppd/chap_ms.c:700: warning: pointer targets in passing
argument 1 of 'NTPasswordHash' differ in signedness
12028 external/ppp/pppd/chap_ms.c:519: note: expected 'char *' but argument
is of type 'u_char *'
12029 external/ppp/pppd/chap_ms.c:701: warning: pointer targets in passing
argument 1 of 'NTPasswordHash' differ in signedness
12030 external/ppp/pppd/chap_ms.c:519: note: expected 'char *' but argument
is of type 'u_char *'
12031 external/ppp/pppd/chap_ms.c: In function 'mppe_set_keys2':
12032 external/ppp/pppd/chap_ms.c:766: warning: pointer targets in passing
argument 3 of 'EVP_DigestFinal_ex' differ in signedness
12033 external/openssl/include/openssl/evp.h:516: note: expected 'unsigned
int *' but argument is of type 'int *'
12034 external/ppp/pppd/chap_ms.c:780: warning: pointer targets in passing
argument 3 of 'EVP_DigestFinal_ex' differ in signedness
12035 external/openssl/include/openssl/evp.h:516: note: expected 'unsigned
int *' but argument is of type 'int *'
12036 external/ppp/pppd/chap_ms.c:796: warning: pointer targets in passing
argument 3 of 'EVP_DigestFinal_ex' differ in signedness
12037 external/openssl/include/openssl/evp.h:516: note: expected 'unsigned
int *' but argument is of type 'int *'
12038 external/ppp/pppd/chap_ms.c: In function 'SetMasterKeys':
12039 external/ppp/pppd/chap_ms.c:814: warning: pointer targets in passing
argument 1 of 'NTPasswordHash' differ in signedness
12040 external/ppp/pppd/chap_ms.c:519: note: expected 'char *' but argument
is of type 'u_char *'
12041 external/ppp/pppd/chap_ms.c:815: warning: pointer targets in passing
argument 1 of 'NTPasswordHash' differ in signedness
12042 external/ppp/pppd/chap_ms.c:519: note: expected 'char *' but argument
is of type 'u_char *'
12043 external/ppp/pppd/chap_ms.c: In function 'ChapMS2':
12044 external/ppp/pppd/chap_ms.c:868: warning: comparison between signed and
unsigned integer expressions
12045 external/ppp/pppd/chap_ms.c: At top level:
12046 external/ppp/pppd/chap_ms.c:928: warning: missing initializer
12047 external/ppp/pppd/chap_ms.c:928: warning: (near initialization for
'chapms_digest.next')
12048 external/ppp/pppd/chap_ms.c:937: warning: missing initializer
12049 external/ppp/pppd/chap_ms.c:937: warning: (near initialization for
'chapms2_digest.next')
12050 target thumb C: pppd <= external/ppp/pppd/demand.c
12051 target thumb C: pppd <= external/ppp/pppd/utils.c
12052 target thumb C: pppd <= external/ppp/pppd/tty.c
12053 target thumb C: pppd <= external/ppp/pppd/eap.c
12054 external/ppp/pppd/tty.c:169: warning: missing initializer
12055 external/ppp/pppd/tty.c:169: warning: (near initialization for
'tty_options[0].upper_limit')
```

```
12056 external/ppp/pppd/tty.c:173: warning: missing initializer
12057 external/ppp/pppd/tty.c:173: warning: (near initialization for
'tty_options[1].upper_limit')
12058 external/ppp/pppd/tty.c:176: warning: missing initializer
12059 external/ppp/pppd/tty.c:176: warning: (near initialization for
'tty_options[2].addr2')
12060 external/ppp/pppd/tty.c:178: warning: missing initializer
12061 external/ppp/pppd/tty.c:178: warning: (near initialization for
'tty_options[3].addr2')
12062 external/ppp/pppd/tty.c:181: warning: missing initializer
12063 external/ppp/pppd/tty.c:181: warning: (near initialization for
'tty_options[4].addr2')
12064 external/ppp/pppd/tty.c:184: warning: missing initializer
12065 external/ppp/pppd/tty.c:184: warning: (near initialization for
'tty_options[5].addr2')
12066 external/ppp/pppd/tty.c:187: warning: missing initializer
12067 external/ppp/pppd/tty.c:187: warning: (near initialization for
'tty_options[6].addr2')
12068 external/ppp/pppd/tty.c:190: warning: missing initializer
12069 external/ppp/pppd/tty.c:190: warning: (near initialization for
'tty_options[7].addr2')
12070 external/ppp/pppd/tty.c:194: warning: missing initializer
12071 external/ppp/pppd/tty.c:194: warning: (near initialization for
'tty_options[8].addr2')
12072 external/ppp/pppd/tty.c:197: warning: missing initializer
12073 external/ppp/pppd/tty.c:197: warning: (near initialization for
'tty_options[9].addr2')
12074 external/ppp/pppd/tty.c:201: warning: missing initializer
12075 external/ppp/pppd/tty.c:201: warning: (near initialization for
'tty_options[10].addr2')
12076 external/ppp/pppd/tty.c:204: warning: missing initializer
12077 external/ppp/pppd/tty.c:204: warning: (near initialization for
'tty_options[11].addr2')
12078 external/ppp/pppd/tty.c:208: warning: missing initializer
12079 external/ppp/pppd/tty.c:208: warning: (near initialization for
'tty_options[12].addr2')
12080 external/ppp/pppd/tty.c:211: warning: missing initializer
12081 external/ppp/pppd/tty.c:211: warning: (near initialization for
'tty_options[13].addr2')
12082 external/ppp/pppd/tty.c:214: warning: missing initializer
12083 external/ppp/pppd/tty.c:214: warning: (near initialization for
'tty_options[14].addr2')
12084 external/ppp/pppd/tty.c:217: warning: missing initializer
12085 external/ppp/pppd/tty.c:217: warning: (near initialization for
'tty_options[15].addr2')
12086 external/ppp/pppd/tty.c:220: warning: missing initializer
12087 external/ppp/pppd/tty.c:220: warning: (near initialization for
'tty_options[16].addr2')
12088 external/ppp/pppd/tty.c:222: warning: missing initializer
12089 external/ppp/pppd/tty.c:222: warning: (near initialization for
'tty_options[17].addr2')
12090 external/ppp/pppd/tty.c:225: warning: missing initializer
12091 external/ppp/pppd/tty.c:225: warning: (near initialization for
'tty_options[18].addr2')
12092 external/ppp/pppd/tty.c:227: warning: missing initializer
12093 external/ppp/pppd/tty.c:227: warning: (near initialization for
'tty_options[19].addr2')
```

12094 external/ppp/pppd/tty.c:230: warning: missing initializer
12095 external/ppp/pppd/tty.c:230: warning: (near initialization for
'tty_options[20].addr2')
12096 external/ppp/pppd/tty.c:234: warning: missing initializer
12097 external/ppp/pppd/tty.c:234: warning: (near initialization for
'tty_options[21].addr2')
12098 external/ppp/pppd/tty.c:238: warning: missing initializer
12099 external/ppp/pppd/tty.c:238: warning: (near initialization for
'tty_options[22].upper_limit')
12100 external/ppp/pppd/tty.c:240: warning: missing initializer
12101 external/ppp/pppd/tty.c:240: warning: (near initialization for
'tty_options[23].type')
12102 external/ppp/pppd/eap.c:91: warning: missing initializer
12103 external/ppp/pppd/eap.c:91: warning: (near initialization for
'eap_option_list[0].flags')
12104 external/ppp/pppd/eap.c:93: warning: missing initializer
12105 external/ppp/pppd/eap.c:93: warning: (near initialization for
'eap_option_list[1].flags')
12106 external/ppp/pppd/eap.c:95: warning: missing initializer
12107 external/ppp/pppd/eap.c:95: warning: (near initialization for
'eap_option_list[2].flags')
12108 external/ppp/pppd/eap.c:97: warning: missing initializer
12109 external/ppp/pppd/eap.c:97: warning: (near initialization for
'eap_option_list[3].flags')
12110 external/ppp/pppd/eap.c:99: warning: missing initializer
12111 external/ppp/pppd/eap.c:99: warning: (near initialization for
'eap_option_list[4].flags')
12112 external/ppp/pppd/eap.c:108: warning: missing initializer
12113 external/ppp/pppd/eap.c:108: warning: (near initialization for
'eap_option_list[5].type')
12114 external/ppp/pppd/eap.c: In function 'eap_printpkt':
12115 external/ppp/pppd/eap.c:2163: warning: comparison between signed and
unsigned integer expressions
12116 external/ppp/pppd/eap.c:2178: warning: comparison between signed and
unsigned integer expressions
12117 external/ppp/pppd/eap.c:2273: warning: comparison between signed and
unsigned integer expressions
12118 external/ppp/pppd/eap.c:2313: warning: comparison between signed and
unsigned integer expressions
12119 external/ppp/pppd/eap.c:2337: warning: comparison between signed and
unsigned integer expressions
12120 external/ppp/pppd/eap.c:2379: warning: comparison between signed and
unsigned integer expressions
12121 target thumb C: pppd <= external/ppp/pppd/chap-md5.c
12122 external/ppp/pppd/chap-md5.c:111: warning: missing initializer
12123 external/ppp/pppd/chap-md5.c:111: warning: (near initialization for
'md5_digest.next')
12124 target thumb C: pppd <= external/ppp/pppd/pppcrypt.c
12125 target thumb C: pppd <= external/ppp/pppd/openssl-hash.c
12126 target thumb C: pppd <= external/ppp/pppd/pppox.c
12127 target thumb C: qemu-props <= sdk/emulator/tools/qemu-props.c
12128 external/ppp/pppd/pppox.c:25: warning: missing initializer
12129 external/ppp/pppd/pppox.c:25: warning: (near initialization for
'pppox_options[0].addr2')
12130 external/ppp/pppd/pppox.c:26: warning: missing initializer
12131 external/ppp/pppd/pppox.c:26: warning: (near initialization for
'pppox_options[1].type')

12132 external/ppp/pppd/openssl-hash.c: In function 'openssl_hash_init':
12133 external/ppp/pppd/openssl-hash.c:28: warning: implicit declaration of function 'dbglog'
12134 target thumb C: qemud <= sdk/emulator/qemud/qemud.c
12135 target thumb C: racoon <= external/ipsec-tools/src/libipsec/pfkey.c
12136 target thumb C: racoon <= external/ipsec-tools/src/libipsec/ipsec_strerror.c
12137 target thumb C: racoon <= external/ipsec-tools/src/racoon/isakmp.c
12138 external/ipsec-tools/src/libipsec/pfkey.c: In function 'findsupportedmap':
12139 external/ipsec-tools/src/libipsec/pfkey.c:128: warning: comparison between signed and unsigned integer expressions
12140 external/ipsec-tools/src/libipsec/pfkey.c: In function 'findsupportedalg':
12141 external/ipsec-tools/src/libipsec/pfkey.c:157: warning: comparison between signed and unsigned integer expressions
12142 external/ipsec-tools/src/libipsec/pfkey.c: In function 'pfkey_send_register':
12143 external/ipsec-tools/src/libipsec/pfkey.c:680: warning: comparison between signed and unsigned integer expressions
12144 external/ipsec-tools/src/libipsec/pfkey.c: In function 'pfkey_recv_register':
12145 external/ipsec-tools/src/libipsec/pfkey.c:726: warning: comparison between signed and unsigned integer expressions
12146 external/ipsec-tools/src/libipsec/pfkey.c: In function 'pfkey_set_supported':
12147 external/ipsec-tools/src/libipsec/pfkey.c:776: warning: comparison between signed and unsigned integer expressions
12148 external/ipsec-tools/src/libipsec/pfkey.c: In function 'pfkey_send_x4':
12149 external/ipsec-tools/src/libipsec/pfkey.c:1675: warning: comparison between signed and unsigned integer expressions
12150 external/ipsec-tools/src/libipsec/pfkey.c:1675: warning: comparison between signed and unsigned integer expressions
12151 external/ipsec-tools/src/libipsec/pfkey.c: In function 'pfkey_recv':
12152 external/ipsec-tools/src/libipsec/pfkey.c:1853: warning: comparison between signed and unsigned integer expressions
12153 external/ipsec-tools/src/libipsec/pfkey.c: In function 'pfkey_align':
12154 external/ipsec-tools/src/libipsec/pfkey.c:1957: warning: comparison between signed and unsigned integer expressions
12155 target thumb C: racoon <= external/ipsec-tools/src/racoon/isakmp_agg.c
12156 external/ipsec-tools/src/racoon/isakmp.c: In function 'isakmp_handler':
12157 external/ipsec-tools/src/racoon/isakmp.c:223: warning: pointer targets in passing argument 6 of 'recvfromto' differ in signedness
12158 external/ipsec-tools/src/racoon/sockmisc.h:60: note: expected 'socklen_t *' but argument is of type 'unsigned int *'
12159 external/ipsec-tools/src/racoon/isakmp.c:236: warning: pointer targets in passing argument 6 of 'recvfrom' differ in signedness
12160 bionic/libc/include/sys/socket.h:81: note: expected 'socklen_t *' but argument is of type 'unsigned int *'
12161 external/ipsec-tools/src/racoon/isakmp.c:278: warning: comparison between signed and unsigned integer expressions
12162 external/ipsec-tools/src/racoon/isakmp.c:284: warning: pointer targets in passing argument 6 of 'recvfrom' differ in signedness
12163 bionic/libc/include/sys/socket.h:81: note: expected 'socklen_t *' but argument is of type 'unsigned int *'
12164 external/ipsec-tools/src/racoon/isakmp.c:297: warning: pointer targets in passing argument 6 of 'recvfrom' differ in signedness

12165 bionic/libc/include/sys/socket.h:81: note: expected 'socklen_t *' but
argument is of type 'unsigned int *'
12166 external/ipsec-tools/src/racoon/isakmp.c:312: warning: pointer targets
in passing argument 6 of 'recvfrom' differ in signedness
12167 bionic/libc/include/sys/socket.h:81: note: expected 'socklen_t *' but
argument is of type 'unsigned int *'
12168 external/ipsec-tools/src/racoon/isakmp.c:322: warning: pointer targets
in passing argument 6 of 'recvfromto' differ in signedness
12169 external/ipsec-tools/src/racoon/sockmisc.h:60: note: expected
'socklen_t *' but argument is of type 'unsigned int *'
12170 external/ipsec-tools/src/racoon/isakmp.c:342: warning: comparison
between signed and unsigned integer expressions
12171 external/ipsec-tools/src/racoon/isakmp.c: In function
'isakmp_parsewoh':
12172 external/ipsec-tools/src/racoon/isakmp.c:1446: warning: comparison
between signed and unsigned integer expressions
12173 external/ipsec-tools/src/racoon/isakmp.c:1459: warning: comparison
between signed and unsigned integer expressions
12174 external/ipsec-tools/src/racoon/isakmp.c: In function 'isakmp_pindex':
12175 external/ipsec-tools/src/racoon/isakmp.c:1555: warning: comparison
between signed and unsigned integer expressions
12176 external/ipsec-tools/src/racoon/isakmp.c: In function
'log_ph1established':
12177 external/ipsec-tools/src/racoon/isakmp.c:2941: warning: suggest braces
around empty body in an 'if' statement
12178 external/ipsec-tools/src/racoon/isakmp.c: In function 'purge_remote':
12179 external/ipsec-tools/src/racoon/isakmp.c:3221: warning: comparison
between signed and unsigned integer expressions
12180 target thumb C: racoon <= external/ipsec-tools/src/racoon/isakmp_base.c
12181 target thumb C: racoon <= external/ipsec-tools/src/racoon/isakmp_frag.c
12182 target thumb C: racoon <= external/ipsec-
tools/src/racoon/isakmp_ident.c
12183 target thumb C: racoon <= external/ipsec-tools/src/racoon/isakmp_inf.c
12184 external/ipsec-tools/src/racoon/isakmp_inf.c: In function
'purge_ipsec_spi':
12185 external/ipsec-tools/src/racoon/isakmp_inf.c:1162: warning: comparison
between signed and unsigned integer expressions
12186 external/ipsec-tools/src/racoon/isakmp_inf.c: In function
'info_recv_initialcontact':
12187 external/ipsec-tools/src/racoon/isakmp_inf.c:1365: warning: comparison
between signed and unsigned integer expressions
12188 target thumb C: racoon <= external/ipsec-tools/src/racoon/isakmp_newg.c
12189 target thumb C: racoon <= external/ipsec-
tools/src/racoon/isakmp_quick.c
12190 target thumb C: racoon <= external/ipsec-tools/src/racoon/handler.c
12191 target thumb C: racoon <= external/ipsec-tools/src/racoon/pfkey.c
12192 target thumb C: racoon <= external/ipsec-tools/src/racoon/ipsec_doi.c
12193 external/ipsec-tools/src/racoon/handler.c: In function 'getph2bysaidx':
12194 external/ipsec-tools/src/racoon/handler.c:552: warning: comparison
between signed and unsigned integer expressions
12195 external/ipsec-tools/src/racoon/handler.c:560: warning: comparison
between signed and unsigned integer expressions
12196 external/ipsec-tools/src/racoon/handler.c: In function 'deleteallph2':
12197 external/ipsec-tools/src/racoon/handler.c:754: warning: comparison
between signed and unsigned integer expressions
12198 external/ipsec-tools/src/racoon/handler.c:760: warning: comparison
between signed and unsigned integer expressions

```
12199 external/ipsec-tools/src/racoon/pfkey.c: In function 'pfkey_dump_sadb':
12200 external/ipsec-tools/src/racoon/pfkey.c:320: warning: comparison
between signed and unsigned integer expressions
12201 external/ipsec-tools/src/racoon/pfkey.c: In function
'pfkey_convertfromipsecdoi':
12202 external/ipsec-tools/src/racoon/pfkey.c:735: warning: comparison
between signed and unsigned integer expressions
12203 external/ipsec-tools/src/racoon/pfkey.c:737: warning: comparison
between signed and unsigned integer expressions
12204 external/ipsec-tools/src/racoon/pfkey.c:741: warning: comparison
between signed and unsigned integer expressions
12205 external/ipsec-tools/src/racoon/pfkey.c:743: warning: comparison
between signed and unsigned integer expressions
12206 external/ipsec-tools/src/racoon/pfkey.c:754: warning: comparison
between signed and unsigned integer expressions
12207 external/ipsec-tools/src/racoon/pfkey.c:756: warning: comparison
between signed and unsigned integer expressions
12208 external/ipsec-tools/src/racoon/pfkey.c:775: warning: comparison
between signed and unsigned integer expressions
12209 external/ipsec-tools/src/racoon/pfkey.c: In function 'pk_sendgetspi':
12210 external/ipsec-tools/src/racoon/pfkey.c:871: warning: comparison
between signed and unsigned integer expressions
12211 external/ipsec-tools/src/racoon/pfkey.c:887: warning: comparison
between signed and unsigned integer expressions
12212 external/ipsec-tools/src/racoon/pfkey.c: In function 'pk_recvgetspi':
12213 external/ipsec-tools/src/racoon/pfkey.c:952: warning: comparison
between signed and unsigned integer expressions
12214 external/ipsec-tools/src/racoon/pfkey.c: In function 'pk_sendupdate':
12215 external/ipsec-tools/src/racoon/pfkey.c:1064: warning: comparison
between signed and unsigned integer expressions
12216 external/ipsec-tools/src/racoon/pfkey.c:1077: warning: comparison
between signed and unsigned integer expressions
12217 external/ipsec-tools/src/racoon/pfkey.c: In function 'pk_recvupdate':
12218 external/ipsec-tools/src/racoon/pfkey.c:1204: warning: comparison
between signed and unsigned integer expressions
12219 external/ipsec-tools/src/racoon/pfkey.c:1232: warning: comparison
between signed and unsigned integer expressions
12220 external/ipsec-tools/src/racoon/pfkey.c:1238: warning: comparison
between signed and unsigned integer expressions
12221 external/ipsec-tools/src/racoon/pfkey.c:1245: warning: comparison
between signed and unsigned integer expressions
12222 external/ipsec-tools/src/racoon/pfkey.c: In function 'pk_sendadd':
12223 external/ipsec-tools/src/racoon/pfkey.c:1351: warning: comparison
between signed and unsigned integer expressions
12224 external/ipsec-tools/src/racoon/pfkey.c:1364: warning: comparison
between signed and unsigned integer expressions
12225 external/ipsec-tools/src/racoon/pfkey.c: In function 'pk_recvadd':
12226 external/ipsec-tools/src/racoon/pfkey.c:1492: warning: comparison
between signed and unsigned integer expressions
12227 external/ipsec-tools/src/racoon/pfkey.c: In function 'pk_recvexpire':
12228 external/ipsec-tools/src/racoon/pfkey.c:1555: warning: comparison
between signed and unsigned integer expressions
12229 external/ipsec-tools/src/racoon/pfkey.c: In function 'pk_recvdelete':
12230 external/ipsec-tools/src/racoon/pfkey.c:1949: warning: comparison
between signed and unsigned integer expressions
12231 external/ipsec-tools/src/racoon/pfkey.c:1958: warning: comparison
between signed and unsigned integer expressions
```

12232 external/ipsec-tools/src/racoon/pfkey.c: In function 'getsadbpolicy':
12233 external/ipsec-tools/src/racoon/pfkey.c:2112: warning: comparison
between signed and unsigned integer expressions
12234 external/ipsec-tools/src/racoon/pfkey.c:2118: warning: comparison
between signed and unsigned integer expressions
12235 external/ipsec-tools/src/racoon/pfkey.c: In function 'pk_checkalg':
12236 external/ipsec-tools/src/racoon/pfkey.c:2799: warning: comparison
between signed and unsigned integer expressions
12237 external/ipsec-tools/src/racoon/pfkey.c: In function 'pk_recv':
12238 external/ipsec-tools/src/racoon/pfkey.c:2847: warning: comparison
between signed and unsigned integer expressions
12239 external/ipsec-tools/src/racoon/pfkey.c: In function 'addnewsp':
12240 external/ipsec-tools/src/racoon/pfkey.c:2950: warning: comparison
between signed and unsigned integer expressions
12241 external/ipsec-tools/src/racoon/pfkey.c: In function 'sadbsecas2str':
12242 external/ipsec-tools/src/racoon/pfkey.c:3119: warning: comparison
between signed and unsigned integer expressions
12243 external/ipsec-tools/src/racoon/pfkey.c:3123: warning: comparison
between signed and unsigned integer expressions
12244 external/ipsec-tools/src/racoon/ipsec_doi.c: In function
'check_attr_ipsec':
12245 external/ipsec-tools/src/racoon/ipsec_doi.c:2293: warning: comparison
between signed and unsigned integer expressions
12246 external/ipsec-tools/src/racoon/ipsec_doi.c: In function
'check_attr_ipcomp':
12247 external/ipsec-tools/src/racoon/ipsec_doi.c:2513: warning: comparison
between signed and unsigned integer expressions
12248 external/ipsec-tools/src/racoon/ipsec_doi.c: In function
'ipsecdoi_id2sockaddr':
12249 external/ipsec-tools/src/racoon/ipsec_doi.c:4332: warning: comparison
between signed and unsigned integer expressions
12250 external/ipsec-tools/src/racoon/ipsec_doi.c: In function
'ipsecdoi_id2str':
12251 external/ipsec-tools/src/racoon/ipsec_doi.c:4461: warning: comparison
between signed and unsigned integer expressions
12252 external/ipsec-tools/src/racoon/ipsec_doi.c: In function
'ipsecdoi_t2satrns':
12253 external/ipsec-tools/src/racoon/ipsec_doi.c:4697: warning: comparison
between signed and unsigned integer expressions
12254 external/ipsec-tools/src/racoon/ipsec_doi.c:4717: warning: comparison
between signed and unsigned integer expressions
12255 external/ipsec-tools/src/racoon/ipsec_doi.c: In function 'idtype2doi':
12256 external/ipsec-tools/src/racoon/ipsec_doi.c:4869: warning: comparison
between signed and unsigned integer expressions
12257 target thumb C: racoon <= external/ipsec-tools/src/racoon/oakley.c
12258 target thumb C: racoon <= external/ipsec-tools/src/racoon/vendorid.c
12259 external/ipsec-tools/src/racoon/oakley.c: In function
'oakley_check_certid':
12260 external/ipsec-tools/src/racoon/oakley.c:1892: warning: comparison
between signed and unsigned integer expressions
12261 external/ipsec-tools/src/racoon/oakley.c:2008: warning: comparison
between signed and unsigned integer expressions
12262 external/ipsec-tools/src/racoon/oakley.c: In function 'oakley_getcr':
12263 external/ipsec-tools/src/racoon/oakley.c:2414: warning: suggest braces
around empty body in an 'if' statement
12264 external/ipsec-tools/src/racoon/oakley.c: In function
'oakley_compute_enckey':

12265 external/ipsec-tools/src/racoon/oakley.c:2749: warning: comparison between signed and unsigned integer expressions
12266 external/ipsec-tools/src/racoon/oakley.c:2766: warning: comparison between signed and unsigned integer expressions
12267 external/ipsec-tools/src/racoon/oakley.c:2824: warning: comparison between signed and unsigned integer expressions
12268 external/ipsec-tools/src/racoon/oakley.c:2824: warning: signed and unsigned type in conditional expression
12269 external/ipsec-tools/src/racoon/oakley.c: In function 'oakley_newiv':
12270 external/ipsec-tools/src/racoon/oakley.c:2957: warning: comparison between signed and unsigned integer expressions
12271 external/ipsec-tools/src/racoon/oakley.c: In function 'oakley_newiv2':
12272 external/ipsec-tools/src/racoon/oakley.c:3039: warning: comparison between signed and unsigned integer expressions
12273 external/ipsec-tools/src/racoon/oakley.c: In function 'oakley_do_encrypt':
12274 external/ipsec-tools/src/racoon/oakley.c:3250: warning: comparison between signed and unsigned integer expressions
12275 external/ipsec-tools/src/racoon/vendorid.c:58: warning: missing initializer
12276 external/ipsec-tools/src/racoon/vendorid.c:58: warning: (near initialization for 'all_vendor_ids[0].hash')
12277 external/ipsec-tools/src/racoon/vendorid.c:59: warning: missing initializer
12278 external/ipsec-tools/src/racoon/vendorid.c:59: warning: (near initialization for 'all_vendor_ids[1].hash')
12279 external/ipsec-tools/src/racoon/vendorid.c:60: warning: missing initializer
12280 external/ipsec-tools/src/racoon/vendorid.c:60: warning: (near initialization for 'all_vendor_ids[2].hash')
12281 external/ipsec-tools/src/racoon/vendorid.c:61: warning: missing initializer
12282 external/ipsec-tools/src/racoon/vendorid.c:61: warning: (near initialization for 'all_vendor_ids[3].hash')
12283 external/ipsec-tools/src/racoon/vendorid.c:62: warning: missing initializer
12284 external/ipsec-tools/src/racoon/vendorid.c:62: warning: (near initialization for 'all_vendor_ids[4].hash')
12285 external/ipsec-tools/src/racoon/vendorid.c:63: warning: missing initializer
12286 external/ipsec-tools/src/racoon/vendorid.c:63: warning: (near initialization for 'all_vendor_ids[5].hash')
12287 external/ipsec-tools/src/racoon/vendorid.c:64: warning: missing initializer
12288 external/ipsec-tools/src/racoon/vendorid.c:64: warning: (near initialization for 'all_vendor_ids[6].hash')
12289 external/ipsec-tools/src/racoon/vendorid.c:65: warning: missing initializer
12290 external/ipsec-tools/src/racoon/vendorid.c:65: warning: (near initialization for 'all_vendor_ids[7].hash')
12291 external/ipsec-tools/src/racoon/vendorid.c:66: warning: missing initializer
12292 external/ipsec-tools/src/racoon/vendorid.c:66: warning: (near initialization for 'all_vendor_ids[8].hash')
12293 external/ipsec-tools/src/racoon/vendorid.c:67: warning: missing initializer

```
12294 external/ipsec-tools/src/racoon/vendorid.c:67: warning: (near
initialization for 'all_vendor_ids[9].hash')
12295 external/ipsec-tools/src/racoon/vendorid.c:68: warning: missing
initializer
12296 external/ipsec-tools/src/racoon/vendorid.c:68: warning: (near
initialization for 'all_vendor_ids[10].hash')
12297 external/ipsec-tools/src/racoon/vendorid.c:69: warning: missing
initializer
12298 external/ipsec-tools/src/racoon/vendorid.c:69: warning: (near
initialization for 'all_vendor_ids[11].hash')
12299 external/ipsec-tools/src/racoon/vendorid.c:70: warning: missing
initializer
12300 external/ipsec-tools/src/racoon/vendorid.c:70: warning: (near
initialization for 'all_vendor_ids[12].hash')
12301 external/ipsec-tools/src/racoon/vendorid.c:71: warning: missing
initializer
12302 external/ipsec-tools/src/racoon/vendorid.c:71: warning: (near
initialization for 'all_vendor_ids[13].hash')
12303 external/ipsec-tools/src/racoon/vendorid.c:72: warning: missing
initializer
12304 external/ipsec-tools/src/racoon/vendorid.c:72: warning: (near
initialization for 'all_vendor_ids[14].hash')
12305 external/ipsec-tools/src/racoon/vendorid.c:73: warning: missing
initializer
12306 external/ipsec-tools/src/racoon/vendorid.c:73: warning: (near
initialization for 'all_vendor_ids[15].hash')
12307 external/ipsec-tools/src/racoon/vendorid.c:74: warning: missing
initializer
12308 external/ipsec-tools/src/racoon/vendorid.c:74: warning: (near
initialization for 'all_vendor_ids[16].hash')
12309 external/ipsec-tools/src/racoon/vendorid.c:75: warning: missing
initializer
12310 external/ipsec-tools/src/racoon/vendorid.c:75: warning: (near
initialization for 'all_vendor_ids[17].hash')
12311 external/ipsec-tools/src/racoon/vendorid.c:77: warning: missing
initializer
12312 external/ipsec-tools/src/racoon/vendorid.c:77: warning: (near
initialization for 'all_vendor_ids[18].hash')
12313 external/ipsec-tools/src/racoon/vendorid.c:79: warning: missing
initializer
12314 external/ipsec-tools/src/racoon/vendorid.c:79: warning: (near
initialization for 'all_vendor_ids[19].hash')
12315 external/ipsec-tools/src/racoon/vendorid.c: In function
'lookup_vendor_id_by_id':
12316 external/ipsec-tools/src/racoon/vendorid.c:102: warning: comparison
between signed and unsigned integer expressions
12317 external/ipsec-tools/src/racoon/vendorid.c: In function
'lookup_vendor_id_by_hash':
12318 external/ipsec-tools/src/racoon/vendorid.c:128: warning: comparison
between signed and unsigned integer expressions
12319 external/ipsec-tools/src/racoon/vendorid.c: In function
'compute_vendorids':
12320 external/ipsec-tools/src/racoon/vendorid.c:142: warning: comparison
between signed and unsigned integer expressions
12321 external/ipsec-tools/src/racoon/vendorid.c: In function
'check_vendorid':
```

12322 external/ipsec-tools/src/racoon/vendorid.c:224: warning: comparison between signed and unsigned integer expressions
12323 target thumb C: racoon <= external/ipsec-tools/src/racoon/policy.c
12324 target thumb C: racoon <= external/ipsec-tools/src/racoon/crypto_openssl.c
12325 target thumb C: racoon <= external/ipsec-tools/src/racoon/algorithm.c
12326 external/ipsec-tools/src/racoon/crypto_openssl.c: In function 'eay_rsa_sign':
12327 external/ipsec-tools/src/racoon/crypto_openssl.c:1146: warning: comparison between signed and unsigned integer expressions
12328 external/ipsec-tools/src/racoon/crypto_openssl.c: In function 'eay_rsa_verify':
12329 external/ipsec-tools/src/racoon/crypto_openssl.c:1173: warning: comparison between signed and unsigned integer expressions
12330 external/ipsec-tools/src/racoon/crypto_openssl.c: In function 'eay_strerror':
12331 external/ipsec-tools/src/racoon/crypto_openssl.c:1209: warning: comparison between signed and unsigned integer expressions
12332 external/ipsec-tools/src/racoon/crypto_openssl.c:1212: warning: comparison between signed and unsigned integer expressions
12333 external/ipsec-tools/src/racoon/algorithm.c: In function 'alg_oakley_hashdef':
12334 external/ipsec-tools/src/racoon/algorithm.c:304: warning: comparison between signed and unsigned integer expressions
12335 external/ipsec-tools/src/racoon/algorithm.c: In function 'alg_oakley_hashdef_doi':
12336 external/ipsec-tools/src/racoon/algorithm.c:332: warning: comparison between signed and unsigned integer expressions
12337 external/ipsec-tools/src/racoon/algorithm.c: In function 'alg_oakley_hmacdef':
12338 external/ipsec-tools/src/racoon/algorithm.c:387: warning: comparison between signed and unsigned integer expressions
12339 external/ipsec-tools/src/racoon/algorithm.c: In function 'alg_oakley_hmacdef_doi':
12340 external/ipsec-tools/src/racoon/algorithm.c:402: warning: comparison between signed and unsigned integer expressions
12341 external/ipsec-tools/src/racoon/algorithm.c: In function 'alg_oakley_encdef':
12342 external/ipsec-tools/src/racoon/algorithm.c:447: warning: comparison between signed and unsigned integer expressions
12343 external/ipsec-tools/src/racoon/algorithm.c: In function 'alg_oakley_encdef_doi':
12344 external/ipsec-tools/src/racoon/algorithm.c:475: warning: comparison between signed and unsigned integer expressions
12345 external/ipsec-tools/src/racoon/algorithm.c: In function 'alg_ipsec_encdef':
12346 external/ipsec-tools/src/racoon/algorithm.c:587: warning: comparison between signed and unsigned integer expressions
12347 external/ipsec-tools/src/racoon/algorithm.c: In function 'alg_ipsec_encdef_doi':
12348 external/ipsec-tools/src/racoon/algorithm.c:602: warning: comparison between signed and unsigned integer expressions
12349 external/ipsec-tools/src/racoon/algorithm.c: In function 'alg_ipsec_hmacdef':
12350 external/ipsec-tools/src/racoon/algorithm.c:630: warning: comparison between signed and unsigned integer expressions

```
12351 external/ipsec-tools/src/racoon/algorithm.c: In function
'alg_ipsec_hmacdef_doi':
12352 external/ipsec-tools/src/racoon/algorithm.c:645: warning: comparison
between signed and unsigned integer expressions
12353 external/ipsec-tools/src/racoon/algorithm.c: In function
'alg_ipsec_compdef_doi':
12354 external/ipsec-tools/src/racoon/algorithm.c:673: warning: comparison
between signed and unsigned integer expressions
12355 external/ipsec-tools/src/racoon/algorithm.c: In function
'alg_oakley_dhdef':
12356 external/ipsec-tools/src/racoon/algorithm.c:688: warning: comparison
between signed and unsigned integer expressions
12357 external/ipsec-tools/src/racoon/algorithm.c: In function
'alg_oakley_dhdef_doi':
12358 external/ipsec-tools/src/racoon/algorithm.c:716: warning: comparison
between signed and unsigned integer expressions
12359 external/ipsec-tools/src/racoon/algorithm.c: In function
'alg_oakley_authdef_doi':
12360 external/ipsec-tools/src/racoon/algorithm.c:756: warning: comparison
between signed and unsigned integer expressions
12361 external/ipsec-tools/src/racoon/algorithm.c: In function
'alg_oakley_authdef_name':
12362 external/ipsec-tools/src/racoon/algorithm.c:770: warning: comparison
between signed and unsigned integer expressions
12363 target thumb C: racoon <= external/ipsec-tools/src/racoon/proposal.c
12364 target thumb C: racoon <= external/ipsec-tools/src/racoon/strnames.c
12365 target thumb C: racoon <= external/ipsec-tools/src/racoon/schedule.c
12366 external/ipsec-tools/src/racoon/strnames.c: In function
's_isakmp_certtype':
12367 external/ipsec-tools/src/racoon/strnames.c:214: warning: comparison
between signed and unsigned integer expressions
12368 external/ipsec-tools/src/racoon/strnames.c: In function
's_isakmp_etype':
12369 external/ipsec-tools/src/racoon/strnames.c:238: warning: comparison
between signed and unsigned integer expressions
12370 external/ipsec-tools/src/racoon/strnames.c: In function
's_isakmp_notify_msg':
12371 external/ipsec-tools/src/racoon/strnames.c:290: warning: comparison
between signed and unsigned integer expressions
12372 external/ipsec-tools/src/racoon/strnames.c: In function
's_isakmp_nptype':
12373 external/ipsec-tools/src/racoon/strnames.c:326: warning: comparison
between signed and unsigned integer expressions
12374 external/ipsec-tools/src/racoon/strnames.c: In function
's_ipsecdoi_proto':
12375 external/ipsec-tools/src/racoon/strnames.c:418: warning: comparison
between signed and unsigned integer expressions
12376 external/ipsec-tools/src/racoon/strnames.c: In function
's_ipsecdoi_trns_isakmp':
12377 external/ipsec-tools/src/racoon/strnames.c:433: warning: comparison
between signed and unsigned integer expressions
12378 external/ipsec-tools/src/racoon/strnames.c: In function
's_ipsecdoi_trns_ah':
12379 external/ipsec-tools/src/racoon/strnames.c:453: warning: comparison
between signed and unsigned integer expressions
12380 external/ipsec-tools/src/racoon/strnames.c: In function
's_ipsecdoi_trns_esp':
```

```
12381 external/ipsec-tools/src/racoon/strnames.c:481: warning: comparison
between signed and unsigned integer expressions
12382 external/ipsec-tools/src/racoon/strnames.c: In function
's_ipsecdoi_trns_ipcomp':
12383 external/ipsec-tools/src/racoon/strnames.c:498: warning: comparison
between signed and unsigned integer expressions
12384 external/ipsec-tools/src/racoon/strnames.c: In function
's_ipsecdoi_trns':
12385 external/ipsec-tools/src/racoon/strnames.c:509: warning: comparison
between signed and unsigned integer expressions
12386 external/ipsec-tools/src/racoon/strnames.c: In function
's_ipsecdoi_attr':
12387 external/ipsec-tools/src/racoon/strnames.c:533: warning: comparison
between signed and unsigned integer expressions
12388 external/ipsec-tools/src/racoon/strnames.c: In function
's_ipsecdoi_ltype':
12389 external/ipsec-tools/src/racoon/strnames.c:549: warning: comparison
between signed and unsigned integer expressions
12390 external/ipsec-tools/src/racoon/strnames.c: In function
's_ipsecdoi_encmode':
12391 external/ipsec-tools/src/racoon/strnames.c:570: warning: comparison
between signed and unsigned integer expressions
12392 external/ipsec-tools/src/racoon/strnames.c: In function
's_ipsecdoi_auth':
12393 external/ipsec-tools/src/racoon/strnames.c:591: warning: comparison
between signed and unsigned integer expressions
12394 external/ipsec-tools/src/racoon/strnames.c: In function
's_ipsecdoi_attr_v':
12395 external/ipsec-tools/src/racoon/strnames.c:602: warning: comparison
between signed and unsigned integer expressions
12396 external/ipsec-tools/src/racoon/strnames.c: In function
's_ipsecdoi_ident':
12397 external/ipsec-tools/src/racoon/strnames.c:628: warning: comparison
between signed and unsigned integer expressions
12398 external/ipsec-tools/src/racoon/strnames.c: In function
's_oakley_attr':
12399 external/ipsec-tools/src/racoon/strnames.c:661: warning: comparison
between signed and unsigned integer expressions
12400 external/ipsec-tools/src/racoon/strnames.c: In function
's_attr_isakmp_enc':
12401 external/ipsec-tools/src/racoon/strnames.c:682: warning: comparison
between signed and unsigned integer expressions
12402 external/ipsec-tools/src/racoon/strnames.c: In function
's_attr_isakmp_hash':
12403 external/ipsec-tools/src/racoon/strnames.c:702: warning: comparison
between signed and unsigned integer expressions
12404 external/ipsec-tools/src/racoon/strnames.c: In function
's_oakley_attr_method':
12405 external/ipsec-tools/src/racoon/strnames.c:736: warning: comparison
between signed and unsigned integer expressions
12406 external/ipsec-tools/src/racoon/strnames.c: In function
's_attr_isakmp_desc':
12407 external/ipsec-tools/src/racoon/strnames.c:760: warning: comparison
between signed and unsigned integer expressions
12408 external/ipsec-tools/src/racoon/strnames.c: In function
's_attr_isakmp_group':
```

12409 external/ipsec-tools/src/racoon/strnames.c:777: warning: comparison
between signed and unsigned integer expressions
12410 external/ipsec-tools/src/racoon/strnames.c: In function
's_attr_isakmp_ltype':
12411 external/ipsec-tools/src/racoon/strnames.c:793: warning: comparison
between signed and unsigned integer expressions
12412 external/ipsec-tools/src/racoon/strnames.c: In function
's_oakley_attr_v':
12413 external/ipsec-tools/src/racoon/strnames.c:804: warning: comparison
between signed and unsigned integer expressions
12414 external/ipsec-tools/src/racoon/strnames.c: In function
's_ipsec_level':
12415 external/ipsec-tools/src/racoon/strnames.c:823: warning: comparison
between signed and unsigned integer expressions
12416 external/ipsec-tools/src/racoon/strnames.c: In function 's_algclass':
12417 external/ipsec-tools/src/racoon/strnames.c:844: warning: comparison
between signed and unsigned integer expressions
12418 external/ipsec-tools/src/racoon/strnames.c: In function 's_algtype':
12419 external/ipsec-tools/src/racoon/strnames.c:855: warning: comparison
between signed and unsigned integer expressions
12420 external/ipsec-tools/src/racoon/strnames.c: In function 's_pfkey_type':
12421 external/ipsec-tools/src/racoon/strnames.c:899: warning: comparison
between signed and unsigned integer expressions
12422 external/ipsec-tools/src/racoon/strnames.c: In function
's_pfkey_satype':
12423 external/ipsec-tools/src/racoon/strnames.c:921: warning: comparison
between signed and unsigned integer expressions
12424 external/ipsec-tools/src/racoon/strnames.c: In function 's_direction':
12425 external/ipsec-tools/src/racoon/strnames.c:940: warning: comparison
between signed and unsigned integer expressions
12426 target thumb C: racoon <= external/ipsec-tools/src/racoon/str2val.c
12427 target thumb C: racoon <= external/ipsec-tools/src/racoon/genlist.c
12428 target thumb C: racoon <= external/ipsec-tools/src/racoon/vmbuf.c
12429 target thumb C: racoon <= external/ipsec-tools/src/racoon/sockmisc.c
12430 target thumb C: racoon <= external/ipsec-
tools/src/racoon/nattraversal.c
12431 external/ipsec-tools/src/racoon/sockmisc.c: In function
'mask_sockaddr':
12432 external/ipsec-tools/src/racoon/sockmisc.c:1044: warning: comparison
between signed and unsigned integer expressions
12433 target thumb C: racoon <= external/ipsec-tools/main.c
12434 target thumb C: racoon <= external/ipsec-tools/setup.c
12435 external/ipsec-tools/src/racoon/nattraversal.c: In function
'natt_keepalive_send':
12436 external/ipsec-tools/src/racoon/nattraversal.c:352: warning: comparison
between signed and unsigned integer expressions
12437 target thumb C: radiooptions <= hardware/ril/rild/radiooptions.c
12438 target thumb C++: record <=
frameworks/base/cmds/stagefright/SineSource.cpp
12439 hardware/ril/rild/radiooptions.c: In function 'main':
12440 hardware/ril/rild/radiooptions.c:115: warning: comparison between
signed and unsigned integer expressions
12441 target thumb C++: record <= frameworks/base/cmds/stagefright/record.cpp
12442 target thumb C: rild <= hardware/ril/rild/rild.c
12443 target thumb C++: libril <= hardware/ril/libril/ril.cpp
12444 target thumb C++: libril <= hardware/ril/libril/ril_event.cpp

12445 target thumb C++: rtp_test <=
frameworks/base/media/libstagefright/rtsp/rtp_test.cpp
12446 hardware/ril/libril/ril.cpp: In function 'int
android::responseCdmaInformationRecords(android::Parcel&, void*, size_t)':
12447 hardware/ril/libril/ril.cpp:1679: warning: array subscript has type
'char'
12448 hardware/ril/libril/ril.cpp:1699: warning: array subscript has type
'char'
12449 hardware/ril/libril/ril.cpp:1738: warning: array subscript has type
'char'
12450 target thumb C: run-as <= system/core/run-as/run-as.c
12451 target thumb C: run-as <= system/core/run-as/package.c
12452 target thumb C: schedtest <= system/extras/tests/schedtest/schedtest.c
12453 target thumb C: sdcard <= system/core/sdcard/sdcard.c
12454 target thumb C: sdptool <= external/bluetooth/bluez/tools/sdptool.c
12455 cc1: warning: command line option "-fpermissive" is valid for
C++/ObjC++ but not for C
12456 system/core/sdcard/sdcard.c: In function 'id_to_ptr':
12457 system/core/sdcard/sdcard.c:236: warning: cast to pointer from integer
of different size
12458 system/core/sdcard/sdcard.c: In function 'ptr_to_id':
12459 system/core/sdcard/sdcard.c:241: warning: cast from pointer to integer
of different size
12460 target thumb C++: service <= frameworks/base/cmds/service/service.cpp
12461 external/bluetooth/bluez/tools/sdptool.c:3437: warning: missing
initializer
12462 external/bluetooth/bluez/tools/sdptool.c:3437: warning: (near
initialization for 'service[0].uuid')
12463 external/bluetooth/bluez/tools/sdptool.c:3439: warning: missing
initializer
12464 external/bluetooth/bluez/tools/sdptool.c:3439: warning: (near
initialization for 'service[1].uuid')
12465 external/bluetooth/bluez/tools/sdptool.c:3440: warning: missing
initializer
12466 external/bluetooth/bluez/tools/sdptool.c:3440: warning: (near
initialization for 'service[2].uuid')
12467 external/bluetooth/bluez/tools/sdptool.c:3441: warning: missing
initializer
12468 external/bluetooth/bluez/tools/sdptool.c:3441: warning: (near
initialization for 'service[3].uuid')
12469 external/bluetooth/bluez/tools/sdptool.c:3442: warning: missing
initializer
12470 external/bluetooth/bluez/tools/sdptool.c:3442: warning: (near
initialization for 'service[4].uuid')
12471 external/bluetooth/bluez/tools/sdptool.c:3443: warning: missing
initializer
12472 external/bluetooth/bluez/tools/sdptool.c:3443: warning: (near
initialization for 'service[5].uuid')
12473 external/bluetooth/bluez/tools/sdptool.c:3444: warning: missing
initializer
12474 external/bluetooth/bluez/tools/sdptool.c:3444: warning: (near
initialization for 'service[6].uuid')
12475 external/bluetooth/bluez/tools/sdptool.c:3445: warning: missing
initializer
12476 external/bluetooth/bluez/tools/sdptool.c:3445: warning: (near
initialization for 'service[7].uuid')

```
12477 external/bluetooth/bluez/tools/sdptool.c:3447: warning: missing
initializer
12478 external/bluetooth/bluez/tools/sdptool.c:3447: warning: (near
initialization for 'service[8].uuid')
12479 external/bluetooth/bluez/tools/sdptool.c:3448: warning: missing
initializer
12480 external/bluetooth/bluez/tools/sdptool.c:3448: warning: (near
initialization for 'service[9].uuid')
12481 external/bluetooth/bluez/tools/sdptool.c:3449: warning: missing
initializer
12482 external/bluetooth/bluez/tools/sdptool.c:3449: warning: (near
initialization for 'service[10].uuid')
12483 external/bluetooth/bluez/tools/sdptool.c:3450: warning: missing
initializer
12484 external/bluetooth/bluez/tools/sdptool.c:3450: warning: (near
initialization for 'service[11].uuid')
12485 external/bluetooth/bluez/tools/sdptool.c:3451: warning: missing
initializer
12486 external/bluetooth/bluez/tools/sdptool.c:3451: warning: (near
initialization for 'service[12].uuid')
12487 external/bluetooth/bluez/tools/sdptool.c:3452: warning: missing
initializer
12488 external/bluetooth/bluez/tools/sdptool.c:3452: warning: (near
initialization for 'service[13].uuid')
12489 external/bluetooth/bluez/tools/sdptool.c:3454: warning: missing
initializer
12490 external/bluetooth/bluez/tools/sdptool.c:3454: warning: (near
initialization for 'service[14].uuid')
12491 external/bluetooth/bluez/tools/sdptool.c:3455: warning: missing
initializer
12492 external/bluetooth/bluez/tools/sdptool.c:3455: warning: (near
initialization for 'service[15].uuid')
12493 external/bluetooth/bluez/tools/sdptool.c:3456: warning: missing
initializer
12494 external/bluetooth/bluez/tools/sdptool.c:3456: warning: (near
initialization for 'service[16].uuid')
12495 external/bluetooth/bluez/tools/sdptool.c:3458: warning: missing
initializer
12496 external/bluetooth/bluez/tools/sdptool.c:3458: warning: (near
initialization for 'service[17].uuid')
12497 external/bluetooth/bluez/tools/sdptool.c:3459: warning: missing
initializer
12498 external/bluetooth/bluez/tools/sdptool.c:3459: warning: (near
initialization for 'service[18].uuid')
12499 external/bluetooth/bluez/tools/sdptool.c:3460: warning: missing
initializer
12500 external/bluetooth/bluez/tools/sdptool.c:3460: warning: (near
initialization for 'service[19].uuid')
12501 external/bluetooth/bluez/tools/sdptool.c:3461: warning: missing
initializer
12502 external/bluetooth/bluez/tools/sdptool.c:3461: warning: (near
initialization for 'service[20].uuid')
12503 external/bluetooth/bluez/tools/sdptool.c:3462: warning: missing
initializer
12504 external/bluetooth/bluez/tools/sdptool.c:3462: warning: (near
initialization for 'service[21].uuid')
```

12505 external/bluetooth/bluez/tools/sdptool.c:3463: warning: missing
initializer
12506 external/bluetooth/bluez/tools/sdptool.c:3463: warning: (near
initialization for 'service[22].uuid')
12507 external/bluetooth/bluez/tools/sdptool.c:3465: warning: missing
initializer
12508 external/bluetooth/bluez/tools/sdptool.c:3465: warning: (near
initialization for 'service[23].uuid')
12509 external/bluetooth/bluez/tools/sdptool.c:3466: warning: missing
initializer
12510 external/bluetooth/bluez/tools/sdptool.c:3466: warning: (near
initialization for 'service[24].uuid')
12511 external/bluetooth/bluez/tools/sdptool.c:3467: warning: missing
initializer
12512 external/bluetooth/bluez/tools/sdptool.c:3467: warning: (near
initialization for 'service[25].uuid')
12513 external/bluetooth/bluez/tools/sdptool.c:3468: warning: missing
initializer
12514 external/bluetooth/bluez/tools/sdptool.c:3468: warning: (near
initialization for 'service[26].uuid')
12515 external/bluetooth/bluez/tools/sdptool.c:3470: warning: missing
initializer
12516 external/bluetooth/bluez/tools/sdptool.c:3470: warning: (near
initialization for 'service[27].uuid')
12517 external/bluetooth/bluez/tools/sdptool.c:3471: warning: missing
initializer
12518 external/bluetooth/bluez/tools/sdptool.c:3471: warning: (near
initialization for 'service[28].uuid')
12519 external/bluetooth/bluez/tools/sdptool.c:3473: warning: missing
initializer
12520 external/bluetooth/bluez/tools/sdptool.c:3473: warning: (near
initialization for 'service[29].uuid')
12521 external/bluetooth/bluez/tools/sdptool.c:3488: warning: missing
initializer
12522 external/bluetooth/bluez/tools/sdptool.c:3488: warning: (near
initialization for 'service[42].uuid')
12523 external/bluetooth/bluez/tools/sdptool.c:3490: warning: missing
initializer
12524 external/bluetooth/bluez/tools/sdptool.c:3490: warning: (near
initialization for 'service[43].class')
12525 target thumb C: servicemanager <=
frameworks/base/cmds/servicemanager/service_manager.c
12526 target thumb C: servicemanager <=
frameworks/base/cmds/servicemanager/binder.c
12527 frameworks/base/cmds/servicemanager/binder.c: In function 'bio_init':
12528 frameworks/base/cmds/servicemanager/binder.c:415: warning: pointer of
type 'void *' used in arithmetic
12529 target thumb C: setup_fs <= device/samsung/crespo/setup_fs.c
12530 target thumb C: sh <= system/core/sh/alias.c
12531 target thumb C: sh <= system/core/sh/arith.c
12532 target thumb C: sh <= system/core/sh/arith_lex.c
12533 target thumb C: sh <= system/core/sh/builtins.c
12534 target thumb C: sh <= system/core/sh/cd.c
12535 target thumb C: sh <= system/core/sh/error.c
12536 target thumb C: sh <= system/core/sh/eval.c
12537 target thumb C: sh <= system/core/sh/exec.c
12538 system/core/sh/eval.c: In function 'evalcommand':

12539 system/core/sh/eval.c:947: warning: 'savehandler' may be used uninitialized in this function
12540 target thumb C: sh <= system/core/sh/expand.c
12541 system/core/sh/eval.c:680: warning: variable 'argv' might be clobbered by 'longjmp' or 'vfork'
12542 system/core/sh/eval.c:681: warning: variable 'argc' might be clobbered by 'longjmp' or 'vfork'
12543 system/core/sh/eval.c:695: warning: variable 'lastarg' might be clobbered by 'longjmp' or 'vfork'
12544 system/core/sh/eval.c:696: warning: variable 'path' might be clobbered by 'longjmp' or 'vfork'
12545 system/core/sh/eval.c:674: warning: argument 'flags' might be clobbered by 'longjmp' or 'vfork'
12546 target thumb C: sh <= system/core/sh/input.c
12547 target thumb C: sh <= system/core/sh/jobs.c
12548 target thumb C: sh <= system/core/sh/main.c
12549 target thumb C: sh <= system/core/sh/memalloc.c
12550 system/core/sh/main.c: In function 'main':
12551 system/core/sh/main.c:203: warning: comparison between signed and unsigned integer expressions
12552 target thumb C: sh <= system/core/sh/miscbltin.c
12553 target thumb C: sh <= system/core/sh/mystring.c
12554 target thumb C: sh <= system/core/sh/nodes.c
12555 target thumb C: sh <= system/core/sh/options.c
12556 system/core/sh/options.c: In function 'procargs':
12557 system/core/sh/options.c:94: warning: comparison between signed and unsigned integer expressions
12558 system/core/sh/options.c:103: warning: comparison between signed and unsigned integer expressions
12559 system/core/sh/options.c: In function 'set_opt_val':
12560 system/core/sh/options.c:205: warning: comparison between signed and unsigned integer expressions
12561 system/core/sh/options.c: In function 'minus_o':
12562 system/core/sh/options.c:223: warning: comparison between signed and unsigned integer expressions
12563 system/core/sh/options.c:227: warning: comparison between signed and unsigned integer expressions
12564 system/core/sh/options.c: In function 'setoption':
12565 system/core/sh/options.c:242: warning: comparison between signed and unsigned integer expressions
12566 target thumb C: sh <= system/core/sh/parser.c
12567 target thumb C: sh <= system/core/sh/redir.c
12568 system/core/sh/parser.c: In function 'readtoken1':
12569 system/core/sh/parser.c:1347: warning: comparison between signed and unsigned integer expressions
12570 target thumb C: sh <= system/core/sh/show.c
12571 target thumb C: sh <= system/core/sh/syntax.c
12572 target thumb C: sh <= system/core/sh/trap.c
12573 target thumb C: sh <= system/core/sh/output.c
12574 target thumb C: sh <= system/core/sh/var.c
12575 target thumb C: sh <= system/core/sh/bltin/echo.c
12576 target thumb C: sh <= system/core/sh/init.c
12577 target thumb C: liblinenoise <= system/core/liblinenoise/linenoise.c
12578 system/core/sh/parser.c:915: warning: variable 'quotef' might be clobbered by 'longjmp' or 'vfork'
12579 system/core/sh/parser.c:916: warning: variable 'dblquotep' might be clobbered by 'longjmp' or 'vfork'

```
12580 system/core/sh/parser.c:917: warning: variable 'maxnest' might be
clobbered by 'longjmp' or 'vfork'
12581 system/core/sh/parser.c:918: warning: variable 'dblquote' might be
clobbered by 'longjmp' or 'vfork'
12582 system/core/sh/parser.c:919: warning: variable 'varnest' might be
clobbered by 'longjmp' or 'vfork'
12583 system/core/sh/parser.c:920: warning: variable 'arinest' might be
clobbered by 'longjmp' or 'vfork'
12584 system/core/sh/parser.c:921: warning: variable 'parenlevel' might be
clobbered by 'longjmp' or 'vfork'
12585 system/core/sh/parser.c:922: warning: variable 'oldstyle' might be
clobbered by 'longjmp' or 'vfork'
12586 system/core/sh/parser.c:923: warning: variable 'prevsyntax' might be
clobbered by 'longjmp' or 'vfork'
12587 system/core/sh/parser.c:908: warning: argument 'syntax' might be
clobbered by 'longjmp' or 'vfork'
12588 target thumb C: showlease <= external/dhcpcd/showlease.c
12589 target thumb C++: stagefright <=
frameworks/base/cmds/stagefright/stagefright.cpp
12590 target thumb C++: stagefright <=
frameworks/base/cmds/stagefright/SineSource.cpp
12591 target thumb C++: surfaceflinger <=
frameworks/base/cmds/surfaceflinger/main_surfaceflinger.cpp
12592 target arm C++: libsurfaceflinger <=
frameworks/base/services/surfaceflinger/clz.cpp
12593 target arm C++: libsurfaceflinger <=
frameworks/base/services/surfaceflinger/BlurFilter.cpp
12594 target thumb C++: libsurfaceflinger <=
frameworks/base/services/surfaceflinger/DisplayHardware/DisplayHardware.cpp
12595
frameworks/base/services/surfaceflinger/DisplayHardware/DisplayHardware.cpp:2
06:2: warning: #warning "using EGL_IMG_context_priority"
12596 target thumb C++: libsurfaceflinger <=
frameworks/base/services/surfaceflinger/DisplayHardware/DisplayHardwareBase.c
pp
12597 target thumb C++: libsurfaceflinger <=
frameworks/base/services/surfaceflinger/GLExtensions.cpp
12598 target thumb C++: libsurfaceflinger <=
frameworks/base/services/surfaceflinger/Layer.cpp
12599 target thumb C++: libsurfaceflinger <=
frameworks/base/services/surfaceflinger/LayerBase.cpp
12600 target thumb C++: libsurfaceflinger <=
frameworks/base/services/surfaceflinger/LayerBuffer.cpp
12601 target thumb C++: libsurfaceflinger <=
frameworks/base/services/surfaceflinger/LayerBlur.cpp
12602 target thumb C++: libsurfaceflinger <=
frameworks/base/services/surfaceflinger/LayerDim.cpp
12603 target thumb C++: libsurfaceflinger <=
frameworks/base/services/surfaceflinger/MessageQueue.cpp
12604 target thumb C++: libsurfaceflinger <=
frameworks/base/services/surfaceflinger/SurfaceFlinger.cpp
12605 target thumb C++: libsurfaceflinger <=
frameworks/base/services/surfaceflinger/TextureManager.cpp
12606 target thumb C++: libsurfaceflinger <=
frameworks/base/services/surfaceflinger/Transform.cpp
12607 target thumb C++: system_server <=
frameworks/base/cmds/system_server/system_main.cpp
```

```
12608 target thumb C++: libsystem_server <=
frameworks/base/cmds/system_server/library/system_init.cpp
12609 target thumb C++: libsensorservice <=
frameworks/base/services/sensorservice/GravitySensor.cpp
12610 target thumb C++: libsensorservice <=
frameworks/base/services/sensorservice/LinearAccelerationSensor.cpp
12611 target thumb C++: libsensorservice <=
frameworks/base/services/sensorservice/RotationVectorSensor.cpp
12612 target thumb C++: libsensorservice <=
frameworks/base/services/sensorservice/SensorService.cpp
12613 target thumb C++: libsensorservice <=
frameworks/base/services/sensorservice/SensorInterface.cpp
12614 target thumb C++: libsensorservice <=
frameworks/base/services/sensorservice/SensorDevice.cpp
12615 target thumb C++: libsensorservice <=
frameworks/base/services/sensorservice/SecondOrderLowPassFilter.cpp
12616 target thumb C: tc <= external/iproute2/tc/tc.c
12617 external/iproute2/tc/tc.c: In function 'print_noqopt':
12618 external/iproute2/tc/tc.c:54: warning: unused parameter 'qu'
12619 external/iproute2/tc/tc.c: In function 'parse_noqopt':
12620 external/iproute2/tc/tc.c:63: warning: unused parameter 'n'
12621 external/iproute2/tc/tc.c: In function 'print_nofopt':
12622 external/iproute2/tc/tc.c:72: warning: unused parameter 'qu'
12623 target thumb C: tc <= external/iproute2/tc/tc_qdisc.c
12624 external/iproute2/tc/tc_qdisc.c: In function 'tc_qdisc_modify':
12625 external/iproute2/tc/tc_qdisc.c:165: warning: pointer of type 'void *'
used in arithmetic
12626 external/iproute2/tc/tc_qdisc.c:172: warning: pointer of type 'void *'
used in arithmetic
12627 external/iproute2/tc/tc_qdisc.c:172: warning: pointer of type 'void *'
used in subtraction
12628 external/iproute2/tc/tc_qdisc.c: In function 'print_qdisc':
12629 external/iproute2/tc/tc_qdisc.c:197: warning: unused parameter 'who'
12630 target thumb C: tc <= external/iproute2/tc/q_cbq.c
12631 external/iproute2/tc/q_cbq.c: In function 'cbq_parse_opt':
12632 external/iproute2/tc/q_cbq.c:93: warning: comparison between signed and
unsigned integer expressions
12633 external/iproute2/tc/q_cbq.c:167: warning: pointer of type 'void *'
used in arithmetic
12634 external/iproute2/tc/q_cbq.c:178: warning: pointer of type 'void *'
used in arithmetic
12635 external/iproute2/tc/q_cbq.c:178: warning: pointer of type 'void *'
used in subtraction
12636 external/iproute2/tc/q_cbq.c:51: warning: unused parameter 'qu'
12637 external/iproute2/tc/q_cbq.c: In function 'cbq_parse_class_opt':
12638 external/iproute2/tc/q_cbq.c:272: warning: comparison between signed
and unsigned integer expressions
12639 external/iproute2/tc/q_cbq.c:413: warning: pointer of type 'void *'
used in arithmetic
12640 external/iproute2/tc/q_cbq.c:433: warning: pointer of type 'void *'
used in arithmetic
12641 external/iproute2/tc/q_cbq.c:433: warning: pointer of type 'void *'
used in subtraction
12642 external/iproute2/tc/q_cbq.c:182: warning: unused parameter 'qu'
12643 external/iproute2/tc/q_cbq.c: In function 'cbq_print_opt':
12644 external/iproute2/tc/q_cbq.c:438: warning: unused parameter 'qu'
12645 external/iproute2/tc/q_cbq.c: In function 'cbq_print_xstats':
```

```
12646 external/iproute2/tc/q_cbq.c:557: warning: unused parameter 'qu'
12647 target thumb C: tc <= external/iproute2/tc/tc_util.c
12648 target thumb C: tc <= external/iproute2/tc/tc_class.c
12649 external/iproute2/tc/tc_util.c:142: warning: missing initializer
12650 external/iproute2/tc/tc_util.c:142: warning: (near initialization for
'suffixes[18].scale')
12651 external/iproute2/tc/tc_util.c: In function 'print_tcstats2_attr':
12652 external/iproute2/tc/tc_util.c:502: warning: missing initializer
12653 external/iproute2/tc/tc_util.c:502: warning: (near initialization for
'bs.packets')
12654 external/iproute2/tc/tc_util.c:509: warning: missing initializer
12655 external/iproute2/tc/tc_util.c:509: warning: (near initialization for
'q.backlog')
12656 external/iproute2/tc/tc_util.c:516: warning: missing initializer
12657 external/iproute2/tc/tc_util.c:516: warning: (near initialization for
're.pps')
12658 external/iproute2/tc/tc_util.c:523: warning: missing initializer
12659 external/iproute2/tc/tc_util.c:523: warning: (near initialization for
'q.backlog')
12660 external/iproute2/tc/tc_class.c: In function 'print_class':
12661 external/iproute2/tc/tc_class.c:151: warning: unused parameter 'who'
12662 target thumb C: tc <= external/iproute2/tc/tc_core.c
12663 target thumb C: tc <= external/iproute2/tc/m_action.c
12664 target thumb C: tc <= external/iproute2/tc/m_estimator.c
12665 target thumb C: tc <= external/iproute2/tc/tc_filter.c
12666 external/iproute2/tc/m_action.c: In function 'print_noaopt':
12667 external/iproute2/tc/m_action.c:70: warning: unused parameter 'au'
12668 external/iproute2/tc/m_action.c: In function 'parse_noaopt':
12669 external/iproute2/tc/m_action.c:78: warning: unused parameter 'code'
12670 external/iproute2/tc/m_action.c:78: warning: unused parameter 'n'
12671 external/iproute2/tc/m_action.c: In function 'parse_action':
12672 external/iproute2/tc/m_action.c:183: warning: pointer of type 'void *'
used in arithmetic
12673 external/iproute2/tc/m_action.c:223: warning: pointer of type 'void *'
used in arithmetic
12674 external/iproute2/tc/m_action.c:233: warning: pointer of type 'void *'
used in arithmetic
12675 external/iproute2/tc/m_action.c:233: warning: pointer of type 'void *'
used in subtraction
12676 external/iproute2/tc/m_action.c:244: warning: pointer of type 'void *'
used in arithmetic
12677 external/iproute2/tc/m_action.c:244: warning: pointer of type 'void *'
used in subtraction
12678 external/iproute2/tc/m_action.c: In function 'print_action':
12679 external/iproute2/tc/m_action.c:331: warning: unused parameter 'who'
12680 external/iproute2/tc/m_action.c: In function 'tc_action_gd':
12681 external/iproute2/tc/m_action.c:405: warning: pointer of type 'void *'
used in arithmetic
12682 external/iproute2/tc/m_action.c:453: warning: pointer of type 'void *'
used in arithmetic
12683 external/iproute2/tc/m_action.c:457: warning: pointer of type 'void *'
used in arithmetic
12684 external/iproute2/tc/m_action.c:457: warning: pointer of type 'void *'
used in subtraction
12685 external/iproute2/tc/m_action.c:461: warning: pointer of type 'void *'
used in arithmetic
```

12686 external/iproute2/tc/m_action.c:461: warning: pointer of type 'void *' used in subtraction
12687 external/iproute2/tc/m_action.c: In function 'tc_action_modify':
12688 external/iproute2/tc/m_action.c:503: warning: pointer of type 'void *' used in arithmetic
12689 external/iproute2/tc/m_action.c:510: warning: pointer of type 'void *' used in arithmetic
12690 external/iproute2/tc/m_action.c:510: warning: pointer of type 'void *' used in subtraction
12691 external/iproute2/tc/m_action.c: In function 'tc_act_list_or_flush':
12692 external/iproute2/tc/m_action.c:541: warning: pointer of type 'void *' used in arithmetic
12693 external/iproute2/tc/m_action.c:543: warning: pointer of type 'void *' used in arithmetic
12694 external/iproute2/tc/m_action.c:564: warning: pointer of type 'void *' used in arithmetic
12695 external/iproute2/tc/m_action.c:564: warning: pointer of type 'void *' used in subtraction
12696 external/iproute2/tc/m_action.c:565: warning: pointer of type 'void *' used in arithmetic
12697 external/iproute2/tc/m_action.c:565: warning: pointer of type 'void *' used in subtraction
12698 external/iproute2/tc/m_action.c:523: warning: unused parameter 'argc'
12699 external/iproute2/tc/tc_filter.c: In function 'print_filter':
12700 external/iproute2/tc/tc_filter.c:184: warning: unused parameter 'who'
12701 target thumb C: tc <= external/iproute2/tc/tc_monitor.c
12702 target thumb C: tc <= external/iproute2/tc/tc_stab.c
12703 target thumb C: tc <= external/iproute2/tc/tc_cbq.c
12704 external/iproute2/tc/tc_stab.c: In function 'print_size_table':
12705 external/iproute2/tc/tc_stab.c:127: warning: missing initializer
12706 external/iproute2/tc/tc_stab.c:127: warning: (near initialization for 's.size_log')
12707 target thumb C: tc <= external/iproute2/tc/tc_estimator.c
12708 target thumb C: tc <= external/iproute2/tc/f_u32.c
12709 target thumb C: tc <= external/iproute2/tc/m_police.c
12710 target thumb C: tc <= external/iproute2/tc/q_ingress.c
12711 external/iproute2/tc/tc_estimator.c: In function 'tc_setup_estimator':
12712 external/iproute2/tc/tc_estimator.c:29: warning: comparison between signed and unsigned integer expressions
12713 external/iproute2/tc/m_police.c: In function 'act_parse_police':
12714 external/iproute2/tc/m_police.c:296: warning: pointer of type 'void *' used in arithmetic
12715 external/iproute2/tc/m_police.c:308: warning: pointer of type 'void *' used in arithmetic
12716 external/iproute2/tc/m_police.c:308: warning: pointer of type 'void *' used in subtraction
12717 external/iproute2/tc/m_police.c: In function 'print_police':
12718 external/iproute2/tc/m_police.c:322: warning: unused parameter 'a'
12719 external/iproute2/tc/q_ingress.c: In function 'ingress_parse_opt':
12720 external/iproute2/tc/q_ingress.c:37: warning: unused parameter 'qu'
12721 external/iproute2/tc/q_ingress.c: In function 'ingress_print_opt':
12722 external/iproute2/tc/q_ingress.c:58: warning: unused parameter 'qu'
12723 external/iproute2/tc/q_ingress.c:58: warning: unused parameter 'opt'
12724 external/iproute2/tc/f_u32.c: In function 'show_keys':
12725 external/iproute2/tc/f_u32.c:930: warning: comparison between signed and unsigned integer expressions
12726 external/iproute2/tc/f_u32.c: In function 'u32_parse_opt':

12727 external/iproute2/tc/f_u32.c:966: warning: pointer of type 'void *'
used in arithmetic
12728 external/iproute2/tc/f_u32.c:1136: warning: pointer of type 'void *'
used in arithmetic
12729 external/iproute2/tc/f_u32.c:1136: warning: pointer of type 'void *'
used in subtraction
12730 external/iproute2/tc/f_u32.c:942: warning: unused parameter 'qu'
12731 external/iproute2/tc/f_u32.c: In function 'u32_print_opt':
12732 external/iproute2/tc/f_u32.c:1140: warning: unused parameter 'qu'
12733 target thumb C: tc <= external/iproute2/tc/m_mirred.c
12734 target thumb C: tc <= external/iproute2/tc/q_htb.c
12735 external/iproute2/tc/m_mirred.c: In function 'parse_egress':
12736 external/iproute2/tc/m_mirred.c:202: warning: pointer of type 'void *'
used in arithmetic
12737 external/iproute2/tc/m_mirred.c:205: warning: pointer of type 'void *'
used in arithmetic
12738 external/iproute2/tc/m_mirred.c:205: warning: pointer of type 'void *'
used in subtraction
12739 external/iproute2/tc/m_mirred.c:67: warning: unused parameter 'a'
12740 external/iproute2/tc/m_mirred.c: In function 'print_mirred':
12741 external/iproute2/tc/m_mirred.c:254: warning: unused parameter 'au'
12742 external/iproute2/tc/q_htb.c: In function 'htb_parse_opt':
12743 external/iproute2/tc/q_htb.c:96: warning: pointer of type 'void *' used
in arithmetic
12744 external/iproute2/tc/q_htb.c:99: warning: pointer of type 'void *' used
in arithmetic
12745 external/iproute2/tc/q_htb.c:99: warning: pointer of type 'void *' used
in subtraction
12746 external/iproute2/tc/q_htb.c:63: warning: unused parameter 'qu'
12747 external/iproute2/tc/q_htb.c: In function 'htb_parse_class_opt':
12748 external/iproute2/tc/q_htb.c:234: warning: pointer of type 'void *'
used in arithmetic
12749 external/iproute2/tc/q_htb.c:239: warning: pointer of type 'void *'
used in arithmetic
12750 external/iproute2/tc/q_htb.c:239: warning: pointer of type 'void *'
used in subtraction
12751 external/iproute2/tc/q_htb.c:103: warning: unused parameter 'qu'
12752 external/iproute2/tc/q_htb.c: In function 'htb_print_opt':
12753 external/iproute2/tc/q_htb.c:243: warning: unused parameter 'qu'
12754 external/iproute2/tc/q_htb.c: In function 'htb_print_xstats':
12755 external/iproute2/tc/q_htb.c:304: warning: unused parameter 'qu'
12756 target thumb C: libiprouteutil <= external/iproute2/lib/utils.c
12757 external/iproute2/lib/utils.c: In function 'get_prefix_1':
12758 external/iproute2/lib/utils.c:363: warning: comparison between signed
and unsigned integer expressions
12759 external/iproute2/lib/utils.c: In function 'matches':
12760 external/iproute2/lib/utils.c:446: warning: comparison between signed
and unsigned integer expressions
12761 external/iproute2/lib/utils.c: In function 'rt_addr_n2a':
12762 external/iproute2/lib/utils.c:518: warning: unused parameter 'len'
12763 target thumb C: libiprouteutil <= external/iproute2/lib/rt_names.c
12764 target thumb C: libiprouteutil <= external/iproute2/lib/ll_types.c
12765 external/iproute2/lib/ll_types.c: In function 'll_type_n2a':
12766 external/iproute2/lib/ll_types.c:135: warning: comparison between
signed and unsigned integer expressions
12767 target thumb C: libiprouteutil <= external/iproute2/lib/ll_proto.c
12768 external/iproute2/lib/ll_proto.c: In function 'll_proto_n2a':

12769 external/iproute2/lib/ll_proto.c:111: warning: comparison between
signed and unsigned integer expressions
12770 external/iproute2/lib/ll_proto.c: In function 'll_proto_a2n':
12771 external/iproute2/lib/ll_proto.c:122: warning: comparison between
signed and unsigned integer expressions
12772 target thumb C: libiprouteutil <= external/iproute2/lib/ll_addr.c
12773 target thumb C: libiprouteutil <= external/iproute2/lib/inet_proto.c
12774 target thumb C: libnetlink <= external/iproute2/lib/ll_map.c
12775 target thumb C: libnetlink <= external/iproute2/lib/libnetlink.c
12776 target thumb C++: testid3 <=
frameworks/base/media/libstagefright/id3/testid3.cpp
12777 external/iproute2/lib/ll_map.c: In function 'll_remember_index':
12778 external/iproute2/lib/ll_map.c:63: warning: comparison between signed
and unsigned integer expressions
12779 external/iproute2/lib/ll_map.c:80: warning: comparison between signed
and unsigned integer expressions
12780 external/iproute2/lib/ll_map.c:40: warning: unused parameter 'who'
12781 external/iproute2/lib/ll_map.c:41: warning: unused parameter 'arg'
12782 external/iproute2/lib/ll_map.c: In function 'll_index_to_addr':
12783 external/iproute2/lib/ll_map.c:149: warning: comparison between signed
and unsigned integer expressions
12784 external/iproute2/lib/libnetlink.c: In function 'rtnl_send_check':
12785 external/iproute2/lib/libnetlink.c:133: warning: comparison between
signed and unsigned integer expressions
12786 external/iproute2/lib/libnetlink.c: In function 'rtnl_dump_filter_l':
12787 external/iproute2/lib/libnetlink.c:212: warning: comparison between
signed and unsigned integer expressions
12788 external/iproute2/lib/libnetlink.c: In function 'rtnl_talk':
12789 external/iproute2/lib/libnetlink.c:334: warning: comparison between
signed and unsigned integer expressions
12790 external/iproute2/lib/libnetlink.c:348: warning: comparison between
signed and unsigned integer expressions
12791 external/iproute2/lib/libnetlink.c:364: warning: comparison between
signed and unsigned integer expressions
12792 external/iproute2/lib/libnetlink.c: In function 'rtnl_listen':
12793 external/iproute2/lib/libnetlink.c:441: warning: comparison between
signed and unsigned integer expressions
12794 external/iproute2/lib/libnetlink.c: In function 'rtnl_from_file':
12795 external/iproute2/lib/libnetlink.c:505: warning: comparison between
signed and unsigned integer expressions
12796 external/iproute2/lib/libnetlink.c: In function 'addattr32':
12797 external/iproute2/lib/libnetlink.c:532: warning: comparison between
signed and unsigned integer expressions
12798 external/iproute2/lib/libnetlink.c:536: warning: pointer of type 'void
*' used in arithmetic
12799 external/iproute2/lib/libnetlink.c: In function 'addattr_l':
12800 external/iproute2/lib/libnetlink.c:550: warning: comparison between
signed and unsigned integer expressions
12801 external/iproute2/lib/libnetlink.c:554: warning: pointer of type 'void
*' used in arithmetic
12802 external/iproute2/lib/libnetlink.c: In function 'addraw_l':
12803 external/iproute2/lib/libnetlink.c:564: warning: comparison between
signed and unsigned integer expressions
12804 external/iproute2/lib/libnetlink.c:569: warning: pointer of type 'void
*' used in arithmetic
12805 external/iproute2/lib/libnetlink.c:570: warning: pointer of type 'void
*' used in arithmetic

12806 external/iproute2/lib/libnetlink.c:570: warning: pointer of type 'void *' used in arithmetic
12807 external/iproute2/lib/libnetlink.c: In function 'addattr_nest':
12808 external/iproute2/lib/libnetlink.c:577: warning: pointer of type 'void *' used in arithmetic
12809 external/iproute2/lib/libnetlink.c: In function 'addattr_nest_end':
12810 external/iproute2/lib/libnetlink.c:585: warning: pointer of type 'void *' used in arithmetic
12811 external/iproute2/lib/libnetlink.c:585: warning: pointer of type 'void *' used in subtraction
12812 external/iproute2/lib/libnetlink.c: In function 'addattr_nest_compat':
12813 external/iproute2/lib/libnetlink.c:592: warning: pointer of type 'void *' used in arithmetic
12814 external/iproute2/lib/libnetlink.c: In function 'addattr_nest_compat_end':
12815 external/iproute2/lib/libnetlink.c:601: warning: pointer of type 'void *' used in arithmetic
12816 external/iproute2/lib/libnetlink.c:603: warning: pointer of type 'void *' used in arithmetic
12817 external/iproute2/lib/libnetlink.c:603: warning: pointer of type 'void *' used in subtraction
12818 external/iproute2/lib/libnetlink.c: In function '__parse_rtattr_nested_compat':
12819 external/iproute2/lib/libnetlink.c:674: warning: comparison between signed and unsigned integer expressions
12820 external/iproute2/lib/libnetlink.c:677: warning: pointer of type 'void *' used in arithmetic
12821 target thumb C: vdc <= system/vold/vdc.c
12822 target thumb C++: vold <= system/vold/main.cpp
12823 target thumb C++: vold <= system/vold/VolumeManager.cpp
12824 target thumb C++: vold <= system/vold/CommandListener.cpp
12825 target thumb C++: vold <= system/vold/VoldCommand.cpp
12826 system/vold/CommandListener.cpp: In static member function 'static void CommandListener::dumpArgs(int, char**, int)':
12827 system/vold/CommandListener.cpp:61: warning: comparison between signed and unsigned integer expressions
12828 target thumb C++: vold <= system/vold/NetlinkManager.cpp
12829 target thumb C++: vold <= system/vold/NetlinkHandler.cpp
12830 target thumb C++: vold <= system/vold/Volume.cpp
12831 target thumb C++: vold <= system/vold/DirectVolume.cpp
12832 target thumb C++: vold <= system/vold/Process.cpp
12833 target thumb C++: vold <= system/vold/Fat.cpp
12834 target thumb C++: vold <= system/vold/Loop.cpp
12835 target thumb C++: vold <= system/vold/Devmapper.cpp
12836 target thumb C++: vold <= system/vold/ResponseCode.cpp
12837 target thumb C++: vold <= system/vold/Xwarp.cpp
12838 target thumb C: vold <= system/vold/logwrapper.c
12839 target thumb C: libdiskconfig <= system/core/libdiskconfig/diskconfig.c
12840 target thumb C: libdiskconfig <= system/core/libdiskconfig/diskutils.c
12841 target thumb C: libdiskconfig <= system/core/libdiskconfig/write_lst.c
12842 target thumb C: libdiskconfig <= system/core/libdiskconfig/config_mbr.c
12843 target thumb C: wpa_cli <= external/wpa_supplicant_6/wpa_supplicant/wpa_cli.c
12844 target thumb C: wpa_cli <= external/wpa_supplicant_6/wpa_supplicant/src/common/wpa_ctrl.c
12845 target thumb C: wpa_cli <= external/wpa_supplicant_6/wpa_supplicant/src/utils/os_unix.c

```
12846 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/config.c
12847 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/utils/common.c
12848 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/utils/wpa_debug.c
12849 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/utils/wpabuf.c
12850 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/crypto/md5.c
12851 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/crypto/rc4.c
12852 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/crypto/md4.c
12853 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/crypto/sha1.c
12854 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/crypto/des.c
12855 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/utils/os_unix.c
12856 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/utils/eloop.c
12857 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/config_file.c
12858 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_peer/eap_tls.c
12859 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_peer/eap_peap.c
12860 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_common/eap_peap_common.c
12861 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_peer/eap_ttls.c
12862 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_peer/eap_md5.c
12863 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_peer/eap_mschapv2.c
12864 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_peer/mschapv2.c
12865 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_peer/eap_gtc.c
12866 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_peer/eap_otp.c
12867 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_peer/eap_sim.c
12868 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_peer/eap_leap.c
12869 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_peer/eap_psk.c
12870 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_common/eap_psk_common.c
12871 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_peer/eap_aka.c
12872 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_common/eap_sim_common.c
12873 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_peer/eap_pax.c
```

```
12874 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_common/eap_pax_common.c
12875 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_peer/eap_sake.c
12876 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_common/eap_sake_common.c
12877 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_peer/eap_gpsk.c
12878 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_common/eap_gpsk_common.c
12879 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/wps_supplicant.c
12880 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/utils/uuid.c
12881 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_peer/eap_wsc.c
12882 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_common/eap_wsc_common.c
12883 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/wps/wps.c
12884 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/wps/wps_common.c
12885 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/wps/wps_attr_parse.c
12886 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/wps/wps_attr_build.c
12887 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/wps/wps_attr_process.c
12888 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/wps/wps_dev_attr.c
12889 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/wps/wps_enrollee.c
12890 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/wps/wps_registrar.c
12891 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eapol_supp/eapol_supp_sm.c
12892 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_peer/eap.c
12893 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_common/eap_common.c
12894 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_peer/eap_methods.c
12895 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_peer/eap_tls_common.c
12896 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/crypto/tls_openssl.c
12897 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/crypto/ms_funcs.c
12898 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/eap_common/chap.c
12899 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/crypto/crypto_openssl.c
12900 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/crypto/sha256.c
12901 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/ctrl_iface.c
```

```
12902 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/ctrl_iface_unix.c
12903 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/rsn_supp/wpa.c
12904 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/rsn_supp/preauth.c
12905 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/rsn_supp/pmksa_cache.c
12906 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/rsn_supp/peerkey.c
12907 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/rsn_supp/wpa_ie.c
12908 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/common/wpa_common.c
12909 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/crypto/aes_wrap.c
12910 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/crypto/aes.c
12911 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/crypto/dh_groups.c
12912 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/utils/base64.c
12913 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/drivers/scan_helpers.c
12914 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/wpa_supplicant.c
12915 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/events.c
12916 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/blacklist.c
12917 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/wpas_glue.c
12918 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/scan.c
12919 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/main.c
12920 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/drivers/driver_wext.c
12921 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/drivers/drivers.c
12922 target thumb C: wpa_supplicant <=
external/wpa_supplicant_6/wpa_supplicant/src/l2_packet/l2_packet_linux.c
12923 target thumb C: ip-up-vpn <= external/ppp/android/ip-up-vpn.c
12924 target thumb C: audio <= external/bluetooth/bluez/audio/a2dp.c
12925 target thumb C: audio <= external/bluetooth/bluez/audio/avdtp.c
12926 target thumb C: audio <= external/bluetooth/bluez/audio/control.c
12927 external/bluetooth/bluez/audio/avdtp.c: In function 'avdtp_send':
12928 external/bluetooth/bluez/audio/avdtp.c:584: warning: pointer of type
'void *' used in arithmetic
12929 external/bluetooth/bluez/audio/avdtp.c: In function 'session_cb':
12930 external/bluetooth/bluez/audio/avdtp.c:1996: warning: format '%zu'
expects type 'size_t', but argument 2 has type 'gsize'
12931 external/bluetooth/bluez/audio/control.c:199: warning: missing
initializer
12932 external/bluetooth/bluez/audio/control.c:199: warning: (near
initialization for 'key_map[7].avrcp')
```

12933 external/bluetooth/bluez/audio/control.c: In function 'handle_panel_passthrough':
12934 external/bluetooth/bluez/audio/control.c:378: warning: implicit declaration of function 'sink_is_streaming'
12935 external/bluetooth/bluez/audio/control.c: At top level:
12936 external/bluetooth/bluez/audio/control.c:1130: warning: missing initializer
12937 external/bluetooth/bluez/audio/control.c:1130: warning: (near initialization for 'control_methods[1].flags')
12938 external/bluetooth/bluez/audio/control.c:1131: warning: missing initializer
12939 external/bluetooth/bluez/audio/control.c:1131: warning: (near initialization for 'control_methods[2].flags')
12940 external/bluetooth/bluez/audio/control.c:1132: warning: missing initializer
12941 external/bluetooth/bluez/audio/control.c:1132: warning: (near initialization for 'control_methods[3].flags')
12942 external/bluetooth/bluez/audio/control.c:1133: warning: missing initializer
12943 external/bluetooth/bluez/audio/control.c:1133: warning: (near initialization for 'control_methods[4].flags')
12944 external/bluetooth/bluez/audio/control.c:1139: warning: missing initializer
12945 external/bluetooth/bluez/audio/control.c:1139: warning: (near initialization for 'control_signals[2].flags')
12946 external/bluetooth/bluez/audio/control.c:1140: warning: missing initializer
12947 external/bluetooth/bluez/audio/control.c:1140: warning: (near initialization for 'control_signals[3].flags')
12948 target thumb C: audio <= external/bluetooth/bluez/audio/device.c
12949 external/bluetooth/bluez/audio/device.c: In function 'device_sink_cb':
12950 external/bluetooth/bluez/audio/device.c:375: warning: implicit declaration of function 'android_set_high_priority'
12951 external/bluetooth/bluez/audio/device.c: At top level:
12952 external/bluetooth/bluez/audio/device.c:581: warning: missing initializer
12953 external/bluetooth/bluez/audio/device.c:581: warning: (near initialization for 'dev_methods[1].flags')
12954 external/bluetooth/bluez/audio/device.c:582: warning: missing initializer
12955 external/bluetooth/bluez/audio/device.c:582: warning: (near initialization for 'dev_methods[2].flags')
12956 external/bluetooth/bluez/audio/device.c:583: warning: missing initializer
12957 external/bluetooth/bluez/audio/device.c:583: warning: (near initialization for 'dev_methods[3].flags')
12958 external/bluetooth/bluez/audio/device.c:587: warning: missing initializer
12959 external/bluetooth/bluez/audio/device.c:587: warning: (near initialization for 'dev_signals[0].flags')
12960 external/bluetooth/bluez/audio/device.c:588: warning: missing initializer
12961 external/bluetooth/bluez/audio/device.c:588: warning: (near initialization for 'dev_signals[1].flags')
12962 target thumb C: audio <= external/bluetooth/bluez/audio/gateway.c
12963 target thumb C: audio <= external/bluetooth/bluez/audio/headset.c

12964 external/bluetooth/bluez/audio/gateway.c:553: warning: missing
initializer
12965 external/bluetooth/bluez/audio/gateway.c:553: warning: (near
initialization for 'gateway_methods[2].flags')
12966 external/bluetooth/bluez/audio/gateway.c:554: warning: missing
initializer
12967 external/bluetooth/bluez/audio/gateway.c:554: warning: (near
initialization for 'gateway_methods[3].flags')
12968 external/bluetooth/bluez/audio/gateway.c:555: warning: missing
initializer
12969 external/bluetooth/bluez/audio/gateway.c:555: warning: (near
initialization for 'gateway_methods[4].flags')
12970 external/bluetooth/bluez/audio/gateway.c:556: warning: missing
initializer
12971 external/bluetooth/bluez/audio/gateway.c:556: warning: (near
initialization for 'gateway_methods[5].flags')
12972 external/bluetooth/bluez/audio/gateway.c:560: warning: missing
initializer
12973 external/bluetooth/bluez/audio/gateway.c:560: warning: (near
initialization for 'gateway_signals[0].flags')
12974 external/bluetooth/bluez/audio/gateway.c:561: warning: missing
initializer
12975 external/bluetooth/bluez/audio/gateway.c:561: warning: (near
initialization for 'gateway_signals[1].flags')
12976 target thumb C: audio <= external/bluetooth/bluez/audio/ipc.c
12977 external/bluetooth/bluez/audio/headset.c:1213: warning: missing
initializer
12978 external/bluetooth/bluez/audio/headset.c:1213: warning: (near
initialization for 'event_callbacks[20].callback')
12979 external/bluetooth/bluez/audio/headset.c:2060: warning: missing
initializer
12980 external/bluetooth/bluez/audio/headset.c:2060: warning: (near
initialization for 'headset_methods[1].flags')
12981 external/bluetooth/bluez/audio/headset.c:2061: warning: missing
initializer
12982 external/bluetooth/bluez/audio/headset.c:2061: warning: (near
initialization for 'headset_methods[2].flags')
12983 external/bluetooth/bluez/audio/headset.c:2062: warning: missing
initializer
12984 external/bluetooth/bluez/audio/headset.c:2062: warning: (near
initialization for 'headset_methods[3].flags')
12985 external/bluetooth/bluez/audio/headset.c:2063: warning: missing
initializer
12986 external/bluetooth/bluez/audio/headset.c:2063: warning: (near
initialization for 'headset_methods[4].flags')
12987 external/bluetooth/bluez/audio/headset.c:2066: warning: missing
initializer
12988 external/bluetooth/bluez/audio/headset.c:2066: warning: (near
initialization for 'headset_methods[6].flags')
12989 external/bluetooth/bluez/audio/headset.c:2077: warning: missing
initializer
12990 external/bluetooth/bluez/audio/headset.c:2077: warning: (near
initialization for 'headset_methods[12].flags')
12991 external/bluetooth/bluez/audio/headset.c:2078: warning: missing
initializer
12992 external/bluetooth/bluez/audio/headset.c:2078: warning: (near
initialization for 'headset_methods[13].flags')

12993 external/bluetooth/bluez/audio/headset.c:2079: warning: missing
initializer
12994 external/bluetooth/bluez/audio/headset.c:2079: warning: (near
initialization for 'headset_methods[14].flags')
12995 external/bluetooth/bluez/audio/headset.c:2085: warning: missing
initializer
12996 external/bluetooth/bluez/audio/headset.c:2085: warning: (near
initialization for 'headset_signals[2].flags')
12997 external/bluetooth/bluez/audio/headset.c:2090: warning: missing
initializer
12998 external/bluetooth/bluez/audio/headset.c:2090: warning: (near
initialization for 'headset_signals[7].flags')
12999 external/bluetooth/bluez/audio/headset.c:2091: warning: missing
initializer
13000 external/bluetooth/bluez/audio/headset.c:2091: warning: (near
initialization for 'headset_signals[8].flags')
13001 external/bluetooth/bluez/audio/headset.c:2092: warning: missing
initializer
13002 external/bluetooth/bluez/audio/headset.c:2092: warning: (near
initialization for 'headset_signals[9].flags')
13003 target thumb C: audio <= external/bluetooth/bluez/audio/main.c
13004 target thumb C: audio <= external/bluetooth/bluez/audio/manager.c
13005 target thumb C: audio <= external/bluetooth/bluez/audio/module-
bluetooth-sink.c
13006 target thumb C: audio <= external/bluetooth/bluez/audio/sink.c
13007 target thumb C: audio <= external/bluetooth/bluez/audio/source.c
13008 external/bluetooth/bluez/audio/sink.c:790: warning: missing initializer
13009 external/bluetooth/bluez/audio/sink.c:790: warning: (near
initialization for 'sink_methods[5].flags')
13010 external/bluetooth/bluez/audio/sink.c:791: warning: missing initializer
13011 external/bluetooth/bluez/audio/sink.c:791: warning: (near
initialization for 'sink_methods[6].flags')
13012 external/bluetooth/bluez/audio/sink.c:799: warning: missing initializer
13013 external/bluetooth/bluez/audio/sink.c:799: warning: (near
initialization for 'sink_signals[4].flags')
13014 external/bluetooth/bluez/audio/sink.c:800: warning: missing initializer
13015 external/bluetooth/bluez/audio/sink.c:800: warning: (near
initialization for 'sink_signals[5].flags')
13016 external/bluetooth/bluez/audio/source.c:648: warning: missing
initializer
13017 external/bluetooth/bluez/audio/source.c:648: warning: (near
initialization for 'source_methods[2].flags')
13018 external/bluetooth/bluez/audio/source.c:649: warning: missing
initializer
13019 external/bluetooth/bluez/audio/source.c:649: warning: (near
initialization for 'source_methods[3].flags')
13020 external/bluetooth/bluez/audio/source.c:653: warning: missing
initializer
13021 external/bluetooth/bluez/audio/source.c:653: warning: (near
initialization for 'source_signals[0].flags')
13022 external/bluetooth/bluez/audio/source.c:654: warning: missing
initializer
13023 external/bluetooth/bluez/audio/source.c:654: warning: (near
initialization for 'source_signals[1].flags')
13024 target thumb C: audio <= external/bluetooth/bluez/audio/telephony-
dummy.c
13025 target thumb C: audio <= external/bluetooth/bluez/audio/unix.c

```
13026 target thumb C: input <= external/bluetooth/bluez/input/device.c
13027 external/bluetooth/bluez/audio/telephony-dummy.c:69: warning: missing
initializer
13028 external/bluetooth/bluez/audio/telephony-dummy.c:69: warning: (near
initialization for 'dummy_indicators[7].range')
13029 external/bluetooth/bluez/audio/telephony-dummy.c:398: warning: missing
initializer
13030 external/bluetooth/bluez/audio/telephony-dummy.c:398: warning: (near
initialization for 'dummy_methods[0].flags')
13031 external/bluetooth/bluez/audio/telephony-dummy.c:399: warning: missing
initializer
13032 external/bluetooth/bluez/audio/telephony-dummy.c:399: warning: (near
initialization for 'dummy_methods[1].flags')
13033 external/bluetooth/bluez/audio/telephony-dummy.c:400: warning: missing
initializer
13034 external/bluetooth/bluez/audio/telephony-dummy.c:400: warning: (near
initialization for 'dummy_methods[2].flags')
13035 external/bluetooth/bluez/audio/telephony-dummy.c:401: warning: missing
initializer
13036 external/bluetooth/bluez/audio/telephony-dummy.c:401: warning: (near
initialization for 'dummy_methods[3].flags')
13037 external/bluetooth/bluez/audio/telephony-dummy.c:402: warning: missing
initializer
13038 external/bluetooth/bluez/audio/telephony-dummy.c:402: warning: (near
initialization for 'dummy_methods[4].flags')
13039 external/bluetooth/bluez/audio/telephony-dummy.c:403: warning: missing
initializer
13040 external/bluetooth/bluez/audio/telephony-dummy.c:403: warning: (near
initialization for 'dummy_methods[5].flags')
13041 external/bluetooth/bluez/audio/telephony-dummy.c:404: warning: missing
initializer
13042 external/bluetooth/bluez/audio/telephony-dummy.c:404: warning: (near
initialization for 'dummy_methods[6].flags')
13043 external/bluetooth/bluez/audio/telephony-dummy.c:405: warning: missing
initializer
13044 external/bluetooth/bluez/audio/telephony-dummy.c:405: warning: (near
initialization for 'dummy_methods[7].flags')
13045 external/bluetooth/bluez/audio/telephony-dummy.c:406: warning: missing
initializer
13046 external/bluetooth/bluez/audio/telephony-dummy.c:406: warning: (near
initialization for 'dummy_methods[8].name')
13047 external/bluetooth/bluez/audio/telephony-dummy.c:410: warning: missing
initializer
13048 external/bluetooth/bluez/audio/telephony-dummy.c:410: warning: (near
initialization for 'dummy_signals[0].flags')
13049 external/bluetooth/bluez/audio/telephony-dummy.c:411: warning: missing
initializer
13050 external/bluetooth/bluez/audio/telephony-dummy.c:411: warning: (near
initialization for 'dummy_signals[1].name')
13051 external/bluetooth/bluez/audio/unix.c: In function 'a2dp_append_codec':
13052 external/bluetooth/bluez/audio/unix.c:508: warning: pointer of type
'void *' used in arithmetic
13053 external/bluetooth/bluez/input/device.c:1052: warning: missing
initializer
13054 external/bluetooth/bluez/input/device.c:1052: warning: (near
initialization for 'device_methods[1].flags')
```

13055 external/bluetooth/bluez/input/device.c:1053: warning: missing
initializer
13056 external/bluetooth/bluez/input/device.c:1053: warning: (near
initialization for 'device_methods[2].flags')
13057 external/bluetooth/bluez/input/device.c:1054: warning: missing
initializer
13058 external/bluetooth/bluez/input/device.c:1054: warning: (near
initialization for 'device_methods[3].name')
13059 external/bluetooth/bluez/input/device.c:1058: warning: missing
initializer
13060 external/bluetooth/bluez/input/device.c:1058: warning: (near
initialization for 'device_signals[0].flags')
13061 external/bluetooth/bluez/input/device.c:1059: warning: missing
initializer
13062 external/bluetooth/bluez/input/device.c:1059: warning: (near
initialization for 'device_signals[1].name')
13063 target thumb C: input <= external/bluetooth/bluez/input/fakehid.c
13064 external/bluetooth/bluez/input/fakehid.c:353: warning: missing
initializer
13065 external/bluetooth/bluez/input/fakehid.c:353: warning: (near
initialization for 'fake_hid_table[1].vendor')
13066 target thumb C: input <= external/bluetooth/bluez/input/main.c
13067 target thumb C: input <= external/bluetooth/bluez/input/manager.c
13068 target thumb C: input <= external/bluetooth/bluez/input/server.c
13069 external/bluetooth/bluez/audio/unix.c: In function 'start_resume':
13070 external/bluetooth/bluez/audio/unix.c:1134: warning: 'a2dp' may be used
uninitialized in this function
13071 external/bluetooth/bluez/audio/unix.c: In function 'start_suspend':
13072 external/bluetooth/bluez/audio/unix.c:1206: warning: 'a2dp' may be used
uninitialized in this function
13073 target asm: libGLES_android <=
frameworks/base/opengl/libagl/fixed_asm.S
13074 target asm: libGLES_android <=
frameworks/base/opengl/libagl/iterators.S
13075 target arm C++: libGLES_android <= frameworks/base/opengl/libagl/fp.cpp
13076 target arm C++: libGLES_android <=
frameworks/base/opengl/libagl/array.cpp
13077 target arm C++: libGLES_android <=
frameworks/base/opengl/libagl/light.cpp
13078 target arm C++: libGLES_android <=
frameworks/base/opengl/libagl/matrix.cpp
13079 target arm C++: libGLES_android <=
frameworks/base/opengl/libagl/mipmap.cpp
13080 frameworks/base/opengl/libagl/light.cpp: In function 'void
android::validate_light_mvi(android::gl::ogles_context_t*)':
13081 frameworks/base/opengl/libagl/light.cpp:232: warning: missing braces
around initializer for 'android::gl::vec4_t::<anonymous union>'
13082 frameworks/base/opengl/libagl/light.cpp:232: warning: missing braces
around initializer for 'android::gl::vec4_t::<anonymous union>::<anonymous
struct>'
13083 frameworks/base/opengl/libagl/light.cpp: In function 'void
glLightfv(GLenum, GLenum, const GLfloat*)':
13084 frameworks/base/opengl/libagl/light.cpp:541: warning: dereferencing
pointer 'params.46' does break strict-aliasing rules
13085 frameworks/base/opengl/libagl/light.cpp:541: note: initialized from
here

13086 target arm C++: libGLES_android <=
frameworks/base/opengl/libagl/primitives.cpp
13087 target arm C++: libGLES_android <=
frameworks/base/opengl/libagl/vertex.cpp
13088 target thumb C++: libGLES_android <=
frameworks/base/opengl/libagl/egl.cpp
13089 target thumb C++: libGLES_android <=
frameworks/base/opengl/libagl/state.cpp
13090 target thumb C++: libGLES_android <=
frameworks/base/opengl/libagl/texture.cpp
13091 frameworks/base/opengl/libagl/egl.cpp: In function 'EGLBoolean
eglChooseConfig(void*, const EGLint*, void**, EGLint, EGLint*)':
13092 frameworks/base/opengl/libagl/egl.cpp:1526: warning: comparison of
unsigned expression < 0 is always false
13093 frameworks/base/opengl/libagl/texture.cpp: In function 'void
glCompressedTexImage2D(GLenum, GLint, GLenum, GLsizei, GLsizei, GLint,
GLsizei, const GLvoid*)':
13094 frameworks/base/opengl/libagl/texture.cpp:1147: warning: comparison
between signed and unsigned integer expressions
13095 target thumb C++: libGLES_android <=
frameworks/base/opengl/libagl/Tokenizer.cpp
13096 target thumb C++: libGLES_android <=
frameworks/base/opengl/libagl/TokenManager.cpp
13097 target thumb C++: libGLES_android <=
frameworks/base/opengl/libagl/TextureObjectManager.cpp
13098 target thumb C++: libGLES_android <=
frameworks/base/opengl/libagl/BufferObjectManager.cpp
13099 target C: gps.goldfish <= sdk/emulator/gps/gps_qemu.c
13100 target thumb C++: gralloc.default <=
hardware/libhardware/modules/gralloc/gralloc.cpp
13101 sdk/emulator/gps/gps_qemu.c:903: warning: initialization from
incompatible pointer type
13102 hardware/libhardware/modules/gralloc/gralloc.cpp:100: warning: missing
initializer for member 'hw_module_t::dso'
13103 hardware/libhardware/modules/gralloc/gralloc.cpp:100: warning: missing
initializer for member 'hw_module_t::reserved'
13104 hardware/libhardware/modules/gralloc/gralloc.cpp:100: warning: missing
initializer for member 'gralloc_module_t::perform'
13105 hardware/libhardware/modules/gralloc/gralloc.cpp:100: warning: missing
initializer for member 'gralloc_module_t::reserved_proc'
13106 hardware/libhardware/modules/gralloc/gralloc.cpp:100: warning: missing
initializer for member 'private_module_t::pmem_master'
13107 hardware/libhardware/modules/gralloc/gralloc.cpp:100: warning: missing
initializer for member 'private_module_t::pmem_master_base'
13108 hardware/libhardware/modules/gralloc/gralloc.cpp:100: warning: missing
initializer for member 'private_module_t::info'
13109 hardware/libhardware/modules/gralloc/gralloc.cpp:100: warning: missing
initializer for member 'private_module_t::finfo'
13110 hardware/libhardware/modules/gralloc/gralloc.cpp:100: warning: missing
initializer for member 'private_module_t::xdpi'
13111 hardware/libhardware/modules/gralloc/gralloc.cpp:100: warning: missing
initializer for member 'private_module_t::ydpi'
13112 hardware/libhardware/modules/gralloc/gralloc.cpp:100: warning: missing
initializer for member 'private_module_t::fps'
13113 target thumb C++: gralloc.default <=
hardware/libhardware/modules/gralloc/framebuffer.cpp

13114 target thumb C++: gralloc.default <=
hardware/libhardware/modules/gralloc/mapper.cpp
13115 target thumb C: lights.s5pc110 <=
device/samsung/crespo/liblight/lights.c
13116 target thumb C++: overlay.s5pc110 <=
device/samsung/crespo/liboverlay/overlay.cpp
13117 target thumb C: overlay.s5pc110 <=
device/samsung/crespo/liboverlay/v4l2_utils.c
13118 target thumb C: sensors.goldfish <= sdk/emulator/sensors/sensors_qemu.c
13119 device/samsung/crespo/liboverlay/overlay.cpp:171: warning: missing
initializer for member 'hw_module_t::dso'
13120 device/samsung/crespo/liboverlay/overlay.cpp:171: warning: missing
initializer for member 'hw_module_t::reserved'
13121 device/samsung/crespo/liboverlay/overlay.cpp: In function 'int
overlay_setPosition(overlay_control_device_t*, overlay_t*, int, int,
uint32_t, uint32_t)':
13122 device/samsung/crespo/liboverlay/overlay.cpp:728: warning: comparison
between signed and unsigned integer expressions
13123 device/samsung/crespo/liboverlay/overlay.cpp:729: warning: comparison
between signed and unsigned integer expressions
13124 device/samsung/crespo/liboverlay/overlay.cpp:730: warning: comparison
between signed and unsigned integer expressions
13125 device/samsung/crespo/liboverlay/overlay.cpp:731: warning: comparison
between signed and unsigned integer expressions
13126 device/samsung/crespo/liboverlay/overlay.cpp:732: warning: comparison
between signed and unsigned integer expressions
13127 device/samsung/crespo/liboverlay/overlay.cpp:733: warning: comparison
between signed and unsigned integer expressions
13128 target thumb C++: sensors.herring <=
device/samsung/crespo/libsensors/sensors.cpp
13129 sdk/emulator/sensors/sensors_qemu.c:601: warning: initialization from
incompatible pointer type
13130 device/samsung/crespo/libsensors/sensors.cpp:123: warning: missing
initializer for member 'hw_module_t::dso'
13131 device/samsung/crespo/libsensors/sensors.cpp:123: warning: missing
initializer for member 'hw_module_t::reserved'
13132 target thumb C++: sensors.herring <=
device/samsung/crespo/libsensors/SensorBase.cpp
13133 target thumb C++: sensors.herring <=
device/samsung/crespo/libsensors/LightSensor.cpp
13134 target thumb C++: sensors.herring <=
device/samsung/crespo/libsensors/ProximitySensor.cpp
13135 target thumb C++: sensors.herring <=
device/samsung/crespo/libsensors/AkmSensor.cpp
13136 target thumb C++: sensors.herring <=
device/samsung/crespo/libsensors/GyroSensor.cpp
13137 target thumb C++: sensors.herring <=
device/samsung/crespo/libsensors/InputEventReader.cpp
13138 target thumb C++: libFFTEm <= external/neven/FaceDetector_jni.cpp
13139 target arm C: libFFTEm <=
external/neven/Embedded/common/src/b_BasicEm/Math.c
13140 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_APIEm/DCR.c
13141 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_APIEm/BFFaceFinder.c
13142 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_APIEm/FaceFinder.c

```
13143 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_APIEm/FaceFinderRef.c
13144 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_APIEm/Functions.c
13145 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BasicEm/APhArr.c
13146 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BasicEm/APh.c
13147 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BasicEm/Complex.c
13148 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BasicEm/ComplexArr.c
13149 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BasicEm/Context.c
13150 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BasicEm/DynMemManager.c
13151 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BasicEm/Functions.c
13152 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BasicEm/Int16Arr.c
13153 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BasicEm/Int32Arr.c
13154 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BasicEm/Int8Arr.c
13155 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BasicEm/MemSeg.c
13156 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BasicEm/MemTbl.c
13157 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BasicEm/Memory.c
13158 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BasicEm/Phase.c
13159 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BasicEm/String.c
13160 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BasicEm/UInt16Arr.c
13161 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BasicEm/UInt32Arr.c
13162 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BasicEm/UInt8Arr.c
13163 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/BitParam.c
13164 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/Feature.c
13165 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/Functions.c
13166 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/I04Dns2x2Ftr.c
13167 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/I04Dns2x4Ftr.c
13168 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/I04Tld2x4Ftr.c
13169 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/L01Dns2x4Ftr.c
13170 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/L01Tld1x1Ftr.c
```

13171 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/L01Tld2x4Ftr.c
13172 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/L04Dns2x2Ftr.c
13173 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/L04Dns2x4Ftr.c
13174 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/L04Tld2x4Ftr.c
13175 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/L04Dns3x3Ftr.c
13176 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/L06Dns3x3Ftr.c
13177 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/L06Dns4x4Ftr.c
13178 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/L06DnsNx4x4Ftr.c
13179 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/LocalScanDetector.c
13180 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/LocalScanner.c
13181 external/neven/Embedded/common/src/b_BitFeatureEm/LocalScanner.c: In
function 'bbf_LocalScanner_setWorkScanRegion':
13182 external/neven/Embedded/common/src/b_BitFeatureEm/LocalScanner.c:325:
warning: signed and unsigned type in conditional expression
13183 external/neven/Embedded/common/src/b_BitFeatureEm/LocalScanner.c:326:
warning: signed and unsigned type in conditional expression
13184 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/ScanDetector.c
13185 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/Scanner.c
13186 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_BitFeatureEm/Sequence.c
13187 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_ImageEm/APhImage.c
13188 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_ImageEm/ComplexImage.c
13189 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_ImageEm/Flt16Image.c
13190 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_ImageEm/Functions.c
13191 external/neven/Embedded/common/src/b_ImageEm/Functions.c: In function
'bim_filterWarpInterpolation':
13192 external/neven/Embedded/common/src/b_ImageEm/Functions.c:211: warning:
signed and unsigned type in conditional expression
13193 external/neven/Embedded/common/src/b_ImageEm/Functions.c:212: warning:
signed and unsigned type in conditional expression
13194 external/neven/Embedded/common/src/b_ImageEm/Functions.c:215: warning:
signed and unsigned type in conditional expression
13195 external/neven/Embedded/common/src/b_ImageEm/Functions.c:216: warning:
signed and unsigned type in conditional expression
13196 external/neven/Embedded/common/src/b_ImageEm/Functions.c: In function
'bim_filterWarpPixelReplication':
13197 external/neven/Embedded/common/src/b_ImageEm/Functions.c:543: warning:
signed and unsigned type in conditional expression
13198 external/neven/Embedded/common/src/b_ImageEm/Functions.c:544: warning:
signed and unsigned type in conditional expression

```
13199 external/neven/Embedded/common/src/b_ImageEm/Functions.c:547: warning:
signed and unsigned type in conditional expression
13200 external/neven/Embedded/common/src/b_ImageEm/Functions.c:548: warning:
signed and unsigned type in conditional expression
13201 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_ImageEm/HistoEq.c
13202 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_ImageEm/UInt16ByteImage.c
13203 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_ImageEm/UInt16BytePyrImage.c
13204 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_ImageEm/UInt8Image.c
13205 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_ImageEm/UInt32Image.c
13206 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_ImageEm/UInt8PyramidalImage.c
13207 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/Alt.c
13208 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/Cluster2D.c
13209 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/Cluster3D.c
13210 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/CompactAlt.c
13211 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/CompactMat.c
13212 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/Flt16Alt2D.c
13213 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/Flt16Alt3D.c
13214 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/Flt16Mat2D.c
13215 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/Flt16Mat3D.c
13216 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/Flt16Vec.c
13217 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/Flt16Vec3D.c
13218 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/Flt16Vec2D.c
13219 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/Functions.c
13220 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/IdCluster2D.c
13221 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/Int16Mat2D.c
13222 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/Int16Rect.c
13223 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/Int16Vec2D.c
13224 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/Int16Vec3D.c
13225 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/Int32Mat.c
13226 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/MapSequence.c
```

```
13227 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/Normalizer.c
13228 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/Mat.c
13229 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/RBFMap2D.c
13230 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/SubVecMap.c
13231 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/Uint32Rect.c
13232 target thumb C: libFFTEm <=
external/neven/Embedded/common/src/b_TensorEm/VectorMap.c
13233 target thumb C: libFFTEm <=
external/neven/FaceRecEm/common/src/b_FDSDK/DCR.c
13234 target thumb C: libFFTEm <=
external/neven/FaceRecEm/common/src/b_FDSDK/FaceFinder.c
13235 external/neven/FaceRecEm/common/src/b_FDSDK/DCR.c: In function
'btk_DCR_assignImageROI':
13236 external/neven/FaceRecEm/common/src/b_FDSDK/DCR.c:238: warning: signed
and unsigned type in conditional expression
13237 external/neven/FaceRecEm/common/src/b_FDSDK/DCR.c:239: warning: signed
and unsigned type in conditional expression
13238 target thumb C: libFFTEm <=
external/neven/FaceRecEm/common/src/b_FDSDK/SDK.c
13239 target arm C: libOMX.SEC.AVC.Decoder <=
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c
13240
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c: In function 'SEC_OMX_UseBuffer':
13241
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c:139: warning: comparison between signed and unsigned integer
expressions
13242
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c:156: warning: implicit declaration of function
'SEC_OSAL_SemaphorePost'
13243
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c: In function 'SEC_OMX_AllocateBuffer':
13244
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c:236: warning: comparison between signed and unsigned integer
expressions
13245
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c: In function 'SEC_OMX_FreeBuffer':
13246
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c:313: warning: comparison between signed and unsigned integer
expressions
13247 target arm C: libOMX.SEC.AVC.Decoder <=
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c
```

```
13248
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c: In function 'SEC_InputBufferGetQueue':
13249
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c:482: warning: implicit declaration of function
'SEC_OSAL_SemaphoreWait'
13250
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c:483: warning: implicit declaration of function
'SEC_OSAL_MutexLock'
13251
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c:488: warning: implicit declaration of function
'SEC_OSAL_MutexUnlock'
13252
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c: In function 'SEC_OMX_BufferProcess':
13253
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c:947: warning: comparison between signed and unsigned integer
expressions
13254
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c: In function 'SEC_OMX_VideoDecodeGetParameter':
13255
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c:1108: warning: implicit declaration of function
'SEC_OMX_GetParameter'
13256
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c: In function 'SEC_OMX_VideoDecodeSetParameter':
13257
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c:1206: warning: implicit declaration of function
'SEC_OMX_SetParameter'
13258
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c: In function 'SEC_OMX_VideoDecodeComponentInit':
13259
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c:1237: warning: implicit declaration of function
'SEC_OMX_BaseComponent_Constructor'
13260
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c:1243: warning: implicit declaration of function
'SEC_OMX_Port_Constructor'
13261
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c:1245: warning: implicit declaration of function
'SEC_OMX_BaseComponent_Destructor'
13262
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c:1261: warning: implicit declaration of function
'SEC_OSAL_Strcpy'
```

13263
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c: In function 'SEC_OMX_VideoDecodeComponentDeinit':
13264
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/../S
EC_OMX_Vdec.c:1347: warning: implicit declaration of function
'SEC_OMX_Port_Destructor'
13265
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c: In function 'SEC_MFC_H264Dec_GetParameter':
13266
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c:245: warning: implicit declaration of function
'SEC_OSAL_Strcpy'
13267
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c: In function 'SEC_MFC_H264Dec_SetParameter':
13268
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c:404: warning: implicit declaration of function
'SEC_OSAL_Strcmp'
13269
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c: In function 'SEC_MFC_H264Dec_SetConfig':
13270
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c:569: warning: implicit declaration of function
'SEC_OMX_SetConfig'
13271
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c: In function 'SEC_MFC_H264Dec_GetExtensionIndex':
13272
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c:622: warning: implicit declaration of function
'SEC_OMX_GetExtensionIndex'
13273
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c: In function 'SEC_MFC_H264_Decode':
13274
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c:788: warning: comparison between signed and unsigned integer
expressions
13275
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c:789: warning: comparison between signed and unsigned integer
expressions
13276
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c:797: warning: implicit declaration of function
'SEC_UpdateFrameSize'
13277
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c:952: warning: pointer of type 'void *' used in arithmetic
13278
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c:953: warning: pointer of type 'void *' used in arithmetic

13279
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c:953: warning: pointer of type 'void *' used in arithmetic
13280
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c:954: warning: pointer of type 'void *' used in arithmetic
13281
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c:954: warning: pointer of type 'void *' used in arithmetic
13282
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c:955: warning: pointer of type 'void *' used in arithmetic
13283
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c:955: warning: pointer of type 'void *' used in arithmetic
13284
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c: In function 'SEC_MFC_H264Dec_bufferProcess':
13285
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c:992: warning: implicit declaration of function
'SEC_Check_BufferProcess_State'
13286
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c:999: warning: comparison between signed and unsigned integer
expressions
13287
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c: In function 'SEC_OMX_ComponentInit':
13288
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c:1047: warning: implicit declaration of function
'SEC_OMX_VideoDecodeComponentInit'
13289 target arm C: libOMX.SEC.AVC.Decoder <=
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/libr
ary_register.c
13290 target thumb C: libsecosal <=
device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Event.c
13291
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c: In function 'SEC_MFC_H264_Decode':
13292
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c:914: warning: 'bufWidth' may be used uninitialized in this
function
13293
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/h264dec/SEC_
OMX_H264dec.c:914: warning: 'bufHeight' may be used uninitialized in this
function
13294 target thumb C: libsecosal <=
device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Queue.c
13295 target thumb C: libsecosal <=
device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_ETC.c
13296 device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Queue.c: In
function 'SEC_OSAL_QueueCreate':
13297 device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Queue.c:65:
warning: assignment from incompatible pointer type

13298 device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Queue.c:72:
warning: assignment from incompatible pointer type
13299 device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Queue.c:77:
warning: assignment from incompatible pointer type
13300 device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Queue.c: In
function 'SEC_OSAL_QueueTerminate':
13301 device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Queue.c:93:
warning: assignment from incompatible pointer type
13302 device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Queue.c: In
function 'SEC_OSAL_Queue':
13303 device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Queue.c:121:
warning: assignment from incompatible pointer type
13304 device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Queue.c: In
function 'SEC_OSAL_Dequeue':
13305 device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Queue.c:143:
warning: assignment from incompatible pointer type
13306 target thumb C: libsecosal <=
device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Mutex.c
13307 target thumb C: libsecosal <=
device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Thread.c
13308 device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Thread.c: In
function 'SEC_OSAL_ThreadCancle':
13309 device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Thread.c:136:
warning: passing argument 1 of 'pthread_exit' makes pointer from integer
without a cast
13310 bionic/libc/include/pthread.h:141: note: expected 'void *' but argument
is of type 'pthread_t'
13311 device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Thread.c: In
function 'SEC_OSAL_SleepMillisec':
13312 device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Thread.c:151:
warning: implicit declaration of function 'usleep'
13313 target thumb C: libsecosal <=
device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Memory.c
13314 target thumb C: libsecosal <=
device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Semaphore.c
13315 target thumb C: libsecosal <=
device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Library.c
13316 target thumb C: libsecosal <=
device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Log.c
13317 target thumb C: libsecbasecomponent <=
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c
13318 device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Semaphore.c: In
function 'SEC_OSAL_Get_SemaphoreCount':
13319 device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Semaphore.c:126:
warning: passing argument 2 of 'sem_getvalue' from incompatible pointer type
13320 bionic/libc/include/semaphore.h:45: note: expected 'int *' but argument
is of type 'OMX_U32 *'
13321 target thumb C: libsecbasecomponent <=
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basepor
t.c
13322 target thumb C: libsecbasecomponent <=
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c
13323
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basepor
t.c: In function

'SEC_OMX_FlushPort':device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/co
mmon/SEC_OMX_Basecomponent.c: In function 'SEC_OMX_GetComponentVersion':
13324
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:107: warning: implicit declaration of function 'SEC_OSAL_Strcpy'
13325
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:114: warning: implicit declaration of function 'getpid'
13326
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:115: warning: implicit declaration of function 'getuid'
13327
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c: In function 'SEC_OMX_ComponentStateSet':
13328
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:214: warning: implicit declaration of function
'SEC_OMX_Get_Resource'
13329
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:223: warning: implicit declaration of function
'SEC_OMX_Release_Resource'
13330
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:241: warning: implicit declaration of function
'SEC_OSAL_Get_SemaphoreCount'
13331
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:243: warning: implicit declaration of function
'SEC_OSAL_SemaphorePost'
13332
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:251: warning: implicit declaration of function
'SEC_OSAL_MutexTerminate'
13333
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:257: warning: implicit declaration of function
'SEC_OSAL_SemaphoreTerminate'
13334
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:230: warning: enumeration value 'OMX_StateInvalid' not handled in
switch
13335
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:230: warning: enumeration value 'OMX_StateKhronosExtensions' not
handled in switch
13336
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:230: warning: enumeration value 'OMX_StateVendorStartUnused' not
handled in switch
13337
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:230: warning: enumeration value 'OMX_StateMax' not handled in switch
13338
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:295: warning: comparison between signed and unsigned integer
expressions

13339
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:303: warning: passing argument 1 of 'pSECComponent-
>sec_FreeTunnelBuffer' from incompatible pointer type
13340
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:303: note: expected 'struct SEC_OMX_BASEPORT *' but argument is of
type 'struct SEC_OMX_BASECOMPONENT *'
13341
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:309: warning: implicit declaration of function
'SEC_OSAL_SemaphoreWait'
13342
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:317: warning: implicit declaration of function
'SEC_OMX_Out_WaitForResource'
13343
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:330: warning: comparison between signed and unsigned integer
expressions
13344
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:355: warning: implicit declaration of function
'SEC_OSAL_SemaphoreCreate'
13345
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:358: warning: implicit declaration of function
'SEC_OSAL_MutexCreate'
13346
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:328: warning: enumeration value 'OMX_StateInvalid' not handled in
switch
13347
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:328: warning: enumeration value 'OMX_StateIdle' not handled in
switch
13348
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:328: warning: enumeration value 'OMX_StateKhronosExtensions' not
handled in switch
13349
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:328: warning: enumeration value 'OMX_StateVendorStartUnused' not
handled in switch
13350
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:328: warning: enumeration value 'OMX_StateMax' not handled in switch
13351
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:399: warning: comparison between signed and unsigned integer
expressions
13352
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:402: warning: comparison between signed and unsigned integer
expressions
13353
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom

ponent.c:413: warning: comparison between signed and unsigned integer
expressions
13354
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:418: warning: comparison between signed and unsigned integer
expressions
13355
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:420: warning: comparison between signed and unsigned integer
expressions
13356
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:394: warning: enumeration value 'OMX_StateInvalid' not handled in
switch
13357
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:394: warning: enumeration value 'OMX_StateExecuting' not handled in
switch
13358
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:394: warning: enumeration value 'OMX_StateKhronosExtensions' not
handled in switch
13359
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basepor
t.c:113: warning: comparison between signed and unsigned integer expressions
13360
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basepor
t.c:116: warning: comparison between signed and unsigned integer expressions
13361
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basepor
t.c:121: warning: passing argument 2 of 'SEC_OSAL_Get_SemaphoreCount' from
incompatible pointer type
13362 device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Semaphore.h:43:
note: expected 'OMX_S32 *' but argument is of type 'int *'
13363
13364
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:394: warning: enumeration value 'OMX_StateVendorStartUnused' not
handled in switch
13365
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:394: warning: enumeration value 'OMX_StateMax' not handled in switch
13366
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:436: warning: enumeration value 'OMX_StateInvalid' not handled in
switch
13367
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:436: warning: enumeration value 'OMX_StatePause' not handled in
switch
13368
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:436: warning: enumeration value 'OMX_StateKhronosExtensions' not
handled in switch
13369
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom

ponent.c:436: warning: enumeration value 'OMX_StateVendorStartUnused' not
handled in switch
13370
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:436: warning: enumeration value 'OMX_StateMax' not handled in switch
13371
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:454: warning: implicit declaration of function
'SEC_OMX_In_WaitForResource'
13372
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:452: warning: enumeration value 'OMX_StateInvalid' not handled in
switch
13373
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:452: warning: enumeration value 'OMX_StateWaitForResources' not
handled in switch
13374
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:452: warning: enumeration value 'OMX_StateKhronosExtensions' not
handled in switch
13375
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:452: warning: enumeration value 'OMX_StateVendorStartUnused' not
handled in switch
13376
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:452: warning: enumeration value 'OMX_StateMax' not handled in switch
13377
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:228: warning: enumeration value 'OMX_StateKhronosExtensions' not
handled in switch
13378
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:228: warning: enumeration value 'OMX_StateVendorStartUnused' not
handled in switch
13379
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:228: warning: enumeration value 'OMX_StateMax' not handled in switch
13380
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c: In function 'SEC_SetPortFlush':
13381
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:593: warning: comparison between signed and unsigned integer
expressions
13382
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:602: warning: comparison between signed and unsigned integer
expressions
13383
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:604: warning: comparison between signed and unsigned integer
expressions
13384
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c: In function 'SEC_SetPortEnable':

13385
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:629: warning: comparison between signed and unsigned integer
expressions
13386
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:635: warning: comparison between signed and unsigned integer
expressions
13387
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c: In function 'SEC_SetPortDisable':
13388
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:672: warning: comparison between signed and unsigned integer
expressions
13389
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:678: warning: comparison between signed and unsigned integer
expressions
13390 target arm C: libsecmfcdecapi <=
device/samsung/crespo/sec_mm/sec_codecs//video/mfc_c110/dec/src/SsbSi
pMfcDecAPI.c
13391
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c: In function 'addElementList':
13392
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c:58: warning: assignment from incompatible pointer type
13393
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c:60: warning: implicit declaration of function 'SEC_OSAL_Malloc'
13394
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c:60: warning: assignment from incompatible pointer type
13395
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c: In function 'removeElementList':
13396
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c:101: warning: assignment from incompatible pointer type
13397
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c:102: warning: implicit declaration of function 'SEC_OSAL_Free'
13398
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c:111: warning: assignment from incompatible pointer type
13399
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c: In function 'searchLowPriority':
13400
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c:137: warning: comparison between signed and unsigned integer
expressions
13401
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c:146: warning: assignment from incompatible pointer type

13402
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c: In function 'SEC_OMX_ResourceManager_Init':
13403
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c:188: warning: implicit declaration of function
'SEC_OSAL_MutexCreate'
13404
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c: In function 'SEC_OMX_ResourceManager_Deinit':
13405
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c:201: warning: implicit declaration of function
'SEC_OSAL_MutexLock'
13406
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c:206: warning: assignment from incompatible pointer type
13407
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c:216: warning: assignment from incompatible pointer type
13408
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c:222: warning: implicit declaration of function
'SEC_OSAL_MutexUnlock'
13409
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c:224: warning: implicit declaration of function
'SEC_OSAL_MutexTerminate'
13410
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c: In function 'SEC_OMX_Get_Resource':
13411
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c:253: warning: assignment from incompatible pointer type
13412
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c: In function 'SEC_OMX_Release_Resource':
13413
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Resourc
emanager.c:323: warning: assignment from incompatible pointer type
13414
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c: In function 'SEC_OMX_SetParameter':
13415
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/common/SEC_OMX_Basecom
ponent.c:1100: warning: 'pSECPort' may be used uninitialized in this function
13416 target arm C: libOMX.SEC.AVC.Encoder <=
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c
13417
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c: In function 'SEC_OMX_UseBuffer':
13418
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c:138: warning: comparison between signed and unsigned integer
expressions

13419
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c:155: warning: implicit declaration of function
'SEC_OSAL_SemaphorePost'
13420
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c: In function 'SEC_OMX_AllocateBuffer':
13421
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c:235: warning: comparison between signed and unsigned integer
expressions
13422
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c: In function 'SEC_OMX_FreeBuffer':
13423
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c:312: warning: comparison between signed and unsigned integer
expressions
13424
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c: In function 'SEC_InputBufferGetQueue':
13425
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c:481: warning: implicit declaration of function
'SEC_OSAL_SemaphoreWait'
13426
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c:482: warning: implicit declaration of function
'SEC_OSAL_MutexLock'
13427
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c:487: warning: implicit declaration of function
'SEC_OSAL_MutexUnlock'
13428
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c: In function 'SEC_Preprocessor_InputData':
13429
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c:706: warning: comparison between signed and unsigned integer
expressions
13430
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c: In function 'SEC_OMX_BufferProcess':
13431
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c:981: warning: comparison between signed and unsigned integer
expressions
13432
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c: In function 'SEC_OMX_VideoEncodeGetParameter':
13433
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c:1142: warning: implicit declaration of function
'SEC_OMX_GetParameter'
13434
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c: In function 'SEC_OMX_VideoEncodeSetParameter':

                                   Expert Report of Prof. Douglas C. Schmidt

13435
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c:1240: warning: implicit declaration of function
'SEC_OMX_SetParameter'
13436
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c: In function 'SEC_OMX_VideoEncodeComponentInit':
13437
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c:1271: warning: implicit declaration of function
'SEC_OMX_BaseComponent_Constructor'
13438
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c:1277: warning: implicit declaration of function
'SEC_OMX_Port_Constructor'
13439
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c:1279: warning: implicit declaration of function
'SEC_OMX_BaseComponent_Destructor'
13440
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c:1295: warning: implicit declaration of function
'SEC_OSAL_Strcpy'
13441
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c: In function 'SEC_OMX_VideoEncodeComponentDeinit':
13442
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/../S
EC_OMX_Venc.c:1381: warning: implicit declaration of function
'SEC_OMX_Port_Destructor'
13443 target arm C: libOMX.SEC.AVC.Encoder <=
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/SEC_
OMX_H264enc.c
13444
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/SEC_
OMX_H264enc.c: In function 'FindDelimiter':
13445
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/SEC_
OMX_H264enc.c:137: warning: comparison between signed and unsigned integer
expressions
13446
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/SEC_
OMX_H264enc.c: In function 'SEC_MFC_H264Enc_GetParameter':
13447
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/SEC_
OMX_H264enc.c:310: warning: implicit declaration of function
'SEC_OSAL_Strcpy'
13448
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/SEC_
OMX_H264enc.c: In function 'SEC_MFC_H264Enc_SetParameter':target arm C:
libOMX.SEC.AVC.Encoder <=
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/libr
ary_register.c
13449
13450
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/SEC_

OMX_H264enc.c:469: warning: implicit declaration of function
'SEC_OSAL_Strcmp'
13451
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/SEC_
OMX_H264enc.c: In function 'SEC_MFC_H264Enc_SetConfig':
13452
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/SEC_
OMX_H264enc.c:569: warning: implicit declaration of function
'SEC_OMX_SetConfig'
13453
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/SEC_
OMX_H264enc.c: In function 'SEC_MFC_H264_Encode':
13454
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/SEC_
OMX_H264enc.c:713: warning: pointer targets in assignment differ in
signedness
13455
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/SEC_
OMX_H264enc.c:720: warning: pointer of type 'void *' used in arithmetic
13456
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/SEC_
OMX_H264enc.c: In function 'SEC_MFC_H264Enc_bufferProcess':
13457
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/SEC_
OMX_H264enc.c:843: warning: implicit declaration of function
'SEC_Check_BufferProcess_State'
13458
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/SEC_
OMX_H264enc.c: In function 'SEC_OMX_ComponentInit':
13459
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/h264enc/SEC_
OMX_H264enc.c:892: warning: implicit declaration of function
'SEC_OMX_VideoEncodeComponentInit'
13460 target arm C: libsecmfcencapi <=
device/samsung/crespo/sec_mm/sec_omx/sec_codecs//video/mfc_c110/enc/src/SsbSi
pMfcEncAPI.c
13461 target arm C: libOMX.SEC.M4V.Decoder <=
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c
13462
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c: In function 'SEC_OMX_UseBuffer':
13463
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c:139: warning: comparison between signed and unsigned integer
expressions
13464
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c:156: warning: implicit declaration of function
'SEC_OSAL_SemaphorePost'
13465
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c: In function 'SEC_OMX_AllocateBuffer':
13466
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c:236: warning: comparison between signed and unsigned integer
expressions

```
13467
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c: In function 'SEC_OMX_FreeBuffer':
13468
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c:313: warning: comparison between signed and unsigned integer
expressions
13469
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c: In function 'SEC_InputBufferGetQueue':
13470
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c:482: warning: implicit declaration of function
'SEC_OSAL_SemaphoreWait'
13471
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c:483: warning: implicit declaration of function
'SEC_OSAL_MutexLock'
13472
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c:488: warning: implicit declaration of function
'SEC_OSAL_MutexUnlock'
13473
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c: In function 'SEC_OMX_BufferProcess':
13474
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c:947: warning: comparison between signed and unsigned integer
expressions
13475
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c: In function 'SEC_OMX_VideoDecodeGetParameter':
13476
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c:1108: warning: implicit declaration of function
'SEC_OMX_GetParameter'
13477
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c: In function 'SEC_OMX_VideoDecodeSetParameter':
13478
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c:1206: warning: implicit declaration of function
'SEC_OMX_SetParameter'
13479
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c: In function 'SEC_OMX_VideoDecodeComponentInit':
13480
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c:1237: warning: implicit declaration of function
'SEC_OMX_BaseComponent_Constructor'
13481
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c:1243: warning: implicit declaration of function
'SEC_OMX_Port_Constructor'
13482
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
```

```
SEC_OMX_Vdec.c:1245: warning: implicit declaration of function
'SEC_OMX_BaseComponent_Destructor'
13483
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c:1261: warning: implicit declaration of function
'SEC_OSAL_Strcpy'
13484
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c: In function 'SEC_OMX_VideoDecodeComponentDeinit':
13485
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/../
SEC_OMX_Vdec.c:1347: warning: implicit declaration of function
'SEC_OMX_Port_Destructor'
13486 target arm C: libOMX.SEC.M4V.Decoder <=
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c
13487 target arm C: libOMX.SEC.M4V.Decoder <=
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/lib
rary_register.c
13488
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c: In function 'Check_Mpeg4_Frame':
13489
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:150: warning: comparison between signed and unsigned integer
expressions
13490
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:161: warning: comparison between signed and unsigned integer
expressions
13491
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c: In function 'Check_H263_Frame':
13492
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:198: warning: comparison between signed and unsigned integer
expressions
13493
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:209: warning: comparison between signed and unsigned integer
expressions
13494
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c: In function 'SEC_MFC_Mpeg4Dec_GetParameter':
13495
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:343: warning: implicit declaration of function
'SEC_OSAL_Strcpy'
13496
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c: In function 'SEC_MFC_Mpeg4Dec_SetParameter':
13497
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:541: warning: implicit declaration of function
'SEC_OSAL_Strcmp'
```

```
13498
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c: In function 'SEC_MFC_Mpeg4Dec_SetConfig':
13499
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:720: warning: implicit declaration of function
'SEC_OMX_SetConfig'
13500
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c: In function 'SEC_MFC_Mpeg4Dec_GetExtensionIndex':
13501
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:773: warning: implicit declaration of function
'SEC_OMX_GetExtensionIndex'
13502
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c: In function 'SEC_MFC_Mpeg4_Decode':
13503
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:964: warning: comparison between signed and unsigned integer
expressions
13504
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:965: warning: comparison between signed and unsigned integer
expressions
13505
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:972: warning: implicit declaration of function
'SEC_UpdateFrameSize'
13506
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:1132: warning: pointer of type 'void *' used in arithmetic
13507
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:1133: warning: pointer of type 'void *' used in arithmetic
13508
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:1133: warning: pointer of type 'void *' used in arithmetic
13509
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:1134: warning: pointer of type 'void *' used in arithmetic
13510
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:1134: warning: pointer of type 'void *' used in arithmetic
13511
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:1135: warning: pointer of type 'void *' used in arithmetic
13512
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:1135: warning: pointer of type 'void *' used in arithmetic
13513
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c: In function 'SEC_MFC_Mpeg4Dec_bufferProcess':
13514
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:1172: warning: implicit declaration of function
'SEC_Check_BufferProcess_State'
```

13515
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:1179: warning: comparison between signed and unsigned integer
expressions
13516
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c: In function 'SEC_OMX_ComponentInit':
13517
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:1232: warning: implicit declaration of function
'SEC_OMX_VideoDecodeComponentInit'
13518
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:1349: warning: assignment from incompatible pointer type
13519
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:1351: warning: assignment from incompatible pointer type
13520 target arm C: libOMX.SEC.M4V.Encoder <=
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c
13521
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c: In function 'SEC_MFC_Mpeg4_Decode':
13522
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:1094: warning: 'bufWidth' may be used uninitialized in this
function
13523
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/dec/mpeg4dec/SEC
_OMX_Mpeg4dec.c:1094: warning: 'bufHeight' may be used uninitialized in this
function
13524 target arm C: libOMX.SEC.M4V.Encoder <=
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/SEC
_OMX_Mpeg4enc.c
13525
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c: In function 'SEC_OMX_UseBuffer':
13526
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c:138: warning: comparison between signed and unsigned integer
expressions
13527
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c:155: warning: implicit declaration of function
'SEC_OSAL_SemaphorePost'
13528
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c: In function 'SEC_OMX_AllocateBuffer':
13529
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c:235: warning: comparison between signed and unsigned integer
expressions
13530
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c: In function 'SEC_OMX_FreeBuffer':
13531
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../

SEC_OMX_Venc.c:312: warning: comparison between signed and unsigned integer
expressions
13532
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c: In function 'SEC_InputBufferGetQueue':
13533
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c:481: warning: implicit declaration of function
'SEC_OSAL_SemaphoreWait'
13534
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c:482: warning: implicit declaration of function
'SEC_OSAL_MutexLock'
13535
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c:487: warning: implicit declaration of function
'SEC_OSAL_MutexUnlock'
13536
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c: In function 'SEC_Preprocessor_InputData':
13537
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c:706: warning: comparison between signed and unsigned integer
expressions
13538
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c: In function 'SEC_OMX_BufferProcess':
13539
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c:981: warning: comparison between signed and unsigned integer
expressions
13540
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c: In function 'SEC_OMX_VideoEncodeGetParameter':
13541
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c:1142: warning: implicit declaration of function
'SEC_OMX_GetParameter'
13542
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c: In function 'SEC_OMX_VideoEncodeSetParameter':
13543
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c:1240: warning: implicit declaration of function
'SEC_OMX_SetParameter'
13544
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c: In function 'SEC_OMX_VideoEncodeComponentInit':
13545
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c:1271: warning: implicit declaration of function
'SEC_OMX_BaseComponent_Constructor'
13546
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c:1277: warning: implicit declaration of function
'SEC_OMX_Port_Constructor'

13547
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c:1279: warning: implicit declaration of function
'SEC_OMX_BaseComponent_Destructor'
13548
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c:1295: warning: implicit declaration of function
'SEC_OSAL_Strcpy'
13549
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c: In function 'SEC_OMX_VideoEncodeComponentDeinit':
13550
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/../
SEC_OMX_Venc.c:1381: warning: implicit declaration of function
'SEC_OMX_Port_Destructor'
13551
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/SEC
_OMX_Mpeg4enc.c: In function 'SEC_MFC_Mpeg4Enc_GetParameter':
13552
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/SEC
_OMX_Mpeg4enc.c:365: warning: implicit declaration of function
'SEC_OSAL_Strcpy'
13553
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/SEC
_OMX_Mpeg4enc.c: In function 'SEC_MFC_Mpeg4Enc_SetParameter':
13554
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/SEC
_OMX_Mpeg4enc.c:563: warning: implicit declaration of function
'SEC_OSAL_Strcmp'
13555
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/SEC
_OMX_Mpeg4enc.c: In function 'SEC_MFC_Mpeg4Enc_SetConfig':
13556
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/SEC
_OMX_Mpeg4enc.c:683: warning: implicit declaration of function
'SEC_OMX_SetConfig'
13557
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/SEC
_OMX_Mpeg4enc.c: In function 'SEC_MFC_Mpeg4Enc_bufferProcess':
13558
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/SEC
_OMX_Mpeg4enc.c:969: warning: implicit declaration of function
'SEC_Check_BufferProcess_State'
13559
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/SEC
_OMX_Mpeg4enc.c:975: warning: comparison between signed and unsigned integer
expressions
13560
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/SEC
_OMX_Mpeg4enc.c: In function 'SEC_OMX_ComponentInit':
13561
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/SEC
_OMX_Mpeg4enc.c:1027: warning: implicit declaration of function
'SEC_OMX_VideoEncodeComponentInit'
13562 target arm C: libOMX.SEC.M4V.Encoder <=
device/samsung/crespo/sec_mm/sec_omx/sec_omx_component/video/enc/mpeg4enc/lib
rary_register.c

13563 target thumb C++: libOpenSLES <=
system/media/opensles/libopensles/android_AudioPlayer.cpp
13564 target thumb C++: libOpenSLES <=
system/media/opensles/libopensles/android_AudioRecorder.cpp
13565 target thumb C++: libOpenSLES <=
system/media/opensles/libopensles/android_OutputMix.cpp
13566 target thumb C++: libOpenSLES <=
system/media/opensles/libopensles/android_SfPlayer.cpp
13567 system/media/opensles/libopensles/android_SfPlayer.cpp: In member
function 'void android::SfPlayer::onDecode()':
13568 system/media/opensles/libopensles/android_SfPlayer.cpp:659: warning:
comparison between signed and unsigned integer expressions
13569 target thumb C++: libOpenSLES <=
system/media/opensles/libopensles/android_Effect.cpp
13570 target thumb C: libOpenSLES <=
system/media/opensles/libopensles/OpenSLES_IID.c
13571 target thumb C: libOpenSLES <=
system/media/opensles/libopensles/classes.c
13572 target thumb C: libOpenSLES <=
system/media/opensles/libopensles/devices.c
13573 target thumb C: libOpenSLES <=
system/media/opensles/libopensles/trace.c
13574 target thumb C: libOpenSLES <=
system/media/opensles/libopensles/locks.c
13575 target thumb C: libOpenSLES <= system/media/opensles/libopensles/sles.c
13576 target thumb C: libOpenSLES <=
system/media/opensles/libopensles/sllog.c
13577 target thumb C: libOpenSLES <=
system/media/opensles/libopensles/IID_to_MPH.c
13578 target thumb C: libOpenSLES <=
system/media/opensles/libopensles/ThreadPool.c
13579 target thumb C: libOpenSLES <=
system/media/opensles/libopensles/C3DGroup.c
13580 target thumb C: libOpenSLES <=
system/media/opensles/libopensles/CAudioPlayer.c
13581 target thumb C: libOpenSLES <=
system/media/opensles/libopensles/CAudioRecorder.c
13582 target thumb C: libOpenSLES <=
system/media/opensles/libopensles/CEngine.c
13583 target thumb C: libOpenSLES <=
system/media/opensles/libopensles/COutputMix.c
13584 target thumb C: libOpenSLES <=
system/media/opensles/libopensles/IAndroidConfiguration.c
13585 target thumb C: libOpenSLES <=
system/media/opensles/libopensles/IAndroidEffect.c
13586 target thumb C: libOpenSLES <=
system/media/opensles/libopensles/IAndroidEffectCapabilities.c
13587 target thumb C: libOpenSLES <=
system/media/opensles/libopensles/IAndroidEffectSend.c
13588 target thumb C: libOpenSLES <=
system/media/opensles/libopensles/IBassBoost.c
13589 target thumb C: libOpenSLES <=
system/media/opensles/libopensles/IBufferQueue.c
13590 system/media/opensles/libopensles/IAndroidEffectSend.c: In function
'SLresult IAndroidEffectSend_EnableEffectSend(const SLAndroidEffectSendItf_*
const*, const SLInterfaceID_*, SLboolean, SLmillibel)':

13591 system/media/opensles/libopensles/IAndroidEffectSend.c:27: warning: comparison is always true due to limited range of data type
13592 system/media/opensles/libopensles/IAndroidEffectSend.c: In function 'SLresult IAndroidEffectSend_SetDirectLevel(const SLAndroidEffectSendItf_* const*, SLmillibel)':
13593 system/media/opensles/libopensles/IAndroidEffectSend.c:88: warning: comparison is always true due to limited range of data type
13594 system/media/opensles/libopensles/IAndroidEffectSend.c: In function 'SLresult IAndroidEffectSend_SetSendLevel(const SLAndroidEffectSendItf_* const*, const SLInterfaceID_*, SLmillibel)':
13595 system/media/opensles/libopensles/IAndroidEffectSend.c:147: warning: comparison is always true due to limited range of data type
13596 target thumb C: libOpenSLES <= system/media/opensles/libopensles/IDynamicInterfaceManagement.c
13597 target thumb C: libOpenSLES <= system/media/opensles/libopensles/IEffectSend.c
13598 target thumb C: libOpenSLES <= system/media/opensles/libopensles/IEngine.c
13599 target thumb C: libOpenSLES <= system/media/opensles/libopensles/IEnvironmentalReverb.c
13600 system/media/opensles/libopensles/IEffectSend.c: In function 'SLresult IEffectSend_EnableEffectSend(const SLEffectSendItf_* const*, const void*, SLboolean, SLmillibel)':
13601 system/media/opensles/libopensles/IEffectSend.c:116: warning: comparison is always true due to limited range of data type
13602 system/media/opensles/libopensles/IEffectSend.c: In function 'SLresult IEffectSend_SetDirectLevel(const SLEffectSendItf_* const*, SLmillibel)':
13603 system/media/opensles/libopensles/IEffectSend.c:190: warning: comparison is always true due to limited range of data type
13604 system/media/opensles/libopensles/IEffectSend.c: In function 'SLresult IEffectSend_SetSendLevel(const SLEffectSendItf_* const*, const void*, SLmillibel)':
13605 system/media/opensles/libopensles/IEffectSend.c:251: warning: comparison is always true due to limited range of data type
13606 target thumb C: libOpenSLES <= system/media/opensles/libopensles/IEqualizer.c
13607 target thumb C: libOpenSLES <= system/media/opensles/libopensles/IMuteSolo.c
13608 system/media/opensles/libopensles/IEnvironmentalReverb.c: In function 'SLresult IEnvironmentalReverb_SetRoomLevel(const SLEnvironmentalReverbItf_* const*, SLmillibel)':
13609 system/media/opensles/libopensles/IEnvironmentalReverb.c:42: warning: comparison is always true due to limited range of data type
13610 system/media/opensles/libopensles/IEnvironmentalReverb.c: In function 'SLresult IEnvironmentalReverb_SetRoomHFLevel(const SLEnvironmentalReverbItf_* const*, SLmillibel)':
13611 system/media/opensles/libopensles/IEnvironmentalReverb.c:101: warning: comparison is always true due to limited range of data type
13612 system/media/opensles/libopensles/IEnvironmentalReverb.c: In function 'SLresult IEnvironmentalReverb_SetReflectionsLevel(const SLEnvironmentalReverbItf_* const*, SLmillibel)':
13613 system/media/opensles/libopensles/IEnvironmentalReverb.c:278: warning: comparison is always true due to limited range of data type
13614 system/media/opensles/libopensles/IEnvironmentalReverb.c: In function 'SLresult IEnvironmentalReverb_SetReverbLevel(const SLEnvironmentalReverbItf_* const*, SLmillibel)':

13615 system/media/opensles/libopensles/IEnvironmentalReverb.c:396: warning: comparison is always true due to limited range of data type
13616 system/media/opensles/libopensles/IEnvironmentalReverb.c: In function 'SLresult IEnvironmentalReverb_SetEnvironmentalReverbProperties(const SLEnvironmentalReverbItf_* const*, const SLEnvironmentalReverbSettings*)':
13617 system/media/opensles/libopensles/IEnvironmentalReverb.c:636: warning: comparison is always true due to limited range of data type
13618 system/media/opensles/libopensles/IEnvironmentalReverb.c:638: warning: comparison is always true due to limited range of data type
13619 system/media/opensles/libopensles/IEnvironmentalReverb.c:644: warning: comparison is always true due to limited range of data type
13620 system/media/opensles/libopensles/IEnvironmentalReverb.c:649: warning: comparison is always true due to limited range of data type
13621 target thumb C: libOpenSLES <= system/media/opensles/libopensles/IObject.c
13622 system/media/opensles/libopensles/IEqualizer.c: In function 'SLresult IEqualizer_GetCurrentPreset(const SLEqualizerItf_* const*, SLuint16*)':
13623 system/media/opensles/libopensles/IEqualizer.c:361: warning: comparison is always false due to limited range of data type
13624 target thumb C: libOpenSLES <= system/media/opensles/libopensles/IOutputMix.c
13625 target thumb C: libOpenSLES <= system/media/opensles/libopensles/IPlay.c
13626 target thumb C: libOpenSLES <= system/media/opensles/libopensles/IPlaybackRate.c
13627 target thumb C: libOpenSLES <= system/media/opensles/libopensles/IPrefetchStatus.c
13628 target thumb C: libOpenSLES <= system/media/opensles/libopensles/IPresetReverb.c
13629 target thumb C: libOpenSLES <= system/media/opensles/libopensles/IRecord.c
13630 target thumb C: libOpenSLES <= system/media/opensles/libopensles/ISeek.c
13631 target thumb C: libOpenSLES <= system/media/opensles/libopensles/IVirtualizer.c
13632 target thumb C: libOpenSLES <= system/media/opensles/libopensles/IVolume.c
13633 target thumb C: libopensles_helper <= system/media/opensles/libopensles/MPH_to.c
13634 target thumb C: libOpenSLESUT <= system/media/opensles/libopensles/OpenSLESUT.c
13635 target thumb C: libOpenSLESUT <= system/media/opensles/libopensles/slesutResult.c
13636 target arm C: libSEC_OMX_Core <= device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Component_Register.c
13637 target arm C: libSEC_OMX_Core <= device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Core.c
13638 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Component_Register.c: In function 'SEC_OMX_Component_Register':
13639 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Component_Register.c:107: warning: comparison between signed and unsigned integer expressions
13640 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Component_Register.c: In function 'SEC_OMX_ComponentLoad':

13641 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Component_Register.c:196: warning: pointer targets in passing argument 1 of 'SEC_OSAL_dlopen' differ in signedness
13642 device/samsung/crespo/sec_mm/sec_omx/sec_osal/SEC_OSAL_Library.h:37: note: expected 'const char *' but argument is of type 'OMX_U8 *'
13643 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Component_Register.c:213: warning: pointer targets in passing argument 2 of 'SEC_OMX_ComponentInit' differ in signedness
13644 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Component_Register.c:213: note: expected 'OMX_STRING' but argument is of type 'OMX_U8 *'
13645 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Core.c: In function 'SEC_OMX_Init':
13646 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Core.c:59: warning: passing argument 2 of 'SEC_OMX_Component_Register' from incompatible pointer type
13647 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Component_Register.h:65: note: expected 'OMX_U32 *' but argument is of type 'int *'
13648 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Core.c:67: warning: implicit declaration of function 'SEC_OSAL_MutexCreate'
13649 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Core.c: In function 'SEC_OMX_Deinit':
13650 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Core.c:85: warning: implicit declaration of function 'SEC_OSAL_MutexTerminate'
13651 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Core.c: In function 'SEC_OMX_ComponentNameEnum':
13652 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Core.c:113: warning: comparison between signed and unsigned integer expressions
13653 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Core.c: In function 'SEC_OMX_GetHandle':
13654 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Core.c:152: warning: implicit declaration of function 'SEC_OSAL_Strcmp'
13655 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Core.c:156: warning: implicit declaration of function 'SEC_OSAL_Strcpy'
13656 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Core.c:173: warning: implicit declaration of function 'SEC_OSAL_MutexLock'
13657 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Core.c:179: warning: assignment from incompatible pointer type
13658 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Core.c:181: warning: assignment from incompatible pointer type
13659 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Core.c:183: warning: implicit declaration of function 'SEC_OSAL_MutexUnlock'
13660 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Core.c: In function 'SEC_OMX_FreeHandle':
13661 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Core.c:222: warning: assignment from incompatible pointer type
13662 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Core.c:225: warning: assignment from incompatible pointer type
13663 device/samsung/crespo/sec_mm/sec_omx/sec_omx_core/SEC_OMX_Core.c:228: warning: assignment from incompatible pointer type
13664 system/media/opensles/libopensles/IVolume.c: In function 'SLresult IVolume_SetVolumeLevel(const SLVolumeItf_* const*, SLmillibel)':
13665 system/media/opensles/libopensles/IVolume.c:26: warning: comparison is always true due to limited range of data type

```
13666 target thumb C++: libSR_AudioIn <=
external/srec/audio/AudioIn/UNIX/src/audioinwrapper.cpp
13667 target thumb C: libSR_AudioIn <=
external/srec/audio/AudioIn/UNIX/src/audioin.c
13668 target thumb C: libSR_AudioIn <=
external/srec/audio/AudioIn/UNIX/src/filter.c
13669 target thumb C: libESR_Portable <=
external/srec/portable/src/ArrayList.c
13670 target thumb C: libESR_Portable <=
external/srec/portable/src/ArrayListImpl.c
13671 target thumb C: libESR_Portable <=
external/srec/portable/src/ESR_ReturnCode.c
13672 target thumb C: libESR_Portable <= external/srec/portable/src/LCHAR.c
13673 target thumb C: libESR_Portable <=
external/srec/portable/src/pcputimer.c
13674 target thumb C: libESR_Portable <= external/srec/portable/src/pcrc.c
13675 target thumb C: libESR_Portable <= external/srec/portable/src/pendian.c
13676 target thumb C: libESR_Portable <=
external/srec/portable/src/PFileWrap.c
13677 target thumb C: libESR_Portable <=
external/srec/portable/src/UNIX/PFileWrapUNIX_OS_Specific.c
13678 target thumb C: libESR_Portable <=
external/srec/portable/src/phashtable.c
13679 target thumb C: libESR_Portable <=
external/srec/portable/src/pLastError.c
13680 target thumb C: libESR_Portable <= external/srec/portable/src/plog.c
13681 target thumb C: libESR_Portable <= external/srec/portable/src/pmalloc.c
13682 target thumb C: libESR_Portable <= external/srec/portable/src/pmemory.c
13683 target thumb C: libESR_Portable <=
external/srec/portable/src/pmemory_ext.c
13684 target thumb C: libESR_Portable <=
external/srec/portable/src/PStackSize.c
13685 target thumb C: libESR_Portable <=
external/srec/portable/src/ptimestamp.c
13686 target thumb C: libESR_Portable <= external/srec/portable/src/ptypes.c
13687 target thumb C++: libacc <= system/core/libacc/acc.cpp
13688 target thumb C++: libandroid <=
frameworks/base/native/android/asset_manager.cpp
13689 target thumb C++: libandroid <=
frameworks/base/native/android/configuration.cpp
13690 target thumb C++: libandroid <=
frameworks/base/native/android/input.cpp
13691 target thumb C++: libandroid <=
frameworks/base/native/android/looper.cpp
13692 target thumb C++: libandroid <=
frameworks/base/native/android/native_activity.cpp
13693 target thumb C++: libandroid <=
frameworks/base/native/android/native_window.cpp
13694 target thumb C++: libandroid <= frameworks/base/native/android/obb.cpp
13695 target thumb C++: libandroid <=
frameworks/base/native/android/sensor.cpp
13696 target thumb C++: libandroid <=
frameworks/base/native/android/storage_manager.cpp
13697 target thumb C++: libstorage <=
frameworks/base/libs/storage/IMountServiceListener.cpp
13698 target thumb C++: libstorage <=
frameworks/base/libs/storage/IMountShutdownObserver.cpp
```

```
13699 target thumb C++: libstorage <=
frameworks/base/libs/storage/IObbActionListener.cpp
13700 target thumb C++: libstorage <=
frameworks/base/libs/storage/IMountService.cpp
13701 target thumb C++: libandroid_servers <=
frameworks/base/services/jni/com_android_server_AlarmManagerService.cpp
13702 target thumb C++: libandroid_servers <=
frameworks/base/services/jni/com_android_server_BatteryService.cpp
13703 target thumb C++: libandroid_servers <=
frameworks/base/services/jni/com_android_server_InputManager.cpp
13704 target thumb C++: libandroid_servers <=
frameworks/base/services/jni/com_android_server_LightsService.cpp
13705 target thumb C++: libandroid_servers <=
frameworks/base/services/jni/com_android_server_PowerManagerService.cpp
13706 target thumb C++: libandroid_servers <=
frameworks/base/services/jni/com_android_server_SystemServer.cpp
13707 target thumb C++: libandroid_servers <=
frameworks/base/services/jni/com_android_server_VibratorService.cpp
13708 target thumb C++: libandroid_servers <=
frameworks/base/services/jni/com_android_server_location_GpsLocationProvider.
cpp
13709 target thumb C++: libandroid_servers <=
frameworks/base/services/jni/onload.cpp
13710
frameworks/base/services/jni/com_android_server_location_GpsLocationProvider.
cpp: In function 'void android::set_capabilities_callback(uint32_t)':
13711
frameworks/base/services/jni/com_android_server_location_GpsLocationProvider.
cpp:109: warning: format '%ld' expects type 'long int', but argument 4 has
type 'uint32_t'
13712 target thumb C++: libaudioeffect_jni <=
frameworks/base/media/jni/audioeffect/android_media_AudioEffect.cpp
13713 target thumb C++: libaudioeffect_jni <=
frameworks/base/media/jni/audioeffect/android_media_Visualizer.cpp
13714 target thumb C: libc_malloc_debug_leak <=
bionic/libc/bionic/malloc_debug_leak.c
13715 target thumb C: libc_malloc_debug_qemu <=
bionic/libc/bionic/malloc_debug_qemu.c
13716 target thumb C: libctest <= system/core/libctest/ctest.c
13717 target thumb C: libdrm1 <=
frameworks/base/media/libdrm/mobile1/src/objmng/drm_decoder.c
13718 target thumb C: libdrm1 <=
frameworks/base/media/libdrm/mobile1/src/objmng/drm_file.c
13719 target thumb C: libdrm1 <=
frameworks/base/media/libdrm/mobile1/src/objmng/drm_i18n.c
13720 target thumb C: libdrm1 <=
frameworks/base/media/libdrm/mobile1/src/objmng/drm_time.c
13721 target thumb C: libdrm1 <=
frameworks/base/media/libdrm/mobile1/src/objmng/drm_api.c
13722 target thumb C: libdrm1 <=
frameworks/base/media/libdrm/mobile1/src/objmng/drm_rights_manager.c
13723 target thumb C: libdrm1 <=
frameworks/base/media/libdrm/mobile1/src/parser/parser_dcf.c
13724 frameworks/base/media/libdrm/mobile1/src/objmng/drm_api.c: In function
'SVC_drm_getRightsInfo':
```

13725 frameworks/base/media/libdrm/mobile1/src/objmng/drm_api.c:1784:
warning: pointer targets in passing argument 2 of 'strcpy' differ in
signedness
13726 bionic/libc/include/string.h:54: note: expected 'const char *' but
argument is of type 'uint8_t *'
13727 target thumb C: libdrm1 <=
frameworks/base/media/libdrm/mobile1/src/parser/parser_dm.c
13728 frameworks/base/media/libdrm/mobile1/src/parser/parser_dm.c: In
function 'drm_parseDM':
13729 frameworks/base/media/libdrm/mobile1/src/parser/parser_dm.c:239:
warning: passing argument 1 of 'drm_dcfParser' discards qualifiers from
pointer target type
13730 frameworks/base/media/libdrm/mobile1/include/parser/parser_dcf.h:84:
note: expected 'uint8_t *' but argument is of type 'const uint8_t *'
13731 target thumb C: libdrm1 <=
frameworks/base/media/libdrm/mobile1/src/parser/parser_rel.c
13732 frameworks/base/media/libdrm/mobile1/src/parser/parser_rel.c: In
function 'drm_checkWhetherHasUnknowConstraint':
13733 frameworks/base/media/libdrm/mobile1/src/parser/parser_rel.c:210:
warning: suggest explicit braces to avoid ambiguous 'else'
13734 frameworks/base/media/libdrm/mobile1/src/parser/parser_rel.c: In
function 'drm_relParser':
13735 frameworks/base/media/libdrm/mobile1/src/parser/parser_rel.c:532:
warning: pointer targets in passing argument 1 of 'strncmp' differ in
signedness
13736 bionic/libc/include/string.h:72: note: expected 'const char *' but
argument is of type 'uint8_t *'
13737 target thumb C: libdrm1 <=
frameworks/base/media/libdrm/mobile1/src/xml/xml_tinyparser.c
13738 target thumb C: libdrm1_jni <=
frameworks/base/media/libdrm/mobile1/src/jni/drm1_jni.c
13739 frameworks/base/media/libdrm/mobile1/src/jni/drm1_jni.c: In function
'Java_android_drm_mobile1_DrmRights_nativeGetConstraintInfo':
13740 frameworks/base/media/libdrm/mobile1/src/jni/drm1_jni.c:815: warning:
assignment discards qualifiers from pointer target type
13741 target thumb C: libexif <= external/jhead/main.c
13742 external/jhead/main.c: In function 'getThumbnail':
13743 external/jhead/main.c:456: warning: pointer targets in passing argument
5 of '(*env)->SetByteArrayRegion' differ in signedness
13744 external/jhead/main.c:456: note: expected 'const jbyte *' but argument
is of type 'uchar *'
13745 frameworks/base/media/libdrm/mobile1/src/objmng/drm_api.c: In function
'drm_readAesContent':
13746 frameworks/base/media/libdrm/mobile1/src/objmng/drm_api.c:1683:
warning: 'copyBytes' may be used uninitialized in this function
13747 target thumb C: libexif <= external/jhead/exif.c
13748 target thumb C: libexif <= external/jhead/gpsinfo.c
13749 target thumb C: libexif <= external/jhead/iptc.c
13750 target thumb C: libexif <= external/jhead/jhead.c
13751 target thumb C: libexif <= external/jhead/jpgfile.c
13752 target thumb C: libexif <= external/jhead/makernote.c
13753 target thumb C++: libjnigraphics <=
frameworks/base/native/graphics/jni/bitmap.cpp
13754 external/jhead/jpgfile.c: In function 'WriteJpegFile':
13755 external/jhead/jpgfile.c:566: warning: comparison between signed and
unsigned integer expressions

13756 external/jhead/jpgfile.c:576: warning: comparison between signed and unsigned integer expressions
13757 target thumb C++: libmedia_jni <= frameworks/base/media/jni/android_media_MediaPlayer.cpp
13758 target thumb C++: libmedia_jni <= frameworks/base/media/jni/android_media_MediaRecorder.cpp
13759 target thumb C++: libmedia_jni <= frameworks/base/media/jni/android_media_MediaScanner.cpp
13760 target thumb C++: libmedia_jni <= frameworks/base/media/jni/android_media_MediaMetadataRetriever.cpp
13761 target thumb C++: libmedia_jni <= frameworks/base/media/jni/android_media_ResampleInputStream.cpp
13762 target thumb C++: libmedia_jni <= frameworks/base/media/jni/android_media_MediaProfiles.cpp
13763 target thumb C++: libmedia_jni <= frameworks/base/media/jni/android_media_AmrInputStream.cpp
13764 target thumb C++: libmock_ril <= hardware/ril/mock-ril/src/cpp/ctrl_server.cpp
13765 target thumb C++: libmock_ril <= hardware/ril/mock-ril/src/cpp/experiments.cpp
13766 frameworks/base/media/jni/android_media_MediaProfiles.cpp: In function 'jint
android_media_MediaProfiles_native_get_image_encoding_quality_level(JNIEnv*, _jobject*, jint, jint)':
13767 frameworks/base/media/jni/android_media_MediaProfiles.cpp:267: warning: comparison between signed and unsigned integer expressions
13768 target thumb C++: libmock_ril <= hardware/ril/mock-ril/src/cpp/js_support.cpp
13769 In file included from external/protobuf/src/google/protobuf/message_lite.h:43,
13770                  from external/protobuf/src/google/protobuf/repeated_field.h:52,
13771                  from hardware/ril/mock-ril/src/cpp/msgheader.pb.h:23,
13772                  from hardware/ril/mock-ril/src/cpp/ctrl_server.cpp:34:
13773 external/protobuf/src/google/protobuf/io/coded_stream.h: In member function 'bool
google::protobuf::io::CodedInputStream::ReadLittleEndian32(google::protobuf::uint32*)':
13774 external/protobuf/src/google/protobuf/io/coded_stream.h:776: warning: comparison between signed and unsigned integer expressions
13775 external/protobuf/src/google/protobuf/io/coded_stream.h: In member function 'bool
google::protobuf::io::CodedInputStream::ReadLittleEndian64(google::protobuf::uint64*)':
13776 external/protobuf/src/google/protobuf/io/coded_stream.h:791: warning: comparison between signed and unsigned integer expressions
13777 target thumb C++: libmock_ril <= hardware/ril/mock-ril/src/cpp/mock_ril.cpp
13778 target thumb C++: libmock_ril <= hardware/ril/mock-ril/src/cpp/node_buffer.cpp
13779 hardware/ril/mock-ril/src/cpp/node_buffer.cpp: In static member function 'static v8::Handle<v8::Value> Buffer::New(const v8::Arguments&)':
13780 hardware/ril/mock-ril/src/cpp/node_buffer.cpp:190: warning: comparison between signed and unsigned integer expressions
13781 hardware/ril/mock-ril/src/cpp/node_buffer.cpp: In static member function 'static v8::Handle<v8::Value> Buffer::Copy(const v8::Arguments&)':

13782 hardware/ril/mock-ril/src/cpp/node_buffer.cpp:407: warning: comparison between signed and unsigned integer expressions
13783 target thumb C++: libmock_ril <= hardware/ril/mock-ril/src/cpp/node_util.cpp
13784 In file included from external/protobuf/src/google/protobuf/message_lite.h:43,
13785                 from external/protobuf/src/google/protobuf/repeated_field.h:52,
13786                 from hardware/ril/mock-ril/src/generated/cpp/ril.pb.h:23,
13787                 from hardware/ril/mock-ril/src/cpp/mock_ril.cpp:35:
13788 external/protobuf/src/google/protobuf/io/coded_stream.h: In member function 'bool google::protobuf::io::CodedInputStream::ReadLittleEndian32(google::protobuf::uint32*)':
13789 external/protobuf/src/google/protobuf/io/coded_stream.h:776: warning: comparison between signed and unsigned integer expressions
13790 external/protobuf/src/google/protobuf/io/coded_stream.h: In member function 'bool google::protobuf::io::CodedInputStream::ReadLittleEndian64(google::protobuf::uint64*)':
13791 external/protobuf/src/google/protobuf/io/coded_stream.h:791: warning: comparison between signed and unsigned integer expressions
13792 target thumb C++: libmock_ril <= hardware/ril/mock-ril/src/cpp/protobuf_v8.cpp
13793 target thumb C++: libmock_ril <= hardware/ril/mock-ril/src/cpp/responses.cpp
13794 target thumb C++: libmock_ril <= hardware/ril/mock-ril/src/cpp/requests.cpp
13795 target thumb C++: libmock_ril <= hardware/ril/mock-ril/src/cpp/util.cpp
13796 target thumb C++: libmock_ril <= hardware/ril/mock-ril/src/cpp/worker.cpp
13797 target thumb C++: libmock_ril <= hardware/ril/mock-ril/src/cpp/worker_v8.cpp
13798 target thumb C++: libmock_ril <= hardware/ril/mock-ril/src/generated/cpp/ril.pb.cpp
13799 target thumb C++: libmock_ril <= hardware/ril/mock-ril/src/generated/cpp/ctrl.pb.cpp
13800 target thumb C++: libmock_ril <= hardware/ril/mock-ril/src/generated/cpp/msgheader.pb.cpp
13801 target thumb C++: libstlport <= external/stlport/src/dll_main.cpp
13802 In file included from external/stlport/src/dll_main.cpp:73:
13803 external/stlport/stlport/stl/_stdexcept_base.c: In member function 'std::__Named_exception& std::__Named_exception::operator=(const std::__Named_exception&)':
13804 external/stlport/stlport/stl/_stdexcept_base.c:67: warning: enumeral and non-enumeral type in conditional expression
13805 target thumb C++: libstlport <= external/stlport/src/fstream.cpp
13806 target thumb C++: libstlport <= external/stlport/src/strstream.cpp
13807 target thumb C++: libstlport <= external/stlport/src/sstream.cpp
13808 target thumb C++: libstlport <= external/stlport/src/ios.cpp
13809 target thumb C++: libstlport <= external/stlport/src/stdio_streambuf.cpp
13810 target thumb C++: libstlport <= external/stlport/src/istream.cpp
13811 target thumb C++: libstlport <= external/stlport/src/ostream.cpp
13812 target thumb C++: libstlport <= external/stlport/src/iostream.cpp
13813 target thumb C++: libstlport <= external/stlport/src/codecvt.cpp

```
13814 target thumb C++: libstlport <= external/stlport/src/collate.cpp
13815 target thumb C++: libstlport <= external/stlport/src/ctype.cpp
13816 target thumb C++: libstlport <= external/stlport/src/monetary.cpp
13817 external/stlport/src/ctype.cpp: In static member function 'static bool
std::_WCharIndexT<true>::in_range(wchar_t, size_t)':
13818 external/stlport/src/ctype.cpp:284: warning: comparison of unsigned
expression >= 0 is always true
13819 external/stlport/src/ctype.cpp: At global scope:
13820 external/stlport/src/ctype.cpp:296: warning: comparison of unsigned
expression < 0 is always false
13821 target thumb C++: libstlport <= external/stlport/src/num_get.cpp
13822 target thumb C++: libstlport <= external/stlport/src/num_put.cpp
13823 target thumb C++: libstlport <= external/stlport/src/num_get_float.cpp
13824 target thumb C++: libstlport <= external/stlport/src/num_put_float.cpp
13825 target thumb C++: libstlport <= external/stlport/src/numpunct.cpp
13826 target thumb C++: libstlport <= external/stlport/src/time_facets.cpp
13827 target thumb C++: libstlport <= external/stlport/src/messages.cpp
13828 target thumb C++: libstlport <= external/stlport/src/locale.cpp
13829 external/stlport/src/locale.cpp: In constructor
'std::locale::locale(const std::locale&, const char*, int)':
13830 external/stlport/src/locale.cpp:252: warning: suggest braces around
empty body in an 'if' statement
13831 target thumb C++: libstlport <= external/stlport/src/locale_impl.cpp
13832 target thumb C++: libstlport <= external/stlport/src/locale_catalog.cpp
13833 target thumb C++: libstlport <= external/stlport/src/facets_byname.cpp
13834 target thumb C++: libstlport <= external/stlport/src/complex.cpp
13835 target thumb C++: libstlport <= external/stlport/src/complex_io.cpp
13836 target thumb C++: libstlport <= external/stlport/src/complex_trig.cpp
13837 target thumb C++: libstlport <= external/stlport/src/string.cpp
13838 target thumb C++: libstlport <= external/stlport/src/bitset.cpp
13839 target thumb C++: libstlport <= external/stlport/src/allocators.cpp
13840 target thumb C: libstlport <= external/stlport/src/c_locale.c
13841 In file included from external/stlport/src/c_locale.c:28:
13842 external/stlport/src/c_locale_dummy/c_locale_dummy.c:47: warning:
initialization from incompatible pointer type
13843 external/stlport/src/c_locale_dummy/c_locale_dummy.c: In function
'_WLocale_true':
13844 external/stlport/src/c_locale_dummy/c_locale_dummy.c:348: warning:
return from incompatible pointer type
13845 external/stlport/src/c_locale_dummy/c_locale_dummy.c: In function
'_WLocale_false':
13846 external/stlport/src/c_locale_dummy/c_locale_dummy.c:350: warning:
return from incompatible pointer type
13847 external/stlport/src/c_locale_dummy/c_locale_dummy.c: At top level:
13848 external/stlport/src/c_locale_dummy/c_locale_dummy.c:445: warning:
initialization from incompatible pointer type
13849 external/stlport/src/c_locale_dummy/c_locale_dummy.c:445: warning:
initialization from incompatible pointer type
13850 external/stlport/src/c_locale_dummy/c_locale_dummy.c:445: warning:
initialization from incompatible pointer type
13851 external/stlport/src/c_locale_dummy/c_locale_dummy.c:445: warning:
initialization from incompatible pointer type
13852 external/stlport/src/c_locale_dummy/c_locale_dummy.c:445: warning:
initialization from incompatible pointer type
13853 external/stlport/src/c_locale_dummy/c_locale_dummy.c:445: warning:
initialization from incompatible pointer type
```

13854 external/stlport/src/c_locale_dummy/c_locale_dummy.c:446: warning:
initialization from incompatible pointer type
13855 external/stlport/src/c_locale_dummy/c_locale_dummy.c:446: warning:
initialization from incompatible pointer type
13856 external/stlport/src/c_locale_dummy/c_locale_dummy.c:446: warning:
initialization from incompatible pointer type
13857 external/stlport/src/c_locale_dummy/c_locale_dummy.c:446: warning:
initialization from incompatible pointer type
13858 external/stlport/src/c_locale_dummy/c_locale_dummy.c:446: warning:
initialization from incompatible pointer type
13859 external/stlport/src/c_locale_dummy/c_locale_dummy.c:446: warning:
initialization from incompatible pointer type
13860 external/stlport/src/c_locale_dummy/c_locale_dummy.c:452: warning:
initialization from incompatible pointer type
13861 external/stlport/src/c_locale_dummy/c_locale_dummy.c:452: warning:
initialization from incompatible pointer type
13862 external/stlport/src/c_locale_dummy/c_locale_dummy.c:452: warning:
initialization from incompatible pointer type
13863 external/stlport/src/c_locale_dummy/c_locale_dummy.c:452: warning:
initialization from incompatible pointer type
13864 external/stlport/src/c_locale_dummy/c_locale_dummy.c:452: warning:
initialization from incompatible pointer type
13865 external/stlport/src/c_locale_dummy/c_locale_dummy.c:452: warning:
initialization from incompatible pointer type
13866 external/stlport/src/c_locale_dummy/c_locale_dummy.c:453: warning:
initialization from incompatible pointer type
13867 external/stlport/src/c_locale_dummy/c_locale_dummy.c:453: warning:
initialization from incompatible pointer type
13868 external/stlport/src/c_locale_dummy/c_locale_dummy.c:453: warning:
initialization from incompatible pointer type
13869 external/stlport/src/c_locale_dummy/c_locale_dummy.c:453: warning:
initialization from incompatible pointer type
13870 external/stlport/src/c_locale_dummy/c_locale_dummy.c:453: warning:
initialization from incompatible pointer type
13871 external/stlport/src/c_locale_dummy/c_locale_dummy.c:453: warning:
initialization from incompatible pointer type
13872 external/stlport/src/c_locale_dummy/c_locale_dummy.c:459: warning:
initialization from incompatible pointer type
13873 external/stlport/src/c_locale_dummy/c_locale_dummy.c:459: warning:
initialization from incompatible pointer type
13874 external/stlport/src/c_locale_dummy/c_locale_dummy.c:459: warning:
initialization from incompatible pointer type
13875 external/stlport/src/c_locale_dummy/c_locale_dummy.c:459: warning:
initialization from incompatible pointer type
13876 external/stlport/src/c_locale_dummy/c_locale_dummy.c:459: warning:
initialization from incompatible pointer type
13877 external/stlport/src/c_locale_dummy/c_locale_dummy.c:459: warning:
initialization from incompatible pointer type
13878 external/stlport/src/c_locale_dummy/c_locale_dummy.c:459: warning:
initialization from incompatible pointer type
13879 external/stlport/src/c_locale_dummy/c_locale_dummy.c:465: warning:
initialization from incompatible pointer type
13880 external/stlport/src/c_locale_dummy/c_locale_dummy.c:465: warning:
initialization from incompatible pointer type
13881 external/stlport/src/c_locale_dummy/c_locale_dummy.c:465: warning:
initialization from incompatible pointer type

```
13882 external/stlport/src/c_locale_dummy/c_locale_dummy.c:465: warning:
initialization from incompatible pointer type
13883 external/stlport/src/c_locale_dummy/c_locale_dummy.c:465: warning:
initialization from incompatible pointer type
13884 external/stlport/src/c_locale_dummy/c_locale_dummy.c:465: warning:
initialization from incompatible pointer type
13885 external/stlport/src/c_locale_dummy/c_locale_dummy.c:465: warning:
initialization from incompatible pointer type
13886 external/stlport/src/c_locale_dummy/c_locale_dummy.c: In function
'_WLocale_am_str':
13887 external/stlport/src/c_locale_dummy/c_locale_dummy.c:472: warning:
return from incompatible pointer type
13888 external/stlport/src/c_locale_dummy/c_locale_dummy.c: In function
'_WLocale_pm_str':
13889 external/stlport/src/c_locale_dummy/c_locale_dummy.c:475: warning:
return from incompatible pointer type
13890 target thumb C: libstlport <= external/stlport/src/cxa.c
13891 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/stubs/common.cc
13892 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/stubs/once.cc
13893 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/stubs/hash.cc
13894 external/protobuf/src/google/protobuf/stubs/common.cc: In function
'void google::protobuf::ShutdownProtobufLibrary()':
13895 external/protobuf/src/google/protobuf/stubs/common.cc:355: warning:
comparison between signed and unsigned integer expressions
13896 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/extension_set.cc
13897 In file included from external/stlport/stlport/stl/_num_put.h:39,
13898                  from external/stlport/stlport/locale:46,
13899                  from external/stlport/src/locale_impl.cpp:20:
13900 external/stlport/stlport/stl/_iostream_string.h: In constructor
'std::priv::__basic_iostring<_CharT>::__basic_iostring() [with _CharT =
char]':
13901 external/stlport/stlport/stl/_iostream_string.h:41: warning:
'<anonymous>' is used uninitialized in this functiontarget thumb C++:
libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/generated_message_util.cc
13902
13903 external/stlport/stlport/stl/_iostream_string.h:108: note:
'<anonymous>' was declared here
13904 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/message_lite.cc
13905 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/repeated_field.cc
13906 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/wire_format_lite.cc
13907 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/io/coded_stream.cc
13908 external/stlport/stlport/stl/_iostream_string.h: In constructor
'std::priv::__basic_iostring<_CharT>::__basic_iostring() [with _CharT =
wchar_t]':
13909 external/stlport/stlport/stl/_iostream_string.h:41: warning:
'<anonymous>' is used uninitialized in this function
13910 external/stlport/stlport/stl/_iostream_string.h:108: note:
'<anonymous>' was declared here
```

13911 external/protobuf/src/google/protobuf/io/coded_stream.cc: In member
function 'bool
google::protobuf::io::CodedInputStream::ReadLittleEndian32Fallback(google::pr
otobuf::uint32*)':
13912 external/protobuf/src/google/protobuf/io/coded_stream.cc:251: warning:
comparison between signed and unsigned integer expressions
13913 external/protobuf/src/google/protobuf/io/coded_stream.cc: In member
function 'bool
google::protobuf::io::CodedInputStream::ReadLittleEndian64Fallback(google::pr
otobuf::uint64*)':
13914 external/protobuf/src/google/protobuf/io/coded_stream.cc:268: warning:
comparison between signed and unsigned integer expressions
13915 external/protobuf/src/google/protobuf/io/coded_stream.cc: In member
function 'void
google::protobuf::io::CodedOutputStream::WriteLittleEndian32(google::protobuf
::uint32)':
13916 external/protobuf/src/google/protobuf/io/coded_stream.cc:588: warning:
comparison between signed and unsigned integer expressions
13917 external/protobuf/src/google/protobuf/io/coded_stream.cc: In member
function 'void
google::protobuf::io::CodedOutputStream::WriteLittleEndian64(google::protobuf
::uint64)':
13918 external/protobuf/src/google/protobuf/io/coded_stream.cc:603: warning:
comparison between signed and unsigned integer expressions
13919 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/io/zero_copy_stream.cc
13920 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/io/zero_copy_stream_impl_lite.cc
13921 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/stubs/strutil.cc
13922 external/protobuf/src/google/protobuf/io/zero_copy_stream_impl_lite.cc:
In member function 'virtual bool
google::protobuf::io::StringOutputStream::Next(void**, int*)':
13923
external/protobuf/src/google/protobuf/io/zero_copy_stream_impl_lite.cc:157:
warning: comparison between signed and unsigned integer expressionstarget
thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/stubs/substitute.cc
13924
13925 external/protobuf/src/google/protobuf/io/zero_copy_stream_impl_lite.cc:
In member function 'virtual void
google::protobuf::io::StringOutputStream::BackUp(int)':
13926
external/protobuf/src/google/protobuf/io/zero_copy_stream_impl_lite.cc:177:
warning: comparison between signed and unsigned integer expressions
13927 external/protobuf/src/google/protobuf/stubs/substitute.cc: In function
'void google::protobuf::strings::SubstituteAndAppend(std::string*, const
char*, const google::protobuf::strings::internal::SubstituteArg&, const
google::protobuf::strings::internal::SubstituteArg&, const
google::protobuf::strings::internal::SubstituteArg&, const
google::protobuf::strings::internal::SubstituteArg&, const
google::protobuf::strings::internal::SubstituteArg&, const
google::protobuf::strings::internal::SubstituteArg&, const
google::protobuf::strings::internal::SubstituteArg&, const
google::protobuf::strings::internal::SubstituteArg&, const
google::protobuf::strings::internal::SubstituteArg&)':

13928 external/protobuf/src/google/protobuf/stubs/substitute.cc:129: warning:
comparison between signed and unsigned integer expressionstarget thumb C++:
libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/stubs/structurally_valid.cc
13929
13930 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/descriptor.cc
13931 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/descriptor.pb.cc
13932 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/descriptor_database.cc
13933 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/dynamic_message.cc
13934 external/protobuf/src/google/protobuf/descriptor.cc: In function
'std::string google::protobuf::<unnamed>::ToCamelCase(const std::string&)':
13935 external/protobuf/src/google/protobuf/descriptor.cc:132: warning:
comparison between signed and unsigned integer expressions
13936 external/protobuf/src/google/protobuf/descriptor.cc: In destructor
'google::protobuf::DescriptorPool::Tables::~Tables()':
13937 external/protobuf/src/google/protobuf/descriptor.cc:490: warning:
comparison between signed and unsigned integer expressions
13938 external/protobuf/src/google/protobuf/descriptor.cc: In member function
'void google::protobuf::DescriptorPool::Tables::Rollback()':
13939 external/protobuf/src/google/protobuf/descriptor.cc:514: warning:
comparison between signed and unsigned integer expressions
13940 external/protobuf/src/google/protobuf/descriptor.cc:517: warning:
comparison between signed and unsigned integer expressions
13941 external/protobuf/src/google/protobuf/descriptor.cc:520: warning:
comparison between signed and unsigned integer expressions
13942 external/protobuf/src/google/protobuf/descriptor.cc:534: warning:
comparison between signed and unsigned integer expressions
13943 external/protobuf/src/google/protobuf/descriptor.cc: In member function
'void google::protobuf::DescriptorPool::FindAllExtensions(const
google::protobuf::Descriptor*, std::vector<const
google::protobuf::FieldDescriptor*, std::allocator<const
google::protobuf::FieldDescriptor*> >*) const':
13944 external/protobuf/src/google/protobuf/descriptor.cc:987: warning:
comparison between signed and unsigned integer expressions
13945 external/protobuf/src/google/protobuf/descriptor.cc: In function 'bool
google::protobuf::<unnamed>::RetrieveOptions(const
google::protobuf::Message&, std::vector<std::basic_string<char,
std::char_traits<char>, std::allocator<char> >,
std::allocator<std::basic_string<char, std::char_traits<char>,
std::allocator<char> > > >*)':
13946 external/protobuf/src/google/protobuf/descriptor.cc:1496: warning:
comparison between signed and unsigned integer expressions
13947 external/protobuf/src/google/protobuf/descriptor.cc: In function 'bool
google::protobuf::<unnamed>::FormatLineOptions(int, const
google::protobuf::Message&, std::string*)':
13948 external/protobuf/src/google/protobuf/descriptor.cc:1532: warning:
comparison between signed and unsigned integer expressions
13949 external/protobuf/src/google/protobuf/descriptor.cc: In member function
'google::protobuf::<unnamed>::Symbol
google::protobuf::DescriptorBuilder::LookupSymbolNoPlaceholder(const
std::string&, const std::string&,
google::protobuf::DescriptorBuilder::ResolveMode)':

13950 external/protobuf/src/google/protobuf/descriptor.cc:2341: warning: comparison between signed and unsigned integer expressions
13951 external/protobuf/src/google/protobuf/descriptor.cc: In member function 'void google::protobuf::DescriptorBuilder::ValidateSymbolName(const std::string&, const std::string&, const google::protobuf::Message&)':
13952 external/protobuf/src/google/protobuf/descriptor.cc:2587: warning: comparison between signed and unsigned integer expressions
13953 external/protobuf/src/google/protobuf/descriptor.cc: In member function 'bool google::protobuf::DescriptorBuilder::ValidateQualifiedName(const std::string&)':
13954 external/protobuf/src/google/protobuf/descriptor.cc:2603: warning: comparison between signed and unsigned integer expressions
13955 external/protobuf/src/google/protobuf/descriptor.cc: In member function 'const google::protobuf::FileDescriptor* google::protobuf::DescriptorBuilder::BuildFile(const google::protobuf::FileDescriptorProto&)':
13956 external/protobuf/src/google/protobuf/descriptor.cc:2708: warning: comparison between signed and unsigned integer expressions
13957 external/protobuf/src/google/protobuf/descriptor.cc:2711: warning: comparison between signed and unsigned integer expressions
13958 external/protobuf/src/google/protobuf/descriptor.cc: In member function 'bool google::protobuf::DescriptorBuilder::OptionInterpreter::InterpretSingleOption (google::protobuf::Message*)':
13959 external/protobuf/src/google/protobuf/descriptor.cc:4028: warning: passing 'google::protobuf::FieldDescriptor::Type' chooses 'int' over 'long unsigned int'
13960 external/protobuf/src/google/protobuf/descriptor.cc:4028: warning:   in call to 'google::protobuf::internal::LogMessage& google::protobuf::internal::LogMessage::operator<<(int)'
13961 external/protobuf/src/google/protobuf/descriptor.cc:4028: warning: passing 'google::protobuf::FieldDescriptor::Type' chooses 'int' over 'long int'
13962 external/protobuf/src/google/protobuf/descriptor.cc:4028: warning:   in call to 'google::protobuf::internal::LogMessage& google::protobuf::internal::LogMessage::operator<<(int)'
13963 external/protobuf/src/google/protobuf/descriptor.cc:4028: warning: passing 'google::protobuf::FieldDescriptor::Type' chooses 'int' over 'google::protobuf::uint'
13964 external/protobuf/src/google/protobuf/descriptor.cc:4028: warning:   in call to 'google::protobuf::internal::LogMessage& google::protobuf::internal::LogMessage::operator<<(int)'
13965 external/protobuf/src/google/protobuf/descriptor.cc: In member function 'bool google::protobuf::DescriptorBuilder::OptionInterpreter::ExamineIfOptionIsSet( const google::protobuf::FieldDescriptor* const*, const google::protobuf::FieldDescriptor* const*, const google::protobuf::FieldDescriptor*, const std::string&, const google::protobuf::UnknownFieldSet&)':
13966 external/protobuf/src/google/protobuf/descriptor.cc:4105: warning: passing 'google::protobuf::FieldDescriptor::Type' chooses 'int' over 'long unsigned int'
13967 external/protobuf/src/google/protobuf/descriptor.cc:4105: warning:   in call to 'google::protobuf::internal::LogMessage& google::protobuf::internal::LogMessage::operator<<(int)'

13968 external/protobuf/src/google/protobuf/descriptor.cc:4105: warning:
passing 'google::protobuf::FieldDescriptor::Type' chooses 'int' over 'long
int'
13969 external/protobuf/src/google/protobuf/descriptor.cc:4105: warning:   in
call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'
13970 external/protobuf/src/google/protobuf/descriptor.cc:4105: warning:
passing 'google::protobuf::FieldDescriptor::Type' chooses 'int' over
'google::protobuf::uint'
13971 external/protobuf/src/google/protobuf/descriptor.cc:4105: warning:   in
call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'
13972 external/protobuf/src/google/protobuf/descriptor.cc: In member function
'void google::protobuf::DescriptorBuilder::OptionInterpreter::SetInt32(int,
google::protobuf::int32, google::protobuf::FieldDescriptor::Type,
google::protobuf::UnknownFieldSet*)':
13973 external/protobuf/src/google/protobuf/descriptor.cc:4339: warning:
passing 'google::protobuf::FieldDescriptor::Type' chooses 'int' over 'long
unsigned int'
13974 external/protobuf/src/google/protobuf/descriptor.cc:4339: warning:   in
call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'
13975 external/protobuf/src/google/protobuf/descriptor.cc:4339: warning:
passing 'google::protobuf::FieldDescriptor::Type' chooses 'int' over 'long
int'
13976 external/protobuf/src/google/protobuf/descriptor.cc:4339: warning:   in
call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'
13977 external/protobuf/src/google/protobuf/descriptor.cc:4339: warning:
passing 'google::protobuf::FieldDescriptor::Type' chooses 'int' over
'google::protobuf::uint'
13978 external/protobuf/src/google/protobuf/descriptor.cc:4339: warning:   in
call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'
13979 external/protobuf/src/google/protobuf/descriptor.cc: In member function
'void google::protobuf::DescriptorBuilder::OptionInterpreter::SetInt64(int,
google::protobuf::int64, google::protobuf::FieldDescriptor::Type,
google::protobuf::UnknownFieldSet*)':
13980 external/protobuf/src/google/protobuf/descriptor.cc:4361: warning:
passing 'google::protobuf::FieldDescriptor::Type' chooses 'int' over 'long
unsigned int'
13981 external/protobuf/src/google/protobuf/descriptor.cc:4361: warning:   in
call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'
13982 external/protobuf/src/google/protobuf/descriptor.cc:4361: warning:
passing 'google::protobuf::FieldDescriptor::Type' chooses 'int' over 'long
int'
13983 external/protobuf/src/google/protobuf/descriptor.cc:4361: warning:   in
call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'
13984 external/protobuf/src/google/protobuf/descriptor.cc:4361: warning:
passing 'google::protobuf::FieldDescriptor::Type' chooses 'int' over
'google::protobuf::uint'
13985 external/protobuf/src/google/protobuf/descriptor.cc:4361: warning:   in
call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'

```
13986 external/protobuf/src/google/protobuf/descriptor.cc: In member function
'void google::protobuf::DescriptorBuilder::OptionInterpreter::SetUInt32(int,
google::protobuf::uint32, google::protobuf::FieldDescriptor::Type,
google::protobuf::UnknownFieldSet*)':
13987 external/protobuf/src/google/protobuf/descriptor.cc:4378: warning:
passing 'google::protobuf::FieldDescriptor::Type' chooses 'int' over 'long
unsigned int'
13988 external/protobuf/src/google/protobuf/descriptor.cc:4378: warning:   in
call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'
13989 external/protobuf/src/google/protobuf/descriptor.cc:4378: warning:
passing 'google::protobuf::FieldDescriptor::Type' chooses 'int' over 'long
int'
13990 external/protobuf/src/google/protobuf/descriptor.cc:4378: warning:   in
call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'
13991 external/protobuf/src/google/protobuf/descriptor.cc:4378: warning:
passing 'google::protobuf::FieldDescriptor::Type' chooses 'int' over
'google::protobuf::uint'
13992 external/protobuf/src/google/protobuf/descriptor.cc:4378: warning:   in
call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'
13993 external/protobuf/src/google/protobuf/descriptor.cc: In member function
'void google::protobuf::DescriptorBuilder::OptionInterpreter::SetUInt64(int,
google::protobuf::uint64, google::protobuf::FieldDescriptor::Type,
google::protobuf::UnknownFieldSet*)':
13994 external/protobuf/src/google/protobuf/descriptor.cc:4395: warning:
passing 'google::protobuf::FieldDescriptor::Type' chooses 'int' over 'long
unsigned int'
13995 external/protobuf/src/google/protobuf/descriptor.cc:4395: warning:   in
call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'
13996 external/protobuf/src/google/protobuf/descriptor.cc:4395: warning:
passing 'google::protobuf::FieldDescriptor::Type' chooses 'int' over 'long
int'
13997 external/protobuf/src/google/protobuf/descriptor.cc:4395: warning:   in
call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'
13998 external/protobuf/src/google/protobuf/descriptor.cc:4395: warning:
passing 'google::protobuf::FieldDescriptor::Type' chooses 'int' over
'google::protobuf::uint'
13999 external/protobuf/src/google/protobuf/descriptor.cc:4395: warning:   in
call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'
14000 external/protobuf/src/google/protobuf/descriptor_database.cc: In
destructor 'virtual
google::protobuf::EncodedDescriptorDatabase::~EncodedDescriptorDatabase()':
14001 external/protobuf/src/google/protobuf/descriptor_database.cc:303:
warning: comparison between signed and unsigned integer expressions
14002 external/protobuf/src/google/protobuf/descriptor_database.cc: In member
function 'virtual bool
google::protobuf::DescriptorPoolDatabase::FindAllExtensionNumbers(const
std::string&, std::vector<int, std::allocator<int> >*)':
14003 external/protobuf/src/google/protobuf/descriptor_database.cc:441:
warning: comparison between signed and unsigned integer expressions
14004 external/protobuf/src/google/protobuf/descriptor_database.cc: In member
function 'virtual bool
```

google::protobuf::MergedDescriptorDatabase::FindFileByName(const
std::string&, google::protobuf::FileDescriptorProto*)':
14005 external/protobuf/src/google/protobuf/descriptor_database.cc:464:
warning: comparison between signed and unsigned integer expressions
14006 external/protobuf/src/google/protobuf/descriptor_database.cc: In member
function 'virtual bool
google::protobuf::MergedDescriptorDatabase::FindFileContainingSymbol(const
std::string&, google::protobuf::FileDescriptorProto*)':
14007 external/protobuf/src/google/protobuf/descriptor_database.cc:475:
warning: comparison between signed and unsigned integer expressions
14008 external/protobuf/src/google/protobuf/descriptor_database.cc: In member
function 'virtual bool
google::protobuf::MergedDescriptorDatabase::FindFileContainingExtension(const
std::string&, int, google::protobuf::FileDescriptorProto*)':
14009 external/protobuf/src/google/protobuf/descriptor_database.cc:498:
warning: comparison between signed and unsigned integer expressions
14010 external/protobuf/src/google/protobuf/descriptor_database.cc: In member
function 'virtual bool
google::protobuf::MergedDescriptorDatabase::FindAllExtensionNumbers(const
std::string&, std::vector<int, std::allocator<int> >*)':
14011 external/protobuf/src/google/protobuf/descriptor_database.cc:525:
warning: comparison between signed and unsigned integer expressions
14012 external/protobuf/src/google/protobuf/descriptor_database.cc: In member
function 'bool
google::protobuf::SimpleDescriptorDatabase::DescriptorIndex<Value>::ValidateS
ymbolName(const std::string&) [with Value = const
google::protobuf::FileDescriptorProto*]':
14013 external/protobuf/src/google/protobuf/descriptor_database.cc:93:
instantiated from 'bool
google::protobuf::SimpleDescriptorDatabase::DescriptorIndex<Value>::AddSymbol
(const std::string&, Value) [with Value = const
google::protobuf::FileDescriptorProto*]'
14014 external/protobuf/src/google/protobuf/descriptor_database.cc:68:
instantiated from 'bool
google::protobuf::SimpleDescriptorDatabase::DescriptorIndex<Value>::AddFile(c
onst google::protobuf::FileDescriptorProto&, Value) [with Value = const
google::protobuf::FileDescriptorProto*]'
14015 external/protobuf/src/google/protobuf/descriptor_database.cc:264:
instantiated from here
14016 external/protobuf/src/google/protobuf/descriptor_database.cc:237:
warning: comparison between signed and unsigned integer expressions
14017 external/protobuf/src/google/protobuf/descriptor_database.cc: In member
function 'bool
google::protobuf::SimpleDescriptorDatabase::DescriptorIndex<Value>::ValidateS
ymbolName(const std::string&) [with Value = std::pair<const void*, int>]':
14018 external/protobuf/src/google/protobuf/descriptor_database.cc:93:
instantiated from 'bool
google::protobuf::SimpleDescriptorDatabase::DescriptorIndex<Value>::AddSymbol
(const std::string&, Value) [with Value = std::pair<const void*, int>]'
14019 external/protobuf/src/google/protobuf/descriptor_database.cc:68:
instantiated from 'bool
google::protobuf::SimpleDescriptorDatabase::DescriptorIndex<Value>::AddFile(c
onst google::protobuf::FileDescriptorProto&, Value) [with Value =
std::pair<const void*, int>]'
14020 external/protobuf/src/google/protobuf/descriptor_database.cc:312:
instantiated from here

14021 external/protobuf/src/google/protobuf/descriptor_database.cc:237:
warning: comparison between signed and unsigned integer expressions
14022 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/extension_set_heavy.cc
14023 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/generated_message_reflection.cc
14024 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/message.cc
14025 external/protobuf/src/google/protobuf/generated_message_reflection.cc:
In member function 'virtual void
google::protobuf::internal::GeneratedMessageReflection::Swap(google::protobuf
::Message*, google::protobuf::Message*) const':
14026
external/protobuf/src/google/protobuf/generated_message_reflection.cc:368:
warning: passing 'google::protobuf::FieldDescriptor::CppType' chooses 'int'
over 'long unsigned int'
14027
external/protobuf/src/google/protobuf/generated_message_reflection.cc:368:
warning:  in call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'
14028
external/protobuf/src/google/protobuf/generated_message_reflection.cc:368:
warning: passing 'google::protobuf::FieldDescriptor::CppType' chooses 'int'
over 'long int'
14029
external/protobuf/src/google/protobuf/generated_message_reflection.cc:368:
warning:  in call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'
14030
external/protobuf/src/google/protobuf/generated_message_reflection.cc:368:
warning: passing 'google::protobuf::FieldDescriptor::CppType' chooses 'int'
over 'google::protobuf::uint'
14031
external/protobuf/src/google/protobuf/generated_message_reflection.cc:368:
warning:  in call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'
14032
external/protobuf/src/google/protobuf/generated_message_reflection.cc:400:
warning: passing 'google::protobuf::FieldDescriptor::CppType' chooses 'int'
over 'long unsigned int'
14033
external/protobuf/src/google/protobuf/generated_message_reflection.cc:400:
warning:  in call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'
14034
external/protobuf/src/google/protobuf/generated_message_reflection.cc:400:
warning: passing 'google::protobuf::FieldDescriptor::CppType' chooses 'int'
over 'long int'
14035
external/protobuf/src/google/protobuf/generated_message_reflection.cc:400:
warning:  in call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'
14036
external/protobuf/src/google/protobuf/generated_message_reflection.cc:400:
warning: passing 'google::protobuf::FieldDescriptor::CppType' chooses 'int'
over 'google::protobuf::uint'

14037
external/protobuf/src/google/protobuf/generated_message_reflection.cc:400:
warning:   in call to 'google::protobuf::internal::LogMessage&
google::protobuf::internal::LogMessage::operator<<(int)'
14038 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/reflection_ops.cc
14039 external/protobuf/src/google/protobuf/reflection_ops.cc: In static
member function 'static void
google::protobuf::internal::ReflectionOps::Merge(const
google::protobuf::Message&, google::protobuf::Message*)':
14040 external/protobuf/src/google/protobuf/reflection_ops.cc:62: warning:
comparison between signed and unsigned integer expressions
14041 external/protobuf/src/google/protobuf/reflection_ops.cc: In static
member function 'static void
google::protobuf::internal::ReflectionOps::Clear(google::protobuf::Message*)'
:
14042 external/protobuf/src/google/protobuf/reflection_ops.cc:128: warning:
comparison between signed and unsigned integer expressions
14043 external/protobuf/src/google/protobuf/reflection_ops.cc: In static
member function 'static bool
google::protobuf::internal::ReflectionOps::IsInitialized(const
google::protobuf::Message&)':
14044 external/protobuf/src/google/protobuf/reflection_ops.cc:151: warning:
comparison between signed and unsigned integer expressions
14045 external/protobuf/src/google/protobuf/reflection_ops.cc: In static
member function 'static void
google::protobuf::internal::ReflectionOps::DiscardUnknownFields(google::proto
buf::Message*)':
14046 external/protobuf/src/google/protobuf/reflection_ops.cc:181: warning:
comparison between signed and unsigned integer expressions
14047 external/protobuf/src/google/protobuf/reflection_ops.cc: In static
member function 'static void
google::protobuf::internal::ReflectionOps::FindInitializationErrors(const
google::protobuf::Message&, const std::string&,
std::vector<std::basic_string<char, std::char_traits<char>,
std::allocator<char> >, std::allocator<std::basic_string<char,
std::char_traits<char>, std::allocator<char> > >*)':
14048 external/protobuf/src/google/protobuf/reflection_ops.cc:236: warning:
comparison between signed and unsigned integer expressions
14049 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/service.cc
14050 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/text_format.cc
14051 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/unknown_field_set.cc
14052 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/wire_format.cc
14053 external/protobuf/src/google/protobuf/text_format.cc: In member
function 'void
google::protobuf::TextFormat::Printer::TextGenerator::Outdent()':
14054 external/protobuf/src/google/protobuf/text_format.cc:680: warning:
comparison between signed and unsigned integer expressions
14055 external/protobuf/src/google/protobuf/text_format.cc: In member
function 'void google::protobuf::TextFormat::Printer::Print(const
google::protobuf::Message&,
google::protobuf::TextFormat::Printer::TextGenerator&)':

14056 external/protobuf/src/google/protobuf/text_format.cc:903: warning:
comparison between signed and unsigned integer expressions
14057 external/protobuf/src/google/protobuf/unknown_field_set.cc: In member
function 'void google::protobuf::UnknownFieldSet::ClearFallback()':
14058 external/protobuf/src/google/protobuf/unknown_field_set.cc:56: warning:
comparison between signed and unsigned integer expressions
14059 external/protobuf/src/google/protobuf/unknown_field_set.cc: In member
function 'int google::protobuf::UnknownFieldSet::SpaceUsedExcludingSelf()
const':
14060 external/protobuf/src/google/protobuf/unknown_field_set.cc:72: warning:
comparison between signed and unsigned integer expressions
14061 external/protobuf/src/google/protobuf/wire_format.cc: In static member
function 'static bool
google::protobuf::internal::WireFormat::ParseAndMergePartial(google::protobuf
::io::CodedInputStream*, google::protobuf::Message*)':
14062 external/protobuf/src/google/protobuf/wire_format.cc:406: warning:
comparison between signed and unsigned integer expressions
14063 external/protobuf/src/google/protobuf/wire_format.cc: In static member
function 'static void
google::protobuf::internal::WireFormat::SerializeWithCachedSizes(const
google::protobuf::Message&, int, google::protobuf::io::CodedOutputStream*)':
14064 external/protobuf/src/google/protobuf/wire_format.cc:719: warning:
comparison between signed and unsigned integer expressions
14065 external/protobuf/src/google/protobuf/wire_format.cc: In static member
function 'static int google::protobuf::internal::WireFormat::ByteSize(const
google::protobuf::Message&)':
14066 external/protobuf/src/google/protobuf/wire_format.cc:889: warning:
comparison between signed and unsigned integer expressions
14067 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/io/gzip_stream.cc
14068 In file included from external/zlib/zlib.h:34,
14069                  from
external/protobuf/src/google/protobuf/io/gzip_stream.h:46,
14070                  from
external/protobuf/src/google/protobuf/io/gzip_stream.cc:39:
14071 external/zlib/zconf.h:359:1: warning: "HAVE_UNISTD_H" redefined
14072 In file included from
external/protobuf/src/google/protobuf/io/gzip_stream.cc:36:
14073 external/protobuf/android/config.h:95:1: warning: this is the location
of the previous definition
14074 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/io/printer.cc
14075 external/protobuf/src/google/protobuf/io/gzip_stream.cc: In member
function 'int google::protobuf::io::GzipOutputStream::Deflate(int)':
14076 external/protobuf/src/google/protobuf/io/gzip_stream.cc:255: warning:
comparison between signed and unsigned integer expressions
14077 external/protobuf/src/google/protobuf/io/gzip_stream.cc: In member
function 'virtual void google::protobuf::io::GzipOutputStream::BackUp(int)':
14078 external/protobuf/src/google/protobuf/io/gzip_stream.cc:289: warning:
comparison between signed and unsigned integer expressions
14079 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/io/tokenizer.cc
14080 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/io/zero_copy_stream_impl.cc
14081 external/protobuf/src/google/protobuf/io/tokenizer.cc: In static member
function 'static bool google::protobuf::io::Tokenizer::ParseInteger(const
std::string&, google::protobuf::uint64, google::protobuf::uint64*)':

14082 external/protobuf/src/google/protobuf/io/tokenizer.cc:590: warning:
comparison between signed and unsigned integer expressions
14083 external/protobuf/src/google/protobuf/io/tokenizer.cc: In static member
function 'static double google::protobuf::io::Tokenizer::ParseFloat(const
std::string&)':
14084 external/protobuf/src/google/protobuf/io/tokenizer.cc:620: warning:
comparison between signed and unsigned integer expressions
14085 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/compiler/importer.cc
14086 target thumb C++: libprotobuf-cpp-2.3.0-full <=
external/protobuf/src/google/protobuf/compiler/parser.cc
14087 In file included from
external/protobuf/src/google/protobuf/message_lite.h:43,
14088                  from
external/protobuf/src/google/protobuf/repeated_field.h:52,
14089                  from
external/protobuf/src/google/protobuf/descriptor.pb.h:23,
14090                  from
external/protobuf/src/google/protobuf/compiler/parser.h:45,
14091                  from
external/protobuf/src/google/protobuf/compiler/importer.h:46,
14092                  from
external/protobuf/src/google/protobuf/compiler/importer.cc:47:
14093 external/protobuf/src/google/protobuf/io/coded_stream.h: In member
function 'bool
google::protobuf::io::CodedInputStream::ReadLittleEndian32(google::protobuf::
uint32*)':
14094 external/protobuf/src/google/protobuf/io/coded_stream.h:776: warning:
comparison between signed and unsigned integer expressions
14095 external/protobuf/src/google/protobuf/io/coded_stream.h: In member
function 'bool
google::protobuf::io::CodedInputStream::ReadLittleEndian64(google::protobuf::
uint64*)':
14096 external/protobuf/src/google/protobuf/io/coded_stream.h:791: warning:
comparison between signed and unsigned integer expressions
14097 target thumb C: libpagemap <= system/extras/libpagemap/pm_kernel.c
14098 target thumb C: libpagemap <= system/extras/libpagemap/pm_process.c
14099 external/protobuf/src/google/protobuf/compiler/importer.cc: In function
'std::string google::protobuf::compiler::CanonicalizePath(std::string)':
14100 external/protobuf/src/google/protobuf/compiler/importer.cc:240:
warning: comparison between signed and unsigned integer expressions
14101 external/protobuf/src/google/protobuf/compiler/importer.cc: In member
function
'google::protobuf::compiler::DiskSourceTree::DiskFileToVirtualFileResult
google::protobuf::compiler::DiskSourceTree::DiskFileToVirtualFile(const
std::string&, std::string*, std::string*)':
14102 external/protobuf/src/google/protobuf/compiler/importer.cc:353:
warning: comparison between signed and unsigned integer expressions
14103 external/protobuf/src/google/protobuf/compiler/importer.cc: In member
function 'google::protobuf::io::ZeroCopyInputStream*
google::protobuf::compiler::DiskSourceTree::OpenVirtualFile(const
std::string&, std::string*)':
14104 external/protobuf/src/google/protobuf/compiler/importer.cc:413:
warning: comparison between signed and unsigned integer expressions
14105 system/extras/libpagemap/pm_process.c: In function
'pm_process_pagemap_range':

14106 system/extras/libpagemap/pm_process.c:119: warning: comparison between signed and unsigned integer expressions
14107 target thumb C: libpagemap <= system/extras/libpagemap/pm_map.c
14108 target thumb C: libpagemap <= system/extras/libpagemap/pm_memusage.c
14109 target thumb C: libreference-cdma-sms <= hardware/ril/reference-cdma-sms/reference-cdma-sms.c
14110 target thumb C: libreference-ril <= hardware/ril/reference-ril/reference-ril.c
14111 target thumb C: libreference-ril <= hardware/ril/reference-ril/atchannel.c
14112 target thumb C: libreference-ril <= hardware/ril/reference-ril/misc.c
14113 target thumb C: libreference-ril <= hardware/ril/reference-ril/at_tok.c
14114 target thumb C++: librtp_jni <= frameworks/base/voip/jni/rtp/AudioCodec.cpp
14115 target thumb C++: librtp_jni <= frameworks/base/voip/jni/rtp/AudioGroup.cpp
14116 target thumb C++: librtp_jni <= frameworks/base/voip/jni/rtp/EchoSuppressor.cpp
14117 target thumb C++: librtp_jni <= frameworks/base/voip/jni/rtp/RtpStream.cpp
14118 target thumb C++: librtp_jni <= frameworks/base/voip/jni/rtp/util.cpp
14119 target thumb C++: librtp_jni <= frameworks/base/voip/jni/rtp/rtp_jni.cpp
14120 target thumb C++: librtp_jni <= frameworks/base/voip/jni/rtp/AmrCodec.cpp
14121 target thumb C++: librtp_jni <= frameworks/base/voip/jni/rtp/G711Codec.cpp
14122 target thumb C++: librtp_jni <= frameworks/base/voip/jni/rtp/GsmCodec.cpp
14123 target thumb C: libgsm <= external/libgsm/src/add.c
14124 target thumb C: libgsm <= external/libgsm/src/code.c
14125 target thumb C: libgsm <= external/libgsm/src/decode.c
14126 target thumb C: libgsm <= external/libgsm/src/gsm_create.c
14127 target thumb C: libgsm <= external/libgsm/src/gsm_decode.c
14128 target thumb C: libgsm <= external/libgsm/src/gsm_destroy.c
14129 target thumb C: libgsm <= external/libgsm/src/gsm_encode.c
14130 target thumb C: libgsm <= external/libgsm/src/long_term.c
14131 target thumb C: libgsm <= external/libgsm/src/lpc.c
14132 target thumb C: libgsm <= external/libgsm/src/preprocess.c
14133 external/libgsm/src/preprocess.c: In function 'Gsm_Preprocess':
14134 external/libgsm/src/preprocess.c:96: warning: signed and unsigned type in conditional expression
14135 external/libgsm/src/preprocess.c:96: warning: signed and unsigned type in conditional expression
14136 external/libgsm/src/preprocess.c:100: warning: signed and unsigned type in conditional expression
14137 external/libgsm/src/preprocess.c:100: warning: signed and unsigned type in conditional expression
14138 target thumb C: libgsm <= external/libgsm/src/rpe.c
14139 target thumb C: libgsm <= external/libgsm/src/short_term.c
14140 target thumb C: libgsm <= external/libgsm/src/table.c
14141 target thumb C++: libsoundpool <= frameworks/base/media/jni/soundpool/android_media_SoundPool.cpp
14142 target thumb C++: libsoundpool <= frameworks/base/media/jni/soundpool/SoundPool.cpp
14143 target thumb C++: libsoundpool <= frameworks/base/media/jni/soundpool/SoundPoolThread.cpp

14144 target thumb C: libsqlite_jni <= libcore/sqlite-
jdbc/src/main/native/sqlite_jni.c
14145 target thumb C++: libsrec_jni <=
external/srec/srec_jni/android_speech_srec_MicrophoneInputStream.cpp
14146 target thumb C++: libsrec_jni <=
external/srec/srec_jni/android_speech_srec_Recognizer.cpp
14147 target thumb C: libzipfile <= system/core/libzipfile/centraldir.c
14148 system/core/libzipfile/centraldir.c: In function 'read_central_dir':
14149 system/core/libzipfile/centraldir.c:195: warning: format '%d' expects
type 'int', but argument 3 has type 'ssize_t'
14150 system/core/libzipfile/centraldir.c:219: warning: 'eocd' may be used
uninitialized in this function
14151 target thumb C: libzipfile <= system/core/libzipfile/zipfile.c
14152 target arm C: libunz <= external/zlib/adler32.c
14153 target arm C: libunz <= external/zlib/crc32.c
14154 target arm C: libunz <= external/zlib/zutil.c
14155 target arm C: libunz <= external/zlib/inflate.c
14156 target arm C: libunz <= external/zlib/inftrees.c
14157 target arm C: libunz <= external/zlib/inffast.c
14158 target thumb C: libESR_Shared <=
external/srec/shared/src/CircularBuffer.c
14159 target thumb C: libESR_Shared <= external/srec/shared/src/CommandLine.c
14160 target thumb C: libESR_Shared <= external/srec/shared/src/ESR_Locale.c
14161 target thumb C: libESR_Shared <= external/srec/shared/src/ESR_Session.c
14162 target thumb C: libESR_Shared <= external/srec/shared/src/HashMap.c
14163 target thumb C: libESR_Shared <= external/srec/shared/src/HashMapImpl.c
14164 target thumb C: libESR_Shared <=
external/srec/shared/src/Int8ArrayListImpl.c
14165 target thumb C: libESR_Shared <=
external/srec/shared/src/IntArrayList.c
14166 target thumb C: libESR_Shared <=
external/srec/shared/src/IntArrayListImpl.c
14167 target thumb C: libESR_Shared <= external/srec/shared/src/lstring.c
14168 target thumb C: libESR_Shared <= external/srec/shared/src/LStringImpl.c
14169 target thumb C: libESR_Shared <=
external/srec/shared/src/SessionTypeImpl.c
14170 target thumb C: libSR_AcousticModels <=
external/srec/srec/AcousticModels/src/AcousticModels.c
14171 target thumb C: libSR_AcousticModels <=
external/srec/srec/AcousticModels/src/AcousticModelsImpl.c
14172 target thumb C: libSR_AcousticState <=
external/srec/srec/AcousticState/src/AcousticState.c
14173 target thumb C: libSR_AcousticState <=
external/srec/srec/AcousticState/src/AcousticStateImpl.c
14174 target thumb C: libSR_Core <= external/srec/srec/ca/acc_basi.c
14175 target thumb C: libSR_Core <= external/srec/srec/ca/cnfd_scr.c
14176 target thumb C: libSR_Core <= external/srec/srec/ca/par_basi.c
14177 target thumb C: libSR_Core <= external/srec/srec/ca/pat_basi.c
14178 target thumb C: libSR_Core <= external/srec/srec/ca/rec_basi.c
14179 target thumb C: libSR_Core <= external/srec/srec/ca/rec_load.c
14180 target thumb C: libSR_Core <= external/srec/srec/ca/rec_nbes.c
14181 target thumb C: libSR_Core <= external/srec/srec/ca/rec_resu.c
14182 target thumb C: libSR_Core <= external/srec/srec/ca/syn_srec.c
14183 target thumb C: libSR_Core <= external/srec/srec/ca/utt_basi.c
14184 target thumb C: libSR_Core <= external/srec/srec/ca/utt_data.c
14185 target thumb C: libSR_Core <= external/srec/srec/ca/utt_proc.c
14186 target thumb C: libSR_Core <= external/srec/srec/ca/voc_basi.c

```
14187 target thumb C: libSR_Core <= external/srec/srec/ca/../cfront/ca_cms.c
14188 target thumb C: libSR_Core <=
external/srec/srec/ca/../cfront/ca_front.c
14189 target thumb C: libSR_Core <= external/srec/srec/ca/../cfront/ca_wave.c
14190 target thumb C: libSR_Core <=
external/srec/srec/ca/../cfront/cheldsp4.c
14191 target thumb C: libSR_Core <= external/srec/srec/ca/../cfront/chelfep.c
14192 target thumb C: libSR_Core <=
external/srec/srec/ca/../cfront/chelmel4.c
14193 target thumb C: libSR_Core <=
external/srec/srec/ca/../cfront/frontobj.c
14194 target thumb C: libSR_Core <=
external/srec/srec/ca/../cfront/frontpar.c
14195 target thumb C: libSR_Core <=
external/srec/srec/ca/../cfront/log_tabl.c
14196 target thumb C: libSR_Core <= external/srec/srec/ca/../cfront/sp_fft.c
14197 target thumb C: libSR_Core <=
external/srec/srec/ca/../cfront/spec_anl.c
14198 target thumb C: libSR_Core <= external/srec/srec/ca/../cfront/wav_acc.c
14199 target thumb C: libSR_Core <= external/srec/srec/ca/../clib/cnorm_tr.c
14200 target thumb C: libSR_Core <= external/srec/srec/ca/../clib/imeld_rd.c
14201 target thumb C: libSR_Core <= external/srec/srec/ca/../clib/fpi_tgt.c
14202 target thumb C: libSR_Core <= external/srec/srec/ca/../clib/imeld_tr.c
14203 target thumb C: libSR_Core <= external/srec/srec/ca/../clib/jacobi.c
14204 target thumb C: libSR_Core <= external/srec/srec/ca/../clib/log_add.c
14205 target thumb C: libSR_Core <= external/srec/srec/ca/../clib/matrix_i.c
14206 target thumb C: libSR_Core <= external/srec/srec/ca/../clib/matx_ops.c
14207 target thumb C: libSR_Core <= external/srec/srec/ca/../clib/specnorm.c
14208 target thumb C: libSR_Core <= external/srec/srec/ca/../clib/srec_arb.c
14209 target thumb C: libSR_Core <= external/srec/srec/ca/../clib/swicms.c
14210 target thumb C: libSR_Core <= external/srec/srec/ca/../clib/swimodel.c
14211 target thumb C: libSR_Core <= external/srec/srec/ca/../clib/voc_read.c
14212 external/srec/srec/ca/../clib/swimodel.c: In function 'load_swimodel':
14213 external/srec/srec/ca/../clib/swimodel.c:348: warning: pointer of type
'void *' used in arithmetic
14214 external/srec/srec/ca/../clib/swimodel.c:350: warning: pointer of type
'void *' used in arithmetic
14215 external/srec/srec/ca/../clib/swimodel.c:352: warning: pointer of type
'void *' used in arithmetic
14216 external/srec/srec/ca/../clib/swimodel.c:358: warning: pointer of type
'void *' used in arithmetic
14217 external/srec/srec/ca/../clib/swimodel.c:361: warning: pointer of type
'void *' used in arithmetic
14218 external/srec/srec/ca/../clib/swimodel.c:364: warning: pointer of type
'void *' used in arithmetic
14219 external/srec/srec/ca/../clib/swimodel.c:367: warning: pointer of type
'void *' used in arithmetic
14220 external/srec/srec/ca/../clib/swimodel.c:369: warning: pointer of type
'void *' used in arithmetic
14221 target thumb C: libSR_Core <= external/srec/srec/ca/../clib/voicing.c
14222 target thumb C: libSR_Core <= external/srec/srec/ca/../crec/astar.c
14223 target thumb C: libSR_Core <=
external/srec/srec/ca/../crec/astar_pphash.c
14224 target thumb C: libSR_Core <= external/srec/srec/ca/../crec/c47mulsp.c
14225 target thumb C: libSR_Core <= external/srec/srec/ca/../crec/get_fram.c
14226 target thumb C: libSR_Core <=
external/srec/srec/ca/../crec/priority_q.c
```

```
14227 target thumb C: libSR_Core <= external/srec/srec/ca/../crec/rec_norm.c
14228 target thumb C: libSR_Core <= external/srec/srec/ca/../crec/srec.c
14229 target thumb C: libSR_Core <=
external/srec/srec/ca/../crec/srec_context.c
14230 target thumb C: libSR_Core <=
external/srec/srec/ca/../crec/srec_debug.c
14231 target thumb C: libSR_Core <= external/srec/srec/ca/../crec/srec_eosd.c
14232 target thumb C: libSR_Core <=
external/srec/srec/ca/../crec/srec_initialize.c
14233 target thumb C: libSR_Core <=
external/srec/srec/ca/../crec/srec_results.c
14234 target thumb C: libSR_Core <=
external/srec/srec/ca/../crec/srec_stats.c
14235 target thumb C: libSR_Core <=
external/srec/srec/ca/../crec/srec_tokens.c
14236 target thumb C: libSR_Core <=
external/srec/srec/ca/../crec/text_parser.c
14237 target thumb C: libSR_Core <=
external/srec/srec/ca/../crec/word_lattice.c
14238 target thumb C: libSR_EventLog <=
external/srec/srec/EventLog/src/EventLog.c
14239 target thumb C: libSR_EventLog <=
external/srec/srec/EventLog/src/EventLogImpl.c
14240 target thumb C: libSR_Grammar <=
external/srec/srec/Grammar/src/SR_Grammar.c
14241 target thumb C: libSR_Grammar <=
external/srec/srec/Grammar/src/SR_GrammarImpl.c
14242 target thumb C: libSR_G2P <=
external/srec/seti/sltsEngine/../setiUtils/src/platform_utils.c
14243 target thumb C: libSR_G2P <=
external/srec/seti/sltsEngine/src/linklist_impl.c
14244 target thumb C: libSR_G2P <=
external/srec/seti/sltsEngine/src/run_seq_lts.c
14245 target thumb C: libSR_G2P <=
external/srec/seti/sltsEngine/src/SWIslts.c
14246 target thumb C: libSR_Nametag <=
external/srec/srec/Nametag/src/Nametag.c
14247 target thumb C: libSR_Nametag <=
external/srec/srec/Nametag/src/NametagImpl.c
14248 target thumb C: libSR_Nametag <=
external/srec/srec/Nametag/src/Nametags.c
14249 target thumb C: libSR_Nametag <=
external/srec/srec/Nametag/src/NametagsImpl.c
14250 target thumb C: libSR_Recognizer <=
external/srec/srec/Recognizer/src/Recognizer.c
14251 target thumb C: libSR_Recognizer <=
external/srec/srec/Recognizer/src/RecognizerImpl.c
14252 target thumb C: libSR_Recognizer <=
external/srec/srec/Recognizer/src/RecognizerResult.c
14253 target thumb C: libSR_Recognizer <=
external/srec/srec/Recognizer/src/RecognizerResultImpl.c
14254 target thumb C: libSR_Semproc <=
external/srec/srec/Semproc/src/ExpressionParser.c
14255 target thumb C: libSR_Semproc <=
external/srec/srec/Semproc/src/ExpressionEvaluator.c
14256 target thumb C: libSR_Semproc <=
external/srec/srec/Semproc/src/SymbolTable.c
```

14257 target thumb C: libSR_Semproc <=
external/srec/srec/Semproc/src/LexicalAnalyzer.c
14258 target thumb C: libSR_Semproc <=
external/srec/srec/Semproc/src/SemanticResult.c
14259 target thumb C: libSR_Semproc <=
external/srec/srec/Semproc/src/SemanticResultImpl.c
14260 target thumb C: libSR_Semproc <=
external/srec/srec/Semproc/src/SemanticGraph.c
14261 target thumb C: libSR_Semproc <=
external/srec/srec/Semproc/src/SemanticGraphImpl.c
14262 target thumb C: libSR_Semproc <=
external/srec/srec/Semproc/src/SemanticProcessor.c
14263 target thumb C: libSR_Semproc <=
external/srec/srec/Semproc/src/SemanticProcessorImpl.c
14264 target thumb C: libSR_Session <=
external/srec/srec/Session/src/SR_Session.c
14265 target thumb C: libSR_Vocabulary <=
external/srec/srec/Vocabulary/src/Vocabulary.c
14266 target thumb C: libSR_Vocabulary <=
external/srec/srec/Vocabulary/src/VocabularyImpl.c
14267 target thumb C++: libstagefrighthw <=
device/samsung/crespo/libstagefrighthw/stagefright_overlay_output.cpp
14268 target thumb C++: libstagefrighthw <=
device/samsung/crespo/libstagefrighthw/SecHardwareRenderer.cpp
14269 target thumb C++: libstagefrighthw <=
device/samsung/crespo/libstagefrighthw/SEC_OMX_Plugin.cpp
14270 device/samsung/crespo/libstagefrighthw/SecHardwareRenderer.h: In
constructor 'android::SecHardwareRenderer::SecHardwareRenderer(const
android::sp<android::ISurface>&, size_t, size_t, size_t, size_t,
OMX_COLOR_FORMATTYPE, int32_t, bool)':
14271 device/samsung/crespo/libstagefrighthw/SecHardwareRenderer.h:66:
warning: 'android::SecHardwareRenderer::mCustomFormat' will be initialized
after
14272 device/samsung/crespo/libstagefrighthw/SecHardwareRenderer.h:65:
warning:   'size_t android::SecHardwareRenderer::mIndex'
14273 device/samsung/crespo/libstagefrighthw/SecHardwareRenderer.cpp:41:
warning:   when initialized here
14274 device/samsung/crespo/libstagefrighthw/SecHardwareRenderer.cpp: In
member function 'void android::SecHardwareRenderer::handleYUV420Planar(const
void*, size_t)':
14275 device/samsung/crespo/libstagefrighthw/SecHardwareRenderer.cpp:148:
warning: pointer of type 'void *' used in arithmetic
14276 device/samsung/crespo/libstagefrighthw/SecHardwareRenderer.cpp:149:
warning: pointer of type 'void *' used in arithmetic
14277 device/samsung/crespo/libstagefrighthw/SecHardwareRenderer.cpp:149:
warning: pointer of type 'void *' used in arithmetic
14278 device/samsung/crespo/libstagefrighthw/SecHardwareRenderer.cpp:152:
warning: pointer of type 'void *' used in arithmetic
14279 device/samsung/crespo/libstagefrighthw/SecHardwareRenderer.cpp:153:
warning: pointer of type 'void *' used in arithmetic
14280 device/samsung/crespo/libstagefrighthw/SecHardwareRenderer.cpp:153:
warning: pointer of type 'void *' used in arithmetic
14281 device/samsung/crespo/libstagefrighthw/SecHardwareRenderer.cpp: In
member function 'virtual void android::SecHardwareRenderer::render(const
void*, size_t, void*)':
14282 device/samsung/crespo/libstagefrighthw/SecHardwareRenderer.cpp:180:
warning: comparison between signed and unsigned integer expressions

14283 device/samsung/crespo/libstagefrighthw/SecHardwareRenderer.cpp:208:
warning: comparison between signed and unsigned integer expressions
14284 target thumb C: libthread_db <= bionic/libthread_db/libthread_db.c
14285 target arm C++: libttspico <=
external/svox/pico/tts/com_svox_picottsengine.cpp
14286 target arm C++: libttspico <=
external/svox/pico/tts/svox_ssml_parser.cpp
14287 target thumb C: libsvoxpico <= external/svox/pico/lib/picoacph.c
14288 target thumb C: libsvoxpico <= external/svox/pico/lib/picoapi.c
14289 target thumb C: libsvoxpico <= external/svox/pico/lib/picobase.c
14290 target thumb C: libsvoxpico <= external/svox/pico/lib/picocep.c
14291 target thumb C: libsvoxpico <= external/svox/pico/lib/picoctrl.c
14292 target thumb C: libsvoxpico <= external/svox/pico/lib/picodata.c
14293 target thumb C: libsvoxpico <= external/svox/pico/lib/picodbg.c
14294 target thumb C: libsvoxpico <= external/svox/pico/lib/picoextapi.c
14295 target thumb C: libsvoxpico <= external/svox/pico/lib/picofftsg.c
14296 target thumb C: libsvoxpico <= external/svox/pico/lib/picokdbg.c
14297 target thumb C: libsvoxpico <= external/svox/pico/lib/picokdt.c
14298 target thumb C: libsvoxpico <= external/svox/pico/lib/picokfst.c
14299 target thumb C: libsvoxpico <= external/svox/pico/lib/picoklex.c
14300 target thumb C: libsvoxpico <= external/svox/pico/lib/picoknow.c
14301 target thumb C: libsvoxpico <= external/svox/pico/lib/picokpdf.c
14302 target thumb C: libsvoxpico <= external/svox/pico/lib/picokpr.c
14303 target thumb C: libsvoxpico <= external/svox/pico/lib/picoktab.c
14304 target thumb C: libsvoxpico <= external/svox/pico/lib/picoos.c
14305 target thumb C: libsvoxpico <= external/svox/pico/lib/picopal.c
14306 target thumb C: libsvoxpico <= external/svox/pico/lib/picopam.c
14307 target thumb C: libsvoxpico <= external/svox/pico/lib/picopr.c
14308 target thumb C: libsvoxpico <= external/svox/pico/lib/picorsrc.c
14309 target thumb C: libsvoxpico <= external/svox/pico/lib/picosa.c
14310 target thumb C: libsvoxpico <= external/svox/pico/lib/picosig.c
14311 target thumb C: libsvoxpico <= external/svox/pico/lib/picosig2.c
14312 target thumb C: libsvoxpico <= external/svox/pico/lib/picospho.c
14313 target thumb C: libsvoxpico <= external/svox/pico/lib/picotok.c
14314 target thumb C: libsvoxpico <= external/svox/pico/lib/picotrns.c
14315 target thumb C: libsvoxpico <= external/svox/pico/lib/picowa.c
14316 target arm C++: libttssynthproxy <=
frameworks/base/packages/TtsService/jni/android_tts_SynthProxy.cpp
14317 target thumb C++: libwebcore <=
external/webkit/WebKit/android/jni/WebCoreJniOnLoad.cpp
14318 target thumb C: libxml2 <= external/libxml2/SAX.c
14319 frameworks/base/packages/TtsService/jni/android_tts_SynthProxy.cpp: In
function 'int android_tts_SynthProxy_synthesizeToFile(JNIEnv*, _jobject*,
jint, _jstring*, _jstring*)':
14320 frameworks/base/packages/TtsService/jni/android_tts_SynthProxy.cpp:690:
warning: dereferencing type-punned pointer will break strict-aliasing rules
14321 frameworks/base/packages/TtsService/jni/android_tts_SynthProxy.cpp:701:
warning: dereferencing type-punned pointer will break strict-aliasing rules
14322 frameworks/base/packages/TtsService/jni/android_tts_SynthProxy.cpp:705:
warning: dereferencing type-punned pointer will break strict-aliasing rules
14323 frameworks/base/packages/TtsService/jni/android_tts_SynthProxy.cpp:706:
warning: dereferencing type-punned pointer will break strict-aliasing rules
14324 frameworks/base/packages/TtsService/jni/android_tts_SynthProxy.cpp:707:
warning: dereferencing type-punned pointer will break strict-aliasing rules
14325 frameworks/base/packages/TtsService/jni/android_tts_SynthProxy.cpp:708:
warning: dereferencing type-punned pointer will break strict-aliasing rules

```
14326 frameworks/base/packages/TtsService/jni/android_tts_SynthProxy.cpp:709:
warning: dereferencing type-punned pointer will break strict-aliasing rules
14327 frameworks/base/packages/TtsService/jni/android_tts_SynthProxy.cpp:710:
warning: dereferencing type-punned pointer will break strict-aliasing rules
14328 frameworks/base/packages/TtsService/jni/android_tts_SynthProxy.cpp:717:
warning: dereferencing type-punned pointer will break strict-aliasing rules
14329 frameworks/base/packages/TtsService/jni/android_tts_SynthProxy.cpp: In
function 'jint JNI_OnLoad(JavaVM*, void*)':
14330 frameworks/base/packages/TtsService/jni/android_tts_SynthProxy.cpp:952:
warning: dereferencing type-punned pointer will break strict-aliasing rules
14331 target thumb C: libxml2 <= external/libxml2/entities.c
14332 target thumb C: libxml2 <= external/libxml2/encoding.c
14333 target thumb C: libxml2 <= external/libxml2/error.c
14334 target thumb C: libxml2 <= external/libxml2/parserInternals.c
14335 target thumb C: libxml2 <= external/libxml2/parser.c
14336 target thumb C: libxml2 <= external/libxml2/tree.c
14337 target thumb C: libxml2 <= external/libxml2/hash.c
14338 target thumb C: libxml2 <= external/libxml2/list.c
14339 target thumb C: libxml2 <= external/libxml2/xmlIO.c
14340 target thumb C: libxml2 <= external/libxml2/xmlmemory.c
14341 target thumb C: libxml2 <= external/libxml2/uri.c
14342 external/libxml2/xmlmemory.c: In function 'xmlMallocLoc':
14343 external/libxml2/xmlmemory.c:208: warning: format '%ld' expects type
'long int', but argument 4 has type 'size_t'
14344 external/libxml2/xmlmemory.c: In function 'xmlMallocAtomicLoc':
14345 external/libxml2/xmlmemory.c:276: warning: format '%ld' expects type
'long int', but argument 4 has type 'size_t'
14346 external/libxml2/xmlmemory.c: In function 'xmlReallocLoc':
14347 external/libxml2/xmlmemory.c:352: warning: format '%ld' expects type
'long int', but argument 4 has type 'size_t'
14348 external/libxml2/xmlmemory.c:352: warning: format '%ld' expects type
'long int', but argument 5 has type 'size_t'
14349 target thumb C: libxml2 <= external/libxml2/valid.c
14350 target thumb C: libxml2 <= external/libxml2/xlink.c
14351 target thumb C: libxml2 <= external/libxml2/HTMLparser.c
14352 target thumb C: libxml2 <= external/libxml2/HTMLtree.c
14353 target thumb C: libxml2 <= external/libxml2/debugXML.c
14354 target thumb C: libxml2 <= external/libxml2/xpath.c
14355 target thumb C: libxml2 <= external/libxml2/xpointer.c
14356 target thumb C: libxml2 <= external/libxml2/xinclude.c
14357 target thumb C: libxml2 <= external/libxml2/nanohttp.c
14358 target thumb C: libxml2 <= external/libxml2/nanoftp.c
14359 target thumb C: libxml2 <= external/libxml2/DOCBparser.c
14360 target thumb C: libxml2 <= external/libxml2/catalog.c
14361 target thumb C: libxml2 <= external/libxml2/globals.c
14362 target thumb C: libxml2 <= external/libxml2/threads.c
14363 target thumb C: libxml2 <= external/libxml2/c14n.c
14364 target thumb C: libxml2 <= external/libxml2/xmlstring.c
14365 target thumb C: libxml2 <= external/libxml2/xmlregexp.c
14366 target thumb C: libxml2 <= external/libxml2/xmlschemas.c
14367 target thumb C: libxml2 <= external/libxml2/xmlschemastypes.c
14368 target thumb C: libxml2 <= external/libxml2/xmlunicode.c
14369 target thumb C: libxml2 <= external/libxml2/xmlreader.c
14370 target thumb C: libxml2 <= external/libxml2/relaxng.c
14371 target thumb C: libxml2 <= external/libxml2/dict.c
14372 target thumb C: libxml2 <= external/libxml2/SAX2.c
14373 target thumb C: libxml2 <= external/libxml2/legacy.c
```

                   Expert Report of Prof. Douglas C. Schmidt

```
14374 target thumb C: libxml2 <= external/libxml2/chvalid.c
14375 target thumb C: libxml2 <= external/libxml2/pattern.c
14376 target thumb C: libxml2 <= external/libxml2/xmlsave.c
14377 target thumb C: libxml2 <= external/libxml2/xmlmodule.c
14378 target thumb C: libxml2 <= external/libxml2/xmlwriter.c
14379 target thumb C: libxml2 <= external/libxml2/schematron.c
14380 target arm C++: libbundlewrapper <=
frameworks/base/media/libeffects/lvm/wrapper/Bundle/EffectBundle.cpp
14381 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/StereoWidening/src/LVCS_BypassMix.c
14382 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/StereoWidening/src/LVCS_Control.c
14383 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/StereoWidening/src/LVCS_Equaliser.c
14384 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/StereoWidening/src/LVCS_Init.c
14385 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/StereoWidening/src/LVCS_Process.c
14386 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/StereoWidening/src/LVCS_ReverbGenera
tor.c
14387 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/StereoWidening/src/LVCS_StereoEnhanc
er.c
14388 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/StereoWidening/src/LVCS_Tables.c
14389 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Bass/src/LVDBE_Control.c
14390 frameworks/base/media/libeffects/lvm/wrapper/Bundle/EffectBundle.cpp:
In function 'int android::<unnamed>::EffectCreate(effect_uuid_t*, int32_t,
int32_t, effect_interface_s***)':
14391
frameworks/base/media/libeffects/lvm/wrapper/Bundle/EffectBundle.cpp:353:
warning: 'sessionNo' may be used uninitialized in this function
14392 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Bass/src/LVDBE_Init.c
14393 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Bass/src/LVDBE_Process.c
14394 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Bass/src/LVDBE_Tables.c
14395 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Bundle/src/LVM_API_Specials.c
14396 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Bundle/src/LVM_Buffers.c
14397 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Bundle/src/LVM_Init.c
14398 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Bundle/src/LVM_Process.c
14399 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Bundle/src/LVM_Tables.c
14400 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Bundle/src/LVM_Control.c
14401 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/SpectrumAnalyzer/src/LVPSA_Control.c
14402 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/SpectrumAnalyzer/src/LVPSA_Init.c
```

14403 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/SpectrumAnalyzer/src/LVPSA_Memory.c
14404 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/SpectrumAnalyzer/src/LVPSA_Process.c
14405 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/SpectrumAnalyzer/src/LVPSA_QPD_Init.
c
14406 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/SpectrumAnalyzer/src/LVPSA_QPD_Proce
ss.c
14407 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/SpectrumAnalyzer/src/LVPSA_Tables.c
14408 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Eq/src/LVEQNB_CalcCoef.c
14409 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Eq/src/LVEQNB_Control.c
14410 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Eq/src/LVEQNB_Init.c
14411 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Eq/src/LVEQNB_Process.c
14412 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Eq/src/LVEQNB_Tables.c
14413 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/InstAlloc.c
14414 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/DC_2I_D16_TRC_WRA_01.c
14415 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/DC_2I_D16_TRC_WRA_01_Init
.c
14416 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/FO_2I_D16F32C15_LShx_TRC_
WRA_01.c
14417 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/FO_2I_D16F32Css_LShx_TRC_
WRA_01_Init.c
14418 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/FO_1I_D16F16C15_TRC_WRA_0
1.c
14419 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/FO_1I_D16F16Css_TRC_WRA_0
1_Init.c
14420 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/BP_1I_D16F32C30_TRC_WRA_0
1.c
14421 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/BP_1I_D16F16C14_TRC_WRA_0
1.c
14422 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/BP_1I_D32F32C30_TRC_WRA_0
2.c
14423 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/BP_1I_D16F16Css_TRC_WRA_0
1_Init.c
14424 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/BP_1I_D32F32Cll_TRC_WRA_0
2_Init.c

14425 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/BP_1I_D16F32Cll_TRC_WRA_0
1_Init.c
14426 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/BQ_2I_D32F32Cll_TRC_WRA_0
1_Init.c
14427 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/BQ_2I_D32F32C30_TRC_WRA_0
1.c
14428 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/BQ_2I_D16F32C15_TRC_WRA_0
1.c
14429 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/BQ_2I_D16F32C14_TRC_WRA_0
1.c
14430 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/BQ_2I_D16F32C13_TRC_WRA_0
1.c
14431 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/BQ_2I_D16F32Css_TRC_WRA_0
1_init.c
14432 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/BQ_2I_D16F16C15_TRC_WRA_0
1.c
14433 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/BQ_2I_D16F16C14_TRC_WRA_0
1.c
14434 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/BQ_2I_D16F16Css_TRC_WRA_0
1_Init.c
14435 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/BQ_1I_D16F16C15_TRC_WRA_0
1.c
14436 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/BQ_1I_D16F16Css_TRC_WRA_0
1_Init.c
14437 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/BQ_1I_D16F32C14_TRC_WRA_0
1.c
14438 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/BQ_1I_D16F32Css_TRC_WRA_0
1_init.c
14439 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/PK_2I_D32F32C30G11_TRC_WR
A_01.c
14440 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/PK_2I_D32F32C14G11_TRC_WR
A_01.c
14441 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/PK_2I_D32F32CssGss_TRC_WR
A_01_Init.c
14442 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/Int16LShiftToInt32_16x32.
c
14443 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/PK_2I_D32F32CllGss_TRC_WR
A_01_Init.c

14444 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/From2iToMono_16.c
14445 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/Copy_16.c
14446 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/MonoTo2I_16.c
14447 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LoadConst_16.c
14448 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/dB_to_Lin32.c
14449 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/Shift_Sat_v16xv16.c
14450 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/Abs_32.c
14451 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/Int32RShiftToInt16_Sat_32
x16.c
14452 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/From2iToMono_32.c
14453 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/mult3s_16x16.c
14454 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/NonLinComp_D16.c
14455 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/DelayMix_16x16.c
14456 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/MSTo2i_Sat_16x16.c
14457 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/From2iToMS_16x16.c
14458 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/Mac3s_Sat_16x16.c
14459 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/Add2_Sat_16x16.c
14460 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVC_MixSoft_1St_2i_D16C31
_SAT.c
14461 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVC_MixSoft_1St_D16C31_SA
T.c
14462 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVC_Mixer_VarSlope_SetTim
eConstant.c
14463 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVC_Mixer_SetTimeConstant
.c
14464 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVC_Mixer_SetTarget.c
14465 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVC_Mixer_GetTarget.c
14466 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVC_Mixer_Init.c
14467 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVC_Core_MixHard_1St_2i_D
16C31_SAT.c
14468 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVC_Core_MixSoft_1St_2i_D
16C31_WRA.c

14469 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVC_Core_MixInSoft_D16C31
_SAT.c
14470 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVC_Mixer_GetCurrent.c
14471 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVC_MixSoft_2St_D16C31_SA
T.c
14472 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVC_Core_MixHard_2St_D16C
31_SAT.c
14473 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVC_Core_MixSoft_1St_D16C
31_WRA.c
14474 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVC_MixInSoft_D16C31_SAT.
c
14475 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/AGC_MIX_VOL_2St1Mon_D32_W
RA.c
14476 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVM_Timer.c
14477 target arm C: libmusicbundle <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVM_Timer_Init.c
14478 target arm C++: libreverbwrapper <=
frameworks/base/media/libeffects/lvm/wrapper/Reverb/EffectReverb.cpp
14479 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Reverb/src/LVREV_ApplyNewSettings.c
14480 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Reverb/src/LVREV_ClearAudioBuffers.c
14481 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Reverb/src/LVREV_GetControlParameter
s.c
14482 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Reverb/src/LVREV_GetInstanceHandle.c
14483 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Reverb/src/LVREV_GetMemoryTable.c
14484 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Reverb/src/LVREV_Process.c
14485 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Reverb/src/LVREV_SetControlParameter
s.c
14486 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Reverb/src/LVREV_Tables.c
14487 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/Abs_32.c
14488 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/InstAlloc.c
14489 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LoadConst_16.c
14490 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LoadConst_32.c
14491 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/From2iToMono_32.c
14492 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/Mult3s_32x16.c

14493 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/FO_1I_D32F32C31_TRC_WRA_0
1.c
14494 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/FO_1I_D32F32Cll_TRC_WRA_0
l_Init.c
14495 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/DelayAllPass_Sat_32x16To3
2.c
14496 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/Copy_16.c
14497 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/Mac3s_Sat_32x16.c
14498 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/DelayWrite_32.c
14499 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/Shift_Sat_v32xv32.c
14500 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/Add2_Sat_32x32.c
14501 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/JoinTo2i_32x32.c
14502 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/MonoTo2I_32.c
14503 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVM_FO_LPF.c
14504 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVM_FO_HPF.c
14505 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVM_Polynomial.c
14506 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVM_Power10.c
14507 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVM_GetOmega.c
14508 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/MixSoft_1St_D32C31_WRA.c
14509 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/MixSoft_2St_D32C31_SAT.c
14510 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/MixInSoft_D32C31_SAT.c
14511 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/LVM_Mixer_TimeConstant.c
14512 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/Core_MixHard_2St_D32C31_S
AT.c
14513 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/Core_MixSoft_1St_D32C31_W
RA.c
14514 target arm C: libreverb <=
frameworks/base/media/libeffects/lvm/lib/Common/src/Core_MixInSoft_D32C31_SAT
.c
14515 target thumb C++: libvisualizer <=
frameworks/base/media/libeffects/visualizer/EffectVisualizer.cpp
14516 target thumb C: add-property-tag <= bootable/recovery/tools/ota/add-
property-tag.c
14517 frameworks/base/media/libeffects/visualizer/EffectVisualizer.cpp: In
function 'int android::Visualizer_process(effect_interface_s**,
audio_buffer_t*, audio_buffer_t*)':

14518 frameworks/base/media/libeffects/visualizer/EffectVisualizer.cpp:247:
warning: comparison between signed and unsigned integer expressions
14519 target thumb C: check-lost+found <= bootable/recovery/tools/ota/check-
lost+found.c
14520 target thumb C++: btool <= frameworks/base/cmds/backup/backup.cpp
14521 target thumb C: dexdump <= dalvik/dexdump/DexDump.c
14522 target thumb C: dhdutil <=
hardware/broadcom/wlan/bcm4329/src/dhd/exe/dhdu.c
14523 target thumb C: dhdutil <=
hardware/broadcom/wlan/bcm4329/src/dhd/exe/dhdu_linux.c
14524 target thumb C: dhdutil <=
hardware/broadcom/wlan/bcm4329/src/shared/bcmutils.c
14525 target thumb C: dhdutil <=
hardware/broadcom/wlan/bcm4329/src/shared/miniopt.c
14526 target thumb C: hcidump <= external/bluetooth/hcidump/parser/avctp.c
14527 target thumb C: hcidump <= external/bluetooth/hcidump/parser/avdtp.c
14528 In file included from external/bluetooth/hcidump/parser/avctp.c:37:
14529 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':
14530 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of
type 'void *' used in arithmetic
14531 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14532 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of
type 'void *' used in arithmetic
14533 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
14534 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of
type 'void *' used in arithmetic
14535 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
14536 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of
type 'void *' used in arithmetic
14537 In file included from external/bluetooth/hcidump/parser/avdtp.c:37:
14538 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':
14539 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of
type 'void *' used in arithmetic
14540 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14541 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of
type 'void *' used in arithmetic
14542 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
14543 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of
type 'void *' used in arithmetic
14544 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
14545 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of
type 'void *' used in arithmetic
14546 external/bluetooth/hcidump/parser/avdtp.c: In function 'capabilities':
14547 external/bluetooth/hcidump/parser/avdtp.c:271: warning: pointer of type
'void *' used in arithmetic
14548 external/bluetooth/hcidump/parser/avdtp.c:271: warning: pointer of type
'void *' used in arithmetic
14549 external/bluetooth/hcidump/parser/avdtp.c:279: warning: pointer of type
'void *' used in arithmetic
14550 external/bluetooth/hcidump/parser/avdtp.c: In function 'security':
14551 external/bluetooth/hcidump/parser/avdtp.c:414: warning: pointer of type
'void *' used in arithmetic
14552 target thumb C: hcidump <= external/bluetooth/hcidump/parser/bnep.c
14553 In file included from external/bluetooth/hcidump/parser/bnep.c:38:
14554 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':
14555 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of
type 'void *' used in arithmetic

```
14556 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14557 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of
type 'void *' used in arithmetic
14558 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
14559 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of
type 'void *' used in arithmetic
14560 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
14561 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of
type 'void *' used in arithmetic
14562 external/bluetooth/hcidump/parser/bnep.c: In function 'get_macaddr':
14563 external/bluetooth/hcidump/parser/bnep.c:71: warning: pointer of type
'void *' used in arithmetic
14564 external/bluetooth/hcidump/parser/bnep.c: In function 'bnep_control':
14565 external/bluetooth/hcidump/parser/bnep.c:122: warning: pointer of type
'void *' used in arithmetic
14566 external/bluetooth/hcidump/parser/bnep.c:129: warning: pointer of type
'void *' used in arithmetic
14567 external/bluetooth/hcidump/parser/bnep.c:133: warning: pointer of type
'void *' used in arithmetic
14568 external/bluetooth/hcidump/parser/bnep.c:179: warning: pointer of type
'void *' used in arithmetic
14569 external/bluetooth/hcidump/parser/bnep.c:179: warning: pointer of type
'void *' used in arithmetic
14570 external/bluetooth/hcidump/parser/bnep.c: In function
'bnep_eval_extension':
14571 external/bluetooth/hcidump/parser/bnep.c:204: warning: pointer of type
'void *' used in arithmetic
14572 target thumb C: hcidump <= external/bluetooth/hcidump/parser/bpa.c
14573 In file included from external/bluetooth/hcidump/parser/bpa.c:40:
14574 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':
14575 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of
type 'void *' used in arithmetic
14576 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14577 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of
type 'void *' used in arithmetic
14578 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
14579 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of
type 'void *' used in arithmetic
14580 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
14581 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of
type 'void *' used in arithmetic
14582 target thumb C: hcidump <= external/bluetooth/hcidump/parser/capi.c
14583 target thumb C: hcidump <= external/bluetooth/hcidump/parser/cmtp.c
14584 In file included from external/bluetooth/hcidump/parser/capi.c:40:
14585 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':
14586 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of
type 'void *' used in arithmetic
14587 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14588 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of
type 'void *' used in arithmetic
14589 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
14590 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of
type 'void *' used in arithmetic
14591 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
14592 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of
type 'void *' used in arithmetic
14593 external/bluetooth/hcidump/parser/capi.c: In function 'profile':
```

```
14594 external/bluetooth/hcidump/parser/capi.c:259: warning: pointer of type
'void *' used in arithmetic
14595 external/bluetooth/hcidump/parser/capi.c: In function 'cmd_connect':
14596 external/bluetooth/hcidump/parser/capi.c:333: warning: pointer of type
'void *' used in arithmetic
14597 external/bluetooth/hcidump/parser/capi.c:336: warning: pointer of type
'void *' used in arithmetic
14598 external/bluetooth/hcidump/parser/capi.c:339: warning: pointer of type
'void *' used in arithmetic
14599 external/bluetooth/hcidump/parser/capi.c:342: warning: pointer of type
'void *' used in arithmetic
14600 external/bluetooth/hcidump/parser/capi.c: In function 'cmd_listen':
14601 external/bluetooth/hcidump/parser/capi.c:429: warning: pointer of type
'void *' used in arithmetic
14602 external/bluetooth/hcidump/parser/capi.c:438: warning: pointer of type
'void *' used in arithmetic
14603 external/bluetooth/hcidump/parser/capi.c: In function 'cmd_info':
14604 external/bluetooth/hcidump/parser/capi.c:458: warning: pointer of type
'void *' used in arithmetic
14605 external/bluetooth/hcidump/parser/capi.c: In function
'cmd_manufacturer':
14606 external/bluetooth/hcidump/parser/capi.c:766: warning: pointer of type
'void *' used in arithmetic
14607 external/bluetooth/hcidump/parser/capi.c: In function 'capi_dump':
14608 external/bluetooth/hcidump/parser/capi.c:845: warning: pointer of type
'void *' used in arithmetic
14609 In file included from external/bluetooth/hcidump/parser/cmtp.c:37:
14610 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':
14611 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of
type 'void *' used in arithmetic
14612 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14613 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of
type 'void *' used in arithmetic
14614 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
14615 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of
type 'void *' used in arithmetic
14616 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
14617 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of
type 'void *' used in arithmetic
14618 external/bluetooth/hcidump/parser/cmtp.c: In function 'add_segment':
14619 external/bluetooth/hcidump/parser/cmtp.c:81: warning: pointer of type
'void *' used in arithmetic
14620 external/bluetooth/hcidump/parser/cmtp.c: In function 'cmtp_dump':
14621 external/bluetooth/hcidump/parser/cmtp.c:208: warning: pointer of type
'void *' used in arithmetic
14622 target thumb C: hcidump <= external/bluetooth/hcidump/parser/csr.c
14623 In file included from external/bluetooth/hcidump/parser/csr.c:37:
14624 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':
14625 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of
type 'void *' used in arithmetic
14626 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14627 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of
type 'void *' used in arithmetic
14628 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
14629 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of
type 'void *' used in arithmetic
14630 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
```

14631 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of
type 'void *' used in arithmetic
14632 external/bluetooth/hcidump/parser/csr.c: In function 'commands_dump':
14633 external/bluetooth/hcidump/parser/csr.c:155: warning: comparison
between signed and unsigned integer expressions
14634 target thumb C: hcidump <= external/bluetooth/hcidump/parser/ericsson.c
14635 target thumb C: hcidump <= external/bluetooth/hcidump/parser/hci.c
14636 In file included from external/bluetooth/hcidump/parser/ericsson.c:31:
14637 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':
14638 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of
type 'void *' used in arithmetic
14639 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14640 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of
type 'void *' used in arithmetic
14641 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
14642 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of
type 'void *' used in arithmetic
14643 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
14644 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of
type 'void *' used in arithmetic
14645 external/bluetooth/hcidump/parser/ericsson.c: In function
'ericsson_dump':
14646 external/bluetooth/hcidump/parser/ericsson.c:49: warning: pointer of
type 'void *' used in arithmetic
14647 In file included from external/bluetooth/hcidump/parser/hci.c:44:
14648 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':
14649 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of
type 'void *' used in arithmetic
14650 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14651 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of
type 'void *' used in arithmetic
14652 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
14653 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of
type 'void *' used in arithmetic
14654 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
14655 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of
type 'void *' used in arithmetic
14656 external/bluetooth/hcidump/parser/hci.c: In function
'ext_inquiry_response_dump':
14657 external/bluetooth/hcidump/parser/hci.c:603: warning: pointer of type
'void *' used in arithmetic
14658 external/bluetooth/hcidump/parser/hci.c:613: warning: pointer of type
'void *' used in arithmetic
14659 external/bluetooth/hcidump/parser/hci.c:613: warning: pointer of type
'void *' used in arithmetic
14660 external/bluetooth/hcidump/parser/hci.c:646: warning: pointer of type
'void *' used in arithmetic
14661 external/bluetooth/hcidump/parser/hci.c:652: warning: pointer of type
'void *' used in arithmetic
14662 external/bluetooth/hcidump/parser/hci.c: In function
'bdaddr_command_dump':
14663 external/bluetooth/hcidump/parser/hci.c:661: warning: pointer of type
'void *' used in arithmetic
14664 external/bluetooth/hcidump/parser/hci.c: In function
'return_link_keys_dump':
14665 external/bluetooth/hcidump/parser/hci.c:1114: warning: pointer of type
'void *' used in arithmetic

14666 external/bluetooth/hcidump/parser/hci.c:1125: warning: pointer of type 'void *' used in arithmetic
14667 external/bluetooth/hcidump/parser/hci.c: In function 'write_ext_inquiry_response_dump':
14668 external/bluetooth/hcidump/parser/hci.c:1254: warning: wrong type argument to increment
14669 external/bluetooth/hcidump/parser/hci.c: In function 'command_dump':
14670 external/bluetooth/hcidump/parser/hci.c:1364: warning: pointer of type 'void *' used in arithmetic
14671 external/bluetooth/hcidump/parser/hci.c: In function 'bdaddr_response_dump':target thumb C: hcidump <= external/bluetooth/hcidump/parser/hcrp.c
14672
14673 external/bluetooth/hcidump/parser/hci.c:1660: warning: pointer of type 'void *' used in arithmetic
14674 external/bluetooth/hcidump/parser/hci.c: In function 'read_ext_inquiry_response_dump':
14675 external/bluetooth/hcidump/parser/hci.c:1981: warning: pointer of type 'void *' used in arithmetic
14676 external/bluetooth/hcidump/parser/hci.c: In function 'cmd_complete_dump':
14677 external/bluetooth/hcidump/parser/hci.c:2233: warning: pointer of type 'void *' used in arithmetic
14678 external/bluetooth/hcidump/parser/hci.c: In function 'inq_result_dump':
14679 external/bluetooth/hcidump/parser/hci.c:2496: warning: pointer of type 'void *' used in arithmetic
14680 external/bluetooth/hcidump/parser/hci.c: In function 'inq_result_with_rssi_dump':
14681 external/bluetooth/hcidump/parser/hci.c:2843: warning: pointer of type 'void *' used in arithmetic
14682 external/bluetooth/hcidump/parser/hci.c:2857: warning: pointer of type 'void *' used in arithmetic
14683 external/bluetooth/hcidump/parser/hci.c: In function 'extended_inq_result_dump':
14684 external/bluetooth/hcidump/parser/hci.c:2958: warning: pointer of type 'void *' used in arithmetic
14685 external/bluetooth/hcidump/parser/hci.c: In function 'event_dump':
14686 external/bluetooth/hcidump/parser/hci.c:3041: warning: pointer of type 'void *' used in arithmetic
14687 external/bluetooth/hcidump/parser/hci.c:3046: warning: pointer of type 'void *' used in arithmetic
14688 external/bluetooth/hcidump/parser/hci.c:3056: warning: pointer of type 'void *' used in arithmetic
14689 external/bluetooth/hcidump/parser/hci.c:3062: warning: pointer of type 'void *' used in arithmetic
14690 external/bluetooth/hcidump/parser/hci.c: In function 'acl_dump':
14691 external/bluetooth/hcidump/parser/hci.c:3234: warning: pointer of type 'void *' used in arithmetic
14692 external/bluetooth/hcidump/parser/hci.c: In function 'sco_dump':
14693 external/bluetooth/hcidump/parser/hci.c:3253: warning: pointer of type 'void *' used in arithmetic
14694 external/bluetooth/hcidump/parser/hci.c:3261: warning: pointer of type 'void *' used in arithmetic
14695 external/bluetooth/hcidump/parser/hci.c: In function 'hci_dump':
14696 external/bluetooth/hcidump/parser/hci.c:3304: warning: wrong type argument to increment
14697 In file included from external/bluetooth/hcidump/parser/hcrp.c:37:

```
14698 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':
14699 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of
type 'void *' used in arithmetic
14700 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14701 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of
type 'void *' used in arithmetic
14702 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
14703 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of
type 'void *' used in arithmetic
14704 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
14705 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of
type 'void *' used in arithmetic
14706 target thumb C: hcidump <= external/bluetooth/hcidump/parser/hidp.c
14707 In file included from external/bluetooth/hcidump/parser/hidp.c:37:
14708 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':
14709 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of
type 'void *' used in arithmetic
14710 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14711 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of
type 'void *' used in arithmetic
14712 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
14713 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of
type 'void *' used in arithmetic
14714 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
14715 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of
type 'void *' used in arithmetic
14716 target thumb C: hcidump <= external/bluetooth/hcidump/parser/l2cap.c
14717 target thumb C: hcidump <= external/bluetooth/hcidump/parser/lmp.c
14718 target thumb C: hcidump <= external/bluetooth/hcidump/parser/obex.c
14719 In file included from external/bluetooth/hcidump/parser/l2cap.c:43:
14720 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':
14721 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of
type 'void *' used in arithmetic
14722 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14723 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of
type 'void *' used in arithmetic
14724 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
14725 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of
type 'void *' used in arithmetic
14726 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
14727 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of
type 'void *' used in arithmetic
14728 external/bluetooth/hcidump/parser/l2cap.c: In function 'command_rej':
14729 external/bluetooth/hcidump/parser/l2cap.c:356: warning: pointer of type
'void *' used in arithmetic
14730 external/bluetooth/hcidump/parser/l2cap.c:359: warning: pointer of type
'void *' used in arithmetic
14731 external/bluetooth/hcidump/parser/l2cap.c: In function 'conf_rfc':
14732 external/bluetooth/hcidump/parser/l2cap.c:434: warning: pointer of type
'void *' used in arithmetic
14733 external/bluetooth/hcidump/parser/l2cap.c:435: warning: pointer of type
'void *' used in arithmetic
14734 external/bluetooth/hcidump/parser/l2cap.c:436: warning: pointer of type
'void *' used in arithmetic
14735 external/bluetooth/hcidump/parser/l2cap.c:436: warning: pointer of type
'void *' used in arithmetic
```

14736 external/bluetooth/hcidump/parser/l2cap.c:437: warning: pointer of type 'void *' used in arithmetic
14737 external/bluetooth/hcidump/parser/l2cap.c:437: warning: pointer of type 'void *' used in arithmetic
14738 external/bluetooth/hcidump/parser/l2cap.c:438: warning: pointer of type 'void *' used in arithmetic
14739 external/bluetooth/hcidump/parser/l2cap.c:438: warning: pointer of type 'void *' used in arithmetic
14740 external/bluetooth/hcidump/parser/l2cap.c: In function 'conf_opt':
14741 external/bluetooth/hcidump/parser/l2cap.c:451: warning: pointer of type 'void *' used in arithmetic
14742 external/bluetooth/hcidump/parser/l2cap.c:451: warning: pointer of type 'void *' used in arithmetic
14743 external/bluetooth/hcidump/parser/l2cap.c: In function 'l2cap_parse':
14744 external/bluetooth/hcidump/parser/l2cap.c:680: warning: pointer of type 'void *' used in arithmetic
14745 external/bluetooth/hcidump/parser/l2cap.c:689: warning: pointer of type 'void *' used in arithmetic
14746 external/bluetooth/hcidump/parser/l2cap.c:752: warning: pointer of type 'void *' used in arithmeticIn file included from external/bluetooth/hcidump/parser/lmp.c:37:
14747 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':
14748 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of type 'void *' used in arithmetic
14749 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14750 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of type 'void *' used in arithmetic
14751 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
14752 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of type 'void *' used in arithmetic
14753 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
14754 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of type 'void *' used in arithmetic
14755 external/bluetooth/hcidump/parser/lmp.c: In function 'name_res_dump':
14756 external/bluetooth/hcidump/parser/l2cap.c:763: warning: pointer of type 'void *' used in arithmetic
14757 external/bluetooth/hcidump/parser/l2cap.c:782: warning: pointer of type 'void *' used in arithmetic
14758 external/bluetooth/hcidump/parser/l2cap.c:784: warning: pointer of type 'void *' used in arithmetic
14759 external/bluetooth/hcidump/parser/l2cap.c:784: warning: pointer of type 'void *' used in arithmetic
14760 external/bluetooth/hcidump/parser/l2cap.c:805: warning: pointer of type 'void *' used in arithmetic
14761 external/bluetooth/hcidump/parser/l2cap.c: In function 'l2cap_dump':
14762 external/bluetooth/hcidump/parser/l2cap.c:902: warning: comparison between signed and unsigned integer expressions
14763 external/bluetooth/hcidump/parser/l2cap.c:955: warning: pointer of type 'void *' used in arithmetic
14764
14765 external/bluetooth/hcidump/parser/lmp.c:361: warning: pointer of type 'void *' used in arithmetic
14766 external/bluetooth/hcidump/parser/lmp.c: In function 'random_number_dump':
14767 external/bluetooth/hcidump/parser/lmp.c:425: warning: pointer of type 'void *' used in arithmetic
14768 external/bluetooth/hcidump/parser/lmp.c: In function 'key_dump':

14769 external/bluetooth/hcidump/parser/lmp.c:440: warning: pointer of type
'void *' used in arithmetic
14770 external/bluetooth/hcidump/parser/lmp.c: In function 'auth_resp_dump':
14771 external/bluetooth/hcidump/parser/lmp.c:455: warning: pointer of type
'void *' used in arithmetic
14772 external/bluetooth/hcidump/parser/lmp.c:456: warning: pointer of type
'void *' used in arithmetic
14773 external/bluetooth/hcidump/parser/lmp.c: In function 'features_dump':
14774 external/bluetooth/hcidump/parser/lmp.c:689: warning: pointer of type
'void *' used in arithmetic
14775 external/bluetooth/hcidump/parser/lmp.c: In function 'set_afh_dump':
14776 external/bluetooth/hcidump/parser/lmp.c:706: warning: pointer of type
'void *' used in arithmetic
14777 external/bluetooth/hcidump/parser/lmp.c: In function
'encapsulated_payload_dump':
14778 external/bluetooth/hcidump/parser/lmp.c:743: warning: pointer of type
'void *' used in arithmetic
14779 external/bluetooth/hcidump/parser/lmp.c: In function
'simple_pairing_confirm_dump':
14780 external/bluetooth/hcidump/parser/lmp.c:758: warning: pointer of type
'void *' used in arithmetic
14781 external/bluetooth/hcidump/parser/lmp.c: In function
'simple_pairing_number_dump':
14782 external/bluetooth/hcidump/parser/lmp.c:773: warning: pointer of type
'void *' used in arithmetic
14783 external/bluetooth/hcidump/parser/lmp.c: In function
'dhkey_check_dump':
14784 external/bluetooth/hcidump/parser/lmp.c:788: warning: pointer of type
'void *' used in arithmetic
14785 external/bluetooth/hcidump/parser/lmp.c: In function
'features_ext_dump':
14786 external/bluetooth/hcidump/parser/lmp.c:825: warning: pointer of type
'void *' used in arithmetic
14787 external/bluetooth/hcidump/parser/lmp.c: In function
'channel_classification_dump':
14788 external/bluetooth/hcidump/parser/lmp.c:1083: warning: pointer of type
'void *' used in arithmetic
14789 In file included from external/bluetooth/hcidump/parser/obex.c:37:
14790 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':
14791 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of
type 'void *' used in arithmetic
14792 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14793 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of
type 'void *' used in arithmetic
14794 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
14795 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of
type 'void *' used in arithmetic
14796 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
14797 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of
type 'void *' used in arithmetic
14798 external/bluetooth/hcidump/parser/obex.c: In function 'parse_headers':
14799 external/bluetooth/hcidump/parser/obex.c:206: warning: pointer of type
'void *' used in arithmetic
14800 external/bluetooth/hcidump/parser/obex.c:214: warning: pointer of type
'void *' used in arithmetic
14801 external/bluetooth/hcidump/parser/obex.c: In function 'obex_dump':

14802 external/bluetooth/hcidump/parser/obex.c:244: warning: comparison
between signed and unsigned integer expressions
14803 external/bluetooth/hcidump/parser/obex.c:245: warning: pointer of type
'void *' used in arithmetic
14804 target thumb C: hcidump <= external/bluetooth/hcidump/parser/parser.c
14805 In file included from external/bluetooth/hcidump/parser/parser.c:39:
14806 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':
14807 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of
type 'void *' used in arithmetic
14808 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14809 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of
type 'void *' used in arithmetic
14810 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
14811 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of
type 'void *' used in arithmetic
14812 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
14813 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of
type 'void *' used in arithmetic
14814 external/bluetooth/hcidump/parser/parser.c: In function 'add_frame':
14815 external/bluetooth/hcidump/parser/parser.c:181: warning: pointer of
type 'void *' used in arithmetic
14816 external/bluetooth/hcidump/parser/parser.c: In function 'ascii_dump':
14817 external/bluetooth/hcidump/parser/parser.c:257: warning: comparison
between signed and unsigned integer expressions
14818 external/bluetooth/hcidump/parser/parser.c: In function 'hex_dump':
14819 external/bluetooth/hcidump/parser/parser.c:278: warning: comparison
between signed and unsigned integer expressions
14820 external/bluetooth/hcidump/parser/parser.c: In function 'ext_dump':
14821 external/bluetooth/hcidump/parser/parser.c:299: warning: comparison
between signed and unsigned integer expressions
14822 target thumb C: hcidump <= external/bluetooth/hcidump/parser/ppp.c
14823 In file included from external/bluetooth/hcidump/parser/ppp.c:35:
14824 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':
14825 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of
type 'void *' used in arithmetic
14826 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14827 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of
type 'void *' used in arithmetic
14828 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
14829 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of
type 'void *' used in arithmetic
14830 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
14831 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of
type 'void *' used in arithmetic
14832 external/bluetooth/hcidump/parser/ppp.c: In function
'check_for_ppp_traffic':
14833 external/bluetooth/hcidump/parser/ppp.c:51: warning: comparison between
signed and unsigned integer expressions
14834 external/bluetooth/hcidump/parser/ppp.c:57: warning: comparison between
signed and unsigned integer expressions
14835 external/bluetooth/hcidump/parser/ppp.c:63: warning: comparison between
signed and unsigned integer expressions
14836 external/bluetooth/hcidump/parser/ppp.c: In function 'hdlc_dump':
14837 external/bluetooth/hcidump/parser/ppp.c:107: warning: pointer of type
'void *' used in arithmetic
14838 external/bluetooth/hcidump/parser/ppp.c:107: warning: pointer of type
'void *' used in arithmetic

```
14839 external/bluetooth/hcidump/parser/ppp.c:107: warning: pointer of type
'void *' used in arithmetic
14840 external/bluetooth/hcidump/parser/ppp.c:107: warning: pointer of type
'void *' used in arithmetic
14841 external/bluetooth/hcidump/parser/ppp.c:113: warning: pointer of type
'void *' used in arithmetic
14842 external/bluetooth/hcidump/parser/ppp.c: In function 'ppp_dump':
14843 external/bluetooth/hcidump/parser/ppp.c:196: warning: pointer of type
'void *' used in arithmetic
14844 external/bluetooth/hcidump/parser/ppp.c:209: warning: pointer of type
'void *' used in subtraction
14845 external/bluetooth/hcidump/parser/ppp.c:213: warning: pointer of type
'void *' used in arithmetic
14846 external/bluetooth/hcidump/parser/ppp.c:217: warning: pointer of type
'void *' used in subtraction
14847 external/bluetooth/hcidump/parser/ppp.c:219: warning: wrong type
argument to increment
14848 external/bluetooth/hcidump/parser/ppp.c:225: warning: pointer of type
'void *' used in arithmetic
14849 target thumb C: hcidump <= external/bluetooth/hcidump/parser/rfcomm.c
14850 In file included from external/bluetooth/hcidump/parser/rfcomm.c:41:
14851 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':
14852 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of
type 'void *' used in arithmetic
14853 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14854 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of
type 'void *' used in arithmetic
14855 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
14856 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of
type 'void *' used in arithmetic
14857 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
14858 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of
type 'void *' used in arithmetic
14859 external/bluetooth/hcidump/parser/rfcomm.c: In function 'mcc_msc':
14860 external/bluetooth/hcidump/parser/rfcomm.c:110: warning: comparison
between signed and unsigned integer expressions
14861 external/bluetooth/hcidump/parser/rfcomm.c: In function 'mcc_rpn':
14862 external/bluetooth/hcidump/parser/rfcomm.c:132: warning: comparison
between signed and unsigned integer expressions
14863 external/bluetooth/hcidump/parser/rfcomm.c: In function 'mcc_frame':
14864 external/bluetooth/hcidump/parser/rfcomm.c:209: warning: pointer of
type 'void *' used in arithmetic
14865 external/bluetooth/hcidump/parser/rfcomm.c: In function 'uih_frame':
14866 external/bluetooth/hcidump/parser/rfcomm.c:263: warning: wrong type
argument to increment
14867 external/bluetooth/hcidump/parser/rfcomm.c: In function 'rfcomm_dump':
14868 external/bluetooth/hcidump/parser/rfcomm.c:319: warning: pointer of
type 'void *' used in arithmetic
14869 target thumb C: hcidump <= external/bluetooth/hcidump/parser/sdp.c
14870 In file included from external/bluetooth/hcidump/parser/sdp.c:39:
14871 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':
14872 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of
type 'void *' used in arithmetic
14873 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14874 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of
type 'void *' used in arithmetic
14875 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
```

14876 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of
type 'void *' used in arithmetic
14877 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
14878 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of
type 'void *' used in arithmetic
14879 external/bluetooth/hcidump/parser/sdp.c: In function 'get_uuid_name':
14880 external/bluetooth/hcidump/parser/sdp.c:227: warning: comparison
between signed and unsigned integer expressions
14881 external/bluetooth/hcidump/parser/sdp.c: In function
'get_attr_id_name':
14882 external/bluetooth/hcidump/parser/sdp.c:239: warning: comparison
between signed and unsigned integer expressions
14883 external/bluetooth/hcidump/parser/sdp.c: In function 'print_int':
14884 external/bluetooth/hcidump/parser/sdp.c:313: warning: pointer of type
'void *' used in arithmetic
14885 external/bluetooth/hcidump/parser/sdp.c: In function 'print_uuid':
14886 external/bluetooth/hcidump/parser/sdp.c:343: warning: pointer of type
'void *' used in arithmetic
14887 external/bluetooth/hcidump/parser/sdp.c:348: warning: pointer of type
'void *' used in arithmetic
14888 external/bluetooth/hcidump/parser/sdp.c: In function 'print_string':
14889 external/bluetooth/hcidump/parser/sdp.c:393: warning: pointer of type
'void *' used in arithmetic
14890 external/bluetooth/hcidump/parser/sdp.c: In function 'print_des':
14891 external/bluetooth/hcidump/parser/sdp.c:402: warning: comparison
between signed and unsigned integer expressions
14892 external/bluetooth/hcidump/parser/sdp.c: In function
'print_srv_srch_pat':
14893 external/bluetooth/hcidump/parser/sdp.c:458: warning: comparison
between signed and unsigned integer expressions
14894 external/bluetooth/hcidump/parser/sdp.c: In function
'print_attr_id_list':
14895 external/bluetooth/hcidump/parser/sdp.c:484: warning: comparison
between signed and unsigned integer expressions
14896 external/bluetooth/hcidump/parser/sdp.c: In function 'print_attr_list':
14897 external/bluetooth/hcidump/parser/sdp.c:523: warning: comparison
between signed and unsigned integer expressions
14898 external/bluetooth/hcidump/parser/sdp.c: In function
'print_attr_lists':
14899 external/bluetooth/hcidump/parser/sdp.c:561: warning: comparison
between signed and unsigned integer expressions
14900 external/bluetooth/hcidump/parser/sdp.c: In function 'sdp_dump':
14901 external/bluetooth/hcidump/parser/sdp.c:683: warning: pointer of type
'void *' used in arithmetic
14902 external/bluetooth/hcidump/parser/sdp.c:760: warning: pointer of type
'void *' used in arithmetic
14903 external/bluetooth/hcidump/parser/sdp.c:768: warning: pointer of type
'void *' used in arithmetic
14904 external/bluetooth/hcidump/parser/sdp.c:793: warning: pointer of type
'void *' used in arithmetic
14905 external/bluetooth/hcidump/parser/sdp.c:801: warning: pointer of type
'void *' used in arithmetic
14906 target thumb C: hcidump <= external/bluetooth/hcidump/parser/tcpip.c
14907 target thumb C: hcidump <= external/bluetooth/hcidump/src/hcidump.c
14908 In file included from external/bluetooth/hcidump/parser/tcpip.c:47:
14909 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':

14910 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of
type 'void *' used in arithmetic
14911 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14912 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of
type 'void *' used in arithmetic
14913 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
14914 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of
type 'void *' used in arithmetic
14915 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
14916 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of
type 'void *' used in arithmetic
14917 target thumb C: latencytop <= system/extras/latencytop/latencytop.c
14918 In file included from external/bluetooth/hcidump/src/hcidump.c:50:
14919 external/bluetooth/hcidump/parser/parser.h: In function 'get_u8':
14920 external/bluetooth/hcidump/parser/parser.h:161: warning: pointer of
type 'void *' used in arithmetic
14921 external/bluetooth/hcidump/parser/parser.h: In function 'get_u16':
14922 external/bluetooth/hcidump/parser/parser.h:169: warning: pointer of
type 'void *' used in arithmetic
14923 external/bluetooth/hcidump/parser/parser.h: In function 'get_u32':
14924 external/bluetooth/hcidump/parser/parser.h:177: warning: pointer of
type 'void *' used in arithmetic
14925 external/bluetooth/hcidump/parser/parser.h: In function 'get_u64':
14926 external/bluetooth/hcidump/parser/parser.h:186: warning: pointer of
type 'void *' used in arithmetic
14927 external/bluetooth/hcidump/src/hcidump.c: In function 'read_dump':
14928 external/bluetooth/hcidump/src/hcidump.c:412: warning: pointer of type
'void *' used in arithmetic
14929 external/bluetooth/hcidump/src/hcidump.c:427: warning: pointer of type
'void *' used in arithmetic
14930 external/bluetooth/hcidump/src/hcidump.c: In function
'wait_connection':
14931 external/bluetooth/hcidump/src/hcidump.c:771: warning: comparison
between signed and unsigned integer expressions
14932 external/bluetooth/hcidump/src/hcidump.c: At top level:
14933 external/bluetooth/hcidump/src/hcidump.c:905: warning: missing
initializer
14934 external/bluetooth/hcidump/src/hcidump.c:905: warning: (near
initialization for 'filters[17].flag')
14935 external/bluetooth/hcidump/src/hcidump.c:989: warning: missing
initializer
14936 external/bluetooth/hcidump/src/hcidump.c:989: warning: (near
initialization for 'main_options[28].has_arg')
14937 target thumb C: librank <= system/extras/librank/librank.c
14938 system/extras/librank/librank.c: In function 'main':
14939 system/extras/librank/librank.c:230: warning: comparison between signed
and unsigned integer expressions
14940 system/extras/librank/librank.c:245: warning: comparison between signed
and unsigned integer expressions
14941 target thumb C++: opcontrol <=
external/oprofile/opcontrol/opcontrol.cpp
14942 target thumb C: libpopt <= external/oprofile/libpopt/findme.c
14943 In file included from external/oprofile/libpopt/system.h:2,
14944                  from external/oprofile/libpopt/findme.c:9:
14945 external/oprofile/libpopt/config.h:125:1: warning: "HAVE_MALLOC_H"
redefined
14946 In file included from <command-line>:0:

```
14947 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
14948 target thumb C: libpopt <= external/oprofile/libpopt/popt.c
14949 In file included from external/oprofile/libpopt/system.h:2,
14950                  from external/oprofile/libpopt/popt.c:11:
14951 external/oprofile/libpopt/config.h:125:1: warning: "HAVE_MALLOC_H"
redefined
14952 In file included from <command-line>:0:
14953 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
14954 target thumb C: libpopt <= external/oprofile/libpopt/poptconfig.c
14955 In file included from external/oprofile/libpopt/system.h:2,
14956                  from external/oprofile/libpopt/poptconfig.c:9:
14957 external/oprofile/libpopt/config.h:125:1: warning: "HAVE_MALLOC_H"
redefined
14958 In file included from <command-line>:0:
14959 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
14960 target thumb C: libpopt <= external/oprofile/libpopt/popthelp.c
14961 In file included from external/oprofile/libpopt/system.h:2,
14962                  from external/oprofile/libpopt/popthelp.c:11:
14963 external/oprofile/libpopt/config.h:125:1: warning: "HAVE_MALLOC_H"
redefined
14964 In file included from <command-line>:0:
14965 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
14966 target thumb C: libpopt <= external/oprofile/libpopt/poptparse.c
14967 In file included from external/oprofile/libpopt/system.h:2,
14968                  from external/oprofile/libpopt/poptparse.c:9:
14969 external/oprofile/libpopt/config.h:125:1: warning: "HAVE_MALLOC_H"
redefined
14970 In file included from <command-line>:0:
14971 ./system/core/include/arch/linux-arm/AndroidConfig.h:214:1: warning:
this is the location of the previous definition
14972 target thumb C: libutil <= external/oprofile/libutil/op_cpufreq.c
14973 target thumb C: libutil <= external/oprofile/libutil/op_deviceio.c
14974 target thumb C: libutil <= external/oprofile/libutil/op_file.c
14975 target thumb C: libutil <= external/oprofile/libutil/op_fileio.c
14976 target thumb C: libutil <= external/oprofile/libutil/op_get_time.c
14977 target thumb C: libutil <=
external/oprofile/libutil/op_growable_buffer.c
14978 target thumb C: libutil <= external/oprofile/libutil/op_libiberty.c
14979 external/oprofile/libutil/op_growable_buffer.c: In function 'add_data':
14980 external/oprofile/libutil/op_growable_buffer.c:45: warning: pointer of
type 'void *' used in arithmetic
14981 target thumb C: libutil <= external/oprofile/libutil/op_lockfile.c
14982 target thumb C: libutil <= external/oprofile/libutil/op_popt.c
14983 target thumb C: libutil <= external/oprofile/libutil/op_string.c
14984 target thumb C: libutil <= external/oprofile/libutil/op_version.c
14985 target thumb C: libdb <= external/oprofile/libdb/db_debug.c
14986 target thumb C: libdb <= external/oprofile/libdb/db_insert.c
14987 target thumb C: libdb <= external/oprofile/libdb/db_manage.c
14988 target thumb C: libdb <= external/oprofile/libdb/db_stat.c
14989 target thumb C: libdb <= external/oprofile/libdb/db_travel.c
14990 target thumb C: libabi <= external/oprofile/libabi/op_abi.c
14991 target thumb C: libop <= external/oprofile/libop/op_alloc_counter.c
14992 target thumb C: libop <= external/oprofile/libop/op_config.c
```

14993 external/oprofile/libop/op_alloc_counter.c: In function
'op_get_counter_mask':
14994 external/oprofile/libop/op_alloc_counter.c:183: warning: passing
argument 4 of 'scandir' from incompatible pointer type
14995 bionic/libc/include/dirent.h:72: note: expected 'int (*)(const struct
dirent **, const struct dirent **)' but argument is of type 'int (*)(const
void *, const void *)'
14996 target thumb C: libop <= external/oprofile/libop/op_cpu_type.c
14997 target thumb C: libop <= external/oprofile/libop/op_events.c
14998 target thumb C: libop <= external/oprofile/libop/op_get_interface.c
14999 target thumb C: libop <= external/oprofile/libop/op_mangle.c
15000 target thumb C: libop <= external/oprofile/libop/op_parse_event.c
15001 target thumb C: libop <= external/oprofile/libop/op_xml_events.c
15002 target thumb C: libop <= external/oprofile/libop/op_xml_out.c
15003 target thumb C: oprofiled <= external/oprofile/daemon/init.c
15004 target thumb C: oprofiled <= external/oprofile/daemon/opd_anon.c
15005 target thumb C: oprofiled <= external/oprofile/daemon/opd_cookie.c
15006 target thumb C: oprofiled <= external/oprofile/daemon/opd_events.c
15007 target thumb C: oprofiled <= external/oprofile/daemon/opd_extended.c
15008 target thumb C: oprofiled <= external/oprofile/daemon/opd_ibs.c
15009 target thumb C: oprofiled <= external/oprofile/daemon/opd_ibs_trans.c
15010 target thumb C: oprofiled <= external/oprofile/daemon/opd_kernel.c
15011 target thumb C: oprofiled <= external/oprofile/daemon/opd_mangling.c
15012 target thumb C: oprofiled <= external/oprofile/daemon/opd_perfmon.c
15013 target thumb C: oprofiled <= external/oprofile/daemon/opd_pipe.c
15014 target thumb C: oprofiled <= external/oprofile/daemon/opd_sfile.c
15015 target thumb C: oprofiled <= external/oprofile/daemon/opd_spu.c
15016 target thumb C: oprofiled <= external/oprofile/daemon/opd_stats.c
15017 target thumb C: oprofiled <= external/oprofile/daemon/opd_trans.c
15018 target thumb C: oprofiled <= external/oprofile/daemon/oprofiled.c
15019 target thumb C: procmem <= system/extras/procmem/procmem.c
15020 system/extras/procmem/procmem.c: In function 'main':
15021 system/extras/procmem/procmem.c:128: warning: pointer targets in
passing argument 3 of 'pm_process_maps' differ in signedness
15022 system/extras/libpagemap/include/pagemap/pagemap.h:145: note: expected
'size_t *' but argument is of type 'int *'
15023 system/extras/procmem/procmem.c:182: warning: pointer targets in
passing argument 3 of 'pm_map_pagemap' differ in signedness
15024 system/extras/libpagemap/include/pagemap/pagemap.h:163: note: expected
'size_t *' but argument is of type 'int *'
15025 target thumb C: procrank <= system/extras/procrank/procrank.c
15026 target thumb C++: rawbu <= frameworks/base/cmds/rawbu/backup.cpp
15027 target thumb C: scp <= external/dropbear/scp.c
15028 target thumb C: scp <= external/dropbear/progressmeter.c
15029 target thumb C: scp <= external/dropbear/atomicio.c
15030 external/dropbear/scp.c: In function 'do_local_cmd':
15031 external/dropbear/scp.c:132: warning: comparison between signed and
unsigned integer expressions
15032 external/dropbear/scp.c: In function 'source':
15033 external/dropbear/scp.c:678: warning: comparison between signed and
unsigned integer expressions
15034 external/dropbear/scp.c:685: warning: comparison between signed and
unsigned integer expressions
15035 external/dropbear/scp.c: In function 'sink':
15036 external/dropbear/scp.c:1034: warning: comparison between signed and
unsigned integer expressions

15037 external/dropbear/scp.c:1048: warning: comparison between signed and
unsigned integer expressions
15038 target thumb C: scp <= external/dropbear/scpmisc.c
15039 external/dropbear/scpmisc.c: In function 'addargs':
15040 external/dropbear/scpmisc.c:157: warning: comparison between signed and
unsigned integer expressions
15041 external/dropbear/scpmisc.c: In function 'replacearg':
15042 external/dropbear/scpmisc.c:179: warning: comparison between signed and
unsigned integer expressions
15043 external/dropbear/scpmisc.c: In function 'freeargs':
15044 external/dropbear/scpmisc.c:192: warning: comparison between signed and
unsigned integer expressions
15045 target thumb C: libtommath <= external/dropbear/libtommath/bncore.c
15046 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_init.c
15047 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_clear.c
15048 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_exch.c
15049 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_grow.c
15050 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_shrink.c
15051 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_clamp.c
15052 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_set.c
15053 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_zero.c
15054 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_set_int.c
15055 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_init_size.c
15056 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_copy.c
15057 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_init_copy.c
15058 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_abs.c
15059 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_neg.c
15060 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_cmp_mag.c
15061 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_cmp.c
15062 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_cmp_d.c
15063 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_rshd.c
15064 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_lshd.c
15065 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_mod_2d.c
15066 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_div_2d.c
15067 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_mul_2d.c
15068 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_div_2.c
15069 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_mul_2.c
15070 target thumb C: libtommath <=
external/dropbear/libtommath/bn_s_mp_sub.c
15071 target thumb C: libtommath <=
external/dropbear/libtommath/bn_s_mp_add.c
15072 target thumb C: libtommath <=
external/dropbear/libtommath/bn_fast_s_mp_mul_digs.c

```
15073 target thumb C: libtommath <=
external/dropbear/libtommath/bn_s_mp_mul_digs.c
15074 target thumb C: libtommath <=
external/dropbear/libtommath/bn_fast_s_mp_mul_high_digs.c
15075 target thumb C: libtommath <=
external/dropbear/libtommath/bn_s_mp_mul_high_digs.c
15076 target thumb C: libtommath <=
external/dropbear/libtommath/bn_fast_s_mp_sqr.c
15077 target thumb C: libtommath <=
external/dropbear/libtommath/bn_s_mp_sqr.c
15078 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_add.c
15079 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_sub.c
15080 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_karatsuba_mul.c
15081 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_mul.c
15082 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_karatsuba_sqr.c
15083 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_sqr.c
15084 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_div.c
15085 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_mod.c
15086 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_add_d.c
15087 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_sub_d.c
15088 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_mul_d.c
15089 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_div_d.c
15090 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_mod_d.c
15091 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_expt_d.c
15092 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_addmod.c
15093 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_submod.c
15094 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_mulmod.c
15095 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_sqrmod.c
15096 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_gcd.c
15097 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_lcm.c
15098 target thumb C: libtommath <=
external/dropbear/libtommath/bn_fast_mp_invmod.c
15099 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_invmod.c
15100 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_reduce.c
15101 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_montgomery_setup.c
15102 target thumb C: libtommath <=
external/dropbear/libtommath/bn_fast_mp_montgomery_reduce.c
15103 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_montgomery_reduce.c
15104 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_exptmod_fast.c
```

```
15105 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_exptmod.c
15106 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_2expt.c
15107 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_n_root.c
15108 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_jacobi.c
15109 target thumb C: libtommath <= external/dropbear/libtommath/bn_reverse.c
15110 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_count_bits.c
15111 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_read_unsigned_bin.c
15112 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_read_signed_bin.c
15113 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_to_unsigned_bin.c
15114 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_to_signed_bin.c
15115 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_unsigned_bin_size.c
15116 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_signed_bin_size.c
15117 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_xor.c
15118 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_and.c
15119 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_or.c
15120 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_rand.c
15121 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_montgomery_calc_normalization.c
15122 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_prime_is_divisible.c
15123 target thumb C: libtommath <=
external/dropbear/libtommath/bn_prime_tab.c
15124 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_prime_fermat.c
15125 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_prime_miller_rabin.c
15126 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_prime_is_prime.c
15127 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_prime_next_prime.c
15128 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_dr_reduce.c
15129 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_dr_is_modulus.c
15130 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_dr_setup.c
15131 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_reduce_setup.c
15132 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_toom_mul.c
15133 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_toom_sqr.c
15134 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_div_3.c
15135 target thumb C: libtommath <=
external/dropbear/libtommath/bn_s_mp_exptmod.c
```

```
15136 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_reduce_2k.c
15137 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_reduce_is_2k.c
15138 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_reduce_2k_setup.c
15139 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_reduce_2k_l.c
15140 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_reduce_is_2k_l.c
15141 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_reduce_2k_setup_l.c
15142 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_radix_smap.c
15143 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_read_radix.c
15144 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_toradix.c
15145 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_radix_size.c
15146 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_fread.c
15147 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_fwrite.c
15148 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_cnt_lsb.c
15149 target thumb C: libtommath <= external/dropbear/libtommath/bn_error.c
15150 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_init_multi.c
15151 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_clear_multi.c
15152 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_exteuclid.c
15153 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_toradix_n.c
15154 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_prime_random_ex.c
15155 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_get_int.c
15156 target thumb C: libtommath <= external/dropbear/libtommath/bn_mp_sqrt.c
15157 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_is_square.c
15158 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_init_set.c
15159 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_init_set_int.c
15160 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_invmod_slow.c
15161 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_prime_rabin_miller_trials.c
15162 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_to_signed_bin_n.c
15163 target thumb C: libtommath <=
external/dropbear/libtommath/bn_mp_to_unsigned_bin_n.c
15164 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/ciphers/aes/aes.c
```

```
15165 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/ciphers/anubis.c
15166 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/ciphers/blowfish.c
15167 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/ciphers/cast5.c
15168 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/ciphers/des.c
15169 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/ciphers/kasumi.c
15170 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/ciphers/khazad.c
15171 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/ciphers/kseed.c
15172 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/ciphers/noekeon.c
15173 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/ciphers/rc2.c
15174 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/ciphers/rc5.c
15175 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/ciphers/rc6.c
15176 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/ciphers/safer/safer.c
15177 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/ciphers/safer/safer_tab.c
15178 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/ciphers/safer/saferp.c
15179 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/ciphers/skipjack.c
15180 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/ciphers/twofish/twofish.c
15181 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/ciphers/xtea.c
15182 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/ccm/ccm_memory.c
15183 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/ccm/ccm_test.c
15184 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/eax/eax_addheader.c
15185 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/eax/eax_decrypt.c
15186 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/eax/eax_decrypt_verify_memory.c
15187 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/eax/eax_done.c
15188 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/eax/eax_encrypt_authenticate_memory
.c
15189 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/eax/eax_encrypt.c
15190 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/eax/eax_init.c
15191 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/eax/eax_test.c
15192 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/gcm/gcm_add_aad.c
```

```
15193 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/gcm/gcm_add_iv.c
15194 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/gcm/gcm_done.c
15195 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/gcm/gcm_gf_mult.c
15196 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/gcm/gcm_init.c
15197 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/gcm/gcm_memory.c
15198 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/gcm/gcm_mult_h.c
15199 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/gcm/gcm_process.c
15200 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/gcm/gcm_reset.c
15201 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/gcm/gcm_test.c
15202 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/ocb/ocb_decrypt.c
15203 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/ocb/ocb_decrypt_verify_memory.c
15204 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/ocb/ocb_done_decrypt.c
15205 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/ocb/ocb_done_encrypt.c
15206 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/ocb/ocb_encrypt.c
15207 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/ocb/ocb_encrypt_authenticate_memory
.c
15208 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/ocb/ocb_init.c
15209 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/ocb/ocb_ntz.c
15210 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/ocb/ocb_shift_xor.c
15211 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/ocb/ocb_test.c
15212 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/encauth/ocb/s_ocb_done.c
15213 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/hashes/chc/chc.c
15214 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/hashes/helper/hash_file.c
15215 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/hashes/helper/hash_filehandle.c
15216 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/hashes/helper/hash_memory.c
15217 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/hashes/helper/hash_memory_multi.c
15218 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/hashes/md2.c
15219 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/hashes/md4.c
15220 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/hashes/md5.c
```

```
15221 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/hashes/rmd128.c
15222 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/hashes/rmd160.c
15223 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/hashes/rmd256.c
15224 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/hashes/rmd320.c
15225 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/hashes/sha1.c
15226 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/hashes/sha2/sha512.c
15227 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/hashes/tiger.c
15228 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/hashes/sha2/sha256.c
15229 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/hashes/whirl/whirl.c
15230 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/f9/f9_done.c
15231 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/f9/f9_file.c
15232 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/f9/f9_init.c
15233 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/f9/f9_memory_multi.c
15234 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/f9/f9_memory.c
15235 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/f9/f9_process.c
15236 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/f9/f9_test.c
15237 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/hmac/hmac_done.c
15238 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/hmac/hmac_file.c
15239 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/hmac/hmac_init.c
15240 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/hmac/hmac_memory.c
15241 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/hmac/hmac_memory_multi.c
15242 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/hmac/hmac_process.c
15243 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/hmac/hmac_test.c
15244 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/omac/omac_file.c
15245 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/omac/omac_done.c
15246 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/omac/omac_init.c
15247 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/omac/omac_memory.c
15248 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/omac/omac_memory_multi.c
```

```
15249 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/omac/omac_process.c
15250 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/omac/omac_test.c
15251 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/pelican/pelican.c
15252 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/pelican/pelican_memory.c
15253 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/pelican/pelican_test.c
15254 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/pmac/pmac_done.c
15255 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/pmac/pmac_file.c
15256 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/pmac/pmac_init.c
15257 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/pmac/pmac_memory.c
15258 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/pmac/pmac_memory_multi.c
15259 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/pmac/pmac_ntz.c
15260 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/pmac/pmac_process.c
15261 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/pmac/pmac_shift_xor.c
15262 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/pmac/pmac_test.c
15263 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/xcbc/xcbc_done.c
15264 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/xcbc/xcbc_file.c
15265 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/xcbc/xcbc_init.c
15266 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/xcbc/xcbc_memory.c
15267 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/xcbc/xcbc_memory_multi.c
15268 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/xcbc/xcbc_process.c
15269 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/mac/xcbc/xcbc_test.c
15270 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/math/fp/ltc_ecc_fp_mulmod.c
15271 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/math/gmp_desc.c
15272 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/math/ltm_desc.c
15273 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/math/multi.c
15274 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/math/rand_prime.c
15275 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/math/tfm_desc.c
15276 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/base64/base64_decode.c
```

15277 external/dropbear/libtomcrypt/src/math/rand_prime.c: In function
'rand_prime':
15278 external/dropbear/libtomcrypt/src/math/rand_prime.c:63: warning:
implicit declaration of function 'mp_read_unsigned_bin'
15279 external/dropbear/libtomcrypt/src/math/rand_prime.c:69: warning:
implicit declaration of function 'mp_prime_is_prime'
15280 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/burn_stack.c
15281 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/base64/base64_encode.c
15282 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt.c
15283 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_argchk.c
15284 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_cipher_descriptor.c
15285 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_cipher_is_valid.c
15286 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_find_cipher.c
15287 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_find_cipher_any.c
15288 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_find_cipher_id.c
15289 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_find_hash.c
15290 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_find_hash_any.c
15291 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_find_hash_id.c
15292 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_find_hash_oid.c
15293 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_find_prng.c
15294 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_fsa.c
15295 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_hash_descriptor.c
15296 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_hash_is_valid.c
15297 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_ltc_mp_descriptor.c
15298 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_prng_descriptor.c
15299 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_prng_is_valid.c
15300 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_register_cipher.c
15301 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_register_hash.c
15302 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_register_prng.c
15303 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_unregister_cipher.c
15304 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_unregister_hash.c

```
15305 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/error_to_string.c
15306 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/crypt/crypt_unregister_prng.c
15307 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/pkcs5/pkcs_5_1.c
15308 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/pkcs5/pkcs_5_2.c
15309 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/misc/zeromem.c
15310 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/cbc/cbc_decrypt.c
15311 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/cbc/cbc_done.c
15312 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/cbc/cbc_encrypt.c
15313 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/cbc/cbc_getiv.c
15314 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/cbc/cbc_setiv.c
15315 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/cbc/cbc_start.c
15316 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/cfb/cfb_decrypt.c
15317 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/cfb/cfb_done.c
15318 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/cfb/cfb_encrypt.c
15319 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/cfb/cfb_getiv.c
15320 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/cfb/cfb_setiv.c
15321 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/cfb/cfb_start.c
15322 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/ctr/ctr_decrypt.c
15323 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/ctr/ctr_done.c
15324 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/ctr/ctr_encrypt.c
15325 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/ctr/ctr_setiv.c
15326 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/ctr/ctr_getiv.c
15327 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/ctr/ctr_start.c
15328 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/ctr/ctr_test.c
15329 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/ecb/ecb_decrypt.c
15330 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/ecb/ecb_done.c
15331 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/ecb/ecb_encrypt.c
15332 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/ecb/ecb_start.c
```

```
15333 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/f8/f8_decrypt.c
15334 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/f8/f8_done.c
15335 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/f8/f8_encrypt.c
15336 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/f8/f8_getiv.c
15337 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/f8/f8_setiv.c
15338 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/f8/f8_start.c
15339 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/f8/f8_test_mode.c
15340 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/lrw/lrw_decrypt.c
15341 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/lrw/lrw_done.c
15342 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/lrw/lrw_encrypt.c
15343 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/lrw/lrw_process.c
15344 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/lrw/lrw_getiv.c
15345 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/lrw/lrw_setiv.c
15346 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/lrw/lrw_start.c
15347 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/lrw/lrw_test.c
15348 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/ofb/ofb_decrypt.c
15349 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/ofb/ofb_done.c
15350 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/ofb/ofb_encrypt.c
15351 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/ofb/ofb_getiv.c
15352 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/ofb/ofb_setiv.c
15353 target thumb C: libtomcrypt <=
external/dropbear/libtomcrypt/src/modes/ofb/ofb_start.c
15354 target thumb C: showmap <= system/extras/showmap/showmap.c
15355 target thumb C: showslab <= system/extras/showslab/showslab.c
15356 target thumb C: sqlite3 <= external/sqlite/dist/shell.c
15357 target thumb C: strace <= external/strace/strace.c
15358 In file included from external/strace/defs.h:33,
15359                  from external/strace/strace.c:33:
15360 external/strace/android/arch/arm/config.h:296:1: warning:
"HAVE_SYS_UIO_H" redefined
15361 In file included from <command-line>:0:
15362 ./system/core/include/arch/linux-arm/AndroidConfig.h:114:1: warning:
this is the location of the previous definition
15363 In file included from external/strace/defs.h:33,
15364                  from external/strace/strace.c:33:
15365 external/strace/android/arch/arm/config.h:302:1: warning:
"HAVE_TERMIO_H" redefined
```

15366 In file included from <command-line>:0:
15367 ./system/core/include/arch/linux-arm/AndroidConfig.h:99:1: warning:
this is the location of the previous definition
15368 external/strace/strace.c: In function 'main':
15369 external/strace/strace.c:405: warning: comparison between signed and
unsigned integer expressions
15370 external/strace/strace.c:530: warning: comparison between signed and
unsigned integer expressionstarget thumb C: strace <=
external/strace/syscall.c
15371
15372 external/strace/strace.c: In function 'expand_tcbtab':
15373 external/strace/strace.c:734: warning: comparison between signed and
unsigned integer expressions
15374 external/strace/strace.c: In function 'alloctcb':
15375 external/strace/strace.c:750: warning: comparison between signed and
unsigned integer expressions
15376 external/strace/strace.c: In function 'pid2tcb':
15377 external/strace/strace.c:1090: warning: comparison between signed and
unsigned integer expressions
15378 external/strace/strace.c: In function 'detach':
15379 external/strace/strace.c:1253: warning: implicit declaration of
function '__wait4'
15380 external/strace/strace.c: In function 'cleanup':
15381 external/strace/strace.c:1409: warning: comparison between signed and
unsigned integer expressions
15382 external/strace/strace.c: In function 'trace':
15383 external/strace/strace.c:2265: warning: passing argument 4 of 'ptrace'
makes integer from pointer without a cast
15384 external/strace/defs.h:137: note: expected 'long int' but argument is
of type 'struct siginfo_t *'
15385 target thumb C: strace <= external/strace/util.c
15386 In file included from external/strace/defs.h:33,
15387                  from external/strace/syscall.c:36:
15388 external/strace/android/arch/arm/config.h:296:1: warning:
"HAVE_SYS_UIO_H" redefined
15389 In file included from <command-line>:0:
15390 ./system/core/include/arch/linux-arm/AndroidConfig.h:114:1: warning:
this is the location of the previous definition
15391 In file included from external/strace/defs.h:33,
15392                  from external/strace/syscall.c:36:
15393 external/strace/android/arch/arm/config.h:302:1: warning:
"HAVE_TERMIO_H" redefined
15394 In file included from <command-line>:0:
15395 ./system/core/include/arch/linux-arm/AndroidConfig.h:99:1: warning:
this is the location of the previous definition
15396 In file included from external/strace/syscall.c:131:
15397 external/strace/strace/linux/sh/syscallent.h:33: warning: missing
initializer
15398 external/strace/strace/linux/sh/syscallent.h:33: warning: (near
initialization for 'sysent0[0].native_scno')
15399 external/strace/strace/linux/sh/syscallent.h:34: warning: missing
initializer
15400 external/strace/strace/linux/sh/syscallent.h:34: warning: (near
initialization for 'sysent0[1].native_scno')
15401 external/strace/strace/linux/sh/syscallent.h:35: warning: missing
initializer

15402 external/strace/strace/linux/sh/syscallent.h:35: warning: (near
initialization for 'sysent0[2].native_scno')
15403 external/strace/strace/linux/sh/syscallent.h:36: warning: missing
initializer
15404 external/strace/strace/linux/sh/syscallent.h:36: warning: (near
initialization for 'sysent0[3].native_scno')
15405 external/strace/strace/linux/sh/syscallent.h:37: warning: missing
initializer
15406 external/strace/strace/linux/sh/syscallent.h:37: warning: (near
initialization for 'sysent0[4].native_scno')
15407 external/strace/strace/linux/sh/syscallent.h:38: warning: missing
initializer
15408 external/strace/strace/linux/sh/syscallent.h:38: warning: (near
initialization for 'sysent0[5].native_scno')
15409 external/strace/strace/linux/sh/syscallent.h:39: warning: missing
initializer
15410 external/strace/strace/linux/sh/syscallent.h:39: warning: (near
initialization for 'sysent0[6].native_scno')
15411 external/strace/strace/linux/sh/syscallent.h:40: warning: missing
initializer
15412 external/strace/strace/linux/sh/syscallent.h:40: warning: (near
initialization for 'sysent0[7].native_scno')
15413 external/strace/strace/linux/sh/syscallent.h:41: warning: missing
initializer
15414 external/strace/strace/linux/sh/syscallent.h:41: warning: (near
initialization for 'sysent0[8].native_scno')
15415 external/strace/strace/linux/sh/syscallent.h:42: warning: missing
initializer
15416 external/strace/strace/linux/sh/syscallent.h:42: warning: (near
initialization for 'sysent0[9].native_scno')
15417 external/strace/strace/linux/sh/syscallent.h:43: warning: missing
initializer
15418 external/strace/strace/linux/sh/syscallent.h:43: warning: (near
initialization for 'sysent0[10].native_scno')
15419 external/strace/strace/linux/sh/syscallent.h:44: warning: missing
initializer
15420 external/strace/strace/linux/sh/syscallent.h:44: warning: (near
initialization for 'sysent0[11].native_scno')
15421 external/strace/strace/linux/sh/syscallent.h:45: warning: missing
initializer
15422 external/strace/strace/linux/sh/syscallent.h:45: warning: (near
initialization for 'sysent0[12].native_scno')
15423 external/strace/strace/linux/sh/syscallent.h:46: warning: missing
initializer
15424 external/strace/strace/linux/sh/syscallent.h:46: warning: (near
initialization for 'sysent0[13].native_scno')
15425 external/strace/strace/linux/sh/syscallent.h:47: warning: missing
initializer
15426 external/strace/strace/linux/sh/syscallent.h:47: warning: (near
initialization for 'sysent0[14].native_scno')
15427 external/strace/strace/linux/sh/syscallent.h:48: warning: missing
initializer
15428 external/strace/strace/linux/sh/syscallent.h:48: warning: (near
initialization for 'sysent0[15].native_scno')
15429 external/strace/strace/linux/sh/syscallent.h:49: warning: missing
initializer

15430 external/strace/strace/linux/sh/syscallent.h:49: warning: (near
initialization for 'sysent0[16].native_scno')
15431 external/strace/strace/linux/sh/syscallent.h:50: warning: missing
initializer
15432 external/strace/strace/linux/sh/syscallent.h:50: warning: (near
initialization for 'sysent0[17].native_scno')
15433 external/strace/strace/linux/sh/syscallent.h:51: warning: missing
initializer
15434 external/strace/strace/linux/sh/syscallent.h:51: warning: (near
initialization for 'sysent0[18].native_scno')
15435 external/strace/strace/linux/sh/syscallent.h:52: warning: missing
initializer
15436 external/strace/strace/linux/sh/syscallent.h:52: warning: (near
initialization for 'sysent0[19].native_scno')
15437 external/strace/strace/linux/sh/syscallent.h:53: warning: missing
initializer
15438 external/strace/strace/linux/sh/syscallent.h:53: warning: (near
initialization for 'sysent0[20].native_scno')
15439 external/strace/strace/linux/sh/syscallent.h:54: warning: missing
initializer
15440 external/strace/strace/linux/sh/syscallent.h:54: warning: (near
initialization for 'sysent0[21].native_scno')
15441 external/strace/strace/linux/sh/syscallent.h:55: warning: missing
initializer
15442 external/strace/strace/linux/sh/syscallent.h:55: warning: (near
initialization for 'sysent0[22].native_scno')
15443 external/strace/strace/linux/sh/syscallent.h:56: warning: missing
initializer
15444 external/strace/strace/linux/sh/syscallent.h:56: warning: (near
initialization for 'sysent0[23].native_scno')
15445 external/strace/strace/linux/sh/syscallent.h:57: warning: missing
initializer
15446 external/strace/strace/linux/sh/syscallent.h:57: warning: (near
initialization for 'sysent0[24].native_scno')
15447 external/strace/strace/linux/sh/syscallent.h:58: warning: missing
initializer
15448 external/strace/strace/linux/sh/syscallent.h:58: warning: (near
initialization for 'sysent0[25].native_scno')
15449 external/strace/strace/linux/sh/syscallent.h:59: warning: missing
initializer
15450 external/strace/strace/linux/sh/syscallent.h:59: warning: (near
initialization for 'sysent0[26].native_scno')
15451 external/strace/strace/linux/sh/syscallent.h:60: warning: missing
initializer
15452 external/strace/strace/linux/sh/syscallent.h:60: warning: (near
initialization for 'sysent0[27].native_scno')
15453 external/strace/strace/linux/sh/syscallent.h:61: warning: missing
initializer
15454 external/strace/strace/linux/sh/syscallent.h:61: warning: (near
initialization for 'sysent0[28].native_scno')
15455 external/strace/strace/linux/sh/syscallent.h:62: warning: missing
initializer
15456 external/strace/strace/linux/sh/syscallent.h:62: warning: (near
initialization for 'sysent0[29].native_scno')
15457 external/strace/strace/linux/sh/syscallent.h:63: warning: missing
initializer

15458 external/strace/strace/linux/sh/syscallent.h:63: warning: (near
initialization for 'sysent0[30].native_scno')
15459 external/strace/strace/linux/sh/syscallent.h:64: warning: missing
initializer
15460 external/strace/strace/linux/sh/syscallent.h:64: warning: (near
initialization for 'sysent0[31].native_scno')
15461 external/strace/strace/linux/sh/syscallent.h:65: warning: missing
initializer
15462 external/strace/strace/linux/sh/syscallent.h:65: warning: (near
initialization for 'sysent0[32].native_scno')
15463 external/strace/strace/linux/sh/syscallent.h:66: warning: missing
initializer
15464 external/strace/strace/linux/sh/syscallent.h:66: warning: (near
initialization for 'sysent0[33].native_scno')
15465 external/strace/strace/linux/sh/syscallent.h:67: warning: missing
initializer
15466 external/strace/strace/linux/sh/syscallent.h:67: warning: (near
initialization for 'sysent0[34].native_scno')
15467 external/strace/strace/linux/sh/syscallent.h:68: warning: missing
initializer
15468 external/strace/strace/linux/sh/syscallent.h:68: warning: (near
initialization for 'sysent0[35].native_scno')
15469 external/strace/strace/linux/sh/syscallent.h:69: warning: missing
initializer
15470 external/strace/strace/linux/sh/syscallent.h:69: warning: (near
initialization for 'sysent0[36].native_scno')
15471 external/strace/strace/linux/sh/syscallent.h:70: warning: missing
initializer
15472 external/strace/strace/linux/sh/syscallent.h:70: warning: (near
initialization for 'sysent0[37].native_scno')
15473 external/strace/strace/linux/sh/syscallent.h:71: warning: missing
initializer
15474 external/strace/strace/linux/sh/syscallent.h:71: warning: (near
initialization for 'sysent0[38].native_scno')
15475 external/strace/strace/linux/sh/syscallent.h:72: warning: missing
initializer
15476 external/strace/strace/linux/sh/syscallent.h:72: warning: (near
initialization for 'sysent0[39].native_scno')
15477 external/strace/strace/linux/sh/syscallent.h:73: warning: missing
initializer
15478 external/strace/strace/linux/sh/syscallent.h:73: warning: (near
initialization for 'sysent0[40].native_scno')
15479 external/strace/strace/linux/sh/syscallent.h:74: warning: missing
initializer
15480 external/strace/strace/linux/sh/syscallent.h:74: warning: (near
initialization for 'sysent0[41].native_scno')
15481 external/strace/strace/linux/sh/syscallent.h:75: warning: missing
initializer
15482 external/strace/strace/linux/sh/syscallent.h:75: warning: (near
initialization for 'sysent0[42].native_scno')
15483 external/strace/strace/linux/sh/syscallent.h:76: warning: missing
initializer
15484 external/strace/strace/linux/sh/syscallent.h:76: warning: (near
initialization for 'sysent0[43].native_scno')
15485 external/strace/strace/linux/sh/syscallent.h:77: warning: missing
initializer

15486 external/strace/strace/linux/sh/syscallent.h:77: warning: (near
initialization for 'sysent0[44].native_scno')
15487 external/strace/strace/linux/sh/syscallent.h:78: warning: missing
initializer
15488 external/strace/strace/linux/sh/syscallent.h:78: warning: (near
initialization for 'sysent0[45].native_scno')
15489 external/strace/strace/linux/sh/syscallent.h:79: warning: missing
initializer
15490 external/strace/strace/linux/sh/syscallent.h:79: warning: (near
initialization for 'sysent0[46].native_scno')
15491 external/strace/strace/linux/sh/syscallent.h:80: warning: missing
initializer
15492 external/strace/strace/linux/sh/syscallent.h:80: warning: (near
initialization for 'sysent0[47].native_scno')
15493 external/strace/strace/linux/sh/syscallent.h:81: warning: missing
initializer
15494 external/strace/strace/linux/sh/syscallent.h:81: warning: (near
initialization for 'sysent0[48].native_scno')
15495 external/strace/strace/linux/sh/syscallent.h:82: warning: missing
initializer
15496 external/strace/strace/linux/sh/syscallent.h:82: warning: (near
initialization for 'sysent0[49].native_scno')
15497 external/strace/strace/linux/sh/syscallent.h:83: warning: missing
initializer
15498 external/strace/strace/linux/sh/syscallent.h:83: warning: (near
initialization for 'sysent0[50].native_scno')
15499 external/strace/strace/linux/sh/syscallent.h:84: warning: missing
initializer
15500 external/strace/strace/linux/sh/syscallent.h:84: warning: (near
initialization for 'sysent0[51].native_scno')
15501 external/strace/strace/linux/sh/syscallent.h:85: warning: missing
initializer
15502 external/strace/strace/linux/sh/syscallent.h:85: warning: (near
initialization for 'sysent0[52].native_scno')
15503 external/strace/strace/linux/sh/syscallent.h:86: warning: missing
initializer
15504 external/strace/strace/linux/sh/syscallent.h:86: warning: (near
initialization for 'sysent0[53].native_scno')
15505 external/strace/strace/linux/sh/syscallent.h:87: warning: missing
initializer
15506 external/strace/strace/linux/sh/syscallent.h:87: warning: (near
initialization for 'sysent0[54].native_scno')
15507 external/strace/strace/linux/sh/syscallent.h:88: warning: missing
initializer
15508 external/strace/strace/linux/sh/syscallent.h:88: warning: (near
initialization for 'sysent0[55].native_scno')
15509 external/strace/strace/linux/sh/syscallent.h:89: warning: missing
initializer
15510 external/strace/strace/linux/sh/syscallent.h:89: warning: (near
initialization for 'sysent0[56].native_scno')
15511 external/strace/strace/linux/sh/syscallent.h:90: warning: missing
initializer
15512 external/strace/strace/linux/sh/syscallent.h:90: warning: (near
initialization for 'sysent0[57].native_scno')
15513 external/strace/strace/linux/sh/syscallent.h:91: warning: missing
initializer

15514 external/strace/strace/linux/sh/syscallent.h:91: warning: (near
initialization for 'sysent0[58].native_scno')
15515 external/strace/strace/linux/sh/syscallent.h:92: warning: missing
initializer
15516 external/strace/strace/linux/sh/syscallent.h:92: warning: (near
initialization for 'sysent0[59].native_scno')
15517 external/strace/strace/linux/sh/syscallent.h:93: warning: missing
initializer
15518 external/strace/strace/linux/sh/syscallent.h:93: warning: (near
initialization for 'sysent0[60].native_scno')
15519 external/strace/strace/linux/sh/syscallent.h:94: warning: missing
initializer
15520 external/strace/strace/linux/sh/syscallent.h:94: warning: (near
initialization for 'sysent0[61].native_scno')
15521 external/strace/strace/linux/sh/syscallent.h:95: warning: missing
initializer
15522 external/strace/strace/linux/sh/syscallent.h:95: warning: (near
initialization for 'sysent0[62].native_scno')
15523 external/strace/strace/linux/sh/syscallent.h:96: warning: missing
initializer
15524 external/strace/strace/linux/sh/syscallent.h:96: warning: (near
initialization for 'sysent0[63].native_scno')
15525 external/strace/strace/linux/sh/syscallent.h:97: warning: missing
initializer
15526 external/strace/strace/linux/sh/syscallent.h:97: warning: (near
initialization for 'sysent0[64].native_scno')
15527 external/strace/strace/linux/sh/syscallent.h:98: warning: missing
initializer
15528 external/strace/strace/linux/sh/syscallent.h:98: warning: (near
initialization for 'sysent0[65].native_scno')
15529 external/strace/strace/linux/sh/syscallent.h:99: warning: missing
initializer
15530 external/strace/strace/linux/sh/syscallent.h:99: warning: (near
initialization for 'sysent0[66].native_scno')
15531 external/strace/strace/linux/sh/syscallent.h:100: warning: missing
initializer
15532 external/strace/strace/linux/sh/syscallent.h:100: warning: (near
initialization for 'sysent0[67].native_scno')
15533 external/strace/strace/linux/sh/syscallent.h:101: warning: missing
initializer
15534 external/strace/strace/linux/sh/syscallent.h:101: warning: (near
initialization for 'sysent0[68].native_scno')
15535 external/strace/strace/linux/sh/syscallent.h:102: warning: missing
initializer
15536 external/strace/strace/linux/sh/syscallent.h:102: warning: (near
initialization for 'sysent0[69].native_scno')
15537 external/strace/strace/linux/sh/syscallent.h:103: warning: missing
initializer
15538 external/strace/strace/linux/sh/syscallent.h:103: warning: (near
initialization for 'sysent0[70].native_scno')
15539 external/strace/strace/linux/sh/syscallent.h:104: warning: missing
initializer
15540 external/strace/strace/linux/sh/syscallent.h:104: warning: (near
initialization for 'sysent0[71].native_scno')
15541 external/strace/strace/linux/sh/syscallent.h:105: warning: missing
initializer

15542 external/strace/strace/linux/sh/syscallent.h:105: warning: (near initialization for 'sysent0[72].native_scno')
15543 external/strace/strace/linux/sh/syscallent.h:106: warning: missing initializer
15544 external/strace/strace/linux/sh/syscallent.h:106: warning: (near initialization for 'sysent0[73].native_scno')
15545 external/strace/strace/linux/sh/syscallent.h:107: warning: missing initializer
15546 external/strace/strace/linux/sh/syscallent.h:107: warning: (near initialization for 'sysent0[74].native_scno')
15547 In file included from external/strace/defs.h:33,
15548                  from external/strace/util.c:36:
15549 external/strace/android/arch/arm/config.h:296:1: warning: "HAVE_SYS_UIO_H" redefined
15550 In file included from <command-line>:0:
15551 ./system/core/include/arch/linux-arm/AndroidConfig.h:114:1: warning: this is the location of the previous definition
15552 In file included from external/strace/defs.h:33,
15553                  from external/strace/util.c:36:
15554 external/strace/android/arch/arm/config.h:302:1: warning: "HAVE_TERMIO_H" redefined
15555 In file included from <command-line>:0:
15556 ./system/core/include/arch/linux-arm/AndroidConfig.h:99:1: warning: this is the location of the previous definition
15557 external/strace/strace/linux/sh/syscallent.h:110: warning: missing initializer
15558 external/strace/strace/linux/sh/syscallent.h:110: warning: (near initialization for 'sysent0[77].native_scno')
15559 external/strace/strace/linux/sh/syscallent.h:111: warning: missing initializer
15560 external/strace/strace/linux/sh/syscallent.h:111: warning: (near initialization for 'sysent0[78].native_scno')
15561 external/strace/strace/linux/sh/syscallent.h:112: warning: missing initializer
15562 external/strace/strace/linux/sh/syscallent.h:112: warning: (near initialization for 'sysent0[79].native_scno')
15563 external/strace/strace/linux/sh/syscallent.h:113: warning: missing initializer
15564 external/strace/strace/linux/sh/syscallent.h:113: warning: (near initialization for 'sysent0[80].native_scno')
15565 external/strace/strace/linux/sh/syscallent.h:114: warning: missing initializer
15566 external/strace/strace/linux/sh/syscallent.h:114: warning: (near initialization for 'sysent0[81].native_scno')
15567 external/strace/strace/linux/sh/syscallent.h:115: warning: missing initializer
15568 external/strace/strace/linux/sh/syscallent.h:115: warning: (near initialization for 'sysent0[82].native_scno')
15569 external/strace/strace/linux/sh/syscallent.h:116: warning: missing initializer
15570 external/strace/strace/linux/sh/syscallent.h:116: warning: (near initialization for 'sysent0[83].native_scno')
15571 external/strace/strace/linux/sh/syscallent.h:117: warning: missing initializer
15572 external/strace/strace/linux/sh/syscallent.h:117: warning: (near initialization for 'sysent0[84].native_scno')

15573 external/strace/strace/linux/sh/syscallent.h:118: warning: missing
initializer
15574 external/strace/strace/linux/sh/syscallent.h:118: warning: (near
initialization for 'sysent0[85].native_scno')
15575 external/strace/strace/linux/sh/syscallent.h:119: warning: missing
initializer
15576 external/strace/strace/linux/sh/syscallent.h:119: warning: (near
initialization for 'sysent0[86].native_scno')
15577 external/strace/strace/linux/sh/syscallent.h:120: warning: missing
initializer
15578 external/strace/strace/linux/sh/syscallent.h:120: warning: (near
initialization for 'sysent0[87].native_scno')
15579 external/strace/strace/linux/sh/syscallent.h:121: warning: missing
initializer
15580 external/strace/strace/linux/sh/syscallent.h:121: warning: (near
initialization for 'sysent0[88].native_scno')
15581 external/strace/strace/linux/sh/syscallent.h:122: warning: missing
initializer
15582 external/strace/strace/linux/sh/syscallent.h:122: warning: (near
initialization for 'sysent0[89].native_scno')
15583 external/strace/strace/linux/sh/syscallent.h:123: warning: missing
initializer
15584 external/strace/strace/linux/sh/syscallent.h:123: warning: (near
initialization for 'sysent0[90].native_scno')
15585 external/strace/strace/linux/sh/syscallent.h:124: warning: missing
initializer
15586 external/strace/strace/linux/sh/syscallent.h:124: warning: (near
initialization for 'sysent0[91].native_scno')
15587 external/strace/strace/linux/sh/syscallent.h:125: warning: missing
initializer
15588 external/strace/strace/linux/sh/syscallent.h:125: warning: (near
initialization for 'sysent0[92].native_scno')
15589 external/strace/strace/linux/sh/syscallent.h:126: warning: missing
initializer
15590 external/strace/strace/linux/sh/syscallent.h:126: warning: (near
initialization for 'sysent0[93].native_scno')
15591 external/strace/strace/linux/sh/syscallent.h:127: warning: missing
initializer
15592 external/strace/strace/linux/sh/syscallent.h:127: warning: (near
initialization for 'sysent0[94].native_scno')
15593 external/strace/strace/linux/sh/syscallent.h:128: warning: missing
initializer
15594 external/strace/strace/linux/sh/syscallent.h:128: warning: (near
initialization for 'sysent0[95].native_scno')
15595 external/strace/strace/linux/sh/syscallent.h:129: warning: missing
initializer
15596 external/strace/strace/linux/sh/syscallent.h:129: warning: (near
initialization for 'sysent0[96].native_scno')
15597 external/strace/strace/linux/sh/syscallent.h:130: warning: missing
initializer
15598 external/strace/strace/linux/sh/syscallent.h:130: warning: (near
initialization for 'sysent0[97].native_scno')
15599 external/strace/strace/linux/sh/syscallent.h:131: warning: missing
initializer
15600 external/strace/strace/linux/sh/syscallent.h:131: warning: (near
initialization for 'sysent0[98].native_scno')

```
15601 external/strace/strace/linux/sh/syscallent.h:132: warning: missing
initializer
15602 external/strace/strace/linux/sh/syscallent.h:132: warning: (near
initialization for 'sysent0[99].native_scno')
15603 external/strace/strace/linux/sh/syscallent.h:133: warning: missing
initializer
15604 external/strace/strace/linux/sh/syscallent.h:133: warning: (near
initialization for 'sysent0[100].native_scno')
15605 external/strace/strace/linux/sh/syscallent.h:134: warning: missing
initializer
15606 external/strace/strace/linux/sh/syscallent.h:134: warning: (near
initialization for 'sysent0[101].native_scno')
15607 external/strace/strace/linux/sh/syscallent.h:135: warning: missing
initializer
15608 external/strace/strace/linux/sh/syscallent.h:135: warning: (near
initialization for 'sysent0[102].native_scno')
15609 external/strace/strace/linux/sh/syscallent.h:136: warning: missing
initializer
15610 external/strace/strace/linux/sh/syscallent.h:136: warning: (near
initialization for 'sysent0[103].native_scno')
15611 external/strace/strace/linux/sh/syscallent.h:137: warning: missing
initializer
15612 external/strace/strace/linux/sh/syscallent.h:137: warning: (near
initialization for 'sysent0[104].native_scno')
15613 external/strace/strace/linux/sh/syscallent.h:138: warning: missing
initializer
15614 external/strace/strace/linux/sh/syscallent.h:138: warning: (near
initialization for 'sysent0[105].native_scno')
15615 external/strace/strace/linux/sh/syscallent.h:139: warning: missing
initializer
15616 external/strace/strace/linux/sh/syscallent.h:139: warning: (near
initialization for 'sysent0[106].native_scno')
15617 external/strace/strace/linux/sh/syscallent.h:140: warning: missing
initializer
15618 external/strace/strace/linux/sh/syscallent.h:140: warning: (near
initialization for 'sysent0[107].native_scno')
15619 external/strace/strace/linux/sh/syscallent.h:141: warning: missing
initializer
15620 external/strace/strace/linux/sh/syscallent.h:141: warning: (near
initialization for 'sysent0[108].native_scno')
15621 external/strace/strace/linux/sh/syscallent.h:142: warning: missing
initializer
15622 external/strace/strace/linux/sh/syscallent.h:142: warning: (near
initialization for 'sysent0[109].native_scno')
15623 external/strace/strace/linux/sh/syscallent.h:143: warning: missing
initializer
15624 external/strace/strace/linux/sh/syscallent.h:143: warning: (near
initialization for 'sysent0[110].native_scno')
15625 external/strace/strace/linux/sh/syscallent.h:144: warning: missing
initializer
15626 external/strace/strace/linux/sh/syscallent.h:144: warning: (near
initialization for 'sysent0[111].native_scno')
15627 external/strace/strace/linux/sh/syscallent.h:145: warning: missing
initializer
15628 external/strace/strace/linux/sh/syscallent.h:145: warning: (near
initialization for 'sysent0[112].native_scno')
```

15629 external/strace/strace/linux/sh/syscallent.h:146: warning: missing initializer
15630 external/strace/strace/linux/sh/syscallent.h:146: warning: (near initialization for 'sysent0[113].native_scno')
15631 external/strace/strace/linux/sh/syscallent.h:147: warning: missing initializer
15632 external/strace/strace/linux/sh/syscallent.h:147: warning: (near initialization for 'sysent0[114].native_scno')
15633 external/strace/strace/linux/sh/syscallent.h:148: warning: missing initializer
15634 external/strace/strace/linux/sh/syscallent.h:148: warning: (near initialization for 'sysent0[115].native_scno')
15635 external/strace/strace/linux/sh/syscallent.h:149: warning: missing initializer
15636 external/strace/strace/linux/sh/syscallent.h:149: warning: (near initialization for 'sysent0[116].native_scno')
15637 external/strace/strace/linux/sh/syscallent.h:150: warning: missing initializer
15638 external/strace/strace/linux/sh/syscallent.h:150: warning: (near initialization for 'sysent0[117].native_scno')
15639 external/strace/strace/linux/sh/syscallent.h:151: warning: missing initializer
15640 external/strace/strace/linux/sh/syscallent.h:151: warning: (near initialization for 'sysent0[118].native_scno')
15641 external/strace/strace/linux/sh/syscallent.h:152: warning: missing initializer
15642 external/strace/strace/linux/sh/syscallent.h:152: warning: (near initialization for 'sysent0[119].native_scno')
15643 external/strace/strace/linux/sh/syscallent.h:153: warning: missing initializer
15644 external/strace/strace/linux/sh/syscallent.h:153: warning: (near initialization for 'sysent0[120].native_scno')
15645 external/strace/strace/linux/sh/syscallent.h:154: warning: missing initializer
15646 external/strace/strace/linux/sh/syscallent.h:154: warning: (near initialization for 'sysent0[121].native_scno')
15647 external/strace/strace/linux/sh/syscallent.h:155: warning: missing initializer
15648 external/strace/strace/linux/sh/syscallent.h:155: warning: (near initialization for 'sysent0[122].native_scno')
15649 external/strace/strace/linux/sh/syscallent.h:156: warning: missing initializer
15650 external/strace/strace/linux/sh/syscallent.h:156: warning: (near initialization for 'sysent0[123].native_scno')
15651 external/strace/strace/linux/sh/syscallent.h:157: warning: missing initializer
15652 external/strace/strace/linux/sh/syscallent.h:157: warning: (near initialization for 'sysent0[124].native_scno')
15653 external/strace/strace/linux/sh/syscallent.h:158: warning: missing initializer
15654 external/strace/strace/linux/sh/syscallent.h:158: warning: (near initialization for 'sysent0[125].native_scno')
15655 external/strace/strace/linux/sh/syscallent.h:159: warning: missing initializer
15656 external/strace/strace/linux/sh/syscallent.h:159: warning: (near initialization for 'sysent0[126].native_scno')

15657 external/strace/strace/linux/sh/syscallent.h:160: warning: missing
initializer
15658 external/strace/strace/linux/sh/syscallent.h:160: warning: (near
initialization for 'sysent0[127].native_scno')
15659 external/strace/strace/linux/sh/syscallent.h:161: warning: missing
initializer
15660 external/strace/strace/linux/sh/syscallent.h:161: warning: (near
initialization for 'sysent0[128].native_scno')
15661 external/strace/strace/linux/sh/syscallent.h:162: warning: missing
initializer
15662 external/strace/strace/linux/sh/syscallent.h:162: warning: (near
initialization for 'sysent0[129].native_scno')
15663 external/strace/strace/linux/sh/syscallent.h:163: warning: missing
initializer
15664 external/strace/strace/linux/sh/syscallent.h:163: warning: (near
initialization for 'sysent0[130].native_scno')
15665 external/strace/strace/linux/sh/syscallent.h:164: warning: missing
initializer
15666 external/strace/strace/linux/sh/syscallent.h:164: warning: (near
initialization for 'sysent0[131].native_scno')
15667 external/strace/strace/linux/sh/syscallent.h:165: warning: missing
initializer
15668 external/strace/strace/linux/sh/syscallent.h:165: warning: (near
initialization for 'sysent0[132].native_scno')
15669 external/strace/strace/linux/sh/syscallent.h:166: warning: missing
initializer
15670 external/strace/strace/linux/sh/syscallent.h:166: warning: (near
initialization for 'sysent0[133].native_scno')
15671 external/strace/strace/linux/sh/syscallent.h:167: warning: missing
initializer
15672 external/strace/strace/linux/sh/syscallent.h:167: warning: (near
initialization for 'sysent0[134].native_scno')
15673 external/strace/strace/linux/sh/syscallent.h:168: warning: missing
initializer
15674 external/strace/strace/linux/sh/syscallent.h:168: warning: (near
initialization for 'sysent0[135].native_scno')
15675 external/strace/strace/linux/sh/syscallent.h:169: warning: missing
initializer
15676 external/strace/strace/linux/sh/syscallent.h:169: warning: (near
initialization for 'sysent0[136].native_scno')
15677 external/strace/strace/linux/sh/syscallent.h:170: warning: missing
initializer
15678 external/strace/strace/linux/sh/syscallent.h:170: warning: (near
initialization for 'sysent0[137].native_scno')
15679 external/strace/strace/linux/sh/syscallent.h:171: warning: missing
initializer
15680 external/strace/strace/linux/sh/syscallent.h:171: warning: (near
initialization for 'sysent0[138].native_scno')
15681 external/strace/strace/linux/sh/syscallent.h:172: warning: missing
initializer
15682 external/strace/strace/linux/sh/syscallent.h:172: warning: (near
initialization for 'sysent0[139].native_scno')
15683 external/strace/strace/linux/sh/syscallent.h:173: warning: missing
initializer
15684 external/strace/strace/linux/sh/syscallent.h:173: warning: (near
initialization for 'sysent0[140].native_scno')

```
15685 external/strace/strace/linux/sh/syscallent.h:174: warning: missing
initializer
15686 external/strace/strace/linux/sh/syscallent.h:174: warning: (near
initialization for 'sysent0[141].native_scno')
15687 external/strace/strace/linux/sh/syscallent.h:175: warning: missing
initializer
15688 external/strace/strace/linux/sh/syscallent.h:175: warning: (near
initialization for 'sysent0[142].native_scno')
15689 external/strace/strace/linux/sh/syscallent.h:176: warning: missing
initializer
15690 external/strace/strace/linux/sh/syscallent.h:176: warning: (near
initialization for 'sysent0[143].native_scno')
15691 external/strace/strace/linux/sh/syscallent.h:177: warning: missing
initializer
15692 external/strace/strace/linux/sh/syscallent.h:177: warning: (near
initialization for 'sysent0[144].native_scno')
15693 external/strace/strace/linux/sh/syscallent.h:178: warning: missing
initializer
15694 external/strace/strace/linux/sh/syscallent.h:178: warning: (near
initialization for 'sysent0[145].native_scno')
15695 external/strace/strace/linux/sh/syscallent.h:179: warning: missing
initializer
15696 external/strace/strace/linux/sh/syscallent.h:179: warning: (near
initialization for 'sysent0[146].native_scno')
15697 external/strace/strace/linux/sh/syscallent.h:180: warning: missing
initializer
15698 external/strace/strace/linux/sh/syscallent.h:180: warning: (near
initialization for 'sysent0[147].native_scno')
15699 external/strace/strace/linux/sh/syscallent.h:181: warning: missing
initializer
15700 external/strace/strace/linux/sh/syscallent.h:181: warning: (near
initialization for 'sysent0[148].native_scno')
15701 external/strace/strace/linux/sh/syscallent.h:182: warning: missing
initializer
15702 external/strace/strace/linux/sh/syscallent.h:182: warning: (near
initialization for 'sysent0[149].native_scno')
15703 external/strace/strace/linux/sh/syscallent.h:183: warning: missing
initializer
15704 external/strace/strace/linux/sh/syscallent.h:183: warning: (near
initialization for 'sysent0[150].native_scno')
15705 external/strace/strace/linux/sh/syscallent.h:184: warning: missing
initializer
15706 external/strace/strace/linux/sh/syscallent.h:184: warning: (near
initialization for 'sysent0[151].native_scno')
15707 external/strace/strace/linux/sh/syscallent.h:185: warning: missing
initializer
15708 external/strace/strace/linux/sh/syscallent.h:185: warning: (near
initialization for 'sysent0[152].native_scno')
15709 external/strace/strace/linux/sh/syscallent.h:186: warning: missing
initializer
15710 external/strace/strace/linux/sh/syscallent.h:186: warning: (near
initialization for 'sysent0[153].native_scno')
15711 external/strace/strace/linux/sh/syscallent.h:187: warning: missing
initializer
15712 external/strace/strace/linux/sh/syscallent.h:187: warning: (near
initialization for 'sysent0[154].native_scno')
```

```
15713 external/strace/strace/linux/sh/syscallent.h:188: warning: missing
initializer
15714 external/strace/strace/linux/sh/syscallent.h:188: warning: (near
initialization for 'sysent0[155].native_scno')
15715 external/strace/strace/linux/sh/syscallent.h:189: warning: missing
initializer
15716 external/strace/strace/linux/sh/syscallent.h:189: warning: (near
initialization for 'sysent0[156].native_scno')
15717 external/strace/strace/linux/sh/syscallent.h:190: warning: missing
initializer
15718 external/strace/strace/linux/sh/syscallent.h:190: warning: (near
initialization for 'sysent0[157].native_scno')
15719 external/strace/strace/linux/sh/syscallent.h:191: warning: missing
initializer
15720 external/strace/strace/linux/sh/syscallent.h:191: warning: (near
initialization for 'sysent0[158].native_scno')
15721 external/strace/strace/linux/sh/syscallent.h:192: warning: missing
initializer
15722 external/strace/strace/linux/sh/syscallent.h:192: warning: (near
initialization for 'sysent0[159].native_scno')
15723 external/strace/strace/linux/sh/syscallent.h:193: warning: missing
initializer
15724 external/strace/strace/linux/sh/syscallent.h:193: warning: (near
initialization for 'sysent0[160].native_scno')
15725 external/strace/strace/linux/sh/syscallent.h:194: warning: missing
initializer
15726 external/strace/strace/linux/sh/syscallent.h:194: warning: (near
initialization for 'sysent0[161].native_scno')
15727 external/strace/strace/linux/sh/syscallent.h:195: warning: missing
initializer
15728 external/strace/strace/linux/sh/syscallent.h:195: warning: (near
initialization for 'sysent0[162].native_scno')
15729 external/strace/strace/linux/sh/syscallent.h:196: warning: missing
initializer
15730 external/strace/strace/linux/sh/syscallent.h:196: warning: (near
initialization for 'sysent0[163].native_scno')
15731 external/strace/strace/linux/sh/syscallent.h:197: warning: missing
initializer
15732 external/strace/strace/linux/sh/syscallent.h:197: warning: (near
initialization for 'sysent0[164].native_scno')
15733 external/strace/strace/linux/sh/syscallent.h:198: warning: missing
initializer
15734 external/strace/strace/linux/sh/syscallent.h:198: warning: (near
initialization for 'sysent0[165].native_scno')
15735 external/strace/strace/linux/sh/syscallent.h:199: warning: missing
initializer
15736 external/strace/strace/linux/sh/syscallent.h:199: warning: (near
initialization for 'sysent0[166].native_scno')
15737 external/strace/strace/linux/sh/syscallent.h:200: warning: missing
initializer
15738 external/strace/strace/linux/sh/syscallent.h:200: warning: (near
initialization for 'sysent0[167].native_scno')
15739 external/strace/strace/linux/sh/syscallent.h:201: warning: missing
initializer
15740 external/strace/strace/linux/sh/syscallent.h:201: warning: (near
initialization for 'sysent0[168].native_scno')
```

```
15741 external/strace/strace/linux/sh/syscallent.h:202: warning: missing
initializer
15742 external/strace/strace/linux/sh/syscallent.h:202: warning: (near
initialization for 'sysent0[169].native_scno')
15743 external/strace/strace/linux/sh/syscallent.h:203: warning: missing
initializer
15744 external/strace/strace/linux/sh/syscallent.h:203: warning: (near
initialization for 'sysent0[170].native_scno')
15745 external/strace/strace/linux/sh/syscallent.h:204: warning: missing
initializer
15746 external/strace/strace/linux/sh/syscallent.h:204: warning: (near
initialization for 'sysent0[171].native_scno')
15747 external/strace/strace/linux/sh/syscallent.h:205: warning: missing
initializer
15748 external/strace/strace/linux/sh/syscallent.h:205: warning: (near
initialization for 'sysent0[172].native_scno')
15749 external/strace/strace/linux/sh/syscallent.h:206: warning: missing
initializer
15750 external/strace/strace/linux/sh/syscallent.h:206: warning: (near
initialization for 'sysent0[173].native_scno')
15751 external/strace/strace/linux/sh/syscallent.h:207: warning: missing
initializer
15752 external/strace/strace/linux/sh/syscallent.h:207: warning: (near
initialization for 'sysent0[174].native_scno')
15753 external/strace/strace/linux/sh/syscallent.h:208: warning: missing
initializer
15754 external/strace/strace/linux/sh/syscallent.h:208: warning: (near
initialization for 'sysent0[175].native_scno')
15755 external/strace/strace/linux/sh/syscallent.h:209: warning: missing
initializer
15756 external/strace/strace/linux/sh/syscallent.h:209: warning: (near
initialization for 'sysent0[176].native_scno')
15757 external/strace/strace/linux/sh/syscallent.h:210: warning: missing
initializer
15758 external/strace/strace/linux/sh/syscallent.h:210: warning: (near
initialization for 'sysent0[177].native_scno')
15759 external/strace/strace/linux/sh/syscallent.h:211: warning: missing
initializer
15760 external/strace/strace/linux/sh/syscallent.h:211: warning: (near
initialization for 'sysent0[178].native_scno')
15761 external/strace/strace/linux/sh/syscallent.h:212: warning: missing
initializer
15762 external/strace/strace/linux/sh/syscallent.h:212: warning: (near
initialization for 'sysent0[179].native_scno')
15763 external/strace/strace/linux/sh/syscallent.h:214: warning: missing
initializer
15764 external/strace/strace/linux/sh/syscallent.h:214: warning: (near
initialization for 'sysent0[180].native_scno')
15765 external/strace/strace/linux/sh/syscallent.h:215: warning: missing
initializer
15766 external/strace/strace/linux/sh/syscallent.h:215: warning: (near
initialization for 'sysent0[181].native_scno')
15767 external/strace/strace/linux/sh/syscallent.h:216: warning: missing
initializer
15768 external/strace/strace/linux/sh/syscallent.h:216: warning: (near
initialization for 'sysent0[182].native_scno')
```

15769 external/strace/strace/linux/sh/syscallent.h:217: warning: missing
initializer
15770 external/strace/strace/linux/sh/syscallent.h:217: warning: (near
initialization for 'sysent0[183].native_scno')
15771 external/strace/strace/linux/sh/syscallent.h:218: warning: missing
initializer
15772 external/strace/strace/linux/sh/syscallent.h:218: warning: (near
initialization for 'sysent0[184].native_scno')
15773 external/strace/strace/linux/sh/syscallent.h:219: warning: missing
initializer
15774 external/strace/strace/linux/sh/syscallent.h:219: warning: (near
initialization for 'sysent0[185].native_scno')
15775 external/strace/strace/linux/sh/syscallent.h:220: warning: missing
initializer
15776 external/strace/strace/linux/sh/syscallent.h:220: warning: (near
initialization for 'sysent0[186].native_scno')
15777 external/strace/strace/linux/sh/syscallent.h:221: warning: missing
initializer
15778 external/strace/strace/linux/sh/syscallent.h:221: warning: (near
initialization for 'sysent0[187].native_scno')
15779 external/strace/strace/linux/sh/syscallent.h:222: warning: missing
initializer
15780 external/strace/strace/linux/sh/syscallent.h:222: warning: (near
initialization for 'sysent0[188].native_scno')
15781 external/strace/strace/linux/sh/syscallent.h:223: warning: missing
initializer
15782 external/strace/strace/linux/sh/syscallent.h:223: warning: (near
initialization for 'sysent0[189].native_scno')
15783 external/strace/strace/linux/sh/syscallent.h:224: warning: missing
initializer
15784 external/strace/strace/linux/sh/syscallent.h:224: warning: (near
initialization for 'sysent0[190].native_scno')
15785 external/strace/strace/linux/sh/syscallent.h:225: warning: missing
initializer
15786 external/strace/strace/linux/sh/syscallent.h:225: warning: (near
initialization for 'sysent0[191].native_scno')
15787 external/strace/strace/linux/sh/syscallent.h:226: warning: missing
initializer
15788 external/strace/strace/linux/sh/syscallent.h:226: warning: (near
initialization for 'sysent0[192].native_scno')
15789 external/strace/strace/linux/sh/syscallent.h:227: warning: missing
initializer
15790 external/strace/strace/linux/sh/syscallent.h:227: warning: (near
initialization for 'sysent0[193].native_scno')
15791 external/strace/strace/linux/sh/syscallent.h:228: warning: missing
initializer
15792 external/strace/strace/linux/sh/syscallent.h:228: warning: (near
initialization for 'sysent0[194].native_scno')
15793 external/strace/strace/linux/sh/syscallent.h:229: warning: missing
initializer
15794 external/strace/strace/linux/sh/syscallent.h:229: warning: (near
initialization for 'sysent0[195].native_scno')
15795 external/strace/strace/linux/sh/syscallent.h:230: warning: missing
initializer
15796 external/strace/strace/linux/sh/syscallent.h:230: warning: (near
initialization for 'sysent0[196].native_scno')

```
15797 external/strace/strace/linux/sh/syscallent.h:231: warning: missing
initializer
15798 external/strace/strace/linux/sh/syscallent.h:231: warning: (near
initialization for 'sysent0[197].native_scno')
15799 external/strace/strace/linux/sh/syscallent.h:232: warning: missing
initializer
15800 external/strace/strace/linux/sh/syscallent.h:232: warning: (near
initialization for 'sysent0[198].native_scno')
15801 external/strace/strace/linux/sh/syscallent.h:233: warning: missing
initializer
15802 external/strace/strace/linux/sh/syscallent.h:233: warning: (near
initialization for 'sysent0[199].native_scno')
15803 external/strace/strace/linux/sh/syscallent.h:235: warning: missing
initializer
15804 external/strace/strace/linux/sh/syscallent.h:235: warning: (near
initialization for 'sysent0[200].native_scno')
15805 external/strace/strace/linux/sh/syscallent.h:236: warning: missing
initializer
15806 external/strace/strace/linux/sh/syscallent.h:236: warning: (near
initialization for 'sysent0[201].native_scno')
15807 external/strace/strace/linux/sh/syscallent.h:237: warning: missing
initializer
15808 external/strace/strace/linux/sh/syscallent.h:237: warning: (near
initialization for 'sysent0[202].native_scno')
15809 external/strace/strace/linux/sh/syscallent.h:238: warning: missing
initializer
15810 external/strace/strace/linux/sh/syscallent.h:238: warning: (near
initialization for 'sysent0[203].native_scno')
15811 external/strace/strace/linux/sh/syscallent.h:239: warning: missing
initializer
15812 external/strace/strace/linux/sh/syscallent.h:239: warning: (near
initialization for 'sysent0[204].native_scno')
15813 external/strace/strace/linux/sh/syscallent.h:240: warning: missing
initializer
15814 external/strace/strace/linux/sh/syscallent.h:240: warning: (near
initialization for 'sysent0[205].native_scno')
15815 external/strace/strace/linux/sh/syscallent.h:241: warning: missing
initializer
15816 external/strace/strace/linux/sh/syscallent.h:241: warning: (near
initialization for 'sysent0[206].native_scno')
15817 external/strace/strace/linux/sh/syscallent.h:242: warning: missing
initializer
15818 external/strace/strace/linux/sh/syscallent.h:242: warning: (near
initialization for 'sysent0[207].native_scno')
15819 external/strace/strace/linux/sh/syscallent.h:243: warning: missing
initializer
15820 external/strace/strace/linux/sh/syscallent.h:243: warning: (near
initialization for 'sysent0[208].native_scno')
15821 external/strace/strace/linux/sh/syscallent.h:244: warning: missing
initializer
15822 external/strace/strace/linux/sh/syscallent.h:244: warning: (near
initialization for 'sysent0[209].native_scno')
15823 external/strace/strace/linux/sh/syscallent.h:245: warning: missing
initializer
15824 external/strace/strace/linux/sh/syscallent.h:245: warning: (near
initialization for 'sysent0[210].native_scno')
```

```
15825 external/strace/strace/linux/sh/syscallent.h:246: warning: missing
initializer
15826 external/strace/strace/linux/sh/syscallent.h:246: warning: (near
initialization for 'sysent0[211].native_scno')
15827 external/strace/strace/linux/sh/syscallent.h:247: warning: missing
initializer
15828 external/strace/strace/linux/sh/syscallent.h:247: warning: (near
initialization for 'sysent0[212].native_scno')
15829 external/strace/strace/linux/sh/syscallent.h:248: warning: missing
initializer
15830 external/strace/strace/linux/sh/syscallent.h:248: warning: (near
initialization for 'sysent0[213].native_scno')
15831 external/strace/strace/linux/sh/syscallent.h:249: warning: missing
initializer
15832 external/strace/strace/linux/sh/syscallent.h:249: warning: (near
initialization for 'sysent0[214].native_scno')
15833 external/strace/strace/linux/sh/syscallent.h:250: warning: missing
initializer
15834 external/strace/strace/linux/sh/syscallent.h:250: warning: (near
initialization for 'sysent0[215].native_scno')
15835 external/strace/strace/linux/sh/syscallent.h:251: warning: missing
initializer
15836 external/strace/strace/linux/sh/syscallent.h:251: warning: (near
initialization for 'sysent0[216].native_scno')
15837 external/strace/strace/linux/sh/syscallent.h:252: warning: missing
initializer
15838 external/strace/strace/linux/sh/syscallent.h:252: warning: (near
initialization for 'sysent0[217].native_scno')
15839 external/strace/strace/linux/sh/syscallent.h:253: warning: missing
initializer
15840 external/strace/strace/linux/sh/syscallent.h:253: warning: (near
initialization for 'sysent0[218].native_scno')
15841 external/strace/strace/linux/sh/syscallent.h:254: warning: missing
initializer
15842 external/strace/strace/linux/sh/syscallent.h:254: warning: (near
initialization for 'sysent0[219].native_scno')
15843 external/strace/strace/linux/sh/syscallent.h:255: warning: missing
initializer
15844 external/strace/strace/linux/sh/syscallent.h:255: warning: (near
initialization for 'sysent0[220].native_scno')
15845 external/strace/strace/linux/sh/syscallent.h:256: warning: missing
initializer
15846 external/strace/strace/linux/sh/syscallent.h:256: warning: (near
initialization for 'sysent0[221].native_scno')
15847 external/strace/strace/linux/sh/syscallent.h:257: warning: missing
initializer
15848 external/strace/strace/linux/sh/syscallent.h:257: warning: (near
initialization for 'sysent0[222].native_scno')
15849 external/strace/strace/linux/sh/syscallent.h:258: warning: missing
initializer
15850 external/strace/strace/linux/sh/syscallent.h:258: warning: (near
initialization for 'sysent0[223].native_scno')
15851 external/strace/strace/linux/sh/syscallent.h:259: warning: missing
initializer
15852 external/strace/strace/linux/sh/syscallent.h:259: warning: (near
initialization for 'sysent0[224].native_scno')
```

15853 external/strace/strace/linux/sh/syscallent.h:260: warning: missing
initializer
15854 external/strace/strace/linux/sh/syscallent.h:260: warning: (near
initialization for 'sysent0[225].native_scno')
15855 external/strace/strace/linux/sh/syscallent.h:261: warning: missing
initializer
15856 external/strace/strace/linux/sh/syscallent.h:261: warning: (near
initialization for 'sysent0[226].native_scno')
15857 external/strace/strace/linux/sh/syscallent.h:262: warning: missing
initializer
15858 external/strace/strace/linux/sh/syscallent.h:262: warning: (near
initialization for 'sysent0[227].native_scno')
15859 external/strace/strace/linux/sh/syscallent.h:263: warning: missing
initializer
15860 external/strace/strace/linux/sh/syscallent.h:263: warning: (near
initialization for 'sysent0[228].native_scno')
15861 external/strace/strace/linux/sh/syscallent.h:264: warning: missing
initializer
15862 external/strace/strace/linux/sh/syscallent.h:264: warning: (near
initialization for 'sysent0[229].native_scno')
15863 external/strace/strace/linux/sh/syscallent.h:266: warning: missing
initializer
15864 external/strace/strace/linux/sh/syscallent.h:266: warning: (near
initialization for 'sysent0[230].native_scno')
15865 external/strace/strace/linux/sh/syscallent.h:267: warning: missing
initializer
15866 external/strace/strace/linux/sh/syscallent.h:267: warning: (near
initialization for 'sysent0[231].native_scno')
15867 external/strace/strace/linux/sh/syscallent.h:268: warning: missing
initializer
15868 external/strace/strace/linux/sh/syscallent.h:268: warning: (near
initialization for 'sysent0[232].native_scno')
15869 external/strace/strace/linux/sh/syscallent.h:269: warning: missing
initializer
15870 external/strace/strace/linux/sh/syscallent.h:269: warning: (near
initialization for 'sysent0[233].native_scno')
15871 external/strace/strace/linux/sh/syscallent.h:270: warning: missing
initializer
15872 external/strace/strace/linux/sh/syscallent.h:270: warning: (near
initialization for 'sysent0[234].native_scno')
15873 external/strace/strace/linux/sh/syscallent.h:271: warning: missing
initializer
15874 external/strace/strace/linux/sh/syscallent.h:271: warning: (near
initialization for 'sysent0[235].native_scno')
15875 external/strace/strace/linux/sh/syscallent.h:272: warning: missing
initializer
15876 external/strace/strace/linux/sh/syscallent.h:272: warning: (near
initialization for 'sysent0[236].native_scno')
15877 external/strace/strace/linux/sh/syscallent.h:273: warning: missing
initializer
15878 external/strace/strace/linux/sh/syscallent.h:273: warning: (near
initialization for 'sysent0[237].native_scno')
15879 external/strace/strace/linux/sh/syscallent.h:274: warning: missing
initializer
15880 external/strace/strace/linux/sh/syscallent.h:274: warning: (near
initialization for 'sysent0[238].native_scno')

15881 external/strace/strace/linux/sh/syscallent.h:275: warning: missing
initializer
15882 external/strace/strace/linux/sh/syscallent.h:275: warning: (near
initialization for 'sysent0[239].native_scno')
15883 external/strace/strace/linux/sh/syscallent.h:276: warning: missing
initializer
15884 external/strace/strace/linux/sh/syscallent.h:276: warning: (near
initialization for 'sysent0[240].native_scno')
15885 external/strace/strace/linux/sh/syscallent.h:277: warning: missing
initializer
15886 external/strace/strace/linux/sh/syscallent.h:277: warning: (near
initialization for 'sysent0[241].native_scno')
15887 external/strace/strace/linux/sh/syscallent.h:278: warning: missing
initializer
15888 external/strace/strace/linux/sh/syscallent.h:278: warning: (near
initialization for 'sysent0[242].native_scno')
15889 external/strace/strace/linux/sh/syscallent.h:279: warning: missing
initializer
15890 external/strace/strace/linux/sh/syscallent.h:279: warning: (near
initialization for 'sysent0[243].native_scno')
15891 external/strace/strace/linux/sh/syscallent.h:280: warning: missing
initializer
15892 external/strace/strace/linux/sh/syscallent.h:280: warning: (near
initialization for 'sysent0[244].native_scno')
15893 external/strace/strace/linux/sh/syscallent.h:281: warning: missing
initializer
15894 external/strace/strace/linux/sh/syscallent.h:281: warning: (near
initialization for 'sysent0[245].native_scno')
15895 external/strace/strace/linux/sh/syscallent.h:282: warning: missing
initializer
15896 external/strace/strace/linux/sh/syscallent.h:282: warning: (near
initialization for 'sysent0[246].native_scno')
15897 external/strace/strace/linux/sh/syscallent.h:283: warning: missing
initializer
15898 external/strace/strace/linux/sh/syscallent.h:283: warning: (near
initialization for 'sysent0[247].native_scno')
15899 external/strace/strace/linux/sh/syscallent.h:284: warning: missing
initializer
15900 external/strace/strace/linux/sh/syscallent.h:284: warning: (near
initialization for 'sysent0[248].native_scno')
15901 external/strace/strace/linux/sh/syscallent.h:285: warning: missing
initializer
15902 external/strace/strace/linux/sh/syscallent.h:285: warning: (near
initialization for 'sysent0[249].native_scno')
15903 external/strace/strace/linux/sh/syscallent.h:287: warning: missing
initializer
15904 external/strace/strace/linux/sh/syscallent.h:287: warning: (near
initialization for 'sysent0[250].native_scno')
15905 external/strace/strace/linux/sh/syscallent.h:288: warning: missing
initializer
15906 external/strace/strace/linux/sh/syscallent.h:288: warning: (near
initialization for 'sysent0[251].native_scno')
15907 external/strace/strace/linux/sh/syscallent.h:289: warning: missing
initializer
15908 external/strace/strace/linux/sh/syscallent.h:289: warning: (near
initialization for 'sysent0[252].native_scno')

```
15909 external/strace/strace/linux/sh/syscallent.h:290: warning: missing
initializer
15910 external/strace/strace/linux/sh/syscallent.h:290: warning: (near
initialization for 'sysent0[253].native_scno')
15911 external/strace/strace/linux/sh/syscallent.h:291: warning: missing
initializer
15912 external/strace/strace/linux/sh/syscallent.h:291: warning: (near
initialization for 'sysent0[254].native_scno')
15913 external/strace/strace/linux/sh/syscallent.h:292: warning: missing
initializer
15914 external/strace/strace/linux/sh/syscallent.h:292: warning: (near
initialization for 'sysent0[255].native_scno')
15915 external/strace/strace/linux/sh/syscallent.h:293: warning: missing
initializer
15916 external/strace/strace/linux/sh/syscallent.h:293: warning: (near
initialization for 'sysent0[256].native_scno')
15917 external/strace/strace/linux/sh/syscallent.h:294: warning: missing
initializer
15918 external/strace/strace/linux/sh/syscallent.h:294: warning: (near
initialization for 'sysent0[257].native_scno')
15919 external/strace/strace/linux/sh/syscallent.h:295: warning: missing
initializer
15920 external/strace/strace/linux/sh/syscallent.h:295: warning: (near
initialization for 'sysent0[258].native_scno')
15921 external/strace/strace/linux/sh/syscallent.h:296: warning: missing
initializer
15922 external/strace/strace/linux/sh/syscallent.h:296: warning: (near
initialization for 'sysent0[259].native_scno')
15923 external/strace/strace/linux/sh/syscallent.h:297: warning: missing
initializer
15924 external/strace/strace/linux/sh/syscallent.h:297: warning: (near
initialization for 'sysent0[260].native_scno')
15925 external/strace/strace/linux/sh/syscallent.h:298: warning: missing
initializer
15926 external/strace/strace/linux/sh/syscallent.h:298: warning: (near
initialization for 'sysent0[261].native_scno')
15927 external/strace/strace/linux/sh/syscallent.h:299: warning: missing
initializer
15928 external/strace/strace/linux/sh/syscallent.h:299: warning: (near
initialization for 'sysent0[262].native_scno')
15929 external/strace/strace/linux/sh/syscallent.h:300: warning: missing
initializer
15930 external/strace/strace/linux/sh/syscallent.h:300: warning: (near
initialization for 'sysent0[263].native_scno')
15931 external/strace/strace/linux/sh/syscallent.h:301: warning: missing
initializer
15932 external/strace/strace/linux/sh/syscallent.h:301: warning: (near
initialization for 'sysent0[264].native_scno')
15933 external/strace/strace/linux/sh/syscallent.h:302: warning: missing
initializer
15934 external/strace/strace/linux/sh/syscallent.h:302: warning: (near
initialization for 'sysent0[265].native_scno')
15935 external/strace/strace/linux/sh/syscallent.h:303: warning: missing
initializer
15936 external/strace/strace/linux/sh/syscallent.h:303: warning: (near
initialization for 'sysent0[266].native_scno')
```

```
15937 external/strace/strace/linux/sh/syscallent.h:304: warning: missing
initializer
15938 external/strace/strace/linux/sh/syscallent.h:304: warning: (near
initialization for 'sysent0[267].native_scno')
15939 external/strace/strace/linux/sh/syscallent.h:305: warning: missing
initializer
15940 external/strace/strace/linux/sh/syscallent.h:305: warning: (near
initialization for 'sysent0[268].native_scno')
15941 external/strace/strace/linux/sh/syscallent.h:306: warning: missing
initializer
15942 external/strace/strace/linux/sh/syscallent.h:306: warning: (near
initialization for 'sysent0[269].native_scno')
15943 external/strace/strace/linux/sh/syscallent.h:307: warning: missing
initializer
15944 external/strace/strace/linux/sh/syscallent.h:307: warning: (near
initialization for 'sysent0[270].native_scno')
15945 external/strace/strace/linux/sh/syscallent.h:308: warning: missing
initializer
15946 external/strace/strace/linux/sh/syscallent.h:308: warning: (near
initialization for 'sysent0[271].native_scno')
15947 external/strace/strace/linux/sh/syscallent.h:309: warning: missing
initializer
15948 external/strace/strace/linux/sh/syscallent.h:309: warning: (near
initialization for 'sysent0[272].native_scno')
15949 external/strace/strace/linux/sh/syscallent.h:310: warning: missing
initializer
15950 external/strace/strace/linux/sh/syscallent.h:310: warning: (near
initialization for 'sysent0[273].native_scno')
15951 external/strace/strace/linux/sh/syscallent.h:311: warning: missing
initializer
15952 external/strace/strace/linux/sh/syscallent.h:311: warning: (near
initialization for 'sysent0[274].native_scno')
15953 external/strace/strace/linux/sh/syscallent.h:312: warning: missing
initializer
15954 external/strace/strace/linux/sh/syscallent.h:312: warning: (near
initialization for 'sysent0[275].native_scno')
15955 external/strace/strace/linux/sh/syscallent.h:313: warning: missing
initializer
15956 external/strace/strace/linux/sh/syscallent.h:313: warning: (near
initialization for 'sysent0[276].native_scno')
15957 external/strace/strace/linux/sh/syscallent.h:314: warning: missing
initializer
15958 external/strace/strace/linux/sh/syscallent.h:314: warning: (near
initialization for 'sysent0[277].native_scno')
15959 external/strace/strace/linux/sh/syscallent.h:315: warning: missing
initializer
15960 external/strace/strace/linux/sh/syscallent.h:315: warning: (near
initialization for 'sysent0[278].native_scno')
15961 external/strace/strace/linux/sh/syscallent.h:316: warning: missing
initializer
15962 external/strace/strace/linux/sh/syscallent.h:316: warning: (near
initialization for 'sysent0[279].native_scno')
15963 external/strace/strace/linux/sh/syscallent.h:318: warning: missing
initializer
15964 external/strace/strace/linux/sh/syscallent.h:318: warning: (near
initialization for 'sysent0[280].native_scno')
```

15965 external/strace/strace/linux/sh/syscallent.h:319: warning: missing
initializer
15966 external/strace/strace/linux/sh/syscallent.h:319: warning: (near
initialization for 'sysent0[281].native_scno')
15967 external/strace/strace/linux/sh/syscallent.h:320: warning: missing
initializer
15968 external/strace/strace/linux/sh/syscallent.h:320: warning: (near
initialization for 'sysent0[282].native_scno')
15969 external/strace/strace/linux/sh/syscallent.h:321: warning: missing
initializer
15970 external/strace/strace/linux/sh/syscallent.h:321: warning: (near
initialization for 'sysent0[283].native_scno')
15971 external/strace/strace/linux/sh/syscallent.h:322: warning: missing
initializer
15972 external/strace/strace/linux/sh/syscallent.h:322: warning: (near
initialization for 'sysent0[284].native_scno')
15973 external/strace/strace/linux/sh/syscallent.h:323: warning: missing
initializer
15974 external/strace/strace/linux/sh/syscallent.h:323: warning: (near
initialization for 'sysent0[285].native_scno')
15975 external/strace/strace/linux/sh/syscallent.h:324: warning: missing
initializer
15976 external/strace/strace/linux/sh/syscallent.h:324: warning: (near
initialization for 'sysent0[286].native_scno')
15977 external/strace/strace/linux/sh/syscallent.h:325: warning: missing
initializer
15978 external/strace/strace/linux/sh/syscallent.h:325: warning: (near
initialization for 'sysent0[287].native_scno')
15979 external/strace/strace/linux/sh/syscallent.h:326: warning: missing
initializer
15980 external/strace/strace/linux/sh/syscallent.h:326: warning: (near
initialization for 'sysent0[288].native_scno')
15981 external/strace/strace/linux/sh/syscallent.h:327: warning: missing
initializer
15982 external/strace/strace/linux/sh/syscallent.h:327: warning: (near
initialization for 'sysent0[289].native_scno')
15983 external/strace/strace/linux/sh/syscallent.h:328: warning: missing
initializer
15984 external/strace/strace/linux/sh/syscallent.h:328: warning: (near
initialization for 'sysent0[290].native_scno')
15985 external/strace/strace/linux/sh/syscallent.h:329: warning: missing
initializer
15986 external/strace/strace/linux/sh/syscallent.h:329: warning: (near
initialization for 'sysent0[291].native_scno')
15987 external/strace/strace/linux/sh/syscallent.h:330: warning: missing
initializer
15988 external/strace/strace/linux/sh/syscallent.h:330: warning: (near
initialization for 'sysent0[292].native_scno')
15989 external/strace/strace/linux/sh/syscallent.h:331: warning: missing
initializer
15990 external/strace/strace/linux/sh/syscallent.h:331: warning: (near
initialization for 'sysent0[293].native_scno')
15991 external/strace/util.c: In function 'printuid':
15992 external/strace/util.c:361: warning: comparison between signed and
unsigned integer expressions
15993 external/strace/util.c: In function 'dumpiov':

15994 external/strace/util.c:544: warning: comparison between signed and
unsigned integer expressions
15995 external/strace/util.c: In function 'umoven':
15996 external/strace/util.c:658: warning: comparison between signed and
unsigned integer expressions
15997 external/strace/util.c:658: warning: signed and unsigned type in
conditional expression
15998
15999 external/strace/linux/sh/syscallent.h:332: warning: (near
initialization for 'sysent0[294].native_scno')
16000 external/strace/strace/linux/sh/syscallent.h:333: warning: missing
initializer
16001 external/strace/strace/linux/sh/syscallent.h:333: warning: (near
initialization for 'sysent0[295].native_scno')
16002 external/strace/strace/linux/sh/syscallent.h:334: warning: missing
initializer
16003 external/strace/strace/linux/sh/syscallent.h:334: warning: (near
initialization for 'sysent0[296].native_scno')
16004 external/strace/strace/linux/sh/syscallent.h:335: warning: missing
initializer
16005 external/strace/strace/linux/sh/syscallent.h:335: warning: (near
initialization for 'sysent0[297].native_scno')
16006 external/strace/strace/linux/sh/syscallent.h:336: warning: missing
initializer
16007 external/strace/strace/linux/sh/syscallent.h:336: warning: (near
initialization for 'sysent0[298].native_scno')
16008 external/strace/strace/linux/sh/syscallent.h:337: warning: missing
initializer
16009 external/strace/strace/linux/sh/syscallent.h:337: warning: (near
initialization for 'sysent0[299].native_scno')
16010 external/strace/syscall.c: In function 'get_scno':
16011 external/strace/syscall.c:1009: warning: passing argument 4 of 'ptrace'
makes integer from pointer without a cast
16012 external/strace/defs.h:137: note: expected 'long int' but argument is
of type 'void *'
16013 external/strace/syscall.c:1037: warning: passing argument 4 of 'ptrace'
makes integer from pointer without a cast
16014 external/strace/defs.h:137: note: expected 'long int' but argument is
of type 'void *'
16015 external/strace/syscall.c:1051: warning: comparison between signed and
unsigned integer expressions
16016 external/strace/syscall.c: In function 'get_error':
16017 external/strace/syscall.c:1535: warning: comparison between signed and
unsigned integer expressions
16018 external/strace/util.c:674: warning: comparison between signed and
unsigned integer expressions
16019 external/strace/util.c:674: warning: signed and unsigned type in
conditional expression
16020 external/strace/util.c: In function 'umovestr':
16021 external/strace/util.c:808: warning: comparison between signed and
unsigned integer expressions
16022 external/strace/util.c:808: warning: signed and unsigned type in
conditional expression
16023 external/strace/util.c:826: warning: comparison between signed and
unsigned integer expressions
16024 external/strace/util.c:826: warning: signed and unsigned type in
conditional expression

16025 external/strace/util.c:827: warning: comparison between signed and
unsigned integer expressions
16026 target thumb C: strace <= external/strace/desc.c
16027 In file included from external/strace/defs.h:33,
16028                  from external/strace/desc.c:33:
16029 external/strace/android/arch/arm/config.h:296:1: warning:
"HAVE_SYS_UIO_H" redefined
16030 In file included from <command-line>:0:
16031 ./system/core/include/arch/linux-arm/AndroidConfig.h:114:1: warning:
this is the location of the previous definition
16032 In file included from external/strace/defs.h:33,
16033                  from external/strace/desc.c:33:
16034 external/strace/android/arch/arm/config.h:302:1: warning:
"HAVE_TERMIO_H" redefined
16035 In file included from <command-line>:0:
16036 ./system/core/include/arch/linux-arm/AndroidConfig.h:99:1: warning:
this is the location of the previous definition
16037 target thumb C: strace <= external/strace/file.c
16038 In file included from external/strace/defs.h:33,
16039                  from external/strace/file.c:34:
16040 external/strace/android/arch/arm/config.h:296:1: warning:
"HAVE_SYS_UIO_H" redefined
16041 In file included from <command-line>:0:
16042 ./system/core/include/arch/linux-arm/AndroidConfig.h:114:1: warning:
this is the location of the previous definition
16043 In file included from external/strace/defs.h:33,
16044                  from external/strace/file.c:34:
16045 external/strace/android/arch/arm/config.h:302:1: warning:
"HAVE_TERMIO_H" redefined
16046 In file included from <command-line>:0:
16047 ./system/core/include/arch/linux-arm/AndroidConfig.h:99:1: warning:
this is the location of the previous definition
16048 In file included from external/strace/file.c:164:
16049 bionic/libc/include/sys/stat.h:91:1: warning: "stat64" redefined
16050 external/strace/file.c:163:1: warning: this is the location of the
previous definition
16051 target thumb C: strace <= external/strace/io.c
16052 In file included from external/strace/defs.h:33,
16053                  from external/strace/io.c:33:
16054 external/strace/android/arch/arm/config.h:296:1: warning:
"HAVE_SYS_UIO_H" redefined
16055 In file included from <command-line>:0:
16056 ./system/core/include/arch/linux-arm/AndroidConfig.h:114:1: warning:
this is the location of the previous definition
16057 In file included from external/strace/defs.h:33,
16058                  from external/strace/io.c:33:
16059 external/strace/android/arch/arm/config.h:302:1: warning:
"HAVE_TERMIO_H" redefined
16060 In file included from <command-line>:0:
16061 ./system/core/include/arch/linux-arm/AndroidConfig.h:99:1: warning:
this is the location of the previous definition
16062 target thumb C: strace <= external/strace/ioctl.c
16063 In file included from external/strace/defs.h:33,
16064                  from external/strace/ioctl.c:33:
16065 external/strace/android/arch/arm/config.h:296:1: warning:
"HAVE_SYS_UIO_H" redefined
16066 In file included from <command-line>:0:

```
16067 ./system/core/include/arch/linux-arm/AndroidConfig.h:114:1: warning:
this is the location of the previous definition
16068 In file included from external/strace/defs.h:33,
16069                 from external/strace/ioctl.c:33:
16070 external/strace/android/arch/arm/config.h:302:1: warning:
"HAVE_TERMIO_H" redefined
16071 In file included from <command-line>:0:
16072 ./system/core/include/arch/linux-arm/AndroidConfig.h:99:1: warning:
this is the location of the previous definition
16073 target thumb C: strace <= external/strace/mem.c
16074 In file included from external/strace/defs.h:33,
16075                 from external/strace/mem.c:35:
16076 external/strace/android/arch/arm/config.h:296:1: warning:
"HAVE_SYS_UIO_H" redefined
16077 In file included from <command-line>:0:
16078 ./system/core/include/arch/linux-arm/AndroidConfig.h:114:1: warning:
this is the location of the previous definition
16079 In file included from external/strace/defs.h:33,
16080                 from external/strace/mem.c:35:
16081 external/strace/android/arch/arm/config.h:302:1: warning:
"HAVE_TERMIO_H" redefined
16082 In file included from <command-line>:0:
16083 ./system/core/include/arch/linux-arm/AndroidConfig.h:99:1: warning:
this is the location of the previous definition
16084 external/strace/mem.c: In function 'sys_mincore':
16085 external/strace/mem.c:516: warning: comparison between signed and
unsigned integer expressions
16086 external/strace/ioctl.c: In function 'ioctl_next_match':
16087 external/strace/ioctl.c:108: warning: comparison between signed and
unsigned integer expressions
16088 target thumb C: strace <= external/strace/net.c
16089 In file included from external/strace/defs.h:33,
16090                 from external/strace/net.c:33:
16091 external/strace/android/arch/arm/config.h:296:1: warning:
"HAVE_SYS_UIO_H" redefined
16092 In file included from <command-line>:0:
16093 ./system/core/include/arch/linux-arm/AndroidConfig.h:114:1: warning:
this is the location of the previous definition
16094 In file included from external/strace/defs.h:33,
16095                 from external/strace/net.c:33:
16096 external/strace/android/arch/arm/config.h:302:1: warning:
"HAVE_TERMIO_H" redefined
16097 In file included from <command-line>:0:
16098 ./system/core/include/arch/linux-arm/AndroidConfig.h:99:1: warning:
this is the location of the previous definition
16099 external/strace/net.c: In function 'printsock':
16100 external/strace/net.c:961: warning: comparison between signed and
unsigned integer expressions
16101 target thumb C: strace <= external/strace/process.c
16102 In file included from external/strace/defs.h:33,
16103                 from external/strace/process.c:40:
16104 external/strace/android/arch/arm/config.h:296:1: warning:
"HAVE_SYS_UIO_H" redefined
16105 In file included from <command-line>:0:
16106 ./system/core/include/arch/linux-arm/AndroidConfig.h:114:1: warning:
this is the location of the previous definition
16107 In file included from external/strace/defs.h:33,
```

```
16108                    from external/strace/process.c:40:
16109 external/strace/android/arch/arm/config.h:302:1: warning:
"HAVE_TERMIO_H" redefined
16110 In file included from <command-line>:0:
16111 ./system/core/include/arch/linux-arm/AndroidConfig.h:99:1: warning:
this is the location of the previous definition
16112 target thumb C: strace <= external/strace/bjm.c
16113 In file included from external/strace/defs.h:33,
16114                    from external/strace/bjm.c:32:
16115 external/strace/android/arch/arm/config.h:296:1: warning:
"HAVE_SYS_UIO_H" redefined
16116 In file included from <command-line>:0:
16117 ./system/core/include/arch/linux-arm/AndroidConfig.h:114:1: warning:
this is the location of the previous definition
16118 In file included from external/strace/defs.h:33,
16119                    from external/strace/bjm.c:32:
16120 external/strace/android/arch/arm/config.h:302:1: warning:
"HAVE_TERMIO_H" redefined
16121 In file included from <command-line>:0:
16122 ./system/core/include/arch/linux-arm/AndroidConfig.h:99:1: warning:
this is the location of the previous definition
16123 target thumb C: strace <= external/strace/resource.c
16124 In file included from external/strace/defs.h:33,
16125                    from external/strace/resource.c:33:
16126 external/strace/android/arch/arm/config.h:296:1: warning:
"HAVE_SYS_UIO_H" redefined
16127 In file included from <command-line>:0:
16128 ./system/core/include/arch/linux-arm/AndroidConfig.h:114:1: warning:
this is the location of the previous definition
16129 In file included from external/strace/defs.h:33,
16130                    from external/strace/resource.c:33:
16131 external/strace/android/arch/arm/config.h:302:1: warning:
"HAVE_TERMIO_H" redefined
16132 In file included from <command-line>:0:
16133 ./system/core/include/arch/linux-arm/AndroidConfig.h:99:1: warning:
this is the location of the previous definition
16134 target thumb C: strace <= external/strace/signal.c
16135 external/strace/resource.c: In function 'sprintrlim':
16136 external/strace/resource.c:122: warning: comparison between signed and
unsigned integer expressions
16137 external/strace/resource.c: In function 'sys_quotactl':
16138 external/strace/resource.c:553: warning: format '%u' expects type
'unsigned int', but argument 2 has type '__u64'
16139 external/strace/resource.c:554: warning: format '%u' expects type
'unsigned int', but argument 2 has type '__u64'
16140 external/strace/resource.c:555: warning: format '%u' expects type
'unsigned int', but argument 2 has type '__u64'
16141 external/strace/resource.c:556: warning: format '%u' expects type
'unsigned int', but argument 2 has type '__u64'
16142 external/strace/resource.c:557: warning: format '%u' expects type
'unsigned int', but argument 2 has type '__u64'
16143 external/strace/resource.c:558: warning: format '%u' expects type
'unsigned int', but argument 2 has type '__u64'
16144 external/strace/resource.c:559: warning: format '%lu' expects type
'long unsigned int', but argument 2 has type '__u64'
16145 external/strace/resource.c:560: warning: format '%lu' expects type
'long unsigned int', but argument 2 has type '__u64'
```

16146 In file included from external/strace/defs.h:33,
16147                  from external/strace/signal.c:36:
16148 external/strace/android/arch/arm/config.h:296:1: warning:
"HAVE_SYS_UIO_H" redefined
16149 In file included from <command-line>:0:
16150 ./system/core/include/arch/linux-arm/AndroidConfig.h:114:1: warning:
this is the location of the previous definition
16151 In file included from external/strace/defs.h:33,
16152                  from external/strace/signal.c:36:
16153 external/strace/android/arch/arm/config.h:302:1: warning:
"HAVE_TERMIO_H" redefined
16154 In file included from <command-line>:0:
16155 ./system/core/include/arch/linux-arm/AndroidConfig.h:99:1: warning:
this is the location of the previous definition
16156 external/strace/signal.c: In function 'copy_sigset_len':
16157 external/strace/signal.c:304: warning: comparison between signed and
unsigned integer expressions
16158 external/strace/signal.c: In function 'printsiginfo':
16159 external/strace/signal.c:709: warning: format '%ld' expects type 'long
int', but argument 2 has type 'pid_t'
16160 external/strace/signal.c:709: warning: format '%ld' expects type 'long
int', but argument 3 has type '__kernel_uid32_t'
16161 external/strace/signal.c: In function 'sys_sigreturn':
16162 external/strace/signal.c:1233: warning: passing argument 4 of 'ptrace'
makes integer from pointer without a cast
16163 external/strace/defs.h:137: note: expected 'long int' but argument is
of type 'void *'
16164 external/strace/signal.c: In function 'sys_rt_sigaction':
16165 external/strace/signal.c:1861: warning: comparison between signed and
unsigned integer expressions
16166 target thumb C: strace <= external/strace/sock.c
16167 In file included from external/strace/defs.h:33,
16168                  from external/strace/sock.c:30:
16169 external/strace/android/arch/arm/config.h:296:1: warning:
"HAVE_SYS_UIO_H" redefined
16170 In file included from <command-line>:0:
16171 ./system/core/include/arch/linux-arm/AndroidConfig.h:114:1: warning:
this is the location of the previous definition
16172 In file included from external/strace/defs.h:33,
16173                  from external/strace/sock.c:30:
16174 external/strace/android/arch/arm/config.h:302:1: warning:
"HAVE_TERMIO_H" redefined
16175 In file included from <command-line>:0:
16176 ./system/core/include/arch/linux-arm/AndroidConfig.h:99:1: warning:
this is the location of the previous definition
16177 target thumb C: strace <= external/strace/system.c
16178 external/strace/sock.c: In function 'sock_ioctl':
16179 external/strace/sock.c:225: warning: comparison between signed and
unsigned integer expressions
16180 In file included from external/strace/defs.h:33,
16181                  from external/strace/system.c:33:
16182 external/strace/android/arch/arm/config.h:296:1: warning:
"HAVE_SYS_UIO_H" redefined
16183 In file included from <command-line>:0:
16184 ./system/core/include/arch/linux-arm/AndroidConfig.h:114:1: warning:
this is the location of the previous definition
16185 In file included from external/strace/defs.h:33,

```
16186                    from external/strace/system.c:33:
16187 external/strace/android/arch/arm/config.h:302:1: warning:
"HAVE_TERMIO_H" redefined
16188 In file included from <command-line>:0:
16189 ./system/core/include/arch/linux-arm/AndroidConfig.h:99:1: warning:
this is the location of the previous definition
16190 external/strace/system.c: In function 'sys_reboot':
16191 external/strace/system.c:214: warning: comparison between signed and
unsigned integer expressions
16192 external/strace/system.c: In function 'sys_sysctl':
16193 external/strace/system.c:1831: warning: comparison between signed and
unsigned integer expressions
16194 target thumb C: strace <= external/strace/term.c
16195 In file included from external/strace/defs.h:33,
16196                    from external/strace/term.c:30:
16197 external/strace/android/arch/arm/config.h:296:1: warning:
"HAVE_SYS_UIO_H" redefined
16198 In file included from <command-line>:0:
16199 ./system/core/include/arch/linux-arm/AndroidConfig.h:114:1: warning:
this is the location of the previous definition
16200 In file included from external/strace/defs.h:33,
16201                    from external/strace/term.c:30:
16202 external/strace/android/arch/arm/config.h:302:1: warning:
"HAVE_TERMIO_H" redefined
16203 In file included from <command-line>:0:
16204 ./system/core/include/arch/linux-arm/AndroidConfig.h:99:1: warning:
this is the location of the previous definition
16205 target thumb C: strace <= external/strace/time.c
16206 target thumb C: strace <= external/strace/proc.c
16207 In file included from external/strace/defs.h:33,
16208                    from external/strace/time.c:32:
16209 external/strace/android/arch/arm/config.h:296:1: warning:
"HAVE_SYS_UIO_H" redefined
16210 In file included from <command-line>:0:
16211 ./system/core/include/arch/linux-arm/AndroidConfig.h:114:1: warning:
this is the location of the previous definition
16212 In file included from external/strace/defs.h:33,
16213                    from external/strace/time.c:32:
16214 external/strace/android/arch/arm/config.h:302:1: warning:
"HAVE_TERMIO_H" redefined
16215 In file included from <command-line>:0:
16216 ./system/core/include/arch/linux-arm/AndroidConfig.h:99:1: warning:
this is the location of the previous definition
16217 In file included from external/strace/defs.h:33,
16218                    from external/strace/proc.c:30:
16219 external/strace/android/arch/arm/config.h:296:1: warning:
"HAVE_SYS_UIO_H" redefined
16220 In file included from <command-line>:0:
16221 ./system/core/include/arch/linux-arm/AndroidConfig.h:114:1: warning:
this is the location of the previous definition
16222 In file included from external/strace/defs.h:33,
16223                    from external/strace/proc.c:30:
16224 external/strace/android/arch/arm/config.h:302:1: warning:
"HAVE_TERMIO_H" redefined
16225 In file included from <command-line>:0:
16226 ./system/core/include/arch/linux-arm/AndroidConfig.h:99:1: warning:
this is the location of the previous definition
```

```
16227 target thumb C: strace <= external/strace/stream.c
16228 In file included from external/strace/defs.h:33,
16229                from external/strace/stream.c:31:
16230 external/strace/android/arch/arm/config.h:296:1: warning:
"HAVE_SYS_UIO_H" redefined
16231 In file included from <command-line>:0:
16232 ./system/core/include/arch/linux-arm/AndroidConfig.h:114:1: warning:
this is the location of the previous definition
16233 In file included from external/strace/defs.h:33,
16234                from external/strace/stream.c:31:
16235 external/strace/android/arch/arm/config.h:302:1: warning:
"HAVE_TERMIO_H" redefined
16236 In file included from <command-line>:0:
16237 ./system/core/include/arch/linux-arm/AndroidConfig.h:99:1: warning:
this is the location of the previous definition
16238 target thumb C: su <= system/extras/su/su.c
16239 host C++: accRuntimeTest <= system/core/libacc/tests/runtimeTest.cpp
16240 host C++: libacc <= system/core/libacc/acc.cpp
16241 host C++: acc <= system/core/libacc/tests/main.cpp
16242 host C: brfpatch <= system/bluetooth/brfpatch/brfpatch.c
16243 host C: bsdiff <= external/bsdiff/bsdiff.c
16244 host C: libbz <= external/bzip2/blocksort.c
16245 host C: libbz <= external/bzip2/huffman.c
16246 external/bsdiff/bsdiff.c: In function 'main':
16247 external/bsdiff/bsdiff.c:202: warning: 'pos' may be used uninitialized
in this function
16248 host C: libbz <= external/bzip2/crctable.c
16249 host C: libbz <= external/bzip2/randtable.c
16250 host C: libbz <= external/bzip2/compress.c
16251 host C: libbz <= external/bzip2/decompress.c
16252 host C: libbz <= external/bzip2/bzlib.c
16253 host C: bspatch <= external/bsdiff/bspatch.c
16254 host C: fs_config <= build/tools/fs_config/fs_config.c
16255 host C: imgdiff <= bootable/recovery/applypatch/imgdiff.c
16256 host C: imgdiff <= bootable/recovery/applypatch/utils.c
16257 host C: imgdiff <= bootable/recovery/applypatch/bsdiff.c
16258 host C++: pbkdf2gen <= frameworks/base/tools/obbtool/pbkdf2gen.cpp
16259 host C: libcrypto_static <= external/openssl/crypto/cryptlib.c
16260 bootable/recovery/applypatch/bsdiff.c: In function 'bsdiff':
16261 bootable/recovery/applypatch/bsdiff.c:229: warning: 'pos' may be used
uninitialized in this function
16262 host C: libcrypto_static <= external/openssl/crypto/mem.c
16263 host C: libcrypto_static <= external/openssl/crypto/mem_clr.c
16264 host C: libcrypto_static <= external/openssl/crypto/mem_dbg.c
16265 host C: libcrypto_static <= external/openssl/crypto/cversion.c
16266 host C: libcrypto_static <= external/openssl/crypto/ex_data.c
16267 host C: libcrypto_static <= external/openssl/crypto/cpt_err.c
16268 host C: libcrypto_static <= external/openssl/crypto/ebcdic.c
16269 host C: libcrypto_static <= external/openssl/crypto/uid.c
16270 host C: libcrypto_static <= external/openssl/crypto/o_time.c
16271 host C: libcrypto_static <= external/openssl/crypto/o_str.c
16272 host C: libcrypto_static <= external/openssl/crypto/o_dir.c
16273 host C: libcrypto_static <= external/openssl/crypto/aes/aes_cbc.c
16274 host C: libcrypto_static <= external/openssl/crypto/aes/aes_cfb.c
16275 host C: libcrypto_static <= external/openssl/crypto/aes/aes_ctr.c
16276 host C: libcrypto_static <= external/openssl/crypto/aes/aes_ecb.c
16277 host C: libcrypto_static <= external/openssl/crypto/aes/aes_misc.c
```

```
16278 host C: libcrypto_static <= external/openssl/crypto/aes/aes_ofb.c
16279 host C: libcrypto_static <= external/openssl/crypto/aes/aes_wrap.c
16280 host C: libcrypto_static <= external/openssl/crypto/asn1/a_bitstr.c
16281 host C: libcrypto_static <= external/openssl/crypto/asn1/a_bool.c
16282 host C: libcrypto_static <= external/openssl/crypto/asn1/a_bytes.c
16283 host C: libcrypto_static <= external/openssl/crypto/asn1/a_d2i_fp.c
16284 host C: libcrypto_static <= external/openssl/crypto/asn1/a_digest.c
16285 host C: libcrypto_static <= external/openssl/crypto/asn1/a_dup.c
16286 host C: libcrypto_static <= external/openssl/crypto/asn1/a_enum.c
16287 host C: libcrypto_static <= external/openssl/crypto/asn1/a_gentm.c
16288 host C: libcrypto_static <= external/openssl/crypto/asn1/a_i2d_fp.c
16289 host C: libcrypto_static <= external/openssl/crypto/asn1/a_int.c
16290 host C: libcrypto_static <= external/openssl/crypto/asn1/a_mbstr.c
16291 host C: libcrypto_static <= external/openssl/crypto/asn1/a_octet.c
16292 host C: libcrypto_static <= external/openssl/crypto/asn1/a_object.c
16293 host C: libcrypto_static <= external/openssl/crypto/asn1/a_print.c
16294 host C: libcrypto_static <= external/openssl/crypto/asn1/a_set.c
16295 host C: libcrypto_static <= external/openssl/crypto/asn1/a_sign.c
16296 host C: libcrypto_static <= external/openssl/crypto/asn1/a_strex.c
16297 host C: libcrypto_static <= external/openssl/crypto/asn1/a_strnid.c
16298 host C: libcrypto_static <= external/openssl/crypto/asn1/a_time.c
16299 host C: libcrypto_static <= external/openssl/crypto/asn1/a_type.c
16300 host C: libcrypto_static <= external/openssl/crypto/asn1/a_utctm.c
16301 host C: libcrypto_static <= external/openssl/crypto/asn1/a_utf8.c
16302 host C: libcrypto_static <= external/openssl/crypto/asn1/a_verify.c
16303 host C: libcrypto_static <= external/openssl/crypto/asn1/ameth_lib.c
16304 host C: libcrypto_static <= external/openssl/crypto/asn1/asn1_err.c
16305 host C: libcrypto_static <= external/openssl/crypto/asn1/asn1_gen.c
16306 host C: libcrypto_static <= external/openssl/crypto/asn1/asn1_lib.c
16307 host C: libcrypto_static <= external/openssl/crypto/asn1/asn1_par.c
16308 host C: libcrypto_static <= external/openssl/crypto/asn1/asn_mime.c
16309 host C: libcrypto_static <= external/openssl/crypto/asn1/asn_moid.c
16310 host C: libcrypto_static <= external/openssl/crypto/asn1/asn_pack.c
16311 host C: libcrypto_static <= external/openssl/crypto/asn1/bio_asn1.c
16312 host C: libcrypto_static <= external/openssl/crypto/asn1/bio_ndef.c
16313 host C: libcrypto_static <= external/openssl/crypto/asn1/d2i_pr.c
16314 host C: libcrypto_static <= external/openssl/crypto/asn1/d2i_pu.c
16315 host C: libcrypto_static <= external/openssl/crypto/asn1/evp_asn1.c
16316 host C: libcrypto_static <= external/openssl/crypto/asn1/f_enum.c
16317 host C: libcrypto_static <= external/openssl/crypto/asn1/f_int.c
16318 host C: libcrypto_static <= external/openssl/crypto/asn1/f_string.c
16319 host C: libcrypto_static <= external/openssl/crypto/asn1/i2d_pr.c
16320 host C: libcrypto_static <= external/openssl/crypto/asn1/i2d_pu.c
16321 host C: libcrypto_static <= external/openssl/crypto/asn1/n_pkey.c
16322 host C: libcrypto_static <= external/openssl/crypto/asn1/nsseq.c
16323 host C: libcrypto_static <= external/openssl/crypto/asn1/p5_pbe.c
16324 host C: libcrypto_static <= external/openssl/crypto/asn1/p5_pbev2.c
16325 host C: libcrypto_static <= external/openssl/crypto/asn1/p8_pkey.c
16326 host C: libcrypto_static <= external/openssl/crypto/asn1/t_bitst.c
16327 host C: libcrypto_static <= external/openssl/crypto/asn1/t_crl.c
16328 host C: libcrypto_static <= external/openssl/crypto/asn1/t_pkey.c
16329 host C: libcrypto_static <= external/openssl/crypto/asn1/t_req.c
16330 host C: libcrypto_static <= external/openssl/crypto/asn1/t_spki.c
16331 host C: libcrypto_static <= external/openssl/crypto/asn1/t_x509.c
16332 host C: libcrypto_static <= external/openssl/crypto/asn1/t_x509a.c
16333 host C: libcrypto_static <= external/openssl/crypto/asn1/tasn_dec.c
16334 host C: libcrypto_static <= external/openssl/crypto/asn1/tasn_enc.c
```

```
16335 host C: libcrypto_static <= external/openssl/crypto/asn1/tasn_fre.c
16336 host C: libcrypto_static <= external/openssl/crypto/asn1/tasn_new.c
16337 host C: libcrypto_static <= external/openssl/crypto/asn1/tasn_prn.c
16338 host C: libcrypto_static <= external/openssl/crypto/asn1/tasn_typ.c
16339 host C: libcrypto_static <= external/openssl/crypto/asn1/tasn_utl.c
16340 host C: libcrypto_static <= external/openssl/crypto/asn1/x_algor.c
16341 host C: libcrypto_static <= external/openssl/crypto/asn1/x_attrib.c
16342 host C: libcrypto_static <= external/openssl/crypto/asn1/x_bignum.c
16343 host C: libcrypto_static <= external/openssl/crypto/asn1/x_crl.c
16344 host C: libcrypto_static <= external/openssl/crypto/asn1/x_exten.c
16345 external/openssl/crypto/asn1/x_bignum.c:85: warning: missing
initializer
16346 external/openssl/crypto/asn1/x_bignum.c:85: warning: (near
initialization for 'bignum_pf.prim_print')
16347 host C: libcrypto_static <= external/openssl/crypto/asn1/x_info.c
16348 host C: libcrypto_static <= external/openssl/crypto/asn1/x_long.c
16349 host C: libcrypto_static <= external/openssl/crypto/asn1/x_name.c
16350 host C: libcrypto_static <= external/openssl/crypto/asn1/x_nx509.c
16351 host C: libcrypto_static <= external/openssl/crypto/asn1/x_pkey.c
16352 host C: libcrypto_static <= external/openssl/crypto/asn1/x_pubkey.c
16353 host C: libcrypto_static <= external/openssl/crypto/asn1/x_req.c
16354 host C: libcrypto_static <= external/openssl/crypto/asn1/x_sig.c
16355 host C: libcrypto_static <= external/openssl/crypto/asn1/x_spki.c
16356 host C: libcrypto_static <= external/openssl/crypto/asn1/x_val.c
16357 host C: libcrypto_static <= external/openssl/crypto/asn1/x_x509.c
16358 host C: libcrypto_static <= external/openssl/crypto/asn1/x_x509a.c
16359 host C: libcrypto_static <= external/openssl/crypto/bf/bf_cfb64.c
16360 host C: libcrypto_static <= external/openssl/crypto/bf/bf_ecb.c
16361 host C: libcrypto_static <= external/openssl/crypto/bf/bf_enc.c
16362 host C: libcrypto_static <= external/openssl/crypto/bf/bf_ofb64.c
16363 host C: libcrypto_static <= external/openssl/crypto/bf/bf_skey.c
16364 host C: libcrypto_static <= external/openssl/crypto/bio/b_dump.c
16365 host C: libcrypto_static <= external/openssl/crypto/bio/b_print.c
16366 host C: libcrypto_static <= external/openssl/crypto/bio/b_sock.c
16367 host C: libcrypto_static <= external/openssl/crypto/bio/bf_buff.c
16368 host C: libcrypto_static <= external/openssl/crypto/bio/bf_nbio.c
16369 host C: libcrypto_static <= external/openssl/crypto/bio/bf_null.c
16370 host C: libcrypto_static <= external/openssl/crypto/bio/bio_cb.c
16371 host C: libcrypto_static <= external/openssl/crypto/bio/bio_err.c
16372 host C: libcrypto_static <= external/openssl/crypto/bio/bio_lib.c
16373 host C: libcrypto_static <= external/openssl/crypto/bio/bss_acpt.c
16374 host C: libcrypto_static <= external/openssl/crypto/bio/bss_bio.c
16375 host C: libcrypto_static <= external/openssl/crypto/bio/bss_conn.c
16376 host C: libcrypto_static <= external/openssl/crypto/bio/bss_dgram.c
16377 host C: libcrypto_static <= external/openssl/crypto/bio/bss_fd.c
16378 host C: libcrypto_static <= external/openssl/crypto/bio/bss_file.c
16379 host C: libcrypto_static <= external/openssl/crypto/bio/bss_log.c
16380 host C: libcrypto_static <= external/openssl/crypto/bio/bss_null.c
16381 host C: libcrypto_static <= external/openssl/crypto/bio/bss_mem.c
16382 host C: libcrypto_static <= external/openssl/crypto/bio/bss_sock.c
16383 host C: libcrypto_static <= external/openssl/crypto/bn/bn_add.c
16384 host C: libcrypto_static <= external/openssl/crypto/bn/bn_asm.c
16385 host C: libcrypto_static <= external/openssl/crypto/bn/bn_blind.c
16386 host C: libcrypto_static <= external/openssl/crypto/bn/bn_ctx.c
16387 host C: libcrypto_static <= external/openssl/crypto/bn/bn_div.c
16388 host C: libcrypto_static <= external/openssl/crypto/bn/bn_err.c
16389 host C: libcrypto_static <= external/openssl/crypto/bn/bn_exp.c
```

```
16390 host C: libcrypto_static <= external/openssl/crypto/bn/bn_exp2.c
16391 host C: libcrypto_static <= external/openssl/crypto/bn/bn_gcd.c
16392 host C: libcrypto_static <= external/openssl/crypto/bn/bn_gf2m.c
16393 host C: libcrypto_static <= external/openssl/crypto/bn/bn_kron.c
16394 host C: libcrypto_static <= external/openssl/crypto/bn/bn_lib.c
16395 host C: libcrypto_static <= external/openssl/crypto/bn/bn_mod.c
16396 host C: libcrypto_static <= external/openssl/crypto/bn/bn_mont.c
16397 host C: libcrypto_static <= external/openssl/crypto/bn/bn_mpi.c
16398 host C: libcrypto_static <= external/openssl/crypto/bn/bn_mul.c
16399 host C: libcrypto_static <= external/openssl/crypto/bn/bn_nist.c
16400 host C: libcrypto_static <= external/openssl/crypto/bn/bn_prime.c
16401 host C: libcrypto_static <= external/openssl/crypto/bn/bn_print.c
16402 host C: libcrypto_static <= external/openssl/crypto/bn/bn_rand.c
16403 host C: libcrypto_static <= external/openssl/crypto/bn/bn_recp.c
16404 host C: libcrypto_static <= external/openssl/crypto/bn/bn_shift.c
16405 host C: libcrypto_static <= external/openssl/crypto/bn/bn_sqr.c
16406 host C: libcrypto_static <= external/openssl/crypto/bn/bn_sqrt.c
16407 host C: libcrypto_static <= external/openssl/crypto/bn/bn_word.c
16408 host C: libcrypto_static <= external/openssl/crypto/buffer/buf_err.c
16409 host C: libcrypto_static <= external/openssl/crypto/buffer/buffer.c
16410 host C: libcrypto_static <= external/openssl/crypto/comp/c_rle.c
16411 host C: libcrypto_static <= external/openssl/crypto/comp/c_zlib.c
16412 host C: libcrypto_static <= external/openssl/crypto/comp/comp_err.c
16413 host C: libcrypto_static <= external/openssl/crypto/comp/comp_lib.c
16414 host C: libcrypto_static <= external/openssl/crypto/conf/conf_api.c
16415 host C: libcrypto_static <= external/openssl/crypto/conf/conf_def.c
16416 host C: libcrypto_static <= external/openssl/crypto/conf/conf_err.c
16417 host C: libcrypto_static <= external/openssl/crypto/conf/conf_lib.c
16418 host C: libcrypto_static <= external/openssl/crypto/conf/conf_mall.c
16419 host C: libcrypto_static <= external/openssl/crypto/conf/conf_mod.c
16420 host C: libcrypto_static <= external/openssl/crypto/conf/conf_sap.c
16421 host C: libcrypto_static <= external/openssl/crypto/des/cbc_cksm.c
16422 host C: libcrypto_static <= external/openssl/crypto/des/cbc_enc.c
16423 host C: libcrypto_static <= external/openssl/crypto/des/cfb64ede.c
16424 host C: libcrypto_static <= external/openssl/crypto/des/cfb64enc.c
16425 host C: libcrypto_static <= external/openssl/crypto/des/cfb_enc.c
16426 host C: libcrypto_static <= external/openssl/crypto/des/des_enc.c
16427 host C: libcrypto_static <= external/openssl/crypto/des/des_old.c
16428 host C: libcrypto_static <= external/openssl/crypto/des/des_old2.c
16429 host C: libcrypto_static <= external/openssl/crypto/des/ecb3_enc.c
16430 host C: libcrypto_static <= external/openssl/crypto/des/ecb_enc.c
16431 host C: libcrypto_static <= external/openssl/crypto/des/ede_cbcm_enc.c
16432 host C: libcrypto_static <= external/openssl/crypto/des/enc_read.c
16433 host C: libcrypto_static <= external/openssl/crypto/des/enc_writ.c
16434 host C: libcrypto_static <= external/openssl/crypto/des/fcrypt_b.c
16435 host C: libcrypto_static <= external/openssl/crypto/des/fcrypt.c
16436 host C: libcrypto_static <= external/openssl/crypto/des/ofb64ede.c
16437 host C: libcrypto_static <= external/openssl/crypto/des/ofb64enc.c
16438 host C: libcrypto_static <= external/openssl/crypto/des/ofb_enc.c
16439 host C: libcrypto_static <= external/openssl/crypto/des/pcbc_enc.c
16440 host C: libcrypto_static <= external/openssl/crypto/des/qud_cksm.c
16441 host C: libcrypto_static <= external/openssl/crypto/des/rand_key.c
16442 host C: libcrypto_static <= external/openssl/crypto/des/read2pwd.c
16443 host C: libcrypto_static <= external/openssl/crypto/des/rpc_enc.c
16444 host C: libcrypto_static <= external/openssl/crypto/des/set_key.c
16445 host C: libcrypto_static <= external/openssl/crypto/des/str2key.c
16446 host C: libcrypto_static <= external/openssl/crypto/des/xcbc_enc.c
```

```
16447 host C: libcrypto_static <= external/openssl/crypto/dh/dh_ameth.c
16448 host C: libcrypto_static <= external/openssl/crypto/dh/dh_asn1.c
16449 host C: libcrypto_static <= external/openssl/crypto/dh/dh_check.c
16450 external/openssl/crypto/dh/dh_ameth.c:499: warning: missing initializer
16451 external/openssl/crypto/dh/dh_ameth.c:499: warning: (near
initialization for 'dh_asn1_meth.old_priv_decode')
16452 host C: libcrypto_static <= external/openssl/crypto/dh/dh_depr.c
16453 host C: libcrypto_static <= external/openssl/crypto/dh/dh_err.c
16454 host C: libcrypto_static <= external/openssl/crypto/dh/dh_gen.c
16455 host C: libcrypto_static <= external/openssl/crypto/dh/dh_key.c
16456 host C: libcrypto_static <= external/openssl/crypto/dh/dh_lib.c
16457 host C: libcrypto_static <= external/openssl/crypto/dh/dh_pmeth.c
16458 host C: libcrypto_static <= external/openssl/crypto/dsa/dsa_ameth.c
16459 host C: libcrypto_static <= external/openssl/crypto/dsa/dsa_asn1.c
16460 host C: libcrypto_static <= external/openssl/crypto/dsa/dsa_depr.c
16461 external/openssl/crypto/dsa/dsa_ameth.c:604: warning: missing
initializer
16462 external/openssl/crypto/dsa/dsa_ameth.c:604: warning: (near
initialization for 'dsa_asn1_meths[0].pem_str')
16463 external/openssl/crypto/dsa/dsa_ameth.c:610: warning: missing
initializer
16464 external/openssl/crypto/dsa/dsa_ameth.c:610: warning: (near
initialization for 'dsa_asn1_meths[1].pem_str')
16465 external/openssl/crypto/dsa/dsa_ameth.c:616: warning: missing
initializer
16466 external/openssl/crypto/dsa/dsa_ameth.c:616: warning: (near
initialization for 'dsa_asn1_meths[2].pem_str')
16467 external/openssl/crypto/dsa/dsa_ameth.c:622: warning: missing
initializer
16468 external/openssl/crypto/dsa/dsa_ameth.c:622: warning: (near
initialization for 'dsa_asn1_meths[3].pem_str')
16469 host C: libcrypto_static <= external/openssl/crypto/dsa/dsa_err.c
16470 host C: libcrypto_static <= external/openssl/crypto/dsa/dsa_gen.c
16471 host C: libcrypto_static <= external/openssl/crypto/dsa/dsa_key.c
16472 host C: libcrypto_static <= external/openssl/crypto/dsa/dsa_lib.c
16473 host C: libcrypto_static <= external/openssl/crypto/dsa/dsa_ossl.c
16474 host C: libcrypto_static <= external/openssl/crypto/dsa/dsa_pmeth.c
16475 host C: libcrypto_static <= external/openssl/crypto/dsa/dsa_prn.c
16476 host C: libcrypto_static <= external/openssl/crypto/dsa/dsa_sign.c
16477 host C: libcrypto_static <= external/openssl/crypto/dsa/dsa_vrf.c
16478 host C: libcrypto_static <= external/openssl/crypto/dso/dso_dl.c
16479 host C: libcrypto_static <= external/openssl/crypto/dso/dso_dlfcn.c
16480 host C: libcrypto_static <= external/openssl/crypto/dso/dso_err.c
16481 host C: libcrypto_static <= external/openssl/crypto/dso/dso_lib.c
16482 host C: libcrypto_static <= external/openssl/crypto/dso/dso_null.c
16483 host C: libcrypto_static <= external/openssl/crypto/dso/dso_openssl.c
16484 host C: libcrypto_static <= external/openssl/crypto/dso/dso_vms.c
16485 host C: libcrypto_static <= external/openssl/crypto/dso/dso_win32.c
16486 host C: libcrypto_static <= external/openssl/crypto/ec/ec2_mult.c
16487 host C: libcrypto_static <= external/openssl/crypto/ec/ec2_smpl.c
16488 host C: libcrypto_static <= external/openssl/crypto/ec/ec_ameth.c
16489 host C: libcrypto_static <= external/openssl/crypto/ec/ec_asn1.c
16490 host C: libcrypto_static <= external/openssl/crypto/ec/ec_check.c
16491 host C: libcrypto_static <= external/openssl/crypto/ec/ec_curve.c
16492 host C: libcrypto_static <= external/openssl/crypto/ec/ec_cvt.c
16493 host C: libcrypto_static <= external/openssl/crypto/ec/ec_err.c
16494 host C: libcrypto_static <= external/openssl/crypto/ec/ec_key.c
```

```
16495 host C: libcrypto_static <= external/openssl/crypto/ec/ec_lib.c
16496 host C: libcrypto_static <= external/openssl/crypto/ec/ec_mult.c
16497 host C: libcrypto_static <= external/openssl/crypto/ec/ec_pmeth.c
16498 host C: libcrypto_static <= external/openssl/crypto/ec/ec_print.c
16499 host C: libcrypto_static <= external/openssl/crypto/ec/eck_prn.c
16500 host C: libcrypto_static <= external/openssl/crypto/ec/ecp_mont.c
16501 host C: libcrypto_static <= external/openssl/crypto/ec/ecp_nist.c
16502 host C: libcrypto_static <= external/openssl/crypto/ec/ecp_smpl.c
16503 host C: libcrypto_static <= external/openssl/crypto/ecdh/ech_err.c
16504 host C: libcrypto_static <= external/openssl/crypto/ecdh/ech_key.c
16505 host C: libcrypto_static <= external/openssl/crypto/ecdh/ech_lib.c
16506 host C: libcrypto_static <= external/openssl/crypto/ecdh/ech_ossl.c
16507 host C: libcrypto_static <= external/openssl/crypto/ecdsa/ecs_asn1.c
16508 host C: libcrypto_static <= external/openssl/crypto/ecdsa/ecs_err.c
16509 host C: libcrypto_static <= external/openssl/crypto/ecdsa/ecs_lib.c
16510 host C: libcrypto_static <= external/openssl/crypto/ecdsa/ecs_ossl.c
16511 host C: libcrypto_static <= external/openssl/crypto/ecdsa/ecs_sign.c
16512 host C: libcrypto_static <= external/openssl/crypto/ecdsa/ecs_vrf.c
16513 host C: libcrypto_static <= external/openssl/crypto/err/err.c
16514 host C: libcrypto_static <= external/openssl/crypto/err/err_all.c
16515 host C: libcrypto_static <= external/openssl/crypto/evp/bio_b64.c
16516 host C: libcrypto_static <= external/openssl/crypto/err/err_prn.c
16517 host C: libcrypto_static <= external/openssl/crypto/evp/bio_enc.c
16518 host C: libcrypto_static <= external/openssl/crypto/evp/bio_md.c
16519 host C: libcrypto_static <= external/openssl/crypto/evp/bio_ok.c
16520 host C: libcrypto_static <= external/openssl/crypto/evp/c_all.c
16521 host C: libcrypto_static <= external/openssl/crypto/evp/c_allc.c
16522 host C: libcrypto_static <= external/openssl/crypto/evp/c_alld.c
16523 host C: libcrypto_static <= external/openssl/crypto/evp/digest.c
16524 host C: libcrypto_static <= external/openssl/crypto/evp/e_aes.c
16525 host C: libcrypto_static <= external/openssl/crypto/evp/e_bf.c
16526 host C: libcrypto_static <= external/openssl/crypto/evp/e_des.c
16527 host C: libcrypto_static <= external/openssl/crypto/evp/e_des3.c
16528 host C: libcrypto_static <= external/openssl/crypto/evp/e_null.c
16529 host C: libcrypto_static <= external/openssl/crypto/evp/e_rc2.c
16530 host C: libcrypto_static <= external/openssl/crypto/evp/e_old.c
16531 host C: libcrypto_static <= external/openssl/crypto/evp/e_rc4.c
16532 host C: libcrypto_static <= external/openssl/crypto/evp/e_rc5.c
16533 host C: libcrypto_static <= external/openssl/crypto/evp/e_xcbc_d.c
16534 host C: libcrypto_static <= external/openssl/crypto/evp/encode.c
16535 host C: libcrypto_static <= external/openssl/crypto/evp/evp_acnf.c
16536 host C: libcrypto_static <= external/openssl/crypto/evp/evp_enc.c
16537 host C: libcrypto_static <= external/openssl/crypto/evp/evp_err.c
16538 host C: libcrypto_static <= external/openssl/crypto/evp/evp_key.c
16539 host C: libcrypto_static <= external/openssl/crypto/evp/evp_lib.c
16540 host C: libcrypto_static <= external/openssl/crypto/evp/evp_pbe.c
16541 host C: libcrypto_static <= external/openssl/crypto/evp/evp_pkey.c
16542 host C: libcrypto_static <= external/openssl/crypto/evp/m_dss.c
16543 host C: libcrypto_static <= external/openssl/crypto/evp/m_dss1.c
16544 host C: libcrypto_static <= external/openssl/crypto/evp/m_ecdsa.c
16545 external/openssl/crypto/evp/m_dss.c:93: warning: missing initializer
16546 external/openssl/crypto/evp/m_dss.c:93: warning: (near initialization
for 'dsa_md.md_ctrl')
16547 external/openssl/crypto/evp/m_dss1.c:94: warning: missing initializer
16548 external/openssl/crypto/evp/m_dss1.c:94: warning: (near initialization
for 'dss1_md.md_ctrl')
16549 host C: libcrypto_static <= external/openssl/crypto/evp/m_md4.c
```

```
16550 host C: libcrypto_static <= external/openssl/crypto/evp/m_md5.c
16551 host C: libcrypto_static <= external/openssl/crypto/evp/m_mdc2.c
16552 external/openssl/crypto/evp/m_ecdsa.c:142: warning: missing initializer
16553 external/openssl/crypto/evp/m_ecdsa.c:142: warning: (near
initialization for 'ecdsa_md.md_ctrl')
16554 host C: libcrypto_static <= external/openssl/crypto/evp/m_null.c
16555 external/openssl/crypto/evp/m_md5.c:95: warning: missing initializer
16556 external/openssl/crypto/evp/m_md5.c:95: warning: (near initialization
for 'md5_md.md_ctrl')
16557 host C: libcrypto_static <= external/openssl/crypto/evp/m_ripemd.c
16558 external/openssl/crypto/evp/m_md4.c:95: warning: missing initializer
16559 external/openssl/crypto/evp/m_md4.c:95: warning: (near initialization
for 'md4_md.md_ctrl')
16560 host C: libcrypto_static <= external/openssl/crypto/evp/m_sha1.c
16561 host C: libcrypto_static <= external/openssl/crypto/evp/m_sigver.c
16562 external/openssl/crypto/evp/m_ripemd.c:95: warning: missing initializer
16563 external/openssl/crypto/evp/m_ripemd.c:95: warning: (near
initialization for 'ripemd160_md.md_ctrl')
16564 external/openssl/crypto/evp/m_null.c:88: warning: missing initializer
16565 external/openssl/crypto/evp/m_null.c:88: warning: (near initialization
for 'null_md.md_ctrl')
16566 host C: libcrypto_static <= external/openssl/crypto/evp/m_wp.c
16567 external/openssl/crypto/evp/m_sha1.c:94: warning: missing initializer
16568 external/openssl/crypto/evp/m_sha1.c:94: warning: (near initialization
for 'sha1_md.md_ctrl')
16569 external/openssl/crypto/evp/m_sha1.c:131: warning: missing initializer
16570 external/openssl/crypto/evp/m_sha1.c:131: warning: (near initialization
for 'sha224_md.md_ctrl')
16571 external/openssl/crypto/evp/m_sha1.c:150: warning: missing initializer
16572 external/openssl/crypto/evp/m_sha1.c:150: warning: (near initialization
for 'sha256_md.md_ctrl')
16573 external/openssl/crypto/evp/m_sha1.c:181: warning: missing initializer
16574 external/openssl/crypto/evp/m_sha1.c:181: warning: (near initialization
for 'sha384_md.md_ctrl')
16575 external/openssl/crypto/evp/m_sha1.c:200: warning: missing initializer
16576 external/openssl/crypto/evp/m_sha1.c:200: warning: (near initialization
for 'sha512_md.md_ctrl')
16577 host C: libcrypto_static <= external/openssl/crypto/evp/names.c
16578 host C: libcrypto_static <= external/openssl/crypto/evp/p5_crpt.c
16579 host C: libcrypto_static <= external/openssl/crypto/evp/p5_crpt2.c
16580 host C: libcrypto_static <= external/openssl/crypto/evp/p_dec.c
16581 host C: libcrypto_static <= external/openssl/crypto/evp/p_enc.c
16582 host C: libcrypto_static <= external/openssl/crypto/evp/p_lib.c
16583 host C: libcrypto_static <= external/openssl/crypto/evp/p_open.c
16584 host C: libcrypto_static <= external/openssl/crypto/evp/p_seal.c
16585 host C: libcrypto_static <= external/openssl/crypto/evp/p_sign.c
16586 host C: libcrypto_static <= external/openssl/crypto/evp/p_verify.c
16587 host C: libcrypto_static <= external/openssl/crypto/evp/pmeth_fn.c
16588 host C: libcrypto_static <= external/openssl/crypto/evp/pmeth_lib.c
16589 host C: libcrypto_static <= external/openssl/crypto/evp/pmeth_gn.c
16590 host C: libcrypto_static <= external/openssl/crypto/hmac/hm_ameth.c
16591 host C: libcrypto_static <= external/openssl/crypto/hmac/hm_pmeth.c
16592 host C: libcrypto_static <= external/openssl/crypto/hmac/hmac.c
16593 host C: libcrypto_static <= external/openssl/crypto/krb5/krb5_asn.c
16594 host C: libcrypto_static <= external/openssl/crypto/lhash/lh_stats.c
16595 host C: libcrypto_static <= external/openssl/crypto/lhash/lhash.c
16596 host C: libcrypto_static <= external/openssl/crypto/md4/md4_dgst.c
```

```
16597 host C: libcrypto_static <= external/openssl/crypto/md4/md4_one.c
16598 host C: libcrypto_static <= external/openssl/crypto/md5/md5_dgst.c
16599 host C: libcrypto_static <= external/openssl/crypto/md5/md5_one.c
16600 host C: libcrypto_static <= external/openssl/crypto/modes/cbc128.c
16601 host C: libcrypto_static <= external/openssl/crypto/modes/cfb128.c
16602 host C: libcrypto_static <= external/openssl/crypto/modes/ctr128.c
16603 host C: libcrypto_static <= external/openssl/crypto/modes/ofb128.c
16604 host C: libcrypto_static <= external/openssl/crypto/objects/o_names.c
16605 host C: libcrypto_static <= external/openssl/crypto/objects/obj_dat.c
16606 host C: libcrypto_static <= external/openssl/crypto/objects/obj_err.c
16607 host C: libcrypto_static <= external/openssl/crypto/objects/obj_lib.c
16608 host C: libcrypto_static <= external/openssl/crypto/objects/obj_xref.c
16609 host C: libcrypto_static <= external/openssl/crypto/ocsp/ocsp_asn.c
16610 host C: libcrypto_static <= external/openssl/crypto/ocsp/ocsp_err.c
16611 host C: libcrypto_static <= external/openssl/crypto/ocsp/ocsp_cl.c
16612 host C: libcrypto_static <= external/openssl/crypto/ocsp/ocsp_ext.c
16613 host C: libcrypto_static <= external/openssl/crypto/ocsp/ocsp_ht.c
16614 host C: libcrypto_static <= external/openssl/crypto/ocsp/ocsp_lib.c
16615 host C: libcrypto_static <= external/openssl/crypto/ocsp/ocsp_prn.c
16616 host C: libcrypto_static <= external/openssl/crypto/ocsp/ocsp_srv.c
16617 host C: libcrypto_static <= external/openssl/crypto/ocsp/ocsp_vfy.c
16618 host C: libcrypto_static <= external/openssl/crypto/pem/pem_all.c
16619 host C: libcrypto_static <= external/openssl/crypto/pem/pem_err.c
16620 host C: libcrypto_static <= external/openssl/crypto/pem/pem_info.c
16621 host C: libcrypto_static <= external/openssl/crypto/pem/pem_lib.c
16622 host C: libcrypto_static <= external/openssl/crypto/pem/pem_oth.c
16623 host C: libcrypto_static <= external/openssl/crypto/pem/pem_pk8.c
16624 host C: libcrypto_static <= external/openssl/crypto/pem/pem_pkey.c
16625 host C: libcrypto_static <= external/openssl/crypto/pem/pem_seal.c
16626 host C: libcrypto_static <= external/openssl/crypto/pem/pem_sign.c
16627 host C: libcrypto_static <= external/openssl/crypto/pem/pem_x509.c
16628 host C: libcrypto_static <= external/openssl/crypto/pem/pem_xaux.c
16629 host C: libcrypto_static <= external/openssl/crypto/pem/pvkfmt.c
16630 host C: libcrypto_static <= external/openssl/crypto/pkcs12/p12_add.c
16631 host C: libcrypto_static <= external/openssl/crypto/pkcs12/p12_asn.c
16632 host C: libcrypto_static <= external/openssl/crypto/pkcs12/p12_attr.c
16633 host C: libcrypto_static <= external/openssl/crypto/pkcs12/p12_crpt.c
16634 host C: libcrypto_static <= external/openssl/crypto/pkcs12/p12_crt.c
16635 host C: libcrypto_static <= external/openssl/crypto/pkcs12/p12_decr.c
16636 host C: libcrypto_static <= external/openssl/crypto/pkcs12/p12_init.c
16637 host C: libcrypto_static <= external/openssl/crypto/pkcs12/p12_key.c
16638 host C: libcrypto_static <= external/openssl/crypto/pkcs12/p12_kiss.c
16639 host C: libcrypto_static <= external/openssl/crypto/pkcs12/p12_mutl.c
16640 host C: libcrypto_static <= external/openssl/crypto/pkcs12/p12_npas.c
16641 host C: libcrypto_static <= external/openssl/crypto/pkcs12/p12_p8d.c
16642 host C: libcrypto_static <= external/openssl/crypto/pkcs12/p12_p8e.c
16643 host C: libcrypto_static <= external/openssl/crypto/pkcs12/p12_utl.c
16644 host C: libcrypto_static <= external/openssl/crypto/pkcs12/pk12err.c
16645 host C: libcrypto_static <= external/openssl/crypto/pkcs7/pk7_asn1.c
16646 host C: libcrypto_static <= external/openssl/crypto/pkcs7/pk7_attr.c
16647 host C: libcrypto_static <= external/openssl/crypto/pkcs7/pk7_doit.c
16648 host C: libcrypto_static <= external/openssl/crypto/pkcs7/pk7_lib.c
16649 host C: libcrypto_static <= external/openssl/crypto/pkcs7/pk7_mime.c
16650 host C: libcrypto_static <= external/openssl/crypto/pkcs7/pk7_smime.c
16651 host C: libcrypto_static <= external/openssl/crypto/pkcs7/pkcs7err.c
16652 host C: libcrypto_static <= external/openssl/crypto/rand/md_rand.c
16653 host C: libcrypto_static <= external/openssl/crypto/rand/rand_egd.c
```

```
16654 host C: libcrypto_static <= external/openssl/crypto/rand/rand_err.c
16655 host C: libcrypto_static <= external/openssl/crypto/rand/rand_lib.c
16656 host C: libcrypto_static <= external/openssl/crypto/rand/rand_unix.c
16657 host C: libcrypto_static <= external/openssl/crypto/rand/randfile.c
16658 host C: libcrypto_static <= external/openssl/crypto/rc2/rc2_cbc.c
16659 host C: libcrypto_static <= external/openssl/crypto/rc2/rc2_ecb.c
16660 host C: libcrypto_static <= external/openssl/crypto/rc2/rc2_skey.c
16661 host C: libcrypto_static <= external/openssl/crypto/rc2/rc2cfb64.c
16662 host C: libcrypto_static <= external/openssl/crypto/rc2/rc2ofb64.c
16663 host C: libcrypto_static <= external/openssl/crypto/rc4/rc4_enc.c
16664 host C: libcrypto_static <= external/openssl/crypto/rc4/rc4_skey.c
16665 host C: libcrypto_static <= external/openssl/crypto/ripemd/rmd_dgst.c
16666 host C: libcrypto_static <= external/openssl/crypto/ripemd/rmd_one.c
16667 host C: libcrypto_static <= external/openssl/crypto/rsa/rsa_ameth.c
16668 host C: libcrypto_static <= external/openssl/crypto/rsa/rsa_asn1.c
16669 host C: libcrypto_static <= external/openssl/crypto/rsa/rsa_chk.c
16670 external/openssl/crypto/rsa/rsa_ameth.c:348: warning: missing
initializer
16671 external/openssl/crypto/rsa/rsa_ameth.c:348: warning: (near
initialization for 'rsa_asn1_meths[1].pem_str')
16672 host C: libcrypto_static <= external/openssl/crypto/rsa/rsa_eay.c
16673 host C: libcrypto_static <= external/openssl/crypto/rsa/rsa_err.c
16674 host C: libcrypto_static <= external/openssl/crypto/rsa/rsa_gen.c
16675 host C: libcrypto_static <= external/openssl/crypto/rsa/rsa_lib.c
16676 host C: libcrypto_static <= external/openssl/crypto/rsa/rsa_none.c
16677 host C: libcrypto_static <= external/openssl/crypto/rsa/rsa_null.c
16678 host C: libcrypto_static <= external/openssl/crypto/rsa/rsa_oaep.c
16679 host C: libcrypto_static <= external/openssl/crypto/rsa/rsa_pk1.c
16680 host C: libcrypto_static <= external/openssl/crypto/rsa/rsa_pmeth.c
16681 host C: libcrypto_static <= external/openssl/crypto/rsa/rsa_prn.c
16682 host C: libcrypto_static <= external/openssl/crypto/rsa/rsa_pss.c
16683 host C: libcrypto_static <= external/openssl/crypto/rsa/rsa_saos.c
16684 host C: libcrypto_static <= external/openssl/crypto/rsa/rsa_sign.c
16685 host C: libcrypto_static <= external/openssl/crypto/rsa/rsa_ssl.c
16686 host C: libcrypto_static <= external/openssl/crypto/rsa/rsa_x931.c
16687 host C: libcrypto_static <= external/openssl/crypto/sha/sha1_one.c
16688 host C: libcrypto_static <= external/openssl/crypto/sha/sha1dgst.c
16689 host C: libcrypto_static <= external/openssl/crypto/sha/sha256.c
16690 host C: libcrypto_static <= external/openssl/crypto/sha/sha512.c
16691 host C: libcrypto_static <= external/openssl/crypto/sha/sha_dgst.c
16692 host C: libcrypto_static <= external/openssl/crypto/stack/stack.c
16693 host C: libcrypto_static <= external/openssl/crypto/ts/ts_err.c
16694 host C: libcrypto_static <= external/openssl/crypto/txt_db/txt_db.c
16695 host C: libcrypto_static <= external/openssl/crypto/ui/ui_compat.c
16696 host C: libcrypto_static <= external/openssl/crypto/ui/ui_err.c
16697 host C: libcrypto_static <= external/openssl/crypto/ui/ui_lib.c
16698 host C: libcrypto_static <= external/openssl/crypto/ui/ui_openssl.c
16699 host C: libcrypto_static <= external/openssl/crypto/ui/ui_util.c
16700 host C: libcrypto_static <= external/openssl/crypto/x509/by_dir.c
16701 host C: libcrypto_static <= external/openssl/crypto/x509/by_file.c
16702 host C: libcrypto_static <= external/openssl/crypto/x509/x509_att.c
16703 host C: libcrypto_static <= external/openssl/crypto/x509/x509_cmp.c
16704 host C: libcrypto_static <= external/openssl/crypto/x509/x509_d2.c
16705 host C: libcrypto_static <= external/openssl/crypto/x509/x509_def.c
16706 host C: libcrypto_static <= external/openssl/crypto/x509/x509_err.c
16707 host C: libcrypto_static <= external/openssl/crypto/x509/x509_ext.c
16708 host C: libcrypto_static <= external/openssl/crypto/x509/x509_lu.c
```

```
16709 host C: libcrypto_static <= external/openssl/crypto/x509/x509_obj.c
16710 host C: libcrypto_static <= external/openssl/crypto/x509/x509_r2x.c
16711 host C: libcrypto_static <= external/openssl/crypto/x509/x509_req.c
16712 host C: libcrypto_static <= external/openssl/crypto/x509/x509_set.c
16713 host C: libcrypto_static <= external/openssl/crypto/x509/x509_trs.c
16714 host C: libcrypto_static <= external/openssl/crypto/x509/x509_txt.c
16715 host C: libcrypto_static <= external/openssl/crypto/x509/x509_v3.c
16716 host C: libcrypto_static <= external/openssl/crypto/x509/x509_vfy.c
16717 host C: libcrypto_static <= external/openssl/crypto/x509/x509_vpm.c
16718 host C: libcrypto_static <= external/openssl/crypto/x509/x509cset.c
16719 host C: libcrypto_static <= external/openssl/crypto/x509/x509name.c
16720 host C: libcrypto_static <= external/openssl/crypto/x509/x509rset.c
16721 host C: libcrypto_static <= external/openssl/crypto/x509/x509spki.c
16722 host C: libcrypto_static <= external/openssl/crypto/x509/x509type.c
16723 host C: libcrypto_static <= external/openssl/crypto/x509/x_all.c
16724 host C: libcrypto_static <= external/openssl/crypto/x509v3/pcy_cache.c
16725 host C: libcrypto_static <= external/openssl/crypto/x509v3/pcy_data.c
16726 host C: libcrypto_static <= external/openssl/crypto/x509v3/pcy_lib.c
16727 host C: libcrypto_static <= external/openssl/crypto/x509v3/pcy_map.c
16728 host C: libcrypto_static <= external/openssl/crypto/x509v3/pcy_node.c
16729 host C: libcrypto_static <= external/openssl/crypto/x509v3/pcy_tree.c
16730 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_akey.c
16731 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_akeya.c
16732 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_alt.c
16733 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_bcons.c
16734 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_bitst.c
16735 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_conf.c
16736 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_cpols.c
16737 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_crld.c
16738 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_enum.c
16739 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_extku.c
16740 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_genn.c
16741 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_ia5.c
16742 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_info.c
16743 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_int.c
16744 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_lib.c
16745 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_ncons.c
16746 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_ocsp.c
16747 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_pci.c
16748 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_pcia.c
16749 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_pcons.c
16750 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_pku.c
16751 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_pmaps.c
16752 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_purp.c
16753 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_prn.c
16754 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_skey.c
16755 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_sxnet.c
16756 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3_utl.c
16757 host C: libcrypto_static <= external/openssl/crypto/x509v3/v3err.c
16758 host C: libcrypto_static <= external/openssl/crypto/aes/aes_core.c
16759 external/openssl/crypto/x509v3/v3_utl.c: In function 'hex_to_string':
16760 external/openssl/crypto/x509v3/v3_utl.c:368: warning: 'static' is not
at beginning of declaration
16761 host C++: test_algorithm_host <= external/astl/tests/test_algorithm.cpp
16762 host C++: libastl_host <= external/astl/src/basic_ios.cpp
16763 host C++: libastl_host <= external/astl/src/ios_base.cpp
16764 host C++: libastl_host <= external/astl/src/ios_globals.cpp
```

```
16765 host C++: libastl_host <= external/astl/src/list.cpp
16766 host C++: libastl_host <= external/astl/src/ios_pos_types.cpp
16767 host C++: libastl_host <= external/astl/src/sstream.cpp
16768 host C++: libastl_host <= external/astl/src/ostream.cpp
16769 host C++: libastl_host <= external/astl/src/stdio_filebuf.cpp
16770 host C++: libastl_host <= external/astl/src/streambuf.cpp
16771 host C++: libastl_host <= external/astl/src/string.cpp
16772 host C++: test_functional_host <=
external/astl/tests/test_functional.cpp
16773 host C++: test_char_traits_host <=
external/astl/tests/test_char_traits.cpp
16774 host C++: test_iomanip_host <= external/astl/tests/test_iomanip.cpp
16775 host C++: test_ios_base_host <= external/astl/tests/test_ios_base.cpp
16776 host C++: test_iostream_host <= external/astl/tests/test_iostream.cpp
16777 host C++: test_ios_pos_types_host <=
external/astl/tests/test_ios_pos_types.cpp
16778 host C++: test_iterator_host <= external/astl/tests/test_iterator.cpp
16779 host C++: test_list_host <= external/astl/tests/test_list.cpp
16780 host C++: test_limits_host <= external/astl/tests/test_limits.cpp
16781 host C++: test_memory_host <= external/astl/tests/test_memory.cpp
16782 host C++: test_set_host <= external/astl/tests/test_set.cpp
16783 host C++: test_sstream_host <= external/astl/tests/test_sstream.cpp
16784 host C++: test_streambuf_host <= external/astl/tests/test_streambuf.cpp
16785 host C++: test_string_host <= external/astl/tests/test_string.cpp
16786 host C++: test_type_traits_host <=
external/astl/tests/test_type_traits.cpp
16787 host C++: test_vector_host <= external/astl/tests/test_vector.cpp
16788 host C++: test_uninitialized_host <=
external/astl/tests/test_uninitialized.cpp
16789 host C++: webkitmerge <=
external/webkit/WebKitTools/android/webkitmerge/webkitmerge.cpp
16790 external/astl/tests/test_vector.cpp: In function 'bool
android::testAt()':
16791 external/astl/tests/test_vector.cpp:649: warning: comparison between
signed and unsigned integer expressions
16792 host C: libebl_sh <= external/elfutils/libebl/sh_destr.c
16793 host C: libebl_sh <= external/elfutils/libebl/sh_init.c
16794 external/webkit/WebKitTools/android/webkitmerge/webkitmerge.cpp:450:
warning: type qualifiers ignored on function return type
16795 external/webkit/WebKitTools/android/webkitmerge/webkitmerge.cpp: In
function 'void UpdateMake(const char*)':
16796 external/webkit/WebKitTools/android/webkitmerge/webkitmerge.cpp:998:
warning: comparison between signed and unsigned integer expressions
16797 external/webkit/WebKitTools/android/webkitmerge/webkitmerge.cpp: In
function 'void CompareDirs(const char*, bool)':
16798 external/webkit/WebKitTools/android/webkitmerge/webkitmerge.cpp:1107:
warning: deprecated conversion from string constant to 'char*'
16799 external/webkit/WebKitTools/android/webkitmerge/webkitmerge.cpp:1108:
warning: deprecated conversion from string constant to 'char*'
16800 external/webkit/WebKitTools/android/webkitmerge/webkitmerge.cpp:1109:
warning: deprecated conversion from string constant to 'char*'
16801 host C: libebl_sh <= external/elfutils/libebl/sh_symbol.c
16802 host C: libxml2 <= external/libxml2/SAX.c
16803 host C: libxml2 <= external/libxml2/entities.c
16804 host C: libxml2 <= external/libxml2/encoding.c
16805 host C: libxml2 <= external/libxml2/error.c
16806 host C: libxml2 <= external/libxml2/parserInternals.c
```

```
16807 host C: libxml2 <= external/libxml2/parser.c
16808 host C: libxml2 <= external/libxml2/tree.c
16809 host C: libxml2 <= external/libxml2/hash.c
16810 host C: libxml2 <= external/libxml2/list.c
16811 host C: libxml2 <= external/libxml2/xmlIO.c
16812 host C: libxml2 <= external/libxml2/xmlmemory.c
16813 external/libxml2/xmlmemory.c: In function 'xmlMallocLoc':
16814 external/libxml2/xmlmemory.c:208: warning: format '%ld' expects type
'long int', but argument 4 has type 'size_t'
16815 external/libxml2/xmlmemory.c: In function 'xmlMallocAtomicLoc':
16816 external/libxml2/xmlmemory.c:276: warning: format '%ld' expects type
'long int', but argument 4 has type 'size_t'
16817 external/libxml2/xmlmemory.c: In function 'xmlReallocLoc':
16818 external/libxml2/xmlmemory.c:352: warning: format '%ld' expects type
'long int', but argument 4 has type 'size_t'
16819 external/libxml2/xmlmemory.c:352: warning: format '%ld' expects type
'long int', but argument 5 has type 'size_t'
16820 host C: libxml2 <= external/libxml2/uri.c
16821 host C: libxml2 <= external/libxml2/valid.c
16822 host C: libxml2 <= external/libxml2/xlink.c
16823 host C: libxml2 <= external/libxml2/HTMLparser.c
16824 host C: libxml2 <= external/libxml2/HTMLtree.c
16825 host C: libxml2 <= external/libxml2/debugXML.c
16826 host C: libxml2 <= external/libxml2/xpath.c
16827 host C: libxml2 <= external/libxml2/xpointer.c
16828 host C: libxml2 <= external/libxml2/xinclude.c
16829 host C: libxml2 <= external/libxml2/nanohttp.c
16830 host C: libxml2 <= external/libxml2/nanoftp.c
16831 host C: libxml2 <= external/libxml2/DOCBparser.c
16832 host C: libxml2 <= external/libxml2/catalog.c
16833 host C: libxml2 <= external/libxml2/globals.c
16834 host C: libxml2 <= external/libxml2/threads.c
16835 host C: libxml2 <= external/libxml2/c14n.c
16836 host C: libxml2 <= external/libxml2/xmlstring.c
16837 host C: libxml2 <= external/libxml2/xmlregexp.c
16838 host C: libxml2 <= external/libxml2/xmlschemas.c
16839 host C: libxml2 <= external/libxml2/xmlschemastypes.c
16840 host C: libxml2 <= external/libxml2/xmlunicode.c
16841 host C: libxml2 <= external/libxml2/xmlreader.c
16842 host C: libxml2 <= external/libxml2/relaxng.c
16843 host C: libxml2 <= external/libxml2/dict.c
16844 host C: libxml2 <= external/libxml2/SAX2.c
16845 host C: libxml2 <= external/libxml2/legacy.c
16846 host C: libxml2 <= external/libxml2/chvalid.c
16847 host C: libxml2 <= external/libxml2/pattern.c
16848 host C: libxml2 <= external/libxml2/xmlsave.c
16849 host C: libxml2 <= external/libxml2/xmlmodule.c
16850 host C: libxml2 <= external/libxml2/xmlwriter.c
16851 host C: libxml2 <= external/libxml2/schematron.c
16852 target thumb C: AudioHardwareRecordLoop <=
external/srec/audio/test/AudioHardwareRecordLoop/src/AudioHardwareRecordLoop.
c
16853 target thumb C: AudioHardwareRecord <=
external/srec/audio/test/AudioHardwareRecord/src/AudioHardwareRecord.c
16854 target thumb C: AudioInRecord <=
external/srec/audio/test/AudioInRecord/src/AudioInRecord.c
```

16855 target thumb C++: BufferQueue_test <=
system/media/opensles/tests/automated/BufferQueue_test.cpp
16856 target thumb C++: libgtest <= external/gtest/src/gtest-all.cc
16857 target thumb C++: InputChannel_test <=
frameworks/base/libs/ui/tests/InputChannel_test.cpp
16858 target thumb C++: libgtest_main <= external/gtest/src/gtest_main.cc
16859 In file included from external/gtest/src/gtest-all.cc:38:
16860 external/gtest/src/../src/gtest-filepath.cc: In member function 'bool
testing::internal::FilePath::FileOrDirectoryExists() const':
16861 external/gtest/src/../src/gtest-filepath.cc:180: warning: missing
initializer for member 'stat::st_dev'
16862 external/gtest/src/../src/gtest-filepath.cc:180: warning: missing
initializer for member 'stat::__pad0'
16863 external/gtest/src/../src/gtest-filepath.cc:180: warning: missing
initializer for member 'stat::__st_ino'
16864 external/gtest/src/../src/gtest-filepath.cc:180: warning: missing
initializer for member 'stat::st_mode'
16865 external/gtest/src/../src/gtest-filepath.cc:180: warning: missing
initializer for member 'stat::st_nlink'
16866 external/gtest/src/../src/gtest-filepath.cc:180: warning: missing
initializer for member 'stat::st_uid'
16867 external/gtest/src/../src/gtest-filepath.cc:180: warning: missing
initializer for member 'stat::st_gid'
16868 external/gtest/src/../src/gtest-filepath.cc:180: warning: missing
initializer for member 'stat::st_rdev'
16869 external/gtest/src/../src/gtest-filepath.cc:180: warning: missing
initializer for member 'stat::__pad3'
16870 external/gtest/src/../src/gtest-filepath.cc:180: warning: missing
initializer for member 'stat::st_size'
16871 external/gtest/src/../src/gtest-filepath.cc:180: warning: missing
initializer for member 'stat::st_blksize'
16872 external/gtest/src/../src/gtest-filepath.cc:180: warning: missing
initializer for member 'stat::st_blocks'
16873 external/gtest/src/../src/gtest-filepath.cc:180: warning: missing
initializer for member 'stat::st_atime'
16874 external/gtest/src/../src/gtest-filepath.cc:180: warning: missing
initializer for member 'stat::st_atime_nsec'
16875 external/gtest/src/../src/gtest-filepath.cc:180: warning: missing
initializer for member 'stat::st_mtime'
16876 external/gtest/src/../src/gtest-filepath.cc:180: warning: missing
initializer for member 'stat::st_mtime_nsec'
16877 external/gtest/src/../src/gtest-filepath.cc:180: warning: missing
initializer for member 'stat::st_ctime'
16878 external/gtest/src/../src/gtest-filepath.cc:180: warning: missing
initializer for member 'stat::st_ctime_nsec'
16879 external/gtest/src/../src/gtest-filepath.cc:180: warning: missing
initializer for member 'stat::st_ino'
16880 external/gtest/src/../src/gtest-filepath.cc: In member function 'bool
testing::internal::FilePath::DirectoryExists() const':
16881 external/gtest/src/../src/gtest-filepath.cc:208: warning: missing
initializer for member 'stat::st_dev'
16882 external/gtest/src/../src/gtest-filepath.cc:208: warning: missing
initializer for member 'stat::__pad0'
16883 external/gtest/src/../src/gtest-filepath.cc:208: warning: missing
initializer for member 'stat::__st_ino'
16884 external/gtest/src/../src/gtest-filepath.cc:208: warning: missing
initializer for member 'stat::st_mode'

```
16885 external/gtest/src/../src/gtest-filepath.cc:208: warning: missing
initializer for member 'stat::st_nlink'
16886 external/gtest/src/../src/gtest-filepath.cc:208: warning: missing
initializer for member 'stat::st_uid'
16887 external/gtest/src/../src/gtest-filepath.cc:208: warning: missing
initializer for member 'stat::st_gid'
16888 external/gtest/src/../src/gtest-filepath.cc:208: warning: missing
initializer for member 'stat::st_rdev'
16889 external/gtest/src/../src/gtest-filepath.cc:208: warning: missing
initializer for member 'stat::__pad3'
16890 external/gtest/src/../src/gtest-filepath.cc:208: warning: missing
initializer for member 'stat::st_size'
16891 external/gtest/src/../src/gtest-filepath.cc:208: warning: missing
initializer for member 'stat::st_blksize'
16892 external/gtest/src/../src/gtest-filepath.cc:208: warning: missing
initializer for member 'stat::st_blocks'
16893 external/gtest/src/../src/gtest-filepath.cc:208: warning: missing
initializer for member 'stat::st_atime'
16894 external/gtest/src/../src/gtest-filepath.cc:208: warning: missing
initializer for member 'stat::st_atime_nsec'
16895 external/gtest/src/../src/gtest-filepath.cc:208: warning: missing
initializer for member 'stat::st_mtime'
16896 external/gtest/src/../src/gtest-filepath.cc:208: warning: missing
initializer for member 'stat::st_mtime_nsec'
16897 external/gtest/src/../src/gtest-filepath.cc:208: warning: missing
initializer for member 'stat::st_ctime'
16898 external/gtest/src/../src/gtest-filepath.cc:208: warning: missing
initializer for member 'stat::st_ctime_nsec'
16899 external/gtest/src/../src/gtest-filepath.cc:208: warning: missing
initializer for member 'stat::st_ino'
16900 target thumb C++: InputDispatcher_test <=
frameworks/base/libs/ui/tests/InputDispatcher_test.cpp
16901 target thumb C++: InputPublisherAndConsumer_test <=
frameworks/base/libs/ui/tests/InputPublisherAndConsumer_test.cpp
16902 target thumb C++: InputReader_test <=
frameworks/base/libs/ui/tests/InputReader_test.cpp
16903 target thumb C++: Looper_test <=
frameworks/base/libs/utils/tests/Looper_test.cpp
16904 target thumb C++: ObbFile_test <=
frameworks/base/libs/utils/tests/ObbFile_test.cpp
16905 frameworks/base/libs/utils/tests/ObbFile_test.cpp: In member function
'virtual void android::ObbFileTest_WriteThenRead_Test::TestBody()':
16906 frameworks/base/libs/utils/tests/ObbFile_test.cpp:92: warning:
comparison between signed and unsigned integer expressions
16907 target thumb C: SRecTestAudio <=
external/srec/srec/test/SRecTestAudio/src/SRecTestAudio.c
16908 target thumb C: SRecTestAudio <=
external/srec/srec/test/SRecTestAudio/src/srec_test_config.c
16909 target thumb C: SRecTest <=
external/srec/srec/test/SRecTest/src/SRecTest.c
16910 target thumb C: SRecTest <=
external/srec/srec/test/SRecTest/src/srec_test_config.c
16911 target thumb C++: String8_test <=
frameworks/base/libs/utils/tests/String8_test.cpp
16912 target thumb C++: accRuntimeTest <=
system/core/libacc/tests/runtimeTest.cpp
16913 target thumb C++: acc <= system/core/libacc/tests/main.cpp
```

```
16914 target thumb C++: acc <= system/core/libacc/tests/disassem.cpp
16915 target thumb C: agent <= external/bluetooth/bluez/test/agent.c
16916 target thumb C++: angeles <= frameworks/base/opengl/tests/angeles/app-
linux.cpp
16917 target arm C: angeles <= frameworks/base/opengl/tests/angeles/demo.c
16918 frameworks/base/opengl/tests/angeles/demo.c: In function 'appInit':
16919 frameworks/base/opengl/tests/angeles/demo.c:482: warning: comparison
between signed and unsigned integer expressions
16920 frameworks/base/opengl/tests/angeles/demo.c: In function 'appDeinit':
16921 frameworks/base/opengl/tests/angeles/demo.c:496: warning: comparison
between signed and unsigned integer expressions
16922 target thumb C: applypatch_static <=
bootable/recovery/applypatch/main.c
16923 target arm C: libz <= external/zlib/adler32.c
16924 target arm C: libz <= external/zlib/compress.c
16925 target arm C: libz <= external/zlib/crc32.c
16926 target arm C: libz <= external/zlib/gzclose.c
16927 target arm C: libz <= external/zlib/gzlib.c
16928 target arm C: libz <= external/zlib/gzread.c
16929 target arm C: libz <= external/zlib/gzwrite.c
16930 target arm C: libz <= external/zlib/uncompr.c
16931 target arm C: libz <= external/zlib/deflate.c
16932 target arm C: libz <= external/zlib/trees.c
16933 target arm C: libz <= external/zlib/zutil.c
16934 target arm C: libz <= external/zlib/inflate.c
16935 target arm C: libz <= external/zlib/infback.c
16936 target arm C: libz <= external/zlib/inftrees.c
16937 target arm C: libz <= external/zlib/inffast.c
16938 target thumb C++: libstdc++ <=
bionic/libstdc++/src/one_time_construction.cpp
16939 target thumb C++: libstdc++ <= bionic/libstdc++/src/new.cpp
16940 target thumb C++: libstdc++ <= bionic/libstdc++/src/pure_virtual.cpp
16941 target thumb C++: libstdc++ <= bionic/libstdc++/src/typeinfo.cpp
16942 target thumb C: attest <= external/bluetooth/bluez/test/attest.c
16943 target thumb C: avinfo <= external/bluetooth/bluez/tools/avinfo.c
16944 target thumb C: avtest <= external/bluetooth/bluez/test/avtest.c
16945 external/bluetooth/bluez/tools/avinfo.c: In function 'print_caps':
16946 external/bluetooth/bluez/tools/avinfo.c:429: warning: pointer of type
'void *' used in arithmetic
16947 external/bluetooth/bluez/tools/avinfo.c:429: warning: pointer of type
'void *' used in arithmetic
16948 external/bluetooth/bluez/tools/avinfo.c: In function 'avdtp_send':
16949 external/bluetooth/bluez/tools/avinfo.c:461: warning: format '%zd'
expects type 'signed size_t', but argument 3 has type 'ssize_t'
16950 target thumb C++: backup_helper_test <=
frameworks/base/tests/backup/backup_helper_test.cpp
16951 target thumb C: bdaddr <= external/bluetooth/bluez/test/bdaddr.c
16952 target thumb C: bttest <= system/bluetooth/tools/bttest.c
16953 target thumb C: check_prereq <= build/tools/check_prereq/check_prereq.c
16954 target thumb C: cpueater <= system/extras/tests/cpueater/cpueater.c
16955 target asm: crasher <= system/core/debuggerd/crashglue.S
16956 target thumb C: crasher <= system/core/debuggerd/crasher.c
16957 target thumb C: daemonize <= system/extras/tests/cpueater/daemonize.c
16958 system/core/debuggerd/crasher.c: In function 'main':
16959 system/core/debuggerd/crasher.c:88: warning: implicit declaration of
function 'maybeabort'
16960 system/core/debuggerd/crasher.c: At top level:
```

16961 system/core/debuggerd/crasher.c:102: warning: conflicting types for 'maybeabort'
16962 system/core/debuggerd/crasher.c:88: note: previous implicit declaration of 'maybeabort' was here
16963 target thumb C: dbus-monitor <= external/dbus/tools/dbus-monitor.c
16964 target thumb C: libdbus-tools-common <= external/dbus/tools/dbus-print-message.c
16965 target thumb C: dbus-send <= external/dbus/tools/dbus-send.c
16966 target thumb C: directiotest <= system/extras/tests/directiotest/directiotest.c
16967 target thumb C: flash_image <= bootable/recovery/mtdutils/flash_image.c
16968 bootable/recovery/mtdutils/flash_image.c:27:1: warning: "LOG_TAG" redefined
16969 In file included from bootable/recovery/mtdutils/flash_image.c:24:
16970 system/core/include/cutils/log.h:68:1: warning: this is the location of the previous definition
16971 target thumb C: gdbjithelper <= dalvik/tools/gdbjithelper/gdbjithelper.c
16972 target thumb C: gpustate <= frameworks/base/opengl/tests/angeles/gpustate.c
16973 target thumb C++: gtest-death-test_test <= external/gtest/test/gtest-death-test_test.cc
16974 target thumb C++: gtest-filepath_test <= external/gtest/test/gtest-filepath_test.cc
16975 target thumb C++: gtest-linked_ptr_test <= external/gtest/test/gtest-linked_ptr_test.cc
16976 target thumb C++: gtest-message_test <= external/gtest/test/gtest-message_test.cc
16977 target thumb C++: gtest-options_test <= external/gtest/test/gtest-options_test.cc
16978 target thumb C++: gtest-port_test <= external/gtest/test/gtest-port_test.cc
16979 target thumb C++: gtest-test-part_test <= external/gtest/test/gtest-test-part_test.cc
16980 target thumb C++: gtest-typed-test2_test <= external/gtest/test/gtest-typed-test2_test.cc
16981 external/gtest/test/gtest-port_test.cc: In member function 'virtual void testing::internal::GtestCheckSyntaxTest_BehavesLikeASingleStatement_Test::TestBody()':
16982 external/gtest/test/gtest-port_test.cc:58: warning: suggest braces around empty body in an 'else' statement
16983 target thumb C++: gtest-typed-test_test <= external/gtest/test/gtest-typed-test_test.cc
16984 In file included from external/gtest/test/../include/gtest/gtest-test-part.h:37,
16985                     from external/gtest/test/gtest-test-part_test.cc:4:
16986 external/gtest/test/../include/gtest/internal/gtest-internal.h: In function 'void GTestStreamToHelper(std::ostream*, const T&) [with T = testing::TestPartResultType]':
16987 external/gtest/test/../include/gtest/gtest-message.h:116: instantiated from 'testing::Message& testing::Message::operator<<(const T&) [with T = testing::TestPartResultType]'
16988 external/gtest/test/../include/gtest/gtest.h:162:   instantiated from 'testing::internal::String testing::internal::StreamableToString(const T&) [with T = testing::TestPartResultType]'

```
16989 external/gtest/test/../include/gtest/internal/gtest-internal.h:239:
instantiated from 'testing::internal::String
testing::internal::FormatForFailureMessage(const T&) [with T =
testing::TestPartResultType]'
16990 external/gtest/test/../include/gtest/gtest.h:650:   instantiated from
'testing::internal::String
testing::internal::FormatForComparisonFailureMessage(const T1&, const T2&)
[with T1 = testing::TestPartResultType, T2 = testing::TestPartResultType]'
16991 external/gtest/test/../include/gtest/gtest.h:677:   instantiated from
'testing::AssertionResult testing::internal::CmpHelperEQ(const char*, const
char*, const T1&, const T2&) [with T1 = testing::TestPartResultType, T2 =
testing::TestPartResultType]'
16992 external/gtest/test/../include/gtest/gtest.h:702:   instantiated from
'static testing::AssertionResult
testing::internal::EqHelper::Compare(const char*, const
char*, const T1&, const T2&) [with T1 = testing::TestPartResultType, T2 =
testing::TestPartResultType, bool lhs_is_null_literal = false]'
16993 external/gtest/test/gtest-test-part_test.cc:33:   instantiated from
here
16994 external/gtest/test/../include/gtest/internal/gtest-internal.h:97:
warning: passing 'testing::TestPartResultType' chooses 'int' over 'long
unsigned int'
16995 external/gtest/test/../include/gtest/internal/gtest-internal.h:97:
warning:   in call to 'std::basic_ostream<_CharT, _Traits>&
std::basic_ostream<_CharT, _Traits>::operator<<(int) [with _CharT = char,
_Traits = std::char_traits<char>]'
16996 external/gtest/test/../include/gtest/internal/gtest-internal.h:97:
warning: passing 'testing::TestPartResultType' chooses 'int' over 'long int'
16997 external/gtest/test/../include/gtest/internal/gtest-internal.h:97:
warning:   in call to 'std::basic_ostream<_CharT, _Traits>&
std::basic_ostream<_CharT, _Traits>::operator<<(int) [with _CharT = char,
_Traits = std::char_traits<char>]'
16998 external/gtest/test/../include/gtest/internal/gtest-internal.h:97:
warning: passing 'testing::TestPartResultType' chooses 'int' over 'unsigned
int'
16999 external/gtest/test/../include/gtest/internal/gtest-internal.h:97:
warning:   in call to 'std::basic_ostream<_CharT, _Traits>&
std::basic_ostream<_CharT, _Traits>::operator<<(int) [with _CharT = char,
_Traits = std::char_traits<char>]'
17000 target thumb C++: gtest_environment_test <=
external/gtest/test/gtest_environment_test.cc
17001 target thumb C++: gtest_no_test_unittest <=
external/gtest/test/gtest_no_test_unittest.cc
17002 target thumb C++: gtest_pred_impl_unittest <=
external/gtest/test/gtest_pred_impl_unittest.cc
17003 target thumb C++: gtest_prod_test <=
external/gtest/test/gtest_prod_test.cc
17004 target thumb C++: gtest_repeat_test <=
external/gtest/test/gtest_repeat_test.cc
17005 target thumb C++: gtest_stress_test <=
external/gtest/test/gtest_stress_test.cc
17006 target thumb C++: gtest_unittest <=
external/gtest/test/gtest_unittest.cc
17007 target thumb C: hciconfig <= external/bluetooth/bluez/tools/csr.c
17008 external/bluetooth/bluez/tools/csr.c:452: warning: missing initializer
17009 external/bluetooth/bluez/tools/csr.c:452: warning: (near initialization
for 'csr_map[395].str')
```

```
17010 target thumb C: hciconfig <= external/bluetooth/bluez/tools/csr_h4.c
17011 external/gtest/test/gtest_unittest.cc: In member function 'virtual
void<unnamed>::AssertionSyntaxTest_BasicAssertionsBehavesLikeSingleStatement_
Test::TestBody()':
17012 external/gtest/test/gtest_unittest.cc:3311: warning: suggest braces
around empty body in an 'else' statement
17013 external/gtest/test/gtest_unittest.cc: In member function 'virtual
void<unnamed>::AssertionSyntaxTest_NoFatalFailureAssertionsBehavesLikeSingleS
tatement_Test::TestBody()':
17014 external/gtest/test/gtest_unittest.cc:3369: warning: suggest braces
around empty body in an 'else' statement
17015 external/gtest/test/gtest_unittest.cc:3374: warning: suggest braces
around empty body in an 'else' statement
17016 external/gtest/test/gtest_unittest.cc:3379: warning: suggest braces
around empty body in an 'else' statement
17017 target thumb C: hciconfig <= external/bluetooth/bluez/tools/hciconfig.c
17018 external/bluetooth/bluez/tools/hciconfig.c:1731: warning: missing
initializer
17019 external/bluetooth/bluez/tools/hciconfig.c:1731: warning: (near
initialization for 'command[39].doc')
17020 In file included from external/gtest/test/gtest_unittest.cc:35:
17021 external/gtest/test/../include/gtest/gtest.h: In function
'testing::AssertionResult testing::internal::CmpHelperEQ(const char*, const
char*, const T1&, const T2&) [with T1 = unsigned int, T2 = int]':
17022 external/gtest/test/../include/gtest/gtest.h:735:   instantiated from
'static testing::AssertionResult
testing::internal::EqHelper<true>::Compare(const char*, const char*, const
T1&, const T2&) [with T1 = unsigned int, T2 = int]'
17023 external/gtest/test/gtest_unittest.cc:422:   instantiated from here
17024 external/gtest/test/../include/gtest/gtest.h:665: warning: comparison
between signed and unsigned integer expressions
17025 In file included from external/gtest/test/../include/gtest/gtest.h:65,
17026                  from external/gtest/test/gtest_unittest.cc:35:
17027 external/gtest/test/../include/gtest/internal/gtest-internal.h: In
function 'void GTestStreamToHelper(std::ostream*, const T&) [with T =
testing::TestPartResultType]':
17028 external/gtest/test/../include/gtest/gtest-message.h:116:
instantiated from 'testing::Message& testing::Message::operator<<(const T&)
[with T = testing::TestPartResultType]'
17029 external/gtest/test/../include/gtest/gtest.h:162:   instantiated from
'testing::internal::String testing::internal::StreamableToString(const T&)
[with T = testing::TestPartResultType]'
17030 external/gtest/test/../include/gtest/internal/gtest-internal.h:239:
instantiated from 'testing::internal::String
testing::internal::FormatForFailureMessage(const T&) [with T =
testing::TestPartResultType]'
17031 external/gtest/test/../include/gtest/gtest.h:650:   instantiated from
'testing::internal::String
testing::internal::FormatForComparisonFailureMessage(const T1&, const T2&)
[with T1 = testing::TestPartResultType, T2 = testing::TestPartResultType]'
17032 external/gtest/test/../include/gtest/gtest.h:677:   instantiated from
'testing::AssertionResult testing::internal::CmpHelperEQ(const char*, const
char*, const T1&, const T2&) [with T1 = testing::TestPartResultType, T2 =
testing::TestPartResultType]'
17033 external/gtest/test/../include/gtest/gtest.h:702:   instantiated from
'static testing::AssertionResult
testing::internal::EqHelper::Compare(const char*, const
```

char*, const T1&, const T2&) [with T1 = testing::TestPartResultType, T2 =
testing::TestPartResultType, bool lhs_is_null_literal = false]'
17034 external/gtest/test/gtest_unittest.cc:2831:    instantiated from here
17035 external/gtest/test/../include/gtest/internal/gtest-internal.h:97:
warning: passing 'testing::TestPartResultType' chooses 'int' over 'long
unsigned int'
17036 external/gtest/test/../include/gtest/internal/gtest-internal.h:97:
warning:   in call to 'std::basic_ostream<_CharT, _Traits>&
std::basic_ostream<_CharT, _Traits>::operator<<(int) [with _CharT = char,
_Traits = std::char_traits<char>]'
17037 external/gtest/test/../include/gtest/internal/gtest-internal.h:97:
warning: passing 'testing::TestPartResultType' chooses 'int' over 'long int'
17038 external/gtest/test/../include/gtest/internal/gtest-internal.h:97:
warning:   in call to 'std::basic_ostream<_CharT, _Traits>&
std::basic_ostream<_CharT, _Traits>::operator<<(int) [with _CharT = char,
_Traits = std::char_traits<char>]'
17039 external/gtest/test/../include/gtest/internal/gtest-internal.h:97:
warning: passing 'testing::TestPartResultType' chooses 'int' over 'unsigned
int'
17040 external/gtest/test/../include/gtest/internal/gtest-internal.h:97:
warning:   in call to 'std::basic_ostream<_CharT, _Traits>&
std::basic_ostream<_CharT, _Traits>::operator<<(int) [with _CharT = char,
_Traits = std::char_traits<char>]'
17041 target thumb C: hcitool <= external/bluetooth/bluez/tools/hcitool.c
17042 external/bluetooth/bluez/tools/hcitool.c: In function
'print_advertising_devices':
17043 external/bluetooth/bluez/tools/hcitool.c:2411: warning: 'len' may be
used uninitialized in this function
17044 target thumb C: hstest <= external/bluetooth/bluez/test/hstest.c
17045 target asm: icache <= system/extras/tests/icachetest/icache.S
17046 target asm: icache <= system/extras/tests/icachetest/icache2.S
17047 target thumb C: icache <= system/extras/tests/icachetest/icache_main.c
17048 target thumb C++: jpeg_bench <=
frameworks/base/media/tests/omxjpegdecoder/omx_jpeg_decoder.cpp
17049 target thumb C++: jpeg_bench <=
frameworks/base/media/tests/omxjpegdecoder/jpeg_decoder_bench.cpp
17050 target thumb C++: jpeg_bench <=
frameworks/base/media/tests/omxjpegdecoder/SkOmxPixelRef.cpp
17051 target thumb C++: jpeg_bench <=
frameworks/base/media/tests/omxjpegdecoder/StreamSource.cpp
17052 target thumb C++: jpeg_bench <=
frameworks/base/media/tests/omxjpegdecoder/../../../../../external/skia/src/i
mages/SkImageDecoder_libjpeg.cpp
17053 target thumb C: l2ping <= external/bluetooth/bluez/tools/l2ping.c
17054 target thumb C: l2test <= external/bluetooth/bluez/test/l2test.c
17055
frameworks/base/media/tests/omxjpegdecoder/../../../../../external/skia/src/i
mages/SkImageDecoder_libjpeg.cpp: In member function 'virtual bool
SkJPEGImageEncoder::onEncode(SkWStream*, const SkBitmap&, int)':
17056
frameworks/base/media/tests/omxjpegdecoder/../../../../../external/skia/src/i
mages/SkImageDecoder_libjpeg.cpp:838: warning: variable 'writer' might be
clobbered by 'longjmp' or 'vfork'
17057 target thumb C++: libopenslestests <=
system/media/opensles/tests/mimeUri_test.cpp
17058 target thumb C++: libsqlite3_phone_number_utils_test <=
external/sqlite/android/PhoneNumberUtils.cpp

```
17059 target thumb C++: libsqlite3_phone_number_utils_test <=
external/sqlite/android/PhoneNumberUtilsTest.cpp
17060 target thumb C++: libsqlite3_phonetic_string_utils_test <=
external/sqlite/android/PhoneticStringUtils.cpp
17061 target thumb C++: libsqlite3_phonetic_string_utils_test <=
external/sqlite/android/PhoneticStringUtilsTest.cpp
17062 target thumb C: lmptest <= external/bluetooth/bluez/test/lmptest.c
17063 target arm C++: memtest <= system/extras/tests/memtest/memtest.cpp
17064 target thumb C++: memtest <= system/extras/tests/memtest/thumb.cpp
17065 system/extras/tests/memtest/memtest.cpp: In function 'int
stack_smasher_test(int, char**)':
17066 system/extras/tests/memtest/memtest.cpp:734: warning: dereferencing
type-punned pointer will break strict-aliasing rules
17067 system/extras/tests/memtest/memtest.cpp:734: warning: dereferencing
pointer 'dummy.90' does break strict-aliasing rules
17068 system/extras/tests/memtest/memtest.cpp:734: note: initialized from
here
17069 target thumb C: nc <= external/netcat/netcat.c
17070 external/netcat/netcat.c: In function 'oprint':
17071 external/netcat/netcat.c:1050: warning: pointer targets in passing
argument 1 of 'sprintf' differ in signedness
17072 bionic/libc/include/stdio.h:265: note: expected 'char *' but argument
is of type 'unsigned char *'
17073 external/netcat/netcat.c: In function 'main':
17074 external/netcat/netcat.c:1327: warning: implicit declaration of
function 'res_init'
17075 external/netcat/netcat.c:1431: warning: implicit declaration of
function 'helpme'
17076 external/netcat/netcat.c:1490: warning: implicit declaration of
function 'time'
17077 external/netcat/netcat.c:1501: warning: pointer targets in passing
argument 1 of 'open' differ in signedness
17078 bionic/libc/include/fcntl.h:46: note: expected 'const char *' but
argument is of type 'unsigned char *'
17079 external/netcat/netcat.c: At top level:
17080 external/netcat/netcat.c:1639: warning: conflicting types for 'helpme'
17081 external/netcat/netcat.c:1431: note: previous implicit declaration of
'helpme' was here
17082 external/netcat/netcat.c: In function 'readwrite':
17083 external/netcat/netcat.c:1260: warning: 'np' may be used uninitialized
in this function
17084 external/netcat/netcat.c:1271: warning: 'zp' may be used uninitialized
in this function
17085 external/netcat/netcat.c: In function 'doconnect':
17086 external/netcat/netcat.c:612: warning: variable 'nnetfd' might be
clobbered by 'longjmp' or 'vfork'
17087 external/netcat/netcat.c: In function 'dolisten':
17088 external/netcat/netcat.c:779: warning: variable 'nnetfd' might be
clobbered by 'longjmp' or 'vfork'
17089 target thumb C: netperf <= external/netperf/netperf.c
17090 target thumb C: netperf <= external/netperf/netlib.c
17091 target thumb C: netperf <= external/netperf/netsh.c
17092 external/netperf/netlib.c: In function 'dump_request':
17093 external/netperf/netlib.c:1681: warning: comparison between signed and
unsigned integer expressions
17094 external/netperf/netlib.c: In function 'dump_response':
```

17095 external/netperf/netlib.c:1713: warning: comparison between signed and unsigned integer expressions
17096 external/netperf/netlib.c: In function 'send_request':
17097 external/netperf/netlib.c:2138: warning: comparison between signed and unsigned integer expressions
17098 external/netperf/netlib.c: In function 'send_response':
17099 external/netperf/netlib.c:2197: warning: comparison between signed and unsigned integer expressions
17100 external/netperf/netlib.c: In function 'recv_request':
17101 external/netperf/netlib.c:2258: warning: comparison between signed and unsigned integer expressions
17102 external/netperf/netlib.c: In function 'recv_response_timed':
17103 external/netperf/netlib.c:2367: warning: comparison between signed and unsigned integer expressions
17104 external/netperf/netlib.c:2416: warning: comparison between signed and unsigned integer expressions
17105 external/netperf/netlib.c: In function 'set_sock_buffer':
17106 external/netperf/netlib.c:2535: warning: pointer targets in passing argument 5 of 'getsockopt' differ in signedness
17107 bionic/libc/include/sys/socket.h:73: note: expected 'socklen_t *' but argument is of type 'size_t *'
17108 target thumb C: netperf <= external/netperf/nettest_bsd.c
17109 external/netperf/netlib.c: In function 'establish_control_internal':
17110 external/netperf/netlib.c:2841: warning: 'control_sock' may be used uninitialized in this function
17111 external/netperf/nettest_bsd.c: In function 'get_tcp_info':
17112 external/netperf/nettest_bsd.c:517: warning: pointer targets in passing argument 5 of 'getsockopt' differ in signedness
17113 bionic/libc/include/sys/socket.h:73: note: expected 'socklen_t *' but argument is of type 'size_t *'
17114 external/netperf/nettest_bsd.c: In function 'recv_tcp_stream':
17115 external/netperf/nettest_bsd.c:4393: warning: pointer targets in passing argument 3 of 'getsockname' differ in signedness
17116 bionic/libc/include/sys/socket.h:68: note: expected 'socklen_t *' but argument is of type 'size_t *'
17117 external/netperf/nettest_bsd.c:4440: warning: pointer targets in passing argument 3 of 'accept' differ in signedness
17118 bionic/libc/include/sys/socket.h:67: note: expected 'socklen_t *' but argument is of type 'size_t *'
17119 external/netperf/nettest_bsd.c: In function 'recv_tcp_maerts':
17120 external/netperf/nettest_bsd.c:4727: warning: pointer targets in passing argument 3 of 'getsockname' differ in signedness
17121 bionic/libc/include/sys/socket.h:68: note: expected 'socklen_t *' but argument is of type 'size_t *'
17122 external/netperf/nettest_bsd.c:4786: warning: pointer targets in passing argument 3 of 'accept' differ in signedness
17123 bionic/libc/include/sys/socket.h:67: note: expected 'socklen_t *' but argument is of type 'size_t *'
17124 external/netperf/nettest_bsd.c: In function 'recv_udp_stream':
17125 external/netperf/nettest_bsd.c:6399: warning: pointer targets in passing argument 3 of 'getsockname' differ in signedness
17126 bionic/libc/include/sys/socket.h:68: note: expected 'socklen_t *' but argument is of type 'size_t *'
17127 external/netperf/nettest_bsd.c:6482: warning: pointer targets in passing argument 6 of 'recvfrom' differ in signedness
17128 bionic/libc/include/sys/socket.h:81: note: expected 'socklen_t *' but argument is of type 'size_t *'

```
17129 external/netperf/nettest_bsd.c: In function 'recv_udp_rr':
17130 external/netperf/nettest_bsd.c:7359: warning: pointer targets in
passing argument 3 of 'getsockname' differ in signedness
17131 bionic/libc/include/sys/socket.h:68: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17132 external/netperf/nettest_bsd.c:7443: warning: pointer targets in
passing argument 6 of 'recvfrom' differ in signedness
17133 bionic/libc/include/sys/socket.h:81: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17134 external/netperf/nettest_bsd.c: In function 'recv_tcp_rr':
17135 external/netperf/nettest_bsd.c:7691: warning: pointer targets in
passing argument 3 of 'getsockname' differ in signedness
17136 bionic/libc/include/sys/socket.h:68: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17137 external/netperf/nettest_bsd.c:7736: warning: pointer targets in
passing argument 3 of 'accept' differ in signedness
17138 bionic/libc/include/sys/socket.h:67: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17139 external/netperf/nettest_bsd.c: In function 'recv_tcp_conn_rr':
17140 external/netperf/nettest_bsd.c:8798: warning: pointer targets in
passing argument 3 of 'getsockname' differ in signedness
17141 bionic/libc/include/sys/socket.h:68: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17142 external/netperf/nettest_bsd.c:8880: warning: pointer targets in
passing argument 3 of 'accept' differ in signedness
17143 bionic/libc/include/sys/socket.h:67: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17144 external/netperf/nettest_bsd.c: In function 'recv_tcp_cc':
17145 external/netperf/nettest_bsd.c:11878: warning: pointer targets in
passing argument 3 of 'getsockname' differ in signedness
17146 bionic/libc/include/sys/socket.h:68: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17147 external/netperf/nettest_bsd.c:11959: warning: pointer targets in
passing argument 3 of 'accept' differ in signedness
17148 bionic/libc/include/sys/socket.h:67: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17149 target thumb C: netperf <= external/netperf/nettest_dlpi.c
17150 target thumb C: netperf <= external/netperf/nettest_unix.c
17151 target thumb C: netperf <= external/netperf/nettest_xti.c
17152 target thumb C: netperf <= external/netperf/nettest_sctp.c
17153 target thumb C: netperf <= external/netperf/nettest_sdp.c
17154 target thumb C: netperf <= external/netperf/netcpu_none.c
17155 target thumb C: netserver <= external/netperf/netserver.c
17156 target thumb C: netserver <= external/netperf/netlib.c
17157 external/netperf/netserver.c: In function 'set_up_server':
17158 external/netperf/netserver.c:644: warning: pointer targets in passing
argument 3 of 'accept' differ in signedness
17159 bionic/libc/include/sys/socket.h:67: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17160 external/netperf/netserver.c: In function 'main':
17161 external/netperf/netserver.c:993: warning: pointer targets in passing
argument 3 of 'getsockname' differ in signedness
17162 bionic/libc/include/sys/socket.h:68: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17163 external/netperf/netlib.c: In function 'dump_request':
17164 external/netperf/netlib.c:1681: warning: comparison between signed and
unsigned integer expressions
```

17165 external/netperf/netlib.c: In function 'dump_response':
17166 external/netperf/netlib.c:1713: warning: comparison between signed and
unsigned integer expressions
17167 external/netperf/netlib.c: In function 'send_request':
17168 external/netperf/netlib.c:2138: warning: comparison between signed and
unsigned integer expressions
17169 external/netperf/netlib.c: In function 'send_response':
17170 external/netperf/netlib.c:2197: warning: comparison between signed and
unsigned integer expressions
17171 external/netperf/netlib.c: In function 'recv_request':
17172 external/netperf/netlib.c:2258: warning: comparison between signed and
unsigned integer expressions
17173 external/netperf/netlib.c: In function 'recv_response_timed':
17174 external/netperf/netlib.c:2367: warning: comparison between signed and
unsigned integer expressions
17175 external/netperf/netlib.c:2416: warning: comparison between signed and
unsigned integer expressions
17176 external/netperf/netlib.c: In function 'set_sock_buffer':
17177 external/netperf/netlib.c:2535: warning: pointer targets in passing
argument 5 of 'getsockopt' differ in signedness
17178 bionic/libc/include/sys/socket.h:73: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17179 target thumb C: netserver <= external/netperf/netsh.c
17180 external/netperf/netlib.c: In function 'establish_control_internal':
17181 external/netperf/netlib.c:2841: warning: 'control_sock' may be used
uninitialized in this function
17182 target thumb C: netserver <= external/netperf/nettest_bsd.c
17183 external/netperf/nettest_bsd.c: In function 'get_tcp_info':
17184 external/netperf/nettest_bsd.c:517: warning: pointer targets in passing
argument 5 of 'getsockopt' differ in signedness
17185 bionic/libc/include/sys/socket.h:73: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17186 external/netperf/nettest_bsd.c: In function 'recv_tcp_stream':
17187 external/netperf/nettest_bsd.c:4393: warning: pointer targets in
passing argument 3 of 'getsockname' differ in signedness
17188 bionic/libc/include/sys/socket.h:68: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17189 external/netperf/nettest_bsd.c:4440: warning: pointer targets in
passing argument 3 of 'accept' differ in signedness
17190 bionic/libc/include/sys/socket.h:67: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17191 external/netperf/nettest_bsd.c: In function 'recv_tcp_maerts':
17192 external/netperf/nettest_bsd.c:4727: warning: pointer targets in
passing argument 3 of 'getsockname' differ in signedness
17193 bionic/libc/include/sys/socket.h:68: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17194 external/netperf/nettest_bsd.c:4786: warning: pointer targets in
passing argument 3 of 'accept' differ in signedness
17195 bionic/libc/include/sys/socket.h:67: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17196 external/netperf/nettest_bsd.c: In function 'recv_udp_stream':
17197 external/netperf/nettest_bsd.c:6399: warning: pointer targets in
passing argument 3 of 'getsockname' differ in signedness
17198 bionic/libc/include/sys/socket.h:68: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17199 external/netperf/nettest_bsd.c:6482: warning: pointer targets in
passing argument 6 of 'recvfrom' differ in signedness

17200 bionic/libc/include/sys/socket.h:81: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17201 external/netperf/nettest_bsd.c: In function 'recv_udp_rr':
17202 external/netperf/nettest_bsd.c:7359: warning: pointer targets in
passing argument 3 of 'getsockname' differ in signedness
17203 bionic/libc/include/sys/socket.h:68: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17204 external/netperf/nettest_bsd.c:7443: warning: pointer targets in
passing argument 6 of 'recvfrom' differ in signedness
17205 bionic/libc/include/sys/socket.h:81: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17206 external/netperf/nettest_bsd.c: In function 'recv_tcp_rr':
17207 external/netperf/nettest_bsd.c:7691: warning: pointer targets in
passing argument 3 of 'getsockname' differ in signedness
17208 bionic/libc/include/sys/socket.h:68: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17209 external/netperf/nettest_bsd.c:7736: warning: pointer targets in
passing argument 3 of 'accept' differ in signedness
17210 bionic/libc/include/sys/socket.h:67: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17211 external/netperf/nettest_bsd.c: In function 'recv_tcp_conn_rr':
17212 external/netperf/nettest_bsd.c:8798: warning: pointer targets in
passing argument 3 of 'getsockname' differ in signedness
17213 bionic/libc/include/sys/socket.h:68: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17214 external/netperf/nettest_bsd.c:8880: warning: pointer targets in
passing argument 3 of 'accept' differ in signedness
17215 bionic/libc/include/sys/socket.h:67: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17216 external/netperf/nettest_bsd.c: In function 'recv_tcp_cc':
17217 external/netperf/nettest_bsd.c:11878: warning: pointer targets in
passing argument 3 of 'getsockname' differ in signedness
17218 bionic/libc/include/sys/socket.h:68: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17219 external/netperf/nettest_bsd.c:11959: warning: pointer targets in
passing argument 3 of 'accept' differ in signedness
17220 bionic/libc/include/sys/socket.h:67: note: expected 'socklen_t *' but
argument is of type 'size_t *'
17221 target thumb C: netserver <= external/netperf/nettest_dlpi.c
17222 target thumb C: netserver <= external/netperf/nettest_unix.c
17223 target thumb C: netserver <= external/netperf/nettest_xti.c
17224 target thumb C: netserver <= external/netperf/nettest_sctp.c
17225 target thumb C: netserver <= external/netperf/nettest_sdp.c
17226 target thumb C: netserver <= external/netperf/netcpu_none.c
17227 target thumb C: openssl <= external/openssl/apps/app_rand.c
17228 external/netperf/nettest_bsd.c: In function 'send_tcp_maerts':
17229 external/netperf/nettest_bsd.c:2348: warning: 'len' may be used
uninitialized in this function
17230 target thumb C: openssl <= external/openssl/apps/apps.c
17231 target thumb C: openssl <= external/openssl/apps/asn1pars.c
17232 target thumb C: openssl <= external/openssl/apps/ca.c
17233 external/netperf/nettest_bsd.c: In function 'send_tcp_maerts':
17234 external/netperf/nettest_bsd.c:2348: warning: 'len' may be used
uninitialized in this function
17235 target thumb C: openssl <= external/openssl/apps/ciphers.c
17236 target thumb C: openssl <= external/openssl/apps/crl.c
17237 target thumb C: openssl <= external/openssl/apps/crl2p7.c

```
17238 target thumb C: openssl <= external/openssl/apps/dgst.c
17239 target thumb C: openssl <= external/openssl/apps/dh.c
17240 target thumb C: openssl <= external/openssl/apps/dhparam.c
17241 target thumb C: openssl <= external/openssl/apps/dsa.c
17242 target thumb C: openssl <= external/openssl/apps/dsaparam.c
17243 target thumb C: openssl <= external/openssl/apps/ecparam.c
17244 target thumb C: openssl <= external/openssl/apps/ec.c
17245 target thumb C: openssl <= external/openssl/apps/enc.c
17246 target thumb C: openssl <= external/openssl/apps/engine.c
17247 target thumb C: openssl <= external/openssl/apps/errstr.c
17248 target thumb C: openssl <= external/openssl/apps/gendh.c
17249 target thumb C: openssl <= external/openssl/apps/gendsa.c
17250 target thumb C: openssl <= external/openssl/apps/genpkey.c
17251 target thumb C: openssl <= external/openssl/apps/genrsa.c
17252 target thumb C: openssl <= external/openssl/apps/nseq.c
17253 target thumb C: openssl <= external/openssl/apps/ocsp.c
17254 target thumb C: openssl <= external/openssl/apps/openssl.c
17255 target thumb C: openssl <= external/openssl/apps/passwd.c
17256 target thumb C: openssl <= external/openssl/apps/pkcs12.c
17257 target thumb C: openssl <= external/openssl/apps/pkcs7.c
17258 target thumb C: openssl <= external/openssl/apps/pkcs8.c
17259 target thumb C: openssl <= external/openssl/apps/pkey.c
17260 target thumb C: openssl <= external/openssl/apps/pkeyparam.c
17261 target thumb C: openssl <= external/openssl/apps/pkeyutl.c
17262 target thumb C: openssl <= external/openssl/apps/prime.c
17263 target thumb C: openssl <= external/openssl/apps/rand.c
17264 target thumb C: openssl <= external/openssl/apps/req.c
17265 target thumb C: openssl <= external/openssl/apps/rsa.c
17266 target thumb C: openssl <= external/openssl/apps/rsautl.c
17267 target thumb C: openssl <= external/openssl/apps/s_cb.c
17268 target thumb C: openssl <= external/openssl/apps/s_client.c
17269 target thumb C: openssl <= external/openssl/apps/s_server.c
17270 target thumb C: openssl <= external/openssl/apps/s_socket.c
17271 target thumb C: openssl <= external/openssl/apps/s_time.c
17272 target thumb C: openssl <= external/openssl/apps/sess_id.c
17273 target thumb C: openssl <= external/openssl/apps/smime.c
17274 target thumb C: openssl <= external/openssl/apps/speed.c
17275 target thumb C: openssl <= external/openssl/apps/spkac.c
17276 target thumb C: openssl <= external/openssl/apps/verify.c
17277 target thumb C: openssl <= external/openssl/apps/version.c
17278 target thumb C: openssl <= external/openssl/apps/x509.c
17279 target thumb C: perm_checker <=
system/extras/tests/fstest/perm_checker.c
17280 target arm C: pftest <= system/extras/tests/pftest/pftest.c
17281 target thumb C++: quake <= external/quake/standalone/main.cpp
17282 target arm C++: libquake <=
external/quake/quake/src/WinQuake/cd_null.cpp
17283 target arm C++: libquake <=
external/quake/quake/src/WinQuake/cl_demo.cpp
17284 target arm C++: libquake <=
external/quake/quake/src/WinQuake/cl_input.cpp
17285 target arm C++: libquake <=
external/quake/quake/src/WinQuake/cl_main.cpp
17286 target arm C++: libquake <=
external/quake/quake/src/WinQuake/cl_parse.cpp
17287 target arm C++: libquake <=
external/quake/quake/src/WinQuake/cl_tent.cpp
```

```
17288 target arm C++: libquake <= external/quake/quake/src/WinQuake/chase.cpp
17289 target arm C++: libquake <= external/quake/quake/src/WinQuake/cmd.cpp
17290 target arm C++: libquake <=
external/quake/quake/src/WinQuake/common.cpp
17291 target arm C++: libquake <=
external/quake/quake/src/WinQuake/console.cpp
17292 target arm C++: libquake <= external/quake/quake/src/WinQuake/crc.cpp
17293 target arm C++: libquake <= external/quake/quake/src/WinQuake/cvar.cpp
17294 target arm C++: libquake <=
external/quake/quake/src/WinQuake/gl_draw.cpp
17295 target arm C++: libquake <=
external/quake/quake/src/WinQuake/gl_mesh.cpp
17296 target arm C++: libquake <=
external/quake/quake/src/WinQuake/gl_model.cpp
17297 target arm C++: libquake <=
external/quake/quake/src/WinQuake/gl_refrag.cpp
17298 target arm C++: libquake <=
external/quake/quake/src/WinQuake/gl_rlight.cpp
17299 target arm C++: libquake <=
external/quake/quake/src/WinQuake/gl_rmain.cpp
17300 target arm C++: libquake <=
external/quake/quake/src/WinQuake/gl_rmisc.cpp
17301 target arm C++: libquake <=
external/quake/quake/src/WinQuake/gl_rsurf.cpp
17302 target arm C++: libquake <=
external/quake/quake/src/WinQuake/gl_screen.cpp
17303 target arm C++: libquake <=
external/quake/quake/src/WinQuake/gl_vidandroid.cpp
17304 target arm C++: libquake <=
external/quake/quake/src/WinQuake/gl_warp.cpp
17305 target arm C++: libquake <= external/quake/quake/src/WinQuake/host.cpp
17306 target arm C++: libquake <=
external/quake/quake/src/WinQuake/host_cmd.cpp
17307 target arm C++: libquake <= external/quake/quake/src/WinQuake/keys.cpp
17308 target arm C++: libquake <= external/quake/quake/src/WinQuake/main.cpp
17309 target arm C++: libquake <=
external/quake/quake/src/WinQuake/masterMain.cpp
17310 target arm C++: libquake <=
external/quake/quake/src/WinQuake/mathlib.cpp
17311 target arm C++: libquake <= external/quake/quake/src/WinQuake/menu.cpp
17312 target arm C++: libquake <=
external/quake/quake/src/WinQuake/net_bsd.cpp
17313 target arm C++: libquake <=
external/quake/quake/src/WinQuake/net_dgrm.cpp
17314 target arm C++: libquake <=
external/quake/quake/src/WinQuake/net_loop.cpp
17315 target arm C++: libquake <=
external/quake/quake/src/WinQuake/net_main.cpp
17316 target arm C++: libquake <=
external/quake/quake/src/WinQuake/net_vcr.cpp
17317 target arm C++: libquake <=
external/quake/quake/src/WinQuake/net_udp.cpp
17318 target arm C++: libquake <=
external/quake/quake/src/WinQuake/nonintel.cpp
17319 target arm C++: libquake <=
external/quake/quake/src/WinQuake/pr_cmds.cpp
```

```
17320 target arm C++: libquake <=
external/quake/quake/src/WinQuake/pr_edict.cpp
17321 target arm C++: libquake <=
external/quake/quake/src/WinQuake/pr_exec.cpp
17322 target arm C++: libquake <=
external/quake/quake/src/WinQuake/r_part.cpp
17323 target arm C++: libquake <= external/quake/quake/src/WinQuake/sbar.cpp
17324 target arm C++: libquake <=
external/quake/quake/src/WinQuake/snd_dma.cpp
17325 target arm C++: libquake <=
external/quake/quake/src/WinQuake/snd_mem.cpp
17326 target arm C++: libquake <=
external/quake/quake/src/WinQuake/snd_mix.cpp
17327 target arm C++: libquake <=
external/quake/quake/src/WinQuake/snd_android.cpp
17328 target arm C++: libquake <=
external/quake/quake/src/WinQuake/sv_main.cpp
17329 target arm C++: libquake <=
external/quake/quake/src/WinQuake/sv_phys.cpp
17330 target arm C++: libquake <=
external/quake/quake/src/WinQuake/sv_move.cpp
17331 target arm C++: libquake <=
external/quake/quake/src/WinQuake/sv_user.cpp
17332 target arm C++: libquake <=
external/quake/quake/src/WinQuake/sys_android.cpp
17333 target arm C++: libquake <= external/quake/quake/src/WinQuake/view.cpp
17334 target arm C++: libquake <= external/quake/quake/src/WinQuake/wad.cpp
17335 target arm C++: libquake <= external/quake/quake/src/WinQuake/world.cpp
17336 target arm C++: libquake <= external/quake/quake/src/WinQuake/zone.cpp
17337 target thumb C: rctest <= external/bluetooth/bluez/test/rctest.c
17338 target thumb C: recovery <= bootable/recovery/recovery.c
17339 bootable/recovery/recovery.c: In function 'prepend_title':
17340 bootable/recovery/recovery.c:423: warning: assignment from incompatible
pointer type
17341 bootable/recovery/recovery.c:428: warning: assignment from incompatible
pointer type
17342 target thumb C: recovery <= bootable/recovery/bootloader.c
17343 target thumb C: recovery <= bootable/recovery/install.c
17344 target thumb C: recovery <= bootable/recovery/roots.c
17345 target thumb C: recovery <= bootable/recovery/ui.c
17346 target thumb C: recovery <= bootable/recovery/verifier.c
17347 bootable/recovery/verifier.c: In function 'verify_file':
17348 bootable/recovery/verifier.c:124: warning: comparison between signed
and unsigned integer expressions
17349 bootable/recovery/verifier.c:153: warning: comparison between signed
and unsigned integer expressions
17350 bootable/recovery/verifier.c:154: warning: comparison between signed
and unsigned integer expressions
17351 bootable/recovery/verifier.c:162: warning: comparison between signed
and unsigned integer expressions
17352 bootable/recovery/verifier.c:171: warning: comparison between signed
and unsigned integer expressions
17353 target thumb C: recovery <=
bootable/recovery/encryptedfs_provisioning.c
17354 target thumb C: librecovery_ui_crespo <=
device/samsung/crespo/recovery/recovery_ui.c
17355 target thumb C: libext4_utils <= system/extras/ext4_utils/make_ext4fs.c
```

```
17356 device/samsung/crespo/recovery/recovery_ui.c: In function
'device_recovery_start':
17357 device/samsung/crespo/recovery/recovery_ui.c:53: warning: implicit
declaration of function 'sleep'
17358 system/extras/ext4_utils/make_ext4fs.c: In function
'reset_ext4fs_info':
17359 system/extras/ext4_utils/make_ext4fs.c:226: warning: implicit
declaration of function 'free_data_blocks'
17360 target thumb C: libext4_utils <= system/extras/ext4_utils/ext4_utils.c
17361 target thumb C: libext4_utils <= system/extras/ext4_utils/allocate.c
17362 target thumb C: libext4_utils <=
system/extras/ext4_utils/backed_block.c
17363 target thumb C: libext4_utils <= system/extras/ext4_utils/output_file.c
17364 target thumb C: libext4_utils <= system/extras/ext4_utils/contents.c
17365 system/extras/ext4_utils/contents.c: In function 'make_directory':
17366 system/extras/ext4_utils/contents.c:118: warning: format '%llu' expects
type 'long long unsigned int', but argument 4 has type 'u32'
17367 target thumb C: libext4_utils <= system/extras/ext4_utils/extent.c
17368 target thumb C: libext4_utils <= system/extras/ext4_utils/indirect.c
17369 target thumb C: libext4_utils <= system/extras/ext4_utils/uuid.c
17370 target thumb C: libext4_utils <= system/extras/ext4_utils/sha1.c
17371 target thumb C: libext4_utils <=
system/extras/ext4_utils/sparse_crc32.c
17372 target thumb C: libminzip <= bootable/recovery/minzip/Hash.c
17373 target thumb C: libminzip <= bootable/recovery/minzip/SysUtil.c
17374 target thumb C: libminzip <= bootable/recovery/minzip/DirUtil.c
17375 target thumb C: libminzip <= bootable/recovery/minzip/Inlines.c
17376 target thumb C: libminzip <= bootable/recovery/minzip/Zip.c
17377 bootable/recovery/minzip/Zip.c: In function 'parseZipArchive':
17378 bootable/recovery/minzip/Zip.c:212: warning: pointer of type 'void *'
used in arithmetic
17379 bootable/recovery/minzip/Zip.c:212: warning: pointer of type 'void *'
used in arithmetic
17380 bootable/recovery/minzip/Zip.c:248: warning: pointer of type 'void *'
used in arithmetic
17381 target thumb C: libminui <= bootable/recovery/minui/graphics.c
17382 target thumb C: libminui <= bootable/recovery/minui/events.c
17383 target thumb C: libminui <= bootable/recovery/minui/resources.c
17384 target asm: libpixelflinger_static <=
system/core/libpixelflinger/t32cb16blend.S
17385 target asm: libpixelflinger_static <=
system/core/libpixelflinger/col32cb16blend.S
17386 bootable/recovery/minui/resources.c: In function 'res_create_surface':
17387 bootable/recovery/minui/resources.c:128: warning: comparison between
signed and unsigned integer expressions
17388 bootable/recovery/minui/resources.c:147: warning: comparison between
signed and unsigned integer expressions
17389 target arm C++: libpixelflinger_static <=
system/core/libpixelflinger/fixed.cpp
17390 target arm C++: libpixelflinger_static <=
system/core/libpixelflinger/picker.cpp
17391 target arm C++: libpixelflinger_static <=
system/core/libpixelflinger/pixelflinger.cpp
17392 target arm C++: libpixelflinger_static <=
system/core/libpixelflinger/trap.cpp
17393 target arm C++: libpixelflinger_static <=
system/core/libpixelflinger/scanline.cpp
```

```
17394 target thumb C++: libpixelflinger_static <=
system/core/libpixelflinger/codeflinger/ARMAssemblerInterface.cpp
17395 target thumb C++: libpixelflinger_static <=
system/core/libpixelflinger/codeflinger/ARMAssemblerProxy.cpp
17396 target thumb C++: libpixelflinger_static <=
system/core/libpixelflinger/codeflinger/ARMAssembler.cpp
17397 target thumb C++: libpixelflinger_static <=
system/core/libpixelflinger/codeflinger/CodeCache.cpp
17398 target thumb C++: libpixelflinger_static <=
system/core/libpixelflinger/codeflinger/GGLAssembler.cpp
17399 target thumb C++: libpixelflinger_static <=
system/core/libpixelflinger/codeflinger/load_store.cpp
17400 target thumb C++: libpixelflinger_static <=
system/core/libpixelflinger/codeflinger/blending.cpp
17401 target thumb C++: libpixelflinger_static <=
system/core/libpixelflinger/codeflinger/texturing.cpp
17402 target thumb C++: libpixelflinger_static <=
system/core/libpixelflinger/tinyutils/SharedBuffer.cpp
17403 target thumb C++: libpixelflinger_static <=
system/core/libpixelflinger/tinyutils/VectorImpl.cpp
17404 target thumb C++: libpixelflinger_static <=
system/core/libpixelflinger/format.cpp
17405 target thumb C++: libpixelflinger_static <=
system/core/libpixelflinger/clear.cpp
17406 target thumb C++: libpixelflinger_static <=
system/core/libpixelflinger/raster.cpp
17407 target thumb C++: libpixelflinger_static <=
system/core/libpixelflinger/buffer.cpp
17408 target thumb C: libpixelflinger_static <=
system/core/libpixelflinger/codeflinger/disassem.c
17409 system/core/libpixelflinger/codeflinger/disassem.c:699: warning:
initialization from incompatible pointer type
17410 target thumb C: rfcomm <= external/bluetooth/bluez/tools/kword.c
17411 target thumb C: rfcomm <= external/bluetooth/bluez/tools/main.c
17412 target thumb C: rfcomm <= external/bluetooth/bluez/tools/parser.c
17413 target thumb C: rfcomm <= external/bluetooth/bluez/tools/lexer.c
17414 lex.yy.c: In function 'yy_get_next_buffer':
17415 lex.yy.c:1056: warning: comparison between signed and unsigned integer
expressions
17416 target thumb C: safe_iop_test <= external/safe-
iop/testsuite/../src/safe_iop.c
17417 target thumb C: scotest <= external/bluetooth/bluez/test/scotest.c
17418 external/safe-iop/testsuite/../src/safe_iop.c: In function 'T_add_u8':
17419 external/safe-iop/testsuite/../src/safe_iop.c:261: warning: comparison
of promoted ~unsigned with unsigned
17420 external/safe-iop/testsuite/../src/safe_iop.c:262: warning: comparison
of promoted ~unsigned with unsigned
17421 external/safe-iop/testsuite/../src/safe_iop.c:263: warning: comparison
of promoted ~unsigned with unsigned
17422 external/safe-iop/testsuite/../src/safe_iop.c:264: warning: comparison
of promoted ~unsigned with unsigned
17423 external/safe-iop/testsuite/../src/safe_iop.c:265: warning: comparison
of promoted ~unsigned with unsigned
17424 external/safe-iop/testsuite/../src/safe_iop.c:266: warning: comparison
of promoted ~unsigned with unsigned
17425 external/safe-iop/testsuite/../src/safe_iop.c: In function 'T_add_u16':
```

17426 external/safe-iop/testsuite/../src/safe_iop.c:273: warning: comparison of promoted ~unsigned with unsigned
17427 external/safe-iop/testsuite/../src/safe_iop.c:274: warning: comparison of promoted ~unsigned with unsigned
17428 external/safe-iop/testsuite/../src/safe_iop.c:275: warning: comparison of promoted ~unsigned with unsigned
17429 external/safe-iop/testsuite/../src/safe_iop.c:276: warning: comparison of promoted ~unsigned with unsigned
17430 external/safe-iop/testsuite/../src/safe_iop.c:277: warning: comparison of promoted ~unsigned with unsigned
17431 external/safe-iop/testsuite/../src/safe_iop.c:278: warning: comparison of promoted ~unsigned with unsigned
17432 external/safe-iop/testsuite/../src/safe_iop.c: In function 'T_add_increment':
17433 external/safe-iop/testsuite/../src/safe_iop.c:358: warning: comparison of promoted ~unsigned with unsigned
17434 external/safe-iop/testsuite/../src/safe_iop.c:363: warning: comparison of promoted ~unsigned with unsigned
17435 external/safe-iop/testsuite/../src/safe_iop.c:363: warning: comparison of promoted ~unsigned with unsigned
17436 target thumb C++: screencap <= frameworks/base/cmds/screencap/screencap.cpp
17437 target thumb C: sdptest <= external/bluetooth/bluez/test/sdptest.c
17438 target thumb C++: skia_bench <= external/skia/bench/BitmapBench.cpp
17439 target thumb C++: skia_bench <= external/skia/bench/DecodeBench.cpp
17440 target thumb C++: skia_bench <= external/skia/bench/FPSBench.cpp
17441 target thumb C++: skia_bench <= external/skia/bench/RectBench.cpp
17442 target thumb C++: skia_bench <= external/skia/bench/RepeatTileBench.cpp
17443 target thumb C++: skia_bench <= external/skia/bench/TextBench.cpp
17444 target thumb C++: skia_bench <= external/skia/bench/SkBenchmark.cpp
17445 target thumb C++: skia_bench <= external/skia/bench/benchmain.cpp
17446 target thumb C++: skia_bench <= external/skia/bench/../src/utils/SkNWayCanvas.cpp
17447 target thumb C++: skia_bench <= external/skia/bench/../src/utils/SkParse.cpp
17448 target thumb C++: skia_gm <= external/skia/gm/filltypes.cpp
17449 target thumb C++: skia_gm <= external/skia/gm/gradients.cpp
17450 target thumb C++: skia_gm <= external/skia/gm/tilemodes.cpp
17451 target thumb C++: skia_gm <= external/skia/gm/bitmapfilters.cpp
17452 target thumb C++: skia_gm <= external/skia/gm/xfermodes.cpp
17453 target thumb C++: skia_gm <= external/skia/gm/gmmain.cpp
17454 target thumb C++: skia_gm <= external/skia/gm/../src/utils/SkUnitMappers.cpp
17455 target thumb C++: skia_test <= external/skia/tests/BlitRowTest.cpp
17456 target thumb C++: skia_test <= external/skia/tests/GeometryTest.cpp
17457 target thumb C++: skia_test <= external/skia/tests/MathTest.cpp
17458 target thumb C++: skia_test <= external/skia/tests/PackBitsTest.cpp
17459 target thumb C++: skia_test <= external/skia/tests/MatrixTest.cpp
17460 target thumb C++: skia_test <= external/skia/tests/Sk64Test.cpp
17461 target thumb C++: skia_test <= external/skia/tests/StringTest.cpp
17462 target thumb C++: skia_test <= external/skia/tests/UtilsTest.cpp
17463 target thumb C++: skia_test <= external/skia/tests/Test.cpp
17464 target thumb C++: skia_test <= external/skia/tests/PathTest.cpp
17465 target thumb C++: skia_test <= external/skia/tests/SrcOverTest.cpp
17466 target thumb C++: skia_test <= external/skia/tests/StreamTest.cpp
17467 target thumb C++: skia_test <= external/skia/tests/SortTest.cpp
17468 target thumb C++: skia_test <= external/skia/tests/PathMeasureTest.cpp

```
17469 target thumb C++: skia_test <= external/skia/tests/skia_test.cpp
17470 target thumb C++: slesTest_bassboostPath <=
system/media/opensles/tests/examples/slesTestBassBoostPath.cpp
17471 target thumb C: slesTest_configbq <=
system/media/opensles/tests/sandbox/configbq.c
17472 target thumb C: slesTest_dim <=
system/media/opensles/tests/sandbox/dim.c
17473 target thumb C++: slesTest_effectCapabilities <=
system/media/opensles/tests/examples/slesTestEffectCapabilities.cpp
17474 target thumb C: slesTest_engine <=
system/media/opensles/tests/sandbox/engine.c
17475 target thumb C++: slesTest_eqFdPath <=
system/media/opensles/tests/examples/slesTestEqFdPath.cpp
17476 target thumb C++: slesTest_eqOutputPath <=
system/media/opensles/tests/examples/slesTestEqOutputPath.cpp
17477 target thumb C++: slesTest_feedback <=
system/media/opensles/tests/examples/slesTestFeedback.cpp
17478 target thumb C: slesTest_intbufq <=
system/media/opensles/tests/sandbox/intbufq.c
17479 target thumb C: slesTest_intbufq <=
system/media/opensles/tests/sandbox/getch.c
17480 system/media/opensles/tests/sandbox/intbufq.c: In function 'main':
17481 system/media/opensles/tests/sandbox/intbufq.c:168: warning: implicit
declaration of function 'set_conio_terminal_mode'
17482 system/media/opensles/tests/sandbox/intbufq.c:173: warning: implicit
declaration of function 'kbhit'
17483 system/media/opensles/tests/sandbox/intbufq.c:177: warning: implicit
declaration of function 'getch'
17484 target thumb C: slesTest_monkey <=
system/media/opensles/tests/sandbox/monkey.c
17485 target thumb C++: slesTest_loopUri <=
system/media/opensles/tests/mimeUri/slesTestLoopUri.cpp
17486 target thumb C: slesTest_multiplay <=
system/media/opensles/tests/sandbox/multiplay.c
17487 target thumb C: slesTest_multithread <=
system/media/opensles/tests/sandbox/multithread.c
17488 target thumb C: slesTest_object <=
system/media/opensles/tests/sandbox/object.c
17489 target thumb C: slesTest_outputmix <=
system/media/opensles/tests/sandbox/outputmix.c
17490 target thumb C++: slesTest_playFdPath <=
system/media/opensles/tests/examples/slesTestPlayFdPath.cpp
17491 target thumb C++: slesTest_playMuteSolo <=
system/media/opensles/tests/listening/slesTest_playMuteSolo.cpp
17492 target thumb C++: slesTest_playStates <=
system/media/opensles/tests/mimeUri/slesTest_playStates.cpp
17493 target thumb C++: slesTest_playStreamType <=
system/media/opensles/tests/mimeUri/slesTestPlayStreamType.cpp
17494 target thumb C++: slesTest_playUri2 <=
system/media/opensles/tests/mimeUri/slesTestPlayUri2.cpp
17495 target thumb C++: slesTest_playUri <=
system/media/opensles/tests/mimeUri/slesTestPlayUri.cpp
17496 target thumb C++: slesTest_recBuffQueue <=
system/media/opensles/tests/examples/slesTestRecBuffQueue.cpp
17497 target thumb C: slesTest_reverb <=
system/media/opensles/tests/sandbox/reverb.c
```

```
17498 target thumb C++: slesTest_sawtoothBufferQueue <=
system/media/opensles/tests/examples/slesTestSawtoothBufferQueue.cpp
17499 target thumb C: slesTest_seekTorture <=
system/media/opensles/tests/listening/seekTorture.c
17500 target thumb C++: slesTest_sendToPresetReverb <=
system/media/opensles/tests/examples/slesTestSendToPresetReverb.cpp
17501 target thumb C++: slesTest_slowDownUri <=
system/media/opensles/tests/mimeUri/slesTestSlowDownUri.cpp
17502 target thumb C: slesTest_srcsink <=
system/media/opensles/tests/sandbox/srcsink.c
17503 target thumb C: slesTest_urimime <=
system/media/opensles/tests/sandbox/urimime.c
17504 target thumb C++: slesTest_virtualizer <=
system/media/opensles/tests/examples/slesTestVirtualizerPath.cpp
17505 target thumb C: sound <= system/extras/sound/playwav.c
17506 target thumb C: ssh <= external/dropbear/dbutil.c
17507 target thumb C: ssh <= external/dropbear/buffer.c
17508 system/extras/sound/playwav.c: In function 'pcm_play':
17509 system/extras/sound/playwav.c:73: warning: comparison between signed
and unsigned integer expressions
17510 system/extras/sound/playwav.c:87: warning: comparison between signed
and unsigned integer expressions
17511 system/extras/sound/playwav.c: In function 'play_file':
17512 system/extras/sound/playwav.c:143: warning: comparison between signed
and unsigned integer expressions
17513 system/extras/sound/playwav.c: In function 'wav_rec':
17514 system/extras/sound/playwav.c:266: warning: comparison between signed
and unsigned integer expressions
17515 system/extras/sound/playwav.c:270: warning: comparison between signed
and unsigned integer expressions
17516 external/dropbear/dbutil.c: In function 'getaddrstring':
17517 external/dropbear/dbutil.c:434: warning: pointer targets in return
differ in signedness
17518 external/dropbear/dbutil.c: In function 'getaddrhostname':
17519 external/dropbear/dbutil.c:474: warning: pointer targets in return
differ in signedness
17520 target thumb C: ssh <= external/dropbear/dss.c
17521 target thumb C: ssh <= external/dropbear/bignum.c
17522 external/dropbear/dss.c: In function 'buf_put_dss_pub_key':
17523 external/dropbear/dss.c:144: warning: pointer targets in passing
argument 2 of 'buf_putstring' differ in signedness
17524 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17525 external/dropbear/dss.c: In function 'buf_dss_verify':
17526 external/dropbear/dss.c:183: warning: pointer targets in passing
argument 2 of 'buf_getstring' differ in signedness
17527 external/dropbear/buffer.h:57: note: expected 'unsigned int *' but
argument is of type 'int *'
17528 external/dropbear/dss.c:183: warning: pointer targets in assignment
differ in signedness
17529 external/dropbear/dss.c:196: warning: pointer targets in passing
argument 2 of 'bytes_to_mp' differ in signedness
17530 external/dropbear/bignum.h:32: note: expected 'const unsigned char *'
but argument is of type 'char *'
17531 external/dropbear/dss.c:218: warning: pointer targets in passing
argument 2 of 'bytes_to_mp' differ in signedness
```

17532 external/dropbear/bignum.h:32: note: expected 'const unsigned char *'
but argument is of type 'char *'
17533 external/dropbear/dss.c: In function 'buf_put_dss_sign':
17534 external/dropbear/dss.c:384: warning: pointer targets in passing
argument 2 of 'buf_putstring' differ in signedness
17535 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17536 target thumb C: ssh <= external/dropbear/signkey.c
17537 target thumb C: ssh <= external/dropbear/rsa.c
17538 target thumb C: ssh <= external/dropbear/random.c
17539 external/dropbear/signkey.c: In function 'buf_get_pub_key':
17540 external/dropbear/signkey.c:100: warning: pointer targets in passing
argument 1 of 'signkey_type_from_name' differ in signedness
17541 external/dropbear/signkey.c:69: note: expected 'const char *' but
argument is of type 'unsigned char *'
17542 external/dropbear/signkey.c: In function 'buf_get_priv_key':
17543 external/dropbear/signkey.c:152: warning: pointer targets in passing
argument 1 of 'signkey_type_from_name' differ in signedness
17544 external/dropbear/signkey.c:69: note: expected 'const char *' but
argument is of type 'unsigned char *'
17545 target thumb C: ssh <= external/dropbear/queue.c
17546 external/dropbear/rsa.c: In function 'buf_put_rsa_pub_key':
17547 external/dropbear/rsa.c:183: warning: pointer targets in passing
argument 2 of 'buf_putstring' differ in signedness
17548 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17549 external/dropbear/rsa.c: In function 'buf_put_rsa_sign':
17550 external/dropbear/rsa.c:340: warning: pointer targets in passing
argument 2 of 'buf_putstring' differ in signedness
17551 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17552 target thumb C: ssh <= external/dropbear/compat.c
17553 target thumb C: ssh <= external/dropbear/fake-rfc2553.c
17554 target thumb C: ssh <= external/dropbear/atomicio.c
17555 target thumb C: ssh <= external/dropbear/common-session.c
17556 external/dropbear/common-session.c: In function 'common_session_init':
17557 external/dropbear/common-session.c:57: warning: pointer targets in
assignment differ in signedness
17558 external/dropbear/common-session.c: In function
'session_identification':
17559 external/dropbear/common-session.c:272: warning: pointer targets in
passing argument 1 of 'strncmp' differ in signedness
17560 bionic/libc/include/string.h:72: note: expected 'const char *' but
argument is of type 'unsigned char *'
17561 external/dropbear/common-session.c:273: warning: pointer targets in
passing argument 1 of 'strncmp' differ in signedness
17562 bionic/libc/include/string.h:72: note: expected 'const char *' but
argument is of type 'unsigned char *'
17563 target thumb C: ssh <= external/dropbear/packet.c
17564 target thumb C: ssh <= external/dropbear/common-algo.c
17565 target thumb C: ssh <= external/dropbear/common-kex.c
17566 external/dropbear/common-algo.c:90: warning: pointer targets in
initialization differ in signedness
17567 external/dropbear/common-algo.c:93: warning: pointer targets in
initialization differ in signedness
17568 external/dropbear/common-algo.c:113: warning: pointer targets in
initialization differ in signedness

```
17569 external/dropbear/common-algo.c:116: warning: pointer targets in
initialization differ in signedness
17570 external/dropbear/common-algo.c:119: warning: pointer targets in
initialization differ in signedness
17571 external/dropbear/common-algo.c:128: warning: pointer targets in
initialization differ in signedness
17572 external/dropbear/common-algo.c:134: warning: pointer targets in
initialization differ in signedness
17573 external/dropbear/common-algo.c:137: warning: pointer targets in
initialization differ in signedness
17574 external/dropbear/common-algo.c:143: warning: pointer targets in
initialization differ in signedness
17575 external/dropbear/common-algo.c: In function 'have_algo':
17576 external/dropbear/common-algo.c:200: warning: pointer targets in
passing argument 1 of 'strlen' differ in signedness
17577 bionic/libc/include/string.h:52: note: expected 'const char *' but
argument is of type 'unsigned char *'
17578 external/dropbear/common-algo.c:201: warning: pointer targets in
passing argument 1 of 'strncmp' differ in signedness
17579 bionic/libc/include/string.h:72: note: expected 'const char *' but
argument is of type 'unsigned char *'
17580 external/dropbear/common-algo.c: In function 'buf_put_algolist':
17581 external/dropbear/common-algo.c:224: warning: pointer targets in
passing argument 1 of 'strlen' differ in signedness
17582 bionic/libc/include/string.h:52: note: expected 'const char *' but
argument is of type 'unsigned char *'
17583 target thumb C: ssh <= external/dropbear/common-channel.c
17584 external/dropbear/common-kex.c: In function 'send_msg_kexinit':
17585 external/dropbear/common-kex.c:100: warning: pointer targets in passing
argument 2 of 'buf_putstring' differ in signedness
17586 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17587 external/dropbear/common-kex.c:103: warning: pointer targets in passing
argument 2 of 'buf_putstring' differ in signedness
17588 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17589 target thumb C: ssh <= external/dropbear/common-chansession.c
17590 external/dropbear/common-channel.c: In function 'check_in_progress':
17591 external/dropbear/common-channel.c:337: warning: pointer targets in
passing argument 3 of 'send_msg_channel_open_failure' differ in signedness
17592 external/dropbear/common-channel.c:38: note: expected 'const unsigned
char *' but argument is of type 'char *'
17593 external/dropbear/common-channel.c:337: warning: pointer targets in
passing argument 4 of 'send_msg_channel_open_failure' differ in signedness
17594 external/dropbear/common-channel.c:38: note: expected 'const unsigned
char *' but argument is of type 'char *'
17595 external/dropbear/common-channel.c: In function
'recv_msg_channel_open':
17596 external/dropbear/common-channel.c:787: warning: pointer targets in
passing argument 1 of 'strcmp' differ in signedness
17597 external/dropbear/libtomcrypt/src/headers/tomcrypt_cfg.h:42: note:
expected 'const char *' but argument is of type 'unsigned char *'
17598 external/dropbear/common-channel.c:828: warning: pointer targets in
passing argument 3 of 'send_msg_channel_open_failure' differ in signedness
17599 external/dropbear/common-channel.c:38: note: expected 'const unsigned
char *' but argument is of type 'char *'
```

```
17600 external/dropbear/common-channel.c:828: warning: pointer targets in
passing argument 4 of 'send_msg_channel_open_failure' differ in signedness
17601 external/dropbear/common-channel.c:38: note: expected 'const unsigned
char *' but argument is of type 'char *'
17602 external/dropbear/common-channel.c: In function
'send_msg_channel_open_init':
17603 external/dropbear/common-channel.c:971: warning: pointer targets in
passing argument 2 of 'buf_putstring' differ in signedness
17604 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char * const'
17605 target thumb C: ssh <= external/dropbear/termcodes.c
17606 target thumb C: ssh <= external/dropbear/tcp-accept.c
17607 target thumb C: ssh <= external/dropbear/listener.c
17608 target thumb C: ssh <= external/dropbear/process-packet.c
17609 external/dropbear/tcp-accept.c: In function 'tcp_acceptor':
17610 external/dropbear/tcp-accept.c:84: warning: pointer targets in passing
argument 1 of 'strlen' differ in signedness
17611 bionic/libc/include/string.h:52: note: expected 'const char *' but
argument is of type 'unsigned char *'
17612 external/dropbear/tcp-accept.c:88: warning: pointer targets in passing
argument 2 of 'buf_putstring' differ in signedness
17613 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17614 external/dropbear/tcp-accept.c: In function 'listen_tcpfwd':
17615 external/dropbear/tcp-accept.c:117: warning: pointer targets in passing
argument 1 of 'strcmp' differ in signedness
17616 external/dropbear/libtomcrypt/src/headers/tomcrypt_cfg.h:42: note:
expected 'const char *' but argument is of type 'unsigned char *'
17617 external/dropbear/tcp-accept.c:118: warning: pointer targets in
assignment differ in signedness
17618 target thumb C: ssh <= external/dropbear/common-runopts.c
17619 target thumb C: ssh <= external/dropbear/circbuffer.c
17620 target thumb C: ssh <= external/dropbear/cli-algo.c
17621 target thumb C: ssh <= external/dropbear/cli-main.c
17622 external/dropbear/cli-algo.c: In function 'cli_buf_match_algo':
17623 external/dropbear/cli-algo.c:79: warning: pointer targets in passing
argument 1 of 'strlen' differ in signedness
17624 bionic/libc/include/string.h:52: note: expected 'const char *' but
argument is of type 'unsigned char *'
17625 external/dropbear/cli-algo.c:81: warning: pointer targets in passing
argument 1 of 'strlen' differ in signedness
17626 bionic/libc/include/string.h:52: note: expected 'const char *' but
argument is of type 'unsigned char *'
17627 external/dropbear/cli-algo.c:83: warning: pointer targets in passing
argument 1 of 'strncmp' differ in signedness
17628 bionic/libc/include/string.h:72: note: expected 'const char *' but
argument is of type 'unsigned char *'
17629 external/dropbear/cli-algo.c:83: warning: pointer targets in passing
argument 2 of 'strncmp' differ in signedness
17630 bionic/libc/include/string.h:72: note: expected 'const char *' but
argument is of type 'unsigned char *'
17631 target thumb C: ssh <= external/dropbear/cli-auth.c
17632 target thumb C: ssh <= external/dropbear/cli-authpasswd.c
17633 target thumb C: ssh <= external/dropbear/cli-kex.c
17634 target thumb C: ssh <= external/dropbear/cli-session.c
```

642

17635 external/dropbear/cli-authpasswd.c: In function
'cli_auth_password':external/dropbear/cli-kex.c: In function
'recv_msg_kexdh_reply':
17636 external/dropbear/cli-authpasswd.c:136: warning: pointer targets in
passing argument 2 of 'buf_putstring' differ in signedness
17637 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17638 external/dropbear/cli-authpasswd.c:139: warning: pointer targets in
passing argument 2 of 'buf_putstring' differ in signedness
17639 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17640 external/dropbear/cli-authpasswd.c:142: warning: pointer targets in
passing argument 2 of 'buf_putstring' differ in signedness
17641 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17642 external/dropbear/cli-authpasswd.c:146: warning: pointer targets in
passing argument 2 of 'buf_putstring' differ in signedness
17643 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17644
17645 external/dropbear/cli-kex.c:86: warning: pointer targets in passing
argument 3 of 'buf_get_pub_key' differ in signedness
17646 external/dropbear/signkey.h:47: note: expected 'int *' but argument is
of type 'unsigned int *'
17647 external/dropbear/cli-kex.c: In function 'checkhostkey':
17648 external/dropbear/cli-kex.c:229: warning: pointer targets in passing
argument 2 of 'signkey_name_from_type' differ in signedness
17649 external/dropbear/signkey.h:45: note: expected 'int *' but argument is
of type 'unsigned int *'
17650 external/dropbear/cli-kex.c:248: warning: pointer targets in passing
argument 2 of 'strncmp' differ in signedness
17651 bionic/libc/include/string.h:72: note: expected 'const char *' but
argument is of type 'unsigned char *'
17652 external/dropbear/cli-kex.c:260: warning: pointer targets in passing
argument 1 of 'strncmp' differ in signedness
17653 bionic/libc/include/string.h:72: note: expected 'const char *' but
argument is of type 'unsigned char *'
17654 external/dropbear/cli-kex.c:273: warning: pointer targets in passing
argument 3 of 'cmp_base64_key' differ in signedness
17655 external/dropbear/signkey.h:59: note: expected 'const unsigned char *'
but argument is of type 'const char *'
17656 external/dropbear/cli-kex.c:309: warning: pointer targets in passing
argument 2 of 'buf_putbytes' differ in signedness
17657 external/dropbear/buffer.h:61: note: expected 'const unsigned char *'
but argument is of type 'const char *'
17658 external/dropbear/cli-auth.c: In function 'cli_auth_getmethods':
17659 external/dropbear/cli-auth.c:50: warning: pointer targets in passing
argument 2 of 'buf_putstring' differ in signedness
17660 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17661 external/dropbear/cli-auth.c:52: warning: pointer targets in passing
argument 2 of 'buf_putstring' differ in signedness
17662 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17663 external/dropbear/cli-auth.c:53: warning: pointer targets in passing
argument 2 of 'buf_putstring' differ in signedness

17664 external/dropbear/buffer.h:60: note: expected 'const unsigned char *' but argument is of type 'char *'
17665 external/dropbear/cli-auth.c: In function 'recv_msg_userauth_failure':
17666 external/dropbear/cli-auth.c:201: warning: pointer targets in passing argument 2 of 'strncmp' differ in signedness
17667 bionic/libc/include/string.h:72: note: expected 'const char *' but argument is of type 'unsigned char *'
17668 external/dropbear/cli-auth.c:207: warning: pointer targets in passing argument 2 of 'strncmp' differ in signedness
17669 bionic/libc/include/string.h:72: note: expected 'const char *' but argument is of type 'unsigned char *'
17670 external/dropbear/cli-auth.c:213: warning: pointer targets in passing argument 2 of 'strncmp' differ in signedness
17671 bionic/libc/include/string.h:72: note: expected 'const char *' but argument is of type 'unsigned char *'
17672 external/dropbear/cli-auth.c: In function 'getpass_or_cancel':
17673 external/dropbear/cli-auth.c:288: warning: implicit declaration of function 'getpass'
17674 external/dropbear/cli-auth.c:288: warning: assignment makes pointer from integer without a cast
17675 target thumb C: ssh <= external/dropbear/cli-service.c
17676 target thumb C: ssh <= external/dropbear/cli-runopts.c
17677 external/dropbear/cli-service.c: In function 'send_msg_service_request':
17678 external/dropbear/cli-service.c:41: warning: pointer targets in passing argument 2 of 'buf_putstring' differ in signedness
17679 external/dropbear/buffer.h:60: note: expected 'const unsigned char *' but argument is of type 'char *'
17680 external/dropbear/cli-service.c: In function 'recv_msg_service_accept':
17681 external/dropbear/cli-service.c:61: warning: pointer targets in passing argument 2 of 'strncmp' differ in signedness
17682 bionic/libc/include/string.h:72: note: expected 'const char *' but argument is of type 'unsigned char *'
17683 external/dropbear/cli-service.c:72: warning: pointer targets in passing argument 2 of 'strncmp' differ in signedness
17684 bionic/libc/include/string.h:72: note: expected 'const char *' but argument is of type 'unsigned char *'
17685 target thumb C: ssh <= external/dropbear/cli-chansession.c
17686 target thumb C: ssh <= external/dropbear/cli-authpubkey.c
17687 external/dropbear/cli-runopts.c: In function 'addforward':target thumb C: ssh <= external/dropbear/cli-tcpfwd.c
17688
17689 external/dropbear/cli-runopts.c:409: warning: pointer targets in assignment differ in signedness
17690 external/dropbear/cli-chansession.c: In function 'cli_chansessreq':
17691 external/dropbear/cli-chansession.c:67: warning: pointer targets in passing argument 1 of 'strcmp' differ in signedness
17692 external/dropbear/libtomcrypt/src/headers/tomcrypt_cfg.h:42: note: expected 'const char *' but argument is of type 'unsigned char *'
17693 external/dropbear/cli-chansession.c:70: warning: pointer targets in passing argument 1 of 'strcmp' differ in signedness
17694 external/dropbear/libtomcrypt/src/headers/tomcrypt_cfg.h:42: note: expected 'const char *' but argument is of type 'unsigned char *'
17695 external/dropbear/cli-chansession.c: In function 'start_channel_request':
17696 external/dropbear/cli-chansession.c:102: warning: pointer targets in passing argument 1 of 'strlen' differ in signedness

17697 bionic/libc/include/string.h:52: note: expected 'const char *' but
argument is of type 'unsigned char *'
17698 external/dropbear/cli-chansession.c: In function
'cli_chansess_winchange':
17699 external/dropbear/cli-chansession.c:275: warning: pointer targets in
passing argument 2 of 'buf_putstring' differ in signedness
17700 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17701 external/dropbear/cli-chansession.c: In function
'send_chansess_pty_req':
17702 external/dropbear/cli-chansession.c:290: warning: pointer targets in
passing argument 2 of 'start_channel_request' differ in signedness
17703 external/dropbear/cli-chansession.c:95: note: expected 'unsigned char
*' but argument is of type 'char *'
17704 external/dropbear/cli-chansession.c:296: warning: pointer targets in
assignment differ in signedness
17705 external/dropbear/cli-chansession.c:298: warning: pointer targets in
assignment differ in signedness
17706 external/dropbear/cli-chansession.c:300: warning: pointer targets in
passing argument 1 of 'strlen' differ in signedness
17707 bionic/libc/include/string.h:52: note: expected 'const char *' but
argument is of type 'unsigned char *'
17708 external/dropbear/cli-chansession.c: In function
'send_chansess_shell_req':
17709 external/dropbear/cli-chansession.c:324: warning: pointer targets in
assignment differ in signedness
17710 external/dropbear/cli-chansession.c:326: warning: pointer targets in
assignment differ in signedness
17711 external/dropbear/cli-chansession.c:334: warning: pointer targets in
passing argument 2 of 'buf_putstring' differ in signedness
17712 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17713 external/dropbear/cli-authpubkey.c: In function
'recv_msg_userauth_pk_ok':
17714 external/dropbear/cli-authpubkey.c:72: warning: pointer targets in
assignment differ in signedness
17715 external/dropbear/cli-authpubkey.c: In function
'send_msg_userauth_pubkey':
17716 external/dropbear/cli-authpubkey.c:142: warning: pointer targets in
passing argument 2 of 'buf_putstring' differ in signedness
17717 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17718 external/dropbear/cli-authpubkey.c:145: warning: pointer targets in
passing argument 2 of 'buf_putstring' differ in signedness
17719 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17720 external/dropbear/cli-authpubkey.c:148: warning: pointer targets in
passing argument 2 of 'buf_putstring' differ in signedness
17721 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17722 external/dropbear/cli-authpubkey.c:154: warning: pointer targets in
passing argument 2 of 'buf_putstring' differ in signedness
17723 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'const char *'
17724 target thumb C: ssh <= external/dropbear/cli-channel.c
17725 external/dropbear/cli-tcpfwd.c: In function 'setup_localtcp':

```
17726 external/dropbear/cli-tcpfwd.c:74: warning: pointer targets in passing
argument 2 of 'cli_localtcp' differ in signedness
17727 external/dropbear/cli-tcpfwd.c:48: note: expected 'const char *' but
argument is of type 'const unsigned char *'
17728 external/dropbear/cli-tcpfwd.c: In function
'send_msg_global_request_remotetcp':
17729 external/dropbear/cli-tcpfwd.c:130: warning: pointer targets in passing
argument 2 of 'buf_putstring' differ in signedness
17730 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17731 external/dropbear/cli-tcpfwd.c:138: warning: pointer targets in passing
argument 2 of 'buf_putstring' differ in signedness
17732 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17733 external/dropbear/cli-tcpfwd.c: In function 'newtcpforwarded':
17734 external/dropbear/cli-tcpfwd.c:196: warning: pointer targets in passing
argument 1 of 'connect_remote' differ in signedness
17735 external/dropbear/dbutil.h:52: note: expected 'const char *' but
argument is of type 'const unsigned char *'
17736 target thumb C: ssh <= external/dropbear/cli-authinteract.c
17737 target thumb C: ssh <= external/dropbear/netbsd_getpass.c
17738 target thumb C: ssltest <= external/openssl/ssl/ssltest.c
17739 external/dropbear/cli-authinteract.c: In function
'recv_msg_userauth_info_request':
17740 external/dropbear/cli-authinteract.c:99: warning: pointer targets in
passing argument 1 of 'strlen' differ in signedness
17741 bionic/libc/include/string.h:52: note: expected 'const char *' but
argument is of type 'unsigned char *'
17742 external/dropbear/cli-authinteract.c:105: warning: pointer targets in
passing argument 1 of 'strlen' differ in signedness
17743 bionic/libc/include/string.h:52: note: expected 'const char *' but
argument is of type 'unsigned char *'
17744 external/dropbear/cli-authinteract.c:119: warning: pointer targets in
passing argument 1 of 'getpass_or_cancel' differ in signedness
17745 external/dropbear/auth.h:55: note: expected 'char *' but argument is of
type 'unsigned char *'
17746 external/dropbear/cli-authinteract.c:119: warning: pointer targets in
initialization differ in signedness
17747 external/dropbear/cli-authinteract.c:120: warning: pointer targets in
passing argument 1 of 'm_strdup' differ in signedness
17748 external/dropbear/dbutil.h:60: note: expected 'const char *' but
argument is of type 'unsigned char *'
17749 external/dropbear/cli-authinteract.c:121: warning: pointer targets in
passing argument 1 of 'strlen' differ in signedness
17750 bionic/libc/include/string.h:52: note: expected 'const char *' but
argument is of type 'unsigned char *'
17751 external/dropbear/cli-authinteract.c:126: warning: pointer targets in
passing argument 1 of 'strlen' differ in signedness
17752 bionic/libc/include/string.h:52: note: expected 'const char *' but
argument is of type 'unsigned char *'
17753 external/dropbear/cli-authinteract.c: In function
'cli_auth_interactive':
17754 external/dropbear/cli-authinteract.c:147: warning: pointer targets in
passing argument 2 of 'buf_putstring' differ in signedness
17755 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
```

```
17756 external/dropbear/cli-authinteract.c:151: warning: pointer targets in
passing argument 2 of 'buf_putstring' differ in signedness
17757 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17758 external/dropbear/cli-authinteract.c:155: warning: pointer targets in
passing argument 2 of 'buf_putstring' differ in signedness
17759 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17760 external/dropbear/cli-authinteract.c:158: warning: pointer targets in
passing argument 2 of 'buf_putstring' differ in signedness
17761 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17762 external/dropbear/cli-authinteract.c:161: warning: pointer targets in
passing argument 2 of 'buf_putstring' differ in signedness
17763 external/dropbear/buffer.h:60: note: expected 'const unsigned char *'
but argument is of type 'char *'
17764 target thumb C: tcpdump <= external/tcpdump/addrtoname.c
17765 target thumb C: tcpdump <= external/tcpdump/af.c
17766 target thumb C: tcpdump <= external/tcpdump/cpack.c
17767 target thumb C: tcpdump <= external/tcpdump/gmpls.c
17768 target thumb C: tcpdump <= external/tcpdump/oui.c
17769 target thumb C: tcpdump <= external/tcpdump/gmt2local.c
17770 target thumb C: tcpdump <= external/tcpdump/ipproto.c
17771 target thumb C: tcpdump <= external/tcpdump/nlpid.c
17772 target thumb C: tcpdump <= external/tcpdump/l2vpn.c
17773 target thumb C: tcpdump <= external/tcpdump/machdep.c
17774 target thumb C: tcpdump <= external/tcpdump/parsenfsfh.c
17775 target thumb C: tcpdump <= external/tcpdump/print-802_11.c
17776 target thumb C: tcpdump <= external/tcpdump/print-ap1394.c
17777 external/tcpdump/print-802_11.c: In function 'parse_elements':
17778 external/tcpdump/print-802_11.c:267: warning: comparison between signed
and unsigned integer expressions
17779 target thumb C: tcpdump <= external/tcpdump/print-ah.c
17780 target thumb C: tcpdump <= external/tcpdump/print-arcnet.c
17781 target thumb C: tcpdump <= external/tcpdump/print-aodv.c
17782 target thumb C: tcpdump <= external/tcpdump/print-arp.c
17783 target thumb C: tcpdump <= external/tcpdump/print-ascii.c
17784 target thumb C: tcpdump <= external/tcpdump/print-atalk.c
17785 target thumb C: tcpdump <= external/tcpdump/print-atm.c
17786 target thumb C: tcpdump <= external/tcpdump/print-beep.c
17787 target thumb C: tcpdump <= external/tcpdump/print-bfd.c
17788 target thumb C: tcpdump <= external/tcpdump/print-bgp.c
17789 target thumb C: tcpdump <= external/tcpdump/print-bootp.c
17790 target thumb C: tcpdump <= external/tcpdump/print-cdp.c
17791 target thumb C: tcpdump <= external/tcpdump/print-chdlc.c
17792 target thumb C: tcpdump <= external/tcpdump/print-cip.c
17793 target thumb C: tcpdump <= external/tcpdump/print-cnfp.c
17794 target thumb C: tcpdump <= external/tcpdump/print-dccp.c
17795 target thumb C: tcpdump <= external/tcpdump/print-dhcp6.c
17796 target thumb C: tcpdump <= external/tcpdump/print-decnet.c
17797 target thumb C: tcpdump <= external/tcpdump/print-domain.c
17798 target thumb C: tcpdump <= external/tcpdump/print-dvmrp.c
17799 target thumb C: tcpdump <= external/tcpdump/print-enc.c
17800 target thumb C: tcpdump <= external/tcpdump/print-egp.c
17801 target thumb C: tcpdump <= external/tcpdump/print-eap.c
17802 target thumb C: tcpdump <= external/tcpdump/print-eigrp.c
17803 target thumb C: tcpdump <= external/tcpdump/print-esp.c
```

```
17804 target thumb C: tcpdump <= external/tcpdump/print-ether.c
17805 target thumb C: tcpdump <= external/tcpdump/print-fddi.c
17806 target thumb C: tcpdump <= external/tcpdump/print-fr.c
17807 target thumb C: tcpdump <= external/tcpdump/print-frag6.c
17808 target thumb C: tcpdump <= external/tcpdump/print-gre.c
17809 target thumb C: tcpdump <= external/tcpdump/print-hsrp.c
17810 target thumb C: tcpdump <= external/tcpdump/print-icmp.c
17811 target thumb C: tcpdump <= external/tcpdump/print-icmp6.c
17812 target thumb C: tcpdump <= external/tcpdump/print-igmp.c
17813 target thumb C: tcpdump <= external/tcpdump/print-igrp.c
17814 target thumb C: tcpdump <= external/tcpdump/print-ip.c
17815 target thumb C: tcpdump <= external/tcpdump/print-ip6.c
17816 target thumb C: tcpdump <= external/tcpdump/print-ip6opts.c
17817 target thumb C: tcpdump <= external/tcpdump/print-ipcomp.c
17818 target thumb C: tcpdump <= external/tcpdump/print-ipfc.c
17819 target thumb C: tcpdump <= external/tcpdump/print-ipx.c
17820 target thumb C: tcpdump <= external/tcpdump/print-isakmp.c
17821 target thumb C: tcpdump <= external/tcpdump/print-isoclns.c
17822 target thumb C: tcpdump <= external/tcpdump/print-juniper.c
17823 target thumb C: tcpdump <= external/tcpdump/print-krb.c
17824 target thumb C: tcpdump <= external/tcpdump/print-l2tp.c
17825 target thumb C: tcpdump <= external/tcpdump/print-lane.c
17826 target thumb C: tcpdump <= external/tcpdump/print-ldp.c
17827 target thumb C: tcpdump <= external/tcpdump/print-llc.c
17828 target thumb C: tcpdump <= external/tcpdump/print-lmp.c
17829 target thumb C: tcpdump <= external/tcpdump/print-lspping.c
17830 target thumb C: tcpdump <= external/tcpdump/print-lwres.c
17831 target thumb C: tcpdump <= external/tcpdump/print-mobile.c
17832 target thumb C: tcpdump <= external/tcpdump/print-mobility.c
17833 target thumb C: tcpdump <= external/tcpdump/print-mpls.c
17834 target thumb C: tcpdump <= external/tcpdump/print-msdp.c
17835 target thumb C: tcpdump <= external/tcpdump/print-nfs.c
17836 target thumb C: tcpdump <= external/tcpdump/print-ntp.c
17837 target thumb C: tcpdump <= external/tcpdump/print-null.c
17838 target thumb C: tcpdump <= external/tcpdump/print-olsr.c
17839 target thumb C: tcpdump <= external/tcpdump/print-ospf.c
17840 external/tcpdump/print-ospf.c: In function 'ospf_print':
17841 external/tcpdump/print-ospf.c:936: warning: pointer targets in passing
argument 1 of 'safeputs' differ in signedness
17842 external/tcpdump/netdissect.h:234: note: expected 'const char *' but
argument is of type 'const u_int8_t *'
17843 target thumb C: tcpdump <= external/tcpdump/print-ospf6.c
17844 target thumb C: tcpdump <= external/tcpdump/print-pgm.c
17845 target thumb C: tcpdump <= external/tcpdump/print-pim.c
17846 target thumb C: tcpdump <= external/tcpdump/print-ppp.c
17847 target thumb C: tcpdump <= external/tcpdump/print-pppoe.c
17848 target thumb C: tcpdump <= external/tcpdump/print-pptp.c
17849 target thumb C: tcpdump <= external/tcpdump/print-radius.c
17850 target thumb C: tcpdump <= external/tcpdump/print-raw.c
17851 target thumb C: tcpdump <= external/tcpdump/print-rip.c
17852 target thumb C: tcpdump <= external/tcpdump/print-ripng.c
17853 target thumb C: tcpdump <= external/tcpdump/print-rsvp.c
17854 target thumb C: tcpdump <= external/tcpdump/print-rt6.c
17855 target thumb C: tcpdump <= external/tcpdump/print-rx.c
17856 target thumb C: tcpdump <= external/tcpdump/print-sctp.c
17857 target thumb C: tcpdump <= external/tcpdump/print-sip.c
17858 target thumb C: tcpdump <= external/tcpdump/print-sl.c
```

```
17859 target thumb C: tcpdump <= external/tcpdump/print-sll.c
17860 target thumb C: tcpdump <= external/tcpdump/print-slow.c
17861 target thumb C: tcpdump <= external/tcpdump/print-snmp.c
17862 target thumb C: tcpdump <= external/tcpdump/print-stp.c
17863 target thumb C: tcpdump <= external/tcpdump/print-sunatm.c
17864 target thumb C: tcpdump <= external/tcpdump/print-sunrpc.c
17865 target thumb C: tcpdump <= external/tcpdump/print-symantec.c
17866 target thumb C: tcpdump <= external/tcpdump/print-syslog.c
17867 target thumb C: tcpdump <= external/tcpdump/print-tcp.c
17868 target thumb C: tcpdump <= external/tcpdump/print-telnet.c
17869 target thumb C: tcpdump <= external/tcpdump/print-tftp.c
17870 target thumb C: tcpdump <= external/tcpdump/print-timed.c
17871 target thumb C: tcpdump <= external/tcpdump/print-token.c
17872 target thumb C: tcpdump <= external/tcpdump/print-udp.c
17873 target thumb C: tcpdump <= external/tcpdump/print-vjc.c
17874 target thumb C: tcpdump <= external/tcpdump/print-vrrp.c
17875 target thumb C: tcpdump <= external/tcpdump/print-wb.c
17876 target thumb C: tcpdump <= external/tcpdump/print-zephyr.c
17877 target thumb C: tcpdump <= external/tcpdump/setsignal.c
17878 target thumb C: tcpdump <= external/tcpdump/tcpdump.c
17879 external/tcpdump/print-zephyr.c: In function 'zephyr_print':
17880 external/tcpdump/print-zephyr.c:306: warning: 'z.recipient' may be used
uninitialized in this function
17881 external/tcpdump/print-zephyr.c:196: warning: 'z.sender' may be used
uninitialized in this function
17882 external/tcpdump/print-zephyr.c:310: warning: 'z.opcode' may be used
uninitialized in this function
17883 external/tcpdump/print-zephyr.c:114: warning: 'z.inst' may be used
uninitialized in this function
17884 external/tcpdump/print-zephyr.c:137: note: 'z.inst' was declared here
17885 external/tcpdump/print-zephyr.c:198: warning: 'z.class' may be used
uninitialized in this function
17886 external/tcpdump/print-zephyr.c:222: warning: 'z.kind' may be used
uninitialized in this function
17887 target thumb C: tcpdump <= external/tcpdump/util.c
17888 target thumb C: tcpdump <= external/tcpdump/version.c
17889 target thumb C: tcpdump <= external/tcpdump/print-smb.c
17890 target thumb C: tcpdump <= external/tcpdump/smbutil.c
17891 target thumb C: tcpdump <= external/tcpdump/missing/strlcat.c
17892 target thumb C: tcpdump <= external/tcpdump/missing/strlcpy.c
17893 target thumb C: libpcap <= external/libpcap/bpf_dump.c
17894 target thumb C: libpcap <= external/libpcap/bpf/net/bpf_filter.c
17895 external/libpcap/bpf/net/bpf_filter.c: In function 'bpf_filter':
17896 external/libpcap/bpf/net/bpf_filter.c:283: warning: comparison between
signed and unsigned integer expressions
17897 external/libpcap/bpf/net/bpf_filter.c:342: warning: comparison between
signed and unsigned integer expressions
17898 external/libpcap/bpf/net/bpf_filter.c:359: warning: comparison between
signed and unsigned integer expressions
17899 external/libpcap/bpf/net/bpf_filter.c:403: warning: comparison between
signed and unsigned integer expressions
17900 external/libpcap/bpf/net/bpf_filter.c:407: warning: comparison between
signed and unsigned integer expressions
17901 external/libpcap/bpf/net/bpf_filter.c:411: warning: comparison between
signed and unsigned integer expressions
17902 external/libpcap/bpf/net/bpf_filter.c: In function 'bpf_validate':
```

17903 external/libpcap/bpf/net/bpf_filter.c:544: warning: comparison between
signed and unsigned integer expressions
17904 target thumb C: libpcap <= external/libpcap/bpf_image.c
17905 target thumb C: libpcap <= external/libpcap/etherent.c
17906 target thumb C: libpcap <= external/libpcap/fad-gifc.c
17907 target thumb C: libpcap <= external/libpcap/gencode.c
17908 target thumb C: libpcap <= external/libpcap/grammar.c
17909 external/libpcap/fad-gifc.c: In function 'scan_proc_net_dev':
17910 external/libpcap/fad-gifc.c:164: warning: pointer targets in assignment
differ in signedness
17911 external/libpcap/fad-gifc.c: In function 'pcap_findalldevs':
17912 external/libpcap/fad-gifc.c:325: warning: comparison between signed and
unsigned integer expressions
17913 external/libpcap/fad-gifc.c:347: warning: comparison between signed and
unsigned integer expressions
17914 target thumb C: libpcap <= external/libpcap/inet.c
17915 external/libpcap/gencode.c: In function 'gen_scode':
17916 external/libpcap/gencode.c:5097: warning: comparison between signed and
unsigned integer expressions
17917 external/libpcap/gencode.c: In function 'gen_mcode6':
17918 external/libpcap/gencode.c:5445: warning: comparison between signed and
unsigned integer expressions
17919 target thumb C: libpcap <= external/libpcap/nametoaddr.c
17920 target thumb C: libpcap <= external/libpcap/optimize.c
17921 target thumb C: libpcap <= external/libpcap/pcap.c
17922 target thumb C: libpcap <= external/libpcap/pcap-linux.c
17923 external/libpcap/optimize.c: In function 'opt_peep':
17924 external/libpcap/optimize.c:905: warning: comparison between signed and
unsigned integer expressions
17925 external/libpcap/optimize.c:922: warning: comparison between signed and
unsigned integer expressions
17926 external/libpcap/optimize.c:926: warning: comparison between signed and
unsigned integer expressions
17927 external/libpcap/optimize.c: In function 'convert_code_r':
17928 external/libpcap/optimize.c:2097: warning: comparison between signed
and unsigned integer expressions
17929 external/libpcap/optimize.c:2122: warning: comparison between signed
and unsigned integer expressions
17930 external/libpcap/pcap.c: In function 'pcap_set_datalink':
17931 external/libpcap/pcap.c:278: warning: comparison between signed and
unsigned integer expressions
17932 target thumb C: libpcap <= external/libpcap/savefile.c
17933 external/libpcap/savefile.c: In function 'sf_next_packet':
17934 external/libpcap/savefile.c:1189: warning: comparison between signed
and unsigned integer expressions
17935 target thumb C: libpcap <= external/libpcap/scanner.c
17936 target thumb C: libpcap <= external/libpcap/version.c
17937 target thumb C: test-fb-refresh <=
system/extras/tests/framebuffer/refresh.c
17938 <stdout>: In function 'yy_get_next_buffer':
17939 <stdout>:3686: warning: comparison between signed and unsigned integer
expressions
17940 target thumb C: test-fb-simple <=
system/extras/tests/framebuffer/fb_test.c
17941 target thumb C: test-mdp <= system/extras/tests/framebuffer/mdp_test.c
17942 system/extras/tests/framebuffer/mdp_test.c: In function 'main':

```
17943 system/extras/tests/framebuffer/mdp_test.c:195: warning: passing
argument 2 of 'getopt' from incompatible pointer type
17944 bionic/libc/include/unistd.h:160: note: expected 'char * const*' but
argument is of type 'const char **'
17945 system/extras/tests/framebuffer/mdp_test.c:253: warning: pointer of
type 'void *' used in arithmetic
17946 target thumb C++: test-nusensors <=
hardware/libhardware/tests/nusensors/nusensors.cpp
17947 target thumb C++: test-opengl-codegen <=
system/core/libpixelflinger/tests/codegen/codegen.cpp
17948 target thumb C++: test-opengl-configdump <=
frameworks/base/opengl/tests/configdump/configdump.cpp
17949 frameworks/base/opengl/tests/configdump/configdump.cpp: In function
'int main(int, char**)':
17950 frameworks/base/opengl/tests/configdump/configdump.cpp:79: warning:
comparison between signed and unsigned integer expressions
17951 target thumb C++: test-opengl-filter <=
frameworks/base/opengl/tests/filter/filter.cpp
17952 target thumb C++: test-opengl-finish <=
frameworks/base/opengl/tests/finish/finish.cpp
17953 target thumb C++: test-opengl-gl2_basic <=
frameworks/base/opengl/tests/gl2_basic/gl2_basic.cpp
17954 target thumb C++: test-opengl-gl_basic <=
frameworks/base/opengl/tests/gl_basic/gl_basic.cpp
17955 target thumb C++: test-opengl-gralloc <=
frameworks/base/opengl/tests/gralloc/gralloc.cpp
17956 target thumb C++: test-opengl-linetex <=
frameworks/base/opengl/tests/linetex/linetex.cpp
17957 target thumb C++: test-opengl-swapinterval <=
frameworks/base/opengl/tests/swapinterval/swapinterval.cpp
17958 target thumb C++: test-opengl-textures <=
frameworks/base/opengl/tests/textures/textures.cpp
17959 target thumb C++: test-opengl-tritex <=
frameworks/base/opengl/tests/tritex/tritex.cpp
17960 target thumb C++: timeinfo <= system/extras/timeinfo/timeinfo.cpp
17961 target thumb C: updater <= bootable/recovery/updater/install.c
17962 target thumb C: timetest <= system/extras/tests/timetest/timetest.c
17963 target thumb C: updater <= bootable/recovery/updater/updater.c
17964 bootable/recovery/updater/updater.c: In function 'main':
17965 bootable/recovery/updater/updater.c:99: warning: implicit declaration
of function 'yy_scan_string'
17966 bootable/recovery/updater/updater.c:100: warning: implicit declaration
of function 'yyparse'
17967 target thumb C: libedify <= bootable/recovery/edify/expr.c
17968 target thumb C++: libedify <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libedify_intermediates/parser.
cpp
17969 cc1: warning: command line option "-Wsign-promo" is valid for
C++/ObjC++ but not for C
17970 cc1: warning: command line option "-fvisibility-inlines-hidden" is
valid for C++/ObjC++ but not for C
17971 cc1: warning: command line option "-fno-rtti" is valid for C++/ObjC++
but not for C
17972 target thumb C++: libedify <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libedify_intermediates/lexer.c
pp
```

```
17973 cc1: warning: command line option "-Wsign-promo" is valid for
C++/ObjC++ but not for C
17974 cc1: warning: command line option "-fvisibility-inlines-hidden" is
valid for C++/ObjC++ but not for C
17975 cc1: warning: command line option "-fno-rtti" is valid for C++/ObjC++
but not for C
17976 target thumb C++: v8shell <= external/v8/samples/shell.cc
17977 target thumb C: verifier_test <= bootable/recovery/verifier_test.c
17978 target thumb C: verifier_test <= bootable/recovery/verifier.c
17979 bootable/recovery/verifier.c: In function 'verify_file':
17980 bootable/recovery/verifier.c:124: warning: comparison between signed
and unsigned integer expressions
17981 bootable/recovery/verifier.c:153: warning: comparison between signed
and unsigned integer expressions
17982 bootable/recovery/verifier.c:154: warning: comparison between signed
and unsigned integer expressions
17983 bootable/recovery/verifier.c:162: warning: comparison between signed
and unsigned integer expressions
17984 bootable/recovery/verifier.c:171: warning: comparison between signed
and unsigned integer expressions
17985 target asm: vfp-crasher <= system/core/debuggerd/vfp.S
17986 target thumb C: vfp-crasher <= system/core/debuggerd/vfp-crasher.c
17987 target thumb C++: webcore_test <=
external/webkit/WebKit/android/benchmark/main.cpp
17988 target thumb C: cpufeatures <= ndk/sources/android/cpufeatures/cpu-
features.c
17989 target thumb C++: libastl <= external/astl/src/basic_ios.cpp
17990 target thumb C++: libastl <= external/astl/src/ios_base.cpp
17991 target thumb C++: libastl <= external/astl/src/ios_pos_types.cpp
17992 target thumb C++: libastl <= external/astl/src/ios_globals.cpp
17993 target thumb C++: libastl <= external/astl/src/ostream.cpp
17994 target thumb C++: libastl <= external/astl/src/sstream.cpp
17995 target thumb C++: libastl <= external/astl/src/list.cpp
17996 target thumb C++: libastl <= external/astl/src/stdio_filebuf.cpp
17997 target thumb C++: libastl <= external/astl/src/streambuf.cpp
17998 target thumb C++: libbinder <= frameworks/base/libs/binder/Binder.cpp
17999 target thumb C++: libastl <= external/astl/src/string.cpp
18000 target thumb C++: libbinder <= frameworks/base/libs/binder/BpBinder.cpp
18001 target thumb C++: libbinder <=
frameworks/base/libs/binder/IInterface.cpp
18002 target thumb C++: libbinder <= frameworks/base/libs/binder/IMemory.cpp
18003 target thumb C++: libbinder <=
frameworks/base/libs/binder/IPCThreadState.cpp
18004 target thumb C++: libbinder <=
frameworks/base/libs/binder/IPermissionController.cpp
18005 target thumb C++: libbinder <=
frameworks/base/libs/binder/IServiceManager.cpp
18006 target thumb C++: libbinder <=
frameworks/base/libs/binder/MemoryDealer.cpp
18007 target thumb C++: libbinder <=
frameworks/base/libs/binder/MemoryBase.cpp
18008 target thumb C++: libbinder <=
frameworks/base/libs/binder/MemoryHeapBase.cpp
18009 target thumb C++: libbinder <=
frameworks/base/libs/binder/MemoryHeapPmem.cpp
18010 target thumb C++: libbinder <= frameworks/base/libs/binder/Parcel.cpp
```

```
18011 target thumb C++: libbinder <=
frameworks/base/libs/binder/Permission.cpp
18012 target thumb C++: libbinder <=
frameworks/base/libs/binder/ProcessState.cpp
18013 target thumb C++: libbinder <= frameworks/base/libs/binder/Static.cpp
18014 target arm C: libm <= bionic/libm/isinf.c
18015 target arm C: libm <= bionic/libm/fpclassify.c
18016 target arm C: libm <= bionic/libm/sincos.c
18017 target arm C: libm <= bionic/libm/bsdsrc/b_exp.c
18018 target arm C: libm <= bionic/libm/bsdsrc/b_log.c
18019 target arm C: libm <= bionic/libm/bsdsrc/b_tgamma.c
18020 target arm C: libm <= bionic/libm/src/e_acos.c
18021 target arm C: libm <= bionic/libm/src/e_acosf.c
18022 target arm C: libm <= bionic/libm/src/e_acosh.c
18023 target arm C: libm <= bionic/libm/src/e_acoshf.c
18024 target arm C: libm <= bionic/libm/src/e_asin.c
18025 target arm C: libm <= bionic/libm/src/e_asinf.c
18026 target arm C: libm <= bionic/libm/src/e_atan2.c
18027 target arm C: libm <= bionic/libm/src/e_atan2f.c
18028 target arm C: libm <= bionic/libm/src/e_atanh.c
18029 target arm C: libm <= bionic/libm/src/e_cosh.c
18030 target arm C: libm <= bionic/libm/src/e_atanhf.c
18031 target arm C: libm <= bionic/libm/src/e_coshf.c
18032 target arm C: libm <= bionic/libm/src/e_exp.c
18033 target arm C: libm <= bionic/libm/src/e_expf.c
18034 target arm C: libm <= bionic/libm/src/e_fmod.c
18035 target arm C: libm <= bionic/libm/src/e_fmodf.c
18036 target arm C: libm <= bionic/libm/src/e_gamma.c
18037 target arm C: libm <= bionic/libm/src/e_gamma_r.c
18038 target arm C: libm <= bionic/libm/src/e_gammaf.c
18039 target arm C: libm <= bionic/libm/src/e_hypot.c
18040 target arm C: libm <= bionic/libm/src/e_gammaf_r.c
18041 target arm C: libm <= bionic/libm/src/e_hypotf.c
18042 target arm C: libm <= bionic/libm/src/e_j0.c
18043 target arm C: libm <= bionic/libm/src/e_j0f.c
18044 target arm C: libm <= bionic/libm/src/e_j1.c
18045 target arm C: libm <= bionic/libm/src/e_j1f.c
18046 target arm C: libm <= bionic/libm/src/e_jn.c
18047 target arm C: libm <= bionic/libm/src/e_jnf.c
18048 target arm C: libm <= bionic/libm/src/e_lgamma.c
18049 target arm C: libm <= bionic/libm/src/e_lgamma_r.c
18050 bionic/libm/src/e_lgamma_r.c: In function 'lgamma_r':
18051 bionic/libm/src/e_lgamma_r.c:295: warning: 'nadj' may be used
uninitialized in this function
18052 target arm C: libm <= bionic/libm/src/e_lgammaf.c
18053 target arm C: libm <= bionic/libm/src/e_lgammaf_r.c
18054 target arm C: libm <= bionic/libm/src/e_log.c
18055 target arm C: libm <= bionic/libm/src/e_log10.c
18056 target arm C: libm <= bionic/libm/src/e_log10f.c
18057 bionic/libm/src/e_log.c: In function 'log':
18058 bionic/libm/src/e_log.c:111: warning: suggest explicit braces to avoid
ambiguous 'else'
18059 bionic/libm/src/e_lgammaf_r.c: In function 'lgammaf_r':
18060 bionic/libm/src/e_lgammaf_r.c:229: warning: 'nadj' may be used
uninitialized in this function
18061 target arm C: libm <= bionic/libm/src/e_logf.c
18062 target arm C: libm <= bionic/libm/src/e_pow.c
```

18063 bionic/libm/src/e_logf.c: In function 'logf':target arm C: libm <= bionic/libm/src/e_powf.c
18064
18065 bionic/libm/src/e_logf.c:59: warning: suggest explicit braces to avoid ambiguous 'else'
18066 target arm C: libm <= bionic/libm/src/e_rem_pio2.c
18067 bionic/libm/src/e_pow.c: In function 'pow':bionic/libm/src/e_powf.c: In function 'powf':
18068 bionic/libm/src/e_powf.c:214: warning: comparison between signed and unsigned integer expressions
18069
18070 bionic/libm/src/e_pow.c:130: warning: comparison between signed and unsigned integer expressions
18071 bionic/libm/src/e_rem_pio2.c: In function '__ieee754_rem_pio2':
18072 bionic/libm/src/e_rem_pio2.c:155: warning: 'z' may be used uninitialized in this function
18073 target arm C: libm <= bionic/libm/src/e_rem_pio2f.c
18074 target arm C: libm <= bionic/libm/src/e_remainder.c
18075 target arm C: libm <= bionic/libm/src/e_remainderf.c
18076 target arm C: libm <= bionic/libm/src/e_scalb.c
18077 target arm C: libm <= bionic/libm/src/e_scalbf.c
18078 target arm C: libm <= bionic/libm/src/e_sinh.c
18079 target arm C: libm <= bionic/libm/src/e_sinhf.c
18080 bionic/libm/src/e_scalbf.c:46: warning: data definition has no type or storage class
18081 bionic/libm/src/e_scalbf.c:46: warning: type defaults to 'int' in declaration of '__weak_reference'
18082 bionic/libm/src/e_scalbf.c:46: warning: parameter names (without types) in function declaration
18083 target arm C: libm <= bionic/libm/src/e_sqrt.c
18084 target arm C: libm <= bionic/libm/src/e_sqrtf.c
18085 target arm C: libm <= bionic/libm/src/k_cos.c
18086 bionic/libm/src/e_sqrt.c: In function 'sqrt':
18087 bionic/libm/src/e_sqrt.c:158: warning: comparison between signed and unsigned integer expressions
18088 target arm C: libm <= bionic/libm/src/k_cosf.c
18089 target arm C: libm <= bionic/libm/src/k_rem_pio2.c
18090 target arm C: libm <= bionic/libm/src/k_sin.c
18091 target arm C: libm <= bionic/libm/src/k_sinf.c
18092 target arm C: libm <= bionic/libm/src/k_tan.c
18093 target arm C: libm <= bionic/libm/src/k_tanf.c
18094 target arm C: libm <= bionic/libm/src/s_asinh.c
18095 target arm C: libm <= bionic/libm/src/s_asinhf.c
18096 target arm C: libm <= bionic/libm/src/s_atan.c
18097 target arm C: libm <= bionic/libm/src/s_atanf.c
18098 target arm C: libm <= bionic/libm/src/s_cbrt.c
18099 target arm C: libm <= bionic/libm/src/s_cbrtf.c
18100 target arm C: libm <= bionic/libm/src/s_ceil.c
18101 target arm C: libm <= bionic/libm/src/s_ceilf.c
18102 bionic/libm/src/s_ceil.c: In function 'ceil':
18103 bionic/libm/src/s_ceil.c:63: warning: comparison between signed and unsigned integer expressions
18104 target arm C: libm <= bionic/libm/src/s_ceill.c
18105 target arm C: libm <= bionic/libm/src/s_copysign.c
18106 target arm C: libm <= bionic/libm/src/s_cos.c
18107 target arm C: libm <= bionic/libm/src/s_copysignf.c
18108 target arm C: libm <= bionic/libm/src/s_cosf.c

18109 In file included from bionic/libm/src/s_cosf.c:25:
18110 bionic/libm/src/k_cosf.c: In function '__kernel_cosdf':
18111 bionic/libm/src/k_cosf.c:45: warning: 'C2' is static but used in inline
function '__kernel_cosdf' which is not static
18112 bionic/libm/src/k_cosf.c:45: warning: 'C3' is static but used in inline
function '__kernel_cosdf' which is not static
18113 bionic/libm/src/k_cosf.c:46: warning: 'one' is static but used in
inline function '__kernel_cosdf' which is not static
18114 bionic/libm/src/k_cosf.c:46: warning: 'C0' is static but used in inline
function '__kernel_cosdf' which is not static
18115 bionic/libm/src/k_cosf.c:46: warning: 'C1' is static but used in inline
function '__kernel_cosdf' which is not static
18116 In file included from bionic/libm/src/s_cosf.c:26:
18117 bionic/libm/src/k_sinf.c: In function '__kernel_sindf':
18118 bionic/libm/src/k_sinf.c:44: warning: 'S3' is static but used in inline
function '__kernel_sindf' which is not static
18119 bionic/libm/src/k_sinf.c:44: warning: 'S4' is static but used in inline
function '__kernel_sindf' which is not static
18120 bionic/libm/src/k_sinf.c:46: warning: 'S1' is static but used in inline
function '__kernel_sindf' which is not static
18121 bionic/libm/src/k_sinf.c:46: warning: 'S2' is static but used in inline
function '__kernel_sindf' which is not static
18122 target arm C: libm <= bionic/libm/src/s_erf.c
18123 target arm C: libm <= bionic/libm/src/s_erff.c
18124 target arm C: libm <= bionic/libm/src/s_exp2.c
18125 target arm C: libm <= bionic/libm/src/s_exp2f.c
18126 target arm C: libm <= bionic/libm/src/s_expm1.c
18127 target arm C: libm <= bionic/libm/src/s_fabsf.c
18128 target arm C: libm <= bionic/libm/src/s_expm1f.c
18129 target arm C: libm <= bionic/libm/src/s_fdim.c
18130 bionic/libm/src/s_expm1f.c: In function
'expm1f':bionic/libm/src/s_expm1.c: In function 'expm1':
18131 bionic/libm/src/s_expm1.c:193: warning: suggest explicit braces to
avoid ambiguous 'else'
18132
18133 bionic/libm/src/s_expm1f.c:98: warning: suggest explicit braces to
avoid ambiguous 'else'
18134 target arm C: libm <= bionic/libm/src/s_finite.c
18135 target arm C: libm <= bionic/libm/src/s_finitef.c
18136 target arm C: libm <= bionic/libm/src/s_floor.c
18137 target arm C: libm <= bionic/libm/src/s_floorf.c
18138 target arm C: libm <= bionic/libm/src/s_floorl.c
18139 bionic/libm/src/s_floor.c: In function 'floor':
18140 bionic/libm/src/s_floor.c:64: warning: comparison between signed and
unsigned integer expressions
18141 target arm C: libm <= bionic/libm/src/s_fma.c
18142 target arm C: libm <= bionic/libm/src/s_fmaf.c
18143 target arm C: libm <= bionic/libm/src/s_fmax.c
18144 target arm C: libm <= bionic/libm/src/s_fmaxf.c
18145 bionic/libm/src/s_fma.c: In function 'fma':
18146 bionic/libm/src/s_fma.c:90: warning: suggest parentheses around
comparison in operand of '^'
18147 bionic/libm/src/s_fma.c:90: warning: suggest parentheses around
comparison in operand of '^'
18148 bionic/libm/src/s_fma.c:126: warning: suggest parentheses around
comparison in operand of '^'

18149 bionic/libm/src/s_fma.c:126: warning: suggest parentheses around
comparison in operand of '^'
18150 bionic/libm/src/s_fma.c:131: warning: suggest parentheses around
comparison in operand of '^'
18151 bionic/libm/src/s_fma.c:136: warning: suggest parentheses around
comparison in operand of '^'
18152 bionic/libm/src/s_fma.c: At top level:
18153 bionic/libm/src/s_fma.c:201: warning: data definition has no type or
storage class
18154 bionic/libm/src/s_fma.c:201: warning: type defaults to 'int' in
declaration of '__weak_reference'
18155 bionic/libm/src/s_fma.c:201: warning: parameter names (without types)
in function declaration
18156 bionic/libm/src/s_fma.c: In function 'fesetexceptflag':
18157 bionic/libm/arm/fenv.h:98: warning: '__fpsr' is used uninitialized in
this function
18158 bionic/libm/src/s_fma.c: In function 'fetestexcept':
18159 bionic/libm/arm/fenv.h:119: warning: '__fpsr' is used uninitialized in
this function
18160 bionic/libm/src/s_fma.c: In function 'feholdexcept':
18161 bionic/libm/arm/fenv.h:155: warning: '__env' is used uninitialized in
this function
18162 bionic/libm/src/s_fma.c: In function 'feupdateenv':
18163 bionic/libm/arm/fenv.h:176: warning: '__fpsr' is used uninitialized in
this function
18164 target arm C: libm <= bionic/libm/src/s_fmaxl.c
18165 target arm C: libm <= bionic/libm/src/s_fmin.c
18166 target arm C: libm <= bionic/libm/src/s_fminf.c
18167 target arm C: libm <= bionic/libm/src/s_fminl.c
18168 target arm C: libm <= bionic/libm/src/s_frexpf.c
18169 target arm C: libm <= bionic/libm/src/s_ilogb.c
18170 target arm C: libm <= bionic/libm/src/s_ilogbf.c
18171 target arm C: libm <= bionic/libm/src/s_ilogbl.c
18172 target arm C: libm <= bionic/libm/src/s_isfinite.c
18173 target arm C: libm <= bionic/libm/src/s_isnormal.c
18174 target arm C: libm <= bionic/libm/src/s_llrint.c
18175 bionic/libm/src/s_llrint.c: In function 'feclearexcept':
18176 bionic/libm/arm/fenv.h:77: warning: '__fpsr' is used uninitialized in
this function
18177 bionic/libm/src/s_llrint.c: In function 'fesetexceptflag':
18178 bionic/libm/arm/fenv.h:98: warning: '__fpsr' is used uninitialized in
this function
18179 bionic/libm/src/s_llrint.c: In function 'fetestexcept':
18180 bionic/libm/arm/fenv.h:119: warning: '__fpsr' is used uninitialized in
this function
18181 bionic/libm/src/s_llrint.c: In function 'feholdexcept':
18182 bionic/libm/arm/fenv.h:155: warning: '__env' is used uninitialized in
this function
18183 bionic/libm/src/s_llrint.c: In function 'feupdateenv':target arm C:
libm <= bionic/libm/src/s_llrintf.c
18184 target arm C: libm <= bionic/libm/src/s_llround.c
18185
18186 bionic/libm/arm/fenv.h:176: warning: '__fpsr' is used uninitialized in
this function
18187 target arm C: libm <= bionic/libm/src/s_llroundf.c
18188 target arm C: libm <= bionic/libm/src/s_llroundl.c
18189 bionic/libm/src/s_llrintf.c: In function 'feclearexcept':

```
18190 bionic/libm/arm/fenv.h:77: warning: '__fpsr' is used uninitialized in
this function
18191 bionic/libm/src/s_llrintf.c: In function 'fesetexceptflag':
18192 bionic/libm/arm/fenv.h:98: warning: '__fpsr' is used uninitialized in
this function
18193 bionic/libm/src/s_llrintf.c: In function 'fetestexcept':
18194 bionic/libm/arm/fenv.h:119: warning: '__fpsr' is used uninitialized in
this function
18195 bionic/libm/src/s_llrintf.c: In function 'feholdexcept':
18196 bionic/libm/arm/fenv.h:155: warning: '__env' is used uninitialized in
this function
18197 bionic/libm/src/s_llrintf.c: In function 'feupdateenv':
18198 bionic/libm/arm/fenv.h:176: warning: '__fpsr' is used uninitialized in
this function
18199 target arm C: libm <= bionic/libm/src/s_log1p.c
18200 target arm C: libm <= bionic/libm/src/s_log1pf.c
18201 bionic/libm/src/s_log1p.c: In function 'log1p':
18202 bionic/libm/src/s_log1p.c:157: warning: suggest explicit braces to
avoid ambiguous 'else'
18203 bionic/libm/src/s_log1pf.c: In function 'log1pf':
18204 bionic/libm/src/s_log1pf.c:96: warning: suggest explicit braces to
avoid ambiguous 'else'
18205 target arm C: libm <= bionic/libm/src/s_logb.c
18206 target arm C: libm <= bionic/libm/src/s_logbf.c
18207 target arm C: libm <= bionic/libm/src/s_lrint.c
18208 target arm C: libm <= bionic/libm/src/s_lrintf.c
18209 target arm C: libm <= bionic/libm/src/s_lround.c
18210 target arm C: libm <= bionic/libm/src/s_lroundf.c
18211 bionic/libm/src/s_lrintf.c: In function 'feclearexcept':
18212 bionic/libm/arm/fenv.h:77: warning: '__fpsr' is used uninitialized in
this function
18213 bionic/libm/src/s_lrintf.c: In function 'fesetexceptflag':
18214 bionic/libm/arm/fenv.h:98: warning: '__fpsr' is used uninitialized in
this function
18215 bionic/libm/src/s_lrintf.c: In function 'fetestexcept':
18216 bionic/libm/arm/fenv.h:119: warning: '__fpsr' is used uninitialized in
this function
18217 bionic/libm/src/s_lrintf.c: In function 'feholdexcept':
18218 bionic/libm/arm/fenv.h:155: warning: '__env' is used uninitialized in
this function
18219 bionic/libm/src/s_lrintf.c: In function 'feupdateenv':
18220 bionic/libm/arm/fenv.h:176: warning: '__fpsr' is used uninitialized in
this function
18221 bionic/libm/src/s_lrint.c: In function 'feclearexcept':
18222 bionic/libm/arm/fenv.h:77: warning: '__fpsr' is used uninitialized in
this function
18223 bionic/libm/src/s_lrint.c: In function 'fesetexceptflag':
18224 bionic/libm/arm/fenv.h:98: warning: '__fpsr' is used uninitialized in
this function
18225 bionic/libm/src/s_lrint.c: In function 'fetestexcept':
18226 bionic/libm/arm/fenv.h:119: warning: '__fpsr' is used uninitialized in
this function
18227 bionic/libm/src/s_lrint.c: In function 'feholdexcept':
18228 bionic/libm/arm/fenv.h:155: warning: '__env' is used uninitialized in
this function
18229 bionic/libm/src/s_lrint.c: In function 'feupdateenv':
```

```
18230 bionic/libm/arm/fenv.h:176: warning: '__fpsr' is used uninitialized in
this function
18231 bionic/libm/src/s_lround.c: In function 'fesetexceptflag':
18232 bionic/libm/arm/fenv.h:98: warning: '__fpsr' is used uninitialized in
this function
18233 target arm C: libm <= bionic/libm/src/s_lroundl.c
18234 target arm C: libm <= bionic/libm/src/s_modff.c
18235 target arm C: libm <= bionic/libm/src/s_nearbyint.c
18236 target arm C: libm <= bionic/libm/src/s_nextafter.c
18237 bionic/libm/src/s_lroundl.c: In function
'fesetexceptflag':bionic/libm/src/s_nextafter.c:82: warning: data definition
has no type or storage class
18238 bionic/libm/arm/fenv.h:98: warning: '__fpsr' is used uninitialized in
this function
18239
18240 bionic/libm/src/s_nextafter.c:82: warning: type defaults to 'int' in
declaration of '__weak_reference'
18241 bionic/libm/src/s_nextafter.c:82: warning: parameter names (without
types) in function declaration
18242 bionic/libm/src/s_nextafter.c:83: warning: data definition has no type
or storage class
18243 bionic/libm/src/s_nextafter.c:83: warning: type defaults to 'int' in
declaration of '__weak_reference'
18244 bionic/libm/src/s_nextafter.c:83: warning: parameter names (without
types) in function declaration
18245 bionic/libm/src/s_nextafter.c:84: warning: data definition has no type
or storage class
18246 bionic/libm/src/s_nextafter.c:84: warning: type defaults to 'int' in
declaration of '__weak_reference'
18247 bionic/libm/src/s_nextafter.c:84: warning: parameter names (without
types) in function declaration
18248 target arm C: libm <= bionic/libm/src/s_nextafterf.c
18249 target arm C: libm <= bionic/libm/src/s_nexttowardf.c
18250 target arm C: libm <= bionic/libm/src/s_remquo.c
18251 bionic/libm/src/s_nexttowardf.c: In function 'nexttowardf':
18252 bionic/libm/src/s_nexttowardf.c:45: warning: suggest parentheses around
comparison in operand of '^'
18253 target arm C: libm <= bionic/libm/src/s_remquof.c
18254 target arm C: libm <= bionic/libm/src/s_rint.c
18255 target arm C: libm <= bionic/libm/src/s_rintf.c
18256 target arm C: libm <= bionic/libm/src/s_round.c
18257 target arm C: libm <= bionic/libm/src/s_roundf.c
18258 target arm C: libm <= bionic/libm/src/s_roundl.c
18259 target arm C: libm <= bionic/libm/src/s_signbit.c
18260 target arm C: libm <= bionic/libm/src/s_signgam.c
18261 target arm C: libm <= bionic/libm/src/s_significand.c
18262 target arm C: libm <= bionic/libm/src/s_significandf.c
18263 target arm C: libm <= bionic/libm/src/s_sin.c
18264 target arm C: libm <= bionic/libm/src/s_sinf.c
18265 target arm C: libm <= bionic/libm/src/s_tan.c
18266 In file included from bionic/libm/src/s_sinf.c:25:
18267 bionic/libm/src/k_cosf.c: In function '__kernel_cosdf':
18268 bionic/libm/src/k_cosf.c:45: warning: 'C2' is static but used in inline
function '__kernel_cosdf' which is not static
18269 bionic/libm/src/k_cosf.c:45: warning: 'C3' is static but used in inline
function '__kernel_cosdf' which is not static
```

18270 bionic/libm/src/k_cosf.c:46: warning: 'one' is static but used in
inline function '__kernel_cosdf' which is not static
18271 bionic/libm/src/k_cosf.c:46: warning: 'C0' is static but used in inline
function '__kernel_cosdf' which is not static
18272 bionic/libm/src/k_cosf.c:46: warning: 'C1' is static but used in inline
function '__kernel_cosdf' which is not static
18273 In file included from bionic/libm/src/s_sinf.c:26:
18274 bionic/libm/src/k_sinf.c: In function '__kernel_sindf':
18275 bionic/libm/src/k_sinf.c:44: warning: 'S3' is static but used in inline
function '__kernel_sindf' which is not static
18276 bionic/libm/src/k_sinf.c:44: warning: 'S4' is static but used in inline
function '__kernel_sindf' which is not static
18277 bionic/libm/src/k_sinf.c:46: warning: 'S1' is static but used in inline
function '__kernel_sindf' which is not static
18278 bionic/libm/src/k_sinf.c:46: warning: 'S2' is static but used in inline
function '__kernel_sindf' which is not static
18279 target arm C: libm <= bionic/libm/src/s_tanf.c
18280 target arm C: libm <= bionic/libm/src/s_tanh.c
18281 target arm C: libm <= bionic/libm/src/s_tanhf.c
18282 target arm C: libm <= bionic/libm/src/s_trunc.c
18283 In file included from bionic/libm/src/s_tanf.c:24:
18284 bionic/libm/src/k_tanf.c: In function '__kernel_tandf':
18285 bionic/libm/src/k_tanf.c:59: warning: 'T' is static but used in inline
function '__kernel_tandf' which is not static
18286 bionic/libm/src/k_tanf.c:59: warning: 'T' is static but used in inline
function '__kernel_tandf' which is not static
18287 bionic/libm/src/k_tanf.c:60: warning: 'T' is static but used in inline
function '__kernel_tandf' which is not static
18288 bionic/libm/src/k_tanf.c:60: warning: 'T' is static but used in inline
function '__kernel_tandf' which is not static
18289 bionic/libm/src/k_tanf.c:63: warning: 'T' is static but used in inline
function '__kernel_tandf' which is not static
18290 bionic/libm/src/k_tanf.c:63: warning: 'T' is static but used in inline
function '__kernel_tandf' which is not static
18291 target arm C: libm <= bionic/libm/src/s_truncf.c
18292 target arm C: libm <= bionic/libm/src/s_truncl.c
18293 target arm C: libm <= bionic/libm/src/w_drem.c
18294 target arm C: libm <= bionic/libm/src/w_dremf.c
18295 target arm C: libm <= bionic/libm/src/s_copysignl.c
18296 target arm C: libm <= bionic/libm/src/s_fabsl.c
18297 target arm C: libm <= bionic/libm/src/s_fabs.c
18298 target arm C: libm <= bionic/libm/src/s_frexp.c
18299 target arm C: libm <= bionic/libm/src/s_isnan.c
18300 bionic/libm/src/s_frexp.c:57: warning: data definition has no type or
storage class
18301 bionic/libm/src/s_frexp.c:57: warning: type defaults to 'int' in
declaration of '__weak_reference'
18302 bionic/libm/src/s_frexp.c:57: warning: parameter names (without types)
in function declaration
18303 target arm C: libm <= bionic/libm/src/s_modf.c
18304 target arm C: libm <= bionic/libm/arm/fenv.c
18305 target arm C: libm <= bionic/libm/src/e_ldexpf.c
18306 target arm C: libm <= bionic/libm/src/s_scalbln.c
18307 target arm C: libm <= bionic/libm/src/s_scalbn.c
18308 bionic/libm/src/s_scalbn.c: In function 'scalbn':
18309 bionic/libm/src/s_scalbn.c:54: warning: suggest explicit braces to
avoid ambiguous 'else'

18310 bionic/libm/src/s_scalbn.c: At top level:
18311 bionic/libm/src/s_scalbn.c:77: warning: data definition has no type or
storage class
18312 bionic/libm/src/s_scalbn.c:77: warning: type defaults to 'int' in
declaration of '__weak_reference'
18313 bionic/libm/src/s_scalbn.c:77: warning: parameter names (without types)
in function declaration
18314 bionic/libm/src/s_scalbn.c:78: warning: data definition has no type or
storage class
18315 bionic/libm/src/s_scalbn.c:78: warning: type defaults to 'int' in
declaration of '__weak_reference'
18316 bionic/libm/src/s_scalbn.c:78: warning: parameter names (without types)
in function declaration
18317 target arm C: libm <= bionic/libm/src/s_scalbnf.c
18318 target thumb C: libpower <= hardware/libhardware_legacy/power/power.c
18319 target thumb C++: libprotobuf-cpp-2.3.0-lite <=
external/protobuf/src/google/protobuf/stubs/common.cc
18320 target thumb C++: libprotobuf-cpp-2.3.0-lite <=
external/protobuf/src/google/protobuf/stubs/once.cc
18321 bionic/libm/src/s_scalbnf.c: In function 'scalbnf':
18322 bionic/libm/src/s_scalbnf.c:49: warning: suggest explicit braces to
avoid ambiguous 'else'
18323 bionic/libm/src/s_scalbnf.c: At top level:
18324 bionic/libm/src/s_scalbnf.c:58: warning: data definition has no type or
storage class
18325 bionic/libm/src/s_scalbnf.c:58: warning: type defaults to 'int' in
declaration of '__strong_reference'
18326 bionic/libm/src/s_scalbnf.c:58: warning: parameter names (without
types) in function declaration
18327 target thumb C++: libprotobuf-cpp-2.3.0-lite <=
external/protobuf/src/google/protobuf/stubs/hash.cc
18328 target thumb C++: libprotobuf-cpp-2.3.0-lite <=
external/protobuf/src/google/protobuf/extension_set.cc
18329 external/protobuf/src/google/protobuf/stubs/common.cc: In function
'void google::protobuf::ShutdownProtobufLibrary()':
18330 external/protobuf/src/google/protobuf/stubs/common.cc:355: warning:
comparison between signed and unsigned integer expressions
18331 target thumb C++: libprotobuf-cpp-2.3.0-lite <=
external/protobuf/src/google/protobuf/generated_message_util.cc
18332 target thumb C++: libprotobuf-cpp-2.3.0-lite <=
external/protobuf/src/google/protobuf/message_lite.cc
18333 target thumb C++: libprotobuf-cpp-2.3.0-lite <=
external/protobuf/src/google/protobuf/repeated_field.cc
18334 target thumb C++: libprotobuf-cpp-2.3.0-lite <=
external/protobuf/src/google/protobuf/wire_format_lite.cc
18335 target thumb C++: libprotobuf-cpp-2.3.0-lite <=
external/protobuf/src/google/protobuf/io/coded_stream.cc
18336 target thumb C++: libprotobuf-cpp-2.3.0-lite <=
external/protobuf/src/google/protobuf/io/zero_copy_stream.cc
18337 external/protobuf/src/google/protobuf/io/coded_stream.cc: In member
function 'bool
google::protobuf::io::CodedInputStream::ReadLittleEndian32Fallback(google::pr
otobuf::uint32*)':
18338 external/protobuf/src/google/protobuf/io/coded_stream.cc:251: warning:
comparison between signed and unsigned integer expressions
18339 external/protobuf/src/google/protobuf/io/coded_stream.cc: In member
function 'bool

google::protobuf::io::CodedInputStream::ReadLittleEndian64Fallback(google::protobuf::uint64*)':
18340 external/protobuf/src/google/protobuf/io/coded_stream.cc:268: warning: comparison between signed and unsigned integer expressions
18341 external/protobuf/src/google/protobuf/io/coded_stream.cc: In member function 'void google::protobuf::io::CodedOutputStream::WriteLittleEndian32(google::protobuf::uint32)':
18342 external/protobuf/src/google/protobuf/io/coded_stream.cc:588: warning: comparison between signed and unsigned integer expressions
18343 external/protobuf/src/google/protobuf/io/coded_stream.cc: In member function 'void google::protobuf::io::CodedOutputStream::WriteLittleEndian64(google::protobuf::uint64)':
18344 external/protobuf/src/google/protobuf/io/coded_stream.cc:603: warning: comparison between signed and unsigned integer expressions
18345 target thumb C: librecovery_ui_htc <= device/htc/common/updater/log_recovery.c
18346 device/htc/common/updater/log_recovery.c: In function 'recover_firmware_update_log':
18347 device/htc/common/updater/log_recovery.c:46: warning: comparison between signed and unsigned integer expressions
18348 device/htc/common/updater/log_recovery.c:52: warning: comparison between signed and unsigned integer expressions
18349 target thumb C: librecovery_ui_passion <= device/htc/passion/recovery/recovery_ui.c
18350 target thumb C: librecovery_updater_htc <= device/htc/common/updater/recovery_updater.c
18351 external/protobuf/src/google/protobuf/io/zero_copy_stream_impl_lite.cc: In member function 'virtual bool google::protobuf::io::StringOutputStream::Next(void**, int*)':
18352 external/protobuf/src/google/protobuf/io/zero_copy_stream_impl_lite.cc:157: warning: comparison between signed and unsigned integer expressions
18353 external/protobuf/src/google/protobuf/io/zero_copy_stream_impl_lite.cc: In member function 'virtual void google::protobuf::io::StringOutputStream::BackUp(int)':
18354 external/protobuf/src/google/protobuf/io/zero_copy_stream_impl_lite.cc:177: warning: comparison between signed and unsigned integer expressions
18355 device/htc/common/updater/recovery_updater.c: In function 'UpdateFn':
18356 device/htc/common/updater/recovery_updater.c:67: warning: initialization discards qualifiers from pointer target type
18357 target thumb C: librecovery_updater_htc <= device/htc/common/updater/firmware.c
18358 device/htc/common/updater/firmware.c: In function 'verify_image':
18359 device/htc/common/updater/firmware.c:64: warning: initialization discards qualifiers from pointer target type
18360 device/htc/common/updater/firmware.c:90: warning: comparison between signed and unsigned integer expressions
18361 target thumb C: librecovery_updater_htc <= device/htc/common/updater/bootloader.c
18362 device/htc/common/updater/bootloader.c: In function 'write_update_for_bootloader':
18363 device/htc/common/updater/bootloader.c:295: warning: comparison between signed and unsigned integer expressions
18364 target thumb C: libsafe_iop <= external/safe-iop/src/safe_iop.c

```
18365 target arm C: libspeex <= external/speex/libspeex/mdf.c
18366 target arm C: libspeex <= external/speex/libspeex/preprocess.c
18367 target arm C: libspeex <= external/speex/libspeex/filterbank.c
18368 target arm C: libspeex <= external/speex/libspeex/fftwrap.c
18369 target arm C: libspeex <= external/speex/libspeex/smallft.c
18370 target thumb C++: libutils <= frameworks/base/libs/utils/Asset.cpp
18371 target thumb C++: libutils <= frameworks/base/libs/utils/AssetDir.cpp
18372 target thumb C++: libutils <=
frameworks/base/libs/utils/AssetManager.cpp
18373 target thumb C++: libutils <=
frameworks/base/libs/utils/BufferedTextOutput.cpp
18374 target thumb C++: libutils <= frameworks/base/libs/utils/CallStack.cpp
18375 target thumb C++: libutils <= frameworks/base/libs/utils/Debug.cpp
18376 target thumb C++: libutils <= frameworks/base/libs/utils/FileMap.cpp
18377 target thumb C++: libutils <=
frameworks/base/libs/utils/Flattenable.cpp
18378 target thumb C++: libutils <= frameworks/base/libs/utils/ObbFile.cpp
18379 target thumb C++: libutils <= frameworks/base/libs/utils/Pool.cpp
18380 target thumb C++: libutils <= frameworks/base/libs/utils/RefBase.cpp
18381 target thumb C++: libutils <=
frameworks/base/libs/utils/ResourceTypes.cpp
18382 target thumb C++: libutils <=
frameworks/base/libs/utils/SharedBuffer.cpp
18383 target thumb C++: libutils <= frameworks/base/libs/utils/Static.cpp
18384 target thumb C++: libutils <= frameworks/base/libs/utils/StopWatch.cpp
18385 target thumb C++: libutils <=
frameworks/base/libs/utils/StreamingZipInflater.cpp
18386 target thumb C++: libutils <= frameworks/base/libs/utils/String8.cpp
18387 target thumb C++: libutils <= frameworks/base/libs/utils/String16.cpp
18388 target thumb C++: libutils <=
frameworks/base/libs/utils/StringArray.cpp
18389 target thumb C++: libutils <=
frameworks/base/libs/utils/SystemClock.cpp
18390 target thumb C++: libutils <= frameworks/base/libs/utils/TextOutput.cpp
18391 target thumb C++: libutils <= frameworks/base/libs/utils/Timers.cpp
18392 target thumb C++: libutils <= frameworks/base/libs/utils/Threads.cpp
18393 target thumb C++: libutils <= frameworks/base/libs/utils/VectorImpl.cpp
18394 target thumb C++: libutils <= frameworks/base/libs/utils/ZipFileCRO.cpp
18395 target thumb C++: libutils <= frameworks/base/libs/utils/ZipFileRO.cpp
18396 target thumb C++: libutils <= frameworks/base/libs/utils/ZipUtils.cpp
18397 frameworks/base/libs/utils/ZipFileRO.cpp: In member function 'bool
android::ZipFileRO::mapCentralDirectory()':
18398 frameworks/base/libs/utils/ZipFileRO.cpp:252: warning: format '%zd'
expects type 'signed size_t', but argument 4 has type 'ssize_t'
18399 frameworks/base/libs/utils/ZipFileRO.cpp:252: warning: format '%zd'
expects type 'signed size_t', but argument 5 has type 'ssize_t'
18400 frameworks/base/libs/utils/ZipFileRO.cpp:312: warning: format '%zd'
expects type 'signed size_t', but argument 5 has type 'ssize_t'
18401 frameworks/base/libs/utils/ZipFileRO.cpp:312: warning: format '%zd'
expects type 'signed size_t', but argument 6 has type 'ssize_t'
18402 frameworks/base/libs/utils/ZipFileRO.cpp: In member function 'bool
android::ZipFileRO::parseZipArchive()':
18403 frameworks/base/libs/utils/ZipFileRO.cpp:370: warning: format '%zd'
expects type 'signed size_t', but argument 5 has type 'ssize_t'
18404 frameworks/base/libs/utils/ZipFileRO.cpp: In member function 'bool
android::ZipFileRO::getEntryInfo(void*, int*, size_t*, size_t*, off_t*, long
int*, long int*) const':
```

```
18405 frameworks/base/libs/utils/ZipFileRO.cpp:600: warning: format '%zd'
expects type 'signed size_t', but argument 5 has type 'ssize_t'
18406 frameworks/base/libs/utils/ZipFileRO.cpp:608: warning: format '%zd'
expects type 'signed size_t', but argument 5 has type 'ssize_t'
18407 frameworks/base/libs/utils/ZipFileRO.cpp: In member function 'bool
android::ZipFileRO::uncompressEntry(void*, int) const':
18408 frameworks/base/libs/utils/ZipFileRO.cpp:760: warning: format '%zd'
expects type 'signed size_t', but argument 4 has type 'ssize_t'
18409 frameworks/base/libs/utils/ZipFileRO.cpp:760: warning: format '%zd'
expects type 'signed size_t', but argument 5 has type 'ssize_t'
18410 frameworks/base/libs/utils/ZipFileRO.cpp: In static member function
'static bool android::ZipFileRO::inflateBuffer(void*, const void*, size_t,
size_t)':
18411 frameworks/base/libs/utils/ZipFileRO.cpp:830: warning: format '%zd'
expects type 'signed size_t', but argument 5 has type 'ssize_t'
18412 frameworks/base/libs/utils/ZipFileRO.cpp: In static member function
'static bool android::ZipFileRO::inflateBuffer(int, const void*, size_t,
size_t)':
18413 frameworks/base/libs/utils/ZipFileRO.cpp:919: warning: format '%zd'
expects type 'signed size_t', but argument 5 has type 'ssize_t'
18414 target thumb C++: libutils <= frameworks/base/libs/utils/misc.cpp
18415 target thumb C++: libutils <= frameworks/base/libs/utils/BackupData.cpp
18416 target thumb C++: libutils <=
frameworks/base/libs/utils/BackupHelpers.cpp
18417 target thumb C++: libvold <= system/vold/VolumeManager.cpp
18418 target thumb C++: libvold <= system/vold/CommandListener.cpp
18419 system/vold/CommandListener.cpp: In static member function 'static void
CommandListener::dumpArgs(int, char**, int)':
18420 system/vold/CommandListener.cpp:61: warning: comparison between signed
and unsigned integer expressions
18421 target thumb C++: libvold <= system/vold/VoldCommand.cpp
18422 target thumb C++: libvold <= system/vold/NetlinkManager.cpp
18423 target thumb C++: libvold <= system/vold/NetlinkHandler.cpp
18424 target thumb C++: libvold <= system/vold/Volume.cpp
18425 target thumb C++: libvold <= system/vold/DirectVolume.cpp
18426 target thumb C++: libvold <= system/vold/Process.cpp
18427 target thumb C++: libvold <= system/vold/Fat.cpp
18428 target thumb C++: libvold <= system/vold/Loop.cpp
18429 target thumb C++: libvold <= system/vold/Devmapper.cpp
18430 target thumb C++: libvold <= system/vold/ResponseCode.cpp
18431 target thumb C++: libvold <= system/vold/Xwarp.cpp
18432 target thumb C: libvold <= system/vold/logwrapper.c
18433 target asm: libdvm_assert <= dalvik/vm/arch/arm/CallOldABI.S
18434 target thumb C++: invoke_mock_media_player <=
frameworks/base/media/tests/players/invoke_mock_media_player.cpp
18435 target asm: libdvm_assert <= dalvik/vm/arch/arm/CallEABI.S
18436 target asm: libdvm_assert <= dalvik/vm/compiler/codegen/arm/armv7-a-
neon/CallingConvention.S
18437 target asm: libdvm_assert <= dalvik/vm/mterp/out/InterpAsm-armv7-a-
neon.S
18438 target asm: libdvm_assert <=
dalvik/vm/compiler/template/out/CompilerTemplateAsm-armv7-a-neon.S
18439 target arm C: libdvm_assert <= dalvik/vm/Atomic.c
18440 target arm C: libdvm_assert <= dalvik/vm/IndirectRefTable.c
18441 target arm C: libdvm_assert <= dalvik/vm/InlineNative.c
18442 target arm C: libdvm_assert <= dalvik/vm/Misc.c
18443 target arm C: libdvm_assert <= dalvik/vm/alloc/clz.c
```

```
18444 target arm C: libdvm_assert <= dalvik/vm/alloc/HeapBitmap.c
18445 target arm C: libdvm_assert <= dalvik/vm/alloc/Heap.c
18446 target arm C: libdvm_assert <= dalvik/vm/interp/Interp.c
18447 target arm C: libdvm_assert <= dalvik/vm/mterp/Mterp.c
18448 target arm C: libdvm_assert <= dalvik/vm/mterp/out/InterpC-portstd.c
18449 target arm C: libdvm_assert <= dalvik/vm/mterp/out/InterpC-portdbg.c
18450 target arm C: libdvm_assert <= dalvik/vm/test/AtomicTest.c
18451 target arm C: libdvm_assert <= dalvik/vm/alloc/MarkSweep.c
18452 target arm C: libdvm_assert <= dalvik/vm/mterp/out/InterpC-armv7-a-
neon.c
18453 target thumb C: libdvm_assert <= dalvik/vm/AllocTracker.c
18454 target thumb C: libdvm_assert <= dalvik/vm/AtomicCache.c
18455 target thumb C: libdvm_assert <= dalvik/vm/CheckJni.c
18456 target thumb C: libdvm_assert <= dalvik/vm/Ddm.c
18457 target thumb C: libdvm_assert <= dalvik/vm/Debugger.c
18458 target thumb C: libdvm_assert <= dalvik/vm/DvmDex.c
18459 target thumb C: libdvm_assert <= dalvik/vm/Exception.c
18460 target thumb C: libdvm_assert <= dalvik/vm/Hash.c
18461 target thumb C: libdvm_assert <= dalvik/vm/Init.c
18462 target thumb C: libdvm_assert <= dalvik/vm/Inlines.c
18463 target thumb C: libdvm_assert <= dalvik/vm/Intern.c
18464 target thumb C: libdvm_assert <= dalvik/vm/Jni.c
18465 target thumb C: libdvm_assert <= dalvik/vm/JarFile.c
18466 target thumb C: libdvm_assert <= dalvik/vm/LinearAlloc.c
18467 target thumb C: libdvm_assert <= dalvik/vm/Native.c
18468 target thumb C: libdvm_assert <= dalvik/vm/PointerSet.c
18469 target thumb C: libdvm_assert <= dalvik/vm/Profile.c
18470 target thumb C: libdvm_assert <= dalvik/vm/Properties.c
18471 target thumb C: libdvm_assert <= dalvik/vm/RawDexFile.c
18472 target thumb C: libdvm_assert <= dalvik/vm/ReferenceTable.c
18473 target thumb C: libdvm_assert <= dalvik/vm/SignalCatcher.c
18474 target thumb C: libdvm_assert <= dalvik/vm/StdioConverter.c
18475 target thumb C: libdvm_assert <= dalvik/vm/Sync.c
18476 target thumb C: libdvm_assert <= dalvik/vm/TestCompability.c
18477 target thumb C: libdvm_assert <= dalvik/vm/Thread.c
18478 target thumb C: libdvm_assert <= dalvik/vm/UtfString.c
18479 target thumb C: libdvm_assert <= dalvik/vm/alloc/Alloc.c
18480 target thumb C: libdvm_assert <= dalvik/vm/alloc/CardTable.c
18481 target thumb C: libdvm_assert <= dalvik/vm/alloc/HeapDebug.c
18482 target thumb C: libdvm_assert <= dalvik/vm/alloc/HeapTable.c
18483 target thumb C: libdvm_assert <= dalvik/vm/alloc/HeapWorker.c
18484 target thumb C: libdvm_assert <= dalvik/vm/alloc/DdmHeap.c
18485 target thumb C: libdvm_assert <= dalvik/vm/alloc/Verify.c
18486 target thumb C: libdvm_assert <= dalvik/vm/alloc/Visit.c
18487 target thumb C: libdvm_assert <= dalvik/vm/analysis/CodeVerify.c
18488 target thumb C: libdvm_assert <= dalvik/vm/analysis/DexPrepare.c
18489 target thumb C: libdvm_assert <= dalvik/vm/analysis/DexVerify.c
18490 target thumb C: libdvm_assert <= dalvik/vm/analysis/Optimize.c
18491 target thumb C: libdvm_assert <= dalvik/vm/analysis/RegisterMap.c
18492 target thumb C: libdvm_assert <= dalvik/vm/analysis/VerifySubs.c
18493 target thumb C: libdvm_assert <= dalvik/vm/interp/Stack.c
18494 target thumb C: libdvm_assert <= dalvik/vm/jdwp/JdwpAdb.c
18495 target thumb C: libdvm_assert <= dalvik/vm/jdwp/ExpandBuf.c
18496 target thumb C: libdvm_assert <= dalvik/vm/jdwp/JdwpConstants.c
18497 target thumb C: libdvm_assert <= dalvik/vm/jdwp/JdwpEvent.c
18498 target thumb C: libdvm_assert <= dalvik/vm/jdwp/JdwpHandler.c
18499 target thumb C: libdvm_assert <= dalvik/vm/jdwp/JdwpMain.c
```

```
18500 target thumb C: libdvm_assert <= dalvik/vm/jdwp/JdwpSocket.c
18501 target thumb C: libdvm_assert <= dalvik/vm/native/InternalNative.c
18502 target thumb C: libdvm_assert <=
dalvik/vm/native/dalvik_system_DexFile.c
18503 target thumb C: libdvm_assert <=
dalvik/vm/native/dalvik_system_VMDebug.c
18504 target thumb C: libdvm_assert <=
dalvik/vm/native/dalvik_system_VMRuntime.c
18505 target thumb C: libdvm_assert <=
dalvik/vm/native/dalvik_system_VMStack.c
18506 target thumb C: libdvm_assert <=
dalvik/vm/native/dalvik_system_Zygote.c
18507 target thumb C: libdvm_assert <= dalvik/vm/native/java_lang_Class.c
18508 target thumb C: libdvm_assert <= dalvik/vm/native/java_lang_Object.c
18509 target thumb C: libdvm_assert <= dalvik/vm/native/java_lang_Runtime.c
18510 target thumb C: libdvm_assert <= dalvik/vm/native/java_lang_String.c
18511 target thumb C: libdvm_assert <= dalvik/vm/native/java_lang_System.c
18512 target thumb C: libdvm_assert <=
dalvik/vm/native/java_lang_SystemProperties.c
18513 target thumb C: libdvm_assert <= dalvik/vm/native/java_lang_Throwable.c
18514 target thumb C: libdvm_assert <=
dalvik/vm/native/java_lang_VMClassLoader.c
18515 target thumb C: libdvm_assert <= dalvik/vm/native/java_lang_VMThread.c
18516 target thumb C: libdvm_assert <=
dalvik/vm/native/java_lang_reflect_AccessibleObject.c
18517 target thumb C: libdvm_assert <=
dalvik/vm/native/java_lang_reflect_Array.c
18518 target thumb C: libdvm_assert <=
dalvik/vm/native/java_lang_reflect_Constructor.c
18519 target thumb C: libdvm_assert <=
dalvik/vm/native/java_lang_reflect_Field.c
18520 target thumb C: libdvm_assert <=
dalvik/vm/native/java_lang_reflect_Method.c
18521 target thumb C: libdvm_assert <=
dalvik/vm/native/java_lang_reflect_Proxy.c
18522 target thumb C: libdvm_assert <=
dalvik/vm/native/java_security_AccessController.c
18523 target thumb C: libdvm_assert <=
dalvik/vm/native/java_util_concurrent_atomic_AtomicLong.c
18524 target thumb C: libdvm_assert <=
dalvik/vm/native/org_apache_harmony_dalvik_NativeTestTarget.c
18525 target thumb C: libdvm_assert <=
dalvik/vm/native/org_apache_harmony_dalvik_ddmc_DdmServer.c
18526 target thumb C: libdvm_assert <=
dalvik/vm/native/org_apache_harmony_dalvik_ddmc_DdmVmInternal.c
18527 target thumb C: libdvm_assert <= dalvik/vm/native/sun_misc_Unsafe.c
18528 target thumb C: libdvm_assert <= dalvik/vm/oo/AccessCheck.c
18529 target thumb C: libdvm_assert <= dalvik/vm/oo/Array.c
18530 target thumb C: libdvm_assert <= dalvik/vm/oo/Class.c
18531 target thumb C: libdvm_assert <= dalvik/vm/oo/Object.c
18532 target thumb C: libdvm_assert <= dalvik/vm/oo/Resolve.c
18533 target thumb C: libdvm_assert <= dalvik/vm/oo/TypeCheck.c
18534 target thumb C: libdvm_assert <= dalvik/vm/reflect/Annotation.c
18535 target thumb C: libdvm_assert <= dalvik/vm/reflect/Proxy.c
18536 target thumb C: libdvm_assert <= dalvik/vm/reflect/Reflect.c
18537 target thumb C: libdvm_assert <= dalvik/vm/test/TestHash.c
18538 target thumb C: libdvm_assert <= dalvik/vm/test/TestIndirectRefTable.c
```

```
18539 target thumb C: libdvm_assert <= dalvik/vm/alloc/HeapSource.c
18540 target thumb C: libdvm_assert <= dalvik/vm/compiler/Compiler.c
18541 target thumb C: libdvm_assert <= dalvik/vm/compiler/Frontend.c
18542 target thumb C: libdvm_assert <= dalvik/vm/compiler/Utility.c
18543 target thumb C: libdvm_assert <=
dalvik/vm/compiler/InlineTransformation.c
18544 target thumb C: libdvm_assert <= dalvik/vm/compiler/IntermediateRep.c
18545 target thumb C: libdvm_assert <= dalvik/vm/compiler/Dataflow.c
18546 target thumb C: libdvm_assert <= dalvik/vm/compiler/Loop.c
18547 target thumb C: libdvm_assert <= dalvik/vm/compiler/Ralloc.c
18548 target thumb C: libdvm_assert <= dalvik/vm/interp/Jit.c
18549 target thumb C: libdvm_assert <= dalvik/vm/hprof/Hprof.c
18550 target thumb C: libdvm_assert <= dalvik/vm/hprof/HprofClass.c
18551 target thumb C: libdvm_assert <= dalvik/vm/hprof/HprofHeap.c
18552 target thumb C: libdvm_assert <= dalvik/vm/hprof/HprofOutput.c
18553 target thumb C: libdvm_assert <= dalvik/vm/hprof/HprofString.c
18554 target thumb C: libdvm_assert <= dalvik/vm/arch/arm/HintsEABI.c
18555 target thumb C: libdvm_assert <=
dalvik/vm/compiler/codegen/arm/RallocUtil.c
18556 target thumb C: libdvm_assert <= dalvik/vm/compiler/codegen/arm/armv7-
a-neon/Codegen.c
18557 target thumb C: libdvm_assert <=
dalvik/vm/compiler/codegen/arm/Assemble.c
18558 target thumb C: libdvm_assert <=
dalvik/vm/compiler/codegen/arm/ArchUtility.c
18559 target thumb C: libdvm_assert <=
dalvik/vm/compiler/codegen/arm/LocalOptimizations.c
18560 target thumb C: libdvm_assert <=
dalvik/vm/compiler/codegen/arm/GlobalOptimizations.c
18561 target asm: libdvm_interp <= dalvik/vm/arch/arm/CallOldABI.S
18562 target asm: libdvm_interp <= dalvik/vm/arch/arm/CallEABI.S
18563 target asm: libdvm_interp <= dalvik/vm/mterp/out/InterpAsm-armv7-a-
neon.S
18564 target arm C: libdvm_interp <= dalvik/vm/Atomic.c
18565 target arm C: libdvm_interp <= dalvik/vm/IndirectRefTable.c
18566 target arm C: libdvm_interp <= dalvik/vm/InlineNative.c
18567 target arm C: libdvm_interp <= dalvik/vm/Misc.c
18568 target arm C: libdvm_interp <= dalvik/vm/alloc/clz.c
18569 target arm C: libdvm_interp <= dalvik/vm/alloc/HeapBitmap.c
18570 target arm C: libdvm_interp <= dalvik/vm/alloc/Heap.c
18571 target arm C: libdvm_interp <= dalvik/vm/interp/Interp.c
18572 target arm C: libdvm_interp <= dalvik/vm/mterp/Mterp.c
18573 target arm C: libdvm_interp <= dalvik/vm/mterp/out/InterpC-portstd.c
18574 target arm C: libdvm_interp <= dalvik/vm/mterp/out/InterpC-portdbg.c
18575 target arm C: libdvm_interp <= dalvik/vm/test/AtomicTest.c
18576 target arm C: libdvm_interp <= dalvik/vm/alloc/MarkSweep.c
18577 target arm C: libdvm_interp <= dalvik/vm/mterp/out/InterpC-armv7-a-
neon.c
18578 target thumb C: libdvm_interp <= dalvik/vm/AllocTracker.c
18579 target thumb C: libdvm_interp <= dalvik/vm/AtomicCache.c
18580 target thumb C: libdvm_interp <= dalvik/vm/CheckJni.c
18581 target thumb C: libdvm_interp <= dalvik/vm/Ddm.c
18582 target thumb C: libdvm_interp <= dalvik/vm/Debugger.c
18583 target thumb C: libdvm_interp <= dalvik/vm/DvmDex.c
18584 target thumb C: libdvm_interp <= dalvik/vm/Exception.c
18585 target thumb C: libdvm_interp <= dalvik/vm/Hash.c
18586 target thumb C: libdvm_interp <= dalvik/vm/Init.c
```

```
18587 target thumb C: libdvm_interp <= dalvik/vm/Inlines.c
18588 target thumb C: libdvm_interp <= dalvik/vm/Intern.c
18589 target thumb C: libdvm_interp <= dalvik/vm/Jni.c
18590 target thumb C: libdvm_interp <= dalvik/vm/JarFile.c
18591 target thumb C: libdvm_interp <= dalvik/vm/LinearAlloc.c
18592 target thumb C: libdvm_interp <= dalvik/vm/Native.c
18593 target thumb C: libdvm_interp <= dalvik/vm/PointerSet.c
18594 target thumb C: libdvm_interp <= dalvik/vm/Profile.c
18595 target thumb C: libdvm_interp <= dalvik/vm/Properties.c
18596 target thumb C: libdvm_interp <= dalvik/vm/RawDexFile.c
18597 target thumb C: libdvm_interp <= dalvik/vm/ReferenceTable.c
18598 target thumb C: libdvm_interp <= dalvik/vm/SignalCatcher.c
18599 target thumb C: libdvm_interp <= dalvik/vm/StdioConverter.c
18600 target thumb C: libdvm_interp <= dalvik/vm/Sync.c
18601 target thumb C: libdvm_interp <= dalvik/vm/TestCompability.c
18602 target thumb C: libdvm_interp <= dalvik/vm/Thread.c
18603 target thumb C: libdvm_interp <= dalvik/vm/UtfString.c
18604 target thumb C: libdvm_interp <= dalvik/vm/alloc/Alloc.c
18605 target thumb C: libdvm_interp <= dalvik/vm/alloc/CardTable.c
18606 target thumb C: libdvm_interp <= dalvik/vm/alloc/HeapDebug.c
18607 target thumb C: libdvm_interp <= dalvik/vm/alloc/HeapTable.c
18608 target thumb C: libdvm_interp <= dalvik/vm/alloc/HeapWorker.c
18609 target thumb C: libdvm_interp <= dalvik/vm/alloc/DdmHeap.c
18610 target thumb C: libdvm_interp <= dalvik/vm/alloc/Verify.c
18611 target thumb C: libdvm_interp <= dalvik/vm/alloc/Visit.c
18612 target thumb C: libdvm_interp <= dalvik/vm/analysis/CodeVerify.c
18613 target thumb C: libdvm_interp <= dalvik/vm/analysis/DexPrepare.c
18614 target thumb C: libdvm_interp <= dalvik/vm/analysis/DexVerify.c
18615 target thumb C: libdvm_interp <= dalvik/vm/analysis/Optimize.c
18616 target thumb C: libdvm_interp <= dalvik/vm/analysis/RegisterMap.c
18617 target thumb C: libdvm_interp <= dalvik/vm/analysis/VerifySubs.c
18618 target thumb C: libdvm_interp <= dalvik/vm/interp/Stack.c
18619 target thumb C: libdvm_interp <= dalvik/vm/jdwp/ExpandBuf.c
18620 target thumb C: libdvm_interp <= dalvik/vm/jdwp/JdwpAdb.c
18621 target thumb C: libdvm_interp <= dalvik/vm/jdwp/JdwpConstants.c
18622 target thumb C: libdvm_interp <= dalvik/vm/jdwp/JdwpEvent.c
18623 target thumb C: libdvm_interp <= dalvik/vm/jdwp/JdwpHandler.c
18624 target thumb C: libdvm_interp <= dalvik/vm/jdwp/JdwpMain.c
18625 target thumb C: libdvm_interp <= dalvik/vm/jdwp/JdwpSocket.c
18626 target thumb C: libdvm_interp <= dalvik/vm/native/InternalNative.c
18627 target thumb C: libdvm_interp <=
dalvik/vm/native/dalvik_system_DexFile.c
18628 target thumb C: libdvm_interp <=
dalvik/vm/native/dalvik_system_VMDebug.c
18629 target thumb C: libdvm_interp <=
dalvik/vm/native/dalvik_system_VMRuntime.c
18630 target thumb C: libdvm_interp <=
dalvik/vm/native/dalvik_system_VMStack.c
18631 target thumb C: libdvm_interp <=
dalvik/vm/native/dalvik_system_Zygote.c
18632 target thumb C: libdvm_interp <= dalvik/vm/native/java_lang_Class.c
18633 target thumb C: libdvm_interp <= dalvik/vm/native/java_lang_Object.c
18634 target thumb C: libdvm_interp <= dalvik/vm/native/java_lang_Runtime.c
18635 target thumb C: libdvm_interp <= dalvik/vm/native/java_lang_String.c
18636 target thumb C: libdvm_interp <= dalvik/vm/native/java_lang_System.c
18637 target thumb C: libdvm_interp <=
dalvik/vm/native/java_lang_SystemProperties.c
```

```
18638 target thumb C: libdvm_interp <= dalvik/vm/native/java_lang_Throwable.c
18639 target thumb C: libdvm_interp <=
dalvik/vm/native/java_lang_VMClassLoader.c
18640 target thumb C: libdvm_interp <= dalvik/vm/native/java_lang_VMThread.c
18641 target thumb C: libdvm_interp <=
dalvik/vm/native/java_lang_reflect_AccessibleObject.c
18642 target thumb C: libdvm_interp <=
dalvik/vm/native/java_lang_reflect_Array.c
18643 target thumb C: libdvm_interp <=
dalvik/vm/native/java_lang_reflect_Constructor.c
18644 target thumb C: libdvm_interp <=
dalvik/vm/native/java_lang_reflect_Field.c
18645 target thumb C: libdvm_interp <=
dalvik/vm/native/java_lang_reflect_Method.c
18646 target thumb C: libdvm_interp <=
dalvik/vm/native/java_lang_reflect_Proxy.c
18647 target thumb C: libdvm_interp <=
dalvik/vm/native/java_security_AccessController.c
18648 target thumb C: libdvm_interp <=
dalvik/vm/native/java_util_concurrent_atomic_AtomicLong.c
18649 target thumb C: libdvm_interp <=
dalvik/vm/native/org_apache_harmony_dalvik_NativeTestTarget.c
18650 target thumb C: libdvm_interp <=
dalvik/vm/native/org_apache_harmony_dalvik_ddmc_DdmServer.c
18651 target thumb C: libdvm_interp <=
dalvik/vm/native/org_apache_harmony_dalvik_ddmc_DdmVmInternal.c
18652 target thumb C: libdvm_interp <= dalvik/vm/native/sun_misc_Unsafe.c
18653 target thumb C: libdvm_interp <= dalvik/vm/oo/AccessCheck.c
18654 target thumb C: libdvm_interp <= dalvik/vm/oo/Array.c
18655 target thumb C: libdvm_interp <= dalvik/vm/oo/Class.c
18656 target thumb C: libdvm_interp <= dalvik/vm/oo/Object.c
18657 target thumb C: libdvm_interp <= dalvik/vm/oo/Resolve.c
18658 target thumb C: libdvm_interp <= dalvik/vm/oo/TypeCheck.c
18659 target thumb C: libdvm_interp <= dalvik/vm/reflect/Annotation.c
18660 target thumb C: libdvm_interp <= dalvik/vm/reflect/Proxy.c
18661 target thumb C: libdvm_interp <= dalvik/vm/reflect/Reflect.c
18662 target thumb C: libdvm_interp <= dalvik/vm/test/TestHash.c
18663 target thumb C: libdvm_interp <= dalvik/vm/test/TestIndirectRefTable.c
18664 target thumb C: libdvm_interp <= dalvik/vm/alloc/HeapSource.c
18665 target thumb C: libdvm_interp <= dalvik/vm/hprof/Hprof.c
18666 target thumb C: libdvm_interp <= dalvik/vm/hprof/HprofClass.c
18667 target thumb C: libdvm_interp <= dalvik/vm/hprof/HprofHeap.c
18668 target thumb C: libdvm_interp <= dalvik/vm/hprof/HprofOutput.c
18669 target thumb C: libdvm_interp <= dalvik/vm/hprof/HprofString.c
18670 target thumb C: libdvm_interp <= dalvik/vm/arch/arm/HintsEABI.c
18671 target asm: libdvm_sv <= dalvik/vm/arch/arm/CallOldABI.S
18672 target asm: libdvm_sv <= dalvik/vm/arch/arm/CallEABI.S
18673 target asm: libdvm_sv <= dalvik/vm/mterp/out/InterpAsm-armv7-a-neon.S
18674 target asm: libdvm_sv <= dalvik/vm/compiler/codegen/arm/armv7-a-
neon/CallingConvention.S
18675 target asm: libdvm_sv <=
dalvik/vm/compiler/template/out/CompilerTemplateAsm-armv7-a-neon.S
18676 target arm C: libdvm_sv <= dalvik/vm/Atomic.c
18677 target arm C: libdvm_sv <= dalvik/vm/IndirectRefTable.c
18678 target arm C: libdvm_sv <= dalvik/vm/InlineNative.c
18679 target arm C: libdvm_sv <= dalvik/vm/Misc.c
18680 target arm C: libdvm_sv <= dalvik/vm/alloc/clz.c
```

```
18681 target arm C: libdvm_sv <= dalvik/vm/alloc/HeapBitmap.c
18682 target arm C: libdvm_sv <= dalvik/vm/alloc/Heap.c
18683 target arm C: libdvm_sv <= dalvik/vm/interp/Interp.c
18684 target arm C: libdvm_sv <= dalvik/vm/mterp/Mterp.c
18685 target arm C: libdvm_sv <= dalvik/vm/mterp/out/InterpC-portstd.c
18686 target arm C: libdvm_sv <= dalvik/vm/mterp/out/InterpC-portdbg.c
18687 target arm C: libdvm_sv <= dalvik/vm/test/AtomicTest.c
18688 target arm C: libdvm_sv <= dalvik/vm/alloc/MarkSweep.c
18689 target arm C: libdvm_sv <= dalvik/vm/mterp/out/InterpC-armv7-a-neon.c
18690 target thumb C: libdvm_sv <= dalvik/vm/AllocTracker.c
18691 target thumb C: libdvm_sv <= dalvik/vm/AtomicCache.c
18692 target thumb C: libdvm_sv <= dalvik/vm/CheckJni.c
18693 target thumb C: libdvm_sv <= dalvik/vm/Ddm.c
18694 target thumb C: libdvm_sv <= dalvik/vm/Debugger.c
18695 target thumb C: libdvm_sv <= dalvik/vm/DvmDex.c
18696 target thumb C: libdvm_sv <= dalvik/vm/Exception.c
18697 target thumb C: libdvm_sv <= dalvik/vm/Hash.c
18698 target thumb C: libdvm_sv <= dalvik/vm/Init.c
18699 target thumb C: libdvm_sv <= dalvik/vm/Inlines.c
18700 target thumb C: libdvm_sv <= dalvik/vm/Intern.c
18701 target thumb C: libdvm_sv <= dalvik/vm/Jni.c
18702 target thumb C: libdvm_sv <= dalvik/vm/JarFile.c
18703 target thumb C: libdvm_sv <= dalvik/vm/LinearAlloc.c
18704 target thumb C: libdvm_sv <= dalvik/vm/Native.c
18705 target thumb C: libdvm_sv <= dalvik/vm/PointerSet.c
18706 target thumb C: libdvm_sv <= dalvik/vm/Profile.c
18707 target thumb C: libdvm_sv <= dalvik/vm/Properties.c
18708 target thumb C: libdvm_sv <= dalvik/vm/RawDexFile.c
18709 target thumb C: libdvm_sv <= dalvik/vm/ReferenceTable.c
18710 target thumb C: libdvm_sv <= dalvik/vm/SignalCatcher.c
18711 target thumb C: libdvm_sv <= dalvik/vm/StdioConverter.c
18712 target thumb C: libdvm_sv <= dalvik/vm/Sync.c
18713 target thumb C: libdvm_sv <= dalvik/vm/TestCompability.c
18714 target thumb C: libdvm_sv <= dalvik/vm/Thread.c
18715 target thumb C: libdvm_sv <= dalvik/vm/UtfString.c
18716 target thumb C: libdvm_sv <= dalvik/vm/alloc/Alloc.c
18717 target thumb C: libdvm_sv <= dalvik/vm/alloc/CardTable.c
18718 target thumb C: libdvm_sv <= dalvik/vm/alloc/HeapDebug.c
18719 target thumb C: libdvm_sv <= dalvik/vm/alloc/HeapTable.c
18720 target thumb C: libdvm_sv <= dalvik/vm/alloc/HeapWorker.c
18721 target thumb C: libdvm_sv <= dalvik/vm/alloc/DdmHeap.c
18722 target thumb C: libdvm_sv <= dalvik/vm/alloc/Verify.c
18723 target thumb C: libdvm_sv <= dalvik/vm/alloc/Visit.c
18724 target thumb C: libdvm_sv <= dalvik/vm/analysis/CodeVerify.c
18725 target thumb C: libdvm_sv <= dalvik/vm/analysis/DexPrepare.c
18726 target thumb C: libdvm_sv <= dalvik/vm/analysis/DexVerify.c
18727 target thumb C: libdvm_sv <= dalvik/vm/analysis/Optimize.c
18728 target thumb C: libdvm_sv <= dalvik/vm/analysis/RegisterMap.c
18729 target thumb C: libdvm_sv <= dalvik/vm/analysis/VerifySubs.c
18730 target thumb C: libdvm_sv <= dalvik/vm/interp/Stack.c
18731 target thumb C: libdvm_sv <= dalvik/vm/jdwp/ExpandBuf.c
18732 target thumb C: libdvm_sv <= dalvik/vm/jdwp/JdwpAdb.c
18733 target thumb C: libdvm_sv <= dalvik/vm/jdwp/JdwpConstants.c
18734 target thumb C: libdvm_sv <= dalvik/vm/jdwp/JdwpEvent.c
18735 target thumb C: libdvm_sv <= dalvik/vm/jdwp/JdwpHandler.c
18736 target thumb C: libdvm_sv <= dalvik/vm/jdwp/JdwpMain.c
18737 target thumb C: libdvm_sv <= dalvik/vm/jdwp/JdwpSocket.c
```

```
18738 target thumb C: libdvm_sv <= dalvik/vm/native/InternalNative.c
18739 target thumb C: libdvm_sv <= dalvik/vm/native/dalvik_system_DexFile.c
18740 target thumb C: libdvm_sv <= dalvik/vm/native/dalvik_system_VMDebug.c
18741 target thumb C: libdvm_sv <= dalvik/vm/native/dalvik_system_VMRuntime.c
18742 target thumb C: libdvm_sv <= dalvik/vm/native/dalvik_system_VMStack.c
18743 target thumb C: libdvm_sv <= dalvik/vm/native/dalvik_system_Zygote.c
18744 target thumb C: libdvm_sv <= dalvik/vm/native/java_lang_Class.c
18745 target thumb C: libdvm_sv <= dalvik/vm/native/java_lang_Object.c
18746 target thumb C: libdvm_sv <= dalvik/vm/native/java_lang_Runtime.c
18747 target thumb C: libdvm_sv <= dalvik/vm/native/java_lang_String.c
18748 target thumb C: libdvm_sv <= dalvik/vm/native/java_lang_System.c
18749 target thumb C: libdvm_sv <=
dalvik/vm/native/java_lang_SystemProperties.c
18750 target thumb C: libdvm_sv <= dalvik/vm/native/java_lang_Throwable.c
18751 target thumb C: libdvm_sv <= dalvik/vm/native/java_lang_VMClassLoader.c
18752 target thumb C: libdvm_sv <= dalvik/vm/native/java_lang_VMThread.c
18753 target thumb C: libdvm_sv <=
dalvik/vm/native/java_lang_reflect_AccessibleObject.c
18754 target thumb C: libdvm_sv <= dalvik/vm/native/java_lang_reflect_Array.c
18755 target thumb C: libdvm_sv <=
dalvik/vm/native/java_lang_reflect_Constructor.c
18756 target thumb C: libdvm_sv <= dalvik/vm/native/java_lang_reflect_Field.c
18757 target thumb C: libdvm_sv <=
dalvik/vm/native/java_lang_reflect_Method.c
18758 target thumb C: libdvm_sv <= dalvik/vm/native/java_lang_reflect_Proxy.c
18759 target thumb C: libdvm_sv <=
dalvik/vm/native/java_security_AccessController.c
18760 target thumb C: libdvm_sv <=
dalvik/vm/native/java_util_concurrent_atomic_AtomicLong.c
18761 target thumb C: libdvm_sv <=
dalvik/vm/native/org_apache_harmony_dalvik_NativeTestTarget.c
18762 target thumb C: libdvm_sv <=
dalvik/vm/native/org_apache_harmony_dalvik_ddmc_DdmServer.c
18763 target thumb C: libdvm_sv <=
dalvik/vm/native/org_apache_harmony_dalvik_ddmc_DdmVmInternal.c
18764 target thumb C: libdvm_sv <= dalvik/vm/native/sun_misc_Unsafe.c
18765 target thumb C: libdvm_sv <= dalvik/vm/oo/AccessCheck.c
18766 target thumb C: libdvm_sv <= dalvik/vm/oo/Array.c
18767 target thumb C: libdvm_sv <= dalvik/vm/oo/Class.c
18768 target thumb C: libdvm_sv <= dalvik/vm/oo/Object.c
18769 target thumb C: libdvm_sv <= dalvik/vm/oo/Resolve.c
18770 target thumb C: libdvm_sv <= dalvik/vm/oo/TypeCheck.c
18771 target thumb C: libdvm_sv <= dalvik/vm/reflect/Annotation.c
18772 target thumb C: libdvm_sv <= dalvik/vm/reflect/Proxy.c
18773 target thumb C: libdvm_sv <= dalvik/vm/reflect/Reflect.c
18774 target thumb C: libdvm_sv <= dalvik/vm/test/TestHash.c
18775 target thumb C: libdvm_sv <= dalvik/vm/test/TestIndirectRefTable.c
18776 target thumb C: libdvm_sv <= dalvik/vm/alloc/HeapSource.c
18777 target thumb C: libdvm_sv <= dalvik/vm/compiler/Compiler.c
18778 target thumb C: libdvm_sv <= dalvik/vm/compiler/Frontend.c
18779 target thumb C: libdvm_sv <= dalvik/vm/compiler/Utility.c
18780 target thumb C: libdvm_sv <= dalvik/vm/compiler/InlineTransformation.c
18781 target thumb C: libdvm_sv <= dalvik/vm/compiler/IntermediateRep.c
18782 target thumb C: libdvm_sv <= dalvik/vm/compiler/Dataflow.c
18783 target thumb C: libdvm_sv <= dalvik/vm/compiler/Loop.c
18784 target thumb C: libdvm_sv <= dalvik/vm/compiler/Ralloc.c
18785 target thumb C: libdvm_sv <= dalvik/vm/interp/Jit.c
```

```
18786 target thumb C: libdvm_sv <= dalvik/vm/hprof/Hprof.c
18787 target thumb C: libdvm_sv <= dalvik/vm/hprof/HprofClass.c
18788 target thumb C: libdvm_sv <= dalvik/vm/hprof/HprofHeap.c
18789 target thumb C: libdvm_sv <= dalvik/vm/hprof/HprofOutput.c
18790 target thumb C: libdvm_sv <= dalvik/vm/hprof/HprofString.c
18791 target thumb C: libdvm_sv <= dalvik/vm/arch/arm/HintsEABI.c
18792 target thumb C: libdvm_sv <=
dalvik/vm/compiler/codegen/arm/RallocUtil.c
18793 target thumb C: libdvm_sv <= dalvik/vm/compiler/codegen/arm/armv7-a-
neon/Codegen.c
18794 target thumb C: libdvm_sv <= dalvik/vm/compiler/codegen/arm/Assemble.c
18795 target thumb C: libdvm_sv <=
dalvik/vm/compiler/codegen/arm/ArchUtility.c
18796 target thumb C: libdvm_sv <=
dalvik/vm/compiler/codegen/arm/LocalOptimizations.c
18797 target thumb C: libdvm_sv <=
dalvik/vm/compiler/codegen/arm/GlobalOptimizations.c
18798 target thumb C: libembunit <= external/embunit/src/AssertImpl.c
18799 target thumb C: libembunit <= external/embunit/src/RepeatedTest.c
18800 target thumb C: libembunit <= external/embunit/src/stdImpl.c
18801 target thumb C: libembunit <= external/embunit/src/TestCaller.c
18802 target thumb C: libembunit <= external/embunit/src/TestCase.c
18803 target thumb C: libembunit <= external/embunit/src/TestResult.c
18804 target thumb C: libembunit <= external/embunit/src/TestRunner.c
18805 target thumb C: libembunit <= external/embunit/src/TestSuite.c
18806 target thumb C++: libgl2jni <=
frameworks/base/opengl/tests/gl2_jni/jni/gl_code.cpp
18807 target thumb C++: libgldualjni <=
frameworks/base/opengl/tests/gldual/jni/gl_code.cpp
18808 target arm C++: libgljni <=
frameworks/base/opengl/tests/gl_jni/jni/gl_code.cpp
18809 target thumb C++: libplatform_library_jni <=
device/sample/frameworks/PlatformLibrary/jni/PlatformLibrary.cpp
18810 target thumb C++: libsampleplugin <=
development/samples/BrowserPlugin/jni/main.cpp
18811 target thumb C++: libsampleplugin <=
development/samples/BrowserPlugin/jni/PluginObject.cpp
18812 target thumb C++: libsampleplugin <=
development/samples/BrowserPlugin/jni/animation/AnimationPlugin.cpp
18813 development/samples/BrowserPlugin/jni/PluginObject.cpp:99: warning:
missing initializer for member 'NPClass::construct'
18814 target thumb C++: libsampleplugin <=
development/samples/BrowserPlugin/jni/audio/AudioPlugin.cpp
18815 target thumb C++: libsampleplugin <=
development/samples/BrowserPlugin/jni/background/BackgroundPlugin.cpp
18816 target thumb C++: libsampleplugin <=
development/samples/BrowserPlugin/jni/form/FormPlugin.cpp
18817 target thumb C++: libsampleplugin <=
development/samples/BrowserPlugin/jni/navigation/NavigationPlugin.cpp
18818 target thumb C++: libsampleplugin <=
development/samples/BrowserPlugin/jni/paint/PaintPlugin.cpp
18819 target thumb C++: libsampleplugin <=
development/samples/BrowserPlugin/jni/video/VideoPlugin.cpp
18820 target thumb C++: libsampleplugin <=
development/samples/BrowserPlugin/jni/jni-bridge.cpp
18821 target thumb C++: libsimplejni <=
development/samples/SimpleJNI/jni/native.cpp
```

```
18822 target thumb C++: libterm <= development/apps/Term/jni/termExec.cpp
18823 target thumb C++: libtestplugin <=
frameworks/base/tests/BrowserTestPlugin/jni/main.cpp
18824 target thumb C++: libtestplugin <=
frameworks/base/tests/BrowserTestPlugin/jni/PluginObject.cpp
18825 frameworks/base/tests/BrowserTestPlugin/jni/PluginObject.cpp:90:
warning: missing initializer for member 'NPClass::construct'
18826 target thumb C++: libtestplugin <=
frameworks/base/tests/BrowserTestPlugin/jni/event/EventPlugin.cpp
18827 target thumb C: lights.mahimahi <= device/htc/passion-
common/liblights/lights.c
18828 target thumb C++: sensors.mahimahi <= device/htc/passion-
common/libsensors/nusensors.cpp
18829 target thumb C++: sensors.mahimahi <= device/htc/passion-
common/libsensors/InputEventReader.cpp
18830 target thumb C++: sensors.mahimahi <= device/htc/passion-
common/libsensors/SensorBase.cpp
18831 target thumb C++: sensors.mahimahi <= device/htc/passion-
common/libsensors/LightSensor.cpp
18832 target thumb C++: sensors.mahimahi <= device/htc/passion-
common/libsensors/ProximitySensor.cpp
18833 target thumb C++: sensors.mahimahi <= device/htc/passion-
common/libsensors/AkmSensor.cpp
18834 target thumb C: sensors.mahimahi <= device/htc/passion-
common/libsensors/sensors.c
18835 host StaticLib: libhost (out/host/linux-
x86/obj/STATIC_LIBRARIES/libhost_intermediates/libhost.a)
18836 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libhost_intermediates/pseudolocalize.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libhost_intermediates/CopyFile.o |
xargs ar crsP  out/host/linux-
x86/obj/STATIC_LIBRARIES/libhost_intermediates/libhost.a
18837 host C: libclearsilver-jni <= external/clearsilver/java-
jni/j_neo_util.c
18838 host C: libclearsilver-jni <= external/clearsilver/java-jni/j_neo_cs.c
18839 host SharedLib: libneo_util (out/host/linux-x86/obj/lib/libneo_util.so)
18840 host StaticLib: libutils (out/host/linux-
x86/obj/STATIC_LIBRARIES/libutils_intermediates/libutils.a)
18841 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libutils_intermediates/Asset.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libutils_intermediates/AssetDir.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libutils_intermediates/AssetManager.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libutils_intermediates/BufferedTextOutput.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/CallStack.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/Debug.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/FileMap.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/Flattenable.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/ObbFile.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/Pool.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/RefBase.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libutils_intermediates/ResourceTypes.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/SharedBuffer.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/Static.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/StopWatch.o
out/host/linux-
```

```
x86/obj/STATIC_LIBRARIES/libutils_intermediates/StreamingZipInflater.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/String8.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/String16.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/StringArray.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/SystemClock.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/TextOutput.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/Threads.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/Timers.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/VectorImpl.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/ZipFileCRO.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/ZipFileRO.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/ZipUtils.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libutils_intermediates/misc.o | xargs
ar crsP  out/host/linux-
x86/obj/STATIC_LIBRARIES/libutils_intermediates/libutils.a
18842 host StaticLib: liblog (out/host/linux-
x86/obj/STATIC_LIBRARIES/liblog_intermediates/liblog.a)
18843 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/liblog_intermediates/logd_write.o out/host/linux-
x86/obj/STATIC_LIBRARIES/liblog_intermediates/logprint.o out/host/linux-
x86/obj/STATIC_LIBRARIES/liblog_intermediates/event_tag_map.o out/host/linux-
x86/obj/STATIC_LIBRARIES/liblog_intermediates/fake_log_device.o | xargs ar
crsP  out/host/linux-x86/obj/STATIC_LIBRARIES/liblog_intermediates/liblog.a
18844 host StaticLib: libcutils (out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/libcutils.a)
18845 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/atomic.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/array.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/hashmap.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/native_handle.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libcutils_intermediates/buffer.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/socket_inaddr_any_server.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/socket_local_client.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/socket_local_server.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/socket_loopback_client.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/socket_loopback_server.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/socket_network_client.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/config_utils.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libcutils_intermediates/cpu_info.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libcutils_intermediates/load_file.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/open_memstream.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libcutils_intermediates/strdup16to8.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libcutils_intermediates/strdup8to16.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/record_stream.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/process_name.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libcutils_intermediates/properties.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libcutils_intermediates/threads.o
```

```
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/sched_policy.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/iosched_policy.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/abort_socket.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libcutils_intermediates/mspace.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libcutils_intermediates/selector.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libcutils_intermediates/tztime.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libcutils_intermediates/zygote.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libcutils_intermediates/ashmem-host.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libcutils_intermediates/tzstrftime.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/dlmalloc_stubs.o | xargs ar
crsP  out/host/linux-
x86/obj/STATIC_LIBRARIES/libcutils_intermediates/libcutils.a
18846 host StaticLib: libexpat (out/host/linux-
x86/obj/STATIC_LIBRARIES/libexpat_intermediates/libexpat.a)
18847 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libexpat_intermediates/lib/xmlparse.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libexpat_intermediates/lib/xmlrole.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libexpat_intermediates/lib/xmltok.o |
xargs ar crsP  out/host/linux-
x86/obj/STATIC_LIBRARIES/libexpat_intermediates/libexpat.a
18848 host SharedLib: libESR_Portable (out/host/linux-
x86/obj/lib/libESR_Portable.so)
18849 host Executable: aidl (out/host/linux-
x86/obj/EXECUTABLES/aidl_intermediates/aidl)
18850 host StaticLib: libpng (out/host/linux-
x86/obj/STATIC_LIBRARIES/libpng_intermediates/libpng.a)
18851 echo out/host/linux-x86/obj/STATIC_LIBRARIES/libpng_intermediates/png.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libpng_intermediates/pngerror.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libpng_intermediates/pnggccrd.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libpng_intermediates/pngget.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libpng_intermediates/pngmem.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libpng_intermediates/pngpread.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libpng_intermediates/pngread.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libpng_intermediates/pngrio.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libpng_intermediates/pngrtran.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libpng_intermediates/pngrutil.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libpng_intermediates/pngset.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libpng_intermediates/pngtrans.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libpng_intermediates/pngvcrd.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libpng_intermediates/pngwio.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libpng_intermediates/pngwrite.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libpng_intermediates/pngwtran.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libpng_intermediates/pngwutil.o |
xargs ar crsP  out/host/linux-
x86/obj/STATIC_LIBRARIES/libpng_intermediates/libpng.a
18852 host StaticLib: libzipfile (out/host/linux-
x86/obj/STATIC_LIBRARIES/libzipfile_intermediates/libzipfile.a)
18853 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libzipfile_intermediates/centraldir.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libzipfile_intermediates/zipfile.o |
xargs ar crsP  out/host/linux-
x86/obj/STATIC_LIBRARIES/libzipfile_intermediates/libzipfile.a
```

```
18854 host StaticLib: libtinyxml (out/host/linux-
x86/obj/STATIC_LIBRARIES/libtinyxml_intermediates/libtinyxml.a)
18855 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libtinyxml_intermediates/tinyxml.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libtinyxml_intermediates/tinyxmlparser.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libtinyxml_intermediates/tinyxmlerror.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libtinyxml_intermediates/tinystr.o |
xargs ar crsP  out/host/linux-
x86/obj/STATIC_LIBRARIES/libtinyxml_intermediates/libtinyxml.a
18856 host StaticLib: libunz (out/host/linux-
x86/obj/STATIC_LIBRARIES/libunz_intermediates/libunz.a)
18857 host SharedLib: libfst (out/host/linux-x86/obj/lib/libfst.so)
18858 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libunz_intermediates/adler32.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libunz_intermediates/crc32.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libunz_intermediates/zutil.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libunz_intermediates/inflate.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libunz_intermediates/inftrees.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libunz_intermediates/inffast.o | xargs ar crsP
out/host/linux-x86/obj/STATIC_LIBRARIES/libunz_intermediates/libunz.a
18859 host StaticLib: libelf (out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf.a)
18860 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/lib/xmalloc.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/lib/xstrdup.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/lib/xstrndup.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf32_checksum.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf32_fsize.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf32_getehdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf32_getphdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf32_getshdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf32_newehdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf32_newphdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf32_updatefile.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf32_updatenull.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf32_xlatetof.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf32_xlatetom.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf64_checksum.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf64_fsize.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf64_getehdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf64_getphdr.o
out/host/linux-
```

```
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf64_getshdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf64_newehdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf64_newphdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf64_updatefile.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf64_updatenull.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf64_xlatetof.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf64_xlatetom.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_begin.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_clone.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_cntl.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_end.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_error.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_fill.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_flagdata.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_flagehdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_flagelf.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_flagphdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_flagscn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_flagshdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_getarhdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_getarsym.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_getbase.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_getdata.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_getident.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_getscn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_getshnum.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_getshstrndx.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_hash.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_kind.o
out/host/linux-
```

```
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_memory.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_ndxscn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_newdata.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_newscn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_next.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_nextscn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_rand.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_rawdata.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_rawfile.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_readall.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_strptr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_update.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/elf_version.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_checksum.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_freechunk.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_fsize.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_getclass.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_getdyn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_getehdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_getlib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_getmove.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_getphdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_getrel.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_getrela.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_getshdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_getsym.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_getsyminfo.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_getsymshndx.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_getverdaux.o
```

```
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_getverdef.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_getvernaux.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_getverneed.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_getversym.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_newehdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_newphdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_rawchunk.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_update_dyn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_update_ehdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_update_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_update_move.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_update_phdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_update_rel.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_update_rela.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_update_shdr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_update_sym.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_update_syminfo.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_update_symshndx.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_update_verdaux.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_update_verdef.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_update_vernaux.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_update_verneed.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_update_versym.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_xlate.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_xlatetof.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/gelf_xlatetom.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/libelf_crc32.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/libelf_next_prime.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf/nlist.o |
```

```
xargs ar crsP  out/host/linux-
x86/obj/STATIC_LIBRARIES/libelf_intermediates/libelf.a
18861 host StaticLib: libelfcopy (out/host/linux-
x86/obj/STATIC_LIBRARIES/libelfcopy_intermediates/libelfcopy.a)
18862 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libelfcopy_intermediates/common.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libelfcopy_intermediates/debug.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libelfcopy_intermediates/elfcopy.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libelfcopy_intermediates/hash.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libelfcopy_intermediates/rangesort.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libelfcopy_intermediates/fixdwarf.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libelfcopy_intermediates/dwarf.o | xargs ar crsP
out/host/linux-x86/obj/STATIC_LIBRARIES/libelfcopy_intermediates/libelfcopy.a
18863 host StaticLib: libebl (out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl.a)
18864 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/lib/xmalloc.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/lib/xstrdup.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/lib/xstrndup.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblbackendname.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblclosebackend.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblcorenote.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblcorenotetypename.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/ebldebugscnp.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/ebldynamictagcheck.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/ebldynamictagname.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblgotpcreloccheck.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblgstrtab.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblmachineflagcheck.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblmachineflagname.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblobjecttypename.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblobjnote.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblobjnotetypename.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblopenbackend.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblosabiname.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblreloctypecheck.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblreloctypename.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblrelocvaliduse.o
out/host/linux-
```

```
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblsectionname.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblsectiontypename.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblsegmenttypename.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblshflagscombine.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblstrtab.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblsymbolbindingname.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblsymboltypename.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl/eblwstrtab.o | xargs ar
crsP  out/host/linux-x86/obj/STATIC_LIBRARIES/libebl_intermediates/libebl.a
18865 true
18866 host Executable: atree (out/host/linux-
x86/obj/EXECUTABLES/atree_intermediates/atree)
18867 host StaticLib: libebl_arm (out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_arm_intermediates/libebl_arm.a)
18868 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_arm_intermediates/libebl/arm_destr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_arm_intermediates/libebl/arm_init.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_arm_intermediates/libebl/arm_symbol.o | xargs
ar crsP  out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_arm_intermediates/libebl_arm.a
18869 host Executable: bb2sym (out/host/linux-
x86/obj/EXECUTABLES/bb2sym_intermediates/bb2sym)
18870 host Executable: bb_dump (out/host/linux-
x86/obj/EXECUTABLES/bb_dump_intermediates/bb_dump)
18871 host Executable: bbprof (out/host/linux-
x86/obj/EXECUTABLES/bbprof_intermediates/bbprof)
18872 true
18873 host Executable: bison (out/host/linux-
x86/obj/EXECUTABLES/bison_intermediates/bison)
18874 true
18875 true
18876 true
18877 host Executable: check_stack (out/host/linux-
x86/obj/EXECUTABLES/check_stack_intermediates/check_stack)
18878 host Executable: check_trace (out/host/linux-
x86/obj/EXECUTABLES/check_trace_intermediates/check_trace)
18879 host Executable: cmu2nuance (out/host/linux-
x86/obj/EXECUTABLES/cmu2nuance_intermediates/cmu2nuance)
18880 true
18881 true
18882 host Executable: coverage (out/host/linux-
x86/obj/EXECUTABLES/coverage_intermediates/coverage)
18883 host Executable: create_test_dmtrace (out/host/linux-
x86/obj/EXECUTABLES/create_test_dmtrace_intermediates/create_test_dmtrace)
18884 true
18885 true
18886 host StaticLib: libz (out/host/linux-
x86/obj/STATIC_LIBRARIES/libz_intermediates/libz.a)
```

```
18887 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libz_intermediates/adler32.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libz_intermediates/compress.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libz_intermediates/crc32.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libz_intermediates/gzclose.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libz_intermediates/gzlib.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libz_intermediates/gzread.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libz_intermediates/gzwrite.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libz_intermediates/uncompr.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libz_intermediates/deflate.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libz_intermediates/trees.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libz_intermediates/zutil.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libz_intermediates/inflate.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libz_intermediates/infback.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libz_intermediates/inftrees.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libz_intermediates/inffast.o | xargs ar crsP
out/host/linux-x86/obj/STATIC_LIBRARIES/libz_intermediates/libz.a
18888 host StaticLib: libdex (out/host/linux-
x86/obj/STATIC_LIBRARIES/libdex_intermediates/libdex.a)
18889 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libdex_intermediates/CmdUtils.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libdex_intermediates/DexCatch.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libdex_intermediates/DexClass.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libdex_intermediates/DexDataMap.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libdex_intermediates/DexFile.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libdex_intermediates/DexInlines.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libdex_intermediates/DexOptData.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libdex_intermediates/DexProto.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libdex_intermediates/DexSwapVerify.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libdex_intermediates/InstrUtils.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libdex_intermediates/Leb128.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libdex_intermediates/OpCodeNames.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libdex_intermediates/OptInvocation.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libdex_intermediates/sha1.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libdex_intermediates/SysUtil.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libdex_intermediates/ZipArchive.o | xargs ar crsP
out/host/linux-x86/obj/STATIC_LIBRARIES/libdex_intermediates/libdex.a
18890 host StaticLib: libfdlibm-host (out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/libfdlibm-host.a)
18891 echo out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/k_standard.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/k_rem_pio2.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/k_cos.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/k_sin.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/k_tan.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/e_acos.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/e_acosh.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/e_asin.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/e_atan2.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/e_atanh.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/e_cosh.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/e_exp.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/e_fmod.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/e_gamma.o out/host/linux-
```

x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/e_gamma_r.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/e_hypot.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/e_j0.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/e_j1.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/e_jn.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/e_lgamma.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/e_lgamma_r.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/e_log.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/e_log10.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/e_pow.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/e_rem_pio2.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/e_remainder.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/e_scalb.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/e_sinh.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/e_sqrt.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/w_acos.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/w_acosh.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/w_asin.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/w_atan2.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/w_atanh.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/w_cosh.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/w_exp.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/w_fmod.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/w_gamma.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/w_gamma_r.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/w_hypot.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/w_j0.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/w_j1.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/w_jn.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/w_lgamma.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/w_lgamma_r.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/w_log.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/w_log10.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/w_pow.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/w_remainder.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/w_scalb.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/w_sinh.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/w_sqrt.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/s_asinh.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/s_atan.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/s_cbrt.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/s_ceil.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/s_copysign.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/s_cos.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/s_erf.o out/host/linux-

x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/s_expm1.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/s_fabs.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/s_finite.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/s_floor.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/s_frexp.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/s_ilogb.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/s_isnan.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/s_ldexp.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/s_lib_version.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/s_log1p.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/s_logb.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/s_matherr.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/s_modf.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/s_nextafter.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/s_rint.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/s_scalbn.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/s_signgam.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/s_significand.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/s_sin.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/s_tan.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libfdlibm-host_intermediates/s_tanh.o | xargs ar
crsP  out/host/linux-x86/obj/STATIC_LIBRARIES/libfdlibm-
host_intermediates/libfdlibm-host.a
18892 true
18893 host Executable: dmtracedump (out/host/linux-
x86/obj/EXECUTABLES/dmtracedump_intermediates/dmtracedump)
18894 host Executable: dump_regions (out/host/linux-
x86/obj/EXECUTABLES/dump_regions_intermediates/dump_regions)
18895 host Executable: edify (out/host/linux-
x86/obj/EXECUTABLES/edify_intermediates/edify)
18896 true
18897 true
18898 host StaticLib: emulator-memcheck (out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-memcheck_intermediates/emulator-memcheck.a)
18899 echo out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
memcheck_intermediates/memcheck/memcheck.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-
memcheck_intermediates/memcheck/memcheck_proc_management.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-
memcheck_intermediates/memcheck/memcheck_malloc_map.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-
memcheck_intermediates/memcheck/memcheck_mmrange_map.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-
memcheck_intermediates/memcheck/memcheck_util.o | xargs ar crsP
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
memcheck_intermediates/emulator-memcheck.a
18900 true
18901 host StaticLib: emulator-hw (out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/emulator-hw.a)

18902 echo out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
hw_intermediates/hw/android_arm.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/arm_pic.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/bt.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/bt-hci.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/bt-hid.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/bt-
l2cap.o out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
hw_intermediates/hw/bt-sdp.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/cdrom.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/dma.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/irq.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/goldfish_audio.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
hw_intermediates/hw/goldfish_battery.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/goldfish_device.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
hw_intermediates/hw/goldfish_events_device.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/goldfish_fb.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
hw_intermediates/hw/goldfish_interrupt.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/goldfish_memlog.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
hw_intermediates/hw/goldfish_mmc.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/goldfish_nand.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
hw_intermediates/hw/goldfish_switch.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/goldfish_timer.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
hw_intermediates/hw/goldfish_trace.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/goldfish_tty.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
hw_intermediates/hw/msmouse.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/pci.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/qdev.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/scsi-disk.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
hw_intermediates/hw/smc91c111.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/sysbus.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/usb-
hid.o out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
hw_intermediates/hw/usb-hub.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/usb-msd.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/hw/usb-
ohci.o out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
hw_intermediates/hw/usb.o out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
hw_intermediates/hw/watchdog.o | xargs ar crsP  out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-hw_intermediates/emulator-hw.a
18903 host StaticLib: emulator-tcg (out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-tcg_intermediates/emulator-tcg.a)
18904 echo out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
tcg_intermediates/tcg/tcg.o | xargs ar crsP  out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-tcg_intermediates/emulator-tcg.a
18905 true
18906 host StaticLib: emulator-arm (out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-arm_intermediates/emulator-arm.a)

18907 echo out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
arm_intermediates/exec.o out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
arm_intermediates/cpu-exec.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-arm_intermediates/target-arm/op_helper.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-arm_intermediates/target-
arm/iwmmxt_helper.o out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
arm_intermediates/target-arm/neon_helper.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-arm_intermediates/target-arm/helper.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-arm_intermediates/target-
arm/translate.o out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
arm_intermediates/target-arm/machine.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-arm_intermediates/translate-all.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
arm_intermediates/hw/armv7m.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-arm_intermediates/hw/armv7m_nvic.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-arm_intermediates/arm-semi.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-arm_intermediates/trace.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-arm_intermediates/varint.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-arm_intermediates/dcache.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
arm_intermediates/softmmu_outside_jit.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-arm_intermediates/fpu/softfloat.o | xargs
ar crsP  out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
arm_intermediates/emulator-arm.a
18908 host StaticLib: emulator-elff (out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-elff_intermediates/emulator-elff.a)
18909 echo out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
elff_intermediates/elff/dwarf_cu.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-elff_intermediates/elff/dwarf_die.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
elff_intermediates/elff/dwarf_utils.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-elff_intermediates/elff/elf_alloc.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
elff_intermediates/elff/elf_file.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-
elff_intermediates/elff/elf_mapped_section.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-elff_intermediates/elff/elff_api.o | xargs
ar crsP  out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
elff_intermediates/emulator-elff.a
18910 host StaticLib: emulator-core (out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-core_intermediates/emulator-core.a)
18911 echo out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
core_intermediates/slirp-android/bootp.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-core_intermediates/slirp-android/cksum.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-core_intermediates/slirp-
android/debug.o out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
core_intermediates/slirp-android/if.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-core_intermediates/slirp-android/ip_icmp.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-core_intermediates/slirp-
android/ip_input.o out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
core_intermediates/slirp-android/ip_output.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-core_intermediates/slirp-android/mbuf.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-core_intermediates/slirp-
android/misc.o out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
core_intermediates/slirp-android/sbuf.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-core_intermediates/slirp-android/slirp.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-core_intermediates/slirp-

```
android/socket.o out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
core_intermediates/slirp-android/tcp_input.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-core_intermediates/slirp-
android/tcp_output.o out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
core_intermediates/slirp-android/tcp_subr.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-core_intermediates/slirp-
android/tcp_timer.o out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
core_intermediates/slirp-android/tftp.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-core_intermediates/slirp-android/udp.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
core_intermediates/proxy/proxy_common.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-core_intermediates/proxy/proxy_http.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
core_intermediates/proxy/proxy_http_connector.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-
core_intermediates/proxy/proxy_http_rewriter.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-
core_intermediates/telephony/android_modem.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-core_intermediates/telephony/modem_driver.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
core_intermediates/telephony/gsm.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-core_intermediates/telephony/sim_card.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
core_intermediates/telephony/sysdeps_qemu.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-core_intermediates/telephony/sms.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
core_intermediates/telephony/remote_call.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-core_intermediates/android/qemu-setup.o |
xargs ar crsP  out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
core_intermediates/emulator-core.a
18912 host StaticLib: emulator-ui (out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-ui_intermediates/emulator-ui.a)
18913 echo out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
ui_intermediates/android/skin/rect.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-ui_intermediates/android/skin/region.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
ui_intermediates/android/skin/image.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-ui_intermediates/android/skin/trackball.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
ui_intermediates/android/skin/keyboard.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-ui_intermediates/android/skin/keyset.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
ui_intermediates/android/skin/file.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-ui_intermediates/android/skin/window.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
ui_intermediates/android/skin/scaler.o out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-ui_intermediates/android/skin/composer.o
out/host/linux-x86/obj/STATIC_LIBRARIES/emulator-
ui_intermediates/android/skin/surface.o | xargs ar crsP  out/host/linux-
x86/obj/STATIC_LIBRARIES/emulator-ui_intermediates/emulator-ui.a
18914 host StaticLib: libETC1 (out/host/linux-
x86/obj/STATIC_LIBRARIES/libETC1_intermediates/libETC1.a)
18915 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libETC1_intermediates/ETC1/etc1.o | xargs ar crsP
out/host/linux-x86/obj/STATIC_LIBRARIES/libETC1_intermediates/libETC1.a
18916 host Executable: fastboot (out/host/linux-
x86/obj/EXECUTABLES/fastboot_intermediates/fastboot)
```

```
18917 host Executable: exc_dump (out/host/linux-
x86/obj/EXECUTABLES/exc_dump_intermediates/exc_dump)
18918 host Executable: genext2fs (out/host/linux-
x86/obj/EXECUTABLES/genext2fs_intermediates/genext2fs)
18919 host Executable: fs_get_stats (out/host/linux-
x86/obj/EXECUTABLES/fs_get_stats_intermediates/fs_get_stats)
18920 true
18921 true
18922 host Executable: hist_trace (out/host/linux-
x86/obj/EXECUTABLES/hist_trace_intermediates/hist_trace)
18923 host Executable: hprof-conv (out/host/linux-x86/obj/EXECUTABLES/hprof-
conv_intermediates/hprof-conv)
18924 true
18925 host Executable: icudata (out/host/linux-
x86/obj/EXECUTABLES/icudata_intermediates/icudata)
18926 true
18927 true
18928 host Executable: isprelinked (out/host/linux-
x86/obj/EXECUTABLES/isprelinked_intermediates/isprelinked)
18929 host Executable: iself (out/host/linux-
x86/obj/EXECUTABLES/iself_intermediates/iself)
18930 true
18931 true
18932 true
18933 host Executable: jdwpspy (out/host/linux-
x86/obj/EXECUTABLES/jdwpspy_intermediates/jdwpspy)
18934 host Executable: kcm (out/host/linux-
x86/obj/EXECUTABLES/kcm_intermediates/kcm)
18935 host Executable: line_endings (out/host/linux-
x86/obj/EXECUTABLES/line_endings_intermediates/line_endings)
18936 true
18937 host Executable: localize (out/host/linux-
x86/obj/EXECUTABLES/localize_intermediates/localize)
18938 true
18939 host Executable: lsd (out/host/linux-
x86/obj/EXECUTABLES/lsd_intermediates/lsd)
18940 true
18941 host StaticLib: libext4_utils (out/host/linux-
x86/obj/STATIC_LIBRARIES/libext4_utils_intermediates/libext4_utils.a)
18942 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libext4_utils_intermediates/make_ext4fs.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libext4_utils_intermediates/ext4_utils.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libext4_utils_intermediates/allocate.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libext4_utils_intermediates/backed_block.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libext4_utils_intermediates/output_file.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libext4_utils_intermediates/contents.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libext4_utils_intermediates/extent.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libext4_utils_intermediates/indirect.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libext4_utils_intermediates/uuid.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libext4_utils_intermediates/sha1.o
out/host/linux-
```

```
x86/obj/STATIC_LIBRARIES/libext4_utils_intermediates/sparse_crc32.o | xargs
ar crsP  out/host/linux-
x86/obj/STATIC_LIBRARIES/libext4_utils_intermediates/libext4_utils.a
18943 true
18944 true
18945 host Executable: makekeycodes (out/host/linux-
x86/obj/EXECUTABLES/makekeycodes_intermediates/makekeycodes)
18946 host Executable: minigzip (out/host/linux-
x86/obj/EXECUTABLES/minigzip_intermediates/minigzip)
18947 host Executable: mkbootfs (out/host/linux-
x86/obj/EXECUTABLES/mkbootfs_intermediates/mkbootfs)
18948 true
18949 true
18950 host Executable: mksdcard (out/host/linux-
x86/obj/EXECUTABLES/mksdcard_intermediates/mksdcard)
18951 host StaticLib: libmincrypt (out/host/linux-
x86/obj/STATIC_LIBRARIES/libmincrypt_intermediates/libmincrypt.a)
18952 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libmincrypt_intermediates/rsa.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libmincrypt_intermediates/sha.o | xargs ar crsP
out/host/linux-
x86/obj/STATIC_LIBRARIES/libmincrypt_intermediates/libmincrypt.a
18953 true
18954 host Executable: obbtool (out/host/linux-
x86/obj/EXECUTABLES/obbtool_intermediates/obbtool)
18955 host Executable: mkyaffs2image (out/host/linux-
x86/obj/EXECUTABLES/mkyaffs2image_intermediates/mkyaffs2image)
18956 true
18957 true
18958 host Executable: post_trace (out/host/linux-
x86/obj/EXECUTABLES/post_trace_intermediates/post_trace)
18959 host Executable: profile_pid (out/host/linux-
x86/obj/EXECUTABLES/profile_pid_intermediates/profile_pid)
18960 true
18961 host Executable: profile_trace (out/host/linux-
x86/obj/EXECUTABLES/profile_trace_intermediates/profile_trace)
18962 true
18963 host Executable: q2dm (out/host/linux-
x86/obj/EXECUTABLES/q2dm_intermediates/q2dm)
18964 true
18965 host Executable: q2g (out/host/linux-
x86/obj/EXECUTABLES/q2g_intermediates/q2g)
18966 true
18967 host Executable: read_addr (out/host/linux-
x86/obj/EXECUTABLES/read_addr_intermediates/read_addr)
18968 true
18969 true
18970 host Executable: read_method (out/host/linux-
x86/obj/EXECUTABLES/read_method_intermediates/read_method)
18971 host Executable: read_pid (out/host/linux-
x86/obj/EXECUTABLES/read_pid_intermediates/read_pid)
18972 true
18973 host Executable: read_trace (out/host/linux-
x86/obj/EXECUTABLES/read_trace_intermediates/read_trace)
18974 true
18975 host Executable: rgb2565 (out/host/linux-
x86/obj/EXECUTABLES/rgb2565_intermediates/rgb2565)
```

18976 true
18977 host Executable: rsg-generator (out/host/linux-x86/obj/EXECUTABLES/rsg-generator_intermediates/rsg-generator)
18978 true
18979 true
18980 host Executable: soslim (out/host/linux-x86/obj/EXECUTABLES/soslim_intermediates/soslim)
18981 host Executable: simg2img (out/host/linux-x86/obj/EXECUTABLES/simg2img_intermediates/simg2img)
18982 true
18983 true
18984 host Executable: sqlite3 (out/host/linux-x86/obj/EXECUTABLES/sqlite3_intermediates/sqlite3)
18985 host Executable: stack_dump (out/host/linux-x86/obj/EXECUTABLES/stack_dump_intermediates/stack_dump)
18986 true
18987 host Executable: test_zipfile (out/host/linux-x86/obj/EXECUTABLES/test_zipfile_intermediates/test_zipfile)
18988 true
18989 true
18990 host Executable: usbtest (out/host/linux-x86/obj/EXECUTABLES/usbtest_intermediates/usbtest)
18991 true
18992 host Executable: wdsclient (out/host/linux-x86/obj/EXECUTABLES/wdsclient_intermediates/wdsclient)
18993 host Executable: yuv420sp2rgb (out/host/linux-x86/obj/EXECUTABLES/yuv420sp2rgb_intermediates/yuv420sp2rgb)
18994 true
18995 true
18996 host Executable: zipalign (out/host/linux-x86/obj/EXECUTABLES/zipalign_intermediates/zipalign)
18997 host StaticLib: libsqlite3_android (out/host/linux-x86/obj/STATIC_LIBRARIES/libsqlite3_android_intermediates/libsqlite3_android.a)
18998 echo out/host/linux-x86/obj/STATIC_LIBRARIES/libsqlite3_android_intermediates/PhoneNumberUtils.o out/host/linux-x86/obj/STATIC_LIBRARIES/libsqlite3_android_intermediates/PhoneticStringUtils.o out/host/linux-x86/obj/STATIC_LIBRARIES/libsqlite3_android_intermediates/OldPhoneNumberUtils.o out/host/linux-x86/obj/STATIC_LIBRARIES/libsqlite3_android_intermediates/PhonebookIndex.o out/host/linux-x86/obj/STATIC_LIBRARIES/libsqlite3_android_intermediates/sqlite3_android.o | xargs ar crsP  out/host/linux-x86/obj/STATIC_LIBRARIES/libsqlite3_android_intermediates/libsqlite3_android.a
18999 target SharedLib: libdl (out/target/product/crespo/obj/SHARED_LIBRARIES/libdl_intermediates/LINKED/libdl.so)
19000 true
19001 true
19002 target StaticLib: liblog (out/target/product/crespo/obj/STATIC_LIBRARIES/liblog_intermediates/liblog.a)

19003 target StaticLib: libc_common
(out/target/product/crespo/obj/STATIC_LIBRARIES/libc_common_intermediates/libc_common.a)
19004 target StaticLib: libcutils
(out/target/product/crespo/obj/STATIC_LIBRARIES/libcutils_intermediates/libcutils.a)
19005 target SharedLib: libjni_latinime
(out/target/product/crespo/obj/SHARED_LIBRARIES/libjni_latinime_intermediates/LINKED/libjni_latinime.so)
19006 true
19007 target StaticLib: libsqlite3_android
(out/target/product/crespo/obj/STATIC_LIBRARIES/libsqlite3_android_intermediates/libsqlite3_android.a)
19008 target StaticLib: libjavacore
(out/target/product/crespo/obj/STATIC_LIBRARIES/libjavacore_intermediates/libjavacore.a)
19009 target StaticLib: libfdlibm
(out/target/product/crespo/obj/STATIC_LIBRARIES/libfdlibm_intermediates/libfdlibm.a)
19010 target StaticLib: libpixelflinger_armv6
(out/target/product/crespo/obj/STATIC_LIBRARIES/libpixelflinger_armv6_intermediates/libpixelflinger_armv6.a)
19011 target StaticLib: libft2
(out/target/product/crespo/obj/STATIC_LIBRARIES/libft2_intermediates/libft2.a)
19012 target StaticLib: libpng
(out/target/product/crespo/obj/STATIC_LIBRARIES/libpng_intermediates/libpng.a)
19013 target StaticLib: libgif
(out/target/product/crespo/obj/STATIC_LIBRARIES/libgif_intermediates/libgif.a)
19014 target StaticLib: libdex
(out/target/product/crespo/obj/STATIC_LIBRARIES/libdex_intermediates/libdex.a)
19015 target StaticLib: libmtdutils
(out/target/product/crespo/obj/STATIC_LIBRARIES/libmtdutils_intermediates/libmtdutils.a)
19016 target StaticLib: libmincrypt
(out/target/product/crespo/obj/STATIC_LIBRARIES/libmincrypt_intermediates/libmincrypt.a)
19017 target StaticLib: libapplypatch
(out/target/product/crespo/obj/STATIC_LIBRARIES/libapplypatch_intermediates/libapplypatch.a)
19018 target StaticLib: libbz
(out/target/product/crespo/obj/STATIC_LIBRARIES/libbz_intermediates/libbz.a)
19019 target StaticLib: libstagefright_aacdec
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstagefright_aacdec_intermediates/libstagefright_aacdec.a)
19020 target StaticLib: libstagefright_aacenc
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstagefright_aacenc_intermediates/libstagefright_aacenc.a)
19021 target StaticLib: libstagefright_amrnbdec
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstagefright_amrnbdec_intermediates/libstagefright_amrnbdec.a)
19022 target StaticLib: libstagefright_amrnbenc
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstagefright_amrnbenc_intermediates/libstagefright_amrnbenc.a)

19023 target StaticLib: libstagefright_amrwbdec
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstagefright_amrwbdec_inter
mediates/libstagefright_amrwbdec.a)
19024 target StaticLib: libstagefright_avcdec
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstagefright_avcdec_interme
diates/libstagefright_avcdec.a)
19025 target StaticLib: libstagefright_m4vh263dec
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstagefright_m4vh263dec_int
ermediates/libstagefright_m4vh263dec.a)
19026 target StaticLib: libstagefright_amrwbenc
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstagefright_amrwbenc_inter
mediates/libstagefright_amrwbenc.a)
19027 target StaticLib: libstagefright_avcenc
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstagefright_avcenc_interme
diates/libstagefright_avcenc.a)
19028 target StaticLib: libstagefright_m4vh263enc
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstagefright_m4vh263enc_int
ermediates/libstagefright_m4vh263enc.a)
19029 target StaticLib: libstagefright_vorbisdec
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstagefright_vorbisdec_inte
rmediates/libstagefright_vorbisdec.a)
19030 target StaticLib: libstagefright_mp3dec
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstagefright_mp3dec_interme
diates/libstagefright_mp3dec.a)
19031 target StaticLib: libstagefright_matroska
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstagefright_matroska_inter
mediates/libstagefright_matroska.a)
19032 target StaticLib: libstagefright_mpeg2ts
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstagefright_mpeg2ts_interm
ediates/libstagefright_mpeg2ts.a)
19033 target StaticLib: libstagefright_httplive
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstagefright_httplive_inter
mediates/libstagefright_httplive.a)
19034 target StaticLib: libstagefright_vpxdec
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstagefright_vpxdec_interme
diates/libstagefright_vpxdec.a)
19035 target StaticLib: libvpx
(out/target/product/crespo/obj/STATIC_LIBRARIES/libvpx_intermediates/libvpx.a
)
19036 target StaticLib: libstagefright_rtsp
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstagefright_rtsp_intermedi
ates/libstagefright_rtsp.a)
19037 target StaticLib: libstagefright_id3
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstagefright_id3_intermedia
tes/libstagefright_id3.a)
19038 target StaticLib: libstagefright_g711dec
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstagefright_g711dec_interm
ediates/libstagefright_g711dec.a)
19039 target StaticLib: libbuiltinplugin
(out/target/product/crespo/obj/STATIC_LIBRARIES/libbuiltinplugin_intermediate
s/libbuiltinplugin.a)
19040 target StaticLib: libgdbus_static
(out/target/product/crespo/obj/STATIC_LIBRARIES/libgdbus_static_intermediates
/libgdbus_static.a)
19041 target StaticLib: libiptc
(out/target/product/crespo/obj/STATIC_LIBRARIES/libiptc_intermediates/libiptc
.a)

19042 target StaticLib: libglib_static
(out/target/product/crespo/obj/STATIC_LIBRARIES/libglib_static_intermediates/
libglib_static.a)
19043 preparing StaticLib: libc_nomalloc [including
out/target/product/crespo/obj/STATIC_LIBRARIES/libc_common_intermediates/libc
_common.a]
19044 target StaticLib: libext
(out/target/product/crespo/obj/STATIC_LIBRARIES/libext_intermediates/libext.a
)
19045 target StaticLib: libaudiointerface
(out/target/product/crespo/obj/STATIC_LIBRARIES/libaudiointerface_intermediat
es/libaudiointerface.a)
19046 target StaticLib: libaudiopolicybase
(out/target/product/crespo/obj/STATIC_LIBRARIES/libaudiopolicybase_intermedia
tes/libaudiopolicybase.a)
19047 target StaticLib: liblinenoise
(out/target/product/crespo/obj/STATIC_LIBRARIES/liblinenoise_intermediates/li
blinenoise.a)
19048 target StaticLib: libsecosal
(out/target/product/crespo/obj/STATIC_LIBRARIES/libsecosal_intermediates/libs
ecosal.a)
19049 target StaticLib: libsecmfcdecapi
(out/target/product/crespo/obj/STATIC_LIBRARIES/libsecmfcdecapi_intermediates
/libsecmfcdecapi.a)
19050 target StaticLib: libsecbasecomponent
(out/target/product/crespo/obj/STATIC_LIBRARIES/libsecbasecomponent_intermedi
ates/libsecbasecomponent.a)
19051 target StaticLib: libsecmfcencapi
(out/target/product/crespo/obj/STATIC_LIBRARIES/libsecmfcencapi_intermediates
/libsecmfcencapi.a)
19052 target StaticLib: libopensles_helper
(out/target/product/crespo/obj/STATIC_LIBRARIES/libopensles_helper_intermedia
tes/libopensles_helper.a)
19053 target StaticLib: libOpenSLESUT
(out/target/product/crespo/obj/STATIC_LIBRARIES/libOpenSLESUT_intermediates/l
ibOpenSLESUT.a)
19054 target SharedLib: libstlport
(out/target/product/crespo/obj/SHARED_LIBRARIES/libstlport_intermediates/LINK
ED/libstlport.so)
19055 target StaticLib: libstorage
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstorage_intermediates/libs
torage.a)
19056 target StaticLib: libESR_Portable
(out/target/product/crespo/obj/STATIC_LIBRARIES/libESR_Portable_intermediates
/libESR_Portable.a)
19057 target StaticLib: libprotobuf-cpp-2.3.0-full
(out/target/product/crespo/obj/STATIC_LIBRARIES/libprotobuf-cpp-2.3.0-
full_intermediates/libprotobuf-cpp-2.3.0-full.a)
19058 target StaticLib: libgsm
(out/target/product/crespo/obj/STATIC_LIBRARIES/libgsm_intermediates/libgsm.a
)
19059 target StaticLib: libzipfile
(out/target/product/crespo/obj/STATIC_LIBRARIES/libzipfile_intermediates/libz
ipfile.a)
19060 target StaticLib: libunz
(out/target/product/crespo/obj/STATIC_LIBRARIES/libunz_intermediates/libunz.a
)

19061 target StaticLib: libESR_Shared
(out/target/product/crespo/obj/STATIC_LIBRARIES/libESR_Shared_intermediates/l
ibESR_Shared.a)
19062 target StaticLib: libSR_AcousticModels
(out/target/product/crespo/obj/STATIC_LIBRARIES/libSR_AcousticModels_intermed
iates/libSR_AcousticModels.a)
19063 target StaticLib: libSR_AcousticState
(out/target/product/crespo/obj/STATIC_LIBRARIES/libSR_AcousticState_intermedi
ates/libSR_AcousticState.a)
19064 target StaticLib: libSR_Core
(out/target/product/crespo/obj/STATIC_LIBRARIES/libSR_Core_intermediates/libS
R_Core.a)
19065 target StaticLib: libSR_Grammar
(out/target/product/crespo/obj/STATIC_LIBRARIES/libSR_Grammar_intermediates/l
ibSR_Grammar.a)
19066 target StaticLib: libSR_EventLog
(out/target/product/crespo/obj/STATIC_LIBRARIES/libSR_EventLog_intermediates/
libSR_EventLog.a)
19067 target StaticLib: libSR_G2P
(out/target/product/crespo/obj/STATIC_LIBRARIES/libSR_G2P_intermediates/libSR
_G2P.a)
19068 target StaticLib: libSR_Recognizer
(out/target/product/crespo/obj/STATIC_LIBRARIES/libSR_Recognizer_intermediate
s/libSR_Recognizer.a)
19069 target StaticLib: libSR_Nametag
(out/target/product/crespo/obj/STATIC_LIBRARIES/libSR_Nametag_intermediates/l
ibSR_Nametag.a)
19070 target StaticLib: libSR_Semproc
(out/target/product/crespo/obj/STATIC_LIBRARIES/libSR_Semproc_intermediates/l
ibSR_Semproc.a)
19071 target StaticLib: libSR_Vocabulary
(out/target/product/crespo/obj/STATIC_LIBRARIES/libSR_Vocabulary_intermediate
s/libSR_Vocabulary.a)
19072 target StaticLib: libthread_db
(out/target/product/crespo/obj/STATIC_LIBRARIES/libthread_db_intermediates/li
bthread_db.a)
19073 target StaticLib: libSR_Session
(out/target/product/crespo/obj/STATIC_LIBRARIES/libSR_Session_intermediates/l
ibSR_Session.a)
19074 target StaticLib: libsvoxpico
(out/target/product/crespo/obj/STATIC_LIBRARIES/libsvoxpico_intermediates/lib
svoxpico.a)
19075 target StaticLib: libmusicbundle
(out/target/product/crespo/obj/STATIC_LIBRARIES/libmusicbundle_intermediates/
libmusicbundle.a)
19076 target StaticLib: libxml2
(out/target/product/crespo/obj/STATIC_LIBRARIES/libxml2_intermediates/libxml2
.a)
19077 target StaticLib: libreverb
(out/target/product/crespo/obj/STATIC_LIBRARIES/libreverb_intermediates/libre
verb.a)
19078 target StaticLib: libpopt
(out/target/product/crespo/obj/STATIC_LIBRARIES/libpopt_intermediates/libpopt
.a)
19079 target StaticLib: libutil
(out/target/product/crespo/obj/STATIC_LIBRARIES/libutil_intermediates/libutil
.a)

```
19080 target StaticLib: libdb
(out/target/product/crespo/obj/STATIC_LIBRARIES/libdb_intermediates/libdb.a)
19081 target StaticLib: libabi
(out/target/product/crespo/obj/STATIC_LIBRARIES/libabi_intermediates/libabi.a
)
19082 target StaticLib: libop
(out/target/product/crespo/obj/STATIC_LIBRARIES/libop_intermediates/libop.a)
19083 target StaticLib: libtommath
(out/target/product/crespo/obj/STATIC_LIBRARIES/libtommath_intermediates/libt
ommath.a)
19084 target StaticLib: libtomcrypt
(out/target/product/crespo/obj/STATIC_LIBRARIES/libtomcrypt_intermediates/lib
tomcrypt.a)
19085 host StaticLib: libacc (out/host/linux-
x86/obj/STATIC_LIBRARIES/libacc_intermediates/libacc.a)
19086 echo out/host/linux-x86/obj/STATIC_LIBRARIES/libacc_intermediates/acc.o
| xargs ar crsP  out/host/linux-
x86/obj/STATIC_LIBRARIES/libacc_intermediates/libacc.a
19087 host Executable: brfpatch (out/host/linux-
x86/obj/EXECUTABLES/brfpatch_intermediates/brfpatch)
19088 host StaticLib: libbz (out/host/linux-
x86/obj/STATIC_LIBRARIES/libbz_intermediates/libbz.a)
19089 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libbz_intermediates/blocksort.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libbz_intermediates/huffman.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libbz_intermediates/crctable.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libbz_intermediates/randtable.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libbz_intermediates/compress.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libbz_intermediates/decompress.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libbz_intermediates/bzlib.o | xargs ar crsP
out/host/linux-x86/obj/STATIC_LIBRARIES/libbz_intermediates/libbz.a
19090 true
19091 host Executable: fs_config (out/host/linux-
x86/obj/EXECUTABLES/fs_config_intermediates/fs_config)
19092 host StaticLib: libcrypto_static (out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/libcrypto_static.a)
19093 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/cryptlib.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/mem.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/mem_clr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/mem_dbg.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/cversion.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ex_data.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/cpt_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ebcdic.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/uid.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/o_time.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/o_str.o
out/host/linux-
```

```
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/o_dir.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/aes/aes_cbc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/aes/aes_cfb.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/aes/aes_ctr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/aes/aes_ecb.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/aes/aes_misc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/aes/aes_ofb.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/aes/aes_wrap.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_bitstr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_bool.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_bytes.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_d2i_fp.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_digest.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_dup.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_enum.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_gentm.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_i2d_fp.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_int.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_mbstr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_object.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_octet.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_print.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_set.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_sign.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_strex.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_strnid.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_time.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_type.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_utctm.o
```

```
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_utf8.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/a_verify.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/ameth_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/asn1_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/asn1_gen.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/asn1_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/asn1_par.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/asn_mime.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/asn_moid.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/asn_pack.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/bio_asn1.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/bio_ndef.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/d2i_pr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/d2i_pu.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/evp_asn1.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/f_enum.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/f_int.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/f_string.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/i2d_pr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/i2d_pu.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/n_pkey.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/nsseq.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/p5_pbe.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/p5_pbev2.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/p8_pkey.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/t_bitst.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/t_crl.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/t_pkey.o
out/host/linux-
```

```
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/t_req.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/t_spki.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/t_x509.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/t_x509a.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/tasn_dec.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/tasn_enc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/tasn_fre.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/tasn_new.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/tasn_prn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/tasn_typ.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/tasn_utl.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/x_algor.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/x_attrib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/x_bignum.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/x_crl.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/x_exten.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/x_info.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/x_long.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/x_name.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/x_nx509.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/x_pkey.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/x_pubkey.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/x_req.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/x_sig.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/x_spki.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/x_val.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/x_x509.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/asn1/x_x509a.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bf/bf_cfb64.o
```

```
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bf/bf_ecb.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bf/bf_enc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bf/bf_ofb64.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bf/bf_skey.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bio/b_dump.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bio/b_print.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bio/b_sock.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bio/bf_buff.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bio/bf_nbio.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bio/bf_null.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bio/bio_cb.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bio/bio_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bio/bio_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bio/bss_acpt.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bio/bss_bio.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bio/bss_conn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bio/bss_dgram.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bio/bss_fd.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bio/bss_file.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bio/bss_log.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bio/bss_mem.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bio/bss_null.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bio/bss_sock.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_add.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_asm.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_blind.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_ctx.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_div.o
out/host/linux-
```

```
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_exp.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_exp2.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_gcd.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_gf2m.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_kron.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_mod.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_mont.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_mpi.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_mul.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_nist.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_prime.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_print.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_rand.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_recp.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_shift.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_sqr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_sqrt.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/bn/bn_word.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/buffer/buf_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/buffer/buffer.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/comp/c_rle.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/comp/c_zlib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/comp/comp_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/comp/comp_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/conf/conf_api.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/conf/conf_def.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/conf/conf_err.o
```

out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/conf/conf_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/conf/conf_mall.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/conf/conf_mod.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/conf/conf_sap.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/cbc_cksm.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/cbc_enc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/cfb64ede.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/cfb64enc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/cfb_enc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/des_enc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/des_old.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/des_old2.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/ecb3_enc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/ecb_enc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/ede_cbcm_enc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/enc_read.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/enc_writ.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/fcrypt.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/fcrypt_b.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/ofb64ede.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/ofb64enc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/ofb_enc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/pcbc_enc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/qud_cksm.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/rand_key.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/read2pwd.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/rpc_enc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/set_key.o
out/host/linux-

```
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/str2key.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/des/xcbc_enc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dh/dh_ameth.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dh/dh_asn1.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dh/dh_check.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dh/dh_depr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dh/dh_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dh/dh_gen.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dh/dh_key.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dh/dh_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dh/dh_pmeth.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dsa/dsa_ameth.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dsa/dsa_asn1.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dsa/dsa_depr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dsa/dsa_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dsa/dsa_gen.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dsa/dsa_key.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dsa/dsa_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dsa/dsa_ossl.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dsa/dsa_pmeth.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dsa/dsa_prn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dsa/dsa_sign.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dsa/dsa_vrf.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dso/dso_dl.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dso/dso_dlfcn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dso/dso_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dso/dso_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dso/dso_null.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dso/dso_openssl.o
```

```
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dso/dso_vms.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/dso/dso_win32.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ec/ec2_mult.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ec/ec2_smpl.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ec/ec_ameth.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ec/ec_asn1.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ec/ec_check.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ec/ec_curve.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ec/ec_cvt.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ec/ec_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ec/ec_key.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ec/ec_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ec/ec_mult.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ec/ec_pmeth.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ec/ec_print.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ec/eck_prn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ec/ecp_mont.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ec/ecp_nist.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ec/ecp_smpl.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ecdh/ech_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ecdh/ech_key.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ecdh/ech_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ecdh/ech_ossl.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ecdsa/ecs_asn1.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ecdsa/ecs_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ecdsa/ecs_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ecdsa/ecs_ossl.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ecdsa/ecs_sign.o
out/host/linux-
```

```
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ecdsa/ecs_vrf.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/err/err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/err/err_all.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/err/err_prn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/bio_b64.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/bio_enc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/bio_md.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/bio_ok.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/c_all.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/c_allc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/c_alld.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/digest.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/e_aes.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/e_bf.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/e_des.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/e_des3.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/e_null.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/e_old.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/e_rc2.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/e_rc4.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/e_rc5.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/e_xcbc_d.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/encode.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/evp_acnf.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/evp_enc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/evp_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/evp_key.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/evp_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/evp_pbe.o
```

```
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/evp_pkey.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/m_dss.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/m_dss1.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/m_ecdsa.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/m_md4.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/m_md5.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/m_mdc2.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/m_null.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/m_ripemd.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/m_sha1.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/m_sigver.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/m_wp.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/names.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/p5_crpt.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/p5_crpt2.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/p_dec.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/p_enc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/p_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/p_open.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/p_seal.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/p_sign.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/p_verify.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/pmeth_fn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/pmeth_gn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/evp/pmeth_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/hmac/hm_ameth.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/hmac/hm_pmeth.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/hmac/hmac.o
out/host/linux-
```

```
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/krb5/krb5_asn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/lhash/lh_stats.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/lhash/lhash.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/md4/md4_dgst.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/md4/md4_one.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/md5/md5_dgst.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/md5/md5_one.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/modes/cbc128.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/modes/cfb128.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/modes/ctr128.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/modes/ofb128.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/objects/o_names.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/objects/obj_dat.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/objects/obj_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/objects/obj_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/objects/obj_xref.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ocsp/ocsp_asn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ocsp/ocsp_cl.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ocsp/ocsp_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ocsp/ocsp_ext.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ocsp/ocsp_ht.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ocsp/ocsp_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ocsp/ocsp_prn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ocsp/ocsp_srv.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ocsp/ocsp_vfy.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pem/pem_all.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pem/pem_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pem/pem_info.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pem/pem_lib.o
```

```
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pem/pem_oth.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pem/pem_pk8.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pem/pem_pkey.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pem/pem_seal.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pem/pem_sign.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pem/pem_x509.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pem/pem_xaux.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pem/pvkfmt.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs12/p12_add.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs12/p12_asn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs12/p12_attr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs12/p12_crpt.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs12/p12_crt.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs12/p12_decr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs12/p12_init.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs12/p12_key.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs12/p12_kiss.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs12/p12_mutl.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs12/p12_npas.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs12/p12_p8d.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs12/p12_p8e.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs12/p12_utl.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs12/pk12err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs7/pk7_asn1.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs7/pk7_attr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs7/pk7_doit.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs7/pk7_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs7/pk7_mime.o
out/host/linux-
```

```
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs7/pk7_smime.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/pkcs7/pkcs7err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rand/md_rand.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rand/rand_egd.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rand/rand_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rand/rand_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rand/rand_unix.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rand/randfile.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rc2/rc2_cbc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rc2/rc2_ecb.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rc2/rc2_skey.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rc2/rc2cfb64.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rc2/rc2ofb64.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rc4/rc4_enc.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rc4/rc4_skey.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ripemd/rmd_dgst.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ripemd/rmd_one.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rsa/rsa_ameth.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rsa/rsa_asn1.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rsa/rsa_chk.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rsa/rsa_eay.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rsa/rsa_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rsa/rsa_gen.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rsa/rsa_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rsa/rsa_none.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rsa/rsa_null.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rsa/rsa_oaep.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rsa/rsa_pk1.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rsa/rsa_pmeth.o
```

```
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rsa/rsa_prn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rsa/rsa_pss.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rsa/rsa_saos.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rsa/rsa_sign.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rsa/rsa_ssl.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/rsa/rsa_x931.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/sha/sha1_one.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/sha/sha1dgst.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/sha/sha256.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/sha/sha512.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/sha/sha_dgst.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/stack/stack.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ts/ts_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/txt_db/txt_db.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ui/ui_compat.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ui/ui_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ui/ui_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ui/ui_openssl.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/ui/ui_util.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/by_dir.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/by_file.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509_att.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509_cmp.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509_d2.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509_def.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509_err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509_ext.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509_lu.o
out/host/linux-
```

```
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509_obj.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509_r2x.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509_req.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509_set.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509_trs.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509_txt.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509_v3.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509_vfy.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509_vpm.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509cset.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509name.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509rset.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509spki.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x509type.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509/x_all.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/pcy_cache.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/pcy_data.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/pcy_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/pcy_map.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/pcy_node.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/pcy_tree.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_akey.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_akeya.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_alt.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_bcons.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_bitst.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_conf.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_cpols.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_crld.o
```

```
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_enum.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_extku.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_genn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_ia5.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_info.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_int.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_lib.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_ncons.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_ocsp.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_pci.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_pcia.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_pcons.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_pku.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_pmaps.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_prn.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_purp.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_skey.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_sxnet.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3_utl.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/x509v3/v3err.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/aes/aes_core.o |
xargs ar crsP  out/host/linux-
x86/obj/STATIC_LIBRARIES/libcrypto_static_intermediates/libcrypto_static.a
19094 host StaticLib: libastl_host (out/host/linux-
x86/obj/STATIC_LIBRARIES/libastl_host_intermediates/libastl_host.a)
19095 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libastl_host_intermediates/basic_ios.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libastl_host_intermediates/ios_base.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libastl_host_intermediates/ios_globals.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libastl_host_intermediates/ios_pos_types.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libastl_host_intermediates/list.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libastl_host_intermediates/ostream.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libastl_host_intermediates/sstream.o
out/host/linux-
```

```
x86/obj/STATIC_LIBRARIES/libastl_host_intermediates/stdio_filebuf.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libastl_host_intermediates/streambuf.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libastl_host_intermediates/string.o |
xargs ar crsP  out/host/linux-
x86/obj/STATIC_LIBRARIES/libastl_host_intermediates/libastl_host.a
19096 host Executable: webkitmerge (out/host/linux-
x86/obj/EXECUTABLES/webkitmerge_intermediates/webkitmerge)
19097 true
19098 host StaticLib: libebl_sh (out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_sh_intermediates/libebl_sh.a)
19099 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_sh_intermediates/libebl/sh_destr.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_sh_intermediates/libebl/sh_init.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_sh_intermediates/libebl/sh_symbol.o | xargs
ar crsP  out/host/linux-
x86/obj/STATIC_LIBRARIES/libebl_sh_intermediates/libebl_sh.a
19100 true
19101 host StaticLib: libxml2 (out/host/linux-
x86/obj/STATIC_LIBRARIES/libxml2_intermediates/libxml2.a)
19102 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libxml2_intermediates/SAX.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libxml2_intermediates/entities.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libxml2_intermediates/encoding.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libxml2_intermediates/error.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libxml2_intermediates/parserInternals.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/parser.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/tree.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/hash.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/list.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/xmlIO.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/xmlmemory.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/uri.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/valid.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/xlink.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/HTMLparser.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/HTMLtree.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/debugXML.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/xpath.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/xpointer.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/xinclude.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/nanohttp.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/nanoftp.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/DOCBparser.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/catalog.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/globals.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/threads.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/c14n.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/xmlstring.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/xmlregexp.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/xmlschemas.o
out/host/linux-
x86/obj/STATIC_LIBRARIES/libxml2_intermediates/xmlschemastypes.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/xmlunicode.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/xmlreader.o
```

```
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/relaxng.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/dict.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/SAX2.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/legacy.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/chvalid.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/pattern.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/xmlsave.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/xmlmodule.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/xmlwriter.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libxml2_intermediates/schematron.o |
xargs ar crsP  out/host/linux-
x86/obj/STATIC_LIBRARIES/libxml2_intermediates/libxml2.a
19103 target StaticLib: libgtest
(out/target/product/crespo/obj/STATIC_LIBRARIES/libgtest_intermediates/libgte
st.a)
19104 target StaticLib: libgtest_main
(out/target/product/crespo/obj/STATIC_LIBRARIES/libgtest_main_intermediates/l
ibgtest_main.a)
19105 target StaticLib: libz
(out/target/product/crespo/obj/STATIC_LIBRARIES/libz_intermediates/libz.a)
19106 target StaticLib: libstdc++
(out/target/product/crespo/obj/STATIC_LIBRARIES/libstdc++_intermediates/libst
dc++.a)
19107 target StaticLib: libdbus-tools-common
(out/target/product/crespo/obj/STATIC_LIBRARIES/libdbus-tools-
common_intermediates/libdbus-tools-common.a)
19108 target StaticLib: librecovery_ui_crespo
(out/target/product/crespo/obj/STATIC_LIBRARIES/librecovery_ui_crespo_interme
diates/librecovery_ui_crespo.a)
19109 target StaticLib: libext4_utils
(out/target/product/crespo/obj/STATIC_LIBRARIES/libext4_utils_intermediates/l
ibext4_utils.a)
19110 target StaticLib: libminzip
(out/target/product/crespo/obj/STATIC_LIBRARIES/libminzip_intermediates/libmi
nzip.a)
19111 target StaticLib: libminui
(out/target/product/crespo/obj/STATIC_LIBRARIES/libminui_intermediates/libmin
ui.a)
19112 preparing StaticLib: libpixelflinger_static [including
out/target/product/crespo/obj/STATIC_LIBRARIES/libpixelflinger_armv6_intermed
iates/libpixelflinger_armv6.a]
19113 target StaticLib: libpcap
(out/target/product/crespo/obj/STATIC_LIBRARIES/libpcap_intermediates/libpcap
.a)
19114 target StaticLib: libpixelflinger_static
(out/target/product/crespo/obj/STATIC_LIBRARIES/libpixelflinger_static_interm
ediates/libpixelflinger_static.a)
19115 target StaticLib: libedify
(out/target/product/crespo/obj/STATIC_LIBRARIES/libedify_intermediates/libedi
fy.a)
19116 target StaticLib: libastl
(out/target/product/crespo/obj/STATIC_LIBRARIES/libastl_intermediates/libastl
.a)
19117 target StaticLib: cpufeatures
(out/target/product/crespo/obj/STATIC_LIBRARIES/cpufeatures_intermediates/cpu
features.a)
```

19118 target StaticLib: libbinder
(out/target/product/crespo/obj/STATIC_LIBRARIES/libbinder_intermediates/libbi
nder.a)
19119 target StaticLib: libpower
(out/target/product/crespo/obj/STATIC_LIBRARIES/libpower_intermediates/libpow
er.a)
19120 target StaticLib: libm
(out/target/product/crespo/obj/STATIC_LIBRARIES/libm_intermediates/libm.a)
19121 target StaticLib: libprotobuf-cpp-2.3.0-lite
(out/target/product/crespo/obj/STATIC_LIBRARIES/libprotobuf-cpp-2.3.0-
lite_intermediates/libprotobuf-cpp-2.3.0-lite.a)
19122 target StaticLib: librecovery_ui_htc
(out/target/product/crespo/obj/STATIC_LIBRARIES/librecovery_ui_htc_intermedia
tes/librecovery_ui_htc.a)
19123 target StaticLib: librecovery_updater_htc
(out/target/product/crespo/obj/STATIC_LIBRARIES/librecovery_updater_htc_inter
mediates/librecovery_updater_htc.a)
19124 target StaticLib: librecovery_ui_passion
(out/target/product/crespo/obj/STATIC_LIBRARIES/librecovery_ui_passion_interm
ediates/librecovery_ui_passion.a)
19125 target StaticLib: libsafe_iop
(out/target/product/crespo/obj/STATIC_LIBRARIES/libsafe_iop_intermediates/lib
safe_iop.a)
19126 target StaticLib: libspeex
(out/target/product/crespo/obj/STATIC_LIBRARIES/libspeex_intermediates/libspe
ex.a)
19127 target StaticLib: libutils
(out/target/product/crespo/obj/STATIC_LIBRARIES/libutils_intermediates/libuti
ls.a)
19128 target Generated: libRS <= frameworks/base/libs/rs/rsgApiStructs.h.rsg
19129 target StaticLib: libvold
(out/target/product/crespo/obj/STATIC_LIBRARIES/libvold_intermediates/libvold
.a)
19130 target Generated: libRS <= frameworks/base/libs/rs/rsgApiFuncDecl.h.rsg
19131
togglePlay                                togglePlay
light
target Generated: libRS <= frameworks/base/libs/rs/rsgApi.cpp.rsg
19132
togglePlay                                togglePlay
light
target Generated: libRS <= frameworks/base/libs/rs/rsgApiReplay.cpp.rsg
19133
togglePlay                                togglePlay
light
togglePlay                                togglePlay
light
host SharedLib: libneo_cs (out/host/linux-x86/obj/lib/libneo_cs.so)
19134 host Executable: aapt (out/host/linux-
x86/obj/EXECUTABLES/aapt_intermediates/aapt)
19135 host Executable: acp (out/host/linux-
x86/obj/EXECUTABLES/acp_intermediates/acp)
19136 host SharedLib: libESR_Shared (out/host/linux-
x86/obj/lib/libESR_Shared.so)
19137 true
19138 host Executable: adb (out/host/linux-
x86/obj/EXECUTABLES/adb_intermediates/adb)

19139 host Executable: apriori (out/host/linux-
x86/obj/EXECUTABLES/apriori_intermediates/apriori)
19140 true
19141 host SharedLib: libcrypto (out/host/linux-x86/obj/lib/libcrypto.so)
19142 true
19143 true
19144 host Executable: dexdump (out/host/linux-
x86/obj/EXECUTABLES/dexdump_intermediates/dexdump)
19145 host Executable: dexlist (out/host/linux-
x86/obj/EXECUTABLES/dexlist_intermediates/dexlist)
19146 true
19147 host Executable: etc1tool (out/host/linux-
x86/obj/EXECUTABLES/etc1tool_intermediates/etc1tool)
19148 true
19149 host Executable: make_ext4fs (out/host/linux-
x86/obj/EXECUTABLES/make_ext4fs_intermediates/make_ext4fs)
19150 true
19151 host Executable: mkbootimg (out/host/linux-
x86/obj/EXECUTABLES/mkbootimg_intermediates/mkbootimg)
19152 true
19153 preparing StaticLib: libc [including
out/target/product/crespo/obj/STATIC_LIBRARIES/libc_common_intermediates/libc
_common.a]
19154 true
19155 host Executable: accRuntimeTest (out/host/linux-
x86/obj/EXECUTABLES/accRuntimeTest_intermediates/accRuntimeTest)
19156 true
19157 host Executable: acc (out/host/linux-
x86/obj/EXECUTABLES/acc_intermediates/acc)
19158 true
19159 host Executable: bsdiff (out/host/linux-
x86/obj/EXECUTABLES/bsdiff_intermediates/bsdiff)
19160 host Executable: bspatch (out/host/linux-
x86/obj/EXECUTABLES/bspatch_intermediates/bspatch)
19161 true
19162 host Executable: imgdiff (out/host/linux-
x86/obj/EXECUTABLES/imgdiff_intermediates/imgdiff)
19163 true
19164 host Executable: pbkdf2gen (out/host/linux-
x86/obj/EXECUTABLES/pbkdf2gen_intermediates/pbkdf2gen)
19165 true
19166 host Executable: test_algorithm_host (out/host/linux-
x86/obj/EXECUTABLES/test_algorithm_host_intermediates/test_algorithm_host)
19167 true
19168 host Executable: test_char_traits_host (out/host/linux-
x86/obj/EXECUTABLES/test_char_traits_host_intermediates/test_char_traits_host
)
19169 true
19170 host Executable: test_functional_host (out/host/linux-
x86/obj/EXECUTABLES/test_functional_host_intermediates/test_functional_host)
19171 true
19172 host Executable: test_iomanip_host (out/host/linux-
x86/obj/EXECUTABLES/test_iomanip_host_intermediates/test_iomanip_host)
19173 true
19174 true
19175 host Executable: test_ios_base_host (out/host/linux-
x86/obj/EXECUTABLES/test_ios_base_host_intermediates/test_ios_base_host)

19176 host Executable: test_ios_pos_types_host (out/host/linux-
x86/obj/EXECUTABLES/test_ios_pos_types_host_intermediates/test_ios_pos_types_
host)
19177 true
19178 true
19179 host Executable: test_iostream_host (out/host/linux-
x86/obj/EXECUTABLES/test_iostream_host_intermediates/test_iostream_host)
19180 host Executable: test_iterator_host (out/host/linux-
x86/obj/EXECUTABLES/test_iterator_host_intermediates/test_iterator_host)
19181 true
19182 host Executable: test_limits_host (out/host/linux-
x86/obj/EXECUTABLES/test_limits_host_intermediates/test_limits_host)
19183 true
19184 host Executable: test_list_host (out/host/linux-
x86/obj/EXECUTABLES/test_list_host_intermediates/test_list_host)
19185 true
19186 true
19187 host Executable: test_memory_host (out/host/linux-
x86/obj/EXECUTABLES/test_memory_host_intermediates/test_memory_host)
19188 host Executable: test_set_host (out/host/linux-
x86/obj/EXECUTABLES/test_set_host_intermediates/test_set_host)
19189 true
19190 true
19191 host Executable: test_sstream_host (out/host/linux-
x86/obj/EXECUTABLES/test_sstream_host_intermediates/test_sstream_host)
19192 host Executable: test_streambuf_host (out/host/linux-
x86/obj/EXECUTABLES/test_streambuf_host_intermediates/test_streambuf_host)
19193 true
19194 host Executable: test_string_host (out/host/linux-
x86/obj/EXECUTABLES/test_string_host_intermediates/test_string_host)
19195 true
19196 host Executable: test_type_traits_host (out/host/linux-
x86/obj/EXECUTABLES/test_type_traits_host_intermediates/test_type_traits_host
)
19197 true
19198 host Executable: test_uninitialized_host (out/host/linux-
x86/obj/EXECUTABLES/test_uninitialized_host_intermediates/test_uninitialized_
host)
19199 true
19200 host Executable: test_vector_host (out/host/linux-
x86/obj/EXECUTABLES/test_vector_host_intermediates/test_vector_host)
19201 true
19202 target thumb C++: libRS <= frameworks/base/libs/rs/rsAdapter.cpp
19203 true
19204 target thumb C++: libRS <= frameworks/base/libs/rs/rsAllocation.cpp
19205 target thumb C++: libRS <= frameworks/base/libs/rs/rsComponent.cpp
19206 target thumb C++: libRS <= frameworks/base/libs/rs/rsContext.cpp
19207 frameworks/base/libs/rs/rsContext.cpp:67:2: warning: #warning "using
EGL_IMG_context_priority"
19208 target thumb C++: libRS <= frameworks/base/libs/rs/rsDevice.cpp
19209 target thumb C++: libRS <= frameworks/base/libs/rs/rsElement.cpp
19210 target thumb C++: libRS <= frameworks/base/libs/rs/rsFileA3D.cpp
19211 target thumb C++: libRS <= frameworks/base/libs/rs/rsLight.cpp
19212 target thumb C++: libRS <= frameworks/base/libs/rs/rsLocklessFifo.cpp
19213 target thumb C++: libRS <= frameworks/base/libs/rs/rsObjectBase.cpp
19214 target thumb C++: libRS <= frameworks/base/libs/rs/rsMatrix.cpp
19215 target thumb C++: libRS <= frameworks/base/libs/rs/rsMesh.cpp

```
19216 target thumb C++: libRS <= frameworks/base/libs/rs/rsNoise.cpp
19217 target thumb C++: libRS <= frameworks/base/libs/rs/rsProgram.cpp
19218 target thumb C++: libRS <=
frameworks/base/libs/rs/rsProgramFragment.cpp
19219 target thumb C++: libRS <=
frameworks/base/libs/rs/rsProgramFragmentStore.cpp
19220 target thumb C++: libRS <= frameworks/base/libs/rs/rsProgramRaster.cpp
19221 target thumb C++: libRS <= frameworks/base/libs/rs/rsProgramVertex.cpp
19222 target thumb C++: libRS <= frameworks/base/libs/rs/rsSampler.cpp
19223 target thumb C++: libRS <= frameworks/base/libs/rs/rsScript.cpp
19224 target thumb C++: libRS <= frameworks/base/libs/rs/rsScriptC.cpp
19225 target thumb C++: libRS <= frameworks/base/libs/rs/rsScriptC_Lib.cpp
19226 target thumb C++: libRS <= frameworks/base/libs/rs/rsShaderCache.cpp
19227 target thumb C++: libRS <= frameworks/base/libs/rs/rsSimpleMesh.cpp
19228 target thumb C++: libRS <= frameworks/base/libs/rs/rsThreadIO.cpp
19229 target thumb C++: libRS <= frameworks/base/libs/rs/rsType.cpp
19230 target thumb C++: libRS <= frameworks/base/libs/rs/rsVertexArray.cpp
19231 target thumb C++: libRS <=
out/target/product/crespo/obj/SHARED_LIBRARIES/libRS_intermediates/rsgApi.cpp
19232 target thumb C++: libRS <=
out/target/product/crespo/obj/SHARED_LIBRARIES/libRS_intermediates/rsgApiRepl
ay.cpp
19233 target StaticLib: libc_nomalloc
(out/target/product/crespo/obj/STATIC_LIBRARIES/libc_nomalloc_intermediates/l
ibc_nomalloc.a)
19234 target thumb C++: librs_jni <=
frameworks/base/graphics/jni/android_renderscript_RenderScript.cpp
19235 Install: out/host/linux-x86/bin/acp
19236 host SharedLib: libneo_cgi (out/host/linux-x86/obj/lib/libneo_cgi.so)
19237 Install: out/host/linux-x86/lib/libneo_util.so
19238 Copying:
out/target/common/obj/JAVA_LIBRARIES/core_intermediates/classes-jarjar.jar
19239 Install: out/host/linux-x86/framework/dx.jar
19240 Install: out/host/linux-x86/bin/aapt
19241 Install: out/host/linux-x86/bin/aidl
19242 target Prebuilt:
(out/target/product/crespo/system/usr/share/zoneinfo/zoneinfo.dat)
19243 target Prebuilt:
(out/target/product/crespo/system/usr/share/zoneinfo/zoneinfo.idx)
19244 target Prebuilt:
(out/target/product/crespo/system/usr/share/zoneinfo/zoneinfo.version)
19245 Copy: out/host/linux-x86/usr/share/zoneinfo/zoneinfo.dat
19246 Copy: out/host/linux-x86/usr/share/zoneinfo/zoneinfo.idx
19247 Copy: out/host/linux-x86/usr/share/zoneinfo/zoneinfo.version
19248 target Prebuilt:
(out/target/product/crespo/system/etc/security/cacerts.bks)
19249 target Prebuilt: bluetooth_etcdir
(out/target/product/crespo/system/etc/bluetooth/audio.conf)
19250 target Prebuilt: bluetooth_etcdir
(out/target/product/crespo/system/etc/bluetooth/input.conf)
19251 target Prebuilt: bluetooth_etcdir
(out/target/product/crespo/system/etc/bluetooth/blacklist.conf)
19252 target Prebuilt: bluetooth_etcdir
(out/target/product/crespo/system/etc/bluetooth/main.conf)
19253 target Prebuilt: bluetooth_etcdir
(out/target/product/crespo/system/etc/bluetooth/auto_pairing.conf)
19254 target Prebuilt:  (out/target/product/crespo/system/bin/am)
```

```
19255 target Prebuilt: (out/target/product/crespo/system/bin/bmgr)
19256 target Prebuilt: (out/target/product/crespo/system/bin/input)
19257 target Prebuilt: (out/target/product/crespo/system/bin/svc)
19258 target Prebuilt: (out/target/product/crespo/system/bin/ime)
19259 target Prebuilt: (out/target/product/crespo/system/bin/pm)
19260 target Prebuilt:
(out/target/product/crespo/system/usr/keylayout/AVRCP.kl)
19261 target Prebuilt:
(out/target/product/crespo/system/usr/keylayout/qwerty.kl)
19262 target Prebuilt: system_etcdir
(out/target/product/crespo/system/etc/dbus.conf)
19263 target Prebuilt: system_etcdir
(out/target/product/crespo/system/etc/hosts)
19264 target Prebuilt: system_etcdir
(out/target/product/crespo/system/etc/init.goldfish.sh)
19265 target Prebuilt: (out/target/product/crespo/root/init.rc)
19266 target Prebuilt: (out/target/product/crespo/root/init.goldfish.rc)
19267 target Prebuilt: (out/target/product/crespo/root/ueventd.rc)
19268 target Prebuilt: (out/target/product/crespo/root/ueventd.goldfish.rc)
19269 target Prebuilt:
(out/target/product/crespo/system/usr/srec/config/en.us/baseline8k.par)
19270 target Prebuilt:
(out/target/product/crespo/system/usr/srec/config/en.us/baseline11k.par)
19271 target Prebuilt:
(out/target/product/crespo/system/usr/srec/config/en.us/dictionary/basic.ok)
19272 target Prebuilt:
(out/target/product/crespo/system/usr/srec/config/en.us/baseline.par)
19273 target Prebuilt:
(out/target/product/crespo/system/usr/srec/config/en.us/dictionary/cmu6plus.o
k.zip)
19274 target Prebuilt:
(out/target/product/crespo/system/usr/srec/config/en.us/dictionary/enroll.ok)
19275 target Prebuilt:
(out/target/product/crespo/system/usr/srec/config/en.us/g2p/en-US-ttp.data)
19276 target Prebuilt:
(out/target/product/crespo/system/usr/srec/config/en.us/models/generic.swiarb
)
19277 target Prebuilt:
(out/target/product/crespo/system/usr/srec/config/en.us/models/generic11_f.sw
imdl)
19278 target Prebuilt:
(out/target/product/crespo/system/usr/srec/config/en.us/models/generic11.lda)
19279 target Prebuilt:
(out/target/product/crespo/system/usr/srec/config/en.us/models/generic11_m.sw
imdl)
19280 target Prebuilt:
(out/target/product/crespo/system/usr/srec/config/en.us/models/generic8.lda)
19281 target Prebuilt:
(out/target/product/crespo/system/usr/srec/config/en.us/models/generic8_f.swi
mdl)
19282 target Prebuilt:
(out/target/product/crespo/system/usr/srec/config/en.us/models/generic8_m.swi
mdl)
19283 host SharedLib: libSR_EventLog (out/host/linux-
x86/obj/lib/libSR_EventLog.so)
19284 host SharedLib: libSR_Core (out/host/linux-x86/obj/lib/libSR_Core.so)
19285 host SharedLib: libSR_G2P (out/host/linux-x86/obj/lib/libSR_G2P.so)
```

```
19286 Install: out/host/linux-x86/lib/libESR_Portable.so
19287 Install: out/host/linux-x86/lib/libfst.so
19288 target Prebuilt: (out/target/product/crespo/system/bin/monkey)
19289 target Prebuilt:
(out/target/product/crespo/system/usr/share/bmd/RFFstd_501.bmd)
19290 target Prebuilt:
(out/target/product/crespo/system/usr/share/bmd/RFFspeed_501.bmd)
19291 Install: out/host/linux-x86/bin/adb
19292 Install: out/host/linux-x86/framework/apkcheck.jar
19293 host Prebuilt: android (out/host/linux-
x86/obj/EXECUTABLES/android_intermediates/android)
19294 Install: out/host/linux-x86/bin/apriori
19295 Install: out/host/linux-x86/bin/atree
19296 Install: out/host/linux-x86/bin/bb2sym
19297 Install: out/host/linux-x86/bin/bb_dump
19298 Install: out/host/linux-x86/bin/bbprof
19299 Install: out/host/linux-x86/bin/bison
19300 Install: out/host/linux-x86/bin/check_stack
19301 Install: out/host/linux-x86/bin/check_trace
19302 Install: out/host/linux-x86/bin/coverage
19303 Install: out/host/linux-x86/bin/cmu2nuance
19304 Install: out/host/linux-x86/bin/create_test_dmtrace
19305 Copy: out/host/linux-x86/usr/icu/icudt44l.dat
19306 host SharedLib: libssl (out/host/linux-x86/obj/lib/libssl.so)
19307 Copy: out/host/linux-x86/etc/security/cacerts.bks
19308 Install: out/host/linux-x86/lib/libcrypto.so
19309 host Prebuilt: ddms (out/host/linux-
x86/obj/EXECUTABLES/ddms_intermediates/ddms)
19310 Install: out/host/linux-x86/framework/dexdeps.jar
19311 Install: out/host/linux-x86/bin/dexdump
19312 Install: out/host/linux-x86/bin/dmtracedump
19313 Install: out/host/linux-x86/bin/dexlist
19314 host Prebuilt: draw9patch (out/host/linux-
x86/obj/EXECUTABLES/draw9patch_intermediates/draw9patch)
19315 Install: out/host/linux-x86/bin/dump_regions
19316 host Prebuilt: dumpeventlog (out/host/linux-
x86/obj/EXECUTABLES/dumpeventlog_intermediates/dumpeventlog)
19317 Install: out/host/linux-x86/bin/edify
19318 host Prebuilt: libSDL (out/host/linux-
x86/obj/STATIC_LIBRARIES/libSDL_intermediates/libSDL.a)
19319 host Prebuilt: libSDLmain (out/host/linux-
x86/obj/STATIC_LIBRARIES/libSDLmain_intermediates/libSDLmain.a)
19320 true
19321 Install: out/host/linux-x86/bin/etc1tool
19322 host Prebuilt: eventanalyzer (out/host/linux-
x86/obj/EXECUTABLES/eventanalyzer_intermediates/eventanalyzer)
19323 true
19324 Install: out/host/linux-x86/bin/exc_dump
19325 Install: out/host/linux-x86/bin/fastboot
19326 Install: out/host/linux-x86/bin/fs_get_stats
19327 Install: out/host/linux-x86/bin/genext2fs
19328 host Prebuilt: hierarchyviewer (out/host/linux-
x86/obj/EXECUTABLES/hierarchyviewer_intermediates/hierarchyviewer)
19329 Install: out/host/linux-x86/bin/hist_trace
19330 Install: out/host/linux-x86/bin/hprof-conv
19331 Install: out/host/linux-x86/bin/icudata
19332 Install: out/host/linux-x86/bin/iself
```

```
19333 Install: out/host/linux-x86/bin/isprelinked
19334 Copy: jasmin.jar
(out/host/common/obj/JAVA_LIBRARIES/jasmin.jar_intermediates/jasmin.jar)
19335 host Prebuilt: layoutopt (out/host/linux-
x86/obj/EXECUTABLES/layoutopt_intermediates/layoutopt)
19336 Install: out/host/linux-x86/bin/jdwpspy
19337 Install: out/host/linux-x86/bin/kcm
19338 Install: out/host/linux-x86/bin/line_endings
19339 Install: out/host/linux-x86/bin/localize
19340 Install: out/host/linux-x86/bin/lsd
19341 Install: out/host/linux-x86/bin/make_ext4fs
19342 host Prebuilt: makedict (out/host/linux-
x86/obj/EXECUTABLES/makedict_intermediates/makedict)
19343 Install: out/host/linux-x86/bin/makekeycodes
19344 Install: out/host/linux-x86/bin/minigzip
19345 Install: out/host/linux-x86/bin/mkbootfs
19346 Install: out/host/linux-x86/bin/mkbootimg
19347 Install: out/host/linux-x86/bin/mksdcard
19348 Copying out/host/linux-
x86/obj/EXECUTABLES/mksnapshot_intermediates/js2c.py
19349 Copying out/host/linux-
x86/obj/EXECUTABLES/mksnapshot_intermediates/jsmin.py
19350 host Prebuilt: mkuserimg.sh (out/host/linux-
x86/obj/EXECUTABLES/mkuserimg.sh_intermediates/mkuserimg.sh)
19351 Install: out/host/linux-x86/bin/mkyaffs2image
19352 host Prebuilt: monkeyrunner (out/host/linux-
x86/obj/EXECUTABLES/monkeyrunner_intermediates/monkeyrunner)
19353 Install: out/host/linux-x86/bin/obbtool
19354 Install: out/host/linux-x86/bin/post_trace
19355 Install: out/host/linux-x86/bin/profile_pid
19356 Install: out/host/linux-x86/bin/profile_trace
19357 Install: out/host/linux-x86/bin/q2dm
19358 Install: out/host/linux-x86/bin/q2g
19359 Install: out/host/linux-x86/bin/read_method
19360 Install: out/host/linux-x86/bin/read_pid
19361 Install: out/host/linux-x86/bin/read_trace
19362 Install: out/host/linux-x86/bin/read_addr
19363 Install: out/host/linux-x86/bin/rsg-generator
19364 Install: out/host/linux-x86/bin/rgb2565
19365 host Prebuilt: screenshot2 (out/host/linux-
x86/obj/EXECUTABLES/screenshot2_intermediates/screenshot2)
19366 Install: out/host/linux-x86/bin/simg2img
19367 Install: out/host/linux-x86/bin/soslim
19368 Install: out/host/linux-x86/bin/sqlite3
19369 Install: out/host/linux-x86/bin/stack_dump
19370 Install: out/host/linux-x86/bin/test_zipfile
19371 host Prebuilt: traceview (out/host/linux-
x86/obj/EXECUTABLES/traceview_intermediates/traceview)
19372 Install: out/host/linux-x86/bin/usbtest
19373 Install: out/host/linux-x86/bin/yuv420sp2rgb
19374 Install: out/host/linux-x86/bin/wdsclient
19375 Install: out/host/linux-x86/bin/zipalign
19376 Install: out/host/linux-x86/framework/androidprefs.jar
19377 host Prebuilt: ant
(out/host/common/obj/JAVA_LIBRARIES/ant_intermediates/javalib.jar)
```

19378 host Prebuilt: commons-compress-1.0
(out/host/common/obj/JAVA_LIBRARIES/commons-compress-
1.0_intermediates/javalib.jar)
19379 host Prebuilt: asm-3.1 (out/host/common/obj/JAVA_LIBRARIES/asm-
3.1_intermediates/javalib.jar)
19380 Install: out/host/linux-x86/framework/ddmlib.jar
19381 Install: out/host/linux-x86/framework/archquery.jar
19382 host Prebuilt: swt
(out/host/common/obj/JAVA_LIBRARIES/swt_intermediates/javalib.jar)
19383 host Prebuilt: org.eclipse.jface_3.4.2.M20090107-0800
(out/host/common/obj/JAVA_LIBRARIES/org.eclipse.jface_3.4.2.M20090107-
0800_intermediates/javalib.jar)
19384 host Prebuilt: org.eclipse.equinox.common_3.4.0.v20080421-2006
(out/host/common/obj/JAVA_LIBRARIES/org.eclipse.equinox.common_3.4.0.v2008042
1-2006_intermediates/javalib.jar)
19385 host Prebuilt: org.eclipse.core.commands_3.4.0.I20080509-2000
(out/host/common/obj/JAVA_LIBRARIES/org.eclipse.core.commands_3.4.0.I20080509
-2000_intermediates/javalib.jar)
19386 host Prebuilt: jcommon-1.0.12
(out/host/common/obj/JAVA_LIBRARIES/jcommon-1.0.12_intermediates/javalib.jar)
19387 host Prebuilt: jfreechart-1.0.9
(out/host/common/obj/JAVA_LIBRARIES/jfreechart-
1.0.9_intermediates/javalib.jar)
19388 host Prebuilt: jfreechart-1.0.9-swt
(out/host/common/obj/JAVA_LIBRARIES/jfreechart-1.0.9-
swt_intermediates/javalib.jar)
19389 host Prebuilt: swing-worker-1.1
(out/host/common/obj/JAVA_LIBRARIES/swing-worker-
1.1_intermediates/javalib.jar)
19390 Install: out/host/linux-x86/framework/dumpkey.jar
19391 host Java: dumpeventlog
(out/host/common/obj/JAVA_LIBRARIES/dumpeventlog_intermediates/classes)
19392 Install: out/host/linux-x86/framework/easymock.jar
19393 Install: out/host/linux-x86/framework/emmalib.jar
19394 host Java: eventanalyzer
(out/host/common/obj/JAVA_LIBRARIES/eventanalyzer_intermediates/classes)
19395 host Prebuilt: groovy-all-1.7.0
(out/host/common/obj/JAVA_LIBRARIES/groovy-all-
1.7.0_intermediates/javalib.jar)
19396 Install: out/host/linux-x86/framework/guavalib.jar
19397 host Prebuilt: org-openide-util
(out/host/common/obj/JAVA_LIBRARIES/org-openide-
util_intermediates/javalib.jar)
19398 host Prebuilt: org-netbeans-api-visual
(out/host/common/obj/JAVA_LIBRARIES/org-netbeans-api-
visual_intermediates/javalib.jar)
19399 host Prebuilt: ddmlib-prebuilt
(out/host/common/obj/JAVA_LIBRARIES/ddmlib-prebuilt_intermediates/ddmlib-
prebuilt.jar)
19400 Install: out/host/linux-x86/framework/junit.jar
19401 Install: out/host/linux-x86/framework/idegen.jar
19402 target StaticLib: libc
(out/target/product/crespo/obj/STATIC_LIBRARIES/libc_intermediates/libc.a)
19403 host Prebuilt: jarjar
(out/host/common/obj/JAVA_LIBRARIES/jarjar_intermediates/javalib.jar)
19404 Install: out/host/linux-x86/framework/jdiff.jar
19405 Install: out/host/linux-x86/framework/jsr305lib.jar

19406 host Prebuilt: jython
(out/host/common/obj/JAVA_LIBRARIES/jython_intermediates/javalib.jar)
19407 host Prebuilt: kxml2-2.3.0 (out/host/common/obj/JAVA_LIBRARIES/kxml2-
2.3.0_intermediates/javalib.jar)
19408 Install: out/host/linux-x86/framework/ninepatch.jar
19409 host Java: layoutlib_create
(out/host/common/obj/JAVA_LIBRARIES/layoutlib_create_intermediates/classes)
19410 Install: out/host/linux-x86/framework/makedict.jar
19411 host Java: mkstubs
(out/host/common/obj/JAVA_LIBRARIES/mkstubs_intermediates/classes)
19412 Install: out/host/linux-x86/framework/xmlwriter.jar
19413 host Prebuilt: osgi
(out/host/common/obj/JAVA_LIBRARIES/osgi_intermediates/javalib.jar)
19414 Install: out/host/linux-x86/framework/preload.jar
19415 host Java: screenshot2
(out/host/common/obj/JAVA_LIBRARIES/screenshot2_intermediates/classes)
19416 Install: out/host/linux-x86/framework/signapk.jar
19417 Copy: out/target/product/crespo/kernel
19418 target Prelink: libdl
(out/target/product/crespo/symbols/system/lib/libdl.so)
19419 Copy: out/target/product/crespo/root/init.herring.rc
19420 Copy: out/target/product/crespo/root/ueventd.herring.rc
19421 target Prebuilt: Calculator
(out/target/common/obj/JAVA_LIBRARIES/liberity_intermediates/javalib.jar)
19422 Aidl: Email <=
packages/apps/Email/src/com/android/email/service/IEmailService.aidl
19423 Aidl: Email <=
packages/apps/Email/src/com/android/email/service/IEmailServiceCallback.aidl
19424 target Non-prelinked: libjni_latinime
(out/target/product/crespo/symbols/system/lib/libjni_latinime.so)
19425 Aidl: Phone <=
packages/apps/Phone/src/com/android/phone/INetworkQueryService.aidl
19426 Aidl: Phone <=
packages/apps/Phone/src/com/android/phone/INetworkQueryServiceCallback.aidl
19427 Aidl: com.android.inputmethod.pinyin.lib <=
packages/inputmethods/PinyinIME/lib/com/android/inputmethod/pinyin/IPinyinDec
oderService.aidl
19428 target R.java/Manifest.java: QuickSearchBox
(out/target/common/obj/APPS/QuickSearchBox_intermediates/src/R.stamp)
19429 target Prebuilt: gdbserver
(out/target/product/crespo/obj/EXECUTABLES/gdbserver_intermediates/gdbserver)
19430 target Prebuilt: 20-dns.conf (out/target/product/crespo/obj/ETC/20-
dns.conf_intermediates/20-dns.conf)
19431 target Prebuilt: 95-configured (out/target/product/crespo/obj/ETC/95-
configured_intermediates/95-configured)
19432 target Prebuilt: dhcpcd-run-hooks
(out/target/product/crespo/obj/EXECUTABLES/dhcpcd-run-
hooks_intermediates/dhcpcd-run-hooks)
19433 target Prebuilt: dhcpcd.conf
(out/target/product/crespo/obj/ETC/dhcpcd.conf_intermediates/dhcpcd.conf)
19434 target Prebuilt: com.android.location.provider.xml
(out/target/product/crespo/obj/ETC/com.android.location.provider.xml_intermed
iates/com.android.location.provider.xml)
19435 target Prebuilt: platform.xml
(out/target/product/crespo/obj/ETC/platform.xml_intermediates/platform.xml)

```
19436 target Prebuilt: wpa_supplicant.conf
(out/target/product/crespo/obj/ETC/wpa_supplicant.conf_intermediates/wpa_supp
licant.conf)
19437 target Non-prelinked: libstlport
(out/target/product/crespo/symbols/system/lib/libstlport.so)
19438 Copying
out/target/product/crespo/obj/STATIC_LIBRARIES/libv8_intermediates/js2c.py
19439 Copying
out/target/product/crespo/obj/STATIC_LIBRARIES/libv8_intermediates/jsmin.py
19440 KeyCharMap: out/target/product/crespo/obj/KEYCHARS/cypress-
touchkey.kcm_intermediates/cypress-touchkey.kcm.bin
19441 WebCore Yacc: libwebcore <= external/webkit/WebCore/css/CSSGrammar.y
19442 KeyCharMap:
out/target/product/crespo/obj/KEYCHARS/qwerty.kcm_intermediates/qwerty.kcm.bi
n
19443 KeyCharMap:
out/target/product/crespo/obj/KEYCHARS/qwerty2.kcm_intermediates/qwerty2.kcm.
bin
19444 KeyCharMap: out/target/product/crespo/obj/KEYCHARS/s3c-
keypad.kcm_intermediates/s3c-keypad.kcm.bin
19445 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
19446 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
19447 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
19448 target Prebuilt: fw_bcm4329_apsta.bin
(out/target/product/crespo/obj/ETC/fw_bcm4329_apsta.bin_intermediates/fw_bcm4
329_apsta.bin)
19449 target Prebuilt: fw_bcm4329.bin
(out/target/product/crespo/obj/ETC/fw_bcm4329.bin_intermediates/fw_bcm4329.bi
n)
19450 Copy: out/target/product/crespo/system/etc/vold.fstab
19451 Copy: out/target/product/crespo/system/lib/egl/egl.cfg
19452 Copy: out/target/product/crespo/system/usr/keylayout/s3c-keypad.kl
19453 Copy: out/target/product/crespo/system/usr/keylayout/cypress-
touchkey.kl
19454 Copy: out/target/product/crespo/system/usr/keylayout/sec_jack.kl
19455 Copy: out/target/product/crespo/system/etc/secomxregistry
19456 Copy: out/target/product/crespo/system/etc/media_profiles.xml
19457 Copy: out/target/product/crespo/system/usr/idc/mxt224_ts_input.idc
19458 Copy:
out/target/product/crespo/system/etc/permissions/handheld_core_hardware.xml
19459 Copy:
out/target/product/crespo/system/etc/permissions/android.hardware.camera.flas
h-autofocus.xml
19460 Copy:
out/target/product/crespo/system/etc/permissions/android.hardware.camera.fron
t.xml
19461 Copy:
out/target/product/crespo/system/etc/permissions/android.hardware.telephony.g
sm.xml
```

19462 Copy:
out/target/product/crespo/system/etc/permissions/android.hardware.location.gp
s.xml
19463 Copy:
out/target/product/crespo/system/etc/permissions/android.hardware.wifi.xml
19464 Copy:
out/target/product/crespo/system/etc/permissions/android.hardware.sensor.prox
imity.xml
19465 Copy:
out/target/product/crespo/system/etc/permissions/android.hardware.sensor.ligh
t.xml
19466 Copy:
out/target/product/crespo/system/etc/permissions/android.hardware.sensor.gyro
scope.xml
19467 Copy:
out/target/product/crespo/system/etc/permissions/android.hardware.touchscreen
.multitouch.jazzhand.xml
19468 Copy:
out/target/product/crespo/system/etc/permissions/android.hardware.nfc.xml
19469 Copy:
out/target/product/crespo/system/etc/permissions/android.software.sip.voip.xm
l
19470 Copy:
out/target/product/crespo/system/etc/permissions/android.software.live_wallpa
per.xml
19471 Copy: out/target/product/crespo/system/etc/apns-conf.xml
19472 Copy: out/target/product/crespo/system/modules/bcm4329.ko
19473 Copy: out/target/product/crespo/system/etc/vold.conf
19474 Copy:
out/target/product/crespo/system/media/audio/notifications/F1_MissedCall.ogg
19475 Copy:
out/target/product/crespo/system/media/audio/notifications/F1_New_MMS.ogg
19476 Copy:
out/target/product/crespo/system/media/audio/notifications/F1_New_SMS.ogg
19477 Copy:
out/target/product/crespo/system/media/audio/alarms/Alarm_Buzzer.ogg
19478 Copy:
out/target/product/crespo/system/media/audio/alarms/Alarm_Beep_01.ogg
19479 Copy:
out/target/product/crespo/system/media/audio/alarms/Alarm_Beep_02.ogg
19480 Copy:
out/target/product/crespo/system/media/audio/alarms/Alarm_Classic.ogg
19481 Copy:
out/target/product/crespo/system/media/audio/alarms/Alarm_Beep_03.ogg
19482 Copy:
out/target/product/crespo/system/media/audio/alarms/Alarm_Rooster_02.ogg
19483 Copy:
out/target/product/crespo/system/media/audio/ringtones/Ring_Synth_04.ogg
19484 Copy:
out/target/product/crespo/system/media/audio/ringtones/Ring_Classic_02.ogg
19485 Copy:
out/target/product/crespo/system/media/audio/ringtones/Ring_Synth_02.ogg
19486 Copy:
out/target/product/crespo/system/media/audio/ringtones/Ring_Digital_02.ogg
19487 Copy:
out/target/product/crespo/system/media/audio/ringtones/BentleyDubs.ogg

19488 Copy:
out/target/product/crespo/system/media/audio/ringtones/BeatPlucker.ogg
19489 Copy:
out/target/product/crespo/system/media/audio/ringtones/BirdLoop.ogg
19490 Copy:
out/target/product/crespo/system/media/audio/ringtones/CurveBall.ogg
19491 Copy:
out/target/product/crespo/system/media/audio/ringtones/EtherShake.ogg
19492 Copy:
out/target/product/crespo/system/media/audio/ringtones/CaribbeanIce.ogg
19493 Copy:
out/target/product/crespo/system/media/audio/ringtones/FriendlyGhost.ogg
19494 Copy:
out/target/product/crespo/system/media/audio/ringtones/GameOverGuitar.ogg
19495 Copy: out/target/product/crespo/system/media/audio/ringtones/Growl.ogg
19496 Copy:
out/target/product/crespo/system/media/audio/ringtones/InsertCoin.ogg
19497 Copy:
out/target/product/crespo/system/media/audio/ringtones/LoopyLounge.ogg
19498 Copy:
out/target/product/crespo/system/media/audio/ringtones/LoveFlute.ogg
19499 Copy:
out/target/product/crespo/system/media/audio/ringtones/MidEvilJaunt.ogg
19500 Copy:
out/target/product/crespo/system/media/audio/ringtones/MildlyAlarming.ogg
19501 Copy:
out/target/product/crespo/system/media/audio/ringtones/NewPlayer.ogg
19502 Copy:
out/target/product/crespo/system/media/audio/ringtones/Noises2.ogg
19503 Copy:
out/target/product/crespo/system/media/audio/ringtones/Noises1.ogg
19504 Copy:
out/target/product/crespo/system/media/audio/ringtones/Noises3.ogg
19505 Copy:
out/target/product/crespo/system/media/audio/ringtones/OrganDub.ogg
19506 Copy:
out/target/product/crespo/system/media/audio/ringtones/RomancingTheTone.ogg
19507 Copy:
out/target/product/crespo/system/media/audio/ringtones/SpringyJalopy.ogg
19508 Copy:
out/target/product/crespo/system/media/audio/ringtones/SitarVsSitar.ogg
19509 Copy:
out/target/product/crespo/system/media/audio/ringtones/Terminated.ogg
19510 Copy:
out/target/product/crespo/system/media/audio/ringtones/TwirlAway.ogg
19511 Copy:
out/target/product/crespo/system/media/audio/ringtones/VeryAlarmed.ogg
19512 Copy: out/target/product/crespo/system/media/audio/ringtones/World.ogg
19513 Copy:
out/target/product/crespo/system/media/audio/notifications/CaffeineSnake.ogg
19514 Copy:
out/target/product/crespo/system/media/audio/notifications/DontPanic.ogg
19515 Copy:
out/target/product/crespo/system/media/audio/notifications/DearDeer.ogg
19516 Copy:
out/target/product/crespo/system/media/audio/notifications/Highwire.ogg

```
19517 Copy:
out/target/product/crespo/system/media/audio/notifications/KzurbSonar.ogg
19518 Copy:
out/target/product/crespo/system/media/audio/notifications/OnTheHunt.ogg
19519 Copy:
out/target/product/crespo/system/media/audio/notifications/Beat_Box_Android.o
gg
19520 Copy:
out/target/product/crespo/system/media/audio/notifications/Heaven.ogg
19521 Copy:
out/target/product/crespo/system/media/audio/notifications/Voila.ogg
19522 Copy:
out/target/product/crespo/system/media/audio/notifications/Tinkerbell.ogg
19523 Copy: out/target/product/crespo/system/media/audio/ui/Effect_Tick.ogg
19524 Copy:
out/target/product/crespo/system/media/audio/ui/KeypressStandard.ogg
19525 Copy:
out/target/product/crespo/system/media/audio/notifications/TaDa.ogg
19526 Copy:
out/target/product/crespo/system/media/audio/ui/KeypressSpacebar.ogg
19527 Copy:
out/target/product/crespo/system/media/audio/ui/KeypressDelete.ogg
19528 Copy:
out/target/product/crespo/system/media/audio/ui/KeypressReturn.ogg
19529 Copy: out/target/product/crespo/system/media/audio/ui/camera_click.ogg
19530 Copy: out/target/product/crespo/system/media/audio/ui/VideoRecord.ogg
19531 Copy:
out/target/product/crespo/system/media/audio/ringtones/CrazyDream.ogg
19532 Copy:
out/target/product/crespo/system/media/audio/ringtones/DreamTheme.ogg
19533 Copy: out/target/product/crespo/system/tts/lang_pico/de-DE_gl0_sg.bin
19534 Copy: out/target/product/crespo/system/tts/lang_pico/de-DE_ta.bin
19535 Copy: out/target/product/crespo/system/tts/lang_pico/en-GB_kh0_sg.bin
19536 Copy: out/target/product/crespo/system/tts/lang_pico/en-GB_ta.bin
19537 Copy: out/target/product/crespo/system/tts/lang_pico/en-US_lh0_sg.bin
19538 Copy: out/target/product/crespo/system/tts/lang_pico/en-US_ta.bin
19539 Copy: out/target/product/crespo/system/tts/lang_pico/es-ES_zl0_sg.bin
19540 Copy: out/target/product/crespo/system/tts/lang_pico/es-ES_ta.bin
19541 Copy: out/target/product/crespo/system/tts/lang_pico/fr-FR_nk0_sg.bin
19542 Copy: out/target/product/crespo/system/tts/lang_pico/fr-FR_ta.bin
19543 Copy: out/target/product/crespo/system/tts/lang_pico/it-IT_cm0_sg.bin
19544 Copy: out/target/product/crespo/system/tts/lang_pico/it-IT_ta.bin
19545 Copy: out/target/product/crespo/system/fonts/DroidSans.ttf
19546 Copy: out/target/product/crespo/system/fonts/DroidSans-Bold.ttf
19547 Copy: out/target/product/crespo/system/fonts/DroidSansArabic.ttf
19548 Copy: out/target/product/crespo/system/fonts/DroidSansHebrew.ttf
19549 Copy: out/target/product/crespo/system/fonts/DroidSansThai.ttf
19550 Copy: out/target/product/crespo/system/fonts/DroidSerif-Regular.ttf
19551 Copy: out/target/product/crespo/system/fonts/DroidSerif-Bold.ttf
19552 Copy: out/target/product/crespo/system/fonts/DroidSerif-Italic.ttf
19553 Copy: out/target/product/crespo/system/fonts/DroidSerif-BoldItalic.ttf
19554 Copy: out/target/product/crespo/system/fonts/DroidSansMono.ttf
19555 Copy: out/target/product/crespo/system/fonts/Clockopia.ttf
19556 Copy: out/target/product/crespo/system/fonts/DroidSansFallback.ttf
19557 Copy: out/target/product/crespo/system/usr/icu/icudt44l.dat
19558 Copying: out/target/product/crespo/obj/NOTICE_FILES/src/kernel.txt
```

19559 host Prebuilt: run-core-tests-on-ri (out/host/linux-x86/obj/EXECUTABLES/run-core-tests-on-ri_intermediates/run-core-tests-on-ri)
19560 host Prebuilt: tradefed-prebuilt
(out/host/common/obj/JAVA_LIBRARIES/tradefed-prebuilt_intermediates/tradefed-prebuilt.jar)
19561 target R.java/Manifest.java: PartialSuggestions
(out/target/common/obj/APPS/PartialSuggestions_intermediates/src/R.stamp)
19562 target R.java/Manifest.java: SlowSuggestions
(out/target/common/obj/APPS/SlowSuggestions_intermediates/src/R.stamp)
19563 target R.java/Manifest.java: SpammySuggestions
(out/target/common/obj/APPS/SpammySuggestions_intermediates/src/R.stamp)
19564 Aidl: Development <=
development/apps/Development/src/com/android/development/IRemoteService.aidl
19565 target Prebuilt: perm_checker.conf
(out/target/product/crespo/obj/DATA/perm_checker.conf_intermediates/perm_checker.conf)
19566 target Prebuilt: coverage_targets.xml
(out/target/product/crespo/obj/ETC/coverage_targets.xml_intermediates/coverage_targets.xml)
19567 target Prebuilt: test_defs.xml
(out/target/product/crespo/obj/ETC/test_defs.xml_intermediates/test_defs.xml)
19568 target Prebuilt: run-core-tests
(out/target/product/crespo/obj/EXECUTABLES/run-core-tests_intermediates/run-core-tests)
19569 target Prebuilt: liberty
(out/target/product/crespo/obj/JAVA_LIBRARIES/liberty_intermediates/javalib.jar)
19570 Install: out/host/linux-x86/bin/imgdiff
19571 DumpPublicKey:
out/target/product/crespo/obj/PACKAGING/ota_keys_intermediates/keys <=
build/target/security/testkey.x509.pem
19572 Install: out/host/linux-x86/bin/bsdiff
19573 Install: out/host/linux-x86/framework/apicheck.jar
19574 java -jar out/host/linux-x86/framework/dumpkey.jar
build/target/product/security/testkey.x509.pem >
out/target/product/crespo/obj/PACKAGING/ota_keys_intermediates/keys
19575 Install: out/host/linux-x86/framework/clearsilver.jar
19576 host SharedLib: libclearsilver-jni (out/host/linux-x86/obj/lib/libclearsilver-jni.so)
19577 Install: out/host/linux-x86/lib/libneo_cs.so
19578 Copying:
out/target/common/obj/JAVA_LIBRARIES/core_intermediates/emma_out/lib/classes-jarjar.jar
19579 Copy: dx (out/host/linux-x86/obj/EXECUTABLES/dx_intermediates/dx)
19580 Aidl: framework <=
frameworks/base/core/java/android/accessibilityservice/IAccessibilityServiceConnection.aidl
19581 Aidl: framework <=
frameworks/base/core/java/android/accessibilityservice/IEventListener.aidl
19582 Aidl: framework <=
frameworks/base/core/java/android/accounts/IAccountManager.aidl
19583 Aidl: framework <=
frameworks/base/core/java/android/accounts/IAccountManagerResponse.aidl
19584 Aidl: framework <=
frameworks/base/core/java/android/accounts/IAccountAuthenticator.aidl
19585 Aidl: framework <=
frameworks/base/core/java/android/accounts/IAccountAuthenticatorResponse.aidl

```
19586 Aidl: framework <=
frameworks/base/core/java/android/app/IActivityController.aidl
19587 Aidl: framework <=
frameworks/base/core/java/android/app/IActivityWatcher.aidl
19588 Aidl: framework <=
frameworks/base/core/java/android/app/IActivityPendingResult.aidl
19589 Aidl: framework <=
frameworks/base/core/java/android/app/IAlarmManager.aidl
19590 Aidl: framework <=
frameworks/base/core/java/android/app/IBackupAgent.aidl
19591 Aidl: framework <=
frameworks/base/core/java/android/app/ISearchManager.aidl
19592 Aidl: framework <=
frameworks/base/core/java/android/app/IInstrumentationWatcher.aidl
19593 Aidl: framework <=
frameworks/base/core/java/android/app/INotificationManager.aidl
19594 Aidl: framework <=
frameworks/base/core/java/android/app/IServiceConnection.aidl
19595 Aidl: framework <=
frameworks/base/core/java/android/app/IThumbnailReceiver.aidl
19596 Aidl: framework <=
frameworks/base/core/java/android/app/ISearchManagerCallback.aidl
19597 Aidl: framework <=
frameworks/base/core/java/android/app/IUiModeManager.aidl
19598 Aidl: framework <=
frameworks/base/core/java/android/app/ITransientNotification.aidl
19599 Aidl: framework <=
frameworks/base/core/java/android/app/IWallpaperManager.aidl
19600 Aidl: framework <=
frameworks/base/core/java/android/app/IWallpaperManagerCallback.aidl
19601 Aidl: framework <=
frameworks/base/core/java/android/app/admin/IDevicePolicyManager.aidl
19602 Aidl: framework <=
frameworks/base/core/java/android/app/backup/IBackupManager.aidl
19603 Aidl: framework <=
frameworks/base/core/java/android/bluetooth/IBluetooth.aidl
19604 Aidl: framework <=
frameworks/base/core/java/android/app/backup/IRestoreObserver.aidl
19605 Aidl: framework <=
frameworks/base/core/java/android/app/backup/IRestoreSession.aidl
19606 Aidl: framework <=
frameworks/base/core/java/android/bluetooth/IBluetoothA2dp.aidl
19607 Aidl: framework <=
frameworks/base/core/java/android/bluetooth/IBluetoothCallback.aidl
19608 Aidl: framework <=
frameworks/base/core/java/android/bluetooth/IBluetoothPbap.aidl
19609 Aidl: framework <=
frameworks/base/core/java/android/bluetooth/IBluetoothHeadset.aidl
19610 Aidl: framework <=
frameworks/base/core/java/android/content/IIntentReceiver.aidl
19611 Aidl: framework <=
frameworks/base/core/java/android/content/IContentService.aidl
19612 Aidl: framework <=
frameworks/base/core/java/android/content/ISyncAdapter.aidl
19613 Aidl: framework <=
frameworks/base/core/java/android/content/IIntentSender.aidl
```

19614 Aidl: framework <=
frameworks/base/core/java/android/content/ISyncContext.aidl
19615 Aidl: framework <=
frameworks/base/core/java/android/content/ISyncStatusObserver.aidl
19616 Aidl: framework <=
frameworks/base/core/java/android/content/pm/IPackageDataObserver.aidl
19617 Aidl: framework <=
frameworks/base/core/java/android/content/pm/IPackageDeleteObserver.aidl
19618 Aidl: framework <=
frameworks/base/core/java/android/content/pm/IPackageMoveObserver.aidl
19619 Aidl: framework <=
frameworks/base/core/java/android/content/pm/IPackageStatsObserver.aidl
19620 Aidl: framework <=
frameworks/base/core/java/android/content/pm/IPackageInstallObserver.aidl
19621 Aidl: framework <=
frameworks/base/core/java/android/content/pm/IPackageManager.aidl
19622 Aidl: framework <=
frameworks/base/core/java/android/database/IContentObserver.aidl
19623 Aidl: framework <=
frameworks/base/core/java/android/net/IConnectivityManager.aidl
19624 Aidl: framework <=
frameworks/base/core/java/android/net/INetworkManagementEventObserver.aidl
19625 Aidl: framework <=
frameworks/base/core/java/android/nfc/ILlcpServiceSocket.aidl
19626 Aidl: framework <=
frameworks/base/core/java/android/nfc/ILlcpConnectionlessSocket.aidl
19627 Aidl: framework <= frameworks/base/core/java/android/nfc/INdefTag.aidl
19628 Aidl: framework <=
frameworks/base/core/java/android/net/IThrottleManager.aidl
19629 Aidl: framework <=
frameworks/base/core/java/android/nfc/INfcAdapter.aidl
19630 Aidl: framework <= frameworks/base/core/java/android/nfc/INfcTag.aidl
19631 Aidl: framework <=
frameworks/base/core/java/android/nfc/ILlcpSocket.aidl
19632 Aidl: framework <=
frameworks/base/core/java/android/nfc/IP2pInitiator.aidl
19633 Aidl: framework <= frameworks/base/core/java/android/os/IMessenger.aidl
19634 Aidl: framework <=
frameworks/base/core/java/android/os/INetworkManagementService.aidl
19635 Aidl: framework <=
frameworks/base/core/java/android/os/IHardwareService.aidl
19636 Aidl: framework <=
frameworks/base/core/java/android/nfc/IP2pTarget.aidl
19637 Aidl: framework <=
frameworks/base/core/java/android/os/INetStatService.aidl
19638 Aidl: framework <=
frameworks/base/core/java/android/os/IPermissionController.aidl
19639 Aidl: framework <=
frameworks/base/core/java/android/os/IPowerManager.aidl
19640 Aidl: framework <=
frameworks/base/core/java/android/os/IRemoteCallback.aidl
19641 Aidl: framework <=
frameworks/base/core/java/android/os/IVibratorService.aidl
19642 Aidl: framework <=
frameworks/base/core/java/android/service/urlrenderer/IUrlRendererCallback.ai
dl

19643 Aidl: framework <=
frameworks/base/core/java/android/service/urlrenderer/IUrlRendererService.aid
l
19644 Aidl: framework <=
frameworks/base/core/java/android/service/wallpaper/IWallpaperEngine.aidl
19645 Aidl: framework <=
frameworks/base/core/java/android/service/wallpaper/IWallpaperConnection.aidl
19646 Aidl: framework <=
frameworks/base/core/java/android/service/wallpaper/IWallpaperService.aidl
19647 Aidl: framework <=
frameworks/base/core/java/android/view/accessibility/IAccessibilityManager.ai
dl
19648 Aidl: framework <=
frameworks/base/core/java/android/view/accessibility/IAccessibilityManagerCli
ent.aidl
19649 Aidl: framework <=
frameworks/base/core/java/android/view/IRotationWatcher.aidl
19650 Aidl: framework <=
frameworks/base/core/java/android/text/IClipboard.aidl
19651 Aidl: framework <=
frameworks/base/core/java/android/view/IApplicationToken.aidl
19652 Aidl: framework <=
frameworks/base/core/java/android/view/IOnKeyguardExitResult.aidl
19653 Aidl: framework <=
frameworks/base/core/java/android/view/IWindowManager.aidl
19654 Aidl: framework <= frameworks/base/core/java/android/view/IWindow.aidl
19655 Aidl: framework <=
frameworks/base/core/java/android/view/IWindowSession.aidl
19656 Aidl: framework <=
frameworks/base/core/java/android/speech/IRecognitionService.aidl
19657 Aidl: framework <=
frameworks/base/core/java/android/speech/IRecognitionListener.aidl
19658 Aidl: framework <=
frameworks/base/core/java/android/speech/tts/ITts.aidl
19659 Aidl: framework <=
frameworks/base/core/java/com/android/internal/app/IUsageStats.aidl
19660 Aidl: framework <=
frameworks/base/core/java/com/android/internal/app/IBatteryStats.aidl
19661 Aidl: framework <=
frameworks/base/core/java/com/android/internal/app/IMediaContainerService.aid
l
19662 Aidl: framework <=
frameworks/base/core/java/android/speech/tts/ITtsCallback.aidl
19663 Aidl: framework <=
frameworks/base/core/java/com/android/internal/appwidget/IAppWidgetHost.aidl
19664 Aidl: framework <=
frameworks/base/core/java/com/android/internal/appwidget/IAppWidgetService.ai
dl
19665 Aidl: framework <=
frameworks/base/core/java/com/android/internal/os/IDropBoxManagerService.aidl
19666 Aidl: framework <=
frameworks/base/core/java/com/android/internal/backup/IBackupTransport.aidl
19667 Aidl: framework <=
frameworks/base/core/java/com/android/internal/statusbar/IStatusBar.aidl
19668 Aidl: framework <=
frameworks/base/core/java/com/android/internal/os/IResultReceiver.aidl

19669 Aidl: framework <=
frameworks/base/core/java/com/android/internal/view/IInputContextCallback.aid
l
19670 Aidl: framework <=
frameworks/base/core/java/com/android/internal/statusbar/IStatusBarService.ai
dl
19671 Aidl: framework <=
frameworks/base/core/java/com/android/internal/view/IInputContext.aidl
19672 Aidl: framework <=
frameworks/base/core/java/com/android/internal/view/IInputMethod.aidl
19673 Aidl: framework <=
frameworks/base/core/java/com/android/internal/view/IInputMethodCallback.aidl
19674 Aidl: framework <=
frameworks/base/core/java/com/android/internal/view/IInputMethodManager.aidl
19675 Aidl: framework <=
frameworks/base/core/java/com/android/internal/view/IInputMethodSession.aidl
19676 Aidl: framework <=
frameworks/base/core/java/com/android/internal/view/IInputMethodClient.aidl
19677 Aidl: framework <=
frameworks/base/location/java/android/location/IGeocodeProvider.aidl
19678 Aidl: framework <=
frameworks/base/location/java/android/location/IGpsStatusListener.aidl
19679 Aidl: framework <=
frameworks/base/location/java/android/location/ILocationListener.aidl
19680 Aidl: framework <=
frameworks/base/location/java/android/location/IGpsStatusProvider.aidl
19681 Aidl: framework <=
frameworks/base/location/java/android/location/ILocationManager.aidl
19682 Aidl: framework <=
frameworks/base/location/java/android/location/ILocationProvider.aidl
19683 Aidl: framework <=
frameworks/base/media/java/android/media/IAudioService.aidl
19684 Aidl: framework <=
frameworks/base/media/java/android/media/IAudioFocusDispatcher.aidl
19685 Aidl: framework <=
frameworks/base/location/java/android/location/INetInitiatedListener.aidl
19686 Aidl: framework <=
frameworks/base/media/java/android/media/IMediaScannerListener.aidl
19687 Aidl: framework <=
frameworks/base/telephony/java/com/android/internal/telephony/IPhoneSubInfo.a
idl
19688 Aidl: framework <=
frameworks/base/telephony/java/com/android/internal/telephony/ITelephony.aidl
19689 Aidl: framework <=
frameworks/base/telephony/java/com/android/internal/telephony/IPhoneStateList
ener.aidl
19690 Aidl: framework <=
frameworks/base/telephony/java/com/android/internal/telephony/IIccPhoneBook.a
idl
19691 Aidl: framework <=
frameworks/base/media/java/android/media/IMediaScannerService.aidl
19692 Aidl: framework <=
frameworks/base/telephony/java/com/android/internal/telephony/ITelephonyRegis
try.aidl
19693 Aidl: framework <=
frameworks/base/telephony/java/com/android/internal/telephony/ISms.aidl

```
19694 Aidl: framework <=
frameworks/base/wifi/java/android/net/wifi/IWifiManager.aidl
19695 Aidl: framework <=
frameworks/base/telephony/java/com/android/internal/telephony/IExtendedNetwor
kService.aidl
19696 Aidl: framework <=
frameworks/base/vpn/java/android/net/vpn/IVpnService.aidl
19697 Aidl: framework <=
frameworks/base/voip/java/android/net/sip/ISipSession.aidl
19698 target Export Resources: framework-res
(out/target/common/obj/APPS/framework-res_intermediates/package-export.apk)
19699 Aidl: framework <=
frameworks/base/voip/java/android/net/sip/ISipService.aidl
19700 Aidl Preprocess: out/target/common/obj/framework.aidl
19701 Aidl: framework <=
frameworks/base/voip/java/android/net/sip/ISipSessionListener.aidl
19702 Copy: apicheck (out/host/linux-
x86/obj/EXECUTABLES/apicheck_intermediates/apicheck)
19703 host SharedLib: libSR_AcousticModels (out/host/linux-
x86/obj/lib/libSR_AcousticModels.so)
19704 host SharedLib: libSR_AcousticState (out/host/linux-
x86/obj/lib/libSR_AcousticState.so)
19705 host SharedLib: libSR_Semproc (out/host/linux-
x86/obj/lib/libSR_Semproc.so)
19706 host SharedLib: libSR_Vocabulary (out/host/linux-
x86/obj/lib/libSR_Vocabulary.so)
19707 Install: out/host/linux-x86/bin/android
19708 Install: out/host/linux-x86/lib/libESR_Shared.so
19709 Copy: apkcheck (out/host/linux-
x86/obj/EXECUTABLES/apkcheck_intermediates/apkcheck)
19710 host C++: libicuuc <= external/icu4c/common/bmpset.cpp
19711 host C++: libicuuc <= external/icu4c/common/unisetspan.cpp
19712 host C++: libicuuc <= external/icu4c/common/brkeng.cpp
19713 host C++: libicuuc <= external/icu4c/common/brkiter.cpp
19714 host C++: libicuuc <= external/icu4c/common/caniter.cpp
19715 external/icu4c/common/brkiter.cpp: In static member function 'static
icu_44::BreakIterator* icu_44::BreakIterator::buildInstance(const
icu_44::Locale&, const char*, int32_t, UErrorCode&)':
19716 external/icu4c/common/brkiter.cpp:96: warning: 'const char*
ures_getLocale_44(const UResourceBundle*, UErrorCode*)' is deprecated
(declared at external/icu4c/common/unicode/ures.h:300)
19717 external/icu4c/common/brkiter.cpp:96: warning: 'const char*
ures_getLocale_44(const UResourceBundle*, UErrorCode*)' is deprecated
(declared at external/icu4c/common/unicode/ures.h:300)
19718 host C++: libicuuc <= external/icu4c/common/chariter.cpp
19719 host C++: libicuuc <= external/icu4c/common/dictbe.cpp
19720 host C++: libicuuc <= external/icu4c/common/locbased.cpp
19721 host C++: libicuuc <= external/icu4c/common/locid.cpp
19722 external/icu4c/common/locid.cpp: In member function 'const char*
icu_44::Locale::getBaseName() const':
19723 external/icu4c/common/locid.cpp:1093: warning: comparison between
signed and unsigned integer expressions
19724 host C++: libicuuc <= external/icu4c/common/locutil.cpp
19725 host C++: libicuuc <= external/icu4c/common/normlzr.cpp
19726 host C++: libicuuc <= external/icu4c/common/parsepos.cpp
19727 host C++: libicuuc <= external/icu4c/common/propname.cpp
```

19728 external/icu4c/common/normlzr.cpp: In member function 'UBool
icu_44::Normalizer::operator==(const icu_44::Normalizer&) const':
19729 external/icu4c/common/normlzr.cpp:113: warning: suggest parentheses
around '&&' within '||'
19730 libpng warning: Ignoring attempt to set cHRM RGB triangle with zero
area
19731 host C++: libicuuc <= external/icu4c/common/rbbi.cpp
19732 host C++: libicuuc <= external/icu4c/common/rbbidata.cpp
19733 host C++: libicuuc <= external/icu4c/common/rbbinode.cpp
19734 external/icu4c/common/rbbi.cpp: In member function 'virtual int32_t
icu_44::RuleBasedBreakIterator::following(int32_t)':
19735 external/icu4c/common/rbbi.cpp:731: warning: suggest parentheses around
'&&' within '||'
19736 host C++: libicuuc <= external/icu4c/common/rbbirb.cpp
19737 host C++: libicuuc <= external/icu4c/common/rbbiscan.cpp
19738 external/icu4c/common/rbbiscan.cpp: In member function 'UChar32
icu_44::RBBIRuleScanner::nextCharLL()':
19739 external/icu4c/common/rbbiscan.cpp:805: warning: suggest parentheses
around '&&' within '||'
19740 host C++: libicuuc <= external/icu4c/common/rbbisetb.cpp
19741 host C++: libicuuc <= external/icu4c/common/rbbistbl.cpp
19742 host C++: libicuuc <= external/icu4c/common/rbbitblb.cpp
19743 host C++: libicuuc <= external/icu4c/common/resbund_cnv.cpp
19744 host C++: libicuuc <= external/icu4c/common/resbund.cpp
19745 host C++: libicuuc <= external/icu4c/common/ruleiter.cpp
19746 external/icu4c/common/resbund.cpp: In member function 'const char*
icu_44::ResourceBundle::getVersionNumber() const':
19747 external/icu4c/common/resbund.cpp:363: warning: 'const char*
ures_getVersionNumber_44(const UResourceBundle*)' is deprecated (declared at
external/icu4c/common/unicode/ures.h:272)
19748 external/icu4c/common/resbund.cpp:363: warning: 'const char*
ures_getVersionNumber_44(const UResourceBundle*)' is deprecated (declared at
external/icu4c/common/unicode/ures.h:272)
19749 external/icu4c/common/resbund.cpp: In member function 'const
icu_44::Locale& icu_44::ResourceBundle::getLocale() const':
19750 external/icu4c/common/resbund.cpp:376: warning: 'const char*
ures_getLocale_44(const UResourceBundle*, UErrorCode*)' is deprecated
(declared at external/icu4c/common/unicode/ures.h:300)
19751 external/icu4c/common/resbund.cpp:376: warning: 'const char*
ures_getLocale_44(const UResourceBundle*, UErrorCode*)' is deprecated
(declared at external/icu4c/common/unicode/ures.h:300)
19752 host C++: libicuuc <= external/icu4c/common/schriter.cpp
19753 host C++: libicuuc <= external/icu4c/common/serv.cpp
19754 host C++: libicuuc <= external/icu4c/common/servlk.cpp
19755 host C++: libicuuc <= external/icu4c/common/servlkf.cpp
19756 host C++: libicuuc <= external/icu4c/common/servls.cpp
19757 host C++: libicuuc <= external/icu4c/common/servrbf.cpp
19758 host C++: libicuuc <= external/icu4c/common/servnotf.cpp
19759 host C++: libicuuc <= external/icu4c/common/servslkf.cpp
19760 host C++: libicuuc <= external/icu4c/common/triedict.cpp
19761 host C++: libicuuc <= external/icu4c/common/ubrk.cpp
19762 host C++: libicuuc <= external/icu4c/common/uchriter.cpp
19763 host C++: libicuuc <= external/icu4c/common/uhash_us.cpp
19764 host C++: libicuuc <= external/icu4c/common/uidna.cpp
19765 host C++: libicuuc <= external/icu4c/common/uiter.cpp
19766 host C++: libicuuc <= external/icu4c/common/unifilt.cpp
19767 host C++: libicuuc <= external/icu4c/common/unifunct.cpp

```
19768 host C++: libicuuc <= external/icu4c/common/uniset.cpp
19769 host C++: libicuuc <= external/icu4c/common/uniset_props.cpp
19770 host C++: libicuuc <= external/icu4c/common/unistr_case.cpp
19771 host C++: libicuuc <= external/icu4c/common/unistr_cnv.cpp
19772 host C++: libicuuc <= external/icu4c/common/unistr_props.cpp
19773 host C++: libicuuc <= external/icu4c/common/unistr.cpp
19774 external/icu4c/common/unistr.cpp: In member function 'UBool
icu_44::UnicodeString::cloneArrayIfNeeded(int32_t, int32_t, UBool, int32_t**,
UBool)':
19775 external/icu4c/common/unistr.cpp:1541: warning: suggest parentheses
around '&&' within '||'
19776 external/icu4c/common/unistr.cpp:1571: warning: suggest parentheses
around '&&' within '||'
19777 host C++: libicuuc <= external/icu4c/common/unormcmp.cpp
19778 host C++: libicuuc <= external/icu4c/common/unorm.cpp
19779 libpng warning: Ignoring attempt to set cHRM RGB triangle with zero
area
19780 host C++: libicuuc <= external/icu4c/common/uobject.cpp
19781 host C++: libicuuc <= external/icu4c/common/uset.cpp
19782 host C++: libicuuc <= external/icu4c/common/usetiter.cpp
19783 host C++: libicuuc <= external/icu4c/common/uset_props.cpp
19784 host C++: libicuuc <= external/icu4c/common/ustack.cpp
19785 host C++: libicuuc <= external/icu4c/common/usprep.cpp
19786 host C++: libicuuc <= external/icu4c/common/ustrenum.cpp
19787 host C++: libicuuc <= external/icu4c/common/utext.cpp
19788 host C++: libicuuc <= external/icu4c/common/util.cpp
19789 host C++: libicuuc <= external/icu4c/common/util_props.cpp
19790 host C++: libicuuc <= external/icu4c/common/uvector.cpp
19791 host C++: libicuuc <= external/icu4c/common/uvectr32.cpp
19792 host C++: libicuuc <= external/icu4c/common/errorcode.cpp
19793 host C++: libicuuc <= external/icu4c/common/bytestream.cpp
19794 host C++: libicuuc <= external/icu4c/common/stringpiece.cpp
19795 host C++: libicuuc <= external/icu4c/common/mutex.cpp
19796 host C++: libicuuc <= external/icu4c/common/dtintrv.cpp
19797 host C++: libicuuc <= external/icu4c/common/ucnvsel.cpp
19798 host C++: libicuuc <= external/icu4c/common/uvectr64.cpp
19799 host C++: libicuuc <= external/icu4c/common/locavailable.cpp
19800 host C++: libicuuc <= external/icu4c/common/locdispnames.cpp
19801 host C++: libicuuc <= external/icu4c/common/loclikely.cpp
19802 host C++: libicuuc <= external/icu4c/common/locresdata.cpp
19803 host C++: libicuuc <= external/icu4c/common/normalizer2impl.cpp
19804 host C++: libicuuc <= external/icu4c/common/normalizer2.cpp
19805 host C++: libicuuc <= external/icu4c/common/filterednormalizer2.cpp
19806 external/icu4c/common/normalizer2impl.cpp: In static member function
'static int32_t icu_44::Normalizer2Impl::combine(const uint16_t*, UChar32)':
19807 external/icu4c/common/normalizer2impl.cpp:647: warning: suggest
parentheses around '+' in operand of '&'
19808 external/icu4c/common/normalizer2impl.cpp: In function 'int32_t
unorm2_swap_44(const UDataSwapper*, const void*, int32_t, void*,
UErrorCode*)':
19809 external/icu4c/common/normalizer2impl.cpp:1681: warning: comparison
between signed and unsigned integer expressions
19810 host C++: libicuuc <= external/icu4c/common/ucol_swp.cpp
19811 external/icu4c/common/ucol_swp.cpp: In function 'int32_t
utrie_swap_44(const UDataSwapper*, const void*, int32_t, void*,
UErrorCode*)':
```

19812 external/icu4c/common/ucol_swp.cpp:50: warning: comparison between
signed and unsigned integer expressions
19813 external/icu4c/common/ucol_swp.cpp: In function 'UBool
ucol_looksLikeCollationBinary_44(const UDataSwapper*, const void*, int32_t)':
19814 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::options'
19815 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::UCAConsts'
19816 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::contractionUCACombos'
19817 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::magic'
19818 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::mappingPosition'
19819 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::expansion'
19820 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::contractionIndex'
19821 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::contractionCEs'
19822 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::contractionSize'
19823 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::endExpansionCE'
19824 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::expansionCESize'
19825 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::endExpansionCECount'
19826 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::unsafeCP'
19827 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::contrEndCP'
19828 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::contractionUCACombosSize'
19829 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::jamoSpecial'
19830 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::isBigEndian'
19831 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::charSetFamily'
19832 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::contractionUCACombosWidth'
19833 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::version'
19834 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::UCAVersion'
19835 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::UCDVersion'
19836 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::formatVersion'
19837 external/icu4c/common/ucol_swp.cpp:111: warning: missing initializer
for member 'UCATableHeader::reserved'
19838 external/icu4c/common/ucol_swp.cpp: In function 'int32_t
ucol_swapBinary_44(const UDataSwapper*, const void*, int32_t, void*,
UErrorCode*)':
19839 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::options'

```
19840 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::UCAConsts'
19841 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::contractionUCACombos'
19842 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::magic'
19843 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::mappingPosition'
19844 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::expansion'
19845 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::contractionIndex'
19846 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::contractionCEs'
19847 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::contractionSize'
19848 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::endExpansionCE'
19849 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::expansionCESize'
19850 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::endExpansionCECount'
19851 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::unsafeCP'
19852 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::contrEndCP'
19853 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::contractionUCACombosSize'
19854 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::jamoSpecial'
19855 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::isBigEndian'
19856 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::charSetFamily'
19857 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::contractionUCACombosWidth'
19858 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::version'
19859 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::UCAVersion'
19860 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::UCDVersion'
19861 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::formatVersion'
19862 external/icu4c/common/ucol_swp.cpp:158: warning: missing initializer
for member 'UCATableHeader::reserved'
19863 external/icu4c/common/ucol_swp.cpp: In function 'int32_t
ucol_swapInverseUCA_44(const UDataSwapper*, const void*, int32_t, void*,
UErrorCode*)':
19864 external/icu4c/common/ucol_swp.cpp:366: warning: missing initializer
for member 'InverseUCATableHeader::tableSize'
19865 external/icu4c/common/ucol_swp.cpp:366: warning: missing initializer
for member 'InverseUCATableHeader::contsSize'
19866 external/icu4c/common/ucol_swp.cpp:366: warning: missing initializer
for member 'InverseUCATableHeader::table'
19867 external/icu4c/common/ucol_swp.cpp:366: warning: missing initializer
for member 'InverseUCATableHeader::conts'
```

19868 external/icu4c/common/ucol_swp.cpp:366: warning: missing initializer
for member 'InverseUCATableHeader::UCAVersion'
19869 external/icu4c/common/ucol_swp.cpp:366: warning: missing initializer
for member 'InverseUCATableHeader::padding'
19870 host C++: libicuuc <= external/icu4c/common/uprops.cpp
19871 host C++: libicuuc <= external/icu4c/common/utrie2.cpp
19872 host C: libicuuc <= external/icu4c/common/cmemory.c
19873 external/icu4c/common/utrie2.cpp: In function 'UTrie2*
utrie2_openFromSerialized_44(UTrie2ValueBits, const void*, int32_t, int32_t*,
UErrorCode*)':
19874 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::data16'
19875 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::data32'
19876 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::indexLength'
19877 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::dataLength'
19878 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::index2NullOffset'
19879 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::dataNullOffset'
19880 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::initialValue'
19881 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::errorValue'
19882 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::highStart'
19883 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::highValueIndex'
19884 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::memory'
19885 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::length'
19886 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::isMemoryOwned'
19887 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::padding1'
19888 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::padding2'
19889 external/icu4c/common/utrie2.cpp:131: warning: missing initializer for
member 'UTrie2::newTrie'
19890 external/icu4c/common/utrie2.cpp:146: warning: comparison between
signed and unsigned integer expressions
19891 external/icu4c/common/utrie2.cpp: In function 'int32_t
utrie2_swap_44(const UDataSwapper*, const void*, int32_t, void*,
UErrorCode*)':
19892 external/icu4c/common/utrie2.cpp:415: warning: comparison between
signed and unsigned integer expressions
19893 host C: libicuuc <= external/icu4c/common/cstring.c
19894 host C: libicuuc <= external/icu4c/common/cwchar.c
19895 host C: libicuuc <= external/icu4c/common/locmap.c
19896 host C: libicuuc <= external/icu4c/common/punycode.c
19897 host C: libicuuc <= external/icu4c/common/putil.c
19898 external/icu4c/common/putil.c: In function 'remapShortTimeZone':
19899 external/icu4c/common/putil.c:771: warning: comparison between signed
and unsigned integer expressions

19900 external/icu4c/common/putil.c: In function 'u_getDataDirectory_44':
19901 external/icu4c/common/putil.c:1169: warning: implicit declaration of function 'snprintf'
19902 external/icu4c/common/putil.c:1169: warning: incompatible implicit declaration of built-in function 'snprintf'
19903 host C: libicuuc <= external/icu4c/common/uarrsort.c
19904 host C: libicuuc <= external/icu4c/common/ubidi.c
19905 host C: libicuuc <= external/icu4c/common/ubidiln.c
19906 external/icu4c/common/ubidi.c: In function 'ubidi_setReorderingMode_44':
19907 external/icu4c/common/ubidi.c:297: warning: comparison of unsigned expression >= 0 is always true
19908 host C: libicuuc <= external/icu4c/common/ubidi_props.c
19909 host C: libicuuc <= external/icu4c/common/ubidiwrt.c
19910 host C: libicuuc <= external/icu4c/common/ucase.c
19911 host C: libicuuc <= external/icu4c/common/ucasemap.c
19912 host C: libicuuc <= external/icu4c/common/ucat.c
19913 external/icu4c/common/ucasemap.c: In function 'caseMap':
19914 external/icu4c/common/ucasemap.c:493: warning: missing initializer
19915 external/icu4c/common/ucasemap.c:493: warning: (near initialization for 'csc.start')
19916 host C: libicuuc <= external/icu4c/common/uchar.c
19917 host C: libicuuc <= external/icu4c/common/ucln_cmn.c
19918 host C: libicuuc <= external/icu4c/common/ucmndata.c
19919 host C: libicuuc <= external/icu4c/common/ucnv2022.c
19920 host C: libicuuc <= external/icu4c/common/ucnv_bld.c
19921 external/icu4c/common/ucnv2022.c: In function '_ISO2022Open':
19922 external/icu4c/common/ucnv2022.c:459: warning: missing initializer
19923 external/icu4c/common/ucnv2022.c:459: warning: (near initialization for 'stackArgs.nestedLoads')
19924 external/icu4c/common/ucnv2022.c: At top level:
19925 external/icu4c/common/ucnv2022.c:3751: warning: missing initializer
19926 external/icu4c/common/ucnv2022.c:3751: warning: (near initialization for '_ISO2022Impl.toUTF8')
19927 external/icu4c/common/ucnv2022.c:3777: warning: missing initializer
19928 external/icu4c/common/ucnv2022.c:3777: warning: (near initialization for '_ISO2022Data_44.mbcs')
19929 external/icu4c/common/ucnv2022.c:3801: warning: missing initializer
19930 external/icu4c/common/ucnv2022.c:3801: warning: (near initialization for '_ISO2022JPImpl.toUTF8')
19931 external/icu4c/common/ucnv2022.c:3827: warning: missing initializer
19932 external/icu4c/common/ucnv2022.c:3827: warning: (near initialization for '_ISO2022JPData.mbcs')
19933 external/icu4c/common/ucnv2022.c:3851: warning: missing initializer
19934 external/icu4c/common/ucnv2022.c:3851: warning: (near initialization for '_ISO2022KRImpl.toUTF8')
19935 external/icu4c/common/ucnv2022.c:3877: warning: missing initializer
19936 external/icu4c/common/ucnv2022.c:3877: warning: (near initialization for '_ISO2022KRData.mbcs')
19937 external/icu4c/common/ucnv2022.c:3902: warning: missing initializer
19938 external/icu4c/common/ucnv2022.c:3902: warning: (near initialization for '_ISO2022CNImpl.toUTF8')
19939 external/icu4c/common/ucnv2022.c:3928: warning: missing initializer
19940 external/icu4c/common/ucnv2022.c:3928: warning: (near initialization for '_ISO2022CNData.mbcs')
19941 external/icu4c/common/ucnv_bld.c: In function 'ucnv_unloadSharedDataIfReady_44':

19942 external/icu4c/common/ucnv_bld.c:596: warning: comparison between signed and unsigned integer expressions
19943 external/icu4c/common/ucnv_bld.c: In function 'ucnv_incrementRefCount_44':
19944 external/icu4c/common/ucnv_bld.c:611: warning: comparison between signed and unsigned integer expressions
19945 external/icu4c/common/ucnv_bld.c: In function 'ucnv_createConverter_44':
19946 external/icu4c/common/ucnv_bld.c:829: warning: missing initializer
19947 external/icu4c/common/ucnv_bld.c:829: warning: (near initialization for 'stackArgs.nestedLoads')
19948 external/icu4c/common/ucnv_bld.c: In function 'ucnv_canCreateConverter_44':
19949 external/icu4c/common/ucnv_bld.c:859: warning: missing initializer
19950 external/icu4c/common/ucnv_bld.c:859: warning: (near initialization for 'stackArgs.nestedLoads')
19951 external/icu4c/common/ucnv_bld.c: In function 'ucnv_createAlgorithmicConverter_44':
19952 external/icu4c/common/ucnv_bld.c:887: warning: missing initializer
19953 external/icu4c/common/ucnv_bld.c:887: warning: (near initialization for 'stackArgs.nestedLoads')
19954 external/icu4c/common/ucnv_bld.c:904: warning: comparison between signed and unsigned integer expressions
19955 external/icu4c/common/ucnv_bld.c: In function 'ucnv_createConverterFromPackage_44':
19956 external/icu4c/common/ucnv_bld.c:928: warning: missing initializer
19957 external/icu4c/common/ucnv_bld.c:928: warning: (near initialization for 'stackArgs.nestedLoads')
19958 external/icu4c/common/ucnv_bld.c: In function 'internalSetName':
19959 external/icu4c/common/ucnv_bld.c:1198: warning: missing initializer
19960 external/icu4c/common/ucnv_bld.c:1198: warning: (near initialization for 'stackArgs.nestedLoads')
19961 external/icu4c/common/ucnv_bld.c: In function 'ucnv_swap_44':
19962 external/icu4c/common/ucnv_bld.c:1394: warning: comparison between signed and unsigned integer expressions
19963 external/icu4c/common/ucnv_bld.c:1435: warning: comparison between signed and unsigned integer expressions
19964 host C: libicuuc <= external/icu4c/common/ucnvbocu.c
19965 external/icu4c/common/ucnvbocu.c:1372: warning: missing initializer
19966 external/icu4c/common/ucnvbocu.c:1372: warning: (near initialization for '_BocuImpl.toUTF8')
19967 external/icu4c/common/ucnvbocu.c:1391: warning: missing initializer
19968 external/icu4c/common/ucnvbocu.c:1391: warning: (near initialization for '_BocuData_44.mbcs')
19969 host C: libicuuc <= external/icu4c/common/ucnv.c
19970 external/icu4c/common/ucnv.c: In function 'ucnv_safeClone_44':
19971 external/icu4c/common/ucnv.c:291: warning: comparison between signed and unsigned integer expressions
19972 external/icu4c/common/ucnv.c: In function 'ucnv_close_44':
19973 external/icu4c/common/ucnv.c:381: warning: comparison between signed and unsigned integer expressions
19974 host C: libicuuc <= external/icu4c/common/ucnv_cb.c
19975 host C: libicuuc <= external/icu4c/common/ucnv_cnv.c
19976 host C: libicuuc <= external/icu4c/common/ucnvdisp.c
19977 host C: libicuuc <= external/icu4c/common/ucnv_ext.c
19978 host C: libicuuc <= external/icu4c/common/ucnv_err.c
19979 host C: libicuuc <= external/icu4c/common/ucnvhz.c

```
19980 external/icu4c/common/ucnvhz.c:608: warning: missing initializer
19981 external/icu4c/common/ucnvhz.c:608: warning: (near initialization for
'_HZImpl.toUTF8')
19982 external/icu4c/common/ucnvhz.c:638: warning: missing initializer
19983 external/icu4c/common/ucnvhz.c:638: warning: (near initialization for
'_HZData_44.mbcs')
19984 host C: libicuuc <= external/icu4c/common/ucnv_io.c
19985 host C: libicuuc <= external/icu4c/common/ucnvisci.c
19986 host C: libicuuc <= external/icu4c/common/ucnvlat1.c
19987 external/icu4c/common/ucnvisci.c: In function
'UConverter_toUnicode_ISCII_OFFSETS_LOGIC':
19988 external/icu4c/common/ucnvisci.c:1429: warning: comparison between
signed and unsigned integer expressions
19989 external/icu4c/common/ucnvisci.c: At top level:
19990 external/icu4c/common/ucnvisci.c:1596: warning: missing initializer
19991 external/icu4c/common/ucnvisci.c:1596: warning: (near initialization
for '_ISCIIImpl.toUTF8')
19992 external/icu4c/common/ucnvisci.c:1625: warning: missing initializer
19993 external/icu4c/common/ucnvisci.c:1625: warning: (near initialization
for '_ISCIIData_44.mbcs')
19994 external/icu4c/common/ucnvlat1.c:464: warning: missing initializer
19995 external/icu4c/common/ucnvlat1.c:464: warning: (near initialization for
'_Latin1Data_44.mbcs')
19996 external/icu4c/common/ucnvlat1.c:741: warning: missing initializer
19997 external/icu4c/common/ucnvlat1.c:741: warning: (near initialization for
'_ASCIIData_44.mbcs')
19998 host C: libicuuc <= external/icu4c/common/ucnv_lmb.c
19999 host C: libicuuc <= external/icu4c/common/ucnvmbcs.c
20000 external/icu4c/common/ucnv_lmb.c: In function '_LMBCSOpenWorker':
20001 external/icu4c/common/ucnv_lmb.c:640: warning: missing initializer
20002 external/icu4c/common/ucnv_lmb.c:640: warning: (near initialization for
'stackArgs.nestedLoads')
20003 external/icu4c/common/ucnv_lmb.c: In function '_LMBCSFromUnicode':
20004 external/icu4c/common/ucnv_lmb.c:955: warning: suggest parentheses
around '&&' within '||'
20005 external/icu4c/common/ucnv_lmb.c: At top level:
20006 external/icu4c/common/ucnv_lmb.c:1364: warning: missing initializer
20007 external/icu4c/common/ucnv_lmb.c:1364: warning: (near initialization
for '_LMBCSImpl1.toUTF8')
20008 external/icu4c/common/ucnv_lmb.c:1364: warning: missing initializer
20009 external/icu4c/common/ucnv_lmb.c:1364: warning: (near initialization
for '_LMBCSData1_44.mbcs')
20010 external/icu4c/common/ucnv_lmb.c:1365: warning: missing initializer
20011 external/icu4c/common/ucnv_lmb.c:1365: warning: (near initialization
for '_LMBCSImpl2.toUTF8')
20012 external/icu4c/common/ucnv_lmb.c:1365: warning: missing initializer
20013 external/icu4c/common/ucnv_lmb.c:1365: warning: (near initialization
for '_LMBCSData2_44.mbcs')
20014 external/icu4c/common/ucnv_lmb.c:1366: warning: missing initializer
20015 external/icu4c/common/ucnv_lmb.c:1366: warning: (near initialization
for '_LMBCSImpl3.toUTF8')
20016 external/icu4c/common/ucnv_lmb.c:1366: warning: missing initializer
20017 external/icu4c/common/ucnv_lmb.c:1366: warning: (near initialization
for '_LMBCSData3_44.mbcs')
20018 external/icu4c/common/ucnv_lmb.c:1367: warning: missing initializer
20019 external/icu4c/common/ucnv_lmb.c:1367: warning: (near initialization
for '_LMBCSImpl4.toUTF8')
```

```
20020 external/icu4c/common/ucnv_lmb.c:1367: warning: missing initializer
20021 external/icu4c/common/ucnv_lmb.c:1367: warning: (near initialization
for '_LMBCSData4_44.mbcs')
20022 external/icu4c/common/ucnv_lmb.c:1368: warning: missing initializer
20023 external/icu4c/common/ucnv_lmb.c:1368: warning: (near initialization
for '_LMBCSImpl5.toUTF8')
20024 external/icu4c/common/ucnv_lmb.c:1368: warning: missing initializer
20025 external/icu4c/common/ucnv_lmb.c:1368: warning: (near initialization
for '_LMBCSData5_44.mbcs')
20026 external/icu4c/common/ucnv_lmb.c:1369: warning: missing initializer
20027 external/icu4c/common/ucnv_lmb.c:1369: warning: (near initialization
for '_LMBCSImpl6.toUTF8')
20028 external/icu4c/common/ucnv_lmb.c:1369: warning: missing initializer
20029 external/icu4c/common/ucnv_lmb.c:1369: warning: (near initialization
for '_LMBCSData6_44.mbcs')
20030 external/icu4c/common/ucnv_lmb.c:1370: warning: missing initializer
20031 external/icu4c/common/ucnv_lmb.c:1370: warning: (near initialization
for '_LMBCSImpl8.toUTF8')
20032 external/icu4c/common/ucnv_lmb.c:1370: warning: missing initializer
20033 external/icu4c/common/ucnv_lmb.c:1370: warning: (near initialization
for '_LMBCSData8_44.mbcs')
20034 external/icu4c/common/ucnv_lmb.c:1371: warning: missing initializer
20035 external/icu4c/common/ucnv_lmb.c:1371: warning: (near initialization
for '_LMBCSImpl11.toUTF8')
20036 external/icu4c/common/ucnv_lmb.c:1371: warning: missing initializer
20037 external/icu4c/common/ucnv_lmb.c:1371: warning: (near initialization
for '_LMBCSData11_44.mbcs')
20038 external/icu4c/common/ucnv_lmb.c:1372: warning: missing initializer
20039 external/icu4c/common/ucnv_lmb.c:1372: warning: (near initialization
for '_LMBCSImpl16.toUTF8')
20040 external/icu4c/common/ucnv_lmb.c:1372: warning: missing initializer
20041 external/icu4c/common/ucnv_lmb.c:1372: warning: (near initialization
for '_LMBCSData16_44.mbcs')
20042 external/icu4c/common/ucnv_lmb.c:1373: warning: missing initializer
20043 external/icu4c/common/ucnv_lmb.c:1373: warning: (near initialization
for '_LMBCSImpl17.toUTF8')
20044 external/icu4c/common/ucnv_lmb.c:1373: warning: missing initializer
20045 external/icu4c/common/ucnv_lmb.c:1373: warning: (near initialization
for '_LMBCSData17_44.mbcs')
20046 external/icu4c/common/ucnv_lmb.c:1374: warning: missing initializer
20047 external/icu4c/common/ucnv_lmb.c:1374: warning: (near initialization
for '_LMBCSImpl18.toUTF8')
20048 external/icu4c/common/ucnv_lmb.c:1374: warning: missing initializer
20049 external/icu4c/common/ucnv_lmb.c:1374: warning: (near initialization
for '_LMBCSData18_44.mbcs')
20050 external/icu4c/common/ucnv_lmb.c:1375: warning: missing initializer
20051 external/icu4c/common/ucnv_lmb.c:1375: warning: (near initialization
for '_LMBCSImpl19.toUTF8')
20052 external/icu4c/common/ucnv_lmb.c:1375: warning: missing initializer
20053 external/icu4c/common/ucnv_lmb.c:1375: warning: (near initialization
for '_LMBCSData19_44.mbcs')
20054 host C: libicuuc <= external/icu4c/common/ucnvscsu.c
20055 external/icu4c/common/ucnvmbcs.c: In function '_extFromU':
20056 external/icu4c/common/ucnvmbcs.c:987: warning: comparison between
signed and unsigned integer expressions
20057 external/icu4c/common/ucnvmbcs.c: In function '_extToU':
```

20058 external/icu4c/common/ucnvmbcs.c:1054: warning: comparison between
signed and unsigned integer expressions
20059 external/icu4c/common/ucnvmbcs.c: In function 'reconstituteData':
20060 external/icu4c/common/ucnvmbcs.c:1375: warning: comparison between
signed and unsigned integer expressions
20061 external/icu4c/common/ucnvmbcs.c: In function 'ucnv_MBCSLoad':
20062 external/icu4c/common/ucnvmbcs.c:1444: warning: missing initializer
20063 external/icu4c/common/ucnvmbcs.c:1444: warning: (near initialization
for 'args.nestedLoads')
20064 external/icu4c/common/ucnvscsu.c:1992: warning: missing initializer
20065 external/icu4c/common/ucnvscsu.c:1992: warning: (near initialization
for '_SCSUImpl.toUTF8')
20066 external/icu4c/common/ucnvscsu.c:2015: warning: missing initializer
20067 external/icu4c/common/ucnvscsu.c:2015: warning: (near initialization
for '_SCSUData_44.mbcs')
20068 external/icu4c/common/ucnvmbcs.c: At top level:
20069 external/icu4c/common/ucnvmbcs.c:5644: warning: missing initializer
20070 external/icu4c/common/ucnvmbcs.c:5644: warning: (near initialization
for '_MBCSImpl.toUTF8')
20071 external/icu4c/common/ucnvmbcs.c:5655: warning: missing initializer
20072 external/icu4c/common/ucnvmbcs.c:5655: warning: (near initialization
for '_MBCSData_44.mbcs')
20073 host C: libicuuc <= external/icu4c/common/ucnv_set.c
20074 external/icu4c/common/ucnv_set.c: In function 'ucnv_getUnicodeSet_44':
20075 external/icu4c/common/ucnv_set.c:38: warning: comparison of unsigned
expression < 0 is always false
20076 host C: libicuuc <= external/icu4c/common/ucnv_u16.c
20077 external/icu4c/common/ucnv_u16.c:625: warning: missing initializer
20078 external/icu4c/common/ucnv_u16.c:625: warning: (near initialization for
'_UTF16BEImpl.toUTF8')
20079 external/icu4c/common/ucnv_u16.c:645: warning: missing initializer
20080 external/icu4c/common/ucnv_u16.c:645: warning: (near initialization for
'_UTF16BEData_44.mbcs')
20081 external/icu4c/common/ucnv_u16.c:1227: warning: missing initializer
20082 external/icu4c/common/ucnv_u16.c:1227: warning: (near initialization
for '_UTF16LEImpl.toUTF8')
20083 external/icu4c/common/ucnv_u16.c:1248: warning: missing initializer
20084 external/icu4c/common/ucnv_u16.c:1248: warning: (near initialization
for '_UTF16LEData_44.mbcs')
20085 external/icu4c/common/ucnv_u16.c:1488: warning: missing initializer
20086 external/icu4c/common/ucnv_u16.c:1488: warning: (near initialization
for '_UTF16Impl.toUTF8')
20087 external/icu4c/common/ucnv_u16.c:1513: warning: missing initializer
20088 external/icu4c/common/ucnv_u16.c:1513: warning: (near initialization
for '_UTF16Data_44.mbcs')
20089 host C: libicuuc <= external/icu4c/common/ucnv_u32.c
20090 host C: libicuuc <= external/icu4c/common/ucnv_u7.c
20091 external/icu4c/common/ucnv_u32.c:483: warning: missing initializer
20092 external/icu4c/common/ucnv_u32.c:483: warning: (near initialization for
'_UTF32BEImpl.toUTF8')
20093 external/icu4c/common/ucnv_u32.c:501: warning: missing initializer
20094 external/icu4c/common/ucnv_u32.c:501: warning: (near initialization for
'_UTF32BEData_44.mbcs')
20095 external/icu4c/common/ucnv_u32.c:978: warning: missing initializer
20096 external/icu4c/common/ucnv_u32.c:978: warning: (near initialization for
'_UTF32LEImpl.toUTF8')
20097 external/icu4c/common/ucnv_u32.c:997: warning: missing initializer

20098 external/icu4c/common/ucnv_u32.c:997: warning: (near initialization for
'_UTF32LEData_44.mbcs')
20099 external/icu4c/common/ucnv_u32.c:1223: warning: missing initializer
20100 external/icu4c/common/ucnv_u32.c:1223: warning: (near initialization
for '_UTF32Impl.toUTF8')
20101 external/icu4c/common/ucnv_u32.c:1246: warning: missing initializer
20102 external/icu4c/common/ucnv_u32.c:1246: warning: (near initialization
for '_UTF32Data_44.mbcs')
20103 external/icu4c/common/ucnv_u7.c:737: warning: missing initializer
20104 external/icu4c/common/ucnv_u7.c:737: warning: (near initialization for
'_UTF7Impl.toUTF8')
20105 external/icu4c/common/ucnv_u7.c:756: warning: missing initializer
20106 external/icu4c/common/ucnv_u7.c:756: warning: (near initialization for
'_UTF7Data_44.mbcs')
20107 external/icu4c/common/ucnv_u7.c:1437: warning: missing initializer
20108 external/icu4c/common/ucnv_u7.c:1437: warning: (near initialization for
'_IMAPImpl.toUTF8')
20109 external/icu4c/common/ucnv_u7.c:1456: warning: missing initializer
20110 external/icu4c/common/ucnv_u7.c:1456: warning: (near initialization for
'_IMAPData_44.mbcs')
20111 external/icu4c/common/ucnvmbcs.c: In function
'ucnv_MBCSFromUnicodeWithOffsets_44':
20112 external/icu4c/common/ucnvmbcs.c:3941: warning: 'si_value[1]' may be
used uninitialized in this function
20113 external/icu4c/common/ucnvmbcs.c:3941: warning: 'so_value[1]' may be
used uninitialized in this function
20114 host C: libicuuc <= external/icu4c/common/ucnv_u8.c
20115 host C: libicuuc <= external/icu4c/common/udata.c
20116 external/icu4c/common/ucnv_u8.c:1039: warning: missing initializer
20117 external/icu4c/common/ucnv_u8.c:1039: warning: (near initialization for
'_UTF8Data_44.mbcs')
20118 external/icu4c/common/ucnv_u8.c:1064: warning: missing initializer
20119 external/icu4c/common/ucnv_u8.c:1064: warning: (near initialization for
'_CESU8Impl.toUTF8')
20120 external/icu4c/common/ucnv_u8.c:1082: warning: missing initializer
20121 external/icu4c/common/ucnv_u8.c:1082: warning: (near initialization for
'_CESU8Data_44.mbcs')
20122 host C: libicuuc <= external/icu4c/common/udatamem.c
20123 host C: libicuuc <= external/icu4c/common/udataswp.c
20124 external/icu4c/common/udataswp.c: In function
'udata_swapDataHeader_44':
20125 external/icu4c/common/udataswp.c:252: warning: comparison between
signed and unsigned integer expressions
20126 external/icu4c/common/udataswp.c: In function
'udata_openSwapperForInputData_44':
20127 external/icu4c/common/udataswp.c:372: warning: comparison between
signed and unsigned integer expressions
20128 external/icu4c/common/udataswp.c:380: warning: comparison between
signed and unsigned integer expressions
20129 host C: libicuuc <= external/icu4c/common/uenum.c
20130 host C: libicuuc <= external/icu4c/common/uhash.c
20131 host C: libicuuc <= external/icu4c/common/uinit.c
20132 host C: libicuuc <= external/icu4c/common/uinvchar.c
20133 external/icu4c/common/uhash.c: In function '_uhash_rehash':
20134 external/icu4c/common/uhash.c:400: warning: comparison between signed
and unsigned integer expressions
20135 external/icu4c/common/uhash.c: In function 'uhash_openSize_44':

20136 external/icu4c/common/uhash.c:553: warning: comparison between signed
and unsigned integer expressions
20137 host C: libicuuc <= external/icu4c/common/uloc.c
20138 external/icu4c/common/uloc.c: In function '_canonicalize':
20139 external/icu4c/common/uloc.c:1591: warning: comparison between signed
and unsigned integer expressions
20140 host C: libicuuc <= external/icu4c/common/umapfile.c
20141 host C: libicuuc <= external/icu4c/common/umath.c
20142 host C: libicuuc <= external/icu4c/common/umutex.c
20143 host C: libicuuc <= external/icu4c/common/unames.c
20144 external/icu4c/common/unames.c: In function 'calcExtNameSetsLengths':
20145 external/icu4c/common/unames.c:1289: warning: comparison between signed
and unsigned integer expressions
20146 external/icu4c/common/unames.c: In function 'calcGroupNameSetsLengths':
20147 external/icu4c/common/unames.c:1379: warning: comparison between signed
and unsigned integer expressions
20148 external/icu4c/common/unames.c: In function 'calcNameSetsLengths':
20149 external/icu4c/common/unames.c:1436: warning: comparison between signed
and unsigned integer expressions
20150 host C: libicuuc <= external/icu4c/common/unorm_it.c
20151 external/icu4c/common/unorm_it.c: In function 'unorm_openIter_44':
20152 external/icu4c/common/unorm_it.c:559: warning: comparison between
signed and unsigned integer expressions
20153 host C: libicuuc <= external/icu4c/common/uresbund.c
20154 host C: libicuuc <= external/icu4c/common/ures_cnv.c
20155 external/icu4c/common/ures_cnv.c: In function 'ures_openU_44':
20156 external/icu4c/common/ures_cnv.c:44: warning: comparison between signed
and unsigned integer expressions
20157 external/icu4c/common/ures_cnv.c:62: warning: comparison between signed
and unsigned integer expressions
20158 host C: libicuuc <= external/icu4c/common/uresdata.c
20159 external/icu4c/common/uresbund.c: In function 'init_resb_result':
20160 external/icu4c/common/uresbund.c:871: warning: comparison between
signed and unsigned integer expressions
20161 external/icu4c/common/uresbund.c: In function 'ures_getVersion_44':
20162 external/icu4c/common/uresbund.c:2204: warning:
'ures_getVersionNumber_44' is deprecated (declared at
external/icu4c/common/uresbund.c:2158)
20163 external/icu4c/common/uresdata.c: In function 'ures_swap_44':
20164 external/icu4c/common/uresdata.c:1056: warning: comparison between
signed and unsigned integer expressions
20165 host C: libicuuc <= external/icu4c/common/usc_impl.c
20166 host C: libicuuc <= external/icu4c/common/uscript.c
20167 host C: libicuuc <= external/icu4c/common/ushape.c
20168 host C: libicuuc <= external/icu4c/common/ustrcase.c
20169 external/icu4c/common/ushape.c: In function 'u_shapeArabic_44':
20170 external/icu4c/common/ushape.c:1549: warning: comparison between signed
and unsigned integer expressions
20171 external/icu4c/common/ustrcase.c: In function 'ustr_toLower_44':
20172 external/icu4c/common/ustrcase.c:352: warning: missing initializer
20173 external/icu4c/common/ustrcase.c:352: warning: (near initialization for
'csm.iter')
20174 external/icu4c/common/ustrcase.c:353: warning: missing initializer
20175 external/icu4c/common/ustrcase.c:353: warning: (near initialization for
'csc.start')
20176 external/icu4c/common/ustrcase.c: In function 'ustr_toUpper_44':
20177 external/icu4c/common/ustrcase.c:372: warning: missing initializer

20178 external/icu4c/common/ustrcase.c:372: warning: (near initialization for
'csm.iter')
20179 external/icu4c/common/ustrcase.c:373: warning: missing initializer
20180 external/icu4c/common/ustrcase.c:373: warning: (near initialization for
'csc.start')
20181 external/icu4c/common/ustrcase.c: In function 'ustr_toTitle_44':
20182 external/icu4c/common/ustrcase.c:395: warning: missing initializer
20183 external/icu4c/common/ustrcase.c:395: warning: (near initialization for
'csm.iter')
20184 external/icu4c/common/ustrcase.c:396: warning: missing initializer
20185 external/icu4c/common/ustrcase.c:396: warning: (near initialization for
'csc.start')
20186 external/icu4c/common/ustrcase.c: In function 'caseMap':
20187 external/icu4c/common/ustrcase.c:490: warning: comparison between
signed and unsigned integer expressions
20188 external/icu4c/common/ustrcase.c:511: warning: missing initializer
20189 external/icu4c/common/ustrcase.c:511: warning: (near initialization for
'csc.start')
20190 external/icu4c/common/ustrcase.c: In function 'u_strToLower_44':
20191 external/icu4c/common/ustrcase.c:562: warning: missing initializer
20192 external/icu4c/common/ustrcase.c:562: warning: (near initialization for
'csm.iter')
20193 external/icu4c/common/ustrcase.c: In function 'u_strToUpper_44':
20194 external/icu4c/common/ustrcase.c:575: warning: missing initializer
20195 external/icu4c/common/ustrcase.c:575: warning: (near initialization for
'csm.iter')
20196 external/icu4c/common/ustrcase.c: In function 'u_strToTitle_44':
20197 external/icu4c/common/ustrcase.c:591: warning: missing initializer
20198 external/icu4c/common/ustrcase.c:591: warning: (near initialization for
'csm.iter')
20199 external/icu4c/common/ustrcase.c: In function 'u_strFoldCase_44':
20200 external/icu4c/common/ustrcase.c:624: warning: missing initializer
20201 external/icu4c/common/ustrcase.c:624: warning: (near initialization for
'csm.iter')
20202 host C: libicuuc <= external/icu4c/common/ustr_cnv.c
20203 host C: libicuuc <= external/icu4c/common/ustrfmt.c
20204 host C: libicuuc <= external/icu4c/common/ustring.c
20205 host C: libicuuc <= external/icu4c/common/ustrtrns.c
20206 host C: libicuuc <= external/icu4c/common/ustr_wcs.c
20207 host C: libicuuc <= external/icu4c/common/utf_impl.c
20208 host C: libicuuc <= external/icu4c/common/utrace.c
20209 external/icu4c/common/utrace.c: In function 'outputPtrBytes':
20210 external/icu4c/common/utrace.c:147: warning: comparison between signed
and unsigned integer expressions
20211 host C: libicuuc <= external/icu4c/common/utrie.c
20212 external/icu4c/common/utrie.c: In function 'utrie_unserialize_44':
20213 external/icu4c/common/utrie.c:865: warning: comparison between signed
and unsigned integer expressions
20214 host C: libicuuc <= external/icu4c/common/utypes.c
20215 host C: libicuuc <= external/icu4c/common/wintz.c
20216 host C: libicuuc <= external/icu4c/common/utrie2_builder.c
20217 host C: libicuuc <= external/icu4c/common/icuplug.c
20218 external/icu4c/common/utrie2_builder.c: In function 'utrie2_freeze_44':
20219 external/icu4c/common/utrie2_builder.c:1266: warning: comparison of
unsigned expression < 0 is always false
20220 host C: libicuuc <= external/icu4c/common/propsvec.c

20221 external/icu4c/common/propsvec.c: In function
'upvec_compactToUTrie2WithRowIndexes_44':
20222 external/icu4c/common/propsvec.c:478: warning: missing initializer
20223 external/icu4c/common/propsvec.c:478: warning: (near initialization for
'toUTrie2.initialValue')
20224 host C: libicuuc <= external/icu4c/common/ulist.c
20225 external/icu4c/common/ulist.c: In function 'ulist_containsString_44':
20226 external/icu4c/common/ulist.c:132: warning: comparison between signed
and unsigned integer expressions
20227 host C: libicuuc <= external/icu4c/common/uloc_tag.c
20228 host C: libicuuc <= external/icu4c/common/../stubdata/stubdata.c
20229 external/icu4c/common/uloc_tag.c: In function '_ldmlKeyToBCP47':
20230 external/icu4c/common/uloc_tag.c:572: warning: comparison between
signed and unsigned integer expressions
20231 external/icu4c/common/uloc_tag.c: In function '_bcp47ToLDMLKey':
20232 external/icu4c/common/uloc_tag.c:634: warning: comparison between
signed and unsigned integer expressions
20233 external/icu4c/common/uloc_tag.c: In function '_ldmlTypeToBCP47':
20234 external/icu4c/common/uloc_tag.c:712: warning: comparison between
signed and unsigned integer expressions
20235 external/icu4c/common/uloc_tag.c:731: warning: comparison between
signed and unsigned integer expressions
20236 external/icu4c/common/uloc_tag.c: In function '_bcp47ToLDMLType':
20237 external/icu4c/common/uloc_tag.c:830: warning: comparison between
signed and unsigned integer expressions
20238 external/icu4c/common/uloc_tag.c:848: warning: comparison between
signed and unsigned integer expressions
20239 host C++: libjavacore-host <=
libcore/dalvik/src/main/native/dalvik_system_TouchDex.cpp
20240 host C++: libjavacore-host <=
libcore/dalvik/src/main/native/org_apache_harmony_dalvik_NativeTestTarget.cpp
20241 host C++: libjavacore-host <=
libcore/luni/src/main/native/AsynchronousSocketCloseMonitor.cpp
20242 host C++: libjavacore-host <=
libcore/luni/src/main/native/ErrorCode.cpp
20243 host C++: libjavacore-host <= libcore/luni/src/main/native/ICU.cpp
20244 host C++: libjavacore-host <=
libcore/luni/src/main/native/JniConstants.cpp
20245 host C++: libjavacore-host <=
libcore/luni/src/main/native/JniException.cpp
20246 host C++: libjavacore-host <= libcore/luni/src/main/native/NativeBN.cpp
20247 host C++: libjavacore-host <=
libcore/luni/src/main/native/NativeBidi.cpp
20248 host C++: libjavacore-host <=
libcore/luni/src/main/native/NativeBreakIterator.cpp
20249 host C++: libjavacore-host <=
libcore/luni/src/main/native/NativeCollation.cpp
20250 host C++: libjavacore-host <=
libcore/luni/src/main/native/NativeConverter.cpp
20251 host C++: libjavacore-host <=
libcore/luni/src/main/native/NativeCrypto.cpp
20252 host C++: libjavacore-host <=
libcore/luni/src/main/native/NativeDecimalFormat.cpp
20253 host C++: libjavacore-host <=
libcore/luni/src/main/native/NativeIDN.cpp
20254 host C++: libjavacore-host <=
libcore/luni/src/main/native/NativeNormalizer.cpp

20255 host C++: libjavacore-host <=
libcore/luni/src/main/native/NativePluralRules.cpp
20256 host C++: libjavacore-host <=
libcore/luni/src/main/native/NetworkUtilities.cpp
20257 host C++: libjavacore-host <= libcore/luni/src/main/native/Register.cpp
20258 host C++: libjavacore-host <=
libcore/luni/src/main/native/TimeZones.cpp
20259 host C++: libjavacore-host <= libcore/luni/src/main/native/cbigint.cpp
20260 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_io_Console.cpp
20261 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_io_File.cpp
20262 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_io_FileDescriptor.cpp
20263 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_io_ObjectInputStream.cpp
20264 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_io_ObjectOutputStream.cpp
20265 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_io_ObjectStreamClass.cpp
20266 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_lang_Character.cpp
20267 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_lang_Double.cpp
20268 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_lang_Float.cpp
20269 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_lang_Math.cpp
20270 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_lang_ProcessManager.cpp
20271 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_lang_RealToString.cpp
20272 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_lang_StrictMath.cpp
20273 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_lang_System.cpp
20274 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_net_InetAddress.cpp
20275 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_net_NetworkInterface.cpp
20276 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_nio_ByteOrder.cpp
20277 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_nio_charset_Charsets.cpp
20278 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_util_regex_Matcher.cpp
20279 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_util_regex_Pattern.cpp
20280 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_util_zip_Adler32.cpp
20281 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_util_zip_CRC32.cpp
20282 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_util_zip_Deflater.cpp
20283 host C++: libjavacore-host <=
libcore/luni/src/main/native/java_util_zip_Inflater.cpp

20284 host C++: libjavacore-host <=
libcore/luni/src/main/native/libcore_io_IoUtils.cpp
20285 host C++: libjavacore-host <=
libcore/luni/src/main/native/org_apache_harmony_luni_platform_OSFileSystem.cp
p
20286 host C++: libjavacore-host <=
libcore/luni/src/main/native/org_apache_harmony_luni_platform_OSMemory.cpp
20287 host C++: libjavacore-host <=
libcore/luni/src/main/native/org_apache_harmony_luni_platform_OSNetworkSystem
.cpp
20288 host C++: libjavacore-host <=
libcore/luni/src/main/native/org_apache_harmony_luni_util_FloatingPointParser
.cpp
20289 host C++: libjavacore-host <=
libcore/luni/src/main/native/org_apache_harmony_xml_ExpatParser.cpp
20290 host C++: libjavacore-host <= libcore/luni/src/main/native/valueOf.cpp
20291 Install: out/host/linux-x86/lib/libssl.so
20292 Install: out/host/linux-x86/bin/ddms
20293 Copy: dexdeps (out/host/linux-
x86/obj/EXECUTABLES/dexdeps_intermediates/dexdeps)
20294 Install: out/host/linux-x86/bin/dumpeventlog
20295 Install: out/host/linux-x86/bin/draw9patch
20296 Install: out/host/linux-x86/bin/eventanalyzer
20297 Install: out/host/linux-x86/bin/hierarchyviewer
20298 host Executable: emulator (out/host/linux-
x86/obj/EXECUTABLES/emulator_intermediates/emulator)
20299 Install: out/host/linux-x86/framework/jasmin.jar
20300 Install: out/host/linux-x86/bin/layoutopt
20301 Install: out/host/linux-x86/bin/makedict
20302 Generating libraries.cc
20303 python out/host/linux-
x86/obj/EXECUTABLES/mksnapshot_intermediates/js2c.py out/host/linux-
x86/obj/EXECUTABLES/mksnapshot_intermediates/libraries.cc out/host/linux-
x86/obj/EXECUTABLES/mksnapshot_intermediates/libraries-empty.cc CORE
external/v8/src/runtime.js external/v8/src/v8natives.js
external/v8/src/array.js external/v8/src/string.js external/v8/src/uri.js
external/v8/src/math.js external/v8/src/messages.js
external/v8/src/apinatives.js external/v8/src/date.js
external/v8/src/regexp.js external/v8/src/json.js external/v8/src/mirror-
debugger.js external/v8/src/debug-debugger.js external/v8/src/macros.py
20304 Install: out/host/linux-x86/bin/mkuserimg.sh
20305 Install: out/host/linux-x86/bin/monkeyrunner
20306 Install: out/host/linux-x86/bin/screenshot2
20307 Install: out/host/linux-x86/bin/traceview
20308 Install: out/host/linux-x86/framework/ant.jar
20309 Install: out/host/linux-x86/framework/commons-compress-1.0.jar
20310 Install: out/host/linux-x86/framework/asm-3.1.jar
20311 Install: out/host/linux-x86/framework/swt.jar
20312 Install: out/host/linux-
x86/framework/org.eclipse.jface_3.4.2.M20090107-0800.jar
20313 Install: out/host/linux-
x86/framework/org.eclipse.equinox.common_3.4.0.v20080421-2006.jar
20314 Install: out/host/linux-
x86/framework/org.eclipse.core.commands_3.4.0.I20080509-2000.jar
20315 Install: out/host/linux-x86/framework/jcommon-1.0.12.jar
20316 Install: out/host/linux-x86/framework/jfreechart-1.0.9.jar
20317 Install: out/host/linux-x86/framework/jfreechart-1.0.9-swt.jar

```
20318 Install: out/host/linux-x86/framework/swing-worker-1.1.jar
20319 Install: out/host/linux-x86/framework/dumpeventlog.jar
20320 true
20321 Install: out/host/linux-x86/framework/eventanalyzer.jar
20322 Install: out/host/linux-x86/framework/groovy-all-1.7.0.jar
20323 Install: out/host/linux-x86/framework/org-openide-util.jar
20324 Install: out/host/linux-x86/framework/org-netbeans-api-visual.jar
20325 Install: out/host/linux-x86/framework/ddmlib-prebuilt.jar
20326 Install: out/host/linux-x86/framework/jarjar.jar
20327 Install: out/host/linux-x86/framework/jython.jar
20328 Install: out/host/linux-x86/framework/kxml2-2.3.0.jar
20329 Install: out/host/linux-x86/framework/layoutlib_create.jar
20330 host Java: uix
(out/host/common/obj/JAVA_LIBRARIES/uix_intermediates/classes)
20331 Install: out/host/linux-x86/framework/mkstubs.jar
20332 Install: out/host/linux-x86/framework/screenshot2.jar
20333 Install: out/host/linux-x86/framework/osgi.jar
20334 target Strip: libdl (out/target/product/crespo/obj/lib/libdl.so)
20335 target Strip: libjni_latinime
(out/target/product/crespo/obj/lib/libjni_latinime.so)
20336 Aidl: Music <=
packages/apps/Music/src/com/android/music/IMediaPlaybackService.aidl
20337 Install: out/target/product/crespo/system/bin/gdbserver
20338 Install: out/target/product/crespo/system/etc/dhcpcd/dhcpcd-hooks/20-
dns.conf
20339 Install: out/target/product/crespo/system/etc/dhcpcd/dhcpcd-run-hooks
20340 Install: out/target/product/crespo/system/etc/dhcpcd/dhcpcd-hooks/95-
configured
20341 Install: out/target/product/crespo/system/etc/dhcpcd/dhcpcd.conf
20342 Install:
out/target/product/crespo/system/etc/permissions/com.android.location.provide
r.xml
20343 Install: out/target/product/crespo/system/etc/permissions/platform.xml
20344 Install: out/target/product/crespo/system/etc/wifi/wpa_supplicant.conf
20345 Install: out/target/product/crespo/system/lib/libjni_latinime.so
20346 target Strip: libstlport
(out/target/product/crespo/obj/lib/libstlport.so)
20347 Generating libraries.cc
20348 python
out/target/product/crespo/obj/STATIC_LIBRARIES/libv8_intermediates/js2c.py
out/target/product/crespo/obj/STATIC_LIBRARIES/libv8_intermediates/libraries.
cc
out/target/product/crespo/obj/STATIC_LIBRARIES/libv8_intermediates/libraries-
empty.cc CORE external/v8/src/runtime.js external/v8/src/v8natives.js
external/v8/src/array.js external/v8/src/string.js external/v8/src/uri.js
external/v8/src/math.js external/v8/src/messages.js
external/v8/src/apinatives.js external/v8/src/date.js
external/v8/src/regexp.js external/v8/src/json.js external/v8/src/mirror-
debugger.js external/v8/src/debug-debugger.js external/v8/src/macros.py
20349 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/pcre/pcre_compile.cpp
20350 target SharedLib: libthread_db
(out/target/product/crespo/obj/SHARED_LIBRARIES/libthread_db_intermediates/LI
NKED/libthread_db.so)
20351 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/pcre/pcre_exec.cpp
```

20352
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:19: warning: com.sun.org.apache.xerces.internal.parsers.DOMParser is
internal proprietary API and may be removed in a future release
20353 import com.sun.org.apache.xerces.internal.parsers.DOMParser;
20354                                                              ^
20355
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:20: warning: com.sun.org.apache.xerces.internal.xni.XMLLocator is
internal proprietary API and may be removed in a future release
20356 import com.sun.org.apache.xerces.internal.xni.XMLLocator;
20357                                                         ^
20358
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:21: warning: com.sun.org.apache.xerces.internal.xni.NamespaceContext is
internal proprietary API and may be removed in a future release
20359 import com.sun.org.apache.xerces.internal.xni.NamespaceContext;
20360                                                              ^
20361
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:22: warning: com.sun.org.apache.xerces.internal.xni.Augmentations is
internal proprietary API and may be removed in a future release
20362 import com.sun.org.apache.xerces.internal.xni.Augmentations;
20363                                                            ^
20364
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:23: warning: com.sun.org.apache.xerces.internal.xni.XNIException is
internal proprietary API and may be removed in a future release
20365 import com.sun.org.apache.xerces.internal.xni.XNIException;
20366                                                           ^
20367
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:24: warning: com.sun.org.apache.xerces.internal.xni.QName is internal
proprietary API and may be removed in a future release
20368 import com.sun.org.apache.xerces.internal.xni.QName;
20369                                                    ^
20370
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:25: warning: com.sun.org.apache.xerces.internal.xni.XMLAttributes is
internal proprietary API and may be removed in a future release
20371 import com.sun.org.apache.xerces.internal.xni.XMLAttributes;
20372                                                           ^
20373
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:127: warning: com.sun.org.apache.xerces.internal.parsers.DOMParser is
internal proprietary API and may be removed in a future release
20374        private static class LineNumberDOMParser extends DOMParser {
20375                                                                  ^
20376
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:133: warning: com.sun.org.apache.xerces.internal.xni.XMLLocator is
internal proprietary API and may be removed in a future release
20377        private XMLLocator mLocator;
20378                 ^
20379
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j

```
ava:147: warning: com.sun.org.apache.xerces.internal.xni.XMLLocator is
internal proprietary API and may be removed in a future release
20380          public void startDocument(XMLLocator xmlLocator, String s,
20381                                     ^
20382
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:148: warning: com.sun.org.apache.xerces.internal.xni.NamespaceContext is
internal proprietary API and may be removed in a future release
20383              NamespaceContext namespaceContext, Augmentations
augmentations)
20384              ^
20385
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:148: warning: com.sun.org.apache.xerces.internal.xni.Augmentations is
internal proprietary API and may be removed in a future release
20386              NamespaceContext namespaceContext, Augmentations
augmentations)
20387                                                 ^
20388
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:149: warning: com.sun.org.apache.xerces.internal.xni.XNIException is
internal proprietary API and may be removed in a future release
20389              throws XNIException {
20390                     ^
20391
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:174: warning: com.sun.org.apache.xerces.internal.xni.QName is internal
proprietary API and may be removed in a future release
20392      public void startElement(QName qName, XMLAttributes
xmlAttributes,
20393                               ^
20394
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:174: warning: com.sun.org.apache.xerces.internal.xni.XMLAttributes is
internal proprietary API and may be removed in a future release
20395      public void startElement(QName qName, XMLAttributes
xmlAttributes,
20396                                                ^
20397
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:175: warning: com.sun.org.apache.xerces.internal.xni.Augmentations is
internal proprietary API and may be removed in a future release
20398              Augmentations augmentations) throws XNIException {
20399              ^
20400
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:175: warning: com.sun.org.apache.xerces.internal.xni.XNIException is
internal proprietary API and may be removed in a future release
20401              Augmentations augmentations) throws XNIException {
20402                                                   ^
20403
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:181: warning: com.sun.org.apache.xerces.internal.xni.QName is internal
proprietary API and may be removed in a future release
20404      public void endElement(QName qName, Augmentations
augmentations) throws XNIException {
20405                             ^
```

```
20406
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:181: warning: com.sun.org.apache.xerces.internal.xni.Augmentations is
internal proprietary API and may be removed in a future release
20407          public void endElement(QName qName, Augmentations
augmentations) throws XNIException {
20408                                                      ^
20409
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:181: warning: com.sun.org.apache.xerces.internal.xni.XNIException is
internal proprietary API and may be removed in a future release
20410          public void endElement(QName qName, Augmentations
augmentations) throws XNIException {
20411
^
20412
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:107: warning: com.sun.org.apache.xerces.internal.parsers.DOMParser is
internal proprietary API and may be removed in a future release
20413          DOMParser parser = new LineNumberDOMParser();
20414                ^
20415
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/xml/XmlDocumentBuilder.j
ava:117: warning: com.sun.org.apache.xerces.internal.parsers.DOMParser is
internal proprietary API and may be removed in a future release
20416          DOMParser parser = new LineNumberDOMParser();
20417                ^
20418 Note:
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/LayoutAnalyzer.java uses
or overrides a deprecated API.
20419 Note: Recompile with -Xlint:deprecation for details.
20420 Note:
sdk/layoutopt/libs/uix/src/com/android/layoutopt/uix/rules/GroovyRule.java
uses unchecked or unsafe operations.
20421 Note: Recompile with -Xlint:unchecked for details.
20422 22 warnings
20423 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/pcre/pcre_tables.cpp
20424 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/pcre/pcre_ucp_searchfuncs.cpp
20425 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/pcre/pcre_xclass.cpp
20426 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/wtf/Assertions.cpp
20427 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/wtf/ByteArray.cpp
20428 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/wtf/CurrentTime.cpp
20429 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/wtf/DateMath.cpp
20430 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/wtf/FastMalloc.cpp
20431 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/wtf/HashTable.cpp
20432 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/wtf/MainThread.cpp
```

```
20433 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/wtf/RandomNumber.cpp
20434 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/wtf/RefCountedLeakCounter.cpp
20435 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/wtf/TCSystemAlloc.cpp
20436 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/wtf/ThreadIdentifierDataPthreads.cpp
20437 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/wtf/Threading.cpp
20438 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/wtf/ThreadingPthreads.cpp
20439 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/wtf/android/MainThreadAndroid.cpp
20440 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/wtf/TypeTraits.cpp
20441 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/wtf/dtoa.cpp
20442 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/wtf/unicode/CollatorDefault.cpp
20443 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/wtf/unicode/UTF8.cpp
20444 target thumb C++: libwebcore <=
external/webkit/JavaScriptCore/wtf/unicode/icu/CollatorICU.cpp
20445 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/generic/BindingSecurityBase.cpp
20446 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSBorderImageValue.cpp
20447 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSCanvasValue.cpp
20448 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSCharsetRule.cpp
20449 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSComputedStyleDeclaration.cpp
20450 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSCursorImageValue.cpp
20451 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSFontFace.cpp
20452 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSFontFaceRule.cpp
20453 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSFontFaceSource.cpp
20454 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSFontFaceSrcValue.cpp
20455 external/webkit/WebCore/css/CSSComputedStyleDeclaration.cpp: In member
function 'WTF::PassRefPtr<WebCore::CSSValue>
WebCore::CSSComputedStyleDeclaration::getPropertyCSSValue(int,
WebCore::EUpdateLayout) const':
20456 external/webkit/WebCore/css/CSSComputedStyleDeclaration.cpp:684:
warning: enumeration value 'CSSPropertyBackgroundRepeatX' not handled in
switch
20457 external/webkit/WebCore/css/CSSComputedStyleDeclaration.cpp:684:
warning: enumeration value 'CSSPropertyBackgroundRepeatY' not handled in
switch
20458 external/webkit/WebCore/css/CSSComputedStyleDeclaration.cpp:684:
warning: enumeration value 'CSSPropertyWebkitMaskRepeatX' not handled in
switch
```

20459 external/webkit/WebCore/css/CSSComputedStyleDeclaration.cpp:684:
warning: enumeration value 'CSSPropertyWebkitMaskRepeatY' not handled in
switch
20460 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSFontSelector.cpp
20461 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSFunctionValue.cpp
20462 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSGradientValue.cpp
20463 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSHelper.cpp
20464 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSImageGeneratorValue.cpp
20465 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSImageValue.cpp
20466 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSImportRule.cpp
20467 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSInheritedValue.cpp
20468 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSInitialValue.cpp
20469 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSMediaRule.cpp
20470 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSMutableStyleDeclaration.cpp
20471 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSPageRule.cpp
20472 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSParser.cpp
20473 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSParserValues.cpp
20474 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSPrimitiveValue.cpp
20475 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSProperty.cpp
20476 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSPropertyLonghand.cpp
20477 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSReflectValue.cpp
20478 target thumb C++: libwebcore <= external/webkit/WebCore/css/CSSRule.cpp
20479 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSRuleList.cpp
20480 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSSegmentedFontFace.cpp
20481 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSSelector.cpp
20482 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSSelectorList.cpp
20483 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSStyleDeclaration.cpp
20484 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSStyleRule.cpp
20485 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSStyleSelector.cpp
20486 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSStyleSheet.cpp

```
20487 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSTimingFunctionValue.cpp
20488 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSUnicodeRangeValue.cpp
20489 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSValueList.cpp
20490 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSVariableDependentValue.cpp
20491 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSVariablesDeclaration.cpp
20492 target thumb C++: libwebcore <=
external/webkit/WebCore/css/CSSVariablesRule.cpp
20493 target thumb C++: libwebcore <=
external/webkit/WebCore/css/FontFamilyValue.cpp
20494 target thumb C++: libwebcore <=
external/webkit/WebCore/css/FontValue.cpp
20495 target thumb C++: libwebcore <= external/webkit/WebCore/css/Media.cpp
20496 target thumb C++: libwebcore <=
external/webkit/WebCore/css/MediaFeatureNames.cpp
20497 target thumb C++: libwebcore <=
external/webkit/WebCore/css/MediaList.cpp
20498 target thumb C++: libwebcore <=
external/webkit/WebCore/css/MediaQuery.cpp
20499 target thumb C++: libwebcore <=
external/webkit/WebCore/css/MediaQueryEvaluator.cpp
20500 target thumb C++: libwebcore <=
external/webkit/WebCore/css/MediaQueryExp.cpp
20501 target thumb C++: libwebcore <=
external/webkit/WebCore/css/RGBColor.cpp
20502 target thumb C++: libwebcore <=
external/webkit/WebCore/css/ShadowValue.cpp
20503 target thumb C++: libwebcore <=
external/webkit/WebCore/css/StyleBase.cpp
20504 target thumb C++: libwebcore <=
external/webkit/WebCore/css/StyleList.cpp
20505 target thumb C++: libwebcore <=
external/webkit/WebCore/css/StyleSheet.cpp
20506 target thumb C++: libwebcore <=
external/webkit/WebCore/css/StyleSheetList.cpp
20507 target thumb C++: libwebcore <=
external/webkit/WebCore/css/WebKitCSSKeyframeRule.cpp
20508 target thumb C++: libwebcore <=
external/webkit/WebCore/css/WebKitCSSKeyframesRule.cpp
20509 target thumb C++: libwebcore <=
external/webkit/WebCore/css/WebKitCSSMatrix.cpp
20510 target thumb C++: libwebcore <=
external/webkit/WebCore/css/WebKitCSSTransformValue.cpp
20511 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/ActiveDOMObject.cpp
20512 target thumb C++: libwebcore <= external/webkit/WebCore/dom/Attr.cpp
20513 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/Attribute.cpp
20514 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/BeforeTextInsertedEvent.cpp
20515 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/BeforeUnloadEvent.cpp
```

```
20516 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/CDATASection.cpp
20517 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/CSSMappedAttributeDeclaration.cpp
20518 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/CharacterData.cpp
20519 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/CheckedRadioButtons.cpp
20520 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/ChildNodeList.cpp
20521 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/ClassNodeList.cpp
20522 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/ClientRect.cpp
20523 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/ClientRectList.cpp
20524 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/Clipboard.cpp
20525 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/ClipboardEvent.cpp
20526 target thumb C++: libwebcore <= external/webkit/WebCore/dom/Comment.cpp
20527 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/CompositionEvent.cpp
20528 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/ContainerNode.cpp
20529 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/DOMImplementation.cpp
20530 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/Document.cpp
20531 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/DocumentFragment.cpp
20532 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/DocumentType.cpp
20533 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/DynamicNodeList.cpp
20534 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/EditingText.cpp
20535 target thumb C++: libwebcore <= external/webkit/WebCore/dom/Element.cpp
20536 target thumb C++: libwebcore <= external/webkit/WebCore/dom/Entity.cpp
20537 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/EntityReference.cpp
20538 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/ErrorEvent.cpp
20539 target thumb C++: libwebcore <= external/webkit/WebCore/dom/Event.cpp
20540 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/EventNames.cpp
20541 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/EventTarget.cpp
20542 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/ExceptionBase.cpp
20543 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/ExceptionCode.cpp
20544 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/InputElement.cpp
20545 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/KeyboardEvent.cpp
```

```
20546 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/MappedAttribute.cpp
20547 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/MessageChannel.cpp
20548 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/MessageEvent.cpp
20549 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/MessagePort.cpp
20550 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/MessagePortChannel.cpp
20551 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/MouseEvent.cpp
20552 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/MouseRelatedEvent.cpp
20553 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/MutationEvent.cpp
20554 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/NameNodeList.cpp
20555 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/NamedAttrMap.cpp
20556 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/NamedMappedAttrMap.cpp
20557 target thumb C++: libwebcore <= external/webkit/WebCore/dom/Node.cpp
20558 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/NodeFilter.cpp
20559 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/NodeFilterCondition.cpp
20560 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/NodeIterator.cpp
20561 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/Notation.cpp
20562 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/OptionElement.cpp
20563 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/OptionGroupElement.cpp
20564 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/OverflowEvent.cpp
20565 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/PageTransitionEvent.cpp
20566 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/PopStateEvent.cpp
20567 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/Position.cpp
20568 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/PositionIterator.cpp
20569 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/ProcessingInstruction.cpp
20570 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/ProgressEvent.cpp
20571 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/QualifiedName.cpp
20572 target thumb C++: libwebcore <= external/webkit/WebCore/dom/Range.cpp
20573 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/RegisteredEventListener.cpp
20574 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/ScriptElement.cpp
```

```
20575 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/ScriptExecutionContext.cpp
20576 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/SelectElement.cpp
20577 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/SelectorNodeList.cpp
20578 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/SpaceSplitString.cpp
20579 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/StaticNodeList.cpp
20580 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/StyleElement.cpp
20581 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/StyledElement.cpp
20582 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/TagNodeList.cpp
20583 target thumb C++: libwebcore <= external/webkit/WebCore/dom/Text.cpp
20584 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/TextEvent.cpp
20585 target thumb C++: libwebcore <= external/webkit/WebCore/dom/Touch.cpp
20586 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/TouchEvent.cpp
20587 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/TouchList.cpp
20588 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/Traversal.cpp
20589 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/TreeWalker.cpp
20590 target thumb C++: libwebcore <= external/webkit/WebCore/dom/UIEvent.cpp
20591 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/UIEventWithKeyState.cpp
20592 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/WebKitAnimationEvent.cpp
20593 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/WebKitTransitionEvent.cpp
20594 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/WheelEvent.cpp
20595 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/XMLTokenizer.cpp
20596 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/XMLTokenizerLibxml2.cpp
20597 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/XMLTokenizerScope.cpp
20598 target thumb C++: libwebcore <=
external/webkit/WebCore/dom/default/PlatformMessagePortChannel.cpp
20599 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/AppendNodeCommand.cpp
20600 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/ApplyStyleCommand.cpp
20601 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/BreakBlockquoteCommand.cpp
20602 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/CompositeEditCommand.cpp
20603 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/CreateLinkCommand.cpp
20604 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/DeleteButton.cpp
```

```
20605 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/DeleteButtonController.cpp
20606 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/DeleteFromTextNodeCommand.cpp
20607 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/DeleteSelectionCommand.cpp
20608 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/EditCommand.cpp
20609 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/Editor.cpp
20610 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/EditorCommand.cpp
20611 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/FormatBlockCommand.cpp
20612 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/HTMLInterchange.cpp
20613 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/IndentOutdentCommand.cpp
20614 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/InsertIntoTextNodeCommand.cpp
20615 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/InsertLineBreakCommand.cpp
20616 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/InsertListCommand.cpp
20617 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/InsertNodeBeforeCommand.cpp
20618 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/InsertParagraphSeparatorCommand.cpp
20619 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/InsertTextCommand.cpp
20620 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/JoinTextNodesCommand.cpp
20621 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/MergeIdenticalElementsCommand.cpp
20622 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/ModifySelectionListLevel.cpp
20623 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/MoveSelectionCommand.cpp
20624 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/RemoveCSSPropertyCommand.cpp
20625 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/RemoveFormatCommand.cpp
20626 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/RemoveNodeCommand.cpp
20627 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/RemoveNodePreservingChildrenCommand.cpp
20628 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/ReplaceNodeWithSpanCommand.cpp
20629 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/ReplaceSelectionCommand.cpp
20630 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/SelectionController.cpp
20631 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/SetNodeAttributeCommand.cpp
20632 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/SplitElementCommand.cpp
```

```
20633 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/SplitTextNodeCommand.cpp
20634 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/SplitTextNodeContainingElementCommand.cpp
20635 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/TextIterator.cpp
20636 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/TypingCommand.cpp
20637 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/UnlinkCommand.cpp
20638 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/VisiblePosition.cpp
20639 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/VisibleSelection.cpp
20640 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/WrapContentsInDummySpanCommand.cpp
20641 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/android/EditorAndroid.cpp
20642 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/htmlediting.cpp
20643 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/markup.cpp
20644 target thumb C++: libwebcore <=
external/webkit/WebCore/editing/visible_units.cpp
20645 target thumb C++: libwebcore <=
external/webkit/WebCore/history/BackForwardList.cpp
20646 target thumb C++: libwebcore <=
external/webkit/WebCore/history/CachedFrame.cpp
20647 target thumb C++: libwebcore <=
external/webkit/WebCore/history/CachedPage.cpp
20648 target thumb C++: libwebcore <=
external/webkit/WebCore/history/HistoryItem.cpp
20649 target thumb C++: libwebcore <=
external/webkit/WebCore/history/PageCache.cpp
20650 target thumb C++: libwebcore <=
external/webkit/WebCore/history/android/HistoryItemAndroid.cpp
20651 target thumb C++: libwebcore <= external/webkit/WebCore/html/Blob.cpp
20652 target thumb C++: libwebcore <=
external/webkit/WebCore/html/CollectionCache.cpp
20653 target thumb C++: libwebcore <=
external/webkit/WebCore/html/DateComponents.cpp
20654 external/webkit/WebCore/html/DateComponents.cpp: In function 'bool
WebCore::beforeGregorianStartDate(int, int, int)':
20655 external/webkit/WebCore/html/DateComponents.cpp:148: warning: suggest
parentheses around '&&' within '||'
20656 external/webkit/WebCore/html/DateComponents.cpp:149: warning: suggest
parentheses around '&&' within '||'
20657 target thumb C++: libwebcore <= external/webkit/WebCore/html/File.cpp
20658 target thumb C++: libwebcore <=
external/webkit/WebCore/html/FileList.cpp
20659 target thumb C++: libwebcore <=
external/webkit/WebCore/html/FormDataList.cpp
20660 target thumb C++: libwebcore <=
external/webkit/WebCore/html/HTMLAllCollection.cpp
20661 target thumb C++: libwebcore <=
external/webkit/WebCore/html/HTMLCollection.cpp
```

```
20662 target thumb C++: libwebcore <=
external/webkit/WebCore/html/HTMLDataListElement.cpp
20663 target thumb C++: libwebcore <=
external/webkit/WebCore/html/HTMLDocument.cpp
20664 target thumb C++: libwebcore <=
external/webkit/WebCore/html/HTMLElementsAllInOne.cpp
20665 target thumb C++: libwebcore <=
external/webkit/WebCore/html/HTMLFormCollection.cpp
20666 target thumb C++: libwebcore <=
external/webkit/WebCore/html/HTMLImageLoader.cpp
20667 target thumb C++: libwebcore <=
external/webkit/WebCore/html/HTMLNameCollection.cpp
20668 target thumb C++: libwebcore <=
external/webkit/WebCore/html/HTMLOptionsCollection.cpp
20669 target thumb C++: libwebcore <=
external/webkit/WebCore/html/HTMLParser.cpp
20670 target thumb C++: libwebcore <=
external/webkit/WebCore/html/HTMLParserErrorCodes.cpp
20671 target thumb C++: libwebcore <=
external/webkit/WebCore/html/HTMLTableRowsCollection.cpp
20672 target thumb C++: libwebcore <=
external/webkit/WebCore/html/HTMLTokenizer.cpp
20673 In file included from
external/webkit/WebCore/html/HTMLElementsAllInOne.cpp:79:
20674 external/webkit/WebCore/html/HTMLMetaElement.cpp: In member function
'void WebCore::HTMLMetaElement::process()':
20675 external/webkit/WebCore/html/HTMLMetaElement.cpp:82: warning: suggest
parentheses around '&&' within '||'
20676 target thumb C++: libwebcore <=
external/webkit/WebCore/html/HTMLViewSourceDocument.cpp
20677 target thumb C++: libwebcore <=
external/webkit/WebCore/html/ImageData.cpp
20678 target thumb C++: libwebcore <=
external/webkit/WebCore/html/PreloadScanner.cpp
20679 target thumb C++: libwebcore <=
external/webkit/WebCore/html/TimeRanges.cpp
20680 target thumb C++: libwebcore <=
external/webkit/WebCore/html/ValidityState.cpp
20681 target thumb C++: libwebcore <=
external/webkit/WebCore/html/canvas/CanvasGradient.cpp
20682 target thumb C++: libwebcore <=
external/webkit/WebCore/html/canvas/CanvasNumberArray.cpp
20683 target thumb C++: libwebcore <=
external/webkit/WebCore/html/canvas/CanvasObject.cpp
20684 target thumb C++: libwebcore <=
external/webkit/WebCore/html/canvas/CanvasPattern.cpp
20685 target thumb C++: libwebcore <=
external/webkit/WebCore/html/canvas/CanvasPixelArray.cpp
20686 target thumb C++: libwebcore <=
external/webkit/WebCore/html/canvas/CanvasRenderingContext.cpp
20687 target thumb C++: libwebcore <=
external/webkit/WebCore/html/canvas/CanvasRenderingContext2D.cpp
20688 target thumb C++: libwebcore <=
external/webkit/WebCore/html/canvas/CanvasStyle.cpp
20689 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/Cache.cpp
```

20690 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/CachedCSSStyleSheet.cpp
20691 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/CachedFont.cpp
20692 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/CachedImage.cpp
20693 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/CachedResource.cpp
20694 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/CachedResourceClientWalker.cpp
20695 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/CachedResourceHandle.cpp
20696 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/CachedScript.cpp
20697 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/CrossOriginAccessControl.cpp
20698 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/CrossOriginPreflightResultCache.cpp
20699 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/DocLoader.cpp
20700 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/DocumentLoader.cpp
20701 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/DocumentThreadableLoader.cpp
20702 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/FormState.cpp
20703 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/FrameLoader.cpp
20704 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/HistoryController.cpp
20705 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/ImageDocument.cpp
20706 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/ImageLoader.cpp
20707 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/MainResourceLoader.cpp
20708 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/MediaDocument.cpp
20709 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/NavigationAction.cpp
20710 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/NetscapePlugInStreamLoader.cpp
20711 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/PlaceholderDocument.cpp
20712 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/PluginDocument.cpp
20713 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/PolicyCallback.cpp
20714 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/PolicyChecker.cpp
20715 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/ProgressTracker.cpp
20716 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/RedirectScheduler.cpp
20717 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/Request.cpp

```
20718 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/ResourceLoadNotifier.cpp
20719 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/ResourceLoader.cpp
20720 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/SubresourceLoader.cpp
20721 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/TextDocument.cpp
20722 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/TextResourceDecoder.cpp
20723 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/ThreadableLoader.cpp
20724 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/WorkerThreadableLoader.cpp
20725 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/appcache/ApplicationCache.cpp
20726 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/appcache/ApplicationCacheGroup.cpp
20727 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/appcache/ApplicationCacheHost.cpp
20728 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/appcache/ApplicationCacheResource.cpp
20729 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/appcache/ApplicationCacheStorage.cpp
20730 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/appcache/DOMApplicationCache.cpp
20731 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/appcache/ManifestParser.cpp
20732 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/icon/IconDatabase.cpp
20733 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/icon/IconFetcher.cpp
20734 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/icon/IconLoader.cpp
20735 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/icon/IconRecord.cpp
20736 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/icon/PageURLRecord.cpp
20737 target thumb C++: libwebcore <=
external/webkit/WebCore/loader/loader.cpp
20738 target thumb C++: libwebcore <=
external/webkit/WebCore/page/BarInfo.cpp
20739 target thumb C++: libwebcore <= external/webkit/WebCore/page/Chrome.cpp
20740 target thumb C++: libwebcore <=
external/webkit/WebCore/page/Connection.cpp
20741 target thumb C++: libwebcore <=
external/webkit/WebCore/page/Console.cpp
20742 target thumb C++: libwebcore <=
external/webkit/WebCore/page/ContextMenuController.cpp
20743 target thumb C++: libwebcore <=
external/webkit/WebCore/page/DOMSelection.cpp
20744 target thumb C++: libwebcore <=
external/webkit/WebCore/page/DOMTimer.cpp
20745 target thumb C++: libwebcore <=
external/webkit/WebCore/page/DOMWindow.cpp
20746 target thumb C++: libwebcore <=
external/webkit/WebCore/page/DragController.cpp
```

```
20747 target thumb C++: libwebcore <=
external/webkit/WebCore/page/EventHandler.cpp
20748 target thumb C++: libwebcore <=
external/webkit/WebCore/page/FocusController.cpp
20749 target thumb C++: libwebcore <= external/webkit/WebCore/page/Frame.cpp
20750 target thumb C++: libwebcore <=
external/webkit/WebCore/page/FrameTree.cpp
20751 target thumb C++: libwebcore <=
external/webkit/WebCore/page/FrameView.cpp
20752 target thumb C++: libwebcore <=
external/webkit/WebCore/page/Geolocation.cpp
20753 target thumb C++: libwebcore <=
external/webkit/WebCore/page/GeolocationPositionCache.cpp
20754 target thumb C++: libwebcore <=
external/webkit/WebCore/page/History.cpp
20755 target thumb C++: libwebcore <=
external/webkit/WebCore/page/Location.cpp
20756 target thumb C++: libwebcore <=
external/webkit/WebCore/page/MouseEventWithHitTestResults.cpp
20757 target thumb C++: libwebcore <=
external/webkit/WebCore/page/Navigator.cpp
20758 target thumb C++: libwebcore <=
external/webkit/WebCore/page/NavigatorBase.cpp
20759 target thumb C++: libwebcore <=
external/webkit/WebCore/page/OriginAccessEntry.cpp
20760 target thumb C++: libwebcore <= external/webkit/WebCore/page/Page.cpp
20761 target thumb C++: libwebcore <=
external/webkit/WebCore/page/PageGroup.cpp
20762 target thumb C++: libwebcore <=
external/webkit/WebCore/page/PageGroupLoadDeferrer.cpp
20763 target thumb C++: libwebcore <=
external/webkit/WebCore/page/PluginHalter.cpp
20764 target thumb C++: libwebcore <=
external/webkit/WebCore/page/PrintContext.cpp
20765 target thumb C++: libwebcore <= external/webkit/WebCore/page/Screen.cpp
20766 target thumb C++: libwebcore <=
external/webkit/WebCore/page/SecurityOrigin.cpp
20767 target thumb C++: libwebcore <=
external/webkit/WebCore/page/Settings.cpp
20768 target thumb C++: libwebcore <=
external/webkit/WebCore/page/UserContentURLPattern.cpp
20769 target thumb C++: libwebcore <=
external/webkit/WebCore/page/WindowFeatures.cpp
20770 target thumb C++: libwebcore <=
external/webkit/WebCore/page/WorkerNavigator.cpp
20771 target thumb C++: libwebcore <=
external/webkit/WebCore/page/XSSAuditor.cpp
20772 target thumb C++: libwebcore <=
external/webkit/WebCore/page/android/DragControllerAndroid.cpp
20773 target thumb C++: libwebcore <=
external/webkit/WebCore/page/android/EventHandlerAndroid.cpp
20774 target thumb C++: libwebcore <=
external/webkit/WebCore/page/animation/AnimationBase.cpp
20775 target thumb C++: libwebcore <=
external/webkit/WebCore/page/animation/AnimationController.cpp
20776 target thumb C++: libwebcore <=
external/webkit/WebCore/page/animation/CompositeAnimation.cpp
```

```
20777 target thumb C++: libwebcore <=
external/webkit/WebCore/page/animation/ImplicitAnimation.cpp
20778 target thumb C++: libwebcore <=
external/webkit/WebCore/page/animation/KeyframeAnimation.cpp
20779 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/Arena.cpp
20780 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/ContentType.cpp
20781 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/ContextMenu.cpp
20782 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/CrossThreadCopier.cpp
20783 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/DeprecatedPtrListImpl.cpp
20784 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/DragData.cpp
20785 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/DragImage.cpp
20786 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/FileChooser.cpp
20787 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/GeolocationService.cpp
20788 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/KURL.cpp
20789 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/KURLGoogle.cpp
20790 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/Length.cpp
20791 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/LinkHash.cpp
20792 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/Logging.cpp
20793 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/MIMETypeRegistry.cpp
20794 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/ScrollView.cpp
20795 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/Scrollbar.cpp
20796 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/ScrollbarThemeComposite.cpp
20797 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/SharedBuffer.cpp
20798 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/Theme.cpp
20799 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/ThreadGlobalData.cpp
20800 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/ThreadTimers.cpp
20801 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/Timer.cpp
20802 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/Widget.cpp
20803 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/ClipboardAndroid.cpp
20804 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/CursorAndroid.cpp
```

20805 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/DragDataAndroid.cpp
20806 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/EventLoopAndroid.cpp
20807 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/FileChooserAndroid.cpp
20808 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/FileSystemAndroid.cpp
20809 external/webkit/WebCore/platform/android/FileSystemAndroid.cpp: In
function 'WTF::Vector<WebCore::String, 0u> WebCore::listDirectory(const
WebCore::String&, const WebCore::String&)':
20810 external/webkit/WebCore/platform/android/FileSystemAndroid.cpp:113:
warning: suggest parentheses around assignment used as truth value
20811 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/GeolocationServiceAndroid.cpp
20812 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/GeolocationServiceBridge.cpp
20813 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/KeyEventAndroid.cpp
20814 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/LocalizedStringsAndroid.cpp
20815 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/PlatformTouchEventAndroid.cpp
20816 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/PlatformTouchPointAndroid.cpp
20817 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/PopupMenuAndroid.cpp
20818 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/RenderThemeAndroid.cpp
20819 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/PackageNotifier.cpp
20820 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/ScreenAndroid.cpp
20821 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/ScrollViewAndroid.cpp
20822 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/SearchPopupMenuAndroid.cpp
20823 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/SharedTimerAndroid.cpp
20824 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/SoundAndroid.cpp
20825 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/SSLKeyGeneratorAndroid.cpp
20826 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/SystemTimeAndroid.cpp
20827 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/TemporaryLinkStubs.cpp
20828 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/android/WidgetAndroid.cpp
20829 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/animation/Animation.cpp
20830 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/animation/AnimationList.cpp
20831 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/BitmapImage.cpp
20832 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/Color.cpp

```
20833 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/FloatPoint.cpp
20834 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/FloatPoint3D.cpp
20835 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/FloatQuad.cpp
20836 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/FloatRect.cpp
20837 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/FloatSize.cpp
20838 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/Font.cpp
20839 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/FontCache.cpp
20840 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/FontDescription.cpp
20841 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/FontData.cpp
20842 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/FontFallbackList.cpp
20843 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/FontFamily.cpp
20844 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/FontFastPath.cpp
20845 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/GeneratedImage.cpp
20846 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/GlyphPageTreeNode.cpp
20847 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/GlyphWidthMap.cpp
20848 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/Gradient.cpp
20849 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/GraphicsContext.cpp
20850 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/GraphicsTypes.cpp
20851 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/GraphicsLayer.cpp
20852 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/Image.cpp
20853 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/IntRect.cpp
20854 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/MediaPlayer.cpp
20855 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/Path.cpp
20856 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/PathTraversalState.cpp
20857 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/Pattern.cpp
20858 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/Pen.cpp
20859 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/SegmentedFontData.cpp
20860 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/SimpleFontData.cpp
```

```
20861 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/StringTruncator.cpp
20862 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/WidthIterator.cpp
20863 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/AndroidAnimation.cpp
20864 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/BitmapAllocatorAndroid.cpp
20865 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/FontAndroid.cpp
20866 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/FontCacheAndroid.cpp
20867 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/FontCustomPlatformData.cpp
20868 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/FontDataAndroid.cpp
20869 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/FontPlatformDataAndroid.cpp
20870 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/GlyphMapAndroid.cpp
20871 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/GradientAndroid.cpp
20872 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/GraphicsContextAndroid.cpp
20873 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/GraphicsLayerAndroid.cpp
20874 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/ImageAndroid.cpp
20875 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/ImageBufferAndroid.cpp
20876 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/ImageSourceAndroid.cpp
20877 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/LayerAndroid.cpp
20878 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/PathAndroid.cpp
20879 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/PatternAndroid.cpp
20880 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/PlatformGraphicsContext.cpp
20881 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/SharedBufferStream.cpp
20882 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/android/android_graphics.cpp
20883 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/skia/FloatPointSkia.cpp
20884 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/skia/FloatRectSkia.cpp
20885 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/skia/IntPointSkia.cpp
20886 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/skia/IntRectSkia.cpp
20887 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/skia/NativeImageSkia.cpp
20888 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/skia/SkiaUtils.cpp
```

20889 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/skia/TransformationMatrixSkia.cpp
20890 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/transforms/AffineTransform.cpp
20891 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/transforms/Matrix3DTransformOperati
on.cpp
20892 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/transforms/MatrixTransformOperation
.cpp
20893 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/transforms/PerspectiveTransformOper
ation.cpp
20894 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/transforms/RotateTransformOperation
.cpp
20895 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/transforms/SkewTransformOperation.c
pp
20896 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/transforms/ScaleTransformOperation.
cpp
20897 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/transforms/TransformOperations.cpp
20898 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/transforms/TransformationMatrix.cpp
20899 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/graphics/transforms/TranslateTransformOperat
ion.cpp
20900 target thumb C++: libwebcore <= external/webkit/WebCore/platform/image-
decoders/ImageDecoder.cpp
20901 target thumb C++: libwebcore <= external/webkit/WebCore/platform/image-
decoders/skia/ImageDecoderSkia.cpp
20902 target thumb C++: libwebcore <= external/webkit/WebCore/platform/image-
decoders/gif/GIFImageDecoder.cpp
20903 target thumb C++: libwebcore <= external/webkit/WebCore/platform/image-
decoders/gif/GIFImageReader.cpp
20904 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/mock/GeolocationServiceMock.cpp
20905 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/network/AuthenticationChallengeBase.cpp
20906 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/network/Credential.cpp
20907 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/network/CredentialStorage.cpp
20908 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/network/FormData.cpp
20909 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/network/FormDataBuilder.cpp
20910 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/network/HTTPHeaderMap.cpp
20911 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/network/HTTPParsers.cpp
20912 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/network/NetworkStateNotifier.cpp
20913 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/network/ProtectionSpace.cpp

```
20914 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/network/ResourceErrorBase.cpp
20915 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/network/ResourceHandle.cpp
20916 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/network/ResourceRequestBase.cpp
20917 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/network/ResourceResponseBase.cpp
20918 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/network/android/CookieJarAndroid.cpp
20919 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/network/android/NetworkStateNotifierAndroid.
cpp
20920 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/network/android/ResourceHandleAndroid.cpp
20921 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/network/android/ResourceRequestAndroid.cpp
20922 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/posix/FileSystemPOSIX.cpp
20923 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/sql/SQLValue.cpp
20924 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/sql/SQLiteAuthorizer.cpp
20925 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/sql/SQLiteDatabase.cpp
20926 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/sql/SQLiteFileSystem.cpp
20927 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/sql/SQLiteStatement.cpp
20928 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/sql/SQLiteTransaction.cpp
20929 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/AtomicString.cpp
20930 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/Base64.cpp
20931 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/BidiContext.cpp
20932 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/CString.cpp
20933 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/RegularExpression.cpp
20934 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/SegmentedString.cpp
20935 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/String.cpp
20936 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/StringBuilder.cpp
20937 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/StringImpl.cpp
20938 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/TextBoundaries.cpp
20939 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/TextBreakIteratorICU.cpp
20940 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/TextCodec.cpp
20941 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/TextCodecICU.cpp
```

```
20942 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/TextCodecLatin1.cpp
20943 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/TextCodecUTF16.cpp
20944 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/TextCodecUserDefined.cpp
20945 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/TextEncoding.cpp
20946 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/TextEncodingDetectorICU.cpp
20947 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/TextEncodingRegistry.cpp
20948 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/TextStream.cpp
20949 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/UnicodeRange.cpp
20950 target thumb C++: libwebcore <=
external/webkit/WebCore/platform/text/android/TextBreakIteratorInternalICU.cp
p
20951 target thumb C++: libwebcore <=
external/webkit/WebCore/plugins/MimeType.cpp
20952 target thumb C++: libwebcore <=
external/webkit/WebCore/plugins/MimeTypeArray.cpp
20953 target thumb C++: libwebcore <=
external/webkit/WebCore/plugins/Plugin.cpp
20954 target thumb C++: libwebcore <=
external/webkit/WebCore/plugins/PluginArray.cpp
20955 target thumb C++: libwebcore <=
external/webkit/WebCore/plugins/PluginData.cpp
20956 target thumb C++: libwebcore <=
external/webkit/WebCore/plugins/PluginDatabase.cpp
20957 target thumb C++: libwebcore <=
external/webkit/WebCore/plugins/PluginInfoStore.cpp
20958 target thumb C++: libwebcore <=
external/webkit/WebCore/plugins/PluginMainThreadScheduler.cpp
20959 target thumb C++: libwebcore <=
external/webkit/WebCore/plugins/PluginPackage.cpp
20960 target thumb C++: libwebcore <=
external/webkit/WebCore/plugins/PluginStream.cpp
20961 target thumb C++: libwebcore <=
external/webkit/WebCore/plugins/PluginView.cpp
20962 target thumb C++: libwebcore <=
external/webkit/WebCore/plugins/npapi.cpp
20963 target thumb C++: libwebcore <=
external/webkit/WebCore/plugins/android/PluginDataAndroid.cpp
20964 target thumb C++: libwebcore <=
external/webkit/WebCore/plugins/android/PluginPackageAndroid.cpp
20965 target thumb C++: libwebcore <=
external/webkit/WebCore/plugins/android/PluginViewAndroid.cpp
20966 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/AutoTableLayout.cpp
20967 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/BidiRun.cpp
20968 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/CounterNode.cpp
20969 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/EllipsisBox.cpp
```

```
20970 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/FixedTableLayout.cpp
20971 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/HitTestResult.cpp
20972 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/InlineBox.cpp
20973 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/InlineFlowBox.cpp
20974 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/InlineTextBox.cpp
20975 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/LayoutState.cpp
20976 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/MediaControlElements.cpp
20977 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/PointerEventsHitRules.cpp
20978 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderApplet.cpp
20979 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderArena.cpp
20980 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderBR.cpp
20981 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderBlock.cpp
20982 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderBlockLineLayout.cpp
20983 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderBox.cpp
20984 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderBoxModelObject.cpp
20985 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderButton.cpp
20986 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderCounter.cpp
20987 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderEmbeddedObject.cpp
20988 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderFieldset.cpp
20989 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderFileUploadControl.cpp
20990 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderFlexibleBox.cpp
20991 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderForeignObject.cpp
20992 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderFrame.cpp
20993 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderFrameSet.cpp
20994 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderHTMLCanvas.cpp
20995 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderImage.cpp
20996 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderImageGeneratedContent.cpp
20997 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderInline.cpp
```

```
20998 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderLayer.cpp
20999 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderLayerBacking.cpp
21000 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderLayerCompositor.cpp
21001 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderLineBoxList.cpp
21002 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderListBox.cpp
21003 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderListItem.cpp
21004 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderListMarker.cpp
21005 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderMarquee.cpp
21006 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderMedia.cpp
21007 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderMenuList.cpp
21008 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderObject.cpp
21009 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderObjectChildList.cpp
21010 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderPart.cpp
21011 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderPartObject.cpp
21012 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderPath.cpp
21013 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderReplaced.cpp
21014 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderReplica.cpp
21015 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderRuby.cpp
21016 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderRubyBase.cpp
21017 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderRubyRun.cpp
21018 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderRubyText.cpp
21019 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderScrollbar.cpp
21020 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderScrollbarPart.cpp
21021 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderScrollbarTheme.cpp
21022 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderSlider.cpp
21023 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderTable.cpp
21024 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderTableCell.cpp
21025 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderTableCol.cpp
```

```
21026 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderTableRow.cpp
21027 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderTableSection.cpp
21028 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderText.cpp
21029 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderTextControl.cpp
21030 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderTextControlMultiLine.cpp
21031 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderTextControlSingleLine.cpp
21032 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderTextFragment.cpp
21033 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderTheme.cpp
21034 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderTreeAsText.cpp
21035 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderVideo.cpp
21036 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderView.cpp
21037 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderWidget.cpp
21038 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RenderWordBreak.cpp
21039 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/RootInlineBox.cpp
21040 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/ScrollBehavior.cpp
21041 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/TextControlInnerElements.cpp
21042 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/TransformState.cpp
21043 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/break_lines.cpp
21044 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/BindingURI.cpp
21045 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/ContentData.cpp
21046 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/CounterDirectives.cpp
21047 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/FillLayer.cpp
21048 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/KeyframeList.cpp
21049 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/NinePieceImage.cpp
21050 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/RenderStyle.cpp
21051 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/ShadowData.cpp
21052 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/StyleBackgroundData.cpp
21053 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/StyleBoxData.cpp
```

```
21054 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/StyleCachedImage.cpp
21055 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/StyleFlexibleBoxData.cpp
21056 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/StyleGeneratedImage.cpp
21057 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/StyleInheritedData.cpp
21058 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/StyleMarqueeData.cpp
21059 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/StyleMultiColData.cpp
21060 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/StyleRareInheritedData.cpp
21061 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/StyleRareNonInheritedData.cpp
21062 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/StyleTransformData.cpp
21063 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/StyleSurroundData.cpp
21064 target thumb C++: libwebcore <=
external/webkit/WebCore/rendering/style/StyleVisualData.cpp
21065 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/ChangeVersionWrapper.cpp
21066 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/Database.cpp
21067 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/DatabaseAuthorizer.cpp
21068 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/DatabaseTask.cpp
21069 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/DatabaseThread.cpp
21070 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/DatabaseTracker.cpp
21071 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/LocalStorageTask.cpp
21072 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/LocalStorageThread.cpp
21073 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/OriginQuotaManager.cpp
21074 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/OriginUsageRecord.cpp
21075 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/SQLResultSet.cpp
21076 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/SQLResultSetRowList.cpp
21077 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/SQLStatement.cpp
21078 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/SQLTransaction.cpp
21079 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/SQLTransactionClient.cpp
21080 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/SQLTransactionCoordinator.cpp
21081 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/Storage.cpp
```

```
21082 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/StorageAreaImpl.cpp
21083 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/StorageAreaSync.cpp
21084 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/StorageEvent.cpp
21085 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/StorageEventDispatcher.cpp
21086 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/StorageMap.cpp
21087 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/StorageNamespace.cpp
21088 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/StorageNamespaceImpl.cpp
21089 target thumb C++: libwebcore <=
external/webkit/WebCore/storage/StorageSyncManager.cpp
21090 target thumb C++: libwebcore <=
external/webkit/WebCore/workers/AbstractWorker.cpp
21091 target thumb C++: libwebcore <=
external/webkit/WebCore/workers/DedicatedWorkerContext.cpp
21092 target thumb C++: libwebcore <=
external/webkit/WebCore/workers/DedicatedWorkerThread.cpp
21093 target thumb C++: libwebcore <=
external/webkit/WebCore/workers/DefaultSharedWorkerRepository.cpp
21094 target thumb C++: libwebcore <=
external/webkit/WebCore/workers/SharedWorker.cpp
21095 target thumb C++: libwebcore <=
external/webkit/WebCore/workers/SharedWorkerContext.cpp
21096 target thumb C++: libwebcore <=
external/webkit/WebCore/workers/SharedWorkerThread.cpp
21097 target thumb C++: libwebcore <=
external/webkit/WebCore/workers/Worker.cpp
21098 target thumb C++: libwebcore <=
external/webkit/WebCore/workers/WorkerContext.cpp
21099 target thumb C++: libwebcore <=
external/webkit/WebCore/workers/WorkerLocation.cpp
21100 target thumb C++: libwebcore <=
external/webkit/WebCore/workers/WorkerMessagingProxy.cpp
21101 target thumb C++: libwebcore <=
external/webkit/WebCore/workers/WorkerRunLoop.cpp
21102 target thumb C++: libwebcore <=
external/webkit/WebCore/workers/WorkerScriptLoader.cpp
21103 target thumb C++: libwebcore <=
external/webkit/WebCore/workers/WorkerThread.cpp
21104 target thumb C++: libwebcore <=
external/webkit/WebCore/xml/DOMParser.cpp
21105 target thumb C++: libwebcore <=
external/webkit/WebCore/xml/XMLHttpRequest.cpp
21106 target thumb C++: libwebcore <=
external/webkit/WebCore/xml/XMLHttpRequestUpload.cpp
21107 target thumb C++: libwebcore <=
external/webkit/WebCore/xml/XMLSerializer.cpp
21108 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/ScriptControllerBase.cpp
21109 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/generic/RuntimeEnabledFeatures.cpp
```

```
21110 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/ChildThreadDOMData.cpp
21111 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/DateExtension.cpp
21112 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/DOMData.cpp
21113 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/DOMDataStore.cpp
21114 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/DOMWrapperWorld.cpp
21115 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/DerivedSourcesAllInOne.cpp
21116 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/IsolatedWorld.cpp
21117 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/MainThreadDOMData.cpp
21118 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/NPV8Object.cpp
21119 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/ScheduledAction.cpp
21120 external/webkit/WebCore/bindings/v8/NPV8Object.cpp:109: warning:
missing initializer for member 'NPClass::construct'
21121 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/ScopedDOMDataStore.cpp
21122 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/ScriptArray.cpp
21123 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/ScriptCachedFrameData.cpp
21124 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/ScriptCallFrame.cpp
21125 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/ScriptCallStack.cpp
21126 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/ScriptController.cpp
21127 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/ScriptEventListener.cpp
21128 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/ScriptFunctionCall.cpp
21129 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/ScriptInstance.cpp
21130 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/ScriptObject.cpp
21131 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/ScriptScope.cpp
21132 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/ScriptState.cpp
21133 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/ScriptStringImpl.cpp
21134 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/ScriptValue.cpp
21135 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/SerializedScriptValue.cpp
21136 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/StaticDOMDataStore.cpp
21137 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8AbstractEventListener.cpp
```

```
21138 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8Binding.cpp
21139 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8Collection.cpp
21140 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8ConsoleMessage.cpp
21141 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8DOMMap.cpp
21142 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8DOMWindowShell.cpp
21143 In file included from
external/webkit/WebCore/bindings/v8/V8DOMWindowShell.cpp:64:
21144 external/v8/include/v8-debug.h:61:1: warning: "EXPORT" redefined
21145 In file included from <command-line>:0:
21146 external/webkit/WebCore/WebCorePrefix.h:69:1: warning: this is the
location of the previous definition
21147 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8DOMWrapper.cpp
21148 In file included from
external/webkit/WebCore/bindings/v8/V8DOMWrapper.cpp:78:
21149 external/v8/include/v8-debug.h:61:1: warning: "EXPORT" redefined
21150 In file included from <command-line>:0:
21151 external/webkit/WebCore/WebCorePrefix.h:69:1: warning: this is the
location of the previous definition
21152 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8DataGridDataSource.cpp
21153 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8EventListenerList.cpp
21154 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8GCController.cpp
21155 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8Helpers.cpp
21156 In file included from
external/webkit/WebCore/bindings/v8/V8GCController.cpp:43:
21157 external/v8/include/v8-debug.h:61:1: warning: "EXPORT" redefined
21158 In file included from <command-line>:0:
21159 external/webkit/WebCore/WebCorePrefix.h:69:1: warning: this is the
location of the previous definition
21160 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8HiddenPropertyName.cpp
21161 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8IsolatedContext.cpp
21162 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8Index.cpp
21163 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8LazyEventListener.cpp
21164 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8NPObject.cpp
21165 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8NPUtils.cpp
21166 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8NodeFilterCondition.cpp
21167 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8Proxy.cpp
21168 In file included from
external/webkit/WebCore/bindings/v8/V8Proxy.cpp:66:
21169 external/v8/include/v8-debug.h:61:1: warning: "EXPORT" redefined
```

```
21170 In file included from <command-line>:0:
21171 external/webkit/WebCore/WebCorePrefix.h:69:1: warning: this is the
location of the previous definition
21172 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8Utilities.cpp
21173 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/V8WorkerContextEventListener.cpp
21174 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/WorkerContextExecutionProxy.cpp
21175 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/WorkerScriptController.cpp
21176 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/WorldContextHandle.cpp
21177 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/npruntime.cpp
21178 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8AbstractWorkerCustom.cpp
21179 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8AttrCustom.cpp
21180 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8BarInfoCustom.cpp
21181 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8CSSRuleCustom.cpp
21182 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8CSSStyleDeclarationCustom.cpp
21183 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8CSSStyleSheetCustom.cpp
21184 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8CSSValueCustom.cpp
21185 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8CanvasRenderingContext2DCustom.c
pp
21186 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8CanvasPixelArrayCustom.cpp
21187 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8ClipboardCustom.cpp
21188 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8CoordinatesCustom.cpp
21189 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8CustomApplicationInstalledCallba
ck.cpp
21190 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8CustomEventListener.cpp
21191 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8CustomPositionCallback.cpp
21192 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8CustomPositionErrorCallback.cpp
21193 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8CustomSQLStatementErrorCallback.
cpp
21194 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8CustomSQLStatementCallback.cpp
21195 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8CustomSQLTransactionCallback.cpp
21196 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8CustomSQLTransactionErrorCallbac
k.cpp
```

21197 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8CustomVoidCallback.cpp
21198 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8DOMApplicationCacheCustom.cpp
21199 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8DOMSelectionCustom.cpp
21200 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8DOMWindowCustom.cpp
21201 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8DataGridColumnListCustom.cpp
21202 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8DatabaseCustom.cpp
21203 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8DedicatedWorkerContextCustom.cpp
21204 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8DocumentCustom.cpp
21205 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8DocumentLocationCustom.cpp
21206 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8ElementCustom.cpp
21207 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8EventCustom.cpp
21208 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8EventSourceConstructor.cpp
21209 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8GeolocationCustom.cpp
21210 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8EventSourceCustom.cpp
21211 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8HistoryCustom.cpp
21212 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8HTMLAllCollectionCustom.cpp
21213 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8HTMLAudioElementConstructor.cpp
21214 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8HTMLCanvasElementCustom.cpp
21215 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8HTMLCollectionCustom.cpp
21216 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8HTMLDataGridElementCustom.cpp
21217 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8HTMLDocumentCustom.cpp
21218 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8HTMLElementCustom.cpp
21219 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8HTMLFormElementCustom.cpp
21220 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8HTMLFrameElementCustom.cpp
21221 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8HTMLFrameSetElementCustom.cpp
21222 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8HTMLIFrameElementCustom.cpp
21223 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8HTMLImageElementConstructor.cpp
21224 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8HTMLInputElementCustom.cpp

```
21225 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8HTMLOptionElementConstructor.cpp
21226 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8HTMLOptionsCollectionCustom.cpp
21227 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8HTMLPlugInElementCustom.cpp
21228 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8HTMLSelectElementCustom.cpp
21229 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8LocationCustom.cpp
21230 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8MessageChannelConstructor.cpp
21231 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8MessagePortCustom.cpp
21232 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8MessageEventCustom.cpp
21233 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8NamedNodeMapCustom.cpp
21234 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8NamedNodesCollection.cpp
21235 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8NavigatorCustom.cpp
21236 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8NodeCustom.cpp
21237 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8NodeFilterCustom.cpp
21238 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8NodeIteratorCustom.cpp
21239 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8NodeListCustom.cpp
21240 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8PopStateEventCustom.cpp
21241 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8ScreenCustom.cpp
21242 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8SQLResultSetRowListCustom.cpp
21243 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8SQLTransactionCustom.cpp
21244 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8WebSocketCustom.cpp
21245 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8SharedWorkerCustom.cpp
21246
external/webkit/WebCore/bindings/v8/custom/V8SQLResultSetRowListCustom.cpp:
In static member function 'static v8::Handle<v8::Value>
WebCore::V8SQLResultSetRowList::itemCallback(const v8::Arguments&)':
21247
external/webkit/WebCore/bindings/v8/custom/V8SQLResultSetRowListCustom.cpp:59
: warning: comparison of unsigned expression < 0 is always false
21248 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8StorageCustom.cpp
21249 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8StyleSheetCustom.cpp
21250 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8StyleSheetListCustom.cpp
21251 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8TreeWalkerCustom.cpp
```

```
21252 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8WebKitCSSMatrixConstructor.cpp
21253 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8WebKitPointConstructor.cpp
21254 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8WorkerContextCustom.cpp
21255 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8WorkerCustom.cpp
21256 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8XMLHttpRequestConstructor.cpp
21257 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8XMLHttpRequestCustom.cpp
21258 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/custom/V8XMLHttpRequestUploadCustom.cpp
21259 target thumb C++: libwebcore <=
external/webkit/WebCore/bindings/v8/specialization/V8BindingState.cpp
21260 target thumb C++: libwebcore <=
external/webkit/WebCore/bridge/jni/JNIUtility.cpp
21261 target thumb C++: libwebcore <=
external/webkit/WebCore/bridge/jni/JNIBridge.cpp
21262 target thumb C++: libwebcore <=
external/webkit/WebCore/bridge/jni/v8/JNIBridgeV8.cpp
21263 target thumb C++: libwebcore <=
external/webkit/WebCore/bridge/jni/v8/JNIUtilityPrivate.cpp
21264 target thumb C++: libwebcore <=
external/webkit/WebCore/bridge/jni/v8/JavaClassV8.cpp
21265 target thumb C++: libwebcore <=
external/webkit/WebCore/bridge/jni/v8/JavaInstanceV8.cpp
21266 target thumb C++: libwebcore <=
external/webkit/WebCore/bridge/jni/v8/JavaNPObjectV8.cpp
21267 target thumb C++: libwebcore <=
external/webkit/WebKit/android/WebCoreSupport/CachedFramePlatformDataAndroid.
cpp
21268 target thumb C++: libwebcore <=
external/webkit/WebKit/android/WebCoreSupport/ChromeClientAndroid.cpp
21269 target thumb C++: libwebcore <=
external/webkit/WebKit/android/WebCoreSupport/ContextMenuClientAndroid.cpp
21270 target thumb C++: libwebcore <=
external/webkit/WebKit/android/WebCoreSupport/DragClientAndroid.cpp
21271 target thumb C++: libwebcore <=
external/webkit/WebKit/android/WebCoreSupport/EditorClientAndroid.cpp
21272 target thumb C++: libwebcore <=
external/webkit/WebKit/android/WebCoreSupport/FrameLoaderClientAndroid.cpp
21273 target thumb C++: libwebcore <=
external/webkit/WebKit/android/WebCoreSupport/GeolocationPermissions.cpp
21274 target thumb C++: libwebcore <=
external/webkit/WebKit/android/WebCoreSupport/MediaPlayerPrivateAndroid.cpp
21275 target thumb C++: libwebcore <=
external/webkit/WebKit/android/WebCoreSupport/PlatformBridge.cpp
21276 target thumb C++: libwebcore <=
external/webkit/WebKit/android/WebCoreSupport/ResourceLoaderAndroid.cpp
21277 target thumb C++: libwebcore <=
external/webkit/WebKit/android/WebCoreSupport/V8Counters.cpp
21278 target thumb C++: libwebcore <=
external/webkit/WebKit/android/RenderSkinAndroid.cpp
21279 target thumb C++: libwebcore <=
external/webkit/WebKit/android/RenderSkinButton.cpp
```

```
21280 target thumb C++: libwebcore <=
external/webkit/WebKit/android/RenderSkinCombo.cpp
21281 target thumb C++: libwebcore <=
external/webkit/WebKit/android/RenderSkinRadio.cpp
21282 target thumb C++: libwebcore <=
external/webkit/WebKit/android/RenderSkinMediaButton.cpp
21283 target thumb C++: libwebcore <=
external/webkit/WebKit/android/TimeCounter.cpp
21284 target thumb C++: libwebcore <=
external/webkit/WebKit/android/benchmark/Intercept.cpp
21285 target thumb C++: libwebcore <=
external/webkit/WebKit/android/benchmark/MyJavaVM.cpp
21286 target thumb C++: libwebcore <=
external/webkit/WebKit/android/icu/unicode/ucnv.cpp
21287 target thumb C++: libwebcore <=
external/webkit/WebKit/android/jni/GeolocationPermissionsBridge.cpp
21288 target thumb C++: libwebcore <=
external/webkit/WebKit/android/jni/JavaBridge.cpp
21289 target thumb C++: libwebcore <=
external/webkit/WebKit/android/jni/JavaSharedClient.cpp
21290 target thumb C++: libwebcore <=
external/webkit/WebKit/android/jni/MIMETypeRegistry.cpp
21291 target thumb C++: libwebcore <=
external/webkit/WebKit/android/jni/MockGeolocation.cpp
21292 target thumb C++: libwebcore <=
external/webkit/WebKit/android/jni/PictureSet.cpp
21293 target thumb C++: libwebcore <=
external/webkit/WebKit/android/jni/WebCoreFrameBridge.cpp
21294 target thumb C++: libwebcore <=
external/webkit/WebKit/android/jni/WebCoreJni.cpp
21295 target thumb C++: libwebcore <=
external/webkit/WebKit/android/jni/WebCoreResourceLoader.cpp
21296 target thumb C++: libwebcore <=
external/webkit/WebKit/android/jni/WebFrameView.cpp
21297 target thumb C++: libwebcore <=
external/webkit/WebKit/android/jni/WebHistory.cpp
21298 target thumb C++: libwebcore <=
external/webkit/WebKit/android/jni/WebIconDatabase.cpp
21299 target thumb C++: libwebcore <=
external/webkit/WebKit/android/jni/WebStorage.cpp
21300 target thumb C++: libwebcore <=
external/webkit/WebKit/android/jni/WebSettings.cpp
21301 target thumb C++: libwebcore <=
external/webkit/WebKit/android/jni/WebViewCore.cpp
21302 target thumb C++: libwebcore <=
external/webkit/WebKit/android/nav/CacheBuilder.cpp
21303 target thumb C++: libwebcore <=
external/webkit/WebKit/android/nav/CachedFrame.cpp
21304 target thumb C++: libwebcore <=
external/webkit/WebKit/android/nav/CachedHistory.cpp
21305 target thumb C++: libwebcore <=
external/webkit/WebKit/android/nav/CachedInput.cpp
21306 target thumb C++: libwebcore <=
external/webkit/WebKit/android/nav/CachedLayer.cpp
21307 target thumb C++: libwebcore <=
external/webkit/WebKit/android/nav/CachedNode.cpp
```

```
21308 target thumb C++: libwebcore <=
external/webkit/WebKit/android/nav/CachedRoot.cpp
21309 target thumb C++: libwebcore <=
external/webkit/WebKit/android/nav/FindCanvas.cpp
21310 In file included from external/icu4c/common/unicode/utypes.h:38,
21311                 from external/icu4c/common/unicode/uchar.h:26,
21312                 from
external/webkit/JavaScriptCore/wtf/unicode/icu/UnicodeIcu.h:27,
21313                 from
external/webkit/JavaScriptCore/wtf/unicode/Unicode.h:31,
21314                 from
external/webkit/JavaScriptCore/wtf/StringHashFunctions.h:23,
21315                 from
external/webkit/WebCore/platform/text/StringImpl.h:32,
21316                 from
external/webkit/WebCore/platform/text/AtomicStringImpl.h:24,
21317                 from
external/webkit/WebCore/platform/text/AtomicString.h:24,
21318                 from
external/webkit/WebCore/platform/text/StringHash.h:25,
21319                 from
external/webkit/WebCore/platform/graphics/android/LayerAndroid.h:25,
21320                 from
external/webkit/WebKit/android/nav/FindCanvas.cpp:30:
21321 external/icu4c/common/unicode/uversion.h:113:1: warning:
"U_NAMESPACE_BEGIN" redefined
21322 In file included from
external/webkit/WebKit/android/nav/FindCanvas.h:36,
21323                 from
external/webkit/WebKit/android/nav/FindCanvas.cpp:29:
21324 external/webkit/WebCore/icu/unicode/umachine.h:135:1: warning: this is
the location of the previous definition
21325 In file included from external/icu4c/common/unicode/utypes.h:38,
21326                 from external/icu4c/common/unicode/uchar.h:26,
21327                 from
external/webkit/JavaScriptCore/wtf/unicode/icu/UnicodeIcu.h:27,
21328                 from
external/webkit/JavaScriptCore/wtf/unicode/Unicode.h:31,
21329                 from
external/webkit/JavaScriptCore/wtf/StringHashFunctions.h:23,
21330                 from
external/webkit/WebCore/platform/text/StringImpl.h:32,
21331                 from
external/webkit/WebCore/platform/text/AtomicStringImpl.h:24,
21332                 from
external/webkit/WebCore/platform/text/AtomicString.h:24,
21333                 from
external/webkit/WebCore/platform/text/StringHash.h:25,
21334                 from
external/webkit/WebCore/platform/graphics/android/LayerAndroid.h:25,
21335                 from
external/webkit/WebKit/android/nav/FindCanvas.cpp:30:
21336 external/icu4c/common/unicode/uversion.h:114:1: warning:
"U_NAMESPACE_END" redefined
21337 In file included from
external/webkit/WebKit/android/nav/FindCanvas.h:36,
```

```
21338                    from
external/webkit/WebKit/android/nav/FindCanvas.cpp:29:
21339 external/webkit/WebCore/icu/unicode/umachine.h:136:1: warning: this is
the location of the previous definition
21340 target thumb C++: libwebcore <=
external/webkit/WebKit/android/nav/SelectText.cpp
21341 target thumb C++: libwebcore <=
external/webkit/WebKit/android/nav/WebView.cpp
21342 target thumb C++: libwebcore <=
external/webkit/WebKit/android/plugins/ANPBitmapInterface.cpp
21343 target thumb C++: libwebcore <=
external/webkit/WebKit/android/plugins/ANPCanvasInterface.cpp
21344 target thumb C++: libwebcore <=
external/webkit/WebKit/android/plugins/ANPEventInterface.cpp
21345 target thumb C++: libwebcore <=
external/webkit/WebKit/android/plugins/ANPLogInterface.cpp
21346 target thumb C++: libwebcore <=
external/webkit/WebKit/android/plugins/ANPMatrixInterface.cpp
21347 target thumb C++: libwebcore <=
external/webkit/WebKit/android/plugins/ANPPaintInterface.cpp
21348 target thumb C++: libwebcore <=
external/webkit/WebKit/android/plugins/ANPPathInterface.cpp
21349 target thumb C++: libwebcore <=
external/webkit/WebKit/android/plugins/ANPSoundInterface.cpp
21350 target thumb C++: libwebcore <=
external/webkit/WebKit/android/plugins/ANPSurfaceInterface.cpp
21351 target thumb C++: libwebcore <=
external/webkit/WebKit/android/plugins/ANPSystemInterface.cpp
21352 target thumb C++: libwebcore <=
external/webkit/WebKit/android/plugins/ANPTypefaceInterface.cpp
21353 target thumb C++: libwebcore <=
external/webkit/WebKit/android/plugins/ANPWindowInterface.cpp
21354 target thumb C++: libwebcore <=
external/webkit/WebKit/android/plugins/PluginDebugAndroid.cpp
21355 target thumb C++: libwebcore <=
external/webkit/WebKit/android/plugins/PluginTimer.cpp
21356 target thumb C++: libwebcore <=
external/webkit/WebKit/android/plugins/PluginViewBridgeAndroid.cpp
21357 target thumb C++: libwebcore <=
external/webkit/WebKit/android/plugins/PluginWidgetAndroid.cpp
21358 target thumb C++: libwebcore <=
external/webkit/WebKit/android/plugins/SkANP.cpp
21359 target thumb C++: libwebcore <=
external/webkit/WebKit/android/wds/Command.cpp
21360 target thumb C++: libwebcore <=
external/webkit/WebKit/android/wds/Connection.cpp
21361 target thumb C++: libwebcore <=
external/webkit/WebKit/android/wds/DebugServer.cpp
21362 target thumb C++: libwebcore <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libwebcore_intermediates/WebCo
re/CSSGrammar.cpp
21363 target thumb C++: libwebcore <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libwebcore_intermediates/WebCo
re/css/UserAgentStyleSheets.cpp
21364 target thumb C++: libwebcore <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libwebcore_intermediates/WebCo
re/XMLNSNames.cpp
```

```
21365 target thumb C++: libwebcore <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libwebcore_intermediates/WebCo
re/XMLNames.cpp
21366 target thumb C++: libwebcore <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libwebcore_intermediates/WebCo
re/HTMLNames.cpp
21367 target thumb C++: libwebcore <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libwebcore_intermediates/WebCo
re/HTMLElementFactory.cpp
21368 target thumb C++: libwebcore <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libwebcore_intermediates/WebCo
re/V8HTMLElementWrapperFactory.cpp
21369 target thumb C: libwebcore <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libwebcore_intermediates/WebCo
re/html/HTMLEntityNames.c
21370 target thumb C: libwebcore <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libwebcore_intermediates/WebCo
re/platform/ColorData.c
21371 Install: out/target/product/crespo/system/usr/keychars/cypress-
touchkey.kcm.bin
21372 Install: out/target/product/crespo/system/usr/keychars/qwerty.kcm.bin
21373 Install: out/target/product/crespo/system/usr/keychars/qwerty2.kcm.bin
21374 Install: out/target/product/crespo/system/usr/keychars/s3c-
keypad.kcm.bin
21375 Install:
out/target/product/crespo/system/vendor/firmware/fw_bcm4329.bin
21376 Install:
out/target/product/crespo/system/vendor/firmware/fw_bcm4329_apsta.bin
21377 Aidl: ApiDemos <=
development/samples/ApiDemos/src/com/example/android/apis/app/IRemoteService.
aidl
21378 Aidl: ApiDemos <=
development/samples/ApiDemos/src/com/example/android/apis/app/IRemoteServiceC
allback.aidl
21379 Aidl: ApiDemos <=
development/samples/ApiDemos/src/com/example/android/apis/app/ISecondary.aidl
21380 target Java: PartialSuggestions
(out/target/common/obj/APPS/PartialSuggestions_intermediates/classes)
21381 target Java: SlowSuggestions
(out/target/common/obj/APPS/SlowSuggestions_intermediates/classes)
21382 target Java: SpammySuggestions
(out/target/common/obj/APPS/SpammySuggestions_intermediates/classes)
21383 Target userdata fs image: out/target/product/crespo/userdata.img
21384 host Java: droiddoc
(out/host/common/obj/JAVA_LIBRARIES/droiddoc_intermediates/classes)
21385 in mkuserimg.sh PATH=out/host/linux-x86/bin/:/usr/lib/jvm/java-6-
sun/bin:/home/ubuntu/bin:/usr/local/sbin:/usr/local/bin:/usr/sbin:/usr/bin:/s
bin:/bin:/usr/games:/home/ubuntu/android/out/host/linux-
x86/bin:/home/ubuntu/android/prebuilt/linux-x86/toolchain/arm-eabi-
4.4.3/bin:/home/ubuntu/android/development/emulator/qtools:/home/ubuntu/andro
id/prebuilt/linux-x86/toolchain/arm-eabi-
4.4.3/bin:/home/ubuntu/android/prebuilt/linux-x86/toolchain/arm-eabi-
4.4.3/bin
21386 make_ext4fs -l 1073741824 -a data
out/target/product/crespo/userdata.img out/target/product/crespo/data
21387 Install: out/host/linux-x86/lib/libneo_cgi.so
```

21388 Copying:
out/target/common/obj/JAVA_LIBRARIES/core_intermediates/classes.jar
21389 Install: out/host/linux-x86/bin/dx
21390 target R.java/Manifest.java: framework-res
(out/target/common/obj/APPS/framework-res_intermediates/src/R.stamp)
21391 Install: out/host/linux-x86/bin/apicheck
21392 host SharedLib: libSR_Grammar (out/host/linux-
x86/obj/lib/libSR_Grammar.so)
21393 host SharedLib: libSR_Nametag (out/host/linux-
x86/obj/lib/libSR_Nametag.so)
21394 Install: out/host/linux-x86/lib/libSR_EventLog.so
21395 Install: out/host/linux-x86/lib/libSR_Core.so
21396 Install: out/host/linux-x86/lib/libSR_G2P.so
21397 Install: out/host/linux-x86/lib/libSR_Semproc.so
21398 Install: out/host/linux-x86/lib/libSR_Vocabulary.so
21399 host SharedLib: libSR_Recognizer (out/host/linux-
x86/obj/lib/libSR_Recognizer.so)
21400 Install: out/host/linux-x86/bin/apkcheck
21401 host SharedLib: libicuuc (out/host/linux-x86/obj/lib/libicuuc.so)
21402 host StaticLib: libjavacore-host (out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-host_intermediates/libjavacore-host.a)
21403 echo out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/dalvik/src/main/native/dalvik_system_TouchDex.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/dalvik/src/main/native/org_apache_harmony_dalvik_NativeTes
tTarget.o out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/AsynchronousSocketCloseMonitor.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/ErrorCode.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/ICU.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/JniConstants.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/JniException.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/NativeBN.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/NativeBidi.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/NativeBreakIterator.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/NativeCollation.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/NativeConverter.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/NativeCrypto.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/NativeDecimalFormat.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/NativeIDN.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/NativeNormalizer.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/NativePluralRules.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/NetworkUtilities.o out/host/linux-

x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/Register.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/TimeZones.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/cbigint.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_io_Console.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_io_File.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_io_FileDescriptor.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_io_ObjectInputStream.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_io_ObjectOutputStream.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_io_ObjectStreamClass.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_lang_Character.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_lang_Double.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_lang_Float.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_lang_Math.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_lang_ProcessManager.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_lang_RealToString.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_lang_StrictMath.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_lang_System.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_net_InetAddress.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_net_NetworkInterface.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_nio_ByteOrder.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_nio_charset_Charsets.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_util_regex_Matcher.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_util_regex_Pattern.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_util_zip_Adler32.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_util_zip_CRC32.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_util_zip_Deflater.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/java_util_zip_Inflater.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/libcore_io_IoUtils.o out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-

host_intermediates/luni/src/main/native/org_apache_harmony_luni_platform_OSFi
leSystem.o out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/org_apache_harmony_luni_platform_OSMe
mory.o out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/org_apache_harmony_luni_platform_OSNe
tworkSystem.o out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/org_apache_harmony_luni_util_Floating
PointParser.o out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/org_apache_harmony_xml_ExpatParser.o
out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/luni/src/main/native/valueOf.o | xargs ar crsP
out/host/linux-x86/obj/STATIC_LIBRARIES/libjavacore-
host_intermediates/libjavacore-host.a
21404 Install: out/host/linux-x86/lib/libicuuc.so
21405 Install: out/host/linux-x86/bin/dexdeps
21406 Install: out/host/linux-x86/bin/emulator
21407 Copy: jasmin (out/host/linux-
x86/obj/EXECUTABLES/jasmin_intermediates/jasmin)
21408 host C++: mksnapshot <= external/v8/src/accessors.cc
21409 Note: Some input files use unchecked or unsafe operations.
21410 Note: Recompile with -Xlint:unchecked for details.
21411 host C++: mksnapshot <= external/v8/src/allocation.cc
21412 host C++: mksnapshot <= external/v8/src/api.cc
21413 host C++: mksnapshot <= external/v8/src/assembler.cc
21414 host C++: mksnapshot <= external/v8/src/ast.cc
21415 Creating filesystem with parameters:
21416     Size: 1073741824
21417     Block size: 4096
21418     Blocks per group: 32768
21419     Inodes per group: 8192
21420     Inode size: 256
21421     Journal blocks: 4096
21422     Label:
21423     Blocks: 262144
21424     Block groups: 8
21425     Reserved block group size: 63
21426 Created filesystem with 10/65536 inodes and 8535/262144 blocks
21427 out/target/product/crespo/userdata.img total size is 19247552
21428 host C++: mksnapshot <= external/v8/src/bootstrapper.cc
21429 host C++: mksnapshot <= external/v8/src/builtins.cc
21430 host C++: mksnapshot <= external/v8/src/checks.cc
21431 host C++: mksnapshot <= external/v8/src/code-stubs.cc
21432 host C++: mksnapshot <= external/v8/src/codegen.cc
21433 host C++: mksnapshot <= external/v8/src/compilation-cache.cc
21434 host C++: mksnapshot <= external/v8/src/compiler.cc
21435 host C++: mksnapshot <= external/v8/src/contexts.cc
21436 host C++: mksnapshot <= external/v8/src/conversions.cc
21437 host C++: mksnapshot <= external/v8/src/counters.cc
21438 host C++: mksnapshot <= external/v8/src/data-flow.cc
21439 host C++: mksnapshot <= external/v8/src/dateparser.cc
21440 host C++: mksnapshot <= external/v8/src/debug.cc
21441 host C++: mksnapshot <= external/v8/src/debug-agent.cc
21442 host C++: mksnapshot <= external/v8/src/disassembler.cc
21443 host C++: mksnapshot <= external/v8/src/execution.cc
21444 host C++: mksnapshot <= external/v8/src/factory.cc
21445 host C++: mksnapshot <= external/v8/src/fast-codegen.cc
21446 host C++: mksnapshot <= external/v8/src/flags.cc

```
21447 host C++: mksnapshot <= external/v8/src/frame-element.cc
21448 host C++: mksnapshot <= external/v8/src/frames.cc
21449 host C++: mksnapshot <= external/v8/src/full-codegen.cc
21450 frameworks/base/core/res/AndroidManifest.xml:1143: warning: No comment
for public symbol android:permission/MASTER_CLEAR
21451 frameworks/base/core/res/AndroidManifest.xml:826: warning: No comment
for public symbol android:permission/SUBSCRIBED_FEEDS_WRITE
21452 frameworks/base/core/res/res/values/public.xml:927: warning: No comment
for public symbol android:anim/accelerate_decelerate_interpolator
21453 frameworks/base/core/res/res/values/public.xml:928: warning: No comment
for public symbol android:anim/accelerate_interpolator
21454 frameworks/base/core/res/res/values/public.xml:1143: warning: No
comment for public symbol android:anim/anticipate_interpolator
21455 frameworks/base/core/res/res/values/public.xml:1145: warning: No
comment for public symbol android:anim/anticipate_overshoot_interpolator
21456 frameworks/base/core/res/res/values/public.xml:1146: warning: No
comment for public symbol android:anim/bounce_interpolator
21457 frameworks/base/core/res/res/values/public.xml:1245: warning: No
comment for public symbol android:anim/cycle_interpolator
21458 frameworks/base/core/res/res/values/public.xml:929: warning: No comment
for public symbol android:anim/decelerate_interpolator
21459 frameworks/base/core/res/res/values/public.xml:923: warning: No comment
for public symbol android:anim/fade_in
21460 frameworks/base/core/res/res/values/public.xml:924: warning: No comment
for public symbol android:anim/fade_out
21461 frameworks/base/core/res/res/values/public.xml:1147: warning: No
comment for public symbol android:anim/linear_interpolator
21462 frameworks/base/core/res/res/values/public.xml:1144: warning: No
comment for public symbol android:anim/overshoot_interpolator
21463 frameworks/base/core/res/res/values/public.xml:925: warning: No comment
for public symbol android:anim/slide_in_left
21464 frameworks/base/core/res/res/values/public.xml:926: warning: No comment
for public symbol android:anim/slide_out_right
21465 frameworks/base/core/res/res/values/public.xml:127: warning: No comment
for public symbol android:attr/alertDialogStyle
21466 frameworks/base/core/res/res/values/public.xml:450: warning: No comment
for public symbol android:attr/angle
21467 frameworks/base/core/res/res/values/public.xml:466: warning: No comment
for public symbol android:attr/bottom
21468 frameworks/base/core/res/res/values/public.xml:239: warning: No comment
for public symbol android:attr/bottomBright
21469 frameworks/base/core/res/res/values/public.xml:235: warning: No comment
for public symbol android:attr/bottomDark
21470 frameworks/base/core/res/res/values/public.xml:461: warning: No comment
for public symbol android:attr/bottomLeftRadius
21471 frameworks/base/core/res/res/values/public.xml:240: warning: No comment
for public symbol android:attr/bottomMedium
21472 frameworks/base/core/res/res/values/public.xml:462: warning: No comment
for public symbol android:attr/bottomRightRadius
21473 frameworks/base/core/res/res/values/public.xml:238: warning: No comment
for public symbol android:attr/centerBright
21474 frameworks/base/core/res/res/values/public.xml:234: warning: No comment
for public symbol android:attr/centerDark
21475 frameworks/base/core/res/res/values/public.xml:241: warning: No comment
for public symbol android:attr/centerMedium
21476 frameworks/base/core/res/res/values/public.xml:452: warning: No comment
for public symbol android:attr/centerX
```

21477 frameworks/base/core/res/res/values/public.xml:453: warning: No comment for public symbol android:attr/centerY
21478 frameworks/base/core/res/res/values/public.xml:455: warning: No comment for public symbol android:attr/color
21479 frameworks/base/core/res/res/values/public.xml:313: warning: No comment for public symbol android:attr/columnWidth
21480 frameworks/base/core/res/res/values/public.xml:502: warning: No comment for public symbol android:attr/cycles
21481 frameworks/base/core/res/res/values/public.xml:457: warning: No comment for public symbol android:attr/dashGap
21482 frameworks/base/core/res/res/values/public.xml:456: warning: No comment for public symbol android:attr/dashWidth
21483 frameworks/base/core/res/res/values/public.xml:292: warning: No comment for public symbol android:attr/dial
21484 frameworks/base/core/res/res/values/public.xml:448: warning: No comment for public symbol android:attr/endColor
21485 frameworks/base/core/res/res/values/public.xml:411: warning: No comment for public symbol android:attr/flipInterval
21486 frameworks/base/core/res/res/values/public.xml:492: warning: No comment for public symbol android:attr/fromAlpha
21487 frameworks/base/core/res/res/values/public.xml:469: warning: No comment for public symbol android:attr/fromDegrees
21488 frameworks/base/core/res/res/values/public.xml:488: warning: No comment for public symbol android:attr/fromXDelta
21489 frameworks/base/core/res/res/values/public.xml:484: warning: No comment for public symbol android:attr/fromXScale
21490 frameworks/base/core/res/res/values/public.xml:490: warning: No comment for public symbol android:attr/fromYDelta
21491 frameworks/base/core/res/res/values/public.xml:486: warning: No comment for public symbol android:attr/fromYScale
21492 frameworks/base/core/res/res/values/public.xml:236: warning: No comment for public symbol android:attr/fullBright
21493 frameworks/base/core/res/res/values/public.xml:232: warning: No comment for public symbol android:attr/fullDark
21494 frameworks/base/core/res/res/values/public.xml:454: warning: No comment for public symbol android:attr/gradientRadius
21495 frameworks/base/core/res/res/values/public.xml:293: warning: No comment for public symbol android:attr/hand_hour
21496 frameworks/base/core/res/res/values/public.xml:294: warning: No comment for public symbol android:attr/hand_minute
21497 frameworks/base/core/res/res/values/public.xml:310: warning: No comment for public symbol android:attr/horizontalSpacing
21498 frameworks/base/core/res/res/values/public.xml:409: warning: No comment for public symbol android:attr/inAnimation
21499 frameworks/base/core/res/res/values/public.xml:476: warning: No comment for public symbol android:attr/insetBottom
21500 frameworks/base/core/res/res/values/public.xml:473: warning: No comment for public symbol android:attr/insetLeft
21501 frameworks/base/core/res/res/values/public.xml:474: warning: No comment for public symbol android:attr/insetRight
21502 frameworks/base/core/res/res/values/public.xml:475: warning: No comment for public symbol android:attr/insetTop
21503 frameworks/base/core/res/res/values/public.xml:355: warning: No comment for public symbol android:attr/interpolator
21504 frameworks/base/core/res/res/values/public.xml:437: warning: No comment for public symbol android:attr/layout_scale

21505 frameworks/base/core/res/res/values/public.xml:419: warning: No comment
for public symbol android:attr/layout_weight
21506 frameworks/base/core/res/res/values/public.xml:417: warning: No comment
for public symbol android:attr/layout_x
21507 frameworks/base/core/res/res/values/public.xml:418: warning: No comment
for public symbol android:attr/layout_y
21508 frameworks/base/core/res/res/values/public.xml:463: warning: No comment
for public symbol android:attr/left
21509 frameworks/base/core/res/res/values/public.xml:566: warning: No comment
for public symbol android:attr/listDivider
21510 frameworks/base/core/res/res/values/public.xml:354: warning: No comment
for public symbol android:attr/minHeight
21511 frameworks/base/core/res/res/values/public.xml:353: warning: No comment
for public symbol android:attr/minWidth
21512 frameworks/base/core/res/res/values/public.xml:416: warning: No comment
for public symbol android:attr/mode
21513 frameworks/base/core/res/res/values/public.xml:314: warning: No comment
for public symbol android:attr/numColumns
21514 frameworks/base/core/res/res/values/public.xml:410: warning: No comment
for public symbol android:attr/outAnimation
21515 frameworks/base/core/res/res/values/public.xml:471: warning: No comment
for public symbol android:attr/pivotX
21516 frameworks/base/core/res/res/values/public.xml:472: warning: No comment
for public symbol android:attr/pivotY
21517 frameworks/base/core/res/res/values/public.xml:1262: warning: No
comment for public symbol android:attr/popupAnimationStyle
21518 frameworks/base/core/res/res/values/public.xml:408: warning: No comment
for public symbol android:attr/popupBackground
21519 frameworks/base/core/res/res/values/public.xml:458: warning: No comment
for public symbol android:attr/radius
21520 frameworks/base/core/res/res/values/public.xml:465: warning: No comment
for public symbol android:attr/right
21521 frameworks/base/core/res/res/values/public.xml:444: warning: No comment
for public symbol android:attr/shape
21522 frameworks/base/core/res/res/values/public.xml:477: warning: No comment
for public symbol android:attr/shareInterpolator
21523 frameworks/base/core/res/res/values/public.xml:309: warning: No comment
for public symbol android:attr/spacing
21524 frameworks/base/core/res/res/values/public.xml:447: warning: No comment
for public symbol android:attr/startColor
21525 frameworks/base/core/res/res/values/public.xml:312: warning: No comment
for public symbol android:attr/stretchMode
21526 frameworks/base/core/res/res/values/public.xml:1167: warning: No
comment for public symbol android:attr/supportsUploading
21527 frameworks/base/core/res/res/values/public.xml:105: warning: No comment
for public symbol android:attr/textCheckMarkInverse
21528 frameworks/base/core/res/res/values/public.xml:493: warning: No comment
for public symbol android:attr/toAlpha
21529 frameworks/base/core/res/res/values/public.xml:470: warning: No comment
for public symbol android:attr/toDegrees
21530 frameworks/base/core/res/res/values/public.xml:489: warning: No comment
for public symbol android:attr/toXDelta
21531 frameworks/base/core/res/res/values/public.xml:485: warning: No comment
for public symbol android:attr/toXScale
21532 frameworks/base/core/res/res/values/public.xml:491: warning: No comment
for public symbol android:attr/toYDelta

21533 frameworks/base/core/res/res/values/public.xml:487: warning: No comment
for public symbol android:attr/toYScale
21534 frameworks/base/core/res/res/values/public.xml:464: warning: No comment
for public symbol android:attr/top
21535 frameworks/base/core/res/res/values/public.xml:237: warning: No comment
for public symbol android:attr/topBright
21536 frameworks/base/core/res/res/values/public.xml:233: warning: No comment
for public symbol android:attr/topDark
21537 frameworks/base/core/res/res/values/public.xml:459: warning: No comment
for public symbol android:attr/topLeftRadius
21538 frameworks/base/core/res/res/values/public.xml:460: warning: No comment
for public symbol android:attr/topRightRadius
21539 frameworks/base/core/res/res/values/public.xml:451: warning: No comment
for public symbol android:attr/type
21540 frameworks/base/core/res/res/values/public.xml:449: warning: No comment
for public symbol android:attr/useLevel
21541 frameworks/base/core/res/res/values/public.xml:1157: warning: No
comment for public symbol android:attr/userVisible
21542 frameworks/base/core/res/res/values/public.xml:311: warning: No comment
for public symbol android:attr/verticalSpacing
21543 frameworks/base/core/res/res/values/public.xml:729: warning: No comment
for public symbol android:color/background_dark
21544 frameworks/base/core/res/res/values/public.xml:730: warning: No comment
for public symbol android:color/background_light
21545 frameworks/base/core/res/res/values/public.xml:727: warning: No comment
for public symbol android:color/black
21546 frameworks/base/core/res/res/values/public.xml:715: warning: No comment
for public symbol android:color/darker_gray
21547 frameworks/base/core/res/res/values/public.xml:716: warning: No comment
for public symbol android:color/primary_text_dark
21548 frameworks/base/core/res/res/values/public.xml:717: warning: No comment
for public symbol android:color/primary_text_dark_nodisable
21549 frameworks/base/core/res/res/values/public.xml:718: warning: No comment
for public symbol android:color/primary_text_light
21550 frameworks/base/core/res/res/values/public.xml:719: warning: No comment
for public symbol android:color/primary_text_light_nodisable
21551 frameworks/base/core/res/res/values/public.xml:720: warning: No comment
for public symbol android:color/secondary_text_dark
21552 frameworks/base/core/res/res/values/public.xml:721: warning: No comment
for public symbol android:color/secondary_text_dark_nodisable
21553 frameworks/base/core/res/res/values/public.xml:722: warning: No comment
for public symbol android:color/secondary_text_light
21554 frameworks/base/core/res/res/values/public.xml:723: warning: No comment
for public symbol android:color/secondary_text_light_nodisable
21555 frameworks/base/core/res/res/values/public.xml:724: warning: No comment
for public symbol android:color/tab_indicator_text
21556 frameworks/base/core/res/res/values/public.xml:731: warning: No comment
for public symbol android:color/tertiary_text_dark
21557 frameworks/base/core/res/res/values/public.xml:732: warning: No comment
for public symbol android:color/tertiary_text_light
21558 frameworks/base/core/res/res/values/public.xml:728: warning: No comment
for public symbol android:color/transparent
21559 frameworks/base/core/res/res/values/public.xml:726: warning: No comment
for public symbol android:color/white
21560 frameworks/base/core/res/res/values/public.xml:725: warning: No comment
for public symbol android:color/widget_edittext_dark

21561 frameworks/base/core/res/res/values/public.xml:740: warning: No comment
for public symbol android:drawable/alert_dark_frame
21562 frameworks/base/core/res/res/values/public.xml:741: warning: No comment
for public symbol android:drawable/alert_light_frame
21563 frameworks/base/core/res/res/values/public.xml:742: warning: No comment
for public symbol android:drawable/arrow_down_float
21564 frameworks/base/core/res/res/values/public.xml:743: warning: No comment
for public symbol android:drawable/arrow_up_float
21565 frameworks/base/core/res/res/values/public.xml:897: warning: No comment
for public symbol android:drawable/bottom_bar
21566 frameworks/base/core/res/res/values/public.xml:744: warning: No comment
for public symbol android:drawable/btn_default
21567 frameworks/base/core/res/res/values/public.xml:745: warning: No comment
for public symbol android:drawable/btn_default_small
21568 frameworks/base/core/res/res/values/public.xml:763: warning: No comment
for public symbol android:drawable/btn_dialog
21569 frameworks/base/core/res/res/values/public.xml:746: warning: No comment
for public symbol android:drawable/btn_dropdown
21570 frameworks/base/core/res/res/values/public.xml:747: warning: No comment
for public symbol android:drawable/btn_minus
21571 frameworks/base/core/res/res/values/public.xml:748: warning: No comment
for public symbol android:drawable/btn_plus
21572 frameworks/base/core/res/res/values/public.xml:749: warning: No comment
for public symbol android:drawable/btn_radio
21573 frameworks/base/core/res/res/values/public.xml:750: warning: No comment
for public symbol android:drawable/btn_star
21574 frameworks/base/core/res/res/values/public.xml:751: warning: No comment
for public symbol android:drawable/btn_star_big_off
21575 frameworks/base/core/res/res/values/public.xml:752: warning: No comment
for public symbol android:drawable/btn_star_big_on
21576 frameworks/base/core/res/res/values/public.xml:754: warning: No comment
for public symbol android:drawable/button_onoff_indicator_off
21577 frameworks/base/core/res/res/values/public.xml:753: warning: No comment
for public symbol android:drawable/button_onoff_indicator_on
21578 frameworks/base/core/res/res/values/public.xml:755: warning: No comment
for public symbol android:drawable/checkbox_off_background
21579 frameworks/base/core/res/res/values/public.xml:756: warning: No comment
for public symbol android:drawable/checkbox_on_background
21580 frameworks/base/core/res/res/values/public.xml:757: warning: No comment
for public symbol android:drawable/dialog_frame
21581 frameworks/base/core/res/res/values/public.xml:758: warning: No comment
for public symbol android:drawable/divider_horizontal_bright
21582 frameworks/base/core/res/res/values/public.xml:760: warning: No comment
for public symbol android:drawable/divider_horizontal_dark
21583 frameworks/base/core/res/res/values/public.xml:761: warning: No comment
for public symbol android:drawable/divider_horizontal_dim_dark
21584 frameworks/base/core/res/res/values/public.xml:759: warning: No comment
for public symbol android:drawable/divider_horizontal_textfield
21585 frameworks/base/core/res/res/values/public.xml:762: warning: No comment
for public symbol android:drawable/edit_text
21586 frameworks/base/core/res/res/values/public.xml:764: warning: No comment
for public symbol android:drawable/editbox_background
21587 frameworks/base/core/res/res/values/public.xml:765: warning: No comment
for public symbol android:drawable/editbox_background_normal
21588 frameworks/base/core/res/res/values/public.xml:766: warning: No comment
for public symbol android:drawable/editbox_dropdown_dark_frame

21589 frameworks/base/core/res/res/values/public.xml:767: warning: No comment for public symbol android:drawable/editbox_dropdown_light_frame
21590 frameworks/base/core/res/res/values/public.xml:768: warning: No comment for public symbol android:drawable/gallery_thumb
21591 frameworks/base/core/res/res/values/public.xml:1080: warning: No comment for public symbol android:drawable/ic_btn_speak_now
21592 frameworks/base/core/res/res/values/public.xml:769: warning: No comment for public symbol android:drawable/ic_delete
21593 frameworks/base/core/res/res/values/public.xml:779: warning: No comment for public symbol android:drawable/ic_dialog_alert
21594 frameworks/base/core/res/res/values/public.xml:780: warning: No comment for public symbol android:drawable/ic_dialog_dialer
21595 frameworks/base/core/res/res/values/public.xml:781: warning: No comment for public symbol android:drawable/ic_dialog_email
21596 frameworks/base/core/res/res/values/public.xml:898: warning: No comment for public symbol android:drawable/ic_dialog_info
21597 frameworks/base/core/res/res/values/public.xml:782: warning: No comment for public symbol android:drawable/ic_dialog_map
21598 frameworks/base/core/res/res/values/public.xml:783: warning: No comment for public symbol android:drawable/ic_input_add
21599 frameworks/base/core/res/res/values/public.xml:784: warning: No comment for public symbol android:drawable/ic_input_delete
21600 frameworks/base/core/res/res/values/public.xml:785: warning: No comment for public symbol android:drawable/ic_input_get
21601 frameworks/base/core/res/res/values/public.xml:786: warning: No comment for public symbol android:drawable/ic_lock_idle_alarm
21602 frameworks/base/core/res/res/values/public.xml:770: warning: No comment for public symbol android:drawable/ic_lock_idle_charging
21603 frameworks/base/core/res/res/values/public.xml:771: warning: No comment for public symbol android:drawable/ic_lock_idle_lock
21604 frameworks/base/core/res/res/values/public.xml:772: warning: No comment for public symbol android:drawable/ic_lock_idle_low_battery
21605 frameworks/base/core/res/res/values/public.xml:787: warning: No comment for public symbol android:drawable/ic_lock_lock
21606 frameworks/base/core/res/res/values/public.xml:788: warning: No comment for public symbol android:drawable/ic_lock_power_off
21607 frameworks/base/core/res/res/values/public.xml:789: warning: No comment for public symbol android:drawable/ic_lock_silent_mode
21608 frameworks/base/core/res/res/values/public.xml:790: warning: No comment for public symbol android:drawable/ic_lock_silent_mode_off
21609 frameworks/base/core/res/res/values/public.xml:773: warning: No comment for public symbol android:drawable/ic_media_ff
21610 frameworks/base/core/res/res/values/public.xml:774: warning: No comment for public symbol android:drawable/ic_media_next
21611 frameworks/base/core/res/res/values/public.xml:775: warning: No comment for public symbol android:drawable/ic_media_pause
21612 frameworks/base/core/res/res/values/public.xml:776: warning: No comment for public symbol android:drawable/ic_media_play
21613 frameworks/base/core/res/res/values/public.xml:777: warning: No comment for public symbol android:drawable/ic_media_previous
21614 frameworks/base/core/res/res/values/public.xml:778: warning: No comment for public symbol android:drawable/ic_media_rew
21615 frameworks/base/core/res/res/values/public.xml:791: warning: No comment for public symbol android:drawable/ic_menu_add
21616 frameworks/base/core/res/res/values/public.xml:792: warning: No comment for public symbol android:drawable/ic_menu_agenda

21617 frameworks/base/core/res/res/values/public.xml:793: warning: No comment
for public symbol android:drawable/ic_menu_always_landscape_portrait
21618 frameworks/base/core/res/res/values/public.xml:794: warning: No comment
for public symbol android:drawable/ic_menu_call
21619 frameworks/base/core/res/res/values/public.xml:795: warning: No comment
for public symbol android:drawable/ic_menu_camera
21620 frameworks/base/core/res/res/values/public.xml:796: warning: No comment
for public symbol android:drawable/ic_menu_close_clear_cancel
21621 frameworks/base/core/res/res/values/public.xml:797: warning: No comment
for public symbol android:drawable/ic_menu_compass
21622 frameworks/base/core/res/res/values/public.xml:798: warning: No comment
for public symbol android:drawable/ic_menu_crop
21623 frameworks/base/core/res/res/values/public.xml:799: warning: No comment
for public symbol android:drawable/ic_menu_day
21624 frameworks/base/core/res/res/values/public.xml:800: warning: No comment
for public symbol android:drawable/ic_menu_delete
21625 frameworks/base/core/res/res/values/public.xml:801: warning: No comment
for public symbol android:drawable/ic_menu_directions
21626 frameworks/base/core/res/res/values/public.xml:802: warning: No comment
for public symbol android:drawable/ic_menu_edit
21627 frameworks/base/core/res/res/values/public.xml:803: warning: No comment
for public symbol android:drawable/ic_menu_gallery
21628 frameworks/base/core/res/res/values/public.xml:804: warning: No comment
for public symbol android:drawable/ic_menu_help
21629 frameworks/base/core/res/res/values/public.xml:805: warning: No comment
for public symbol android:drawable/ic_menu_info_details
21630 frameworks/base/core/res/res/values/public.xml:806: warning: No comment
for public symbol android:drawable/ic_menu_manage
21631 frameworks/base/core/res/res/values/public.xml:807: warning: No comment
for public symbol android:drawable/ic_menu_mapmode
21632 frameworks/base/core/res/res/values/public.xml:808: warning: No comment
for public symbol android:drawable/ic_menu_month
21633 frameworks/base/core/res/res/values/public.xml:809: warning: No comment
for public symbol android:drawable/ic_menu_more
21634 frameworks/base/core/res/res/values/public.xml:810: warning: No comment
for public symbol android:drawable/ic_menu_my_calendar
21635 frameworks/base/core/res/res/values/public.xml:811: warning: No comment
for public symbol android:drawable/ic_menu_mylocation
21636 frameworks/base/core/res/res/values/public.xml:812: warning: No comment
for public symbol android:drawable/ic_menu_myplaces
21637 frameworks/base/core/res/res/values/public.xml:813: warning: No comment
for public symbol android:drawable/ic_menu_preferences
21638 frameworks/base/core/res/res/values/public.xml:814: warning: No comment
for public symbol android:drawable/ic_menu_recent_history
21639 frameworks/base/core/res/res/values/public.xml:815: warning: No comment
for public symbol android:drawable/ic_menu_report_image
21640 frameworks/base/core/res/res/values/public.xml:816: warning: No comment
for public symbol android:drawable/ic_menu_revert
21641 frameworks/base/core/res/res/values/public.xml:817: warning: No comment
for public symbol android:drawable/ic_menu_rotate
21642 frameworks/base/core/res/res/values/public.xml:818: warning: No comment
for public symbol android:drawable/ic_menu_save
21643 frameworks/base/core/res/res/values/public.xml:819: warning: No comment
for public symbol android:drawable/ic_menu_search
21644 frameworks/base/core/res/res/values/public.xml:820: warning: No comment
for public symbol android:drawable/ic_menu_send

```
21645 frameworks/base/core/res/res/values/public.xml:821: warning: No comment
for public symbol android:drawable/ic_menu_set_as
21646 frameworks/base/core/res/res/values/public.xml:822: warning: No comment
for public symbol android:drawable/ic_menu_share
21647 frameworks/base/core/res/res/values/public.xml:823: warning: No comment
for public symbol android:drawable/ic_menu_slideshow
21648 frameworks/base/core/res/res/values/public.xml:899: warning: No comment
for public symbol android:drawable/ic_menu_sort_alphabetically
21649 frameworks/base/core/res/res/values/public.xml:900: warning: No comment
for public symbol android:drawable/ic_menu_sort_by_size
21650 frameworks/base/core/res/res/values/public.xml:824: warning: No comment
for public symbol android:drawable/ic_menu_today
21651 frameworks/base/core/res/res/values/public.xml:825: warning: No comment
for public symbol android:drawable/ic_menu_upload
21652 frameworks/base/core/res/res/values/public.xml:826: warning: No comment
for public symbol android:drawable/ic_menu_upload_you_tube
21653 frameworks/base/core/res/res/values/public.xml:827: warning: No comment
for public symbol android:drawable/ic_menu_view
21654 frameworks/base/core/res/res/values/public.xml:828: warning: No comment
for public symbol android:drawable/ic_menu_week
21655 frameworks/base/core/res/res/values/public.xml:829: warning: No comment
for public symbol android:drawable/ic_menu_zoom
21656 frameworks/base/core/res/res/values/public.xml:830: warning: No comment
for public symbol android:drawable/ic_notification_clear_all
21657 frameworks/base/core/res/res/values/public.xml:831: warning: No comment
for public symbol android:drawable/ic_notification_overlay
21658 frameworks/base/core/res/res/values/public.xml:832: warning: No comment
for public symbol android:drawable/ic_partial_secure
21659 frameworks/base/core/res/res/values/public.xml:833: warning: No comment
for public symbol android:drawable/ic_popup_disk_full
21660 frameworks/base/core/res/res/values/public.xml:834: warning: No comment
for public symbol android:drawable/ic_popup_reminder
21661 frameworks/base/core/res/res/values/public.xml:835: warning: No comment
for public symbol android:drawable/ic_popup_sync
21662 frameworks/base/core/res/res/values/public.xml:836: warning: No comment
for public symbol android:drawable/ic_search_category_default
21663 frameworks/base/core/res/res/values/public.xml:837: warning: No comment
for public symbol android:drawable/ic_secure
21664 frameworks/base/core/res/res/values/public.xml:838: warning: No comment
for public symbol android:drawable/list_selector_background
21665 frameworks/base/core/res/res/values/public.xml:839: warning: No comment
for public symbol android:drawable/menu_frame
21666 frameworks/base/core/res/res/values/public.xml:840: warning: No comment
for public symbol android:drawable/menu_full_frame
21667 frameworks/base/core/res/res/values/public.xml:841: warning: No comment
for public symbol android:drawable/menuitem_background
21668 frameworks/base/core/res/res/values/public.xml:842: warning: No comment
for public symbol android:drawable/picture_frame
21669 frameworks/base/core/res/res/values/public.xml:1270: warning: No
comment for public symbol android:drawable/presence_audio_away
21670 frameworks/base/core/res/res/values/public.xml:1271: warning: No
comment for public symbol android:drawable/presence_audio_busy
21671 frameworks/base/core/res/res/values/public.xml:1272: warning: No
comment for public symbol android:drawable/presence_audio_online
21672 frameworks/base/core/res/res/values/public.xml:843: warning: No comment
for public symbol android:drawable/presence_away
```

21673 frameworks/base/core/res/res/values/public.xml:844: warning: No comment
for public symbol android:drawable/presence_busy
21674 frameworks/base/core/res/res/values/public.xml:845: warning: No comment
for public symbol android:drawable/presence_invisible
21675 frameworks/base/core/res/res/values/public.xml:846: warning: No comment
for public symbol android:drawable/presence_offline
21676 frameworks/base/core/res/res/values/public.xml:847: warning: No comment
for public symbol android:drawable/presence_online
21677 frameworks/base/core/res/res/values/public.xml:1268: warning: No
comment for public symbol android:drawable/presence_video_busy
21678 frameworks/base/core/res/res/values/public.xml:1269: warning: No
comment for public symbol android:drawable/presence_video_online
21679 frameworks/base/core/res/res/values/public.xml:848: warning: No comment
for public symbol android:drawable/progress_horizontal
21680 frameworks/base/core/res/res/values/public.xml:849: warning: No comment
for public symbol android:drawable/progress_indeterminate_horizontal
21681 frameworks/base/core/res/res/values/public.xml:850: warning: No comment
for public symbol android:drawable/radiobutton_off_background
21682 frameworks/base/core/res/res/values/public.xml:851: warning: No comment
for public symbol android:drawable/radiobutton_on_background
21683 frameworks/base/core/res/res/values/public.xml:895: warning: No comment
for public symbol android:drawable/screen_background_dark
21684 frameworks/base/core/res/res/values/public.xml:896: warning: No comment
for public symbol android:drawable/screen_background_light
21685 frameworks/base/core/res/res/values/public.xml:852: warning: No comment
for public symbol android:drawable/spinner_background
21686 frameworks/base/core/res/res/values/public.xml:853: warning: No comment
for public symbol android:drawable/spinner_dropdown_background
21687 frameworks/base/core/res/res/values/public.xml:855: warning: No comment
for public symbol android:drawable/star_big_off
21688 frameworks/base/core/res/res/values/public.xml:854: warning: No comment
for public symbol android:drawable/star_big_on
21689 frameworks/base/core/res/res/values/public.xml:857: warning: No comment
for public symbol android:drawable/star_off
21690 frameworks/base/core/res/res/values/public.xml:856: warning: No comment
for public symbol android:drawable/star_on
21691 frameworks/base/core/res/res/values/public.xml:858: warning: No comment
for public symbol android:drawable/stat_notify_call_mute
21692 frameworks/base/core/res/res/values/public.xml:859: warning: No comment
for public symbol android:drawable/stat_notify_chat
21693 frameworks/base/core/res/res/values/public.xml:860: warning: No comment
for public symbol android:drawable/stat_notify_error
21694 frameworks/base/core/res/res/values/public.xml:867: warning: No comment
for public symbol android:drawable/stat_notify_missed_call
21695 frameworks/base/core/res/res/values/public.xml:861: warning: No comment
for public symbol android:drawable/stat_notify_more
21696 frameworks/base/core/res/res/values/public.xml:862: warning: No comment
for public symbol android:drawable/stat_notify_sdcard
21697 frameworks/base/core/res/res/values/public.xml:1201: warning: No
comment for public symbol android:drawable/stat_notify_sdcard_prepare
21698 frameworks/base/core/res/res/values/public.xml:863: warning: No comment
for public symbol android:drawable/stat_notify_sdcard_usb
21699 frameworks/base/core/res/res/values/public.xml:864: warning: No comment
for public symbol android:drawable/stat_notify_sync
21700 frameworks/base/core/res/res/values/public.xml:865: warning: No comment
for public symbol android:drawable/stat_notify_sync_noanim

21701 frameworks/base/core/res/res/values/public.xml:866: warning: No comment
for public symbol android:drawable/stat_notify_voicemail
21702 frameworks/base/core/res/res/values/public.xml:868: warning: No comment
for public symbol android:drawable/stat_sys_data_bluetooth
21703 frameworks/base/core/res/res/values/public.xml:869: warning: No comment
for public symbol android:drawable/stat_sys_download
21704 frameworks/base/core/res/res/values/public.xml:870: warning: No comment
for public symbol android:drawable/stat_sys_download_done
21705 frameworks/base/core/res/res/values/public.xml:871: warning: No comment
for public symbol android:drawable/stat_sys_headset
21706 frameworks/base/core/res/res/values/public.xml:878: warning: No comment
for public symbol android:drawable/stat_sys_speakerphone
21707 frameworks/base/core/res/res/values/public.xml:879: warning: No comment
for public symbol android:drawable/stat_sys_upload
21708 frameworks/base/core/res/res/values/public.xml:880: warning: No comment
for public symbol android:drawable/stat_sys_upload_done
21709 frameworks/base/core/res/res/values/public.xml:881: warning: No comment
for public symbol android:drawable/stat_sys_warning
21710 frameworks/base/core/res/res/values/public.xml:882: warning: No comment
for public symbol android:drawable/status_bar_item_app_background
21711 frameworks/base/core/res/res/values/public.xml:883: warning: No comment
for public symbol android:drawable/status_bar_item_background
21712 frameworks/base/core/res/res/values/public.xml:884: warning: No comment
for public symbol android:drawable/sym_action_call
21713 frameworks/base/core/res/res/values/public.xml:885: warning: No comment
for public symbol android:drawable/sym_action_chat
21714 frameworks/base/core/res/res/values/public.xml:886: warning: No comment
for public symbol android:drawable/sym_action_email
21715 frameworks/base/core/res/res/values/public.xml:887: warning: No comment
for public symbol android:drawable/sym_call_incoming
21716 frameworks/base/core/res/res/values/public.xml:888: warning: No comment
for public symbol android:drawable/sym_call_missed
21717 frameworks/base/core/res/res/values/public.xml:889: warning: No comment
for public symbol android:drawable/sym_call_outgoing
21718 frameworks/base/core/res/res/values/public.xml:891: warning: No comment
for public symbol android:drawable/sym_contact_card
21719 frameworks/base/core/res/res/values/public.xml:890: warning: No comment
for public symbol android:drawable/sym_def_app_icon
21720 frameworks/base/core/res/res/values/public.xml:892: warning: No comment
for public symbol android:drawable/title_bar
21721 frameworks/base/core/res/res/values/public.xml:893: warning: No comment
for public symbol android:drawable/toast_frame
21722 frameworks/base/core/res/res/values/public.xml:894: warning: No comment
for public symbol android:drawable/zoom_plate
21723 frameworks/base/core/res/res/values/public.xml:576: warning: No comment
for public symbol android:id/background
21724 frameworks/base/core/res/res/values/public.xml:601: warning: No comment
for public symbol android:id/button1
21725 frameworks/base/core/res/res/values/public.xml:602: warning: No comment
for public symbol android:id/button2
21726 frameworks/base/core/res/res/values/public.xml:603: warning: No comment
for public symbol android:id/button3
21727 frameworks/base/core/res/res/values/public.xml:577: warning: No comment
for public symbol android:id/checkbox
21728 frameworks/base/core/res/res/values/public.xml:578: warning: No comment
for public symbol android:id/content

21729 frameworks/base/core/res/res/values/public.xml:1243: warning: No comment for public symbol android:id/custom
21730 frameworks/base/core/res/res/values/public.xml:579: warning: No comment for public symbol android:id/edit
21731 frameworks/base/core/res/res/values/public.xml:580: warning: No comment for public symbol android:id/empty
21732 frameworks/base/core/res/res/values/public.xml:581: warning: No comment for public symbol android:id/hint
21733 frameworks/base/core/res/res/values/public.xml:582: warning: No comment for public symbol android:id/icon
21734 frameworks/base/core/res/res/values/public.xml:583: warning: No comment for public symbol android:id/icon1
21735 frameworks/base/core/res/res/values/public.xml:584: warning: No comment for public symbol android:id/icon2
21736 frameworks/base/core/res/res/values/public.xml:585: warning: No comment for public symbol android:id/input
21737 frameworks/base/core/res/res/values/public.xml:586: warning: No comment for public symbol android:id/list
21738 frameworks/base/core/res/res/values/public.xml:587: warning: No comment for public symbol android:id/message
21739 frameworks/base/core/res/res/values/public.xml:588: warning: No comment for public symbol android:id/primary
21740 frameworks/base/core/res/res/values/public.xml:589: warning: No comment for public symbol android:id/progress
21741 frameworks/base/core/res/res/values/public.xml:591: warning: No comment for public symbol android:id/secondaryProgress
21742 frameworks/base/core/res/res/values/public.xml:590: warning: No comment for public symbol android:id/selectedIcon
21743 frameworks/base/core/res/res/values/public.xml:592: warning: No comment for public symbol android:id/summary
21744 frameworks/base/core/res/res/values/public.xml:593: warning: No comment for public symbol android:id/tabcontent
21745 frameworks/base/core/res/res/values/public.xml:594: warning: No comment for public symbol android:id/tabhost
21746 frameworks/base/core/res/res/values/public.xml:595: warning: No comment for public symbol android:id/tabs
21747 frameworks/base/core/res/res/values/public.xml:596: warning: No comment for public symbol android:id/text1
21748 frameworks/base/core/res/res/values/public.xml:597: warning: No comment for public symbol android:id/text2
21749 frameworks/base/core/res/res/values/public.xml:598: warning: No comment for public symbol android:id/title
21750 frameworks/base/core/res/res/values/public.xml:599: warning: No comment for public symbol android:id/toggle
21751 frameworks/base/core/res/res/values/public.xml:600: warning: No comment for public symbol android:id/widget_frame
21752 frameworks/base/core/res/res/values/public.xml:902: warning: No comment for public symbol android:layout/activity_list_item
21753 frameworks/base/core/res/res/values/public.xml:916: warning: No comment for public symbol android:layout/browser_link_context_header
21754 frameworks/base/core/res/res/values/public.xml:903: warning: No comment for public symbol android:layout/expandable_list_content
21755 frameworks/base/core/res/res/values/public.xml:904: warning: No comment for public symbol android:layout/preference_category
21756 frameworks/base/core/res/res/values/public.xml:919: warning: No comment for public symbol android:layout/select_dialog_item

21757 frameworks/base/core/res/res/values/public.xml:921: warning: No comment
for public symbol android:layout/select_dialog_multichoice
21758 frameworks/base/core/res/res/values/public.xml:920: warning: No comment
for public symbol android:layout/select_dialog_singlechoice
21759 frameworks/base/core/res/res/values/public.xml:912: warning: No comment
for public symbol android:layout/simple_dropdown_item_1line
21760 frameworks/base/core/res/res/values/public.xml:908: warning: No comment
for public symbol android:layout/simple_expandable_list_item_1
21761 frameworks/base/core/res/res/values/public.xml:909: warning: No comment
for public symbol android:layout/simple_expandable_list_item_2
21762 frameworks/base/core/res/res/values/public.xml:913: warning: No comment
for public symbol android:layout/simple_gallery_item
21763 frameworks/base/core/res/res/values/public.xml:905: warning: No comment
for public symbol android:layout/simple_list_item_1
21764 frameworks/base/core/res/res/values/public.xml:906: warning: No comment
for public symbol android:layout/simple_list_item_2
21765 frameworks/base/core/res/res/values/public.xml:907: warning: No comment
for public symbol android:layout/simple_list_item_checked
21766 frameworks/base/core/res/res/values/public.xml:918: warning: No comment
for public symbol android:layout/simple_list_item_multiple_choice
21767 frameworks/base/core/res/res/values/public.xml:917: warning: No comment
for public symbol android:layout/simple_list_item_single_choice
21768 frameworks/base/core/res/res/values/public.xml:911: warning: No comment
for public symbol android:layout/simple_spinner_dropdown_item
21769 frameworks/base/core/res/res/values/public.xml:910: warning: No comment
for public symbol android:layout/simple_spinner_item
21770 frameworks/base/core/res/res/values/public.xml:914: warning: No comment
for public symbol android:layout/test_list_item
21771 frameworks/base/core/res/res/values/public.xml:915: warning: No comment
for public symbol android:layout/two_line_list_item
21772 frameworks/base/core/res/res/values/public.xml:609: warning: No comment
for public symbol android:style/Animation.Toast
21773 frameworks/base/core/res/res/values/public.xml:660: warning: No comment
for public symbol android:style/MediaButton
21774 frameworks/base/core/res/res/values/public.xml:664: warning: No comment
for public symbol android:style/MediaButton.Ffwd
21775 frameworks/base/core/res/res/values/public.xml:662: warning: No comment
for public symbol android:style/MediaButton.Next
21776 frameworks/base/core/res/res/values/public.xml:666: warning: No comment
for public symbol android:style/MediaButton.Pause
21777 frameworks/base/core/res/res/values/public.xml:663: warning: No comment
for public symbol android:style/MediaButton.Play
21778 frameworks/base/core/res/res/values/public.xml:661: warning: No comment
for public symbol android:style/MediaButton.Previous
21779 frameworks/base/core/res/res/values/public.xml:665: warning: No comment
for public symbol android:style/MediaButton.Rew
21780 frameworks/base/core/res/res/values/public.xml:667: warning: No comment
for public symbol android:style/TextAppearance
21781 frameworks/base/core/res/res/values/public.xml:670: warning: No comment
for public symbol android:style/TextAppearance.DialogWindowTitle
21782 frameworks/base/core/res/res/values/public.xml:668: warning: No comment
for public symbol android:style/TextAppearance.Inverse
21783 frameworks/base/core/res/res/values/public.xml:671: warning: No comment
for public symbol android:style/TextAppearance.Large
21784 frameworks/base/core/res/res/values/public.xml:672: warning: No comment
for public symbol android:style/TextAppearance.Large.Inverse

21785 frameworks/base/core/res/res/values/public.xml:673: warning: No comment
for public symbol android:style/TextAppearance.Medium
21786 frameworks/base/core/res/res/values/public.xml:674: warning: No comment
for public symbol android:style/TextAppearance.Medium.Inverse
21787 frameworks/base/core/res/res/values/public.xml:675: warning: No comment
for public symbol android:style/TextAppearance.Small
21788 frameworks/base/core/res/res/values/public.xml:676: warning: No comment
for public symbol android:style/TextAppearance.Small.Inverse
21789 frameworks/base/core/res/res/values/public.xml:1276: warning: No
comment for public symbol android:style/TextAppearance.StatusBar.EventContent
21790 frameworks/base/core/res/res/values/public.xml:1277: warning: No
comment for public symbol
android:style/TextAppearance.StatusBar.EventContent.Title
21791 frameworks/base/core/res/res/values/public.xml:1275: warning: No
comment for public symbol android:style/TextAppearance.StatusBar.Icon
21792 frameworks/base/core/res/res/values/public.xml:1274: warning: No
comment for public symbol android:style/TextAppearance.StatusBar.Title
21793 frameworks/base/core/res/res/values/public.xml:669: warning: No comment
for public symbol android:style/TextAppearance.Theme
21794 frameworks/base/core/res/res/values/public.xml:677: warning: No comment
for public symbol android:style/TextAppearance.Theme.Dialog
21795 frameworks/base/core/res/res/values/public.xml:678: warning: No comment
for public symbol android:style/TextAppearance.Widget
21796 frameworks/base/core/res/res/values/public.xml:679: warning: No comment
for public symbol android:style/TextAppearance.Widget.Button
21797 frameworks/base/core/res/res/values/public.xml:685: warning: No comment
for public symbol android:style/TextAppearance.Widget.DropDownHint
21798 frameworks/base/core/res/res/values/public.xml:686: warning: No comment
for public symbol android:style/TextAppearance.Widget.DropDownItem
21799 frameworks/base/core/res/res/values/public.xml:681: warning: No comment
for public symbol android:style/TextAppearance.Widget.EditText
21800 frameworks/base/core/res/res/values/public.xml:680: warning: No comment
for public symbol android:style/TextAppearance.Widget.IconMenu.Item
21801 frameworks/base/core/res/res/values/public.xml:682: warning: No comment
for public symbol android:style/TextAppearance.Widget.TabWidget
21802 frameworks/base/core/res/res/values/public.xml:683: warning: No comment
for public symbol android:style/TextAppearance.Widget.TextView
21803 frameworks/base/core/res/res/values/public.xml:684: warning: No comment
for public symbol android:style/TextAppearance.Widget.TextView.PopupMenu
21804 frameworks/base/core/res/res/values/public.xml:687: warning: No comment
for public symbol android:style/TextAppearance.Widget.TextView.SpinnerItem
21805 frameworks/base/core/res/res/values/public.xml:688: warning: No comment
for public symbol android:style/TextAppearance.WindowTitle
21806 frameworks/base/core/res/res/values/public.xml:624: warning: No comment
for public symbol android:style/Widget.AbsListView
21807 frameworks/base/core/res/res/values/public.xml:644: warning: No comment
for public symbol android:style/Widget.AutoCompleteTextView
21808 frameworks/base/core/res/res/values/public.xml:625: warning: No comment
for public symbol android:style/Widget.Button
21809 frameworks/base/core/res/res/values/public.xml:626: warning: No comment
for public symbol android:style/Widget.Button.Inset
21810 frameworks/base/core/res/res/values/public.xml:627: warning: No comment
for public symbol android:style/Widget.Button.Small
21811 frameworks/base/core/res/res/values/public.xml:628: warning: No comment
for public symbol android:style/Widget.Button.Toggle
21812 frameworks/base/core/res/res/values/public.xml:629: warning: No comment
for public symbol android:style/Widget.CompoundButton

21813 frameworks/base/core/res/res/values/public.xml:630: warning: No comment
for public symbol android:style/Widget.CompoundButton.CheckBox
21814 frameworks/base/core/res/res/values/public.xml:631: warning: No comment
for public symbol android:style/Widget.CompoundButton.RadioButton
21815 frameworks/base/core/res/res/values/public.xml:632: warning: No comment
for public symbol android:style/Widget.CompoundButton.Star
21816 frameworks/base/core/res/res/values/public.xml:648: warning: No comment
for public symbol android:style/Widget.DropDownItem
21817 frameworks/base/core/res/res/values/public.xml:649: warning: No comment
for public symbol android:style/Widget.DropDownItem.Spinner
21818 frameworks/base/core/res/res/values/public.xml:640: warning: No comment
for public symbol android:style/Widget.EditText
21819 frameworks/base/core/res/res/values/public.xml:641: warning: No comment
for public symbol android:style/Widget.ExpandableListView
21820 frameworks/base/core/res/res/values/public.xml:658: warning: No comment
for public symbol android:style/Widget.Gallery
21821 frameworks/base/core/res/res/values/public.xml:655: warning: No comment
for public symbol android:style/Widget.GridView
21822 frameworks/base/core/res/res/values/public.xml:643: warning: No comment
for public symbol android:style/Widget.ImageButton
21823 frameworks/base/core/res/res/values/public.xml:642: warning: No comment
for public symbol android:style/Widget.ImageWell
21824 frameworks/base/core/res/res/values/public.xml:1072: warning: No
comment for public symbol android:style/Widget.KeyboardView
21825 frameworks/base/core/res/res/values/public.xml:651: warning: No comment
for public symbol android:style/Widget.ListView
21826 frameworks/base/core/res/res/values/public.xml:653: warning: No comment
for public symbol android:style/Widget.ListView.DropDown
21827 frameworks/base/core/res/res/values/public.xml:654: warning: No comment
for public symbol android:style/Widget.ListView.Menu
21828 frameworks/base/core/res/res/values/public.xml:652: warning: No comment
for public symbol android:style/Widget.ListView.White
21829 frameworks/base/core/res/res/values/public.xml:659: warning: No comment
for public symbol android:style/Widget.PopupWindow
21830 frameworks/base/core/res/res/values/public.xml:633: warning: No comment
for public symbol android:style/Widget.ProgressBar
21831 frameworks/base/core/res/res/values/public.xml:636: warning: No comment
for public symbol android:style/Widget.ProgressBar.Horizontal
21832 frameworks/base/core/res/res/values/public.xml:1134: warning: No
comment for public symbol android:style/Widget.ProgressBar.Inverse
21833 frameworks/base/core/res/res/values/public.xml:634: warning: No comment
for public symbol android:style/Widget.ProgressBar.Large
21834 frameworks/base/core/res/res/values/public.xml:1135: warning: No
comment for public symbol android:style/Widget.ProgressBar.Large.Inverse
21835 frameworks/base/core/res/res/values/public.xml:635: warning: No comment
for public symbol android:style/Widget.ProgressBar.Small
21836 frameworks/base/core/res/res/values/public.xml:1136: warning: No
comment for public symbol android:style/Widget.ProgressBar.Small.Inverse
21837 frameworks/base/core/res/res/values/public.xml:638: warning: No comment
for public symbol android:style/Widget.RatingBar
21838 frameworks/base/core/res/res/values/public.xml:650: warning: No comment
for public symbol android:style/Widget.ScrollView
21839 frameworks/base/core/res/res/values/public.xml:637: warning: No comment
for public symbol android:style/Widget.SeekBar
21840 frameworks/base/core/res/res/values/public.xml:645: warning: No comment
for public symbol android:style/Widget.Spinner

21841 frameworks/base/core/res/res/values/public.xml:657: warning: No comment
for public symbol android:style/Widget.TabWidget
21842 frameworks/base/core/res/res/values/public.xml:639: warning: No comment
for public symbol android:style/Widget.TextView
21843 frameworks/base/core/res/res/values/public.xml:646: warning: No comment
for public symbol android:style/Widget.TextView.PopupMenu
21844 frameworks/base/core/res/res/values/public.xml:647: warning: No comment
for public symbol android:style/Widget.TextView.SpinnerItem
21845 frameworks/base/core/res/res/values/public.xml:656: warning: No comment
for public symbol android:style/Widget.WebView
21846 host C++: mksnapshot <= external/v8/src/func-name-inferrer.cc
21847 host C++: mksnapshot <= external/v8/src/global-handles.cc
21848 host C++: mksnapshot <= external/v8/src/handles.cc
21849 host C++: mksnapshot <= external/v8/src/hashmap.cc
21850 host C++: mksnapshot <= external/v8/src/heap.cc
21851 host C++: mksnapshot <= external/v8/src/heap-profiler.cc
21852 host C++: mksnapshot <= external/v8/src/ic.cc
21853 host C++: mksnapshot <= external/v8/src/interpreter-irregexp.cc
21854 host C++: mksnapshot <= external/v8/src/jsregexp.cc
21855 host C++: mksnapshot <= external/v8/src/jump-target.cc
21856 host C++: mksnapshot <= external/v8/src/liveedit.cc
21857 host C++: mksnapshot <= external/v8/src/log.cc
21858 host C++: mksnapshot <= external/v8/src/log-utils.cc
21859 host C++: mksnapshot <= external/v8/src/mark-compact.cc
21860 host C++: mksnapshot <= external/v8/src/messages.cc
21861 host C++: mksnapshot <= external/v8/src/objects.cc
21862 host C++: mksnapshot <= external/v8/src/oprofile-agent.cc
21863 host C++: mksnapshot <= external/v8/src/parser.cc
21864 host C++: mksnapshot <= external/v8/src/property.cc
21865 host C++: mksnapshot <= external/v8/src/regexp-macro-assembler.cc
21866 host C++: mksnapshot <= external/v8/src/regexp-macro-assembler-
irregexp.cc
21867 host C++: mksnapshot <= external/v8/src/regexp-stack.cc
21868 host C++: mksnapshot <= external/v8/src/register-allocator.cc
21869 host C++: mksnapshot <= external/v8/src/rewriter.cc
21870 host C++: mksnapshot <= external/v8/src/runtime.cc
21871 host C++: mksnapshot <= external/v8/src/scanner.cc
21872 host C++: mksnapshot <= external/v8/src/scopeinfo.cc
21873 host C++: mksnapshot <= external/v8/src/scopes.cc
21874 host C++: mksnapshot <= external/v8/src/serialize.cc
21875 host C++: mksnapshot <= external/v8/src/snapshot-common.cc
21876 host C++: mksnapshot <= external/v8/src/spaces.cc
21877 host C++: mksnapshot <= external/v8/src/string-stream.cc
21878 host C++: mksnapshot <= external/v8/src/stub-cache.cc
21879 host C++: mksnapshot <= external/v8/src/token.cc
21880 host C++: mksnapshot <= external/v8/src/top.cc
21881 host C++: mksnapshot <= external/v8/src/unicode.cc
21882 host C++: mksnapshot <= external/v8/src/usage-analyzer.cc
21883 host C++: mksnapshot <= external/v8/src/utils.cc
21884 host C++: mksnapshot <= external/v8/src/v8-counters.cc
21885 host C++: mksnapshot <= external/v8/src/v8.cc
21886 host C++: mksnapshot <= external/v8/src/v8threads.cc
21887 host C++: mksnapshot <= external/v8/src/variables.cc
21888 host C++: mksnapshot <= external/v8/src/virtual-frame.cc
21889 host C++: mksnapshot <= external/v8/src/version.cc
21890 host C++: mksnapshot <= external/v8/src/zone.cc
21891 host C++: mksnapshot <= external/v8/src/arm/assembler-arm.cc

```
21892 host C++: mksnapshot <= external/v8/src/arm/builtins-arm.cc
21893 host C++: mksnapshot <= external/v8/src/arm/codegen-arm.cc
21894 host C++: mksnapshot <= external/v8/src/arm/constants-arm.cc
21895 host C++: mksnapshot <= external/v8/src/arm/cpu-arm.cc
21896 host C++: mksnapshot <= external/v8/src/arm/debug-arm.cc
21897 host C++: mksnapshot <= external/v8/src/arm/disasm-arm.cc
21898 host C++: mksnapshot <= external/v8/src/arm/frames-arm.cc
21899 host C++: mksnapshot <= external/v8/src/arm/fast-codegen-arm.cc
21900 host C++: mksnapshot <= external/v8/src/arm/full-codegen-arm.cc
21901 host C++: mksnapshot <= external/v8/src/arm/ic-arm.cc
21902 host C++: mksnapshot <= external/v8/src/arm/jump-target-arm.cc
21903 host C++: mksnapshot <= external/v8/src/arm/macro-assembler-arm.cc
21904 host C++: mksnapshot <= external/v8/src/arm/regexp-macro-assembler-
arm.cc
21905 host C++: mksnapshot <= external/v8/src/arm/register-allocator-arm.cc
21906 host C++: mksnapshot <= external/v8/src/arm/stub-cache-arm.cc
21907 host C++: mksnapshot <= external/v8/src/arm/virtual-frame-arm.cc
21908 host C++: mksnapshot <= external/v8/src/mksnapshot.cc
21909 host C++: mksnapshot <= external/v8/src/arm/simulator-arm.cc
21910 host C++: mksnapshot <= external/v8/src/snapshot-empty.cc
21911 host C++: mksnapshot <= external/v8/src/platform-linux.cc
21912 host C++: mksnapshot <= external/v8/src/platform-posix.cc
21913 host C++: mksnapshot <= out/host/linux-
x86/obj/EXECUTABLES/mksnapshot_intermediates/libraries.cc
21914 host C: mksnapshot <= external/v8/src/dtoa-config.c
21915 cc1: warning: command line option "-fno-rtti" is valid for C++/ObjC++
but not for C
21916 In file included from external/v8/src/dtoa-config.c:92:
21917 external/v8/src/third_party/dtoa/dtoa.c: In function 'rv_alloc':
21918 external/v8/src/third_party/dtoa/dtoa.c:2550: warning: comparison
between signed and unsigned integer expressions
21919 host Java: sdklib
(out/host/common/obj/JAVA_LIBRARIES/sdklib_intermediates/classes)
21920 host Java: sdkstats
(out/host/common/obj/JAVA_LIBRARIES/sdkstats_intermediates/classes)
21921 host Java: ddmuilib
(out/host/common/obj/JAVA_LIBRARIES/ddmuilib_intermediates/classes)
21922 host Java: draw9patch
(out/host/common/obj/JAVA_LIBRARIES/draw9patch_intermediates/classes)
21923
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:21: warning: sun.misc.BASE64Encoder is internal proprietary API and
may be removed in a future release
21924 import sun.misc.BASE64Encoder;
21925                 ^
21926
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:22: warning: sun.security.pkcs.ContentInfo is internal proprietary
API and may be removed in a future release
21927 import sun.security.pkcs.ContentInfo;
21928                         ^
21929
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:23: warning: sun.security.pkcs.PKCS7 is internal proprietary API
and may be removed in a future release
21930 import sun.security.pkcs.PKCS7;
21931                         ^
```

```
21932
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:24: warning: sun.security.pkcs.SignerInfo is internal proprietary
API and may be removed in a future release
21933 import sun.security.pkcs.SignerInfo;
21934                               ^
21935
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:25: warning: sun.security.x509.AlgorithmId is internal proprietary
API and may be removed in a future release
21936 import sun.security.x509.AlgorithmId;
21937                              ^
21938
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:26: warning: sun.security.x509.X500Name is internal proprietary API
and may be removed in a future release
21939 import sun.security.x509.X500Name;
21940                              ^
21941
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:95: warning: sun.misc.BASE64Encoder is internal proprietary API and
may be removed in a future release
21942      private BASE64Encoder mBase64Encoder;
21943              ^
21944
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:165: warning: sun.misc.BASE64Encoder is internal proprietary API
and may be removed in a future release
21945          mBase64Encoder = new BASE64Encoder();
21946                               ^
21947
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:309: warning: sun.misc.BASE64Encoder is internal proprietary API
and may be removed in a future release
21948          BASE64Encoder base64 = new BASE64Encoder();
21949          ^
21950
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:309: warning: sun.misc.BASE64Encoder is internal proprietary API
and may be removed in a future release
21951          BASE64Encoder base64 = new BASE64Encoder();
21952                               ^
21953
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:342: warning: sun.security.pkcs.SignerInfo is internal proprietary
API and may be removed in a future release
21954          SignerInfo signerInfo = new SignerInfo(
21955          ^
21956
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:342: warning: sun.security.pkcs.SignerInfo is internal proprietary
API and may be removed in a future release
21957          SignerInfo signerInfo = new SignerInfo(
21958                                      ^
21959
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
```

```
lder.java:343: warning: sun.security.x509.X500Name is internal proprietary
API and may be removed in a future release
21960                 new
X500Name(publicKey.getIssuerX500Principal().getName()),
21961                        ^
21962
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:345: warning: sun.security.x509.AlgorithmId is internal proprietary
API and may be removed in a future release
21963                 AlgorithmId.get(DIGEST_ALGORITHM),
21964                        ^
21965
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:346: warning: sun.security.x509.AlgorithmId is internal proprietary
API and may be removed in a future release
21966                 AlgorithmId.get(privateKey.getAlgorithm()),
21967                        ^
21968
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:349: warning: sun.security.pkcs.PKCS7 is internal proprietary API
and may be removed in a future release
21969        PKCS7 pkcs7 = new PKCS7(
21970        ^
21971
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:349: warning: sun.security.pkcs.PKCS7 is internal proprietary API
and may be removed in a future release
21972        PKCS7 pkcs7 = new PKCS7(
21973                          ^
21974
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:350: warning: sun.security.x509.AlgorithmId is internal proprietary
API and may be removed in a future release
21975                 new AlgorithmId[] { AlgorithmId.get(DIGEST_ALGORITHM)
},
21976                        ^
21977
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:350: warning: sun.security.x509.AlgorithmId is internal proprietary
API and may be removed in a future release
21978                 new AlgorithmId[] { AlgorithmId.get(DIGEST_ALGORITHM)
},
21979                                  ^
21980
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:351: warning: sun.security.pkcs.ContentInfo is internal proprietary
API and may be removed in a future release
21981                 new ContentInfo(ContentInfo.DATA_OID, null),
21982                        ^
21983
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
lder.java:351: warning: sun.security.pkcs.ContentInfo is internal proprietary
API and may be removed in a future release
21984                 new ContentInfo(ContentInfo.DATA_OID, null),
21985                                  ^
21986
sdk/sdkmanager/libs/sdklib/src/com/android/sdklib/internal/build/SignedJarBui
```

lder.java:353: warning: sun.security.pkcs.SignerInfo is internal proprietary
API and may be removed in a future release
21987                 new SignerInfo[] { signerInfo });
21988                 ^
21989 host Java: hierarchyviewer
(out/host/common/obj/JAVA_LIBRARIES/hierarchyviewer_intermediates/classes)
21990 Note:
sdk/draw9patch/src/com/android/draw9patch/ui/ImageTransferHandler.java uses
unchecked or unsafe operations.
21991 Note: Recompile with -Xlint:unchecked for details.
21992 Note: Some input files use or override a deprecated API.
21993 Note: Recompile with -Xlint:deprecation for details.
21994 22 warnings
21995 host Java: hosttestlib
(out/host/common/obj/JAVA_LIBRARIES/hosttestlib_intermediates/classes)
21996 host Java: layoutlib_api
(out/host/common/obj/JAVA_LIBRARIES/layoutlib_api_intermediates/classes)
21997 Install: out/host/linux-x86/framework/uix.jar
21998 host Java: monkeyrunner
(out/host/common/obj/JAVA_LIBRARIES/monkeyrunner_intermediates/classes)
21999 target SharedLib: libc
(out/target/product/crespo/obj/SHARED_LIBRARIES/libc_intermediates/LINKED/lib
c.so)
22000 Note: Some input files use unchecked or unsafe operations.
22001 Note: Recompile with -Xlint:unchecked for details.
22002 Install: out/target/product/crespo/system/lib/libdl.so
22003 target R.java/Manifest.java: AccountAndSyncSettings
(out/target/common/obj/APPS/AccountAndSyncSettings_intermediates/src/R.stamp)
22004 target R.java/Manifest.java: ApplicationsProvider
(out/target/common/obj/APPS/ApplicationsProvider_intermediates/src/R.stamp)
22005 target R.java/Manifest.java: Bluetooth
(out/target/common/obj/APPS/Bluetooth_intermediates/src/R.stamp)
22006 target Java: android-common
(out/target/common/obj/JAVA_LIBRARIES/android-common_intermediates/classes)
22007 target R.java/Manifest.java: Browser
(out/target/common/obj/APPS/Browser_intermediates/src/R.stamp)
22008 target R.java/Manifest.java: Calculator
(out/target/common/obj/APPS/Calculator_intermediates/src/R.stamp)
22009 target R.java/Manifest.java: Calendar
(out/target/common/obj/APPS/Calendar_intermediates/src/R.stamp)
22010 target R.java/Manifest.java: CalendarProvider
(out/target/common/obj/APPS/CalendarProvider_intermediates/src/R.stamp)
22011 target Java: jsr305
(out/target/common/obj/JAVA_LIBRARIES/jsr305_intermediates/classes)
22012 target R.java/Manifest.java: Camera
(out/target/common/obj/APPS/Camera_intermediates/src/R.stamp)
22013 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22014 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22015 target R.java/Manifest.java: CertInstaller
(out/target/common/obj/APPS/CertInstaller_intermediates/src/R.stamp)
22016 target R.java/Manifest.java: Contacts
(out/target/common/obj/APPS/Contacts_intermediates/src/R.stamp)

22017 target R.java/Manifest.java: ContactsProvider
(out/target/common/obj/APPS/ContactsProvider_intermediates/src/R.stamp)
22018 target R.java/Manifest.java: DefaultContainerService
(out/target/common/obj/APPS/DefaultContainerService_intermediates/src/R.stamp
)
22019 aapt: warning: string 'pref_default_text_encoding_default' has no
default translation in packages/apps/Browser/res; found: ja
22020 target R.java/Manifest.java: DeskClock
(out/target/common/obj/APPS/DeskClock_intermediates/src/R.stamp)
22021 target R.java/Manifest.java: DownloadProvider
(out/target/common/obj/APPS/DownloadProvider_intermediates/src/R.stamp)
22022 target R.java/Manifest.java: DownloadProviderUi
(out/target/common/obj/APPS/DownloadProviderUi_intermediates/src/R.stamp)
22023 target R.java/Manifest.java: DrmProvider
(out/target/common/obj/APPS/DrmProvider_intermediates/src/R.stamp)
22024 target R.java/Manifest.java: Email
(out/target/common/obj/APPS/Email_intermediates/src/R.stamp)
22025 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22026 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22027 target R.java/Manifest.java: Gallery3D
(out/target/common/obj/APPS/Gallery3D_intermediates/src/R.stamp)
22028 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22029 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22030 target R.java/Manifest.java: HTMLViewer
(out/target/common/obj/APPS/HTMLViewer_intermediates/src/R.stamp)
22031 target R.java/Manifest.java: LatinIME
(out/target/common/obj/APPS/LatinIME_intermediates/src/R.stamp)
22032 target R.java/Manifest.java: Launcher2
(out/target/common/obj/APPS/Launcher2_intermediates/src/R.stamp)
22033 target R.java/Manifest.java: MediaProvider
(out/target/common/obj/APPS/MediaProvider_intermediates/src/R.stamp)
22034 target R.java/Manifest.java: Mms
(out/target/common/obj/APPS/Mms_intermediates/src/R.stamp)
22035 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22036 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22037 target R.java/Manifest.java: SoundRecorder
(out/target/common/obj/APPS/SoundRecorder_intermediates/src/R.stamp)
22038 target R.java/Manifest.java: Music
(out/target/common/obj/APPS/Music_intermediates/src/R.stamp)
22039 target R.java/Manifest.java: Nfc
(out/target/common/obj/APPS/Nfc_intermediates/src/R.stamp)
22040 target R.java/Manifest.java: OpenWnn
(out/target/common/obj/APPS/OpenWnn_intermediates/src/R.stamp)
22041 target R.java/Manifest.java: PackageInstaller
(out/target/common/obj/APPS/PackageInstaller_intermediates/src/R.stamp)

```
22042 target R.java/Manifest.java: Phone
(out/target/common/obj/APPS/Phone_intermediates/src/R.stamp)
22043 target R.java/Manifest.java: PicoTts
(out/target/common/obj/APPS/PicoTts_intermediates/src/R.stamp)
22044 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22045 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22046 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22047 target R.java/Manifest.java: PinyinIME
(out/target/common/obj/APPS/PinyinIME_intermediates/src/R.stamp)
22048 target R.java/Manifest.java: Protips
(out/target/common/obj/APPS/Protips_intermediates/src/R.stamp)
22049 target R.java/Manifest.java: Settings
(out/target/common/obj/APPS/Settings_intermediates/src/R.stamp)
22050 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22051 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22052 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22053 target R.java/Manifest.java: SettingsProvider
(out/target/common/obj/APPS/SettingsProvider_intermediates/src/R.stamp)
22054 target R.java/Manifest.java: SystemUI
(out/target/common/obj/APPS/SystemUI_intermediates/src/R.stamp)
22055 target R.java/Manifest.java: Tag
(out/target/common/obj/APPS/Tag_intermediates/src/R.stamp)
22056 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22057 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22058 target R.java/Manifest.java: TelephonyProvider
(out/target/common/obj/APPS/TelephonyProvider_intermediates/src/R.stamp)
22059 target R.java/Manifest.java: TtsService
(out/target/common/obj/APPS/TtsService_intermediates/src/R.stamp)
22060 target R.java/Manifest.java: UserDictionaryProvider
(out/target/common/obj/APPS/UserDictionaryProvider_intermediates/src/R.stamp)
22061 target R.java/Manifest.java: VoiceDialer
(out/target/common/obj/APPS/VoiceDialer_intermediates/src/R.stamp)
22062 target R.java/Manifest.java: VpnServices
(out/target/common/obj/APPS/VpnServices_intermediates/src/R.stamp)
22063 target Package: framework-res
(out/target/product/crespo/obj/APPS/framework-res_intermediates/package.apk)
22064 Install: out/target/product/crespo/system/lib/libstlport.so
22065 target Prelink: libthread_db
(out/target/product/crespo/symbols/system/lib/libthread_db.so)
```

22066 target StaticLib: libwebcore
(out/target/product/crespo/obj/STATIC_LIBRARIES/libwebcore_intermediates/libw
ebcore.a)
22067 libpng warning: Ignoring attempt to set cHRM RGB triangle with zero
area
22068 target Dex: core-hostdex
22069 target R.java/Manifest.java: AccelerometerPlay
(out/target/common/obj/APPS/AccelerometerPlay_intermediates/src/R.stamp)
22070 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22071 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22072 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22073 target R.java/Manifest.java: AccessibilityService
(out/target/common/obj/APPS/AccessibilityService_intermediates/src/R.stamp)
22074 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22075 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22076 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22077 target R.java/Manifest.java: ApiDemos
(out/target/common/obj/APPS/ApiDemos_intermediates/src/R.stamp)
22078 target R.java/Manifest.java: AppWidgetHostTest
(out/target/common/obj/APPS/AppWidgetHostTest_intermediates/src/R.stamp)
22079 target R.java/Manifest.java: AppWidgetProvider
(out/target/common/obj/APPS/AppWidgetProvider_intermediates/src/R.stamp)
22080 libpng warning: Ignoring attempt to set cHRM RGB triangle with zero
area
22081 target R.java/Manifest.java: BackupRestore
(out/target/common/obj/APPS/BackupRestore_intermediates/src/R.stamp)
22082 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22083 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22084 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22085 target R.java/Manifest.java: BatteryWaster
(out/target/common/obj/APPS/BatteryWaster_intermediates/src/R.stamp)
22086 target R.java/Manifest.java: BluetoothChat
(out/target/common/obj/APPS/BluetoothChat_intermediates/src/R.stamp)
22087 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22088 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.

22089 target R.java/Manifest.java: BrowserTestPlugin
(out/target/common/obj/APPS/BrowserTestPlugin_intermediates/src/R.stamp)
22090 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22091 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22092 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22093 target R.java/Manifest.java: BuildWidget
(out/target/common/obj/APPS/BuildWidget_intermediates/src/R.stamp)
22094 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22095 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22096 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22097 target R.java/Manifest.java: BusinessCard
(out/target/common/obj/APPS/BusinessCard_intermediates/src/R.stamp)
22098 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22099 target R.java/Manifest.java: Compass
(out/target/common/obj/APPS/Compass_intermediates/src/R.stamp)
22100 target R.java/Manifest.java: ContactManager
(out/target/common/obj/APPS/ContactManager_intermediates/src/R.stamp)
22101 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22102 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22103 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22104 Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22105 target R.java/Manifest.java: ContactsProviderTests
(out/target/common/obj/APPS/ContactsProviderTests_intermediates/src/R.stamp)
22106 target R.java/Manifest.java: ContactsTests
(out/target/common/obj/APPS/ContactsTests_intermediates/src/R.stamp)
22107 target R.java/Manifest.java: CubeLiveWallpapers
(out/target/common/obj/APPS/CubeLiveWallpapers_intermediates/src/R.stamp)
22108 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22109 target R.java/Manifest.java: CustomLocale
(out/target/common/obj/APPS/CustomLocale_intermediates/src/R.stamp)
22110 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.

```
22111 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22112 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22113 target R.java/Manifest.java: DensityTest
(out/target/common/obj/APPS/DensityTest_intermediates/src/R.stamp)
22114 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22115 Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22116 target R.java/Manifest.java: Development
(out/target/common/obj/APPS/Development_intermediates/src/R.stamp)
22117 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22118 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22119 target R.java/Manifest.java: Fallback
(out/target/common/obj/APPS/Fallback_intermediates/src/R.stamp)
22120 target R.java/Manifest.java: Film
(out/target/common/obj/APPS/Film_intermediates/src/R.stamp)
22121 target R.java/Manifest.java: FixVibrateSetting
(out/target/common/obj/APPS/FixVibrateSetting_intermediates/src/R.stamp)
22122 target R.java/Manifest.java: FixedGridLayout
(out/target/common/obj/APPS/FixedGridLayout_intermediates/src/R.stamp)
22123 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22124 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22125 target R.java/Manifest.java: FontLab
(out/target/common/obj/APPS/FontLab_intermediates/src/R.stamp)
22126 target R.java/Manifest.java: Fountain
(out/target/common/obj/APPS/Fountain_intermediates/src/R.stamp)
22127 target R.java/Manifest.java: FrameworksGraphicsTests
(out/target/common/obj/APPS/FrameworksGraphicsTests_intermediates/src/R.stamp
)
22128 target R.java/Manifest.java: FrameworksSaxTests
(out/target/common/obj/APPS/FrameworksSaxTests_intermediates/src/R.stamp)
22129 target R.java/Manifest.java: GL2JNI
(out/target/common/obj/APPS/GL2JNI_intermediates/src/R.stamp)
22130 target R.java/Manifest.java: GL2Java
(out/target/common/obj/APPS/GL2Java_intermediates/src/R.stamp)
22131 target R.java/Manifest.java: GLDual
(out/target/common/obj/APPS/GLDual_intermediates/src/R.stamp)
22132 target R.java/Manifest.java: GLJNI
(out/target/common/obj/APPS/GLJNI_intermediates/src/R.stamp)
22133 target R.java/Manifest.java: Gallery
(out/target/common/obj/APPS/Gallery_intermediates/src/R.stamp)
22134 target R.java/Manifest.java: GestureBuilder
(out/target/common/obj/APPS/GestureBuilder_intermediates/src/R.stamp)
```

22135 target R.java/Manifest.java: GlobalTime
(out/target/common/obj/APPS/GlobalTime_intermediates/src/R.stamp)
22136 target R.java/Manifest.java: GraphicsLab
(out/target/common/obj/APPS/GraphicsLab_intermediates/src/R.stamp)
22137 target R.java/Manifest.java: HelloActivity
(out/target/common/obj/APPS/HelloActivity_intermediates/src/R.stamp)
22138 target R.java/Manifest.java: Home
(out/target/common/obj/APPS/Home_intermediates/src/R.stamp)
22139 target R.java/Manifest.java: ImageProcessing
(out/target/common/obj/APPS/ImageProcessing_intermediates/src/R.stamp)
22140 target R.java/Manifest.java: ImfTest
(out/target/common/obj/APPS/ImfTest_intermediates/src/R.stamp)
22141 target R.java/Manifest.java: JETBoy
(out/target/common/obj/APPS/JETBoy_intermediates/src/R.stamp)
22142 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22143 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22144 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22145 target R.java/Manifest.java: LargeAssetTest
(out/target/common/obj/APPS/LargeAssetTest_intermediates/src/R.stamp)
22146 target R.java/Manifest.java: LatinIMETests
(out/target/common/obj/APPS/LatinIMETests_intermediates/src/R.stamp)
22147 target R.java/Manifest.java: LiveWallpapersPicker
(out/target/common/obj/APPS/LiveWallpapersPicker_intermediates/src/R.stamp)
22148 target R.java/Manifest.java: LiveWallpapers
(out/target/common/obj/APPS/LiveWallpapers_intermediates/src/R.stamp)
22149 target R.java/Manifest.java: LocationTracker
(out/target/common/obj/APPS/LocationTracker_intermediates/src/R.stamp)
22150 target R.java/Manifest.java: LotsOfApps
(out/target/common/obj/APPS/LotsOfApps_intermediates/src/R.stamp)
22151 target R.java/Manifest.java: LunarLander
(out/target/common/obj/APPS/LunarLander_intermediates/src/R.stamp)
22152 target R.java/Manifest.java: MagicSmokeWallpapers
(out/target/common/obj/APPS/MagicSmokeWallpapers_intermediates/src/R.stamp)
22153 target R.java/Manifest.java: MultiResolution
(out/target/common/obj/APPS/MultiResolution_intermediates/src/R.stamp)
22154 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22155 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22156 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22157 Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22158 target R.java/Manifest.java: NFCDemo
(out/target/common/obj/APPS/NFCDemo_intermediates/src/R.stamp)

22159 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22160 target R.java/Manifest.java: NinePatchLab
(out/target/common/obj/APPS/NinePatchLab_intermediates/src/R.stamp)
22161 target R.java/Manifest.java: NotePad
(out/target/common/obj/APPS/NotePad_intermediates/src/R.stamp)
22162 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22163 Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22164 target R.java/Manifest.java: Notepadv1Solution
(out/target/common/obj/APPS/Notepadv1Solution_intermediates/src/R.stamp)
22165 target R.java/Manifest.java: Notepadv1
(out/target/common/obj/APPS/Notepadv1_intermediates/src/R.stamp)
22166 target R.java/Manifest.java: Notepadv2Solution
(out/target/common/obj/APPS/Notepadv2Solution_intermediates/src/R.stamp)
22167 target R.java/Manifest.java: Notepadv2
(out/target/common/obj/APPS/Notepadv2_intermediates/src/R.stamp)
22168 target R.java/Manifest.java: Notepadv3Solution
(out/target/common/obj/APPS/Notepadv3Solution_intermediates/src/R.stamp)
22169 target R.java/Manifest.java: Notepadv3
(out/target/common/obj/APPS/Notepadv3_intermediates/src/R.stamp)
22170 target R.java/Manifest.java: ObbApp
(out/target/common/obj/APPS/ObbApp_intermediates/src/R.stamp)
22171 target R.java/Manifest.java: PhoneAppTests
(out/target/common/obj/APPS/PhoneAppTests_intermediates/src/R.stamp)
22172 target R.java/Manifest.java: Quake
(out/target/common/obj/APPS/Quake_intermediates/src/R.stamp)
22173 target R.java/Manifest.java: RSSReader
(out/target/common/obj/APPS/RSSReader_intermediates/src/R.stamp)
22174 target R.java/Manifest.java: SampleBrowserPlugin
(out/target/common/obj/APPS/SampleBrowserPlugin_intermediates/src/R.stamp)
22175 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22176 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22177 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22178 target R.java/Manifest.java: SampleEmailPolicy
(out/target/common/obj/APPS/SampleEmailPolicy_intermediates/src/R.stamp)
22179 target R.java/Manifest.java: SearchableDictionary
(out/target/common/obj/APPS/SearchableDictionary_intermediates/src/R.stamp)
22180 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22181 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22182 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.

```
22183 target R.java/Manifest.java: SettingsTests
(out/target/common/obj/APPS/SettingsTests_intermediates/src/R.stamp)
22184 target R.java/Manifest.java: SipDemo
(out/target/common/obj/APPS/SipDemo_intermediates/src/R.stamp)
22185 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22186 target R.java/Manifest.java: SkeletonApp
(out/target/common/obj/APPS/SkeletonApp_intermediates/src/R.stamp)
22187 target R.java/Manifest.java: Snake
(out/target/common/obj/APPS/Snake_intermediates/src/R.stamp)
22188 target R.java/Manifest.java: SoftKeyboard
(out/target/common/obj/APPS/SoftKeyboard_intermediates/src/R.stamp)
22189 target R.java/Manifest.java: SoundPoolTest
(out/target/common/obj/APPS/SoundPoolTest_intermediates/src/R.stamp)
22190 target R.java/Manifest.java: SpareParts
(out/target/common/obj/APPS/SpareParts_intermediates/src/R.stamp)
22191 target R.java/Manifest.java: SpeechRecorder
(out/target/common/obj/APPS/SpeechRecorder_intermediates/src/R.stamp)
22192 target R.java/Manifest.java: StatusBarTest
(out/target/common/obj/APPS/StatusBarTest_intermediates/src/R.stamp)
22193 target R.java/Manifest.java: Stk
(out/target/common/obj/APPS/Stk_intermediates/src/R.stamp)
22194 target R.java/Manifest.java: TagCanon
(out/target/common/obj/APPS/TagCanon_intermediates/src/R.stamp)
22195 target R.java/Manifest.java: Term
(out/target/common/obj/APPS/Term_intermediates/src/R.stamp)
22196 target R.java/Manifest.java: TestEGL
(out/target/common/obj/APPS/TestEGL_intermediates/src/R.stamp)
22197 target R.java/Manifest.java: TransformTest
(out/target/common/obj/APPS/TransformTest_intermediates/src/R.stamp)
22198 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22199 Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22200 target R.java/Manifest.java: VisualizationWallpapers
(out/target/common/obj/APPS/VisualizationWallpapers_intermediates/src/R.stamp
)
22201 target R.java/Manifest.java: VoiceRecognitionService
(out/target/common/obj/APPS/VoiceRecognitionService_intermediates/src/R.stamp
)
22202 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22203 target R.java/Manifest.java: Voiper
(out/target/common/obj/APPS/Voiper_intermediates/src/R.stamp)
22204 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22205 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22206 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
```

22207 target R.java/Manifest.java: WiktionarySimple
(out/target/common/obj/APPS/WiktionarySimple_intermediates/src/R.stamp)
22208 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22209 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22210 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22211 Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22212 target R.java/Manifest.java: Wiktionary
(out/target/common/obj/APPS/Wiktionary_intermediates/src/R.stamp)
22213 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22214 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22215 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22216 Warning: AndroidManifest.xml already defines targetSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
22217 target R.java/Manifest.java: launchperf
(out/target/common/obj/APPS/launchperf_intermediates/src/R.stamp)
22218 target R.java/Manifest.java: lowstoragetest
(out/target/common/obj/APPS/lowstoragetest_intermediates/src/R.stamp)
22219 target R.java/Manifest.java: mediaframeworktest
(out/target/common/obj/APPS/mediaframeworktest_intermediates/src/R.stamp)
22220 Install: out/host/linux-x86/framework/droiddoc.jar
22221 Install: out/host/linux-x86/lib/libclearsilver-jni.so
22222 Copying:
out/target/common/obj/JAVA_LIBRARIES/core_intermediates/noproguard.classes.ja
r
22223 host SharedLib: libSR_Session (out/host/linux-
x86/obj/lib/libSR_Session.so)
22224 Install: out/host/linux-x86/lib/libSR_AcousticModels.so
22225 Install: out/host/linux-x86/lib/libSR_AcousticState.so
22226 Install: out/host/linux-x86/lib/libSR_Grammar.so
22227 Install: out/host/linux-x86/lib/libSR_Nametag.so
22228 host Executable: make_g2g (out/host/linux-
x86/obj/EXECUTABLES/make_g2g_intermediates/make_g2g)
22229 true
22230 Install: out/host/linux-x86/lib/libSR_Recognizer.so
22231 host SharedLib: libicui18n (out/host/linux-x86/obj/lib/libicui18n.so)
22232 preparing StaticLib: libnativehelper [including out/host/linux-
x86/obj/STATIC_LIBRARIES/libjavacore-host_intermediates/libjavacore-host.a]
22233 /bin/bash: @echo: command not found
22234 host StaticLib: libnativehelper (out/host/linux-
x86/obj/STATIC_LIBRARIES/libnativehelper_intermediates/libnativehelper.a)
22235 echo out/host/linux-
x86/obj/STATIC_LIBRARIES/libnativehelper_intermediates/JNIHelp.o

```
out/host/linux-
x86/obj/STATIC_LIBRARIES/libnativehelper_intermediates/Register.o | xargs ar
crsP  out/host/linux-
x86/obj/STATIC_LIBRARIES/libnativehelper_intermediates/libnativehelper.a
22236 Install: out/host/linux-x86/lib/libicui18n.so
22237 host Executable: dictTest (out/host/linux-
x86/obj/EXECUTABLES/dictTest_intermediates/dictTest)
22238 true
22239 Install: out/host/linux-x86/bin/jasmin
22240 host Executable: make_cfst (out/host/linux-
x86/obj/EXECUTABLES/make_cfst_intermediates/make_cfst)
22241 true
22242 host Executable: make_ve_grammar (out/host/linux-
x86/obj/EXECUTABLES/make_ve_grammar_intermediates/make_ve_grammar)
22243 true
22244 host Executable: mksnapshot (out/host/linux-
x86/obj/EXECUTABLES/mksnapshot_intermediates/mksnapshot)
22245 host Executable: parseStringTest (out/host/linux-
x86/obj/EXECUTABLES/parseStringTest_intermediates/parseStringTest)
22246 true
22247 host Executable: test_g2g (out/host/linux-
x86/obj/EXECUTABLES/test_g2g_intermediates/test_g2g)
22248 true
22249 host Executable: test_swiarb (out/host/linux-
x86/obj/EXECUTABLES/test_swiarb_intermediates/test_swiarb)
22250 true
22251 Install: out/host/linux-x86/framework/sdklib.jar
22252 Install: out/host/linux-x86/framework/sdkstats.jar
22253 Install: out/host/linux-x86/framework/ddmuilib.jar
22254 Install: out/host/linux-x86/framework/draw9patch.jar
22255 Install: out/host/linux-x86/framework/hierarchyviewer.jar
22256 Install: out/host/linux-x86/framework/hosttestlib.jar
22257 Install: out/host/linux-x86/framework/layoutlib_api.jar
22258 host Java: layoutopt
(out/host/common/obj/JAVA_LIBRARIES/layoutopt_intermediates/classes)
22259 true
22260 Install: out/host/linux-x86/framework/monkeyrunner.jar
22261 host Java: sdkuilib
(out/host/common/obj/JAVA_LIBRARIES/sdkuilib_intermediates/classes)
22262 host Java: traceview
(out/host/common/obj/JAVA_LIBRARIES/traceview_intermediates/classes)
22263 Note:
sdk/sdkmanager/libs/sdkuilib/src/com/android/sdkuilib/internal/widgets/AvdCre
ationDialog.java uses or overrides a deprecated API.
22264 Note: Recompile with -Xlint:deprecation for details.
22265 host SharedLib: libsqlite (out/host/linux-x86/obj/lib/libsqlite.so)
22266 target Prelink: libc
(out/target/product/crespo/symbols/system/lib/libc.so)
22267 Copying: out/target/common/obj/JAVA_LIBRARIES/android-
common_intermediates/classes-jarjar.jar
22268 Copying:
out/target/common/obj/JAVA_LIBRARIES/jsr305_intermediates/classes-jarjar.jar
22269 target Strip: libthread_db
(out/target/product/crespo/obj/lib/libthread_db.so)
22270 libelfcopy: Warning: DW_FORM_data8 is unsupported when sizeof (unsigned
long) != 8
```

22271 libelfcopy: Warning: Range lists in .debug_info section aren't in ascending order!
22272 libelfcopy: Warning: Range lists in .debug_ranges section start at 0x708
22273 target Dex: core
22274 host Executable: grxmlcompile (out/host/linux-x86/obj/EXECUTABLES/grxmlcompile_intermediates/grxmlcompile)
22275 true
22276 Install: out/host/linux-x86/lib/libSR_Session.so
22277 host SharedLib: libdvm (out/host/linux-x86/obj/lib/libdvm.so)
22278 Install: out/host/linux-x86/bin/dictTest
22279 Install: out/host/linux-x86/bin/make_cfst
22280 Install: out/host/linux-x86/bin/make_ve_grammar
22281 Install: out/host/linux-x86/bin/mksnapshot
22282 Install: out/host/linux-x86/bin/parseStringTest
22283 Install: out/host/linux-x86/bin/test_g2g
22284 Install: out/host/linux-x86/bin/test_swiarb
22285 host Java: anttasks (out/host/common/obj/JAVA_LIBRARIES/anttasks_intermediates/classes)
22286 host Java: ddms (out/host/common/obj/JAVA_LIBRARIES/ddms_intermediates/classes)
22287 host Java: layoutlib_utils (out/host/common/obj/JAVA_LIBRARIES/layoutlib_utils_intermediates/classes)
22288 Install: out/host/linux-x86/framework/layoutopt.jar
22289 Install: out/host/linux-x86/framework/sdkuilib.jar
22290 Install: out/host/linux-x86/framework/traceview.jar
22291 Install: out/host/linux-x86/lib/libsqlite.so
22292 host SharedLib: libsqlite_jni (out/host/linux-x86/obj/lib/libsqlite_jni.so)
22293 target Strip: libc (out/target/product/crespo/obj/lib/libc.so)
22294 Copying: out/target/common/obj/JAVA_LIBRARIES/android-common_intermediates/emma_out/lib/classes-jarjar.jar
22295 Copying: out/target/common/obj/JAVA_LIBRARIES/jsr305_intermediates/emma_out/lib/classes-jarjar.jar
22296 Install: out/target/product/crespo/system/framework/framework-res.apk
22297 target Generated: libv8 <= out/host/linux-x86/bin/mksnapshot
22298 Install: out/target/product/crespo/system/lib/libthread_db.so
22299 Host Jar: core-hostdex (out/host/common/obj/JAVA_LIBRARIES/core-hostdex_intermediates/javalib.jar)
22300 Install: out/host/linux-x86/bin/grxmlcompile
22301 Install: out/host/linux-x86/bin/make_g2g
22302 host Executable: dalvikvm (out/host/linux-x86/obj/EXECUTABLES/dalvikvm_intermediates/dalvikvm)
22303 Install: out/host/linux-x86/lib/libdvm.so
22304 host Executable: dexopt (out/host/linux-x86/obj/EXECUTABLES/dexopt_intermediates/dexopt)
22305 true
22306 Install: out/host/linux-x86/framework/anttasks.jar
22307 Install: out/host/linux-x86/framework/ddms.jar
22308 Install: out/host/linux-x86/framework/layoutlib_utils.jar
22309 true
22310 host Java: sdkmanager (out/host/common/obj/JAVA_LIBRARIES/sdkmanager_intermediates/classes)
22311 Install: out/host/linux-x86/lib/libsqlite_jni.so

22312 target SharedLib: libstdc++
(out/target/product/crespo/obj/SHARED_LIBRARIES/libstdc++_intermediates/LINKE
D/libstdc++.so)
22313 target SharedLib: libm
(out/target/product/crespo/obj/SHARED_LIBRARIES/libm_intermediates/LINKED/lib
m.so)
22314 Install: out/target/product/crespo/system/lib/libc.so
22315 Copying: out/target/common/obj/JAVA_LIBRARIES/android-
common_intermediates/classes.jar
22316 Copying:
out/target/common/obj/JAVA_LIBRARIES/jsr305_intermediates/classes.jar
22317 target Executable: fsck_msdos
(out/target/product/crespo/obj/EXECUTABLES/fsck_msdos_intermediates/LINKED/fs
ck_msdos)
22318 target SharedLib: libiprouteutil
(out/target/product/crespo/obj/SHARED_LIBRARIES/libiprouteutil_intermediates/
LINKED/libiprouteutil.so)
22319 target SharedLib: libnetlink
(out/target/product/crespo/obj/SHARED_LIBRARIES/libnetlink_intermediates/LINK
ED/libnetlink.so)
22320 target SharedLib: libc_malloc_debug_leak
(out/target/product/crespo/obj/SHARED_LIBRARIES/libc_malloc_debug_leak_interm
ediates/LINKED/libc_malloc_debug_leak.so)
22321 target SharedLib: libc_malloc_debug_qemu
(out/target/product/crespo/obj/SHARED_LIBRARIES/libc_malloc_debug_qemu_interm
ediates/LINKED/libc_malloc_debug_qemu.so)
22322 target thumb C++: libv8 <= external/v8/src/accessors.cc
22323   'out/host/common/obj/JAVA_LIBRARIES/core-
hostdex_intermediates/classes.dex' as 'classes.dex'...
22324 Note: sdk/sdkmanager/app/src/com/android/sdkmanager/Main.java uses or
overrides a deprecated API.
22325 Note: Recompile with -Xlint:deprecation for details.
22326 target thumb C++: libv8 <= external/v8/src/allocation.cc
22327 target thumb C++: libv8 <= external/v8/src/api.cc
22328 target thumb C++: libv8 <= external/v8/src/assembler.cc
22329 target thumb C++: libv8 <= external/v8/src/ast.cc
22330 target thumb C++: libv8 <= external/v8/src/bootstrapper.cc
22331 target thumb C++: libv8 <= external/v8/src/builtins.cc
22332 target thumb C++: libv8 <= external/v8/src/checks.cc
22333 target thumb C++: libv8 <= external/v8/src/code-stubs.cc
22334 target thumb C++: libv8 <= external/v8/src/codegen.cc
22335 target thumb C++: libv8 <= external/v8/src/compilation-cache.cc
22336 target thumb C++: libv8 <= external/v8/src/compiler.cc
22337 target thumb C++: libv8 <= external/v8/src/contexts.cc
22338 target thumb C++: libv8 <= external/v8/src/conversions.cc
22339 target thumb C++: libv8 <= external/v8/src/counters.cc
22340 target thumb C++: libv8 <= external/v8/src/data-flow.cc
22341 target thumb C++: libv8 <= external/v8/src/dateparser.cc
22342 target thumb C++: libv8 <= external/v8/src/debug.cc
22343 target thumb C++: libv8 <= external/v8/src/debug-agent.cc
22344 target thumb C++: libv8 <= external/v8/src/disassembler.cc
22345 target thumb C++: libv8 <= external/v8/src/execution.cc
22346 target thumb C++: libv8 <= external/v8/src/factory.cc
22347 target thumb C++: libv8 <= external/v8/src/fast-codegen.cc
22348 target thumb C++: libv8 <= external/v8/src/flags.cc
22349 target thumb C++: libv8 <= external/v8/src/frame-element.cc
22350 target thumb C++: libv8 <= external/v8/src/frames.cc

```
22351 target thumb C++: libv8 <= external/v8/src/full-codegen.cc
22352 target thumb C++: libv8 <= external/v8/src/func-name-inferrer.cc
22353 target thumb C++: libv8 <= external/v8/src/global-handles.cc
22354 target thumb C++: libv8 <= external/v8/src/handles.cc
22355 target thumb C++: libv8 <= external/v8/src/hashmap.cc
22356 target thumb C++: libv8 <= external/v8/src/heap.cc
22357 target thumb C++: libv8 <= external/v8/src/heap-profiler.cc
22358 target thumb C++: libv8 <= external/v8/src/ic.cc
22359 target thumb C++: libv8 <= external/v8/src/interpreter-irregexp.cc
22360 target thumb C++: libv8 <= external/v8/src/jsregexp.cc
22361 target thumb C++: libv8 <= external/v8/src/jump-target.cc
22362 target thumb C++: libv8 <= external/v8/src/liveedit.cc
22363 target thumb C++: libv8 <= external/v8/src/log.cc
22364 target thumb C++: libv8 <= external/v8/src/log-utils.cc
22365 target thumb C++: libv8 <= external/v8/src/mark-compact.cc
22366 target thumb C++: libv8 <= external/v8/src/messages.cc
22367 target thumb C++: libv8 <= external/v8/src/objects.cc
22368 target thumb C++: libv8 <= external/v8/src/oprofile-agent.cc
22369 target thumb C++: libv8 <= external/v8/src/parser.cc
22370 target thumb C++: libv8 <= external/v8/src/property.cc
22371 target thumb C++: libv8 <= external/v8/src/regexp-macro-assembler.cc
22372 target thumb C++: libv8 <= external/v8/src/regexp-macro-assembler-
irregexp.cc
22373 target thumb C++: libv8 <= external/v8/src/regexp-stack.cc
22374 target thumb C++: libv8 <= external/v8/src/register-allocator.cc
22375 target thumb C++: libv8 <= external/v8/src/rewriter.cc
22376 target thumb C++: libv8 <= external/v8/src/runtime.cc
22377 target thumb C++: libv8 <= external/v8/src/scanner.cc
22378 target thumb C++: libv8 <= external/v8/src/scopeinfo.cc
22379 target thumb C++: libv8 <= external/v8/src/scopes.cc
22380 target thumb C++: libv8 <= external/v8/src/serialize.cc
22381 target thumb C++: libv8 <= external/v8/src/snapshot-common.cc
22382 target thumb C++: libv8 <= external/v8/src/spaces.cc
22383 target thumb C++: libv8 <= external/v8/src/string-stream.cc
22384 target thumb C++: libv8 <= external/v8/src/stub-cache.cc
22385 target thumb C++: libv8 <= external/v8/src/token.cc
22386 target thumb C++: libv8 <= external/v8/src/top.cc
22387 target thumb C++: libv8 <= external/v8/src/unicode.cc
22388 target thumb C++: libv8 <= external/v8/src/usage-analyzer.cc
22389 target thumb C++: libv8 <= external/v8/src/utils.cc
22390 target thumb C++: libv8 <= external/v8/src/v8-counters.cc
22391 target thumb C++: libv8 <= external/v8/src/v8.cc
22392 target thumb C++: libv8 <= external/v8/src/v8threads.cc
22393 target thumb C++: libv8 <= external/v8/src/variables.cc
22394 target thumb C++: libv8 <= external/v8/src/virtual-frame.cc
22395 target thumb C++: libv8 <= external/v8/src/version.cc
22396 target thumb C++: libv8 <= external/v8/src/zone.cc
22397 target thumb C++: libv8 <= external/v8/src/arm/assembler-arm.cc
22398 target thumb C++: libv8 <= external/v8/src/arm/builtins-arm.cc
22399 target thumb C++: libv8 <= external/v8/src/arm/codegen-arm.cc
22400 target thumb C++: libv8 <= external/v8/src/arm/constants-arm.cc
22401 target thumb C++: libv8 <= external/v8/src/arm/cpu-arm.cc
22402 target thumb C++: libv8 <= external/v8/src/arm/debug-arm.cc
22403 target thumb C++: libv8 <= external/v8/src/arm/disasm-arm.cc
22404 target thumb C++: libv8 <= external/v8/src/arm/frames-arm.cc
22405 target thumb C++: libv8 <= external/v8/src/arm/full-codegen-arm.cc
22406 target thumb C++: libv8 <= external/v8/src/arm/ic-arm.cc
```

22407 target thumb C++: libv8 <= external/v8/src/arm/fast-codegen-arm.cc
22408 target thumb C++: libv8 <= external/v8/src/arm/jump-target-arm.cc
22409 target thumb C++: libv8 <= external/v8/src/arm/macro-assembler-arm.cc
22410 target thumb C++: libv8 <= external/v8/src/arm/regexp-macro-assembler-
arm.cc
22411 target thumb C++: libv8 <= external/v8/src/arm/register-allocator-
arm.cc
22412 target thumb C++: libv8 <= external/v8/src/arm/stub-cache-arm.cc
22413 target thumb C++: libv8 <= external/v8/src/arm/virtual-frame-arm.cc
22414 target thumb C++: libv8 <= external/v8/src/platform-linux.cc
22415 target thumb C++: libv8 <= external/v8/src/platform-posix.cc
22416 target thumb C++: libv8 <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libv8_intermediates/libraries.
cc
22417 target thumb C++: libv8 <=
out/target/product/crespo/obj/STATIC_LIBRARIES/libv8_intermediates/snapshot.c
c
22418 target thumb C: libv8 <= external/v8/src/dtoa-config.c
22419 In file included from external/v8/src/dtoa-config.c:92:
22420 external/v8/src/third_party/dtoa/dtoa.c: In function 'rv_alloc':
22421 external/v8/src/third_party/dtoa/dtoa.c:2550: warning: comparison
between signed and unsigned integer expressions
22422 host Java: bouncycastle-hostdex
(out/host/common/obj/JAVA_LIBRARIES/bouncycastle-
hostdex_intermediates/classes)
22423 Copying:
out/target/common/obj/JAVA_LIBRARIES/core_intermediates/noproguard.classes.de
x
22424 mkdir -p
out/target/product/crespo/system/usr/srec/config/en.us/grammars
22425 out/host/linux-x86/bin/grxmlcompile -par
external/srec/config/en.us/baseline11k.par -grxml
external/srec/config/en.us/grammars/VoiceDialer.grxml -outdir
out/target/product/crespo/system/usr/srec/config/en.us/grammars
22426 processing [external/srec/config/en.us/grammars/VoiceDialer.grxml] ...
22427
22428 Creating semantic graph file
22429 Determinization
22430 found max_script_label 34
22431 info: Using parfile external/srec/config/en.us/baseline11k.par
22432 info: Using dictionary dictionary/cmu6plus.ok.zip
22433 info: reading word symbols
out/target/product/crespo/system/usr/srec/config/en.us/grammars/VoiceDialer.m
ap
22434 info: reading parser symbols
out/target/product/crespo/system/usr/srec/config/en.us/grammars/VoiceDialer.o
map
22435 info: reading model symbols
external/srec/config/en.us/models/models128x.map
22436 SLOT>> VoiceDialer.grxml.Names@__Names__
22437 SLOT>> VoiceDialer.grxml.Opens@__Opens__
22438 -pau- : #
22439 -pau2- : #
22440 Call : k{l
22441 Voice : v<s
22442 Mail : mAl
22443 Redial : r/dI@l

```
22444 Exit : egz@t
22445 Exit : eks@t
22446 Cancel : kans@l
22447 Dial : dI@l
22448 Dial : dIl
22449 1 : 5F|
22450 thousand : T?z~
22451 thousand : T?z~d
22452 8 : H2
22453 hundred : hunPd
22454 hundred : hundPd
22455 hundred : hundr@d
22456 0 : 4
22457 0 : =Y07
22458 2 : 2K
22459 3 : B0Y
22460 4 : RX0
22461 5 : R>3
22462 6 : 1.\1
22463 7 : 1x3M
22464 9 : +>|
22465 Plus : plus
22466 at : at
22467 home : hOm
22468 on : on
22469 cell : sel
22470 mobile : mOb@l
22471 work : wVk
22472 other : uDP
22473 Open : Op~
22474 info: reading parser from text
out/target/product/crespo/system/usr/srec/config/en.us/grammars/VoiceDialer.P
.txt
22475 info: creating helper fsts
22476 info: creating reverse g fst
22477 info: writing reverse G fst as text
out/target/product/crespo/system/usr/srec/config/en.us/grammars/VoiceDialer.G
rev2.det.txt
22478 info: reading model fst external/srec/config/en.us/models/generic.C
22479 out/host/linux-x86/bin/make_g2g -base
out/target/product/crespo/system/usr/srec/config/en.us/grammars/VoiceDialer,a
ddWords=0 -out
out/target/product/crespo/system/usr/srec/config/en.us/grammars/VoiceDialer.g
2g
22480 Loading grammar
out/target/product/crespo/system/usr/srec/config/en.us/grammars/VoiceDialer,a
ddWords=0 from text files...
22481 Saving grammar as binary image
out/target/product/crespo/system/usr/srec/config/en.us/grammars/VoiceDialer.g
2g...
22482 SUCCESS!
22483 (cd out/target/product/crespo/system/usr/srec/config/en.us/grammars; rm
-f VoiceDialer.Grev2.det.txt VoiceDialer.map VoiceDialer.omap
VoiceDialer.P.txt VoiceDialer.params VoiceDialer.PCLG.txt VoiceDialer.script)
22484 mkdir -p
out/target/product/crespo/system/usr/srec/config/en.us/grammars
```

```
22485 out/host/linux-x86/bin/grxmlcompile -par
external/srec/config/en.us/baseline11k.par -grxml
external/srec/config/en.us/grammars/boolean.grxml -outdir
out/target/product/crespo/system/usr/srec/config/en.us/grammars
22486 processing [external/srec/config/en.us/grammars/boolean.grxml] ...
22487
22488 Creating semantic graph file
22489 Determinization
22490 found max_script_label 1
22491 info: Using parfile external/srec/config/en.us/baseline11k.par
22492 info: Using dictionary dictionary/cmu6plus.ok.zip
22493 using word_penalty 40
22494 info: reading word symbols
out/target/product/crespo/system/usr/srec/config/en.us/grammars/boolean.map
22495 info: reading parser symbols
out/target/product/crespo/system/usr/srec/config/en.us/grammars/boolean.omap
22496 info: reading model symbols
external/srec/config/en.us/models/models128x.map
22497 -pau- : #
22498 -pau2- : #
22499 yes : yes
22500 no : nO
22501 info: reading parser from text
out/target/product/crespo/system/usr/srec/config/en.us/grammars/boolean.P.txt
22502 info: creating helper fsts
22503 info: creating reverse g fst
22504 info: writing reverse G fst as text
out/target/product/crespo/system/usr/srec/config/en.us/grammars/boolean.Grev2
.det.txt
22505 info: reading model fst external/srec/config/en.us/models/generic.C
22506 out/host/linux-x86/bin/make_g2g -base
out/target/product/crespo/system/usr/srec/config/en.us/grammars/boolean,addWo
rds=0 -out
out/target/product/crespo/system/usr/srec/config/en.us/grammars/boolean.g2g
22507 Loading grammar
out/target/product/crespo/system/usr/srec/config/en.us/grammars/boolean,addWo
rds=0 from text files...
22508 Saving grammar as binary image
out/target/product/crespo/system/usr/srec/config/en.us/grammars/boolean.g2g..
.
22509 SUCCESS!
22510 (cd out/target/product/crespo/system/usr/srec/config/en.us/grammars; rm
-f boolean.Grev2.det.txt boolean.map boolean.omap boolean.P.txt
boolean.params boolean.PCLG.txt boolean.script)
22511 mkdir -p
out/target/product/crespo/system/usr/srec/config/en.us/grammars
22512 out/host/linux-x86/bin/grxmlcompile -par
external/srec/config/en.us/baseline11k.par -grxml
external/srec/config/en.us/grammars/phone_type_choice.grxml -outdir
out/target/product/crespo/system/usr/srec/config/en.us/grammars
22513 processing
[external/srec/config/en.us/grammars/phone_type_choice.grxml] ...
22514
22515 Creating semantic graph file
22516 Determinization
22517 found max_script_label 5
22518 info: Using parfile external/srec/config/en.us/baseline11k.par
```

```
22519 info: Using dictionary dictionary/cmu6plus.ok.zip
22520 using word_penalty 40
22521 info: reading word symbols
out/target/product/crespo/system/usr/srec/config/en.us/grammars/phone_type_ch
oice.map
22522 info: reading parser symbols
out/target/product/crespo/system/usr/srec/config/en.us/grammars/phone_type_ch
oice.omap
22523 info: reading model symbols
external/srec/config/en.us/models/models128x.map
22524 -pau- : #
22525 -pau2- : #
22526 home : hOm
22527 mobile : mOb@l
22528 cell : sel
22529 work : wVk
22530 other : uDP
22531 exit : egz@t
22532 exit : eks@t
22533 cancel : kans@l
22534 try : trI
22535 again : @gAn
22536 again : @gen
22537 retry : r/trI
22538 info: reading parser from text
out/target/product/crespo/system/usr/srec/config/en.us/grammars/phone_type_ch
oice.P.txt
22539 info: creating helper fsts
22540 info: creating reverse g fst
22541 info: writing reverse G fst as text
out/target/product/crespo/system/usr/srec/config/en.us/grammars/phone_type_ch
oice.Grev2.det.txt
22542 info: reading model fst external/srec/config/en.us/models/generic.C
22543 out/host/linux-x86/bin/make_g2g -base
out/target/product/crespo/system/usr/srec/config/en.us/grammars/phone_type_ch
oice,addWords=0 -out
out/target/product/crespo/system/usr/srec/config/en.us/grammars/phone_type_ch
oice.g2g
22544 Loading grammar
out/target/product/crespo/system/usr/srec/config/en.us/grammars/phone_type_ch
oice,addWords=0 from text files...
22545 Saving grammar as binary image
out/target/product/crespo/system/usr/srec/config/en.us/grammars/phone_type_ch
oice.g2g...
22546 SUCCESS!
22547 (cd out/target/product/crespo/system/usr/srec/config/en.us/grammars; rm
-f phone_type_choice.Grev2.det.txt phone_type_choice.map
phone_type_choice.omap phone_type_choice.P.txt phone_type_choice.params
phone_type_choice.PCLG.txt phone_type_choice.script)
22548 Install: out/host/linux-x86/bin/dalvikvm
22549 Install: out/host/linux-x86/bin/dexopt
22550 Install: out/host/linux-x86/framework/sdkmanager.jar
22551 target Prelink: libstdc++
(out/target/product/crespo/symbols/system/lib/libstdc++.so)
22552 target Static Jar: android-common
(out/target/common/obj/JAVA_LIBRARIES/android-
common_intermediates/javalib.jar)
```

22553 target Static Jar: jsr305
(out/target/common/obj/JAVA_LIBRARIES/jsr305_intermediates/javalib.jar)
22554 target Prelink: libm
(out/target/product/crespo/symbols/system/lib/libm.so)
22555 target Non-prelinked: fsck_msdos
(out/target/product/crespo/symbols/system/bin/fsck_msdos)
22556 target Non-prelinked: libiprouteutil
(out/target/product/crespo/symbols/system/lib/libiprouteutil.so)
22557 libelfcopy: Warning: Range lists in .debug_info section aren't in
ascending order!
22558 target Non-prelinked: libc_malloc_debug_leak
(out/target/product/crespo/symbols/system/lib/libc_malloc_debug_leak.so)
22559 target Non-prelinked: libnetlink
(out/target/product/crespo/symbols/system/lib/libnetlink.so)
22560 target Non-prelinked: libc_malloc_debug_qemu
(out/target/product/crespo/symbols/system/lib/libc_malloc_debug_qemu.so)
22561 target StaticLib: libv8
(out/target/product/crespo/obj/STATIC_LIBRARIES/libv8_intermediates/libv8.a)
22562 target Jar: core
(out/target/common/obj/JAVA_LIBRARIES/core_intermediates/javalib.jar)
22563 target Strip: libm (out/target/product/crespo/obj/lib/libm.so)
22564 target Java: guava
(out/target/common/obj/JAVA_LIBRARIES/guava_intermediates/classes)
22565 target Strip: fsck_msdos
(out/target/product/crespo/obj/EXECUTABLES/fsck_msdos_intermediates/fsck_msdo
s)
22566   'out/target/common/obj/JAVA_LIBRARIES/core_intermediates//classes.dex'
as 'classes.dex'...
22567 target Strip: libiprouteutil
(out/target/product/crespo/obj/lib/libiprouteutil.so)
22568 target Strip: libnetlink
(out/target/product/crespo/obj/lib/libnetlink.so)
22569 Install: out/target/product/crespo/system/lib/libiprouteutil.so
22570 Install: out/target/product/crespo/system/lib/libnetlink.so
22571 target Strip: libc_malloc_debug_leak
(out/target/product/crespo/obj/lib/libc_malloc_debug_leak.so)
22572 target Strip: libc_malloc_debug_qemu
(out/target/product/crespo/obj/lib/libc_malloc_debug_qemu.so)
22573 target Java: bouncycastle
(out/target/common/obj/JAVA_LIBRARIES/bouncycastle_intermediates/classes)
22574 target Java: ext
(out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/classes)
22575 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/AuthenticationHeader.java:442: warning:
unmappable character for encoding ascii
22576     * Set the nonce count pakrameter. Bug fix sent in by Andreas
Bystr���m
22577
^
22578 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/AuthenticationHeader.java:442: warning:
unmappable character for encoding ascii
22579     * Set the nonce count pakrameter. Bug fix sent in by Andreas
Bystr���m
22580
^

```
22581 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/AuthenticationHeader.java:442: warning:
unmappable character for encoding ascii
22582       * Set the nonce count pakrameter. Bug fix sent in by Andreas
Bystr���m
22583
      ^
22584 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/AuthenticationHeader.java:475: warning:
unmappable character for encoding ascii
22585       // Bug fix from Andreas Bystr���m
22586                                     ^
22587 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/AuthenticationHeader.java:475: warning:
unmappable character for encoding ascii
22588       // Bug fix from Andreas Bystr���m
22589                                     ^
22590 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/AuthenticationHeader.java:475: warning:
unmappable character for encoding ascii
22591       // Bug fix from Andreas Bystr���m
22592                                     ^
22593 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PAccessNetworkInfo.java:259: warning:
unmappable character for encoding ascii
22594       // acordo com a especifica����o ?
22595                                  ^
22596 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PAccessNetworkInfo.java:259: warning:
unmappable character for encoding ascii
22597       // acordo com a especifica����o ?
22598                                  ^
22599 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PAccessNetworkInfo.java:259: warning:
unmappable character for encoding ascii
22600       // acordo com a especifica����o ?
22601                                  ^
22602 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PAccessNetworkInfo.java:259: warning:
unmappable character for encoding ascii
22603       // acordo com a especifica����o ?
22604                                  ^
22605 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/ParameterNamesIms.java:34: warning:
unmappable character for encoding ascii
22606  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22607                                            ^
22608 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/ParameterNamesIms.java:34: warning:
unmappable character for encoding ascii
22609  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22610                                            ^
22611 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PAssertedIdentityHeader.java:37:
warning: unmappable character for encoding ascii
```

```
22612  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22613                                             ^
22614 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PAssertedIdentityHeader.java:37:
warning: unmappable character for encoding ascii
22615  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22616                                             ^
22617 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PAssertedIdentity.java:46: warning:
unmappable character for encoding ascii
22618  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22619                                             ^
22620 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PAssertedIdentity.java:46: warning:
unmappable character for encoding ascii
22621  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22622                                             ^
22623 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PathHeader.java:37: warning:
unmappable character for encoding ascii
22624  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22625                                             ^
22626 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PathHeader.java:37: warning:
unmappable character for encoding ascii
22627  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22628                                             ^
22629 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PathHeader.java:44: warning:
unmappable character for encoding ascii
22630  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22631                                             ^
22632 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PathHeader.java:44: warning:
unmappable character for encoding ascii
22633  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22634                                             ^
22635 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/Path.java:40: warning: unmappable
character for encoding ascii
22636  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22637                                             ^
22638 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/Path.java:40: warning: unmappable
character for encoding ascii
22639  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22640                                             ^
22641 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PathList.java:34: warning: unmappable
character for encoding ascii
22642  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22643                                             ^
22644 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PathList.java:34: warning: unmappable
character for encoding ascii
```

22645  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22646                                              ^
22647 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PCalledPartyIDHeader.java:55: warning:
unmappable character for encoding ascii
22648  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22649                                              ^
22650 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PCalledPartyIDHeader.java:55: warning:
unmappable character for encoding ascii
22651  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22652                                              ^
22653 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PCalledPartyID.java:43: warning:
unmappable character for encoding ascii
22654  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22655                                              ^
22656 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PCalledPartyID.java:43: warning:
unmappable character for encoding ascii
22657  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22658                                              ^
22659 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PChargingFunctionAddressesHeader.java:
77: warning: unmappable character for encoding ascii
22660  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22661                                              ^
22662 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PChargingFunctionAddressesHeader.java:
77: warning: unmappable character for encoding ascii
22663  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22664                                              ^
22665 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PChargingFunctionAddresses.java:67:
warning: unmappable character for encoding ascii
22666  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22667                                              ^
22668 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PChargingFunctionAddresses.java:67:
warning: unmappable character for encoding ascii
22669  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22670                                              ^
22671 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PPreferredIdentityHeader.java:56:
warning: unmappable character for encoding ascii
22672  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22673                                              ^
22674 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PPreferredIdentityHeader.java:56:
warning: unmappable character for encoding ascii
22675  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22676                                              ^
22677 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PPreferredIdentity.java:46: warning:
unmappable character for encoding ascii

22678  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22679                                              ^
22680 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PPreferredIdentity.java:46: warning:
unmappable character for encoding ascii
22681  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22682                                              ^
22683 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PVisitedNetworkIDHeader.java:76:
warning: unmappable character for encoding ascii
22684  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22685                                              ^
22686 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PVisitedNetworkIDHeader.java:76:
warning: unmappable character for encoding ascii
22687  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22688                                              ^
22689 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PVisitedNetworkID.java:43: warning:
unmappable character for encoding ascii
22690  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22691                                              ^
22692 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PVisitedNetworkID.java:43: warning:
unmappable character for encoding ascii
22693  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22694                                              ^
22695 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PVisitedNetworkIDList.java:38:
warning: unmappable character for encoding ascii
22696  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22697                                              ^
22698 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/PVisitedNetworkIDList.java:38:
warning: unmappable character for encoding ascii
22699  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22700                                              ^
22701 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/ServiceRouteHeader.java:39: warning:
unmappable character for encoding ascii
22702  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22703                                              ^
22704 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/ServiceRouteHeader.java:39: warning:
unmappable character for encoding ascii
22705  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22706                                              ^
22707 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/ServiceRoute.java:42: warning:
unmappable character for encoding ascii
22708  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22709                                              ^
22710 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/ServiceRoute.java:42: warning:
unmappable character for encoding ascii

```
22711  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22712                                              ^
22713 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/ServiceRouteList.java:34: warning:
unmappable character for encoding ascii
22714  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22715                                              ^
22716 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/ServiceRouteList.java:34: warning:
unmappable character for encoding ascii
22717  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22718                                              ^
22719 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/SIPHeaderNamesIms.java:34: warning:
unmappable character for encoding ascii
22720  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22721                                              ^
22722 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/SIPHeaderNamesIms.java:34: warning:
unmappable character for encoding ascii
22723  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22724                                              ^
22725 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/WWWAuthenticateHeaderIms.java:52:
warning: unmappable character for encoding ascii
22726  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22727                                              ^
22728 frameworks/base/../../external/nist-
sip/java/gov/nist/javax/sip/header/ims/WWWAuthenticateHeaderIms.java:52:
warning: unmappable character for encoding ascii
22729  * @author ALEXANDRE MIGUEL SILVA SANTOS - N�� 10045401
22730                                              ^
22731 Note: Some input files use or override a deprecated API.
22732 Note: Recompile with -Xlint:deprecation for details.
22733 Note: Some input files use unchecked or unsafe operations.
22734 Note: Recompile with -Xlint:unchecked for details.
22735 target Java: core-junit (out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes)
22736 Note: Some input files use unchecked or unsafe operations.
22737 Note: Recompile with -Xlint:unchecked for details.
22738 target Strip: libstdc++
(out/target/product/crespo/obj/lib/libstdc++.so)
22739 Install: out/target/product/crespo/system/lib/libm.so
22740 Copying:
out/target/common/obj/JAVA_LIBRARIES/guava_intermediates/classes-jarjar.jar
22741 Install: out/target/product/crespo/system/bin/fsck_msdos
22742 target Executable: tc
(out/target/product/crespo/obj/EXECUTABLES/tc_intermediates/LINKED/tc)
22743 target Java: sqlite-jdbc (out/target/common/obj/JAVA_LIBRARIES/sqlite-
jdbc_intermediates/classes)
22744 Install: out/target/product/crespo/system/lib/libc_malloc_debug_leak.so
22745 Install: out/target/product/crespo/system/lib/libc_malloc_debug_qemu.so
22746 target SharedLib: libctest
(out/target/product/crespo/obj/SHARED_LIBRARIES/libctest_intermediates/LINKED
/libctest.so)
```

```
22747 target SharedLib: libpagemap
(out/target/product/crespo/obj/SHARED_LIBRARIES/libpagemap_intermediates/LINK
ED/libpagemap.so)
22748 target StaticExecutable: add-property-tag
(out/target/product/crespo/obj/EXECUTABLES/add-property-
tag_intermediates/LINKED/add-property-tag)
22749 target StaticExecutable: check-lost+found
(out/target/product/crespo/obj/EXECUTABLES/check-
lost+found_intermediates/LINKED/check-lost+found)
22750 target Executable: dhdutil
(out/target/product/crespo/obj/EXECUTABLES/dhdutil_intermediates/LINKED/dhdut
il)
22751 target Executable: latencytop
(out/target/product/crespo/obj/EXECUTABLES/latencytop_intermediates/LINKED/la
tencytop)
22752 target Executable: opcontrol
(out/target/product/crespo/obj/EXECUTABLES/opcontrol_intermediates/LINKED/opc
ontrol)
22753 target Executable: oprofiled
(out/target/product/crespo/obj/EXECUTABLES/oprofiled_intermediates/LINKED/opr
ofiled)
22754 target Executable: scp
(out/target/product/crespo/obj/EXECUTABLES/scp_intermediates/LINKED/scp)
22755 target Executable: showslab
(out/target/product/crespo/obj/EXECUTABLES/showslab_intermediates/LINKED/show
slab)
22756 target Executable: strace
(out/target/product/crespo/obj/EXECUTABLES/strace_intermediates/LINKED/strace
)
22757 target StaticExecutable: su
(out/target/product/crespo/obj/EXECUTABLES/su_intermediates/LINKED/su)
22758 target Dex: bouncycastle-hostdex
22759 Note: Some input files use or override a deprecated API.
22760 Note: Recompile with -Xlint:deprecation for details.
22761 Note: Some input files use unchecked or unsafe operations.
22762 Note: Recompile with -Xlint:unchecked for details.
22763 target StaticExecutable: applypatch_static
(out/target/product/crespo/obj/EXECUTABLES/applypatch_static_intermediates/LI
NKED/applypatch_static)
22764 target StaticExecutable: check_prereq
(out/target/product/crespo/obj/EXECUTABLES/check_prereq_intermediates/LINKED/
check_prereq)
22765 target Executable: cpueater
(out/target/product/crespo/obj/EXECUTABLES/cpueater_intermediates/LINKED/cpue
ater)
22766 target Executable: directiotest
(out/target/product/crespo/obj/EXECUTABLES/directiotest_intermediates/LINKED/
directiotest)
22767 target Executable: gdbjithelper
(out/target/product/crespo/obj/EXECUTABLES/gdbjithelper_intermediates/LINKED/
gdbjithelper)
22768 target Executable: gtest-death-test_test
(out/target/product/crespo/obj/EXECUTABLES/gtest-death-
test_test_intermediates/LINKED/gtest-death-test_test)
22769 target Executable: gtest-filepath_test
(out/target/product/crespo/obj/EXECUTABLES/gtest-
filepath_test_intermediates/LINKED/gtest-filepath_test)
```

22770 target Executable: gtest-linked_ptr_test
(out/target/product/crespo/obj/EXECUTABLES/gtest-
linked_ptr_test_intermediates/LINKED/gtest-linked_ptr_test)
22771 target Executable: gtest-message_test
(out/target/product/crespo/obj/EXECUTABLES/gtest-
message_test_intermediates/LINKED/gtest-message_test)
22772 target Executable: gtest-options_test
(out/target/product/crespo/obj/EXECUTABLES/gtest-
options_test_intermediates/LINKED/gtest-options_test)
22773 target Executable: gtest-port_test
(out/target/product/crespo/obj/EXECUTABLES/gtest-
port_test_intermediates/LINKED/gtest-port_test)
22774 target Executable: gtest-test-part_test
(out/target/product/crespo/obj/EXECUTABLES/gtest-test-
part_test_intermediates/LINKED/gtest-test-part_test)
22775 target Executable: gtest-typed-test2_test
(out/target/product/crespo/obj/EXECUTABLES/gtest-typed-
test2_test_intermediates/LINKED/gtest-typed-test2_test)
22776 target Executable: gtest-typed-test_test
(out/target/product/crespo/obj/EXECUTABLES/gtest-typed-
test_test_intermediates/LINKED/gtest-typed-test_test)
22777 Note: Some input files use unchecked or unsafe operations.
22778 Note: Recompile with -Xlint:unchecked for details.
22779 target Executable: gtest_environment_test
(out/target/product/crespo/obj/EXECUTABLES/gtest_environment_test_intermediat
es/LINKED/gtest_environment_test)
22780 target Executable: gtest_no_test_unittest
(out/target/product/crespo/obj/EXECUTABLES/gtest_no_test_unittest_intermediat
es/LINKED/gtest_no_test_unittest)
22781 target Executable: gtest_pred_impl_unittest
(out/target/product/crespo/obj/EXECUTABLES/gtest_pred_impl_unittest_intermedi
ates/LINKED/gtest_pred_impl_unittest)
22782 target Executable: gtest_prod_test
(out/target/product/crespo/obj/EXECUTABLES/gtest_prod_test_intermediates/LINK
ED/gtest_prod_test)
22783 target Executable: gtest_repeat_test
(out/target/product/crespo/obj/EXECUTABLES/gtest_repeat_test_intermediates/LI
NKED/gtest_repeat_test)
22784 target Executable: gtest_stress_test
(out/target/product/crespo/obj/EXECUTABLES/gtest_stress_test_intermediates/LI
NKED/gtest_stress_test)
22785 target Executable: gtest_unittest
(out/target/product/crespo/obj/EXECUTABLES/gtest_unittest_intermediates/LINKE
D/gtest_unittest)
22786 target Executable: icache
(out/target/product/crespo/obj/EXECUTABLES/icache_intermediates/LINKED/icache
)
22787 target Executable: libsqlite3_phone_number_utils_test
(out/target/product/crespo/obj/EXECUTABLES/libsqlite3_phone_number_utils_test
_intermediates/LINKED/libsqlite3_phone_number_utils_test)
22788 target Executable: memtest
(out/target/product/crespo/obj/EXECUTABLES/memtest_intermediates/LINKED/memte
st)
22789 target Executable: nc
(out/target/product/crespo/obj/EXECUTABLES/nc_intermediates/LINKED/nc)

22790 target Executable: netperf
(out/target/product/crespo/obj/EXECUTABLES/netperf_intermediates/LINKED/netpe
rf)
22791 target Executable: netserver
(out/target/product/crespo/obj/EXECUTABLES/netserver_intermediates/LINKED/net
server)
22792 target Executable: perm_checker
(out/target/product/crespo/obj/EXECUTABLES/perm_checker_intermediates/LINKED/
perm_checker)
22793 target Executable: pftest
(out/target/product/crespo/obj/EXECUTABLES/pftest_intermediates/LINKED/pftest
)
22794 target StaticExecutable: recovery
(out/target/product/crespo/obj/EXECUTABLES/recovery_intermediates/LINKED/reco
very)
22795 target Executable: safe_iop_test
(out/target/product/crespo/obj/EXECUTABLES/safe_iop_test_intermediates/LINKED
/safe_iop_test)
22796 target Executable: sound
(out/target/product/crespo/obj/EXECUTABLES/sound_intermediates/LINKED/sound)
22797 target Executable: ssh
(out/target/product/crespo/obj/EXECUTABLES/ssh_intermediates/LINKED/ssh)
22798 target StaticExecutable: test-fb-simple
(out/target/product/crespo/obj/EXECUTABLES/test-fb-
simple_intermediates/LINKED/test-fb-simple)
22799 target StaticExecutable: test-mdp
(out/target/product/crespo/obj/EXECUTABLES/test-
mdp_intermediates/LINKED/test-mdp)
22800 target StaticExecutable: timetest
(out/target/product/crespo/obj/EXECUTABLES/timetest_intermediates/LINKED/time
test)
22801 target StaticExecutable: updater
(out/target/product/crespo/obj/EXECUTABLES/updater_intermediates/LINKED/updat
er)
22802 target StaticExecutable: verifier_test
(out/target/product/crespo/obj/EXECUTABLES/verifier_test_intermediates/LINKED
/verifier_test)
22803 target SharedLib: libembunit
(out/target/product/crespo/obj/SHARED_LIBRARIES/libembunit_intermediates/LINK
ED/libembunit.so)
22804 target SharedLib: libtestplugin
(out/target/product/crespo/obj/SHARED_LIBRARIES/libtestplugin_intermediates/L
INKED/libtestplugin.so)
22805 Copying:
out/target/common/obj/JAVA_LIBRARIES/bouncycastle_intermediates/classes-
jarjar.jar
22806 Copying: out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes-jarjar.jar
22807 target StaticExecutable: init
(out/target/product/crespo/obj/EXECUTABLES/init_intermediates/LINKED/init)
22808 Install: out/target/product/crespo/system/lib/libstdc++.so
22809 target StaticExecutable: adbd
(out/target/product/crespo/obj/EXECUTABLES/adbd_intermediates/LINKED/adbd)
22810 Copying:
out/target/common/obj/JAVA_LIBRARIES/guava_intermediates/emma_out/lib/classes
-jarjar.jar

```
22811 target SharedLib: libz
(out/target/product/crespo/obj/SHARED_LIBRARIES/libz_intermediates/LINKED/lib
z.so)
22812 target SharedLib: libicuuc
(out/target/product/crespo/obj/SHARED_LIBRARIES/libicuuc_intermediates/LINKED
/libicuuc.so)
22813 target SharedLib: liblog
(out/target/product/crespo/obj/SHARED_LIBRARIES/liblog_intermediates/LINKED/l
iblog.so)
22814 target SharedLib: libexpat
(out/target/product/crespo/obj/SHARED_LIBRARIES/libexpat_intermediates/LINKED
/libexpat.so)
22815 target SharedLib: libWnnEngDic
(out/target/product/crespo/obj/SHARED_LIBRARIES/libWnnEngDic_intermediates/LI
NKED/libWnnEngDic.so)
22816 target SharedLib: libWnnJpnDic
(out/target/product/crespo/obj/SHARED_LIBRARIES/libWnnJpnDic_intermediates/LI
NKED/libWnnJpnDic.so)
22817 target SharedLib: libwnndict
(out/target/product/crespo/obj/SHARED_LIBRARIES/libwnndict_intermediates/LINK
ED/libwnndict.so)
22818 target SharedLib: libETC1
(out/target/product/crespo/obj/SHARED_LIBRARIES/libETC1_intermediates/LINKED/
libETC1.so)
22819 target SharedLib: libvorbisidec
(out/target/product/crespo/obj/SHARED_LIBRARIES/libvorbisidec_intermediates/L
INKED/libvorbisidec.so)
22820 target SharedLib: libstagefright_amrnb_common
(out/target/product/crespo/obj/SHARED_LIBRARIES/libstagefright_amrnb_common_i
ntermediates/LINKED/libstagefright_amrnb_common.so)
22821 target SharedLib: libstagefright_enc_common
(out/target/product/crespo/obj/SHARED_LIBRARIES/libstagefright_enc_common_int
ermediates/LINKED/libstagefright_enc_common.so)
22822 target SharedLib: libstagefright_avc_common
(out/target/product/crespo/obj/SHARED_LIBRARIES/libstagefright_avc_common_int
ermediates/LINKED/libstagefright_avc_common.so)
22823 target SharedLib: libbluetooth
(out/target/product/crespo/obj/SHARED_LIBRARIES/libbluetooth_intermediates/LI
NKED/libbluetooth.so)
22824 Note: Some input files use or override a deprecated API.
22825 Note: Recompile with -Xlint:deprecation for details.
22826 Note: Some input files use unchecked or unsafe operations.
22827 Note: Recompile with -Xlint:unchecked for details.
22828 52 warnings
22829 target Executable: debuggerd
(out/target/product/crespo/obj/EXECUTABLES/debuggerd_intermediates/LINKED/deb
uggerd)
22830 target Executable: iptables
(out/target/product/crespo/obj/EXECUTABLES/iptables_intermediates/LINKED/ipta
bles)
22831 target StaticExecutable: linker
(out/target/product/crespo/obj/EXECUTABLES/linker_intermediates/LINKED/linker
)
22832 target PrefixSymbols: linker
(out/target/product/crespo/obj/EXECUTABLES/linker_intermediates/LINKED/linker
)
```

```
22833 BFD:
out/target/product/crespo/obj/EXECUTABLES/linker_intermediates/LINKED/stqd24M
M: warning: sh_link not set for section `.ARM.exidx'
22834 target Executable: logwrapper
(out/target/product/crespo/obj/EXECUTABLES/logwrapper_intermediates/LINKED/lo
gwrapper)
22835 target Executable: ping
(out/target/product/crespo/obj/EXECUTABLES/ping_intermediates/LINKED/ping)
22836 target StaticExecutable: run-as
(out/target/product/crespo/obj/EXECUTABLES/run-as_intermediates/LINKED/run-
as)
22837 target Executable: schedtest
(out/target/product/crespo/obj/EXECUTABLES/schedtest_intermediates/LINKED/sch
edtest)
22838 target Executable: sdcard
(out/target/product/crespo/obj/EXECUTABLES/sdcard_intermediates/LINKED/sdcard
)
22839 target Executable: sh
(out/target/product/crespo/obj/EXECUTABLES/sh_intermediates/LINKED/sh)
22840 target Executable: setup_fs
(out/target/product/crespo/obj/EXECUTABLES/setup_fs_intermediates/LINKED/setu
p_fs)
22841 target Executable: showlease
(out/target/product/crespo/obj/EXECUTABLES/showlease_intermediates/LINKED/sho
wlease)
22842 target Non-prelinked: tc
(out/target/product/crespo/symbols/system/bin/tc)
22843 Install: out/target/product/crespo/system/framework/core.jar
22844 Copying: out/target/common/obj/JAVA_LIBRARIES/sqlite-
jdbc_intermediates/classes-jarjar.jar
22845 target Non-prelinked: libctest
(out/target/product/crespo/symbols/system/lib/libctest.so)
22846 target Non-prelinked: libpagemap
(out/target/product/crespo/symbols/system/lib/libpagemap.so)
22847 target Non-prelinked: add-property-tag
(out/target/product/crespo/symbols/system/xbin/add-property-tag)
22848 target Non-prelinked: check-lost+found
(out/target/product/crespo/symbols/system/xbin/check-lost+found)
22849 target Non-prelinked: dhdutil
(out/target/product/crespo/symbols/system/xbin/dhdutil)
22850 target Non-prelinked: latencytop
(out/target/product/crespo/symbols/system/xbin/latencytop)
22851 target Non-prelinked: opcontrol
(out/target/product/crespo/symbols/system/xbin/opcontrol)
22852 target Non-prelinked: oprofiled
(out/target/product/crespo/symbols/system/xbin/oprofiled)
22853 target Non-prelinked: scp
(out/target/product/crespo/symbols/system/xbin/scp)
22854 target Non-prelinked: showslab
(out/target/product/crespo/symbols/system/xbin/showslab)
22855 target Non-prelinked: strace
(out/target/product/crespo/symbols/system/xbin/strace)
22856 target Non-prelinked: su
(out/target/product/crespo/symbols/system/xbin/su)
22857 target Non-prelinked: applypatch_static
(out/target/product/crespo/symbols/system/bin/applypatch_static)
```

22858 target Non-prelinked: check_prereq
(out/target/product/crespo/symbols/system/bin/check_prereq)
22859 target Non-prelinked: cpueater
(out/target/product/crespo/symbols/system/xbin/cpueater)
22860 target Non-prelinked: directiotest
(out/target/product/crespo/symbols/system/xbin/directiotest)
22861 target Non-prelinked: gdbjithelper
(out/target/product/crespo/symbols/system/bin/gdbjithelper)
22862 target Non-prelinked: gtest-death-test_test
(out/target/product/crespo/symbols/data/app/gtest-death-test_test)
22863 target Non-prelinked: gtest-filepath_test
(out/target/product/crespo/symbols/data/app/gtest-filepath_test)
22864 target Non-prelinked: gtest-linked_ptr_test
(out/target/product/crespo/symbols/data/app/gtest-linked_ptr_test)
22865 target Non-prelinked: gtest-message_test
(out/target/product/crespo/symbols/data/app/gtest-message_test)
22866 target Non-prelinked: gtest-port_test
(out/target/product/crespo/symbols/data/app/gtest-port_test)
22867 target Non-prelinked: gtest-options_test
(out/target/product/crespo/symbols/data/app/gtest-options_test)
22868 target Non-prelinked: gtest-test-part_test
(out/target/product/crespo/symbols/data/app/gtest-test-part_test)
22869 target Non-prelinked: gtest-typed-test2_test
(out/target/product/crespo/symbols/data/app/gtest-typed-test2_test)
22870 target Non-prelinked: gtest-typed-test_test
(out/target/product/crespo/symbols/data/app/gtest-typed-test_test)
22871 target Non-prelinked: gtest_environment_test
(out/target/product/crespo/symbols/data/app/gtest_environment_test)
22872 target Non-prelinked: gtest_pred_impl_unittest
(out/target/product/crespo/symbols/data/app/gtest_pred_impl_unittest)
22873 target Non-prelinked: gtest_no_test_unittest
(out/target/product/crespo/symbols/data/app/gtest_no_test_unittest)
22874 target Non-prelinked: gtest_prod_test
(out/target/product/crespo/symbols/data/app/gtest_prod_test)
22875 target Non-prelinked: gtest_repeat_test
(out/target/product/crespo/symbols/data/app/gtest_repeat_test)
22876 target Non-prelinked: gtest_stress_test
(out/target/product/crespo/symbols/data/app/gtest_stress_test)
22877 target Non-prelinked: icache
(out/target/product/crespo/symbols/system/bin/icache)
22878 target Non-prelinked: gtest_unittest
(out/target/product/crespo/symbols/data/app/gtest_unittest)
22879 target Non-prelinked: memtest
(out/target/product/crespo/symbols/system/bin/memtest)
22880 target Non-prelinked: libsqlite3_phone_number_utils_test
(out/target/product/crespo/symbols/system/bin/libsqlite3_phone_number_utils_t
est)
22881 target Non-prelinked: nc
(out/target/product/crespo/symbols/system/xbin/nc)
22882 target Non-prelinked: netperf
(out/target/product/crespo/symbols/system/xbin/netperf)
22883 target Non-prelinked: netserver
(out/target/product/crespo/symbols/system/xbin/netserver)
22884 target Non-prelinked: perm_checker
(out/target/product/crespo/symbols/data/local/perm_checker)
22885 target Non-prelinked: pftest
(out/target/product/crespo/symbols/system/bin/pftest)

22886 target Non-prelinked: recovery
(out/target/product/crespo/symbols/system/bin/recovery)
22887 target Non-prelinked: safe_iop_test
(out/target/product/crespo/symbols/system/xbin/safe_iop_test)
22888 target Non-prelinked: sound
(out/target/product/crespo/symbols/system/bin/sound)
22889 target Non-prelinked: ssh
(out/target/product/crespo/symbols/system/xbin/ssh)
22890 target Non-prelinked: test-fb-simple
(out/target/product/crespo/symbols/system/bin/test-fb-simple)
22891 target Non-prelinked: test-mdp
(out/target/product/crespo/symbols/system/bin/test-mdp)
22892 target Non-prelinked: timetest
(out/target/product/crespo/symbols/sbin/timetest)
22893 target Non-prelinked: updater
(out/target/product/crespo/symbols/system/bin/updater)
22894 target Non-prelinked: verifier_test
(out/target/product/crespo/symbols/system/bin/verifier_test)
22895 target Non-prelinked: libtestplugin
(out/target/product/crespo/symbols/system/lib/libtestplugin.so)
22896 target Non-prelinked: libembunit
(out/target/product/crespo/symbols/system/lib/libembunit.so)
22897 Copying:
out/target/common/obj/JAVA_LIBRARIES/bouncycastle_intermediates/emma_out/lib/
classes-jarjar.jar
22898 Copying: out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/emma_out/lib/classes-jarjar.jar
22899 target Non-prelinked: init (out/target/product/crespo/symbols/init)
22900 target Non-prelinked: adbd
(out/target/product/crespo/symbols/sbin/adbd)
22901 Copying:
out/target/common/obj/JAVA_LIBRARIES/guava_intermediates/classes.jar
22902 target Non-prelinked: libz
(out/target/product/crespo/symbols/system/lib/libz.so)
22903 target Non-prelinked: liblog
(out/target/product/crespo/symbols/system/lib/liblog.so)
22904 target Non-prelinked: libicuuc
(out/target/product/crespo/symbols/system/lib/libicuuc.so)
22905 target Non-prelinked: libWnnEngDic
(out/target/product/crespo/symbols/system/lib/libWnnEngDic.so)
22906 target Non-prelinked: libWnnJpnDic
(out/target/product/crespo/symbols/system/lib/libWnnJpnDic.so)
22907 target Non-prelinked: libexpat
(out/target/product/crespo/symbols/system/lib/libexpat.so)
22908 target Non-prelinked: libwnndict
(out/target/product/crespo/symbols/system/lib/libwnndict.so)
22909 target Non-prelinked: libETC1
(out/target/product/crespo/symbols/system/lib/libETC1.so)
22910 target Non-prelinked: libvorbisidec
(out/target/product/crespo/symbols/system/lib/libvorbisidec.so)
22911 target Non-prelinked: libstagefright_amrnb_common
(out/target/product/crespo/symbols/system/lib/libstagefright_amrnb_common.so)
22912 target Non-prelinked: libstagefright_avc_common
(out/target/product/crespo/symbols/system/lib/libstagefright_avc_common.so)
22913 target Non-prelinked: libbluetooth
(out/target/product/crespo/symbols/system/lib/libbluetooth.so)

22914 target Non-prelinked: libstagefright_enc_common
(out/target/product/crespo/symbols/system/lib/libstagefright_enc_common.so)
22915 target Non-prelinked: debuggerd
(out/target/product/crespo/symbols/system/bin/debuggerd)
22916 target Non-prelinked: iptables
(out/target/product/crespo/symbols/system/bin/iptables)
22917 target Non-prelinked: linker
(out/target/product/crespo/symbols/system/bin/linker)
22918 target Non-prelinked: logwrapper
(out/target/product/crespo/symbols/system/bin/logwrapper)
22919 target Non-prelinked: ping
(out/target/product/crespo/symbols/system/bin/ping)
22920 target Non-prelinked: run-as
(out/target/product/crespo/symbols/system/bin/run-as)
22921 target Non-prelinked: schedtest
(out/target/product/crespo/symbols/system/bin/schedtest)
22922 target Non-prelinked: sdcard
(out/target/product/crespo/symbols/system/bin/sdcard)
22923 target Non-prelinked: setup_fs
(out/target/product/crespo/symbols/system/bin/setup_fs)
22924 target Non-prelinked: sh
(out/target/product/crespo/symbols/system/bin/sh)
22925 Copying: out/target/common/obj/JAVA_LIBRARIES/sqlite-
jdbc_intermediates/emma_out/lib/classes-jarjar.jar
22926 target Non-prelinked: showlease
(out/target/product/crespo/symbols/system/bin/showlease)
22927 target Strip: tc
(out/target/product/crespo/obj/EXECUTABLES/tc_intermediates/tc)
22928 target Strip: libpagemap
(out/target/product/crespo/obj/lib/libpagemap.so)
22929 target Strip: libctest (out/target/product/crespo/obj/lib/libctest.so)
22930 target Strip: add-property-tag
(out/target/product/crespo/obj/EXECUTABLES/add-property-
tag_intermediates/add-property-tag)
22931 target Strip: check-lost+found
(out/target/product/crespo/obj/EXECUTABLES/check-
lost+found_intermediates/check-lost+found)
22932 target Strip: dhdutil
(out/target/product/crespo/obj/EXECUTABLES/dhdutil_intermediates/dhdutil)
22933 target Strip: latencytop
(out/target/product/crespo/obj/EXECUTABLES/latencytop_intermediates/latencyto
p)
22934 target Executable: librank
(out/target/product/crespo/obj/EXECUTABLES/librank_intermediates/LINKED/libra
nk)
22935 target Strip: opcontrol
(out/target/product/crespo/obj/EXECUTABLES/opcontrol_intermediates/opcontrol)
22936 target Strip: oprofiled
(out/target/product/crespo/obj/EXECUTABLES/oprofiled_intermediates/oprofiled)
22937 target Executable: procmem
(out/target/product/crespo/obj/EXECUTABLES/procmem_intermediates/LINKED/procm
em)
22938 target Executable: procrank
(out/target/product/crespo/obj/EXECUTABLES/procrank_intermediates/LINKED/proc
rank)
22939 target Strip: scp
(out/target/product/crespo/obj/EXECUTABLES/scp_intermediates/scp)

22940 target Strip: showslab
(out/target/product/crespo/obj/EXECUTABLES/showslab_intermediates/showslab)
22941 target Strip: strace
(out/target/product/crespo/obj/EXECUTABLES/strace_intermediates/strace)
22942 target Strip: su
(out/target/product/crespo/obj/EXECUTABLES/su_intermediates/su)
22943 target Strip: applypatch_static
(out/target/product/crespo/obj/EXECUTABLES/applypatch_static_intermediates/ap
plypatch_static)
22944 target Strip: check_prereq
(out/target/product/crespo/obj/EXECUTABLES/check_prereq_intermediates/check_p
rereq)
22945 target Strip: cpueater
(out/target/product/crespo/obj/EXECUTABLES/cpueater_intermediates/cpueater)
22946 target Strip: directiotest
(out/target/product/crespo/obj/EXECUTABLES/directiotest_intermediates/directi
otest)
22947 target Strip: gdbjithelper
(out/target/product/crespo/obj/EXECUTABLES/gdbjithelper_intermediates/gdbjith
elper)
22948 target Strip: gtest-death-test_test
(out/target/product/crespo/obj/EXECUTABLES/gtest-death-
test_test_intermediates/gtest-death-test_test)
22949 target Strip: gtest-filepath_test
(out/target/product/crespo/obj/EXECUTABLES/gtest-
filepath_test_intermediates/gtest-filepath_test)
22950 target Strip: gtest-linked_ptr_test
(out/target/product/crespo/obj/EXECUTABLES/gtest-
linked_ptr_test_intermediates/gtest-linked_ptr_test)
22951 target Strip: gtest-message_test
(out/target/product/crespo/obj/EXECUTABLES/gtest-
message_test_intermediates/gtest-message_test)
22952 target Strip: gtest-options_test
(out/target/product/crespo/obj/EXECUTABLES/gtest-
options_test_intermediates/gtest-options_test)
22953 target Strip: gtest-port_test
(out/target/product/crespo/obj/EXECUTABLES/gtest-
port_test_intermediates/gtest-port_test)
22954 target Strip: gtest-test-part_test
(out/target/product/crespo/obj/EXECUTABLES/gtest-test-
part_test_intermediates/gtest-test-part_test)
22955 target Strip: gtest-typed-test2_test
(out/target/product/crespo/obj/EXECUTABLES/gtest-typed-
test2_test_intermediates/gtest-typed-test2_test)
22956 target Strip: gtest-typed-test_test
(out/target/product/crespo/obj/EXECUTABLES/gtest-typed-
test_test_intermediates/gtest-typed-test_test)
22957 target Strip: gtest_environment_test
(out/target/product/crespo/obj/EXECUTABLES/gtest_environment_test_intermediat
es/gtest_environment_test)
22958 target Strip: gtest_no_test_unittest
(out/target/product/crespo/obj/EXECUTABLES/gtest_no_test_unittest_intermediat
es/gtest_no_test_unittest)
22959 target Strip: gtest_pred_impl_unittest
(out/target/product/crespo/obj/EXECUTABLES/gtest_pred_impl_unittest_intermedi
ates/gtest_pred_impl_unittest)

22960 target Strip: gtest_prod_test
(out/target/product/crespo/obj/EXECUTABLES/gtest_prod_test_intermediates/gtes
t_prod_test)
22961 target Strip: gtest_repeat_test
(out/target/product/crespo/obj/EXECUTABLES/gtest_repeat_test_intermediates/gt
est_repeat_test)
22962 target Strip: gtest_stress_test
(out/target/product/crespo/obj/EXECUTABLES/gtest_stress_test_intermediates/gt
est_stress_test)
22963 target Strip: gtest_unittest
(out/target/product/crespo/obj/EXECUTABLES/gtest_unittest_intermediates/gtest
_unittest)
22964 target Strip: icache
(out/target/product/crespo/obj/EXECUTABLES/icache_intermediates/icache)
22965 target Strip: libsqlite3_phone_number_utils_test
(out/target/product/crespo/obj/EXECUTABLES/libsqlite3_phone_number_utils_test
_intermediates/libsqlite3_phone_number_utils_test)
22966 target Strip: memtest
(out/target/product/crespo/obj/EXECUTABLES/memtest_intermediates/memtest)
22967 target Strip: nc
(out/target/product/crespo/obj/EXECUTABLES/nc_intermediates/nc)
22968 target Strip: netserver
(out/target/product/crespo/obj/EXECUTABLES/netserver_intermediates/netserver)
22969 target Strip: netperf
(out/target/product/crespo/obj/EXECUTABLES/netperf_intermediates/netperf)
22970 target Strip: perm_checker
(out/target/product/crespo/obj/EXECUTABLES/perm_checker_intermediates/perm_ch
ecker)
22971 target Strip: pftest
(out/target/product/crespo/obj/EXECUTABLES/pftest_intermediates/pftest)
22972 target Strip: recovery
(out/target/product/crespo/obj/EXECUTABLES/recovery_intermediates/recovery)
22973 target Strip: safe_iop_test
(out/target/product/crespo/obj/EXECUTABLES/safe_iop_test_intermediates/safe_i
op_test)
22974 target Strip: sound
(out/target/product/crespo/obj/EXECUTABLES/sound_intermediates/sound)
22975 target Strip: ssh
(out/target/product/crespo/obj/EXECUTABLES/ssh_intermediates/ssh)
22976 target Strip: test-fb-simple
(out/target/product/crespo/obj/EXECUTABLES/test-fb-simple_intermediates/test-
fb-simple)
22977 target Strip: test-mdp (out/target/product/crespo/obj/EXECUTABLES/test-
mdp_intermediates/test-mdp)
22978 target Strip: timetest
(out/target/product/crespo/obj/EXECUTABLES/timetest_intermediates/timetest)
22979 target Strip: updater
(out/target/product/crespo/obj/EXECUTABLES/updater_intermediates/updater)
22980 target Strip: verifier_test
(out/target/product/crespo/obj/EXECUTABLES/verifier_test_intermediates/verifi
er_test)
22981 target Strip: libembunit
(out/target/product/crespo/obj/lib/libembunit.so)
22982 target Strip: libtestplugin
(out/target/product/crespo/obj/lib/libtestplugin.so)
22983 Copying:
out/target/common/obj/JAVA_LIBRARIES/bouncycastle_intermediates/classes.jar

22984 Copying:
out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/classes-jarjar.jar
22985 Copying: out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar
22986 target Strip: init
(out/target/product/crespo/obj/EXECUTABLES/init_intermediates/init)
22987 target Strip: adbd
(out/target/product/crespo/obj/EXECUTABLES/adbd_intermediates/adbd)
22988 target Static Jar: guava
(out/target/common/obj/JAVA_LIBRARIES/guava_intermediates/javalib.jar)
22989 target Strip: libz (out/target/product/crespo/obj/lib/libz.so)
22990 target Strip: libicuuc (out/target/product/crespo/obj/lib/libicuuc.so)
22991 target Strip: liblog (out/target/product/crespo/obj/lib/liblog.so)
22992 target Strip: libexpat (out/target/product/crespo/obj/lib/libexpat.so)
22993 target Strip: libWnnEngDic
(out/target/product/crespo/obj/lib/libWnnEngDic.so)
22994 target Strip: libWnnJpnDic
(out/target/product/crespo/obj/lib/libWnnJpnDic.so)
22995 target Strip: libwnndict
(out/target/product/crespo/obj/lib/libwnndict.so)
22996 target Java: QuickSearchBox
(out/target/common/obj/APPS/QuickSearchBox_intermediates/classes)
22997 Install: out/target/product/crespo/system/lib/liblog.so
22998 target Strip: libETC1 (out/target/product/crespo/obj/lib/libETC1.so)
22999 Install: out/target/product/crespo/system/lib/libz.so
23000 Install: out/target/product/crespo/system/lib/libexpat.so
23001 Install: out/target/product/crespo/system/lib/libicuuc.so
23002 target Strip: libvorbisidec
(out/target/product/crespo/obj/lib/libvorbisidec.so)
23003 target Strip: libstagefright_amrnb_common
(out/target/product/crespo/obj/lib/libstagefright_amrnb_common.so)
23004 target Strip: libstagefright_enc_common
(out/target/product/crespo/obj/lib/libstagefright_enc_common.so)
23005 target Strip: libstagefright_avc_common
(out/target/product/crespo/obj/lib/libstagefright_avc_common.so)
23006 Install: out/target/product/crespo/system/lib/libvorbisidec.so
23007 Install:
out/target/product/crespo/system/lib/libstagefright_enc_common.so
23008 target Strip: debuggerd
(out/target/product/crespo/obj/EXECUTABLES/debuggerd_intermediates/debuggerd)
23009 target Strip: libbluetooth
(out/target/product/crespo/obj/lib/libbluetooth.so)
23010 target Executable: gzip
(out/target/product/crespo/obj/EXECUTABLES/gzip_intermediates/LINKED/gzip)
23011 target Strip: iptables
(out/target/product/crespo/obj/EXECUTABLES/iptables_intermediates/iptables)
23012 target Executable: logcat
(out/target/product/crespo/obj/EXECUTABLES/logcat_intermediates/LINKED/logcat
)
23013 target Strip: linker
(out/target/product/crespo/obj/EXECUTABLES/linker_intermediates/linker)
23014 target Strip: logwrapper
(out/target/product/crespo/obj/EXECUTABLES/logwrapper_intermediates/logwrappe
r)
23015 target SharedLib: libext4_utils
(out/target/product/crespo/obj/SHARED_LIBRARIES/libext4_utils_intermediates/L
INKED/libext4_utils.so)

```
23016 target SharedLib: libs3cjpeg
(out/target/product/crespo/obj/SHARED_LIBRARIES/libs3cjpeg_intermediates/LINK
ED/libs3cjpeg.so)
23017 target Strip: ping
(out/target/product/crespo/obj/EXECUTABLES/ping_intermediates/ping)
23018 target Strip: run-as (out/target/product/crespo/obj/EXECUTABLES/run-
as_intermediates/run-as)
23019 target Strip: schedtest
(out/target/product/crespo/obj/EXECUTABLES/schedtest_intermediates/schedtest)
23020 target Strip: sdcard
(out/target/product/crespo/obj/EXECUTABLES/sdcard_intermediates/sdcard)
23021 target Executable: servicemanager
(out/target/product/crespo/obj/EXECUTABLES/servicemanager_intermediates/LINKE
D/servicemanager)
23022 target Strip: setup_fs
(out/target/product/crespo/obj/EXECUTABLES/setup_fs_intermediates/setup_fs)
23023 target Strip: sh
(out/target/product/crespo/obj/EXECUTABLES/sh_intermediates/sh)
23024 Install: out/target/product/crespo/system/bin/tc
23025 target Strip: showlease
(out/target/product/crespo/obj/EXECUTABLES/showlease_intermediates/showlease)
23026 Copying: out/target/common/obj/JAVA_LIBRARIES/sqlite-
jdbc_intermediates/classes.jar
23027 target SharedLib: lights.s5pc110
(out/target/product/crespo/obj/SHARED_LIBRARIES/lights.s5pc110_intermediates/
LINKED/lights.s5pc110.so)
23028 Install: out/target/product/crespo/system/lib/libWnnEngDic.so
23029 Install: out/target/product/crespo/system/lib/libWnnJpnDic.so
23030 Install: out/target/product/crespo/system/lib/libctest.so
23031 Install: out/target/product/crespo/system/lib/libpagemap.so
23032 Install: out/target/product/crespo/system/lib/libwnndict.so
23033 Install: out/target/product/crespo/system/xbin/add-property-tag
23034 Install: out/target/product/crespo/system/xbin/check-lost+found
23035 Install: out/target/product/crespo/system/xbin/dhdutil
23036 target Executable: dexdump
(out/target/product/crespo/obj/EXECUTABLES/dexdump_intermediates/LINKED/dexdu
mp)
23037 target Executable: hcidump
(out/target/product/crespo/obj/EXECUTABLES/hcidump_intermediates/LINKED/hcidu
mp)
23038 Install: out/target/product/crespo/system/xbin/latencytop
23039 Install: out/target/product/crespo/system/xbin/opcontrol
23040 Install: out/target/product/crespo/system/xbin/oprofiled
23041 target Non-prelinked: librank
(out/target/product/crespo/symbols/system/xbin/librank)
23042 target Non-prelinked: procmem
(out/target/product/crespo/symbols/system/xbin/procmem)
23043 Install: out/target/product/crespo/system/xbin/scp
23044 target Non-prelinked: procrank
(out/target/product/crespo/symbols/system/xbin/procrank)
23045 Install: out/target/product/crespo/system/xbin/showslab
23046 Install: out/target/product/crespo/system/xbin/strace
23047 Install: out/target/product/crespo/system/xbin/su
23048 Host Jar: bouncycastle-hostdex
(out/host/common/obj/JAVA_LIBRARIES/bouncycastle-
hostdex_intermediates/javalib.jar)
```

842

```
23049 target Executable: rfcomm
(out/target/product/crespo/obj/EXECUTABLES/rfcomm_intermediates/LINKED/rfcomm
)
23050 target SharedLib: lights.mahimahi
(out/target/product/crespo/obj/SHARED_LIBRARIES/lights.mahimahi_intermediates
/LINKED/lights.mahimahi.so)
23051 Copying:
out/target/common/obj/JAVA_LIBRARIES/bouncycastle_intermediates/noproguard.cl
asses.jar
23052 Copying:
out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/emma_out/lib/classes-
jarjar.jar
23053 Copying: out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/noproguard.classes.jar
23054 Install: out/target/product/crespo/root/init
23055 Install: out/target/product/crespo/root/sbin/adbd
23056 target SharedLib: libicui18n
(out/target/product/crespo/obj/SHARED_LIBRARIES/libicui18n_intermediates/LINK
ED/libicui18n.so)
23057 target SharedLib: libcrypto
(out/target/product/crespo/obj/SHARED_LIBRARIES/libcrypto_intermediates/LINKE
D/libcrypto.so)
23058  'out/host/common/obj/JAVA_LIBRARIES/bouncycastle-
hostdex_intermediates/classes.dex' as 'classes.dex'...
23059 target SharedLib: libcutils
(out/target/product/crespo/obj/SHARED_LIBRARIES/libcutils_intermediates/LINKE
D/libcutils.so)
23060 Install: out/target/product/crespo/system/lib/libETC1.so
23061 Install:
out/target/product/crespo/system/lib/libstagefright_amrnb_common.so
23062 Install:
out/target/product/crespo/system/lib/libstagefright_avc_common.so
23063 Install: out/target/product/crespo/system/lib/libbluetooth.so
23064 Install: out/target/product/crespo/system/bin/debuggerd
23065 target Non-prelinked: gzip
(out/target/product/crespo/symbols/system/bin/gzip)
23066 Install: out/target/product/crespo/system/bin/iptables
23067 Install: out/target/product/crespo/system/bin/linker
23068 target Non-prelinked: logcat
(out/target/product/crespo/symbols/system/bin/logcat)
23069 Install: out/target/product/crespo/system/bin/logwrapper
23070 target Non-prelinked: libext4_utils
(out/target/product/crespo/symbols/system/lib/libext4_utils.so)
23071 target Non-prelinked: libs3cjpeg
(out/target/product/crespo/symbols/system/lib/libs3cjpeg.so)
23072 Install: out/target/product/crespo/system/bin/ping
23073 Install: out/target/product/crespo/system/bin/run-as
23074 Install: out/target/product/crespo/system/bin/schedtest
23075 Install: out/target/product/crespo/system/bin/sdcard
23076 target Non-prelinked: servicemanager
(out/target/product/crespo/symbols/system/bin/servicemanager)
23077 Install: out/target/product/crespo/system/bin/setup_fs
23078 Install: out/target/product/crespo/system/bin/sh
23079 Copying: out/target/common/obj/JAVA_LIBRARIES/sqlite-
jdbc_intermediates/noproguard.classes.jar
23080 Install: out/target/product/crespo/system/bin/showlease
```

```
23081 target Non-prelinked: lights.s5pc110
(out/target/product/crespo/symbols/system/lib/hw/lights.s5pc110.so)
23082 target Non-prelinked: dexdump
(out/target/product/crespo/symbols/system/xbin/dexdump)
23083 target Non-prelinked: hcidump
(out/target/product/crespo/symbols/system/xbin/hcidump)
23084 target Strip: procmem
(out/target/product/crespo/obj/EXECUTABLES/procmem_intermediates/procmem)
23085 target Strip: librank
(out/target/product/crespo/obj/EXECUTABLES/librank_intermediates/librank)
23086 target Strip: procrank
(out/target/product/crespo/obj/EXECUTABLES/procrank_intermediates/procrank)
23087 target Non-prelinked: rfcomm
(out/target/product/crespo/symbols/system/xbin/rfcomm)
23088 target Non-prelinked: lights.mahimahi
(out/target/product/crespo/symbols/system/lib/hw/lights.mahimahi.so)
23089 target Dex: bouncycastle
23090 Copying:
out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/classes.jar
23091 target Dex: core-junit
23092 Symlink: out/target/product/crespo/root/sbin/ueventd -> ../init
23093 target Non-prelinked: libcrypto
(out/target/product/crespo/symbols/system/lib/libcrypto.so)
23094 target Non-prelinked: libicui18n
(out/target/product/crespo/symbols/system/lib/libicui18n.so)
23095 target Non-prelinked: libcutils
(out/target/product/crespo/symbols/system/lib/libcutils.so)
23096 Copying:
out/target/common/obj/APPS/QuickSearchBox_intermediates/classes-jarjar.jar
23097 target Strip: gzip
(out/target/product/crespo/obj/EXECUTABLES/gzip_intermediates/gzip)
23098 target Strip: logcat
(out/target/product/crespo/obj/EXECUTABLES/logcat_intermediates/logcat)
23099 target Strip: libext4_utils
(out/target/product/crespo/obj/lib/libext4_utils.so)
23100 target Strip: libs3cjpeg
(out/target/product/crespo/obj/lib/libs3cjpeg.so)
23101 target Strip: servicemanager
(out/target/product/crespo/obj/EXECUTABLES/servicemanager_intermediates/servi
cemanager)
23102 target Dex: sqlite-jdbc
23103 target Strip: lights.s5pc110
(out/target/product/crespo/obj/lib/lights.s5pc110.so)
23104 target Strip: dexdump
(out/target/product/crespo/obj/EXECUTABLES/dexdump_intermediates/dexdump)
23105 target Strip: hcidump
(out/target/product/crespo/obj/EXECUTABLES/hcidump_intermediates/hcidump)
23106 Install: out/target/product/crespo/system/xbin/librank
23107 Install: out/target/product/crespo/system/xbin/procmem
23108 Install: out/target/product/crespo/system/xbin/procrank
23109 target Strip: rfcomm
(out/target/product/crespo/obj/EXECUTABLES/rfcomm_intermediates/rfcomm)
23110 target Strip: lights.mahimahi
(out/target/product/crespo/obj/lib/lights.mahimahi.so)
23111 Target ram disk: out/target/product/crespo/ramdisk.img
23112 Copying:
out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/noproguard.classes.jar
```

```
23113 Copying: out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/noproguard.classes.dex
23114 target Strip: libcrypto
(out/target/product/crespo/obj/lib/libcrypto.so)
23115 target Strip: libicui18n
(out/target/product/crespo/obj/lib/libicui18n.so)
23116 target Strip: libcutils
(out/target/product/crespo/obj/lib/libcutils.so)
23117 target SharedLib: libssl
(out/target/product/crespo/obj/SHARED_LIBRARIES/libssl_intermediates/LINKED/l
ibssl.so)
23118 target SharedLib: libnfc_ndef
(out/target/product/crespo/obj/SHARED_LIBRARIES/libnfc_ndef_intermediates/LIN
KED/libnfc_ndef.so)
23119 Copying:
out/target/common/obj/APPS/QuickSearchBox_intermediates/emma_out/lib/classes-
jarjar.jar
23120 target Executable: amix
(out/target/product/crespo/obj/EXECUTABLES/amix_intermediates/LINKED/amix)
23121 Install: out/target/product/crespo/system/lib/libcutils.so
23122 target Executable: aplay
(out/target/product/crespo/obj/EXECUTABLES/aplay_intermediates/LINKED/aplay)
23123 target SharedLib: libnetutils
(out/target/product/crespo/obj/SHARED_LIBRARIES/libnetutils_intermediates/LIN
KED/libnetutils.so)
23124 target SharedLib: libwpa_client
(out/target/product/crespo/obj/SHARED_LIBRARIES/libwpa_client_intermediates/L
INKED/libwpa_client.so)
23125 target SharedLib: libhardware
(out/target/product/crespo/obj/SHARED_LIBRARIES/libhardware_intermediates/LIN
KED/libhardware.so)
23126 target SharedLib: libbluedroid
(out/target/product/crespo/obj/SHARED_LIBRARIES/libbluedroid_intermediates/LI
NKED/libbluedroid.so)
23127 target SharedLib: libjpeg
(out/target/product/crespo/obj/SHARED_LIBRARIES/libjpeg_intermediates/LINKED/
libjpeg.so)
23128 target SharedLib: libdbus
(out/target/product/crespo/obj/SHARED_LIBRARIES/libdbus_intermediates/LINKED/
libdbus.so)
23129 Install: out/target/product/crespo/system/lib/libcrypto.so
23130 Install: out/target/product/crespo/system/lib/libicui18n.so
23131 target Executable: applypatch
(out/target/product/crespo/obj/EXECUTABLES/applypatch_intermediates/LINKED/ap
plypatch)
23132 target Executable: arec
(out/target/product/crespo/obj/EXECUTABLES/arec_intermediates/LINKED/arec)
23133 target Executable: brcm_patchram_plus
(out/target/product/crespo/obj/EXECUTABLES/brcm_patchram_plus_intermediates/L
INKED/brcm_patchram_plus)
23134 target Executable: toolbox
(out/target/product/crespo/obj/EXECUTABLES/toolbox_intermediates/LINKED/toolb
ox)
23135 target Executable: bugreport
(out/target/product/crespo/obj/EXECUTABLES/bugreport_intermediates/LINKED/bug
report)
```

```
23136 target Executable: dhcpcd
(out/target/product/crespo/obj/EXECUTABLES/dhcpcd_intermediates/LINKED/dhcpcd
)
23137 target Executable: dnsmasq
(out/target/product/crespo/obj/EXECUTABLES/dnsmasq_intermediates/LINKED/dnsma
sq)
23138 target Executable: dumpstate
(out/target/product/crespo/obj/EXECUTABLES/dumpstate_intermediates/LINKED/dum
pstate)
23139 target Executable: dvz
(out/target/product/crespo/obj/EXECUTABLES/dvz_intermediates/LINKED/dvz)
23140 Install: out/target/product/crespo/system/bin/gzip
23141 target Executable: installd
(out/target/product/crespo/obj/EXECUTABLES/installd_intermediates/LINKED/inst
alld)
23142 target Executable: keystore
(out/target/product/crespo/obj/EXECUTABLES/keystore_intermediates/LINKED/keys
tore)
23143 target Executable: keystore_cli
(out/target/product/crespo/obj/EXECUTABLES/keystore_cli_intermediates/LINKED/
keystore_cli)
23144 Install: out/target/product/crespo/system/bin/logcat
23145 target Executable: make_ext4fs
(out/target/product/crespo/obj/EXECUTABLES/make_ext4fs_intermediates/LINKED/m
ake_ext4fs)
23146 Install: out/target/product/crespo/system/lib/libext4_utils.so
23147 target SharedLib: libeffects
(out/target/product/crespo/obj/SHARED_LIBRARIES/libeffects_intermediates/LINK
ED/libeffects.so)
23148 target SharedLib: liba2dp
(out/target/product/crespo/obj/SHARED_LIBRARIES/liba2dp_intermediates/LINKED/
liba2dp.so)
23149 Install: out/target/product/crespo/system/lib/libs3cjpeg.so
23150 target Executable: mtpd
(out/target/product/crespo/obj/EXECUTABLES/mtpd_intermediates/LINKED/mtpd)
23151 target Executable: ndc
(out/target/product/crespo/obj/EXECUTABLES/ndc_intermediates/LINKED/ndc)
23152 target SharedLib: libsysutils
(out/target/product/crespo/obj/SHARED_LIBRARIES/libsysutils_intermediates/LIN
KED/libsysutils.so)
23153 target Executable: pppd
(out/target/product/crespo/obj/EXECUTABLES/pppd_intermediates/LINKED/pppd)
23154 target Executable: qemu-props
(out/target/product/crespo/obj/EXECUTABLES/qemu-
props_intermediates/LINKED/qemu-props)
23155 target Executable: qemud
(out/target/product/crespo/obj/EXECUTABLES/qemud_intermediates/LINKED/qemud)
23156 target Executable: racoon
(out/target/product/crespo/obj/EXECUTABLES/racoon_intermediates/LINKED/racoon
)
23157 target Executable: radiooptions
(out/target/product/crespo/obj/EXECUTABLES/radiooptions_intermediates/LINKED/
radiooptions)
23158 Install: out/target/product/crespo/system/bin/servicemanager
23159 target Executable: vdc
(out/target/product/crespo/obj/EXECUTABLES/vdc_intermediates/LINKED/vdc)
```

23160 target SharedLib: libdiskconfig
(out/target/product/crespo/obj/SHARED_LIBRARIES/libdiskconfig_intermediates/L
INKED/libdiskconfig.so)
23161 target Executable: wpa_cli
(out/target/product/crespo/obj/EXECUTABLES/wpa_cli_intermediates/LINKED/wpa_c
li)
23162 target Executable: ip-up-vpn
(out/target/product/crespo/obj/EXECUTABLES/ip-up-vpn_intermediates/LINKED/ip-
up-vpn)
23163 Install: out/target/product/crespo/system/lib/hw/lights.s5pc110.so
23164 target SharedLib: gralloc.default
(out/target/product/crespo/obj/SHARED_LIBRARIES/gralloc.default_intermediates
/LINKED/gralloc.default.so)
23165 target SharedLib: overlay.s5pc110
(out/target/product/crespo/obj/SHARED_LIBRARIES/overlay.s5pc110_intermediates
/LINKED/overlay.s5pc110.so)
23166 target SharedLib: sensors.goldfish
(out/target/product/crespo/obj/SHARED_LIBRARIES/sensors.goldfish_intermediate
s/LINKED/sensors.goldfish.so)
23167 target SharedLib: sensors.herring
(out/target/product/crespo/obj/SHARED_LIBRARIES/sensors.herring_intermediates
/LINKED/sensors.herring.so)
23168 target SharedLib: libacc
(out/target/product/crespo/obj/SHARED_LIBRARIES/libacc_intermediates/LINKED/l
ibacc.so)
23169 target SharedLib: libbundlewrapper
(out/target/product/crespo/obj/SHARED_LIBRARIES/libbundlewrapper_intermediate
s/LINKED/libbundlewrapper.so)
23170 target SharedLib: libreverbwrapper
(out/target/product/crespo/obj/SHARED_LIBRARIES/libreverbwrapper_intermediate
s/LINKED/libreverbwrapper.so)
23171 target SharedLib: libvisualizer
(out/target/product/crespo/obj/SHARED_LIBRARIES/libvisualizer_intermediates/L
INKED/libvisualizer.so)
23172 Install: out/target/product/crespo/system/xbin/dexdump
23173 Install: out/target/product/crespo/system/xbin/hcidump
23174 target Executable: rawbu
(out/target/product/crespo/obj/EXECUTABLES/rawbu_intermediates/LINKED/rawbu)
23175 target Executable: showmap
(out/target/product/crespo/obj/EXECUTABLES/showmap_intermediates/LINKED/showm
ap)
23176 target Executable: crasher
(out/target/product/crespo/obj/EXECUTABLES/crasher_intermediates/LINKED/crash
er)
23177 target Executable: test-fb-refresh
(out/target/product/crespo/obj/EXECUTABLES/test-fb-
refresh_intermediates/LINKED/test-fb-refresh)
23178 target Executable: flash_image
(out/target/product/crespo/obj/EXECUTABLES/flash_image_intermediates/LINKED/f
lash_image)
23179 target Executable: v8shell
(out/target/product/crespo/obj/EXECUTABLES/v8shell_intermediates/LINKED/v8she
ll)
23180 target Executable: vfp-crasher
(out/target/product/crespo/obj/EXECUTABLES/vfp-
crasher_intermediates/LINKED/vfp-crasher)

```
23181 target SharedLib: sensors.mahimahi
(out/target/product/crespo/obj/SHARED_LIBRARIES/sensors.mahimahi_intermediate
s/LINKED/sensors.mahimahi.so)
23182 Target boot image: out/target/product/crespo/boot.img
23183 target Dex: ext
23184 target Jar: core-junit (out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/javalib.jar)
23185  'out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates//classes.dex' as 'classes.dex'...
23186 target SharedLib: libutils
(out/target/product/crespo/obj/SHARED_LIBRARIES/libutils_intermediates/LINKED
/libutils.so)
23187 target Non-prelinked: libssl
(out/target/product/crespo/symbols/system/lib/libssl.so)
23188 target Non-prelinked: libnfc_ndef
(out/target/product/crespo/symbols/system/lib/libnfc_ndef.so)
23189 Copying:
out/target/common/obj/APPS/QuickSearchBox_intermediates/classes.jar
23190 target Non-prelinked: amix
(out/target/product/crespo/symbols/system/bin/amix)
23191 target Non-prelinked: aplay
(out/target/product/crespo/symbols/system/bin/aplay)
23192 target Non-prelinked: libnetutils
(out/target/product/crespo/symbols/system/lib/libnetutils.so)
23193 target Non-prelinked: libwpa_client
(out/target/product/crespo/symbols/system/lib/libwpa_client.so)
23194 target Non-prelinked: libhardware
(out/target/product/crespo/symbols/system/lib/libhardware.so)
23195 target Non-prelinked: libjpeg
(out/target/product/crespo/symbols/system/lib/libjpeg.so)
23196 target Non-prelinked: libbluedroid
(out/target/product/crespo/symbols/system/lib/libbluedroid.so)
23197 target Non-prelinked: libdbus
(out/target/product/crespo/symbols/system/lib/libdbus.so)
23198 target Non-prelinked: applypatch
(out/target/product/crespo/symbols/system/bin/applypatch)
23199 target Non-prelinked: arec
(out/target/product/crespo/symbols/system/bin/arec)
23200 target Non-prelinked: brcm_patchram_plus
(out/target/product/crespo/symbols/system/bin/brcm_patchram_plus)
23201 target Non-prelinked: bugreport
(out/target/product/crespo/symbols/system/bin/bugreport)
23202 target Non-prelinked: toolbox
(out/target/product/crespo/symbols/system/bin/toolbox)
23203 target Non-prelinked: dhcpcd
(out/target/product/crespo/symbols/system/bin/dhcpcd)
23204 target Non-prelinked: dnsmasq
(out/target/product/crespo/symbols/system/bin/dnsmasq)
23205 target Non-prelinked: dumpstate
(out/target/product/crespo/symbols/system/bin/dumpstate)
23206 target Non-prelinked: dvz
(out/target/product/crespo/symbols/system/bin/dvz)
23207 target Non-prelinked: installd
(out/target/product/crespo/symbols/system/bin/installd)
23208 target Non-prelinked: keystore
(out/target/product/crespo/symbols/system/bin/keystore)
```

```
23209 target Non-prelinked: keystore_cli
(out/target/product/crespo/symbols/system/bin/keystore_cli)
23210 target Non-prelinked: make_ext4fs
(out/target/product/crespo/symbols/system/bin/make_ext4fs)
23211 target Non-prelinked: libeffects
(out/target/product/crespo/symbols/system/lib/libeffects.so)
23212 target Non-prelinked: liba2dp
(out/target/product/crespo/symbols/system/lib/liba2dp.so)
23213 target Non-prelinked: mtpd
(out/target/product/crespo/symbols/system/bin/mtpd)
23214 target Non-prelinked: ndc
(out/target/product/crespo/symbols/system/bin/ndc)
23215 target Non-prelinked: libsysutils
(out/target/product/crespo/symbols/system/lib/libsysutils.so)
23216 target Non-prelinked: pppd
(out/target/product/crespo/symbols/system/bin/pppd)
23217 target Non-prelinked: qemu-props
(out/target/product/crespo/symbols/system/bin/qemu-props)
23218 target Non-prelinked: qemud
(out/target/product/crespo/symbols/system/bin/qemud)
23219 target Non-prelinked: racoon
(out/target/product/crespo/symbols/system/bin/racoon)
23220 target Non-prelinked: radiooptions
(out/target/product/crespo/symbols/system/bin/radiooptions)
23221 target Non-prelinked: libdiskconfig
(out/target/product/crespo/symbols/system/lib/libdiskconfig.so)
23222 target Non-prelinked: vdc
(out/target/product/crespo/symbols/system/bin/vdc)
23223 target Non-prelinked: wpa_cli
(out/target/product/crespo/symbols/system/bin/wpa_cli)
23224 target Non-prelinked: ip-up-vpn
(out/target/product/crespo/symbols/system/etc/ppp/ip-up-vpn)
23225 Copying: out/target/common/obj/JAVA_LIBRARIES/sqlite-
jdbc_intermediates/noproguard.classes.dex
23226 target Non-prelinked: gralloc.default
(out/target/product/crespo/symbols/system/lib/hw/gralloc.default.so)
23227 target Non-prelinked: overlay.s5pc110
(out/target/product/crespo/symbols/system/lib/hw/overlay.s5pc110.so)
23228 target Non-prelinked: sensors.goldfish
(out/target/product/crespo/symbols/system/lib/hw/sensors.goldfish.so)
23229 target Non-prelinked: sensors.herring
(out/target/product/crespo/symbols/system/lib/hw/sensors.herring.so)
23230 target Non-prelinked: libacc
(out/target/product/crespo/symbols/system/lib/libacc.so)
23231 target Non-prelinked: libbundlewrapper
(out/target/product/crespo/symbols/system/lib/soundfx/libbundlewrapper.so)
23232 target Non-prelinked: libreverbwrapper
(out/target/product/crespo/symbols/system/lib/soundfx/libreverbwrapper.so)
23233 target Non-prelinked: libvisualizer
(out/target/product/crespo/symbols/system/lib/soundfx/libvisualizer.so)
23234 target Non-prelinked: rawbu
(out/target/product/crespo/symbols/system/xbin/rawbu)
23235 target Non-prelinked: showmap
(out/target/product/crespo/symbols/system/xbin/showmap)
23236 target Java: QuickSearchBoxTests
(out/target/common/obj/APPS/QuickSearchBoxTests_intermediates/classes)
```

23237 target Java: core-junitrunner
(out/target/common/obj/JAVA_LIBRARIES/core-junitrunner_intermediates/classes)
23238 Note: Some input files use unchecked or unsafe operations.
23239 Note: Recompile with -Xlint:unchecked for details.
23240 target Non-prelinked: crasher
(out/target/product/crespo/symbols/system/xbin/crasher)
23241 target Non-prelinked: flash_image
(out/target/product/crespo/symbols/system/bin/flash_image)
23242 target Non-prelinked: test-fb-refresh
(out/target/product/crespo/symbols/system/bin/test-fb-refresh)
23243 target Non-prelinked: v8shell
(out/target/product/crespo/symbols/system/bin/v8shell)
23244 target Non-prelinked: vfp-crasher
(out/target/product/crespo/symbols/system/xbin/vfp-crasher)
23245 target Non-prelinked: sensors.mahimahi
(out/target/product/crespo/symbols/system/lib/hw/sensors.mahimahi.so)
23246 ----- Making recovery image ------
23247 rm -rf out/target/product/crespo/recovery
23248 mkdir -p out/target/product/crespo/recovery
23249 mkdir -p out/target/product/crespo/recovery/root
23250 mkdir -p out/target/product/crespo/recovery/root/etc
23251 mkdir -p out/target/product/crespo/recovery/root/tmp
23252 echo Copying baseline ramdisk...
23253 Copying baseline ramdisk...
23254 cp -R out/target/product/crespo/root out/target/product/crespo/recovery
23255 rm out/target/product/crespo/recovery/root/init*.rc
23256 echo Modifying ramdisk contents...
23257 Modifying ramdisk contents...
23258 cp -f bootable/recovery/etc/init.rc
out/target/product/crespo/recovery/root/
23259 cp -f
out/target/product/crespo/obj/EXECUTABLES/recovery_intermediates/recovery
out/target/product/crespo/recovery/root/sbin/
23260 cp -rf bootable/recovery/res out/target/product/crespo/recovery/root/
23261 cp -f device/samsung/crespo/recovery.fstab
out/target/product/crespo/recovery/root/etc/recovery.fstab
23262 cp out/target/product/crespo/obj/PACKAGING/ota_keys_intermediates/keys
out/target/product/crespo/recovery/root/res/keys
23263 cat out/target/product/crespo/root/default.prop
out/target/product/crespo/system/build.prop \
23264            > out/target/product/crespo/recovery/root/default.prop
23265 out/host/linux-x86/bin/mkbootfs out/target/product/crespo/recovery/root
| out/host/linux-x86/bin/minigzip > out/target/product/crespo/ramdisk-
recovery.img
23266 out/host/linux-x86/bin/mkbootimg  --kernel
out/target/product/crespo/kernel  --ramdisk
out/target/product/crespo/ramdisk-recovery.img --cmdline "console=ttyFIQ0
no_console_suspend" --base 0x30000000 --pagesize 4096 --output
out/target/product/crespo/recovery.img
23267 ----- Made recovery image --------
out/target/product/crespo/recovery.img
23268 target Non-prelinked: libutils
(out/target/product/crespo/symbols/system/lib/libutils.so)
23269 target Strip: libssl (out/target/product/crespo/obj/lib/libssl.so)
23270 Note:
packages/apps/QuickSearchBox/tests/src/com/android/quicksearchbox/ShortcutRep
ositoryTest.java uses unchecked or unsafe operations.

23271 Note: Recompile with -Xlint:unchecked for details.
23272 target Strip: libnfc_ndef
(out/target/product/crespo/obj/lib/libnfc_ndef.so)
23273 Proguard:
out/target/common/obj/APPS/QuickSearchBox_intermediates/proguard.classes.jar
23274 target Strip: amix
(out/target/product/crespo/obj/EXECUTABLES/amix_intermediates/amix)
23275 ProGuard, version 4.4
23276 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/QuickSearchBox_intermediates
/classes.jar]
23277 target Strip: aplay
(out/target/product/crespo/obj/EXECUTABLES/aplay_intermediates/aplay)
23278 target Strip: libnetutils
(out/target/product/crespo/obj/lib/libnetutils.so)
23279 target Strip: libwpa_client
(out/target/product/crespo/obj/lib/libwpa_client.so)
23280 target Strip: libhardware
(out/target/product/crespo/obj/lib/libhardware.so)
23281 target Strip: libjpeg (out/target/product/crespo/obj/lib/libjpeg.so)
23282 target Strip: libbluedroid
(out/target/product/crespo/obj/lib/libbluedroid.so)
23283 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/sdk_v8_intermediat
es/classes.jar]
23284 target Strip: libdbus (out/target/product/crespo/obj/lib/libdbus.so)
23285 Install: out/target/product/crespo/system/lib/libssl.so
23286 Install: out/target/product/crespo/system/lib/libnetutils.so
23287 Install: out/target/product/crespo/system/lib/libwpa_client.so
23288 Install: out/target/product/crespo/system/lib/libhardware.so
23289 Install: out/target/product/crespo/system/lib/libjpeg.so
23290 Install: out/target/product/crespo/system/lib/libnfc_ndef.so
23291 Install: out/target/product/crespo/system/lib/libbluedroid.so
23292 Install: out/target/product/crespo/system/lib/libdbus.so
23293 target Strip: applypatch
(out/target/product/crespo/obj/EXECUTABLES/applypatch_intermediates/applypatc
h)
23294 target Strip: arec
(out/target/product/crespo/obj/EXECUTABLES/arec_intermediates/arec)
23295 target SharedLib: libbluetoothd
(out/target/product/crespo/obj/SHARED_LIBRARIES/libbluetoothd_intermediates/L
INKED/libbluetoothd.so)
23296 target Strip: brcm_patchram_plus
(out/target/product/crespo/obj/EXECUTABLES/brcm_patchram_plus_intermediates/b
rcm_patchram_plus)
23297 target Strip: bugreport
(out/target/product/crespo/obj/EXECUTABLES/bugreport_intermediates/bugreport)
23298 target Strip: toolbox
(out/target/product/crespo/obj/EXECUTABLES/toolbox_intermediates/toolbox)
23299 target Executable: dbus-daemon
(out/target/product/crespo/obj/EXECUTABLES/dbus-
daemon_intermediates/LINKED/dbus-daemon)
23300 Note: com.google.common.base.FinalizableReferenceQueue accesses a
method 'startFinalizer(java.lang.Class,java.lang.Object)' dynamically
23301 target Strip: dhcpcd
(out/target/product/crespo/obj/EXECUTABLES/dhcpcd_intermediates/dhcpcd)

23302 Note: com.android.common.SharedPreferencesCompat accesses a method
'apply()' dynamically
23303 Note: com.google.common.base.internal.Finalizer accesses a method
'finalizeReferent()' dynamically
23304        Maybe this is program method
'com.google.common.base.FinalizableReference { void finalizeReferent(); }'
23305        Maybe this is program method
'com.google.common.collect.MapMaker$SoftEntry { void finalizeReferent(); }'
23306        Maybe this is program method
'com.google.common.collect.MapMaker$SoftValueReference { void
finalizeReferent(); }'
23307        Maybe this is program method
'com.google.common.collect.MapMaker$WeakEntry { void finalizeReferent(); }'
23308        Maybe this is program method
'com.google.common.collect.MapMaker$WeakValueReference { void
finalizeReferent(); }'
23309 Note: the configuration keeps the entry point
'com.android.quicksearchbox.ShortcutCursor {
ShortcutCursor(java.lang.String,android.os.Handler,com.android.quicksearchbox
.ShortcutRefresher,com.android.quicksearchbox.ShortcutRepository); }', but
not the descriptor class 'com.android.quicksearchbox.ShortcutRefresher'
23310 Note: the configuration keeps the entry point
'com.android.quicksearchbox.ShortcutRepositoryImplLog {
ShortcutRepositoryImplLog(android.content.Context,com.android.quicksearchbox.
Config,com.android.quicksearchbox.Corpora,com.android.quicksearchbox.Shortcut
Refresher,android.os.Handler,java.util.concurrent.Executor,java.lang.String);
}', but not the descriptor class 'com.android.quicksearchbox.Config'
23311 Note: the configuration keeps the entry point
'com.android.quicksearchbox.ShortcutRepositoryImplLog {
ShortcutRepositoryImplLog(android.content.Context,com.android.quicksearchbox.
Config,com.android.quicksearchbox.Corpora,com.android.quicksearchbox.Shortcut
Refresher,android.os.Handler,java.util.concurrent.Executor,java.lang.String);
}', but not the descriptor class 'com.android.quicksearchbox.Corpora'
23312 Note: the configuration keeps the entry point
'com.android.quicksearchbox.ShortcutRepositoryImplLog {
ShortcutRepositoryImplLog(android.content.Context,com.android.quicksearchbox.
Config,com.android.quicksearchbox.Corpora,com.android.quicksearchbox.Shortcut
Refresher,android.os.Handler,java.util.concurrent.Executor,java.lang.String);
}', but not the descriptor class
'com.android.quicksearchbox.ShortcutRefresher'
23313 Note: the configuration keeps the entry point
'com.android.quicksearchbox.ShortcutRepositoryImplLog { void
refreshShortcut(com.android.quicksearchbox.Source,java.lang.String,com.androi
d.quicksearchbox.SuggestionCursor); }', but not the descriptor class
'com.android.quicksearchbox.Source'
23314 Note: the configuration keeps the entry point
'com.android.quicksearchbox.LevenshteinSuggestionFormatter { int[]
findMatches(com.android.quicksearchbox.util.LevenshteinDistance$Token[],com.a
ndroid.quicksearchbox.util.LevenshteinDistance$Token[]); }', but not the
descriptor class 'com.android.quicksearchbox.util.LevenshteinDistance$Token'
23315 Note: there were 6 unkept descriptor classes in kept class members.
23316        You should consider explicitly keeping the mentioned classes
23317        (using '-keep').
23318 Note: there were 3 accesses to class members by means of introspection.
23319        You should consider explicitly keeping the mentioned class
members
23320        (using '-keep' or '-keepclassmembers').

```
23321 target Strip: dnsmasq
(out/target/product/crespo/obj/EXECUTABLES/dnsmasq_intermediates/dnsmasq)
23322 target Strip: dumpstate
(out/target/product/crespo/obj/EXECUTABLES/dumpstate_intermediates/dumpstate)
23323 target Strip: dvz
(out/target/product/crespo/obj/EXECUTABLES/dvz_intermediates/dvz)
23324 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/QuickSearchBox_intermediates
/proguard.classes.jar]
23325   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/QuickSearchBox_intermediates
/classes.jar]
23326 target Strip: installd
(out/target/product/crespo/obj/EXECUTABLES/installd_intermediates/installd)
23327 target Strip: keystore
(out/target/product/crespo/obj/EXECUTABLES/keystore_intermediates/keystore)
23328 target Strip: keystore_cli
(out/target/product/crespo/obj/EXECUTABLES/keystore_cli_intermediates/keystor
e_cli)
23329 target Strip: make_ext4fs
(out/target/product/crespo/obj/EXECUTABLES/make_ext4fs_intermediates/make_ext
4fs)
23330 target Strip: libeffects
(out/target/product/crespo/obj/lib/libeffects.so)
23331 target Strip: liba2dp (out/target/product/crespo/obj/lib/liba2dp.so)
23332 target Strip: mtpd
(out/target/product/crespo/obj/EXECUTABLES/mtpd_intermediates/mtpd)
23333 target Strip: ndc
(out/target/product/crespo/obj/EXECUTABLES/ndc_intermediates/ndc)
23334 target Executable: netcfg
(out/target/product/crespo/obj/EXECUTABLES/netcfg_intermediates/LINKED/netcfg
)
23335 target Strip: libsysutils
(out/target/product/crespo/obj/lib/libsysutils.so)
23336 target Strip: pppd
(out/target/product/crespo/obj/EXECUTABLES/pppd_intermediates/pppd)
23337 target Strip: qemu-props
(out/target/product/crespo/obj/EXECUTABLES/qemu-props_intermediates/qemu-
props)
23338 target Strip: qemud
(out/target/product/crespo/obj/EXECUTABLES/qemud_intermediates/qemud)
23339 target Strip: racoon
(out/target/product/crespo/obj/EXECUTABLES/racoon_intermediates/racoon)
23340 target Strip: radiooptions
(out/target/product/crespo/obj/EXECUTABLES/radiooptions_intermediates/radioop
tions)
23341 target Strip: vdc
(out/target/product/crespo/obj/EXECUTABLES/vdc_intermediates/vdc)
23342 target Strip: libdiskconfig
(out/target/product/crespo/obj/lib/libdiskconfig.so)
23343 target Strip: wpa_cli
(out/target/product/crespo/obj/EXECUTABLES/wpa_cli_intermediates/wpa_cli)
23344 target Executable: wpa_supplicant
(out/target/product/crespo/obj/EXECUTABLES/wpa_supplicant_intermediates/LINKE
D/wpa_supplicant)
23345 target Strip: ip-up-vpn (out/target/product/crespo/obj/EXECUTABLES/ip-
up-vpn_intermediates/ip-up-vpn)
```

23346 Install: out/target/product/crespo/system/framework/core-junit.jar
23347 target Jar: sqlite-jdbc (out/target/common/obj/JAVA_LIBRARIES/sqlite-jdbc_intermediates/javalib.jar)
23348 'out/target/common/obj/JAVA_LIBRARIES/sqlite-jdbc_intermediates//classes.dex' as 'classes.dex'...
23349 target SharedLib: gps.goldfish (out/target/product/crespo/obj/SHARED_LIBRARIES/gps.goldfish_intermediates/LINKED/gps.goldfish.so)
23350 target Strip: overlay.s5pc110 (out/target/product/crespo/obj/lib/overlay.s5pc110.so)
23351 target Strip: gralloc.default (out/target/product/crespo/obj/lib/gralloc.default.so)
23352 target Strip: sensors.goldfish (out/target/product/crespo/obj/lib/sensors.goldfish.so)
23353 target Strip: sensors.herring (out/target/product/crespo/obj/lib/sensors.herring.so)
23354 target Strip: libacc (out/target/product/crespo/obj/lib/libacc.so)
23355 target Strip: libbundlewrapper (out/target/product/crespo/obj/lib/libbundlewrapper.so)
23356 target Strip: libreverbwrapper (out/target/product/crespo/obj/lib/libreverbwrapper.so)
23357 target Strip: libvisualizer (out/target/product/crespo/obj/lib/libvisualizer.so)
23358 target Strip: rawbu (out/target/product/crespo/obj/EXECUTABLES/rawbu_intermediates/rawbu)
23359 target Strip: showmap (out/target/product/crespo/obj/EXECUTABLES/showmap_intermediates/showmap)
23360 Copying: out/target/common/obj/JAVA_LIBRARIES/core-junitrunner_intermediates/classes-jarjar.jar
23361 target Executable: accRuntimeTest (out/target/product/crespo/obj/EXECUTABLES/accRuntimeTest_intermediates/LINKED/accRuntimeTest)
23362 target Executable: acc (out/target/product/crespo/obj/EXECUTABLES/acc_intermediates/LINKED/acc)
23363 target Executable: agent (out/target/product/crespo/obj/EXECUTABLES/agent_intermediates/LINKED/agent)
23364 target Executable: bttest (out/target/product/crespo/obj/EXECUTABLES/bttest_intermediates/LINKED/bttest)
23365 target Strip: crasher (out/target/product/crespo/obj/EXECUTABLES/crasher_intermediates/crasher)
23366 target Executable: dbus-monitor (out/target/product/crespo/obj/EXECUTABLES/dbus-monitor_intermediates/LINKED/dbus-monitor)
23367 target Executable: dbus-send (out/target/product/crespo/obj/EXECUTABLES/dbus-send_intermediates/LINKED/dbus-send)
23368 target Strip: flash_image (out/target/product/crespo/obj/EXECUTABLES/flash_image_intermediates/flash_image)
23369 target Executable: openssl (out/target/product/crespo/obj/EXECUTABLES/openssl_intermediates/LINKED/openssl)
23370 target Executable: ssltest (out/target/product/crespo/obj/EXECUTABLES/ssltest_intermediates/LINKED/ssltest)

23371 target Executable: tcpdump
(out/target/product/crespo/obj/EXECUTABLES/tcpdump_intermediates/LINKED/tcpdu
mp)
23372 target Strip: test-fb-refresh
(out/target/product/crespo/obj/EXECUTABLES/test-fb-
refresh_intermediates/test-fb-refresh)
23373 target Executable: test-nusensors
(out/target/product/crespo/obj/EXECUTABLES/test-
nusensors_intermediates/LINKED/test-nusensors)
23374 target Strip: v8shell
(out/target/product/crespo/obj/EXECUTABLES/v8shell_intermediates/v8shell)
23375 target Strip: vfp-crasher
(out/target/product/crespo/obj/EXECUTABLES/vfp-crasher_intermediates/vfp-
crasher)
23376 target Strip: sensors.mahimahi
(out/target/product/crespo/obj/lib/sensors.mahimahi.so)
23377 Construct recovery from boot
23378 mkdir -p
out/target/product/crespo/obj/PACKAGING/recovery_patch_intermediates/
23379 PATH=out/host/linux-x86/bin:$PATH out/host/linux-x86/bin/imgdiff
out/target/product/crespo/boot.img out/target/product/crespo/recovery.img
out/target/product/crespo/obj/PACKAGING/recovery_patch_intermediates/recovery
_from_boot.p
23380 Copying:
out/target/common/obj/JAVA_LIBRARIES/bouncycastle_intermediates/noproguard.cl
asses.dex
23381 target Strip: libutils (out/target/product/crespo/obj/lib/libutils.so)
23382 target SharedLib: libnfc
(out/target/product/crespo/obj/SHARED_LIBRARIES/libnfc_intermediates/LINKED/l
ibnfc.so)
23383 target Dex: QuickSearchBox
23384 Install: out/target/product/crespo/system/bin/amix
23385 Install: out/target/product/crespo/system/bin/aplay
23386 target SharedLib: libbinder
(out/target/product/crespo/obj/SHARED_LIBRARIES/libbinder_intermediates/LINKE
D/libbinder.so)
23387 target SharedLib: libEGL
(out/target/product/crespo/obj/SHARED_LIBRARIES/libEGL_intermediates/LINKED/l
ibEGL.so)
23388 target SharedLib: libemoji
(out/target/product/crespo/obj/SHARED_LIBRARIES/libemoji_intermediates/LINKED
/libemoji.so)
23389 target SharedLib: libsonivox
(out/target/product/crespo/obj/SHARED_LIBRARIES/libsonivox_intermediates/LINK
ED/libsonivox.so)
23390 Install: out/target/product/crespo/system/lib/libutils.so
23391 Install: out/target/product/crespo/system/bin/applypatch
23392 Install: out/target/product/crespo/system/bin/arec
23393 target Non-prelinked: libbluetoothd
(out/target/product/crespo/symbols/system/lib/libbluetoothd.so)
23394 Install: out/target/product/crespo/system/bin/brcm_patchram_plus
23395 Install: out/target/product/crespo/system/bin/bugreport
23396 Install: out/target/product/crespo/system/bin/toolbox
23397 target Non-prelinked: dbus-daemon
(out/target/product/crespo/symbols/system/bin/dbus-daemon)
23398 Install: out/target/product/crespo/system/bin/dhcpcd
23399 Symlink: out/target/product/crespo/system/bin/dmesg -> toolbox

```
23400  Install: out/target/product/crespo/system/bin/dnsmasq
23401  Install: out/target/product/crespo/system/bin/dumpstate
23402  Install: out/target/product/crespo/system/bin/dvz
23403  Symlink: out/target/product/crespo/system/bin/getevent -> toolbox
23404  Symlink: out/target/product/crespo/system/bin/getprop -> toolbox
23405  Symlink: out/target/product/crespo/system/bin/hd -> toolbox
23406  Symlink: out/target/product/crespo/system/bin/id -> toolbox
23407  Symlink: out/target/product/crespo/system/bin/ifconfig -> toolbox
23408  Symlink: out/target/product/crespo/system/bin/iftop -> toolbox
23409  Symlink: out/target/product/crespo/system/bin/insmod -> toolbox
23410  Install: out/target/product/crespo/system/bin/installd
23411  Symlink: out/target/product/crespo/system/bin/ioctl -> toolbox
23412  Symlink: out/target/product/crespo/system/bin/ionice -> toolbox
23413  Install: out/target/product/crespo/system/bin/keystore
23414  Install: out/target/product/crespo/system/bin/keystore_cli
23415  Symlink: out/target/product/crespo/system/bin/kill -> toolbox
23416  Symlink: out/target/product/crespo/system/bin/ln -> toolbox
23417  Symlink: out/target/product/crespo/system/bin/ls -> toolbox
23418  Symlink: out/target/product/crespo/system/bin/log -> toolbox
23419  Symlink: out/target/product/crespo/system/bin/lsmod -> toolbox
23420  Symlink: out/target/product/crespo/system/bin/lsof -> toolbox
23421  Install: out/target/product/crespo/system/bin/make_ext4fs
23422  Install: out/target/product/crespo/system/lib/libeffects.so
23423  Install: out/target/product/crespo/system/lib/liba2dp.so
23424  Symlink: out/target/product/crespo/system/bin/mkdir -> toolbox
23425  Symlink: out/target/product/crespo/system/bin/mount -> toolbox
23426  Install: out/target/product/crespo/system/bin/mtpd
23427  Symlink: out/target/product/crespo/system/bin/mv -> toolbox
23428  Symlink: out/target/product/crespo/system/bin/nandread -> toolbox
23429  Install: out/target/product/crespo/system/bin/ndc
23430  target Non-prelinked: netcfg
(out/target/product/crespo/symbols/system/bin/netcfg)
23431  target Executable: netd
(out/target/product/crespo/obj/EXECUTABLES/netd_intermediates/LINKED/netd)
23432  Install: out/target/product/crespo/system/lib/libsysutils.so
23433  Symlink: out/target/product/crespo/system/bin/netstat -> toolbox
23434  Symlink: out/target/product/crespo/system/bin/newfs_msdos -> toolbox
23435  Symlink: out/target/product/crespo/system/bin/notify -> toolbox
23436  Install: out/target/product/crespo/system/bin/pppd
23437  Symlink: out/target/product/crespo/system/bin/printenv -> toolbox
23438  Symlink: out/target/product/crespo/system/bin/ps -> toolbox
23439  Install: out/target/product/crespo/system/bin/qemu-props
23440  Install: out/target/product/crespo/system/bin/qemud
23441  Install: out/target/product/crespo/system/bin/racoon
23442  Install: out/target/product/crespo/system/bin/radiooptions
23443  Symlink: out/target/product/crespo/system/bin/reboot -> toolbox
23444  Symlink: out/target/product/crespo/system/bin/renice -> toolbox
23445  Symlink: out/target/product/crespo/system/bin/rm -> toolbox
23446  Symlink: out/target/product/crespo/system/bin/rmdir -> toolbox
23447  Symlink: out/target/product/crespo/system/bin/rmmod -> toolbox
23448  Symlink: out/target/product/crespo/system/bin/route -> toolbox
23449  Symlink: out/target/product/crespo/system/bin/schedtop -> toolbox
23450  Symlink: out/target/product/crespo/system/bin/sendevent -> toolbox
23451  Symlink: out/target/product/crespo/system/bin/setconsole -> toolbox
23452  Symlink: out/target/product/crespo/system/bin/setprop -> toolbox
23453  Symlink: out/target/product/crespo/system/bin/sleep -> toolbox
23454  Symlink: out/target/product/crespo/system/bin/smd -> toolbox
```

```
23455 Symlink: out/target/product/crespo/system/bin/start -> toolbox
23456 Symlink: out/target/product/crespo/system/bin/stop -> toolbox
23457 Symlink: out/target/product/crespo/system/bin/sync -> toolbox
23458 Symlink: out/target/product/crespo/system/bin/umount -> toolbox
23459 Symlink: out/target/product/crespo/system/bin/top -> toolbox
23460 Symlink: out/target/product/crespo/system/bin/uptime -> toolbox
23461 Install: out/target/product/crespo/system/bin/vdc
23462 Symlink: out/target/product/crespo/system/bin/vmstat -> toolbox
23463 target Executable: vold
(out/target/product/crespo/obj/EXECUTABLES/vold_intermediates/LINKED/vold)
23464 Install: out/target/product/crespo/system/lib/libdiskconfig.so
23465 Symlink: out/target/product/crespo/system/bin/watchprops -> toolbox
23466 Symlink: out/target/product/crespo/system/bin/wipe -> toolbox
23467 Install: out/target/product/crespo/system/bin/wpa_cli
23468 target Non-prelinked: wpa_supplicant
(out/target/product/crespo/symbols/system/bin/wpa_supplicant)
23469 Install: out/target/product/crespo/system/etc/ppp/ip-up-vpn
23470 target Non-prelinked: gps.goldfish
(out/target/product/crespo/symbols/system/lib/hw/gps.goldfish.so)
23471 Install: out/target/product/crespo/system/lib/hw/gralloc.default.so
23472 Install: out/target/product/crespo/system/lib/hw/overlay.s5pc110.so
23473 Install: out/target/product/crespo/system/lib/hw/sensors.goldfish.so
23474 Install: out/target/product/crespo/system/lib/hw/sensors.herring.so
23475 target SharedLib: libOMX.SEC.AVC.Decoder
(out/target/product/crespo/obj/SHARED_LIBRARIES/libOMX.SEC.AVC.Decoder_interm
ediates/LINKED/libOMX.SEC.AVC.Decoder.so)
23476 target SharedLib: libOMX.SEC.AVC.Encoder
(out/target/product/crespo/obj/SHARED_LIBRARIES/libOMX.SEC.AVC.Encoder_interm
ediates/LINKED/libOMX.SEC.AVC.Encoder.so)
23477 target SharedLib: libOMX.SEC.M4V.Decoder
(out/target/product/crespo/obj/SHARED_LIBRARIES/libOMX.SEC.M4V.Decoder_interm
ediates/LINKED/libOMX.SEC.M4V.Decoder.so)
23478 target SharedLib: libOMX.SEC.M4V.Encoder
(out/target/product/crespo/obj/SHARED_LIBRARIES/libOMX.SEC.M4V.Encoder_interm
ediates/LINKED/libOMX.SEC.M4V.Encoder.so)
23479 target SharedLib: libSEC_OMX_Core
(out/target/product/crespo/obj/SHARED_LIBRARIES/libSEC_OMX_Core_intermediates
/LINKED/libSEC_OMX_Core.so)
23480 Install: out/target/product/crespo/system/lib/libacc.so
23481 target SharedLib: libdrm1
(out/target/product/crespo/obj/SHARED_LIBRARIES/libdrm1_intermediates/LINKED/
libdrm1.so)
23482 target SharedLib: libttspico
(out/target/product/crespo/obj/SHARED_LIBRARIES/libttspico_intermediates/LINK
ED/libttspico.so)
23483 Install:
out/target/product/crespo/system/lib/soundfx/libbundlewrapper.so
23484 Install:
out/target/product/crespo/system/lib/soundfx/libreverbwrapper.so
23485 Install: out/target/product/crespo/system/lib/soundfx/libvisualizer.so
23486 Install: out/target/product/crespo/system/xbin/rawbu
23487 target Executable: btool
(out/target/product/crespo/obj/EXECUTABLES/btool_intermediates/LINKED/btool)
23488 Install: out/target/product/crespo/system/xbin/showmap
23489 Copying: out/target/common/obj/JAVA_LIBRARIES/core-
junitrunner_intermediates/emma_out/lib/classes-jarjar.jar
```

23490 target Executable: Looper_test
(out/target/product/crespo/obj/EXECUTABLES/Looper_test_intermediates/LINKED/L
ooper_test)
23491 target Executable: ObbFile_test
(out/target/product/crespo/obj/EXECUTABLES/ObbFile_test_intermediates/LINKED/
ObbFile_test)
23492 target Executable: String8_test
(out/target/product/crespo/obj/EXECUTABLES/String8_test_intermediates/LINKED/
String8_test)
23493 target Non-prelinked: accRuntimeTest
(out/target/product/crespo/symbols/system/bin/accRuntimeTest)
23494 target Non-prelinked: acc
(out/target/product/crespo/symbols/system/bin/acc)
23495 target Non-prelinked: agent
(out/target/product/crespo/symbols/system/xbin/agent)
23496 target Non-prelinked: bttest
(out/target/product/crespo/symbols/system/xbin/bttest)
23497 target Executable: backup_helper_test
(out/target/product/crespo/obj/EXECUTABLES/backup_helper_test_intermediates/L
INKED/backup_helper_test)
23498 target Non-prelinked: dbus-monitor
(out/target/product/crespo/symbols/system/xbin/dbus-monitor)
23499 target Non-prelinked: dbus-send
(out/target/product/crespo/symbols/system/xbin/dbus-send)
23500 target Executable: libsqlite3_phonetic_string_utils_test
(out/target/product/crespo/obj/EXECUTABLES/libsqlite3_phonetic_string_utils_t
est_intermediates/LINKED/libsqlite3_phonetic_string_utils_test)
23501 target Non-prelinked: openssl
(out/target/product/crespo/symbols/system/bin/openssl)
23502 target Non-prelinked: ssltest
(out/target/product/crespo/symbols/system/bin/ssltest)
23503 target Non-prelinked: tcpdump
(out/target/product/crespo/symbols/system/xbin/tcpdump)
23504 target Non-prelinked: test-nusensors
(out/target/product/crespo/symbols/system/bin/test-nusensors)
23505 target SharedLib: libsimplejni
(out/target/product/crespo/obj/SHARED_LIBRARIES/libsimplejni_intermediates/LI
NKED/libsimplejni.so)
23506 target SharedLib: libterm
(out/target/product/crespo/obj/SHARED_LIBRARIES/libterm_intermediates/LINKED/
libterm.so)
23507 target Jar: bouncycastle
(out/target/common/obj/JAVA_LIBRARIES/bouncycastle_intermediates/javalib.jar)
23508 Copying:
out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/noproguard.classes.dex
23509 target SharedLib: libsqlite
(out/target/product/crespo/obj/SHARED_LIBRARIES/libsqlite_intermediates/LINKE
D/libsqlite.so)
23510 target Non-prelinked: libnfc
(out/target/product/crespo/symbols/system/lib/libnfc.so)
23511 target SharedLib: libjni_pinyinime
(out/target/product/crespo/obj/SHARED_LIBRARIES/libjni_pinyinime_intermediate
s/LINKED/libjni_pinyinime.so)
23512 target Non-prelinked: libbinder
(out/target/product/crespo/symbols/system/lib/libbinder.so)
23513 target Non-prelinked: libEGL
(out/target/product/crespo/symbols/system/lib/libEGL.so)

23514 target Non-prelinked: libemoji
(out/target/product/crespo/symbols/system/lib/libemoji.so)
23515 target Non-prelinked: libsonivox
(out/target/product/crespo/symbols/system/lib/libsonivox.so)
23516 target Strip: libbluetoothd
(out/target/product/crespo/obj/lib/libbluetoothd.so)
23517
'out/target/common/obj/JAVA_LIBRARIES/bouncycastle_intermediates//classes.dex
' as 'classes.dex'...
23518 Symlink: out/target/product/crespo/system/bin/cat -> toolbox
23519 Symlink: out/target/product/crespo/system/bin/chmod -> toolbox
23520 Symlink: out/target/product/crespo/system/bin/chown -> toolbox
23521 Symlink: out/target/product/crespo/system/bin/cmp -> toolbox
23522 Symlink: out/target/product/crespo/system/bin/date -> toolbox
23523 target Strip: dbus-daemon
(out/target/product/crespo/obj/EXECUTABLES/dbus-daemon_intermediates/dbus-
daemon)
23524 Symlink: out/target/product/crespo/system/bin/dd -> toolbox
23525 Symlink: out/target/product/crespo/system/bin/df -> toolbox
23526 target Executable: hciattach
(out/target/product/crespo/obj/EXECUTABLES/hciattach_intermediates/LINKED/hci
attach)
23527 target Strip: netcfg
(out/target/product/crespo/obj/EXECUTABLES/netcfg_intermediates/netcfg)
23528 target Non-prelinked: netd
(out/target/product/crespo/symbols/system/bin/netd)
23529 target Executable: pand
(out/target/product/crespo/obj/EXECUTABLES/pand_intermediates/LINKED/pand)
23530 target Executable: sdptool
(out/target/product/crespo/obj/EXECUTABLES/sdptool_intermediates/LINKED/sdpto
ol)
23531 target Non-prelinked: vold
(out/target/product/crespo/symbols/system/bin/vold)
23532 target Strip: wpa_supplicant
(out/target/product/crespo/obj/EXECUTABLES/wpa_supplicant_intermediates/wpa_s
upplicant)
23533 Install: out/target/product/crespo/system/framework/sqlite-jdbc.jar
23534 target SharedLib: audio
(out/target/product/crespo/obj/SHARED_LIBRARIES/audio_intermediates/LINKED/au
dio.so)
23535 target SharedLib: input
(out/target/product/crespo/obj/SHARED_LIBRARIES/input_intermediates/LINKED/in
put.so)
23536 target Strip: gps.goldfish
(out/target/product/crespo/obj/lib/gps.goldfish.so)
23537 target Non-prelinked: libOMX.SEC.AVC.Decoder
(out/target/product/crespo/symbols/system/lib/libOMX.SEC.AVC.Decoder.so)
23538 target Non-prelinked: libOMX.SEC.AVC.Encoder
(out/target/product/crespo/symbols/system/lib/libOMX.SEC.AVC.Encoder.so)
23539 target Non-prelinked: libOMX.SEC.M4V.Decoder
(out/target/product/crespo/symbols/system/lib/libOMX.SEC.M4V.Decoder.so)
23540 target Non-prelinked: libOMX.SEC.M4V.Encoder
(out/target/product/crespo/symbols/system/lib/libOMX.SEC.M4V.Encoder.so)
23541 target Non-prelinked: libSEC_OMX_Core
(out/target/product/crespo/symbols/system/lib/libSEC_OMX_Core.so)
23542 target Non-prelinked: libdrm1
(out/target/product/crespo/symbols/system/lib/libdrm1.so)

23543 target Non-prelinked: libttspico
(out/target/product/crespo/symbols/system/lib/libttspico.so)
23544 target Non-prelinked: btool
(out/target/product/crespo/symbols/system/xbin/btool)
23545 Copying: out/target/common/obj/JAVA_LIBRARIES/core-
junitrunner_intermediates/classes.jar
23546 target Non-prelinked: Looper_test
(out/target/product/crespo/symbols/system/bin/Looper_test)
23547 target Non-prelinked: ObbFile_test
(out/target/product/crespo/symbols/system/bin/ObbFile_test)
23548 target Non-prelinked: String8_test
(out/target/product/crespo/symbols/system/bin/String8_test)
23549 target Strip: accRuntimeTest
(out/target/product/crespo/obj/EXECUTABLES/accRuntimeTest_intermediates/accRu
ntimeTest)
23550 target Strip: acc
(out/target/product/crespo/obj/EXECUTABLES/acc_intermediates/acc)
23551 target Strip: agent
(out/target/product/crespo/obj/EXECUTABLES/agent_intermediates/agent)
23552 target Executable: attest
(out/target/product/crespo/obj/EXECUTABLES/attest_intermediates/LINKED/attest
)
23553 target Executable: avinfo
(out/target/product/crespo/obj/EXECUTABLES/avinfo_intermediates/LINKED/avinfo
)
23554 target Executable: avtest
(out/target/product/crespo/obj/EXECUTABLES/avtest_intermediates/LINKED/avtest
)
23555 target Non-prelinked: backup_helper_test
(out/target/product/crespo/symbols/data/app/backup_helper_test)
23556 target Executable: bdaddr
(out/target/product/crespo/obj/EXECUTABLES/bdaddr_intermediates/LINKED/bdaddr
)
23557 target Strip: dbus-monitor
(out/target/product/crespo/obj/EXECUTABLES/dbus-monitor_intermediates/dbus-
monitor)
23558 target Strip: bttest
(out/target/product/crespo/obj/EXECUTABLES/bttest_intermediates/bttest)
23559 target Strip: dbus-send
(out/target/product/crespo/obj/EXECUTABLES/dbus-send_intermediates/dbus-send)
23560 target Executable: hciconfig
(out/target/product/crespo/obj/EXECUTABLES/hciconfig_intermediates/LINKED/hci
config)
23561 target Executable: hcitool
(out/target/product/crespo/obj/EXECUTABLES/hcitool_intermediates/LINKED/hcito
ol)
23562 target Executable: hstest
(out/target/product/crespo/obj/EXECUTABLES/hstest_intermediates/LINKED/hstest
)
23563 target Executable: l2ping
(out/target/product/crespo/obj/EXECUTABLES/l2ping_intermediates/LINKED/l2ping
)
23564 target Executable: l2test
(out/target/product/crespo/obj/EXECUTABLES/l2test_intermediates/LINKED/l2test
)

```
23565 target Non-prelinked: libsqlite3_phonetic_string_utils_test
(out/target/product/crespo/symbols/system/bin/libsqlite3_phonetic_stril
s_test)
23566 target Executable: lmptest
(out/target/product/crespo/obj/EXECUTABLES/lmptest_intermediates/LINKED/lmpte
st)
23567 target Strip: openssl
(out/target/product/crespo/obj/EXECUTABLES/openssl_intermediates/openssl)
23568 target Executable: rctest
(out/target/product/crespo/obj/EXECUTABLES/rctest_intermediates/LINKED/rctest
)
23569 target Executable: scotest
(out/target/product/crespo/obj/EXECUTABLES/scotest_intermediates/LINKED/scote
st)
23570 target Executable: sdptest
(out/target/product/crespo/obj/EXECUTABLES/sdptest_intermediates/LINKED/sdpte
st)
23571 target Strip: ssltest
(out/target/product/crespo/obj/EXECUTABLES/ssltest_intermediates/ssltest)
23572 Construct patches for 3 chunks...
23573 patch   0 is 210 bytes (of 2805770)
23574 patch   1 is 218910 bytes (of 142403)
23575 patch   2 is 186 bytes (of 947)
23576 chunk   0: normal   (        0,   2805770)         210
23577 chunk   1: deflate  (  2805770,    385436)      218910  (null)
23578 chunk   2: normal   (  3191206,      3674)         186
23579 target Strip: tcpdump
(out/target/product/crespo/obj/EXECUTABLES/tcpdump_intermediates/tcpdump)
23580 target Strip: test-nusensors
(out/target/product/crespo/obj/EXECUTABLES/test-nusensors_intermediates/test-
nusensors)
23581 target Non-prelinked: libsimplejni
(out/target/product/crespo/symbols/system/lib/libsimplejni.so)
23582 target Non-prelinked: libterm
(out/target/product/crespo/symbols/system/lib/libterm.so)
23583 target Jar: ext
(out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/javalib.jar)
23584 target Non-prelinked: libsqlite
(out/target/product/crespo/symbols/system/lib/libsqlite.so)
23585 target Strip: libnfc (out/target/product/crespo/obj/lib/libnfc.so)
23586 target Non-prelinked: libjni_pinyinime
(out/target/product/crespo/symbols/system/lib/libjni_pinyinime.so)
23587 Copying:
out/target/common/obj/APPS/QuickSearchBox_intermediates/progaurd.classes.dex
23588 target Strip: libbinder
(out/target/product/crespo/obj/lib/libbinder.so)
23589 target Strip: libEGL (out/target/product/crespo/obj/lib/libEGL.so)
23590  'out/target/common/obj/JAVA_LIBRARIES/ext_intermediates//classes.dex'
as 'classes.dex'...
23591 target Strip: libemoji (out/target/product/crespo/obj/lib/libemoji.so)
23592 target Strip: libsonivox
(out/target/product/crespo/obj/lib/libsonivox.so)
23593 target Executable: bluetoothd
(out/target/product/crespo/obj/EXECUTABLES/bluetoothd_intermediates/LINKED/bl
uetoothd)
23594 Install: out/target/product/crespo/system/lib/libbluetoothd.so
23595 Install: out/target/product/crespo/system/bin/dbus-daemon
```

```
23596 target Non-prelinked: hciattach
(out/target/product/crespo/symbols/system/bin/hciattach)
23597 Install: out/target/product/crespo/system/bin/netcfg
23598 target Non-prelinked: pand
(out/target/product/crespo/symbols/system/bin/pand)
23599 target Strip: netd
(out/target/product/crespo/obj/EXECUTABLES/netd_intermediates/netd)
23600 target Non-prelinked: sdptool
(out/target/product/crespo/symbols/system/bin/sdptool)
23601 target Strip: vold
(out/target/product/crespo/obj/EXECUTABLES/vold_intermediates/vold)
23602 target Executable: service
(out/target/product/crespo/obj/EXECUTABLES/service_intermediates/LINKED/servi
ce)
23603 Install: out/target/product/crespo/system/bin/wpa_supplicant
23604 Install: out/target/product/crespo/system/framework/bouncycastle.jar
23605 target Non-prelinked: audio
(out/target/product/crespo/symbols/system/lib/bluez-plugin/audio.so)
23606 target Non-prelinked: input
(out/target/product/crespo/symbols/system/lib/bluez-plugin/input.so)
23607 Install: out/target/product/crespo/system/lib/hw/gps.goldfish.so
23608 target Strip: libOMX.SEC.AVC.Decoder
(out/target/product/crespo/obj/lib/libOMX.SEC.AVC.Decoder.so)
23609 target Strip: libOMX.SEC.AVC.Encoder
(out/target/product/crespo/obj/lib/libOMX.SEC.AVC.Encoder.so)
23610 target Strip: libOMX.SEC.M4V.Decoder
(out/target/product/crespo/obj/lib/libOMX.SEC.M4V.Decoder.so)
23611 target Strip: libOMX.SEC.M4V.Encoder
(out/target/product/crespo/obj/lib/libOMX.SEC.M4V.Encoder.so)
23612 target Strip: libSEC_OMX_Core
(out/target/product/crespo/obj/lib/libSEC_OMX_Core.so)
23613 target Strip: libdrm1 (out/target/product/crespo/obj/lib/libdrm1.so)
23614 Install: out/target/product/crespo/system/lib/libnfc.so
23615 target Strip: btool
(out/target/product/crespo/obj/EXECUTABLES/btool_intermediates/btool)
23616 target Strip: libttspico
(out/target/product/crespo/obj/lib/libttspico.so)
23617 Copying: out/target/common/obj/JAVA_LIBRARIES/core-
junitrunner_intermediates/noproguard.classes.jar
23618 target Strip: Looper_test
(out/target/product/crespo/obj/EXECUTABLES/Looper_test_intermediates/Looper_t
est)
23619 target Strip: ObbFile_test
(out/target/product/crespo/obj/EXECUTABLES/ObbFile_test_intermediates/ObbFile
_test)
23620 target Strip: String8_test
(out/target/product/crespo/obj/EXECUTABLES/String8_test_intermediates/String8
_test)
23621 target Non-prelinked: avinfo
(out/target/product/crespo/symbols/system/xbin/avinfo)
23622 target Non-prelinked: attest
(out/target/product/crespo/symbols/system/xbin/attest)
23623 target Non-prelinked: avtest
(out/target/product/crespo/symbols/system/xbin/avtest)
23624 target Strip: backup_helper_test
(out/target/product/crespo/obj/EXECUTABLES/backup_helper_test_intermediates/b
ackup_helper_test)
```

23625 target Non-prelinked: bdaddr
(out/target/product/crespo/symbols/system/xbin/bdaddr)
23626 target Non-prelinked: hciconfig
(out/target/product/crespo/symbols/system/xbin/hciconfig)
23627 target Non-prelinked: hcitool
(out/target/product/crespo/symbols/system/xbin/hcitool)
23628 target Non-prelinked: hstest
(out/target/product/crespo/symbols/system/xbin/hstest)
23629 target Non-prelinked: l2ping
(out/target/product/crespo/symbols/system/xbin/l2ping)
23630 target Non-prelinked: l2test
(out/target/product/crespo/symbols/system/xbin/l2test)
23631 target Strip: libsqlite3_phonetic_string_utils_test
(out/target/product/crespo/obj/EXECUTABLES/libsqlite3_phonetic_string_utils_t
est_intermediates/libsqlite3_phonetic_string_utils_test)
23632 target Non-prelinked: lmptest
(out/target/product/crespo/symbols/system/xbin/lmptest)
23633 target Non-prelinked: rctest
(out/target/product/crespo/symbols/system/xbin/rctest)
23634 target Non-prelinked: scotest
(out/target/product/crespo/symbols/system/xbin/scotest)
23635 target Non-prelinked: sdptest
(out/target/product/crespo/symbols/system/xbin/sdptest)
23636 target SharedLib: invoke_mock_media_player
(out/target/product/crespo/obj/SHARED_LIBRARIES/invoke_mock_media_player_inte
rmediates/LINKED/invoke_mock_media_player.so)
23637 target Strip: libsimplejni
(out/target/product/crespo/obj/lib/libsimplejni.so)
23638 target Strip: libterm (out/target/product/crespo/obj/lib/libterm.so)
23639 target Java: framework
(out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes)
23640 target Strip: libsqlite
(out/target/product/crespo/obj/lib/libsqlite.so)
23641 target Strip: libjni_pinyinime
(out/target/product/crespo/obj/lib/libjni_pinyinime.so)
23642 target Package: QuickSearchBox
(out/target/product/crespo/obj/APPS/QuickSearchBox_intermediates/package.apk)
23643 target SharedLib: libhardware_legacy
(out/target/product/crespo/obj/SHARED_LIBRARIES/libhardware_legacy_intermedia
tes/LINKED/libhardware_legacy.so)
23644 target SharedLib: libskia
(out/target/product/crespo/obj/SHARED_LIBRARIES/libskia_intermediates/LINKED/
libskia.so)
23645 target SharedLib: libGLESv1_CM
(out/target/product/crespo/obj/SHARED_LIBRARIES/libGLESv1_CM_intermediates/LI
NKED/libGLESv1_CM.so)
23646 target SharedLib: libGLESv2
(out/target/product/crespo/obj/SHARED_LIBRARIES/libGLESv2_intermediates/LINKE
D/libGLESv2.so)
23647 Install: out/target/product/crespo/system/lib/libbinder.so
23648 Install: out/target/product/crespo/system/lib/libsqlite.so
23649 Install: out/target/product/crespo/system/lib/libEGL.so
23650 Install: out/target/product/crespo/system/lib/libemoji.so
23651 Install: out/target/product/crespo/system/lib/libsonivox.so
23652 target Non-prelinked: bluetoothd
(out/target/product/crespo/symbols/system/bin/bluetoothd)

```
23653 target Executable: dumpsys
(out/target/product/crespo/obj/EXECUTABLES/dumpsys_intermediates/LINKED/dumps
ys)
23654 target Strip: hciattach
(out/target/product/crespo/obj/EXECUTABLES/hciattach_intermediates/hciattach)
23655 Install: out/target/product/crespo/system/bin/netd
23656 target Strip: pand
(out/target/product/crespo/obj/EXECUTABLES/pand_intermediates/pand)
23657 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
23658 target Strip: sdptool
(out/target/product/crespo/obj/EXECUTABLES/sdptool_intermediates/sdptool)
23659 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
23660 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
23661 target Non-prelinked: service
(out/target/product/crespo/symbols/system/bin/service)
23662 Install: out/target/product/crespo/system/bin/vold
23663 Install: out/target/product/crespo/system/framework/ext.jar
23664 target Strip: audio (out/target/product/crespo/obj/lib/audio.so)
23665   'out/target/common/obj/APPS/QuickSearchBox_intermediates//classes.dex'
as 'classes.dex'...
23666 target Strip: input (out/target/product/crespo/obj/lib/input.so)
23667 Install: out/target/product/crespo/system/lib/libOMX.SEC.AVC.Decoder.so
23668 Install: out/target/product/crespo/system/lib/libOMX.SEC.AVC.Encoder.so
23669 Install: out/target/product/crespo/system/lib/libOMX.SEC.M4V.Decoder.so
23670 Install: out/target/product/crespo/system/lib/libOMX.SEC.M4V.Encoder.so
23671 Install: out/target/product/crespo/system/lib/libSEC_OMX_Core.so
23672 Install: out/target/product/crespo/system/lib/libdrm1.so
23673 target SharedLib: libdrm1_jni
(out/target/product/crespo/obj/SHARED_LIBRARIES/libdrm1_jni_intermediates/LIN
KED/libdrm1_jni.so)
23674 Install: out/target/product/crespo/system/lib/libjni_pinyinime.so
23675 target SharedLib: libsqlite_jni
(out/target/product/crespo/obj/SHARED_LIBRARIES/libsqlite_jni_intermediates/L
INKED/libsqlite_jni.so)
23676 Install: out/target/product/crespo/system/lib/libttspico.so
23677 Install: out/target/product/crespo/system/xbin/btool
23678 target Dex: core-junitrunner
23679 target Executable: sqlite3
(out/target/product/crespo/obj/EXECUTABLES/sqlite3_intermediates/LINKED/sqlit
e3)
23680 target Strip: attest
(out/target/product/crespo/obj/EXECUTABLES/attest_intermediates/attest)
23681 target Strip: avinfo
(out/target/product/crespo/obj/EXECUTABLES/avinfo_intermediates/avinfo)
23682 target Strip: avtest
(out/target/product/crespo/obj/EXECUTABLES/avtest_intermediates/avtest)
23683 target Strip: bdaddr
(out/target/product/crespo/obj/EXECUTABLES/bdaddr_intermediates/bdaddr)
23684 target Strip: hciconfig
(out/target/product/crespo/obj/EXECUTABLES/hciconfig_intermediates/hciconfig)
```

```
23685 target Strip: hcitool
(out/target/product/crespo/obj/EXECUTABLES/hcitool_intermediates/hcitool)
23686 target Strip: hstest
(out/target/product/crespo/obj/EXECUTABLES/hstest_intermediates/hstest)
23687 target Strip: l2ping
(out/target/product/crespo/obj/EXECUTABLES/l2ping_intermediates/l2ping)
23688 target Strip: l2test
(out/target/product/crespo/obj/EXECUTABLES/l2test_intermediates/l2test)
23689 target Strip: lmptest
(out/target/product/crespo/obj/EXECUTABLES/lmptest_intermediates/lmptest)
23690 target Strip: rctest
(out/target/product/crespo/obj/EXECUTABLES/rctest_intermediates/rctest)
23691 target Strip: scotest
(out/target/product/crespo/obj/EXECUTABLES/scotest_intermediates/scotest)
23692 target Strip: sdptest
(out/target/product/crespo/obj/EXECUTABLES/sdptest_intermediates/sdptest)
23693 target Non-prelinked: invoke_mock_media_player
(out/target/product/crespo/symbols/system/lib/invoke_mock_media_player.so)
23694 Install: out/target/product/crespo/system/app/QuickSearchBox.apk
23695 target Non-prelinked: libhardware_legacy
(out/target/product/crespo/symbols/system/lib/libhardware_legacy.so)
23696 target SharedLib: libnativehelper
(out/target/product/crespo/obj/SHARED_LIBRARIES/libnativehelper_intermediates
/LINKED/libnativehelper.so)
23697 target Non-prelinked: libskia
(out/target/product/crespo/symbols/system/lib/libskia.so)
23698 target Non-prelinked: libGLESv1_CM
(out/target/product/crespo/symbols/system/lib/libGLESv1_CM.so)
23699 target Non-prelinked: libGLESv2
(out/target/product/crespo/symbols/system/lib/libGLESv2.so)
23700 target Strip: bluetoothd
(out/target/product/crespo/obj/EXECUTABLES/bluetoothd_intermediates/bluetooth
d)
23701 target Non-prelinked: dumpsys
(out/target/product/crespo/symbols/system/bin/dumpsys)
23702 Install: out/target/product/crespo/system/bin/hciattach
23703 Install: out/target/product/crespo/system/bin/pand
23704 Install: out/target/product/crespo/system/bin/sdptool
23705 Install: out/target/product/crespo/system/lib/bluez-plugin/audio.so
23706 target Strip: service
(out/target/product/crespo/obj/EXECUTABLES/service_intermediates/service)
23707 Install: out/target/product/crespo/system/lib/bluez-plugin/input.so
23708 target Non-prelinked: libdrm1_jni
(out/target/product/crespo/symbols/system/lib/libdrm1_jni.so)
23709 target Non-prelinked: libsqlite_jni
(out/target/product/crespo/symbols/system/lib/libsqlite_jni.so)
23710 target Non-prelinked: sqlite3
(out/target/product/crespo/symbols/system/xbin/sqlite3)
23711 Copying: out/target/common/obj/JAVA_LIBRARIES/core-
junitrunner_intermediates/noproguard.classes.dex
23712 target Strip: invoke_mock_media_player
(out/target/product/crespo/obj/lib/invoke_mock_media_player.so)
23713 target Non-prelinked: libnativehelper
(out/target/product/crespo/symbols/system/lib/libnativehelper.so)
23714 target Strip: libhardware_legacy
(out/target/product/crespo/obj/lib/libhardware_legacy.so)
23715 target Strip: libskia (out/target/product/crespo/obj/lib/libskia.so)
```

```
23716 target Strip: libGLESv1_CM
(out/target/product/crespo/obj/lib/libGLESv1_CM.so)
23717 target Strip: libGLESv2
(out/target/product/crespo/obj/lib/libGLESv2.so)
23718 Install: out/target/product/crespo/system/lib/libhardware_legacy.so
23719 Install: out/target/product/crespo/system/lib/libskia.so
23720 Install: out/target/product/crespo/system/bin/bluetoothd
23721 target Strip: dumpsys
(out/target/product/crespo/obj/EXECUTABLES/dumpsys_intermediates/dumpsys)
23722 target SharedLib: libril
(out/target/product/crespo/obj/SHARED_LIBRARIES/libril_intermediates/LINKED/l
ibril.so)
23723 Install: out/target/product/crespo/system/bin/service
23724 target Strip: libdrm1_jni
(out/target/product/crespo/obj/lib/libdrm1_jni.so)
23725 target Strip: libsqlite_jni
(out/target/product/crespo/obj/lib/libsqlite_jni.so)
23726 target Strip: sqlite3
(out/target/product/crespo/obj/EXECUTABLES/sqlite3_intermediates/sqlite3)
23727 target Jar: core-junitrunner
(out/target/common/obj/JAVA_LIBRARIES/core-
junitrunner_intermediates/javalib.jar)
23728 target Executable: daemonize
(out/target/product/crespo/obj/EXECUTABLES/daemonize_intermediates/LINKED/dae
monize)
23729 target Executable: gpustate
(out/target/product/crespo/obj/EXECUTABLES/gpustate_intermediates/LINKED/gpus
tate)
23730 target Executable: skia_bench
(out/target/product/crespo/obj/EXECUTABLES/skia_bench_intermediates/LINKED/sk
ia_bench)
23731 target Executable: skia_gm
(out/target/product/crespo/obj/EXECUTABLES/skia_gm_intermediates/LINKED/skia_
gm)
23732  'out/target/common/obj/JAVA_LIBRARIES/core-
junitrunner_intermediates//classes.dex' as 'classes.dex'...
23733 target Executable: skia_test
(out/target/product/crespo/obj/EXECUTABLES/skia_test_intermediates/LINKED/ski
a_test)
23734 target Executable: test-opengl-configdump
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
configdump_intermediates/LINKED/test-opengl-configdump)
23735 target Executable: timeinfo
(out/target/product/crespo/obj/EXECUTABLES/timeinfo_intermediates/LINKED/time
info)
23736 target SharedLib: libgl2jni
(out/target/product/crespo/obj/SHARED_LIBRARIES/libgl2jni_intermediates/LINKE
D/libgl2jni.so)
23737 target SharedLib: libgldualjni
(out/target/product/crespo/obj/SHARED_LIBRARIES/libgldualjni_intermediates/LI
NKED/libgldualjni.so)
23738 target SharedLib: libgljni
(out/target/product/crespo/obj/SHARED_LIBRARIES/libgljni_intermediates/LINKED
/libgljni.so)
23739 target Strip: libnativehelper
(out/target/product/crespo/obj/lib/libnativehelper.so)
```

```
23740 target SharedLib: libpixelflinger
(out/target/product/crespo/obj/SHARED_LIBRARIES/libpixelflinger_intermediates
/LINKED/libpixelflinger.so)
23741 target SharedLib: libgui
(out/target/product/crespo/obj/SHARED_LIBRARIES/libgui_intermediates/LINKED/l
ibgui.so)
23742 target SharedLib: libskiagl
(out/target/product/crespo/obj/SHARED_LIBRARIES/libskiagl_intermediates/LINKE
D/libskiagl.so)
23743 Install: out/target/product/crespo/system/lib/libGLESv1_CM.so
23744 Install: out/target/product/crespo/system/lib/libGLESv2.so
23745 Install: out/target/product/crespo/system/bin/dumpsys
23746 target Non-prelinked: libril
(out/target/product/crespo/symbols/system/lib/libril.so)
23747 Install: out/target/product/crespo/system/lib/libdrm1_jni.so
23748 Install: out/target/product/crespo/system/lib/libsqlite_jni.so
23749 Install: out/target/product/crespo/system/xbin/sqlite3
23750 target Java: core-tests-support
(out/target/common/obj/JAVA_LIBRARIES/core-tests-
support_intermediates/classes)
23751 target Java: core-tests-supportlib
(out/target/common/obj/JAVA_LIBRARIES/core-tests-
supportlib_intermediates/classes)
23752 target Non-prelinked: daemonize
(out/target/product/crespo/symbols/system/xbin/daemonize)
23753 target Non-prelinked: gpustate
(out/target/product/crespo/symbols/system/bin/gpustate)
23754 target Non-prelinked: skia_bench
(out/target/product/crespo/symbols/system/bin/skia_bench)
23755 target Non-prelinked: skia_gm
(out/target/product/crespo/symbols/system/bin/skia_gm)
23756 target Non-prelinked: skia_test
(out/target/product/crespo/symbols/system/bin/skia_test)
23757 target Non-prelinked: test-opengl-configdump
(out/target/product/crespo/symbols/system/bin/test-opengl-configdump)
23758 target Non-prelinked: timeinfo
(out/target/product/crespo/symbols/system/xbin/timeinfo)
23759 target SharedLib: libdvm_assert
(out/target/product/crespo/obj/SHARED_LIBRARIES/libdvm_assert_intermediates/L
INKED/libdvm_assert.so)
23760 target SharedLib: libdvm_interp
(out/target/product/crespo/obj/SHARED_LIBRARIES/libdvm_interp_intermediates/L
INKED/libdvm_interp.so)
23761 target SharedLib: libdvm_sv
(out/target/product/crespo/obj/SHARED_LIBRARIES/libdvm_sv_intermediates/LINKE
D/libdvm_sv.so)
23762 target Non-prelinked: libgl2jni
(out/target/product/crespo/symbols/system/lib/libgl2jni.so)
23763 target Non-prelinked: libgldualjni
(out/target/product/crespo/symbols/system/lib/libgldualjni.so)
23764 target Non-prelinked: libgljni
(out/target/product/crespo/symbols/system/lib/libgljni.so)
23765 target SharedLib: libsampleplugin
(out/target/product/crespo/obj/SHARED_LIBRARIES/libsampleplugin_intermediates
/LINKED/libsampleplugin.so)
```

```
23766 target SharedLib: libnfc_jni
(out/target/product/crespo/obj/SHARED_LIBRARIES/libnfc_jni_intermediates/LINK
ED/libnfc_jni.so)
23767 target Non-prelinked: libpixelflinger
(out/target/product/crespo/symbols/system/lib/libpixelflinger.so)
23768 target Non-prelinked: libgui
(out/target/product/crespo/symbols/system/lib/libgui.so)
23769 target Non-prelinked: libskiagl
(out/target/product/crespo/symbols/system/lib/libskiagl.so)
23770 target SharedLib: libdvm
(out/target/product/crespo/obj/SHARED_LIBRARIES/libdvm_intermediates/LINKED/l
ibdvm.so)
23771 Install: out/target/product/crespo/system/lib/libnativehelper.so
23772 target Strip: libril (out/target/product/crespo/obj/lib/libril.so)
23773 target SharedLib: libexif
(out/target/product/crespo/obj/SHARED_LIBRARIES/libexif_intermediates/LINKED/
libexif.so)
23774 target SharedLib: libmock_ril
(out/target/product/crespo/obj/SHARED_LIBRARIES/libmock_ril_intermediates/LIN
KED/libmock_ril.so)
23775 Note: Some input files use or override a deprecated API.
23776 Note: Recompile with -Xlint:deprecation for details.
23777 Note: Some input files use unchecked or unsafe operations.
23778 Note: Recompile with -Xlint:unchecked for details.
23779 Note: Some input files use or override a deprecated API.
23780 Note: Recompile with -Xlint:deprecation for details.
23781 Note: Some input files use unchecked or unsafe operations.
23782 Note: Recompile with -Xlint:unchecked for details.
23783 target SharedLib: libreference-ril
(out/target/product/crespo/obj/SHARED_LIBRARIES/libreference-
ril_intermediates/LINKED/libreference-ril.so)
23784 target SharedLib: libreference-cdma-sms
(out/target/product/crespo/obj/SHARED_LIBRARIES/libreference-cdma-
sms_intermediates/LINKED/libreference-cdma-sms.so)
23785 target Strip: gpustate
(out/target/product/crespo/obj/EXECUTABLES/gpustate_intermediates/gpustate)
23786 target Strip: daemonize
(out/target/product/crespo/obj/EXECUTABLES/daemonize_intermediates/daemonize)
23787 target Strip: skia_bench
(out/target/product/crespo/obj/EXECUTABLES/skia_bench_intermediates/skia_benc
h)
23788 target Strip: skia_gm
(out/target/product/crespo/obj/EXECUTABLES/skia_gm_intermediates/skia_gm)
23789 target Strip: skia_test
(out/target/product/crespo/obj/EXECUTABLES/skia_test_intermediates/skia_test)
23790 target Strip: test-opengl-configdump
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
configdump_intermediates/test-opengl-configdump)
23791 target Strip: timeinfo
(out/target/product/crespo/obj/EXECUTABLES/timeinfo_intermediates/timeinfo)
23792 target Non-prelinked: libdvm_assert
(out/target/product/crespo/symbols/system/lib/libdvm_assert.so)
23793 target Non-prelinked: libdvm_interp
(out/target/product/crespo/symbols/system/lib/libdvm_interp.so)
23794 target Non-prelinked: libdvm_sv
(out/target/product/crespo/symbols/system/lib/libdvm_sv.so)
```

```
23795 target Strip: libgl2jni
(out/target/product/crespo/obj/lib/libgl2jni.so)
23796 target Strip: libgldualjni
(out/target/product/crespo/obj/lib/libgldualjni.so)
23797 target Strip: libgljni (out/target/product/crespo/obj/lib/libgljni.so)
23798 target Non-prelinked: libsampleplugin
(out/target/product/crespo/symbols/system/lib/libsampleplugin.so)
23799 target Non-prelinked: libnfc_jni
(out/target/product/crespo/symbols/system/lib/libnfc_jni.so)
23800 target Strip: libpixelflinger
(out/target/product/crespo/obj/lib/libpixelflinger.so)
23801 target Strip: libgui (out/target/product/crespo/obj/lib/libgui.so)
23802 target Strip: libskiagl
(out/target/product/crespo/obj/lib/libskiagl.so)
23803 target Prelink: libdvm
(out/target/product/crespo/symbols/system/lib/libdvm.so)
23804 Install: out/target/product/crespo/system/lib/libpixelflinger.so
23805 Install: out/target/product/crespo/system/lib/libgui.so
23806 target Executable: rild
(out/target/product/crespo/obj/EXECUTABLES/rild_intermediates/LINKED/rild)
23807 Install: out/target/product/crespo/system/lib/libril.so
23808 target SharedLib: libGLES_android
(out/target/product/crespo/obj/SHARED_LIBRARIES/libGLES_android_intermediates
/LINKED/libGLES_android.so)
23809 target Non-prelinked: libexif
(out/target/product/crespo/symbols/system/lib/libexif.so)
23810 target Non-prelinked: libmock_ril
(out/target/product/crespo/symbols/system/lib/libmock_ril.so)
23811 target Non-prelinked: libreference-cdma-sms
(out/target/product/crespo/symbols/system/lib/libreference-cdma-sms.so)
23812 target Non-prelinked: libreference-ril
(out/target/product/crespo/symbols/system/lib/libreference-ril.so)
23813 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
support_intermediates/classes-jarjar.jar
23814 target Executable: test-opengl-codegen
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
codegen_intermediates/LINKED/test-opengl-codegen)
23815 target Strip: libdvm_assert
(out/target/product/crespo/obj/lib/libdvm_assert.so)
23816 target Strip: libdvm_interp
(out/target/product/crespo/obj/lib/libdvm_interp.so)
23817 libelfcopy: Warning: Range lists in .debug_info section aren't in
ascending order!
23818 target Strip: libdvm_sv
(out/target/product/crespo/obj/lib/libdvm_sv.so)
23819 target Strip: libsampleplugin
(out/target/product/crespo/obj/lib/libsampleplugin.so)
23820 target Strip: libnfc_jni
(out/target/product/crespo/obj/lib/libnfc_jni.so)
23821 target SharedLib: libui
(out/target/product/crespo/obj/SHARED_LIBRARIES/libui_intermediates/LINKED/li
bui.so)
23822 target Strip: libdvm (out/target/product/crespo/obj/lib/libdvm.so)
23823 Install: out/target/product/crespo/system/lib/libskiagl.so
23824 target Non-prelinked: rild
(out/target/product/crespo/symbols/system/bin/rild)
```

23825 target Non-prelinked: libGLES_android
(out/target/product/crespo/symbols/system/lib/egl/libGLES_android.so)
23826 target Strip: libmock_ril
(out/target/product/crespo/obj/lib/libmock_ril.so)
23827 target Strip: libexif (out/target/product/crespo/obj/lib/libexif.so)
23828 Install: out/target/product/crespo/system/lib/libnfc_jni.so
23829 target Strip: libreference-cdma-sms
(out/target/product/crespo/obj/lib/libreference-cdma-sms.so)
23830 target Strip: libreference-ril
(out/target/product/crespo/obj/lib/libreference-ril.so)
23831 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
support_intermediates/emma_out/lib/classes-jarjar.jar
23832 target Non-prelinked: test-opengl-codegen
(out/target/product/crespo/symbols/system/bin/test-opengl-codegen)
23833 target Non-prelinked: libui
(out/target/product/crespo/symbols/system/lib/libui.so)
23834 Install: out/target/product/crespo/system/lib/libdvm.so
23835 target Executable: dalvikvm
(out/target/product/crespo/obj/EXECUTABLES/dalvikvm_intermediates/LINKED/dalv
ikvm)
23836 target Executable: dexopt
(out/target/product/crespo/obj/EXECUTABLES/dexopt_intermediates/LINKED/dexopt
)
23837 target Strip: rild
(out/target/product/crespo/obj/EXECUTABLES/rild_intermediates/rild)
23838 target Strip: libGLES_android
(out/target/product/crespo/obj/lib/libGLES_android.so)
23839 Install: out/target/product/crespo/system/lib/libexif.so
23840 Install: out/target/product/crespo/system/lib/libmock_ril.so
23841 Install: out/target/product/crespo/system/lib/libreference-cdma-sms.so
23842 Install: out/target/product/crespo/system/lib/libreference-ril.so
23843 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
support_intermediates/classes.jar
23844 target Strip: test-opengl-codegen
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
codegen_intermediates/test-opengl-codegen)
23845 target Strip: libui (out/target/product/crespo/obj/lib/libui.so)
23846 target Non-prelinked: dalvikvm
(out/target/product/crespo/symbols/system/bin/dalvikvm)
23847 target Non-prelinked: dexopt
(out/target/product/crespo/symbols/system/bin/dexopt)
23848 Install: out/target/product/crespo/system/bin/rild
23849 Install: out/target/product/crespo/system/lib/egl/libGLES_android.so
23850 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
support_intermediates/noproguard.classes.jar
23851 Install: out/target/product/crespo/system/lib/libui.so
23852 target SharedLib: libsurfaceflinger_client
(out/target/product/crespo/obj/SHARED_LIBRARIES/libsurfaceflinger_client_inte
rmediates/LINKED/libsurfaceflinger_client.so)
23853 target Strip: dalvikvm
(out/target/product/crespo/obj/EXECUTABLES/dalvikvm_intermediates/dalvikvm)
23854 target Strip: dexopt
(out/target/product/crespo/obj/EXECUTABLES/dexopt_intermediates/dexopt)
23855 target SharedLib: libsensorservice
(out/target/product/crespo/obj/SHARED_LIBRARIES/libsensorservice_intermediate
s/LINKED/libsensorservice.so)
23856 target Dex: core-tests-support

```
23857 target Executable: InputChannel_test
(out/target/product/crespo/obj/EXECUTABLES/InputChannel_test_intermediates/LI
NKED/InputChannel_test)
23858 target Executable: InputDispatcher_test
(out/target/product/crespo/obj/EXECUTABLES/InputDispatcher_test_intermediates
/LINKED/InputDispatcher_test)
23859 target Executable: InputPublisherAndConsumer_test
(out/target/product/crespo/obj/EXECUTABLES/InputPublisherAndConsumer_test_int
ermediates/LINKED/InputPublisherAndConsumer_test)
23860 target Executable: InputReader_test
(out/target/product/crespo/obj/EXECUTABLES/InputReader_test_intermediates/LIN
KED/InputReader_test)
23861 target Executable: angeles
(out/target/product/crespo/obj/EXECUTABLES/angeles_intermediates/LINKED/angel
es)
23862 target Executable: test-opengl-fillrate
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
fillrate_intermediates/LINKED/test-opengl-fillrate)
23863 target Executable: test-opengl-filter
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
filter_intermediates/LINKED/test-opengl-filter)
23864 target Executable: test-opengl-finish
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
finish_intermediates/LINKED/test-opengl-finish)
23865 target Executable: test-opengl-gl2_basic
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
gl2_basic_intermediates/LINKED/test-opengl-gl2_basic)
23866 target Executable: test-opengl-gl_basic
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
gl_basic_intermediates/LINKED/test-opengl-gl_basic)
23867 target Executable: test-opengl-gralloc
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
gralloc_intermediates/LINKED/test-opengl-gralloc)
23868 target Executable: test-opengl-linetex
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
linetex_intermediates/LINKED/test-opengl-linetex)
23869 target Executable: test-opengl-swapinterval
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
swapinterval_intermediates/LINKED/test-opengl-swapinterval)
23870 target Executable: test-opengl-textures
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
textures_intermediates/LINKED/test-opengl-textures)
23871 target SharedLib: libRS
(out/target/product/crespo/obj/SHARED_LIBRARIES/libRS_intermediates/LINKED/li
bRS.so)
23872 target Executable: test-opengl-tritex
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
tritex_intermediates/LINKED/test-opengl-tritex)
23873 target Non-prelinked: libsurfaceflinger_client
(out/target/product/crespo/symbols/system/lib/libsurfaceflinger_client.so)
23874 Install: out/target/product/crespo/system/bin/dalvikvm
23875 Install: out/target/product/crespo/system/bin/dexopt
23876 target Non-prelinked: libsensorservice
(out/target/product/crespo/symbols/system/lib/libsensorservice.so)
23877 target Non-prelinked: InputChannel_test
(out/target/product/crespo/symbols/system/bin/InputChannel_test)
```

23878 target Non-prelinked: InputPublisherAndConsumer_test
(out/target/product/crespo/symbols/system/bin/InputPublisherAndConsumer_test)
23879 target Non-prelinked: InputDispatcher_test
(out/target/product/crespo/symbols/system/bin/InputDispatcher_test)
23880 target Non-prelinked: InputReader_test
(out/target/product/crespo/symbols/system/bin/InputReader_test)
23881 target Non-prelinked: angeles
(out/target/product/crespo/symbols/system/bin/angeles)
23882 target Non-prelinked: test-opengl-filter
(out/target/product/crespo/symbols/system/bin/test-opengl-filter)
23883 target Non-prelinked: test-opengl-fillrate
(out/target/product/crespo/symbols/system/bin/test-opengl-fillrate)
23884 target Non-prelinked: test-opengl-finish
(out/target/product/crespo/symbols/system/bin/test-opengl-finish)
23885 target Non-prelinked: test-opengl-gl2_basic
(out/target/product/crespo/symbols/system/bin/test-opengl-gl2_basic)
23886 target Non-prelinked: test-opengl-gl_basic
(out/target/product/crespo/symbols/system/bin/test-opengl-gl_basic)
23887 target Non-prelinked: test-opengl-gralloc
(out/target/product/crespo/symbols/system/bin/test-opengl-gralloc)
23888 target Non-prelinked: test-opengl-linetex
(out/target/product/crespo/symbols/system/bin/test-opengl-linetex)
23889 target Non-prelinked: test-opengl-swapinterval
(out/target/product/crespo/symbols/system/bin/test-opengl-swapinterval)
23890 target Non-prelinked: test-opengl-tritex
(out/target/product/crespo/symbols/system/bin/test-opengl-tritex)
23891 target Non-prelinked: test-opengl-textures
(out/target/product/crespo/symbols/system/bin/test-opengl-textures)
23892 target Non-prelinked: libRS
(out/target/product/crespo/symbols/system/lib/libRS.so)
23893 target Strip: libsurfaceflinger_client
(out/target/product/crespo/obj/lib/libsurfaceflinger_client.so)
23894 target Strip: libsensorservice
(out/target/product/crespo/obj/lib/libsensorservice.so)
23895 target Strip: InputChannel_test
(out/target/product/crespo/obj/EXECUTABLES/InputChannel_test_intermediates/In
putChannel_test)
23896 target Strip: InputDispatcher_test
(out/target/product/crespo/obj/EXECUTABLES/InputDispatcher_test_intermediates
/InputDispatcher_test)
23897 target Strip: InputPublisherAndConsumer_test
(out/target/product/crespo/obj/EXECUTABLES/InputPublisherAndConsumer_test_int
ermediates/InputPublisherAndConsumer_test)
23898 target Strip: InputReader_test
(out/target/product/crespo/obj/EXECUTABLES/InputReader_test_intermediates/Inp
utReader_test)
23899 target Strip: angeles
(out/target/product/crespo/obj/EXECUTABLES/angeles_intermediates/angeles)
23900 target Executable: screencap
(out/target/product/crespo/obj/EXECUTABLES/screencap_intermediates/LINKED/scr
eencap)
23901 target Strip: test-opengl-fillrate
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
fillrate_intermediates/test-opengl-fillrate)
23902 target Strip: test-opengl-filter
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
filter_intermediates/test-opengl-filter)

23903 target Strip: test-opengl-finish
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
finish_intermediates/test-opengl-finish)
23904 target Strip: test-opengl-gl2_basic
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
gl2_basic_intermediates/test-opengl-gl2_basic)
23905 target Strip: test-opengl-gl_basic
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
gl_basic_intermediates/test-opengl-gl_basic)
23906 target Strip: test-opengl-gralloc
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
gralloc_intermediates/test-opengl-gralloc)
23907 Note: Some input files use or override a deprecated API.
23908 Note: Recompile with -Xlint:deprecation for details.
23909 Note: Some input files use unchecked or unsafe operations.
23910 Note: Recompile with -Xlint:unchecked for details.
23911 target Strip: test-opengl-linetex
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
linetex_intermediates/test-opengl-linetex)
23912 target Strip: test-opengl-swapinterval
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
swapinterval_intermediates/test-opengl-swapinterval)
23913 target Strip: test-opengl-textures
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
textures_intermediates/test-opengl-textures)
23914 target Strip: test-opengl-tritex
(out/target/product/crespo/obj/EXECUTABLES/test-opengl-
tritex_intermediates/test-opengl-tritex)
23915 target Strip: libRS (out/target/product/crespo/obj/lib/libRS.so)
23916 target SharedLib: libcamera_client
(out/target/product/crespo/obj/SHARED_LIBRARIES/libcamera_client_intermediate
s/LINKED/libcamera_client.so)
23917 Install:
out/target/product/crespo/system/lib/libsurfaceflinger_client.so
23918 target Executable: bootanimation
(out/target/product/crespo/obj/EXECUTABLES/bootanimation_intermediates/LINKED
/bootanimation)
23919 target SharedLib: libsurfaceflinger
(out/target/product/crespo/obj/SHARED_LIBRARIES/libsurfaceflinger_intermediat
es/LINKED/libsurfaceflinger.so)
23920 Install: out/target/product/crespo/system/lib/libsensorservice.so
23921 target SharedLib: libstagefrighthw
(out/target/product/crespo/obj/SHARED_LIBRARIES/libstagefrighthw_intermediate
s/LINKED/libstagefrighthw.so)
23922 target Non-prelinked: screencap
(out/target/product/crespo/symbols/system/bin/screencap)
23923 target Non-prelinked: libcamera_client
(out/target/product/crespo/symbols/system/lib/libcamera_client.so)
23924 target Non-prelinked: bootanimation
(out/target/product/crespo/symbols/system/bin/bootanimation)
23925 target Non-prelinked: libsurfaceflinger
(out/target/product/crespo/symbols/system/lib/libsurfaceflinger.so)
23926 target Non-prelinked: libstagefrighthw
(out/target/product/crespo/symbols/system/lib/libstagefrighthw.so)
23927 target Strip: screencap
(out/target/product/crespo/obj/EXECUTABLES/screencap_intermediates/screencap)

```
23928 target Strip: libcamera_client
(out/target/product/crespo/obj/lib/libcamera_client.so)
23929 target Strip: bootanimation
(out/target/product/crespo/obj/EXECUTABLES/bootanimation_intermediates/bootan
imation)
23930 target Strip: libsurfaceflinger
(out/target/product/crespo/obj/lib/libsurfaceflinger.so)
23931 target Strip: libstagefrighthw
(out/target/product/crespo/obj/lib/libstagefrighthw.so)
23932 Copying:
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes-
jarjar.jar
23933 target SharedLib: libmedia
(out/target/product/crespo/obj/SHARED_LIBRARIES/libmedia_intermediates/LINKED
/libmedia.so)
23934 Install: out/target/product/crespo/system/lib/libcamera_client.so
23935 Install: out/target/product/crespo/system/bin/bootanimation
23936 target Executable: surfaceflinger
(out/target/product/crespo/obj/EXECUTABLES/surfaceflinger_intermediates/LINKE
D/surfaceflinger)
23937 target SharedLib: libcamera
(out/target/product/crespo/obj/SHARED_LIBRARIES/libcamera_intermediates/LINKE
D/libcamera.so)
23938 Install: out/target/product/crespo/system/lib/libsurfaceflinger.so
23939 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
support_intermediates/noproguard.classes.dex
23940 Copying:
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/emma_out/lib/cla
sses-jarjar.jar
23941 target Non-prelinked: surfaceflinger
(out/target/product/crespo/symbols/system/bin/surfaceflinger)
23942 target Jar: core-tests-support
(out/target/common/obj/JAVA_LIBRARIES/core-tests-
support_intermediates/javalib.jar)
23943 target Non-prelinked: libmedia
(out/target/product/crespo/symbols/system/lib/libmedia.so)
23944 target Non-prelinked: libcamera
(out/target/product/crespo/symbols/system/lib/libcamera.so)
23945 target Strip: surfaceflinger
(out/target/product/crespo/obj/EXECUTABLES/surfaceflinger_intermediates/surfa
ceflinger)
23946 Copying:
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes.jar
23947 target Strip: libmedia (out/target/product/crespo/obj/lib/libmedia.so)
23948 target Strip: libcamera
(out/target/product/crespo/obj/lib/libcamera.so)
23949  'out/target/common/obj/JAVA_LIBRARIES/core-tests-
support_intermediates//classes.dex' as 'classes.dex'...
23950 Install: out/target/product/crespo/system/lib/libstagefrighthw.so
23951 target SharedLib: libandroid_runtime
(out/target/product/crespo/obj/SHARED_LIBRARIES/libandroid_runtime_intermedia
tes/LINKED/libandroid_runtime.so)
23952 Copying:
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/noproguard.class
es.jar
23953 Install: out/target/product/crespo/system/lib/libmedia.so
```

23954 target SharedLib: libaudio
(out/target/product/crespo/obj/SHARED_LIBRARIES/libaudio_intermediates/LINKED
/libaudio.so)
23955 target SharedLib: libstagefright_color_conversion
(out/target/product/crespo/obj/SHARED_LIBRARIES/libstagefright_color_conversi
on_intermediates/LINKED/libstagefright_color_conversion.so)
23956 target SharedLib: libstagefright_foundation
(out/target/product/crespo/obj/SHARED_LIBRARIES/libstagefright_foundation_int
ermediates/LINKED/libstagefright_foundation.so)
23957 target SharedLib: libaudiopolicy
(out/target/product/crespo/obj/SHARED_LIBRARIES/libaudiopolicy_intermediates/
LINKED/libaudiopolicy.so)
23958 target SharedLib: libcameraservice
(out/target/product/crespo/obj/SHARED_LIBRARIES/libcameraservice_intermediate
s/LINKED/libcameraservice.so)
23959 Install: out/target/product/crespo/system/lib/libcamera.so
23960 Install: out/target/product/crespo/system/bin/surfaceflinger
23961 target SharedLib: libSR_AudioIn
(out/target/product/crespo/obj/SHARED_LIBRARIES/libSR_AudioIn_intermediates/L
INKED/libSR_AudioIn.so)
23962 target Java: core-tests-dalvik
(out/target/common/obj/JAVA_LIBRARIES/core-tests-
dalvik_intermediates/classes)
23963 target SharedLib: libsrec_jni
(out/target/product/crespo/obj/SHARED_LIBRARIES/libsrec_jni_intermediates/LIN
KED/libsrec_jni.so)
23964 target Java: core-tests-dom (out/target/common/obj/JAVA_LIBRARIES/core-
tests-dom_intermediates/classes)
23965 target Java: core-tests-json
(out/target/common/obj/JAVA_LIBRARIES/core-tests-json_intermediates/classes)
23966 target Java: core-tests-xml (out/target/common/obj/JAVA_LIBRARIES/core-
tests-xml_intermediates/classes)
23967 target SharedLib: libquake
(out/target/product/crespo/obj/SHARED_LIBRARIES/libquake_intermediates/LINKED
/libquake.so)
23968 target Dex: framework
23969 target Non-prelinked: libandroid_runtime
(out/target/product/crespo/symbols/system/lib/libandroid_runtime.so)
23970 target Non-prelinked: libstagefright_foundation
(out/target/product/crespo/symbols/system/lib/libstagefright_foundation.so)
23971 target Non-prelinked: libstagefright_color_conversion
(out/target/product/crespo/symbols/system/lib/libstagefright_color_conversion
.so)
23972 target Non-prelinked: libaudio
(out/target/product/crespo/symbols/system/lib/libaudio.so)
23973 target Non-prelinked: libaudiopolicy
(out/target/product/crespo/symbols/system/lib/libaudiopolicy.so)
23974 target Non-prelinked: libcameraservice
(out/target/product/crespo/symbols/system/lib/libcameraservice.so)
23975 target Non-prelinked: libSR_AudioIn
(out/target/product/crespo/symbols/system/lib/libSR_AudioIn.so)
23976 target Non-prelinked: libsrec_jni
(out/target/product/crespo/symbols/system/lib/libsrec_jni.so)
23977 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
dalvik_intermediates/classes-jarjar.jar
23978 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
xml_intermediates/classes-jarjar.jar

```
23979 target Non-prelinked: libquake
(out/target/product/crespo/symbols/system/lib/libquake.so)
23980 target Strip: libandroid_runtime
(out/target/product/crespo/obj/lib/libandroid_runtime.so)
23981 target Strip: libstagefright_foundation
(out/target/product/crespo/obj/lib/libstagefright_foundation.so)
23982 target Strip: libstagefright_color_conversion
(out/target/product/crespo/obj/lib/libstagefright_color_conversion.so)
23983 target Strip: libaudio (out/target/product/crespo/obj/lib/libaudio.so)
23984 target Strip: libaudiopolicy
(out/target/product/crespo/obj/lib/libaudiopolicy.so)
23985 target Strip: libcameraservice
(out/target/product/crespo/obj/lib/libcameraservice.so)
23986 target SharedLib: libstagefright_omx
(out/target/product/crespo/obj/SHARED_LIBRARIES/libstagefright_omx_intermedia
tes/LINKED/libstagefright_omx.so)
23987 Install: out/target/product/crespo/system/lib/libaudio.so
23988 Install: out/target/product/crespo/system/lib/libaudiopolicy.so
23989 target SharedLib: libFFTEm
(out/target/product/crespo/obj/SHARED_LIBRARIES/libFFTEm_intermediates/LINKED
/libFFTEm.so)
23990 target Strip: libSR_AudioIn
(out/target/product/crespo/obj/lib/libSR_AudioIn.so)
23991 target SharedLib: libandroid
(out/target/product/crespo/obj/SHARED_LIBRARIES/libandroid_intermediates/LINK
ED/libandroid.so)
23992 target SharedLib: libaudioeffect_jni
(out/target/product/crespo/obj/SHARED_LIBRARIES/libaudioeffect_jni_intermedia
tes/LINKED/libaudioeffect_jni.so)
23993 target SharedLib: libjnigraphics
(out/target/product/crespo/obj/SHARED_LIBRARIES/libjnigraphics_intermediates/
LINKED/libjnigraphics.so)
23994 target SharedLib: libsoundpool
(out/target/product/crespo/obj/SHARED_LIBRARIES/libsoundpool_intermediates/LI
NKED/libsoundpool.so)
23995 target Strip: libsrec_jni
(out/target/product/crespo/obj/lib/libsrec_jni.so)
23996 target SharedLib: libttssynthproxy
(out/target/product/crespo/obj/SHARED_LIBRARIES/libttssynthproxy_intermediate
s/LINKED/libttssynthproxy.so)
23997 target SharedLib: libwebcore
(out/target/product/crespo/obj/SHARED_LIBRARIES/libwebcore_intermediates/LINK
ED/libwebcore.so)
23998 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
dalvik_intermediates/emma_out/lib/classes-jarjar.jar
23999 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
json_intermediates/classes-jarjar.jar
24000 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
xml_intermediates/emma_out/lib/classes-jarjar.jar
24001 target Executable: AudioHardwareRecordLoop
(out/target/product/crespo/obj/EXECUTABLES/AudioHardwareRecordLoop_intermedia
tes/LINKED/AudioHardwareRecordLoop)
24002 target Executable: AudioHardwareRecord
(out/target/product/crespo/obj/EXECUTABLES/AudioHardwareRecord_intermediates/
LINKED/AudioHardwareRecord)
```

```
24003 target Executable: AudioInRecord
(out/target/product/crespo/obj/EXECUTABLES/AudioInRecord_intermediates/LINKED
/AudioInRecord)
24004 target Executable: SRecTestAudio
(out/target/product/crespo/obj/EXECUTABLES/SRecTestAudio_intermediates/LINKED
/SRecTestAudio)
24005 target Executable: SRecTest
(out/target/product/crespo/obj/EXECUTABLES/SRecTest_intermediates/LINKED/SRec
Test)
24006 target Strip: libquake (out/target/product/crespo/obj/lib/libquake.so)
24007 target SharedLib: libplatform_library_jni
(out/target/product/crespo/obj/SHARED_LIBRARIES/libplatform_library_jni_inter
mediates/LINKED/libplatform_library_jni.so)
24008 target SharedLib: librs_jni
(out/target/product/crespo/obj/SHARED_LIBRARIES/librs_jni_intermediates/LINKE
D/librs_jni.so)
24009 target Executable: app_process
(out/target/product/crespo/obj/EXECUTABLES/app_process_intermediates/LINKED/a
pp_process)
24010 Install: out/target/product/crespo/system/lib/libandroid_runtime.so
24011 target SharedLib: libstagefright
(out/target/product/crespo/obj/SHARED_LIBRARIES/libstagefright_intermediates/
LINKED/libstagefright.so)
24012 Install:
out/target/product/crespo/system/lib/libstagefright_foundation.so
24013 Install:
out/target/product/crespo/system/lib/libstagefright_color_conversion.so
24014 target SharedLib: libaudioflinger
(out/target/product/crespo/obj/SHARED_LIBRARIES/libaudioflinger_intermediates
/LINKED/libaudioflinger.so)
24015 target Non-prelinked: libstagefright_omx
(out/target/product/crespo/symbols/system/lib/libstagefright_omx.so)
24016 Note: Some input files use or override a deprecated API.
24017 Note: Recompile with -Xlint:deprecation for details.
24018 Note: Some input files use unchecked or unsafe operations.
24019 Note: Recompile with -Xlint:unchecked for details.
24020 Install: out/target/product/crespo/system/lib/libcameraservice.so
24021 target Non-prelinked: libFFTEm
(out/target/product/crespo/symbols/system/lib/libFFTEm.so)
24022 Install: out/target/product/crespo/system/lib/libSR_AudioIn.so
24023 target Non-prelinked: libandroid
(out/target/product/crespo/symbols/system/lib/libandroid.so)
24024 target Non-prelinked: libaudioeffect_jni
(out/target/product/crespo/symbols/system/lib/libaudioeffect_jni.so)
24025 target Non-prelinked: libjnigraphics
(out/target/product/crespo/symbols/system/lib/libjnigraphics.so)
24026 target Non-prelinked: libsoundpool
(out/target/product/crespo/symbols/system/lib/libsoundpool.so)
24027 Install: out/target/product/crespo/system/lib/libsrec_jni.so
24028 target Non-prelinked: libttssynthproxy
(out/target/product/crespo/symbols/system/lib/libttssynthproxy.so)
24029 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
dalvik_intermediates/classes.jar
24030 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
json_intermediates/emma_out/lib/classes-jarjar.jar
24031 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
xml_intermediates/classes.jar
```

24032 target Non-prelinked: AudioHardwareRecordLoop
(out/target/product/crespo/symbols/system/xbin/AudioHardwareRecordLoop)
24033 target Non-prelinked: AudioHardwareRecord
(out/target/product/crespo/symbols/system/xbin/AudioHardwareRecord)
24034 target Non-prelinked: AudioInRecord
(out/target/product/crespo/symbols/system/xbin/AudioInRecord)
24035 target Non-prelinked: SRecTestAudio
(out/target/product/crespo/symbols/system/bin/SRecTestAudio)
24036 target Non-prelinked: SRecTest
(out/target/product/crespo/symbols/system/bin/SRecTest)
24037 target Executable: quake
(out/target/product/crespo/obj/EXECUTABLES/quake_intermediates/LINKED/quake)
24038 target Non-prelinked: libplatform_library_jni
(out/target/product/crespo/symbols/system/lib/libplatform_library_jni.so)
24039 target Non-prelinked: librs_jni
(out/target/product/crespo/symbols/system/lib/librs_jni.so)
24040 target Non-prelinked: app_process
(out/target/product/crespo/symbols/system/bin/app_process)
24041 target Non-prelinked: libstagefright
(out/target/product/crespo/symbols/system/lib/libstagefright.so)
24042 target Non-prelinked: libaudioflinger
(out/target/product/crespo/symbols/system/lib/libaudioflinger.so)
24043 target Strip: libstagefright_omx
(out/target/product/crespo/obj/lib/libstagefright_omx.so)
24044 target Strip: libFFTEm (out/target/product/crespo/obj/lib/libFFTEm.so)
24045 target Strip: libandroid
(out/target/product/crespo/obj/lib/libandroid.so)
24046 target Strip: libaudioeffect_jni
(out/target/product/crespo/obj/lib/libaudioeffect_jni.so)
24047 target Strip: libjnigraphics
(out/target/product/crespo/obj/lib/libjnigraphics.so)
24048 target Strip: libsoundpool
(out/target/product/crespo/obj/lib/libsoundpool.so)
24049 target Strip: libttssynthproxy
(out/target/product/crespo/obj/lib/libttssynthproxy.so)
24050 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
dalvik_intermediates/noproguard.classes.jar
24051 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
dom_intermediates/classes-jarjar.jar
24052 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
json_intermediates/classes.jar
24053 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
xml_intermediates/noproguard.classes.jar
24054 target Strip: AudioHardwareRecordLoop
(out/target/product/crespo/obj/EXECUTABLES/AudioHardwareRecordLoop_intermedia
tes/AudioHardwareRecordLoop)
24055 target Strip: AudioHardwareRecord
(out/target/product/crespo/obj/EXECUTABLES/AudioHardwareRecord_intermediates/
AudioHardwareRecord)
24056 target Strip: AudioInRecord
(out/target/product/crespo/obj/EXECUTABLES/AudioInRecord_intermediates/AudioI
nRecord)
24057 target Strip: SRecTestAudio
(out/target/product/crespo/obj/EXECUTABLES/SRecTestAudio_intermediates/SRecTe
stAudio)
24058 target Strip: SRecTest
(out/target/product/crespo/obj/EXECUTABLES/SRecTest_intermediates/SRecTest)

24059 target Non-prelinked: quake
(out/target/product/crespo/symbols/system/bin/quake)
24060 target Strip: libplatform_library_jni
(out/target/product/crespo/obj/lib/libplatform_library_jni.so)
24061 target Strip: librs_jni
(out/target/product/crespo/obj/lib/librs_jni.so)
24062 target Strip: app_process
(out/target/product/crespo/obj/EXECUTABLES/app_process_intermediates/app_proc
ess)
24063 target Strip: libstagefright
(out/target/product/crespo/obj/lib/libstagefright.so)
24064 target Strip: libaudioflinger
(out/target/product/crespo/obj/lib/libaudioflinger.so)
24065 Install: out/target/product/crespo/system/lib/libstagefright_omx.so
24066 target Executable: omx_tests
(out/target/product/crespo/obj/EXECUTABLES/omx_tests_intermediates/LINKED/omx
_tests)
24067 target Executable: record
(out/target/product/crespo/obj/EXECUTABLES/record_intermediates/LINKED/record
)
24068 target Executable: rtp_test
(out/target/product/crespo/obj/EXECUTABLES/rtp_test_intermediates/LINKED/rtp_
test)
24069 target Executable: stagefright
(out/target/product/crespo/obj/EXECUTABLES/stagefright_intermediates/LINKED/s
tagefright)
24070 target Executable: testid3
(out/target/product/crespo/obj/EXECUTABLES/testid3_intermediates/LINKED/testi
d3)
24071 Install: out/target/product/crespo/system/lib/libFFTEm.so
24072 target SharedLib: libOpenSLES
(out/target/product/crespo/obj/SHARED_LIBRARIES/libOpenSLES_intermediates/LIN
KED/libOpenSLES.so)
24073 Install: out/target/product/crespo/system/lib/libaudioeffect_jni.so
24074 Install: out/target/product/crespo/system/lib/libandroid.so
24075 Install: out/target/product/crespo/system/lib/libjnigraphics.so
24076 target SharedLib: librtp_jni
(out/target/product/crespo/obj/SHARED_LIBRARIES/librtp_jni_intermediates/LINK
ED/librtp_jni.so)
24077 target SharedLib: libmedia_jni
(out/target/product/crespo/obj/SHARED_LIBRARIES/libmedia_jni_intermediates/LI
NKED/libmedia_jni.so)
24078 Install: out/target/product/crespo/system/lib/libsoundpool.so
24079 Install: out/target/product/crespo/system/lib/libttssynthproxy.so
24080 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
dom_intermediates/emma_out/lib/classes-jarjar.jar
24081 target Dex: core-tests-dalvik
24082 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
json_intermediates/noproguard.classes.jar
24083 target Dex: core-tests-xml
24084 target Executable: jpeg_bench
(out/target/product/crespo/obj/EXECUTABLES/jpeg_bench_intermediates/LINKED/jp
eg_bench)
24085 target Strip: quake
(out/target/product/crespo/obj/EXECUTABLES/quake_intermediates/quake)
24086 Install: out/target/product/crespo/system/bin/app_process

```
24087 target Executable: audioloop
(out/target/product/crespo/obj/EXECUTABLES/audioloop_intermediates/LINKED/aud
ioloop)
24088 Install: out/target/product/crespo/system/lib/libstagefright.so
24089 target SharedLib: libmediaplayerservice
(out/target/product/crespo/obj/SHARED_LIBRARIES/libmediaplayerservice_interme
diates/LINKED/libmediaplayerservice.so)
24090 Install: out/target/product/crespo/system/lib/libaudioflinger.so
24091 target Non-prelinked: omx_tests
(out/target/product/crespo/symbols/system/bin/omx_tests)
24092 target Non-prelinked: record
(out/target/product/crespo/symbols/system/bin/record)
24093 target Non-prelinked: rtp_test
(out/target/product/crespo/symbols/system/bin/rtp_test)
24094 target Non-prelinked: testid3
(out/target/product/crespo/symbols/system/bin/testid3)
24095 target Non-prelinked: stagefright
(out/target/product/crespo/symbols/system/bin/stagefright)
24096 target Non-prelinked: libOpenSLES
(out/target/product/crespo/symbols/system/lib/libOpenSLES.so)
24097 target Non-prelinked: librtp_jni
(out/target/product/crespo/symbols/system/lib/librtp_jni.so)
24098 target Non-prelinked: libmedia_jni
(out/target/product/crespo/symbols/system/lib/libmedia_jni.so)
24099 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
dalvik_intermediates/noproguard.classes.dex
24100 target Dex: core-tests-json
24101 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
dom_intermediates/classes.jar
24102 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
xml_intermediates/noproguard.classes.dex
24103 target Non-prelinked: jpeg_bench
(out/target/product/crespo/symbols/system/bin/jpeg_bench)
24104 target Non-prelinked: audioloop
(out/target/product/crespo/symbols/system/bin/audioloop)
24105 target Non-prelinked: libmediaplayerservice
(out/target/product/crespo/symbols/system/lib/libmediaplayerservice.so)
24106 target Strip: omx_tests
(out/target/product/crespo/obj/EXECUTABLES/omx_tests_intermediates/omx_tests)
24107 target Strip: record
(out/target/product/crespo/obj/EXECUTABLES/record_intermediates/record)
24108 target Strip: rtp_test
(out/target/product/crespo/obj/EXECUTABLES/rtp_test_intermediates/rtp_test)
24109 target Strip: stagefright
(out/target/product/crespo/obj/EXECUTABLES/stagefright_intermediates/stagefri
ght)
24110 target Strip: testid3
(out/target/product/crespo/obj/EXECUTABLES/testid3_intermediates/testid3)
24111 target Strip: libOpenSLES
(out/target/product/crespo/obj/lib/libOpenSLES.so)
24112 target Strip: libmedia_jni
(out/target/product/crespo/obj/lib/libmedia_jni.so)
24113 target Strip: librtp_jni
(out/target/product/crespo/obj/lib/librtp_jni.so)
24114 target Non-prelinked: libwebcore
(out/target/product/crespo/symbols/system/lib/libwebcore.so)
```

24115 target Jar: core-tests-dalvik
(out/target/common/obj/JAVA_LIBRARIES/core-tests-
dalvik_intermediates/javalib.jar)
24116 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
dom_intermediates/noproguard.classes.jar
24117 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
json_intermediates/noproguard.classes.dex
24118 target Jar: core-tests-xml (out/target/common/obj/JAVA_LIBRARIES/core-
tests-xml_intermediates/javalib.jar)
24119 'out/target/common/obj/JAVA_LIBRARIES/core-tests-
dalvik_intermediates//classes.dex' as 'classes.dex'...
24120 target Executable: BufferQueue_test
(out/target/product/crespo/obj/EXECUTABLES/BufferQueue_test_intermediates/LIN
KED/BufferQueue_test)
24121 'out/target/common/obj/JAVA_LIBRARIES/core-tests-
xml_intermediates//classes.dex' as 'classes.dex'...
24122 target Strip: jpeg_bench
(out/target/product/crespo/obj/EXECUTABLES/jpeg_bench_intermediates/jpeg_benc
h)
24123 target Executable: libopenslestests
(out/target/product/crespo/obj/EXECUTABLES/libopenslestests_intermediates/LIN
KED/libopenslestests)
24124 target Executable: slesTest_bassboostPath
(out/target/product/crespo/obj/EXECUTABLES/slesTest_bassboostPath_intermediat
es/LINKED/slesTest_bassboostPath)
24125 target Executable: slesTest_configbq
(out/target/product/crespo/obj/EXECUTABLES/slesTest_configbq_intermediates/LI
NKED/slesTest_configbq)
24126 target Executable: slesTest_dim
(out/target/product/crespo/obj/EXECUTABLES/slesTest_dim_intermediates/LINKED/
slesTest_dim)
24127 target Executable: slesTest_effectCapabilities
(out/target/product/crespo/obj/EXECUTABLES/slesTest_effectCapabilities_interm
ediates/LINKED/slesTest_effectCapabilities)
24128 target Executable: slesTest_eqFdPath
(out/target/product/crespo/obj/EXECUTABLES/slesTest_eqFdPath_intermediates/LI
NKED/slesTest_eqFdPath)
24129 target Executable: slesTest_engine
(out/target/product/crespo/obj/EXECUTABLES/slesTest_engine_intermediates/LINK
ED/slesTest_engine)
24130 target Executable: slesTest_feedback
(out/target/product/crespo/obj/EXECUTABLES/slesTest_feedback_intermediates/LI
NKED/slesTest_feedback)
24131 target Executable: slesTest_eqOutputPath
(out/target/product/crespo/obj/EXECUTABLES/slesTest_eqOutputPath_intermediate
s/LINKED/slesTest_eqOutputPath)
24132 target Executable: slesTest_intbufq
(out/target/product/crespo/obj/EXECUTABLES/slesTest_intbufq_intermediates/LIN
KED/slesTest_intbufq)
24133 target Executable: slesTest_loopUri
(out/target/product/crespo/obj/EXECUTABLES/slesTest_loopUri_intermediates/LIN
KED/slesTest_loopUri)
24134 target Executable: slesTest_monkey
(out/target/product/crespo/obj/EXECUTABLES/slesTest_monkey_intermediates/LINK
ED/slesTest_monkey)

24135 target Executable: slesTest_multiplay
(out/target/product/crespo/obj/EXECUTABLES/slesTest_multiplay_intermediates/L
INKED/slesTest_multiplay)
24136 target Executable: slesTest_multithread
(out/target/product/crespo/obj/EXECUTABLES/slesTest_multithread_intermediates
/LINKED/slesTest_multithread)
24137 target Executable: slesTest_object
(out/target/product/crespo/obj/EXECUTABLES/slesTest_object_intermediates/LINK
ED/slesTest_object)
24138 target Executable: slesTest_outputmix
(out/target/product/crespo/obj/EXECUTABLES/slesTest_outputmix_intermediates/L
INKED/slesTest_outputmix)
24139 target Executable: slesTest_playFdPath
(out/target/product/crespo/obj/EXECUTABLES/slesTest_playFdPath_intermediates/
LINKED/slesTest_playFdPath)
24140 target Executable: slesTest_playMuteSolo
(out/target/product/crespo/obj/EXECUTABLES/slesTest_playMuteSolo_intermediate
s/LINKED/slesTest_playMuteSolo)
24141 target Executable: slesTest_playStates
(out/target/product/crespo/obj/EXECUTABLES/slesTest_playStates_intermediates/
LINKED/slesTest_playStates)
24142 target Executable: slesTest_playStreamType
(out/target/product/crespo/obj/EXECUTABLES/slesTest_playStreamType_intermedia
tes/LINKED/slesTest_playStreamType)
24143 target Executable: slesTest_recBuffQueue
(out/target/product/crespo/obj/EXECUTABLES/slesTest_recBuffQueue_intermediate
s/LINKED/slesTest_recBuffQueue)
24144 target Executable: slesTest_playUri2
(out/target/product/crespo/obj/EXECUTABLES/slesTest_playUri2_intermediates/LI
NKED/slesTest_playUri2)
24145 target Executable: slesTest_playUri
(out/target/product/crespo/obj/EXECUTABLES/slesTest_playUri_intermediates/LIN
KED/slesTest_playUri)
24146 target Executable: slesTest_reverb
(out/target/product/crespo/obj/EXECUTABLES/slesTest_reverb_intermediates/LINK
ED/slesTest_reverb)
24147 target Executable: slesTest_sawtoothBufferQueue
(out/target/product/crespo/obj/EXECUTABLES/slesTest_sawtoothBufferQueue_inter
mediates/LINKED/slesTest_sawtoothBufferQueue)
24148 target Executable: slesTest_seekTorture
(out/target/product/crespo/obj/EXECUTABLES/slesTest_seekTorture_intermediates
/LINKED/slesTest_seekTorture)
24149 target Executable: slesTest_sendToPresetReverb
(out/target/product/crespo/obj/EXECUTABLES/slesTest_sendToPresetReverb_interm
ediates/LINKED/slesTest_sendToPresetReverb)
24150 target Executable: slesTest_slowDownUri
(out/target/product/crespo/obj/EXECUTABLES/slesTest_slowDownUri_intermediates
/LINKED/slesTest_slowDownUri)
24151 target Executable: slesTest_srcsink
(out/target/product/crespo/obj/EXECUTABLES/slesTest_srcsink_intermediates/LIN
KED/slesTest_srcsink)
24152 target Executable: slesTest_virtualizer
(out/target/product/crespo/obj/EXECUTABLES/slesTest_virtualizer_intermediates
/LINKED/slesTest_virtualizer)
24153 target Executable: slesTest_urimime
(out/target/product/crespo/obj/EXECUTABLES/slesTest_urimime_intermediates/LIN
KED/slesTest_urimime)

24154 target Strip: audioloop
(out/target/product/crespo/obj/EXECUTABLES/audioloop_intermediates/audioloop)
24155 target Strip: libmediaplayerservice
(out/target/product/crespo/obj/lib/libmediaplayerservice.so)
24156 Install: out/target/product/crespo/system/bin/omx_tests
24157 Install: out/target/product/crespo/system/bin/record
24158 Install: out/target/product/crespo/system/bin/rtp_test
24159 Install: out/target/product/crespo/system/bin/stagefright
24160 Install: out/target/product/crespo/system/bin/testid3
24161 Install: out/target/product/crespo/system/lib/libOpenSLES.so
24162 Install: out/target/product/crespo/system/lib/libmedia_jni.so
24163 Install: out/target/product/crespo/system/lib/librtp_jni.so
24164 target Strip: libwebcore
(out/target/product/crespo/obj/lib/libwebcore.so)
24165 target Dex: core-tests-dom
24166 target Jar: core-tests-json (out/target/common/obj/JAVA_LIBRARIES/core-
tests-json_intermediates/javalib.jar)
24167  'out/target/common/obj/JAVA_LIBRARIES/core-tests-
json_intermediates//classes.dex' as 'classes.dex'...
24168 target Non-prelinked: BufferQueue_test
(out/target/product/crespo/symbols/data/nativetest/BufferQueue_test)
24169 target Non-prelinked: libopenslestests
(out/target/product/crespo/symbols/data/nativetest/libopenslestests)
24170 target Non-prelinked: slesTest_bassboostPath
(out/target/product/crespo/symbols/system/bin/slesTest_bassboostPath)
24171 target Non-prelinked: slesTest_configbq
(out/target/product/crespo/symbols/system/bin/slesTest_configbq)
24172 target Non-prelinked: slesTest_dim
(out/target/product/crespo/symbols/system/bin/slesTest_dim)
24173 target Non-prelinked: slesTest_effectCapabilities
(out/target/product/crespo/symbols/system/bin/slesTest_effectCapabilities)
24174 target Non-prelinked: slesTest_engine
(out/target/product/crespo/symbols/system/bin/slesTest_engine)
24175 target Non-prelinked: slesTest_eqFdPath
(out/target/product/crespo/symbols/system/bin/slesTest_eqFdPath)
24176 target Non-prelinked: slesTest_eqOutputPath
(out/target/product/crespo/symbols/system/bin/slesTest_eqOutputPath)
24177 target Non-prelinked: slesTest_feedback
(out/target/product/crespo/symbols/system/bin/slesTest_feedback)
24178 target Non-prelinked: slesTest_intbufq
(out/target/product/crespo/symbols/system/bin/slesTest_intbufq)
24179 target Non-prelinked: slesTest_loopUri
(out/target/product/crespo/symbols/system/bin/slesTest_loopUri)
24180 target Non-prelinked: slesTest_monkey
(out/target/product/crespo/symbols/system/bin/slesTest_monkey)
24181 target Non-prelinked: slesTest_multiplay
(out/target/product/crespo/symbols/system/bin/slesTest_multiplay)
24182 target Non-prelinked: slesTest_multithread
(out/target/product/crespo/symbols/system/bin/slesTest_multithread)
24183 target Non-prelinked: slesTest_object
(out/target/product/crespo/symbols/system/bin/slesTest_object)
24184 target Non-prelinked: slesTest_outputmix
(out/target/product/crespo/symbols/system/bin/slesTest_outputmix)
24185 target Non-prelinked: slesTest_playFdPath
(out/target/product/crespo/symbols/system/bin/slesTest_playFdPath)
24186 target Non-prelinked: slesTest_playMuteSolo
(out/target/product/crespo/symbols/system/bin/slesTest_playMuteSolo)

24187 target Non-prelinked: slesTest_playStates
(out/target/product/crespo/symbols/system/bin/slesTest_playStates)
24188 target Non-prelinked: slesTest_playStreamType
(out/target/product/crespo/symbols/system/bin/slesTest_playStreamType)
24189 target Non-prelinked: slesTest_playUri2
(out/target/product/crespo/symbols/system/bin/slesTest_playUri2)
24190 target Non-prelinked: slesTest_playUri
(out/target/product/crespo/symbols/system/bin/slesTest_playUri)
24191 target Non-prelinked: slesTest_recBuffQueue
(out/target/product/crespo/symbols/system/bin/slesTest_recBuffQueue)
24192 target Non-prelinked: slesTest_reverb
(out/target/product/crespo/symbols/system/bin/slesTest_reverb)
24193 target Non-prelinked: slesTest_sawtoothBufferQueue
(out/target/product/crespo/symbols/system/bin/slesTest_sawtoothBufferQueue)
24194 target Non-prelinked: slesTest_seekTorture
(out/target/product/crespo/symbols/system/bin/slesTest_seekTorture)
24195 target Non-prelinked: slesTest_sendToPresetReverb
(out/target/product/crespo/symbols/system/bin/slesTest_sendToPresetReverb)
24196 target Non-prelinked: slesTest_slowDownUri
(out/target/product/crespo/symbols/system/bin/slesTest_slowDownUri)
24197 target Non-prelinked: slesTest_srcsink
(out/target/product/crespo/symbols/system/bin/slesTest_srcsink)
24198 target Non-prelinked: slesTest_urimime
(out/target/product/crespo/symbols/system/bin/slesTest_urimime)
24199 target Non-prelinked: slesTest_virtualizer
(out/target/product/crespo/symbols/system/bin/slesTest_virtualizer)
24200 target Executable: webcore_test
(out/target/product/crespo/obj/EXECUTABLES/webcore_test_intermediates/LINKED/
webcore_test)
24201 Install: out/target/product/crespo/system/bin/audioloop
24202 target Executable: mediaserver
(out/target/product/crespo/obj/EXECUTABLES/mediaserver_intermediates/LINKED/m
ediaserver)
24203 Install: out/target/product/crespo/system/lib/libmediaplayerservice.so
24204 Install: out/target/product/crespo/system/lib/libwebcore.so
24205 target SharedLib: libsystem_server
(out/target/product/crespo/obj/SHARED_LIBRARIES/libsystem_server_intermediate
s/LINKED/libsystem_server.so)
24206 target Strip: BufferQueue_test
(out/target/product/crespo/obj/EXECUTABLES/BufferQueue_test_intermediates/Buf
ferQueue_test)
24207 target Strip: libopenslestests
(out/target/product/crespo/obj/EXECUTABLES/libopenslestests_intermediates/lib
openslestests)
24208 target Strip: slesTest_bassboostPath
(out/target/product/crespo/obj/EXECUTABLES/slesTest_bassboostPath_intermediat
es/slesTest_bassboostPath)
24209 target Strip: slesTest_configbq
(out/target/product/crespo/obj/EXECUTABLES/slesTest_configbq_intermediates/sl
esTest_configbq)
24210 target Strip: slesTest_dim
(out/target/product/crespo/obj/EXECUTABLES/slesTest_dim_intermediates/slesTes
t_dim)
24211 target Strip: slesTest_effectCapabilities
(out/target/product/crespo/obj/EXECUTABLES/slesTest_effectCapabilities_interm
ediates/slesTest_effectCapabilities)

24212 target Strip: slesTest_engine
(out/target/product/crespo/obj/EXECUTABLES/slesTest_engine_intermediates/sles
Test_engine)
24213 target Strip: slesTest_eqFdPath
(out/target/product/crespo/obj/EXECUTABLES/slesTest_eqFdPath_intermediates/sl
esTest_eqFdPath)
24214 target Strip: slesTest_eqOutputPath
(out/target/product/crespo/obj/EXECUTABLES/slesTest_eqOutputPath_intermediate
s/slesTest_eqOutputPath)
24215 target Strip: slesTest_feedback
(out/target/product/crespo/obj/EXECUTABLES/slesTest_feedback_intermediates/sl
esTest_feedback)
24216 target Strip: slesTest_intbufq
(out/target/product/crespo/obj/EXECUTABLES/slesTest_intbufq_intermediates/sle
sTest_intbufq)
24217 target Strip: slesTest_loopUri
(out/target/product/crespo/obj/EXECUTABLES/slesTest_loopUri_intermediates/sle
sTest_loopUri)
24218 target Strip: slesTest_monkey
(out/target/product/crespo/obj/EXECUTABLES/slesTest_monkey_intermediates/sles
Test_monkey)
24219 target Strip: slesTest_multiplay
(out/target/product/crespo/obj/EXECUTABLES/slesTest_multiplay_intermediates/s
lesTest_multiplay)
24220 target Strip: slesTest_multithread
(out/target/product/crespo/obj/EXECUTABLES/slesTest_multithread_intermediates
/slesTest_multithread)
24221 target Strip: slesTest_object
(out/target/product/crespo/obj/EXECUTABLES/slesTest_object_intermediates/sles
Test_object)
24222 target Strip: slesTest_outputmix
(out/target/product/crespo/obj/EXECUTABLES/slesTest_outputmix_intermediates/s
lesTest_outputmix)
24223 target Strip: slesTest_playFdPath
(out/target/product/crespo/obj/EXECUTABLES/slesTest_playFdPath_intermediates/
slesTest_playFdPath)
24224 target Strip: slesTest_playMuteSolo
(out/target/product/crespo/obj/EXECUTABLES/slesTest_playMuteSolo_intermediate
s/slesTest_playMuteSolo)
24225 target Strip: slesTest_playStates
(out/target/product/crespo/obj/EXECUTABLES/slesTest_playStates_intermediates/
slesTest_playStates)
24226 target Strip: slesTest_playStreamType
(out/target/product/crespo/obj/EXECUTABLES/slesTest_playStreamType_intermedia
tes/slesTest_playStreamType)
24227 target Strip: slesTest_playUri2
(out/target/product/crespo/obj/EXECUTABLES/slesTest_playUri2_intermediates/sl
esTest_playUri2)
24228 target Strip: slesTest_playUri
(out/target/product/crespo/obj/EXECUTABLES/slesTest_playUri_intermediates/sle
sTest_playUri)
24229 target Strip: slesTest_recBuffQueue
(out/target/product/crespo/obj/EXECUTABLES/slesTest_recBuffQueue_intermediate
s/slesTest_recBuffQueue)
24230 target Strip: slesTest_reverb
(out/target/product/crespo/obj/EXECUTABLES/slesTest_reverb_intermediates/sles
Test_reverb)

```
24231 target Strip: slesTest_sawtoothBufferQueue
(out/target/product/crespo/obj/EXECUTABLES/slesTest_sawtoothBufferQueue_inter
mediates/slesTest_sawtoothBufferQueue)
24232 target Strip: slesTest_seekTorture
(out/target/product/crespo/obj/EXECUTABLES/slesTest_seekTorture_intermediates
/slesTest_seekTorture)
24233 target Strip: slesTest_sendToPresetReverb
(out/target/product/crespo/obj/EXECUTABLES/slesTest_sendToPresetReverb_interm
ediates/slesTest_sendToPresetReverb)
24234 target Strip: slesTest_slowDownUri
(out/target/product/crespo/obj/EXECUTABLES/slesTest_slowDownUri_intermediates
/slesTest_slowDownUri)
24235 target Strip: slesTest_srcsink
(out/target/product/crespo/obj/EXECUTABLES/slesTest_srcsink_intermediates/sle
sTest_srcsink)
24236 target Strip: slesTest_urimime
(out/target/product/crespo/obj/EXECUTABLES/slesTest_urimime_intermediates/sle
sTest_urimime)
24237 target Strip: slesTest_virtualizer
(out/target/product/crespo/obj/EXECUTABLES/slesTest_virtualizer_intermediates
/slesTest_virtualizer)
24238 target Non-prelinked: webcore_test
(out/target/product/crespo/symbols/system/bin/webcore_test)
24239 target Non-prelinked: mediaserver
(out/target/product/crespo/symbols/system/bin/mediaserver)
24240 target Non-prelinked: libsystem_server
(out/target/product/crespo/symbols/system/lib/libsystem_server.so)
24241 Copying: out/target/common/obj/JAVA_LIBRARIES/core-tests-
dom_intermediates/noproguard.classes.dex
24242 target Strip: webcore_test
(out/target/product/crespo/obj/EXECUTABLES/webcore_test_intermediates/webcore
_test)
24243 target Strip: mediaserver
(out/target/product/crespo/obj/EXECUTABLES/mediaserver_intermediates/mediaser
ver)
24244 target Strip: libsystem_server
(out/target/product/crespo/obj/lib/libsystem_server.so)
24245 target Jar: core-tests-dom (out/target/common/obj/JAVA_LIBRARIES/core-
tests-dom_intermediates/javalib.jar)
24246 Install: out/target/product/crespo/system/bin/mediaserver
24247 Install: out/target/product/crespo/system/lib/libsystem_server.so
24248 target Executable: system_server
(out/target/product/crespo/obj/EXECUTABLES/system_server_intermediates/LINKED
/system_server)
24249 target Non-prelinked: system_server
(out/target/product/crespo/symbols/system/bin/system_server)
24250 target SharedLib: libandroid_servers
(out/target/product/crespo/obj/SHARED_LIBRARIES/libandroid_servers_intermedia
tes/LINKED/libandroid_servers.so)
24251 target Strip: system_server
(out/target/product/crespo/obj/EXECUTABLES/system_server_intermediates/system
_server)
24252 'out/target/common/obj/JAVA_LIBRARIES/core-tests-
dom_intermediates//classes.dex' as 'classes.dex'...
24253 target Non-prelinked: libandroid_servers
(out/target/product/crespo/symbols/system/lib/libandroid_servers.so)
```

```
24254 target Strip: libandroid_servers
(out/target/product/crespo/obj/lib/libandroid_servers.so)
24255 Install: out/target/product/crespo/system/bin/system_server
24256 Install: out/target/product/crespo/system/lib/libandroid_servers.so
24257 target Java: core-tests (out/target/common/obj/JAVA_LIBRARIES/core-
tests_intermediates/classes)
24258 Copying:
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/noproguard.class
es.dex
24259 target Jar: framework
(out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/javalib.jar)
24260 Note: Some input files use or override a deprecated API.
24261 Note: Recompile with -Xlint:deprecation for details.
24262 Note: Some input files use unchecked or unsafe operations.
24263 Note: Recompile with -Xlint:unchecked for details.
24264
'out/target/common/obj/JAVA_LIBRARIES/framework_intermediates//classes.dex'
as 'classes.dex'...
24265 host layoutlib_create:
out/host/common/obj/JAVA_LIBRARIES/temp_layoutlib_intermediates/javalib.jar
24266 target Java: AccountAndSyncSettings
(out/target/common/obj/APPS/AccountAndSyncSettings_intermediates/classes)
24267 target Java: ApplicationsProvider
(out/target/common/obj/APPS/ApplicationsProvider_intermediates/classes)
24268 -rw-r--r-- 1 ubuntu ubuntu 6745113 2016-02-29 23:31
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes.jar
24269 target Java: javax.obex
(out/target/common/obj/JAVA_LIBRARIES/javax.obex_intermediates/classes)
24270 Output:
out/host/common/obj/JAVA_LIBRARIES/temp_layoutlib_intermediates/javalib.jar
24271 Input :
out/target/common/obj/JAVA_LIBRARIES/core_intermediates/classes.jar
24272 Input :
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes.jar
24273 Found 6912 classes in input JARs.
24274 target Java: Browser
(out/target/common/obj/APPS/Browser_intermediates/classes)
24275 Note: Some input files use or override a deprecated API.
24276 Note: Recompile with -Xlint:deprecation for details.
24277 target Java: android.test.runner
(out/target/common/obj/JAVA_LIBRARIES/android.test.runner_intermediates/class
es)
24278 target Java: CalendarProvider
(out/target/common/obj/APPS/CalendarProvider_intermediates/classes)
24279 Found 1672 classes to keep, 1557 class dependencies.
24280 Note: Some input files use or override a deprecated API.
24281 Note: Recompile with -Xlint:deprecation for details.
24282 Note: Some input files use unchecked or unsafe operations.
24283 Note: Recompile with -Xlint:unchecked for details.
24284 Note:
packages/providers/CalendarProvider/src/com/android/providers/calendar/Calend
arAppWidgetService.java uses or overrides a deprecated API.
24285 Note: Recompile with -Xlint:deprecation for details.
24286 target Java: CertInstaller
(out/target/common/obj/APPS/CertInstaller_intermediates/classes)
24287 Note: Some input files use or override a deprecated API.
24288 Note: Recompile with -Xlint:deprecation for details.
```

24289 Note: Some input files use unchecked or unsafe operations.
24290 Note: Recompile with -Xlint:unchecked for details.
24291 target Java: com.android.phone.common
(out/target/common/obj/JAVA_LIBRARIES/com.android.phone.common_intermediates/
classes)
24292 target Java: ContactsProvider
(out/target/common/obj/APPS/ContactsProvider_intermediates/classes)
24293 # deps classes: 1557
24294 # keep classes: 1672
24295 # renamed    : 41
24296 Note:
packages/apps/CertInstaller/src/com/android/certinstaller/CertInstaller.java
uses or overrides a deprecated API.
24297 Note: Recompile with -Xlint:deprecation for details.
24298 Note: Some input files use unchecked or unsafe operations.
24299 Note: Recompile with -Xlint:unchecked for details.
24300 target Java: DefaultContainerService
(out/target/common/obj/APPS/DefaultContainerService_intermediates/classes)
24301 target Java: DownloadProvider
(out/target/common/obj/APPS/DownloadProvider_intermediates/classes)
24302 target Java: DownloadProviderUi
(out/target/common/obj/APPS/DownloadProviderUi_intermediates/classes)
24303 Created JAR file
out/host/common/obj/JAVA_LIBRARIES/temp_layoutlib_intermediates/javalib.jar
24304 -rw-r--r-- 1 ubuntu ubuntu 6745113 2016-02-29 23:31
out/target/common/obj/JAVA_LIBRARIES/framework_intermediates/classes.jar
24305 target Java: DrmProvider
(out/target/common/obj/APPS/DrmProvider_intermediates/classes)
24306 Note: Some input files use or override a deprecated API.
24307 Note: Recompile with -Xlint:deprecation for details.
24308 Note: Some input files use or override a deprecated API.
24309 Note: Recompile with -Xlint:deprecation for details.
24310 target Java: Email
(out/target/common/obj/APPS/Email_intermediates/classes)
24311 target Java: HTMLViewer
(out/target/common/obj/APPS/HTMLViewer_intermediates/classes)
24312 target Java: Launcher2
(out/target/common/obj/APPS/Launcher2_intermediates/classes)
24313 Note:
packages/providers/DrmProvider/src/com/android/providers/drm/DrmPushReceiver.
java uses or overrides a deprecated API.
24314 Note: Recompile with -Xlint:deprecation for details.
24315 target Java: MediaProvider
(out/target/common/obj/APPS/MediaProvider_intermediates/classes)
24316 target Java: Mms (out/target/common/obj/APPS/Mms_intermediates/classes)
24317 Note:
packages/providers/MediaProvider/src/com/android/providers/media/MediaScanner
Service.java uses or overrides a deprecated API.
24318 Note: Recompile with -Xlint:deprecation for details.
24319 Note:
packages/providers/MediaProvider/src/com/android/providers/media/MediaProvide
r.java uses unchecked or unsafe operations.
24320 Note: Recompile with -Xlint:unchecked for details.
24321 target Java: SoundRecorder
(out/target/common/obj/APPS/SoundRecorder_intermediates/classes)
24322 Note: Some input files use or override a deprecated API.
24323 Note: Recompile with -Xlint:deprecation for details.

```
24324 Note: Some input files use unchecked or unsafe operations.
24325 Note: Recompile with -Xlint:unchecked for details.
24326 target Java: Nfc (out/target/common/obj/APPS/Nfc_intermediates/classes)
24327 target Java: OpenWnn
(out/target/common/obj/APPS/OpenWnn_intermediates/classes)
24328 target Java: PackageInstaller
(out/target/common/obj/APPS/PackageInstaller_intermediates/classes)
24329 Note: Some input files use or override a deprecated API.
24330 Note: Recompile with -Xlint:deprecation for details.
24331 Note: Some input files use unchecked or unsafe operations.
24332 Note: Recompile with -Xlint:unchecked for details.
24333 Note: Some input files use or override a deprecated API.
24334 Note: Recompile with -Xlint:deprecation for details.
24335 Note: Some input files use unchecked or unsafe operations.
24336 Note: Recompile with -Xlint:unchecked for details.
24337 target Java: Phone
(out/target/common/obj/APPS/Phone_intermediates/classes)
24338 target Java: PicoTts
(out/target/common/obj/APPS/PicoTts_intermediates/classes)
24339 Note:
packages/apps/PackageInstaller/src/com/android/packageinstaller/UninstallerAc
tivity.java uses or overrides a deprecated API.
24340 Note: Recompile with -Xlint:deprecation for details.
24341 target Java: com.android.inputmethod.pinyin.lib
(out/target/common/obj/JAVA_LIBRARIES/com.android.inputmethod.pinyin.lib_inte
rmediates/classes)
24342 Note: Some input files use or override a deprecated API.
24343 Note: Recompile with -Xlint:deprecation for details.
24344 Note: Some input files use unchecked or unsafe operations.
24345 Note: Recompile with -Xlint:unchecked for details.
24346 target Java: Provision
(out/target/common/obj/APPS/Provision_intermediates/classes)
24347 target Java: Settings
(out/target/common/obj/APPS/Settings_intermediates/classes)
24348 target Java: SettingsProvider
(out/target/common/obj/APPS/SettingsProvider_intermediates/classes)
24349 target Java: android.policy
(out/target/common/obj/JAVA_LIBRARIES/android.policy_intermediates/classes)
24350 Note:
frameworks/base/packages/SettingsProvider/src/com/android/providers/settings/
DatabaseHelper.java uses or overrides a deprecated API.
24351 Note: Recompile with -Xlint:deprecation for details.
24352 target Java: TelephonyProvider
(out/target/common/obj/APPS/TelephonyProvider_intermediates/classes)
24353 Note: Some input files use or override a deprecated API.
24354 Note: Recompile with -Xlint:deprecation for details.
24355 Note: Some input files use unchecked or unsafe operations.
24356 Note: Recompile with -Xlint:unchecked for details.
24357 target Java: TtsService
(out/target/common/obj/APPS/TtsService_intermediates/classes)
24358 Note: Some input files use or override a deprecated API.
24359 Note: Recompile with -Xlint:deprecation for details.
24360 target Java: UserDictionaryProvider
(out/target/common/obj/APPS/UserDictionaryProvider_intermediates/classes)
24361 Note: Some input files use or override a deprecated API.
24362 Note: Recompile with -Xlint:deprecation for details.
```

24363 Note:
packages/providers/TelephonyProvider/src/com/android/providers/telephony/SmsP
rovider.java uses unchecked or unsafe operations.
24364 Note: Recompile with -Xlint:unchecked for details.
24365 target Java: VoiceDialer
(out/target/common/obj/APPS/VoiceDialer_intermediates/classes)
24366 Note: Some input files use or override a deprecated API.
24367 Note: Recompile with -Xlint:deprecation for details.
24368 Note: Some input files use unchecked or unsafe operations.
24369 Note: Recompile with -Xlint:unchecked for details.
24370 target Java: VpnServices
(out/target/common/obj/APPS/VpnServices_intermediates/classes)
24371 target Java: am
(out/target/common/obj/JAVA_LIBRARIES/am_intermediates/classes)
24372 target Java: bmgr
(out/target/common/obj/JAVA_LIBRARIES/bmgr_intermediates/classes)
24373 Note: Some input files use or override a deprecated API.
24374 Note: Recompile with -Xlint:deprecation for details.
24375 Note:
packages/apps/VoiceDialer/src/com/android/voicedialer/CommandRecognizerEngine
.java uses unchecked or unsafe operations.
24376 Note: Recompile with -Xlint:unchecked for details.
24377 target Java: com.android.location.provider
(out/target/common/obj/JAVA_LIBRARIES/com.android.location.provider_intermedi
ates/classes)
24378 Note:
frameworks/base/packages/VpnServices/src/com/android/server/vpn/VpnServiceBin
der.java uses or overrides a deprecated API.
24379 Note: Recompile with -Xlint:deprecation for details.
24380 Install: out/target/product/crespo/system/framework/framework.jar
24381 target Java: ime
(out/target/common/obj/JAVA_LIBRARIES/ime_intermediates/classes)
24382 target Java: input
(out/target/common/obj/JAVA_LIBRARIES/input_intermediates/classes)
24383 target Java: monkey
(out/target/common/obj/JAVA_LIBRARIES/monkey_intermediates/classes)
24384 target Java: pm
(out/target/common/obj/JAVA_LIBRARIES/pm_intermediates/classes)
24385 target Java: svc
(out/target/common/obj/JAVA_LIBRARIES/svc_intermediates/classes)
24386 target Java: AppWidgetHostTest
(out/target/common/obj/APPS/AppWidgetHostTest_intermediates/classes)
24387 Note:
development/cmds/monkey/src/com/android/commands/monkey/MonkeyActivityEvent.j
ava uses or overrides a deprecated API.
24388 Note: Recompile with -Xlint:deprecation for details.
24389 target Java: AppWidgetProvider
(out/target/common/obj/APPS/AppWidgetProvider_intermediates/classes)
24390 target Java: BackupTest
(out/target/common/obj/APPS/BackupTest_intermediates/classes)
24391 target Java: BatteryWaster
(out/target/common/obj/APPS/BatteryWaster_intermediates/classes)
24392 target Java: BluetoothDebug
(out/target/common/obj/APPS/BluetoothDebug_intermediates/classes)
24393 target Java: BrowserTestPlugin
(out/target/common/obj/APPS/BrowserTestPlugin_intermediates/classes)

24394 target Java: CustomLocale
(out/target/common/obj/APPS/CustomLocale_intermediates/classes)
24395 target Java: DensityTest
(out/target/common/obj/APPS/DensityTest_intermediates/classes)
24396 target Java: Fallback
(out/target/common/obj/APPS/Fallback_intermediates/classes)
24397 target Java: Film
(out/target/common/obj/APPS/Film_intermediates/classes)
24398 target Java: FixVibrateSetting
(out/target/common/obj/APPS/FixVibrateSetting_intermediates/classes)
24399 target Java: FontLab
(out/target/common/obj/APPS/FontLab_intermediates/classes)
24400 target Java: Fountain
(out/target/common/obj/APPS/Fountain_intermediates/classes)
24401 Note: frameworks/base/libs/rs/java/Film/src/com/android/film/Film.java
uses or overrides a deprecated API.
24402 Note: Recompile with -Xlint:deprecation for details.
24403 target Java: libprotobuf-java-2.3.0-micro
(out/target/common/obj/JAVA_LIBRARIES/libprotobuf-java-2.3.0-
micro_intermediates/classes)
24404 target Java: GL2JNI
(out/target/common/obj/APPS/GL2JNI_intermediates/classes)
24405 Note: Some input files use unchecked or unsafe operations.
24406 Note: Recompile with -Xlint:unchecked for details.
24407 Note:
frameworks/base/libs/rs/java/Fountain/src/com/android/fountain/Fountain.java
uses or overrides a deprecated API.
24408 Note: Recompile with -Xlint:deprecation for details.
24409 target Java: GL2Java
(out/target/common/obj/APPS/GL2Java_intermediates/classes)
24410 target Java: GLDual
(out/target/common/obj/APPS/GLDual_intermediates/classes)
24411 Note:
external/protobuf/java/src/main/java/com/google/protobuf/micro/CodedInputStre
amMicro.java uses unchecked or unsafe operations.
24412 Note: Recompile with -Xlint:unchecked for details.
24413 target Java: GLJNI
(out/target/common/obj/APPS/GLJNI_intermediates/classes)
24414 target Java: Gallery
(out/target/common/obj/APPS/Gallery_intermediates/classes)
24415 target Java: GlobalTime
(out/target/common/obj/APPS/GlobalTime_intermediates/classes)
24416 target Java: GraphicsLab
(out/target/common/obj/APPS/GraphicsLab_intermediates/classes)
24417 target Java: ImageProcessing
(out/target/common/obj/APPS/ImageProcessing_intermediates/classes)
24418 target Java: ImfTest
(out/target/common/obj/APPS/ImfTest_intermediates/classes)
24419 Note: Some input files use or override a deprecated API.
24420 Note: Recompile with -Xlint:deprecation for details.
24421 Note:
development/samples/GlobalTime/src/com/android/globaltime/City.java uses
unchecked or unsafe operations.
24422 Note: Recompile with -Xlint:unchecked for details.
24423 target Java: JETBoy
(out/target/common/obj/APPS/JETBoy_intermediates/classes)

24424 target Java: LargeAssetTest
(out/target/common/obj/APPS/LargeAssetTest_intermediates/classes)
24425 target Java: LightingTest
(out/target/common/obj/APPS/LightingTest_intermediates/classes)
24426 Note: Some input files use or override a deprecated API.
24427 Note: Recompile with -Xlint:deprecation for details.
24428 target Java: LiveWallpapersPicker
(out/target/common/obj/APPS/LiveWallpapersPicker_intermediates/classes)
24429 target Java: LiveWallpapers
(out/target/common/obj/APPS/LiveWallpapers_intermediates/classes)
24430 target Java: LocationTracker
(out/target/common/obj/APPS/LocationTracker_intermediates/classes)
24431 target Java: LotsOfApps
(out/target/common/obj/APPS/LotsOfApps_intermediates/classes)
24432 target Java: MagicSmokeWallpapers
(out/target/common/obj/APPS/MagicSmokeWallpapers_intermediates/classes)
24433 target Java: NinePatchLab
(out/target/common/obj/APPS/NinePatchLab_intermediates/classes)
24434 Note:
frameworks/base/tests/LocationTracker/src/com/android/locationtracker/Tracker
Service.java uses or overrides a deprecated API.
24435 Note: Recompile with -Xlint:deprecation for details.
24436 target Java: com.example.android.platform_library
(out/target/common/obj/JAVA_LIBRARIES/com.example.android.platform_library_in
termediates/classes)
24437 target Java: Quake
(out/target/common/obj/APPS/Quake_intermediates/classes)
24438 target Java: SampleBrowserPlugin
(out/target/common/obj/APPS/SampleBrowserPlugin_intermediates/classes)
24439 target Java: SampleEmailPolicy
(out/target/common/obj/APPS/SampleEmailPolicy_intermediates/classes)
24440 target Java: SdkSetup
(out/target/common/obj/APPS/SdkSetup_intermediates/classes)
24441 Note: external/quake/src/com/android/quake/DownloaderActivity.java uses
or overrides a deprecated API.
24442 Note: Recompile with -Xlint:deprecation for details.
24443 target Java: SimpleJNI
(out/target/common/obj/APPS/SimpleJNI_intermediates/classes)
24444 target Java: SoundPoolTest
(out/target/common/obj/APPS/SoundPoolTest_intermediates/classes)
24445 Note:
development/samples/BrowserPlugin/src/com/android/sampleplugin/VideoSurface.j
ava uses or overrides a deprecated API.
24446 Note: Recompile with -Xlint:deprecation for details.
24447 target Java: SpareParts
(out/target/common/obj/APPS/SpareParts_intermediates/classes)
24448 target Java: SpeechRecorder
(out/target/common/obj/APPS/SpeechRecorder_intermediates/classes)
24449 target Java: SslLoad
(out/target/common/obj/APPS/SslLoad_intermediates/classes)
24450 target Java: StatusBarTest
(out/target/common/obj/APPS/StatusBarTest_intermediates/classes)
24451 Note:
packages/apps/SpeechRecorder/src/com/android/speechrecorder/SpeechRecorderAct
ivity.java uses or overrides a deprecated API.
24452 Note: Recompile with -Xlint:deprecation for details.
24453 target Java: Stk (out/target/common/obj/APPS/Stk_intermediates/classes)

```
24454 target Java: TagCanon
(out/target/common/obj/APPS/TagCanon_intermediates/classes)
24455 target Java: Term
(out/target/common/obj/APPS/Term_intermediates/classes)
24456 Note: Some input files use or override a deprecated API.
24457 Note: Recompile with -Xlint:deprecation for details.
24458 Note: Some input files use or override a deprecated API.
24459 Note: Recompile with -Xlint:deprecation for details.
24460 target Java: TestEGL
(out/target/common/obj/APPS/TestEGL_intermediates/classes)
24461 target Java: TransformTest
(out/target/common/obj/APPS/TransformTest_intermediates/classes)
24462 target Java: VisualizationWallpapers
(out/target/common/obj/APPS/VisualizationWallpapers_intermediates/classes)
24463 target Java: lowstoragetest
(out/target/common/obj/APPS/lowstoragetest_intermediates/classes)
24464 target Java: emma
(out/target/common/obj/JAVA_LIBRARIES/emma_intermediates/classes)
24465 target Java: libprotobuf-java-2.3.0-lite
(out/target/common/obj/JAVA_LIBRARIES/libprotobuf-java-2.3.0-
lite_intermediates/classes)
24466 Docs droiddoc: out/target/common/docs/doc-comment-check
24467 Docs droiddoc: out/target/common/docs/api-stubs
24468 Note:
external/protobuf/java/src/main/java/com/google/protobuf/GeneratedMessageLite
.java uses unchecked or unsafe operations.
24469 Note: Recompile with -Xlint:unchecked for details.
24470 host Java: layoutlib
(out/host/common/obj/JAVA_LIBRARIES/layoutlib_intermediates/classes)
24471 Note: Some input files use or override a deprecated API.
24472 Note: Recompile with -Xlint:deprecation for details.
24473 Note: Some input files use unchecked or unsafe operations.
24474 Note: Recompile with -Xlint:unchecked for details.
24475 Install: out/host/linux-x86/framework/temp_layoutlib.jar
24476 Copying:
out/target/common/obj/APPS/AccountAndSyncSettings_intermediates/classes-
jarjar.jar
24477 Copying:
out/target/common/obj/APPS/ApplicationsProvider_intermediates/classes-
jarjar.jar
24478 Copying:
out/target/common/obj/JAVA_LIBRARIES/javax.obex_intermediates/classes-
jarjar.jar
24479 Copying: out/target/common/obj/APPS/Browser_intermediates/classes-
jarjar.jar
24480 Copying:
out/target/common/obj/JAVA_LIBRARIES/android.test.runner_intermediates/classe
s-jarjar.jar
24481 Copying:
out/target/common/obj/APPS/CalendarProvider_intermediates/classes-jarjar.jar
24482 Copying:
out/target/common/obj/APPS/CertInstaller_intermediates/classes-jarjar.jar
24483 Copying:
out/target/common/obj/JAVA_LIBRARIES/com.android.phone.common_intermediates/c
lasses-jarjar.jar
24484 Copying:
out/target/common/obj/APPS/ContactsProvider_intermediates/classes-jarjar.jar
```

24485 Copying:
out/target/common/obj/APPS/DefaultContainerService_intermediates/classes-
jarjar.jar
24486 Copying:
out/target/common/obj/APPS/DownloadProvider_intermediates/classes-jarjar.jar
24487 Copying:
out/target/common/obj/APPS/DownloadProviderUi_intermediates/classes-
jarjar.jar
24488 Copying: out/target/common/obj/APPS/DrmProvider_intermediates/classes-
jarjar.jar
24489 Copying: out/target/common/obj/APPS/Email_intermediates/classes-
jarjar.jar
24490 Copying: out/target/common/obj/APPS/HTMLViewer_intermediates/classes-
jarjar.jar
24491 Copying: out/target/common/obj/APPS/Launcher2_intermediates/classes-
jarjar.jar
24492 Copying:
out/target/common/obj/APPS/MediaProvider_intermediates/classes-jarjar.jar
24493 Copying: out/target/common/obj/APPS/Mms_intermediates/classes-
jarjar.jar
24494 Copying:
out/target/common/obj/APPS/SoundRecorder_intermediates/classes-jarjar.jar
24495 Copying: out/target/common/obj/APPS/Nfc_intermediates/classes-
jarjar.jar
24496 Copying: out/target/common/obj/APPS/OpenWnn_intermediates/classes-
jarjar.jar
24497 Copying:
out/target/common/obj/APPS/PackageInstaller_intermediates/classes-jarjar.jar
24498 Copying: out/target/common/obj/APPS/Phone_intermediates/classes-
jarjar.jar
24499 Copying: out/target/common/obj/APPS/PicoTts_intermediates/classes-
jarjar.jar
24500 Copying:
out/target/common/obj/JAVA_LIBRARIES/com.android.inputmethod.pinyin.lib_inter
mediates/classes-jarjar.jar
24501 Copying: out/target/common/obj/APPS/Provision_intermediates/classes-
jarjar.jar
24502 Copying: out/target/common/obj/APPS/Settings_intermediates/classes-
jarjar.jar
24503 Copying:
out/target/common/obj/APPS/SettingsProvider_intermediates/classes-jarjar.jar
24504 Copying:
out/target/common/obj/JAVA_LIBRARIES/android.policy_intermediates/classes-
jarjar.jar
24505 Copying:
out/target/common/obj/APPS/TelephonyProvider_intermediates/classes-jarjar.jar
24506 Copying: out/target/common/obj/APPS/TtsService_intermediates/classes-
jarjar.jar
24507 Copying:
out/target/common/obj/APPS/UserDictionaryProvider_intermediates/classes-
jarjar.jar
24508 Copying: out/target/common/obj/APPS/VoiceDialer_intermediates/classes-
jarjar.jar
24509 Copying: out/target/common/obj/APPS/VpnServices_intermediates/classes-
jarjar.jar
24510 Copying: out/target/common/obj/JAVA_LIBRARIES/am_intermediates/classes-
jarjar.jar

24511 Copying:
out/target/common/obj/JAVA_LIBRARIES/bmgr_intermediates/classes-jarjar.jar
24512 Copying:
out/target/common/obj/JAVA_LIBRARIES/com.android.location.provider_intermedia
tes/classes-jarjar.jar
24513 Copying:
out/target/common/obj/JAVA_LIBRARIES/ime_intermediates/classes-jarjar.jar
24514 Copying:
out/target/common/obj/JAVA_LIBRARIES/input_intermediates/classes-jarjar.jar
24515 Copying:
out/target/common/obj/JAVA_LIBRARIES/monkey_intermediates/classes-jarjar.jar
24516 Copying: out/target/common/obj/JAVA_LIBRARIES/pm_intermediates/classes-
jarjar.jar
24517 Copying:
out/target/common/obj/JAVA_LIBRARIES/svc_intermediates/classes-jarjar.jar
24518 Copying: out/target/common/obj/JAVA_LIBRARIES/libprotobuf-java-2.3.0-
micro_intermediates/classes-jarjar.jar
24519 Copying: out/target/common/obj/APPS/Gallery_intermediates/classes-
jarjar.jar
24520 Copying: out/target/common/obj/APPS/ImfTest_intermediates/classes-
jarjar.jar
24521 Copying:
out/target/common/obj/JAVA_LIBRARIES/com.example.android.platform_library_int
ermediates/classes-jarjar.jar
24522 Copying:
out/target/common/obj/APPS/AccountAndSyncSettings_intermediates/emma_out/lib/
classes-jarjar.jar
24523 Copying:
out/target/common/obj/APPS/ApplicationsProvider_intermediates/emma_out/lib/cl
asses-jarjar.jar
24524 Copying:
out/target/common/obj/JAVA_LIBRARIES/javax.obex_intermediates/emma_out/lib/cl
asses-jarjar.jar
24525 Copying:
out/target/common/obj/APPS/Browser_intermediates/emma_out/lib/classes-
jarjar.jar
24526 Copying:
out/target/common/obj/JAVA_LIBRARIES/android.test.runner_intermediates/emma_o
ut/lib/classes-jarjar.jar
24527 Copying:
out/target/common/obj/APPS/CalendarProvider_intermediates/emma_out/lib/classe
s-jarjar.jar
24528 Copying:
out/target/common/obj/APPS/CertInstaller_intermediates/emma_out/lib/classes-
jarjar.jar
24529 Copying:
out/target/common/obj/JAVA_LIBRARIES/com.android.phone.common_intermediates/e
mma_out/lib/classes-jarjar.jar
24530 Copying:
out/target/common/obj/APPS/ContactsProvider_intermediates/emma_out/lib/classe
s-jarjar.jar
24531 Copying:
out/target/common/obj/APPS/DefaultContainerService_intermediates/emma_out/lib
/classes-jarjar.jar
24532 Copying:
out/target/common/obj/APPS/DownloadProvider_intermediates/emma_out/lib/classe
s-jarjar.jar

24533 Copying:
out/target/common/obj/APPS/DownloadProviderUi_intermediates/emma_out/lib/clas
ses-jarjar.jar
24534 Copying:
out/target/common/obj/APPS/DrmProvider_intermediates/emma_out/lib/classes-
jarjar.jar
24535 Copying:
out/target/common/obj/APPS/Email_intermediates/emma_out/lib/classes-
jarjar.jar
24536 Copying:
out/target/common/obj/APPS/HTMLViewer_intermediates/emma_out/lib/classes-
jarjar.jar
24537 Copying:
out/target/common/obj/APPS/Launcher2_intermediates/emma_out/lib/classes-
jarjar.jar
24538 Copying:
out/target/common/obj/APPS/MediaProvider_intermediates/emma_out/lib/classes-
jarjar.jar
24539 Copying:
out/target/common/obj/APPS/Mms_intermediates/emma_out/lib/classes-jarjar.jar
24540 Copying:
out/target/common/obj/APPS/SoundRecorder_intermediates/emma_out/lib/classes-
jarjar.jar
24541 Copying:
out/target/common/obj/APPS/Nfc_intermediates/emma_out/lib/classes-jarjar.jar
24542 Copying:
out/target/common/obj/APPS/OpenWnn_intermediates/emma_out/lib/classes-
jarjar.jar
24543 Copying:
out/target/common/obj/APPS/PackageInstaller_intermediates/emma_out/lib/classe
s-jarjar.jar
24544 Copying:
out/target/common/obj/APPS/Phone_intermediates/emma_out/lib/classes-
jarjar.jar
24545 Copying:
out/target/common/obj/APPS/PicoTts_intermediates/emma_out/lib/classes-
jarjar.jar
24546 Copying:
out/target/common/obj/JAVA_LIBRARIES/com.android.inputmethod.pinyin.lib_inter
mediates/emma_out/lib/classes-jarjar.jar
24547 Copying:
out/target/common/obj/APPS/Provision_intermediates/emma_out/lib/classes-
jarjar.jar
24548 Copying:
out/target/common/obj/APPS/Settings_intermediates/emma_out/lib/classes-
jarjar.jar
24549 Copying:
out/target/common/obj/APPS/SettingsProvider_intermediates/emma_out/lib/classe
s-jarjar.jar
24550 Copying:
out/target/common/obj/JAVA_LIBRARIES/android.policy_intermediates/emma_out/li
b/classes-jarjar.jar
24551 Copying:
out/target/common/obj/APPS/TelephonyProvider_intermediates/emma_out/lib/class
es-jarjar.jar

24552 Copying:
out/target/common/obj/APPS/TtsService_intermediates/emma_out/lib/classes-
jarjar.jar
24553 Copying:
out/target/common/obj/APPS/UserDictionaryProvider_intermediates/emma_out/lib/
classes-jarjar.jar
24554 Copying:
out/target/common/obj/APPS/VoiceDialer_intermediates/emma_out/lib/classes-
jarjar.jar
24555 Copying:
out/target/common/obj/APPS/VpnServices_intermediates/emma_out/lib/classes-
jarjar.jar
24556 Copying:
out/target/common/obj/JAVA_LIBRARIES/am_intermediates/emma_out/lib/classes-
jarjar.jar
24557 Copying:
out/target/common/obj/JAVA_LIBRARIES/bmgr_intermediates/emma_out/lib/classes-
jarjar.jar
24558 Note: Some input files use or override a deprecated API.
24559 Copying:
out/target/common/obj/JAVA_LIBRARIES/com.android.location.provider_intermedia
tes/emma_out/lib/classes-jarjar.jar
24560 Note: Recompile with -Xlint:deprecation for details.
24561 Copying:
out/target/common/obj/JAVA_LIBRARIES/ime_intermediates/emma_out/lib/classes-
jarjar.jar
24562 Copying:
out/target/common/obj/JAVA_LIBRARIES/input_intermediates/emma_out/lib/classes
-jarjar.jar
24563 Copying:
out/target/common/obj/JAVA_LIBRARIES/monkey_intermediates/emma_out/lib/classe
s-jarjar.jar
24564 Copying:
out/target/common/obj/JAVA_LIBRARIES/pm_intermediates/emma_out/lib/classes-
jarjar.jar
24565 Copying:
out/target/common/obj/JAVA_LIBRARIES/svc_intermediates/emma_out/lib/classes-
jarjar.jar
24566 Copying: out/target/common/obj/JAVA_LIBRARIES/libprotobuf-java-2.3.0-
micro_intermediates/emma_out/lib/classes-jarjar.jar
24567 Copying:
out/target/common/obj/APPS/Gallery_intermediates/emma_out/lib/classes-
jarjar.jar
24568 Copying:
out/target/common/obj/APPS/ImfTest_intermediates/emma_out/lib/classes-
jarjar.jar
24569 Copying:
out/target/common/obj/JAVA_LIBRARIES/com.example.android.platform_library_int
ermediates/emma_out/lib/classes-jarjar.jar
24570 Copying:
out/target/common/obj/APPS/AccountAndSyncSettings_intermediates/classes.jar
24571 Copying:
out/target/common/obj/APPS/ApplicationsProvider_intermediates/classes.jar
24572 Copying:
out/target/common/obj/JAVA_LIBRARIES/javax.obex_intermediates/classes.jar
24573 Copying: out/target/common/obj/APPS/Browser_intermediates/classes.jar

24574 Copying:
out/target/common/obj/JAVA_LIBRARIES/android.test.runner_intermediates/classes.jar
24575 Copying:
out/target/common/obj/APPS/CalendarProvider_intermediates/classes.jar
24576 Copying:
out/target/common/obj/APPS/CertInstaller_intermediates/classes.jar
24577 Copying:
out/target/common/obj/JAVA_LIBRARIES/com.android.phone.common_intermediates/classes.jar
24578 Copying:
out/target/common/obj/APPS/ContactsProvider_intermediates/classes.jar
24579 Copying:
out/target/common/obj/APPS/DefaultContainerService_intermediates/classes.jar
24580 Copying:
out/target/common/obj/APPS/DownloadProvider_intermediates/classes.jar
24581 Copying:
out/target/common/obj/APPS/DownloadProviderUi_intermediates/classes.jar
24582 Copying:
out/target/common/obj/APPS/DrmProvider_intermediates/classes.jar
24583 Copying: out/target/common/obj/APPS/Email_intermediates/classes.jar
24584 Copying:
out/target/common/obj/APPS/HTMLViewer_intermediates/classes.jar
24585 Copying: out/target/common/obj/APPS/Launcher2_intermediates/classes.jar
24586 Copying:
out/target/common/obj/APPS/MediaProvider_intermediates/classes.jar
24587 Copying: out/target/common/obj/APPS/Mms_intermediates/classes.jar
24588 Copying:
out/target/common/obj/APPS/SoundRecorder_intermediates/classes.jar
24589 Copying: out/target/common/obj/APPS/Nfc_intermediates/classes.jar
24590 Copying: out/target/common/obj/APPS/OpenWnn_intermediates/classes.jar
24591 Copying:
out/target/common/obj/APPS/PackageInstaller_intermediates/classes.jar
24592 Copying: out/target/common/obj/APPS/Phone_intermediates/classes.jar
24593 Copying: out/target/common/obj/APPS/PicoTts_intermediates/classes.jar
24594 Copying:
out/target/common/obj/JAVA_LIBRARIES/com.android.inputmethod.pinyin.lib_intermediates/classes.jar
24595 Copying: out/target/common/obj/APPS/Provision_intermediates/classes.jar
24596 Copying: out/target/common/obj/APPS/Settings_intermediates/classes.jar
24597 Copying:
out/target/common/obj/APPS/SettingsProvider_intermediates/classes.jar
24598 Copying:
out/target/common/obj/JAVA_LIBRARIES/android.policy_intermediates/classes.jar
24599 Copying:
out/target/common/obj/APPS/TelephonyProvider_intermediates/classes.jar
24600 Copying:
out/target/common/obj/APPS/TtsService_intermediates/classes.jar
24601 Copying:
out/target/common/obj/APPS/UserDictionaryProvider_intermediates/classes.jar
24602 Copying:
out/target/common/obj/APPS/VoiceDialer_intermediates/classes.jar
24603 Copying:
out/target/common/obj/APPS/VpnServices_intermediates/classes.jar
24604 Copying:
out/target/common/obj/JAVA_LIBRARIES/am_intermediates/classes.jar

24605 Copying:
out/target/common/obj/JAVA_LIBRARIES/bmgr_intermediates/classes.jar
24606 Copying:
out/target/common/obj/JAVA_LIBRARIES/com.android.location.provider_intermedia
tes/classes.jar
24607 Copying:
out/target/common/obj/JAVA_LIBRARIES/ime_intermediates/classes.jar
24608 Copying:
out/target/common/obj/JAVA_LIBRARIES/input_intermediates/classes.jar
24609 Copying:
out/target/common/obj/JAVA_LIBRARIES/monkey_intermediates/classes.jar
24610 Copying:
out/target/common/obj/JAVA_LIBRARIES/pm_intermediates/classes.jar
24611 Copying:
out/target/common/obj/JAVA_LIBRARIES/svc_intermediates/classes.jar
24612 Copying: out/target/common/obj/JAVA_LIBRARIES/libprotobuf-java-2.3.0-
micro_intermediates/classes.jar
24613 Copying: out/target/common/obj/APPS/Gallery_intermediates/classes.jar
24614 Copying: out/target/common/obj/APPS/ImfTest_intermediates/classes.jar
24615 Copying:
out/target/common/obj/JAVA_LIBRARIES/com.example.android.platform_library_int
ermediates/classes.jar
24616 Proguard:
out/target/common/obj/APPS/AccountAndSyncSettings_intermediates/proguard.clas
ses.jar
24617 ProGuard, version 4.4
24618 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/AccountAndSyncSettings_inter
mediates/classes.jar]
24619 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24620 Proguard:
out/target/common/obj/APPS/ApplicationsProvider_intermediates/proguard.classe
s.jar
24621 ProGuard, version 4.4
24622 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/ApplicationsProvider_interme
diates/classes.jar]
24623 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24624 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24625 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24626 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24627 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24628 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]

24629 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24630 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/AccountAndSyncSettings_inter
mediates/proguard.classes.jar]
24631   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/AccountAndSyncSettings_inter
mediates/classes.jar]
24632 Copying:
out/target/common/obj/JAVA_LIBRARIES/javax.obex_intermediates/noproguard.clas
ses.jar
24633 Proguard:
out/target/common/obj/APPS/Browser_intermediates/proguard.classes.jar
24634 ProGuard, version 4.4
24635 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Browser_intermediates/classe
s.jar]
24636 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24637 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/ApplicationsProvider_interme
diates/proguard.classes.jar]
24638   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/ApplicationsProvider_interme
diates/classes.jar]
24639 Copying:
out/target/common/obj/JAVA_LIBRARIES/android.test.runner_intermediates/noprog
uard.classes.jar
24640 Proguard:
out/target/common/obj/APPS/CalendarProvider_intermediates/proguard.classes.ja
r
24641 ProGuard, version 4.4
24642 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/CalendarProvider_intermediat
es/classes.jar]
24643 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24644 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24645 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24646 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24647 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24648 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]

24649 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24650 Note: com.android.common.SharedPreferencesCompat accesses a method
'apply()' dynamically
24651       Maybe this is library method
'android.app.ContextImpl$SharedPreferencesImpl$EditorImpl { void apply(); }'
24652       Maybe this is library method
'android.content.SharedPreferences$Editor { void apply(); }'
24653 Note: the configuration refers to the unknown class
'com.android.browser.BrowserDownloadPage'
24654 Note: there were 1 references to unknown classes.
24655       You should check your configuration for typos.
24656 Note: there were 1 accesses to class members by means of introspection.
24657       You should consider explicitly keeping the mentioned class
members
24658       (using '-keep' or '-keepclassmembers').
24659 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/Browser_intermediates/progua
rd.classes.jar]
24660   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Browser_intermediates/classe
s.jar]
24661 Proguard:
out/target/common/obj/APPS/CertInstaller_intermediates/proguard.classes.jar
24662 Note: com.google.common.base.internal.Finalizer accesses a method
'finalizeReferent()' dynamically
24663       Maybe this is program method
'com.google.common.base.FinalizableReference { void finalizeReferent(); }'
24664       Maybe this is program method
'com.google.common.collect.MapMaker$SoftEntry { void finalizeReferent(); }'
24665       Maybe this is program method
'com.google.common.collect.MapMaker$SoftValueReference { void
finalizeReferent(); }'
24666       Maybe this is program method
'com.google.common.collect.MapMaker$WeakEntry { void finalizeReferent(); }'
24667       Maybe this is program method
'com.google.common.collect.MapMaker$WeakValueReference { void
finalizeReferent(); }'
24668 ProGuard, version 4.4
24669 Note: com.google.common.base.FinalizableReferenceQueue accesses a
method 'startFinalizer(java.lang.Class,java.lang.Object)' dynamically
24670 Note: the configuration refers to the unknown class
'com.android.providers.calendar.CalendarContentProviderTests'
24671 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/CertInstaller_intermediates/
classes.jar]
24672 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/bouncycastle_inter
mediates/classes.jar]
24673 Note: there were 1 references to unknown classes.
24674       You should check your configuration for typos.
24675 Note: there were 2 accesses to class members by means of introspection.
24676       You should consider explicitly keeping the mentioned class
members
24677       (using '-keep' or '-keepclassmembers').

```
24678 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24679 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/CalendarProvider_intermediat
es/proguard.classes.jar]
24680   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/CalendarProvider_intermediat
es/classes.jar]
24681 target Static Jar: com.android.phone.common
(out/target/common/obj/JAVA_LIBRARIES/com.android.phone.common_intermediates/
javalib.jar)
24682 Proguard:
out/target/common/obj/APPS/ContactsProvider_intermediates/proguard.classes.ja
r
24683 ProGuard, version 4.4
24684 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/ContactsProvider_intermediat
es/classes.jar]
24685 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24686 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24687 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24688 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24689 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24690 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24691 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24692 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/CertInstaller_intermediates/
proguard.classes.jar]
24693   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/CertInstaller_intermediates/
classes.jar]
24694 Proguard:
out/target/common/obj/APPS/DefaultContainerService_intermediates/proguard.cla
sses.jar
24695 Proguard:
out/target/common/obj/APPS/DownloadProvider_intermediates/proguard.classes.ja
r
24696 ProGuard, version 4.4
24697 ProGuard, version 4.4
24698 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/DownloadProvider_intermediat
es/classes.jar]
```

```
24699 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/DefaultContainerService_inte
rmediates/classes.jar]
24700 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24701 Note: com.android.common.SharedPreferencesCompat accesses a method
'apply()' dynamically
24702     Maybe this is library method
'android.app.ContextImpl$SharedPreferencesImpl$EditorImpl { void apply(); }'
24703     Maybe this is library method
'android.content.SharedPreferences$Editor { void apply(); }'
24704 Note: there were 1 accesses to class members by means of introspection.
24705     You should consider explicitly keeping the mentioned class
members
24706     (using '-keep' or '-keepclassmembers').
24707 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24708 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/ContactsProvider_intermediat
es/proguard.classes.jar]
24709   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/ContactsProvider_intermediat
es/classes.jar]
24710 Proguard:
out/target/common/obj/APPS/DownloadProviderUi_intermediates/proguard.classes.
jar
24711 ProGuard, version 4.4
24712 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/DownloadProviderUi_intermedi
ates/classes.jar]
24713 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24714 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24715 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24716 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24717 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24718 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24719 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24720 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
```

24721 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24722 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24723 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/DefaultContainerService_inte
rmediates/proguard.classes.jar]
24724   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/DefaultContainerService_inte
rmediates/classes.jar]
24725 Proguard:
out/target/common/obj/APPS/DrmProvider_intermediates/proguard.classes.jar
24726 ProGuard, version 4.4
24727 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/DrmProvider_intermediates/cl
asses.jar]
24728 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24729 Note: com.google.common.base.internal.Finalizer accesses a method
'finalizeReferent()' dynamically
24730      Maybe this is program method
'com.google.common.base.FinalizableReference { void finalizeReferent(); }'
24731      Maybe this is program method
'com.google.common.collect.MapMaker$SoftEntry { void finalizeReferent(); }'
24732      Maybe this is program method
'com.google.common.collect.MapMaker$SoftValueReference { void
finalizeReferent(); }'
24733      Maybe this is program method
'com.google.common.collect.MapMaker$WeakEntry { void finalizeReferent(); }'
24734      Maybe this is program method
'com.google.common.collect.MapMaker$WeakValueReference { void
finalizeReferent(); }'
24735 Note: com.google.common.base.FinalizableReferenceQueue accesses a
method 'startFinalizer(java.lang.Class,java.lang.Object)' dynamically
24736 Note: there were 2 accesses to class members by means of introspection.
24737      You should consider explicitly keeping the mentioned class
members
24738      (using '-keep' or '-keepclassmembers').
24739 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/DownloadProvider_intermediat
es/proguard.classes.jar]
24740   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/DownloadProvider_intermediat
es/classes.jar]
24741 Proguard:
out/target/common/obj/APPS/Email_intermediates/proguard.classes.jar
24742 ProGuard, version 4.4
24743 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Email_intermediates/classes.
jar]
24744 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/DownloadProviderUi_intermedi
ates/proguard.classes.jar]

```
24745   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/DownloadProviderUi_intermedi
ates/classes.jar]
24746 Proguard:
out/target/common/obj/APPS/HTMLViewer_intermediates/proguard.classes.jar
24747 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24748 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24749 ProGuard, version 4.4
24750 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/HTMLViewer_intermediates/cla
sses.jar]
24751 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24752 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24753 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24754 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24755 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24756 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24757 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24758 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24759 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24760 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/DrmProvider_intermediates/pr
oguard.classes.jar]
24761   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/DrmProvider_intermediates/cl
asses.jar]
24762 Proguard:
out/target/common/obj/APPS/Launcher2_intermediates/proguard.classes.jar
24763 ProGuard, version 4.4
24764 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Launcher2_intermediates/clas
ses.jar]
24765 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
```

24766 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/HTMLViewer_intermediates/pro
guard.classes.jar]
24767    Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/HTMLViewer_intermediates/cla
sses.jar]
24768 Proguard:
out/target/common/obj/APPS/MediaProvider_intermediates/proguard.classes.jar
24769 Note: the configuration refers to the unknown class
'com.android.email.mail.MessageRetrievalListener'
24770 ProGuard, version 4.4
24771 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/MediaProvider_intermediates/
classes.jar]
24772 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24773 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24774 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24775 Note: there were 1 references to unknown classes.
24776       You should check your configuration for typos.
24777 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24778 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24779 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24780 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/Email_intermediates/proguard
.classes.jar]
24781    Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Email_intermediates/classes.
jar]
24782 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24783 Proguard:
out/target/common/obj/APPS/Mms_intermediates/proguard.classes.jar
24784 ProGuard, version 4.4
24785 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Mms_intermediates/classes.ja
r]
24786 Note: com.android.common.SharedPreferencesCompat accesses a method
'apply()' dynamically
24787       Maybe this is library method
'android.app.ContextImpl$SharedPreferencesImpl$EditorImpl { void apply(); }'
24788       Maybe this is library method
'android.content.SharedPreferences$Editor { void apply(); }'
24789 Note: there were 1 accesses to class members by means of introspection.

```
24790      You should consider explicitly keeping the mentioned class
members
24791      (using '-keep' or '-keepclassmembers').
24792 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24793 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/Launcher2_intermediates/prog
uard.classes.jar]
24794   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Launcher2_intermediates/clas
ses.jar]
24795 Proguard:
out/target/common/obj/APPS/SoundRecorder_intermediates/proguard.classes.jar
24796 ProGuard, version 4.4
24797 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/SoundRecorder_intermediates/
classes.jar]
24798 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24799 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24800 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24801 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/MediaProvider_intermediates/
proguard.classes.jar]
24802   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/MediaProvider_intermediates/
classes.jar]
24803 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24804 Copying:
out/target/common/obj/APPS/Nfc_intermediates/noproguard.classes.jar
24805 Proguard:
out/target/common/obj/APPS/OpenWnn_intermediates/proguard.classes.jar
24806 ProGuard, version 4.4
24807 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/OpenWnn_intermediates/classe
s.jar]
24808 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24809 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24810 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24811 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
```

```
24812 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24813 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24814 Note: com.android.common.SharedPreferencesCompat accesses a method
'apply()' dynamically
24815 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24816      Maybe this is library method
'android.app.ContextImpl$SharedPreferencesImpl$EditorImpl { void apply(); }'
24817      Maybe this is library method
'android.content.SharedPreferences$Editor { void apply(); }'
24818 Note: the configuration keeps the entry point
'com.android.mms.ui.Presenter {
Presenter(android.content.Context,com.android.mms.ui.ViewInterface,com.androi
d.mms.model.Model); }', but not the descriptor class
'com.android.mms.ui.ViewInterface'
24819 Note: the configuration keeps the entry point
'com.android.mms.ui.MmsThumbnailPresenter {
MmsThumbnailPresenter(android.content.Context,com.android.mms.ui.ViewInterfac
e,com.android.mms.model.Model); }', but not the descriptor class
'com.android.mms.ui.ViewInterface'
24820 Note: the configuration keeps the entry point
'com.android.mms.ui.MmsThumbnailPresenter { void
presentFirstSlide(com.android.mms.ui.SlideViewInterface,com.android.mms.model
.SlideModel); }', but not the descriptor class
'com.android.mms.ui.SlideViewInterface'
24821 Note: the configuration keeps the entry point
'com.android.mms.ui.MmsThumbnailPresenter { void
presentVideoThumbnail(com.android.mms.ui.SlideViewInterface,com.android.mms.m
odel.VideoModel); }', but not the descriptor class
'com.android.mms.ui.SlideViewInterface'
24822 Note: the configuration keeps the entry point
'com.android.mms.ui.MmsThumbnailPresenter { void
presentImageThumbnail(com.android.mms.ui.SlideViewInterface,com.android.mms.m
odel.ImageModel); }', but not the descriptor class
'com.android.mms.ui.SlideViewInterface'
24823 Note: the configuration keeps the entry point
'com.android.mms.ui.MmsThumbnailPresenter { void
presentAudioThumbnail(com.android.mms.ui.SlideViewInterface,com.android.mms.m
odel.AudioModel); }', but not the descriptor class
'com.android.mms.ui.SlideViewInterface'
24824 Note: the configuration keeps the entry point
'com.android.mms.ui.MmsThumbnailPresenter { void
showDrmIcon(com.android.mms.ui.SlideViewInterface,java.lang.String); }', but
not the descriptor class 'com.android.mms.ui.SlideViewInterface'
24825 Note: there were 7 unkept descriptor classes in kept class members.
24826      You should consider explicitly keeping the mentioned classes
24827      (using '-keep').
24828 Note: there were 1 accesses to class members by means of introspection.
24829      You should consider explicitly keeping the mentioned class
members
24830      (using '-keep' or '-keepclassmembers').
```

```
24831 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/SoundRecorder_intermediates/
proguard.classes.jar]
24832   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/SoundRecorder_intermediates/
classes.jar]
24833 Proguard:
out/target/common/obj/APPS/PackageInstaller_intermediates/proguard.classes.ja
r
24834 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/Mms_intermediates/proguard.c
lasses.jar]
24835   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Mms_intermediates/classes.ja
r]
24836 ProGuard, version 4.4
24837 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/PackageInstaller_intermediat
es/classes.jar]
24838 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24839 Proguard:
out/target/common/obj/APPS/Phone_intermediates/proguard.classes.jar
24840 ProGuard, version 4.4
24841 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Phone_intermediates/classes.
jar]
24842 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24843 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24844 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24845 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/OpenWnn_intermediates/progua
rd.classes.jar]
24846   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/OpenWnn_intermediates/classe
s.jar]
24847 Proguard:
out/target/common/obj/APPS/PicoTts_intermediates/proguard.classes.jar
24848 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24849 ProGuard, version 4.4
24850 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/PicoTts_intermediates/classe
s.jar]
24851 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
```

```
24852 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24853 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24854 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24855 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24856 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24857 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24858 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/PackageInstaller_intermediat
es/proguard.classes.jar]
24859   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/PackageInstaller_intermediat
es/classes.jar]
24860 target Static Jar: com.android.inputmethod.pinyin.lib
(out/target/common/obj/JAVA_LIBRARIES/com.android.inputmethod.pinyin.lib_inte
rmediates/javalib.jar)
24861 Proguard:
out/target/common/obj/APPS/Provision_intermediates/proguard.classes.jar
24862 Note: the configuration refers to the unknown class
'com.android.phone.DataRoamingReenable'
24863 ProGuard, version 4.4
24864 Note: the configuration refers to the unknown class
'com.android.phone.RoamingSetting'
24865 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Provision_intermediates/clas
ses.jar]
24866 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24867 Note: there were 2 references to unknown classes.
24868        You should check your configuration for typos.
24869 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/Phone_intermediates/proguard
.classes.jar]
24870   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Phone_intermediates/classes.
jar]
24871 Proguard:
out/target/common/obj/APPS/Settings_intermediates/proguard.classes.jar
24872 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24873 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24874 ProGuard, version 4.4
```

24875 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Settings_intermediates/class
es.jar]
24876 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/PicoTts_intermediates/progua
rd.classes.jar]
24877   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/PicoTts_intermediates/classe
s.jar]
24878 Proguard:
out/target/common/obj/APPS/SettingsProvider_intermediates/proguard.classes.ja
r
24879 ProGuard, version 4.4
24880 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24881 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/SettingsProvider_intermediat
es/classes.jar]
24882 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24883 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24884 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24885 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24886 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24887 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24888 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24889 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24890 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/Provision_intermediates/prog
uard.classes.jar]
24891   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Provision_intermediates/clas
ses.jar]
24892 Copying:
out/target/common/obj/JAVA_LIBRARIES/android.policy_intermediates/noproguard.
classes.jar
24893 Proguard:
out/target/common/obj/APPS/TelephonyProvider_intermediates/proguard.classes.j
ar
24894 ProGuard, version 4.4

```
24895 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/TelephonyProvider_intermedia
tes/classes.jar]
24896 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24897 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24898 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24899 Note: the configuration refers to the unknown class
'com.android.settings.DeviceInfo$StatsReportReceiver'
24900 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24901 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/SettingsProvider_intermediat
es/proguard.classes.jar]
24902   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/SettingsProvider_intermediat
es/classes.jar]
24903 Note: there were 1 references to unknown classes.
24904       You should check your configuration for typos.
24905 Proguard:
out/target/common/obj/APPS/TtsService_intermediates/proguard.classes.jar
24906 ProGuard, version 4.4
24907 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/TtsService_intermediates/cla
sses.jar]
24908 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24909 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/Settings_intermediates/progu
ard.classes.jar]
24910   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Settings_intermediates/class
es.jar]
24911 Proguard:
out/target/common/obj/APPS/UserDictionaryProvider_intermediates/proguard.clas
ses.jar
24912 ProGuard, version 4.4
24913 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/UserDictionaryProvider_inter
mediates/classes.jar]
24914 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24915 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24916 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
```

24917 Note: com.android.common.SharedPreferencesCompat accesses a method
'apply()' dynamically
24918      Maybe this is library method
'android.app.ContextImpl$SharedPreferencesImpl$EditorImpl { void apply(); }'
24919      Maybe this is library method
'android.content.SharedPreferences$Editor { void apply(); }'
24920 Note: there were 1 accesses to class members by means of introspection.
24921      You should consider explicitly keeping the mentioned class
members
24922      (using '-keep' or '-keepclassmembers').
24923 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24924 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/TelephonyProvider_intermedia
tes/proguard.classes.jar]
24925   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/TelephonyProvider_intermedia
tes/classes.jar]
24926 Proguard:
out/target/common/obj/APPS/VoiceDialer_intermediates/proguard.classes.jar
24927 ProGuard, version 4.4
24928 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/VoiceDialer_intermediates/cl
asses.jar]
24929 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24930 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24931 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24932 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24933 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24934 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24935 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24936 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/TtsService_intermediates/pro
guard.classes.jar]
24937   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/TtsService_intermediates/cla
sses.jar]
24938 Proguard:
out/target/common/obj/APPS/VpnServices_intermediates/proguard.classes.jar
24939 ProGuard, version 4.4

24940 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/VpnServices_intermediates/cl
asses.jar]
24941 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
24942 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/UserDictionaryProvider_inter
mediates/proguard.classes.jar]
24943   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/UserDictionaryProvider_inter
mediates/classes.jar]
24944 Copying:
out/target/common/obj/JAVA_LIBRARIES/am_intermediates/noproguard.classes.jar
24945 Copying:
out/target/common/obj/JAVA_LIBRARIES/bmgr_intermediates/noproguard.classes.ja
r
24946 Copying:
out/target/common/obj/JAVA_LIBRARIES/com.android.location.provider_intermedia
tes/noproguard.classes.jar
24947 Copying:
out/target/common/obj/JAVA_LIBRARIES/ime_intermediates/noproguard.classes.jar
24948 Copying:
out/target/common/obj/JAVA_LIBRARIES/input_intermediates/noproguard.classes.j
ar
24949 Copying:
out/target/common/obj/JAVA_LIBRARIES/monkey_intermediates/noproguard.classes.
jar
24950 Copying:
out/target/common/obj/JAVA_LIBRARIES/pm_intermediates/noproguard.classes.jar
24951 Copying:
out/target/common/obj/JAVA_LIBRARIES/svc_intermediates/noproguard.classes.jar
24952 target Static Jar: libprotobuf-java-2.3.0-micro
(out/target/common/obj/JAVA_LIBRARIES/libprotobuf-java-2.3.0-
micro_intermediates/javalib.jar)
24953 Copying:
out/target/common/obj/JAVA_LIBRARIES/com.example.android.platform_library_int
ermediates/noproguard.classes.jar
24954 Checking API: checkapi-last
24955 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
24956 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
24957 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
24958 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/VoiceDialer_intermediates/pr
oguard.classes.jar]
24959   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/VoiceDialer_intermediates/cl
asses.jar]
24960 Checking API: checkapi-current
24961 htmlDir not a directory: out/target/common/docs/gen
24962 Install: out/host/linux-x86/framework/layoutlib.jar

```
24963 target Dex: AccountAndSyncSettings
24964 target Dex: ApplicationsProvider
24965 target Dex: javax.obex
24966 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/VpnServices_intermediates/pr
oguard.classes.jar]
24967   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/VpnServices_intermediates/cl
asses.jar]
24968 target Dex: Browser
24969 Compiling SDK Stubs:
out/target/common/obj/JAVA_LIBRARIES/android_stubs_current_intermediates/clas
ses.jar
24970 target Dex: android.test.runner
24971 target Dex: CalendarProvider
24972 target Dex: CertInstaller
24973 target Java: Contacts
(out/target/common/obj/APPS/Contacts_intermediates/classes)
24974 Note: Some input files use or override a deprecated API.
24975 Note: Recompile with -Xlint:deprecation for details.
24976 Note: Some input files use unchecked or unsafe operations.
24977 Note: Recompile with -Xlint:unchecked for details.
24978 target Dex: ContactsProvider
24979 Note: Some input files use or override a deprecated API.
24980 Note: Recompile with -Xlint:deprecation for details.
24981 target Dex: DefaultContainerService
24982 target Dex: DownloadProvider
24983 target Dex: DownloadProviderUi
24984 target Dex: DrmProvider
24985 target Dex: Email
24986 target Dex: HTMLViewer
24987 target Dex: Launcher2
24988 target Dex: MediaProvider
24989 target Dex: Mms
24990 target Dex: SoundRecorder
24991 target Dex: Nfc
24992 target Dex: OpenWnn
24993 target Dex: PackageInstaller
24994 target Dex: Phone
24995 target Dex: PicoTts
24996 target Java: PinyinIME
(out/target/common/obj/APPS/PinyinIME_intermediates/classes)
24997 target Dex: Provision
24998 target Dex: Settings
24999 target Dex: SettingsProvider
25000 target Dex: android.policy
25001 target Dex: TelephonyProvider
25002 target Dex: TtsService
25003 target Dex: UserDictionaryProvider
25004 target Dex: VoiceDialer
25005 target Dex: VpnServices
25006 target Dex: am
25007 target Dex: bmgr
25008 target Dex: com.android.location.provider
25009 target Dex: ime
25010 target Dex: input
25011 target Dex: monkey
```

```
25012 target Dex: pm
25013 target Dex: svc
25014 target Java: librilproto-java
(out/target/common/obj/JAVA_LIBRARIES/librilproto-java_intermediates/classes)
25015 target Dex: com.example.android.platform_library
25016 Copying:
out/target/common/obj/APPS/AccountAndSyncSettings_intermediates/progaurd.clas
ses.dex
25017 Copying:
out/target/common/obj/APPS/ApplicationsProvider_intermediates/progaurd.classe
s.dex
25018 Copying:
out/target/common/obj/JAVA_LIBRARIES/javax.obex_intermediates/noproguard.clas
ses.dex
25019 Copying:
out/target/common/obj/APPS/Browser_intermediates/progaurd.classes.dex
25020 Copying:
out/target/common/obj/JAVA_LIBRARIES/android.test.runner_intermediates/noprog
uard.classes.dex
25021 Copying:
out/target/common/obj/APPS/CalendarProvider_intermediates/progaurd.classes.de
x
25022 target Java: Camera
(out/target/common/obj/APPS/Camera_intermediates/classes)
25023 Copying:
out/target/common/obj/APPS/CertInstaller_intermediates/progaurd.classes.dex
25024 Copying: out/target/common/obj/APPS/Contacts_intermediates/classes-
jarjar.jar
25025 Copying:
out/target/common/obj/APPS/ContactsProvider_intermediates/progaurd.classes.de
x
25026 Copying:
out/target/common/obj/APPS/DefaultContainerService_intermediates/progaurd.cla
sses.dex
25027 target Java: DeskClock
(out/target/common/obj/APPS/DeskClock_intermediates/classes)
25028 Copying:
out/target/common/obj/APPS/DownloadProvider_intermediates/progaurd.classes.de
x
25029 Copying:
out/target/common/obj/APPS/DownloadProviderUi_intermediates/progaurd.classes.
dex
25030 Copying:
out/target/common/obj/APPS/DrmProvider_intermediates/progaurd.classes.dex
25031 Copying:
out/target/common/obj/APPS/Email_intermediates/progaurd.classes.dex
25032 target Java: Gallery3D
(out/target/common/obj/APPS/Gallery3D_intermediates/classes)
25033 packages/apps/Gallery3D/src/com/cooliris/media/TimeBar.java:69:
warning: unmappable character for encoding ascii
25034     private final StringTexture mDot = new StringTexture("���");
25035                                                          ^
25036 packages/apps/Gallery3D/src/com/cooliris/media/TimeBar.java:69:
warning: unmappable character for encoding ascii
25037     private final StringTexture mDot = new StringTexture("���");
25038                                                             ^
```

25039 packages/apps/Gallery3D/src/com/cooliris/media/TimeBar.java:69:
warning: unmappable character for encoding ascii
25040     private final StringTexture mDot = new StringTexture("���");
25041                                                           ^
25042 Note: packages/apps/DeskClock/src/com/android/deskclock/DeskClock.java
uses or overrides a deprecated API.
25043 Note: Recompile with -Xlint:deprecation for details.
25044 Copying:
out/target/common/obj/APPS/HTMLViewer_intermediates/progaurd.classes.dex
25045 target Java: LatinIME
(out/target/common/obj/APPS/LatinIME_intermediates/classes)
25046 Copying:
out/target/common/obj/APPS/Launcher2_intermediates/progaurd.classes.dex
25047 Copying:
out/target/common/obj/APPS/MediaProvider_intermediates/progaurd.classes.dex
25048 Copying:
out/target/common/obj/APPS/Mms_intermediates/progaurd.classes.dex
25049 Copying:
out/target/common/obj/APPS/SoundRecorder_intermediates/progaurd.classes.dex
25050 target Java: Music
(out/target/common/obj/APPS/Music_intermediates/classes)
25051 3 warnings
25052 Copying:
out/target/common/obj/APPS/Nfc_intermediates/noproguard.classes.dex
25053 Copying:
out/target/common/obj/APPS/OpenWnn_intermediates/progaurd.classes.dex
25054 Copying:
out/target/common/obj/APPS/PackageInstaller_intermediates/progaurd.classes.de
x
25055 Copying:
out/target/common/obj/APPS/Phone_intermediates/progaurd.classes.dex
25056 Copying:
out/target/common/obj/APPS/PicoTts_intermediates/progaurd.classes.dex
25057 Copying: out/target/common/obj/APPS/PinyinIME_intermediates/classes-
jarjar.jar
25058 target Java: Protips
(out/target/common/obj/APPS/Protips_intermediates/classes)
25059 Copying:
out/target/common/obj/APPS/Provision_intermediates/progaurd.classes.dex
25060 Copying:
out/target/common/obj/APPS/Settings_intermediates/progaurd.classes.dex
25061 Copying:
out/target/common/obj/APPS/SettingsProvider_intermediates/progaurd.classes.de
x
25062 Copying:
out/target/common/obj/JAVA_LIBRARIES/android.policy_intermediates/noproguard.
classes.dex
25063 target Java: Tag (out/target/common/obj/APPS/Tag_intermediates/classes)
25064 Note:
packages/apps/Music/src/com/android/music/SharedPreferencesCompat.java uses
unchecked or unsafe operations.
25065 Note: Recompile with -Xlint:unchecked for details.
25066 Copying:
out/target/common/obj/APPS/TelephonyProvider_intermediates/progaurd.classes.d
ex
25067 Copying:
out/target/common/obj/APPS/TtsService_intermediates/progaurd.classes.dex

```
25068 Copying:
out/target/common/obj/APPS/UserDictionaryProvider_intermediates/progaurd.clas
ses.dex
25069 Copying:
out/target/common/obj/APPS/VoiceDialer_intermediates/progaurd.classes.dex
25070 Copying:
out/target/common/obj/APPS/VpnServices_intermediates/progaurd.classes.dex
25071 Copying:
out/target/common/obj/JAVA_LIBRARIES/am_intermediates/noproguard.classes.dex
25072 Copying:
out/target/common/obj/JAVA_LIBRARIES/bmgr_intermediates/noproguard.classes.de
x
25073 Copying:
out/target/common/obj/JAVA_LIBRARIES/com.android.location.provider_intermedia
tes/noproguard.classes.dex
25074 Copying:
out/target/common/obj/JAVA_LIBRARIES/ime_intermediates/noproguard.classes.dex
25075 Copying:
out/target/common/obj/JAVA_LIBRARIES/input_intermediates/noproguard.classes.d
ex
25076 Copying:
out/target/common/obj/JAVA_LIBRARIES/monkey_intermediates/noproguard.classes.
dex
25077 Copying:
out/target/common/obj/JAVA_LIBRARIES/pm_intermediates/noproguard.classes.dex
25078 Copying:
out/target/common/obj/JAVA_LIBRARIES/svc_intermediates/noproguard.classes.dex
25079 target Java: AccelerometerPlay
(out/target/common/obj/APPS/AccelerometerPlay_intermediates/classes)
25080 target Java: AccessibilityService
(out/target/common/obj/APPS/AccessibilityService_intermediates/classes)
25081
development/samples/AccelerometerPlay/src/com/example/android/accelerometerpl
ay/AccelerometerPlayActivity.java:168: warning: unmappable character for
encoding ascii
25082                    * �F = mA <=> A = �F / m We could simplify the code
by
25083               ^
25084
development/samples/AccelerometerPlay/src/com/example/android/accelerometerpl
ay/AccelerometerPlayActivity.java:168: warning: unmappable character for
encoding ascii
25085                    * �F = mA <=> A = �F / m We could simplify the code
by
25086                        ^
25087
development/samples/AccelerometerPlay/src/com/example/android/accelerometerpl
ay/AccelerometerPlayActivity.java:178: warning: unmappable character for
encoding ascii
25088               * integrator is defined as x(t+�t) = x(t) + x(t) -
x(t-�t) +
25089                             ^
25090
development/samples/AccelerometerPlay/src/com/example/android/accelerometerpl
ay/AccelerometerPlayActivity.java:178: warning: unmappable character for
encoding ascii
```

```
25091                       * integrator is defined as x(t+�t) = x(t) + x(t) -
x(t-�t) +
25092
                            ^
25093
development/samples/AccelerometerPlay/src/com/example/android/accelerometerpl
ay/AccelerometerPlayActivity.java:179: warning: unmappable character for
encoding ascii
25094                       * a(t)�t�2 However, the above equation doesn't handle
variable
25095                           ^
25096
development/samples/AccelerometerPlay/src/com/example/android/accelerometerpl
ay/AccelerometerPlayActivity.java:179: warning: unmappable character for
encoding ascii
25097                       * a(t)�t�2 However, the above equation doesn't handle
variable
25098                             ^
25099
development/samples/AccelerometerPlay/src/com/example/android/accelerometerpl
ay/AccelerometerPlayActivity.java:180: warning: unmappable character for
encoding ascii
25100                       * �t very well, a time-corrected version is needed:
x(t+�t) =
25101                           ^
25102
development/samples/AccelerometerPlay/src/com/example/android/accelerometerpl
ay/AccelerometerPlayActivity.java:180: warning: unmappable character for
encoding ascii
25103                       * �t very well, a time-corrected version is needed:
x(t+�t) =
25104
                            ^
25105
development/samples/AccelerometerPlay/src/com/example/android/accelerometerpl
ay/AccelerometerPlayActivity.java:181: warning: unmappable character for
encoding ascii
25106                       * x(t) + (x(t) - x(t-�t)) * (�t/�t_prev) + a(t)�t�2
We also add
25107                                           ^
25108
development/samples/AccelerometerPlay/src/com/example/android/accelerometerpl
ay/AccelerometerPlayActivity.java:181: warning: unmappable character for
encoding ascii
25109                       * x(t) + (x(t) - x(t-�t)) * (�t/�t_prev) + a(t)�t�2
We also add
25110                                                 ^
25111
development/samples/AccelerometerPlay/src/com/example/android/accelerometerpl
ay/AccelerometerPlayActivity.java:181: warning: unmappable character for
encoding ascii
25112                       * x(t) + (x(t) - x(t-�t)) * (�t/�t_prev) + a(t)�t�2
We also add
25113                                                     ^
```

```
25114
development/samples/AccelerometerPlay/src/com/example/android/accelerometerpl
ay/AccelerometerPlayActivity.java:181: warning: unmappable character for
encoding ascii
25115              * x(t) + (x(t) - x(t-�t)) * (�t/�t_prev) + a(t)�t�2
We also add
25116                                                                    ^
25117
development/samples/AccelerometerPlay/src/com/example/android/accelerometerpl
ay/AccelerometerPlayActivity.java:181: warning: unmappable character for
encoding ascii
25118              * x(t) + (x(t) - x(t-�t)) * (�t/�t_prev) + a(t)�t�2
We also add
25119                                                                        ^
25120
development/samples/AccelerometerPlay/src/com/example/android/accelerometerpl
ay/AccelerometerPlayActivity.java:182: warning: unmappable character for
encoding ascii
25121              * a simple friction term (f) to the equation: x(t+�t)
= x(t) +
25122                                                                      ^
25123
development/samples/AccelerometerPlay/src/com/example/android/accelerometerpl
ay/AccelerometerPlayActivity.java:183: warning: unmappable character for
encoding ascii
25124              * (1-f) * (x(t) - x(t-�t)) * (�t/�t_prev) +
a(t)�t�2
25125                               ^
25126
development/samples/AccelerometerPlay/src/com/example/android/accelerometerpl
ay/AccelerometerPlayActivity.java:183: warning: unmappable character for
encoding ascii
25127              * (1-f) * (x(t) - x(t-�t)) * (�t/�t_prev) +
a(t)�t�2
25128                                            ^
25129
development/samples/AccelerometerPlay/src/com/example/android/accelerometerpl
ay/AccelerometerPlayActivity.java:183: warning: unmappable character for
encoding ascii
25130              * (1-f) * (x(t) - x(t-�t)) * (�t/�t_prev) +
a(t)�t�2
25131                                               ^
25132
development/samples/AccelerometerPlay/src/com/example/android/accelerometerpl
ay/AccelerometerPlayActivity.java:183: warning: unmappable character for
encoding ascii
25133              * (1-f) * (x(t) - x(t-�t)) * (�t/�t_prev) +
a(t)�t�2
25134                                                                    ^
25135
development/samples/AccelerometerPlay/src/com/example/android/accelerometerpl
ay/AccelerometerPlayActivity.java:183: warning: unmappable character for
encoding ascii
25136              * (1-f) * (x(t) - x(t-�t)) * (�t/�t_prev) +
a(t)�t�2
```

```
25137                                                                    ^
25138 19 warnings
25139 target Java: ApiDemos
(out/target/common/obj/APPS/ApiDemos_intermediates/classes)
25140 target Java: BackupRestore
(out/target/common/obj/APPS/BackupRestore_intermediates/classes)
25141 target Java: BluetoothChat
(out/target/common/obj/APPS/BluetoothChat_intermediates/classes)
25142 target Java: BuildWidget
(out/target/common/obj/APPS/BuildWidget_intermediates/classes)
25143 target Java: BusinessCard
(out/target/common/obj/APPS/BusinessCard_intermediates/classes)
25144 target Java: Compass
(out/target/common/obj/APPS/Compass_intermediates/classes)
25145 Note:
development/samples/BusinessCard/src/com/example/android/businesscard/Contact
AccessorSdk3_4.java uses or overrides a deprecated API.
25146 Note: Recompile with -Xlint:deprecation for details.
25147 target Java: ContactManager
(out/target/common/obj/APPS/ContactManager_intermediates/classes)
25148 target Java: CubeLiveWallpapers
(out/target/common/obj/APPS/CubeLiveWallpapers_intermediates/classes)
25149 Note: Some input files use or override a deprecated API.
25150 Note: Recompile with -Xlint:deprecation for details.
25151 Note:
development/samples/ApiDemos/src/com/example/android/apis/ApiDemos.java uses
unchecked or unsafe operations.
25152 Note: Recompile with -Xlint:unchecked for details.
25153 target Java: FixedGridLayout
(out/target/common/obj/APPS/FixedGridLayout_intermediates/classes)
25154 Copying: out/target/common/obj/JAVA_LIBRARIES/librilproto-
java_intermediates/classes-jarjar.jar
25155 target Java: GestureBuilder
(out/target/common/obj/APPS/GestureBuilder_intermediates/classes)
25156 target Java: HelloActivity
(out/target/common/obj/APPS/HelloActivity_intermediates/classes)
25157 target Java: Home
(out/target/common/obj/APPS/Home_intermediates/classes)
25158 target Java: LunarLander
(out/target/common/obj/APPS/LunarLander_intermediates/classes)
25159 target Java: MultiResolution
(out/target/common/obj/APPS/MultiResolution_intermediates/classes)
25160 DroidDoc took 759 sec. to write docs to out/target/common/docs/doc-
comment-check
25161 target Java: NFCDemo
(out/target/common/obj/APPS/NFCDemo_intermediates/classes)
25162 target Java: NotePad
(out/target/common/obj/APPS/NotePad_intermediates/classes)
25163 target Java: Notepadv1Solution
(out/target/common/obj/APPS/Notepadv1Solution_intermediates/classes)
25164 target Java: Notepadv1
(out/target/common/obj/APPS/Notepadv1_intermediates/classes)
25165 target Java: Notepadv2Solution
(out/target/common/obj/APPS/Notepadv2Solution_intermediates/classes)
25166 target Java: Notepadv2
(out/target/common/obj/APPS/Notepadv2_intermediates/classes)
```

```
25167 target Java: Notepadv3Solution
(out/target/common/obj/APPS/Notepadv3Solution_intermediates/classes)
25168 target Java: Notepadv3
(out/target/common/obj/APPS/Notepadv3_intermediates/classes)
25169 target Java: ObbApp
(out/target/common/obj/APPS/ObbApp_intermediates/classes)
25170 Copying:
out/target/common/obj/JAVA_LIBRARIES/com.example.android.platform_library_int
ermediates/noproguard.classes.dex
25171 target Java: QuickSearchBoxBenchmarks
(out/target/common/obj/APPS/QuickSearchBoxBenchmarks_intermediates/classes)
25172 target Java: RSSReader
(out/target/common/obj/APPS/RSSReader_intermediates/classes)
25173 target Java: SearchableDictionary
(out/target/common/obj/APPS/SearchableDictionary_intermediates/classes)
25174 target Java: SipDemo
(out/target/common/obj/APPS/SipDemo_intermediates/classes)
25175 target Java: SkeletonApp
(out/target/common/obj/APPS/SkeletonApp_intermediates/classes)
25176 target Java: Snake
(out/target/common/obj/APPS/Snake_intermediates/classes)
25177 target Java: SoftKeyboard
(out/target/common/obj/APPS/SoftKeyboard_intermediates/classes)
25178 target Java: UpgradeExample
(out/target/common/obj/APPS/UpgradeExample_intermediates/classes)
25179 target Java: VoiceRecognitionService
(out/target/common/obj/APPS/VoiceRecognitionService_intermediates/classes)
25180 target Java: Voiper
(out/target/common/obj/APPS/Voiper_intermediates/classes)
25181 target Java: WiktionarySimple
(out/target/common/obj/APPS/WiktionarySimple_intermediates/classes)
25182 target Java: Wiktionary
(out/target/common/obj/APPS/Wiktionary_intermediates/classes)
25183 target Java: oauth
(out/target/common/obj/JAVA_LIBRARIES/oauth_intermediates/classes)
25184 target Package: AccountAndSyncSettings
(out/target/product/crespo/obj/APPS/AccountAndSyncSettings_intermediates/pack
age.apk)
25185 target Package: ApplicationsProvider
(out/target/product/crespo/obj/APPS/ApplicationsProvider_intermediates/packag
e.apk)
25186
'out/target/common/obj/APPS/ApplicationsProvider_intermediates//classes.dex'
as 'classes.dex'...
25187
'out/target/common/obj/APPS/AccountAndSyncSettings_intermediates//classes.dex
' as 'classes.dex'...
25188 target Jar: javax.obex
(out/target/common/obj/JAVA_LIBRARIES/javax.obex_intermediates/javalib.jar)
25189 target Package: Browser
(out/target/product/crespo/obj/APPS/Browser_intermediates/package.apk)
25190
'out/target/common/obj/JAVA_LIBRARIES/javax.obex_intermediates//classes.dex'
as 'classes.dex'...
25191 target Java: Calculator
(out/target/common/obj/APPS/Calculator_intermediates/classes)
```

25192 target Jar: android.test.runner
(out/target/common/obj/JAVA_LIBRARIES/android.test.runner_intermediates/javal
ib.jar)
25193 target Package: CalendarProvider
(out/target/product/crespo/obj/APPS/CalendarProvider_intermediates/package.ap
k)
25194
'out/target/common/obj/JAVA_LIBRARIES/android.test.runner_intermediates//clas
ses.dex' as 'classes.dex'...
25195 Copying: out/target/common/obj/APPS/Camera_intermediates/classes-
jarjar.jar
25196 target Package: CertInstaller
(out/target/product/crespo/obj/APPS/CertInstaller_intermediates/package.apk)
25197 libpng warning: Ignoring attempt to set cHRM RGB triangle with zero
area
25198  'out/target/common/obj/APPS/CertInstaller_intermediates//classes.dex'
as 'classes.dex'...
25199
'out/target/common/obj/APPS/CalendarProvider_intermediates//classes.dex' as
'classes.dex'...
25200 Copying:
out/target/common/obj/APPS/Contacts_intermediates/emma_out/lib/classes-
jarjar.jar
25201 target Package: ContactsProvider
(out/target/product/crespo/obj/APPS/ContactsProvider_intermediates/package.ap
k)
25202 target Package: DefaultContainerService
(out/target/product/crespo/obj/APPS/DefaultContainerService_intermediates/pac
kage.apk)
25203
'out/target/common/obj/APPS/ContactsProvider_intermediates//classes.dex' as
'classes.dex'...
25204
'out/target/common/obj/APPS/DefaultContainerService_intermediates//classes.de
x' as 'classes.dex'...
25205 Copying: out/target/common/obj/APPS/DeskClock_intermediates/classes-
jarjar.jar
25206 aapt: warning: string 'pref_default_text_encoding_default' has no
default translation in packages/apps/Browser/res; found: ja
25207 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'en_US' in packages/apps/Browser/res
25208 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'en_GB' in packages/apps/Browser/res
25209 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'fr_FR' in packages/apps/Browser/res
25210 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'it_IT' in packages/apps/Browser/res
25211 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'es_ES' in packages/apps/Browser/res
25212 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'es_US' in packages/apps/Browser/res
25213 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'de_DE' in packages/apps/Browser/res
25214 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'nl_NL' in packages/apps/Browser/res
25215 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'cs_CZ' in packages/apps/Browser/res

```
25216 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'pl_PL' in packages/apps/Browser/res
25217 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'zh_TW' in packages/apps/Browser/res
25218 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'zh_CN' in packages/apps/Browser/res
25219 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'ru_RU' in packages/apps/Browser/res
25220 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'ko_KR' in packages/apps/Browser/res
25221 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'nb_NO' in packages/apps/Browser/res
25222 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'pt_PT' in packages/apps/Browser/res
25223 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'pt_BR' in packages/apps/Browser/res
25224 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'da_DK' in packages/apps/Browser/res
25225 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'el_GR' in packages/apps/Browser/res
25226 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'sv_SE' in packages/apps/Browser/res
25227 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'tr_TR' in packages/apps/Browser/res
25228 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'hdpi' in packages/apps/Browser/res
25229 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'en_US' in packages/apps/Browser/res
25230 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'en_GB' in packages/apps/Browser/res
25231 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'fr_FR' in packages/apps/Browser/res
25232 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'it_IT' in packages/apps/Browser/res
25233 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'de_DE' in packages/apps/Browser/res
25234 aapt: warning: **** string 'pref_default_text_encoding_dtarget Package:
DownloadProvider
(out/target/product/crespo/obj/APPS/DownloadProvider_intermediates/package.ap
k)
25235 target Package: DownloadProviderUi
(out/target/product/crespo/obj/APPS/DownloadProviderUi_intermediates/package.
apk)
25236 target Package: DrmProvider
(out/target/product/crespo/obj/APPS/DrmProvider_intermediates/package.apk)
25237
'out/target/common/obj/APPS/DownloadProvider_intermediates//classes.dex' as
'classes.dex'...
25238  'out/target/common/obj/APPS/DrmProvider_intermediates//classes.dex' as
'classes.dex'...
25239
'out/target/common/obj/APPS/DownloadProviderUi_intermediates//classes.dex' as
'classes.dex'...
25240 target Package: Email
(out/target/product/crespo/obj/APPS/Email_intermediates/package.apk)
25241 Copying: out/target/common/obj/APPS/Gallery3D_intermediates/classes-
jarjar.jar
```

```
25242 target Package: HTMLViewer
(out/target/product/crespo/obj/APPS/HTMLViewer_intermediates/package.apk)
25243 Copying: out/target/common/obj/APPS/LatinIME_intermediates/classes-
jarjar.jar
25244 target Package: Launcher2
(out/target/product/crespo/obj/APPS/Launcher2_intermediates/package.apk)
25245 efault' has no default or required localization for 'es_ES' in
packages/apps/Browser/res
25246 aapt: warning: **** string 'pref_default_text_encoding_default' has no
default or required localization for 'nodpi' in packages/apps/Browser/res
25247 'out/target/common/obj/APPS/Browser_intermediates//classes.dex' as
'classes.dex'...
25248 'out/target/common/obj/APPS/HTMLViewer_intermediates//classes.dex' as
'classes.dex'...
25249 target Package: MediaProvider
(out/target/product/crespo/obj/APPS/MediaProvider_intermediates/package.apk)
25250 target Package: Mms
(out/target/product/crespo/obj/APPS/Mms_intermediates/package.apk)
25251 'out/target/common/obj/APPS/MediaProvider_intermediates//classes.dex'
as 'classes.dex'...
25252 target Package: SoundRecorder
(out/target/product/crespo/obj/APPS/SoundRecorder_intermediates/package.apk)
25253 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
25254 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
25255 'out/target/common/obj/APPS/SoundRecorder_intermediates//classes.dex'
as 'classes.dex'...
25256 'out/target/common/obj/APPS/Launcher2_intermediates//classes.dex' as
'classes.dex'...
25257 Copying: out/target/common/obj/APPS/Music_intermediates/classes-
jarjar.jar
25258 target Package: Nfc
(out/target/product/crespo/obj/APPS/Nfc_intermediates/package.apk)
25259   adding: lib/ (stored 0%)
25260   adding: lib/armeabi-v7a/ (stored 0%)
25261   adding: lib/armeabi-v7a/libnfc_jni.so (deflated 51%)
25262 'out/target/common/obj/APPS/Email_intermediates//classes.dex' as
'classes.dex'...
25263 'out/target/common/obj/APPS/Nfc_intermediates//classes.dex' as
'classes.dex'...
25264 target Package: OpenWnn
(out/target/product/crespo/obj/APPS/OpenWnn_intermediates/package.apk)
25265 target Package: PackageInstaller
(out/target/product/crespo/obj/APPS/PackageInstaller_intermediates/package.ap
k)
25266
'out/target/common/obj/APPS/PackageInstaller_intermediates//classes.dex' as
'classes.dex'...
25267 target Package: Phone
(out/target/product/crespo/obj/APPS/Phone_intermediates/package.apk)
25268 target Package: PicoTts
(out/target/product/crespo/obj/APPS/PicoTts_intermediates/package.apk)
```

25269 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
25270 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
25271 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
25272  'out/target/common/obj/APPS/PicoTts_intermediates//classes.dex' as
'classes.dex'...
25273  'out/target/common/obj/APPS/Mms_intermediates//classes.dex' as
'classes.dex'...
25274 Copying:
out/target/common/obj/APPS/PinyinIME_intermediates/emma_out/lib/classes-
jarjar.jar
25275 Copying: out/target/common/obj/APPS/Protips_intermediates/classes-
jarjar.jar
25276 target Package: Provision
(out/target/product/crespo/obj/APPS/Provision_intermediates/package.apk)
25277  'out/target/common/obj/APPS/Provision_intermediates//classes.dex' as
'classes.dex'...
25278 target Package: Settings
(out/target/product/crespo/obj/APPS/Settings_intermediates/package.apk)
25279 target Package: SettingsProvider
(out/target/product/crespo/obj/APPS/SettingsProvider_intermediates/package.ap
k)
25280
'out/target/common/obj/APPS/SettingsProvider_intermediates//classes.dex' as
'classes.dex'...
25281 target Jar: android.policy
(out/target/common/obj/JAVA_LIBRARIES/android.policy_intermediates/javalib.ja
r)
25282
'out/target/common/obj/JAVA_LIBRARIES/android.policy_intermediates//classes.d
ex' as 'classes.dex'...
25283 Copying: out/target/common/obj/APPS/Tag_intermediates/classes-
jarjar.jar
25284 target Package: TelephonyProvider
(out/target/product/crespo/obj/APPS/TelephonyProvider_intermediates/package.a
pk)
25285   adding: lib/ (stored 0%)
25286   adding: lib/armeabi-v7a/ (stored 0%)
25287   adding: lib/armeabi-v7a/libwnndict.so (deflated 40%)
25288   adding: lib/armeabi-v7a/libWnnJpnDic.so
'out/target/common/obj/APPS/TelephonyProvider_intermediates//classes.dex' as
'classes.dex'...
25289 (deflated 37%)
25290   adding: lib/armeabi-v7a/libWnnEngDic.so (deflated 40%)
25291  'out/target/common/obj/APPS/OpenWnn_intermediates//classes.dex' as
'classes.dex'...
25292 target Package: TtsService
(out/target/product/crespo/obj/APPS/TtsService_intermediates/package.apk)
25293  'out/target/common/obj/APPS/TtsService_intermediates//classes.dex' as
'classes.dex'...

25294 target Package: UserDictionaryProvider
(out/target/product/crespo/obj/APPS/UserDictionaryProvider_intermediates/pack
age.apk)
25295
'out/target/common/obj/APPS/UserDictionaryProvider_intermediates//classes.dex'
' as 'classes.dex'...
25296 target Package: VoiceDialer
(out/target/product/crespo/obj/APPS/VoiceDialer_intermediates/package.apk)
25297 target Package: VpnServices
(out/target/product/crespo/obj/APPS/VpnServices_intermediates/package.apk)
25298 'out/target/common/obj/APPS/VoiceDialer_intermediates//classes.dex' as
'classes.dex'...
25299 'out/target/common/obj/APPS/VpnServices_intermediates//classes.dex' as
'classes.dex'...
25300 target Jar: am
(out/target/common/obj/JAVA_LIBRARIES/am_intermediates/javalib.jar)
25301 'out/target/common/obj/JAVA_LIBRARIES/am_intermediates//classes.dex'
as 'classes.dex'...
25302 target Jar: bmgr
(out/target/common/obj/JAVA_LIBRARIES/bmgr_intermediates/javalib.jar)
25303 target Jar: com.android.location.provider
(out/target/common/obj/JAVA_LIBRARIES/com.android.location.provider_intermedi
ates/javalib.jar)
25304
'out/target/common/obj/JAVA_LIBRARIES/com.android.location.provider_intermedi
ates//classes.dex' as 'classes.dex'...
25305 target Jar: ime
(out/target/common/obj/JAVA_LIBRARIES/ime_intermediates/javalib.jar)
25306 'out/target/common/obj/JAVA_LIBRARIES/bmgr_intermediates//classes.dex'
as 'classes.dex'...
25307 target Jar: input
(out/target/common/obj/JAVA_LIBRARIES/input_intermediates/javalib.jar)
25308 'out/target/common/obj/JAVA_LIBRARIES/ime_intermediates//classes.dex'
as 'classes.dex'...
25309 target Jar: monkey
(out/target/common/obj/JAVA_LIBRARIES/monkey_intermediates/javalib.jar)
25310
'out/target/common/obj/JAVA_LIBRARIES/input_intermediates//classes.dex' as
'classes.dex'...
25311 target Jar: pm
(out/target/common/obj/JAVA_LIBRARIES/pm_intermediates/javalib.jar)
25312
'out/target/common/obj/JAVA_LIBRARIES/monkey_intermediates//classes.dex' as
'classes.dex'...
25313 target Jar: svc
(out/target/common/obj/JAVA_LIBRARIES/svc_intermediates/javalib.jar)
25314 'out/target/common/obj/JAVA_LIBRARIES/pm_intermediates//classes.dex'
as 'classes.dex'...
25315 target Java: AndroidCommonTests
(out/target/common/obj/APPS/AndroidCommonTests_intermediates/classes)
25316 'out/target/common/obj/JAVA_LIBRARIES/svc_intermediates//classes.dex'
as 'classes.dex'...
25317 Copying: out/target/common/obj/APPS/ApiDemos_intermediates/classes-
jarjar.jar
25318 target Java: BrowserPowerTests
(out/target/common/obj/APPS/BrowserPowerTests_intermediates/classes)

25319 Note:
frameworks/ex/common/tests/src/com/android/common/Rfc822ValidatorTest.java
uses or overrides a deprecated API.
25320 Note: Recompile with -Xlint:deprecation for details.
25321 target Java: BrowserTests
(out/target/common/obj/APPS/BrowserTests_intermediates/classes)
25322 Note:
frameworks/base/tests/BrowserPowerTest/src/com/android/browserpowertest/Power
Measurement.java uses or overrides a deprecated API.
25323 Note: Recompile with -Xlint:deprecation for details.
25324 target Java: CalendarProviderTests
(out/target/common/obj/APPS/CalendarProviderTests_intermediates/classes)
25325 target Java: ContactsProviderTests
(out/target/common/obj/APPS/ContactsProviderTests_intermediates/classes)
25326 Note:
packages/providers/CalendarProvider/tests/src/com/android/providers/calendar/
CalendarProvider2Test.java uses or overrides a deprecated API.
25327 Note: Recompile with -Xlint:deprecation for details.
25328 target Java: CoreTests
(out/target/common/obj/APPS/CoreTests_intermediates/classes)
25329  'out/target/common/obj/APPS/Phone_intermediates//classes.dex' as
'classes.dex'...
25330 Note: Some input files use or override a deprecated API.
25331 Note: Recompile with -Xlint:deprecation for details.
25332 target Java: Development
(out/target/common/obj/APPS/Development_intermediates/classes)
25333 target Java: DownloadProviderPermissionTests
(out/target/common/obj/APPS/DownloadProviderPermissionTests_intermediates/cla
sses)
25334 Note: Some input files use or override a deprecated API.
25335 Note: Recompile with -Xlint:deprecation for details.
25336 Note: Some input files use unchecked or unsafe operations.
25337 Note: Recompile with -Xlint:unchecked for details.
25338 target Java: DownloadProviderTests
(out/target/common/obj/APPS/DownloadProviderTests_intermediates/classes)
25339 target Java: DownloadPublicApiAccessTests
(out/target/common/obj/APPS/DownloadPublicApiAccessTests_intermediates/classe
s)
25340 Note: Some input files use or override a deprecated API.
25341 Note: Recompile with -Xlint:deprecation for details.
25342 Note: Some input files use unchecked or unsafe operations.
25343 Note: Recompile with -Xlint:unchecked for details.
25344 target Java: DumpRenderTree
(out/target/common/obj/APPS/DumpRenderTree_intermediates/classes)
25345 target Java: EmailTests
(out/target/common/obj/APPS/EmailTests_intermediates/classes)
25346 target Java: FrameworkPermissionTests
(out/target/common/obj/APPS/FrameworkPermissionTests_intermediates/classes)
25347 target Java: FrameworkPolicyTests
(out/target/common/obj/APPS/FrameworkPolicyTests_intermediates/classes)
25348 Note: Some input files use or override a deprecated API.
25349 Note: Recompile with -Xlint:deprecation for details.
25350 Note: Some input files use unchecked or unsafe operations.
25351 Note: Recompile with -Xlint:unchecked for details.
25352 target Java: FrameworkTestRunnerTests
(out/target/common/obj/APPS/FrameworkTestRunnerTests_intermediates/classes)

```
25353 target Java: FrameworksGraphicsTests
(out/target/common/obj/APPS/FrameworksGraphicsTests_intermediates/classes)
25354 Note: Some input files use or override a deprecated API.
25355 Note: Recompile with -Xlint:deprecation for details.
25356 target Java: FrameworksSaxTests
(out/target/common/obj/APPS/FrameworksSaxTests_intermediates/classes)
25357 Note: Some input files use unchecked or unsafe operations.
25358 Note: Recompile with -Xlint:unchecked for details.
25359 Copying: out/target/common/obj/JAVA_LIBRARIES/librilproto-
java_intermediates/emma_out/lib/classes-jarjar.jar
25360 target Java: FrameworksVpnTests
(out/target/common/obj/APPS/FrameworksVpnTests_intermediates/classes)
25361 target Java: GalleryTests
(out/target/common/obj/APPS/GalleryTests_intermediates/classes)
25362 Copying:
out/target/common/obj/APPS/HelloActivity_intermediates/classes-jarjar.jar
25363 target Java: ImfTestTests
(out/target/common/obj/APPS/ImfTestTests_intermediates/classes)
25364 target Java: KeyStoreTests
(out/target/common/obj/APPS/KeyStoreTests_intermediates/classes)
25365 Copying: out/target/common/obj/APPS/LunarLander_intermediates/classes-
jarjar.jar
25366 target Java: MmsTests
(out/target/common/obj/APPS/MmsTests_intermediates/classes)
25367 Copying: out/target/common/obj/APPS/NotePad_intermediates/classes-
jarjar.jar
25368 target Java: PhoneAppTests
(out/target/common/obj/APPS/PhoneAppTests_intermediates/classes)
25369 target Jar: com.example.android.platform_library
(out/target/common/obj/JAVA_LIBRARIES/com.example.android.platform_library_in
termediates/javalib.jar)
25370
'out/target/common/obj/JAVA_LIBRARIES/com.example.android.platform_library_in
termediates//classes.dex' as 'classes.dex'...
25371 target Java: SettingsTests
(out/target/common/obj/APPS/SettingsTests_intermediates/classes)
25372 Note: Some input files use or override a deprecated API.
25373 Note: Recompile with -Xlint:deprecation for details.
25374 Copying: out/target/common/obj/APPS/SkeletonApp_intermediates/classes-
jarjar.jar
25375 target Java: SmokeTestApp
(out/target/common/obj/APPS/SmokeTestApp_intermediates/classes)
25376 Copying: out/target/common/obj/APPS/Snake_intermediates/classes-
jarjar.jar
25377 target Java: VoiceDialerTests
(out/target/common/obj/APPS/VoiceDialerTests_intermediates/classes)
25378 target Java: launchperf
(out/target/common/obj/APPS/launchperf_intermediates/classes)
25379 target Java: mediaframeworktest
(out/target/common/obj/APPS/mediaframeworktest_intermediates/classes)
25380 Install:
out/target/product/crespo/system/app/AccountAndSyncSettings.apk
25381 Install: out/target/product/crespo/system/app/ApplicationsProvider.apk
25382 target Java: Bluetooth
(out/target/common/obj/APPS/Bluetooth_intermediates/classes)
25383 Install: out/target/product/crespo/system/app/Browser.apk
```

```
25384 Copying: out/target/common/obj/APPS/Calculator_intermediates/classes-
jarjar.jar
25385 target Java: Calendar
(out/target/common/obj/APPS/Calendar_intermediates/classes)
25386 Note:
packages/apps/Bluetooth/src/com/android/bluetooth/opp/BluetoothOppPreference.
java uses unchecked or unsafe operations.
25387 Note: Recompile with -Xlint:unchecked for details.
25388 Note: Some input files use or override a deprecated API.
25389 Note: Recompile with -Xlint:deprecation for details.
25390 Install: out/target/product/crespo/system/app/CalendarProvider.apk
25391 Copying:
out/target/common/obj/APPS/Camera_intermediates/emma_out/lib/classes-
jarjar.jar
25392 Install: out/target/product/crespo/system/app/CertInstaller.apk
25393 Copying: out/target/common/obj/APPS/Contacts_intermediates/classes.jar
25394 Install: out/target/product/crespo/system/app/ContactsProvider.apk
25395 Install:
out/target/product/crespo/system/app/DefaultContainerService.apk
25396 Copying:
out/target/common/obj/APPS/DeskClock_intermediates/emma_out/lib/classes-
jarjar.jar
25397 Install: out/target/product/crespo/system/app/DownloadProvider.apk
25398 Install: out/target/product/crespo/system/app/DownloadProviderUi.apk
25399 Install: out/target/product/crespo/system/app/DrmProvider.apk
25400 Install: out/target/product/crespo/system/app/Email.apk
25401 Copying:
out/target/common/obj/APPS/Gallery3D_intermediates/emma_out/lib/classes-
jarjar.jar
25402 Install: out/target/product/crespo/system/app/HTMLViewer.apk
25403 Copying:
out/target/common/obj/APPS/LatinIME_intermediates/emma_out/lib/classes-
jarjar.jar
25404 Install: out/target/product/crespo/system/app/Launcher2.apk
25405 Install: out/target/product/crespo/system/app/MediaProvider.apk
25406 Install: out/target/product/crespo/system/app/SoundRecorder.apk
25407 Copying:
out/target/common/obj/APPS/Music_intermediates/emma_out/lib/classes-
jarjar.jar
25408 Install: out/target/product/crespo/system/app/Nfc.apk
25409 Install: out/target/product/crespo/system/app/PackageInstaller.apk
25410 Install: out/target/product/crespo/system/app/OpenWnn.apk
25411 Install: out/target/product/crespo/system/app/Phone.apk
25412 Install: out/target/product/crespo/system/app/PicoTts.apk
25413 Copying: out/target/common/obj/APPS/PinyinIME_intermediates/classes.jar
25414 Copying:
out/target/common/obj/APPS/Protips_intermediates/emma_out/lib/classes-
jarjar.jar
25415 Install: out/target/product/crespo/system/app/SettingsProvider.apk
25416 Install: out/target/product/crespo/system/app/Provision.apk
25417 target Java: services
(out/target/common/obj/JAVA_LIBRARIES/services_intermediates/classes)
25418 Copying:
out/target/common/obj/APPS/Tag_intermediates/emma_out/lib/classes-jarjar.jar
25419 Install: out/target/product/crespo/system/app/TelephonyProvider.apk
25420 Install: out/target/product/crespo/system/app/TtsService.apk
```

```
25421 Install:
out/target/product/crespo/system/app/UserDictionaryProvider.apk
25422 Install: out/target/product/crespo/system/app/VoiceDialer.apk
25423 Install: out/target/product/crespo/system/app/VpnServices.apk
25424  'out/target/common/obj/APPS/Settings_intermediates//classes.dex' as
'classes.dex'...
25425 Install: out/target/product/crespo/system/framework/android.policy.jar
25426 Install:
out/target/product/crespo/system/framework/android.test.runner.jar
25427 Install: out/target/product/crespo/system/framework/javax.obex.jar
25428 Copying:
out/target/common/obj/APPS/ApiDemos_intermediates/emma_out/lib/classes-
jarjar.jar
25429 target Java: ContactsTests
(out/target/common/obj/APPS/ContactsTests_intermediates/classes)
25430 Note: Some input files use or override a deprecated API.
25431 Note: Recompile with -Xlint:deprecation for details.
25432 Copying: out/target/common/obj/JAVA_LIBRARIES/librilproto-
java_intermediates/classes.jar
25433 Copying:
out/target/common/obj/APPS/HelloActivity_intermediates/emma_out/lib/classes-
jarjar.jar
25434 Copying:
out/target/common/obj/APPS/LunarLander_intermediates/emma_out/lib/classes-
jarjar.jar
25435 Copying:
out/target/common/obj/APPS/NotePad_intermediates/emma_out/lib/classes-
jarjar.jar
25436 target Java: PlatformLibraryClient
(out/target/common/obj/APPS/PlatformLibraryClient_intermediates/classes)
25437 Copying:
out/target/common/obj/APPS/SkeletonApp_intermediates/emma_out/lib/classes-
jarjar.jar
25438 Copying: out/target/common/obj/APPS/SmokeTestApp_intermediates/classes-
jarjar.jar
25439 Copying:
out/target/common/obj/APPS/Snake_intermediates/emma_out/lib/classes-
jarjar.jar
25440 Copying: out/target/common/obj/APPS/Bluetooth_intermediates/classes-
jarjar.jar
25441 Copying:
out/target/common/obj/APPS/Calculator_intermediates/emma_out/lib/classes-
jarjar.jar
25442 Copying: out/target/common/obj/APPS/Calendar_intermediates/classes-
jarjar.jar
25443 Copying: out/target/common/obj/APPS/Camera_intermediates/classes.jar
25444 Proguard:
out/target/common/obj/APPS/Contacts_intermediates/proguard.classes.jar
25445 ProGuard, version 4.4
25446 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Contacts_intermediates/class
es.jar]
25447 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
25448 Copying: out/target/common/obj/APPS/DeskClock_intermediates/classes.jar
25449 Copying: out/target/common/obj/APPS/Gallery3D_intermediates/classes.jar
```

```
25450 Copying: out/target/common/obj/APPS/LatinIME_intermediates/classes.jar
25451 Install: out/target/product/crespo/system/app/Mms.apk
25452 Note:
packages/apps/Contacts/tests/src/com/android/contacts/RecentCallsListActivity
Tests.java uses or overrides a deprecated API.
25453 Note: Recompile with -Xlint:deprecation for details.
25454 Copying: out/target/common/obj/APPS/Music_intermediates/classes.jar
25455 Proguard:
out/target/common/obj/APPS/PinyinIME_intermediates/proguard.classes.jar
25456 Copying: out/target/common/obj/APPS/Protips_intermediates/classes.jar
25457 Install: out/target/product/crespo/system/app/Settings.apk
25458 Copying: out/target/common/obj/APPS/Tag_intermediates/classes.jar
25459 ProGuard, version 4.4
25460 Install: out/target/product/crespo/system/framework/am.jar
25461 Install: out/target/product/crespo/system/framework/bmgr.jar
25462 Install:
out/target/product/crespo/system/framework/com.android.location.provider.jar
25463 Install: out/target/product/crespo/system/framework/ime.jar
25464 Install: out/target/product/crespo/system/framework/input.jar
25465 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/PinyinIME_intermediates/clas
ses.jar]
25466 Install: out/target/product/crespo/system/framework/monkey.jar
25467 Install: out/target/product/crespo/system/framework/pm.jar
25468 Install: out/target/product/crespo/system/framework/svc.jar
25469 Copying: out/target/common/obj/APPS/ApiDemos_intermediates/classes.jar
25470 target Java: CameraTests
(out/target/common/obj/APPS/CameraTests_intermediates/classes)
25471 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
25472 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
25473 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
25474 Note: Some input files use or override a deprecated API.
25475 Note: Recompile with -Xlint:deprecation for details.
25476 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
25477 target Java: DeskClockTests
(out/target/common/obj/APPS/DeskClockTests_intermediates/classes)
25478 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
25479 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
25480 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
25481 target Static Jar: librilproto-java
(out/target/common/obj/JAVA_LIBRARIES/librilproto-
java_intermediates/javalib.jar)
```

```
25482 target Java: Gallery3DTests
(out/target/common/obj/APPS/Gallery3DTests_intermediates/classes)
25483 Copying:
out/target/common/obj/APPS/HelloActivity_intermediates/classes.jar
25484 target Java: LatinIMETests
(out/target/common/obj/APPS/LatinIMETests_intermediates/classes)
25485 Note: Some input files use or override a deprecated API.
25486 Note: Recompile with -Xlint:deprecation for details.
25487 Note: Some input files use unchecked or unsafe operations.
25488 Note: Recompile with -Xlint:unchecked for details.
25489 Copying:
out/target/common/obj/APPS/LunarLander_intermediates/classes.jar
25490 target Java: MusicTests
(out/target/common/obj/APPS/MusicTests_intermediates/classes)
25491 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/Contacts_intermediates/progu
ard.classes.jar]
25492    Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Contacts_intermediates/class
es.jar]
25493 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/PinyinIME_intermediates/prog
uard.classes.jar]
25494    Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/PinyinIME_intermediates/clas
ses.jar]
25495 Copying: out/target/common/obj/APPS/NotePad_intermediates/classes.jar
25496 Copying:
out/target/common/obj/APPS/SmokeTestApp_intermediates/emma_out/lib/classes-
jarjar.jar
25497 Copying:
out/target/common/obj/APPS/SkeletonApp_intermediates/classes.jar
25498 Copying: out/target/common/obj/APPS/Snake_intermediates/classes.jar
25499 target Java: TagTests
(out/target/common/obj/APPS/TagTests_intermediates/classes)
25500 target Java: mockrilcontroller
(out/target/common/obj/JAVA_LIBRARIES/mockrilcontroller_intermediates/classes
)
25501 Copying:
out/target/common/obj/APPS/Bluetooth_intermediates/emma_out/lib/classes-
jarjar.jar
25502 Copying:
out/target/common/obj/APPS/Calculator_intermediates/classes.jar
25503 Copying:
out/target/common/obj/APPS/Calendar_intermediates/emma_out/lib/classes-
jarjar.jar
25504 Proguard:
out/target/common/obj/APPS/Camera_intermediates/proguard.classes.jar
25505 ProGuard, version 4.4
25506 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Camera_intermediates/classes
.jar]
25507 Note: Some input files use or override a deprecated API.
25508 Note: Recompile with -Xlint:deprecation for details.
25509
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
```

```
25510      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25511         ^
25512
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25513      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25514         ^
25515
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25516      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25517          ^
25518
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25519      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25520          ^
25521
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25522      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25523          ^
25524
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25525      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25526           ^
25527
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25528      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25529           ^
25530
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25531      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25532            ^
25533
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25534      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25535            ^
25536
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25537      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25538            ^
25539
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25540      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25541             ^
25542
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
```

```
25543     // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25544                  ^
25545
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25546     // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25547                  ^
25548
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25549     // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25550                   ^
25551
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25552     // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25553                 ^
25554
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25555     // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25556                  ^
25557
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25558     // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25559                   ^
25560
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25561     // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25562                   ^
25563
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25564     // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25565                  ^
25566
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25567     // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25568                   ^
25569
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25570     // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25571                   ^
25572
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25573 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/android_stubs_curr
ent_intermediates/classes.jar]
25574     // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25575                   ^
```

```
25576
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25577      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25578                                      ^
25579
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25580      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25581                                      ^
25582
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25583      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25584                                      ^
25585
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25586      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25587                                      ^
25588
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25589      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25590                                      ^
25591
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25592      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25593                                      ^
25594
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25595      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25596                                       ^
25597
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25598      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25599                                        ^
25600
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25601      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25602                                        ^
25603
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25604      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25605                                       ^
25606
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25607      // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25608                                        ^
```

```
25609
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25610     // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25611                              ^
25612
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25613     // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25614                              ^
25615
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25616     // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25617                                  ^
25618
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25619     // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25620                                       ^
25621
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25622     // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25623                                  ^
25624
packages/apps/Tag/tests/src/com/android/apps/tag/record/TextRecordTest.java:3
2: warning: unmappable character for encoding ascii
25625     // ◆◆◆◆◆◆◆r◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
25626                                    ^
25627 target Dex: Contacts
25628 39 warnings
25629 Proguard:
out/target/common/obj/APPS/DeskClock_intermediates/proguard.classes.jar
25630 ProGuard, version 4.4
25631 Proguard:
out/target/common/obj/APPS/Gallery3D_intermediates/proguard.classes.jar
25632 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/DeskClock_intermediates/clas
ses.jar]
25633 ProGuard, version 4.4
25634 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/android_stubs_curr
ent_intermediates/classes.jar]
25635 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Gallery3D_intermediates/clas
ses.jar]
25636 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/android_stubs_curr
ent_intermediates/classes.jar]
25637 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/Camera_intermediates/proguar
d.classes.jar]
25638   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Camera_intermediates/classes
.jar]
```

25639 Proguard:
out/target/common/obj/APPS/LatinIME_intermediates/proguard.classes.jar
25640 ProGuard, version 4.4
25641 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/LatinIME_intermediates/class
es.jar]
25642 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/android_stubs_curr
ent_intermediates/classes.jar]
25643 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/DeskClock_intermediates/prog
uard.classes.jar]
25644    Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/DeskClock_intermediates/clas
ses.jar]
25645 Proguard:
out/target/common/obj/APPS/Music_intermediates/proguard.classes.jar
25646 ProGuard, version 4.4
25647 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Music_intermediates/classes.
jar]
25648 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/android_stubs_curr
ent_intermediates/classes.jar]
25649 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/Gallery3D_intermediates/prog
uard.classes.jar]
25650    Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Gallery3D_intermediates/clas
ses.jar]
25651 target Dex: PinyinIME
25652 Note: com.android.common.SharedPreferencesCompat accesses a method
'apply()' dynamically
25653       Maybe this is library method
'android.content.SharedPreferences$Editor { void apply(); }'
25654 Note: there were 1 accesses to class members by means of introspection.
25655       You should consider explicitly keeping the mentioned class
members
25656       (using '-keep' or '-keepclassmembers').
25657 Note: com.android.music.SharedPreferencesCompat accesses a method
'apply()' dynamically
25658       Maybe this is library method
'android.content.SharedPreferences$Editor { void apply(); }'
25659 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/LatinIME_intermediates/progu
ard.classes.jar]
25660    Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/LatinIME_intermediates/class
es.jar]
25661 Note: the configuration refers to the unknown class
'com.android.music.NowPlayingActivity'
25662 Note: there were 1 references to unknown classes.
25663       You should check your configuration for typos.
25664 Note: there were 1 accesses to class members by means of introspection.
25665       You should consider explicitly keeping the mentioned class
members
25666       (using '-keep' or '-keepclassmembers').

```
25667 Proguard:
out/target/common/obj/APPS/Protips_intermediates/proguard.classes.jar
25668 Copying:
out/target/common/obj/JAVA_LIBRARIES/services_intermediates/classes-
jarjar.jar
25669 Proguard:
out/target/common/obj/APPS/Tag_intermediates/proguard.classes.jar
25670 ProGuard, version 4.4
25671 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Protips_intermediates/classe
s.jar]
25672 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/android_stubs_curr
ent_intermediates/classes.jar]
25673 ProGuard, version 4.4
25674 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Tag_intermediates/classes.ja
r]
25675 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/Music_intermediates/proguard
.classes.jar]
25676   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Music_intermediates/classes.
jar]
25677 target Java: ApiDemosTests
(out/target/common/obj/APPS/ApiDemosTests_intermediates/classes)
25678 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/android_stubs_curr
ent_intermediates/classes.jar]
25679 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/Protips_intermediates/progua
rd.classes.jar]
25680   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Protips_intermediates/classe
s.jar]
25681 target Java: CalculatorTests
(out/target/common/obj/APPS/CalculatorTests_intermediates/classes)
25682 target Java: FrameworksTelephonyTests
(out/target/common/obj/APPS/FrameworksTelephonyTests_intermediates/classes)
25683 target Java: HelloActivityTests
(out/target/common/obj/APPS/HelloActivityTests_intermediates/classes)
25684 Note: com.google.common.base.FinalizableReferenceQueue accesses a
method 'startFinalizer(java.lang.Class,java.lang.Object)' dynamically
25685 Note: com.google.common.base.internal.Finalizer accesses a method
'finalizeReferent()' dynamically
25686       Maybe this is program method
'com.google.common.base.FinalizableReference { void finalizeReferent(); }'
25687       Maybe this is program method
'com.google.common.collect.MapMaker$SoftEntry { void finalizeReferent(); }'
25688       Maybe this is program method
'com.google.common.collect.MapMaker$SoftValueReference { void
finalizeReferent(); }'
25689       Maybe this is program method
'com.google.common.collect.MapMaker$WeakEntry { void finalizeReferent(); }'
25690       Maybe this is program method
'com.google.common.collect.MapMaker$WeakValueReference { void
finalizeReferent(); }'
```

25691 Note:
packages/apps/Calculator/tests/src/com/android/calculator2/CalculatorHitSomeB
uttons.java uses or overrides a deprecated API.
25692 Note: Recompile with -Xlint:deprecation for details.
25693 Note: there were 2 accesses to class members by means of introspection.
25694     You should consider explicitly keeping the mentioned class
members
25695     (using '-keep' or '-keepclassmembers').
25696 target Java: NotePadTests
(out/target/common/obj/APPS/NotePadTests_intermediates/classes)
25697 target Java: LunarLanderTests
(out/target/common/obj/APPS/LunarLanderTests_intermediates/classes)
25698 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/Tag_intermediates/proguard.c
lasses.jar]
25699   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Tag_intermediates/classes.ja
r]
25700 target Java: SkeletonAppTests
(out/target/common/obj/APPS/SkeletonAppTests_intermediates/classes)
25701 Note: Some input files use or override a deprecated API.
25702 Note: Recompile with -Xlint:deprecation for details.
25703 Copying:
out/target/common/obj/APPS/SmokeTestApp_intermediates/classes.jar
25704 target Java: SnakeTests
(out/target/common/obj/APPS/SnakeTests_intermediates/classes)
25705 Copying: out/target/common/obj/APPS/Bluetooth_intermediates/classes.jar
25706 Proguard:
out/target/common/obj/APPS/Calculator_intermediates/proguard.classes.jar
25707 Copying: out/target/common/obj/APPS/Calendar_intermediates/classes.jar
25708 target Dex: Camera
25709 ProGuard, version 4.4
25710 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Calculator_intermediates/cla
sses.jar]
25711 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/android_stubs_curr
ent_intermediates/classes.jar]
25712 Copying:
out/target/common/obj/APPS/Contacts_intermediates/progaurd.classes.dex
25713 target Dex: DeskClock
25714 target Dex: Gallery3D
25715 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/Calculator_intermediates/pro
guard.classes.jar]
25716   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Calculator_intermediates/cla
sses.jar]
25717 target Dex: LatinIME
25718 target Dex: Music
25719 Copying:
out/target/common/obj/APPS/PinyinIME_intermediates/progaurd.classes.dex
25720 target Dex: Protips
25721 Copying:
out/target/common/obj/JAVA_LIBRARIES/services_intermediates/emma_out/lib/clas
ses-jarjar.jar
25722 target Dex: Tag

25723 target Java: CalendarTests
(out/target/common/obj/APPS/CalendarTests_intermediates/classes)
25724 target Java: SmokeTest
(out/target/common/obj/APPS/SmokeTest_intermediates/classes)
25725 Proguard:
out/target/common/obj/APPS/Bluetooth_intermediates/proguard.classes.jar
25726 ProGuard, version 4.4
25727 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Bluetooth_intermediates/clas
ses.jar]
25728 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
25729 target Dex: Calculator
25730 Note:
packages/apps/Calendar/tests/src/com/android/calendar/FormatDateRangeTest.jav
a uses or overrides a deprecated API.
25731 Note: Recompile with -Xlint:deprecation for details.
25732 Copying:
out/target/common/obj/APPS/Camera_intermediates/progaurd.classes.dex
25733 Proguard:
out/target/common/obj/APPS/Calendar_intermediates/proguard.classes.jar
25734 target Package: Contacts
(out/target/product/crespo/obj/APPS/Contacts_intermediates/package.apk)
25735 ProGuard, version 4.4
25736 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Calendar_intermediates/class
es.jar]
25737 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/android.test.runne
r_intermediates/classes.jar]
25738 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
25739 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
25740 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
25741 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
25742 Copying:
out/target/common/obj/APPS/DeskClock_intermediates/progaurd.classes.dex
25743 Copying:
out/target/common/obj/APPS/Gallery3D_intermediates/progaurd.classes.dex
25744 Copying:
out/target/common/obj/APPS/LatinIME_intermediates/progaurd.classes.dex
25745 Copying:
out/target/common/obj/APPS/Music_intermediates/progaurd.classes.dex
25746 target Package: PinyinIME
(out/target/product/crespo/obj/APPS/PinyinIME_intermediates/package.apk)
25747 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]

```
25748 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
25749 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
25750   adding: lib/ (stored 0%)
25751   adding: lib/armeabi-v7a/ (stored 0%)
25752   adding: lib/armeabi-v7a/libjni_pinyinime.so (deflated 46%)
25753  'out/target/common/obj/APPS/PinyinIME_intermediates//classes.dex' as
'classes.dex'...
25754 Copying:
out/target/common/obj/APPS/Protips_intermediates/progaurd.classes.dex
25755 Copying:
out/target/common/obj/JAVA_LIBRARIES/services_intermediates/classes.jar
25756 Copying:
out/target/common/obj/APPS/Tag_intermediates/progaurd.classes.dex
25757 Copying:
out/target/common/obj/APPS/Calculator_intermediates/progaurd.classes.dex
25758 target Package: Camera
(out/target/product/crespo/obj/APPS/Camera_intermediates/package.apk)
25759 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/javax.obex_interme
diates/classes.jar]
25760 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
25761 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
25762  'out/target/common/obj/APPS/Camera_intermediates//classes.dex' as
'classes.dex'...
25763  'out/target/common/obj/APPS/Contacts_intermediates//classes.dex' as
'classes.dex'...
25764 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/Bluetooth_intermediates/prog
uard.classes.jar]
25765   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Bluetooth_intermediates/clas
ses.jar]
25766 target Package: DeskClock
(out/target/product/crespo/obj/APPS/DeskClock_intermediates/package.apk)
25767 target Package: Gallery3D
(out/target/product/crespo/obj/APPS/Gallery3D_intermediates/package.apk)
25768 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/Calendar_intermediates/progu
ard.classes.jar]
25769   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/Calendar_intermediates/class
es.jar]
25770 target Package: LatinIME
(out/target/product/crespo/obj/APPS/LatinIME_intermediates/package.apk)
25771 target Package: Music
(out/target/product/crespo/obj/APPS/Music_intermediates/package.apk)
25772 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
```

```
25773 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
25774  'out/target/common/obj/APPS/DeskClock_intermediates//classes.dex' as
'classes.dex'...
25775 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
25776 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
25777  'out/target/common/obj/APPS/Gallery3D_intermediates//classes.dex' as
'classes.dex'...
25778 Install: out/target/product/crespo/system/app/PinyinIME.apk
25779 target Package: Protips
(out/target/product/crespo/obj/APPS/Protips_intermediates/package.apk)
25780 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
25781 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
25782 Warning: AndroidManifest.xml already defines minSdkVersion (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
25783  'out/target/common/obj/APPS/Protips_intermediates//classes.dex' as
'classes.dex'...
25784 Copying:
out/target/common/obj/JAVA_LIBRARIES/services_intermediates/noproguard.classe
s.jar
25785 target Package: Tag
(out/target/product/crespo/obj/APPS/Tag_intermediates/package.apk)
25786  'out/target/common/obj/APPS/Music_intermediates//classes.dex' as
'classes.dex'...
25787 target Dex: Bluetooth
25788 Warning: AndroidManifest.xml already defines versionCode (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
25789 Warning: AndroidManifest.xml already defines versionName (in
http://schemas.android.com/apk/res/android); using existing value in
manifest.
25790  'out/target/common/obj/APPS/Tag_intermediates//classes.dex' as
'classes.dex'...
25791 target Package: Calculator
(out/target/product/crespo/obj/APPS/Calculator_intermediates/package.apk)
25792 target Dex: Calendar
25793  'out/target/common/obj/APPS/Calculator_intermediates//classes.dex' as
'classes.dex'...
25794   adding: lib/ (stored 0%)
25795   adding: lib/armeabi-v7a/ (stored 0%)
25796   adding: lib/armeabi-v7a/libjni_latinime.so (deflated 48%)
25797  'out/target/common/obj/APPS/LatinIME_intermediates//classes.dex' as
'classes.dex'...
25798 Install: out/target/product/crespo/system/app/Camera.apk
25799 Install: out/target/product/crespo/system/app/Contacts.apk
25800 Install: out/target/product/crespo/system/app/DeskClock.apk
25801 Install: out/target/product/crespo/system/app/Gallery3D.apk
```

```
25802 Install: out/target/product/crespo/system/app/Music.apk
25803 Install: out/target/product/crespo/system/app/Protips.apk
25804 target Dex: services
25805 Install: out/target/product/crespo/system/app/Tag.apk
25806 Install: out/target/product/crespo/system/app/Calculator.apk
25807 Install: out/target/product/crespo/system/app/LatinIME.apk
25808 Copying:
out/target/common/obj/APPS/Bluetooth_intermediates/proguard.classes.dex
25809 target Package: Bluetooth
(out/target/product/crespo/obj/APPS/Bluetooth_intermediates/package.apk)
25810  'out/target/common/obj/APPS/Bluetooth_intermediates//classes.dex' as
'classes.dex'...
25811 Copying:
out/target/common/obj/APPS/Calendar_intermediates/progaurd.classes.dex
25812 target Package: Calendar
(out/target/product/crespo/obj/APPS/Calendar_intermediates/package.apk)
25813 Install: out/target/product/crespo/system/app/Bluetooth.apk
25814  'out/target/common/obj/APPS/Calendar_intermediates//classes.dex' as
'classes.dex'...
25815 Install: out/target/product/crespo/system/app/Calendar.apk
25816 Copying:
out/target/common/obj/JAVA_LIBRARIES/services_intermediates/noproguard.classe
s.dex
25817 target Jar: services
(out/target/common/obj/JAVA_LIBRARIES/services_intermediates/javalib.jar)
25818
'out/target/common/obj/JAVA_LIBRARIES/services_intermediates//classes.dex' as
'classes.dex'...
25819 target Java: SystemUI
(out/target/common/obj/APPS/SystemUI_intermediates/classes)
25820 target Java: FrameworksServicesTests
(out/target/common/obj/APPS/FrameworksServicesTests_intermediates/classes)
25821 Install: out/target/product/crespo/system/framework/services.jar
25822 Note:
frameworks/base/packages/SystemUI/src/com/android/systemui/statusbar/Ticker.j
ava uses unchecked or unsafe operations.
25823 Note: Recompile with -Xlint:unchecked for details.
25824 Copying: out/target/common/obj/APPS/SystemUI_intermediates/classes-
jarjar.jar
25825 Copying:
out/target/common/obj/APPS/SystemUI_intermediates/emma_out/lib/classes-
jarjar.jar
25826 Copying: out/target/common/obj/APPS/SystemUI_intermediates/classes.jar
25827 Proguard:
out/target/common/obj/APPS/SystemUI_intermediates/proguard.classes.jar
25828 ProGuard, version 4.4
25829 Reading program jar
[/home/ubuntu/android/out/target/common/obj/APPS/SystemUI_intermediates/class
es.jar]
25830 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core_intermediates
/classes.jar]
25831 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/core-
junit_intermediates/classes.jar]
```

25832 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/ext_intermediates/
classes.jar]
25833 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/framework_intermed
iates/classes.jar]
25834 Reading library jar
[/home/ubuntu/android/out/target/common/obj/JAVA_LIBRARIES/services_intermedi
ates/classes.jar]
25835 Preparing output jar
[/home/ubuntu/android/out/target/common/obj/APPS/SystemUI_intermediates/progu
ard.classes.jar]
25836   Copying resources from program jar
[/home/ubuntu/android/out/target/common/obj/APPS/SystemUI_intermediates/class
es.jar]
25837 target Dex: SystemUI
25838 Copying:
out/target/common/obj/APPS/SystemUI_intermediates/progaurd.classes.dex
25839 target Package: SystemUI
(out/target/product/crespo/obj/APPS/SystemUI_intermediates/package.apk)
25840  'out/target/common/obj/APPS/SystemUI_intermediates//classes.dex' as
'classes.dex'...
25841 Install: out/target/product/crespo/system/app/SystemUI.apk
25842 Finding NOTICE files: out/target/product/crespo/obj/NOTICE_FILES/hash-
timestamp
25843 Combining NOTICE files: out/target/product/crespo/obj/NOTICE.html
25844 Target system fs image:
out/target/product/crespo/obj/PACKAGING/systemimage_intermediates/system.img
25845 in mkuserimg.sh PATH=out/host/linux-x86/bin/:/usr/lib/jvm/java-6-
sun/bin:/home/ubuntu/bin:/usr/local/sbin:/usr/local/bin:/usr/sbin:/usr/bin:/s
bin:/bin:/usr/games:/home/ubuntu/android/out/host/linux-
x86/bin:/home/ubuntu/android/prebuilt/linux-x86/toolchain/arm-eabi-
4.4.3/bin:/home/ubuntu/android/development/emulator/qtools:/home/ubuntu/andro
id/prebuilt/linux-x86/toolchain/arm-eabi-
4.4.3/bin:/home/ubuntu/android/prebuilt/linux-x86/toolchain/arm-eabi-
4.4.3/bin
25846 make_ext4fs -l 536870912 -a system
out/target/product/crespo/obj/PACKAGING/systemimage_intermediates/system.img
out/target/product/crespo/system
25847 Creating filesystem with parameters:
25848      Size: 536870912
25849      Block size: 4096
25850      Blocks per group: 32768
25851      Inodes per group: 8192
25852      Inode size: 256
25853      Journal blocks: 2048
25854      Label:
25855      Blocks: 131072
25856      Block groups: 4
25857      Reserved block group size: 31
25858 Created filesystem with 541/32768 inodes and 25379/131072 blocks
25859 Install system fs image: out/target/product/crespo/system.img
25860
out/target/product/crespo/system.img+out/target/product/crespo/obj/PACKAGING/
recovery_patch_intermediates/recovery_from_boot.p total size is 97632430
25861 Installed file list: out/target/product/crespo/installed-files.txt

1

**PROOF OF SERVICE BY KITEWORKS**

2

3

I, José E. Valdés, am over the age of eighteen years old and not a party to the within-

entitled action. My place of employment and business address is Orrick, Herrington & Sutcliffe

4

LLP, 1000 Marsh Road, Menlo Park, California 94025.

5

On February 29, 2016, I served the following documents:

6

7

**REPLY EXPERT REPORT OF PROFESSOR DOUGLAS C. SCHMIDT, Ph.D.**

8

9

on the interested parties in this action by electronic service [Fed. Rule Civ. Proc. 5(b)] by

10

electronically mailing a true and correct copy, pursuant to the parties agreement, to the following

email addresses:

11

12

DALVIK-KVN@kvn.com
JCooper@fbm.com
gglas@fbm.com

13

14

I declare under penalty of perjury under the laws of the State of California and the United

15

States that the foregoing is true and correct.

16

Executed on February 29, 2016, at San Francisco, California.

17

18

19

_____ */s/ José E. Valdés* _____
José E. Valdés

20

21

22

23

24

25

26

27

28