# EXHIBIT PP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4

   _____

5                                 )

   ORACLE AMERICA, INC.,          )

6                                 )

           Plaintiff,             )

7                                 )

   vs.                            )   No. CV 10-03561 WHA

8                                 )

   GOOGLE INC.,                   )

9                                 )

           Defendant.             )

10                                )

   _____)

11

12      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

13      VIDEOTAPED DEPOSITION OF JAMES KOLOTOUROS

14              Palo Alto, California

15             Tuesday, January 26, 2016

16                    Volume I

17

18

19

20

21   Reported by:

22   CATHERINE A. RYAN

23   CSR No. 8239

24   Job No. 2224276

25   PAGES 1 - 232

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              MR. RAGLAND:  Same objection.
2              THE WITNESS:  Not that I am aware of.
3     BY MS. LEWIS-GRUSS:
4         Q    And if I could direct your attention to
5     the first page under the bold "Overall Project."
6         A    Uh-huh.
7     ██    ████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████████████████████████
11             Do you agree that the Android TV project
12    is progressing well?
13             MR. RAGLAND:  Objection.  Form.
14             THE WITNESS:  As of today or as of when
15    this was written?
16    BY MS. LEWIS-GRUSS:
17        Q    As of the date this was written, do you
18    agree that Android TV was progressing well?
19             MR. RAGLAND:  Same objection.
20             THE WITNESS:  So to make sure I don't
21    mischaracterize, do I believe that as of June 1st,
22    2014, the Android TV project was progressing well?
23    BY MS. LEWIS-GRUSS:
24        Q    That is my question.
25        A    I believe -- I believe so.
```

Page 67

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q    Do you think, as you sit here today, that

2    Android TV is currently progressing well?

3    A    I believe so.

4    Q    So there's been no change -- there's been

5    no negative change between June 2014 and today

6    regarding Android TV --

7              MR. RAGLAND:  Objection.

8    BY MS. LEWIS-GRUSS:

9    Q    -- is that correct?

10             MR. RAGLAND:  Objection.  Form.

11             THE WITNESS:  I think -- I think that's a

12   fair characterization.

13   BY MS. LEWIS-GRUSS:

14   Q    Are you aware of any financial projections

15   that Google has performed regarding Android TV?

16   A    I'm not familiar with any financial

17   projections in connection with Android TV.

18   Q    What is the purpose of Android TV for

19   Google?

20             MR. RAGLAND:  Objection.  Form.  Beyond

21   the scope of the noticed topics.

22             THE WITNESS:  What is the purpose of

23   Android TV?  I think to expand the Android ecosystem

24   to additional form factors that are relevant for

25   Android.

Page 68

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   BY MS. LEWIS-GRUSS:

 2       Q     Does Google collect data via Android TV?

 3             MR. RAGLAND:  Objection to form.  Also,

 4   beyond the scope of the noticed topics.

 5             THE WITNESS:  I am unfamiliar with the

 6   data collection practices of Android TV.

 7   BY MS. LEWIS-GRUSS:

 8       Q     Do you have a reason to believe that

 9   Google does not collect data from users of Android

10   TV?

11             MR. RAGLAND:  Objection to form.  Also,

12   beyond the scope of the noticed topics.

13             THE WITNESS:  I -- I'd feel uncomfortable

14   saying one way or another what they're collecting or

15   not collecting as it relates to data and Android TV.

16   BY MS. LEWIS-GRUSS:

17       Q     Were you involved in any efforts to

18   prepare a strategy regarding the launch of Android

19   TV?

20             MR. RAGLAND:  Objection to form.

21             THE WITNESS:  I was not.

22   BY MS. LEWIS-GRUSS:

23       Q     Were you involved in any efforts to expand

24   the reach of Android TV?

25             MR. RAGLAND:  Same objection.
```

Page 69

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              THE WITNESS:  I believe so, but I have not

2    read that agreement recently; so I'm not a hundred

3    percent familiar with what the current terms would

4    contain.

