# TRIAL EXHIBIT 2449

Google **Android**

OC Quarterly Review – Q1 2011
May 03, 2011

Andy Rubin, Hugo Barra, Hiroshi Lockheimer, John
Lagerling, Jamie Rosenberg, Aditya Agarwal, Paul Gennai

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 2449**

CASE NO. 10-03561 WHA
DATE ENTERED _____

BY _____
DEPUTY CLERK

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY        Oracle America v. Google, 3:10-cv-03561-WHA        GOOGLE-77-00053555

Google Confidential and Proprietary

Google

2

ANDY

## Agenda

- Highlights and Lowlights
- Key Metrics and P&L
- Launch Roadmap
- Finsky
- Android at Home
- Resource Asks

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY      Oracle America v. Google, 3:10-cv-03561-WHA      GOOGLE-77-00053556



Trial Exhibit 2449 Page 3 of 21

# Key Highlight: Two independent sources confirm that Android is now #1



**Comscore**

**Top Smartphone Platforms**
3 Month Average; % of US Smartphone Subscribers

■ Nov 2010 ■ Feb 2011

**Nielsen**

**Operating System Share**
Nov 2010 – Jan 2011; US postpaid subscribers

Google Confidential and Proprietary

# Key Metrics – Ads and Android Market



**Android Market**

**Number of Apps in Market**
Thousands

117.5K Free
74.5K Paid

**Android Market Revenue Run Rate**
US$M

$172.8M / year

$2.8/yr apps revenue per 7-day active device;
($3.4/yr US only)

**Ads**

**Unique Search Queries**
Millions

3.0B / month
99.1M / day

**Ads Revenue Run Rate**
US$M

$376.1M / year

1.6 searches/day per 7-day active device
$6.2/yr ads revenue per 7-day active device;
($8.8/yr US only)

4.5B app installs as of 4/30

Google Confidential and Proprietary

6



Google Confidential and Proprietary



# Launch Roadmap

| | Q2-2011 | Q3-2011 |
|---|---|---|
| **Platform Releases** | • **Honeycomb MR1**<br>  • Bug fixes, performance improvements, UI refinements<br>  • Connectivity and APIs for USB accessories and peripherals<br>  • Video DRM and audio streaming support for next-gen media experience<br>  • Updated Google applications<br>  • Improved enterprise support<br>• **Gingerbread MR2**<br>  • Video chat through Google Talk | • **Ice-Cream Sandwich (ICS)**<br>  • Honeycomb UI on phones<br>  • Integrated social and messaging experience optimized for Emerald Sea<br>  • Bandwidth usage tracking and management<br>  • Multimedia GPU filters<br>  • New interactive widgets and live wallpapers<br>  • Videochat: multi-user, face tracking, image stabilization |
| **Lead Devices** | • **Nexus S 4G (Sprint)** | • **Nexus Prime**<br>  • Ice-Cream Sandwich launch device<br>  • HD 720p screen; Latest TI Dual Core OMAP 4440<br>  • 21Mbps + LTE radio |
| **Showcase Devices** | • **Tablets**<br>  • Samsung Galaxy Tab 8.9 and 10.1<br>  • HTC Flyer (7")<br>  • Asus EeePad Transformer (with keyboard dock)<br>• **Phones**<br>  • HTC Evo 2 and LG Optimus 3D  (3D displays and camera)<br>  • Droid X II and Galaxy S II<br>  • HTC Sensation | • **Tablets**<br>  • Sony S1 (10.1")<br>  • Vizio 8" (mass market at Walmart, Costco, Target)<br>  • LG Optimus Pad 3D<br>• **Phones**<br>  • Sharp for Docomo and Softbank (waterproof flip phone)<br>  • LG Nova Display (IPS LCD) |
| **Finsky** | • Video rentals<br>• Music locker beta<br>• **Major brand launch of Finsky**<br>  • Unified premium-content brand for Google<br>  • Single storefront for apps, books, music, and video, optimized for web, tablet and phone<br>• **Android Market improvements** (speed, in-app billing, content ratings, badges, promotion & merchandising) | • Social features across all verticals (e.g. sharing, playlists, radio stations)<br>• Digital music store and/or subscription service<br>• Personalized recommendations<br>• Google TV – browse, purchase and consume from the TV (apps, videos, music) |
| **Social** | • +1 button on Finsky web | • Full support for Emerald Sea profiles, circles, loop, photos, messaging in ICS<br>• Full suite of social features in Finsky |
| **Android at Home** | • Initial build-out of Tungsten music device (500 units)<br>• Light bulb demo at GoogleIO<br>• Initial ADK build-out / GoogleIO giveaway (1000 units)<br>• Open sourcing of ADK HW design, enabling 3rd party manufacturers (first expected release at Google IO) | • Second Tungsten form-factor (500 units)<br>• Finalize commercialization plan for Tungsten and the light bulb |

