# TRIAL EXHIBIT 4104





# Introduction to Android

## May 2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 4104**

CASE NO. 10-03561 WHA
DATE ENTERED _____
BY _____
        DEPUTY CLERK

Google Confidential and Proprietary  1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130338

# Platform Overview

Google Confidential and Proprietary 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130339

# Spotlight on 2015 priorities

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130340

# Android Basics

Google Confidential and Proprietary  4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130341



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Google Confidential and Proprietary

6

GOOG-00130343

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130344



Source: Google internal data     Contact:

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Google Confidential and Proprietary

GOOG-00130345

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130346






# Android Headwinds

Google Confidential and Proprietary  12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130349





# OEMs are trying to differentiate from each other rather than embracing the Android brand

Screenshots of top devices

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130351

Trial Exhibit 4104, Page 14 of 49



# US pricing

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130352



# UK tier shifts

Google Confidential and Proprietary 16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130353



# Something on JP

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# By the numbers...comms is important



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130355

# And expanding into a platform







HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130356

# How are we doing?



# 4 Million One Day Actives

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130357


## 2015 Topics

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130358

Trial Exhibit 4104, Page 21 of 49



350

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130360



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


New Phones REDACTED - SBI/NR ███████████ and Tablet REDACTED - SBI/NR

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130363

Trial Exhibit 4104, Page 26 of 49





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130365

Trial Exhibit 4104, Page 28 of 49

REDACTED - SBI/NR

Google Confidential and Proprietary 29

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130366

REDACTED - SBI/NR

Google Confidential and Proprietary  30

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130367

REDACTED - SB\\NR

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130368

Google Confidential and Proprietary 32

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130369



# Google Store (Project Smith)

Google Confidential and Proprietary 33

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130370





Google Confidential and Proprietary 34

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130371









# Android One

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**TAILORMADE**



An app that lets you customize your mobile with your favorite content at the right place and time

| Channel Store | Intelligent suggestions | Hub for fresh content | Topic specific view |
|---|---|---|---|

   

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130380

# Slide Notes

### Slide 5:

https://docs.google.com/spreadsheets/d/1e9RRcfZqv52Yz4UK3csCRbtd8GOsjjwdVAB5Qno-bEc/edit#gid=642728094

### Slide 9:

Link to backup for bottom left hand chart [maryoh]

### Slide 20:

Our biggest product in this area is Hangouts: we have about 150M monthly active users of Hangouts, compared to 700M for Whatsapp.  And beyond 150M monthly actives, the product is installed on 650M devices

It turns out that most of the 150M use the app by mistake.

30M (20%) actually send or receive a message on a monthly basis.

And what really matters for a communications app isn't monthly usage, but actually daily usage.

Of the 30M, 4M send or receive a message on a daily basis.

Or 0.6% of the total installed base.

So what happened?

The product we have is a result of two old paradigms from a few years ago - one was to help meet the goals of G+ and support that big bet and the other was taking decisions through a desktop, rather than mobile lens.  From the perspective of driving usage of G+, a desktop-focused multi-party video product was a great idea.  It's unique, differentiated, and pretty amazing.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130382

## Slide Notes



130384

## Slide Notes

**Slide 40:**

GTM Talking Points

-BD: Tons of OEM interest, ODM and SoCs for new model

-Marketing: Leading our launches and securing budget for H2

-Program management: build best practices for launches

-Retail Sales and Ops teams: how to motivate OEMs and retail partners to push devices through last mile

-New Model Term Sheets/Incentives

-Building out the GTM org (PgM, Sales)

-Global OEMs / Strategic partners

-Lining up H2 launch strategies

-H2 Marketing/Budgeting

-Developed Markets

**Slide 43:**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130385

# Slide Notes

Software:

Research shows that customers make purchase decisions based on a device running the latest Android version.

Hardware

Research shows that users are wary of low-quality hardware, especially at lower price points.

Brand

Research shows that brand influences customer purchase decision. Customers seek known, established brands -- especially international brands.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

GOOG-00130386