# EXHIBIT A

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   ORACLE AMERICA, INC.,              )
 6            Plaintiff,                )
         vs.                            ) Case No.
 7   GOOGLE, INC.,                      ) CV 10-03561 WHA
 8            Defendant.                )
     _____  )
 9                    CONFIDENTIAL
10
11    VIDEOTAPED DEPOSITION OF GOOGLE'S 30(b)(6) WITNESS
12                      JONATHAN GOLD
13                   Palo Alto, California
14                Friday, December 11, 2015
                         Volume I
15   Reported by:
16   CARLA SOARES, CSR No. 5908
17   Job No.  2196292
18
     PAGES 1 - 320
19   PAGES 13-16, 18-19, 22-24, 26-31, 34-52, 55-57,
20   59-65, 67-70, 72-92, 94-109, 111-115, 117-121,
     123-126, 129-131, 133-136, 138-139, 141-142,
21   144-147, 149-150, 152-155, 157-162, 167, 176-180,
22   182-184, 186-189, 192-198, 200-203, 205-206,
     209-212, 214-231, 234-239, 241-246, 248-261,
23   263-267, 269-273, 275-297, 299-305, 307-318 ARE
24   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY AND
25   ARE BOUND SEPARATELY
```

Page 1

CONFIDENTIAL

1  Mr. Gold?
2      A   I have.
3      Q   Do you understand that you have been
4  designated by Google to testify today on behalf of
5  the company regarding Topic 1, Topic 3, Topic 5 and
6  Topic 6?
7          MR. PURCELL:  Object to the form.
8          THE WITNESS:  I just want to make sure I'm
9  reading it correctly.
10         Yeah.  My understanding is most or
11 parts -- in some case parts of those.  But yes.
12 BY MS. LEWIS-GRUSS:
13     Q   Okay.  That's fine.
14         So one of the topics you have been
15 designated on is Topic 1H; is that correct?
16     A   I believe so, yes.
17         (Pages 13 through 16 are marked "Highly
18 Confidential - Attorneys' Eyes Only," pursuant to
19 protective order, and are bound under separate
20 cover.  The non-confidential portion of this
21 transcript continues on page 17.)
22                    --o0o--
23
24
25

Page 12

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q    Okay.  So are you aware that Google has an
2    agreement with Apple, Inc., through which Apple,
3    ████████████████████████████████████████████████
4    ████████████████████████████████████████████████
5         MR. PURCELL:  Object to the form.
6         THE WITNESS:  I'm aware of an agreement
7    with Apple involving search.  I forget the
8    specificities of exactly how it's worded, but yes,
9    I'm aware of that.
10   BY MS. LEWIS-GRUSS:
11   ████████████████████████████████████████████████
12   ████████████████████████████████████████████████
13   ████████████████████████████████████████████████
14   ████████████████████████████████████████████████
15   ████████████████████████████████████████████████
16   ████████████████████████████████████████████████
17   ████████████████████████████████████████████████
18   ████████████████████████████████████████████████
19   ████████████████████████████████████████████████
20   ████████████████████████████████████████████████
21   ████████████████████████████████████████████████
22   ████████████████████████████████████████████████
23   ████████████████████████████████████████████████
24   ████████████████████████████████████████████████
25   ████████████████████████████████████████████████



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 14

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 15

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



(End of confidential portion.)

--o0o--

Page 16

CONFIDENTIAL

1    Q   By the term P&L, you understand that to
2  mean a profit and loss statement?
3    A   I do.
4        (Pages 18 and 19 are marked "Highly
5  Confidential - Attorneys' Eyes Only," pursuant to
6  protective order, and are bound under separate
7  cover.  The non-confidential portion of this
8  transcript continues on page 20.)
9                       --o0o--
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 17

1         Q    Thank you.
2    [REDACTED]
3    [REDACTED]
4    [REDACTED]
5         Q    And as you sit here today, do you have any
6    idea of what the total amount of revenue is that
7    Google pays to Apple in connection with the
8    [REDACTED]
9    [REDACTED]
10             MR. PURCELL:  Object to the form.
11   [REDACTED]
12   [REDACTED]
13   BY MS. LEWIS-GRUSS:
14        Q    Okay.  So as you sit here today, do you
15   have any idea what the total amount of that revenue
16   share is?
17             MR. PURCELL:  Object to the form.
18             THE WITNESS:  I don't know the specific
19   numbers.
20   BY MS. LEWIS-GRUSS:
21   [REDACTED]
22   [REDACTED]
23   [REDACTED]
24   [REDACTED]
25   [REDACTED]

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



(End of confidential portion.)

--o0o--

Page 19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  BY MS. LEWIS-GRUSS:
2       Q    So there are two separate agreements
3  ████████████████████████████████████████
4            MR. PURCELL:   Objection.  Beyond the
5  scope.
6            THE WITNESS:   I'm not positive if it's two
7  separate or if they're combined into the same
8  agreement.
9  ████████████████████████████████████████
10 ████████████████████████████████████████
11 ████████████████████████████████████████
12 ████████████████████████████████████████
13 ████████████████████████████████████████
14 ████████████████████████████████████████
15 BY MS. LEWIS-GRUSS:
16      Q    And what is the revenue share percentage
17 ████████████████████████████████████████
18 ████████████████████████████████████████
19           MR. PURCELL:   Objection.  Beyond the
20 scope.
21 ████████████████████████████████████████
22 ████████████████████████████████████████
23 ████████████████████████████████████████
24 BY MS. LEWIS-GRUSS:
25      Q    And am I correct that you testified that

Page 266

```
 1    Google has a revenue share percentage agreement with
 2    Apple?
 3              MR. PURCELL:  Object to the form.
 4              THE WITNESS:  I don't recall if I -- I
 5    testified that, but -- yeah, I don't recall that.
 6    BY MS. LEWIS-GRUSS:
 7         Q    Does Google have a revenue share agreement
 8    with Apple?
 9    [REDACTED]
10         Q    What is the revenue share that Google pays
11    to Apple?
12              MR. PURCELL:  Object to the form.
13    [REDACTED]
14    [REDACTED]
15              (End of confidential portion.)
16                         --o0o--
17
18
19
20
21
22
23
24
25
```

Page 267