5    BY MS. LEWIS-GRUSS:

6         Q    Mr. Kolotouros, do you understand that you

7    are here today to testify about strategies in any

8    way associated with Android under any part thereof?

9              MR. RAGLAND:  Objection.  Form.  I'll also

10   refer to Docket No. 1416, which bears upon

11   presentation of the witness today.

12             THE WITNESS:  I understand.

13   BY MS. LEWIS-GRUSS:

14        Q    Do you understand what Google strategy is

15   for Android TV?

16             MR. RAGLAND:  Objection.  Form.

17             THE WITNESS:  At a high level I believe I

18   know what the strategy is.

19   BY MS. LEWIS-GRUSS:

20        Q    Okay.  Could you describe to me what

21   Google strategy is for Android TV, please?

22             MR. RAGLAND:  Objection.  Form.

23   ███████████████████████████████████████████████

██ ███████████████████████████████████████████

██ ███████████████████████████████████████████████,

                                        Page 74



Page 75

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   BY MS. LEWIS-GRUSS:

2        Q    Do you know what percentage of the

3   television market uses Android TV?

4             MR. RAGLAND:   Objection.   Form and scope.

5             THE WITNESS:   I do not.

6   BY MS. LEWIS-GRUSS:

7        Q    Do you know what percentage of television

8   manufacturers have entered into agreements with

9   Google for the deployment of Android TV?

10            MR. RAGLAND:   Same objections.

11            THE WITNESS:   What percentage of

12  manufacturers?   I don't know how many manufacturers

13  there are; so I'm not sure what the percentage would

14  be.

15  BY MS. LEWIS-GRUSS:

16

Page  76



25          Q     And once a product has been released to a

Page 179

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  market, how does Google measure the success of that

2  device?

3      A    Whether the -- if the OEM feels that

4  device has been successful, we will feel that device

5  has probably been successful.

6      Q    What does Google expect to get in return

7  for its investment in engineering support and

8  product resources provided to the manufacturer of an

9  Android Wear device?

10          MR. RAGLAND:  Objection to form.

11          THE WITNESS:  What do we expect to get in

12  return?  I think the only expectation we have is

13  that their delivery of a compelling device will

14  further validate the -- the Android Wear product in

15  the wearable space -- the connected wearable space.

16  BY MS. LEWIS-GRUSS:

17      Q    Why is the Android connected wearable

18  space a space that Google wants to be involved in?

19          MR. RAGLAND:  Objection to form.

20          THE WITNESS:  I think we believe that in

21  that other ecosystems are in the wearable space

22  and -- and trying to expand their own ecosystems,

23  that if we are unable to be successful in the

24  wearables category, it might implicate the prospects

25  for Android as an ecosystem for connected devices or

Page 180

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    for -- well, for connected devices, I guess.

2    BY MS. LEWIS-GRUSS:

3        Q    And how would lack of success in the

4    wearable space impact the ecosystem for Android?

5            MR. RAGLAND:  Objection to form and to

6    scope.

7            THE WITNESS:  Can you repeat the question,

8    please?

9            (Record read by the reporter as follows:

10               "QUESTION:  And how would lack of

11               success in the wearable space impact the

12               ecosystem for Android?")

13           THE WITNESS:  If users do not believe that

14   Android Wear was a -- a good product for them to

15   choose from, they might be driven away from Android

16   as an ecosystem as a whole and not want to consider

17   Android for a smartphone or a tablet or TV purchase.

18   BY MS. LEWIS-GRUSS:

19       Q    Does Google earn revenue in conjunction

20   with the Android Wear platform?

21       A    Not that I'm aware of.

22       Q    Does Google sell applications and content

23   via Android Wear devices?