Google Confidential and Proprietary
Google

Google Confidential and Proprietary 10

# Finsky: Books, Apps, Music, Movies. All of it. Simply, magically, there



- Our media should be **everywhere**, across devices and locations
- Access should be **instant** no matter where we are or where the content is
- We must support **all types of digital content**
- Media should be **social**, not just because we want to share it, but because we are what we watch, read, or listen to





... all of this is best shown in **demos**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-77-00053564

# Fi Marketing Plan | Accelerate Momentum and Adoption

## Q2 // Phase 1

### Fi Launch
Budget: $2M

**Strategy**
- Target press, influencers, and early adopters.
- Establish the vision and promise of Fi
- Get early product feedback before committing significant marketing $

**Tactics**
- Mainly earned media (PR) and Google O&O properties, including Search and YouTube
- Some paid media (AdMob) targeting Android users

## Q3 // Phase 2

### National Awareness
Budget: $40M

**Strategy**
- Target 18-34y/o adults (US)
- Create mass awareness and demand for Fi's cloud media solution
- Leverage partner device launches to maximize impact of $ spent.

**Tactics**
- Fully integrated campaign: TV, Radio, Cinema, OOH, Print, Online.
- Celebrity tie-in (1 or multiple) TBD

## Q4 // Phase 3

### Holiday Activation
Budget: $40M

**Strategy**
- Target 18-34y/o adults (US)
- Activate brand momentum, capture demand
- Tie marketing to specific content with big new releases across movies, books, apps, and music.

**Tactics**
- Fully integrated campaign
- Expand search marketing to titles
- Expand presence to retail

## — International

### Launch Fi Books in UK/AU
Budget: $1.5M

**Strategy**
- Gain awareness in young, fast growing markets
- Limited marketing required in support of retail partnerships (WHSmith, etc.

### International Expansion TBD

Google

Google Confidential and Proprietary 11



Google Confidential and Proprietary 12



**Skyjam**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY          Oracle America v. Google, 3:10-cv-03561-WHA          GOOGLE-77-00053566

Google

Google Confidential and Proprietary 13

# Ice-Cream Sandwich

## Key Features and Goals

- **Honeycomb UI on phones**
  - home, recents, notifications
  - new interactive widgets and live wallpapers
- **Integrated social and messaging experience optimized for Emerald Sea**
  - Profiles, Circles, Photos, Loop, Messaging
- **Bandwidth management**
  - Monitor all network use
  - Report network use to users, developers, market users
  - Conserve our consumption of network resources
  - User controls network usage across the system and per app
- **Multimedia GPU filters**
- **Videochat: multi-user, face tracking, image stabilization**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY      Oracle America v. Google, 3:10-cv-03561-WHA      GOOGLE-77-00053567

ONLY

Google Confidential and Proprietary   15

Google

# Accessory Development Kit

## What is it?

- New API for Honeycomb & Gingerbread devices enabling USB accessories
    - Extends Android Market – automatic launching and Market / web discovery of appropriate apps when accessories are connected
    - Basic communication via USB for all devices running Gingerbread or later
- Geared for both manufacturers and hobbyists

## Why do this?

- Drive more standardization across Android accessories
- Make accessories more powerful by allowing them to talk directly to the OS / apps

## What does this make possible?

- **Media:** Photo frames; cameras, earphones
- **Accessibility:** Braille output device, puff and sip input device
- **Health:** Blood pressure, glucose meter, pedometer
- **… and plenty of things we can't yet anticipate**

## Timing

- **Mid-March:** Design and development completed
- **Late-April:** Initial build-out (1500 units)
- **GoogleIO:** Announcement + giveaway (1000 units)

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY      Oracle America v. Google, 3:10-cv-03561-WHA      GOOGLE-77-00053569



# Android at Home

The **Android at Home** project is a natural extension of the accessory ecosystem; one's home and the devices within it become Android accessories and so are controllable and monitor-able from phones, tablets and the cloud