24           MR. RAGLAND:  Objection.  Form.

25           THE WITNESS:  I don't know if any of the

                                        Page 181

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   apps in Android Wear are paid apps.  There is --
 2   there is that chance, but I'm -- I'm not familiar
 3   with any.
 4   BY MS. LEWIS-GRUSS:
 5        Q    Do you know if Google has any plan to
 6   collect data associated with consumers' use of
 7   Android Wear?
 8             MR. RAGLAND:  Objection to form.
 9   Objection as beyond the scope of the noticed topics.
10             THE WITNESS:  I'm unfamiliar with the data
11   collection plans for Android Wear.
12   BY MS. LEWIS-GRUSS:
13        Q    Do you know whether any Google
14   applications are preloaded on Android Wear devices?
15             MR. RAGLAND:  Objection to form.
16             THE WITNESS:  I think -- I think the
17   Google Launcher is, but I'm not sure what else might
18   be preloaded on the -- an Android Wear device.
19   BY MS. LEWIS-GRUSS:
20        Q    And what is the Google Launcher?
21        A    I think it's the interface that helps the
22   user navigate the screens and the swiping gestures
23   of a wearable device.
24
```

Page 182

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



```
15        Q    You can put this aside.  You can hand this
16   back to us, actually.
17        A    There you go.
18        Q    Thank you.
19             Are you familiar with Brillo?
20        A    I am familiar with Brillo.
21        Q    What is Brillo?
22        A    Brillo is a platform which we are
23   developing to satisfy the Internet of Things
24   marketplace or offer the Internet of Things
25   marketplace.
```

Page 191

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q    And why is it important to Google that it

2    be able to offer the Internet of Things marketplace?

3              MR. RAGLAND:  Objection to form.

4              THE WITNESS:  Excuse me.  We -- we think

5    it is important to offer a solution to the Internet

6    of Things marketplace, the same reason it is to

7    offer a solution for TV or wearables or autos in

8    that we want the ecosystem to remain relevant as it

9    expands in newer and diverse form factors.

10   BY MS. LEWIS-GRUSS:

11     Q    So is it Google's position that if the

12   Android ecosystem is considered to be weak in one

13   product area, that threatens the strength of the --

14   of the rest of the Android ecosystem?

15             MR. RAGLAND:  Objection to form.

16   Objection.  Beyond the scope of noticed topics.

17             THE WITNESS:  I think that if at a point

18   in time a user believes that Android does not offer

19   the solutions it would -- he or she would need when

20   making a buying decision for any one of a range of

21   devices, that -- that perspective, to the extent

22   that they ruled Android out, would not be a good

23   thing.

24   BY MS. LEWIS-GRUSS:

25     Q    And when you say that would not be a good

                                    Page 192

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    thing, in what way would it not be a good thing?

2            MR. RAGLAND:  Objection to form.

3            THE WITNESS:  It would result to a user's

4    utilizing Android less either on a device-by-device

5    basis or on an ecosystem level.

6    BY MS. LEWIS-GRUSS:

7        Q    What is -- what do you consider the

8    Internet of Things marketplace to be?

9            MR. RAGLAND:  Objection to form.

10            THE WITNESS:  So I'd probably call the

11    Internet of Things industry or the Internet of

12    Things segment.  It is the migration of -- of

13    standard or smallish or household or pedestrian

14    devices that become connected to the Cloud and the

15    ability to enable features or functions or utility

16    in connection with those devices that pre- --

17    heretofore had been not available via connected

18    devices and being connected to the Cloud.

19    BY MS. LEWIS-GRUSS:

20        Q    So when you said the IT marketplace,

21    you're not talking about something like the Google

22    Play Store for IoT, are you?

23            MR. RAGLAND:  Objection to form.

24            THE WITNESS:  That is not what I -- I'm

25    not referring to something equivalent to Play.

                                    Page 193

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    BY MS. LEWIS-GRUSS:

 2        Q    Do you know what Google's licensing

 3    strategy is for Brillo?

 4             MR. RAGLAND:  Objection to form.

 5             THE WITNESS:  I have a high-level

 6    understanding, but it might not be current.

 7    BY MS. LEWIS-GRUSS:

 8        Q    Was there -- could you please tell me what

 9    your high-level understanding is, and you can -- may

10    also explain, you know, the time frame that you

11    think --

12        A    Right.

13        Q    -- it was relevant for.

14
```

Page 194

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A    That is correct.