**Version 1:** Bookend the problem to two 'anybody can install' situations

**Version 2:** Consolidate and expand



**Tungsten:**
- WiFi-enabled audio amplifier
- Capture a Google Music audio stream and distribute it to multiple rooms
- Reference hardware product using best-in-class materials

**Device Gateway:**
- Remotely **control** home appliances
- **Monitor** energy usage remotely (even 'gamify' savings)
- Start with light-bulbs, and expand from there

**Tungsten v1**

**Device Gateway**

**Control from the cloud or any Android device**

**Tungsten v2**

Televisions

Other home appliances

2011

**Demo both at Google IO; Initial build in June; Commercialize in Tungsten in Q3; Light bulbs in store in Q4**

Google Confidential and Proprietary 16



Google

Google Confidential and Proprietary 18

**Appendix**

HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY      Oracle America v. Google, 3:10-cv-03561-WHA      GOOGLE-77-00053372

# Nexus S Marketing update

## Overview

**Product:**
- Launched Nexus S in 24 countries
- Announced Nexus S 4G on Sprint; Nexus S for AT&T in the pipeline.

**Marketing:** Working closely with Samsung, carriers and retailers on marketing campaign (awareness & conversions).

**Sales:** Sell-in at 400k (surpassing Nexus One)

## Timeline

Announce Nexus S 4G

Above the line campaign in FR & DE

Nexus S 4G on Sprint

Nexus S on AT&T

"Choice" campaign

March — April — May — June

Key milestones:
- 3l/3 – ATL campaigns kicking off in FR & DE
- 5/1 – Nexus S available on Sprint
- Mid to end May (?) – Nexus S on AT&T
- End May – "Choice" campaign & additional retailers

## Objectives / Goals

**US:**
- Launch AT&T & Sprint versions in Q2
- Launch marketing campaign together with Sprint (incl. ATL, retail & online)
- Add additional retailers & launch "Choice" campaign when Nexus is available on multiple carriers

**International:**
Nexus S available in 55 countries

**Goal:**
1M phones sold by end of Q2. Samsung forecasting 1.9M device sold by end of lifecycle.

## Examples



*Online banner*
**Online campaign** focusing on user benefits & Pure Google. Highlighting key hero apps: Google Maps & 3D, Voice Actions, YouTube & Google Voice (Google funded)

*Nexus television commercial (FR & DE)*
**Above the line campaign** currently running in a couple of key countries (KR, DE & FR). Sprint & Nexus S 4G ATL campaign launching mid May (Partner funded w/ some co-mkt)




*Microsite*
**Microsite** localized for 24 countries linking to local retailers in different markets.

Google Confidential and Proprietary

# Android at Mobile World Congress



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY   Oracle America v. Google, 3:10-cv-03561-WHA   GOOGLE-77-00093574

Google

Google Confidential and Proprietary   21

## Video P&L

| in millions | Year 1 | Year 2 | Year 3 | Totals |
|---|---|---|---|---|
| Total # of Titles | 7.4 | 11.7 | 18.0 | 37.1 |
| **Gross Revenues** | **$48.0** | **$69.4** | **$98.9** | **$216.3** |
| Revenue Share | $38.9 | $55.1 | $76.9 | $170.8 |
| Other COS | $16.9 | $15.7 | $15.4 | $48.1 |
| **Gross Margin** | **($7.8)** | **($1.4)** | **$6.7** | **($2.6)** |
| *Gross Margin %* | -16.3% | -2.1% | 6.7% | -1.2% |
| Marketing & Headcount Opex | $6.5 | $5.6 | $4.6 | $16.7 |
| **Product Contribution** | **($14.4)** | **($7.0)** | **$2.1** | **($19.3)** |
| *Product Contribution %* | -29.9% | -10.1% | 2.1% | -8.9% |

- Represents 10% market share in Year 1 and 45% growth in subsequent years
- ~78% revenues share to Partners
- ~15% in Other COS – customer support, transaction cost, streaming and fulfillment costs
- Product contribution of 2.1% in Year 3

Notes
- Represents 10% market share for both 'Video Rentals' and 'Download to Own'
- Year 1 represents 5.5M 'Video Rentals' and 1.9M 'Download to Own' titles

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY      Oracle America v. Google, 3:10-cv-03561-WHA      GOOGLE-77-00053575