2      Q    And your group is not responsible for

3  negotiating with carriers; is that correct?

4      A    That is correct.

Page 226

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

16   BY MS. LEWIS-GRUSS:

17        Q    So we've spoken a lot today about the

18   Android ecosystem.   Is it Google strategy to have

19   the most popular mobile device ecosystem in the

20   world?

21             MR. RAGLAND:   Objection to form, and

22   objection to the extent it's beyond the scope of the

23   noticed topics.

24             THE WITNESS:   I don't think the most

25   popular is the prevailing goal.

Page 227

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    BY MS. LEWIS-GRUSS:



Page 228

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



13          MS. LEWIS-GRUSS:  I think we have no

14   further questions for you at this time.  We, of

15   course, keep -- as always, will request to keep this

16   deposition open because we do feel that there were

17   certain topics that this witness was not properly

18   prepared on.

19          MR. RAGLAND:  I have to state that this

20   deposition is closed.  I'll refer to document 1416

21   which states:  "As part of a stipulated and

22   so-ordered agreement --" that which resolved some

23   Oracle motions, we agreed that Mr. Kolotouros would

24   be from "-- Jim Kolotouros from Google's Global

25   Business Group will be produced to testify for up to

Page 229

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    five hours.  Google will prepare the witness to
 2    testify consistent with Judge Alsup's standing order
 3    regarding 30(b)(6) deposition preparation, Docket 26
 4    at paragraph 23, but Google does not represent that
 5    these witnesses, either Mr. Kolotouros or the other
 6    witness subject to this order, have knowledge about
 7    the full scope of topics 2 through 4, and Oracle
 8    withdraws its demand for additional 30(b)(6)
 9    testimony with respect to topic 8."
10              Therefore, there is no basis to keep this
11    deposition open, and it is now concluded.
12              MS. LEWIS-GRUSS:  That stipulation goes on
13    to say that we have a right to challenge the
14    testimony that we receive as being incomplete, and
15    so, accordingly, we have every right to keep this
16    deposition open, and we would stand on that right.
17              MR. RAGLAND:  We'll litigate it if need
18    be, but hopefully we won't have that needless
19    litigation.
20              THE VIDEOGRAPHER:  This marks the end of
21    DVD No. 3 in the deposition of Jim Kolotouros.
22    Going off the record.  The time is 3:53.
23              (TIME NOTED:  3:53 P.M.)
24
25
```

Page  230

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        I, the undersigned, a Certified Shorthand

 2   Reporter of the State of California, do hereby

 3   certify:

 4        That the foregoing proceedings were taken

 5   before me at the time and place herein set forth;

 6   that any witnesses in the foregoing proceedings,

 7   prior to testifying, were administered an oath; that

 8   a record of the proceedings was made by me using

 9   machine shorthand which was thereafter transcribed

10   under my direction; that the foregoing is a true

11   record of the testimony given.

12        Further, that if the foregoing pertains to the

13   original transcript of a deposition in a Federal

14   Case, before completion of the proceedings, review

15   of the transcript [  ] was [  ] was not requested.

16        I further certify that I am neither

17   financially interested in the action nor a relative

18   or employee of any attorney or any party to this

19   action.

20        IN WITNESS WHEREOF, I have this date

21   subscribed my name.

22   Dated: 01/29/2016

23

24                     _____

                        Catherine A. Ryan, RMR, CRR

25                      CSR No. 8239

                                            Page  232
```