HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3             SAN FRANCISCO DIVISION

4     ORACLE AMERICA, INC.,              )

5                  Plaintiff,            ) Case No.

6            vs.                         ) CV 10-03561 WHA

7     GOOGLE, INC.,                      )

8                  Defendant.            )

9     _____)

10

11       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

12       VIDEOTAPED 30(b)(6) DEPOSITION OF GOOGLE, INC.

13            DESIGNEE:  HIROSHI LOCKHEIMER

14              Palo Alto, California

15             Tuesday, December 8, 2015

16

17

18

19

20

21

22    Reported by:

23    KELLI COMBS, CSR No. 5908

24    Job No.  2189227

25    Pages 1 - 370

                                        Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      UNITED STATES DISTRICT COURT
 2      NORTHERN DISTRICT OF CALIFORNIA
 3         SAN FRANCISCO DIVISION
 4
 5  ORACLE AMERICA, INC.,      )
 6      Plaintiff,      )
 7                      ) Case No.
 8      vs.             ) CV 10-03561 WHA
 9  GOOGLE, INC.,       )
10      Defendant.      )
11  _____)
12
13
14      VIDEOTAPED DEPOSITION OF HIROSHI LOCKHEIMER,
15  taken on behalf of Defendant, at 601 S. California
16  Street, Suite 100, Palo Alto, California, beginning at
17  9:50 a.m., on Tuesday, December 8, 2015, before Kelli
18  Combs, Certified Shorthand Reporter No. 7705.
19
20
21
22
23
24
25
                                              Page 2
```

```
 1  APPEARANCES:
 2  For the Plaintiff:
 3      ORRICK, HERRINGTON & SUTCLIFFE LLP
 4      BY: ANNETTE L. HURST, ESQ.
 5      BY: GABRIEL RAMSEY, ESQ.
 6      GEOFFREY G. MOSS, ESQ. (LA office)
 7      ABIGAIL LUBOW, ESQ.
 8      405 Howard Street
 9      San Francisco, California 94105-2669
10      415.773.4585
11      ahurst@orrick.com
12
13  For the Defendant:
14      KEKER & VAN NEST LLP
15      BY: CHRISTA MARTIN ANDERSON, ESQ.
16      633 Battery Street
17      San Francisco, California 94111
18      415.391.5400
19      canderson@kvn.com
20
21  ALSO PRESENT:
22  Renny Hwang, In-house Counsel for Google
23  Ramon Peraza, Video Operator
24
25
                                              Page 3
```

```
 1              I N D E X
 2  WITNESS
 3  HIROSHI LOCKHEIMER
 4  EXAMINATION                      PAGE
 5      BY MS. HURST              7, 361
 6      BY MR. RAMSEY                251
 7
 8
 9
10      QUESTIONS NOT ANSWERED
11  PAGE    LINE
12      189     9
        231    20
13      235    25
        239    19
14      244    13
        246    25
15      251     7
16
17
18
19
20
21
22
23
24
25
                                              Page 4
```

```
 1              E X H I B I T S
 2      EXHIBITS FOR IDENTIFICATION
 3  NUMBER                           PAGE
 4  Exhibit 5014  Android Developers Terms   151
               and Conditions printed
 5             December 5, 2015, from
               Internet Archive
 6
    Exhibit 5015  Spreadsheet of five pages,   200
 7             Bates stamped GOOG-00191479
 8  Exhibit 5016  Slide presentation itled    361
               "Android OC Quarterly
 9             Review - Q2 2010, July 12,
               2010," Bates stamped
10             GOOGLE-34-00089029 through
               -89050
11
12
13      PREVIOUSLY MARKED EXHIBITS
14      EXHIBIT      PAGE
15      5003      7
16
17
18
19
20
21
22
23
24
25
                                              Page 5
```

2 (Pages 2 - 5)

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Palo Alto, California;  Tuesday, December 8, 2015
2             9:50 a.m.
3         P R O C E E D I N G S
4
5         THE VIDEOGRAPHER:  Good morning.  We are
6  on the record at 9:50 a.m. on December 8th, 2015.
7  This is the videotaped deposition of Google, Inc.
8  The deponent is Mr. Hiroshi Lockheimer.  My name is
9  Ramon Peraza, here with our court reporter, Kelli
10 Combs.  We're here from Veritext Legal Solutions at
11 the request of counsel for the Plaintiff.
12     This deposition is being held at
13 King & Spalding in Palo Alto.  The caption of this
14 case is Oracle America, Inc. versus Google, Inc.,
15 Case Number CV 10-3561 WHA.
16     Please note that audio and video recording
17 will take place unless all parties have agreed to go
18 off the record.  Microphones are sensitive and may
19 pick up whispers or private conversations.
20     At this time, Counsel, please identify
21 yourselves for the record and state whom you
22 represent.
23     MS. HURST:  Annette Hurst from Orrick,
24 Herrington & Sutcliffe for Oracle.
25     MR. RAMSEY:  Gabriel Ramsey with Orrick,

Page 6

1  also for Oracle.
2     MR. MOSS:  Jeffrey Moss on behalf of
3  Oracle.
4     MS. LUBOW:  Abigail Lubow on behalf of
5  Oracle.
6     MS. ANDERSON:  Christa Anderson,
7  Keker & Van Nest on behalf of Google.  With me here
8  is the witness, Mr. Lockheimer, and Renny Hwang of
9  Google, in-house counsel.
10     THE VIDEOGRAPHER:  The court reporter may
11 now swear in the witness.
12         HIROSHI LOCKHEIMER,
13 after having been duly sworn, testified as follows:
14         ---o0o---
15
16         EXAMINATION
17 BY MS. HURST:
18   Q   Good morning, Mr. Lockheimer.  I'm handing
19 you what's been previously marked as Exhibit 5003,
20 the Notice of Deposition of Google, Inc.
21     And I'll ask you to turn to page 8 of that
22 document -- sorry.  Not 8.  6.
23     Do you see there a heading, "Deposition
24 Topics"?
25   A   I do.

Page 7

1   Q   All right.
2     And have you seen this deposition notice
3  before?
4   A   I'm not entirely sure.  I'm not sure.
5   Q   Okay.
6     Could you turn to page 7.  There's a
7  paragraph numbered 2, and it says:
8         "A comprehensive description
9     of all plans, product roadmaps,
10    strategies, functions, markets,
11    devices and goods or services now
12    or in the future plan to be in any
13    way associated with Android and/or
14    any part thereof."
15    Do you see that?
16  A   I do see that.
17  Q   And you understand that you're here today
18 to testify on behalf of Google, correct?
19  A   Yes.
20  Q   And you understand you're here to testify
21 on behalf of Google with respect to that Topic 2
22 that I just read to you?
23  A   I do understand that.
24  Q   And do you consent to testify on behalf of
25 Google with respect to that topic?

Page 8

1   A   Yes, I do.
2   Q   And you have a title --
3     Are you presently employed by Google?
4   A   I am.
5   Q   And do you have a title at Google?
6   A   I do.
7   Q   And what is that?
8   A   Senior Vice President.
9   Q   And how long have you held that title?
10  A   About two months now.
11  Q   And how long have you been with Google?
12  A   I've been with Google about nine and a
13 half, almost 10 years.
14  Q   And as Senior Vice President, what are
15 your duties and responsibilities?
16  A   I look over Android, Chrome OS and
17 Chromecast.
18     MS. ANDERSON:  Last time, Counsel, just to
19 avoid me having to interject statements about
20 confidentiality throughout the testimony, we'll
21 designate the transcript today highest level
22 attorneys' eyes only, and then, of course, go back
23 pursuant to the protective order after we get the
24 transcript.
25     THE VIDEOGRAPHER:  Counsel, if you could

Page 9

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 bring the microphone a little higher.
2      MS. ANDERSON: Sure. Where would you like
3 it?
4      THE VIDEOGRAPHER: Below the hairline.
5      MS. HURST: All right. Ms. Anderson, can
6 we stipulate that the witness is being designated on
7 Topics 2, 3, 7 and 8?
8      MS. ANDERSON: That's correct. Just with
9 one clarification. That as to -- I think this is
10 the e-mails you have -- these are all obviously
11 subject to Google's objections that we served.
12      Topic 3, Mr. Lockheimer's testimony
13 concerns Google Play Services relating to the
14 nature, purpose and operation of Google Play
15 Services. Other witnesses are handling other
16 portions.
17      And as to Topic 7, Mr. Lockheimer is
18 discussing the Google procedures related to
19 compliance with applicable law as opposed to the
20 other portions of this topic.
21      And then finally on Topic 8 -- and we've
22 had correspondence on this -- intellectual property,
23 the parties have agreed they're talking about
24 copyright as opposed to any form of intellectual
25 property.

Page 10

1      MS. HURST: No, we have not agreed to
2 that.
3      MS. ANDERSON: Well, that is our position.
4 That's what we're providing a witness on.
5      Anyway, so that, just wanted to make sure
6 you had those clarifications.
7      MS. HURST: All right. Well, it sounds
8 like he's not prepared to testify on Topic 8 because
9 we have certainly not limited it to that.
10      MS. ANDERSON: We don't agree with your
11 statement, but in any event, we're here.
12      MS. HURST: As previously created the
13 deposition of Mr. Holtzlay, we will announce the
14 topic as we are examining the witness on it. We
15 have multiple lawyers here to examine on different
16 topics, as I informed you in an e-mail a couple of
17 weeks ago. So we'll be orderly about it, but there
18 will be some switching around.
19 BY MS. HURST:
20      Q  All right.
21      Continuing, then, with respect to Topic
22 Number 2, Mr. Lockheimer, how long have you had any
23 responsibility for Android?
24      A  Well, I joined Google nine and a half
25 years ago, almost 10 years ago, on the Android

Page 11

1 team. So depends, I guess, on how you define any
2 responsibility, but, you know, I've been on the
3 Android team since nine and a half, 10 years ago.
4      Q  All right.
5      And approximately what month and year did
6 you start at Google?
7      A  It was April 2006.
8      Q  And was that after Google had acquired
9 Android?
10      A  It was.
11      Q  And had you worked in Android prior to the
12 acquisition?
13      A  No.
14      Q  Had you ever worked with Mr. Rubin before?
15      A  I have.
16      Q  In what occasions had you worked with
17 Mr. Rubin prior to joining Google?
18      A  Prior to joining Google, I worked for
19 Andy and his company, Danger Research.
20      Q  And what was the business of Danger
21 Research?
22      A  They were a startup. At the time I was
23 there, they were working on various products. It
24 was very early on in the -- in the life of the
25 startup.

Page 12

1      Q  Can you be more specific?
2      A  They -- at the time I was there, they
3 worked on -- they were prototyping a little device
4 that could receive coupons from your screen.
5      Q  Were they working on any phone or phone
6 software?
7      A  Not when I was there, no.
8      Q  Prior to becoming a Senior Vice President
9 two months ago, what was your prior title at Google?
10      A  Immediately prior to getting the "Senior"
11 in my title, I was a Vice President.
12      Q  And how long did you hold that position?
13      A  Let's see, I don't remember exactly when
14 it was -- when I was promoted to V.P., to Vice
15 President, but a few years; two, three years, maybe
16 three, four, something like that.
17      Q  And what title did you hold when you
18 joined Google?
19      A  When I joined Google, I was a -- what's
20 called a Technical Program Manager.
21      Q  All right.
22      And between the time you joined as a
23 Technical Program Manager and were promoted to the
24 title of Vice President, did you hold any other
25 titles?

Page 13

4 (Pages 10 - 13)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



1    A   I did.
2    Q   What were they?

Page 14

Page 16

Page 15

1    BY MS. HURST:
2    Q   What did you do to prepare yourself to
3    testify for the deposition here today?
4    A   Well, two things:  Very directly, I met
5    with counsel yesterday, and the other thing, it's
6    my understanding I've been asked to talk about
7    Android.  I've been working on Android for nine and
8    a half years, so I would say my whole career is
9    sort of what we're talking about here.
10    Q   All right.
11        Who is responsible for advertising revenue
12    sharing arrangements associated with Android?
13        MS. ANDERSON:  Objection; form.
14        THE WITNESS:  Well, I'm not even familiar
15    if there's a advertising revenue share agreement,
16    per se, so I don't know how to answer that question.
17    BY MS. HURST:
18    Q   Okay.

Page 17

5 (Pages 14 - 17)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20 BY MS. HURST:
21      Q   What is the Open Handset Alliance?
22      A   The Open Handset Alliance was an alliance
23 of a number of companies.  It was formed in -- I
24 think it was 2008 or '7; I don't remember the exact
25 dates, but it was an alliance of a number of

Page 18

1 companies:  Manufacturers, operators,
2 commercialization partners, various technology
3 companies sort of promoting the use of -- of
4 Android.
5      Q   Does the Open Handset Alliance still exist
6 today?
7          MS. ANDERSON:  Objection; form.
8          THE WITNESS:  I'm not entirely sure.
9 BY MS. HURST:
10      Q   What role did the Open Handset Alliance
11 play in Google's strategy for bringing Android to
12 market?
13      A   The Open Handset Alliance was a way for a
14 number of companies to tell the world that they
15 were behind Android; that they were going to adopt
16 Android, so it was something that really was talked
17 about a lot in the early days of -- of Android.
18      Q   And does the Open Handset Alliance
19 continue to play any role with respect to any
20 strategies associated with Android?
21      A   It's hard to say.  Speaking for myself
22 and Google, it's not something that -- Open Handset
23 Alliance, that term is not something we use that
24 often anymore.
25      Q   Is there some other term that's replaced

Page 19

1 it to refer to the same group?
2      A   Not really.  The Open Handset Alliance
3 had specific members, if you will.  We have a lot
4 more members now or companies that we work with
5 now, partners.  I guess generically we would just
6 call them partners at this point.
7      Q   And what role, if any, have you ever had
8 with respect to those partners?
9          MS. ANDERSON:  Objection; form.
10          THE WITNESS:  Well, depends on the
11 partner.
12 BY MS. HURST:
13      Q   Well, how many partners, to use your term,
14 does Google have with respect to Android?
15      A   I don't know the exact number.
16      Q   Can you approximate?
17      A   Sure, I can try.
18      Q   And what is your best approximation?
19      A   I would guess -- this is -- I've never
20 approximated this number before, but I would guess
21 it's low 100s.
22      Q   Does Google have any agreement with any of
23 those partners for -- that provides for the sharing
24 of any type of revenue in connection with their use
25 of Android?

Page 20

1      A   I believe so, yes.
2      Q   Okay.
3          What type of revenue sharing agreements
4 does it have?
5          MS. ANDERSON:  Objection; form.
6          THE WITNESS:  Well, for instance, we work
7 with application developers, and when they sell
8 their applications, they can sell their applications
9 through the Play Store, our application store, and
10 obviously we share their revenue with them; we take
11 a cut also, but that's one form.
12 BY MS. HURST:
13      Q   And is there a general split that you use
14 in those agreements of that type of revenue?
15      A   Yes, there is.
16      Q   And what is that?
17      A   I believe it's 70/30.
18      Q   Who gets which piece?
19      A   The application developer gets the bigger
20 piece, 70 percent.
21      Q   All right.
22          Has Google -- does Google now or has it
23 ever had a practice or a set of agreements whereby
24 it would take its 30 percent of the application
25 revenue and pay that over to another party, such as

Page 21

6 (Pages 18 - 21)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 a carrier?
2      MS. ANDERSON: Objection; form.
3      THE WITNESS: I'm not entirely sure. I
4 believe so, but I'm not entirely sure.
5 BY MS. HURST:
6    Q   What's your understanding of that, then?
7    A   My very vague understanding is that in
8 some instances, some of that portion that goes to
9 Google is shared with certain partners.
10   Q   Okay. Which partners?
11   A   I don't know.
12   Q   If you wanted to know the details of those
13 arrangements, that is, who are we currently sharing
14 application revenue with, who would -- how would you
15 find out that information?
16   A   I would probably talk to some people at
17 Google.
18   Q   Which people?
19   A   The first person I would -- I would go to
20 is probably John Gold.
21   Q   And who is Mr. Gold?
22   A   John is responsible for finance. He
23 works in the finance organization at Google.
24   Q   Do you have any role in dealing with the
25 carriers?

Page 22

1    A   Well, "dealing with" is a -- is a pretty
2 vague term. I've -- I've met with carriers, if
3 that's what you're asking.
4    Q   Do you consider carriers to be a class of
5 business partners of Google, to use the term as you
6 used it earlier?
7    A   Well, the term I used was "partners." I
8 never said "business partners." I do consider
9 carriers to be partners of ours, yes.
10   Q   And as the --
11      Is it fair to say that you're the head of
12 the Android business at Google now?
13      MS. ANDERSON: Objection; form.
14      THE WITNESS: I'm the head of Android
15 Chrome OS and Chromecast, yes.
16 BY MS. HURST:
17   Q   Is that the same as the head of the
18 Android business, or is that different than the head
19 of the Android business?
20   A   I've never really thought of it that way.
21 That's not a distinction we really make at Google,
22 so I'm not sure how to answer that question.
23   Q   Well, is there a P&L for Android?
24      MS. ANDERSON: Objection; form.
25      THE WITNESS: Yes, there is.

Page 23

1 BY MS. HURST:
2    Q   Does it have revenue in it?
3    A   Unfortunately not. Android is an open
4 source operating system that we give away for free,
5 so more of a cost center than a profit center.
6    Q   So I just want to make sure. There's a
7 P&L for Android, right?
8    A   Yes.
9    Q   Have you ever seen that P&L?
10   A   Yes, I have seen forms of it, yes.
11   Q   And you're telling me there's no revenue
12 on that P&L?
13   A   For Android, we don't charge for Android,
14 so there is no revenue there.
15   Q   Okay.
16      I just want to make sure we're talking
17 about the P&L. I understand you think you don't
18 charge for Android, so -- I'm asking about revenue
19 lines on the Android P&L.
20      You've seen that document, right?
21      MS. ANDERSON: Objection; form.
22      THE WITNESS: I have seen documents that
23 have been represented to me as -- as P&Ls. They are
24 for Android. What I know is that we give Android
25 away for free. We don't charge for Android. That's

Page 24

1 the extent of my knowledge.
2 BY MS. HURST:
3    Q   Okay.
4      Are there positive revenue lines on any
5 Android P&L that you've ever seen?
6      MS. ANDERSON: Objection; form.
7      THE WITNESS: Not that I can remember.
8 BY MS. HURST:
9    Q   Do you have any responsibility for
10 preparing the Android P&L?
11   A   When you say "preparing," you mean
12 literally entering the numbers into a spreadsheet
13 somewhere? Is that what you mean?
14   Q   Is that how you understand the word
15 "preparing"?
16   A   I'm not sure. You're asking the
17 question, so I'm just trying to clarify it. I want
18 to give you as precise an answer as I can.
19   Q   Do you have any overall responsibility for
20 ensuring the accuracy of the Android P&L?
21   A   Well, the P&L that you're asking about,
22 the Android P&L, was shown to me by Finance. I
23 assume that the Finance Department is doing their
24 job and they are reporting things accurately.
25   Q   All right.

Page 25

7 (Pages 22 - 25)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    So you don't sit down with them and go
2 over the P&L and make -- have any role at all in
3 making sure it's accurate?
4    A   I didn't say I don't sit down with them.
5 I do sit down with them and talk about a number of
6 topics.  They have shown me the Android P&L from
7 time to time.  Honestly, that is something that the
8 Finance Department spends their time on and they
9 update me on -- on what the P&L looks like, but I
10 trust that they're doing their job to keep it
11 accurate.
12    Q   Who do you report to?
13    A   I report to Sundar Pichai.
14    Q   And what's his title?
15    A   He is the CEO.
16    Q   Of Google?
17    A   Yes.
18    Q   Do you ever have to account to him for the
19 performance of your business?
20    A   Performance of business in the sense
21 that, you know, how our partnership is going, what
22 is the latest release of Android, you know, how is
23 the technology progressing, things like that, yes.
24    Q   Any of that ever involve any financial
25 discussion of any kind?

Page 26

1 contribution that -- financial contribution that
2 Android was making to Google's business?
3    MS. ANDERSON:  Objection; form.
4    THE WITNESS:  Not that I recall, no.
5 BY MS. HURST:
6    Q   Why did Mr. Rubin leave the Android
7 business?
8    MS. ANDERSON:  Objection; form and beyond
9 the scope.
10    THE WITNESS:  Yeah, I think that was a
11 personal decision.  You should -- you should ask
12 him.
13 BY MS. HURST:
14    Q   Was he fired?
15    MS. ANDERSON:  Objection; form, beyond the
16 scope.
17    THE WITNESS:  I don't know.
18 BY MS. HURST:
19    Q   What have you heard about that?
20    MS. ANDERSON:  Objection; form, beyond the
21 scope.
22    I also caution the witness to the extent
23 that you're being asked to discuss matters that may
24 be subject to privacy issues, you should raise that.
25 I'm not aware of that, but it is beyond the scope by

Page 28

1    A   Well, with regard to Android, it's pretty
2 well-known within Google and outside that it's an
3 open source operating system that we give away for
4 free, so we don't really discuss, you know, the
5 fact that it's free that often.
6    Q   Have you ever heard Mr. Rubin say that
7 Android is profitable?
8    A   Not that I'm aware of.
9    Q   You reported to Mr. Rubin at times during
10 your career at Google, true?
11    A   True.
12    Q   How many years did you report to
13 Mr. Rubin?
14    A   Let's see, when I -- when I joined, I
15 didn't report to Andy, Mr. Rubin.  I think I
16 started reporting to him late 2008, early 2009, and
17 I reported to him until he left the group, which
18 was -- I can't remember exactly.  I think it was
19 2013, so doing the math, that would be about four
20 years.
21    Q   All right.
22    During that four years, did you ever hear
23 Mr. Rubin say that Android was profitable?
24    A   Not that I remember.
25    Q   Never heard him talk about the

Page 27

1 far.
2    THE WITNESS:  Sorry, your question was?
3 BY MS. HURST:
4    Q   What have you heard about whether
5 Mr. Rubin was terminated from his position at
6 Android and any reasons for that?
7    MS. ANDERSON:  Same objection.  Same
8 instructions.
9    THE WITNESS:  I haven't heard, one way or
10 the other, whether he was fired or not.  Just hasn't
11 been a topic.
12 BY MS. HURST:
13    Q   You haven't discussed that with anybody at
14 all?
15    MS. ANDERSON:  Same objections.  Same
16 instructions.
17    THE WITNESS:  I don't think I've ever
18 discussed with anyone whether Andy was fired, no.
19 BY MS. HURST:
20    Q   Is it your strategy to lose money?
21    MS. ANDERSON:  Objection; form.
22    THE WITNESS:  I've never been asked that
23 question before.  Let me think about that.  I
24 don't -- you know, my strategy is not necessarily
25 about money.  My strategy is about building a great

Page 29

8 (Pages 26 - 29)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 operating system and a great ecosystem that goes
2 along with it and making it available to as many
3 people in the world as possible. That's my
4 strategy.
5 BY MS. HURST:
6     Q   So can you answer the question "yes" or
7 "no"? Is it your strategy to lose money?
8     A   As I mentioned, my strategy is to build a
9 great operating system that's deployed widely
10 throughout the world, and that's what I spend all
11 my time thinking about is how to build great
12 products, work with our partners to commercialize
13 them and delight customers.
14    Q   Are you able to answer the question "yes"
15 or "no"? Is it your strategy to lose money?
16    A   It's just money -- in the context of a
17 free operating system, money is just not something
18 that is even something that we're thinking about.
19 It's a free operating system. We give it away for
20 free; it's open source. So I'm having a tough time
21 saying "yes" or "no" to that because it's just --
22 the concept of money is not something we think
23 about in the context of Android.
24    Q   Google is a public company, right?
25    A   Yes.

Page 30

1     Q   It has shareholders?
2     A   Yes.
3     Q   They expect certain financial performance
4 of Google, true?
5         MS. ANDERSON: Objection; form, beyond the
6 scope.
7         THE WITNESS: I'm sure every shareholder
8 has their own set of expectations. I can't speak
9 for all of them.
10 BY MS. HURST:
11    Q   Certainly it's a company that Wall Street
12 follows, true?
13        MS. ANDERSON: Objection; form, beyond the
14 scope.
15        THE WITNESS: It's a public company.
16 BY MS. HURST:
17    Q   You don't know whether there are analysts
18 on Wall Street who follow the performance of Google?
19        MS. ANDERSON: Objection; form, beyond the
20 scope.
21        THE WITNESS: Google's dealings with
22 Wall Street is not something that is a part of my
23 job, so I only know what I read in the press.
24    Q   Are you a shareholder of Google?

Page 31

1         MS. ANDERSON: Objection; form, beyond the
2 scope.
3         THE WITNESS: I am.
4 BY MS. HURST:
5     Q   You expect and hope to make money
6 associated with that investment, true?
7         MS. ANDERSON: Beyond the scope.
8         THE WITNESS: I joined Google to build
9 great products, so that's the thing that I think
10 about the most. I really don't think about or hope
11 and expect, as you put it, about my shares, one way
12 or another. I'm there to build a great operating
13 system.
14 BY MS. HURST:
15    Q   How many shares of Google stock do you
16 own?
17        MS. ANDERSON: Beyond the scope.
18        THE WITNESS: I actually don't know.
19 BY MS. HURST:
20    Q   Can you approximate?
21        MS. ANDERSON: Beyond the scope.
22        THE WITNESS: No. I would prefer not to.
23 I would be guessing.
24 BY MS. HURST:
25    Q   Can you approximate the value of the

Page 32

1 shares of Google stock that you presently own?
2         MS. ANDERSON: Beyond the scope.
3         THE WITNESS: That I presently own,
4 probably about a million dollars. That's an
5 approximation.
6 BY MS. HURST:
7     Q   Have you owned other Google stock in the
8 past that you've since sold?
9         MS. ANDERSON: Beyond the scope.
10        THE WITNESS: I have.
11 BY MS. HURST:
12    Q   And what's the approximate amount of
13 revenue that you've -- or capital gain that you have
14 received through the sale of those shares?
15        MS. ANDERSON: Beyond the scope.
16        THE WITNESS: I don't know.
17 BY MS. HURST:
18    Q   Can you approximate?
19        MS. ANDERSON: Beyond the scope.
20        THE WITNESS: A few million dollars.
21 BY MS. HURST:
22    Q   More than 1 and less than 10?
23        MS. ANDERSON: Beyond the scope.
24        THE WITNESS: More than 1. I don't know
25 less than 1. I...

Page 33

9 (Pages 30 - 33)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    I have never done that math.
2 BY MS. HURST:
3    Q   And you're aware, both in connection with
4 having sold Google shares and currently being a
5 Google shareholder, that Google is a profitable
6 company, true?
7        MS. ANDERSON:  Beyond the scope.
8        THE WITNESS:  I believe so, yeah.
9 BY MS. HURST:
10    Q   And Google has strategies for earning
11 profit, true?
12        MS. ANDERSON:  Beyond the scope.
13        THE WITNESS:  I would assume so, yes.
14 BY MS. HURST:
15    Q   And one of its strategies for earning
16 profit involves Android; is that right?
17        MS. ANDERSON:  Objection; form.
18        THE WITNESS:  Not -- no, I don't think so.
19 I mean, we give away Android for free, so I don't
20 know how we would make a profit from giving
21 something away for free.
22 BY MS. HURST:
23    Q   So when Eric Schmidt declared, "Don't
24 worry, Android is profitable," he just -- he was not
25 telling the truth when he was making a statement to

Page 34

1 the markets about Google, a public company?
2        MS. ANDERSON:  Objection; form.
3        THE WITNESS:  I actually don't know that
4 he's made that statement.  I have never heard him
5 make that statement personally.
6 BY MS. HURST:
7    Q   And when Andy Rubin said, "Don't worry,
8 Android's profitable," was he not telling the truth?
9        MS. ANDERSON:  Objection; form.
10        THE WITNESS:  I'm not sure if Andy made
11 that statement.  I've never heard him say that.
12 BY MS. HURST:
13    Q   Well, let me just ask you:  I want you to
14 assume Mr. Schmidt assured the market that Android
15 would be profitable.
16        Do you disagree with that?
17        MS. ANDERSON:  Objection; form.  It's also
18 beyond the scope.
19        THE WITNESS:  Again, I don't know that
20 Eric or anyone has made that type of statement.
21 BY MS. HURST:
22    Q   Are you unable to accept the truth of that
23 assumption for purpose of answering the question?
24 Is that so far out of the realm of possibility that
25 Mr. Schmidt might have made such a statement for you

Page 35

1 that you just can't even accept it for purposes of
2 answering whether you agree or disagree with it?
3        MS. ANDERSON:  Objection; form.
4        Which question do you want him to answer?
5 There's two questions.
6        MS. HURST:  It's all one question.
7        MS. ANDERSON:  Okay.  Can we have that
8 read back, please.
9        (Record read as follows:
10        "Q   Are you unable to accept
11        the truth of that assumption for
12        purpose of answering the
13        question?  Is that so far out of
14        the realm of possibility that
15        Mr. Schmidt made a statement
16        that you just can't accept it
17        for purposes of answering
18        whether you agree or disagree
19        with it?")
20        MS. ANDERSON:  Objection; form.
21        THE WITNESS:  If your question is whether
22 Eric Schmidt made that statement or not, I have no
23 idea.
24 BY MS. HURST:
25    Q   I'm asking you to assume he did; that

Page 36

1 Mr. Schmidt made a statement to the effect of
2 "Don't" -- public statement, "Don't worry, Android's
3 profitable.  Of course, we're making money on
4 Android."
5        Now, tell me, do you agree or disagree
6 with that?
7        MS. ANDERSON:  Objection; form.
8        THE WITNESS:  I guess it depends on -- on
9 the broader context of -- of what the statement
10 involved, you know, what -- what the other parts of
11 the statement, whatever they were; if I'm supposed
12 to assume that he made the statement, I guess it
13 depends on what else he was saying or what he was
14 talking about.
15        But when -- when talking about Android
16 specifically from my perspective, what I know is
17 that Android, the operating system, AOSP, as we call
18 it, is a free operating system that we don't charge
19 for.
20 BY MS. HURST:
21    Q   Android is also an ecosystem, right?
22        MS. ANDERSON:  Objection; form.
23        THE WITNESS:  The way I think about it is
24 Android is an operating system.  There is an
25 ecosystem associated with it, but Android is an

Page 37

10 (Pages 34 - 37)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 operating system.                          1
2 BY MS. HURST:
3     Q    You've used the term "ecosystem" and the
4 need to keep a healthy ecosystem several times
5 today.                                      1
6        What do you mean by that?
7     A    Well, there are a number of different --
8 the context matters, I guess.  In our previous
9 conversation here, I believe we were talking about
10 the application ecosystem and Google Play,      1
11 specifically.
12     Q    Well, there are others in the Android
13 ecosystem, right, not just application developers?
14     A    Well, you were asking that I mentioned
15 the word "ecosystem" before.  I'm just telling you    1
16 that's -- that's the context that I was mentioning
17 it in.
18     Q    All right.
19        Well, who are all the types of business
20 partners that are in the Android ecosystem?     1
21     A    Sure.  There are a number of different
22 kinds of partners:  Operators, for instance,
23 application developers, which we talked about,
24 hardware manufacturers or OEMs.  There are also
25 commercialization partners, technology providers,     1

Page 38

1     THE WITNESS:  Well, there is no one way to   1
2 do anything on Android.  It's kind of the way
3 Android is built.  It's customizable, so it really
4 depends on specific devices.
5 BY MS. HURST:                               1
6     Q    Okay.
7        So then let's go with, you know, some
8 Samsung, you know, device that -- smartphone device
9 that uses Android.  What's the current version of a
10 Samsung device using Android?               1
11     MS. ANDERSON:  Objection; form, beyond the
12 scope.
13     THE WITNESS:  Yeah, it's hard to answer
14 that.  Samsung has many, many different devices out
15 in the market today, so I couldn't give you one    1
16 answer to that.
17 BY MS. HURST:
18     Q    Do you have an Android phone with you here
19 today that is your personal phone?
20     A    I do have an Android phone in this       1
21 building, yes.
22     Q    Okay.
23        And what kind of phone is it?
24     A    It's an Android phone.
25     Q    Right.  But manufactured by who?        1

Page 40

1 and I'm sure there are others that I'm forgetting    1
2 about at the moment, but those are the ones that
3 come to mind.
4     Q    And when you say "operators," you mean
5 wireless carriers?                          1
6     A    Correct.
7     Q    Who amongst that ecosystem decides what
8 search provider will be used for Phone-top Search?
9     MS. ANDERSON:  Objection; form.
10     THE WITNESS:  What is Phone-top Search?     1
11 BY MS. HURST:
12     Q    So, you know, when you have a smartphone
13 and you swipe down on the main screen to make a
14 search, are you familiar with that?
15     MS. ANDERSON:  Objection; form.          1
16 BY MS. HURST:
17     Q    You're not in any application.
18     A    Swiping down, no, I'm not familiar.
19     Q    Well, I'm -- you know, shame on me, I'm an
20 iOS user.  Maybe there's a different way of doing it    1
21 in Android.
22        You're not in any application, you want to
23 make a search.  How do you do that in the Android --
24 in an Android device?
25     MS. ANDERSON:  Objection; form.          1

Page 39

1     A    The one that I'm using right now is      1
2 manufactured by Huawei.
3     Q    And what's it called?
4     A    It's the Nexus 6P.
5     Q    So that's the one that Google sells,      1
6 right?
7     MS. ANDERSON:  Objection; form, beyond the
8 scope.
9     THE WITNESS:  It's one of the phones
10 that -- we have a store called the Google Store      1
11 where we sell phones from.  That's one of the phones
12 that's sold there, yes.
13 BY MS. HURST:
14     Q    Okay.
15        So if you're not in any application and      1
16 you want to engage in a Web search using a phone,
17 what's the mechanism for doing so?
18     A    I'm sorry, can you repeat that question.
19     Q    Yeah.
20        If you don't have any application open,      1
21 you're just on the main screen of your phone and you
22 want to engage in a Web search, what's the most
23 efficient, simplest and easiest way of going about
24 doing that?
25     MS. ANDERSON:  Objection; beyond the      1

Page 41

11 (Pages 38 - 41)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 scope.
2        THE WITNESS:  Depends on how you want to
3 do it.  There's multiple ways of doing it.
4 BY MS. HURST:
5    Q    Using your hand as opposed to your voice
6 and making gestures with the phone, in order to --
7 with the fewest number of steps, acquire a search
8 bar that will allow you to enter data to cause there
9 to be a search, what is the mechanism that you most
10 often use with your Nexus phone in order to
11 accomplish that?
12        MS. ANDERSON:  Objection; form, beyond the
13 scope.
14        THE WITNESS:  The way I do searches from
15 the home screen if I'm not using my voice, is to tap
16 on the widget.
17 BY MS. HURST:
18    Q    So you call it the home screen?
19        MS. ANDERSON:  Objection; form.
20        THE WITNESS:  I believe the screen that
21 we're talking about, since you mentioned you're an
22 iOS user, I'm trying to translate your terminology
23 into mine, but what I mean by "home screen" is the
24 screen that appears when you press the "Home"
25 button.

Page 42

1 BY MS. HURST:
2    Q    Or when you turn the phone on for the
3 first time?
4        MS. ANDERSON:  Objection; form, beyond the
5 scope.
6        THE WITNESS:  Correct.  The home screen
7 does appear when you first turn on the phone.
8 BY MS. HURST:
9    Q    Without opening any application, is there
10 a means of accessing search capability from the home
11 screen?
12        MS. ANDERSON:  Beyond the scope.
13        THE WITNESS:  Well, search is implemented
14 as an application, so no, there is no way to do a
15 search without applications.
16        MS. ANDERSON:  I neglected to mention at
17 the beginning that I want to put on the record for
18 all these depos today of the different topics, the
19 witness does reserve the right to read and sign for
20 30 days.  I just want to make sure that's on the
21 record for each topic today.
22 BY MS. HURST:
23    Q    Who amongst the Android ecosystem decides
24 whether there will be a default search provider?
25        MS. ANDERSON:  Objection; form and beyond

Page 43

1 the scope.
2        THE WITNESS:  Who decides whether there'll
3 be a default search provider?
4 BY MS. HURST:
5    Q    Yes.
6    A    I'm not sure.
7    Q    Is it your strategy for Android to have
8 Google be the default search provider?
9        MS. ANDERSON:  Objection; form.
10        THE WITNESS:  For Android as a whole, I
11 wouldn't say that's my strategy, no.
12 BY MS. HURST:
13    Q    Well, whether you would personally say
14 it's your strategy, I'm asking about Google's
15 strategy.
16        MS. ANDERSON:  Objection; form.
17 BY MS. HURST:
18    Q    Is it Google's strategy for Android to
19 have Google be the default search provider?
20        MS. ANDERSON:  Objection; form.
21        THE WITNESS:  I don't think I would use
22 the word "strategy," no.
23 BY MS. HURST:
24    Q    Well, what word would you use?
25    A    I think Google's hope is that these

Page 44

1 manufacturers or operators or whoever it is that's
2 responsible for bringing these devices to market
3 would choose Google, but ultimately it's their
4 choice.
5    Q    It's certainly your goal that they choose
6 Google as a default search provider, isn't it?
7        MS. ANDERSON:  Objection; beyond the
8 scope.
9        THE WITNESS:  I don't think so, no.  From
10 the Android perspective, we are building an
11 operating system that's open source that isn't tied
12 to any specific company in any way.
13 BY MS. HURST:
14    Q    So it's not --
15        I just want to be clear; it is not your
16 goal that Google be the default search provider in
17 connection with the Android platform?
18        MS. ANDERSON:  Objection; form, beyond the
19 scope.
20        THE WITNESS:  The goal of the Android team
21 is to build an operating system that our partners
22 are happy to adopt and deploy and customize and
23 build their own products on top of, that also
24 delight customers.  That's our goal.
25

Page 45

12 (Pages 42 - 45)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 BY MS. HURST:                                  1
2    Q   Okay.
3        I'm asking about having Google as the
4 default search provider in connection with the
5 Android platform.  "Yes" or "no", is that one of     1
6 your goals?
7        MS. ANDERSON:  Objection; form.
8        THE WITNESS:  And you're talking about
9 Android right now?
10 BY MS. HURST:
11   Q   The "Android platform" is the word -- the
12 phrase that I used.
13   A   For the Android platform, which, to me, I
14 interpret as the Android operating system -- AOSP
15 is another term for it -- the goal there, as I      1
16 mentioned, is to build a operating system that's
17 used by manufacturers and operators, and it's not
18 tied to any specific company, including Google.
19   Q   Okay.
20       "Yes" or "no," is it one of your goals for   1
21 the Android platform to have Google be the default
22 search provider?
23       MS. ANDERSON:  Objection; form.
24       THE WITNESS:  Asked that way when you're
25 talking about the Android platform or AOSP, tying or  1

Page 46

1 having any relation with any company, including   1
2 Google, is not a goal of Android.
3 BY MS. HURST:
4    Q   I'm asking whether it's a goal of Google.
5        You're here testifying on behalf of Google   1
6 today.  You understand that, right?
7    A   I do understand that I'm here to testify
8 on behalf of Google today, yes.
9    Q   And Google makes money -- some of the ways
10 that it makes money is by selling advertising in    1
11 connection with searches, right?
12       MS. ANDERSON:  Objection; beyond the
13 scope.
14       THE WITNESS:  That's not my area of
15 responsibility.                                 1
16 BY MS. HURST:
17   Q   I just want to be clear.  You don't know
18 whether Google makes money selling advertising on
19 searches?  Is that your testimony?
20       MS. ANDERSON:  Same objection.        1
21       THE WITNESS:  That's not what I said, no.
22 BY MS. HURST:
23   Q   All right.
24       So you know that Google makes money
25 selling advertising in connection with searches,    1

Page 47

1 right?                                     1
2        MS. ANDERSON:  Same objection.
3        THE WITNESS:  I believe that's how the
4 company makes some of its money, yes.
5 BY MS. HURST:                              1
6    Q   Makes a lot of its money, isn't it?
7        MS. ANDERSON:  Same objection.
8        THE WITNESS:  I actually don't know.
9 BY MS. HURST:
10   Q   Well, how else does it make money?       1
11   A   I don't know.  There may be other ways.
12 I'm not responsible for Search or advertising.
13   Q   Okay.
14       I just want to be clear.  You're a Senior
15 Vice President of Google, and you don't know how the  1
16 company makes money; is that right?
17       MS. ANDERSON:  Objection; form and beyond
18 the scope.
19       THE WITNESS:  That's not what I said, no.
20 BY MS. HURST:                              1
21   Q   Okay.
22       How does Google make money,
23 Mr. Lockheimer?
24       MS. ANDERSON:  Objection; beyond the
25 scope.                                    1

Page 48

1        THE WITNESS:  I believe the company makes   1
2 money on -- in a number of ways.
3 BY MS. HURST:
4    Q   How?
5        MS. ANDERSON:  Objection; beyond the       1
6 scope.
7        THE WITNESS:  I don't know all of them.
8 But one of them, I do believe, involves advertising,
9 yes.
10 BY MS. HURST:                             1
11   Q   Well, how else does it make money?
12       MS. ANDERSON:  Objection; beyond the
13 scope.
14       THE WITNESS:  I don't know.
15 BY MS. HURST:                             1
16   Q   Does Google expect to have any economic
17 benefit of any kind associated with Android, whether
18 directly or indirectly?
19       MS. ANDERSON:  Objection; form.
20       THE WITNESS:  I believe Google's desire is   1
21 for people to be able to access the Internet using
22 their phones so that they can reach Google's
23 services.
24 BY MS. HURST:
25   Q   And how does that result in economic       1

Page 49

13 (Pages 46 - 49)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 50

1 benefit for Google?
2     MS. ANDERSON: Objection; form.
3     THE WITNESS: Well, I believe if people
4 are using Google's services, there's a chance that
5 they may -- when I say "they," I mean end users --
6 may do things that would cause profits or revenue
7 for -- for Google as opposed to, of course, if
8 they're not able to get to Google at all, then
9 obviously we're not present, so that would be not a
10 great thing for Google.
11 BY MS. HURST:
12     Q   What strategies does Google pursue in
13 order to acquire economic benefit, either directly
14 or indirectly, from Android?
15     MS. ANDERSON: Objection; form.
16     THE WITNESS: Sorry, if you could ask me
17 that question again. What...
18 BY MS. HURST:
19     Q   What strategies does Google pursue in
20 order to acquire economic benefit, either directly
21 or indirectly, from Android?
22     A   What strategies. Well, I think it's --
23 it's what I just mentioned, which is it's
24 beneficial for Google if end users are able to
25 access Google.

Page 51

1     Q   And how does Android play a role in that?
2     A   Well, my belief is Android represents one
3 way, not the only, but one way in which people can
4 access Google for the Internet at large.
5     Q   Well, how many people access -- can access
6 the Internet using Android?
7     MS. ANDERSON: Objection; form, beyond the
8 scope.
9     THE WITNESS: I don't know.
10 BY MS. HURST:
11     Q   It's about a billion and a half and
12 counting, right?
13     MS. ANDERSON: Same objections.
14     THE WITNESS: I don't know.
15 BY MS. HURST:
16     Q   Can you approximate how many Android
17 devices are currently in active use?
18     MS. ANDERSON: Same objections.
19     THE WITNESS: I can.
20 BY MS. HURST:
21     Q   Okay. How many?
22     MS. ANDERSON: Same objections.
23     THE WITNESS: If your question is how many
24 active Android devices are there, which is different
25 from how many people are accessing the Internet,

Page 52

1 there are about 1.4 billion devices, Android active
2 devices, but that's not the same thing as them
3 accessing the Internet.
4 BY MS. HURST:
5     Q   Do you have a plan to get to the next
6 billion?
7     MS. ANDERSON: Objection; form, beyond the
8 scope.
9     THE WITNESS: When you say "the next
10 billion," are you referring to a specific thing?
11 BY MS. HURST:
12     Q   Well, we were just talking about active
13 Android users, right?
14     MS. ANDERSON: Objection; form, beyond the
15 scope.
16 BY MS. HURST:
17     Q   Do you remember that question and answer?
18     MS. ANDERSON: Form, beyond the scope.
19     THE WITNESS: I do remember you asking me
20 how many active Android devices there were in the
21 world, yes.
22 BY MS. HURST:
23     Q   And you said 1.4 billion, right?
24     MS. ANDERSON: Same objections.
25     THE WITNESS: I said there are 1. --

Page 53

1 approximately 1.4 billion Android -- active Android
2 devices in the world.
3 BY MS. HURST:
4     Q   And do you have a plan to get to the next
5 billion?
6     MS. ANDERSON: Same objections.
7     THE WITNESS: We're always planning for
8 more growth to get to more customers.
9 BY MS. HURST:
10     Q   What strategies do you intend to employ in
11 order to get to the next billion active Android
12 users?
13     MS. ANDERSON: Objection; form.
14     THE WITNESS: Again, I don't know if
15 you're referring to a specific project right now
16 when you say "the next billion," but, in general,
17 our strategy has always been to build products that
18 customers like, and if we are able to delight
19 customers, then our belief is more customers will
20 use our products, so it's really focused on the end
21 user and the -- and their experience.
22 BY MS. HURST:
23     Q   Is that a complete statement of all
24 present strategies at Google for acquiring your next
25 billion active Android users?

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    MS. ANDERSON:  Objection; form.
2    THE WITNESS:  I think the fundamental way
3  in which products succeed in the market is by being
4  great products, and so that is absolutely something
5  we're focused on.
6  BY MS. HURST:
7    Q    And is that a complete statement of all
8  present strategies at Google for acquiring your next
9  billion active Android users?
10    MS. ANDERSON:  Objection; form.
11    THE WITNESS:  That's one of the ways in
12  which we're focused on getting to more customers.
13  BY MS. HURST:
14    Q    And what are all of the other strategies
15  that you presently intend to employ in order to
16  acquire your next billion active Android users?
17    MS. ANDERSON:  Objection; form.
18    THE WITNESS:  You keep on mentioning "the
19  next billion."  So I don't know if you literally
20  mean 1 billion people or if you're using that as
21  sort of a proxy for more users.  Can you clarify?
22  BY MS. HURST:
23    Q    Well, hasn't Google announced that it
24  hopes to acquire another billion active Android
25  users?

Page 54

1    A    Well, it's not my area of responsibility,
2  so I would be guessing somewhat here, but I think
3  it means figuring out for the search team to figure
4  out how to make searches on mobile more
5  monetizable; I guess that's what it means.
6    Q    What's an OKR at Google?
7    A    OKR stands for objectives and key
8  results.
9    Q    And is that some kind of a business
10  planning process?
11    A    Yeah, you could say that.
12    Q    Do you have any responsibility for
13  preparing or delivering any OKRs?
14    A    All employees do, yes.
15    Q    And do you have ultimate responsibility
16  for the OKRs for Android?
17    A    Well, considering I'm responsible for
18  Android, one of the -- one of the areas that I'm
19  responsible for is Android.  Yes, I guess you could
20  say that.
21    Q    Have you ever prepared an OKR for the
22  overall Android business?
23    A    Well, when you say "Android business," I
24  don't know if you're specifically referring to
25  business elements which you and I discussed

Page 56

1    A    I don't know.
2    MS. HURST:  All right.  We've been going
3  for about an hour.  Let's take a break.
4    THE VIDEOGRAPHER:  We are off the record
5  at 10:47 a.m.
6    (Recess taken.)
7    THE VIDEOGRAPHER:  We are back on the
8  record at 11:03 a.m.
9  BY MS. HURST:
10    Q    Mr. Lockheimer, have you ever heard anyone
11  use the word "monetize" in connection with Android
12  at Google?
13    A    I've heard -- I've heard of the word
14  "monetize."  I'm just thinking in connection with
15  Android, I'm not sure.
16    Q    Have you ever heard of any plan or
17  strategy or market for monetizing mobile search
18  associated with Android?
19    MS. ANDERSON:  Objection; form.
20    THE WITNESS:  Monetizing mobile search,
21  have I ever heard of that?  I think I've heard of
22  that phrase.
23  BY MS. HURST:
24    Q    And what do you understand it to mean at
25  Google?

Page 55

1  earlier.  It's kind of a confusing term that you're
2  using for me, but Android overall, there are many
3  OKRs that many people are involved in -- in
4  creating and delivering.
5    Q    How does Google earn money, either
6  directly or indirectly, associated with Android?
7    MS. ANDERSON:  Objection; form.
8    THE WITNESS:  Well, let's see.  I think
9  there are two questions, directly and indirectly.
10  So let's -- let's tackle "directly" first.  I'm not
11  familiar with any way in which Android is directly
12  monetized.  As I mentioned earlier, Android is a
13  free operating system that we give away for free.
14  It's open sourced, and there is no price associated
15  with -- with Android.  In other words, if a
16  manufacturer or an operator wants to use Android,
17  they don't have to pay Google for the Android
18  product.
19    Your second question in terms of
20  "indirectly," I think this is what we were touching
21  upon a little earlier.  In general, if more people
22  are on the Internet, that's a good thing for Google,
23  and so I guess you could say indirectly in the sense
24  that if Android users are on the Internet, there is
25  a possibility that they will also use Google.

Page 57

15 (Pages 54 - 57)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 BY MS. HURST:
2    Q   Well, it's your plan that -- to make it
3 more than a possibility if you can; isn't that true?
4    A   Our goal from the Android perspective is
5 to provide great end customer user experience and
6 provide functionality and tools that customers are
7 desiring, and hopefully as part of doing that,
8 they'll end up using Google's products, but it's
9 ultimately the customer's choice.
10    Q   Let me just make sure I understand.  You
11 know you're testifying here today on behalf of all
12 of Google, right?
13        MS. ANDERSON:  Objection; form.
14        THE WITNESS:  I understand that I'm
15 testifying for Google, yes.
16 BY MS. HURST:
17    Q   And you consented to testify on behalf of
18 all of Google, right?
19        MS. ANDERSON:  Objection; form.
20        THE WITNESS:  I guess I don't understand
21 the distinction between all of Google and not all of
22 Google; you seem to be making a distinction.
23 BY MS. HURST:
24    Q   Well, you keep telling me about things
25 from the perspective of Android, right?  Several

Page 58

1 times you've said "from the perspective of Android."
2        Do you remember that testimony?
3        MS. ANDERSON:  Objection; form.
4        THE WITNESS:  Well, there have been many
5 questions and answers.  I'm just clarifying the
6 questions that you're asking me since you're talking
7 about Android.  I'm just clarifying that I am, in
8 fact, talking about Android.
9 BY MS. HURST:
10    Q   Okay.
11        I'm asking you, do you understand that
12 you're here to testify today on behalf of the entire
13 business of Google, not just one little piece of it?
14        MS. ANDERSON:  Objection; form.
15        THE WITNESS:  I understand that I'm here
16 for Google, yes.
17 BY MS. HURST:
18    Q   All right.
19        And you agree to testify on behalf of all
20 of Google, right?
21        MS. ANDERSON:  Objection; form.
22        THE WITNESS:  Yes, I've agreed to testify
23 for Google, yes.
24 BY MS. HURST:
25    Q   All right.

Page 59

1        So please give me a comprehensive
2 description of all plans of Google, now or in the
3 future, in any way associated with Android or any
4 part thereof.
5        MS. ANDERSON:  Objection; form.
6        THE WITNESS:  All plans of Google related
7 to Android, was that your question?
8 BY MS. HURST:
9    Q   Yes.
10    A   Okay.  I don't know if I can enumerate
11 every single thing.  Google, as you probably know,
12 is a pretty big company, so I can't read the minds
13 of all 50- or 60,000 employees and know all of
14 their plans, but I'm happy to talk about the plans
15 that I'm aware of.
16    Q   Is there any kind of business planning
17 strategy process at Google?
18        MS. ANDERSON:  Objection; form.
19        THE WITNESS:  Business planning process?
20 BY MS. HURST:
21    Q   Yeah.
22    A   I think -- I can't speak for other teams.
23 I can certainly speak for my team.  We all probably
24 do it in slightly different ways because we're all
25 in different businesses and different areas of

Page 60

1 products, so I think it's case-by-case.
2    Q   Well, is there a process by which Google
3 adopts a plan for its business, prospectively, for
4 some period of time, a one-year plan, a three-year
5 plan, a five-year plan?
6    A   Sorry, what does "prospectively" mean?
7    Q   Looking forward.
8    A   Well, I think the closest thing I can
9 think of is what you mentioned earlier, the OKRs.
10    Q   Does the OKR process involve coming up
11 with goals and objectives for the business looking
12 forward for some period of time?
13    A   For some period of time, yes.
14    Q   Okay.
15        And what's the longest period of time
16 covered by the OKRs?
17        MS. ANDERSON:  Objection; form.
18        THE WITNESS:  The longest period that I've
19 seen is an annual OKR, so it would be for one year.
20 BY MS. HURST:
21    Q   Is there a three-year planning process at
22 Google --
23        MS. ANDERSON:  Objection; form.
24 BY MS. HURST:
25    Q   -- where you sit down and say, "Here's

Page 61

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 where I want to be in three years; these are my
2 goals"?
3     A   I'm sure some teams do.
4     Q   Is there any three-year plan in existence
5 at Google that contains any discussion of Android?
6         MS. ANDERSON:  Objection; form, beyond the
7 scope.
8         THE WITNESS:  I can think of one.
9 BY MS. HURST:
10    Q   What is that?
11    A   It's related to office space.
12    Q   Okay.  Anything else?
13    A   Not that I'm aware of.
14    Q   So you're real estate planning for three
15 years for Google -- for Android?
16        MS. ANDERSON:  Objection; form.
17        THE WITNESS:  Yes, that's the one example
18 that I can think of, real estate/headcount, I guess,
19 or hiring planning, you know.  As you probably know,
20 there's not much space left in the Bay Area, so we
21 have to plan ahead and figure out where to -- where
22 to put our employees, so that's, you know, the one
23 thing that I'm familiar with that is beyond a
24 one-year horizon.
25

Page 62

1 or strategy series of documents where people are
2 internally writing down thoughts about Google's
3 strategy for the future about how it's going to earn
4 money that in any way discusses Android?
5         MS. ANDERSON:  Objection; form, beyond the
6 scope.
7         THE WITNESS:  I don't know.
8 BY MS. HURST:
9     Q   Is there any document at Google that talks
10 about the market that Google hopes to pursue in the
11 future that in any way discusses Android?
12        MS. ANDERSON:  Same objections.
13        THE WITNESS:  Are there any documents at
14 Google that discusses markets where we want to grow
15 that involves Android; is that your question?
16 BY MS. HURST:
17    Q   My question is:  Is there any document at
18 Google that talks about markets that Google hopes to
19 pursue in the future that discusses Android?
20        MS. ANDERSON:  Objection -- same
21 objections.
22        THE WITNESS:  Well, I can think of one
23 example.
24 BY MS. HURST:
25    Q   And what is that?

Page 64

1 BY MS. HURST:
2     Q   And any plan about how you're going to
3 earn the money to pay for those employees and that
4 real estate?
5     A   Sorry, your question is vague.  Can you
6 restate your question?
7     Q   Yeah.
8         Is there any plan in existence at Google
9 that discusses Android and talks about how you're
10 going to earn money?
11        MS. ANDERSON:  Objection; form.
12        THE WITNESS:  For Android, since you said
13 "Android," I'm not familiar with any plans to start
14 charging for Android, for instance.
15 BY MS. HURST:
16    Q   That's not my question.
17        My question is:  Is there any business
18 plan in existence at Google, forward-looking plan,
19 that talks about how Google is going to earn money
20 and discusses Android, in any way?
21        MS. ANDERSON:  Objection; form, beyond the
22 scope.
23        THE WITNESS:  I'm not sure.
24 BY MS. HURST:
25    Q   Is there any strategy document at Google

Page 63

1     A   I guess it depends how you define
2 "market."  But my interpretation of when you said
3 "market" was sort of product areas.  So one example
4 might be enterprise.
5     Q   Okay.
6         Any other documents that you can think of
7 at Google that talks about markets that Google hopes
8 to pursue in the future and discusses Android?
9     A   I can think of another example.
10    Q   Okay.
11        Tell me everything that you can think of.
12 Don't give me one example at a time.  Give it to me,
13 all of it.  You've said "enterprise."  What else?
14        MS. ANDERSON:  Objection; form.
15        THE WITNESS:  Well, the wearable market
16 so, for instance, Android Wear.
17 BY MS. HURST:
18    Q   What else?
19    A   Chrome OS.
20    Q   What else?
21    A   Chromecast.
22    Q   What else?
23    A   Android Auto.
24    Q   Please tell me all of them.
25    A   I'm thinking through.  I want to give you

Page 65

17 (Pages 62 - 65)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 a very precise answer. So I'm thinking through my
2 answers. Let's see, mentioned Android Auto,
3 Android Wear. Oh, Android TV and the IOT space.
4 Q   And you said IOT?
5 A   I did say that.
6 Q   Anything else?
7 A   I think that's it.
8 Q   All right.
9       Now, what document were you thinking of
10 that discusses these document or documents where you
11 were thinking of that discusses these markets that
12 you've just mentioned?
13       MS. ANDERSON:  Objection; form.
14       THE WITNESS:  They're generally -- for
15 instance, for the IOT one, I was thinking about a
16 recent blog post that we had done. For Android TV,
17 I was thinking about a review I had recently where
18 they were projecting a presentation; same thing for
19 Android Wear, ditto Android Auto.
20       For enterprise, I was in London last week
21 meeting with a team there that's working on this --
22 in that space, and they showed me a document also,
23 so those were the documents that I was thinking of.
24 BY MS. HURST:
25 Q   Who reports to you?

Page 66

1 Q   And what does that involve?
2 A   What does leading it involve?
3 Q   What is the effort?
4 A   I see. What is the effort? Well, there
5 are a number of components to it. Would you like
6 me to enumerate them?
7 Q   Please.
8 A   So I can think of at least two distinct
9 efforts there that are interrelated but somewhat
10 separate. The first one we call Project Brillo,
11 and it is basically -- if you think of the Android
12 operating system and how widely it's been adopted
13 by the industry -- and "industry" here, I'm
14 referring to manufacturers basically -- one of the
15 benefits that Android brings as an operating system
16 is that, first of all, there are a lot of
17 manufacturers who are familiar with it, but also
18 there are a lot of component suppliers who are
19 familiar with it. And by "component suppliers" I'm
20 talking about chip manufacturers or sensor
21 providers, you know, silicon providers, hardware
22 providers.
23       And so this is -- really, I'm talking
24 about the Android kernel and -- and -- and sort of
25 that realm, not the application framework or

Page 68

1 A   I have a number of reports.
2 Q   Do they break down in any way by these
3 functional market areas that you've been describing?
4 A   Sometimes. It depends.
5 Q   Is there someone who reports to you who
6 you understand to be overall responsible for leading
7 Google's effort with respect to IOT; the Internet of
8 Things?
9 A   Not reporting directly to me, no.
10 Q   Reporting up through some level that
11 ultimately ends with you?
12 A   Yeah, in my hierarchy, sure.
13 Q   All right.
14       And who is that?
15 A   Ryan Cairns and Gayathri Rajan.
16 Q   Say that last one again.
17 A   Gayathri. I believe her last name is
18 Rajan.
19 Q   Gayathri Rajan?
20 A   I believe that's her last name, yes.
21 Q   All right.
22       And they're responsible for some effort
23 with respect to Internet of Things?
24 A   Correct. Together they're leading our
25 IOT efforts.

Page 67

1 nothing of that nature, more just the hardware
2 portions of it.
3       There are a lot of hardware providers
4 that are familiar with Android, so our idea was to
5 take that broad support base for the Android
6 kernel and drivers and so on and make it possible
7 for folks who are familiar with that technology to
8 also build devices in the IOT space. So that's
9 what Project Brillo is.
10       And then the other -- I mentioned there
11 are at least two I can think of. The other one is
12 called Weave, and Weave is a -- you can think of
13 it as a protocol that enables devices to discover
14 each other and talk to each other.
15       One of the common problems in the IOT
16 space is that there are many, many devices out
17 there that are capable of connecting to the
18 Internet and doing something useful for you in
19 your life, but a lot of these devices don't know
20 how to talk to each other or don't even know about
21 each other. And our thinking was that if these
22 devices could all talk to each other and exchange
23 status or commands, things like that, maybe the
24 whole combination of all of these devices would be
25 much more powerful for the end user.

Page 69

18 (Pages 66 - 69)

1     So that's what Weave enables at a
2  protocol level.  It's separate from any operating
3  system.  It's agnostic to what the operating
4  system is.  It's just a way in which devices talk
5  to each other, a language -- not even a way, in
6  the sense that it's more like a language, a common
7  language, that's shared between devices.
8     Q   Who is leading your effort with respect to
9  Android TV?
10    A   Mario Queiroz.  We can help you with the
11 spelling later.
12    Q   What is your effort with respect to
13 Android TV?
14    A   What is my effort?
15    Q   Google's effort.  When I say "you," I'm
16 only talking about Google, right?
17    A   Okay.  What is our effort related to
18 Android TV; that was your question?
19    Q   Yes.
20    A   Well, the thinking there is that
21 televisions these days have become pretty
22 sophisticated, and they all require an operating
23 system.  So we figured we have an operating system
24 with -- with a lot of adoption and a lot of, again,
25 industry knowledge, and many times a phone

Page 70

1  manufacturer also manufactures TVs and vice versa.
2     So as an example, Sony makes phones, but
3  they also make TVs, and so we thought it would be
4  beneficial for Sony, just to use them as an
5  example, if they could also use Android.  They
6  already use Android on phones.  If they could also
7  use Android for TVs, that would be a cost saving
8  for them in terms of employee training and -- and
9  so on.
10    So that's why we've made Android TV
11 available for manufacturers of TVs.  It's one of
12 the reasons why we've done that.
13    Q   And what benefit does Google expect to get
14 out of making Android TV available?
15    A   Well, we think -- it's similar to the IOT
16 discussion we just had, but we think that consumers
17 and customers will benefit if various devices in
18 their lives, important devices in their lives, know
19 how to talk to each other.
20    And so there's a familiarity factor of
21 being able to run similar applications but also
22 being able to -- one device knowing about another
23 device might create new experiences that weren't
24 possible before.  So what we're trying to do here
25 is to make it sort of -- provide end customers

Page 71

1  with a -- with a holistic experience of devices
2  from various manufacturers that all sort of
3  interact with each other.
4     Q   And what benefit does Google expect to get
5  out of that?
6     A   Well, I think our -- going back to our
7  earlier discussion, I think the number one benefit
8  is happy customers.  We think, you know, having a
9  very happy, engaged, delighted set of end users is
10 very important to the health of -- or the success
11 of any product.
12    Q   Do happy customers pay your salary?
13    A   No.  No customer has directly paid me,
14 no.
15    Q   You've got to earn money to pay your
16 employees, right?
17    A   Yes, we do pay our employees, and we need
18 money to pay for them.
19    Q   Do you expect to earn money somehow to
20 benefit economically from Android TV?
21    A   Sure.  There's -- you know, we talked
22 earlier about application developers, you know, if
23 application developers target their applications
24 for the TV platform, for Android TV, you know.  The
25 revenue share that we talked about for app

Page 72

1  developers applies there as well.
2     Q   How else do you expect to earn money
3  associated with Android TV?
4     A   I guess a similar theme, but instead of
5  applications, this could be content also.  So, for
6  instance, if -- if I subscribe to HBO now on my
7  Android TV, you know, certainly HBO gets paid from
8  the consumer, but we also get a cut.
9     Q   You said you saw a presentation last week
10 in London about Android TV?  Did I --
11    A   No, I didn't say that.
12    Q   You recently saw some kind of review
13 presentation about Android TV?
14    A   Yes.
15    Q   When did you see that?
16    A   I don't remember the exact date.  I have
17 weekly reviews with many of my teams, not all, but
18 many of them, and I happen to have one with the
19 Android TV team recently.  I don't remember the
20 exact date, though.
21    Q   Was it within the last month?  Last two
22 months?
23    A   It was in the last month.
24    Q   Okay.
25    And it was Mr. Queiroz?

Page 73

19 (Pages 70 - 73)

1    A    Mario Queiroz.
2    Q    And did this presentation include any
3  revenue projections?
4    A    No, I don't believe so.
5    Q    Who do you understand to be responsible at
6  Google for figuring out how Google is going to earn
7  money in connection with Android TV?
8        MS. ANDERSON:  Objection; form.
9        THE WITNESS:  How Google is going to earn
10  money on Android TV.  That's probably closest to
11  the -- to the Play team.
12  BY MS. HURST:
13    Q    You mean the Google Play?
14    A    Sorry, yes.  The Google Play team.  They
15  provide, for instance, the Play Store, which is our
16  application store, among other things.
17    Q    Do you have any plan to collect data
18  associated with consumers' use of Android TV?
19    A    What sort of data are you referring to?
20    Q    Any kind.
21    A    I believe we do, with the user's consent.
22    Q    Do you have any plan to commercialize your
23  collection of data associated with consumers' use of
24  Android TV?
25        MS. ANDERSON:  Objection; form.

Page 74

1        THE WITNESS:  Not that I'm aware of.
2  Well, let me rephrase.  We, for instance, collect
3  credit card information from consumers so that they
4  can pay for the application that they want to buy or
5  the subscription service that they want to subscribe
6  to.  So I guess credit card numbers is data, but
7  that's a very direct form of data.
8  BY MS. HURST:
9    Q    Well, if you have the operating system in
10  the TV, then you can keep track of everything people
11  are watching, true?
12        MS. ANDERSON:  Objection; form.
13        THE WITNESS:  Not necessarily, no.
14  BY MS. HURST:
15    Q    You could do so if you wanted to, correct?
16        MS. ANDERSON:  Objection; form, beyond the
17  scope.
18        THE WITNESS:  I'm not sure, actually.
19  BY MS. HURST:
20    Q    So you've never heard anybody discussing
21  any idea that Android TV could be used to, for
22  example, track consumers' viewing habits?
23        MS. ANDERSON:  Same objections.
24        THE WITNESS:  I've heard that idea but not
25  from Google.

Page 75

1  BY MS. HURST:
2    Q    Other than applications and content, does
3  Google have any other plan, strategy for earning
4  money in connection with Android TV?
5    A    Yeah, I can think of one more.
6    Q    And what is that?
7    A    Well, if -- if a consumer watches YouTube
8  and if there's an ad in that YouTube stream -- I
9  don't know if I'm getting my terminology right
10  because I don't work on that team, but I think you
11  get the general idea.  If there's an ad related to
12  the YouTube channel they're watching, I could see
13  that being a source of revenue for Google.
14    Q    So you can put your own applications on
15  the TV and earn money through your own applications?
16        MS. ANDERSON:  Objection; form.
17        THE WITNESS:  Well, the idea behind a
18  platform is anyone can provide applications and
19  anyone can figure out ways in which to make money.
20  BY MS. HURST:
21    Q    Including Google itself?
22    A    Including Google itself but not in any
23  particularly unique way.  We're just an application
24  developer on Android or Android TV or any of our
25  platforms, just like everyone else.

Page 76

1    Q    Well, isn't it true that Mr. Page and
2  Mr. Brin specifically wanted to make sure that
3  Google had control of Android so that it could be
4  the default search provider?
5        MS. ANDERSON:  Objection; form.
6        THE WITNESS:  I've never heard them say
7  that, so I don't know.
8  BY MS. HURST:
9    Q    Is it true that Google Play pays
10  Apple in order to be the default search provider?
11    A    Google Play pays Apple?
12    Q    Sorry, Google pays Apple -- not "play."
13  Let me start over.  Strike that.
14        Is it true that Google pays Apple in order
15  to be the default search provider in iOS?
16        MS. ANDERSON:  Objection; form, beyond the
17  scope.
18        THE WITNESS:  I've heard things, but I
19  don't know the details of that.
20  BY MS. HURST:
21    Q    Well, what is your belief about whether
22  that's true or not?
23        MS. ANDERSON:  Objection; form, beyond the
24  scope.
25        THE WITNESS:  Well, what I -- what I know

Page 77

20 (Pages 74 - 77)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  is that I don't deal with Google's dealing with         1
2  Apple because I work on Android, among other things.
3  So I'm not familiar with that part.  That would be
4  someone else's responsibility at Google.
5  BY MS. HURST:                                           1
6      Q   Well, do you have a belief, one way or
7  another, whether Google pays Apple in order to be
8  the default search provider?
9          MS. ANDERSON:  Same objections.
10         THE WITNESS:  I've heard, but I don't know      1
11 for a fact.
12 BY MS. HURST:
13     Q   Okay.
14         You believe that to be true, right?
15         MS. ANDERSON:  Same objections.                 1
16         THE WITNESS:  Yeah, I suppose so.  I have
17 nothing to question what I heard.
18 BY MS. HURST:
19     Q   So who has Google paid in order to be the
20 default search provider on Android devices?            1
21     A   In order to be the default search
22 provider, meaning had we not paid, they wouldn't
23 have used Google anyway?  I'm not sure.
24     Q   Well, who has Google paid where it has
25 also been the Android search -- pardon me.              1

Page 78



Page 80

Page 79

Page 81

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 going and whether it's gone in this direction or      1
2 not.
3 BY MS. HURST:
4      Q   Well, what factors, other than historical
5 circumstances, can you identify that Google takes      1
6 into account in deciding whether to pay its business
7 partners revenue associated with searches on their
8 devices?
9      MS. ANDERSON:  Objection; form, beyond the
10 scope.      1
11      THE WITNESS:  Well, one factor I can think
12 of is whether that would be -- excuse me -- whether
13 that would be material to them.  In other words, if
14 a partner is only selling, you know, a small number
15 of devices, let's say, and only, you know, a small      1
16 fraction of their users are actually doing anything
17 with regard to Search, maybe giving them a cut of
18 that is such a small number that we -- we're better
19 off working with those partners in other ways.
20 BY MS. HURST:      1
21      Q   Doesn't it also depend on who has the
22 leverage in the relationship?
23      MS. ANDERSON:  Same objections.
24      THE WITNESS:  What do you mean by that?
25

Page 84

1 ███████████████      1
2 ███████████
3      And what are the factors that go into
4 Google's decision whether it will pay associated
5 with searches for that partner?      1
6      MS. ANDERSON:  Objection; form, beyond the
7 scope.
8      THE WITNESS:  I believe this is a somewhat
9 dissatisfying answer, but I believe some of it is
10 historical and/or organic, meaning considering the      1
11 circumstances, the particulars with any
12 particular -- with any specific partner would
13 dictate whether we have such an agreement with them
14 or not.
15 BY MS. HURST:      1
16      Q   So part of it, what you do now and what
17 you expect to do in the future, is based on what you
18 did in the past?
19      MS. ANDERSON:  Same objections.
20      THE WITNESS:  Well, that's not -- not what      1
21 I said, but I guess my point is it's -- it's -- it's
22 somewhat ad hoc.  It's been an ad hoc decision, not
23 random in the sense that there's no merit to these
24 decisions, but it really depends on the partner and
25 how our conversations with those partners have been      1

Page 83

1 BY MS. HURST:      1
2      Q   Well, are you familiar with the concept of
3 leverage in negotiations?
4      MS. ANDERSON:  Same objections.
5      THE WITNESS:  Yes, I'm familiar with the      1
6 general concept of leverage.  I guess what I'm
7 asking you is specifically what type of scenario are
8 you talking about?
9 BY MS. HURST:
10      Q   I'm just asking you generally if one of      1
11 the factors that you take into account in deciding
12 whether to pay a business partner associated with
13 advertising revenue is who has the leverage in the
14 relationship?
15      MS. ANDERSON:  Same objections.      1
16      THE WITNESS:  I guess we don't really see
17 it that way; certainly, I don't.  I mean, the most,
18 if not all -- I should say most, there are
19 probably -- I shouldn't speak in absolute terms, but
20 I'll say most partners seem to like Google Search.      1
21 They want their customers to use Google Search
22 because their customers like Google Search.  So
23 making that available to their customers is
24 something they are choosing to do, these partners.
25      So in that sense, you know, when you say      1

Page 85



1   "leverage," that seems to imply that we're asking       1
2   partners to do something they don't want to do, and
3   in exchange for doing something they don't want to
4   do, we're paying them money.  I don't see it that
5   way at all, and I don't think our partners see it       1
6   that way either.
7   BY MS. HURST:
8       Q   Well, it's certainly easier to get people
9   to do things when you're willing to pay them for it,
10  isn't it?                       1
11          MS. ANDERSON:  Objection; form, beyond the
12  scope.
13          THE WITNESS:  I can't get my son to eat
14  something he doesn't want to eat even if I offer him
15  $5, so I don't know if I would necessarily agree       1
16  with that.
17  BY MS. HURST:
18      Q   Just wondering; do you think your son is
19  comparable to your business relationship with
20  Samsung?                        1
21          MS. ANDERSON:  Objection; form, beyond the
22  scope.
23          THE WITNESS:  You made a general statement
24  about how it's easier to convince people to do
25  something if you pay them money, and I was just       1

Page 86

1   providing a counterpoint to that.               1
2   BY MS. HURST:
3       Q   And do you think your son is a comparable
4   counterpoint to Samsung, LG, Sony, Verizon,
5   T-Mobile, Vodafone and the other companies we've       1
6   been discussing?
7           MS. ANDERSON:  Same objection; beyond the
8   scope.
9           THE WITNESS:  No.  Clearly he doesn't
10  manufacture phones.                 1
11  BY MS. HURST:
12      Q   Do you have any plan or strategy to share
13  revenue in some way with television manufacturers in
14  connection with their potential use of Android TV?
15      A   Sorry, can you repeat that?             1

Page 87

Page 88

Page 89

23 (Pages 86 - 89)



Page 90

Page 92

Page 91

Page 93

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

11    Q   Is there a group somewhere responsible for
12  getting people to use Android Wear?
13    A   There's a group of people who's
14  responsible for not only developing but also
15  deploying Android Wear, yes.                      1
16    Q   When you say "deploying," that's what you
17  mean by getting other people to use it?
18    A   Yeah, generally just getting other people
19  to use it, supporting them when they've decided to
20  use it, helping them commercialize it, helping them    1
21  support it.
22    Q   Okay.

18    Q   Is there any television manufacturer,
19  other than Sony, who's agreed to use Android TV?
20    A   Yes.                              1
21    Q   Who else?
22    A   Sharp is an example.
23    Q   Anyone else?
24    A   I believe Philips TP Vision is another
25  example.                              1

Page 94

Page 96

1    Q   Anyone else?                      1
2    A   In terms of actual TV sets, you know,
3  like the one we have over there, an actual TV set,
4  I believe that's the current sort of announced
5  list.  There are others that we're in discussions      1
6  with, but there are also other TV partners as well.

18    Q   Is your knowledge sufficient for you to
19  say one way or another?
20    A   Is my knowledge sufficient to say one way    1
21  or another?  I didn't say "one way or another."  I
22  said "not that I'm aware of," so...
23    Q   So you don't know?
24    A   I don't know for a fact, no.

Page 95

Page 97

25 (Pages 94 - 97)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Page 98 (left column):**

11 BY MS. HURST:
12   Q   Did anybody suggest to you that when you
13 don't know the answer but you want to imply that the
14 answer is no, you should say "not that I'm aware
15 of"?                                              1
16   A   No.
17      MS. ANDERSON:  Objection; form.
18 BY MS. HURST:
19   Q   Are there any manufacturers of any devices
20 who have agreed to use Android Wear?              1
21   A   Say that again.
22   Q   Are there any manufacturers of any devices
23 who have agreed to use Android Wear?
24   A   Yes, there are manufacturers who have
25 adopted Android Wear.                             1

Page 98

**Page 100 (right column):**

1
2
3   Q   Did you see the agreements with these
4 approximately 10 watch manufacturers?
5   A   I may have seen some; I'm not sure.         1
6

14 BY MS. HURST:
15   Q   And what is Android Auto?                   1
16   A   It's a -- it's a number of things.  It's
17 a term that refers to a number of projects that all
18 relate to the use of Android in a vehicle or
19 related to cars in some way.
20   Q   And are there any vehicle or parts         1
21 manufacturers who have agreed to use Android in a
22 car or related to cars in some way?
23   A   Yes.
24   Q   And who are they?
25   A   It's a pretty long list of automobile       1

Page 100

**Page 99 (left column):**

1   Q   How many?                                   1
2   A   Less than 10.  I can try enumerating them
3 right now.  I don't know the exact number.
4   Q   What types of devices generally have they
5 agreed to use Android Wear for?                   1
6   A   Watches.
7   Q   Any other types of devices?
8   A   So far, the only ones that have launched
9 are watches.
10

1
Page 99

**Page 101 (right column):**

1 manufacturers, names that you would recognize like,  1
2 you know, Ford or GM and so on.  I think it's
3 something on the order of 50 or so car
4 manufacturers in the world who have decided to
5 adopt Android Auto in some form.                  1
6   Q   All right.
7      And over what period of time has that
8 occurred?
9   A   The agreements with these manufacturers?
10   Q   Yes.                                        1
11   A   Car manufacturers?
12   Q   Yes.
13   A   I believe it's still ongoing, but I think
14 it started maybe two, three years ago.
15

1
Page 101

26 (Pages 98 - 101)



1  Q   Did you speak with him to prepare for this
2  deposition?
3  A   Not to prepare for this deposition, no.
4
14 BY MS. HURST:
15 Q   How does Google plan to make money on
16 Android Auto?
17 A   As I was mentioning earlier, a lot of
18 what drives Google is building products that people
19 want to use.  So if you think of the alternative,
20 if you think of a world in which cars and phones
21 work well together, for instance, stepping
22 back today, the extent of a typical car and a phone
23 interaction is basically Bluetooth, you know, how
24 you get your phone calls over the car's stereo,
25 which is a pretty minimal integration, and over

Page 102

1  time what we want to enable is for your car, for
2  instance, to know, because your phone knows, where
3  you want to go.
4        So, for instance, today when I was
5  coming here, my phone's calendar knew that I
6  should come to this address, 601 South California
7  or whatever -- wherever we are.  But my car didn't
8  know that.  And wouldn't it be great if your car
9  could automatically know that through your phone?
10 That's the premise behind the Android Auto
11 project.
12       So there's not really a direct financial
13 motive here, aside from just providing
14 functionality that people want because if others
15 provide this functionality but we don't, then
16 that's overall a bad thing for the overall Android
17 ecosystem.
18 Q   So you have no plan whatsoever to make
19 money associated in any way with Android Auto?
20 MS. ANDERSON:  Objection; form.
21 THE WITNESS:  Many projects at Google are
22 started with little or no thought behind how that
23 project will eventually make money.  The driving
24 principle is how to build products that people want
25 to use.

Page 103

1  BY MS. HURST:
2  Q   Is there any opportunity to advertise in
3  connection with the use of Android Auto?
4  A   It's certainly possible for some entities
5  to advertise, although on this topic, we have had
6  conversations with auto manufacturers specifically
7  about Google doing advertising, advertisements, and
8  it's something we're currently not contemplating
9  because of, again, you know, our focus is around
10 building products that people want to use.
11       The example I gave, I think, points
12 out a pretty real and compelling use case of your
13 car knowing where you're about to go for your
14 appointment in the morning, doesn't need to
15 involve advertisement.
16       Another consideration, I think, is
17 around driver distraction.  For in-car uses,
18 there's specific laws, depends on the country, but
19 there's specific laws that talk about distraction
20 and, you know, how many -- how many milliseconds
21 it should take a driver to be able to respond to a
22 screen and so on.  And so really right now, we're
23 focused on the bare fundamentals of getting the
24 user interaction right, so we're not focused on
25 advertising in the car.

Page 104

1  Q   Is there any opportunity for Google to
2  earn money in any way in connection with anybody's
3  use of Android Auto?
4  MS. ANDERSON:  Objection; form.
5  THE WITNESS:  Is there any opportunity?
6  Well, I guess, theoretically we could start charging
7  car manufacturers for the software, but that's not
8  something we're planning to do.
9  BY MS. HURST:
10 Q   Anything else?
11 A   I'm sure we could come up with many
12 different forms of, as you would say, monetization.
13 We could charge auto manufacturers for engineering
14 support fees, you know.  We could charge them for
15 certain other things, but none of these things are
16 currently under consideration.  So I could come up
17 with a bunch of hypotheticals, but I'm not aware of
18 any -- any specific plans in place to charge
19 manufacturers for Android Auto.
20 Q   Does Android Auto include infotainment
21 systems?
22 A   I'm hesitating on your use of the word
23 "including."  Android Auto relates to infotainment
24 systems, yes.
25 Q   Well, does Android Auto supply, for

Page 105

27 (Pages 102 - 105)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 106**

1 example, navigation? 1
2     A   Android Auto is a platform that enables
3 various forms of applications.  Navigation is one
4 of them but isn't intrinsically built into Android
5 Auto. 1
6     Q   In negotiating with the some 50 car
7 manufacturers who have agreed to use Android Auto,
8 have you also discussed with them the use of other
9 Google applications, such as Maps for navigation?
10    A   It certainly has come up, yes. 1
11    Q   And have any of those 50 agreed to use
12 Maps for navigation?
13    A   Well, a lot of this really depends on
14 actually the end customer because these
15 applications that show up in Android Auto in the 1
16 Projected Mode -- I'm thinking about the Projected
17 Mode now -- actually run on the customer -- when I
18 say "customer" here, I mean the end user, I mean
19 the driver basically.  It runs on the driver's
20 phone.  So it's really up to what the driver has on 1
21 their phone shows up in the Android Auto Projected
22 Mode.  So it's really not in Google's control.
23 It's not in the car manufacturer's control.  It's
24 really up to the customer, the driver, to decide
25 which applications they want to use. 1

**Page 108**

1 around with their cell phone in their hand, and 1
2 that's very dangerous, so we're trying to prevent
3 that by making it possible to interact with your car
4 and have that interaction fed into your car -- into
5 your phone.  That's Projected Mode. 1
6         Embedded Mode basically takes it a step
7 further and actually runs -- I should step back.
8 The Projected Mode, Android is actually not running
9 in the car because Android is actually running on
10 your phone.  It's just projecting onto your car. 1
11        In Embedded Mode, Android is running in
12 the car, so that's the main difference.
13 BY MS. HURST:
14    Q   Okay.
15



**Page 107**

1     Q   Is Projected Mode the only mode in 1
2 Android Auto?
3     A   That's one of the modes.
4     Q   What are the others?
5     A   There's another mode that we call 1
6 Embedded.
7     Q   Any others?
8     A   Those are the two sort of forms of
9 Android Auto that I'm familiar with.
10    Q   What is Embedded Mode Android Auto? 1
11        MS. ANDERSON:  Objection; form, beyond the
12 scope.
13        THE WITNESS:  Embedded Mode -- I need to
14 explain both to sort of juxtapose them.  Projected
15 Mode, as I mentioned, is a way in which your 1
16 applications and all the smarts are actually running
17 in your phone -- and when I say "you," I mean the
18 driver -- and these applications draw into the
19 display that your car has.  So instead of looking at
20 your phone's screen, you're looking at your car 1
21 screen, which is much safer, and also you interact
22 with your car, and those interactions are then fed
23 back to your phone.
24        So it's about making driving -- a lot of
25 people do this bad thing where they're driving 1

**Page 109**

16        MS. HURST:  How are we doing on our DVD?
17        THE VIDEOGRAPHER:  We're fine.
18        MS. HURST:  Did you change it before?
19 You're fine.
20        THE VIDEOGRAPHER:  Yes.  I'm using 1
21 three-hour tapes.
22        MS. HURST:  All right.  Thank you.
23 BY MS. HURST:
24    Q   How do you deliver the code for Android TV
25 to those manufacturers who have agreed to use it? 1

28 (Pages 106 - 109)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1   A   Electronically.
2   Q   Is that in a personalized communication of
3 some sort or just a generic download?
4   A   It depends on the partner and the phase
5 of the project.
6   Q   Can you explain?
7   A   Sure.  So, for instance, in the -- in the
8 early days of -- I'll use Sony as an example again.
9 In the early days of the Sony project where they
10 were one of the first partners to launch with
11 Android TV, we would share sort of the in-progress
12 source code with them privately through a website,
13 but once they were done and once we were done,
14 we've also made that source code now available
15 publicly so that anyone can download it.  So that's
16 what I mean by depends on the partner and timing.
17       If something is still under development,
18 we typically do the development privately with
19 those partners, and only when the product is
20 commercialized and available for purchase or, you
21 know, at least publicly available, that's when we
22 make it -- the source code, corresponding source
23 code also publicly available.
24   Q   And is it your understanding that that's
25 consistent with the GPL license?

Page 110

1   A   Yes.
2       MS. ANDERSON:  Objection; form, beyond the
3 scope.
4       Go ahead.  Sorry.
5       THE WITNESS:  We make sure that when we
6 share code and -- whether privately or publicly, we
7 make sure that GPL considerations are taken care of.
8 BY MS. HURST:
9   Q   And what is a GPL consideration?
10       MS. ANDERSON:  Objection; form, beyond the
11 scope.
12       THE WITNESS:  I don't know all the details
13 of the GPL and the license and actions associated
14 with it, but I do know that when it's deemed
15 necessary, we will make, for instance, a subset of
16 the code available publicly before everything else
17 to ensure that we satisfy the requirements of the
18 GPL.
19 BY MS. HURST:
20   Q   You mentioned Android -- or pardon me, you
21 mentioned enterprise as a plan for use of Android.
22 What did you mean by that?
23   A   Let's see.  I think it was a year ago, a
24 little over a year ago, we announced that a program
25 called Android For Work, and the idea behind the

Page 111

1 program is that the realization that many people
2 use their personal phones for corporate use, and so
3 it's really important, because most people don't
4 like to carry multiple phones; one personal and one
5 corporate, they want to just have one phone that
6 serves their personal and corporate needs.
7       We wanted to make sure that corporations
8 are happy to adopt and encourage the use of
9 Android in their corporations, because if it turns
10 out that most corporations don't want Android and
11 instead want some other platform, that would
12 obviously be a problem for -- for the adoption of
13 Android overall.
14       So -- so that's -- that's the idea
15 behind the Android For Work project or program
16 that we announced about a year, year and a half
17 ago.
18   Q   And have you entered into any agreements
19 for the use of Android For Work?
20       MS. ANDERSON:  Objection; form.
21       Sorry.
22       THE WITNESS:  I believe so, yes.
23 BY MS. HURST:
24   Q   Approximately how many?
25   A   Oh, I don't know.  Let's say a dozen, on

Page 112

1 the order of a dozen.
2   Q   Do you have any plan or strategy to
3 monetize, commercialize or otherwise derive economic
4 benefit from Android For Work?
5       MS. ANDERSON:  Objection; form.
6       THE WITNESS:  I don't know.
7 BY MS. HURST:
8   Q   Earlier when you mentioned Weave as a
9 protocol for devices to communicate with one
10 another, did you -- do you contemplate, for example,
11 other Internet of Things devices using other
12 communications protocol being part of this Weave
13 protocol?
14       So to take an example, Z-Wave is an
15 existing Internet of Things standard.  Do you
16 contemplate somehow that Weave will incorporate
17 that?
18       MS. ANDERSON:  Objection; form, beyond the
19 scope.
20       THE WITNESS:  Actually, so the Weave
21 protocol -- and you mentioned Z-Wave as an
22 example -- they're operating at different layers of
23 the stack.  So Z-Wave or ZigBee is another example
24 or Ethernet, Wi-Fi, you know, these -- these
25 technologies are about the physical transport; how

Page 113

29 (Pages 110 - 113)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 bits are transferred from one place to another.    1
2         In the case of Ethernet, for instance,
3 it's a physical cable.  In the case of Wi-Fi or
4 ZigBee or Z-Wave, they're wireless transmission
5 protocols.  Weave is a protocol that sits on top of    1
6 that, so Weave doesn't really care whether it's a
7 wired connection, a wireless connection or pigeons
8 or, you know, doesn't really care how information is
9 transferred from one place to another.  It's the
10 language that's used in those communications.    1
11 BY MS. HURST:
12    Q   Are Weave and Brillo independent of one
13 another; that is, could someone choose to use one
14 and not the other?
15         MS. ANDERSON:  Objection; form, beyond the    1
16 scope.
17         THE WITNESS:  Correct.  They are
18 independent in that, for instance, a manufacturer
19 may already have an operating system that they're
20 happy with, but they want to be able -- for their    1
21 devices to be able to talk to other devices, using
22 Weave, so they could, then, continue to use their
23 operating system, which is not Brillo but still
24 adopt Weave so that they could participate in -- in
25 those cross-device communications.    1

Page 114

1 BY MS. HURST:                                    1
2    Q   And you've characterized Brillo as an
3 operating system.  Is that client, server or both?
4         MS. ANDERSON:  Objection; form, beyond the
5 scope.                                           1
6         THE WITNESS:  When I think about Brillo,
7 I'm referring to the low-level operating system
8 kernel and driver level of Android, so it's client.
9 BY MS. HURST:
10    Q   So take an example --                     1
11         Give me an example of a device that's
12 currently using Brillo.
13    A   I can't think of an example.  Brillo is
14 still in the preview phase, so it hasn't
15 commercially launched yet.                       1
16    Q   Are you negotiating with anyone to use
17 Brillo?
18         MS. ANDERSON:  Objection; form.
19         THE WITNESS:  Yes, there are discussions
20 with multiple manufacturers for the use of Brillo.    1
21 BY MS. HURST:
22    Q   And are those discussions --
23         Who's ultimately the person responsible
24 for running those discussions?
25    A   Well, I mentioned Gayathri earlier.       1

Page 115

1 She -- she's the product manager responsible for    1
2 Brillo, and I believe she's leading many of these
3 conversations.  It's still early days, as I
4 mentioned.  The product hasn't launched yet, so a
5 lot of these discussions are more around sharing    1
6 product ideas or technology plans and less about
7 the commercialization aspects of things.
8    Q   Do you have any --
9         Does Google have any plan or strategy to
10 monetize Brillo --                               1
11         MS. ANDERSON:  Objection; form.
12 BY MS. HURST:
13    Q   -- either directly or indirectly.
14    A   I don't know.
15    Q   What server side system do you contemplate    1
16 will be used with Brillo?
17         MS. ANDERSON:  Objection; form, beyond the
18 scope.
19         THE WITNESS:  There is no one server side
20 for Brillo, so it's really up to the manufacturer    1
21 who has adopted Brillo to decide how many servers,
22 what those servers are, who they are run by.  It's
23 really -- as I mentioned, Brillo is a client-side
24 concept.  So what sort of server that client talks
25 to is really up to the manufacturer.            1

Page 116

1 BY MS. HURST:                                    1
2    Q   What server software is Brillo compatible
3 with?
4         MS. ANDERSON:  Objection; form, beyond the
5 scope.                                           1
6         THE WITNESS:  It really is up to the
7 manufacturer to make Brillo compatible with whatever
8 they want to make it compatible.
9 BY MS. HURST:
10    Q   Is there anything that it is compatible    1
11 with by default?
12         MS. ANDERSON:  Same objections.
13         THE WITNESS:  Well, in the course of
14 development -- of the development of Brillo, we have
15 developed server side technologies that assist    1
16 manufacturers who adopt Brillo but, again, those are
17 not mutually exclusive to any other kind of server
18 solution.  It's just a convenience that we're
19 providing and also something that we happened to be
20 familiar with given we're Google employees.      1
21 BY MS. HURST:
22    Q   So what do you call those server side
23 technologies that for convenience can be adopted
24 along with Brillo?
25         MS. ANDERSON:  Objection; beyond the      1

Page 117

30 (Pages 114 - 117)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 scope.
2       THE WITNESS:  I don't think there's actual
3 product names yet.  As I mentioned earlier, the
4 product is still in its early days.  But some of the
5 examples of technologies or services that we may
6 provide include OTA technology, so the ability to --
7 for these devices, IOT devices, to update
8 themselves.
9       In order for a device to update itself, it
10 needs to be able to talk to a server somewhere and
11 get its new software, so we have technology that
12 does this, and we plan to make it available for --
13 for users of Brillo.  But, again, not mutually
14 exclusive to any other form of OTA service.
15 BY MS. HURST:
16     Q   Do you have any server side data
17 collection and reporting technology for --
18 associated for use with Brillo?
19       MS. ANDERSON:  Objection; form, beyond the
20 scope.
21       THE WITNESS:  I believe we're also working
22 on some rudimentary form of analytics.  If a
23 manufacturer wants it, we'll make it possible for
24 them to log certain events that they deem -- they,
25 the manufacturer, deem interesting, and we'll help

Page 118

1 them collect that information and inspect that
2 information.
3 BY MS. HURST:
4     Q   All right.
5       So collection and inspection of data; is
6 that the term you're using?
7     A   Yeah, just -- yes, that's the term I
8 happen to use right now.  I don't know if that's
9 the term the team is using on a day-to-day basis,
10 but just in the sense that there are a lot of --
11 for these manufacturers for IOT devices, a lot of
12 them end up reinventing the wheel over and over
13 again.
14       So every manufacturer feels like they
15 need to make their devices updatable, okay.  If
16 everyone is reinventing the OTA infrastructure,
17 that would be a little bit silly because that's
18 just table stakes, and they're not spending
19 that -- those engineering resources working on
20 actual product differentiators.
21       So along similar lines, some form of
22 analytics, we believe, is almost table stakes for
23 these devices.  You know, as an example would be,
24 has the device crashed?  You know, a manufacturer
25 probably wants to know whether their product is

Page 119

1 working well in the field or not so that they can
2 rectify any issues.
3       We believe that's sort of -- sort of a
4 basic infrastructural technology that we can
5 provide and really up to the manufacturer whether
6 they want to adopt it or not.
7     Q   Do you have any plan or strategy to
8 address particular markets for IOT?
9     A   Particular markets.  Well, that is
10 something we're actively debating.  An obvious one
11 would be the home.  People -- you know, a lot of
12 the IOT devices these days seem to be focused
13 around, quote, the smart home, and so we certainly
14 believe that IOT manufacturers who adopt Brillo
15 and/or Weave will want to build devices in that
16 category, so -- but it really, you know -- as a
17 platform provider, it really is up to -- ultimately
18 up to the device manufacturer to decide what sort
19 of products they want to build.
20       So, for instance, if a manufacturer
21 wants to build a smart traffic light, they could
22 with Brillo; that's fine by us.  Industrial use
23 cases, commercial use cases, personal use cases,
24 it's really up to the manufacturer to decide.
25     Q   While it may be up to the manufacturer to

Page 120

1 decide, you're having discussions with
2 manufacturers, right?
3     A   Sure.  And they're telling us what they
4 want to do with Brillo, which is an important
5 feedback mechanism for us.  So if we discover that,
6 you know -- I'm making this up, but just as an
7 example, if we talk to 10 manufacturers and seven
8 of them told us they want to work on smart traffic
9 meters, maybe that will inform us on what sort of
10 technologies we should optimize for in Brillo.
11       And so it's more of a requirements
12 gathering or sort of feedback loop effort that
13 we're doing right now.
14     Q   So at this point, you're broadly
15 addressing the market, and you haven't made any
16 decisions to either -- to exclude any segment of it;
17 is that a fair characterization?
18       MS. ANDERSON:  Objection; form.
19       THE WITNESS:  It's not exactly what I
20 said.  The way I would characterize it is not only
21 for Brillo and Weave but for the IOT industry, it's
22 still very early.  It's a new sort of nascent area
23 of technology, so I think we're all learning and
24 we're all figuring out what are the important and
25 interesting use cases for these devices, and -- and

Page 121

31 (Pages 118 - 121)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 so it's part of the learning is to talk to various
2 partners to exchange ideas and understand where
3 things are headed.
4 BY MS. HURST:
5 Q   All right.
6     So as part of that process, at present
7 have you excluded any market as one that you intend
8 to address with the Internet of Things?
9 A   Excluded?
10 Q   Yeah.
11 A   I don't know.
12    MS. HURST:  What time are we expecting the
13 sandwiches to arrive?
14    MR. HWANG:  Another 15 minutes.
15 BY MS. HURST:
16 Q   Does Brillo include the core libraries of
17 Android?
18    MS. ANDERSON:  Objection; form, beyond the
19 scope.
20    THE WITNESS:  Can you define "core
21 libraries of Android" for me?
22 BY MS. HURST:
23 Q   Well, have you ever seen that thing on the
24 Google website that shows the Android stack from the
25 Linux kernel at the bottom, the applications

1 framework at the top?
2     You've seen that, right?
3 A   I don't know which one you're referring
4 to.  I've seen multiple diagrams with various boxes
5 and labels on it and --
6 Q   Right.
7     Google diagrams, not just somebody else's
8 diagram.
9    MS. ANDERSON:  Objection; form.
10    THE WITNESS:  Sure, I wasn't done
11 answering your question yet but, yes, I've seen
12 multiple diagrams from Google and others describing
13 the architecture of Android, but that's why I'm
14 asking for clarification because there are so many
15 different diagrams, I'm not sure when you say "core
16 libraries," which diagram are you referring to?  The
17 more specific you can be, the more specific I can
18 be.
19 BY MS. HURST:
20 Q   Have you ever seen any Google diagram of
21 the Android platform that included a box for core
22 libraries on it?
23 A   I probably have, yeah.
24 Q   What did you understand that to mean?
25    MS. ANDERSON:  Objection; form, beyond the

1 scope.
2    THE WITNESS:  Really depends on the
3 diagram.  The one I'm thinking of, the core
4 libraries, I believe, refer to native level runtime
5 support in the form of Bionic.
6 BY MS. HURST:
7 Q   Let me ask you something:  For the Android
8 platform as a whole, is there something that is
9 commonly referred to at Google as the core
10 libraries?
11    MS. ANDERSON:  Objection; beyond the
12 scope.
13    THE WITNESS:  I don't think so.  I mean,
14 I've -- I've been working on -- as I mentioned, on
15 Android for nine and a half years now, and when you
16 say "core libraries," I'm not sure which one you're
17 referring to, so that's why I'm asking.  I
18 believe -- you know, my guess is if you asked 10
19 engineers what "core library" is and you forced them
20 to answer, you would probably get, you know, at
21 least five different answers.
22 BY MS. HURST:
23 Q   So is there any notion at all at Google as
24 to which libraries are more fundamental or essential
25 or important to the Android platform?

1    MS. ANDERSON:  Objection; form, beyond the
2 scope.
3    THE WITNESS:  I don't think there's
4 anything in Android -- I mean, Android as a whole
5 exists for a reason.  So, you know, I mean, I'm
6 trying to think of an analogy.  I guess I'm looking
7 at the parking lot here, and you could remove some
8 stuff from a car, and is that core to the car?  Is a
9 tire more core to the car than an engine?  I don't
10 know.  You know, I don't know how to rate one as
11 more important than the other.  So it's hard for me
12 to answer that question.
13 BY MS. HURST:
14 Q   Does Brillo have an API?
15    MS. ANDERSON:  Objection; form, beyond the
16 scope.
17    THE WITNESS:  API in the sense of a set of
18 interfaces that developers interact with, yes.  If
19 you define -- you know, oftentimes the A in API
20 stands for application.  If you mean strictly an
21 Android application that resides in Google Play,
22 then no, there are no such things on Brillo.  But if
23 you define API as an interface for developers to do
24 their work with, then yes.
25

32 (Pages 122 - 125)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 BY MS. HURST:                                1
2    Q   You're aware that this lawsuit involves,
3 in part, the allegation by Oracle that Google
4 unlawfully copied 37 packages from the Java platform
5 API, right?                                  1
6        MS. ANDERSON:  Objection.
7        Just caution the witness not to disclose
8 communications with counsel as grounds of privilege,
9 but otherwise, you may answer.
10       THE WITNESS:  I'm familiar with the fact   1
11 that there is allegations -- there are allegations
12 from Oracle, yes.
13 BY MS. HURST:
14   Q   And do you know which of the 37 packages
15 that are at issue?                           1
16       MS. ANDERSON:  Same objections.
17       THE WITNESS:  No, I'm not.
18 BY MS. HURST:
19   Q   Can you tell me whether any of them or --
20 in whole or in part is part of Brillo?       1
21       MS. ANDERSON:  Same objections and beyond
22 the scope.
23       THE WITNESS:  Without knowing -- since I
24 don't know the details of the APIs in question, it's
25 not possible for me to answer whether they're   1

Page 126

1 relate to Lollipop?  Does it include all of it?   1
2 Does it include some subset of it?  Superset of it?
3        MS. ANDERSON:  Beyond the scope.
4        THE WITNESS:  It involves -- trying to
5 describe a Venn diagram.  It involves a subset and   1
6 superset at the same time; a different set.  It
7 involves some commonality, but in some areas it has
8 more, in some areas it has less than, let's say, a
9 Lollipop phone.
10 BY MS. HURST:                                1
11   Q   Are you a Java programmer?
12   A   I have programmed in the Java language
13 many years ago, predating my time at Google, just
14 as a hobby, just to learn the language but not --
15 never professionally and not extensively.    1
16   Q   Is your knowledge of Android sufficient
17 that if I put the 37 package in front of you, you
18 could tell me whether they were in Android TV, for
19 example, the one we were just discussing?
20       MS. ANDERSON:  Beyond the scope.        1
21       THE WITNESS:  No, I don't think I could
22 answer that question.
23 BY MS. HURST:
24   Q   Same with respect to Brillo, Android Wear,
25 Android TV, Android Auto, same answer?       1

Page 128

1 included in Brillo or not.                    1
2 BY MS. HURST:
3    Q   Are they in Android Auto, all or any of
4 them?
5    A   When you say "all or any of them," you're   1
6 referring to Projected and Embedded Mode?
7    Q   I'm referring to all of Android Auto, and
8 I'm asking whether any -- all or any of the 37
9 packages at issue are found in Android Auto?
10       MS. ANDERSON:  Objection; beyond the     1
11 scope.
12       THE WITNESS:  Because I don't know the
13 details of the packages that are in question, I
14 don't think I can answer that question.
15 BY MS. HURST:                                1
16   Q   And how about Android TV?
17       MS. ANDERSON:  Beyond the scope.
18       THE WITNESS:  Same answer.  Because I
19 don't know the details of the packages in question,
20 I can't say for sure whether they're included or   1
21 not.
22 BY MS. HURST:
23   Q   Does Android TV include less than the
24 entire Android platform?  So let's just take
25 Lollipop release, for example.  How does Android TV   1

Page 127

1        MS. ANDERSON:  Beyond the scope.        1
2        THE WITNESS:  Whether I can identify if
3 you showed me the packages whether they're included
4 in those products?  Yeah, that's -- I'm not close
5 enough to the technology to be able to answer that   1
6 with confidence.
7 BY MS. HURST:
8    Q   Does Google earn revenue associated with
9 its Google Maps application in any way?
10       MS. ANDERSON:  Objection; form, beyond the   1
11 scope.
12       THE WITNESS:  I don't know.
13 BY MS. HURST:
14   Q   What plan or strategy does Google have to
15 economically benefit, either directly or indirectly,   1
16 from Brillo?
17       MS. ANDERSON:  Objection; form, beyond the
18 scope.
19       THE WITNESS:  I'm not aware of any direct
20 form of economic benefit for Google from Brillo.   1
21       In terms of indirect, I guess you could
22 make a similar sort of point that I was making
23 earlier on the phone side, which is if someone
24 decides to build a device using Brillo that somehow
25 connects them to the Internet and somehow access   1

Page 129

33 (Pages 126 - 129)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 Google services, then I guess that could potentially
2 be a gain for Google. But it's somewhat
3 hypothetical.
4    Again, products haven't launched. We
5 don't know what type of products are going to come
6 out. You know, if someone decides -- a manufacturer
7 decides to build a washing machine with Brillo,
8 which is not out of -- sort of out of the question,
9 I don't -- I don't know, you know, what sort of
10 direct or indirect benefit there would be for Google
11 at that point.
12 BY MS. HURST:
13    Q   Is your strategy for Brillo purely
14 defensive, that is, you're just trying to make sure
15 that nobody else gets a foothold and drives out
16 Android on phones through Internet of Things in the
17 home?
18    MS. ANDERSON: Objection; form, beyond the
19 scope.
20    THE WITNESS: I wouldn't characterize it
21 that way. I think it goes back to one of the
22 guiding principles of how, at least, I think about
23 products, which is, build things that people want,
24 and, you know, in the case of Brillo, I explained
25 it, a benefit that we believe we bring also to the

Page 130

1 industry, which is a lot of these manufacturers are
2 already familiar with the low level, you know, the
3 kernel and drivers of Android. So it's -- it's a
4 convenience for them as well, so we feel that that's
5 a win-win scenario.
6 BY MS. HURST:
7    Q   I really want to focus on the benefit to
8 Google now, not the benefit to the consumers and the
9 manufacturers or whoever else you might consider,
10 all right?
11    For the benefit of Google, is it true that
12 your strategy for Brillo is purely defensive; that
13 is, you're just trying to make sure that nobody else
14 gets a foothold on devices in the phone -- in the
15 home that might ultimately drive out Android?
16    MS. ANDERSON: Same objections.
17    THE WITNESS: Well, you said "purely," so
18 if that -- "purely" means "exclusively," then I
19 disagree with your statement.
20 BY MS. HURST:
21    Q   Okay.
22    Is it true that one goal for your strategy
23 with Brillo is to make sure that nobody else gets a
24 foothold in the home using Internet of Things that
25 might drive out the Android platform?

Page 131

1    MS. ANDERSON: Same objections.
2    THE WITNESS: I don't even think that's a
3 goal, per se. I think -- I know you don't like to
4 hear this answer, but I'll mention it again.
5    One of the benefits for Google is actually
6 having customers who like using products that were
7 built with Google or has some sort of Google
8 association with it, whether it's technical behind
9 the scenes or it's an actual product, end user
10 visible products. These are benefits for Google.
11    So I -- I -- I know you told me not to
12 answer in that context, but that is the true answer.
13 So I don't know how else to answer it.
14 BY MS. HURST:
15    Q   Well, it's only a benefit to Google if
16 those customers using those products and services if
17 ultimately you find a way to make money off of them,
18 right? Otherwise, it's just a cost?
19    MS. ANDERSON: Objection; form, beyond the
20 scope.
21    THE WITNESS: I don't necessarily agree,
22 actually. I think you could -- for instance, you
23 could say that -- first of all, for Brillo devices,
24 it's really up to the manufacturer to decide what
25 the products are and the success of those particular

Page 132

1 products, whether it's a washing machine or traffic
2 signal or whatever it is, is really up to the
3 manufacturer to make it a success or not.
4    So Google is not in direct control over
5 the -- the success or, you know, the fate of these
6 products.
7    But one of the benefits obviously is if
8 these products are successful, certainly it benefits
9 the manufacturer, but it also benefits Google in
10 that these manufacturers are being successful using
11 the technical underpinnings of Android. And, again,
12 the technical underpinnings that I'm referring to is
13 the kernel and drivers, and that if you take the
14 long view is a benefit for Google and Android
15 because that means there are more engineers who are
16 familiar with some portion of Android, that's a good
17 thing for us in terms of industry adoption of
18 Android.
19 BY MS. HURST:
20    Q   Well, why is just industry adoption
21 valuable to you?
22    A   I don't know if I said "just industry
23 adoption," so I don't know if -- what you're
24 implying by "just."
25    Q   Well, I think we've been systematically

Page 133

34 (Pages 130 - 133)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  excluding everything else, right?  You're not
2  charging for it, you know, if consumers use it, and
3  that doesn't result in any money to you, you know.
4  We're down now to you disagreed with me that your --
5  your strategy for benefiting was only if you find a
6  way to make money off of them, and the reason you
7  disagreed with me because you said at the base
8  level, if you take the long view, it's good for you
9  to have industry adoption.  So we've excluded making
10  money, and now you're just down to industry
11  adoption.
12       How is that beneficial to you?
13       A  Well, I didn't say that was the only
14  benefit.  But that's certainly one of the benefits
15  is industry awareness and adoption of Android.
16       In other ways that could benefit us, who
17  knows?  Like I said, it's a long game.  We don't
18  know how this industry will evolve, how these
19  products will evolve, what sort of services will
20  take off and not take off.  So it's an investment,
21  and -- and we'll see how it plays out.
22       Q  So how many people are working on Brillo,
23  any aspect of it, whether it be developing it,
24  deploying it, selling it, making prototypes,
25  whatever?

Page 134

1  scope.
2       THE WITNESS:  It's certainly not, you
3  know, a dollar per person.  It's higher than that,
4  but I don't know, you know, how much higher than
5  that.
6  BY MS. HURST:
7       Q  Is Google investing in 50-people headcount
8  on Brillo this year with any plan or strategy for
9  economic return in the future?
10       MS. ANDERSON:  Objection; form.
11       THE WITNESS:  No, I haven't seen a P&L or
12  a presentation or anything like that that says by
13  year -- whatever year, you know, the second year,
14  third year, fifth year, tenth year, Brillo is going
15  to make X amount of dollars.  I've never seen
16  anything like that.
17       It's pretty typical at Google and many
18  companies, in fact, to invest in new technology
19  areas and -- and try out new things.  That's --
20  that's what we're doing here.  This is how
21  innovations happen.
22       MS. ANDERSON:  The lunch is here, by the
23  way.
24       MS. HURST:  Well, why don't we stop there,
25  then.

Page 136

1       A  I don't know the exact number.
2       Q  Can you approximate?
3       A  Sure, an approximation probably is 50
4  people, something like that.
5       Q  And how much is that costing you in
6  headcount this year?
7       A  Well, it's 50 people, so it's 50 heads.
8       Q  How much is it costing you?  How much are
9  you paying those people?  How much is Google -- how
10  much is it costing Google to pay those 50 people
11  this year?
12       MS. ANDERSON:  Beyond the scope.
13       THE WITNESS:  So you're talking about the
14  OPEX.  I don't actually know how to translate from
15  headcount into OPEX.
16  BY MS. HURST:
17       Q  Can you approximate?
18       MS. ANDERSON:  Beyond the scope.
19       THE WITNESS:  We can guess.  We can -- we
20  can come up with an average salary for someone, but
21  I have no idea what else we need to consider.
22  BY MS. HURST:
23       Q  Do you think it's $2 million?  $3 million?
24  $10 million?  What you do you think?
25       MS. ANDERSON:  Objection; form, beyond the

Page 135

1       THE VIDEOGRAPHER:  We are off the record
2  at 12:47 p.m.
3       (Lunch recess taken.)
4       THE VIDEOGRAPHER:  We are back on the
5  record at 1:31 p.m.
6  BY MS. HURST:
7       Q  How does Google use the term "next
8  billion"?
9       MS. ANDERSON:  Objection; vague -- excuse
10  me, objection; form.
11       THE WITNESS:  Well, I think it really
12  depends on who's saying it and the context in which
13  it's used.
14  BY MS. HURST:
15       Q  Well, have you used -- seen that phrase,
16  "next billion users" within Google?
17       A  Sure.
18       Q  Okay.
19       And how have you seen it used?
20       A  Well, it refers to a -- a project, I
21  guess, or a group of people working on a project.
22  That's what it refers to.
23       Q  And what is that project?
24       A  It's to make -- in a nutshell, it's to --
25  it's to attempt to find ways to make Google

Page 137

35 (Pages 134 - 137)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 services more useful and more appealing to
2 customers in what we call emerging markets.
3    Q    What is Android One?
4    A    Android One is an initiative around
5 bringing low-cost but very high-quality phones to
6 the emerging markets, so it's a brand that
7 manufacturers can adopt if they -- if they adhere
8 to certain guidelines.  It's a brand that they can
9 use to market their device that -- that to
10 customers, end users, signifies high quality, low
11 cost, always having the latest version of the
12 operating system, security updates and so on.
13    Q    Have you modified the Android platform in
14 any way in connection with Android One?
15    A    Have we modified the Android platform in
16 any way?
17    Q    Uh-huh.
18    A    Well, we're always making modifications
19 to the Android platform.  Some changes have been
20 inspired by needs in the emerging market and --
21 emerging markets, and Android One certainly has
22 been a catalyst for some of these changes.
23    Q    Is there a separate version of the Android
24 platform for Android One?
25         MS. ANDERSON:  Beyond the scope.

1 "fragmentation" is it means many things to many
2 different people.  And so that's why I'm trying to
3 be very precise with what -- which form of
4 "fragmentation" you want me to talk about.
5 BY MS. HURST:
6    Q    What did you mean when you put it in your
7 Android SDK agreements?
8         MS. ANDERSON:  Objection; form.
9         THE WITNESS:  I would need to see the
10 agreement.  I don't remember.
11 BY MS. HURST:
12    Q    So you don't have any idea what the
13 anti-fragmentation provision in your Android SDK
14 agreement says or means?
15         MS. ANDERSON:  Objection; form, beyond the
16 scope.
17         THE WITNESS:  I don't remember what the
18 SDK agreement says.  So if you have a copy of it,
19 I'd love to take a look at it.
20 BY MS. HURST:
21    Q    As you sit here right now, can you tell
22 me, is there an anti-fragmentation provision in any
23 Android SDK agreement?
24         MS. ANDERSON:  Beyond the scope.
25         THE WITNESS:  I'm not sure.

1         THE WITNESS:  No, there is not.
2 BY MS. HURST:
3    Q    What strategies or tactics have you used
4 in order to avoid a fragmentation of the Android
5 platform?
6         MS. ANDERSON:  Objection; form.
7         THE WITNESS:  Can you define
8 "fragmentation"?
9 BY MS. HURST:
10    Q    Lack of compatibility among various
11 versions of Android, to start.
12    A    Lack of compatibility between various
13 versions of Android.  So when you say "various
14 versions of Android," do you mean, for instance,
15 Marshmallo and Lollipop and things like that?
16    Q    I mean, broadly speaking, everything that
17 you call Android or is in any way associated with
18 it.
19         MS. ANDERSON:  Objection; form.
20 BY MS. HURST:
21    Q    So don't limit your answer to anything.
22         MS. ANDERSON:  Objection; form.
23         THE WITNESS:  Well, the thing about the --
24 I think I'm on record in various publications for
25 saying this as well, but the thing with the term

1 BY MS. HURST:
2    Q    Has Google ever had a strategy to avoid
3 fragmentation by putting a provision in the Android
4 SDK agreement?
5    A    In the Android SDK agreement, I'm not
6 sure.
7    Q    Have you ever read the Android SDK
8 agreement, any version of it?
9         MS. ANDERSON:  Beyond the scope.
10         THE WITNESS:  I'm not sure.  I'd have to
11 take a look to see if it jogs my memory.
12 BY MS. HURST:
13    Q    As you sit here now, can you tell me what
14 plan or strategy associated with Android Google was
15 pursuing by including in its Android SDK agreement a
16 prohibition on developers taking any actions that
17 may cause or result in the fragmentation of Android?
18         MS. ANDERSON:  Objection; form, beyond the
19 scope.
20         THE WITNESS:  Like I said, I don't -- I
21 don't remember what the Android SDK agreement says,
22 so it's hard for me to answer these questions
23 without knowing what the agreement actually says --
24 BY MS. HURST:
25    Q    Well --

36 (Pages 138 - 141)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A    -- in its entirety in context.
2    Q    I'm just asking:  As you sit here now, can
3  you tell me what plan or strategy Google was
4  pursuing by including in its Android SDK agreement a
5  prohibition on developers taking any action that may
6  cause or result in the fragmentation of Android?
7        MS. ANDERSON:  Same objections.
8        THE WITNESS:  Well, I wasn't -- if an
9  Android SDK agreement exists, I wasn't involved in
10  the creation of it, so I would -- I would at this
11  point -- if you're asking me to speculate or sort of
12  guess, I guess I could do that.  I'd prefer not to.
13  BY MS. HURST:
14    Q    Tell me anything that you can tell me
15  about what plan or strategy Google was pursuing by
16  including in its Android SDK agreement a prohibition
17  on developers taking any action that may cause or
18  result in the fragmentation of Android.
19        MS. ANDERSON:  Objection; form, beyond the
20  scope.
21        THE WITNESS:  As I said, I don't know what
22  the Android SDK says about fragmentation, if it even
23  says anything about it.  So it's hard for me to
24  comment on that.
25

Page 142

1  well.
2  BY MS. HURST:
3    Q    Why bother having an agreement, then?  Why
4  not just give it away?  It's all for free.  It's
5  just for the benefit of consumers.  You're not
6  planning to make any money on it.  Why even have an
7  agreement, Mr. Lockheimer.
8        MS. ANDERSON:  Objection; form and it's
9  beyond the scope.
10        THE WITNESS:  Again, without seeing the
11  agreement, it's hard for me to talk about it in the
12  abstract.
13  BY MS. HURST:
14    Q    You have no idea whatsoever, as you sit
15  here right now, what role the Android SDK agreement
16  plays in your strategies or plans for Android; is
17  that right?
18        MS. ANDERSON:  Same objections.
19        THE WITNESS:  No.  What I was saying was
20  with regard to -- you were talking about
21  fragmentation.  With regard to fragmentation and the
22  Android SDK agreement, I don't know.
23        Now, if your question is, why does the
24  Android SDK agreement exist at all, I can take a
25  stab at that.

Page 144

1  BY MS. HURST:
2    Q    So there's nothing at all that you can
3  tell me about that?
4        MS. ANDERSON:  Same objections.
5        THE WITNESS:  I was not involved in the
6  creation of the Android SDK agreement, if such a
7  thing exists, so I don't know what was thought of
8  when they created it, whoever created it.
9  BY MS. HURST:
10    Q    You understand, again, you're here to
11  testify on behalf of Google, not just the things
12  that you personally have been involved in, right?
13    A    Yes, I understand.
14    Q    And would you agree that the agreements
15  for the Android SDK are an important part of your
16  plans for that product?
17        MS. ANDERSON:  Objection; form.
18        THE WITNESS:  I'm not sure.  I mean, there
19  are many aspects of Android.  As I mentioned
20  earlier, I've worked on Android for nine and a half
21  years, and it's not something I've had to deal with
22  extensively, so I guess by that definition, maybe
23  you could argue it's not the most important thing.
24  I'm not saying it's not important, but there's
25  certainly a lot of other things that I deal with as

Page 143

1  BY MS. HURST:
2    Q    Well, my question was:  Would you agree
3  that the agreements for the Android SDK are an
4  important part of your plans for Android?
5        MS. ANDERSON:  There's no question
6  pending.
7        THE WITNESS:  Sorry, I'm waiting for your
8  question.
9  BY MS. HURST:
10    Q    That is my question.  That's my question.
11    A    Say that again.
12    Q    Are the agreements for the Android SDK an
13  important part of your plans for Android?
14        MS. ANDERSON:  Objection; form.
15  BY MS. HURST:
16    Q    "Yes" or "no"?
17        MS. ANDERSON:  Objection; form.
18        THE WITNESS:  The agreement exists, I
19  assume, for a reason, but it's not -- if you're
20  asking if it's the most important thing for the
21  Android strategy, I would disagree with that
22  characterization.
23  BY MS. HURST:
24    Q    Just is it your recollection that I said,
25  is it the most important thing?

Page 145

37 (Pages 142 - 145)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A   I'm having a tough time understanding
2 your question so --
3        MS. HURST:  Why don't we have the court
4 reporter read it back this time.
5        THE WITNESS:  Sure.
6        MS. HURST:  Maybe that will help.
7        (Record read as follows:
8        "Q   Are the agreements for the
9        Android SDK an important part of
10       your plans for Android?")
11       THE WITNESS:  I think the agreements for
12 the Android SDK -- or agreement -- I think there's
13 only one -- is a part of how we work with developers
14 on Android.  There are many other aspects of how we
15 work with developers, including providing them with
16 an SDK to begin with, providing them with an
17 ecosystem of devices that they can run their
18 applications on so that they can make a living.
19 Selling applications is another thing that we do
20 with them, so there's many things that we do with
21 developers, not just the -- the -- an agreement.
22 BY MS. HURST:
23    Q   I'm just wondering, did you hear me ask
24 about the other things, or did I ask about the
25 Android SDK agreement?

Page 146

1        MS. ANDERSON:  Objection; form.
2        THE WITNESS:  You asked me about a lot of
3 things, including the SDK agreement as well as
4 fragmentation, so this why I'm a little bit confused
5 as to what you're getting at.
6 BY MS. HURST:
7    Q   Let me just repeat the question again.
8 There's just this one question now pending.
9        Is the agreement for the Android SDK an
10 important part of your plan for Android?
11    A   I really don't know how to answer that
12 because, as I mentioned, there are many things that
13 we do with developers.  "Important" would imply a
14 certain sort of prioritization.  I would say we do
15 many things with developers that all serve their
16 purposes.
17    Q   So you can't answer the question?
18    A   I think you're asking me to say whether
19 it's important or not, and I don't know how to
20 characterize it that way.  That's not how I think
21 about it.  The way I think about it is the total
22 working relationship with the developer.
23       The SDK agreement is one small part of
24 that, but there are, you know -- if -- for
25 instance, if you look at it from a developer's

Page 147

1 perspective, the amount of time that they spend
2 thinking about the SDK agreement is probably
3 de minumus.  The amount of time they actually work
4 on the SDK to build applications dominates, right?
5        So this is why I don't know how to
6 characterize whether it's important or not.
7    Q   I'm just -- the question is:  Is it an
8 important part of your plan for Android?  Not is it
9 an important part of the way the customer sees it,
10 not is it an important part of the relationship.
11       This is the question:  Is it -- is the SDK
12 agreement an important part of your plan, that is,
13 you, Google's plan for Android?  I'm not asking you
14 to speak on behalf of the end user, I'm not asking
15 you to speak on behalf of Samsung.  Just asking you
16 to speak on behalf of Google.
17       Is the Android SDK agreement -- yes, no or
18 I don't know -- an important part of your plan for
19 Android?
20       MS. ANDERSON:  Objection; form.
21       THE WITNESS:  Working with developers is
22 an important part of Android.  I don't know how to
23 characterize the SDK agreement specifically in
24 isolation.
25

Page 148

1 BY MS. HURST:
2    Q   Well, it's the agreement that defines, at
3 least in part, the legal terms of your relationship
4 with those -- those entities, right?
5        MS. ANDERSON:  Objection; form.
6        THE WITNESS:  As you know, I'm not a
7 lawyer so I don't know how -- you know, the legal
8 terms, if that has a specific meaning to you or not,
9 I don't know.  But I would say in practical terms
10 for a developer relationship, which is what you're
11 asking about, it's really about how they build
12 applications for the Android platform.  It's really
13 not about an agreement.
14       MS. HURST:  Move to strike as
15 nonresponsive.
16       MS. ANDERSON:  Opposed.
17 BY MS. HURST:
18    Q   So let me just --
19       Have you ever read the Android SDK?
20    A   I'm not sure.
21    Q   So as all of your years, your nine years
22 of working on Android, and in your role as the
23 Senior Vice President for Android, you don't care
24 what's in the Android SDK; is that right?
25       MS. ANDERSON:  Objection; form.

Page 149

38 (Pages 146 - 149)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      THE WITNESS:  That's absolutely not what I
2  said.  You said, do I not care about what's in the
3  Android SDK; that's categorically untrue.  I care a
4  lot about what's in the Android SDK.
5  BY MS. HURST:
6      Q   Because it's important, isn't it?
7      A   The Android SDK.  You're asking about the
8  Android SDK agreement.  The Android SDK is
9  absolutely very important for developers so that
10  they can do their job to build applications for --
11      Q   Pardon me.
12          In your nine years of working on Android
13  in your role as the Senior Vice President for
14  Android, you don't care what's in the Android SDK
15  terms and conditions; is that true?
16      MS. ANDERSON:  Objection; form.
17      THE WITNESS:  That's not true.  I wouldn't
18  say I don't care.  I would say that there are many
19  other people within the organization who think about
20  this, and -- and I trust them to do their jobs well
21  to -- to make sure that it's appropriately done.
22  BY MS. HURST:
23      Q   And do you think they would say it was an
24  important part of your plan for Android, since you
25  can't tell me?

Page 150

1      MS. ANDERSON:  Objection; form.
2      THE WITNESS:  I can't speculate what
3  someone else would say.
4      MS. HURST:  Exhibit 5014 is the Android
5  Developers Terms and Conditions printed
6  December 5th, 2015, from Internet Archive.
7          (Deposition Exhibit 5014 marked
8              for identification.)
9  BY MS. HURST:
10      Q   Mr. Lockheimer, please turn to paragraph
11  3.4 of the Android SDK terms and conditions.
12      A   3.4, you said?
13      Q   3.4.
14      A   Okay.
15      Q   Do you have 3.4 in front of you?
16      A   It's at the top of the second page, yes.
17      Q   Could you just read out loud into the
18  record for us paragraph 3.4 of Exhibit 5014.
19      MS. ANDERSON:  Objection; form, beyond the
20  scope.
21      THE WITNESS:  You want me to read it out
22  loud?
23      MS. HURST:  Please.
24      THE WITNESS:  (Reading):
25          "3.4.  You agree that you will

Page 151

1  not take any actions that may cause
2  or result in the fragmentation of
3  Android, including, but not limited
4  to, distributing, participating in
5  the creation of or promoting in any
6  way a software development kit
7  derived from the SDK."
8  BY MS. HURST:
9      Q   Does it strike you that that's an
10  anti-fragmentation provision?
11      MS. ANDERSON:  Objection; form, beyond the
12  scope.
13      THE WITNESS:  Well, if -- if you are
14  saying "anti-fragmentation" is a specific term,
15  well, that term doesn't appear here, but I take it
16  for, you know, literally what it says.
17      It says:
18          "You agree that you will not
19      take any actions that may cause or
20      result in the fragmentation of
21      Android, including, but not limited
22      to, distributing, participating in
23      the creation of or promoting in any
24      way a software development kit
25      derived from the SDK."

Page 152

1      I just take it at face value for what it
2  says.
3  BY MS. HURST:
4      Q   So does it strike you that that's an
5  anti-fragmentation provision?
6      MS. ANDERSON:  Objection; form, beyond the
7  scope.
8      THE WITNESS:  I don't know how I would
9  characterize it.  I'd characterize it as exactly
10  what it says.  It says:
11          "You agree that you will not
12      take any actions that may cause or
13      result in the fragmentation of
14      Android, including, but not limited
15      to, distributing, participating in
16      the creation of or promoting in any
17      way a software development kit
18      derived from the SDK."
19  BY MS. HURST:
20      Q   Have you ever had a strategy or plan for
21  avoiding fragmentation of Android?
22      MS. ANDERSON:  Objection; form.
23      THE WITNESS:  You're talking in general
24  now or are you talking about 3.4?
25

Page 153

39 (Pages 150 - 153)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  BY MS. HURST:
2    Q   I'm talking about whatever Google meant
3  when it put out an agreement for all of its
4  developers that said you will not take an action
5  resulting in the fragmentation of Android, whatever
6  Google meant --
7        MS. ANDERSON:  Objection; form.
8  BY MS. HURST:
9    Q   -- who you are here to testify on behalf
10  of today.
11       MS. ANDERSON:  Objection; form.
12  BY MS. HURST:
13   Q   Has Google ever had a strategy or plan for
14  avoiding fragmentation of Android?
15       MS. ANDERSON:  Objection; form.
16       THE WITNESS:  Well, if -- if by
17  "fragmentation" we're talking about -- let's look at
18  it from the user's perspective, because that's --
19  that's again, the going -- common theme here.  What
20  we think about is often driven by doing the right
21  thing for the customer, the end user.
22       So as an end user, if you -- let's say you
23  buy a Samsung phone and you download some
24  applications from Google Play, and now, let's say,
25  you later switch to an HTC phone.  Your expectation

1  what they're building is, quote, compatible and
2  consistent across all brands.
3        So the way we accomplish that is through
4  a couple of mechanisms, at least a couple of
5  mechanisms.  One of them is the CDD or the
6  compatibility definition document.  Now, that's a
7  document that manufacturers consult when they're
8  designing a device or when they're specifying a
9  device; when they're deciding what to build, they
10  consult this document, the compatibility
11  definition document, to decide what the
12  capabilities of that device should be in order to
13  be compatible with Android.  Things like how big
14  can a screen be, how many pixels can the screen
15  have, what sort of sensors should be on this
16  phone, and so on.  It's all written and publicly
17  available.
18       And so the first step is for a
19  manufacturer to decide that they want to build a
20  compatible device.  When they decide that they
21  want to build a compatible device, they consult
22  the CDD, compatibility definition document, to
23  ensure that the device that they're about to build
24  complies with these requirements, and then once
25  they're sort of nearing the completion of this

1  would be that because both of these phones are
2  running Android, these applications would run.  The
3  same applications that ran on your Samsung phone
4  would run on your HTC phone.
5        If that weren't the case, that would be a
6  problem for -- for end users.  So from that
7  perspective, if you define that as fragmentation,
8  that would be a bad thing, and that's certainly
9  something that we strive to avoid.
10  BY MS. HURST:
11   Q   And why would that be a bad thing?
12   A   For customers, I believe their
13  expectation is that when they buy an application or
14  download an application, whether it's free or you
15  know, paid, that it works across all devices that
16  are Android.  That's their expectation.
17   Q   And what have you done to ensure that's
18  the case?  What strategy or plan have you pursued to
19  ensure that's the case?
20   A   Well, there's a number of things.  There
21  are a number of things that we've done.  Most of
22  this is on now the manufacturer's side.  So when
23  the -- when the phone is being manufactured,
24  designed and developed, we need to make sure that we
25  work closely with the manufacturer to ensure that

1  device, they run a test suite called Compatibility
2  Test Suite, CTS, to ensure that what they've built
3  is, in fact, compatible.
4        And what the Compatibility Test Suite
5  does is it's literally source code that we make
6  available to everyone for free, and the
7  manufacturer downloads it, runs it on their device
8  that they're in the middle of development of
9  before it's available to consumers or developers,
10  runs it on their device, and this test suite will
11  actually run through literally thousands of tests
12  on the device, making sure that all the APIs, for
13  instance, are compatible, all the -- the -- the
14  features are -- are built in a compatible manner,
15  and it gives a set of pass/fail results.
16       So when a manufacturer is trying to ship
17  their device, they run this CTS after they've
18  consulted with the CDD and built the device in
19  accordance with the CDD, they run the --
20       (Reporter clarification.)
21       THE WITNESS:  Sorry.  After they've
22  consulted the CDD and have built the device that
23  they believe is compatible, they now verify that
24  using the CTS by running these tests on the device.
25  They will get pass/fail results and, you know, when

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 the device is passing, they know that they can ship
2 the device in a compatible form.
3      And so your question was, how do -- what
4 has Google done to ensure compatibility, or another
5 way of putting it is ensuring that there isn't this
6 form of incompatibility or fragmentation, and those
7 are two examples of what we've done.
8 BY MS. HURST:
9      Q    And the two examples that you just
10 described of means that Google has used to avoid
11 fragmentation are the CDD and the CTS, correct?
12     A    The two examples I just gave are, in
13 fact, the CTS and the CDD Compatibility Test Suite
14 and compatibility definition document, and those
15 are just two examples of what Google has done to
16 ensure that manufacturers can confidently build a
17 device that is compatible with the Android
18 ecosystem.
19     Q    What other strategies have you pursued to
20 ensure that manufacturers can confidently build a
21 device compatible with the Android ecosystem?
22     A    We have -- a lot of this comes down to
23 education also, so we've written a lot of
24 documentation about this.  I guess you could say
25 the CDD is a form of documentation.  It describes

Page 158

1 what's compatible and what's not.
2      But we also have a team of
3 partner/engineers who -- one of their jobs is to
4 make sure that they discuss compatibility with the
5 partners that they're responsible for.  So they
6 will go out there and visit the partners or the
7 partners will visit us typically in the early
8 stages of the relationship is when this education
9 happens.
10     Obviously if the manufacturer has been
11 building compatible Android devices for a while,
12 they don't need to be re-educated on this, but in
13 the early days of a relationship, this is the kind
14 of education we go through, and so I would say in
15 the early days of Android, 2008, 2007, 2009,
16 that's when a lot of those conversations were
17 happening.
18     At this point, most -- most
19 manufacturers know how -- how the process works.
20     Q    Any other strategies that you've pursued
21 to avoid fragmentation within the Android ecosystem?
22     A    Well, we have an agreement with
23 manufacturers known as the anti-fragmentation
24 agreement, or AFA for short, that also describes
25 basically what we talked about, in a short document

Page 159

1 that we -- we sign with the manufacturers.
2      Q    And do these anti-fragmentation agreements
3 require anything of the manufacturers?
4      MS. ANDERSON:  Objection; form.
5      THE WITNESS:  Well, the anti-fragmentation
6 agreements are entirely voluntary.  So a
7 manufacturer decides that they want to build
8 compatible Android devices.  So when you say
9 requires of them, I mean, they are -- they are
10 seeking information from us on how to build
11 compatible applications, and so we highlight to them
12 how they do it and what their obligations are in
13 doing so.
14 BY MS. HURST:
15     Q    What are the obligations of the
16 anti-fragmentation agreement that are on the
17 manufacturers?
18     MS. ANDERSON:  Objection; form, beyond the
19 scope.
20     THE WITNESS:  One of the obligations, and
21 this is mutual -- mutually desired outcome, because,
22 again, they've decided that they want to build these
23 compatible devices, is that they won't, in fact,
24 quote, fragment the Android API set.
25

Page 160

1 BY MS. HURST:
2      Q    But it's true, right, that since Android
3 is an open source project, people can take it and
4 fragment it?
5      MS. ANDERSON:  Objection; form.
6      THE WITNESS:  People can certainly, given
7 how we've released Android in open source form with
8 Apache 2.0 license, or vast majority of Android is
9 Apache 2.0, they are able to take the source code
10 and do whatever they want with it.
11     Now, there are -- it's a choice that the
12 manufacturers make, basically.  Do they want a free
13 operating system and just use it to do whatever they
14 want with it?  Do they want a free operating system
15 that they can customize, but they -- they want to
16 participate in the Google Play ecosystem and have
17 applications?  In which case, they, you know, do
18 what I described earlier about the -- with regard to
19 the CDD and the CTS to go through the compatibility.
20 And so manufacturers really have a choice on what
21 type of device they want to make, and how they want
22 to use the OS will determine sort of what -- what
23 they are able to do with it.
24 BY MS. HURST:
25     Q    And how many of the manufacturers choose

Page 161

41 (Pages 158 - 161)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 to participate in the ecosystem versus simply taking
2 a free source code and operating system and doing
3 whatever they want with it?
4        MS. ANDERSON:  Objection; form, beyond the
5 scope.
6        THE WITNESS:  Well, the free, do whatever
7 you want with it mode, they're under no obligation
8 to tell us, so we have no idea how many people are
9 doing that.  So it's hard to know what that number
10 is.
11        In terms of how many people have signed,
12 for instance, AFA or have gone through CTS, that's
13 certainly something that is known to us.  I don't,
14 off the top of my head, happen to know that number,
15 but if I were to estimate, it's -- you know, it's in
16 the dozens or low 100s.
17 BY MS. HURST:
18    Q   Well, you've certainly heard of people
19 forking Android?
20    A   I've heard of that phrase, similar to
21 fragmentation term.  "Forking" means a lot of
22 things to a lot of different people, so it
23 really -- every time I hear that term, it always
24 makes me wonder what do they actually mean when
25 they say that.

Page 162

1 BY MS. HURST:
2    Q   And is it true that you have, as a
3 strategy at Google, created a series of incentives
4 designed to try to avoid others from doing something
5 similar to what Amazon has done?
6        MS. ANDERSON:  Objection; form.
7        THE WITNESS:  I think the -- the incentive
8 that exists for a device manufacturer is really up
9 to them to decide whether it's an incentive or not,
10 right?  And the way incentives work is the person
11 who's on the other side of it has to agree that
12 there's value for them to do whatever it is.
13        So -- so in the case of Android
14 manufacturers -- let's take, again, Samsung as an
15 example -- they decided that Samsung, HTC, LG,
16 Motorola, for example, or Huawei, these
17 manufacturers have all decided that they want to
18 have a thriving ecosystem of applications that are
19 compatible so that they don't have to go build an
20 app ecosystem on their own.
21        Building an app ecosystem is -- is pretty
22 costly and time -- time intensive, and it's just a
23 lot of work to go build that, because you have to go
24 work with literally hundreds of thousands, if not
25 millions, of application developers to convince them

Page 164

1    Q   Well, in this case, we mean building an
2 incompatible version of Android.
3        Do you understand that?
4    A   So when you say an incompatible version
5 of Android, do you mean a manufacturer that hasn't
6 gone through CDD and CTS, or do you mean a
7 manufacturer who's just doing whatever they want
8 with no intention of having applications, for
9 instance, on their device?
10    Q   Well, either.  Have you heard of anybody
11 doing either of those things?
12    A   Yes, I have.
13    Q   Okay.
14        Is Amazon one of the parties that you've
15 heard of doing that?
16        MS. ANDERSON:  Objection; form, beyond the
17 scope.
18        THE WITNESS:  I have heard Amazon has
19 publicly in their documentation, for instance -- and
20 I think marketing even have mentioned that their
21 devices are based on the Android source code, but to
22 the best of my knowledge, their devices -- and I'm
23 talking about the Kindle devices now specifically --
24 have not gone through CTS or CDD officially.
25

Page 163

1 to write software for your platform.
2        And one of the benefits of Android was we
3 pooled all the manufacturers together through their
4 common interest -- this was their desire to work
5 together -- so that there's a common pool of devices
6 across multiple different manufacturers that all ran
7 the same set of applications.  And that, we thought,
8 collectively, would make it easier to convince
9 application developers to invest their energies in
10 building applications for that platform.
11 BY MS. HURST:
12    Q   So in your view, having this thriving
13 ecosystem of applications is an important part of
14 maintaining compatibility across Android?
15        MS. ANDERSON:  Objection; form, beyond the
16 scope.
17        THE WITNESS:  I would say one of -- one of
18 the purposes of compatibility is to ensure that
19 there can be a thriving ecosystem of applications
20 that -- that crosses OEM boundaries.
21 BY MS. HURST:
22    Q   And when you say that's a virtuous cycle,
23 when you have the applications, you can attract the
24 manufacturers, and when the manufacturers agree to
25 compatibility, then you can attract the developers,

Page 165

42 (Pages 162 - 165)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 and it all feeds on each other in a way that is
2 mutually reinforcing?
3      MS. ANDERSON:  Objection; form, beyond the
4 scope.
5      THE WITNESS:  I don't know if it's
6 mutually enforcing, but it's certainly from an --
7 you know, if you look at it from every constituent's
8 desires, I think as a manufacturer you want to build
9 devices that can be highly differentiated so that
10 your device doesn't look exactly like another
11 manufacturer's device.
12      So you want to be able to create a highly
13 differentiated device but at the same time, being
14 able to run the full set of applications that the
15 ecosystem is able to provide.  That's a
16 manufacturer's -- that's one of the manufacturer's
17 incentives.
18      From an end user, you want to have choice;
19 you know, you want to be able to choose different
20 kinds of devices from different manufacturers at
21 different price points, different colors, different
22 designs, different capabilities but not have to,
23 when they make that choice, decide whether they want
24 applications or not.  They always want applications,
25 but they also want to have device diversity.  It's

Page 166

1 BY MS. HURST:
2      Q   Did Google copy the Java compatibility
3 testing kit in any way in creating its CTS?
4      MS. ANDERSON:  Objection; form, beyond the
5 scope.
6      THE WITNESS:  I don't know.  I didn't even
7 know what you're describing, so it's hard for me to
8 know whether it was copied or not.
9 BY MS. HURST:
10      Q   And is the CTS designed in any way to
11 certify compatibility with the Java platform?
12      MS. ANDERSON:  Objection; beyond the
13 scope, form.
14      THE WITNESS:  The CTS was designed to
15 ensure that manufacturers are able to -- when used
16 in conjunction with the CDD, to build devices that
17 can participate fully with the Android app
18 ecosystem.
19 BY MS. HURST:
20      Q   Was Google CTS designed in any way to
21 certify compatibility with any Java platform?
22      MS. ANDERSON:  Objection; form, beyond the
23 scope.
24      THE WITNESS:  Not to my knowledge.  The
25 goal of the CTS was to ensure compatibility with the

Page 168

1 really how these incentives are aligning, and,
2 sorry --
3      And for the application developer, the
4 incentive is they want the biggest bang for their
5 buck.  So if they write an application for a
6 particular platform, they want the biggest reach,
7 right?  They want to be able to maximize their
8 investment in that platform.  So the more devices
9 there are that are compatible with that platform,
10 the better for application developers.
11 BY MS. HURST:
12      Q   Now, you at Google wrote your own CTS,
13 right?
14      MS. ANDERSON:  Objection; form.
15      THE WITNESS:  Correct.  We -- we provide
16 the CTS, but the CTS itself is also open source.  So
17 we accept contributions, modifications, ideas and so
18 on from the outside as well.
19 BY MS. HURST:
20      Q   Are you aware that there's a Java
21 compatibility testing kit?
22      MS. ANDERSON:  Objection; form, beyond the
23 scope.
24      THE WITNESS:  I'm not sure.
25

Page 167

1 Android app ecosystem.
2 BY MS. HURST:
3      Q   And, in fact, if a manufacturer passes the
4 CTS, that in no way would ensure compatibility with
5 the Java platform, true?
6      MS. ANDERSON:  Objection; beyond the
7 scope.
8      THE WITNESS:  Sorry, say that again.  If a
9 manufacturer --
10 BY MS. HURST:
11      Q   Passes Google's CTS for Android, its
12 Compatibility Test Suite, that would in no way
13 ensure compatibility with the Java platform, true?
14      MS. ANDERSON:  Objection; form, beyond the
15 scope.
16      THE WITNESS:  The CTS that I'm referring
17 to was developed to ensure compatibility with the
18 Android platform and no other platform.
19 BY MS. HURST:
20      Q   You said there were -- I don't want to
21 misstate it -- dozens of anti-fragmentation
22 agreements with manufacturers?
23      MS. ANDERSON:  Beyond the scope.
24      THE WITNESS:  I believe so.  I mean,
25 basically comes down to how many partners are

Page 169

43 (Pages 166 - 169)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 building compatible devices.  And I believe -- I'm
2 guessing now, but it's on the order of -- or
3 approximating, it's on the order of dozens.
4 BY MS. HURST:
5    Q    And all of those manufacturers, you
6 entered into anti-fragmentation agreements with them
7 as part of your plan or strategy to ensure the
8 healthiest possible Android ecosystem, true?
9        MS. ANDERSON:  Objection; form.
10       THE WITNESS:  The reason why we entered --
11 I'm just clarifying your question.  The reason
12 why -- you're saying the reason why we entered into
13 these agreements with the manufacturers is to ensure
14 a healthy Android ecosystem?
15 BY MS. HURST:
16    Q    Yes.
17    A    Well, in the way that I described a few
18 minutes ago, the -- the purpose of compatibility
19 from an Android platform perspective is to make
20 sure that manufacturers are able to get what they
21 want, which is to be able to build highly
22 differentiable -- differentiatable [sic] products,
23 but at the same time maintaining consistency and
24 compatibility with other manufacturers' devices
25 such that applications that are built for one will

Page 170

1 work on the other.
2    Q    Well, you've -- you've emphasized several
3 times the highly differentiating devices.  If
4 they're all using the same software platform, then
5 how can they differentiate?
6        MS. ANDERSON:  Objection; form, beyond the
7 scope.
8        THE WITNESS:  It's a good question and
9 something we spend a lot of time thinking about.  I
10 think our theory was -- and it's sort of proved out
11 to be true, but in the early days, our theory was
12 that no manufacturer would want to build devices
13 that can't be differentiated from their competitors.
14 Every manufacturer wants to be different and have a
15 unique capability or unique price point or unique
16 whatever it is that they're going after.
17       So, for instance, if you look at the
18 latest Android phones -- let's use Samsung as an
19 example -- the Galaxy S6 Edge, beautiful device that
20 has curved glass on the front and back, or, I think,
21 maybe just the front, actually, an amazing camera
22 and, you know, has a certain user interface, which
23 Samsung calls TouchWiz.  It's all running Android,
24 though, but that's like the -- the latest Samsung
25 flagship device.

Page 171

1        Now, if you look at -- since you asked
2 about Android One earlier, if you look at an
3 Android One device, you know, it doesn't have curved
4 glass, the cameras are good but not as good as the
5 Samsung ones.  It doesn't come with the TouchWiz
6 user interface.  Comes with slightly different user
7 interface and completely different price point.
8 These two devices are both running Android, and
9 they've both been built in consultation with the CDD
10 and passing CTS.
11       So one -- I would say one of the main ways
12 in which we ensured differentiation while
13 maintaining compatibility was a combination of open
14 sourcing the operating system so that manufacturers
15 could look at the source code and, in fact, modify
16 the source code while still feeling confident that
17 they're still compatible by making sure they run CTS
18 to validate their work.
19 BY MS. HURST:
20    Q    Do they share those source code
21 modifications with you?
22    A    Sometimes but not always.
23    Q    Is it one of your strategies or plans to
24 require them to share those source code
25 modifications with you?

Page 172

1    A    No.  Actually one of the reasons why we
2 chose Apache 2.0 was that they didn't have to.
3 They were under no obligation for those -- that
4 portion of the code that's under Apache 2.0, that
5 they don't have to share it with us.  This is one
6 of their differentiations.  It's their secret
7 sauce, if you will.  So we wanted to ensure that
8 they felt confident that they could do that.
9    Q    So it was your strategy, in part, to use
10 Apache 2.0 so that they -- the manufacturers could
11 keep secret sauce, right?
12       MS. ANDERSON:  Objection; form, beyond the
13 scope.
14       THE WITNESS:  For the portions of Android
15 that make sense for them to modify and create
16 differentiated products, we felt like Apache 2.0 was
17 an appropriate license, but there are certainly
18 other parts of the Android code base, for instance,
19 the Linux kernel, which is under GPL, and, of
20 course, you know, manufacturers have to abide by the
21 appropriate licenses for each part of the code.
22 BY MS. HURST:
23    Q    Now, have you explained to the
24 manufacturers your plan to put all of Android under
25 GPL?

Page 173

44 (Pages 170 - 173)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    MS. ANDERSON:  Objection; form, beyond the
2  scope.
3    THE WITNESS:  I didn't know we had such a
4  plan.
5  BY MS. HURST:
6    Q   Is it true that Google has a plan to put
7  Android N under some form of the GPL license?
8    MS. ANDERSON:  Objection; form.
9    THE WITNESS:  Is our plan to put Android N
10  under GPL?  N, in its totality, like all of N?
11  BY MS. HURST:
12    Q   Yes.
13    A   Not to my knowledge, no.
14    Q   Is it your plan at Google to put any part
15  of N that is not currently under the GPL, such as
16  the Linux kernel --
17    MS. ANDERSON:  Objection; form.
18    MS. HURST:  I'm not finished yet, please,
19  Ms. Anderson.  I'll start over.
20    MS. ANDERSON:  Ms. Hurst, you paused.  I
21  inserted an objection.  I have been very respectful
22  of your questions today.  You don't need to be
23  impolite to me.
24    MS. HURST:  I'm not being impolite to you.
25  I'm asking you not to interrupt me.

Page 174

1    MS. ANDERSON:  I didn't interrupt you at
2  all.
3    Could you either reread the question,
4  court reporter, or you can restart.
5    (Record read as follows:
6    "Q   Is it your plan at Google
7    to put any part" --)
8    MS. HURST:  I'm sorry, I'm going to
9  restate the question.  Given the interruption, I've
10  lost my train of thought, irrespective of how the
11  witness is feeling.
12  BY MS. HURST:
13    Q   Is it your plan at Google to put any part
14  of the N, as in Nancy, release of Android under the
15  GPL that is not already under the GPL?
16    MS. ANDERSON:  Objection; form.
17    THE WITNESS:  Not that I'm aware of.
18  BY MS. HURST:
19    Q   All right.
20    And have you --
21    I mean, wouldn't it be a good strategy to
22  go ahead and do that at this point?
23    MS. ANDERSON:  Objection; form.
24    THE WITNESS:  I'm not sure.  I haven't
25  really put much thought into GPL recently.  Why

Page 175

1  would you think it's a good idea?
2  BY MS. HURST:
3    Q   Well, especially in connection with
4  Android One where you're trying to get, you know,
5  widespread adoption on a lower cost basis, wouldn't
6  GPL allow you to harness the efforts of the
7  developer community on a worldwide basis in a way
8  that is more beneficial than the Apache 2.0 license?
9    MS. ANDERSON:  Objection; form, beyond the
10  scope.
11    THE WITNESS:  I think the question you
12  just stated, there are a lot of assumptions in there
13  that are incorrect.  So I'm worried that we're not
14  actually talking about the same thing.
15    I'm not sure how Android One has anything
16  to do with GPL, first of all.
17    The second point I would make is I'm not
18  sure how GPL or Apache impacts application
19  developers, so there's sort of leaps of logic there,
20  at least from my perspective, that I'm sort of
21  failing to understand your question.
22  BY MS. HURST:
23    Q   All right.
24    So it's not --
25    In your view, the form of license on the

Page 176

1  platform itself is not important to developers?
2    MS. ANDERSON:  Objection; form.
3    THE WITNESS:  So -- so we're not talking
4  about Android One anymore, just to clarify?
5  BY MS. HURST:
6    Q   Well, I'm just trying to understand your
7  answer.  I'm not -- I'm talking about whatever
8  you're talking about.
9    A   I didn't have an answer.  I was trying to
10  clarify your question because I didn't understand
11  your question.
12    Q   All right.
13    Well, I'm asking you:  Don't you think it
14  would be at this point a good strategy for Google to
15  put Android -- the rest of Android open source under
16  GPL?
17    MS. ANDERSON:  Objection; form.
18  BY MS. HURST:
19    Q   Wouldn't that signal a commitment to
20  the -- full commitment to the open source community,
21  for example?
22    MS. ANDERSON:  Objection; form, beyond the
23  scope.
24    THE WITNESS:  I haven't thought about this
25  topic, specifically GPL or Apache, I haven't thought

Page 177

45 (Pages 174 - 177)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 about it in -- in a while, and actually I didn't
2 know that anyone was questioning our commitment to
3 the open source community. I think, in fact, if
4 anything, we have a very strong sort of community,
5 you know, one of the biggest distributions of open
6 source code in the form of Android, so I didn't know
7 that that was something that needed to be addressed.
8 BY MS. HURST:
9    Q   Well, wouldn't it be beneficial if you put
10 it under the GPL in order to more effectively share
11 all of the improvements that you've made over time?
12    MS. ANDERSON: Objection; form, beyond the
13 scope.
14    THE WITNESS: The source code is the
15 source code, whether it's Apache or GPU. The source
16 code that's disclosed is exactly the same. So I
17 don't think in terms of the information that's being
18 made available for further improvements materially,
19 if at all, changes based on what the license of the
20 source code is. Again, this is not a topic I've --
21 I've thought about or has been a topic at Google
22 that I'm aware of. So -- yeah.
23 BY MS. HURST:
24    Q   Well, part of what you've done over the
25 years of the Android open source project is improve

Page 178

1 it's not something I've thought about. Android
2 itself, as I've mentioned, is open source with
3 different licenses based on different parts of the
4 code; for instance, the Linux kernel is GPL, but the
5 Android framework, for example, is Apache 2.0. The
6 net result is for the community, for the open source
7 community, and the manufacturing community or the
8 community at large, they benefit from this, and I
9 don't know if the community is, in particular, sort
10 of -- I can't think of an example where someone has
11 asked us to GPL all of Android. Just hasn't come
12 up, to my knowledge.
13 BY MS. HURST:
14    Q   To your knowledge, has anybody expressed
15 an objection to you to GPL'ing all of Android?
16    MS. ANDERSON: Objection; form, beyond the
17 scope.
18    THE WITNESS: I don't know.
19 BY MS. HURST:
20    Q   Do you think it would impair the ability
21 of your manufacturers to keep their secret sauce if
22 you put Android under GPL?
23    MS. ANDERSON: Same objection.
24    THE WITNESS: I don't know. I'm not
25 knowledgeable enough about the details of these

Page 180

1 on the Java APIs that are included in Android, true?
2    MS. ANDERSON: One second, please.
3 Objection; form, beyond the scope.
4    THE WITNESS: I don't know.
5 BY MS. HURST:
6    Q   Wouldn't it be beneficial to the Java
7 community if you gave back your improvements to the
8 Java packages and Android by putting it under GPL?
9    MS. ANDERSON: Objection; form, beyond the
10 scope.
11    THE WITNESS: I'm confused because I feel
12 like, on the one hand, you're talking about the Java
13 packages or the Java APIs, and on the other hand,
14 you're talking about GPL, and I'm trying to
15 understand how these two thing relate to each other
16 in the context that you're talking about; the
17 context being helping the community.
18 BY MS. HURST:
19    Q   So in your view, the GPL would not be --
20 putting Android open source under the GPL would not
21 be of particular help to the Java community?
22    MS. ANDERSON: Objection; form, beyond the
23 scope.
24    THE WITNESS: I actually don't know what I
25 think about this. I think, as I mentioned earlier,

Page 179

1 licenses to -- to have an informed opinion on that.
2 BY MS. HURST:
3    Q   In your experience, though, there can
4 certainly be fear from manufacturers around GPL and
5 whether that might require them to share code
6 improvements that they like to use to differentiate
7 their devices?
8    MS. ANDERSON: Objection; form, beyond the
9 scope.
10    THE WITNESS: I don't know if I'm
11 answering your question, but I can't think of --
12 I've met many manufacturers or partners, in general.
13 I can't think of a case where they expressed
14 concerns over how Android is being open sourced. So
15 I take that as a signal that they're happy with the
16 current way of doing it. I have no way of knowing
17 if they would be unhappy with a different way of
18 doing it because we've never talked to them about --
19 at least that I'm aware of, of doing it in a
20 different way.
21 BY MS. HURST:
22    Q   Is Google presently planning to put all or
23 any part of Android that is not currently under a
24 GPL license under a new GPL license of any form?
25    A   I don't know.

Page 181

46 (Pages 178 - 181)

1    Q    What is Project Enso?
2    A    Name rings a bell.  I read about it
3  recently.  I think it was an e-mail from someone on
4  my team, but I don't remember the details.
5    Q    Do you know anything at all about any
6  strategy or plan for Android reflected in Project
7  Enso?
8    A    The e-mail said something about -- it was
9  a very brief e-mail.  It said something about
10  switching to -- I believe it's called OpenJDK, but
11  that was about the extent of the e-mail.  Said it
12  was a confidential e-mail.  It was sent to a
13  mailing list that I subscribe to called Android
14  Release, and it was a heads-up from one of the
15  engineering leaders that this change was going to
16  happen in the N release.
17    Q    Do you have any understanding of what that
18  change means?
19    MS. ANDERSON:  Objection; form.
20    Also caution the witness to the extent
21  your understanding derives solely from counsel, I
22  instruct you not to answer on grounds of privilege.
23  But otherwise, you may answer.
24    THE WITNESS:  No.
25

Page 182

1  have made was to not use it at all.
2  BY MS. HURST:
3    Q    And you could have made a choice
4  originally to release Android under GPL, right?
5    MS. ANDERSON:  Objection; form, beyond the
6  scope.
7    THE WITNESS:  Yeah, we could have made a
8  lot of choices.  We could have chosen not to open
9  source Android as well.  I mean, everything was a
10  decision that was made.
11  BY MS. HURST:
12    Q    And if you were willing to open source
13  Android, why not just put it out under the GPL and
14  keep it consistent with the Linux kernel?
15    MS. ANDERSON:  Objection; form, beyond the
16  scope.
17    THE WITNESS:  I don't know.
18  BY MS. HURST:
19    Q    So you said that it would --
20    As with any code base, it would have to be
21  a careful decision with the appropriate reviews.
22    Has there been the appropriate -- an
23  appropriate review and a careful decision made to
24  put some additional part of Android under a GPL
25  license?

Page 184

1  BY MS. HURST:
2    Q    Do you have any understanding at all of
3  the business implications of a plan for putting
4  part -- another part of Android under the GPL
5  license?
6    MS. ANDERSON:  Objection; form.
7    THE WITNESS:  The business implications of
8  putting another part of Android that does GPL.
9  Well, I guess as with any code base, it's a decision
10  that has to be made carefully, you know, with the
11  appropriate reviews to make sure that it makes
12  sense, you know.
13    So, for instance, with the Linux kernel,
14  we've made the determination that that was an
15  appropriate thing to do, and on a case-by-case
16  basis, we would need to make sure that that is the
17  appropriate thing to do to ensure the current way in
18  which Android operates isn't materially changed.
19  BY MS. HURST:
20    Q    You didn't really have any choice about
21  the Linux kernel, right?  I mean, it came to you
22  under GPL, and you can't change that, right?
23    MS. ANDERSON:  Objection; form, beyond the
24  scope.
25    THE WITNESS:  Well, the choice we could

Page 183

1    MS. ANDERSON:  Objection; form.
2    THE WITNESS:  I don't know.
3  BY MS. HURST:
4    Q    Did you review any interrogatory responses
5  in your preparation to testify as a 30(b)(6) witness
6  on strategies and plans for Android?
7    A    What's an interrogatory response?
8    Q    I think I can take that as a "no."
9    A    I don't know if you can.  I just don't
10  know that term.
11    Q    All right.
12    Did you review any documents at all in
13  order to prepare yourself to testify here on behalf
14  of Google today?
15    A    As I was preparing --
16    THE WITNESS:  So is that a privilege?  I
17  guess I have a question about privilege.
18    MS. ANDERSON:  You may identify the
19  documents that were shown to you during your
20  preparation.
21    THE WITNESS:  Okay.  I can think of two
22  documents that I looked at.  One was a list of
23  topics.  I believe it's -- I don't know for sure
24  because I didn't look at the whole document, but I'm
25  assuming it's this one marked as Exhibit 5003.  And

Page 185

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 then the other document that I looked at was this
2 e-mail from the engineering lead that talks about
3 Enso.
4 BY MS. HURST:
5     Q   Okay.
6         And then when you looked at the e-mail,
7 did you do anything to investigate it further?
8         MS. ANDERSON:  You may answer.
9         THE WITNESS:  Yes.  Aside from discussing
10 it briefly at the -- at the prep meaning --
11        MS. ANDERSON:  Just caution the witness,
12 you don't want to disclose communications with
13 counsel, but you may answer other -- you know,
14 outside of communications with counsel, did you take
15 any other steps?
16        THE WITNESS:  Oh, I see.  Outside of
17 counsel.  No, I did not.
18 BY MS. HURST:
19    Q   Do you think that it would be okay for
20 your team to decide to put some big chunk of Android
21 under GPL without consulting you first?
22        MS. ANDERSON:  Objection; form.  It's also
23 beyond the scope.
24        THE WITNESS:  Well, it's a pretty big team
25 now with a lot of decisions that are being made all

Page 186

1 the time.  So I make an effort to not be involved in
2 all decisions and be a bottleneck.  So it's a good
3 question.  You know, I don't -- I don't know.  I
4 haven't encountered that, so I don't know.
5 BY MS. HURST:
6    Q   Did you consult with Mr. Ghuloum in any
7 way after reviewing this e-mail in your prep
8 session?
9    A   I assume you're talking about Anwar?
10   Q   Did I mispronounce his last name?  I don't
11 know him.  I wouldn't call him Anwar so...
12   A   We usually refer to people with their
13 first name, so I assume you're referring to Anwar
14 Ghuloum who is author of this e-mail about Enso,
15 but I'm referring to -- and if your question is,
16 did I talk to him about this e-mail after this prep
17 meeting or, in fact, even before this prep meeting,
18 the answer is no.
19   Q   Have you ever heard of Project Enso before
20 you looked at the e-mail in your prep session
21 yesterday?
22        MS. ANDERSON:  Objection; form and, of
23 course, to the extent responding to the question
24 would require you to reveal communications with
25 counsel, I'd instruct you not to answer on grounds

Page 187

1 of privilege.  But otherwise, you may answer.
2        THE WITNESS:  I believe the first time I
3 heard the phrase Enso or the code name Enso was that
4 e-mail.
5 BY MS. HURST:
6    Q   And the first time you saw that e-mail was
7 yesterday?
8    A   No.  The first time I saw the e-mail
9 was -- I think it was last week.  I was traveling
10 in London at the time, and I don't know if this
11 happens to you, but when I travel, I'm usually very
12 behind on e-mail.  I was in London, so I was jet
13 lagged, so I just took a quick look but didn't
14 really read it in detail and figured I'll get to it
15 later.
16        And then -- and then I saw it at the
17 prep meeting.
18   Q   So last week, the first week of December?
19   A   I think it was, yes.  I'm not 100 percent
20 sure, but I saw it once very briefly before the
21 prep session, and then I saw it once at the prep
22 session, and that's it.
23   Q   When you saw it the first time, what did
24 you do?
25   A   Well, I was traveling in London.  If I

Page 188

1 remember correctly, I was traveling in London at
2 the time.  I was very behind on e-mail, I had a
3 bunch of meetings, I was jet lagged, so I took a
4 mental note to take a look at it later, and I never
5 got around to it until the prep session happened.
6    Q   Did you respond in any way to Mr. Ghuloum
7 when you first saw the e-mail about Project Enso?
8    A   No, I did not.
9    Q   Do you know what OpenJDK is?
10   A   I guess this becomes a privileged
11 question.
12        MS. ANDERSON:  Okay.  So I'm going to
13 object as to form.  To the extent your understanding
14 is solely derived from communications with counsel,
15 I instruct you not to answer on grounds of
16 privilege.  If you have any independent knowledge
17 aside from that, you may answer.
18        THE WITNESS:  Okay.  I can't answer on the
19 grounds of privilege.
20 BY MS. HURST:
21   Q   So then you have no independent understanding
22 of what OpenJDK is, other than what you've learned
23 from counsel, correct?
24        MS. ANDERSON:  You may answer "yes" or
25 "no" to that.

Page 189

48 (Pages 186 - 189)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    THE WITNESS:  Correct.
2  BY MS. HURST:
3    Q   Do you have any knowledge of the license
4  terms associated with OpenJDK, other than what you
5  might have learned from counsel in a meeting
6  yesterday?
7    MS. ANDERSON:  And same objections, same
8  instruction.
9    THE WITNESS:  No.
10  BY MS. HURST:
11    Q   So would it be fair to say,
12  Mr. Lockheimer, that you personally have not made
13  any evaluation of whether the license terms of
14  OpenJDK would be a commercially acceptable means of
15  using the Java API, all or any part of it?
16    MS. ANDERSON:  Objection; form, beyond the
17  scope.
18    THE WITNESS:  You're saying me personally?
19  BY MS. HURST:
20    Q   Yeah.
21    A   No, I've never reviewed OpenJDK's terms
22  or OpenJDK, period.
23    Q   Okay.
24    And has anyone at Google, other than
25  lawyers, ever communicated to you as the head -- the

1  Senior Vice President of Android that they have made
2  an evaluation of the license terms of OpenJDK and
3  concluded that they are a commercially acceptable
4  means of using the Java API packages, all or any
5  portion of them?
6    MS. ANDERSON:  Objection; form, beyond the
7  scope and, again, same privilege instruction.
8    THE WITNESS:  Yeah, I don't think I can
9  answer that without breaking privilege.
10  BY MS. HURST:
11    Q   Well, my question was other than lawyers.
12  So if there's nobody other than lawyers, then the
13  answer is "nobody other than lawyers."
14    MS. ANDERSON:  And this is confusing.  If
15  you have information, other than lawyers, you may
16  provide it; it's not privilege.  But if it's
17  information solely derived from lawyers, you may
18  indicate that in responding, that there's nothing
19  other than through lawyers.
20    THE WITNESS:  Aside from that e-mail on
21  Enso that I received as part of being the Android
22  release mailing list, I don't know anything on this
23  topic, aside from my dealings with the legal team.
24  BY MS. HURST:
25    Q   Other than the use of Android platform in

1  phone, tablets, for Android at Work, wearables,
2  Chrome OS, Chromecast, Android Auto, Android TV and
3  Internet of Things -- sorry, madam reporter, that
4  was a little fast -- do you have any other plans,
5  product roadmaps, strategies, functions, markets,
6  devices, goods or services planned to be associated
7  with Android?
8    MS. ANDERSON:  Objection; form.
9    THE WITNESS:  Not that I can think of, no.
10  That's a pretty exhaustive list.  You mentioned TV,
11  Wear, Auto, obviously Android on phones and tablets
12  and the Internet of Things, that's all Android
13  related.
14    Chrome OS is not Android related,
15  Chromecast is not Android related, and I think
16  that's it.  Those are my areas of responsibility.
17  BY MS. HURST:
18    Q   What is ARC Welder?
19    A   ARC Welder, to the best of my
20  knowledge -- my knowledge is not deep on this
21  topic, but ARC Welder is, I believe, a tool that
22  developers use -- yeah, it's a tool for developers.
23    Q   To do what?
24    A   My understanding is ARC Welder -- and
25  it's A-R-C, then, Welder.  Developers use

1  ARC Welder to make it possible to run their Android
2  applications on -- within the app runtime for
3  Chrome or ARC on Chrome OS.
4    Q   So ARC stands for the app runtime for
5  Chrome?
6    A   Yeah.  App runtime for Chrome OS, I
7  guess, is more accurate.  I'm sorry, I slipped on
8  the first try, but it's app runtime for Chrome OS.
9    Q   ARC Welder is a way of making Android
10  applications run on a device that uses the Chrome
11  operating system, true?
12    A   ARC Welder is a tool for selective
13  developers.  Not all -- it's not -- to the best of
14  my knowledge, it's not available to all developers.
15  But for a select set of developers, we provide them
16  with ARC Welder so that they can take their
17  applications and run it within the ARC system on
18  Chrome OS.
19    Q   So what kind of devices use Chrome OS?
20    A   There are a number of device categories:
21  Laptops, desktop computers, digital signage are
22  examples of devices that run Chrome OS.
23    Q   So ARC Welder is a way of making Android
24  applications run on laptops that use Chrome OS,
25  true?

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     A    To be very precise, some applications to
2 run on laptops running Chrome OS called
3 Chromebooks, yes.
4     Q    Are you limiting the type --
5         In your answer, were you limiting the
6 types of applications, or were you limiting it to
7 the specific types of laptops?
8     A    Both.  So limited -- it's not all Android
9 applications.  It's a subset, a vast subset,
10 meaning a very small subset of Android applications
11 are eligible to run in ARC, and I'm just pointing
12 out that laptops running Chrome OS are also known
13 as Chromebooks.
14     Q    And what categories of apps are eligible
15 to run using ARC?
16     A    It's not really separated by category,
17 per se.  It's more separated by what's possible,
18 meaning not all applications are able to run in
19 ARC.
20     Q    And what common characteristics define the
21 ones that are capable of running in ARC?
22         MS. ANDERSON:  Objection; beyond the
23 scope.
24         THE WITNESS:  I don't know that level of
25 technical detail.  It's a technical determination.

Page 194

1 Android, if you take that and try to run it in ARC,
2 it won't run because ARC was built in such a way
3 that doesn't support all of the things that
4 Microsoft Word on Android needs, and so that's --
5 that's basically the gist of what works versus what
6 doesn't.
7 BY MS. HURST:
8     Q    Can you give me some applications that
9 will run on ARC?
10         MS. ANDERSON:  Beyond the scope.
11         THE WITNESS:  I remember when we announced
12 ARC -- this was a year, a year and a half ago --
13 they did a demo, I think, of Evernote, which is a
14 note-taking app running on ARC, so, I guess, that's
15 one app.
16         I think the other example I can think of
17 is Vine; that's another app that runs on ARC.  Last
18 I heard, there were about 100 or so applications
19 that run on ARC.
20         Just to put that in perspective, there are
21 about a million -- over a million applications in
22 Google Play, so you can tell it's a tiny, little
23 subset.
24 BY MS. HURST:
25     Q    So does it require some kind of close

Page 196

1 It's not a policy thing.  There are certain
2 technology choices made by the ARC team as well as,
3 I guess, what the application developer has done
4 that makes certain applications work well, whereas
5 certain applications not work well in ARC.  So it's
6 manually tested and curated first.
7 BY MS. HURST:
8     Q    I'm just trying to get some understanding
9 of this.
10         Can you describe for me in any way how the
11 function of, you know, these Android applications
12 relates to their ability or inability to run in
13 connection with ARC?
14         MS. ANDERSON:  Objection; beyond the
15 scope.
16         THE WITNESS:  Well, I guess another way of
17 saying it is ARC is not a -- it's -- how do I put
18 this?  I'm trying to explain it, explain it well.
19         ARC is -- it's not like Android is running
20 inside of Chrome OS.  ARC is a runtime that enables
21 some Android apps to run on Chrome OS, but it's not
22 like Android itself is running on Chrome OS, so that
23 means that --
24         I'll give you a very concrete example.  I
25 believe Microsoft Word, which is available on

Page 195

1 cooperation between your team and the app developer
2 in order to get things running -- Android
3 applications running on ARC?
4     A    That's my understanding, yes.  And that's
5 how an application -- application developer would
6 get ahold of ARC Welder in the first place.  This
7 would be sort of a one-to-one relationship,
8 engineer-to-engineer or
9 product-person-to-product-person relationship
10 between the ARC team and the developer to ensure
11 that the app is running well.
12     Q    Well, is it your plan to make --
13 ultimately to make ARC Welder broadly available so
14 that Android applications are available on laptop
15 and desktop computers running Chrome OS?
16         MS. ANDERSON:  Objection; form.
17         THE WITNESS:  I don't know.  You know,
18 we've gone back and forth on how -- how broad --
19 broadly available we want to make the ARC
20 technology.  You can think of it as an experiment of
21 sorts, and so I don't know what the latest thinking
22 is from the team on that.  It's been probably three
23 to six months since I've gotten an update from them
24 on ARC Welder.
25

Page 197

50 (Pages 194 - 197)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BY MS. HURST:

1  BY MS. HURST:
2    Q   Does the ARC Welder result in either the
3  Dalvik Virtual Machine or the Android runtime
4  running within Chrome?
5       MS. ANDERSON:  Objection; beyond the
6  scope.
7       THE WITNESS:  I don't know.
8  BY MS. HURST:
9    Q   Are Chromebooks special purpose computers?
10      MS. ANDERSON:  Beyond the scope.
11      THE WITNESS:  Can you define "special
12 purpose computer"?
13 BY MS. HURST:
14   Q   Have you ever heard that term?
15   A   Yes, but it's used in so many different
16 ways that I don't know what it means.  What did you
17 mean when you asked the question?
18   Q   Is it the same or different with respect
19 to its purpose than an ordinary desktop computer?
20      MS. ANDERSON:  Objection; form.
21      THE WITNESS:  I don't know if there's one
22 singular purpose for a, quote, ordinary desktop
23 computer, so it's hard for me to answer that.  For
24 instance, you know, my mother-in-law uses her
25 desktop computer to manage her Mary Kay products.

Page 198

1  You know, I use my desktop computer to do e-mails.
2  Is that the same purpose?  Probably not.  So I don't
3  even know if there's a single purpose for computers,
4  so I don't know how to differentiate from that.
5  BY MS. HURST:
6    Q   What is the purpose of a Chromebook?
7       MS. ANDERSON:  Objection; beyond the
8  scope.
9       THE WITNESS:  It really depends on the
10 purchaser of it.  I can think of many different
11 uses.  You know, Chromebooks can be used for -- for
12 many different purposes.
13 BY MS. HURST:
14   Q   Is a Chromebook a general-purpose
15 computer?
16      MS. ANDERSON:  Objection; beyond the
17 scope.
18      THE WITNESS:  I forget the other term you
19 used earlier, "specialized," I think; just like I
20 couldn't define that term, I can't define what
21 "generalized computer" means; flip sides, you know,
22 of the same coin.  I don't know what you mean by
23 that.
24      MS. HURST:  Exhibit 5015 is GOOG00191479,
25 spreadsheet of six pages.

Page 199

1       (Deposition Exhibit 5015 marked
2       for identification.)
3  BY MS. HURST:
4    Q   Do you recognize Exhibit 5015,
5  Mr. Lockheimer?
6    A   Not exactly, but it does look like -- it
7  does look like a bunch of OKRs, but I haven't seen
8  this exact document, I don't think.
9    Q   Okay.
10      Well, I'll represent to you that it was
11 produced by your counsel as having come from your
12 possession as the custodian of the document; that
13 is, the person who maintained it until it was
14 provided to us.
15      So can you take a minute and see, please,
16 whether it's something that you're familiar with?
17   A   Sure.  I'll take a look.  Give me a
18 second, but it's possible someone e-mailed it to me
19 and that's why it was, quote, in my possession.
20 Doesn't necessarily mean that I know everything
21 about it, but I'll take a look.
22      I looked at all the pages.
23   Q   Can you tell me anything more about what
24 is Exhibit 5015?
25   A   Well, looking at this, it looks like what

Page 200

1  we would call OKR results, and by the dates written
2  here, it looks like it comes from -- it's pretty
3  recent.  It's a Q3 of this year, third quarter of
4  this year, document where it says "Q3 '15 MOQ."  I
5  think the M stands for middle of quarter and "Q3
6  '15 EOQ," I assume refers to end of quarter.  And
7  this document is describing various OKRs throughout
8  the company, at least the ones that were tracked in
9  this document, and gives sort a score:  Red, yellow
10 or green, on a per-OKR basis.
11   Q   What purpose do you use OKRs, if any?
12   A   The company uses OKRs to generally align
13 teams around key objectives or objectives that are
14 deemed important, not -- by the way, not mutually
15 exclusive to everything else.  So just because
16 something is not an OKR doesn't mean it doesn't
17 happen.  But OKRs are sort of distillations of
18 important topics that are important to the company
19 or on a per-product area basis.  And we rate them
20 every quarter or sometimes multiple times a quarter
21 just to see how we're tracking against our goals or
22 our objectives.
23   Q   Which of the OKRs listed in Exhibit 5015
24 are you responsible, in whole or in part, for
25 assisting the company to achieve?

Page 201

51 (Pages 198 - 201)

1    A    Let's see.
2    Q    And by "you," I mean anybody working for
3  you.
4    A    Okay.  Well, I'll just go down the list
5  one by one.  The first one that I see where my team
6  had some role in is the one, two, three, fourth one
7  down where it says:
8            "Build new assistant layer in
9        M (Now on Tap) with seamless Web to
10        app linking and a new runtime
11        permissions model.  Architecture
12        for ephemeral apps defined."
13        In brackets right after that it says:
14  "[Scott H; Mike C" -- and a parn- that's a typo.
15  What they mean is a partner, A-P-A-R-N-A-C, and so
16  the Mike C. there is referring to Mike Claron who
17  works on my team.
18    Q    So is M, M means Android-level
19  Marshmallow; is that right?
20    A    It's correct; it's the latest version of
21  Android called Marshmallow.
22    Q    And that's already been released, right?
23    A    Right.  It was -- customers started
24  receiving it end of September, early October.
25    Q    So you're working on N now, right?

Page 202

1    A    Correct, we're working on N.
2    Q    And what is your target release date for
3  N?
4    A    Currently targeting sometime next summer.
5    Q    Are you already working with partners
6  around the features or other attributes of version N
7  of Android?
8    A    We've started to very early -- we've
9  started to have very early discussions with
10  partners about N.  By the way, our operating system
11  versions are alphabetical.  So N comes after M, so
12  given we just launched M, our partners are pretty
13  busy updating their devices to M at the moment.
14        While they're doing that, we're busy
15  working on the next thing, which is N, so we
16  haven't fully engaged with our partners on all the
17  details of N partially also because we're still
18  working on it and we're still figuring it out.
19        But -- excuse me.
20    Q    Sure.  If we need to take a break, just
21  say so.
22    A    No.  Sorry.
23    Q    I hate it when I swallow the wrong way and
24  then cough, cough, cough for 20 minutes.  So don't
25  hesitate.

Page 203

1    A    Thank you.
2        So where was I?  So it's still early
3  days for us on N, so we haven't shared everything
4  yet either, and also they're busy working on M
5  themselves.  But we've started to have very
6  high-level discussions with our partners about N.
7    Q    Okay.
8        Just continuing there in 1, which is
9  labeled the "Future of Search on Mobile."
10        Do you see that there, that heading next
11  to Item 1?
12    A    Oh, sure, sure, the very first line,
13  sure, the header.
14    Q    Right.
15        So is that like the overarching objective?
16  I mean, there's, you know, a series of numbered
17  items here through 14.
18    A    Yeah.  It's interesting -- it's
19  interesting because I feel like I was wondering the
20  same thing when -- when I was reviewing OKRs.
21        By the way, typically the reason why I
22  didn't recognize this document right away is
23  because when they print it out, they print it out
24  in the other orientation with very long paper with
25  numbers next to it so we can refer to specific

Page 204

1  items by the row number.  This is a spreadsheet
2  basically.  And --
3    Q    So it's missing -- is it missing
4  something, then?
5    A    Maybe or it may just be the way they
6  printed it was different.  You know, the printer
7  added some lines or something.  Who knows.  But I
8  don't question the veracity of this document.  I'm
9  just saying the formatting was different from what
10  I saw.
11    Q    Than what you usually see?
12    A    Yeah, exactly.
13    Q    Okay.  Got it.
14    A    And I always felt when I was looking at
15  this -- when I -- for instance, when I looked at
16  this -- I don't know -- two months ago or something
17  like that, I always felt the organization was a
18  little weird because it's not -- or the groupings
19  was a little weird.  It's not -- it doesn't go by
20  org chart.  So, for instance, the first heading
21  where you -- the point -- the one that you pointed
22  out, "Future of Search on Mobile," has a bunch of
23  people in it from a certain organization, but, you
24  know, Mike Claron from my organization is also
25  represented there, so it's not a strict org chart

Page 205

52 (Pages 202 - 205)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 grouping.  It's also not exactly sort of a
2 technology grouping either, because in here, they
3 talk about, I guess, on 1d., the one that I pointed
4 out, "Build new assistant layer in M," that's an
5 Android thing, that's not really Search, but it's
6 under the Search heading.
7         So the way they've grouped this is a
8 little bit more thematic rather than
9 organizational or technical --
10        (Reporter clarification.)
11        THE WITNESS:  Thematic, rather than, you
12 know, organizationally or technically correct.
13 BY MS. HURST:
14    Q    All right.
15        And, then, so looking at, for example,
16 Item 1f., "Project Soy items on track," how does
17 that fit with the theme of "Future of Search on
18 Mobile"?
19    A    That one is consistent with "Search on
20 Mobile."
21    Q    What's it about?
22        MS. ANDERSON:  Beyond the scope.
23        THE WITNESS:  How does confidentiality
24 work, by the way?
25        MS. ANDERSON:  So this transcript is

Page 206

1 designated attorneys' eyes only, highest level of
2 confidentiality, and then we'll have a period under
3 the protective order if there's some parts that can
4 be down-designated, and some parts can't be, we
5 won't.  And so, you know, the company has the
6 opportunity to designate things to keep it
7 attorneys' eyes only level.
8         THE WITNESS:  Uh-huh.  Okay.  Well, let's
9 try.
10        This Amit, the person's name in brackets,
11 Amit, A-M-I-T, he's the head of Search.  He's my
12 peer in the Search organization and Project Soy
13 is -- is one of his projects, doesn't have anything
14 to do with Android.
15 BY MS. HURST:
16    Q    What's it about?
17        MS. ANDERSON:  Beyond the scope.
18        THE WITNESS:  It's about Search on Mobile
19 outside of Android.
20 BY MS. HURST:
21    Q    What does that mean?
22        MS. ANDERSON:  Beyond the scope.
23        THE WITNESS:  There are many other devices
24 that connect to the mobile networks that aren't
25 running Android.  I think you have one of them.

Page 207

1 BY MS. HURST:
2    Q    So this Project Soy has something to do
3 with iOS?
4        MS. ANDERSON:  Beyond the scope.
5        THE WITNESS:  Yes.
6 BY MS. HURST:
7    Q    Does it have something to do with other
8 non-Android phones like, you know, feature phones,
9 or is it just related to iOS?
10        MS. ANDERSON:  Beyond the scope.
11        THE WITNESS:  It's related to iOS.  It's
12 about making Google Search on iOS work really well.
13 BY MS. HURST:
14    Q    Is there something wrong with how it works
15 now?
16        MS. ANDERSON:  Beyond the scope.
17        THE WITNESS:  I don't know.  You're an iOS
18 user; what do you think?  Are there things we could
19 do better?  There's always room for improvement.
20 That's -- that's how we always look at things is
21 making -- continually making our products better and
22 better.  I think you'll notice a theme here.  We're
23 always looking at ways to delight customers more
24 than ever.
25

Page 208

1 BY MS. HURST:
2    Q    It would delight me if you weren't using
3 my kid's data without my consent.
4        MS. ANDERSON:  No question pending.
5        MS. HURST:  Well, if you hadn't asked, I
6 wouldn't have volunteered.
7        I could use a restroom break.
8        MS. ANDERSON:  Okay.  If we can keep them
9 really short, maybe five minutes, just because we're
10 trying to make sure the witness can get his
11 children, and we want to give you as much time as
12 you have.
13        MS. HURST:  You know, we were here ready
14 to go on time.  I don't want to get in a big fight
15 with you about this now, but, you know, having to
16 take a restroom break, I don't think is something
17 that, you know, is out of bounds.
18        MS. ANDERSON:  Well, I didn't complain
19 about you taking a restroom break.  I just asked if
20 we could keep it to five minutes as I'm trying to
21 help you have more time with the witness.  That's
22 what I'm trying to do.
23        THE VIDEOGRAPHER:  We are off the record
24 at 3:03 p.m.
25        (Recess taken.)

Page 209

53 (Pages 206 - 209)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        THE VIDEOGRAPHER:  We are on the record at
2  3:09 p.m.
3  BY MS. HURST:
4        Q    Continuing with Exhibit 5015,
5  Mr. Lockheimer, are any of the objectives in Item 2,
6  "Mobile Monetization," under your organization?
7        A    Nope, they are not.
8        Q    What is GAIA referenced in 2d.?
9        MS. ANDERSON:  Beyond the scope.
10       THE WITNESS:  GAIA, G-A-I-A, is an
11  internal name for -- a Google internal name for our
12  identity management system.  Another way to say it
13  is what a customer would know as their Google
14  account.  GAIA is the system internally that manages
15  Google accounts.
16 BY MS. HURST:
17       Q    What is Project Sidewinder?
18       A    Where do you see that?
19       Q    I'm not asking about the document.
20       A    Oh, I see.
21       Q    I'm asking you what is Project Sidewinder?
22       A    Okay.  Project Sidewinder is a project
23  related to bringing Google Play to China.
24       Q    And have you had any involvement in
25  Project Sidewinder?

Page 210

1        MS. ANDERSON:  Beyond the scope of Topic
2  2.
3        THE WITNESS:  Sort of on the periphery,
4  but not -- not a main role.  I'm not responsible for
5  Google Play, but obviously Google Play runs on
6  Android, so I have a relationship with the Play
7  team, but Sidewinder is run out of the Google Play
8  team.
9  BY MS. HURST:
10       Q    Well, what role do the handset
11  manufacturers play in connection with Project
12  Sidewinder?
13       MS. ANDERSON:  Beyond the scope.
14  Objection; form.
15       THE WITNESS:  Well, the idea is just like,
16  for example, the U.S. today, when you buy an Android
17  phone, it comes with the Google Play Store, and
18  that's something the manufacturer does.  Project
19  Sidewinder is partially about working with
20  manufacturers who are selling devices in China to
21  see if they would be willing to put the Play Store
22  on their devices in China.
23       Now, all of this is subject to regulatory
24  and government approvals, which we have not
25  received, so it's not launched at all.

Page 211

1  BY MS. HURST:
2        Q    And what plans or strategies do you have
3  for getting manufacturers to agree to do this,
4  assuming such approvals?
5        MS. ANDERSON:  Beyond the scope.
6        THE WITNESS:  How do we plan on doing
7  this?
8  BY MS. HURST:
9        Q    How do you plan on inducing the
10  manufacturers to agree to put the Google Play Store
11  on their handsets, assuming the appropriate
12  approvals?
13       MS. ANDERSON:  Objection; form, beyond the
14  scope.
15       THE WITNESS:  Well, there are a number of
16  approaches we've taken.  The application store
17  environment, if you will, in China is very different
18  from how it is in the rest of the world.  In China,
19  it's not uncommon for consumers to install,
20  themselves, multiple stores and download
21  applications from multiple stores.
22       Contrasting that to a typical experience
23  for the rest of the world where typically a customer
24  goes to one store and downloads, you know, all their
25  applications from that one store.

Page 212

1        So the environment is very different in
2  China, so we're still learning how to work in that
3  environment, which is foreign to us.  And so we've
4  taken a number of approaches.  Partially -- some of
5  it relates to, for example, working with
6  manufacturers in China who want to have bigger
7  successes outside of China.  We've talked about
8  working together so that we'll help them be more
9  successful outside of China, which we have
10  experience with, in general; not talking about
11  stores but about just the marketplace in general.
12       And in exchange, we get their help in
13  learning how to be successful in the Chinese market.
14  That's -- that's one example of how we've approached
15  this.
16 BY MS. HURST:
17       Q    Have you proposed or discussed revenue
18  sharing in association with manufacturers in
19  connection with Project Sidewinder?
20       MS. ANDERSON:  Beyond the scope.
21       THE WITNESS:  I believe we have.
22 BY MS. HURST:
23       Q    In fact, you personally discussed revenue
24  sharing with Samsung; isn't that true?
25       MS. ANDERSON:  Beyond the scope.

Page 213

54 (Pages 210 - 213)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    THE WITNESS: I've discussed revenue
2 sharing with Samsung in general, but I can't
3 remember if I've discussed revenue share with
4 Samsung specifically about China.
5    Maybe I misunderstood your question.
6 BY MS. HURST:
7    Q   Well, what was the context in which you
8 discussed revenue sharing with Samsung in general?
9    MS. ANDERSON: Beyond the scope.
10    THE WITNESS: Just -- I think we talked
11 about this before. There are some manufacturers
12 that we have revenue share arrangements with.
13 Samsung, I think, was an example I gave. So same as
14 that. No difference from the previous conversation.
15 BY MS. HURST:
16    Q   Is it true that you got a verbal
17 commitment from Samsung to participate in Project
18 Sidewinder in connection with revenue sharing?
19    MS. ANDERSON: Beyond the scope.
20    THE WITNESS: I don't know.
21 BY MS. HURST:
22    Q   You don't know whether you got a verbal
23 commitment from Samsung to put the Google Play Store
24 on its phones in China?
25    MS. ANDERSON: Beyond the scope.

Page 214

1 BY MS. HURST:
2    Q   I'm talking about you personally,
3 Mr. Lockheimer. Did you discuss with anyone at
4 Samsung putting the Google Play Store on Android
5 phones manufactured for the China market?
6    MS. ANDERSON: Beyond the scope.
7    THE WITNESS: I have had very preliminary
8 and brief discussions with Samsung about our efforts
9 in China, but I don't think I've ever received any
10 commitment of any sort, at least personally.
11 BY MS. HURST:
12    Q   So if somebody wrote down in a document,
13 "Hiroshi got a verbal commitment from Samsung in
14 connection with Project Sidewinder," you don't have
15 any idea what that means?
16    MS. ANDERSON: Beyond the scope.
17    THE WITNESS: No. I mean, I can't
18 remember a specific conversation with Samsung where
19 they, quote, committed to doing Sidewinder.
20 BY MS. HURST:
21    Q   Does Android -- does the Android platform
22 have built within it any functions that assist in
23 mobile payment processing?
24    MS. ANDERSON: Beyond the scope.
25    THE WITNESS: Your question was, does

Page 216

1    THE WITNESS: As I was mentioning before,
2 the Sidewinder project is unique. First of all, we
3 don't even have regulatory approval from the Chinese
4 government to launch this product. So it's -- all
5 of these conversations are very early and pending
6 government approval, if that approval were to even
7 come through. We don't know when that is. So
8 conversations we've had with any manufacturer
9 related to Sidewinder is very preliminary.
10 BY MS. HURST:
11    Q   Did you get a verbal commitment from
12 Samsung?
13    A   On?
14    Q   To put the Google Play Store on its phones
15 in China?
16    MS. ANDERSON: Beyond the scope.
17    THE WITNESS: I don't know.
18 BY MS. HURST:
19    Q   Well, did you have a discussion with
20 anyone from Samsung about putting the Google Play
21 Store on its phones in China?
22    MS. ANDERSON: Same objections.
23    THE WITNESS: Now, when you say "you," I
24 get sometimes confused. Are you talking about me as
25 an individual now, or are you talking about Google?

Page 215

1 Android have anything built into it that does mobile
2 payments?
3 BY MS. HURST:
4    Q   That assists with mobile payments.
5    A   Assists. I guess it depends on how
6 pedantic of an answer you want. I mean, the fact
7 that it's an operating system that allows
8 applications to be run, and for these applications
9 to be able to do whatever they want is a form of
10 assistance. I mean, certainly there are many
11 companies that have made payment applications for
12 Android.
13    Q   All right.
14    So if the operating system doesn't run,
15 then there won't be any payment processing?
16    MS. ANDERSON: Beyond the scope.
17    THE WITNESS: Well, if the operating
18 system doesn't allow for applications, there can't
19 be any payment applications or applications of any
20 kind. That's why I'm saying, I don't know at what
21 point would you consider it assisting versus just
22 the fact that it exists?
23 BY MS. HURST:
24    Q   So the Google Wallet, for example, is a --
25 is a payment processing application; is that right?

Page 217

55 (Pages 214 - 217)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  A   I don't know if the Google Wallet team
2  would exactly call it that.  I just don't know how
3  they refer to themselves.  But, yes, from a
4  layperson's perspective, it does feel like a
5  payment-related or money-related application.
6  Q   In order for that to work, does there need
7  to be a Near Field Communications chip in the phone?
8      MS. ANDERSON:  Beyond the scope.
9      THE WITNESS:  The Near Field chip is a
10 nice-to-have, but my understanding is it's not
11 mandatory.
12 BY MS. HURST:
13 Q   Is there anything in Android that assists
14 developers in taking advantage of a Near Field chip?
15     MS. ANDERSON:  Beyond the scope.
16     THE WITNESS:  Is there anything in Android
17 that helps developers use a Near Field chip?
18 BY MS. HURST:
19 Q   Yeah.
20 A   Sure, but it doesn't have to be payment
21 related.
22 Q   But it can be?
23     MS. ANDERSON:  Beyond the scope.
24     THE WITNESS:  Sure, it can be.  This was
25 my point about at what point is one assisting the

Page 218

1 a cut of payment processing transaction fees?
2 A   I don't know for sure.
3 Q   Is there anything else that you're aware
4 of that's a way of money flowing associated with
5 payment processing that Google gets a cut of?
6     MS. ANDERSON:  Beyond the scope.
7     THE WITNESS:  The App Store has nothing to
8 do with Near Field, but you didn't say anything
9 about Near Field in your question, so the App Store
10 discussion we had previously or the subscription
11 service from HBO NOW, those are examples where money
12 flows, and there is a share of -- of -- you know, of
13 that revenue.
14     Maybe I'm misunderstanding your question.
15 BY MS. HURST:
16 Q   Well, is HBO NOW a payment processing?
17 A   I thought your question was Google doing
18 payment processing, do we share that revenue.  And
19 I'm saying, well, in the case of HBO NOW, we're
20 doing payment processing for the HBO NOW
21 subscription service, and they obviously get their
22 revenue from us.
23 Q   I'm talking about payment processing out
24 in the world, not in a Google Play Store, okay?
25     People are out in the world using their

Page 220

1 other?  It exists.  It can be used for anything.
2 For instance, could be used for unlocking this door.
3 BY MS. HURST:
4 Q   But here in the Bay Area, maybe sometimes
5 we go to Peet's Coffee and we see there's a little
6 thing there at the checkout, and you can tap your
7 phone, your Android phone, on it as a means of
8 payment, right?
9     MS. ANDERSON:  Beyond the scope.
10     THE WITNESS:  I don't actually know if
11 Peet's supports it.  It's merchant by merchant or
12 merchant network by merchant network, so there are
13 compatibility issues there, but in general, the
14 concept is true, yes.  I don't know about Peet's
15 specifically.
16 BY MS. HURST:
17 Q   Now, does Google monetize the payment
18 processing capabilities of Android in any way,
19 either directly or indirectly?
20     MS. ANDERSON:  Objection; form.
21     THE WITNESS:  Does Google monetize the
22 payment capability.  Do you mean -- what do you mean
23 by that?
24 BY MS. HURST:
25 Q   Well, let's start with this:  Do you take

Page 219

1 Android phones in order to make payments.  And then
2 there's a processing that goes on associated with
3 that.
4 A   Okay.
5 Q   Is Google getting a cut of that somewhere?
6     MS. ANDERSON:  Objection; form.
7     THE WITNESS:  I don't know.
8 BY MS. HURST:
9 Q   How's the term "dogfood" used at Google?
10 A   Very often.
11 Q   What does it mean?
12 A   To use a product before it's made
13 commercially or publicly available.  For employees
14 to use the product before making it available to
15 the public.
16 Q   Would you turn, please, to the third page,
17 Item 9 of Exhibit 5015.
18 A   Item 9.  Okay.  9a.
19 Q   Yeah, 9a., "Single Google mobile developer
20 SDK announced at I/O."
21     Do you see that?
22 A   I do see that.
23 Q   What is that?
24 A   Well, it's not exactly my area.  As you
25 can see, Jason's name is next to it, and Jason

Page 221

56 (Pages 218 - 221)

1  doesn't report to me, so I'm not familiar with all
2  the details. But what I know of it is that it's
3  bringing capabilities that Google has, making them
4  available for application developers so that it
5  simplifies their lives, their lives as the
6  developer, so it makes them more efficient in
7  developing applications.
8      Q   Well, Android is listed here as one of the
9  elements of the mobile -- unified mobile developer
10 SDK, true?
11     A   I do see what it says:
12         "Single unifying Ads,
13         Analytics, Android, Apps/Drive,
14         Cloud, Distribution, Identify,
15         Location [and] Payments."
16     Q   It says underneath: "Making good progress
17 on unified mobile platform."
18         Do you see that?
19     A   I do see that.
20     Q   So what plan or strategy is there for
21 Android to play a role in this unified mobile
22 platform referenced here in Exhibit 5015?
23     A   It refers --
24         Go ahead.
25         MS. ANDERSON: Sorry. Objection; form.

Page 222

1  Location, Payments. They did put Android in here.
2  You'll see -- that list is, I think, alphabetical.
3  And the reason why Android is in there at all is
4  just to signify that this SDK will work on top of
5  Android.
6          I can see how that if you're looking at
7  this single line here in isolation, that would be
8  confusing, but just knowing the context, that
9  that's what that means.
10     Q   Does this generic unified mobile platform
11 SDK include the Android SDK?
12     A   First of all, I didn't say "generic
13 mobile SDK." I said Android is a generic operating
14 system. This SDK that they're referring to in 9a.
15 is actually not generic. It's the Google developer
16 SDK, and it is not -- it is not in the Android SDK.
17 It's separate. It's on top of it, and it's -- it's
18 a --
19         How do I phrase this? Any company is
20 free to build SDKs on top of Android. In fact,
21 companies like Facebook and Twitter have done it
22 where they've built SDKs for app developers of
23 Android. We're doing the same thing here.
24     Q   Do you intend to avoid fragmentation in
25 building this Google SDK for Android?

Page 224

1          Go ahead.
2          THE WITNESS: How do I explain this? It
3  runs on top of Android, so it's not built into
4  Android, per say. It's just -- you can think of it
5  as a tool kit that's made available for Android
6  developers, an optional tool kit that's made
7  available for Android developers that unifies all
8  the Google technologies like ads or analytics, just
9  to use these examples here, in a single sort of tool
10 kit.
11         Now, the important distinction here is
12 that within Google, there's a pretty clear
13 distinction between Android and the rest of Google.
14 I touched upon this earlier, but Android as an
15 operating system doesn't know about any single
16 company. It's just a generic operating system. So
17 when they talk about a mobile developer -- a Google
18 mobile developer SDK, they're talking about an SDK
19 that goes on top of the generic Android operating
20 system that has the Google functionality in it.
21     Q   Well, it says "unified mobile platform,"
22 right?
23     A   Right. The unification they're referring
24 to here is the unification of Ads, Analytics,
25 Apps/Drive, Cloud, Distribution, Identity,

Page 223

1          MS. ANDERSON: Beyond the scope.
2          THE WITNESS: Orthogonal topics. This is
3  just about developer productivity, so it doesn't
4  have anything to do with fragmentation.
5  BY MS. HURST:
6      Q   What is Android Studio?
7      A   Android Studio is a integrated
8  development environment or an IDE. It's basically
9  what application developers use to build -- it's a
10 tool that application developers use to do their
11 job.
12     Q   Item 10 on that same page, do you see is
13 "Next Billion Users"?
14     A   I do see that.
15     Q   There's a reference in the second line to
16 a "Chrome Blimp effort to build an ultra thin
17 client."
18         What is that?
19         MS. ANDERSON: Beyond the scope.
20         THE WITNESS: I have no idea. I've never
21 heard of the Chrome Blimp effort. Sounds
22 interesting, though.
23 BY MS. HURST:
24     Q   Turning to the next page, Item 10b.: "GMS
25 lite for the next billion on 512-megabyte phones."

Page 225

57 (Pages 222 - 225)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    What does that refer to?
2    A   That refers to -- a little bit of
3  context.  Phones that are typically sold to the,
4  quote, next billion, in other words, customers in
5  emerging markets who may be more price sensitive
6  and are buying lower-cost devices, many of these
7  phones only come with 512 megabytes of RAM, which
8  by today's standards is pretty minimal.  It's not
9  that much RAM.
10    And there is an issue where the
11  performance of Android because of -- not only, but
12  in large part, because of the fact that there are
13  many apps on these devices that use a lot of RAM,
14  the overall performance of these devices are -- is
15  suffering.  So an end user in these markets with
16  these phones with only 512 megabytes of RAM are
17  having a pretty terrible user experience.
18    And so this effort here is to put our
19  apps listed here on a diet, if you will, so that
20  they use less RAM so that the overall user
21  experience of these devices can be improved.
22    Q   Do you have any understanding as to what
23  platform is typically being used today in emerging
24  markets that are more price sensitive with
25  lower-cost devices and fewer hardware capabilities?

Page 226

1    MS. ANDERSON:  Beyond the scope.
2  Objection; form.
3    THE WITNESS:  What platform, meaning what
4  operating system, or what do you mean by "what
5  platform"?
6  BY MS. HURST:
7    Q   I mean what application development
8  platform.
9    A   Application development platform.  I'm
10  not sure I know how to parse that question, but
11  I'll give it a shot.
12    Many devices that are being sold in
13  these markets are reported to be Android based, if
14  that's -- if that's what you're asking.
15    Q   Are many devices that are being sold in
16  this market also reported to be Java based?
17    MS. ANDERSON:  Beyond the scope.
18    THE WITNESS:  Not that I've seen, no.
19  BY MS. HURST:
20    Q   Who do you consider to be your principal
21  competitor in these emerging markets?
22    MS. ANDERSON:  Beyond the scope.
23  Objection; form.
24    THE WITNESS:  iPhone.
25  BY MS. HURST:

Page 227

1    Q   Is it true that you have no responsibility
2  at all for generating any revenue for the company?
3    A   Not necessarily, no.
4    Q   Well, what responsibility do you have for
5  generating revenue for the company?
6    A   Well, to be clear, no -- this is not --
7  revenue is not something I spend much of my time
8  thinking about.  I guess I'm lucky that way.  I
9  think my colleagues in the ads and monetization
10  side certainly don't have it that way.
11    But there's one example that I can think
12  of which is around our Nexus devices that are sold
13  through the Google Store.  I'm responsible for the
14  Google Store in general.  It's a hardware store
15  online where we sell various products, including
16  Nexus phones and tablets and watches and so on.
17  And since I'm responsible for that team, that team
18  is, you know, certainly responsible for operating
19  that store efficiently and -- and selling as many
20  products as -- as they can.  So certainly that has
21  revenue impact.
22    Q   Are your Nexus phones profitable?
23    MS. ANDERSON:  Beyond the scope.
24    THE WITNESS:  No, they are not.
25

Page 228

1  BY MS. HURST:
2    Q   You're losing money on Nexus phones?
3    MS. ANDERSON:  Beyond the scope.
4    THE WITNESS:  We are.
5  BY MS. HURST:
6    Q   Doesn't that concern you?
7    MS. ANDERSON:  Beyond the scope.
8    THE WITNESS:  Sure.
9  BY MS. HURST:
10    Q   Have you always lost money on Nexus
11  phones?
12    MS. ANDERSON:  Beyond the scope.
13    THE WITNESS:  Yes.
14  BY MS. HURST:
15    Q   When was the first Nexus phone released?
16    MS. ANDERSON:  Beyond the scope.
17    THE WITNESS:  The first Nexus phone was
18  released in -- I believe it was January of 2010.
19  BY MS. HURST:
20    Q   So for five years, you've been losing
21  money on Nexus phones?
22    MS. ANDERSON:  Beyond the scope.
23    THE WITNESS:  Yes.  I also give away my
24  software for free.
25

Page 229

58 (Pages 226 - 229)

1 BY MS. HURST:
2   Q   That's because you know you'll make it up
3 in other ways, right?
4       MS. ANDERSON:  Objection; form.
5       THE WITNESS:  I never said that.  I think
6 the point is, we want to make sure that we provide
7 an operating system and a platform and an ecosystem
8 that end users enjoy using and may be part of what
9 they do.  As part of that usage of this little
10 computer that they're always carrying around with
11 them, is to connect to the Internet, and hopefully
12 they also access Google services.
13 BY MS. HURST:
14   Q   Would you take a look at Exhibit 5003,
15 please, which is still in front of you.
16   A   5003.  Okay.  Okay.
17   Q   Topic 8 says:  "All enforcement of
18 intellectual property interests of any kind" --
19   A   Hold on.  Hold on.  What page is it?
20   Q   7.
21   A   Okay.  At the bottom, yes.
22   Q   Do you see:
23       "All enforcement of
24       intellectual property interests of
25       any kind against Android, whether
Page 230

1 that without breaking privilege.
2       MS. ANDERSON:  Okay.  Well, on that basis,
3 to the extent that requiring you to respond to the
4 question would require you to reveal communications
5 with counsel, I'd instruct you not to answer on that
6 ground.  But if you have information that is
7 otherwise not privileged, you may respond to the
8 question with the understanding that I have objected
9 as beyond the scope.
10       THE WITNESS:  I can't think of any
11 non-privileged way in which I would know that, so I
12 can't answer on the basis of privilege.
13       MS. HURST:  This is just a fact.  It's
14 not -- a fact itself whether Google makes payments
15 is not privileged.  So -- and we're entitled to
16 discover the fact.  So if you don't answer it and we
17 don't get the answer today, then we're going to have
18 to go to court and we're going to have to come back
19 here another time and get the answer.
20       So it's up to you guys if you want to go
21 find some way to let the witness answer the
22 question, but it's really clear from the topic that
23 the information would be -- that I've just requested
24 would be required.
25       MS. ANDERSON:  Our objection still stands.
Page 232

1       directed to Google, mobile
2       carriers, OEMs or other members of
3       the Open Handset Alliance, and any
4       payment by you, mobile carriers,
5       OEMs, members of the Open Handset
6       Alliance or anyone else resulting
7       of any assertion of intellectual
8       property against Android."
9       Do you see that?
10   A   I do see that.
11   Q   All right.
12       Now, does Google make any payments in
13 respect of anybody else's intellectual property
14 interests asserted against Android?
15       MS. ANDERSON:  Objection; form and beyond
16 the scope.
17       THE WITNESS:  Does Google make any
18 payments -- if you could repeat that question.
19 BY MS. HURST:
20   Q   Does Google make any payments in respect
21 of anybody else's intellectual property interests
22 asserted against Android?
23       MS. ANDERSON:  Objection; form and beyond
24 the scope.
25       THE WITNESS:  I don't know how to answer
Page 231

1 It's beyond the scope of the topic as we have
2 objected to and agreed to it, and so if you can only
3 respond by revealing a privileged communication,
4 then you should refrain from disclosing privileged
5 communications.
6       MS. HURST:  We did not agree to any
7 limitations of this topic, and we certainly did not
8 agree to limit a topic that says "all enforcement of
9 intellectual property interests of any kind" to a
10 specific sort of intellectual property.
11       MS. ANDERSON:  Okay.  Well, regardless
12 of --
13       MS. HURST:  If you think we agreed to it,
14 please tell me right now in what written
15 communications sent from whom on what day said that.
16       MS. ANDERSON:  I'll be happy to get that
17 to you when we discuss this matter.  For now, I'm
18 telling you, this witness -- as I told you already,
19 this witness has been produced pursuant to
20 objections which we served upon you, and we also
21 understand we have an arrangement with somebody from
22 your office that "intellectual property" refers to
23 copyright and doesn't refer to patent or other forms
24 of intellectual property.  And you may discuss that
25 with your office members when you feel free to do
Page 233

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 that.
2        For now, the witness is here.  You may ask
3 him questions, but the privilege objection stands.
4        MS. HURST:  There is no privilege
5 objection to a fact.  Either the witness knows it in
6 a way he can answer it because he's here as a
7 30(b)(6) to testify on behalf of the company or
8 instruct him not to answer, and then I can go and
9 get an order to produce a witness that actually
10 knows something about the topic as it was
11 propounded.
12        MS. ANDERSON:  I suggest you move to your
13 next question, Counsel.
14        MS. HURST:  I'm not going to move -- I'm
15 not going to move to another question until I either
16 get an instruction not to answer or an answer.
17        MS. ANDERSON:  I already have instructed
18 the witness not to answer, Counsel.  I've done it
19 twice.  Would you like me to do it again?
20        MS. HURST:  You actually did not instruct
21 the witness not to answer.  But thank you for now
22 making it clear that that's what you intended.
23        MS. ANDERSON:  When I told the witness,
24 twice now, that to the extent responding to your
25 question would require you to reveal communications

Page 234

1 with counsel, I instruct you not to answer on that
2 basis of privilege.  Otherwise, you may answer.  The
3 witness informed you he doesn't have any other basis
4 to respond.
5        MS. HURST:  That's not an instructions
6 unless you then say, "I instruct you not to answer
7 the question."
8        And will you also stipulate, Ms. Anderson,
9 that he won't answer the question once so instructed
10 so I don't have to ask it again?
11        MS. ANDERSON:  No.  What I've told the
12 witness is if he has information aside from
13 information he only knows from a communication with
14 counsel, he may provide it to you.
15        MS. HURST:  So you're refusing to
16 stipulate?
17        MS. ANDERSON:  I don't even understand
18 what you just said.  In any event, if you would like
19 to continue discussing this, I'm happy to do it, but
20 I suggest you spend your time asking questions.
21        MS. HURST:  I've spent much time today
22 asking questions.  Unfortunately, the answers have
23 been thin on the ground.
24 BY MS. HURST:
25    Q   "Yes" or "no," don't reveal the content of

Page 235

1 any communication that you've had with counsel, just
2 "yes" or "no" or "I don't know," I suppose:  Does
3 Google pay any other company with respect to that
4 other company's intellectual property interest
5 asserted against Android?
6        MS. ANDERSON:  Beyond the scope.
7        THE WITNESS:  There is no way for me to
8 answer that without losing privilege.
9 BY MS. HURST:
10    Q   Are you refusing to answer the question?
11        MS. ANDERSON:  You may answer "yes" or
12 "no."
13        THE WITNESS:  Yes, based on what I've been
14 told.
15 BY MS. HURST:
16    Q   So are there agreements at Google
17 reflecting some agreement to pay a third party in
18 respect to their intellectual property assertion
19 against Android?
20        MS. ANDERSON:  Objection as beyond the
21 scope, and to the extent any information you might
22 know in response to this question you only know from
23 a communication with counsel, I instruct you not to
24 answer on grounds of privilege.  But otherwise, you
25 may answer.

Page 236

1        THE WITNESS:  If you could repeat the
2 question again.
3 BY MS. HURST:
4    Q   Are there any written agreements at Google
5 reflecting some agreement to pay a third party in
6 respect to their intellectual property assertion
7 against Android?
8        MS. ANDERSON:  Same objection.  Same
9 instruction.
10        THE WITNESS:  I don't know.
11 BY MS. HURST:
12    Q   Have you ever seen press reports
13 indicating that Google or handset makers have had to
14 pay third parties in respect to their assertion of
15 intellectual property interests regarding Android?
16        MS. ANDERSON:  Beyond the scope.
17        THE WITNESS:  Sure, I've read -- I've read
18 press reports about handset manufacturers, yes.
19 BY MS. HURST:
20    Q   You've read, for example, that handset
21 manufacturers pay Microsoft related to their use of
22 Android?
23        MS. ANDERSON:  Objection; beyond the
24 scope, also form.
25        THE WITNESS:  Actually, that's not the one

Page 237

60 (Pages 234 - 237)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 I was thinking about.
2 BY MS. HURST:
3     Q   Which one were you thinking about?
4         MS. ANDERSON:  Objection; beyond the scope
5 and as to form.
6         THE WITNESS:  I was thinking about the
7 article I read recently, for example, about Samsung
8 paying Apple.
9 BY MS. HURST:
10    Q   And it was your understanding that they
11 were paying them because of an assertion of
12 intellectual property interest against Android?
13        MS. ANDERSON:  Objection; beyond the scope
14 and as to form.
15        THE WITNESS:  Well, that's a good
16 question.  I don't know if the payments were
17 specifically about Android, but it was certainly
18 about their devices.  Now, I don't know how much of
19 whatever amount they're paying or allegedly paying
20 is because of the software versus their hardware.  I
21 have no idea.
22 BY MS. HURST:
23    Q   Have you ever heard or read that any of
24 your Android handset makers are paying Microsoft
25 because of some assertion of intellectual property

Page 238

1 extent a response to this question would require you
2 to reveal information you only learned from counsel,
3 I instruct you not to answer on grounds of
4 privilege.  But otherwise, you may answer.
5         THE WITNESS:  I can't answer on the
6 grounds of privilege.
7 BY MS. HURST:
8     Q   Do you have information responsive to the
9 question?  "Yes" or "no"?
10        MS. ANDERSON:  One moment.  All right.  As
11 long as we have an agreement that his responding to
12 the question "yes" or "no" is not a waiver of any
13 privilege.  I don't believe it is, but I want to
14 make sure we have a confirmation from Oracle's
15 counsel on the record.
16        MS. HURST:  I don't believe it is either.
17 I don't believe the answer to this question requires
18 him to divulge privileged communications.
19        MS. ANDERSON:  Okay.  So you may answer
20 just a "yes" or a "no."
21        THE WITNESS:  If you could repeat the
22 question one more time.
23 BY MS. HURST:
24    Q   Have you ever -- pardon me.
25        Has any manufacturer asked Google to

Page 240

1 interests by Microsoft related to Android?
2         MS. ANDERSON:  Objection; beyond the scope
3 and, again, objection on the grounds of privilege to
4 the extent you only know a response to this question
5 on the basis of a communication with counsel, and in
6 that case, it would be privileged.  But otherwise,
7 you may answer.
8         THE WITNESS:  I have read and I have heard
9 that some Android manufacturers are -- have been
10 asked to pay Microsoft, yes.
11 BY MS. HURST:
12    Q   And is that true?
13        MS. ANDERSON:  Objection; beyond the
14 scope.  Objection to form.
15        THE WITNESS:  I have no way to validate
16 whether a manufacturer is actually paying Microsoft
17 or not.  I don't see their bank accounts.
18 BY MS. HURST:
19    Q   Well, has any manufacturer asked Google to
20 reimburse it for any payments that it has had to
21 make to a third party in respect to that third
22 party's assertion of intellectual property
23 interests?
24        MS. ANDERSON:  Objection; beyond the scope
25 and also objection on the basis of privilege to the

Page 239

1 reimburse it for any payments that it had to make to
2 a third party in respect of that third party's
3 assertion of intellectual property interests?  Do
4 you have any information -- "yes" or "no" -- on that
5 subject?
6         MS. ANDERSON:  And subject to my statement
7 and objections, you may answer "yes" or "no."
8         THE WITNESS:  I believe so, yes.
9 BY MS. HURST:
10    Q   All right.
11        And who did that information come from?
12        MS. ANDERSON:  You may give a name.
13        THE WITNESS:  I think it was Susan Kim.
14 BY MS. HURST:
15    Q   And who is Susan Kim?
16        MS. ANDERSON:  You may identify her title,
17 if you're aware of it.
18        THE WITNESS:  I don't know her title, but
19 she's on the legal team.
20 BY MS. HURST:
21    Q   Who does she report to?
22    A   I don't actually know.
23    Q   When was the communication or
24 communications you had with her on this subject that
25 I identified?

Page 241

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      MS. ANDERSON: You may provide a date if
2 you --
3      THE WITNESS: Wow, I don't know the exact
4 date. Maybe a year ago, maybe a little bit less.
5 Let's call it 18 to six months ago.
6 BY MS. HURST:
7    Q   Was it a personal one-on-one communication
8 that you had with her?
9      MS. ANDERSON: Objection; form.
10      THE WITNESS: I don't think so.
11 BY MS. HURST:
12    Q   Was it a presentation that she made?
13      MS. ANDERSON: Objection; form.
14      THE WITNESS: I don't remember if there
15 was a presentation as in a -- like, a projected
16 document involved.
17 BY MS. HURST:
18    Q   What was the form in which Ms. Kim
19 transmitted the information to you?
20      MS. ANDERSON: Objection; form.
21      THE WITNESS: I think verbally. I don't
22 remember if there was any written materials, but I
23 think it was verbally in person.
24 BY MS. HURST:
25    Q   Okay.

Page 242

1      THE WITNESS: And your question was
2 whether I instructed anyone to do anything?
3 BY MS. HURST:
4    Q   Did you do anything -- just "yes" or "no."
5 Did you do anything or instruct anyone else to do
6 anything as a result of this communication with
7 Ms. Kim on the topic of third-party requests for
8 reimbursement?
9      MS. ANDERSON: Same objection. Same
10 instruction.
11      THE WITNESS: I don't -- I don't remember.
12 BY MS. HURST:
13    Q   Can you tell me anything about any
14 third-party's request for reimbursement from Google
15 related to the assertion of another of intellectual
16 property interests against Android?
17      MS. ANDERSON: Objection; beyond the scope
18 and object on the grounds of privilege.
19      Instruct the witness not to answer to the
20 extent responding would require you to reveal the
21 contents of communications with counsel. But
22 otherwise, you may answer.
23      THE WITNESS: I don't believe I can answer
24 this without divulging privileged information.
25 Any -- if any such requests were to come in, they

Page 244

1      Was anybody else present?
2    A   I'm not sure.
3    Q   Who initiated the communication?
4      MS. ANDERSON: Objection; form, and just
5 caution the witness, because this is discussion of a
6 privileged communication, to not disclose the
7 content of the communication, but you may identify
8 the person who initiated it.
9      THE WITNESS: I typically -- not
10 typically. I sync with the legal team from time to
11 time. Typically Susan initiations those. I can't
12 remember in this particular instance who initiated
13 it.
14 BY MS. HURST:
15    Q   Did you take any action or instruct anyone
16 else to take any action as a result of this
17 communication?
18      MS. ANDERSON: Let me think about that for
19 a moment.
20      I want to caution the witness on the
21 grounds of privilege. I'd instruct you not to
22 answer the question if responding to the question
23 actually causes you to reveal the communication with
24 counsel. But if you can respond without so doing,
25 you may -- you may do that.

Page 243

1 would have come in through our legal team, and
2 that's how I would have found out about it, which is
3 why I can't divulge without getting into privileged
4 information.
5 BY MS. HURST:
6    Q   Are you refusing to answer the question?
7      MS. ANDERSON: You may answer "yes" or
8 "no."
9      THE WITNESS: On the basis of privilege,
10 yes.
11 BY MS. HURST:
12    Q   Have you seen any writing from a
13 third-party requesting reimbursement from Google
14 related to the assertion by another of intellectual
15 property interests against Android?
16      MS. ANDERSON: Objection; beyond the
17 scope, and just caution the witness on the grounds
18 of privilege. But you may respond "yes" or "no" to
19 this question to be sure you don't reveal contents
20 of communications with counsel.
21      THE WITNESS: I don't remember.
22 BY MS. HURST:
23    Q   Have you seen any writing wherein Google
24 agrees to pay reimbursement to a third party related
25 to an assertion by another of intellectual property

Page 245

62 (Pages 242 - 245)

1 interests against Android?
2        MS. ANDERSON: Same objections. Same
3 instruction.
4        THE WITNESS: I don't remember.
5 BY MS. HURST:
6    Q   Have you seen any writing from a
7 third-party demanding that Google pay with respect
8 to an assertion by that party of intellectual
9 property interests against Android, other than in
10 connection with this lawsuit?
11        MS. ANDERSON: Objection; beyond the
12 scope. Objection; form.
13        THE WITNESS: I'm trying to understand if
14 this is the same question that you've asked me
15 before, or if it's a different question. To me, it
16 sounds like the same question, but I may be
17 misunderstanding you.
18 BY MS. HURST:
19    Q   Before I was asking you about requests for
20 reimbursement. Now I'm asking you about demands
21 directly to Google.
22    A   Demands directly from Google from --
23    Q   To Google from somebody else.
24    A   I see.
25    Q   That Google pay them.

Page 246

1 know the response, other than communication through
2 counsel, I would instruct you not to answer. But
3 otherwise, you may answer. It is also beyond the
4 scope.
5        THE WITNESS: Let me try it this way: I
6 don't think I've ever personally received an e-mail
7 asking for money due to intellectual property
8 issues. I think that's your question.
9 BY MS. HURST:
10    Q   Well, I'm not asking if you've personally
11 received one. I'm asking if you've seen a demand
12 that's come from outside of Google to Google
13 demanding that Google pay or otherwise respect
14 somebody's intellectual property interests.
15        MS. ANDERSON: Same objections and same
16 instruction.
17 BY MS. HURST:
18    Q   In respect of Android. Not just
19 generally.
20    A   Regarding Android?
21    Q   Yeah.
22    A   If I have seen anything like that, it
23 would have been privileged.
24    Q   Okay.
25        I'm not asking you about any communication

Page 248

1        I'm asking you: Have you seen a writing
2 from somebody else outside of Google demanding that
3 Google pay it in respect of an intellectual property
4 assertion against Android?
5        MS. ANDERSON: Objection; beyond the
6 scope. Objection; form.
7        THE WITNESS: I can't answer that without
8 divulging privileged information.
9 BY MS. HURST:
10    Q   Well, if the writing was from somebody
11 else, that's not privileged because it's outside of
12 Google.
13        Do you understand?
14        So I'm asking you if you've seen a writing
15 from somebody that's outside of Google demanding
16 payment from Google related to an assertion by that
17 party of intellectual property interests against
18 Android?
19        MS. ANDERSON: Okay. So caution the
20 witness, Oracle's counsel is not in a position to
21 advise you on privilege issues; they're not your
22 counsel.
23        I do instruct you that to the extent
24 responding to this question requires you inherently
25 to reveal a communication with counsel, you don't

Page 247

1 with the lawyer. I'm just asking about the writing
2 from a third party. "Yes" or "no," if you've seen
3 one.
4    A   Still trying to parse your question.
5 You're asking whether I've seen someone ask Google
6 for money related to Android and intellectual
7 property?
8    Q   Correct. Other than in this lawsuit.
9    A   Other than in this lawsuit.
10        THE WITNESS: And your instructions are to
11 not divulge the contents of it but to acknowledge
12 "yes" or "no" I've seen it?
13        MS. ANDERSON: Well, if you can only
14 answer this question because the only way you know
15 the answer is from a communication with counsel, I'd
16 instruct you not to answer on grounds of privilege.
17 But if you can answer the question and not reveal a
18 communication with counsel, you may answer.
19        MS. HURST: That's an incorrect assertion
20 of privilege. If there's a document that exists
21 that is itself unprivileged and the witness has seen
22 it, the fact that a lawyer gave it to him does not
23 make that document privileged and does not entitle
24 you to instruct him not to answer.
25        MS. ANDERSON: Well, the witness --

Page 249

63 (Pages 246 - 249)

1     MS. HURST:  If he reveals that he has seen
2  such a document, I'm not going to take the position
3  that that's a waiver of anything, because it's not.
4     MS. ANDERSON:  So let's -- you can ask me
5  a question about privilege in private.  So let's go
6  off the record so the witness can ask me.  I don't
7  know what the issue is, but we can hopefully resolve
8  it and move on.
9     MS. HURST:  Thank you.
10     THE VIDEOGRAPHER:  We are off the record
11  at 4:00 p.m.
12     (Whereupon, the witness and counsel
13     left the conference room and
14     returned.)
15     THE VIDEOGRAPHER:  We are back on the
16  record at 4:05 p.m.
17  BY MS. HURST:
18     Q   Do you have an answer for the question?
19     A   If you could ask me the question again.
20     Q   Other than with respect to this lawsuit,
21  have you seen a document where somebody was
22  asking -- asserting intellectual property interests
23  against Google in respect to Android?
24     MS. ANDERSON:  Same objection.  Same
25  instruction.

Page 250

1     THE WITNESS:  So I think I remember seeing
2  something from a company called Android or Android
3  Wear in the watch space.  I think they were based
4  out of Florida, and they -- I remember vaguely
5  recall seeing something about that.
6  BY MS. HURST:
7     Q   Did you -- did Google agree to pay them
8  any money?
9     MS. ANDERSON:  Caution the witness to the
10  extent responding to the question would require you
11  to reveal something you only know from a
12  communication of counsel, I instruct you not to
13  answer on grounds of privilege.  But otherwise, you
14  may answer.
15     THE WITNESS:  I can't answer on the
16  grounds of privilege.
17     MS. HURST:  I, again, disagree, either
18  with the propriety of that instruction or the
19  ability of this witness to come here and answer
20  basic questions about Topic 8.  Since it's obviously
21  a waste of time for me to keep asking them, I'm
22  going to stop now, but we're going to move to compel
23  on Topic 8 and probably on significant aspects of
24  Topic 2 as well.
25     My colleague is now going to commence on

Page 251

1  Topic 3.
2     EXAMINATION
3  BY MR. RAMSEY:
4     Q   All right, Mr. Lockheimer.  I'm Gabe
5  Ramsey, just for the record, also with Orrick for
6  Oracle.
7     So do you understand that today you're --
8  you're being designated by Google to talk about
9  Google Play Services on behalf of the company?
10     A   Yes, I do.
11     Q   Okay.
12     And do you understand that one of the
13  topics that you've been put forward to testify about
14  is, and I quote, "Google Play Services, including
15  the nature, purpose and operation of Google Play
16  Services"?
17     Does that sound right?
18     A   Sorry?
19     Q   Page 7.
20     A   Page 7.
21     Q   Page 7 of the deposition designation.
22     A   It's Number 3.  Is that right?
23     Q   Correct.
24     A   I'm just reading to myself.  Ignore me.
25  Yes.

Page 252

1     Q   All right.
2     So what is Google Play Services?
3     A   Google Play Services is somewhat actually
4  similar in concept to what we talked about earlier
5  about the Google mobile platform.  It's -- it's a
6  layer on top of Android, a set of APIs on top of
7  Android, which is a collection of various Google
8  products or functionalities or technologies.
9     Q   So when did --
10     When did Google Play Services come into
11  existence?
12     A   I'm trying to remember the timeline.  I
13  think it was 2011 or 2012, something like that.
14     Q   All right.
15     So when you say that Google Play Services
16  is a layer of functionality or technologies, what do
17  you mean?
18     A   It's a set of APIs and also features that
19  third- and first-party developers can take
20  advantage of to do something in their application.
21  So I'll give you an example.
22     One of the features that we provide
23  through Google Play Services is the ability for an
24  application to ask for a map to be drawn.  And now
25  there are many reasons why an application might

Page 253

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 want to draw a map.  There aren't that many
2 companies in the world that has the level of
3 detail of the map of the world as Google does, so
4 we provide that as functionality, so that let's
5 say your taxi hail -- hailing app can draw a map
6 so that it can show where the cab is, you know,
7 things like that.  That's all provided through
8 Google Play.  That's one of the ways in which that
9 functionality is provided through Google Play
10 Services.
11    Q    So when you said "map functionality,"
12 you're talking about the Google Play -- sorry, the
13 Google Maps application functionality or something
14 more general?
15    A    A subset of the Google Maps
16 functionality.  So there are two ways in which --
17 in the context of our conversation here, there are
18 two ways in which maps can be displayed.  Let's say
19 I'm going to use Uber as an example, but I don't
20 actually know if Uber is using Google Play
21 Services, but let's use them as an -- as an example
22 of a taxi app.  If you're -- if you're hailing a
23 cab and you want to see yourself on a map to verify
24 that you're calling a cab at the right location,
25 makes sense to show a map.  One way to do that is

Page 254

1 provides.  Google Play Services provides features
2 that are on top of Android that are specific and
3 unique to Google, whereas Android provides an
4 operating system where that's generic that isn't
5 tied to any specific company.
6        There are many things -- just as a
7 computer science operating system, platform
8 development perspective, there are many things
9 that just simply do not belong in the Google Play
10 Services layer.  They really belong at the
11 operating -- the base operating system layer.
12        These are things like the concept of an
13 application, to begin with.  What is an
14 application?  How does an app developer even start
15 the execution of their code?  How do they provide
16 an icon for their application?  How do they give
17 their application a name?  What happens when a
18 user taps on their icon, or what happens when a
19 user switches to another application and their
20 application is moved to the background, or how do
21 they draw anything on the screen?  How do they
22 post notifications, and so on and so forth.
23 There's a long list of functionality that is sort
24 intrinsic in what an operating system is, and I
25 would argue that that functionality is -- they

Page 256

1 to take you away from the Uber application and
2 launch the Google Maps application or any other
3 application.  But that would be pretty clumsy; as a
4 user experience, that would be pretty weird because
5 now you've lost your place in the application and
6 the user can get confused.
7        So what Google Play Services provides is
8 a way for -- in this hypothetical example, Uber to
9 show a map directly in its own application.  That
10 map happens to be coming from the same place that
11 the map for Google Maps would come from, but it's
12 a way for an application developer to do it in
13 their own app without losing the user to a
14 different app.
15    Q    Isn't it true that over time Google has
16 moved functionality from other parts of Android into
17 the Google Play Services part of Android?
18    A    I wouldn't -- I would not agree with that
19 statement.
20    Q    What don't you agree with in that
21 statement?
22    A    There are many -- the Android operating
23 system is -- is pretty big in terms of its API
24 and -- and functional sort of feature set.  It's a
25 pretty broad set of APIs and features that it

Page 255

1 are more APIs, for instance, than there are in
2 Google Play Services, and it's not like certain
3 things can be moved from one to the other.  It
4 just -- from a computer science perspective, that
5 just wouldn't make sense.
6    Q    Well, so isn't it true that in 2008,
7 Google released Android under a license called
8 Apache; is that correct?
9        MS. ANDERSON:  Objection; form.
10        THE WITNESS:  There was -- the SDK launch
11 was in 2007 and the first device of Android was,
12 yes, 2008.
13 BY MR. RAMSEY:
14    Q    Are you aware of something called the
15 Android Open Source Project?
16        MS. ANDERSON:  Objection; form, beyond the
17 scope.
18        THE WITNESS:  I have -- I am familiar with
19 Android Open Source, yes.
20 BY MR. RAMSEY:
21    Q    And the Android Open Source Project was --
22 was released in 2008; is that true?
23        MS. ANDERSON:  Beyond the scope.
24        THE WITNESS:  I think that's right.  It
25 makes sense that it would be released in 2008 with

Page 257

65 (Pages 254 - 257)

1 the first device. I can't remember if there's
2 anything we did with regard to AOSP, or Android Open
3 Source Project, in 2007, but certainly by 2008, it
4 had been released, yes.
5 BY MR. RAMSEY:
6     Q    Okay.
7         So as part of the Android Open Source
8 Project in 2008, isn't it true that Android's
9 Calendar API code was also released as part of
10 Android Open Source Project?
11        MS. ANDERSON: Beyond the scope.
12        THE WITNESS: I don't know.
13 BY MR. RAMSEY:
14    Q    So let me ask you this about Google Play
15 Services: Is Google Play Services a collection of
16 APIs or something different?
17        MS. ANDERSON: Objection; form.
18        THE WITNESS: It's -- it's a collection, it's a
19 collection of APIs and functionality that isn't
20 necessarily APIs. So it's -- it's more than a
21 collection of APIs.
22 BY MR. RAMSEY:
23    Q    What type of functionality beyond APIs is
24 in Google Play Services?
25    A    Let me think of an example. Typically

Page 258

1 these are functionalities that aren't best
2 expressed as an application because if it was best
3 expressed as an application, it would just be an
4 application. These are functionalities like -- oh,
5 security related. We have a functionality that if
6 the user opts in, we'll scan their device on a
7 regular basis to make sure there's no malware or,
8 you know, viruses, things like that. That
9 functionality is built into and deployed through
10 Google Play Services, not necessarily an API for
11 third parties to take advantage of. It's just a
12 sort of functionality that -- that is delivered
13 that way.
14    Q    Does Google release the code for Google
15 Play -- for Google Play Services openly for anybody
16 to do what they want with?
17    A    No. Google Play Services, much like most
18 of Google's proprietary applications, are not open
19 sourced.
20    Q    So they're Android-related APIs within
21 Google Play Services that are proprietary?
22        MS. ANDERSON: Objection; form.
23        THE WITNESS: I wouldn't say they're
24 Android related. These are APIs that work on top of
25 Android, but they are not Android operating

Page 259

1 system-related APIs. Those APIs are open sourced as
2 part of Android.
3 BY MR. RAMSEY:
4     Q    But in order to create an application for
5 the Android operating system, a developer may use
6 the APIs embodied within Google Play Services?
7         MS. ANDERSON: Objection; form.
8         THE WITNESS: I think the operative word
9 there is "may." They don't have to. It's not
10 mandatory that they do. They can choose to if they
11 want, let's say, to use our services, Google
12 services, to draw a map, but they could certainly go
13 to someone else's SDK and get a map from someone
14 else as well. So it's purely sort of based on
15 developer choice.
16 BY MR. RAMSEY:
17    Q    Why does Google choose to keep its Google
18 Play Services' APIs secret?
19        MS. ANDERSON: Objection; form.
20        THE WITNESS: Well, the APIs themselves
21 are not secret by definition, because the APIs need
22 to be made available to developers so that they can
23 develop against it. So the APIs are not secret.
24 BY MR. RAMSEY:
25    Q    So why does Google elect to keep its

Page 260

1 Google Play Services' APIs proprietary?
2         MS. ANDERSON: Objection; form.
3         THE WITNESS: Again, the APIs themselves
4 are not secret or proprietary. These are
5 well-documented APIs.
6 BY MR. RAMSEY:
7     Q    If I'm a company wanting to -- to change
8 the Google Play Services' APIs, would Google just
9 allow me to come without any license and do that?
10        MS. ANDERSON: Objection; form.
11        THE WITNESS: They wouldn't be able to
12 because they don't have source code to the
13 implementation of Google Play Services.
14 BY MR. RAMSEY:
15    Q    So why doesn't Google just provide any
16 company that comes and asks for it the Google Play
17 Services' source code including the APIs?
18        MS. ANDERSON: One minute. Objection to
19 form and a little bit beyond the scope for this
20 witness on Topic 3 given the limitation of the part
21 of it that he's designated on, but you may answer of
22 your personal knowledge.
23        THE WITNESS: I didn't say the APIs
24 were -- were proprietary, but I think your question
25 indicated that I said that.

Page 261

66 (Pages 258 - 261)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      What I -- what I will say is, there's a
2  distinction between Android, the generic operating
3  system, which is fully open sourced.  Again, Android
4  doesn't know anything about any particular company.
5  It doesn't know about Google, it doesn't know about
6  Oracle, it doesn't know about Yahoo, Microsoft,
7  anyone.  It's a generic operating system.
8      But there are many services that customers
9  expect these days, like mapping, that does require
10  some company to be hosting this information.  So,
11  for example, Google Maps, there's an application
12  called Google Maps, but there's also a server back
13  end that is powering the Google Maps experience.
14  None of that is open sourced on any platform, and so
15  Google Play Services, because it is similar in
16  concept to that type of operation where it's a
17  specific thing about Google that relies on Google
18  back ends, we've made the decision as a company to
19  keep that implementation private so that we can
20  update it and change it in certain ways to make it
21  more efficient or -- or add more functionalities.
22      But the -- but we make the APIs publicly
23  available so that developers may benefit from that
24  functionality without being burdened with the
25  knowledge of how we've done it.
                                            Page 262

1  similar sort of concept in terms of layering.
2  BY MR. RAMSEY:
3      Q   So in 2008, why was Google's Calendar code
4  released as part of the Android Open Source Project
5  and later removed from that Android Open Source
6  Project?
7      MS. ANDERSON:  Objection; form, beyond the
8  scope.
9      THE WITNESS:  I don't know if that's
10  actually what happened.  But if I were to take your
11  word for it that that's what happened, I would say
12  it's because there was a realization that -- that
13  certain things that are not -- that are specific to
14  Google may have gone into the generic operating
15  system portion, violating the layering that I
16  mentioned, and maybe that was correct.
17      Again, I don't know the specific of this,
18  so I'm speculating for you, but that would be a
19  computer science answer.
20  BY MR. RAMSEY:
21      Q   So it's true that the Google Calendar
22  functionality has been moved to Google Play Services
23  from the Android Open Source Project, right?
24      MS. ANDERSON:  Objection; form.
25      THE WITNESS:  I did not say that.  I said
                                            Page 264

1  BY MR. RAMSEY:
2      Q   Why aren't the APIs within Google Play
3  Services contained lower in the stack in Android?
4      MS. ANDERSON:  Objection; form.
5      THE WITNESS:  Again, this comes back to, I
6  think, operating system sort of computer science
7  principles.  Typically when you're developing
8  software in general but especially operating
9  systems, you pay close attention to how you're
10  layering various functionalities.
11      At a core operating system level, things
12  like the notion of an application, what happens when
13  you launch an application and so on, what I
14  mentioned a few minutes ago, those are core
15  operating system concepts.
16      But when it comes to specific apps and
17  services that are tied to Google, again, those
18  are -- those are very specific to Google and they
19  are built on top of the operating system.  So
20  they're higher up in the stack, and so it makes
21  sense from a computer science perspective to
22  separate these things out.
23      Just like an application isn't built into
24  the OS.  An application is, by definition, a thing
25  that's on top of the operating system.  It's a
                                            Page 263

1  hypothetically if I were to take your word for it,
2  but I don't actually know if that happened.
3  BY MR. RAMSEY:
4      Q   So did you do any investigation as to the
5  nature, purpose and operation of Google Play
6  Services before today?
7      MS. ANDERSON:  Objection; form.
8      THE WITNESS:  Well, I'm very familiar with
9  Google Play Services.  I was actually one of the
10  people that came up with the concept and idea of it.
11  I have a patent on it, in fact, so I'm very familiar
12  with it over my career at Google, so I would -- I
13  would say that was -- that's how I prepared for it.
14  BY MR. RAMSEY:
15      Q   So do you think that intellectual property
16  relating to this -- this development platform known
17  as Android is important?  Is that important to
18  Google?
19      MS. ANDERSON:  Objection; form, beyond the
20  scope.
21      THE WITNESS:  Say that again.  Sorry.
22  BY MR. RAMSEY:
23      Q   Would you say that intellectual property
24  relating to the development platform known as
25  Android is important to Google?
                                            Page 265

67 (Pages 262 - 265)

1      MS. ANDERSON:  Objection; form, beyond the
2  scope.
3      THE WITNESS:  Intellectual property
4  related to the development of Android is important
5  to Google.  Well, I don't know how to answer that.
6  I mean, of course, following all laws and -- and
7  sort of doing the right thing is important for
8  Google in general, and so, for instance, there was a
9  conversation earlier today about the GPL, and I
10  mentioned we have processes in place to make sure we
11  follow the GPL and so on, so we take -- we take
12  concerns like that very seriously, yes.
13  BY MR. RAMSEY:
14      Q   So my question was actually -- you
15  agree -- you mentioned you have a patent that
16  relates to Google Play Services, correct?
17      A   I did mention that, yes.
18      Q   And Google Services is related to the
19  Android platform in some way, correct?
20      MS. ANDERSON:  Objection; form.
21      THE WITNESS:  Incorrect.  Google Play
22  Services is separate from the Android platform.
23  BY MR. RAMSEY:
24      Q   All right.
25      So can you use Google Play Services

Page 266

1  three, four years ago so I don't remember all the
2  details, but I do believe mapping, the APIs that I
3  discussed earlier about Maps, was one of them.  I'm
4  sure there were others, but I don't -- I don't
5  remember the exhaustive list.
6      Q   So what year, again, was Google Play
7  Services first released?
8      A   I think it was 2011 or 2012, something
9  around then.
10      Q   So when Google Play Services was first
11  released, was there any search functionality enabled
12  or contained within Google Play Services?
13      A   I'm not sure.  I don't think so, but I'm
14  not 100 percent sure.
15      Q   Is there any search functionality enabled
16  or contained within Google Play Services today?
17      A   Yes, I believe so.
18      Q   So why -- why has there been a change to
19  include the enablement or inclusion of search
20  functionality in Google Play Services today?
21      A   Well, the search functionality that I'm
22  thinking of that's built into Google Play Services,
23  that I think is built into Google Play Services
24  today, is something that's known as icing, just
25  like icing on the cake.  It is a way for

Page 268

1  independently of the Android platform?
2      MS. ANDERSON:  Objection; form.
3      THE WITNESS:  I don't think so.
4  BY MR. RAMSEY:
5      Q   Okay.
6      So the only function of Google Play
7  Services is in connection with the Android platform?
8      A   It is a service or functionalities built
9  on top of the Android platform.  But that's kind of
10  like saying, you know, the Facebook app for Android
11  is part of Android because it's built on top of
12  Android.  I don't think anyone would agree with
13  that statement.
14      And very similarly, the Google Play
15  Services is something on top of the Android
16  platform.  Doesn't mean that it's part of the
17  Android platform.
18      Q   So what functionalities were contained in
19  the Google Play Services code when it was the first
20  released?
21      MS. ANDERSON:  Objection; form.
22      THE WITNESS:  What functionality?
23  BY MR. RAMSEY:
24      Q   Correct.
25      A   I don't remember.  It was, you know,

Page 267

1  applications to have some algorithm that's built
2  into Google Play Services do a local search --
3  local indexing on the device for you.  So it's not
4  really Google Search on the Web.  It's more
5  searching for contents on your device.  So an
6  example I could give is if you are building, let's
7  say, an e-mail application and you want to provide
8  a way for your users to look for their e-mails on
9  their device, even if they're not connected to the
10  network, icing is -- is a sort of functionality
11  that could provide them that functionality.
12      Q   There have been public reports that
13  there's a number of functionalities that were
14  initially included in the Android Open Source
15  Project that have since been removed and added to
16  Google Play Services' proprietary code.
17      Are you aware of those?
18      MS. ANDERSON:  Objection; form, beyond the
19  scope.
20      THE WITNESS:  I've seen some articles on
21  Google Play Services that I've mentioned a number of
22  things.  I can't specifically remember an article,
23  but I feel like I've read some things like that.
24  BY MR. RAMSEY:
25      Q   So why over time is Google removing code

Page 269

68 (Pages 266 - 269)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 from Android Open Source Project and moving that
2 functionality into Google Play Services?
3         MS. ANDERSON:  Same objections.
4         THE WITNESS:  Yeah.  So I think, again,
5 that there's an assumption built into your statement
6 that I don't necessarily agree with.  Where it makes
7 sense per the description I gave earlier, you know,
8 for an operating system, there are things that make
9 sense for an operating system.  There are certain
10 things that don't make sense for an operating
11 system.  Those things that are Google specific
12 belong in Google Play Services.  If it's application
13 specific, it belongs in the application.
14        So an example I would give is, you know,
15 functionality that lets you "Like" something
16 probably belongs in the Facebook app because that's
17 Facebook's concept.  Doesn't belong in operating
18 system, certainly doesn't belong in Google Play
19 Services because that's Facebook's.  And so it makes
20 sense for that to live in the Facebook app.
21        Similarly, functionality that requires or
22 depends on Google servers, like mapping, makes sense
23 in Google Play Services and not the base operating
24 system, because the base operating system doesn't
25 know anything about any specific company or any

1 servers or anything like that.  So that's -- that's
2 just the basic sort of mental model that we use when
3 we design APIs and functionalities, where we put it where
4 it makes sense from a computer science perspective.
5        The other thing I would point out is while
6 we've added more and more functionality into Google
7 Play Services to make the developer experience more
8 efficient, we've also been adding a lot of APIs to
9 Android as well.  So, for instance, when the Android
10 platform L -- I think it was L -- that launched,
11 Lollipop, we talked about how we've added 3,000 new
12 APIs to Android itself.  So just as we've been
13 adding functionality into Google Play Services,
14 we've also been adding functionality directly into
15 Android as well.
16 BY MR. RAMSEY:
17    Q   Give me some examples of the 3,000 APIs
18 that you just asserted have been added to Android.
19    A   Yeah.
20        MS. ANDERSON:  Objection; beyond the
21 scope.
22        THE WITNESS:  Sure.  Happy to do that.
23 There's also a long keynote session on this that --
24 there's a recording of this on the Internet as well.
25 We made a big deal about it a year and a half ago at

1 Google I/O.
2        Some examples include material design.  We
3 came up with a new user interface, user design
4 guideline and paradigm.  There are a lot of APIs
5 associated with material design.  I don't remember
6 if this was in L or M, M for marshmallow, but we
7 recently added new APIs that enables application
8 developers to, when -- when a word is selected on
9 the screen, to pop up a little menu right next to
10 the word so that they could quickly -- users could
11 quickly take action.  So on and so on.  The list
12 goes on and on.
13 BY MR. RAMSEY:
14    Q   So is it true that you, Google, have
15 included APIs within Android that would not be
16 understood in the Java programming environment?
17        MS. ANDERSON:  Objection; form, beyond the
18 scope.
19        THE WITNESS:  I'm trying to understand
20 your question.  APIs that would not --
21 BY MR. RAMSEY:
22    Q   Let me rephrase my question.
23        You've just stated that a number of new
24 APIs that Google has added to Android, correct?
25    A   Correct.

1    Q   And those APIs, you agree, are not in the
2 Java programming platform; those are -- those are
3 new and different?
4        MS. ANDERSON:  Objection; beyond the
5 scope.
6        THE WITNESS:  Well, I'm talking about the
7 Android platform right now.  Not talking about any
8 other platform.
9 BY MR. RAMSEY:
10    Q   Okay.
11        So simple question:  Just are the new APIs
12 that you've just asserted have been added to Android
13 also present, to your knowledge, in the Java
14 platform?
15        MS. ANDERSON:  Beyond the scope.
16        THE WITNESS:  Not that I'm aware of.
17 BY MR. RAMSEY:
18    Q   So do you understand something about Java
19 programming?  Do you have a general familiarity?
20    A   Very, very general.
21    Q   Okay.
22        Have you ever written a program in the
23 Java platform?
24    A   Like a "Hello World" type of thing 15
25 years ago or something like that.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q   Okay.
2      So let's say you were writing a Java
3 program, your "Hello World" that needed to use the
4 materials API and you were writing that code.
5      Can you make that assumption?
6      MS. ANDERSON: Beyond the scope.
7      THE WITNESS: Yeah, that doesn't compute.
8 If you're using material design, you're most likely
9 going to be doing it with the Android platform.
10 BY MR. RAMSEY:
11    Q   Okay.
12      So this material API, it's your
13 understanding that it would not be understood if --
14 if -- over by the Java platform; is that right?
15      MS. ANDERSON: Objection; form, beyond the
16 scope.
17      THE WITNESS: I feel like we're comparing
18 apples and oranges. I'm talking about Android,
19 you're talking about something that isn't Android.
20 They're not related.
21 BY MR. RAMSEY:
22    Q   So somebody who used some of the new
23 Android APIs that you've mentioned would not be able
24 to take that program and make it work over on Java
25 platform; is that right?

1    A   I think I do.
2    Q   Okay.
3      Search, Calendar, Cloud Messaging, Chrome,
4 Context, Keyboards, Music, Gallery, Wallet.
5      Do you understand that list of
6 functionalities that I've just mentioned in Android?
7      MS. ANDERSON: Objection; form.
8      THE WITNESS: Do I understand it as in in
9 isolation do I know what Chrome is? Yes, I know
10 what Chrome is. I forget the other ones. Keyboard,
11 I think I know it. It's pretty vague, though. You
12 know, keyboard could refer to a multiple -- multiple
13 number of things. So I'm not sure what exactly it
14 means. Some are kind of vague, but generally.
15      Maybe you can ask more specific questions
16 and then we can go from there.
17 BY MR. RAMSEY:
18    Q   Well, the list I've just mentioned,
19 Search, Calendar, Cloud Messaging, Chrome, Contacts,
20 Keyboards Music Gallery and wallet, were all code
21 that was initially released as part of the Android
22 Open Source Project, correct?
23      MS. ANDERSON: Objection; form, beyond the
24 scope.
25      THE WITNESS: I don't -- actually, I don't

1      MS. ANDERSON: Objection; beyond the
2 scope, form.
3      THE WITNESS: If the Java platform isn't
4 Android, then, no. I'm talking about Android APIs
5 at the moment.
6 BY MR. RAMSEY:
7    Q   And these -- these large number of new
8 APIs that you've -- you've just mentioned in
9 Android, is Google willing to give those to Oracle
10 to use?
11      MS. ANDERSON: Objection; form and scope.
12      THE WITNESS: Well, we've -- we've open
13 sourced the implementations of all of those APIs as
14 part of the Android Open Source Project. So it's
15 anyone can use it.
16 BY MR. RAMSEY:
17    Q   Okay.
18      And so -- I want to go back to Google Play
19 Services for a moment.
20      So are you --
21      I'm going to read to you a list of
22 functionalities, and I'd like your opinion whether
23 these functionalities were -- were -- were first
24 code released in the Android Open Source Project.
25      Do you understand?

1 agree with that.
2 BY MR. RAMSEY:
3    Q   Okay.
4      So are the functionalities I just
5 mentioned code that Google holds proprietary in its
6 Android environment?
7      MS. ANDERSON: Objection; form, beyond the
8 scope.
9      THE WITNESS: So, for instance, Chrome, I
10 don't think was initially open source, but then has
11 since been open source. So it's actually the
12 opposite of what you're saying. If I remember
13 correctly, it went in the opposite direction of what
14 you're asserting, which is that it was initially
15 private, but then it became public.
16      That's for Chrome, the browser. Keyboard,
17 I think I understand where you're headed here now.
18 I don't agree with it, but I understand where you're
19 headed, which is there was an open source
20 implementation of the keyboard. There still
21 probably is an open source implementation of the
22 keyboard. We've since created a Google Keyboard
23 which has special functionality that is specific to
24 Google, and that's, you know, similar to the
25 conversation we had about Google Play Services.

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 This is a Google product so it's proprietary, but
2 there still is an open source keyboard
3 implementation that's available for everyone to --
4 to take and to modify and -- and play with as well.
5 BY MR. RAMSEY:
6    Q   Is the Google proprietary keyboard
7 functionality contained within Google Play Services?
8       MS. ANDERSON:  Objection; form.
9       THE WITNESS:  I believe they are
10 independent of each other.
11 BY MR. RAMSEY:
12    Q   Is the prior open source keyboard
13 implementation that was part of Android Open Source
14 Project maintained continually by -- by Google or
15 not?
16       MS. ANDERSON:  Beyond the scope, form.
17       THE WITNESS:  Specifically on the
18 keyboard, I'm not sure.  But generally, we try to
19 make sure that there is a -- at least an
20 implementation of these -- these capabilities in
21 open source, even if we've created new versions that
22 are specific to Google because it's just good
23 engineering practice to do that.  And what I mean by
24 that is when you're developing an operating system
25 and when you're developing APIs, it's important that

Page 278

1 you're able to test out these APIs.  And in order to
2 test out these APIs, sometimes it's easiest for the
3 people who are developing the APIs to build a
4 corresponding application to test out their work.
5       And so it's good practice for us to have
6 open source equivalents of these to just make sure
7 that we're able to validate the APIs on an ongoing
8 basis.
9 BY MR. RAMSEY:
10    Q   Why does Google keep its Keyboard
11 implementation proprietary?
12       MS. ANDERSON:  Objection; form, beyond the
13 scope.
14       THE WITNESS:  The Keyboard -- again, there
15 are multiple implementations of Keyboard.  There
16 certainly was an open source version of the
17 Keyboard, which was, you know -- it would draw a
18 keyboard on the screen -- we're talking about touch
19 screen-based devices, right, so it draws a keyboard
20 on the screen, it has, you know, the letters of the
21 alphabet there, and when a user presses a certain
22 letter, the letter appears on screen.  That -- that
23 functionality obviously in its -- sort of at its
24 core, doesn't require anything about Google.  It's
25 just an operating system level, sort of an

Page 279

1 application-level thing.
2       But there are many things that we can do
3 to help users type more efficiently if we combine
4 knowledge that Google has about the world.  Here's
5 an example:  Pronouns.  So when you're typing on a
6 keyboard, of course, we could do it just like a
7 typewriter where you type one character at a time,
8 and the keyboard just dutifully, you know, copies
9 what you type into text entry field, but one of the
10 innovations that have happened in the world -- I'm
11 not saying Android or Google is taking credit for
12 this, but one of the things that has happened is
13 sort of text prediction.  So you type maybe T-H, and
14 now the keyboard is suggesting "the" for you or
15 "there" for you because it assumes those -- these
16 are the words that you're going to type.
17       Well that, again, by itself, you don't
18 really need Google's help there.  You could have a
19 big dictionary, a list of words on the device that
20 the keyboard can consult, then look up and say "Oh,
21 this is probably the word that the person is trying
22 to type."
23       But what about pronouns, what about
24 people's names or names of places or names of events
25 or recent -- recent things that have happened?

Page 280

1 These -- it's not practical to have all this in the
2 dictionary on the device at all times.
3       But Google certainly knows about these
4 things because Google is crawling the Web all the
5 time and it knows about things that are happening in
6 the world.  So these are reasons why we believe
7 Google is able to make users' lives -- sort of
8 enrich users' lives or simplify their -- their
9 tasks.  By adding little bit of smarts here and
10 there, we can really help users.  And -- and that
11 API at Google to get the list of sort of common
12 trending words is a proprietary API.  I'm just using
13 that as an example.
14 BY MR. RAMSEY:
15    Q   So you've just given me a long example.
16 You've described to me how you believe that Google
17 has created code with respect to the Keyboard
18 functionality in the Android that is -- that is, you
19 believe, to be valuable; is that true?
20    A   Right.  We believe that we are adding
21 value by -- in the example that I gave by helping
22 users predict or make it easier for users to type.
23 The example I gave was pronouns; that may be not in
24 the dictionary on the device but that -- that
25 Google on the Web may know about.

Page 281

71 (Pages 278 - 281)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q    And that code with respect to the Keyboard
2 functionality in Android is something that Google
3 holds proprietary?
4    A    That portion of the Keyboard where it
5 talks to the Google servers to get the latest list
6 of pronouns, for instance, certainly is a Google
7 proprietary technology, yes.
8    Q    Why doesn't Google give away, for example,
9 the Keyboard functionality code that we've just
10 mentioned that it believes is so valuable for users?
11        MS. ANDERSON:  Beyond the scope.
12        THE WITNESS:  When you say "we've
13 mentioned," you're talking about the example I gave?
14 BY MR. RAMSEY:
15    Q    Correct.
16    A    Well, that's a business decision on
17 Google's part, right?  I mean, I guess you could
18 ask the same thing about everything.  You could
19 say, "Well, why doesn't Google open source its
20 search engine"?
21    Q    Why doesn't Google open source its search
22 engine within the context of Android?
23    A    Good question.
24        MS. ANDERSON:  Beyond the scope.
25        THE WITNESS:  Good question, but it's a

Page 282

1 business decision and, you know, I think we've done
2 the open source community a huge -- given them a
3 huge boost by open sourcing Android.  This is, I
4 think, one of the biggest open source projects in
5 the world.  You know, it -- it, you know, deployed
6 in -- in, you know, however many devices we've
7 already talked about.  It's a very big deal for the
8 open source community, so I feel pretty -- pretty
9 comfortable in -- in sort of how we've been working
10 with the open source community.
11 BY MR. RAMSEY:
12    Q    Yet there's still code that relates to
13 Android that is -- that Google does not open source.
14 It's always a business decision, I think is what you
15 said, right, what to open source and what not to?
16        MS. ANDERSON:  Objection; beyond the
17 scope.
18        THE WITNESS:  Again, you used the word
19 "relate to Android."  I slightly object to that
20 phrasing.  I'll use the Facebook example again,
21 right?  Facebook hasn't necessarily, as far as I
22 know, open sourced their Facebook app.  It runs on
23 Android.  Does that relate to Android?  I don't
24 know.  I mean, it's a Facebook app, right?  So
25 similarly, Google has applications that run on

Page 283

1 Android.  That is a Google service, not really an
2 Android thing.
3    Q    Do you have any knowledge whether Google
4 Play Services utilizes the Java APIs that are at
5 issue in this -- this lawsuit?
6        MS. ANDERSON:  Objection; form, beyond the
7 scope.
8        THE WITNESS:  I do not know.
9 BY MR. RAMSEY:
10    Q    Do you have any idea whether the Java APIs
11 that are at issue in this lawsuit are reproduced
12 within the Google Play Services code base?
13        MS. ANDERSON:  Same objections.
14        THE WITNESS:  I don't know.
15 BY MR. RAMSEY:
16    Q    Do you know what a class library is?  Have
17 you heard that term?
18    A    I've heard of that term.  I don't know
19 what it is.
20    Q    Okay.
21        Did you do any investigation to prepare
22 today to determine whether Google Play Services uses
23 or relies on the Java APIs that are alleged to have
24 been taken by Google?
25        MS. ANDERSON:  Same objections.

Page 284

1        THE WITNESS:  I have not looked at Java
2 APIs in relation to Google Play Services, no.  I'm
3 very familiar with Google Play Services as a concept
4 and as we've talked about.
5 BY MR. RAMSEY:
6    Q    Are you -- are you familiar with the code
7 of Google Play Services?
8    A    No.
9    Q    All right.
10        So who on your team is familiar with the
11 code of Google Play Services?
12    A    Oh, there are many people.  Google Play
13 Services is a pretty big project now.  So there are
14 many people who are familiar with bits and piece of
15 it.  I would say there's no single person who knows
16 it in its entirety.
17    Q    You said that you were one of the people
18 who came up with the concept for Google Play
19 Services, I believe; is that right?
20    A    Something like that.  I did say something
21 like that, yes.
22    Q    When you were creating Google Play
23 Services, did you take any steps to make sure that
24 the Java APIs asserted in this case were not used
25 without authorization?

Page 285

72 (Pages 282 - 285)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    MS. ANDERSON:  Objection; form.
2    THE WITNESS:  No, I didn't -- I didn't --
3 I was not thinking about the Java APIs when I was
4 thinking about Google Play Services.
5 BY MR. RAMSEY:
6    Q   Do you have any understanding of why the
7 Java APIs that are asserted in this case are used
8 within the Android platform?
9    MS. ANDERSON:  Objection; form and beyond
10 the scope.
11    THE WITNESS:  Can you repeat that
12 question?
13 BY MR. RAMSEY:
14    Q   Do you have any understanding of why the
15 Java APIs asserted in this case are used within the
16 Android platform?
17    MS. ANDERSON:  Objection; form and beyond
18 the scope.
19    THE WITNESS:  Why the Java APIs asserted
20 in this case are used in the Android platform.  Do I
21 have an understanding of that?  No.
22 BY MR. RAMSEY:
23    Q   Is it true that --
24    Isn't it true that you were one of the
25 people who initially helped develop the Android

Page 286

1 think about Google Play Services?
2    A   I started thinking about -- personally --
3 now I'm talking about me personally now, started
4 thinking about Google Play Services as I
5 realized -- this was, as I pointed out, Google --
6 sorry, Android launched -- the first Android device
7 launched in 2008, October 2008.  And Google Play
8 Services, as I mentioned earlier, I think, launched
9 in 2011 or 2012, something like that.  So a number
10 of years had passed since the launch of Android.
11    One of the realizations over those few
12 years that I had was that a lot of developers were
13 looking for not only basic operating system-type
14 APIs, that I've discussed at length, but also
15 additional functionality, like mapping, that
16 really the only way we could think of providing
17 was through something like Google Play Services
18 because it just didn't make sense for us to build
19 that type of functionality, like mapping, into the
20 base operating system, for all the reasons I
21 mentioned earlier.
22    Q   Does the existence of Google Play Services
23 help Google combat fragmentation of Android?
24    MS. ANDERSON:  Objection; form.
25    THE WITNESS:  Which form of fragmentation

Page 288

1 platform back in 2006 and thereafter?
2    MS. ANDERSON:  Beyond the scope.
3    THE WITNESS:  If anyone in Mountain View
4 heard you ask that question, they would be laughing
5 right now.  I haven't written a line of code since
6 I've been at -- since I've been at Google.
7 BY MR. RAMSEY:
8    Q   All right.
9    You were involved, at the very least, in
10 facilitating the development of Android back in
11 2006, correct?
12    MS. ANDERSON:  Objection; form, beyond the
13 scope.
14    THE WITNESS:  Facilitating, I guess, in
15 the sense that I was part of the team; more on the
16 management side.  We talked about my career
17 progression earlier, joining as a technical program
18 manager and getting promoted subsequently, yes.
19 BY MR. RAMSEY:
20    Q   At that time, did -- in 2006 was there any
21 discussion of Google Play Services?
22    MS. ANDERSON:  Beyond the scope.
23    THE WITNESS:  In 2006, no.
24 BY MR. RAMSEY:
25    Q   What was the genesis of why you started to

Page 287

1 are you referring to now?
2 BY MR. RAMSEY:
3    Q   So, for example, different OEMs who have
4 different -- slightly different implementations of
5 Android on their phones.
6    MS. ANDERSON:  Objection; form.
7    THE WITNESS:  Not really.  That certainly
8 wasn't the goal, but -- even if it was the goal,
9 which it wasn't, but even if it were the goal, it --
10 it doesn't help.  That's not -- that's not what it's
11 meant to do.
12 BY MR. RAMSEY:
13    Q   Is there any form of fragmentation along
14 any dimension that Google Play Services helped to
15 combat?
16    A   There is one -- one area where Google
17 Play Services does help, which is that, again,
18 being a layer on top of the base operating system
19 that is Android, it's also deployed differently
20 than Android, the OS, so the Android operating
21 system is open source, it's shared with
22 manufacturers.  Manufacturers take the source code
23 for Android, and they make their modifications and
24 they build the device and going through CDD and
25 CTS, as we talked about earlier.

Page 289

73 (Pages 286 - 289)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    That means the manufacturers are largely
2 in control of the software of that device, the
3 Android software of that device.  So they're
4 responsible for launching it, they're responsible
5 for maintaining it and updating it and so on.  The
6 nice thing about Google Play Services is at least
7 for the portions of functionality and APIs that
8 are included in Google Play Services, we are able
9 to update it, update them independent of the
10 operating system.
11    So the example I gave earlier about
12 security, you know, how there's functionality
13 built into Google Play Services that help with
14 detecting malware on your device.  If we ever
15 develop new technologies -- and we do this all the
16 time -- that help us get better at detecting
17 malware, we're able to update that functionality
18 irrespective of the base operating system or what
19 the manufacturer does.  So in that sense, you
20 know -- I guess version fragmentation, you're
21 asking what form of fragmentation.  Version
22 fragmentation is one -- one sort of slight sliver
23 of it, Google Play Services does help.
24    Q   So when Google releases a new version of
25 Android, why don't all the OEMs update to the newest

Page 290

1 nutshell one of the reasons why they don't update.
2    I'll just add another reason, which is any
3 time you try to update software on phones, of
4 course, you want to make sure that you're improving
5 the software and not causing regressions in
6 functionality, and so manufacturers and also
7 operators spend a lot of time testing the software,
8 and that test cycle overhead is also another reason
9 why many manufacturers and operators don't want to
10 update devices.  So it's a delicate balance.
11    On the other hand, you know, a lot of
12 customers do want the latest, so they get a lot of
13 consumer demand for it, so it's a balancing act for
14 a lot of these manufacturers.
15 BY MR. RAMSEY:
16    Q   So Google Play Services helps Google deal
17 with version fragmentation among different devices
18 running Android; is that true?
19    A   A tiny sliver of it.  And what I mean by
20 "tiny sliver" is Google Play Services, as I've
21 explained earlier, is not the operating system.
22 It's on top of the operating system.  So it's not
23 like through Google Play Services we can update the
24 actual operating system.  So the operating system
25 is the operating system.  It can't be updated

Page 292

1 version of the Android operating system on their
2 devices?
3    MS. ANDERSON:  Beyond the scope.
4    THE WITNESS:  We would certainly love them
5 to.  They -- they don't because they are not --
6 that's not sort of the business that they've
7 historically been in.  You know, when you look at
8 device manufacturers historically, before
9 smartphones, you know, if you bought a smartphone
10 or -- sorry -- a feature phone back in the '90s, for
11 example, you bought the phone and that was it.  You
12 weren't going to get new software for the phone.  It
13 was just kind of you bought it, and that's what it
14 was until you got a new phone.
15    And that's the business model that these
16 manufacturers have been in.  The notion of devices
17 updating themselves and improving over time, while I
18 think that everyone would agree is a great notion,
19 certainly I do, for these manufacturers, it's tough
20 because they're not staffed that way.  Their
21 costs -- you know, it costs money for them to update
22 devices that they've already sold.  And so from
23 their perspective, they look at this as cost adder
24 that many of them don't want to incur, which is kind
25 of the sad situation.  So that's basically in a

Page 291

1 unless the manufacturer does something about it.
2 But at least the portion that's included -- the
3 portions that are included in Google Play Services,
4 we can update.
5    Q   So when manufacturers of phones take
6 Android source code and make it their own, make
7 changes to it, do they contribute that back to the
8 open source community under any license, or do they
9 keep that as their competitive edge against other
10 phone makers?
11    MS. ANDERSON:  Objection; form, beyond the
12 scope.
13    THE WITNESS:  It's case-by-case.  Some
14 manufacturers like to contribute things back more
15 than others.  It's really a business and technical
16 decision on their part.
17 BY MR. RAMSEY:
18    Q   Does Samsung contribute their changes to
19 Android?  For example, do they post it on the Web
20 someplace for anybody to use and tinker with?
21    MS. ANDERSON:  Same objections.
22    THE WITNESS:  Two things:  When
23 manufacturers contribute their code, they usually
24 contribute it to the Android Open Source Project, so
25 it's not just on some random website.  It's, you

Page 293

74 (Pages 290 - 293)

1 know, by -- by definition, when they contribute it,
2 it becomes sort of a part of the Open Source Project
3 going forward.
4      Samsung has certainly done that in the
5 past, but it doesn't mean they've done it for all
6 their technology.
7 BY MR. RAMSEY:
8   Q   Are you aware of specific instances where
9 any phone manufacturer held back some proprietary
10 changes to their versions of Android?
11      MS. ANDERSON:  Same objections.
12      THE WITNESS:  Sure.
13 BY MR. RAMSEY:
14   Q   Can you give me just a couple of examples
15 to help me understand what that means?
16      MS. ANDERSON:  Same objection.
17      THE WITNESS:  Yeah.  An example is
18 TouchWiz.  TouchWiz is the name that Samsung gives
19 to their user interface on their phone, so when you
20 buy a Galaxy S6 or any Samsung phone, it looks
21 pretty different from other Android devices that the
22 user interface does.  They've intentionally made the
23 user interface unique to Samsung.  They've added new
24 functionality that's unique to Samsung.  They're
25 trying to differentiate.  They call that TouchWiz.

Page 294

1      (Reporter clarification.)
2      THE WITNESS:  Phablet, P-H-A-B-L-E-T.  The
3 Samsung Note series of phablets comes with a stylus,
4 a little pen, that you can use to draw on the -- on
5 the phablet.
6      The Android operating system to date
7 doesn't have a notion of stylus or pen input.  So
8 Samsung have created APIs to enable not only their
9 own apps but third-party apps to do something unique
10 with the pen.
11      That's an example.  I don't know if
12 Samsung would call that a TouchWiz API, but I just
13 don't know what they call it, but I think
14 directionally that's kind of what you're asking
15 about.
16 BY MR. RAMSEY:
17   Q   Okay.
18      So APIs such -- regardless of what they're
19 called that are developed, built into the Android
20 platform by the OEMs, the phone makers, do you
21 believe it's their intent not to allow other phone
22 makers to use those -- those developments for their
23 own purposes?  So, for example, do you believe that
24 Samsung would allow its proprietary Android APIs to
25 be used by HTC?

Page 296

1 They don't open source TouchWhiz because by
2 definition, that is what they're trying to
3 differentiate with.
4 BY MR. RAMSEY:
5   Q   So does some OEM modification to Android,
6 such as Samsung's TouchWiz, come with its own APIs,
7 at least in some instances?
8      MS. ANDERSON:  Beyond the scope.
9 Objection; form.
10      THE WITNESS:  I want to be careful with
11 how I phrase this.  I don't know if Samsung would
12 call their APIs TouchWiz APIs, but there are
13 certainly APIs that Samsung adds on top of Android
14 that are unique to Samsung.
15 BY MR. RAMSEY:
16   Q   Do they hold, at least some of those,
17 proprietary, to your knowledge?
18      MS. ANDERSON:  Same objections.
19      THE WITNESS:  When you say "proprietary,"
20 again, you know, by definition, an API, if you want
21 developers to use it, you have to publicize the API
22 or else there's no point.
23      So the API that I'm thinking about is
24 stylus, pen input.  Note series, Samsung Note series
25 of phablets --

Page 295

1      MS. ANDERSON:  Objection; form, beyond the
2 scope.
3      THE WITNESS:  I think it's case-by-case.
4 We've had cases actually where a manufacturer wants
5 to make APIs that they pioneered, wants to make
6 it -- if you will, upstream it to Android and make
7 it sort of a Android level -- Android-wide standard
8 because the benefit to them is they get a head
9 start.  They develop these APIs, and they're very
10 familiar with it.  Their device is already supported
11 so they get a head start relative to everyone else.
12      But at the same time, the benefit to them
13 is they get broader application developer support
14 for these APIs.  Again, if you're an application
15 developer, you may look at an API and say, "Oh, this
16 only works on 50 percent of the devices out there."
17 You wouldn't be as interested in supporting them.
18 BY MR. RAMSEY:
19   Q   So is it fair to say that the OEMs making
20 Android-based phones may make a business decision to
21 keep back some of their proprietary APIs or not?
22      MS. ANDERSON:  Objection; form, beyond the
23 scope.
24      THE WITNESS:  It is up to them whether
25 they want to create APIs that are publicly available

Page 297

75 (Pages 294 - 297)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 or private to their company.  It's totally up to
2 them.
3 BY MR. RAMSEY:
4    Q   Okay.
5        Does Google insist that OEMs who make
6 changes to Android in their phones, their versions
7 of Android, give that back to Google, or does Google
8 respect their business decisions?
9        MS. ANDERSON:  Same objections.
10       THE WITNESS:  We absolutely respect their
11 business decisions, and, you know, we're happy to
12 engage in conversations and give our advice.
13 Sometimes our advice -- you know, it's a
14 case-by-case thing.  We might advise them to keep it
15 or we might advise them to open it up, and it's
16 really a case-by-case thing.  In all scenarios, we
17 respect their decision.
18 BY MR. RAMSEY:
19    Q   If an OEM phone maker made the
20 determination that it wanted to withhold certain
21 development APIs in Android as proprietary, would
22 Google respect that choice?
23       MS. ANDERSON:  Objection; form, beyond the
24 scope.
25       THE WITNESS:  I'm failing to think of a

Page 298

1 specific case, but if, hypothetically speaking, we
2 may not be happy, but we'll certainly respect it.
3 BY MR. RAMSEY:
4    Q   So what other functionalities over time
5 have been added between -- to Google Play Services
6 between its release and present that you can think
7 of?
8    A   What other functionality has been added?
9    Q   Uh-huh.
10   A   I think at some point in the history of
11 Google Play Services we added the capability for
12 application developers, similar to the mapping
13 example, now show YouTube videos in their apps.
14   Q   So was that functionality enabling showing
15 of YouTube app -- YouTube videos in an app
16 originally part of the Android Open Source Project?
17   A   No.  I mean, the YouTube app has always
18 been a separate app.  So it was never -- to my
19 knowledge, it was never something that was part of
20 the Android Open Source Project.
21   Q   Okay.
22       Are you aware of some functionality in
23 Google Play Services known as Wallet?
24   A   I know such a thing exists.  The detail,
25 I'm a little hazy on.

Page 299

1    Q   What do you know about the Wallet
2 functionality in Google Play Services?
3    A   I think what I know is that there is a
4 functionality of it where an application developer
5 can in their app use the Wallet service to -- to
6 enable people, end users, to buy things.
7        So an example might be you're a flower
8 shop and you're a florist, and you have developed
9 an application for your store.  Someone has
10 downloaded your app, and now you want to
11 deliver -- have your flowers delivered.  You can
12 use this button that is powered by Google Wallet
13 that enables people to buy things, buy, you know,
14 flowers basically, in this example, from you.  So
15 physical goods as opposed to digital sort of
16 online goods.
17   Q   Is it your understanding that the Wallet
18 functionality you just described was originally
19 released as part of the Android Open Source Project
20 in 2009?
21   A   Say that again.
22   Q   Is it your understanding that the Wallet
23 functionality that you just described was originally
24 released as part of the Android Open Source Project
25 in 2009?

Page 300

1    A   It is not my understanding, no.
2    Q   All right.
3        Do you have any understanding about any
4 code that was released as part of the Android Open
5 Source Project that was later deprecated and instead
6 that functionality was moved into Google Play
7 Services?
8        MS. ANDERSON:  Objection; form.
9        THE WITNESS:  Any examples of that?
10 BY MR. RAMSEY:
11   Q   Yes.
12   A   I know it's happened.  I'm trying to
13 think of specific examples.  I can't think of
14 specific examples right now, but I do know that
15 it's happened.  And the reason why I know that is
16 because we review each of those cases, which is
17 pretty rare, each of those cases very carefully to
18 make sure that the reason why we're doing this is
19 sort of based on very sound sort of computer
20 science techniques and sound sort of business
21 decisions that make sense so that we're not taking
22 anything away from Android that should belong in
23 the Android operating system.
24   Q   Is it true that Google Play Services gives
25 Google more control over the Android platform, in

Page 301

76 (Pages 298 - 301)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 general?
2      MS. ANDERSON: Objection; form.
3      THE WITNESS: I don't know if I would
4 necessarily agree with that characterization because
5 it's really up to the application developer to
6 decide whether they want to use Google Play
7 Services. No one is forcing Google Play Services on
8 anyone.
9      So to the extent that we are able to
10 provide functionality that developers want, I think
11 that's a win-win. We're helping developers be more
12 efficient and create innovations of their own using
13 our functionality, and -- and it's good for us too
14 because it means we get more usage of our
15 functionality. But I see that almost sort of
16 orthogonal to Android. I mean, this is all sort of
17 the baseline is Android, and whether you use Google
18 services on top is really up to you.
19 BY MR. RAMSEY:
20    Q   So you keep saying that -- that Android
21 is -- is free and open. You did use those words or
22 something similar, don't you agree?
23    A   I don't know if I've used exactly those
24 words, but Android is certainly free and it is
25 certainly open source.

Page 302

1 scope, form.
2      THE WITNESS: Feels self-referential, but
3 Android is Apache. So by definition, yes, there was
4 an effort to make -- didn't -- it didn't become
5 Apache by accident, I don't think.
6 BY MR. RAMSEY:
7    Q   So are you --
8      Do you believe that everything that is --
9 all the code that is contained within the Android
10 platform, Google has the right to release under the
11 Apache license?
12      MS. ANDERSON: Beyond the scope, form.
13      THE WITNESS: I believe that we have the
14 appropriate mechanisms, processes and controls in
15 place to make sure that the code base is reviewed
16 appropriately and the right licenses are used. For
17 instance, Linux kernel is GPL.
18 BY MR. RAMSEY:
19    Q   And you're a very senior executive with
20 respect to Android; is that true?
21    A   Certainly getting old, yes.
22    Q   Okay.
23      And so in your role as a senior executive
24 relating to Android, if you found that Android
25 contained material that was not appropriate to be

Page 304

1    Q   Are you aware of any effort to make sure
2 that Google has the right to release everything
3 within Android under an Apache open source license?
4      MS. ANDERSON: Objection; form and beyond
5 the scope.
6      THE WITNESS: Within an Apache open source
7 license. A lot of Android is already released under
8 Apache open source, as your colleague pointed out.
9 It's not like we can change the Linux kernel's
10 license from GPL to Apache, so that's not -- I don't
11 think that's something we're contemplating at all.
12 So I guess I'm failing to understand your question.
13 BY MR. RAMSEY:
14    Q   Well, so are you aware of any effort to
15 make sure that Google had the right to release what
16 it did purport to release under the Apache license
17 under that particular license?
18      MS. ANDERSON: Objection; beyond the
19 scope, form.
20      THE WITNESS: Sorry, any effort at Google
21 to make sure Android, which is Apache, can be
22 released under Apache?
23 BY MR. RAMSEY:
24    Q   Correct.
25      MS. ANDERSON: Objection; beyond the

Page 303

1 licensed under Apache, do you believe that Google
2 would do the right thing and remove it?
3      MS. ANDERSON: Beyond the scope, form.
4      THE WITNESS: I've been at Google nine and
5 a half, almost 10 years now, and one of the things
6 that I really like about Google is that as a
7 company, we always try to do the right thing. So if
8 there was ever a case where we believed we were
9 doing the wrong thing, I'm sure we would do our best
10 to rectify it.
11 BY MR. RAMSEY:
12    Q   But, I mean, if there were code that were
13 not -- within Android that were not allowed to be
14 licensed under the Apache license specifically, do
15 you believe that as a senior executive relating to
16 Android, that it would be the right thing to simply
17 remove it?
18      MS. ANDERSON: Objection; form, beyond the
19 scope.
20      THE WITNESS: To simply remove it. I
21 don't know what the right remedy would be. Your
22 question was removing it entirely. I don't know if
23 that would be the right remedy or not. I think it's
24 a case-by-case thing. Hard for me to say sort of in
25 abstract in general terms.

Page 305

77 (Pages 302 - 305)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      MS. ANDERSON:  Whenever it's good for you,
2  Counsel, I think we have about hour six.  Is that
3  right?  I think the witness has been going for a
4  couple of hours.
5      MR. RAMSEY:  You want to take a break?  As
6  you requested earlier, let's keep it quick just so
7  that we get our time in.
8      MS. ANDERSON:  Are we at about six hours?
9      THE VIDEOGRAPHER:  Six hours and three
10  minutes on the record.
11      MS. ANDERSON:  Thank you.
12      THE VIDEOGRAPHER:  We are off the record
13  at 5:04 p.m.
14      (Recess taken.)
15      THE VIDEOGRAPHER:  We are back on the
16  record at 5:10 p.m.
17  BY MR. RAMSEY:
18      Q   We spoke a while ago about a Keyboard
19  implementation that was in the Android Open Source
20  Project; that there was subsequently a new version
21  of the Keyboard application created in Google Play
22  Services, right?
23      Do you remember that?
24      A   I remember the conversation, yes.
25      Q   Okay.

Page 306

1  to end users, as we discussed, has more
2  functionality, but also it's updatable, right,
3  because it's just like an application that comes
4  from Google Play.  Whenever the Google Keyboard team
5  comes up with new innovations or bug fixes, they can
6  make it available on Google Play, and devices will
7  update with a new keyboard, whereas the one that was
8  built in before that was part of open source really
9  depends on the manufacturer to update, and -- and as
10  we discussed, that -- that is something that happens
11  very slowly.
12  BY MR. RAMSEY:
13      Q   So there have been reports that Google is
14  moving functionality out of other parts of Android
15  into Google Play Services; is that true?
16      A   I think you asked me this question
17  before.  I'm only clarifying to make sure I'm
18  understanding your question correctly.  Is this the
19  same question you asked me before?
20      Q   Yeah.  I think so.
21      A   Okay.  So the answer is still the same.
22  I don't generally agree with the assertion that
23  we're moving more things out of open source into
24  Google Play Services.  As I mentioned earlier, we
25  continue to add new functionalities and new APIs to

Page 308

1      So with respect to the new version of the
2  Keyboard functionality that's enabled through Google
3  Play Services, will it run -- is it backward
4  compatible?  Will it run on every prior version of
5  Android or not?
6      A   No, sorry, just one clarification.  One
7  clarification.  The Keyboard, the Google Keyboard,
8  is not really tied to Google Play Services.  It's
9  just a keyboard that Google provides through Google
10  Play, Google Play being -- in this context, when I
11  say "Google Play," I mean the app store.  So people
12  can go to the Google Play app store and download
13  the Google Keyboard.  Doesn't mean that it's built
14  into Google Play Services, which is a separate
15  thing from the app store.
16      Q   All right.
17      So -- well, same question.  Is it true
18  that there used to be an open source version of the
19  Google Keyboard that was maintained and that was now
20  moved to a proprietary application?
21      MS. ANDERSON:  Objection; form.
22      THE WITNESS:  Right.  The -- I don't know
23  if the open source implementation is no longer
24  maintained.  What I do know is that there is now a
25  Google Keyboard.  The benefit of the Google Keyboard

Page 307

1  both, to the open source Android but also to Google
2  Play Services as well.
3      And whenever we make API decisions in
4  terms of where the API should go, we do it based
5  on sound computer science sort of methodologies to
6  decide, you know, what layer of the technology
7  stack do these APIs belong in and put it in the
8  right place.
9      Q   So list for me the -- the key APIs
10  embodied within Google Play Services and not
11  elsewhere.
12      A   I don't know if these are key APIs, but
13  I'll give you examples of APIs.  The two examples
14  that I've given so far include Maps; MapView, I
15  think, is technically what it's called, in Google
16  Play Services.  It's an API that enables
17  application developers to draw maps within their
18  own apps without taking the user outside of their
19  app.
20      Another example that I gave earlier is
21  YouTube View; I think that's what it's called,
22  similar to the MapView example.  YouTube View
23  enables applications to render YouTube videos
24  within their app without the user having to leave
25  their app and go into the YouTube app.

Page 309

78 (Pages 306 - 309)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1  Q   Any other functionalities, other than
2  MapView and YouTube View within Google Play
3  Services?
4  A   Well, those are two examples of -- of
5  APIs.  An example of functionality, since that's --
6  that's what you just asked about, examples of
7  functionality, one example is security services.  I
8  believe we call it SafetyNet -- I believe that's
9  the public name for it -- which is a way for code
10 that's running in Google Play Services to, with the
11 user's consent, scan their device every so often to
12 make sure there's no malware or viruses on the
13 device.
14     Q   Was the MapView API ever a part of the
15 Android platform elsewhere?
16     A   I don't believe so, no.
17     Q   Was the YouTube View API ever a part of
18 the Android platform, outside of Google Play
19 Services?
20     A   I don't believe so, no.
21     Q   How about the security functionality
22 within Google Play Services; was that ever part of
23 the Android platform, outside of Google Play
24 Services?
25     A   Similar to -- I don't believe so, no.

Page 310

1  and -- and sort of have very thought-through, cogent
2  sort of reasons for doing so if we need to do that.
3  And, again, it goes back to sort of the computer
4  science principles around having the appropriate
5  layering and putting generic operating system
6  functionality into AOSP, the Android Open Source
7  Project, and putting Google's specific functionality
8  into Google Play Services much like Facebook builds
9  their app and has their functionality in their app,
10 and it's not in Android open source.
11 BY MR. RAMSEY:
12     Q   What do you mean by "Google specific
13 functionality in Google Play Services"?
14     A   What I mean by "Google specific
15 functionality," it's a good -- good point.  What I
16 mean by that is functionality that is powered by
17 Google servers.  So, for instance, MapView, you
18 know, the map information comes from a server
19 that's hosted by Google as opposed to something
20 that belongs in the operating system like how to
21 draw a button, you know; that has nothing to do
22 with Google or Google servers, so that's why that's
23 in the base operating system.
24     Q   So how do you make decisions about what
25 stays within the Android operating system in -- in

Page 312

1  It's a similar concept to MapView and YouTube View
2  where these functionalities depend on servers
3  powered by Google.  The security system also
4  depends on -- heavily depends on servers and
5  infrastructure powered by Google, so that's why
6  it's in Google Play Services and not the Android
7  open source platform.
8      Q   Have you been involved in any
9  conversations internally at Google about moving
10 functionality from other parts of Android into
11 Google Play Services?
12     MS. ANDERSON:  Objection; form.
13     THE WITNESS:  Have I been involved in
14 conversations at Google where the topic of moving
15 functionality from one place to another has been
16 discussed?
17 BY MR. RAMSEY:
18     Q   In particular, from Android, the Android
19 stack -- other places in the Android stack to Google
20 Play Services.
21     MS. ANDERSON:  Beyond the scope.
22     THE WITNESS:  I think I have been.  It's
23 been so long that I don't remember the details of
24 it.  But I know it's been a topic -- it's something
25 that we consider very carefully and think through

Page 311

1  layers of the stack, other than Google Play Services
2  as opposed to what functionality gets put within
3  Google Play Services?
4      MS. ANDERSON:  Objection; form, beyond the
5  scope.
6      THE WITNESS:  Just try to make sure I
7  understand.  You're -- you're asking how do we -- if
8  it doesn't belong in Google Play Services, how do we
9  determine where to put it?
10 BY MR. RAMSEY:
11     Q   I'm trying to determine how does Google
12 decide what portions of functionality remains in
13 stacks of the Android platform, other than Google
14 Play Services, and how does Google determine what
15 pieces of functionality should, in fact, go within
16 Google Play Services?
17     MS. ANDERSON:  Same objections.
18     THE WITNESS:  Well, there aren't that many
19 options.  I'm thinking through what are the options
20 that -- that we have when we decide where a
21 functionality goes.  So let me try to enumerate the
22 options.
23     One option is it's an operating system
24 thing and it goes in Android.  Another option is
25 it's an API or sort of a functionality that is -- is

Page 313

79 (Pages 310 - 313)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 sort of a service for the device similar to the
2 security example I gave that is somehow related to
3 Google servers. So that would be Google Play
4 Services.
5         The third option is it's just an
6 application. You know, that's what we've done with
7 YouTube or Maps or Google Translate. Maps are
8 applications that people can download and load onto
9 their devices or Gmail. Those are on the device --
10 I think those are basically it. Those are the three
11 possibilities of where we could decide to put
12 functionality.
13        Now, there's obviously another
14 consideration, which is, well, is this
15 functionality, for instance, better served on the
16 Web? In which case we would put it on a server
17 somewhere and make it accessible through a Web
18 browser.
19        It could also be a Web-based API that we
20 make available. So there's a number of service-side
21 options as well, but I think that's an enumeration
22 of options that we have to work with.
23        And so to answer your question on a
24 case-by-case basis, we look at the technology or the
25 functionality or the API in question and make a

Page 314

1         Was the e-mail application that the OEMs
2 created integrated within the Android operating
3 system?
4    A   No. These are applications, so they're
5 not integrated in the OS. They're applications
6 just like the Facebook application that is not
7 integrated OS.
8    Q   All right.
9         I'm talking about functionality that is
10 part of the Android operating system stack.
11        Have OEMs ever expressed opinions about
12 what functionality should be within that stack as
13 opposed to other places, such as Google Play
14 Services?
15        MS. ANDERSON: Beyond the scope.
16        THE WITNESS: Not that I'm aware of.
17 BY MR. RAMSEY:
18    Q   Are you aware of any conversations at
19 Google about removing functionality from the Android
20 stack and putting it elsewhere, in general?
21        MS. ANDERSON: Same objections.
22        THE WITNESS: I'm trying -- again, I'm
23 trying to differentiate this question from a
24 previous one that you've asked me. Are you asking
25 me the same question? I'm happy to answer it again.

Page 316

1 determination where is the best place to put it.
2 BY MR. RAMSEY:
3    Q   Have any of the OEMs that you deal with
4 ever expressed views about functionality remaining
5 within the Android stack as opposed to something
6 like Google Play Services?
7        MS. ANDERSON: Objection; beyond the
8 scope.
9        THE WITNESS: Remaining in the Android OS
10 as opposed to something like Google Play Services,
11 not to my knowledge.
12        The interesting observation, at least
13 interesting to me observation, is many OEMs end up
14 implementing their own stuff anyway. So, for
15 instance, I'll give two opposing examples.
16        Many OEMs -- even though we had a open
17 sourced e-mail application, many OEMs ended up
18 implementing their own e-mail app anyway because
19 they wanted to differentiate, and they felt like
20 e-mail was an important way to differentiate their
21 devices, so they did their own implementation. So
22 they didn't really care about what we were
23 providing.
24 BY MR. RAMSEY:
25    Q   Let me just stop you there.

Page 315

1 BY MR. RAMSEY:
2    Q   No. I think it's a different question.
3        So I just want to know, are you aware, in
4 general, of any conversations at Google about
5 removing functionality from the Android stack and
6 putting it elsewhere?
7    A   I think -- I think it's the same question
8 you asked me a few questions ago where my answer
9 was, I'm sure conversations like that have
10 happened. I don't remember a specific one at the
11 moment, but every time those conversations
12 happened, it's -- you know, we take into
13 consideration what is the technically appropriate
14 thing to do to make sure that we're following sort
15 of sound computer science principles.
16    Q   You mentioned that there are a number of
17 different APIs that Google continued to add to
18 Android.
19        Do you recall that?
20    A   Is this when I was talking about the
21 3,000 new APIs in L?
22    Q   Correct.
23    A   I do remember that.
24    Q   All right.
25        In general, are you aware that Google

Page 317

80 (Pages 314 - 317)

1 continues to add material to Android as opposed to
2 remove it from Android?
3        MS. ANDERSON: Beyond the scope.
4        THE WITNESS: When you say "material" now,
5 I'm just trying to disambiguate. You're not
6 speaking about material design. You're talking
7 about material as in things?
8 BY MR. RAMSEY:
9    Q    Let me reask it.
10       In general, are you aware that Google
11 continues to add code and functionality to the
12 Android stack as opposed to remove code and material
13 from the Android stack?
14       MS. ANDERSON: Objection; form, beyond the
15 scope.
16       THE WITNESS: There are -- there are cases
17 where we do -- what's the word I'm looking for?
18 There's a specific -- "deprecate," where we do
19 deprecate certain APIs; that is a form of removal or
20 at least making it so that new developers can't use
21 these APIs anymore. Sometimes that does happen.
22 But sort of net-net, you know. If you were to
23 compare how many new APIs were added versus how many
24 were -- were deprecated -- I'm making this number
25 up, but approximately, it's probably a thousand to

Page 318

1 one or something like that. You know, many more
2 APIs are added than they are deprecated.
3        And when we do deprecate APIs, it's
4 usually for a very technical reason; maybe the API
5 just wasn't working the way we intended it to.
6 Maybe it was causing bad battery life on devices
7 because the API was structured in a way that caused
8 developers to do certain things that would chew
9 through your battery, and so we said, "This is not
10 good for the customer," so, you know, we would work
11 with our developer relations team to reach out to
12 developers and explain the situation and all of
13 that. So it's always a carefully considered option.
14 BY MR. RAMSEY:
15    Q    So is it fair to say that the presence or
16 absence of APIs in Android changes over time and
17 across versions?
18       MS. ANDERSON: Objection; form, beyond the
19 scope.
20       THE WITNESS: Yeah. The API set -- I just
21 want to make sure I'm painting an accurate picture.
22 Fundamentally -- and it's not like every release of
23 Android requires an app developer to completely
24 rewrite their application. That would certainly be
25 very inefficient for app developers, it would be bad

Page 319

1 for customers, it would be bad for the ecosystem.
2 BY MR. RAMSEY:
3    Q    Why would it be bad for app developers to
4 have to rewrite their applications for every new
5 release of Android?
6        MS. ANDERSON: Same objections.
7        THE WITNESS: Sorry, you didn't even let
8 me finish my question [sic], so now I've lost my
9 train of thought. Which question did you want me to
10 answer?
11 BY MR. RAMSEY:
12    Q    Well, I just want to know why you just
13 mentioned that you thought it would be a bad thing
14 if application developers had to change their
15 application of every release of Android. Why would
16 that be bad?
17       MS. ANDERSON: Beyond the scope.
18       THE WITNESS: Well, as a general theme,
19 you know, it's kind of like doing the same work over
20 again. Why would anyone want to do that, right?
21 Like, if -- if -- if -- there's no point shoveling
22 snow if it's still snowing out there; you're going
23 to have to shovel it again. That -- that -- maybe
24 that's not the best analogy, but as an app
25 developer, you have limited resources, you have

Page 320

1 limited time. You're competing with a lot of app
2 developers, and you want to make sure that the
3 engineering effort you're putting in is -- is used
4 wisely.
5        And if Android requires you to rewrite
6 your application from scratch every time, that would
7 be very inefficient for an app developer, and they
8 wouldn't be making any progress. New innovations
9 wouldn't be happening because they'd be focusing on
10 rewriting their app over and over again.
11       So from that perspective, ensuring some
12 semblance of -- of cohesion, consistency across
13 versions, and consistency is very important,
14 stability is very important, API stability is very
15 important.
16       So I don't have an exact statistic for
17 you, but I would say the vast majority of APIs in
18 Android remain unchanged over various versions of
19 Android. But over time we certainly add APIs, which
20 doesn't obviously require you to rewrite your app
21 because the fact that there are new APIs that you're
22 not using doesn't cause your old APIs to not work
23 anymore; just means you're not taking advantage of
24 the latest and greatest functionalities. But that's
25 generally how it works.

Page 321

81 (Pages 318 - 321)

1    Now, deprecating APIs certainly gets a
2 little bit tricky, and that's why it's a very
3 carefully considered, last resort-type of option.
4 BY MR. RAMSEY:
5    Q   When Google makes changes to the Android
6 APIs, does it coordinate with Oracle, to your
7 understanding, or not?
8        MS. ANDERSON: Objection; form, beyond the
9 scope.
10       THE WITNESS: I don't know.
11 BY MR. RAMSEY:
12    Q   But you have no awareness affirmatively
13 that Google is reaching out to Oracle to make sure
14 that Oracle is coordinated with Google about changes
15 to Android APIs?
16       MS. ANDERSON: Objection; form, beyond the
17 scope.
18       THE WITNESS: I am not aware of any effort
19 of communications between Oracle and Google, aside
20 from lawsuits.
21 BY MR. RAMSEY:
22    Q   Okay.
23       Are you aware of any APIs that were
24 formerly part of the Android stack that have been
25 moved to Google Play Services from the rest of the

Page 322

1 but doesn't mean that it hasn't happened.  Doesn't
2 mean anything in particular, because I'm -- I'm not
3 coding, myself, anymore.
4 BY MR. RAMSEY:
5    Q   Who would best know the answer to that
6 question of whether APIs were moved from the rest of
7 the Android stack into Google Play Services?
8        MS. ANDERSON: Objection; form, beyond the
9 scope.
10       THE WITNESS: I think the specifics would
11 depend on who the owner of the API was, if such a
12 thing happened.  I don't know if it's happened, so
13 it's hard for me to tell you who to point you to.
14       I will tell you, though, that, in general,
15 as I've mentioned before, this is not something we
16 are striving to do.
17       Our goal is to have a very stable API set,
18 and the only time when APIs are moved is when we
19 believe it makes sense from separating out sort of
20 Google-specific functionality from sort the generic
21 operating system that is Android.
22 BY MR. RAMSEY:
23    Q   I think you testified earlier that Google
24 Play Services is part of Google's anti-fragmentation
25 strategy?

Page 324

1 Android stack?
2    A   Sorry, ask me that again.
3    Q   Are you aware of any APIs that were
4 formerly part of the Android stack that have been
5 moved to Google Play Services from the rest of the
6 Android stack?
7        MS. ANDERSON: Objection; form.
8        THE WITNESS: I just want to clarify.  I
9 want to make sure I'm answering the right question
10 for you.  I think you've answered -- asked this
11 question of me before.  It's the same question,
12 right?
13 BY MR. RAMSEY:
14    Q   I'm now specifically asking about APIs,
15 not functionality, in general.
16    A   Okay.
17    Q   So let me reask my question, so it's --
18    A   Yeah, I just want to make sure I'm
19 answering your questions appropriately.
20    Q   Are you aware of any APIs that were
21 formerly part of the Android stack that have been
22 moved to Google Play Services out of the rest of the
23 Android stack?
24       MS. ANDERSON: Objection; form.
25       THE WITNESS: I'm personally not familiar,

Page 323

1        MS. ANDERSON: Objection; form.
2        THE WITNESS: I'm pretty sure I did not
3 use that phrasing.  What I mentioned was there is,
4 in terms of version fragmentation, which -- which
5 refers to there being multiple different versions of
6 Android out there and functionalities not being
7 updated in the field, in terms of that definition of
8 fragmentation, Google Play Services can help, you
9 know, in a sliver, a tiny, little sliver of that
10 problem by at least making it possible for us to
11 update functionalities that we're providing as part
12 of Google Play Services.  Vast subset of Android
13 overall, but it's a -- it's a small sliver, as I
14 mentioned.
15 BY MR. RAMSEY:
16    Q   Are you aware of application and
17 functionality such as Gmail being bundled with
18 Android at some point in the past?
19    A   Am I familiar with Gmail being bundled
20 with Android?  I've -- I've --
21       MS. ANDERSON: I just want to caution,
22 just to interject an objection to beyond the scope
23 and form.
24       You may answer now.
25       THE WITNESS: I've heard that phrase.  I'm

Page 325

82 (Pages 322 - 325)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 not exactly sure what it refers to, so maybe you can
2 be a little more specific.
3 BY MR. RAMSEY:
4     Q   Well, what's your understanding of
5 bundling functionality such as Gmail with Android?
6         MS. ANDERSON:  Objection; form, beyond the
7 scope.
8         THE WITNESS:  What is my understanding?  I
9 don't have an understanding.  I'm just saying I've
10 heard people say it, and I don't actually know what
11 they mean, which is why I'm asking you what -- what
12 you mean by it.
13 BY MR. RAMSEY:
14     Q   Okay.
15         So was Gmail ever part of the Android
16 stack?
17         MS. ANDERSON:  Objection; form, beyond the
18 scope.
19         THE WITNESS:  Was Gmail, the
20 application -- you're talking about the Gmail
21 service where you get your e-mail?
22 BY MR. RAMSEY:
23     Q   Uh-huh.
24     A   Was that a part of the Android operating
25 system?

Page 326

1     Q   Yes.  Just in general, is that -- was it
2 ever part of the Android operating system?
3         MS. ANDERSON:  Objection; form, beyond the
4 scope.
5         THE WITNESS:  No.  The Gmail application
6 has always been an application on top of Android.
7 Just because something is written for Android
8 doesn't mean that it's a part of Android.
9 BY MR. RAMSEY:
10     Q   Was -- was the Gmail functionality ever
11 part of the Android platform in any way?
12         MS. ANDERSON:  Same objections.
13         THE WITNESS:  Not that I'm aware of.  I
14 believe the Gmail application has always been a
15 stand-alone application that you can download and
16 update independent of the operating system.
17 BY MR. RAMSEY:
18     Q   Has Google Search functionality ever been
19 part of the Android platform?
20         MS. ANDERSON:  Same objections.
21         THE WITNESS:  From the Android operating
22 system or platform perspective, it doesn't; as I've
23 mentioned before, the operating system is a generic
24 one.  It doesn't know anything about any particular
25 company, so, no, it is not a part of Google Search,

Page 327

1 I think was your question, is not a part of the
2 Android platform or operating system.
3 BY MR. RAMSEY:
4     Q   Is Google Talk or Hangouts, have those
5 ever been part of the Android platform?
6         MS. ANDERSON:  Beyond the scope.
7 Objection; form.
8         THE WITNESS:  No.  Google Talk or Hangouts
9 has not been a part of the Android platform.  It's
10 an application -- applications for Android that run
11 on Android, but they're not included in the Android
12 operating system or platform.
13 BY MR. RAMSEY:
14     Q   Has Google Chrome ever been part of the
15 Android platform?
16         MS. ANDERSON:  Same objections.
17         THE WITNESS:  The Chrome browser has not
18 been a part of the Android platform.  It's a
19 separate application, an application that runs on
20 top of Android, but it's not built into the OS.
21 BY MR. RAMSEY:
22     Q   Okay.
23         Has the YouTube functionality ever been
24 part of the Android platform?
25         MS. ANDERSON:  Same objections.

Page 328

1         THE WITNESS:  The YouTube application is a
2 separate application that runs on Android, but it
3 has not been built into the Android operating
4 system.
5 BY MR. RAMSEY:
6     Q   So over time, has there -- have -- has --
7 has Google moved functionality into Google Play
8 Services in order to -- in order to exert more
9 control over the Android platform itself?
10         MS. ANDERSON:  Objection; form.
11         THE WITNESS:  Again, I need to clarify
12 with you if I'm answering a new question or the same
13 question as before.  It sounds a lot like a question
14 you've asked me about three times before.  I'm happy
15 to answer it again, but I just want to make sure
16 that I'm understanding your question correctly.  If
17 you could repeat your question.
18 BY MR. RAMSEY:
19     Q   So over time, has Google moved
20 functionality into Google Play Services in order to
21 exert more control over the Android platform?
22         MS. ANDERSON:  Objection; form, beyond the
23 scope.
24         THE WITNESS:  I wouldn't characterize it
25 that way.  I think when we make decisions on what

Page 329

83 (Pages 326 - 329)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 functionality goes where, we take a very disciplined
2 view on sort of computer science principles, and --
3 and really our -- our -- the basis of our thinking
4 is that Android is an operating system that's
5 generic.  It doesn't know anything about a
6 particular company, Google included.  And so it's a
7 base operating system that's generic.  When there
8 are functionalities or APIs that are specific to
9 Google or provided specifically by Google Services,
10 or servers, then we typically make the determination
11 to move that or create that functionality in Google
12 Play Services.
13 BY MR. RAMSEY:
14    Q   Have any phone manufacturers ever
15 expressed resistance to Google Play Services?
16       MS. ANDERSON:  Objection; form.
17       THE WITNESS:  Not that I'm familiar with,
18 no.
19 BY MR. RAMSEY:
20    Q   Have you ever heard phone manufacturers
21 ever say anything negative about Google Play
22 Services?
23       MS. ANDERSON:  Objection; form, beyond the
24 scope.
25       THE WITNESS:  Not that I'm familiar with.

Page 330

1 If anything, there are many phone manufacturers who
2 write applications of their own that take advantage
3 of Google Play Services.  So I haven't heard any
4 objections, and if anything, I've seen adoption of
5 Google Play Services from their application teams.
6 BY MR. RAMSEY:
7    Q   How does -- when manufacturers create
8 their own applications, such as mail --
9       You mentioned mail, correct?
10    A   Correct.
11    Q   Is there any way that Google monetizes
12 that act?
13       MS. ANDERSON:  Objection; form, beyond the
14 scope.
15       THE WITNESS:  Not that I'm aware of, no.
16 We don't charge OEMs or anyone to create their
17 applications for Android.  If anything, we want them
18 to be able to make money off of creating
19 applications.
20 BY MR. RAMSEY:
21    Q   Are there commercial reasons why Google
22 would prefer to -- that OEMs use Google's own e-mail
23 application as opposed to -- just for example, as
24 opposed to writing their own?
25       MS. ANDERSON:  Objection; form, beyond the

Page 331

1 scope.
2       THE WITNESS:  You know, it really depends.
3 You know, certainly if -- if a customer is -- and by
4 "customer" now, I'm referring to an end user.  If
5 they are using Gmail, we certainly prefer that they
6 use the Gmail application because that's what that
7 application was built for.
8       But, for instance, there are areas in
9 which our e-mail application was lacking
10 historically in terms of support for certain
11 enterprise use cases, and in those cases, many of
12 the OEM-based mail applications were -- were much
13 better, and -- and we've received that feedback not
14 only from the OEMs but also operators, so it really
15 is case-by-case and -- and who the target audience
16 is and what the functionality it is that we're
17 talking about.
18 BY MR. RAMSEY:
19    Q   Do you have an understanding of how Google
20 Play Services relates to the core libraries in the
21 Android runtime?
22       MS. ANDERSON:  Objection; form.
23       THE WITNESS:  When you say "core libraries
24 in the Android runtime," what are you referring to?
25

Page 332

1 BY MR. RAMSEY:
2    Q   So do you recognize the term "core
3 libraries"?
4    A   I -- we had a conversation -- your
5 colleague and I had a conversation about this
6 before.  The term "core libraries" is used pretty
7 liberally in various slide decks and documents, and
8 it really depends -- the meaning of it or what it
9 refers to really depends on who you're talking to,
10 so in order for me to answer your question very
11 accurately, I would love to understand what -- what
12 your definition is.
13    Q   All right.
14       So I'm talking about the libraries within
15 the Android platform that contain packages such as
16 java.util, U-T-I-L, or java.io or java.nio.
17       MS. ANDERSON:  Objection; form.
18 BY MR. RAMSEY:
19    Q   Do you understand what I'm describing when
20 I give you those examples of the core libraries?
21       MS. ANDERSON:  Objection; form, beyond the
22 scope.
23       THE WITNESS:  I think I do.  I'm glad I
24 clarified, though, because I was thinking about
25 something completely different.

Page 333

84 (Pages 330 - 333)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 BY MR. RAMSEY:
2    Q   All right.
3       So do you understand how Google Play
4 Services relates to core libraries such as those I
5 just mentioned in the Android runtime?
6    A   Sorry.
7       MS. ANDERSON:  Sorry.  Objection; form.
8       THE WITNESS:  If you could answer -- ask
9 that question again.
10 BY MR. RAMSEY:
11   Q   So do you understand how Google Play
12 Services relates to the core libraries within the
13 Android runtime?
14      MS. ANDERSON:  Objection; form.
15      THE WITNESS:  How Google Play services
16 relates to java.util.  That's what you're asking?
17 BY MR. RAMSEY:
18   Q   For example, sure.
19   A   I don't even know how to parse that
20 question.  I don't know.
21   Q   So has Google used any of the core
22 libraries in the process of creating Google Play
23 Services?
24      MS. ANDERSON:  Objection; form.
25      THE WITNESS:  If you're asking, for

Page 334

1 example, have -- has the Google Play Services team
2 used java.util in the creation of Google Play
3 Services, I don't know.
4 BY MR. RAMSEY:
5    Q   Okay.
6       Who would -- who's responsible for the
7 actual creation of Google Play Services technically?
8       MS. ANDERSON:  Objection; form.
9       THE WITNESS:  Well, it's a pretty big
10 team, and it's spread out across many groups within
11 Google, so it's hard for me to pinpoint exactly who
12 to ask.  But there are a number of people that I
13 would start with.
14 BY MR. RAMSEY:
15   Q   So if I wanted to ask somebody technical
16 questions about how Google Play Services relates to
17 the rest of Android, who is the person I would be
18 asking questions of?
19      MS. ANDERSON:  Objection; form.
20      THE WITNESS:  Probably an engineer or an
21 engineering lead on the Google Play Services team.
22 BY MR. RAMSEY:
23   Q   And their name is?
24      MS. ANDERSON:  Objection; form.
25      THE WITNESS:  Their name -- the person

Page 335

1 that came to my mind is Jeff Hamilton.
2 BY MR. RAMSEY:
3    Q   Okay.
4       Do you have any technical understanding
5 about the way Google Play Services, for example,
6 relates to the core libraries in Android?
7       MS. ANDERSON:  Objection; form.
8       THE WITNESS:  Again, when you say "core
9 libraries," you're -- you're, for example, talking
10 about java.util.  I don't know how or if they relate
11 to each other.
12 BY MR. RAMSEY:
13   Q   All right.
14      So you didn't do anything to prepare for
15 the conversation today to prepare --
16      You didn't do anything to prepare yourself
17 about how Google Play Services relates to the Java
18 packages at issue in this case?
19      MS. ANDERSON:  Objection; form.
20      THE WITNESS:  Well, what I -- what I did
21 to prepare for today was just, you know, my nine and
22 a half years working on Android and a number of
23 years working on Google Play Services.  That's --
24 that's the knowledge I'm bringing to the table
25 today.

Page 336

1 BY MR. RAMSEY:
2    Q   Okay.
3       But you didn't do anything beyond that to
4 prepare yourself about the technical aspects of how
5 Google Play Services relates to the packages, the
6 Java packages?
7       MS. ANDERSON:  Objection; form.
8       THE WITNESS:  Beyond the nine and a half
9 years of work on this, no, I haven't done anything
10 else.
11 BY MR. RAMSEY:
12   Q   Sitting here today, you're not able to
13 tell me technically how Google Play Services relates
14 to the Java packages at issue in this case?
15      MS. ANDERSON:  Objection; form.
16      THE WITNESS:  Correct.  I don't -- didn't
17 write all the code in Android myself, so I don't
18 have that direct knowledge --
19 BY MR. RAMSEY:
20   Q   Do you know what language Google Play
21 Services is developed in?
22      MS. ANDERSON:  Objection; form.
23      THE WITNESS:  Not -- not with certainty,
24 no.
25

Page 337

85 (Pages 334 - 337)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BY MR. RAMSEY:
Q   Okay.
In your nine and a half years of working with Android, have you worked with the Java language?
A   Since I've been at Google for nine and a half years now, I've not contributed any source code, so I haven't written in any language.
Q   Isn't it true that when Android was first being developed, you were part of the discussions about whether to use Java ME, for example?
MS. ANDERSON:  Objection; beyond the scope.
THE WITNESS:  No.  Actually, when I arrived at Google in April of 2006, a lot of those decisions had already been made.
BY MR. RAMSEY:
Q   Did you have any --
Did you have any role at all over the history of Android in determining what, if any, part of Java to use in Android?
MS. ANDERSON:  Beyond the scope.
THE WITNESS:  When you say "Java" now, you're referring to what?

Page 338

BY MR. RAMSEY:
Q   The Java programming platform.
A   The Java platform.
MS. ANDERSON:  Beyond the scope.  Objection; form.
THE WITNESS:  No, I don't believe so.  It's not something that I've spent much time thinking about.  The Java platform is not something I've spent much time thinking about.
BY MR. RAMSEY:
Q   But it's your understanding that Android, at least in part, uses portions of the Java platform, correct?
MS. ANDERSON:  Objection; form, beyond the scope.
THE WITNESS:  I don't have an understanding of that, one way or another.
BY MR. RAMSEY:
Q   It's not your understanding that various Java packages, in other words, packages from the Java platform, have been taken by Google and used in Android?
MS. ANDERSON:  Objection; form, beyond the scope.
THE WITNESS:  Aside from the fact that we

Page 339

are here and I'm being deposed, no, I don't really have knowledge about that.
BY MR. RAMSEY:
Q   Are you aware of any strategies, not including conversations with lawyers, that relate to reactions to the current lawsuit?
MS. ANDERSON:  Objection; form, beyond the scope.
THE WITNESS:  Have I had -- sorry, just to clarify your question.  You're asking me if there have been conversations not with lawyers about this case?
BY MR. RAMSEY:
Q   Correct.
MS. ANDERSON:  Same objections.  Same -- beyond the scope.
THE WITNESS:  I have not -- I have not had conversations with anyone about this case without lawyers being present.
BY MR. RAMSEY:
Q   Okay.
Did you ever interact with a company called Noser?
MS. ANDERSON:  Beyond the scope.
THE WITNESS:  Yes, I am familiar with

Page 340

Noser.
BY MR. RAMSEY:
Q   Isn't it true that you advised not to work with -- Mr. Rubin not to work with Noser?
MS. ANDERSON:  Beyond the scope.  Objection; form.
THE WITNESS:  You're saying I advised Andy to not work with Noser?
BY MR. RAMSEY:
Q   Correct.
MS. ANDERSON:  Same objections.
THE WITNESS:  I don't remember.  You know, if it happened, it was in the very early days of Android.  Noser, I vaguely remember from probably 2006 or 2007, around then, so nine -- eight, nine years ago.  I don't remember the details of what I may or may not have said to Andy.
BY MR. RAMSEY:
Q   Were you involved in the creation of the Android Compatibility Test Suite?
MS. ANDERSON:  Beyond the scope.
THE WITNESS:  Well, not directly.  As I pointed out earlier, I haven't written a line of code since I've been at Google, so I haven't directly helped build anything.

Page 341

86 (Pages 338 - 341)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

BY MR. RAMSEY:
Q   Were you involved in the strategy regarding the Android Compatibility Test Suite?
MS. ANDERSON: Beyond the scope.
THE WITNESS: I don't know if I would say I was involved in the strategy either. I think the strategy was -- was already determined by that point.
BY MR. RAMSEY:
Q   Determined by who?
MS. ANDERSON: Beyond the scope.
THE WITNESS: Andy Rubin.
BY MR. RAMSEY:
Q   So what's the reason that Google does not release Google Play Services under the GPL license?
MS. ANDERSON: Objection; form, beyond the scope.
THE WITNESS: I don't know if that's ever been considered, to be honest. It's -- the reason is much like the rest of Google's applications and services; these are proprietary to Google, so they're not open sourced, which is -- which is a contrast to Android, obviously. Android is open sourced and available publicly. But Google-specific services and applications are typically proprietary.

Page 342

MS. ANDERSON: Objection; form, beyond the scope.
THE WITNESS: I don't know. It's not something I've thought about it. I don't necessarily know if -- if anyone is asking for that, really. So I think it's, you know, really up to each product team and each project and their unique needs to determine what is the best path forward for them.
So for Android, we decided that open sourcing was the appropriate thing to do. There are other projects at Google where they made the same determination to open source their projects, and there are other projects within Google where they decided open sourcing wasn't the right thing for them to do or maybe they didn't even consider it. It's really up to each product team to decide.
BY MR. RAMSEY:
Q   So is -- is there phone functionality that is part of the Android stack?
A   Is there phone functionality?
Q   Uh-huh.
MS. ANDERSON: Objection; form, beyond the scope.
THE WITNESS: There -- let's see. It

Page 344

BY MR. RAMSEY:
Q   So -- so there's some code that Google develops that it would not want to release under a GPL license because it's more valuable as a business decision to make it proprietary; is that true?
MS. ANDERSON: Beyond the scope.
THE WITNESS: Well, there are -- there are many things that Google does -- even if you ignore Android for a second, there are many things that Google does that isn't open sourced. So it's not really about GPL, per se, as it's just more of a business decision, I think, for Google to decide whether the thing that we're working on, whatever the project is, should be open sourced or not.
There are many cases, by the way, where we do open source what we do work on. So, for instance, Android is a pretty big example of a project that Google has worked on that is open sourced. There are other examples of projects that Google has embarked on that are also open sourced. But there are some apps and services -- some set of apps and services that are not open sourced either.
BY MR. RAMSEY:
Q   Why doesn't -- why doesn't Google just open source all of the code that it creates?

Page 343

depends on what you -- what level of technical detail you mean by "phone." So, for instance, in every telephone and cell phones, there's a radio. And there are kernel drivers that know how to talk to the radio. There are radio interface layers; typically we call them RILs, R-I-L, that know how to talk to the drivers that talk to the radio. There are APIs that know how to talk to the RIL, that know how to talk to the drivers, that know how to talk to the radio, and so on and so forth. So there's a whole stack diagram for this.
So when you ask, is there phone functionality in Android, it really -- I guess it really depends on, you know, what layer you're talking about. The details will matter.
BY MR. RAMSEY:
Q   Did Google have a phone app that it released in 2008 in the context of the Android Open Source Project?
MS. ANDERSON: Beyond the scope. Objection; form.
THE WITNESS: When Android was released on the first device -- this is the T-Mobile G1 in 2008 -- certainly you could make phone calls with it, and I believe the name of that application was

Page 345

87 (Pages 342 - 345)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 PHONE, yes.
2 BY MR. RAMSEY:
3    Q    And subsequently after 2008, isn't it true
4 that Google published its PHONE app on the Play
5 Store?
6        MS. ANDERSON:  Same objections.
7        THE WITNESS:  I just read that actually
8 recently in the press that the PHONE app -- there's
9 a PHONE app available on the Play Store for a
10 certain set of devices, Nexus devices specifically,
11 I believe, on the Play Store.
12 BY MR. RAMSEY:
13    Q    So why is it over time that Google has
14 taken code such as Chrome Contacts, Keyboard from
15 the Android Open Source Project and instead, created
16 proprietary apps to replace what was formerly open
17 sourced?
18        MS. ANDERSON:  Objection; form, beyond the
19 scope.
20        THE WITNESS:  Yeah.  I don't know if I
21 would necessarily agree with your assertion that
22 we've sort of taken all apps -- I don't know if you
23 said "all," but the insinuation was that we're
24 taking all apps and -- and making them private.  It
25 really is a case-by-case determination where we feel

Page 346

1 removed from that layer of the Android stack and
2 into Google Play Services?
3    A    Anything from the Android application
4 framework that has been moved into Google Play
5 Services?
6    Q    Correct.
7    A    No, I can't -- I personally can't think
8 of anything like that.
9    Q    Are you aware of a part of the Android
10 stack known as the native libraries?
11        MS. ANDERSON:  Beyond the scope.
12        THE WITNESS:  Generally, yes.
13 BY MR. RAMSEY:
14    Q    Are you aware of any portion of the
15 Android stack, the native libraries portion of the
16 Android stack, that has been moved to Google Play
17 Services over time?
18    A    Not that I can personally think of, but
19 I'm not sure.
20    Q    Who would know the answer to these
21 questions of whether there are parts of the Android
22 stack that have been moved from, for example, the
23 native libraries application framework to Google
24 Play Services?
25        MS. ANDERSON:  Objection; form.

Page 348

1 that there are unique capabilities that we can bring
2 to the end user experience, and if those unique
3 capabilities depend on proprietary Google
4 technologies, then we'll make a determination and --
5 and possibly decide that it's time to provide that
6 functionality in that way, which would mean that we
7 have to make that application proprietary.
8        At the same time, we think it's very
9 important that Android open source has a good
10 reference implementation for all of the basic phone
11 functionalities, so we try our best to maintain the
12 open source code as well so that Android always has
13 a good reference implementation for base
14 functionality.
15 BY MR. RAMSEY:
16    Q    Are you aware of part of the Android stack
17 known as the application framework?
18        MS. ANDERSON:  Objection; form, beyond the
19 scope.
20        THE WITNESS:  Yes, I generally think I
21 know what you're referring to when you say
22 "application framework."
23 BY MR. RAMSEY:
24    Q    Are you aware of any functionality within
25 the Android application framework that has been

Page 347

1        THE WITNESS:  I think someone on the
2 Google Play Services team would know that, an
3 engineer or an engineering manager or leader.
4 BY MR. RAMSEY:
5    Q    Can you give me a name?
6    A    Sure.
7    Q    And who would that be?
8    A    Oh, Jeff Hamilton.
9    Q    Did you talk with Mr. Hamilton in
10 preparation for today's deposition about Google Play
11 Services?
12    A    No, I did not.
13    Q    Did you talk with actually anybody?  Did
14 you go interview anybody at Google to educate
15 yourself about any of the topics that have been
16 discussed today?
17        MS. ANDERSON:  Objection; form.
18        THE WITNESS:  No.  I met with counsel to
19 understand --
20        MS. ANDERSON:  Just caution the witness.
21 It's okay to say "I met with counsel."
22        THE WITNESS:  Sorry.
23        MS. ANDERSON:  It's late, I know.
24        THE WITNESS:  I met with counsel.  Aside
25 from that, you know, I have personally been working

Page 349

88 (Pages 346 - 349)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 on Android for nine and a half years. That predates
2 the original launch of Android, so I have a lot of
3 sort of knowledge and history about Android --
4 BY MR. RAMSEY:
5    Q   But you did not --
6    A   Sorry, just to finish.
7         -- which I believe is why I was chosen
8 to come here just given the history that I've had
9 with this project.
10   Q   But we've talked about a number of
11 technical issues today regarding, for example, the
12 application framework, the native libraries, the
13 core libraries that you've been unable to answer.
14       Did you do anything to educate yourself as
15 to those technical topics?
16       MS. ANDERSON: Objection; form and move to
17 strike the prefatory statement.
18       THE WITNESS: There was no way for me to
19 know beforehand what specific questions you'd be
20 asking me about. And given the broad nature of what
21 we're talking about here and just the vast amounts
22 of information there is about Android in my brain,
23 it just wasn't possible for me to go interview
24 everyone, everything about Android in preparation
25 for whatever questions you may ask me.

Page 350

1 topic multiple times. I do remember in the very
2 early days of Android, I think it was HTC because
3 they were the first Android manufacturer --
4 manufacturer who adopted Android, I do remember
5 vaguely them asking me about Java. I mean, this
6 was so early in the development of Android that no
7 one really knew anything about Android. We were
8 still figuring it out ourselves. So I have a vague
9 recollection of talking to them about Java, but I
10 don't have specific memories about --
11   Q   What do you remember about your
12 conversation with HTC about Java in the early days
13 of Android?
14   A   I think they just wanted to be educated
15 on -- on what is Android and explaining to them
16 that we use the Java language but that we have our
17 own framework and our own platform. I think that
18 was basically it. It was probably a very quick
19 conversation. Certainly what I can point out is,
20 you know, in my nine and a half years at Google
21 working on Android, the topic of Java or the Java
22 platform is not something that really comes --
23 comes up at all.
24       You know, we talk a lot about how to
25 satisfy our customers, how to build great devices,

Page 352

1       MS. ANDERSON: Can I get the time on the
2 record, Mr. Videographer?
3       THE VIDEOGRAPHER: Six hours and 46
4 minutes on the record, Counsel.
5       MS. ANDERSON: Okay.
6 BY MR. RAMSEY:
7    Q   Did you talk with anyone, putting aside
8 lawyers, about any of the topics that you're
9 supposed to be testifying about today?
10   A   Specifically for -- in preparation of
11 today, no. But I will say I've talked to many,
12 many people, thousands of people throughout my nine
13 and a half years of working on Android, which I
14 believe is what prepared me to, you know, be
15 someone that you can talk to today.
16   Q   Have you ever had conversations about Java
17 in relation to Android at any point in your nine and
18 a half years of history with Android?
19       MS. ANDERSON: Beyond the scope.
20       THE WITNESS: Have I ever talked about
21 Java?
22 BY MR. RAMSEY:
23   Q   (Nods head.)
24   A   That's very broad. Certainly the Java
25 language has come up. This lawsuit has been a

Page 351

1 great operating systems, great functionalities.
2 Those are the things that we talk about. We talk
3 about Lollipop, we talk about Marshmallow, the
4 next version of the operating system. We don't
5 really talk about Java.
6    Q   But you're aware that -- that Java
7 developers would be attracted to developing for
8 Android, correct?
9       MS. ANDERSON: Beyond the scope.
10      THE WITNESS: Our goal is to make all
11 developers attracted to Android. You know, if
12 you -- if you look at the development landscape out
13 there, there are many developers who've written
14 applications in various languages, C, C++, Objective
15 C. We want to make sure that we have a system and
16 an ecosystem and a business environment for all
17 developers to be successful in Android.
18 BY MR. RAMSEY:
19   Q   But at the outset when Android was first
20 developed, there was a decision made to use portions
21 of the Java platform, in particular, right?
22       MS. ANDERSON: Objection; beyond the
23 scope, form.
24       THE WITNESS: I don't know. By the time I
25 joined in April of 2006, a lot of those foundational

Page 353

89 (Pages 350 - 353)

1 decisions had been made.
2 BY MR. RAMSEY:
3    Q   Do you ever have any interaction with the
4 Android developer community?
5       MS. ANDERSON:  Same objections.
6       THE WITNESS:  Very minimal.  Actually,
7 unfortunately, I -- I wish I could do more of that.
8 My interactions have been mostly focused on the
9 industry side, so by "industry," I'm referring to
10 manufacturers and operators.  I haven't had too many
11 dealings with application developers, unfortunately.
12 BY MR. RAMSEY:
13    Q   Do you ever have conversations with the
14 phone manufacturers about what developers want or
15 expect?
16       MS. ANDERSON:  Beyond the scope, form.
17       THE WITNESS:  Not too much.  I think the
18 conversations with manufacturers are mostly focused
19 around the work that they're doing, which is
20 building hardware, so we talk a lot about, you know,
21 how good is your camera or how big is your battery
22 or, you know, what networks does your device work
23 on.  You know, topics like that is something we talk
24 a lot about, but we don't really talk about app
25 developers too much.  Sometimes we do, but more in

Page 354

1 the context of us educating the manufacturers as an
2 app developer, also because a lot of manufacturers
3 also have teams of app developers who build their
4 own set of applications.
5       So sometimes we -- and when I say "we," I
6 mean, we have a developer relations team.  They --
7 you know, I encourage them to reach out and talk to
8 those manufacturer teams.
9 BY MR. RAMSEY:
10    Q   What types of questions do the
11 manufacturers have about app development?
12       MS. ANDERSON:  Objection; beyond the
13 scope, form.
14       THE WITNESS:  Well, one -- I'll give you
15 two examples.  One example is when we released with
16 Android Lollipop material design, we had a lot of
17 questions from manufacturers around the best way to
18 support material, how to -- how to support material
19 design, you know, best practices, design guidelines,
20 implementation guidelines, so on.  So we've had many
21 conversations like that with manufacturers.
22       MS. ANDERSON:  Sorry, I don't want to
23 interrupt, Counsel, but I wanted to remind you that
24 the witness has seven hours almost over, and I don't
25 think you guys have touched on your Topic 7, the

Page 355

1 small portion he's covering.  It's not a big part of
2 the topics, but I wanted to remind you that his
3 seven hours is almost over.
4       MR. RAMSEY:  So I think we attempted to --
5 Ms. Hurst attempted to address Topic 7, but the
6 witness was unable or unwilling to testify about
7 that.
8       MS. ANDERSON:  Nobody touched on Topic 7.
9       MS. HURST:  Keep going.  If you've got
10 more on Topic 3, finish.
11       MR. RAMSEY:  Yeah, so I just --
12 BY MR. RAMSEY:
13    Q   So when the -- the phone manufacturers
14 engage with you about application development, are
15 they concerned about the types of resources they
16 have to invest in the process of learning how to
17 develop?
18       MS. ANDERSON:  Objection; form, beyond the
19 scope.
20       THE WITNESS:  Well, I was trying to give
21 you two examples.  The first one -- example I was
22 giving you was about material design.  In that case,
23 actually they were excited because they -- they
24 thought material design, first of all, was a very
25 good design direction, and they also saw it as a way

Page 356

1 for them to conserve their resources because they
2 wouldn't have to reinvent a new design language of
3 their own, so they saw it as a savings, and so
4 that's -- that's the material design example.
5       The other example I would give is when we
6 come out with new form factors, for instance, when
7 we launched Android Wear, it was important for us to
8 make sure that these phone manufacturers, their
9 phone -- their apps that came with their phones also
10 properly supported Android Wear, so we did some
11 outreach to them on those topics.
12 BY MR. RAMSEY:
13    Q   So did the application developers for the
14 phone manufacturers have to learn, for example, the
15 new APIs associated with something like Android Wear
16 or materials; is that fair?
17       MS. ANDERSON:  Objection; form, beyond the
18 scope.
19       THE WITNESS:  Any time there are new APIs
20 that we add to Android, like the 3,000 new APIs we
21 added to L, everyone, every app developer, whether
22 they're from phone manufacturers or a kid in Topica,
23 Kansas, you know, they have to -- they have to learn
24 it because it's new to them.
25    Q   Does that take some time for application

Page 357

1  developers across the communities that you've just
2  talked about to learn APIs?
3       MS. ANDERSON:  Objection; form, beyond the
4  scope.
5       THE WITNESS:  I think it depends on the
6  competence level of these developers and also the
7  interest level that they have in adopting these new
8  APIs.  So I don't know if there's a fixed number,
9  per se, but sure, it's just like learning anything
10 new.  Everyone has their own pace and their own
11 desire level, level of desire, to, you know, decide
12 how deep they want to go.
13 BY MR. RAMSEY:
14    Q   So other than --
15       I'm going to come back to fragmentation.
16       Other than version fragmentation, does
17 Google Play Services help mitigate any other type of
18 fragmentation within Android?
19       MS. ANDERSON:  Objection; form.
20       THE WITNESS:  Just to clarify, the version
21 fragmentation, I didn't say Google Play Services
22 would solve version fragmentation.  I said it
23 handles a small sliver of that problem, just for the
24 portions that are included in Google Play Services.
25 Really, in relative terms, it's a tiny, little

Page 358

1  is why the pie chart looks fragmented, and
2  hence -- hence, the version fragmentation problem.
3    Q   So, in general, because of
4  fragmentation --
5       Is fragmentation across versions something
6  that Google is trying to prevent going forward?
7       MS. ANDERSON:  Objection; form, beyond the
8  scope.
9       THE WITNESS:  I don't know if I would say
10 "prevent," but it's certainly something about --
11 about the Android platform that we're not satisfied
12 with.  We think that something that we can
13 certainly, as an industry, as a community, an
14 Android community, do better.
15       So we've talked to many manufacturers
16 about encouraging them to update early and often.
17 We've talked to operators about encouraging their
18 manufacturers to do the same.
19       So a lot of conversations on this topic,
20 but so far, unfortunately, not enough progress.
21       MR. RAMSEY:  Okay.  Just for the record,
22 I'm going to pass the mike and the questions back to
23 Ms. Hurst for a moment.
24       MS. HURST:  Just state that I've got one
25 more document to mark on Topic 2; Exhibit 5016 is

Page 360

1  portion of that at the overall version fragmentation
2  problem.
3       But I can't think of any other form of
4  fragmentation that Google Play Services would
5  actually help with.
6  BY MR. RAMSEY:
7    Q   What do you mean by the "overall version
8  fragmentation problem"?
9    A   Well, this is something that's documented
10 and talked about a lot.  We have -- another way to
11 phrase it is the -- the device upgrade problem.  In
12 other words, many people complain -- press and
13 consumers complain that their devices don't get
14 updated to the latest version of operating
15 system -- to the latest version of Android, and so,
16 in fact, we have a pie chart that we update, I
17 think, monthly on our developer site that shows the
18 current mix of Android devices out in the wild and
19 sort of a breakdown of what percentage of devices
20 are on a particular operating system.
21       And -- and certainly from a Android
22 platform provider's perspective, we want that pie
23 chart to be as -- as overwhelmingly on the latest
24 version of the OS as possible, but unfortunately
25 many devices are not updated early or often, which

Page 359

1  GOOGLE-34-00089029 through -89050.  Just a second.
2  Let me just find if we have a not two-sided version
3  of this.  Make it easier for the court reporter, I
4  think.
5       (Deposition Exhibit 5016 marked
6        for identification.)
7       FURTHER EXAMINATION
8  BY MS. HURST:
9    Q   Mr. Lockheimer, on -- you're welcome to
10 review as much of this document as you'd like.
11       On the page that has the Bates number
12 ending -42042 --
13    A   What's the Bates number?
14    Q   There's a legend along the side there, and
15 you'll see at the very end of that footer, there's a
16 series of numbers.
17    A   Okay.  What was the number that you said?
18    Q   -42, please.
19    A   Ending in -42, okay.  This one?
20    Q   That's right.
21       So there's -- you see there's like a --
22 kind of a four-point part chart, right?
23    A   Okay.
24    Q   And it describes the Android strategy over
25 a period of time, correct?

Page 361

91 (Pages 358 - 361)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        MS. ANDERSON:  Objection; form.
2        THE WITNESS:  Well, first of all, these
3    look like meeting notes or a review -- quarterly
4    review presentation from July of 2010.  On the very
5    first page, the attendees are listed.  I am not one
6    of those attendees.  So, first of all, I don't
7    recognize these slides, and -- and the notes show
8    that I was not present or presenting even.  So I'm
9    seeing these for the first time.
10        Your question was?
11   BY MS. HURST:
12    Q   I'm going to move to strike all of that as
13   nonresponsive, because my question was:  This page
14   of Exhibit 5016 ending in -042 describes the Android
15   strategy over a period of time, true?
16        MS. ANDERSON:  Objection; form.
17        THE WITNESS:  It seems to show -- well,
18   based on the date of these slides, 2010 -- I've
19   never seen these slides before, but based on the
20   date on these slides from Q2 of 2010, it seems to
21   show a little bit of history and a little bit of
22   sort of forward-looking phases.
23   BY MS. HURST:
24    Q   Phases of strategy, Android strategy,
25   right?

Page 362

1        So this strategy -- Android strategy slide
2    also covers the period of time from 2013 and beyond,
3    right?
4        MS. ANDERSON:  Objection; form.
5        THE WITNESS:  Well, there's a box on the
6    far right that says "2013+."
7    BY MS. HURST:
8     Q   Right.
9        And that's where we are today, right?
10        MS. ANDERSON:  Objection; form.
11        THE WITNESS:  We are five years after this
12   document was presented.  Actually, more than five
13   years.  Almost five and a half years from when this
14   document was presented, yes.
15        MS. HURST:  Move to strike as
16   nonresponsive.
17        MS. ANDERSON:  Opposed.
18   BY MS. HURST:
19    Q   Does the Phase 4 strategy presented on
20   Exhibit 5016, page ending -482, called "Change the
21   Rules/Scale," indicate that that's a strategy for
22   the time period beginning and after 2013?
23        MS. ANDERSON:  Objection; form.
24        THE WITNESS:  It says -- given that the
25   checkmark and the header says "Focused on Phase 2,"

Page 364

1     A   Well, the title of this slide says
2    "Android Strategy Focused on Phase 2, Moving to
3    Phase 3."
4     Q   Right.
5        And the slide has four phases that it
6    shows, right?
7     A   Well, it shows four boxes, yes, with four
8    different sort of time periods.
9     Q   And the title of this slide calls it
10   "Phases," right?
11    A   It says "Android Strategy Focused on
12   Phase 2, Moving to Phase 3."
13    Q   Right.
14        And that's where you were in the strategy
15   in 2010, right?
16        MS. ANDERSON:  Objection; form.
17        THE WITNESS:  I don't know if they were --
18   again, I've never seen these slides before, so I
19   don't know what the narrative was when they were
20   talking about this.  So I can only tell you from
21   what I can read on the slides, it says "Focused on
22   Phase 2," so it sounds like they were focused on
23   Phase 2.
24   BY MS. HURST:
25    Q   All right.

Page 363

1    and the fact that the title of the presentation says
2    "Q2, 2010," I'm assuming this slide was written in
3    2010.  So the fourth box there that says "2013+" is
4    talking about something that's three years, four
5    years in the future from when this slide was
6    written, yes.
7        MS. ANDERSON:  What's the time on the
8    record?
9        THE VIDEOGRAPHER:  Time on the record is
10   seven hours and five minutes.
11   BY MS. HURST:
12    Q   So this is a strategy --
13        MS. ANDERSON:  Counsel, we're past the
14   seven hours.  I gave you five more minutes and we're
15   done with this witness' seven hours.  It's been a
16   long day for him.
17        MS. HURST:  The witness -- you indicated
18   earlier today the witness did not need to leave
19   until 6:30.
20        MS. ANDERSON:  Correct.
21        MS. HURST:  It is not yet 6:30.  There is
22   no seven-hour limit on a pure 30(b)(6) witness.
23   We're not deposing this witness in his personal
24   capacity, as you pointed out this morning.  The
25   deposition of Google is not limited to seven hours.

Page 365

92 (Pages 362 - 365)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        MS. ANDERSON:  Well, I don't agree with
2   you, and I've already discussed this with you in the
3   past.
4        Thank you very much.
5        MS. HURST:  That was a different issue.
6        MS. ANDERSON:  Thank you.
7        MS. HURST:  We have not discussed -- I
8   have more questions for this witness about this
9   document, and I intend to continue until 6:30, which
10   is when you told us the witness would leave.
11        MS. ANDERSON:  Well, we're done for the
12   day.  The witness is only here for seven hours, and
13   we pushed really hard to make sure you got all your
14   seven hours and a few minutes more.
15        So thank you.
16        MS. HURST:  Are you refusing to answer
17   questions until 6:30 this evening with the
18   understanding that we will move to compel you to
19   return and finish this deposition?
20        MS. ANDERSON:  So we're done for the day.
21   And thank you very much.  You can --
22        MS. HURST:  Are you refusing to answer
23   additional questions, Mr. Lockheimer?
24        MS. ANDERSON:  You don't need to harass
25   the witness any longer.

Page 366

1   off the record.  So the Defendant has unilaterally
2   terminated the deposition by walking out of the room
3   before it's completed.
4        THE VIDEOGRAPHER:  This is the end of
5   today's deposition of Mr. Hiroshi Lockheimer.  We
6   are off the record at 6:15 p.m.  The total number of
7   media used was four and will be retained by
8   Veritext.
9        Thank you.
10        (Time noted:  6:15 p.m.)

Page 368

1        MS. HURST:  I'm not harassing the witness.
2        MS. ANDERSON:  I was very clear to you
3   that we were going to be here for seven hours, and
4   we pushed to make sure you got every minute of that
5   in today.
6        MS. HURST:  That is not true.  You said
7   the witness was available until 6:30.
8        MS. ANDERSON:  Yes, but that doesn't
9   change the fact that you have seven hours with this
10   witness.
11        MS. HURST:  There is no seven-hour rule in
12   30(b)(6).
13        MS. ANDERSON:  I suspect that you may be
14   mistaken about that, but since I invited you to meet
15   and confer with me about this last time, and you did
16   not, perhaps you --
17        MS. HURST:  What are you talking about?  I
18   didn't confer with you about it last time?  Of
19   course, I did.
20        MS. ANDERSON:  No, actually, you did not.
21        MS. HURST:  In fact, I objected last time
22   and indicated we would move to compel then as well.
23        MS. ANDERSON:  Thank you, Counsel.  We can
24   head out.
25        MS. HURST:  Well, we have not agreed to go

Page 367

9   I, HIROSHI LOCKHEIMER, do hereby declare under penalty
10   of perjury that I have read the foregoing transcript;
11   that I have made any corrections as appear noted, in
12   ink, initialed by me; that my testimony as contained
13   herein, as corrected, is true and correct.
14        EXECUTED this_____day of_____, 2015, at
15   _____._____.
16   (city)           (State)

19        _____
            HIROSHI LOCKHEIMER

Page 369

93 (Pages 366 - 369)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      I, the undersigned, a Certified Shorthand
2 Reporter of the State of California, do hereby certify:
3      That the foregoing proceedings were taken
4 before me at the time and place herein set forth; that
5 any witnesses in the foregoing proceedings, prior to
6 testifying, were administered an oath; that a record of
7 the proceedings was made by me using machine shorthand
8 which was thereafter transcribed under my direction;
9 that the foregoing transcript is a true record of the
10 testimony given.
11      Further, that the foregoing pertains to the
12 original transcript of a deposition in a Federal Case,
13 before completion of the proceedings, a review of the
14 transcript [X] was [ ] was not requested.
15      I further certify I am neither financially
16 interested in the action nor a relative or employee of
17 any attorney or any party to this action.
18      IN WITNESS WHEREOF, I have this date
19 subscribed my name.
20
21 Dated: 12/10/2015
22
23
24      *Kelli Combs*
     KELLI COMBS
25      CSR No. 7705

     Page 370

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**[& - 2006]**

**&**

**&**   3:3,14 6:13,24 7:7
95:10,13

**0**

**00191479**   5:7
**042**   362:14

**1**

**1**   1:25 14:25 15:1,5
15:10,15,20,25 16:1
16:5,10,15,20,25
17:1,5,10,15,20,25
18:1,5,10,15,20,25
19:1,5,10,15,20,25
20:1,5,10,15,20,25
21:1,5,10,15,20,25
22:1,5,10,15,20,25
23:1,5,10,15,20,25
24:1,5,10,15,20,25
25:1,5,10,15,20,25
26:1,5,10,15,20,25
27:1,5,10,15,20,25
28:1,5,10,15,20,25
29:1,5,10,15,20,25
30:1,5,10,15,20,25
31:1,5,10,15,20,25
32:1,5,10,15,20,25
33:1,5,10,15,20,22
33:24,25,25 34:1,5
34:10,15,20,25 35:1
35:5,10,15,20,25
36:1,5,10,15,20,25
37:1,5,10,15,20,25
38:1,5,10,15,20,25
39:1,5,10,15,20,25
40:1,5,10,15,20,25
41:1,5,10,15,20,25
42:1,5,10,15,20,25
43:1,5,10,15,20,25
44:1,5,10,15,20,25
45:1,5,10,15,20
46:1,5,10,15,20,25
47:1,5,10,15,20,25
48:1,5,10,15,20,25

49:1,5,10,15,20,25
50:1,5,10,15,20,25
51:1,5,10,15,20,25
52:1,5,10,15,20,25
52:25 53:1,5,10,15
53:20,25 54:1,5,10
54:15,20,20,25 55:1
55:5,10,15,20,25
56:1,5,10,15,20,25
57:1,5,10,15,20,25
58:1,5,10,15,20,25
59:1,5,10,15,20,25
60:1,5,10,15,20,25
61:1,5,10,15,20,25
62:1,5,10,15,20
63:1,5,10,15,20,25
64:1,5,10,15,20,25
65:1,5,10,15,20,25
66:1,5,10,15,20,25
67:1,5,10,15,20,25
68:1,5,10,15,20,25
69:1,5,10,15,20,25
70:1,5,10,15,20,25
71:1,5,10,15,20,25
72:1,5,10,15,20,25
73:1,5,10,15,20,25
74:1,5,10,15,20,25
75:1,5,10,15,20,25
76:1,5,10,15,20,25
77:1,5,10,15,20,25
78:1,5,10,15,20,25
79:1,5,10,15,20
80:1,5,10,15,20,25
81:1,5,10,15,20,25
82:1,5,10,15,20
83:1,5,10,15,20,25
84:1,5,10,15,20
85:1,5,10,15,20,25
86:1,5,10,15,20,25
87:1,5,10,15,20,25
88:1,5,10,15,20,25
89:1,5,10,15,20,25
90:1,5,10,15,20,25
91:1,5,10,15,20,25
92:1,5,10,15,20,25

93:1,5,10,15,20,25
94:1,5,10,15,20,25
95:1,5,10,15,20,25
96:1,5,10,15,20,25
97:1,5,10,15,20,25
98:1,5,10,15,20,25
99:1,5,10,15,20,25
100:1,5,10,15,20,25
101:1,5,10,15,20,25
102:1,5,10,15,20,25
103:1,5,10,15,20,25
104:1,5,10,15,20,25
105:1,5,10,15,20,25
106:1,5,10,15,20,25
107:1,5,10,15,20,25
108:1,5,10,15,20,25
109:1,5,10,15,20,25
110:1,5,10,15,20,25
111:1,5,10,15,20,25
112:1,5,10,15,20,25
113:1,5,10,15,20,25
114:1,5,10,15,20,25
115:1,5,10,15,20,25
116:1,5,10,15,20,25
117:1,5,10,15,20,25
118:1,5,10,15,20,25
119:1,5,10,15,20,25
120:1,5,10,15,20,25
121:1,5,10,15,20,25
122:1,5,10,15,20,25
123:1,5,10,15,20,25
124:1,5,10,15,20,25
125:1,5,10,15,20
126:1,5,10,15,20,25
127:1,5,10,15,20,25
128:1,5,10,15,20,25
129:1,5,10,15,20,25
130:1,5,10,15,20,25
131:1,5,10,15,20,25
132:1,5,10,15,20,25
133:1,5,10,15,20,25
134:1,5,10,15,20,25
135:1,5,10,15,20,25
136:1,5,10,15,20,25
137:1 204:8,11

**1.4**   52:1,23 53:1
**10**   9:13 11:25 12:3
33:22 99:2 100:4
121:7 124:18
135:24 225:12
305:5
**10-03561**   1:6 2:8
**10-3561**   6:15
**100**   2:16 98:6
188:19 196:18
268:14
**100s**   20:21 162:16
**10:47**   55:5
**10b**   225:24
**11:03**   55:8
**12**   5:9
**12/10/2015**   370:21
**12:47**   137:2
**13**   4:14
**14**   204:17
**15**   122:14 201:4,6
273:24
**151**   5:4
**18**   242:5
**189**   4:12
**19**   4:13
**1:31**   137:5
**1d**   206:3
**1f**   206:16

**2**

**2**   8:7,21 10:7 11:22
135:23 210:5 211:2
251:24 360:25
363:2,12,22,23
364:25
**2.0**   161:8,9 173:2,4
173:10,16 176:8
**2.0.**   180:5
**20**   4:12 203:24
**200**   5:6
**2006**   12:7 14:7
287:1,11,20,23
338:15 341:15
353:25

Page 1

[2007 - acquisition]

**2007**  159:15 257:11 258:3 341:15
**2008**  18:24 27:16 159:15 257:6,12,22 257:25 258:3,8 264:3 288:7,7 345:18,24 346:3
**2009**  27:16 159:15 300:20,25
**2010**  5:9,9 229:18 362:4,18,20 363:15 365:2,3
**2011**  253:13 268:8 288:9
**2012**  253:13 268:8 288:9
**2013**  27:19 364:2,6 364:22 365:3
**2015**  1:15 2:17 5:5 6:1,6 151:6 369:14
**2189227**  1:24
**231**  4:12
**235**  4:13
**239**  4:13
**244**  4:14
**246**  4:14
**25**  4:13,14
**251**  4:6,15
**2d**  210:8

**3**

**3**  10:7,12 135:23 252:1,22 261:20 356:10 363:3,12
**3,000**  271:11,17 317:21 357:20
**3.4**  151:11,12,15,18 153:24
**3.4.**  151:13,25
**30**  1:12 21:24 43:20 185:5 234:7 365:22 367:12
**34-00089029**  5:10 361:1

**361**  4:5 5:8
**37**  126:4,14 127:8 128:17
**370**  1:25
**3:03**  209:24
**3:09**  210:2

**4**

**4**  364:19
**405**  3:8
**415.391.5400**  3:18
**415.773.4585**  3:10
**42**  361:18,19
**42042**  361:12
**46**  351:3
**482**  364:20
**4:00**  250:11
**4:05**  250:16

**5**

**5**  5:5 86:15
**50**  60:13 101:3 106:6,11 108:15 135:3,7,7,10 136:7 297:16
**5003**  5:15 7:19 185:25 230:14,16
**5014**  5:4 151:4,7,18
**5015**  5:6 199:24 200:1,4,24 201:23 210:4 221:17 222:22
**5016**  5:8 360:25 361:5 362:14 364:20
**512**  225:25 226:7,16
**5908**  1:23
**5:04**  306:13
**5:10**  306:16
**5th**  151:6

**6**

**6**  1:12 7:22 185:5 234:7 365:22 367:12

**60,000**  60:13
**601**  2:15 103:6
**633**  3:16
**6:15**  368:6,10
**6:30**  365:19,21 366:9,17 367:7
**6p**  41:4

**7**

**7**  4:5,15 5:15 8:6 10:7,17 18:24 230:20 252:19,20 252:21 355:25 356:5,8
**70**  21:20
**70/30**  21:17
**7705**  2:18 370:25

**8**

**8**  1:15 2:17 6:1 7:21 7:22 10:7,21 11:8 230:17 251:20,23
**89050**  5:10 361:1
**8th**  6:6

**9**

**9**  4:12 221:17,18
**90s**  291:10
**94105-2669**  3:9
**94111**  3:17
**9:50**  2:17 6:2,6
**9a**  221:18,19 224:14

**a**

**a.m.**  2:17 6:2,6 55:5 55:8
**abide**  173:20
**abigail**  3:7 7:4
**ability**  118:6 180:20 195:12 251:19 253:23
**able**  30:14 49:21 50:8,24 53:18 71:21 71:22 88:15 104:21 114:20,21 118:10 129:5 161:9,23 166:12,14,15,19

167:7 168:15 170:20,21 194:18 217:9 261:11 274:23 279:1,7 281:7 290:8,17 302:9 331:18 337:12
**absence**  319:16
**absolute**  85:19
**absolutely**  54:4 98:6 150:1,9 298:10
**abstract**  144:12 305:25
**accept**  35:22 36:1,10 36:16 167:17
**acceptable**  190:14 191:3
**access**  49:21 50:25 51:4,5,5 129:25 230:12
**accessible**  314:17
**accessing**  43:10 51:25 52:3
**accident**  304:5
**accomplish**  42:11 156:3
**account**  26:18 84:6 85:11 210:14
**accounts**  210:15 239:17
**accuracy**  25:20
**accurate**  26:3,11 80:7 193:7 319:21
**accurately**  25:24 79:16 333:11
**achieve**  201:25
**acknowledge**  249:11
**acquire**  42:7 50:13 50:20 54:16,24
**acquired**  12:8
**acquiring**  53:24 54:8
**acquisition**  12:12

**[act - anderson]**

act  292:13 331:12
action  142:5,17
  154:4 243:15,16
  272:11 370:16,17
actions  111:13
  141:16 152:1,19
  153:12
active  51:17,24 52:1
  52:12,20 53:1,11,25
  54:9,16,24
actively  120:10
actual  91:22 95:2,3
  118:2 119:20 132:9
  292:24 335:7
ad  76:8,11 83:22,22
add  262:21 292:2
  308:25 317:17
  318:1,11 321:19
  357:20
added  205:7 269:15
  271:6,11,18 272:7
  272:24 273:12
  294:23 299:5,8,11
  318:23 319:2
  357:21
adder  291:23
adding  271:8,13,14
  281:9,20
additional  184:24
  288:15 366:23
address  103:6 120:8
  122:8 356:5
addressed  178:7
addressing  121:15
adds  295:13
adhere  138:7
administered  370:6
adopt  19:15 45:22
  101:5 112:8 114:24
  117:16 120:6,14
  138:7
adopted  68:12 98:25
  116:21 117:23
  352:4

adopting  358:7
adoption  70:24
  112:12 133:17,20
  133:23 134:9,11,15
  176:5 331:4
adopts  61:3
ads  222:12 223:8,24
  228:9
advancement  14:8,9
advantage  218:14
  253:20 259:11
  321:23 331:2
advertise  104:2,5
advertisement
  104:15
advertisements
  104:7
advertising  14:25
  15:12,13,19 16:19
  17:12,16,21 18:7,12
  18:16 47:10,18,25
  48:12 49:8 85:13
  104:7,25 109:11
advice  298:12,13
advise  247:21
  298:14,15
advised  341:3,7
afa  159:24 162:12
affirmative  109:2
affirmatively
  322:12
agnostic  70:3
ago  11:17,25,25
  12:3 13:9 101:14
  111:23,24 112:17
  128:13 170:18
  196:12 205:16
  242:4,5 263:14
  268:1 271:25
  273:25 306:18
  317:8 341:16
agree  11:10 36:2,18
  37:5 59:19 86:15
  132:21 143:14
  145:2 151:25

152:18 153:11
  164:11 165:24
  212:3,10 233:6,8
  251:7 255:18,20
  266:15 267:12
  270:6 273:1 277:1
  277:18 291:18
  302:4,22 308:22
  346:21 366:1
agreeing  14:25
agreement  17:16
  18:12 20:22 82:10
  83:13 88:14 102:7
  109:13 140:10,14
  140:18,23 141:4,5,8
  141:15,21,23 142:4
  142:9,16 143:6
  144:3,7,11,15,22,24
  145:18 146:12,21
  146:25 147:3,9,23
  148:2,12,17,23
  149:2,13 150:8
  154:3 159:22,24
  160:16 236:17
  237:5 240:11
agreements  14:22
  15:3,4 16:18 18:1
  21:3,14,23 82:22
  99:10,21 100:1,3,9
  101:9,15,18,22
  102:12 112:18
  140:7 143:14 145:3
  145:12 146:8,11
  160:2,6 169:22
  170:6,13 236:16
  237:4
agrees  245:24

ahead  62:21 111:4
  175:22 222:24
  223:1
ahold  197:6
ahurst  3:11
algorithm  269:1
align  201:12
aligning  167:1
allegation  126:3
allegations  126:11
  126:11
alleged  284:23
allegedly  238:19
alliance  18:21,22,22
  18:25 19:5,10,13,18
  19:23 20:2 231:3,6
allow  42:8 176:6
  217:18 261:9
  296:21,24
allowed  305:13
allows  217:7
alphabet  279:21
alphabetical  203:11
  224:2
alternative  102:19
alto  1:14 2:16 6:1,13
amazing  171:21
amazon  163:14,18
  164:5
america  1:4 2:5 6:14
amit  207:10,11
amount  33:12
  136:15 148:1,3
  238:19
amounts  350:21
analogy  125:6
  320:24
analysts  31:17
analytics  118:22
  119:22 222:13
  223:8,24
anderson  3:15 7:6,6
  9:18 10:2,5,8 11:3
  11:10 15:2,20 16:6
  16:21 17:14,24

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**[anderson - android]**

18:10,18 19:7 20:9
21:5 22:2 23:13,24
24:21 25:6 28:3,8
28:15,20 29:7,15,21
31:5,13,19 32:1,7
32:17,21 33:2,9,15
33:19,23 34:7,12,17
35:2,9,17 36:3,7,20
37:7,22 39:9,15,25
40:11 41:7,25 42:12
42:19 43:4,12,16,25
44:9,16,20 45:7,18
46:7,23 47:12,20
48:2,7,17,24 49:5
49:12,19 50:2,15
51:7,13,18,22 52:7
52:14,18,24 53:6,13
54:1,10,17 55:19
57:7 58:13,19 59:3
59:14,21 60:5,18
61:17,23 62:6,16
63:11,21 64:5,12,20
65:14 66:13 74:8,25
75:12,16,23 76:16
77:5,16,23 78:9,15
79:3,12,24 80:4,16
80:20,24 81:4,15,19
81:25 82:19 83:6,19
84:9,23 85:4,15
86:11,21 87:7 94:8
94:15 98:9,17 99:22
100:10 102:10
103:20 105:4
107:11 111:2,10
112:20 113:5,18
114:15 115:4,18
116:11,17 117:4,12
117:25 118:19
121:18 122:18
123:9,25 124:11
125:1,15 126:6,16
126:21 127:10,17
128:3,20 129:1,10
129:17 130:18
131:16 132:1,19

135:12,18,25
136:10,22 137:9
138:25 139:6,19,22
140:8,15,24 141:9
141:18 142:7,19
143:4,17 144:8,18
145:5,14,17 147:1
148:20 149:5,16,25
150:16 151:1,19
152:11 153:6,22
154:7,11,15 160:4
160:18 161:5 162:4
163:16 164:6
165:15 166:3
167:14,22 168:4,12
168:22 169:6,14,23
170:9 171:6 173:12
174:1,8,17,19,20
175:1,16,23 176:9
177:2,17,22 178:12
179:2,9,22 180:16
180:23 181:8
182:19 183:6,23
184:5,15 185:1,18
186:8,11,22 187:22
189:12,24 190:7,16
191:6,14 192:8
194:22 195:14
196:10 197:16
198:5,10,20 199:7
199:16 206:22,25
207:17,22 208:4,10
208:16 209:4,8,18
210:9 211:1,13
212:5,13 213:20,25
214:9,19,25 215:16
215:22 216:6,16,24
217:16 218:8,15,23
219:9,20 220:6
221:6 222:25 225:1
225:19 227:1,17,22
228:23 229:3,7,12
229:16,22 230:4
231:15,23 232:2,25
233:11,16 234:12

234:17,23 235:8,11
235:17 236:6,11,20
237:8,16,23 238:4
238:13 239:2,13,24
240:10,19 241:6,12
241:16 242:1,9,13
242:20 243:4,18
244:9,17 245:7,16
246:2,11 247:5,19
248:15 249:13,25
250:4,24 251:9
257:9,16,23 258:11
258:17 259:22
260:7,19 261:2,10
261:18 263:4 264:7
264:24 265:7,19
266:1,20 267:2,21
269:18 270:3
271:20 272:17
273:4,15 274:6,15
275:1,11 276:7,23
277:7 278:8,16
279:12 282:11,24
283:16 284:6,13,25
286:1,9,17 287:2,12
287:22 288:24
289:6 291:3 293:11
293:21 294:11,16
295:8,18 297:1,22
298:9,23 301:8
302:2 303:4,18,25
304:12 305:3,18
306:1,8,11 307:21
311:12,21 313:4,17
315:7 316:15,21
318:3,14 319:18
320:6,17 322:8,16
323:7,24 324:8
325:1,21 326:6,17
327:3,12,20 328:6
328:16,25 329:10
329:22 330:16,23
331:13,25 332:22
333:17,21 334:7,14
334:24 335:8,19,24

336:7,19 337:7,15
337:22 338:12,22
339:4,14,23 340:7
340:15,24 341:5,11
341:21 342:4,11,16
343:6 344:1,23
345:20 346:6,18
347:18 348:11,25
349:17,20,23
350:16 351:1,5,19
353:9,22 354:5,16
355:12,22 356:8,18
357:17 358:3,19
360:7 362:1,16
363:16 364:4,10,17
364:23 365:7,13,20
366:1,6,11,20,24
367:2,8,13,20,23
**android** 5:4,8 8:13
9:16 11:23,25 12:3
12:9,11 14:19,20,24
15:17,18 16:8,9,20
17:8,8,13,23 18:9
18:17 19:4,11,15,16
19:17,20 20:14,25
23:12,14,18,19,23
24:3,7,13,13,18,19
24:24,24,25 25:5,10
25:20,22 26:6,22
27:1,7,23 28:2,6
29:6 30:23 34:16,19
34:24 35:14 37:4,15
37:17,21,24,25
38:12,20 39:21,23
39:24 40:2,3,9,10
40:18,20,24 43:23
44:7,10,18 45:10,17
45:20 46:5,9,11,13
46:14,21,25 47:2
49:17 50:14,21 51:1
51:2,6,16,24 52:1
52:13,20 53:1,1,11
53:25 54:9,16,24
55:11,15,18 56:16
56:18,19,22,23 57:2

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**[android - announce]**

| | | | |
|---|---|---|---|
| 57:6,11,12,15,16,17 | 143:6,15,19,20 | 231:8,14,22 236:5 | 311:10,18,18,19 |
| 57:24 58:4,25 59:1 | 144:15,16,22,24 | 236:19 237:7,15,22 | 312:6,10,25 313:13 |
| 59:7,8 60:3,7 62:5 | 145:3,4,12,13,21 | 238:12,17,24 239:1 | 313:24 315:5,9 |
| 62:15 63:9,12,13,14 | 146:9,10,12,14,25 | 239:9 244:16 | 316:2,10,19 317:5 |
| 63:20 64:4,11,15,19 | 147:9,10 148:8,13 | 245:15 246:1,9 | 317:18 318:1,2,12 |
| 65:8,16,23 66:2,3,3 | 148:17,19,22 | 247:4,18 248:18,20 | 318:13 319:16,23 |
| 66:16,19,19 68:11 | 149:12,19,22,23,24 | 249:6 250:23 251:2 | 320:5,15 321:5,18 |
| 68:15,24 69:4,5 | 150:3,4,7,8,8,12,14 | 251:2 253:6,7 | 321:19 322:5,15,24 |
| 70:9,13,18 71:5,6,7 | 150:14,24 151:4,11 | 255:16,17,22 256:2 | 323:1,4,6,21,23 |
| 71:10,14 72:20,24 | 152:3,21 153:14,21 | 256:3 257:7,11,15 | 324:7,21 325:6,12 |
| 73:3,7,10,13,19 | 154:5,14 155:2,16 | 257:19,21 258:2,7 | 325:18,20 326:5,15 |
| 74:7,10,18,24 75:21 | 156:13 158:17,21 | 258:10 259:20,24 | 326:24 327:2,6,7,8 |
| 76:4,24,24 77:3 | 159:11,15,21 160:8 | 259:25,25 260:2,5 | 327:11,19,21 328:2 |
| 78:2,20,25 79:2,23 | 160:24 161:2,7,8 | 262:2,3 263:3 264:4 | 328:5,9,10,11,11,15 |
| 87:14,18,21 88:6,17 | 162:19 163:2,5,21 | 264:5,23 265:17,25 | 328:18,20,24 329:2 |
| 89:9 90:16,22 91:3 | 164:13 165:2,14 | 266:4,19,22 267:1,7 | 329:3,9,21 330:4 |
| 91:8,13 92:14,16,22 | 168:17 169:1,11,18 | 267:9,10,11,12,15 | 331:17 332:21,24 |
| 94:19 95:16 96:4,8 | 170:8,14,19 171:18 | 267:17 269:14 | 333:15 334:5,13 |
| 96:12,15 97:4,10,18 | 171:23 172:2,3,8 | 270:1 271:9,9,12,15 | 335:17 336:6,22 |
| 98:2,20,23,25 99:5 | 173:14,18,24 174:7 | 271:18 272:15,24 | 337:17 338:4,9,20 |
| 99:11 100:15,18,21 | 174:9 175:14 176:4 | 273:7,12 274:9,18 | 338:21 339:11,22 |
| 101:5 102:7,16 | 176:15 177:4,15,15 | 274:19,23 275:4,4,9 | 341:14,20 342:3,23 |
| 103:10,16,19 104:3 | 178:6,25 179:1,8,20 | 275:14,24 276:6,21 | 342:23 343:9,17 |
| 105:3,19,20,23,25 | 180:1,5,11,15,22 | 277:6 278:13 | 344:10,20 345:13 |
| 106:2,4,7,15,21 | 181:14,23 182:6,13 | 280:11 281:18 | 345:18,22 346:15 |
| 107:2,9,10 108:8,9 | 183:4,8,18 184:4,9 | 282:2,22 283:3,13 | 347:9,12,16,25 |
| 108:11,16,19 109:1 | 184:13,24 185:6 | 283:19,23,23 284:1 | 348:1,3,9,15,16,21 |
| 109:14,24 110:11 | 186:20 191:1,21,25 | 284:2 286:8,16,20 | 350:1,2,3,22,24 |
| 111:20,21,25 112:9 | 192:1,2,2,7,11,12,14 | 286:25 287:10 | 351:13,17,18 352:2 |
| 112:10,13,15,19 | 192:15 193:1,9,23 | 288:6,6,10,23 289:5 | 352:3,4,6,7,13,15,21 |
| 113:4 115:8 122:17 | 194:8,10 195:11,19 | 289:19,20,20,23 | 353:8,11,17,19 |
| 122:21,24 123:13 | 195:21,22 196:1,4 | 290:3,25 291:1 | 354:4 355:16 357:7 |
| 123:21 124:7,15,25 | 197:2,14 198:3 | 292:18 293:6,19,24 | 357:10,15,20 |
| 125:4,4,21 127:3,7 | 202:18,21 203:7 | 294:10,21 295:5,13 | 358:18 359:15,18 |
| 127:9,16,23,24,25 | 206:5 207:14,19,25 | 296:6,19,24 297:6,7 | 359:21 360:11,14 |
| 128:16,18,24,25,25 | 208:8 211:6,16 | 297:7,20 298:6,7,21 | 361:24 362:14,24 |
| 130:16 131:3,15,25 | 216:4,21,21 217:1 | 299:16,20 300:19 | 363:2,11 364:1 |
| 133:11,14,16,18 | 217:12 218:13,16 | 300:24 301:4,22,23 | **android's**  35:8 37:2 |
| 134:15 138:3,4,13 | 219:7,18 221:1 | 301:25 302:16,17 | 258:8 |
| 138:14,15,19,21,23 | 222:8,13,21 223:3,4 | 302:20,24 303:3,7 | **andy**  12:19 27:15 |
| 138:24 139:4,11,13 | 223:5,7,13,14,16 | 303:21 304:3,9,20 | 29:18 35:7,10 341:7 |
| 139:14,17 140:7,13 | 224:1,3,5,11,13,16 | 304:24,24 305:13 | 341:17 342:12 |
| 140:23 141:3,5,7,14 | 224:20,23,25 225:6 | 305:16 306:19 | **annette**  3:4 6:23 |
| 141:15,17,21 142:4 | 225:7 226:11 | 307:5 308:14 309:1 | **announce**  11:13 |
| 142:6,9,16,18,22 | 227:13 230:25 | 310:15,18,23 311:6 | |

Page 5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**[announced - application]**

**announced** 54:23
95:4 111:24 112:16
196:11 221:20
**annual** 61:19
**answer** 17:17 23:22
25:18 30:6,14 36:4
40:13,16 52:17 66:1
80:6 82:21 83:9
92:21 94:4 98:13,14
124:20 125:12
126:9,25 127:14,18
128:22,25 129:5
132:4,12,12,13
139:21 141:22
147:11,17 177:7,9
182:22,23 186:8,13
187:18,25 188:1
189:15,17,18,24
191:9,13 194:5
198:23 217:6
231:25 232:5,12,16
232:17,19,21 234:6
234:8,16,16,18,21
235:1,2,6,9 236:8
236:10,11,24,25
239:7 240:3,4,5,17
240:19 241:7
243:22 244:19,22
244:23 245:6,7
247:7 248:2,3
249:14,15,16,17,18
249:24 250:18
251:13,14,15,19
261:21 264:19
266:5 308:21
314:23 316:25
317:8 320:10 324:5
325:24 329:15
333:10 334:8
348:20 350:13
366:16,22
**answered** 4:10
79:21 80:2 323:10
**answering** 35:23
36:2,12,17 79:15

123:11 181:11
323:9,19 329:12
**answers** 59:5 66:2
124:21 235:22
**anti** 140:13,22
152:10,14 153:5
159:23 160:2,5,16
169:21 170:6
324:24
**anwar** 187:9,11,13
**anybody** 29:13
75:20 89:11 98:12
163:10 180:14
202:2 231:13,21
243:1 259:15
293:20 349:13,14
**anybody's** 105:2
**anymore** 19:24 89:2
177:4 318:21
321:23 324:3
**anyway** 11:5 78:23
315:14,18
**aosp** 37:17 46:14,25
258:2 312:6
**apache** 161:8,9
173:2,4,10,16 176:8
176:18 177:25
178:15 180:5 257:8
303:3,6,8,10,16,21
303:22 304:3,5,11
305:1,14
**api** 125:14,17,19,23
126:5 160:24
190:15 191:4
255:23 258:9
259:10 274:4,12
281:11,12 295:20
295:21,23 296:12
297:15 309:3,4,16
310:14,17 313:25
314:19,25 319:4,7
319:20 321:14
324:11,17
**apis** 126:24 157:12
179:1,13 253:6,18

255:25 257:1
258:16,19,20,21,23
259:20,24 260:1,1,6
260:18,20,21,23
261:1,3,5,8,17,23
262:22 263:2 268:2
271:3,8,12,17 272:4
272:7,15,20,24
273:1,11 274:23
275:4,8,13 278:25
279:1,2,3,7 284:4
284:10,23 285:2,24
286:3,7,15,19
288:14 290:7 295:6
295:12,12,13 296:8
296:18,24 297:5,9
297:14,21,25
298:21 308:25
309:7,9,12,13 310:5
317:17,21 318:19
318:21,23 319:2,3
319:16 321:17,19
321:21,22 322:1,6
322:15,23 323:3,14
323:20 324:6,18
330:8 345:8 357:15
357:19,20 358:2,8
**app** 72:25 164:20,21
168:17 169:1 193:2
193:4,6,8 196:14,15
196:17 197:1,11
202:10 220:7,9
224:22 254:5,22
255:13,14 256:14
267:10 270:16,20
283:22,24 299:15
299:15,17,18 300:5
300:10 307:11,12
307:15 309:19,24
309:25,25 312:9,9
315:18 319:23,25
320:3,24 321:1,7,10
321:20 345:17
346:4,8,9 354:24
355:2,3,11 357:21

**appealing** 138:1
**appear** 43:7 152:15
369:11
**appearances** 3:1
**appears** 42:24
279:22
**apple** 77:10,11,12
77:14 78:2,7 238:8
**apples** 274:18
**applicable** 10:19
**application** 21:7,9
21:19,24 22:14
38:10,13,23 39:17
39:22 41:15,20 43:9
43:14 68:25 72:22
72:23 74:16 75:4
76:23 125:20,21
129:9 155:13,14
164:25 165:9 167:3
167:5,10 176:18
195:3 197:5,5
212:16 217:25
218:5 222:4 225:9
225:10 227:7,9
253:20,24,25
254:13 255:1,2,3,5
255:9,12 256:13,14
256:16,17,19,20
259:2,3,4 260:4
262:11 263:12,13
263:23,24 269:7
270:12,13 272:7
279:4 280:1 297:13
297:14 299:12
300:4,9 302:5
306:21 307:20
308:3 309:17 314:6
315:17 316:1,6
319:24 320:14,15
321:6 325:16
326:20 327:5,6,14
327:15 328:10,19
328:19 329:1,2
331:5,23 332:6,7,9
345:25 347:7,17,22

**[application - assume]**

347:25 348:3,23
350:12 354:11
356:14 357:13,25
**applications** 21:8,8
43:15 71:21 72:23
73:5 76:2,14,15,18
88:17 89:18 106:3,9
106:15,25 107:16
107:18 108:20,25
109:14 122:25
146:18,19 148:4
149:12 150:10
154:24 155:2,3
160:11 161:17
163:8 164:18 165:7
165:10,13,19,23
166:14,24,24
170:25 193:2,10,17
193:24 194:1,6,9,10
194:18 195:4,5,11
196:8,18,21 197:3
197:14 212:21,25
217:8,8,11,18,19,19
222:7 259:18 269:1
283:25 309:23
314:8 316:4,5 320:4
328:10 331:2,8,17
331:19 332:12
342:20,25 353:14
355:4
**applies** 73:1
**appointment** 104:14
**approached** 213:14
**approaches** 212:16
213:4
**appropriate** 108:23
173:17,21 183:11
183:15,17 184:21
184:22,23 212:11
304:14,25 312:4
317:13 344:11
**appropriately**
150:21 304:16
323:19

**approval** 215:3,6,6
**approvals** 211:24
212:4,12
**approximate** 20:16
32:20,25 33:12,18
51:16 135:2,17
**approximated** 20:20
**approximately** 12:5
53:1 100:4 112:24
318:25
**approximating**
170:3
**approximation**
20:18 33:5 135:3
**apps** 194:14 195:21
202:12 222:13
223:25 226:13,19
263:16 296:9,9
299:13 309:18
343:21,22 346:16
346:22,24 357:9
**april** 12:7 338:15
353:25
**arc** 192:18,19,21,24
193:1,3,4,9,12,16,17
193:23 194:11,15
194:19,21 195:2,5
195:13,17,19,20
196:1,2,9,12,14,17
196:19 197:3,6,10
197:13,19,24 198:2
**architecture** 123:13
202:11
**archive** 5:5 151:6
**area** 15:14 47:14
56:1 62:20 94:6
101:25 121:22
201:19 219:4
221:24 289:16
**areas** 56:18 60:25
65:3 67:3 128:7,8
136:19 192:16
332:8
**argue** 143:23 256:25

**ariel** 101:23
**arrangement** 81:10
233:21
**arrangements** 17:13
22:13 82:5 214:12
**arrive** 122:13
**arrived** 338:15
**article** 238:7 269:22
**articles** 269:20
**aside** 89:12 90:2
103:13 186:9
189:17 191:20,23
235:12 322:19
339:25 349:24
351:7
**asked** 16:23 17:7
28:23 29:22 46:24
124:18 147:2 172:1
180:11 198:17
209:5,19 239:10,19
240:25 246:14
308:16,19 310:6
316:24 317:8
323:10 329:14
**asking** 23:3 24:18
25:16,21 36:25
38:14 44:14 46:3
47:4 52:19 59:6,11
85:7,10 86:1 90:19
123:14 124:17
127:8 142:2,11
145:20 147:18
148:13,14,15
149:11 150:7
174:25 177:13
210:19,21 227:14
235:20,22 246:19
246:20 247:1,14
248:7,10,11,25
249:1,5 250:22
251:21 290:21
296:14 313:7
316:24 323:14
326:11 334:16,25
335:18 340:10

344:5 350:20 352:5
**asks** 261:16
**aspect** 134:23
**aspects** 97:23 116:7
143:19 146:14
251:23 337:4
**asserted** 231:14,22
236:5 271:18
273:12 285:24
286:7,15,19
**asserting** 250:22
277:14
**assertion** 231:7
236:18 237:6,14
238:11,25 239:22
241:3 244:15
245:14,25 246:8
247:4,16 249:19
308:22 346:21
**assist** 117:15 216:22
**assistance** 217:10
**assistant** 202:8
206:4
**assisting** 201:25
217:21 218:25
**assists** 217:4,5
218:13
**associated** 8:13
17:13,22 18:8 19:20
32:6 37:25 49:17
55:18 57:6,14 60:3
73:3 74:18,23 83:4
84:7 85:12 95:15
103:19 111:13
118:18 129:8
139:17 141:14
190:4 192:6 220:4
221:2 272:5 357:15
**association** 88:25
132:8 213:18
**assume** 25:23 34:13
35:14 36:25 37:12
145:19 187:9,13
201:6

Veritext Legal Solutions
866 299-5127

**[assumes - believe]**

assumes  280:15
assuming  185:25
  212:4,11 365:2
assumption  35:23
  36:11 270:5 274:5
assumptions  176:12
assured  35:14
at&t  82:18
attempt  137:25
attempted  356:4,5
attendees  362:5,6
attention  263:9
attorney  370:17
attorneys  1:11 9:22
  207:1,7
attract  165:23,25
attracted  353:7,11
attributes  203:6
audience  332:15
audio  6:16
author  187:14
authority  14:15
authorization
  285:25
auto  65:23 66:2,19
  100:15 101:5 102:7
  102:16 103:10,19
  104:3,6 105:3,13,19
  105:20,23,25 106:2
  106:5,7,15,21 107:2
  107:9,10 108:16,19
  109:1,12,14 127:3,7
  127:9 128:25 192:2
  192:11
automatically  103:9
automobile  100:25
available  30:2 71:11
  71:14 81:22 85:23
  110:14,20,21,23
  111:16 118:12
  156:17 157:6,9
  178:18 193:14
  195:25 197:13,14
  197:19 221:13,14
  222:4 223:5,7

260:22 262:23
278:3 297:25 308:6
314:20 342:24
346:9 367:7
average  135:20
avoid  9:19 139:4
  141:2 155:9 158:10
  159:21 164:4
  224:24
avoiding  153:21
  154:14
aware  27:8 28:25
  34:3 60:15 62:13
  75:1 87:19,21 89:12
  91:9 95:17,22 98:3
  98:4,5,14 99:19
  102:8,9 105:17
  126:2 129:19
  167:20 175:17
  178:22 181:19
  220:3 241:17
  257:14 269:17
  273:16 294:8
  299:22 303:1,14
  316:16,18 317:3,25
  318:10 322:18,23
  323:3,20 325:16
  327:13 331:15
  340:4 347:16,24
  348:9,14 353:6
awareness  134:15
  322:12

**b**

b  1:12 5:1 185:5
  234:7 296:2 365:22
  367:12
back  9:22 36:8 55:7
  72:6 79:14 89:25
  102:22 107:23
  108:7 130:21 137:4
  146:4 171:20 179:7
  197:18 232:18
  250:15 262:12,18
  263:5 275:18 287:1

287:10 291:10
293:7,14 294:9
297:21 298:7
306:15 312:3
358:15 360:22
background  256:20
backward  307:3
bad  103:16 107:25
  155:8,11 319:6,25
  320:1,3,13,16
balance  292:10
balancing  292:13
bang  95:10,13 167:4
bank  239:17
bar  42:8
bare  104:23
base  69:5 134:7
  173:18 183:9
  184:20 256:11
  270:23,24 284:12
  288:20 289:18
  290:18 304:15
  312:23 330:7
  347:13
based  14:24 83:17
  163:21 178:19
  180:3 227:13,16
  236:13 251:3
  260:14 279:19
  297:20 301:19
  309:4 314:19
  332:12 362:18,19
baseline  302:17
basic  120:4 251:20
  271:2 288:13
  347:10
basically  68:11,14
  102:23 106:19
  108:6 159:25
  161:12 169:25
  196:5 205:2 225:8
  291:25 300:14
  314:10 352:18
basis  119:9 176:5,7
  183:16 201:10,19

232:2,12 235:2,3
239:5,25 245:9
259:7 279:8 314:24
330:3
bates  5:7,9 361:11
  361:13
battery  3:16 319:6,9
  354:21
bay  62:20 101:25
  219:4
beautiful  171:19
becoming  13:8
beginning  2:16
  43:17 364:22
behalf  2:15 7:2,4,7
  8:18,21,24 47:5,8
  58:11,17 59:12,19
  143:11 148:14,15
  148:16 154:9
  185:13 234:7 252:9
belief  51:2 53:19
  77:21 78:6 82:3,4,9
believe  21:1,17 22:4
  34:8 38:9 42:20
  48:3 49:1,8,20 50:3
  67:17,20 74:4,21
  78:14 80:17,21,25
  81:9 83:8,9 94:24
  95:4,9 101:13
  112:22 116:2
  118:21 119:22
  120:3,14 124:4,18
  130:25 155:12
  157:23 169:24
  170:1 182:10
  185:23 188:2
  192:21 195:25
  213:21 229:18
  240:13,16,17 241:8
  244:23 268:2,17
  278:9 281:6,16,19
  281:20 285:19
  296:21,23 304:8,13
  305:1,15 310:8,8,16
  310:20,25 324:19

Veritext Legal Solutions
866 299-5127

**[believe - brillo]**

327:14 339:6
345:25 346:11
350:7 351:14
**believed** 305:8
**believes** 282:10
**bell** 182:2
**belong** 256:9,10
270:12,17,18
301:22 309:7 313:8
**belongs** 270:13,16
312:20
**beneficial** 50:24
71:4 134:12 176:8
178:9 179:6
**benefit** 49:17 50:1
50:13,20 71:13,17
72:4,7,20 113:4
129:15,20 130:10
130:25 131:7,8,11
132:15 133:14
134:14,16 144:5
180:8 262:23 297:8
297:12 307:25
**benefiting** 134:5
**benefits** 68:15 132:5
132:10 133:7,8,9
134:14 165:2
**best** 20:18 163:22
192:19 193:13
259:1,2 305:9 315:1
320:24 324:5 344:8
347:11 355:17,19
**better** 84:18 167:10
208:19,21,22
290:16 314:15
332:13 360:14
**beyond** 28:8,15,20
28:25 31:5,13,19
32:1,7,17,21 33:2,9
33:15,19,23 34:7,12
35:18 40:11 41:7,25
42:12 43:4,12,25
45:7,18 47:12 48:17
48:24 49:5,12 51:7
52:7,14,18 62:6,23

63:21 64:5 75:16
77:16,23 79:3 82:19
83:6 84:9 86:11,21
87:7 107:11 111:2
111:10 113:18
114:15 115:4
116:17 117:4,25
118:19 122:18
123:25 124:11
125:1,15 126:21
127:10,17 128:3,20
129:1,10,17 130:18
132:19 135:12,18
135:25 138:25
140:15,24 141:9,18
142:19 144:9
151:19 152:11
153:6 160:18 162:4
163:16 165:15
166:3 167:22 168:4
168:12,22 169:6,14
169:23 171:6
173:12 174:1 176:9
177:22 178:12
179:3,9,22 180:16
181:8 183:23 184:5
184:15 186:23
190:16 191:6
194:22 195:14
196:10 198:5,10
199:7,16 206:22
207:17,22 208:4,10
208:16 210:9 211:1
211:13 212:5,13
213:20,25 214:9,19
214:25 215:16
216:6,16,24 217:16
218:8,15,23 219:9
220:6 225:1,19
227:1,17,22 228:23
229:3,7,12,16,22
231:15,23 232:9
233:1 236:6,20
237:16,23 238:4,13
239:2,13,24 244:17

245:16 246:11
247:5 248:3 257:16
257:23 258:11,23
261:19 264:7
265:19 266:1
269:18 271:20
272:17 273:4,15
274:6,15 275:1
276:23 277:7
278:16 279:12
282:11,24 283:16
284:6 286:9,17
287:2,12,22 291:3
293:11 295:8 297:1
297:22 298:23
303:4,18,25 304:12
305:3,18 311:21
313:4 315:7 316:15
318:3,14 319:18
320:17 322:8,16
324:8 325:22 326:6
326:17 327:3 328:6
329:22 330:23
331:13,25 333:21
337:3,8 338:12,22
339:4,14,23 340:7
340:16,24 341:5,21
342:4,11,16 343:6
344:1,23 345:20
346:18 347:18
348:11 351:19
353:9,22 354:16
355:12 356:18
357:17 358:3 360:7
364:2
**big** 60:12 156:13
186:20,24 209:14
255:23 271:25
280:19 283:7
285:13 335:9
343:17 354:21
356:1
**bigger** 21:19 213:6
**biggest** 167:4,6
178:5 283:4

**bill** 88:18 89:5
**billing** 88:22 89:18
**billion** 51:11 52:1,6
52:10,23 53:1,5,11
53:16,25 54:9,16,19
54:20,24 137:8,16
225:13,25 226:4
**bionic** 124:5
**bit** 92:17 93:24 94:3
94:4,5 119:17 147:4
206:8 226:2 242:4
261:19 281:9 322:2
362:21,21
**bits** 114:1 285:14
**blimp** 225:16,21
**blog** 66:16
**bluetooth** 102:23
**boost** 283:3
**bother** 144:3
**bottleneck** 187:2
**bottom** 122:25
230:21
**bought** 291:9,11,13
**boundaries** 165:20
**bounds** 209:17
**box** 123:21 364:5
365:3
**boxes** 123:4 363:7
**brackets** 202:13
207:10
**brain** 350:22
**brand** 138:6,8
**brands** 156:2
**break** 55:3 67:2
203:20 209:7,16,19
306:5
**breakdown** 359:19
**breaking** 191:9
232:1
**brief** 182:9 216:8
**briefly** 186:10
188:20
**brillo** 68:10 69:9
114:12,23 115:2,6
115:12,13,17,20

**[brillo - case]**

116:2,10,16,20,21
116:23 117:2,7,14
117:16,24 118:13
118:18 120:14,22
121:4,10,21 122:16
125:14,22 126:20
127:1 128:24
129:16,20,24 130:7
130:13,24 131:12
131:23 132:23
134:22 136:8,14
**brin** 77:2
**bring** 10:1 130:25
347:1
**bringing** 19:11 45:2
138:5 210:23 222:3
336:24
**brings** 68:15
**broad** 69:5 197:18
255:25 350:20
351:24
**broader** 37:9 297:13
**broadly** 121:14
139:16 197:13,19
**browser** 277:16
314:18 328:17
**buck** 167:5
**bug** 308:5
**build** 30:8,11 32:8
32:12 45:21,23
46:16 53:17 69:8
93:21 103:24
120:15,19,21
129:24 130:7,23
148:4 149:11
150:10 156:9,19,21
156:23 158:16,20
160:7,10,22 164:19
164:23 166:8
168:16 170:21
171:12 202:8 206:4
224:20 225:9,16
279:3 288:18
289:24 341:25
352:25 355:3

**building** 16:10
29:25 40:21 45:10
102:18 104:10
156:1 159:11 163:1
164:21 165:10
170:1 224:25 269:6
354:20
**builds** 312:8
**built** 40:3 106:4
132:7 157:2,14,18
157:22 170:25
172:9 196:2 216:22
217:1 223:3 224:22
259:9 263:19,23
267:8,11 268:22,23
269:1 270:5 290:13
296:19 307:13
308:8 328:20 329:3
332:7
**bunch** 105:17 189:3
200:7 205:22
**bundled** 325:17,19
**bundling** 326:5
**burdened** 262:24
**business** 12:20
15:17,19 16:5,7,9
16:12 17:22 18:8
23:5,8,12,18,19
26:19,20 28:2,7
38:19 56:9,22,23,25
59:13 60:16,19 61:3
61:11 63:17 84:6
85:12 86:19 91:23
91:24 93:4,6,15,19
93:23 96:1 97:23
183:3,7 282:16
283:1,14 291:6,15
293:15 297:20
298:8,11 301:20
343:4,12 353:16
**businesses** 60:25
**busy** 203:13,14
204:4
**button** 42:25 300:12
312:21

**buy** 75:4 154:23
155:13 211:16
294:20 300:6,13,13
**buying** 226:6

**c**

**c** 6:3 192:25 202:14
202:15,16 353:14
353:14,15
**cab** 254:6,23,24
**cable** 88:20 114:3
**cairns** 67:15
**cake** 268:25
**calendar** 103:5
258:9 264:3,21
276:3,19
**california** 1:2,14 2:2
2:15,16 3:9,17 6:1
103:6 370:2
**call** 20:6 37:17
42:18 68:10 89:6
107:5 117:22 138:2
139:17 187:11
201:1 218:2 242:5
294:25 295:12
296:12,13 310:8
345:6
**called** 13:20 41:3,10
69:12 111:25 157:1
182:10,13 194:2
202:21 251:2 257:7
257:14 262:12
296:19 309:15,21
340:23 364:20
**calling** 93:23 254:24
**calls** 102:24 171:23
345:24 363:9
**camera** 171:21
354:21
**cameras** 172:4
**canderson** 3:19
**capabilities** 156:12
166:22 219:18
222:3 226:25
278:20 347:1,3

**capability** 43:10
171:15 219:22
299:11
**capable** 69:17
194:21
**capacity** 365:24
**capital** 33:13
**caption** 6:13
**car** 100:22 101:3,11
101:15,22 102:6,13
102:22 103:1,7,8
104:13,17,25 105:7
106:6,23 107:19,20
107:22 108:3,4,9,10
108:12,15 125:8,8,9
**car's** 102:24
**card** 75:3,6 91:23
**care** 111:7 114:6,8
149:23 150:2,3,14
150:18 315:22
**career** 14:10 17:9
27:10 265:12
287:16
**careful** 184:21,23
295:10
**carefully** 183:10
301:17 311:25
319:13 322:3
**carrier** 14:23 22:1
88:22 89:18
**carriers** 15:8,9
22:25 23:2,4,9 39:5
231:2,4
**carry** 112:4
**carrying** 230:10
**cars** 100:19,22
102:20
**case** 1:5 2:7 6:14,15
61:1,1 82:22,22
92:12,19 104:12
114:2,3 130:24
155:5,18,19 161:17
163:1 164:13
181:13 183:15,15
220:19 239:6

**[case - clear]**

285:24 286:7,15,20
293:13,13 297:3,3
298:14,14,16,16
299:1 305:8,24,24
314:16,24,24
332:15,15 336:18
337:14 340:12,18
346:25,25 356:22
370:12
**cases**   109:4 120:23
120:23,23 121:25
297:4 301:16,17
318:16 332:11,11
343:15
**catalyst**   138:22
**categorically**   150:3
**categories**   193:20
194:14
**category**   120:16
194:16
**cause**   42:8 50:6
141:17 142:6,17
152:1,19 153:12
321:22
**caused**   319:7
**causes**   243:23
**causing**   292:5 319:6
**caution**   28:22 126:7
182:20 186:11
243:5,20 245:17
247:19 251:9
325:21 349:20
**cdd**   156:5,22 157:18
157:19,22 158:11
158:13,25 161:19
163:6,24 168:16
172:9 289:24
**cell**   108:1 345:3
**center**   24:5,5
**ceo**   26:15
**certain**   22:9 31:3
80:9 81:8 82:6
105:15 118:24
138:8 147:14
171:22 195:1,4,5

205:23 257:2
262:20 264:13
270:9 279:21
298:20 318:19
319:8 332:10
346:10
**certainly**   11:9 31:11
45:5 60:23 73:7
85:17 86:8 104:4
106:10 108:21
120:13 133:8
134:14 136:2
138:21 143:25
155:8 161:6 162:13
162:18 166:6
173:17 181:4
217:10 228:10,18
228:20 233:7
238:17 258:3
260:12 270:18
279:16 281:3 282:6
289:7 291:4,19
294:4 295:13 299:2
302:24,25 304:21
319:24 321:19
322:1 332:3,5
345:24 351:24
352:19 359:21
360:10,13
**certainty**   337:23
**certified**   2:18 370:1
**certify**   168:11,21
370:2,15
**chain**   97:15
**chance**   50:4
**change**   109:18
182:15,18 183:22
261:7 262:20
268:18 303:9
320:14 364:20
367:9
**changed**   183:18
**changes**   138:19,22
178:19 293:7,18
294:10 298:6

319:16 322:5,14
**channel**   76:12 89:10
**character**   280:7
**characteristics**
194:20
**characterization**
121:17 145:22
302:4
**characterize**   121:20
130:20 147:20
148:6,23 153:9,9
329:24
**characterized**   115:2
**charge**   24:13,18,25
37:18 105:13,14,18
331:16
**charging**   63:14
105:6 134:2
**chart**   205:20,25
359:16,23 360:1
361:22
**checkmark**   364:25
**checkout**   219:6
**chew**   319:8
**children**   209:11
**china**   81:18,20,22
210:23 211:20,22
212:17,18 213:2,6,7
213:9 214:4,24
215:15,21 216:5,9
**chinese**   213:13
215:3
**chip**   68:20 218:7,9
218:14,17
**choice**   45:4 58:9
161:11,20 166:18
166:23 183:20,25
184:3 260:15
298:22
**choices**   184:8 195:2
**choose**   45:3,5
114:13 161:25
166:19 260:10,17
**choosing**   85:24

**chose**   173:2
**chosen**   184:8 350:7
**christa**   3:15 7:6
**chrome**   9:16 23:15
65:19 192:2,14
193:3,3,5,6,8,10,18
193:19,22,24 194:2
194:12 195:20,21
195:22 197:15
198:4 225:16,21
276:3,9,10,19 277:9
277:16 328:14,17
346:14
**chromebook**   199:6
199:14
**chromebooks**   194:3
194:13 198:9
199:11
**chromecast**   9:17
23:15 65:21 93:2
192:2,15
**chunk**   186:20
**circumstances**
83:11 84:5
**city**   369:16
**clarification**   10:9
123:14 157:20
206:10 296:1 307:6
307:7
**clarifications**   11:6
**clarified**   333:24
**clarify**   25:17 54:21
80:8 177:4,10 323:8
329:11 340:10
358:20
**clarifying**   59:5,7
170:11 308:17
**claron**   202:16
205:24
**class**   23:4 284:16
**clear**   45:15 47:17
48:14 90:5 223:12
228:6 232:22
234:22 367:2

Page 11

**[clearly - competence]**

**clearly** 87:9
**client** 115:3,8
116:23,24 225:17
**close** 129:4 196:25
263:9
**closely** 155:25
**closest** 61:8 74:10
**cloud** 222:14 223:25
276:3,19
**clumsy** 255:3
**code** 109:24 110:12
110:14,22,23 111:6
111:16 157:5 161:9
162:2 163:21
172:15,16,20,24
173:4,18,21 178:6
178:14,15,16,20
180:4 181:5 183:9
184:20 188:3
256:15 258:9
259:14 261:12,17
264:3 267:19
269:16,25 274:4
275:24 276:20
277:5 281:17 282:1
282:9 283:12
284:12 285:6,11
287:5 289:22 293:6
293:23 301:4 304:9
304:15 305:12
310:9 318:11,12
337:17 338:8
341:24 343:2,25
346:14 347:12
**coding** 324:3
**coffee** 219:5
**cogent** 312:1
**cohesion** 321:12
**coin** 199:22
**colleague** 251:25
303:8 333:5
**colleagues** 228:9
**collect** 74:17 75:2
119:1

**collection** 74:23
118:17 119:5 253:7
258:15,19,21
**collectively** 165:8
**colors** 166:21
**combat** 288:23
289:15
**combination** 69:24
172:13
**combine** 280:3
**combs** 1:23 2:18
6:10 370:24
**come** 39:3 103:6
105:11,16 106:10
130:5 135:20 172:5
180:11 200:11
215:7 226:7 232:18
241:11 244:25
245:1 248:12
251:19 253:10
255:11 261:9 295:6
350:8 351:25 357:6
358:15
**comes** 158:22
169:25 172:6 201:2
203:11 211:17
261:16 263:5,16
296:3 308:3,5
312:18 352:22,23
**comfortable** 283:9
**coming** 61:10 103:5
255:10
**command** 97:5
**commands** 69:23
**commence** 251:25
**comment** 142:24
**commercial** 120:23
331:21
**commercialization**
15:18 19:2 38:25
116:7
**commercialize**
30:12 74:22 96:20
113:3

**commercialized**
110:20
**commercializing**
15:23
**commercially**
115:15 190:14
191:3 221:13
**commitment** 177:19
177:20 178:2
214:17,23 215:11
216:10,13
**committed** 216:19
**common** 69:15 70:6
154:19 165:4,5
194:20 281:11
**commonality** 128:7
**commonly** 124:9
**communicate** 113:9
**communicated**
190:25
**communication**
110:2 233:3 235:13
236:1,23 239:5
241:23 242:7 243:3
243:6,7,17,23 244:6
247:25 248:1,25
249:15,18 251:12
**communications**
113:12 114:10,25
126:8 186:12,14
187:24 189:14
218:7 232:4 233:5
233:15 234:25
240:18 241:24
244:21 245:20
322:19
**communities** 358:1
**community** 176:7
177:20 178:3,4
179:7,17,21 180:6,7
180:7,8,9 283:2,8
283:10 293:8 354:4
360:13,14
**companies** 18:23
19:1,3,14 20:4

**80:14 87:5 95:12
136:18 217:11
224:21 254:2
**company** 12:19
30:24 31:11,15 34:6
35:1 45:12 46:18
47:1 48:4,16 49:1
60:12 88:20 201:8
201:12,18,25 207:5
223:16 224:19
228:2,5 234:7 236:3
251:2 252:9 256:5
261:7,16 262:4,10
262:18 270:25
298:1 305:7 327:25
330:6 340:22
**company's** 236:4
**comparable** 86:19
87:3
**compare** 318:23
**comparing** 274:17
**compatibility**
139:10,12 156:6,10
156:22 157:1,4
158:4,13,14 159:4
161:19 165:14,18
165:25 167:21
168:2,11,21,25
169:4,12,13,17
170:18,24 172:13
219:13 341:20
342:3
**compatible** 117:2,7
117:8,10 156:1,13
156:20,21 157:3,13
157:14,23 158:2,17
158:21 159:1,11
160:8,11,23 164:19
167:9 170:1 172:17
307:4
**compel** 251:22
366:18 367:22
**compelling** 104:12
**competence** 358:6

**[competing - conversations]**

competing  321:1
competitive  293:9
competitor  227:21
competitors  171:13
complain  209:18
  359:12,13
complete  53:23 54:7
completed  368:3
completely  172:7
  319:23 333:25
completion  156:25
  370:13
compliance  10:19
complies  156:24
component  68:18,19
components  68:5
comprehensive  8:8
  60:1 79:6
compute  274:7
computer  198:12,19
  198:23,25 199:1,15
  199:21 230:10
  256:7 257:4 263:6
  263:21 264:19
  271:4 301:19 309:5
  312:3 317:15 330:2
computers  193:21
  197:15 198:9 199:3
concept  30:22 85:2
  85:6 116:24 219:14
  253:4 256:12
  262:16 264:1
  265:10 270:17
  285:3,18 311:1
concepts  263:15
concern  229:6
concerned  356:15
concerns  10:13
  181:14 266:12
concluded  191:3
concrete  195:24
conditions  5:4
  150:15 151:5,11
confer  367:15,18

conference  250:13
confidence  129:6
confident  172:16
  173:8
confidential  1:11
  182:12
confidentiality  9:20
  206:23 207:2
confidently  158:16
  158:20
confirmation
  240:14
confused  147:4
  179:11 215:24
  255:6
confusing  57:1
  93:25,25 191:14
  224:8
conjunction  168:16
connect  207:24
  230:11
connected  269:9
connecting  69:17
connection  16:19
  20:24 34:3 45:17
  46:4 47:11,25 55:11
  55:14 74:7 76:4
  87:14,18 88:5 89:8
  91:3 102:7 104:3
  105:2 108:18 109:1
  109:13 114:7,7
  138:14 176:3
  195:13 211:11
  213:19 214:18
  216:14 246:10
  267:7
connects  129:25
consent  8:24 74:21
  209:3 310:11
consented  58:17
conserve  57:1
consider  23:4,8
  90:11,16 131:9
  135:21 217:21
  227:20 311:25

344:16
consideration  91:2
  99:13,15 100:8,13
  102:6 104:16
  105:16 109:12
  111:9 314:14
  317:13
considerations
  102:13 111:7
considered  319:13
  322:3 342:19
considering  56:17
  81:21 83:10
consistency  170:23
  321:12,13
consistent  110:25
  156:2 184:14
  206:19
constituent's  166:7
consult  156:7,10,21
  187:6 280:20
consultation  172:9
consulted  157:18,22
consulting  186:21
consumer  73:8 76:7
  292:13
consumers  71:16
  74:18,23 75:3,22
  88:15 131:8 134:2
  144:5 157:9 212:19
  359:13
contacts  276:19
  346:14
contain  333:15
contained  263:3
  267:18 268:12,16
  278:7 304:9,25
  369:12
contains  62:5
contemplate  113:10
  113:16 116:15
contemplated  89:3
contemplating
  90:22 96:6 104:8
  109:9 303:11

content  73:5 76:2
  88:16 235:25 243:7
contents  244:21
  245:19 249:11
  269:5
context  30:16,23
  37:9 38:8,16 132:12
  137:12 142:1
  179:16,17 214:7
  224:8 226:3 254:17
  276:4 282:22
  307:10 345:18
  355:1
continually  208:21
  278:14
continue  19:19
  114:22 235:19
  308:25 366:9
continued  317:17
continues  318:1,11
continuing  11:21
  204:8 210:4
contract  17:22 18:8
contrast  342:23
contrasting  212:22
contribute  293:7,14
  293:18,23,24 294:1
contributed  338:7
contribution  28:1,1
contributions
  167:17
control  77:3 106:22
  106:23 133:4 290:2
  301:25 329:9,21
controls  304:14
convenience  117:18
  117:23 131:4
conversation  38:9
  214:14 216:18
  254:17 266:9
  277:25 306:24
  333:4,5 336:15
  352:12,19
conversations  6:19
  83:25 104:6 116:3

[conversations - day]

159:16 215:5,8
298:12 311:9,14
316:18 317:4,9,11
340:5,11,18 351:16
354:13,18 355:21
360:19
**convince** 86:24
164:25 165:8
**cooperation** 197:1
**coordinate** 322:6
**coordinated** 322:14
**copied** 126:4 168:8
**copies** 280:8
**copy** 140:18 168:2
**copyright** 10:24
233:23
**core** 122:16,20
123:15,21 124:3,9
124:16,19 125:8,9
263:11,14 279:24
332:20,23 333:2,6
333:20 334:4,12,21
336:6,8 350:13
**corporate** 112:2,5,6
**corporations** 112:7
112:9,10
**correct** 8:18 10:8
39:6 43:6 67:24
75:15 92:15,23
94:16 97:14 114:17
158:11 167:15
189:23 190:1
202:20 203:1
206:12 249:8
252:23 257:8
264:16 266:16,19
267:24 272:24,25
276:22 282:15
287:11 303:24
317:22 331:9,10
337:16 339:13
340:14 341:10
348:6 353:8 361:25
365:20 369:13

**corrected** 369:13
**corrections** 369:11
**correctly** 79:15
189:1 277:13
308:18 329:16
**correspondence**
10:22
**corresponding**
110:22 279:4
**cost** 24:5 71:7
132:18 138:5,11
176:5 226:6,25
291:23
**costing** 135:5,8,10
**costly** 164:22
**costs** 291:21,21
**cough** 203:24,24,24
**counsel** 3:22 6:11,20
7:9 9:18,25 17:6
126:8 182:21
186:13,14,17
187:25 189:14,23
190:5 200:11 232:5
234:13,18 235:1,14
236:1,23 239:5
240:2,15 243:24
244:21 245:20
247:20,22,25 248:2
249:15,18 250:12
251:12 306:2
349:18,21,24 351:4
355:23 365:13
367:23
**counter** 15:1
**counterpoint** 87:1,4
**counting** 51:12
**countries** 109:6
**country** 104:18
**couple** 11:16 97:19
156:4,4 294:14
306:4
**coupons** 13:4
**course** 9:22 37:3
50:7 117:13 173:20
187:23 266:6 280:6

292:4 367:19
**court** 1:1 2:1 6:9
7:10 146:3 175:4
232:18 361:3
**covered** 61:16
**covering** 356:1
**covers** 364:2
**crashed** 119:24
**crawling** 281:4
**create** 71:23 166:12
173:15 260:4
297:25 302:12
330:11 331:7,16
**created** 11:12 143:8
143:8 164:3 277:22
278:21 281:17
296:8 306:21 316:2
346:15
**creates** 343:25
**creating** 57:4 168:3
285:22 331:18
334:22
**creation** 142:10
143:6 152:5,23
153:16 335:2,7
341:19
**credit** 75:3,6 280:11
**cross** 114:25
**crosses** 165:20
**csr** 1:23 370:25
**cts** 157:2,17,24
158:11,13 161:19
162:12 163:6,24
167:12,16,16 168:3
168:10,14,20,25
169:4,11,16 172:10
172:17 289:25
**curated** 195:6
**current** 40:9 90:21
95:4 181:16 183:17
340:6 359:18
**currently** 14:22
22:13 34:4 51:17
104:8 105:16
115:12 174:15

181:23 203:4
**curved** 171:20 172:3
**custodian** 200:12
**customer** 58:5 72:13
106:14,17,18,24
148:9 154:21
210:13 212:23
319:10 332:3,4
**customer's** 58:9
**customers** 30:13
45:24 53:8,18,19,19
54:12 58:6 71:17,25
72:8,12 85:21,22,23
132:6,16 138:2,10
155:12 202:23
208:23 226:4 262:8
292:12 320:1
352:25
**customizable** 40:3
**customize** 45:22
161:15
**cut** 21:11 73:8 84:17
89:15 90:16 220:1,5
221:5
**cv** 1:6 2:8 6:15
**cycle** 165:22 292:8

**d**

**d** 4:1 6:3
**dalvik** 198:3
**danger** 12:19,20
**dangerous** 108:2
**data** 42:8 74:17,19
74:23 75:6,7 118:16
119:5 209:3
**date** 73:16,20 203:2
242:1,4 296:6
362:18,20 370:18
**dated** 370:21
**dates** 18:25 201:1
**david** 97:6
**day** 119:9,9 233:15
365:16 366:12,20
369:14

**[days - detail]**

**days** 19:17 43:20
70:21 110:8,9 116:3
118:4 120:12
159:13,15 171:11
204:3 262:9 341:13
352:2,12
**dcb** 89:17
**de** 148:3
**deal** 78:1 81:21 82:8
91:1 143:21,25
271:25 283:7
292:16 315:3
**dealing** 22:24 23:1
78:1
**dealings** 31:21
191:23 354:11
**deals** 91:12 92:14,22
93:9,13 94:13 97:22
**debating** 120:10
**december** 1:15 2:17
5:5 6:1,6 151:6
188:18
**decide** 106:24
108:22 116:21
120:18,24 121:1
132:24 156:11,19
156:20 164:9
166:23 186:20
302:6 309:6 313:12
313:20 314:11
343:12 344:17
347:5 358:11
**decided** 96:19 101:4
160:22 164:15,17
344:10,15
**decides** 39:7 43:23
44:2 129:24 130:6,7
160:7
**deciding** 84:6 85:11
156:9
**decision** 28:11 83:4
83:22 183:9 184:10
184:21,23 262:18
282:16 283:1,14
293:16 297:20

298:17 343:5,12
353:20
**decisions** 83:24
121:16 186:25
187:2 298:8,11
301:21 309:3
312:24 329:25
338:16 354:1
**decks** 333:7
**declare** 369:9
**declared** 34:23
**deem** 118:24,25
**deemed** 111:14
201:14
**deep** 192:20 358:12
**default** 43:24 44:3,8
44:19 45:6,16 46:4
46:21 77:4,10,15
78:8,20,21 79:2,23
117:11
**defendant** 1:8 2:10
2:15 3:13 368:1
**defensive** 130:14
131:12
**define** 12:1 65:1
90:17 122:20
125:19,23 139:7
155:7 194:20
198:11 199:20,20
**defined** 202:12
**defines** 149:2
**definition** 143:22
156:6,11,22 158:14
260:21 263:24
294:1 295:2,20
304:3 325:7 333:12
**definitively** 100:7
**delicate** 292:10
**delight** 30:13 45:24
53:18 208:23 209:2
**delighted** 72:9
**deliver** 109:24
300:11
**delivered** 259:12
300:11

**delivering** 56:13
57:4
**demand** 248:11
292:13
**demanding** 246:7
247:2,15 248:13
**demands** 246:20,22
**demo** 196:13
**department** 25:23
26:8
**depend** 84:21 311:2
324:11 347:3
**depends** 12:1 20:10
37:8,13 40:4 42:2
65:1 67:4 83:24
90:13 104:18
106:13 110:4,16
124:2 137:12 199:9
217:5 270:22 308:9
311:4,4 332:2 333:8
333:9 345:1,14
358:5
**deploy** 45:22
**deployed** 30:9 259:9
283:5 289:19
**deploying** 96:15,16
134:24
**deployment** 96:25
**deployments** 97:17
**deponent** 6:8
**depos** 43:18
**deposed** 340:1
**deposing** 365:23
**deposition** 1:12 2:14
6:7,12 7:20,23 8:2
11:13 17:4 102:2,3
151:7 200:1 252:21
349:10 361:5
365:25 366:19
368:2,5 370:12
**deprecate** 318:18,19
319:3
**deprecated** 301:5
318:24 319:2

**deprecating** 322:1
**derive** 113:3
**derived** 152:7,25
153:18 189:14
191:17
**derives** 182:21
**describe** 128:5
195:10
**described** 158:10
161:18 170:17
281:16 300:18,23
**describes** 158:25
159:24 361:24
362:14
**describing** 67:3
123:12 168:7 201:7
333:19
**description** 8:8 60:2
270:7
**design** 271:3 272:2
272:3,5 274:8 318:6
355:16,19,19
356:22,24,25 357:2
357:4
**designate** 9:21
207:6
**designated** 10:6
207:1,4 252:8
261:21
**designation** 252:21
**designed** 155:24
164:4 168:10,14,20
**designee** 1:13
**designing** 156:8
**designs** 166:22
**desire** 49:20 165:4
358:11,11
**desired** 160:21
**desires** 166:8
**desiring** 58:7
**desktop** 193:21
197:15 198:19,22
198:25 199:1
**detail** 100:6 188:14
194:25 254:3

**[detail - differentiated]**

299:24 345:2
**details** 16:25 22:12
77:19 111:12
126:24 127:13,19
180:25 182:4
203:17 222:2 268:2
311:23 341:16
345:15
**detecting** 290:14,16
**determination**
183:14 194:25
298:20 315:1
330:10 344:13
346:25 347:4
**determine** 161:22
284:22 313:9,11,14
344:8
**determined** 342:7
342:10
**determining** 338:20
**develop** 260:23
286:25 290:15
297:9 356:17
**developed** 117:15
155:24 169:17
296:19 300:8
337:21 338:10
353:20
**developer** 14:24
21:19 76:24 147:22
149:10 167:3 176:7
195:3 197:1,5,10
221:19 222:6,9
223:17,18 224:15
225:3 255:12
256:14 260:5,15
271:7 297:13,15
300:4 302:5 319:11
319:23 320:25
321:7 354:4 355:2,6
357:21 359:17
**developer's** 147:25
**developers** 5:4 21:7
38:13,23 72:22,23
73:1 125:18,23

141:16 142:5,17
146:13,15,21
147:13,15 148:21
150:9 151:5 154:4
157:9 164:25 165:9
165:25 167:10
176:19 177:1
192:22,22,25
193:13,14,15
218:14,17 222:4
223:6,7 224:22
225:9,10 253:19
260:22 262:23
272:8 288:12
295:21 299:12
302:10,11 309:17
318:20 319:8,12,25
320:3,14 321:2
353:7,11,13,17
354:11,14,25 355:3
357:13 358:1,6
**developing** 96:14
134:23 222:7 263:7
278:24,25 279:3
353:7
**development** 91:24
93:4,6,15,20,23
96:1 97:17,23,25
110:17,18 117:14
117:14 152:6,24
153:17 157:8 225:8
227:7,9 256:8
265:16,24 266:4
287:10 298:21
352:6 353:12
355:11 356:14
**developments**
296:22
**develops** 343:3
**device** 13:3 39:24
40:8,8,10 71:22,23
88:17 114:25
115:11 118:9
119:24 120:18
129:24 138:9 156:8

156:9,12,20,21,23
157:1,7,10,12,17,18
157:22,24 158:1,2
158:17,21 161:21
163:9 164:8 166:10
166:11,13,25
171:19,25 172:3
193:10,20 257:11
258:1 259:6 269:3,5
269:9 280:19 281:2
281:24 288:6
289:24 290:2,3,14
291:8 297:10
310:11,13 314:1,9
345:23 354:22
359:11
**devices** 8:11 14:24
15:23,25 40:4,14
45:2 51:17,24 52:1
52:2,20 53:2 69:8
69:13,16,19,22,24
70:4,7 71:17,18
72:1 78:20 79:2,23
80:11,15 84:8,15
98:2,19,22 99:4,7
113:9,11 114:21,21
118:7,7 119:11,15
119:23 120:12,15
121:25 131:14
132:23 146:17
155:15 159:11
160:8,23 163:21,22
163:23 165:5 166:9
166:20 167:8
168:16 170:1,24
171:3,12 172:8
181:7 192:6 193:19
193:22 203:13
207:23 211:20,22
226:6,13,14,21,25
227:12,15 228:12
238:18 279:19
283:6 291:2,16,22
292:10,17 294:21
297:16 308:6 314:9

315:21 319:6
346:10,10 352:25
359:13,18,19,25
**diagram** 123:8,16
123:20 124:3 128:5
345:11
**diagrams** 123:4,7,12
123:15
**dictate** 83:13
**dictionary** 280:19
281:2,24
**diet** 226:19
**difference** 108:12
214:14
**different** 11:15
16:23 18:3 23:18
38:7,21 39:20 40:14
43:18 51:24 60:24
60:25,25 101:17,18
105:12 113:22
123:15 124:21
128:6 140:2 162:22
165:6 166:19,20,21
166:21,21,22
171:14 172:6,7
180:3,3 181:17,20
198:15,18 199:10
199:12 205:6,9
212:17 213:1
246:15 255:14
258:16 273:3 289:3
289:4,4 292:17
294:21 317:2,17
325:5 333:25 363:8
366:5
**differentiable**
170:22
**differentiatable**
170:22
**differentiate** 171:5
181:6 199:4 294:25
295:3 315:19,20
316:23
**differentiated** 166:9
166:13 171:13

[differentiated - e]

173:16
**differentiating**
171:3
**differentiation**
172:12
**differentiations**
173:6
**differentiators**
119:20
**differently**   289:19
**digital**   193:21
300:15
**dimension**   289:14
**direct**   75:7 88:21
89:17 103:12
129:19 130:10
133:4 337:18
**directed**   231:1
**direction**   84:1 109:2
109:4 277:13
356:25 370:8
**directionally**   296:14
**directly**   17:5 49:18
50:13,20 57:6,9,10
57:11 67:9 72:13
97:6 99:23 116:13
129:15 219:19
246:21,22 255:9
271:14 341:22,25
**director**   14:3
**disagree**   35:16 36:2
36:18 37:5 131:19
145:21 251:17
**disagreed**   134:4,7
**disambiguate**   318:5
**disciplined**   330:1
**disclose**   126:7
186:12 243:6
**disclosed**   178:16
**disclosing**   233:4
**discover**   69:13
121:5 232:16
**discuss**   27:4 28:23
159:4 216:3 233:17
233:24

**discussed**   29:13,18
56:25 89:24 106:8
213:17,23 214:1,3,8
268:3 288:14 308:1
308:10 311:16
349:16 366:2,7
**discusses**   63:9,20
64:4,11,14,19 65:8
66:10,11
**discussing**   10:18
75:20 87:6 128:19
186:9 235:19
**discussion**   26:25
62:5 71:16 72:7
215:19 220:10
243:5 287:21
**discussions**   95:5,8,9
115:19,22,24 116:5
121:1 203:9 204:6
216:8 338:10
**display**   107:19
**displayed**   254:18
**dissatisfying**   83:9
**distillations**   201:17
**distinct**   68:8
**distinction**   23:21
58:21,22 223:11,13
262:2
**distraction**   104:17
104:19
**distributing**   152:4
152:22 153:15
**distribution**   222:14
223:25
**distributions**   178:5
**distributor**   89:11
**district**   1:1,2 2:1,2
**ditto**   66:19
**diversity**   166:25
**division**   1:3 2:3
**divulge**   240:18
245:3 249:11
**divulging**   244:24
247:8

**docomo**   81:14
**document**   7:22
24:20 63:25 64:9,17
66:9,10,22 156:6,7
156:10,11,22
158:14 159:25
185:24 186:1 200:8
200:12 201:4,7,9
204:22 205:8
210:19 216:12
242:16 249:20,23
250:2,21 360:25
361:10 364:12,14
366:9
**documentation**
158:24,25 163:19
**documented**   261:5
359:9
**documents**   24:22
64:1,13 65:6 66:10
66:23 185:12,19,22
333:7
**dogfood**   221:9
**doing**   25:23 26:10
27:19 39:20 41:17
41:24 42:3 58:7
69:18 84:16 86:3
104:7 109:16
121:13 136:20
154:20 160:13
162:2,9 163:7,11,15
164:4 181:16,18,19
203:14 212:6
216:19 220:17,20
224:23 243:24
266:7 274:9 301:18
305:9 312:2 320:19
354:19
**dollar**   136:3
**dollars**   33:4,20
136:15
**dominates**   148:4
**door**   219:2
**download**   110:3,15
154:23 155:14

212:20 307:12
314:8 327:15
**downloaded**   300:10
**downloads**   157:7
212:24
**dozen**   112:25 113:1
**dozens**   162:16
169:21 170:3
**draw**   107:18 254:1
254:5 256:21
260:12 279:17
296:4 309:17
312:21
**drawn**   253:24
**draws**   279:19
**drive**   131:15,25
222:13 223:25
**driven**   154:20
**driver**   104:17,21
106:19,20,24
107:18 115:8
**driver's**   106:19
**drivers**   69:6 131:3
133:13 345:4,7,9
**drives**   102:18
130:15
**driving**   103:23
107:24,25
**due**   248:7
**duly**   7:13
**duplication**   94:5
**duties**   9:15
**dutifully**   280:8
**dvd**   109:16

| e |
| --- |

**e**   4:1 5:1 6:3,3 10:10
11:16 182:3,8,9,11
182:12 186:2,6
187:7,14,16,20
188:4,6,8,12 189:2
189:7 191:20 199:1
200:18 248:6 269:7
269:8 296:2 315:17
315:18,20 316:1

**[e - entirety]**

326:21 331:22
332:9
**earlier** 23:6 57:1,12
57:21 61:9 72:7,22
90:12 93:21 102:17
113:8 115:25 118:3
129:23 143:20
161:18 172:2
179:25 199:19
223:14 253:4 266:9
268:3 270:7 287:17
288:8,21 289:25
290:11 292:21
306:6 308:24
309:20 324:23
341:23 365:18
**early** 12:24 19:17
27:16 110:8,9 116:3
118:4 121:22 159:7
159:13,15 171:11
202:24 203:8,9
204:2 215:5 341:13
352:2,6,12 359:25
360:16
**earn** 57:5 63:3,10,19
64:3 72:15,19 73:2
74:6,9 76:15 105:2
129:8
**earning** 34:10,15
76:3
**easier** 86:8,24 165:8
281:22 361:3
**easiest** 41:23 279:2
**eat** 86:13,14
**economic** 49:16,25
50:13,20 99:16,17
100:8,13 102:6,12
109:11 113:3
129:20 136:9
**economically** 72:20
129:15
**ecosystem** 30:1
37:21,25 38:3,4,10
38:13,15,20 39:7
43:23 103:17

146:17 158:18,21
159:21 161:16
162:1 164:18,20,21
165:13,19 166:15
168:18 169:1 170:8
170:14 230:7 320:1
353:16
**edge** 171:19 293:9
**educate** 349:14
350:14
**educated** 159:12
352:14
**educating** 15:25
355:1
**education** 158:23
159:8,14
**effect** 37:1
**effectively** 178:10
**efficient** 41:23 222:6
262:21 271:8
302:12
**efficiently** 228:19
280:3
**effort** 67:7,22 68:3,4
70:8,12,14,15,17
97:10 121:12 187:1
225:16,21 226:18
303:1,14,20 304:4
321:3 322:18
**efforts** 67:25 68:9
176:6 216:8
**eight** 341:15
**either** 50:13,20 57:5
82:17 86:6 95:14
97:17 116:13
121:16 129:15
163:10,11 175:3
198:2 204:4 206:2
219:19 234:5,15
240:16 251:17
342:6 343:22
**elect** 260:25
**electronically** 110:1
**elements** 56:25
222:9

**eligible** 194:11,14
**else's** 78:4 123:7
231:13,21 260:13
**embarked** 343:20
**embedded** 107:6,10
107:13 108:6,11,16
108:18 109:1,14
127:6
**embodied** 260:6
309:10
**emerging** 138:2,6,20
138:21 226:5,23
227:21
**emphasized** 171:2
**employ** 53:10 54:15
**employed** 9:3
**employee** 71:8
370:16
**employees** 56:14
60:13 62:22 63:3
72:16,17 117:20
221:13
**enable** 88:23 103:1
296:8 300:6
**enabled** 268:11,15
307:2
**enablement** 268:19
**enables** 69:13 70:1
106:2 195:20 272:7
300:13 309:16,23
**enabling** 299:14
**encountered** 187:4
**encourage** 112:8
355:7
**encouraging** 360:16
360:17
**ended** 315:17
**ends** 67:11 262:18
**energies** 165:9
**enforcement** 230:17
230:23 233:8
**enforcing** 166:6
**engage** 41:16,22
298:12 356:14

**engaged** 72:9
203:16
**engine** 125:9 282:20
282:22
**engineer** 197:8,8
335:20 349:3
**engineering** 105:13
119:19 182:15
186:2 278:23 321:3
335:21 349:3
**engineers** 124:19
133:15 159:3
**enjoy** 230:8
**enrich** 281:8
**enso** 182:1,7 186:3
187:14,19 188:3,3
189:7 191:21
**ensure** 111:17
155:17,19,25
156:23 157:2 158:4
158:16,20 165:18
168:15,25 169:4,13
169:17 170:7,13
173:7 183:17
197:10
**ensured** 172:12
**ensuring** 25:20
158:5 321:11
**enter** 42:8
**entered** 112:18
170:6,10,12
**entering** 16:18
25:12
**enterprise** 65:4,13
66:20 111:21
332:11
**entice** 96:7
**entire** 59:12 81:7
127:24
**entirely** 8:4 19:8
22:3,4 95:11 160:6
305:22
**entirety** 142:1
285:16

**[entities - facilitating]**

**entities** 79:7 104:4
  149:4
**entitle** 249:23
**entitled** 232:15
**entry** 280:9
**enumerate** 60:10
  68:6 313:21
**enumerating** 99:2
**enumeration** 314:21
**environment** 212:17
  213:1,3 225:8
  272:16 277:6
  353:16
**eoq** 201:6
**ephemeral** 202:12
**equivalents** 279:6
**eric** 34:23 35:20
  36:22
**especially** 176:3
  263:8
**esq** 3:4,5,6,7,15
**essential** 124:24
**estate** 62:14,18 63:4
**estimate** 162:15
**ethernet** 113:24
  114:2
**evaluation** 190:13
  191:2
**evening** 366:17
**event** 11:11 235:18
**events** 118:24
  280:24
**eventually** 103:23
**evernote** 196:13
**evolve** 134:18,19
**exact** 18:24 20:15
  73:16,20 94:4 99:3
  135:1 200:8 242:3
  321:16
**exactly** 13:13 15:13
  27:18 81:10 121:19
  153:9 166:10
  178:16 200:6
  205:12 206:1 218:2
  221:24 276:13

302:23 326:1
  335:11
**examination** 4:4
  7:16 252:2 361:7
**examine** 11:15
**examining** 11:14
**example** 15:24
  62:17 64:23 65:3,9
  65:12 71:2,5 75:22
  79:10 81:9 90:18
  94:22,25 101:22
  104:11 106:1 110:8
  113:10,14,22,23
  115:10,11,13
  119:23 121:7
  127:25 128:19
  164:15,16 171:19
  177:21 180:5,10
  195:24 196:16
  206:15 211:16
  213:5,14 214:13
  217:24 228:11
  237:20 238:7
  253:21 254:19,21
  255:8 258:25
  262:11 269:6
  270:14 280:5
  281:13,15,21,23
  282:8,13 283:20
  289:3 290:11
  291:11 293:19
  294:17 296:11,23
  299:13 300:7,14
  309:20,22 310:5,7
  314:2 331:23
  334:18 335:1 336:5
  336:9 338:11
  343:17 348:22
  350:11 355:15
  356:21 357:4,5,14
**examples** 97:19
  118:5 158:7,9,12,15
  193:22 220:11
  223:9 271:17 272:2
  294:14 301:9,13,14

309:13,13 310:4,6
  315:15 333:20
  343:19 355:15
  356:21
**exchange** 69:22 86:3
  122:2 213:12
**excited** 356:23
**exclude** 121:16
**excluded** 122:7,9
  134:9
**excluding** 134:1
**exclusive** 117:17
  118:14 201:15
**exclusively** 131:18
**excuse** 84:12 137:9
  203:19
**executed** 369:14
**execution** 256:15
**executive** 304:19,23
  305:15
**exert** 329:8,21
**exhaustive** 192:10
  268:5
**exhibit** 5:4,6,8,14
  7:19 151:4,7,18
  185:25 199:24
  200:1,4,24 201:23
  210:4 221:17
  222:22 230:14
  360:25 361:5
  362:14 364:20
**exhibits** 5:2,13
**exist** 19:5 144:24
**existence** 62:4 63:8
  63:18 253:11
  288:22
**existing** 113:15
**exists** 125:5 142:9
  143:7 145:18 164:8
  217:22 219:1
  249:20 299:24
**expect** 31:3 32:5,11
  49:16 71:13 72:4,19
  73:2 83:17 89:22
  262:9 354:15

**expectation** 154:25
  155:13,16
**expectations** 31:8
**expecting** 122:12
**experience** 53:21
  58:5 72:1 181:3
  212:22 213:10
  226:17,21 255:4
  262:13 271:7 347:2
**experiences** 71:23
**experiment** 197:20
**explain** 92:24,25
  107:14 110:6
  195:18,18 223:2
  319:12
**explained** 130:24
  173:23 292:21
**explaining** 352:15
**expressed** 180:14
  181:13 259:2,3
  315:4 316:11
  330:15
**extensively** 128:15
  143:22
**extent** 25:1 28:22
  102:22 182:11,20
  187:23 189:13
  232:3 234:24
  236:21 239:4 240:1
  244:20 247:23
  251:10 302:9
**eyes** 1:11 9:22 207:1
  207:7

| **f** |
|---|

**face** 153:1
**facebook** 224:21
  267:10 270:16,20
  283:20,21,22,24
  312:8 316:6
**facebook's** 270:17
  270:19
**facilitating** 287:10
  287:14

**[fact - form]**

fact   27:5 59:8 78:11
  81:13,16 82:1 95:24
  126:10 136:18
  157:3 158:13
  160:23 169:3
  172:15 178:3
  187:17 213:23
  217:6,22 224:20
  226:12 232:13,14
  232:16 234:5
  249:22 265:11
  313:15 321:21
  339:25 359:16
  365:1 367:9,21
factor   71:20 84:11
factors   83:3 84:4
  85:11 357:6
fail   157:15,25
failing   176:21
  298:25 303:12
fair   23:11 121:17
  190:11 297:19
  319:15 357:16
familiar   17:15 18:13
  39:14,18 57:11
  62:23 63:13 68:17
  68:19 69:4,7 78:3
  81:8 85:2,5 88:9
  89:19 107:9 117:20
  126:10 131:2
  133:16 200:16
  222:1 257:18 265:8
  265:11 285:3,6,10
  285:14 297:10
  323:25 325:19
  330:17,25 340:25
familiarity   71:20
  273:19
far   29:1 35:24 36:13
  89:13 99:8 283:21
  309:14 360:20
  364:6
fast   192:4
fate   133:5

fear   181:4
feature   208:8
  255:24 291:10
features   157:14
  203:6 253:18,22
  255:25 256:1
fed   107:22 108:4
federal   370:12
feedback   121:5,12
  332:13
feeds   166:1
feel   131:4 179:11
  204:19 218:4
  233:25 269:23
  274:17 283:8
  346:25
feeling   172:16
  175:11
feels   119:14 304:2
fees   105:14 220:1
felt   173:8,16 205:14
  205:17 315:19
fewer   226:25
fewest   42:7
fi   113:24 114:3
field   120:1 218:7,9
  218:14,17 220:8,9
  280:9 325:7
fifth   136:14
fight   209:14
figure   16:24 56:3
  62:21 76:19
figured   70:23
  188:14
figuring   56:3 74:6
  121:24 203:18
  352:8
finally   10:21
finance   22:22,23
  25:22,23 26:8
financial   26:24 28:1
  31:3 99:15 103:12
financially   370:15
find   22:15 132:17
  134:5 137:25

232:21 361:2
fine   109:17,19
  120:22
finish   320:8 350:6
  356:10 366:19
finished   174:18
fired   28:14 29:10,18
first   22:19 43:3,7
  57:10 68:10,16
  110:10 132:23
  156:18 176:16
  186:21 187:13
  188:2,6,8,18,23
  189:7 193:8 195:6
  197:6 202:5 204:12
  205:20 215:2
  224:12 229:15,17
  253:19 257:11
  258:1 267:19 268:7
  268:10 275:23
  288:6 338:9 345:23
  352:3 353:19
  356:21,24 362:2,5,6
  362:9
fit   206:17
five   5:6 61:5 124:21
  209:9,20 229:20
  364:11,12,13
  365:10,14
fixed   358:8
fixes   308:5
flagship   171:25
flip   199:21
florida   251:4
florist   300:8
flow   89:22,25
flower   300:7
flowers   300:11,14
flowing   91:2,4 100:8
  109:12 220:4
flows   220:12
focus   104:9 131:7
focused   53:20 54:5
  54:12 104:23,24
  120:12 354:8,18

363:2,11,21,22
  364:25
focusing   321:9
folks   69:7
follow   31:18 266:11
following   266:6
  317:14
follows   7:13 31:12
  36:9 146:7 175:5
footer   361:15
foothold   130:15
  131:14,24
forced   124:19
forcing   302:7
ford   101:2
foregoing   369:10
  370:3,5,9,11
foreign   213:3
forget   199:18
  276:10
forgetting   39:1
forking   162:19,21
form   10:24 15:2,20
  16:6,21 17:14,24
  18:10,18 19:7 20:9
  21:5,11 22:2 23:13
  23:24 24:21 25:6
  28:3,8,15,20 29:21
  31:5,13,19 32:1
  34:17 35:2,9,17
  36:3,20 37:7,22
  39:9,15,25 40:11
  41:7 42:12,19 43:4
  43:25 44:9,16,20
  45:18 46:7,23 48:17
  49:19 50:2,15 51:7
  52:7,14,18 53:13
  54:1,10,17 55:19
  57:7 58:13,19 59:3
  59:14,21 60:5,18
  61:17,23 62:6,16
  63:11,21 64:5 65:14
  66:13 74:8,25 75:7
  75:12,16 76:16 77:5
  77:16,23 79:3 82:19

**[form - functionality]**

83:6 84:9 86:11,21
94:8,15 95:15 98:9
98:17 99:13,14,22
100:8,10 101:5
102:5,10 103:20
105:4 107:11
109:11 111:2,10
112:20 113:5,18
114:15 115:4,18
116:11,17 117:4
118:14,19,22
119:21 121:18
122:18 123:9,25
124:5 125:1,15
129:10,17,20
130:18 132:19
135:25 136:10
137:10 139:6,19,22
140:3,8,15 141:18
142:19 143:17
144:8 145:14,17
147:1 148:20 149:5
149:25 150:16
151:1,19 152:11
153:6,22 154:7,11
154:15 158:2,6,25
160:4,18 161:5,7
162:4 163:16 164:6
165:15 166:3
167:14,22 168:4,13
168:22 169:14
170:9 171:6 173:12
174:1,7,8,17 175:16
175:23 176:9,25
177:2,17,22 178:6
178:12 179:3,9,22
180:16 181:8,24
182:19 183:6,23
184:5,15 185:1
186:22 187:22
189:13 190:16
191:6 192:8 197:16
198:20 211:14
212:13 217:9
219:20 221:6

222:25 227:2,23
230:4 231:15,23
237:24 238:5,14
239:14 242:9,13,18
242:20 243:4
246:12 247:6 257:9
257:16 258:17
259:22 260:7,19
261:2,10,19 263:4
264:7,24 265:7,19
266:1,20 267:2,21
269:18 272:17
274:15 275:2,11
276:7,23 277:7
278:8,16 279:12
284:6 286:1,9,17
287:12 288:24,25
289:6,13 290:21
293:11 295:9 297:1
297:22 298:23
301:8 302:2 303:4
303:19 304:1,12
305:3,18 307:21
311:12 313:4
318:14,19 319:18
322:8,16 323:7,24
324:8 325:1,23
326:6,17 327:3
328:7 329:10,22
330:16,23 331:13
331:25 332:22
333:17,21 334:7,14
334:24 335:8,19,24
336:7,19 337:7,15
337:22 339:5,14,23
340:7 341:6 342:16
344:1,23 345:21
346:18 347:18
348:25 349:17
350:16 353:23
354:16 355:13
356:18 357:6,17
358:3,19 359:3
360:7 362:1,16
363:16 364:4,10,23

**formatting** 205:9
**formed** 18:23
**formerly** 322:24
323:4,21 346:16
**forms** 24:10 96:2
105:12 106:3 107:8
233:23
**forth** 197:18 256:22
345:10 370:4
**forward** 61:7,12
63:18 252:13 294:3
344:8 360:6 362:22
**found** 127:9 245:2
304:24
**foundational** 353:25
**four** 13:16 27:19,22
268:1 361:22 363:5
363:7,7 365:4 368:7
**fourth** 202:6 365:3
**fraction** 84:16
**fragment** 160:24
161:4
**fragmentation**
139:4,8 140:1,4,13
140:22 141:3,17
142:6,18,22 144:21
144:21 147:4 152:2
152:10,14,20 153:5
153:13,21 154:5,14
154:17 155:7 158:6
158:11 159:21,23
160:2,5,16 162:21
169:21 170:6
224:24 225:4
288:23,25 289:13
290:20,21,22
292:17 324:24
325:4,8 358:15,16
358:18,21,22 359:1
359:4,8 360:2,4,5
**fragmented** 360:1
**framework** 68:25
123:1 180:5 347:17
347:22,25 348:4,23
350:12 352:17

**francisco** 1:3 2:3 3:9
3:17
**free** 24:4,25 27:4,5
30:17,19,20 34:19
34:21 37:18 57:13
57:13 144:4 155:14
157:6 161:12,14
162:2,6 224:20
229:24 233:25
302:21,24
**front** 128:17 151:15
171:20,21 230:15
**full** 166:14 177:20
**fully** 168:17 203:16
262:3
**function** 195:11
267:6
**functional** 67:3
255:24
**functionalities**
253:8 259:1,4
262:21 263:10
267:8,18 269:13
271:3 275:22,23
276:6 277:4 299:4
308:25 310:1 311:2
321:24 325:6,11
330:8 347:11 353:1
**functionality** 58:6
103:14,15 223:20
253:16 254:4,9,11
254:13,16 255:16
256:23,25 258:19
258:23 259:5,9,12
262:24 264:22
267:22 268:11,15
268:20,21 269:10
269:11 270:2,15,21
271:6,13,14 277:23
278:7 279:23
281:18 282:2,9
288:15,19 290:7,12
290:17 292:6
294:24 298:8,14,22
300:2,4,18,23 301:6

[functionality - google]

302:10,13,15 307:2
308:2,14 310:5,7,21
311:10,15 312:6,7,9
312:13,15,16 313:2
313:12,15,21,25
314:12,15,25 315:4
316:9,12,19 317:5
318:11 323:15
324:20 325:17
326:5 327:10,18
328:23 329:7,20
330:1,11 332:16
344:19,21 345:13
347:6,14,24

**functions** 8:10 192:5
216:22

**fundamental** 54:2
124:24

**fundamentally**
319:22

**fundamentals**
104:23

**further** 108:7
178:18 186:7 361:7
370:11,15

**future** 8:12 60:3
64:3,11,19 65:8
83:17 136:9 204:9
205:22 206:17
365:5

**g**

**g** 3:6 6:3 210:10
**g1** 345:23
**gabe** 252:4
**gabriel** 3:5 6:25
**gaia** 210:8,10,14
**gain** 33:13 130:2
**galaxy** 171:19
294:20
**gallery** 276:4,20
**game** 134:17
**gathering** 121:12
**gayathri** 67:15,17
67:19 115:25

**general** 21:13 53:16
57:21 76:11 85:6
86:23 153:23
181:12 199:14
213:10,11 214:2,8
219:13 228:14
254:14 263:8 266:8
273:19,20 302:1
305:25 316:20
317:4,25 318:10
320:18 323:15
324:14 327:1 360:3
**generalized** 199:21
**generally** 66:14
85:10 96:18 97:11
99:4 201:12 248:19
276:14 278:18
308:22 321:25
347:20 348:12
**generating** 228:2,5
**generic** 110:3
223:16,19 224:10
224:12,13,15 256:4
262:2,7 264:14
312:5 324:20
327:23 330:5,7
**generically** 20:5
**genesis** 287:25
**geoffrey** 3:6
**gestures** 42:6
**getting** 13:10 54:12
76:9 96:12,17,18
104:23 147:5 212:3
221:5 245:3 287:18
304:21
**ghuloum** 187:6,14
189:6
**gist** 196:5
**give** 24:4,24 25:18
27:3 30:19 34:19
40:15 57:13 60:1
65:12,12,25 94:3
97:19 115:11 144:4
195:24 196:8
200:17 209:11

227:11 229:23
241:12 253:21
256:16 269:6
270:14 271:17
275:9 282:8 294:14
298:7,12 309:13
315:15 333:20
349:5 355:14
356:20 357:5
**given** 117:20 161:6
175:9 203:12
261:20 281:15
283:2 309:14 350:8
350:20 364:24
370:10
**gives** 157:15 201:9
294:18 301:24
**giving** 34:20 84:17
356:22
**glad** 333:23
**glass** 171:20 172:4
**gm** 101:2
**gmail** 314:9 325:17
325:19 326:5,15,19
326:20 327:5,10,14
332:5,6
**gms** 225:24
**go** 6:17 9:22 22:19
26:1 40:7 83:3
92:11,14 103:3
104:13 111:4 159:6
159:14 161:19
164:19,23,23
175:22 202:4
205:19 209:14
219:5 222:24 223:1
232:18,20 234:8
250:5 260:12
275:18 276:16
307:12 309:4,25
313:15 349:14
350:23 358:12
367:25
**goal** 45:5,16,20,24
46:15 47:2,4 58:4

131:22 132:3
168:25 289:8,8,9
324:17 353:10
**goals** 46:6,20 61:11
62:2 201:21
**goes** 22:8 30:1
130:21 212:24
221:2 223:19
272:12 312:3
313:21,24 330:1
**going** 19:15 26:21
41:23 55:2 63:2,10
63:19 64:3 72:6
74:6,9 84:1 90:6
130:5 136:14
154:19 171:16
175:8 182:15
189:12 232:17,18
234:14,15 250:2
251:22,22,25
254:19 274:9
275:21 280:16
289:24 291:12
294:3 306:3 320:22
356:9 358:15 360:6
360:22 362:12
367:3
**gold** 22:20,21
**good** 6:5 7:18 57:22
133:16 134:8 171:8
172:4,4 175:21
176:1 177:14 187:2
222:16 238:15
278:22 279:5
282:23,25 302:13
306:1 312:15,15
319:10 347:9,13
354:21 356:25
**goods** 8:11 192:6
300:15,16
**goog** 5:7
**goog00191479**
199:24
**google** 1:7,12 2:9
3:22 5:10 6:7,14 7:7

**[google - gpl]**

7:9,20 8:18,21,25
9:3,5,11,12 10:13
10:14,18 11:24 12:6
12:8,17,18 13:9,18
13:19 14:7,8,13,23
14:25 15:5,17 16:16
16:17 17:20 18:1,6
18:15 19:22 20:14
20:22 21:22,22 22:9
22:17,23 23:5,12,21
26:16 27:2,10 30:24
31:4,18,25 32:8,15
33:1,7 34:4,5,5,10
35:1 38:10 41:5,10
44:8,19 45:3,6,16
46:3,18,21 47:2,4,5
47:8,9,18,24 48:15
48:22 49:16 50:1,7
50:8,10,12,19,24,25
51:4 53:24 54:8,23
55:12,25 56:6 57:5
57:17,22,25 58:12
58:15,18,21,22
59:13,16,20,23 60:2
60:6,11,17 61:2,22
62:5,15 63:8,18,19
63:25 64:9,10,14,18
64:18 65:7,7 70:16
71:13 72:4 74:6,6,9
74:13,14 75:25 76:3
76:13,21,22 77:3,9
77:11,12,14 78:4,7
78:19,23,24 79:1,17
79:22 81:21 82:11
82:23 84:5 85:20,21
85:22 91:1,3 94:1
95:14 99:12 102:15
102:18 103:21
104:7 105:1 106:9
108:19,25 109:13
116:9 117:20
122:24 123:7,12,20
124:9,23 125:21
126:3 128:13 129:8
129:9,14,20 130:1,2

130:10 131:8,11
132:5,7,7,10,15
133:4,9,14 135:9,10
136:7,17 137:7,16
137:25 141:2,14
142:3,15 143:11
148:16 154:2,6,13
154:24 158:4,10,15
161:16 164:3
167:12 168:2,20
174:6,14 175:6,13
177:14 178:21
181:22 185:14
190:24 196:22
208:12 210:11,13
210:15,23 211:5,5,7
211:17 212:10
214:23 215:14,20
215:25 216:4
217:24 218:1
219:17,21 220:5,17
220:24 221:5,9,19
222:3 223:8,12,13
223:17,20 224:15
224:25 228:13,14
230:12 231:1,12,17
231:20 232:14
236:3,16 237:4,13
239:19 240:25
244:14 245:13,23
246:7,21,22,23,25
247:2,3,12,15,16
248:12,12,13 249:5
250:23 251:7 252:8
252:9,14,15 253:2,3
253:5,7,10,15,23
254:3,8,9,12,13,15
254:20 255:2,7,11
255:15,17 256:1,3,9
257:2,7 258:14,15
258:24 259:10,14
259:14,15,17,21
260:6,11,17,17,25
261:1,8,8,13,15,16
262:5,11,12,13,15

262:17,17 263:2,17
263:18 264:14,21
264:22 265:5,9,12
265:18,25 266:5,8
266:16,18,21,25
267:6,14,19 268:6
268:10,12,16,20,22
268:23 269:2,4,16
269:21,25 270:2,11
270:12,18,22,23
271:6,13 272:1,14
272:24 275:9,18
277:5,22,24,25
278:1,6,7,14,22
279:10,24 280:4,11
281:3,4,7,11,16,25
282:2,5,6,8,19,21
283:13,25 284:1,3
284:12,22,24 285:2
285:3,7,11,12,18,22
286:4 287:6,21
288:1,4,5,7,17,22,23
289:14,16 290:6,8
290:13,23,24
292:16,16,20,23
293:3 298:5,7,7,22
299:5,11,23 300:2
300:12 301:6,24,25
302:6,7,17 303:2,15
303:20 304:10
305:1,4,6 306:21
307:2,7,8,9,9,10,11
307:12,13,14,19,25
307:25 308:4,4,6,13
308:15,24 309:1,10
309:15 310:2,10,18
310:22,23 311:3,5,6
311:9,11,14,19
312:8,12,13,14,17
312:19,22,22 313:1
313:3,8,11,13,14,16
314:3,3,7 315:6,10
316:13,19 317:4,17
317:25 318:10
322:5,13,14,19,25

323:5,22 324:7,20
324:23 325:8,12
327:18,25 328:4,8
328:14 329:7,7,19
329:20 330:6,9,9,11
330:15,21 331:3,5
331:11,21 332:19
334:3,11,15,21,22
335:1,2,7,11,16,21
336:5,17,23 337:5
337:13,20 338:6,15
339:21 341:24
342:14,15,21,24
343:2,8,10,12,18,20
343:24 344:12,14
345:17 346:4,13
347:3 348:2,4,16,23
349:2,10,14 352:20
358:17,21,24 359:4
360:6 361:1 365:25
**google's**   10:11 19:11
28:2 31:21 44:14,18
44:25 49:20,22 50:4
58:8 64:2 67:7
70:15 78:1 83:4
106:22 148:13
169:11 259:18
264:3 280:18
282:17 312:7
324:24 331:22
342:20
**gotten**   197:23
**government**   211:24
215:4,6
**gpl**   110:25 111:7,9
111:13,18 173:19
173:25 174:7,10,15
175:15,15,25 176:6
176:16,18 177:16
177:25 178:10
179:8,14,19,20
180:4,11,22 181:4
181:24,24 183:4,8
183:22 184:4,13,24
186:21 266:9,11

**[gpl - hesitating]**

303:10 304:17
342:15 343:4,11
**gpl'ing** 180:15
**gpu** 178:15
**great** 29:25 30:1,9
30:11 32:9,12 50:10
54:4 58:5 103:8
291:18 352:25
353:1,1
**greatest** 321:24
**green** 201:10
**ground** 232:6
235:23
**grounds** 126:8
182:22 187:25
189:15,19 236:24
239:3 240:3,6
243:21 244:18
245:17 249:16
251:13,16
**group** 20:1 27:17
92:13 96:1,11,13
101:16,17,19,20,21
137:21
**grouped** 206:7
**grouping** 206:1,2
**groupings** 205:18
**groups** 335:10
**grow** 64:14
**growth** 53:8
**guess** 12:1 20:5,19
20:20 37:8,12 38:8
56:5,19 57:23 58:20
62:18 65:1 73:4
75:6 83:21 85:6,16
90:14 105:9 124:18
125:6 129:21 130:1
135:19 137:21
142:12,12 143:22
158:24 183:9
185:17 189:10
193:7 195:3,16
196:14 206:3 217:5
228:8 282:17
287:14 290:20

303:12 345:13
**guessing** 32:23 56:2
170:2
**guideline** 272:4
**guidelines** 138:8
355:19,20
**guiding** 130:22
**guys** 232:20 355:25

## h

**h** 5:1 202:14 280:13
296:2
**habits** 75:22
**hail** 254:5
**hailing** 254:5,22
**hairline** 10:4
**half** 9:13 11:24 12:3
14:21 17:9 51:11
112:16 124:15
143:20 196:12
271:25 305:5
336:22 337:8 338:3
338:7 350:1 351:13
351:18 352:20
364:13
**hamilton** 336:1
349:8,9
**hand** 42:5 108:1
179:12,13 292:11
**handing** 7:18
**handled** 101:16,18
**handles** 358:23
**handling** 10:15
**handset** 14:23 18:21
18:22 19:5,10,13,18
19:22 20:2 211:10
231:3,5 237:13,18
237:20 238:24
**handsets** 212:11
**hangouts** 328:4,8
**happen** 73:18 79:18
119:8 136:21
162:14 182:16
201:17 318:21

**happened** 117:19
189:5 264:10,11
265:2 280:10,12,25
301:12,15 317:10
317:12 324:1,12,12
341:13
**happening** 159:17
281:5 321:9
**happens** 16:11
159:9 188:11
255:10 256:17,18
263:12 308:10
**happy** 45:22 60:14
72:8,9,12 92:24
112:8 114:20
181:15 233:16
235:19 271:22
298:11 299:2
316:25 329:14
**harass** 366:24
**harassing** 367:1
**hard** 19:21 40:13
125:11 141:22
142:23 144:11
162:9 168:7 198:23
305:24 324:13
335:11 366:13
**hardware** 38:24
68:21 69:1,3 226:25
228:14 238:20
354:20
**harness** 176:6
**hate** 203:23
**hazy** 94:3 299:25
**hbo** 73:6,7 89:11,14
90:12,15 220:11,16
220:19,20
**head** 23:11,14,17,18
162:14 190:25
207:11 297:8,11
351:23 367:24
**headcount** 62:18
135:6,15 136:7
**headed** 122:3
277:17,19

**header** 204:13
364:25
**heading** 7:23 204:10
205:20 206:6
**heads** 135:7 182:14
**health** 72:10
**healthiest** 170:8
**healthy** 38:4 170:14
**hear** 27:22 132:4
146:23 162:23
**heard** 27:6,25 28:19
29:4,9 35:4,11
55:10,13,13,16,21
55:21 75:20,24 77:6
77:18 78:10,17
87:23 91:10 162:18
162:20 163:10,15
163:18 187:19
188:3 196:18
198:14 225:21
238:23 239:8
284:17,18 287:4
325:25 326:10
330:20 331:3
**heavily** 311:4
**held** 6:12 9:9 294:9
**hello** 273:24 274:3
**help** 70:10 118:25
146:6 179:21
209:21 213:8,12
280:3,18 281:10
288:23 289:10,17
290:13,16,23
294:15 325:8
358:17 359:5
**helped** 286:25
289:14 341:25
**helping** 96:20,20
179:17 281:21
302:11
**helps** 218:17 292:16
**herrington** 3:3 6:24
**hesitate** 203:25
**hesitating** 105:22

[hierarchy - hypothetically]

| | | | |
|---|---|---|---|
| **hierarchy** 67:12 | 365:10,14,15,25 | 80:22 81:2,11,17,23 | 188:5 189:20 190:2 |
| **high** 138:5,10 204:6 | 366:12,14 367:3,9 | 82:2 83:1,15 84:3 | 190:10,19 191:10 |
| **higher** 10:1 136:3,4 | **house** 3:22 7:9 | 84:20 85:1,9 86:7 | 191:24 192:17 |
| 263:20 | **how's** 221:9 | 86:17 87:2,11 94:11 | 195:7 196:7,24 |
| **highest** 9:21 207:1 | **howard** 3:8 | 94:17 98:11,18 | 198:1,8,13 199:5,13 |
| **highlight** 160:11 | **htc** 154:25 155:4 | 99:24 100:14 | 199:24 200:3 |
| **highly** 1:11 166:9,12 | 164:15 296:25 | 102:14 104:1 105:9 | 206:13 207:15,20 |
| 170:21 171:3 | 352:2,12 | 108:13 109:16,18 | 208:1,6,13 209:1,5 |
| **hiring** 62:19 | **huawei** 41:2 164:16 | 109:22,23 111:8,19 | 209:13 210:3,16 |
| **hiroshi** 1:13 2:14 | **huge** 283:2,3 | 112:23 113:7 | 211:9 212:1,8 |
| 4:3 6:8 7:12 216:13 | **huh** 138:17 207:8 | 114:11 115:1,9,21 | 213:16,22 214:6,15 |
| 368:5 369:9,19 | 299:9 326:23 | 116:12 117:1,9,21 | 214:21 215:10,18 |
| **historical** 83:10 | 344:22 | 118:15 119:3 122:4 | 216:1,11,20 217:3 |
| 84:4 | **hundreds** 164:24 | 122:12,15,22 | 217:23 218:12,18 |
| **historically** 291:7,8 | **hurst** 3:4 4:5 6:23 | 123:19 124:6,22 | 219:3,16,24 220:15 |
| 332:10 | 6:23 7:17 10:5 11:1 | 125:13 126:1,13,18 | 221:8 225:5,23 |
| **history** 94:4 299:10 | 11:7,12,19 15:7 | 127:2,15,22 128:10 | 227:6,19,25 229:1,5 |
| 338:20 350:3,8 | 16:3,14 17:2,18 | 128:23 129:7,13 | 229:9,14,19 230:1 |
| 351:18 362:21 | 18:5,14,20 19:9 | 130:12 131:6,20 | 230:13 231:19 |
| **hobby** 128:14 | 20:12 21:12 22:5 | 132:14 133:19 | 232:13 233:6,13 |
| **hoc** 83:22,22 | 23:16 24:1 25:2,8 | 135:16,22 136:6,24 | 234:4,14,20 235:5 |
| **hold** 13:12,17,24 | 28:5,13,18 29:3,12 | 137:6,14 139:2,9,20 | 235:15,21,24 236:9 |
| 230:19,19 295:16 | 29:19 30:5 31:10,16 | 140:5,11,20 141:1 | 236:15 237:3,11,19 |
| **holds** 277:5 282:3 | 31:24 32:4,14,19,24 | 141:12,24 142:13 | 238:2,9,22 239:11 |
| **holistic** 72:1 | 33:6,11,17,21 34:2 | 143:1,9 144:2,13 | 239:18 240:7,16,23 |
| **holtzlay** 11:13 | 34:9,14,22 35:6,12 | 145:1,9,15,23 146:3 | 241:9,14,20 242:6 |
| **home** 42:15,18,23 | 35:21 36:6,24 37:20 | 146:6,22 147:6 | 242:11,17,24 |
| 42:24 43:6,10 | 38:2 39:11,16 40:5 | 149:1,14,17 150:5 | 243:14 244:3,12 |
| 120:11,13 130:17 | 40:17 41:13 42:4,17 | 150:22 151:4,9,23 | 245:5,11,22 246:5 |
| 131:15,24 | 43:1,8,22 44:4,12 | 152:8 153:3,19 | 246:18 247:9 248:9 |
| **honest** 342:19 | 44:17,23 45:13 46:1 | 154:1,8,12 155:10 | 248:17 249:19 |
| **honestly** 26:7 | 46:10 47:3,16,22 | 158:8 160:14 161:1 | 250:1,9,17 251:6,17 |
| **hope** 32:5,10 44:25 | 48:5,9,20 49:3,10 | 161:24 162:17 | 356:5,9 360:23,24 |
| **hopefully** 58:7 | 49:15,24 50:11,18 | 164:1 165:11,21 | 361:8 362:11,23 |
| 230:11 250:7 | 51:10,15,20 52:4,11 | 167:11,19 168:1,9 | 363:24 364:7,15,18 |
| **hopes** 54:24 64:10 | 52:16,22 53:3,9,22 | 168:19 169:2,10,19 | 365:11,17,21 366:5 |
| 64:18 65:7 | 54:6,13,22 55:2,9 | 170:4,15 172:19 | 366:7,16,22 367:1,6 |
| **horizon** 62:24 | 55:23 58:1,16,23 | 173:22 174:5,11,18 | 367:11,17,21,25 |
| **hosted** 312:19 | 59:9,17,24 60:8,20 | 174:20,24 175:8,12 | **hwang** 3:22 7:8 |
| **hosting** 262:10 | 61:20,24 62:9 63:1 | 175:18 176:2,22 | 122:14 |
| **hour** 55:3 109:21 | 63:15,24 64:8,16,24 | 177:5,18 178:8,23 | **hypothetical** 130:3 |
| 306:2 365:22 | 65:17 66:24 74:12 | 179:5,18 180:13,19 | 255:8 |
| 367:11 | 75:8,14,19 76:1,20 | 181:2,21 183:1,19 | **hypothetically** |
| **hours** 306:4,8,9 | 77:8,20 78:5,12,18 | 184:2,11,18 185:3 | 265:1 299:1 |
| 351:3 355:24 356:3 | 79:8,20 80:1,12,18 | 186:4,18 187:5 | |

Veritext Legal Solutions
866 299-5127

[hypotheticals - install]

**hypotheticals**
105:17

**i**

**icing**  268:24,25
269:10
**icon**  256:16,18
**ide**  225:8
**idea**  36:23 69:4
75:21,24 76:11,17
88:10,12 89:24
111:25 112:14
135:21 140:12
144:14 162:8 176:1
211:15 216:15
225:20 238:21
265:10 284:10
**ideas**  116:6 122:2
167:17
**identification**  5:2
151:8 200:2 361:6
**identified**  95:13
241:25
**identify**  6:20 81:3,6
84:5 129:2 185:18
222:14 241:16
243:7
**identity**  210:12
223:25
**ignore**  252:24 343:8
**immediately**  13:10
**impact**  228:21
**impacts**  176:18
**impair**  180:20
**implementation**
261:13 262:19
277:20,21 278:3,13
278:20 279:11
306:19 307:23
315:21 347:10,13
355:20
**implementations**
275:13 279:15
289:4

**implemented**  43:13
**implementing**
315:14,18
**implications**  183:3,7
**imply**  86:1 98:13
147:13
**implying**  133:24
**impolite**  174:23,24
**important**  71:18
72:10 112:3 121:4
121:24 124:25
125:11 143:15,23
143:24 145:4,13,20
145:25 146:9
147:10,13,19 148:6
148:8,9,10,12,18,22
150:6,9,24 165:13
177:1 201:14,18,18
223:11 265:17,17
265:25 266:4,7
278:25 315:20
321:13,14,15 347:9
357:7
**improve**  178:25
**improved**  226:21
**improvement**
208:19
**improvements**
178:11,18 179:7
181:6
**improving**  291:17
292:4
**inability**  195:12
**incentive**  164:7,9
167:4
**incentives**  164:3,10
166:17 167:1
**include**  74:2 105:20
118:6 122:16
127:23 128:1,2
224:11 268:19
272:2 309:14
**included**  123:21
127:1,20 129:3
179:1 269:14

272:15 290:8 293:2
293:3 328:11 330:6
358:24
**including**  46:18
47:1 76:21,22 97:13
105:23 141:15
142:4,16 146:15
147:3 152:3,21
153:14 228:15
252:14 261:17
340:5
**inclusion**  268:19
**incompatibility**
158:6
**incompatible**  163:2
163:4
**incorporate**  113:16
**incorrect**  176:13
249:19 266:21
**incur**  291:24
**independent**  114:12
114:18 189:16,21
278:10 290:9
327:16
**independently**
267:1
**indexing**  269:3
**indicate**  191:18
364:21
**indicated**  261:25
365:17 367:22
**indicating**  237:13
**indirect**  129:21
130:10
**indirectly**  49:18
50:14,21 57:6,9,20
57:23 116:13
129:15 219:19
**individual**  215:25
**indonie**  92:1,2,3
**inducing**  212:9
**industrial**  120:22
**industry**  68:13,13
70:25 121:21 131:1
133:17,20,22 134:9

134:10,15,18 354:9
354:9 360:13
**inefficient**  319:25
321:7
**inform**  121:9
**information**  22:15
75:3 82:7 114:8
119:1,2 160:10
178:17 191:15,17
232:6,23 235:12,13
236:21 240:2,8
241:4,11 242:19
244:24 245:4 247:8
262:10 312:18
350:22
**informed**  11:16
181:1 235:3
**infotainment**  105:20
105:23
**infrastructural**
120:4
**infrastructure**
119:16 311:5
**inherently**  247:24
**initialed**  369:12
**initially**  269:14
276:21 277:10,14
286:25
**initiated**  243:3,8,12
**initiations**  243:11
**initiative**  184:3
**ink**  369:12
**innovations**  136:21
280:10 302:12
308:5 321:8
**input**  295:24 296:7
**inserted**  174:21
**inside**  195:20
**insinuation**  346:23
**insist**  298:5
**inspect**  119:1
**inspection**  119:5
**inspired**  138:20
**install**  212:19

Page 26

**[instance - java]**

**instance** 21:6 38:22
63:14 65:16 66:15
73:6 74:15 75:2
89:14 90:11 97:20
102:21 103:2,4
110:7 111:15 114:2
114:18 120:20
132:22 139:14
147:25 157:13
162:12 163:9,19
171:17 173:18
180:4 183:13
198:24 205:15,20
219:2 243:12 257:1
266:8 271:9 277:9
282:6 304:17
312:17 314:15
315:15 332:8
343:17 345:2 357:6
**instances** 22:8 294:8
295:7
**instruct** 182:22
187:25 189:15
232:5 234:8,20
235:1,6 236:23
240:3 243:15,21
244:5,19 247:23
248:2 249:16,24
251:12
**instructed** 234:17
235:9 244:2
**instruction** 190:8
191:7 234:16 237:9
244:10 246:3
248:16 250:25
251:18
**instructions** 29:8,16
235:5 249:10
**integrated** 225:7
316:2,5,7
**integration** 102:25
**intellectual** 10:22,24
230:18,24 231:7,13
231:21 233:9,10,22
233:24 236:4,18

237:6,15 238:12,25
239:22 241:3
244:15 245:14,25
246:8 247:3,17
248:7,14 249:6
250:22 265:15,23
266:3
**intend** 53:10 54:15
122:7 224:24 366:9
**intended** 234:22
319:5
**intensive** 164:22
**intent** 296:21
**intention** 163:8
**intentionally** 294:22
**interact** 72:3 107:21
108:3 125:18
340:22
**interaction** 102:23
104:24 108:4 354:3
**interactions** 107:22
354:8
**interest** 165:4 236:4
238:12 358:7
**interested** 297:17
370:16
**interesting** 118:25
121:25 204:18,19
225:22 315:12,13
**interests** 230:18,24
231:14,21 233:9
237:15 239:1,23
241:3 244:16
245:15 246:1,9
247:17 248:14
250:22
**interface** 125:23
171:22 172:6,7
272:3 294:19,22,23
345:5
**interfaces** 125:18
**interject** 9:19
325:22
**internal** 210:11,11

**internally** 64:2
210:14 311:9
**internet** 5:5 49:21
51:4,6,25 52:3
57:22,24 67:7,23
69:18 113:11,15
122:8 129:25
130:16 131:24
151:6 192:3,12
230:11 271:24
**interpret** 46:14
**interpretation** 65:2
**interrelated** 68:9
**interrogatory** 185:4
185:7
**interrupt** 174:25
175:1 355:23
**interruption** 175:9
**interview** 349:14
350:23
**intrinsic** 256:24
**intrinsically** 106:4
**invest** 136:18 165:9
356:16
**investigate** 186:7
**investigation** 265:4
284:21
**investing** 136:7
**investment** 32:6
134:20 167:8
**invited** 367:14
**involve** 26:24 61:10
68:1,2 104:15
**involved** 14:14,25
16:13 37:10 57:3
97:20 142:9 143:5
143:12 187:1
242:16 287:9 311:8
311:13 341:19
342:2,6
**involvement** 210:24
**involves** 15:11 34:16
49:8 64:15 91:2
126:2 128:4,5,7

**ios** 39:20 42:22
77:15 208:3,9,11,12
208:17
**iot** 66:3,4,15 67:7,25
69:8,15 71:15 118:7
119:11 120:8,12,14
121:21
**iphone** 227:24
**irrespective** 175:10
290:18
**isolation** 148:24
224:7 276:9
**issue** 126:15 127:9
226:10 250:7 284:5
284:11 336:18
337:14 366:5
**issues** 28:24 120:2
219:13 247:21
248:8 350:11
**item** 204:11 206:16
210:5 221:17,18
225:12,24
**items** 204:17 205:1
206:16
**itled** 5:8

**j**

**january** 229:18
**jason** 221:25
**jason's** 221:25
**java** 126:4 128:11
128:12 167:20
168:2,11,21 169:5
169:13 179:1,6,8,12
179:13,21 190:15
191:4 227:16
272:16 273:2,13,18
273:23 274:2,14,24
275:3 284:4,10,23
285:1,24 286:3,7,15
286:19 336:17
337:6,14 338:4,11
338:21,23 339:2,3,8
339:12,20,21
351:16,21,24 352:5

**[java - know]**

352:9,12,16,21,21
353:5,6,21
**java.io**  333:16
**java.nio.**  333:16
**java.util**  333:16
335:2
**java.util.**  334:16
336:10
**jeff**  336:1 349:8
**jeffrey**  7:2
**jet**  188:12 189:3
**jim**  91:20 93:12,17
94:9
**job**  1:24 15:21,22
25:24 26:10 31:23
150:10 225:11
**jobs**  150:20 159:3
**jogs**  141:11
**john**  22:20,22
**joined**  11:24 13:18
13:19,22 27:14 32:8
353:25
**joining**  12:17,18
14:6 287:17
**july**  5:9 362:4
**juxtapose**  107:14

**k**

**kansas**  357:23
**kay**  198:25
**keep**  26:10 38:4
54:18 58:24 75:10
173:11 180:21
184:14 207:6 209:8
209:20 251:21
260:17,25 262:19
279:10 293:9
297:21 298:14
302:20 306:6 356:9
**keker**  3:14 7:7
**kelli**  1:23 2:17 6:9
370:24
**kernel**  68:24 69:6
115:8 122:25 131:3
133:13 173:19

174:16 180:4
183:13,21 184:14
304:17 345:4
**kernel's**  303:9
**key**  56:7 201:13
309:9,12
**keyboard**  276:10,12
277:16,20,22,22
278:2,6,12,18
279:10,14,15,17,18
279:19 280:6,8,14
280:20 281:17
282:1,4,9 306:18,21
307:2,7,7,9,13,19,25
307:25 308:4,7
346:14
**keyboards**  276:4,20
**keynote**  271:23
**kid**  357:22
**kid's**  209:3
**kim**  241:13,15
242:18 244:7
**kind**  26:25 40:2,23
49:17 56:9 57:1
60:16 73:12 74:20
89:24 99:12 117:17
159:13 193:19
196:25 217:20
230:18,25 233:9
267:9 276:14
291:13,24 296:14
320:19 361:22
**kindle**  163:23
**kinds**  38:22 166:20
**king**  6:13
**kingdom**  97:9,11
**kit**  152:6,24 153:17
167:21 168:3 223:5
223:6,10
**knew**  103:5 352:7
**know**  12:2 17:1,17
17:25 18:13,19
20:15 22:11,12
24:24 26:21,22 27:4
28:17 29:24 31:17

31:23 32:18 33:16
33:24 34:20 35:3,19
37:10,16 39:12,19
40:7,8 47:17,24
48:8,11,15 49:7,14
51:9,14 53:14 54:19
55:1 56:24 58:11
60:10,11,13 62:19
62:19,22 64:7 68:21
69:19,20 71:18 72:8
72:21,22,24 73:7
76:9 77:7,19,25
78:10 79:5 81:5,13
81:16 82:1,13,23
84:14,15 85:25
86:15 88:19,22 89:3
89:10 90:11 91:5,22
95:2,23,24 96:10
98:8,10,13 99:3
101:2 102:11,23
103:2,8,9 104:9,20
105:14 108:17
109:2,4,15 110:21
111:12,14 112:25
113:6,24 114:8
116:14 119:8,23,24
119:25 120:11,16
121:6 122:11 123:3
124:18,20 125:5,10
125:10,10,19
126:14,24 127:12
127:19 129:12
130:5,6,9,9,24
131:2 132:3,11,13
133:5,22,23 134:2,3
134:18 135:1,14
136:3,4,4,13 142:21
143:7 144:22
147:11,19,24 148:5
148:18,22 149:6,7,7
149:9 152:16 153:8
155:15 157:25
158:1 159:19
161:17 162:9,14,15
166:5,7,19 168:6,7

168:8 171:22 172:3
173:20 174:3 176:4
178:2,5,6 179:4,24
180:9,18,24 181:10
181:25 182:5
183:10,12 184:17
185:2,9,10,23
186:13 187:3,3,4,11
188:10 189:9
191:22 194:24
195:11 197:17,17
197:21 198:7,16,21
198:24 199:1,3,4,11
199:21,22 200:20
204:16 205:6,16,24
206:12 207:5 208:8
208:17 209:13,15
209:17 210:13
212:24 214:20,22
215:7,17 217:20
218:1,2 219:10,14
220:2,12 221:7
222:2 223:15
227:10 228:18
230:2 231:25
232:11 236:2,22,22
237:10 238:16,18
239:4 241:18,22
242:3 248:1 249:14
250:7 251:11 254:6
254:20 258:12
259:8 262:4,5,5,6
264:9,17 265:2
266:5 267:10,25
270:7,14,25 276:9,9
276:11,12 277:24
279:17,20 280:8
281:25 283:1,5,5,6
283:22,24 284:8,14
284:16,18 290:12
290:20 291:7,9,21
292:11 294:1
295:11,20 296:11
296:13 298:11,13
299:24 300:1,3,13

**[know - licenses]**

301:12,14,15 302:3
302:23 305:21,22
307:22,24 309:6,12
311:24 312:18,21
314:6 317:3,12
318:22 319:1,10
320:12,19 322:10
324:5,12 325:9
326:10 327:24
330:5 332:2,3
334:19,20 335:3
336:10,21 337:20
341:12 342:5,18
344:3,5,6 345:4,6,8
345:8,9,14 346:20
346:22 347:21
348:20 349:2,23,25
350:19 351:14
352:20,24 353:11
353:24 354:20,22
354:23 355:7,19
357:23 358:8,11
360:9 363:17,19
**knowing**  71:22
104:13 126:23
141:23 181:16
224:8
**knowledge**  25:1
70:25 95:18,20
128:16 163:22
168:24 174:13
180:12,14 189:16
190:3 192:20,20
193:14 261:22
262:25 273:13
280:4 284:3 295:17
299:19 315:11
336:24 337:18
340:2 350:3
**knowledgeable**
180:25
**known**  27:2 159:23
162:13 194:12
265:16,24 268:24
299:23 347:17

348:10
**knows**  103:2 134:17
205:7 234:5,10
235:13 281:3,5
285:15
**kolotouros**  91:20
93:13,17 94:10
**kvn.com**  3:19

**l**

**l**  3:4 271:10,10
272:6 296:2 317:21
333:16 345:6
357:21
**la**  3:6
**labeled**  204:9
**labels**  123:5
**lack**  139:10,12
**lacking**  332:9
**lagged**  188:13 189:3
**landscape**  353:12
**language**  70:5,6,7
114:10 128:12,14
337:20 338:5,8
351:25 352:16
357:2
**languages**  353:14
**laptop**  197:14
**laptops**  193:21,24
194:2,7,12
**large**  51:4 180:8
226:12 275:7
**largely**  290:1
**late**  27:16 349:23
**latest**  26:22 138:11
171:18,24 197:21
202:20 282:5
292:12 321:24
359:14,15,23
**laughing**  287:4
**launch**  110:10 215:4
255:2 257:10
263:13 288:10
350:2

**launched**  99:8
115:15 116:4 130:4
203:12 211:25
271:10 288:6,7,8
357:7
**launching**  290:4
**law**  10:19 198:24
**laws**  104:18,19
266:6
**lawsuit**  126:2
246:10 249:8,9
250:20 284:5,11
340:6 351:25
**lawsuits**  322:20
**lawyer**  149:7 249:1
249:22
**lawyers**  11:15
190:25 191:11,12
191:13,15,17,19
340:5,11,19 351:8
**layer**  202:8 206:4
253:6,16 256:10,11
289:18 309:6
345:14 348:1
**layering**  263:10
264:1,15 312:5
**layers**  113:22 313:1
345:5
**layperson's**  218:4
**lead**  92:9 186:2
335:21
**leader**  101:20,21
349:3
**leaders**  182:15
**leading**  67:6,24 68:2
70:8 116:2
**leaps**  176:19
**learn**  128:14 357:14
357:23 358:2
**learned**  189:22
190:5 240:2
**learning**  121:23
122:1 213:2,13
356:16 358:9

**leave**  28:6 309:24
365:18 366:10
**left**  27:17 62:20
250:13
**legal**  6:10 149:3,7
191:23 241:19
243:10 245:1
**legend**  361:14
**length**  288:14
**letter**  279:22,22
**letters**  279:20
**level**  9:21 67:10 70:2
115:7,8 124:4 131:2
134:8 194:24
202:18 204:6 207:1
207:7 254:2 263:11
279:25 280:1 297:7
345:1 358:6,7,11,11
**leverage**  84:22 85:3
85:6,13 86:1
**lg**  80:21 87:4 164:15
**liberally**  333:7
**libraries**  122:16,21
123:16,22 124:4,10
124:16,24 332:20
332:23 333:3,6,14
333:20 334:4,12,22
336:6,9 348:10,15
348:23 350:12,13
**library**  124:19
284:16
**license**  110:25
111:13 161:8
173:17 174:7 176:8
176:25 178:19
181:24,24 183:5
184:25 190:3,13
191:2 257:7 261:9
293:8 303:3,7,10,16
303:17 304:11
305:14 342:15
343:4
**licensed**  305:1,14
**licenses**  173:21
180:3 181:1 304:16

[life - majority]

**life** 12:24 69:19
319:6
**light** 120:21
**limit** 139:21 233:8
365:22
**limitation** 261:20
**limitations** 233:7
**limited** 11:9 152:3
152:21 153:14
194:8 320:25 321:1
365:25
**limiting** 194:4,5,6
**line** 4:11 97:5
204:12 224:7
225:15 287:5
341:23
**lines** 24:19 25:4
119:21 205:7
**linking** 202:10
**linux** 122:25 173:19
174:16 180:4
183:13,21 184:14
303:9 304:17
**list** 79:6 81:7 95:5
100:25 182:13
185:22 191:22
192:10 202:4 224:2
256:23 268:5
272:11 275:21
276:5,18 280:19
281:11 282:5 309:9
**listed** 201:23 222:8
226:19 362:5
**lite** 225:25
**literally** 25:12 54:19
152:16 157:5,11
164:24
**little** 10:1 13:3 57:21
59:13 92:17 93:24
94:3,4,5 103:22
111:24 119:17
147:4 192:4 196:22
205:18,19 206:8
219:5 226:2 230:9
242:4 261:19 272:9

281:9 296:4 299:25
322:2 325:9 326:2
358:25 362:21,21
**live** 270:20
**lives** 71:18,18 97:9
222:5,5 281:7,8
**living** 93:10,14
146:18
**llp** 3:3,14
**load** 314:8
**local** 269:2,3
**located** 97:8,11
101:24,25
**location** 222:15
224:1 254:24
**lockheimer** 1:13
2:14 4:3 6:8 7:8,12
7:18 10:17 11:22
48:23 55:10 144:7
151:10 190:12
200:5 210:5 216:3
252:4 361:9 366:23
368:5 369:9,19
**lockheimer's** 10:12
**log** 118:24
**logic** 176:19
**lollipop** 127:25
128:1,9 139:15
271:11 353:3
355:16
**london** 66:20 73:10
188:10,12,25 189:1
**long** 9:9,11 11:22
13:12 100:25
133:14 134:8,17
204:24 240:11
256:23 271:23
281:15 311:23
365:16
**longer** 307:23
366:25
**longest** 61:15,18
**look** 9:16 90:13
140:19 141:11
147:25 154:17

166:7,10 171:17
172:1,2,15 185:24
188:13 189:4 200:6
200:7,17,21 208:20
230:14 269:8
280:20 291:7,23
297:15 314:24
353:12 362:3
**looked** 185:22 186:1
186:6 187:20
200:22 205:15
285:1
**looking** 61:7,11
63:18 107:19,20
125:6 200:25
205:14 206:15
208:23 224:6
288:13 318:17
362:22
**looks** 26:9 200:25
201:2 294:20 360:1
**loop** 121:12
**lose** 29:20 30:7,15
**losing** 229:2,20
236:8 255:13
**lost** 175:10 229:10
255:5 320:8
**lot** 16:1 19:17 20:3
48:6 68:16,18 69:3
69:19 70:24,24
93:21 102:17
106:13 107:24
116:5 119:10,11
120:11 125:7 131:1
143:25 147:2 150:4
158:22,23 159:16
162:21,22 164:23
171:9 176:12 184:8
186:25 226:13
271:8 272:4 288:12
292:7,11,12,14
303:7 321:1 329:13
338:15 350:2
352:24 353:25
354:20,24 355:2,16

359:10 360:19
**loud** 151:17,22
**love** 140:19 291:4
333:11
**low** 20:21 115:7
131:2 138:5,10
162:16
**lower** 176:5 226:6
226:25 263:3
**lubow** 3:7 7:4,4
**lucky** 228:8
**lunch** 136:22 137:3

**m**

**m** 201:5 202:9,18,18
203:11,12,13 204:4
206:4 207:11 272:6
272:6
**machine** 130:7
133:1 198:3 370:7
**madam** 192:3
**mail** 11:16 182:3,8,9
182:11,12 186:2,6
187:7,14,16,20
188:4,6,8,12 189:2
189:7 191:20 248:6
269:7 315:17,18,20
316:1 326:21 331:8
331:9,22 332:9,12
**mailed** 200:18
**mailing** 182:13
191:22
**mails** 10:10 199:1
269:8
**main** 39:13 41:21
108:12 172:11
211:4
**maintain** 347:11
**maintained** 200:13
278:14 307:19,24
**maintaining** 165:14
170:23 172:13
290:5
**majority** 161:8
321:17

Page 30

**[maker - mean]**

**maker** 14:23 298:19
**makers** 237:13
238:24 293:10
296:20,22
**making** 26:3 28:2
30:2 34:25 37:3
42:6 58:22 71:14
80:5 85:23 88:15
89:4 107:24 108:3
121:6 129:22 134:9
134:24 138:18
157:12 172:17
193:9,23 208:12,21
208:21 221:14
222:3,16 234:22
297:19 318:20,24
321:8 325:10
346:24
**malware** 259:7
290:14,17 310:12
**man** 92:4
**manage** 198:25
**management** 210:12
287:16
**manager** 13:20,23
116:1 287:18 349:3
**manages** 210:14
**mandatory** 218:11
260:10
**manner** 157:14
**manually** 195:6
**manufacture** 87:10
**manufactured**
40:25 41:2 155:23
216:5
**manufacturer** 15:24
57:16 71:1 89:10,23
90:1,7,20,21,23
94:18 108:22
114:18 116:20,25
117:7 118:23,25
119:14,24 120:5,18
120:20,24,25 130:6
132:24 133:3,9
155:25 156:19

157:7,16 159:10
160:7 163:5,7 164:8
166:8 169:3,9
171:12,14 211:18
215:8 239:16,19
240:25 290:19
293:1 294:9 297:4
308:9 352:3,4 355:8
**manufacturer's**
106:23 155:22
166:11,16,16
**manufacturers** 15:6
19:1 38:24 45:1
46:17 68:14,17,20
71:11 72:2 87:13,17
88:4 91:8,12,15
93:10,21 94:13 95:8
96:3,7 98:2,19,22
98:24 99:11 100:4,9
100:21 101:1,4,9,11
101:16,22 102:6,13
104:6 105:7,13,19
106:7 108:15,24
109:5,12,25 115:20
117:16 119:11
120:14 121:2,7
131:1,9 133:10
138:7 156:7 158:16
158:20 159:19,23
160:1,3,17 161:12
161:20,25 164:14
164:17 165:3,6,24
165:24 166:20
168:15 169:22
170:5,13,20,24
172:14 173:10,20
173:24 180:21
181:4,12 211:11,20
212:3,10 213:6,18
214:11 237:18,21
239:9 289:22,22
290:1 291:8,16,19
292:6,9,14 293:5,14
293:23 330:14,20
331:1,7 354:10,14

354:18 355:1,2,11
355:17,21 356:13
357:8,14,22 360:15
360:18
**manufactures** 71:1
**manufacturing**
180:7
**map** 253:24 254:1,3
254:5,11,23,25
255:9,10,11 260:12
260:13 312:18
**mapping** 262:9
268:2 270:22
288:15,19 299:12
**maps** 106:9,12
108:20,25 109:6
129:9 254:13,15,18
255:2,11 262:11,12
262:13 268:3
309:14,17 314:7
**mapview** 349:14,22
310:2,14 311:1
312:17
**mario** 70:10 74:1
93:3,4,5,6,16
**mark** 360:25
**marked** 5:13 7:19
151:7 185:25 200:1
361:5
**market** 19:12 35:14
40:15 45:2 54:3
55:17 64:10 65:2,3
65:15 67:3 121:15
122:7 138:9,20
213:13 216:5
227:16
**marketing** 97:20,20
163:20
**marketplace** 213:11
**markets** 8:10 35:1
64:14,18 65:7 66:11
120:8,9 138:2,6,21
192:5 226:5,15,24
227:13,21

**marshmallo** 139:15
**marshmallow**
202:19,21 272:6
353:3
**martin** 3:15
**mary** 198:25
**material** 84:13
272:2,5 274:8,12
304:25 318:1,4,6,7
318:12 355:16,18
355:18 356:22,24
357:4
**materially** 178:18
183:18
**materials** 242:22
274:4 357:16
**math** 27:19 34:1
**matter** 233:17
345:15
**matters** 28:23 38:8
**maximize** 167:7
**mean** 14:9 25:11,13
34:19 38:6 39:4
42:23 50:5 54:20
55:24 61:6 74:13
84:24 85:17 96:17
98:6 99:15 106:18
106:18 107:17
110:16 111:22
123:24 124:13
125:4,5,20 139:14
139:16 140:6
143:18 160:9
162:24 163:1,5,6
169:24 175:21
183:21 184:9
198:17 199:22
200:20 201:16
202:2,15 204:16
207:21 216:17
217:6,10 219:22,22
221:11 227:4,7
253:17 266:6
267:16 278:23
282:17 283:24

**[mean - month]**

292:19 294:5
299:17 302:16
305:12 307:11,13
312:12,14,16 324:1
324:2 326:11,12
327:8 345:2 347:6
352:5 355:6 359:7
**meaning** 78:22
83:10 109:4 149:8
186:10 194:10,18
227:3 333:8
**means** 43:10 56:3,5
131:18 133:15
140:1,14 158:10
162:21 182:18
190:14 191:4
195:23 198:16
199:21 202:18
216:15 219:7 224:9
276:14 290:1
294:15 302:14
321:23
**meant** 154:2,6
289:11
**mechanism** 41:17
42:9 121:5
**mechanisms** 156:4,5
304:14
**media** 368:7
**meet** 367:14
**meeting** 66:21
187:17,17 188:17
190:5 362:3
**meetings** 189:3
**megabyte** 225:25
**megabytes** 226:7,16
**members** 20:3,4
231:2,5 233:25
**memories** 352:10
**memory** 141:11
**mental** 189:4 271:2
**mention** 43:16
89:14,17 132:4
266:17

**mentioned** 16:25
30:8 38:14 42:21
46:16 50:23 57:12
61:9 66:2,12 69:10
82:5 87:19,20 89:13
90:3 93:3,20 107:15
111:20,21 113:8,21
115:25 116:4,23
118:3 124:14
143:19 147:12
163:20 179:25
180:2 192:10
263:14 264:16
266:10,15 269:21
274:23 275:8 276:6
276:18 277:5
282:10,13 288:8,21
308:24 317:16
320:13 324:15
325:3,14 327:23
331:9 334:5
**mentioning** 38:16
54:18 102:17 215:1
**menu** 272:9
**merchant** 219:11,11
219:12,12
**merit** 83:23
**messaging** 276:3,19
**met** 17:5 23:2
181:12 349:18,21
349:24
**meters** 121:9
**methodologies**
309:5
**microphone** 10:1
**microphones** 6:18
**microsoft** 195:25
196:4 237:21
238:24 239:1,10,16
262:6
**middle** 157:8 201:5
**mike** 202:14,16,16
205:24 360:22
**million** 33:4,20
135:23,23,24

196:21,21
**millions** 164:25
**milliseconds** 104:20
**mind** 39:3 81:7
336:1
**minds** 60:12
**mine** 42:23
**minimal** 102:25
226:8 354:6
**minimum** 258:18
**minimus** 148:3
**minute** 200:15
261:18 367:4
**minutes** 122:14
170:18 203:24
209:9,20 263:14
306:10 351:4
365:10,14 366:14
**mispronounce**
187:10
**missing** 205:3,3
**misstate** 169:21
**mistaken** 367:14
**misunderstanding**
220:14 246:17
**misunderstood**
214:5
**mitigate** 358:17
**mix** 359:18
**mixed** 97:12
**mobile** 17:21 18:1,2
55:17,20 56:4 81:12
81:18,20 87:5 204:9
205:22 206:18,20
207:18,24 210:6
216:23 217:1,4
221:19 222:9,9,17
222:21 223:17,18
223:21 224:10,13
231:1,4 253:5
345:23
**mobiles** 18:3
**mode** 106:16,17,22
107:1,1,5,10,13,15
108:5,6,8,11,16,18

109:1,14 127:6
162:7
**model** 202:11 271:2
291:15
**modes** 107:3
**modification** 295:5
**modifications**
138:18 167:17
172:21,25 289:23
**modified** 138:13,15
**modify** 172:15
173:15 278:4
**moment** 39:2 203:13
240:10 243:19
275:5,19 317:11
360:23
**monetizable** 56:5
**monetization**
105:12 210:6 228:9
**monetize** 55:11,14
113:3 116:10
219:17,21
**monetized** 57:12
**monetizes** 331:11
**monetizing** 55:17,20
**money** 29:20,25
30:7,15,16,17,22
32:5 37:3 47:9,10
47:18,24 48:4,6,10
48:16,22 49:2,11
57:5 63:3,10,19
64:4 72:15,18,19
73:2 74:7,10 76:4
76:15,19 86:4,25
89:14,22 90:10,15
91:4 102:15 103:19
103:23 105:2
132:17 134:3,6,10
144:6 218:5 220:4
220:11 229:2,10,21
248:7 249:6 251:8
291:21 331:18
**month** 12:5 73:21
73:23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**[monthly - number]**

monthly 359:17
months 9:10 13:9
  73:22 197:23
  205:16 242:5
moq 201:4
morning 6:5 7:18
  104:14 365:24
moss 3:6 7:2,2
mother 198:24
motive 103:13
motorola 164:16
mountain 97:14
  287:3
move 149:14 234:12
  234:14,15 250:8
  251:22 330:11
  350:16 362:12
  364:15 366:18
  367:22
moved 255:16
  256:20 257:3
  264:22 301:6
  307:20 322:25
  323:5,22 324:6,18
  329:7,19 348:4,16
  348:22
moving 270:1
  308:14,23 311:9,14
  363:2,12
multi 89:10
multiple 11:15
  14:12 42:3 112:4
  115:20 123:4,12
  165:6 201:20
  212:20,21 276:12
  276:12 279:15
  325:5 352:1
music 276:4,20
mutual 160:21
mutually 117:17
  118:13 160:21
  166:2,6 201:14

**n**

n 4:1 6:3 174:7,9,10
  174:10,15 175:14
  182:16 202:15,25
  203:1,3,6,10,11,15
  203:17 204:3,6
name 6:8 67:17,20
  101:23 182:2
  187:10,13 188:3
  207:10 210:11,11
  221:25 241:12
  256:17 294:18
  310:9 335:23,25
  345:25 349:5
  370:19
names 101:1 118:3
  280:24,24,24
nancy 175:14
narrative 363:19
nascent 121:22
native 124:4 348:10
  348:15,23 350:12
nature 10:14 69:1
  252:15 265:5
  350:20
navigation 106:1,3
  106:9,12
near 218:7,9,14,17
  220:8,9
nearing 156:25
necessarily 29:24
  75:13 82:16 86:15
  132:21 200:20
  228:3 258:20
  259:10 270:6
  283:21 302:4 344:5
  346:21
necessary 111:15
need 38:4 72:17
  104:14 107:13
  119:15 135:21
  140:9 155:24
  159:12 174:22
  183:16 203:20

218:6 260:21
  280:18 312:2
  329:11 365:18
  366:24
needed 178:7 274:3
needs 112:6 118:10
  138:20 196:4 344:8
negative 109:4
  330:21
neglected 43:16
negotiate 91:15
negotiated 109:3
negotiating 91:11
  92:14,22 93:9,13
  94:12 99:20 106:6
  115:16
negotiation 109:7
negotiations 85:3
neither 370:15
nest 3:14 7:7
net 180:6 318:22,22
network 219:12,12
  269:10
networks 207:24
  354:22
never 20:19 23:8,20
  27:25 29:22 34:1
  35:4,11 75:20 77:6
  128:15 136:15
  181:18 189:4
  190:21 225:20
  230:5 299:18,19
  362:19 363:18
new 71:23 118:11
  121:22 136:18,19
  181:24 202:8,10
  206:4 271:11 272:3
  272:7,23 273:3,11
  274:22 275:7
  290:15,24 291:12
  291:14 294:23
  306:20 307:1 308:5
  308:7,25,25 317:21
  318:20,23 320:4
  321:8,21 329:12

357:2,6,15,19,20,24
  358:7,10
newest 290:25
nexus 41:4 42:10
  228:12,16,22 229:2
  229:10,15,17,21
  346:10
nice 218:10 290:6
nine 9:12 11:24 12:3
  14:21 17:8 124:15
  143:20 149:21
  150:12 305:4
  336:21 337:8 338:3
  338:6 341:15,15
  350:1 351:12,17
  352:20
nods 351:23
non 208:8 232:11
nonresponsive
  149:15 362:13
  364:16
nope 14:5 210:7
northern 1:2 2:2
noser 340:23 341:1
  341:4,8,14
note 6:16 189:4
  196:14 295:24,24
  296:3
noted 368:10 369:11
notes 362:3,7
notice 7:20 8:2
  208:22
notifications 256:22
notion 124:23
  263:12 291:16,18
  296:7
ntt 81:14
number 5:3 6:15
  11:22 18:23,25
  19:14 20:15,20 26:5
  38:7,21 42:7 49:2
  67:1 68:5 72:7
  84:14,18 99:3
  100:16,17 135:1
  155:20,21 162:9,14

**[number - obviously]**

193:20 205:1
212:15 213:4
252:22 269:13,21
272:23 275:7
276:13 288:9
314:20 317:16
318:24 335:12
336:22 350:10
358:8 361:11,13,17
368:6
**numbered**   8:7
204:16
**numbers**   25:12 75:6
204:25 361:16
**nutshell**   137:24
292:1

**o**

**o**   6:3 221:20 272:1
**o0o**   7:14
**oath**   370:6
**object**   189:13
244:18 283:19
**objected**   232:8
233:2 367:21
**objection**   15:2,20
16:6,21 17:14,24
18:10,18 19:7 20:9
21:5 22:2 23:13,24
24:21 25:6 28:3,8
28:15,20 29:7,21
31:5,13,19 32:1
34:17 35:2,9,17
36:3,20 37:7,22
39:9,15,25 40:11
41:7,25 42:12,19
43:4,25 44:9,16,20
45:7,18 46:7,23
47:12,20 48:2,7,17
48:24 49:5,12,19
50:2,15 51:7 52:7
52:14 53:13 54:1,10
54:17 55:19 57:7
58:13,19 59:3,14,21
60:5,18 61:17,23

62:6,16 63:11,21
64:5,20 65:14 66:13
74:8,25 75:12,16
76:16 77:5,16,23
79:3 80:4 82:19
83:6 84:9 86:11,21
87:7 94:8,15 98:9
98:17 99:22 100:10
102:10 103:20
105:4 107:11 111:2
111:10 112:20
113:5,18 114:15
115:4,18 116:11,17
117:4,25 118:19
121:18 122:18
123:9,25 124:11
125:1,15 126:6
127:10 129:10,17
130:18 132:19
135:25 136:10
137:9,10 139:6,19
139:22 140:8,15
141:18 142:19
143:17 144:8
145:14,17 147:1
148:20 149:5,25
150:16 151:1,19
152:11 153:6,22
154:7,11,15 160:4
160:18 161:5 162:4
163:16 164:6
165:15 166:3
167:14,22 168:4,12
168:22 169:6,14
170:9 171:6 173:12
174:1,8,17,21
175:16,23 176:9
177:2,17,22 178:12
179:3,9,22 180:15
180:16,23 181:8
182:19 183:6,23
184:5,15 185:1
186:22 187:22
190:16 191:6 192:8
194:22 195:14

197:16 198:5,20
199:7,16 211:14
212:13 219:20
221:6 222:25 227:2
227:23 230:4
231:15,23 232:25
234:3,5 236:20
237:8,23 238:4,13
239:2,3,13,14,24,25
242:9,13,20 243:4
244:9,17 245:16
246:11,12 247:5,6
250:24 257:9,16
258:17 259:22
260:7,19 261:2,10
261:18 263:4 264:7
264:24 265:7,19
266:1,20 267:2,21
269:18 271:20
272:17 273:4
274:15 275:1,11
276:7,23 277:7
278:8 279:12
283:16 284:6 286:1
286:9,17 287:12
288:24 289:6
293:11 294:16
295:9 297:1,22
298:23 301:8 302:2
303:4,18,25 305:18
307:21 311:12
313:4 315:7 318:14
319:18 322:8,16
323:7,24 324:8
325:1,22 326:6,17
327:3 328:7 329:10
329:22 330:16,23
331:13,25 332:22
333:17,21 334:7,14
334:24 335:8,19,24
336:7,19 337:7,15
337:22 338:12
339:5,14,23 340:7
341:6 342:16 344:1
344:23 345:21

346:18 347:18
348:25 349:17
350:16 353:22
355:12 356:18
357:17 358:3,19
360:7 362:1,16
363:16 364:4,10,23
**objections**   10:11
29:15 51:13,18,22
52:24 53:6 64:12,21
75:23 78:9,15 79:12
79:24 80:16,20,24
81:4,15,19,25 83:19
84:23 85:4,15
117:12 126:16,21
131:16 132:1 142:7
143:4 144:18 190:7
215:22 233:20
241:7 246:2 248:15
270:3 284:13,25
293:21 294:11
295:18 298:9
313:17 316:21
320:6 327:12,20
328:16,25 331:4
340:15 341:11
346:6 354:5
**objective**   204:15
353:14
**objectives**   56:7
61:11 201:13,13,22
210:5
**obligation**   162:7
173:3
**obligations**   160:12
160:15,20
**observation**   315:12
315:13
**obvious**   120:10
**obviously**   10:10
21:10 50:9 112:12
133:7 159:10
192:11 211:5
220:21 251:20
279:23 314:13

Veritext Legal Solutions
866 299-5127

**[obviously - optimize]**

321:20 342:23

**oc** 5:8

**occasions** 12:16

**occurred** 101:8

**october** 202:24
288:7

**oem** 165:20 295:5
298:19 332:12

**oems** 38:24 231:2,5
289:3 290:25
296:20 297:19
298:5 315:3,13,16
315:17 316:1,11
331:16,22 332:14

**offer** 86:14

**offered** 95:14

**office** 3:6 62:11
233:22,25

**officially** 163:24

**oftentimes** 93:20
125:19

**oh** 66:3 112:25
186:16 204:12
210:20 259:4
280:20 285:12
297:15 349:8

**okay** 8:5 14:4 15:15
16:15 17:19 21:2
22:10 24:15 25:3
36:7 40:6,22 41:14
46:2,19 48:13,21
51:21 59:10 60:10
61:14 62:12 65:5,10
70:17 73:24 78:13
80:13 90:4,20 91:6
91:16 92:20 96:22
108:14 119:15
131:21 137:18
151:14 163:13
185:21 186:5,19
189:12,18 190:23
200:9 202:4 204:7
205:13 207:8 209:8
210:22 220:24
221:4,18 230:16,16

230:21 232:2
233:11 240:19
242:25 247:19
248:24 252:11
258:6 267:5 273:10
273:21 274:1,11
275:17 276:2 277:3
284:20 296:17
298:4 299:21
304:22 306:25
308:21 322:22
323:16 326:14
328:22 335:5 336:3
337:2 338:2 340:21
349:21 351:5
360:21 361:17,19
361:23

**okr** 56:6,7,21 61:10
61:19 201:1,10,16

**okrs** 56:13,16 57:3
61:9,16 200:7 201:7
201:11,12,17,23
204:20

**old** 304:21 321:22

**olufsen** 95:10,13

**once** 110:13,13
156:24 188:20,21
235:9

**ones** 39:2 89:13,19
99:8 172:5 194:21
201:8 276:10

**ongoing** 101:13
279:7

**online** 228:15
300:16

**open** 16:8 18:21,22
19:5,10,13,18,22
20:2 24:3 27:3
30:20 41:20 45:11
57:14 161:3,7
167:16 172:13
177:15,20 178:3,5
178:25 179:20
180:2,6 181:14
184:8,12 231:3,5

257:15,19,21 258:2
258:7,10 259:18
260:1 262:3,14
264:4,5,23 269:14
270:1 275:12,14,24
276:22 277:10,11
277:19,21 278:2,12
278:13,21 279:6,16
282:19,21 283:2,3,4
283:8,10,13,15,22
289:21 293:8,24
294:2 295:1 298:15
299:16,20 300:19
300:24 301:4
302:21,25 303:3,6,8
306:19 307:18,23
308:8,23 309:1
311:7 312:6,10
315:16 342:22,23
343:10,14,16,18,20
343:22,25 344:10
344:13,15 345:18
346:15,16 347:9,12

**opening** 43:9

**openjdk** 182:10
189:9,22 190:4,14
190:22 191:2

**openjdk's** 190:21

**openly** 259:15

**operates** 183:18

**operating** 16:8 24:4
27:3 30:1,9,17,19
32:12 37:17,18,24
38:1 45:11,21 46:14
46:16 57:13 68:12
68:15 70:2,3,22,23
75:9 113:22 114:19
114:23 115:3,7
138:12 161:13,14
162:2 172:14
193:11 203:10
217:7,14,17 223:15
223:16,19 224:13
227:4 228:18 230:7
255:22 256:4,7,11

256:11,24 259:25
260:5 262:2,7 263:6
263:8,11,15,19,25
264:14 270:8,9,10
270:17,23,24
278:24 279:25
288:13,20 289:18
289:20 290:10,18
291:1 292:21,22,24
292:24,25 296:6
301:23 312:5,20,23
312:25 313:23
316:2,10 324:21
326:24 327:2,16,21
327:23 328:2,12
329:3 330:4,7 353:1
353:4 359:14,20

**operation** 10:14
252:15 262:16
265:5

**operative** 260:8

**operator** 3:23 15:25
57:16 88:18,18,19
46:17 81:9 82:6
292:7,9 332:14
354:10 360:17

**operators** 15:6 19:1
38:22 39:4 45:1

**opex** 135:14,15

**opinion** 181:1
275:22

**opinions** 316:11

**opportunity** 104:2
105:1,5 108:19,21
207:6

**opposed** 10:19,24
42:5 50:7 149:16
300:15 312:19
313:2 315:5,10
316:13 318:1,12
331:23,24 364:17

**opposing** 315:15

**opposite** 277:12,13

**optimize** 121:10

**[option - partner]**

**option**   313:23,24
  314:5 319:13 322:3
**optional**   223:6
**options**   313:19,19
  313:22 314:21,22
**opts**   259:6
**oracle**   1:4 2:5 6:14
  6:24 7:1,3,5 126:3
  126:12 252:6 262:6
  275:9 322:6,13,14
  322:19
**oracle's**   240:14
  247:20
**oranges**   274:18
**order**   9:23 18:16
  42:6,10 50:13,20
  53:11 54:15 77:10
  77:14 78:7,19,21
  94:2 96:3 101:3
  113:1 118:9 139:4
  156:12 170:2,3
  178:10 185:13
  197:2 207:3 218:6
  221:1 234:9 260:4
  279:1 329:8,8,20
  333:10
**orderly**   11:17
**ordinary**   198:19,22
**org**   205:20,25
**organic**   83:10
**organization**   22:23
  150:19 205:17,23
  205:24 207:12
  210:6
**organizational**   94:5
  206:9
**organizationally**
  206:12
**orientation**   204:24
**original**   350:2
  370:12
**originally**   184:4
  299:16 300:18,23
**ornella**   92:1,2,12
  93:18

**ornella's**   93:12
**orrick**   3:3 6:23,25
  252:5
**orrick.com**   3:11
**orthogonal**   225:2
**os**   9:16 23:15 65:19
  161:22 192:2,14
  193:3,6,8,18,19,22
  193:24 194:2,12
  195:20,21,22
  197:15 263:24
  289:20 315:9 316:5
  316:7 328:20
  359:24
**ota**   118:6,14 119:16
**outcome**   160:21
**outreach**   357:11
**outset**   353:19
**outside**   27:2 97:15
  167:18 186:14,16
  207:19 213:7,9
  247:2,11,15 248:12
  309:18 310:18,23
**overall**   25:19 56:22
  57:2 67:6 103:16,16
  112:13 226:14,20
  325:13 359:1,7
**overarching**   204:15
**overhead**   292:8
**overwhelmingly**
  359:23
**owned**   33:7
**owner**   324:11

<strong>p</strong>

**p**   6:3 202:15 296:2
**p&l**   23:23 24:7,9,12
  24:17,19 25:5,10,20
  25:21,22 26:2,6,9
  136:11
**p&ls**   24:23
**p.m.**   137:2,5 209:24
  210:2 250:11,16
  306:13,16 368:6,10

**pace**   358:10
**package**   128:17
**packages**   126:4,14
  127:9,13,19 129:3
  179:8,13 191:4
  333:15 336:18
  337:5,6,14 339:20
  339:20
**page**   4:4,11 5:3,14
  7:21 8:6 77:1
  151:16 221:16
  225:12,24 230:19
  252:19,20,21
  361:11 362:5,13
  364:20
**pages**   1:25 5:6
  199:25 200:22
**paid**   72:13 73:7
  78:19,22,24 79:1,22
  80:9,15 155:15
**painting**   319:21
**palo**   1:14 2:16 6:1
  6:13
**paper**   204:24
**paradigm**   272:4
**paragraph**   8:7
  151:10,18
**parallel**   93:12
**pardon**   78:25
  111:20 150:11
  240:24
**parking**   125:7
**parn**   202:14
**parse**   227:10 249:4
  334:19
**parsing**   15:4
**part**   8:14 17:21 18:7
  31:22 58:7 60:4
  78:3 83:16 89:1
  113:12 122:1,6
  126:3,20,20 143:15
  145:4,13 146:9,13
  147:10,23 148:8,9
  148:10,12,18,22
  149:3 150:24

  165:13 170:7 173:9
  173:21 174:14
  175:7,13 178:24
  181:23 183:4,4,8
  184:24 190:15
  191:21 201:24
  226:12 230:8,9
  255:17 258:7,9
  260:2 261:20 264:4
  267:11,16 275:14
  276:21 278:13
  282:17 287:15
  293:16 294:2
  299:16,19 300:19
  300:24 301:4 308:8
  310:14,17,22
  316:10 322:24
  323:4,21 324:24
  325:11 326:15,24
  327:2,8,11,19,25
  328:1,5,9,14,18,24
  338:10,20 339:12
  344:20 347:16
  348:9 356:1 361:22
**partially**   203:17
  211:19 213:4
**participate**   114:24
  161:16 162:1
  168:17 214:17
**participating**   152:4
  152:22 153:15
**particular**   83:12
  120:8,9 132:25
  167:6 179:21 180:9
  243:12 262:4
  303:17 311:18
  324:2 327:24 330:6
  353:21 359:20
**particularly**   76:23
**particulars**   83:11
**parties**   6:17 10:23
  15:1 16:19 163:14
  237:14 259:11
**partner**   20:11 82:24
  83:5,12,24 84:14

**[partner - phones]**

85:12 93:24 94:1
110:4,16 159:3
202:15
**partners** 15:5,19,22
16:10 19:2 20:5,6,8
20:13,23 22:9,10
23:5,7,8,9 30:12
38:20,22,25 45:21
83:25 84:7,19 85:20
85:24 86:2,5 88:10
93:10 95:6 110:10
110:19 122:2 159:5
159:6,7 169:25
181:12 203:5,10,12
203:16 204:6
**partnership** 26:21
**parts** 37:10 100:20
173:18 180:3 207:3
207:4 255:16
308:14 311:10
348:21
**party** 21:25 236:17
237:5 239:21 241:2
244:7 245:13,24
246:7,8 247:17
249:2 253:19 296:9
370:17
**party's** 239:22
241:2 244:14
**pass** 157:15,25
360:22
**passed** 288:10
**passes** 169:3,11
**passing** 158:1
172:10
**patent** 233:23
265:11 266:15
**path** 344:8
**paused** 174:20
**pay** 21:25 57:17
63:3 72:12,15,17,18
75:4 83:4 84:6
85:12 86:9,25 89:5
89:8 135:10 236:3
236:17 237:5,14,21

239:10 245:24
246:7,25 247:3
248:13 251:7 263:9
**paying** 86:4 135:9
238:8,11,19,19,24
239:16
**payment** 95:15 96:3
98:1 102:5 216:23
217:11,15,19,25
218:5,20 219:8,17
219:22 220:1,5,16
220:18,20,23 231:4
247:16
**payments** 217:2,4
221:1 222:15 224:1
231:12,18,20
232:14 238:16
239:20 241:1
**pays** 77:9,11,12,14
78:7 79:17
**pedantic** 217:6
**peer** 207:12
**peet's** 219:5,11,14
**pen** 295:24 296:4,7
296:10
**penalty** 369:9
**pending** 145:6 147:8
209:4 215:5
**people** 22:16,18
30:3 49:21 50:3
51:3,5,25 54:20
57:3,21 64:1 75:10
79:7 86:8,24 89:5
91:14 92:13,22
94:12 96:12,13,17
96:18 97:13 99:25
102:18 103:14,24
104:10 107:25
112:1,3 120:11
130:23 134:22
135:4,7,9,10 136:7
137:21 140:2
150:19 161:3,6
162:8,11,18,22
187:12 205:23

220:25 265:10
279:3 285:12,14,17
286:25 300:6,13
307:11 314:8
326:10 335:12
351:12,12 359:12
**people's** 280:24
**peraza** 3:23 6:9
**percent** 21:20,24
98:6 188:19 268:14
297:16
**percentage** 80:10
108:17 359:19
**performance** 26:19
26:20 31:3,18
226:11,14
**period** 61:4,12,13
61:15,18 101:7
190:22 207:2
361:25 362:15
364:2,22
**periods** 363:8
**periphery** 211:3
**perjury** 369:10
**permissions** 202:11
**person** 22:19 97:3
115:23 136:3
164:10 197:9,9
200:13 242:23
243:8 280:21
285:15 335:17,25
**person's** 207:10
**personal** 28:11
40:19 112:2,4,6
120:23 242:7
261:22 365:23
**personalized** 110:2
**personally** 35:5
44:13 143:12
190:12,18 213:23
216:2,10 248:6,10
288:2,3 323:25
348:7,18 349:25
**perspective** 14:10
37:16 45:10 58:4,25

59:1 148:1 154:18
155:7 170:19
176:20 196:20
218:4 256:8 257:4
263:21 271:4
291:23 321:11
327:22 359:22
**pertains** 370:11
**phablet** 296:2,5
**phablets** 295:25
296:3
**phase** 110:4 115:14
363:2,3,12,12,22,23
364:19,25
**phases** 362:22,24
363:5,10
**philipp** 92:7 93:18
**philips** 94:24 95:13
**phone** 13:5,5 39:8
39:10 40:18,19,20
40:23,24 41:16,21
42:6,10 43:2,7
70:25 94:13 102:22
102:24 103:2,9
106:20,21 107:17
107:23 108:1,5,10
112:5 128:9 129:23
131:14 154:23,25
155:3,4,23 156:16
192:1 211:17 218:7
219:7,7 229:15,17
291:10,11,12,14
293:10 294:9,19,20
296:20,21 298:19
330:14,20 331:1
344:19,21 345:2,12
345:17,24 346:1,4,8
346:9 347:10
354:14 356:13
357:8,9,14,22
**phone's** 103:5
107:20
**phones** 41:9,11,11
49:22 71:2,6 87:10
93:22 94:7,9 102:20

**[phones - point]**

112:2,4 130:16
138:5 155:1 171:18
192:11 208:8,8
214:24 215:14,21
216:5 221:1 225:25
226:3,7,16 228:16
228:22 229:2,11,21
289:5 292:3 293:5
297:20 298:6 345:3
357:9
**phrase**   46:12 55:22
137:15 162:20
188:3 224:19
295:11 325:25
359:11
**phrasing**   283:20
325:3
**physical**   113:25
114:3 300:15
**pichai**   26:13 92:9
**pick**   6:19 90:20
**picture**   319:21
**pie**   359:16,22 360:1
**piece**   21:18,20 59:13
96:25 285:14
**pieces**   313:15
**pigeons**   114:7
**pinpoint**   335:11
**pioneered**   297:5
**pixels**   156:14
**place**   6:17 105:18
114:1,9 197:6 255:5
255:10 266:10
304:15 309:8
311:15 315:1 370:4
**places**   280:24
311:19 316:13
**plaintiff**   1:5 2:6 3:2
6:11
**plan**   8:12 52:5 53:4
55:16 58:2 61:3,4,5
61:5 62:4,21 63:2,8
63:18,18 74:17,22
76:3 87:12,16 88:2
88:22,24 89:7,23

95:25 97:25 102:4
102:15 103:18
109:9 111:21 113:2
116:9 118:12 120:7
129:14 136:8
141:14 142:3,15
147:10 148:8,12,13
148:18 150:24
153:20 154:13
155:18 170:7
173:24 174:4,6,9,14
175:6,13 182:6
183:3 197:12 212:6
212:9 222:20
**planned**   192:6
**planning**   53:7 56:10
60:16,19 61:21
62:14,19 105:8
144:6 181:22
**plans**   8:9 60:2,6,14
60:14 63:13 98:5,7
105:18 116:6
143:16 144:16
145:4,13 146:10
172:23 185:6 192:4
212:2
**platform**   18:17
45:17 46:5,11,13,21
46:25 72:24 76:18
106:2 112:11
120:17 123:21
124:8,25 126:4
127:24 131:25
138:13,15,19,24
139:5 149:12 165:1
165:10 167:6,8,9
168:11,21 169:5,13
169:18,18 170:19
171:4 177:1 191:25
216:21 222:17,22
223:21 224:10
226:23 227:3,5,8,9
230:7 253:5 256:7
262:14 265:16,24
266:19,22 267:1,7,9

267:16,17 271:10
273:2,7,8,14,23
274:9,14,25 275:3
286:8,16,20 287:1
296:20 301:25
304:10 310:15,18
310:23 311:7
313:13 327:11,19
327:22 328:2,5,9,12
328:15,18,24 329:9
329:21 333:15
339:2,3,8,13,21
352:17,22 353:21
359:22 360:11
**platforms**   76:25
**play**   10:13,14 19:11
19:19 21:9 38:10
51:1 74:11,13,14,15
77:9,11,12 125:21
154:24 161:16
196:22 210:23
211:5,5,6,7,11,17,21
212:10 214:23
215:14,20 216:4
220:24 222:21
252:9,14,15 253:2,3
253:10,15,23 254:8
254:9,12,20 255:7
255:17 256:1,9
257:2 258:14,15,24
259:10,15,15,17,21
260:6,18 261:1,8,13
261:16 262:15
263:2 264:22 265:5
265:9 266:16,18,21
266:25 267:6,14,19
268:6,10,12,16,20
268:22,23 269:2,16
269:21 270:2,12,18
270:23 271:7,13
275:18 277:25
278:4,7 284:4,12,22
285:2,3,7,11,12,18
285:22 286:4
287:21 288:1,4,7,17

288:22 289:14,17
290:6,8,13,23
292:16,20,23 293:3
299:5,11,23 300:2
301:6,24 302:6,7
306:21 307:3,8,10
307:10,11,12,14
308:4,6,15,24 309:2
309:10,16 310:2,10
310:18,22,23 311:6
311:11,20 312:8,13
313:1,3,8,14,16
314:3 315:6,10
316:13 322:25
323:5,22 324:7,24
325:8,12 329:7,20
330:12,15,21 331:3
331:5 332:20 334:3
334:11,15,22 335:1
335:2,7,16,21 336:5
336:17,23 337:5,13
337:20 342:15
346:4,9,11 348:2,4
348:16,24 349:2,10
358:17,21,24 359:4
**plays**   134:21 144:16
**please**   6:16,20 36:8
60:1 65:24 68:7
81:3 151:10,23
174:18 179:2
200:15 221:16
230:15 233:14
361:18
**point**   20:6 83:21
121:14 129:22
130:11 142:11
159:18 171:15
172:7 175:22
176:17 177:14
205:21 217:21
218:25,25 230:6
271:5 295:22
299:10 312:15
320:21 324:13
325:18 342:8

[point - process]

351:17 352:19
361:22
pointed  205:21
206:3 288:5 303:8
341:23 365:24
pointing  194:11
points  104:11
166:21
policy  195:1
pool  165:5
pooled  165:3
pop  272:9
portion  22:8 96:24
97:2 133:16 173:4
191:5 264:15 282:4
293:2 348:14,15
356:1 359:1
portions  10:16,20
69:2 173:14 290:7
293:3 313:12
339:12 353:20
358:24
position  11:3 13:12
29:5 247:20 250:2
positive  25:4
possession  200:12
200:19
possibilities  314:11
possibility  35:24
36:14 57:25 58:3
possible  30:3 69:6
71:24 88:15 89:4
104:4 108:3 118:23
126:25 170:8 193:1
194:17 200:18
325:10 350:23
359:24
possibly  347:5
post  66:16 256:22
293:19
potential  87:14,18
88:5 89:8 91:7 98:1
potentially  130:1
powered  300:12
311:3,5 312:16

powerful  69:25
powering  262:13
practical  149:9
281:1
practice  21:23
278:23 279:5
practices  355:19
precise  25:18 66:1
140:3 194:1
predates  350:1
predating  128:13
predict  281:22
prediction  280:13
prefatory  350:17
prefer  32:22 142:12
331:22 332:5
preliminary  215:9
216:7
premise  103:10
prep  186:10 187:7
187:16,17,20
188:17,21,21 189:5
preparation  185:5
185:20 349:10
350:24 351:10
prepare  17:3 102:1
102:3 185:13
284:21 336:14,15
336:16,21 337:4
prepared  11:8 56:21
265:13 351:14
preparing  25:10,11
25:15 56:13 185:15
presence  319:15
present  3:21 50:9
53:24 54:8 122:6
243:1 273:13 299:6
340:19 362:8
presentation  5:8
66:18 73:9,13 74:2
136:12 242:12,15
362:4 365:1
presented  364:12,14
364:19

presenting  362:8
presently  9:3 33:1,3
54:15 181:22
president  9:8,14
13:8,11,15,24 48:15
149:23 150:13
191:1
press  31:23 42:24
237:12,18 346:8
359:12
presses  279:21
pretty  23:1 27:1
60:12 70:21 100:25
102:25 104:12
136:17 164:21
186:24 192:10
201:2 203:12
223:12 226:8,17
255:3,4,23,25
276:11 283:8,8
285:13 294:21
301:17 325:2 333:6
335:9 343:17
prevent  108:2 360:6
360:10
preview  115:14
previous  38:8
214:14 316:24
previously  5:13 7:19
11:12 220:10
price  57:14 166:21
171:15 172:7 226:5
226:24
principal  227:20
principle  103:24
principles  130:22
263:7 312:4 317:15
330:2
print  204:23,23
printed  5:4 151:5
205:6
printer  205:6
prior  12:11,17,18
13:8,9,10 278:12
307:4 370:5

prioritization
147:14
privacy  28:24
private  6:19 250:5
262:19 277:15
298:1 346:24
privately  110:12,18
111:6
privilege  126:8
182:22 185:16,17
188:1 189:16,19
191:7,9,16 232:1,12
234:3,4 235:2 236:8
236:24 239:3,25
240:4,6,13 243:21
244:18 245:9,18
247:21 249:16,20
250:5 251:13,16
privileged  189:10
232:7,11,15 233:3,4
239:6 240:18 243:6
244:24 245:3 247:8
247:11 248:23
249:23
probably  22:16,20
33:4 60:11,23 62:19
74:10 85:19 92:25
119:25 123:23
124:20 135:3 148:2
197:22 199:2
251:23 270:16
277:21 280:21
318:25 335:20
341:14 352:18
problem  112:12
155:6 325:10
358:23 359:2,8,11
360:2
problems  69:15
procedures  10:18
proceedings  370:3,5
370:7,13
process  56:10 60:17
60:19 61:2,10,21
122:6 159:19

**[process - purchases]**

334:22 356:16
**processes** 266:10
304:14
**processing** 216:23
217:15,25 219:18
220:1,5,16,18,20,23
221:2
**produce** 234:9
**produced** 200:11
233:19
**product** 8:9 57:18
65:3 72:11 110:19
116:1,4,6 118:3,4
119:20,25 132:9
143:16 192:5 197:9
197:9 201:19 215:4
221:12,14 278:1
344:7,17
**productivity** 225:3
**products** 12:23
16:10,11 30:12 32:9
45:23 53:17,20 54:3
54:4 58:8 61:1
102:18 103:24
104:10 120:19
129:4 130:4,5,23
132:6,10,16,25
133:1,6,8 134:19
170:22 173:16
198:25 208:21
228:15,20 253:8
**professionally**
128:15
**profit** 24:5 34:11,16
34:20
**profitable** 27:7,23
34:5,24 35:8,15
37:3 228:22
**profits** 50:6
**program** 13:20,23
111:24 112:1,15
273:22 274:3,24
287:17
**programmed**
128:12

**programmer** 128:11
**programming**
272:16 273:2,19
339:2
**progress** 110:11
222:16 321:8
360:20
**progressing** 26:23
**progression** 14:7
287:17
**prohibition** 141:16
142:5,16
**project** 53:15 68:10
69:9 103:11,23
110:5,9 112:15
137:20,21,23 161:3
178:25 182:1,6
187:19 189:7
206:16 207:12
208:2 210:17,21,22
210:22,25 211:11
211:18 213:19
214:17 215:2
216:14 257:15,21
258:3,8,10 264:4,6
264:23 269:15
270:1 275:14,24
276:22 278:14
285:13 293:24
294:2 299:16,20
300:19,24 301:5
306:20 312:7
343:14,18 344:7
345:19 346:15
350:9
**projected** 106:16,16
106:21 107:1,14
108:5,8 127:6
242:15
**projecting** 66:18
108:10
**projections** 74:3
**projects** 100:17
103:21 207:13
283:4 343:19

344:12,13,14
**promote** 18:16
**promoted** 13:14,23
14:16 287:18
**promoting** 19:3
152:5,23 153:16
**pronouns** 280:5,23
281:23 282:6
**properly** 357:10
**property** 10:22,25
230:18,24 231:8,13
231:21 233:9,10,22
233:24 236:4,18
237:6,15 238:12,25
239:22 241:3
244:16 245:15,25
246:9 247:3,17
248:7,14 249:7
250:22 265:15,23
266:3
**proposed** 213:17
**propounded** 234:11
**proprietary** 259:18
259:21 261:1,4,24
269:16 277:5 278:1
278:6 279:11
281:12 282:3,7
294:9 295:17,19
296:24 297:21
298:21 307:20
342:21,25 343:5
346:16 347:3,7
**propriety** 251:18
**prospectively** 61:3,6
**protective** 9:23
207:3
**protocol** 69:13 70:2
113:9,12,13,21
114:5
**protocols** 114:5
**prototypes** 134:24
**prototyping** 13:3
**proved** 171:10
**provide** 16:12 58:5
58:6 71:25 74:15

76:18 103:15 118:6
120:5 166:15
167:15 191:16
193:15 230:6
235:14 242:1
253:22 254:4
256:15 261:15
269:7,11 302:10
347:5
**provided** 200:14
254:7,9 330:9
**provider** 39:8 43:24
44:3,8,19 45:6,16
46:4,22 77:4,10,15
78:8,20,22 79:2,23
88:21 120:17
**provider's** 359:22
**providers** 38:25
68:21,21,22 69:3
**provides** 20:23
82:11 255:7 256:1,1
256:3 307:9
**providing** 11:4 87:1
103:13 117:19
146:15,16 288:16
315:23 325:11
**provision** 140:13,22
141:3 152:10 153:5
**proxy** 54:21
**public** 30:24 31:15
35:1 37:2 221:15
269:12 277:15
310:9
**publications** 139:24
**publicize** 295:21
**publicly** 110:15,21
110:23 111:6,16
156:16 163:19
221:13 262:22
297:25 342:24
**published** 346:4
**purchase** 110:20
**purchaser** 199:10
**purchases** 88:16
89:19

**[pure - ramsey]**

pure 365:22
purely 89:4 130:13
  131:12,17,18
  260:14
purport 303:16
purpose 10:14 35:23
  36:12 170:18 198:9
  198:12,19,22 199:2
  199:3,6,14 201:11
  252:15 265:5
purposes 36:1,17
  147:16 165:18
  199:12 296:23
pursuant 9:23
  233:19
pursue 50:12,19
  64:10,19 65:8
pursued 16:17
  18:15 155:18
  158:19 159:20
pursuing 141:15
  142:4,15
purveyor 14:24
pushed 366:13
  367:4
put 32:11 43:17
  62:22 76:14 88:16
  128:17 140:6 154:3
  173:24 174:6,9,14
  175:7,13,25 177:15
  178:9 180:22
  181:22 184:13,24
  186:20 195:17
  196:20 211:21
  212:10 214:23
  215:14 224:1
  226:18 252:13
  271:3 309:7 313:2,9
  314:11,16 315:1
putting 141:3 158:5
  179:8,20 183:3,8
  215:20 216:4 312:5
  312:7 316:20 317:6
  321:3 351:7

**q**

q2 5:9 362:20 365:2
q3 201:3,4,5
quality 138:5,10
quarter 201:3,5,6
  201:20,20
quarterly 5:8 362:3
queiroz 70:10 73:25
  74:1
question 15:4 16:23
  17:17 23:22 25:17
  29:2,23 30:6,14
  35:23 36:4,6,13,21
  41:18 50:17 51:23
  52:17 57:19 60:7
  63:5,6,16,17 64:15
  64:17 70:18 78:17
  79:15,16,17,18,21
  87:25 96:5,8 123:11
  125:12 126:24
  127:13,14,19
  128:22 130:8
  144:23 145:2,5,8,10
  145:10 146:2 147:7
  147:8,17 148:7,11
  158:3 170:11 171:8
  175:3,9 176:11,21
  177:10,11 181:11
  185:17 187:3,15,23
  189:11 191:11
  198:17 205:8 209:4
  214:5 216:25 220:9
  220:14,17 227:10
  231:18 232:4,8,22
  234:13,15,25 235:7
  235:9 236:10,22
  237:2 238:16 239:4
  240:1,9,12,17,22
  243:22,22 244:1
  245:6,19 246:14,15
  246:16 247:24
  248:8 249:4,14,17
  250:5,18,19 251:10
  261:24 266:14

272:20,22 273:11
282:23,25 286:12
287:4 303:12
305:22 307:17
308:16,18,19
314:23,25 316:23
316:25 317:2,7
320:8,9 323:9,11,11
323:17 324:6 328:1
329:12,13,13,16,17
333:10 334:9,20
340:10 362:10,13
questioning 178:2
questions 4:10 36:5
  57:9 59:5,6 141:22
  174:22 234:3
  235:20,22 251:20
  276:15 317:8
  323:19 335:16,18
  348:21 350:19,25
  355:10,17 360:22
  366:8,17,23
quick 188:13 306:6
  352:18
quickly 272:10,11
quote 120:13 156:1
  160:24 198:22
  200:19 216:19
  226:4 252:14

**r**

r 6:3 192:25 202:15
  345:6
radio 345:3,5,5,7,10
raise 28:24
rajan 67:15,18,19
ram 226:7,9,13,16
  226:20
ramon 3:23 6:9
ramsey 3:5 4:6 6:25
  6:25 252:3,5 257:13
  257:20 258:5,13,22
  260:3,16,24 261:6
  261:14 263:1 264:2
  264:20 265:3,14,22

266:13,23 267:4,23
269:24 271:16
272:13,21 273:9,17
274:10,21 275:6,16
276:17 277:2 278:5
278:11 279:9
281:14 282:14
283:11 284:9,15
285:5 286:5,13,22
287:7,19,24 289:2
289:12 292:15
293:17 294:7,13
295:4,15 296:16
297:18 298:3,18
299:3 301:10
302:19 303:13,23
304:6,18 305:11
306:5,17 308:12
311:17 312:11
313:10 315:2,24
316:17 317:1 318:8
319:14 320:2,11
322:4,11,21 323:13
324:4,22 325:15
326:3,13,22 327:9
327:17 328:3,13,21
329:5,18 330:13,19
331:6,20 332:18
333:1,18 334:1,10
334:17 335:4,14,22
336:2,12 337:1,11
337:19 338:1,17
339:1,10,18 340:3
340:13,20 341:2,9
341:18 342:1,9,13
343:1,23 344:18
345:16 346:2,12
347:15,23 348:13
349:4 350:4 351:6
351:22 353:18
354:2,12 355:9
356:4,11,12 357:12
358:13 359:6
360:21

Page 41

**[ran - relating]**

ran  155:3 165:6
random  83:23
 293:25
rare  301:17
rate  125:10 201:19
reach  49:22 167:6
 319:11 355:7
reaching  322:13
reactions  340:6
read  8:22 31:23 36:8
 36:9 43:19 60:12
 87:25 141:7 146:4,7
 149:19 151:17,21
 175:5 182:2 188:14
 237:17,17,20 238:7
 238:23 239:8
 269:23 275:21
 346:7 363:21
 369:10
reading  88:1 151:24
 252:24
ready  209:13
real  62:14,18 63:4
 104:12
realization  112:1
 264:12
realizations  288:11
realized  288:5
really  19:16 20:2
 23:20,21 27:4 32:10
 40:3 53:20 68:23
 82:22 83:24 85:16
 103:12 104:22
 106:13,20,22,24
 108:22 112:3 114:6
 114:8 116:20,23,25
 117:6 120:5,16,17
 120:24 124:2 131:7
 132:24 133:2
 137:11 147:11
 149:11,12 161:20
 162:23 164:8 167:1
 175:25 183:20
 188:14 194:16
 199:9 206:5 208:12

209:9 232:22
 256:10 269:4
 280:18 281:10
 284:1 288:16 289:7
 293:15 298:16
 302:5,18 305:6
 307:8 308:8 315:22
 330:3 332:2,14
 333:8,9 340:1
 343:11 344:6,6,17
 345:13,14 346:25
 352:7,22 353:5
 354:24 358:25
 366:13
realm  35:24 36:14
 68:25
reask  318:9 323:17
reason  125:5 134:6
 145:19 170:10,11
 170:12 204:21
 224:3 292:2,8
 301:15,18 319:4
 342:14,19
reasons  29:6 71:12
 173:1 253:25 281:6
 288:20 292:1 312:2
 331:21
recall  28:4 251:5
 317:19
receive  13:4
received  33:14
 191:21 211:25
 216:9 248:6,11
 332:13
receiving  202:24
recess  55:6 137:3
 209:25 306:14
recognize  101:1
 200:4 204:22 333:2
 362:7
recollection  145:24
 352:9
record  6:6,18,21
 36:9 43:17,21 55:4
 55:8 137:1,5 139:24

146:7 151:18 175:5
 209:23 210:1
 240:15 250:6,10,16
 252:5 306:10,12,16
 351:2,4 360:21
 365:8,9 368:1,6
 370:6,9
recording  6:16
 271:24
rectify  120:2 305:10
red  201:9
refer  20:1 88:21
 124:4 187:12
 204:25 218:3 226:1
 233:23 276:12
reference  225:15
 347:10,13
referenced  210:8
 222:22
referential  304:2
referred  124:9
referring  18:4 52:10
 53:15 56:24 68:14
 74:19 88:19 115:7
 123:3,16 124:17
 127:6,7 133:12
 169:16 187:13,15
 202:16 223:23
 224:14 289:1 332:4
 332:24 338:24
 347:21 354:9
refers  100:17
 137:20,22 201:6
 222:23 226:2
 233:22 325:5 326:1
 333:9
reflected  182:6
reflecting  236:17
 237:5
refrain  233:4
refusing  235:15
 236:10 245:6
 366:16,22
regard  27:1 84:17
 90:10 144:20,21

161:18 258:2
regarding  80:6
 237:15 248:20
 342:3 350:11
regardless  233:11
 296:18
regressions  292:5
regular  259:7
regulatory  211:23
 215:3
reimburse  239:20
 241:1
reimbursement
 244:8,14 245:13,24
 246:20
reinforcing  166:2
reinvent  357:2
reinventing  119:12
 119:16
relate  100:18 128:1
 179:15 283:19,23
 336:10 340:5
related  10:18 16:1
 60:6 62:11 70:17
 76:11 80:10,15
 82:12 100:19,22
 192:13,14,15 208:9
 208:11 210:23
 215:9 218:5,5,21
 237:21 239:1
 244:15 245:14,24
 247:16 249:6 259:5
 259:20,24 260:1
 266:4,18 274:20
 314:2
relates  88:13 105:23
 195:12 213:5
 266:16 283:12
 332:20 334:4,12,16
 335:16 336:6,17
 337:5,13
relating  10:13
 265:16,24 304:24
 305:15

**[relation - rest]**

**relation** 47:1 285:2
351:17
**relations** 319:11
355:6
**relationship** 17:22
18:8 84:22 85:14
86:19 147:22
148:10 149:3,10
159:8,13 197:7,9
211:6
**relationships** 88:22
**relative** 297:11
358:25 370:16
**release** 26:22 127:25
175:14 182:14,16
184:4 191:22 203:2
259:14 299:6 303:2
303:15,16 304:10
319:22 320:5,15
342:15 343:3
**released** 161:7
202:22 229:15,18
257:7,22,25 258:4,9
264:4 267:20 268:7
268:11 275:24
276:21 300:19,24
301:4 303:7,22
345:18,22 355:15
**releases** 290:24
**relies** 262:17 284:23
**remain** 321:18
**remaining** 315:4,9
**remains** 313:12
**remedy** 305:21,23
**remember** 13:13
18:24 25:7 27:18,24
52:17,19 59:2 73:16
73:19 100:11
140:10,17 141:21
182:4 189:1 196:11
214:3 216:18
242:14,22 243:12
244:11 245:21
246:4 251:1,4
253:12 258:1

267:25 268:1,5
269:22 272:5
277:12 306:23,24
311:23 317:10,23
341:12,14,16 352:1
352:4,11
**remind** 355:23
356:2
**removal** 318:19
**remove** 125:7 305:2
305:17,20 318:2,12
**removed** 264:5
269:15 348:1
**removing** 269:25
305:22 316:19
317:5
**render** 309:23
**renny** 3:22 7:8
**repeat** 41:18 87:15
147:7 231:18 237:1
240:21 286:11
329:17
**rephrase** 75:2
272:22
**replace** 346:16
**replaced** 19:25
**report** 26:12,13
27:12,15 91:17,19
91:20,25 92:6,15,23
93:6 94:13 96:2,6
96:23,25 97:21,24
100:1 222:1 241:21
**reported** 1:22 27:9
27:17 227:13,16
**reporter** 2:18 6:9
7:10 146:4 157:20
175:4 192:3 206:10
296:1 361:3 370:2
**reporting** 25:24
27:16 67:9,10 93:16
93:17 97:16 118:17
**reports** 66:25 67:1,5
92:1,7 93:5 97:4,6
101:17 237:12,18
269:12 308:13

**represent** 6:22
200:10
**represented** 24:23
205:25
**represents** 51:2
**reproduced** 284:11
**request** 6:11 244:14
**requested** 232:23
306:6 370:14
**requesting** 245:13
**requests** 244:7,25
246:19
**require** 70:22 160:3
172:24 181:5
187:24 196:25
232:4 234:25 240:1
244:20 251:10
262:9 279:24
321:20
**required** 232:24
**requirements**
111:17 121:11
156:24
**requires** 160:9
240:17 247:24
270:21 319:23
321:5
**requiring** 232:3
**reread** 175:3
**research** 12:19,21
**reserve** 43:19
**resides** 125:21
**resistance** 330:15
**resolve** 250:7
**resort** 322:3
**resources** 119:19
320:25 356:15
357:1
**respect** 8:21,25
11:21 15:17 19:19
20:8,14 67:7,23
70:8,12 109:10
128:24 198:18
231:13,20 236:3,18
237:6,14 239:21

241:2 246:7 247:3
248:13,18 250:20
250:23 281:17
282:1 298:8,10,17
298:22 299:2
304:20 307:1
**respectful** 174:21
**respond** 104:21
189:6 232:3,7 233:3
235:4 243:24
245:18
**responding** 187:23
191:18 234:24
240:11 243:22
244:20 247:24
251:10
**response** 185:7
236:22 239:4 240:1
248:1
**responses** 185:4
**responsibilities** 9:15
93:9
**responsibility** 11:23
12:2 14:15,19 25:9
25:19 47:15 56:1,12
56:15 78:4 92:17
93:8,25 94:7 97:16
192:16 228:1,4
**responsible** 16:2,4
17:1,12 22:22 45:2
48:12 56:17,19 67:6
67:22 74:5 91:11
92:13,22 94:12
96:11,14 97:3
101:21 115:23
116:1 159:5 201:24
211:4 228:13,17,18
290:4,4 335:6
**responsive** 240:8
**rest** 177:15 212:18
212:23 223:13
322:25 323:5,22
324:6 335:17
342:20

**[restart - samsung]**

**restart** 175:4
**restate** 63:6 175:9
**restroom** 209:7,16
209:19
**result** 49:25 134:3
141:17 142:6,18
152:2,20 153:13
180:6 198:2 243:16
244:6
**resulting** 154:5
231:6
**results** 56:8 157:15
157:25 201:1
**retained** 368:7
**return** 136:9 366:19
**returned** 250:14
**reveal** 187:24 232:4
234:25 235:25
240:2 243:23
244:20 245:19
247:25 249:17
251:11
**revealing** 233:3
**reveals** 250:1
**revenue** 15:1,12,13
15:19 16:19 17:12
17:16,21 18:7,12,16
20:24 21:3,10,14,25
22:14 24:2,11,14,18
25:4 33:13 50:6
72:25 74:3 76:13
82:11 84:7 85:13
87:13,17 88:3,7,10
88:14,24 89:3,6,25
90:6,13,17 96:2,7
98:1 99:12 102:5
109:10 129:8
213:17,23 214:1,3,8
214:12,18 220:13
220:18,22 228:2,5,7
228:21
**review** 5:9 66:17
73:12 100:6 184:23
185:4,12 301:16
361:10 362:3,4

370:13
**reviewed** 100:12
190:21 304:15
**reviewing** 187:7
204:20
**reviews** 73:17
183:11 184:21
**rewrite** 319:24
320:4 321:5,20
**rewriting** 321:10
**right** 8:1 10:5 11:7
11:20 12:4 13:21
14:8 17:11 21:21
24:7,20 25:25 27:21
30:24 34:16 37:21
38:13,18 40:25 41:1
41:6 43:19 46:9
47:6,11,23 48:1,16
51:12 52:13,23
53:15 55:2 58:12,18
58:25 59:18,20,25
66:8 67:13,21 70:16
72:16 76:9 78:14
83:2 89:21 90:10,14
90:25 99:3 101:6
104:22,24 109:22
119:4,8 121:2,13
122:5 123:2,6 126:5
131:10 132:18
134:1 140:21
143:12 144:15,17
148:4 149:4,24
154:20 161:2
164:10 167:7,13
173:11 175:19
176:23 177:12
183:21,22 184:4
185:11 202:13,19
202:22,23,25
204:14,22 206:14
217:13,25 219:8
223:22,23 230:3
231:11 233:14
240:10 241:10
252:4,17,22 253:1

253:14 254:24
257:24 264:23
266:7,24 272:9
273:7 274:14,25
279:19 281:20
282:17 283:15,21
283:24 285:9,19
287:5,8 301:2,14
303:2,15 304:10,16
305:2,7,16,21,23
306:3,22 307:16,22
308:2 309:8 316:8
317:24 320:20
323:9,12 333:13
334:2 336:13
344:15 353:21
361:20,22 362:25
363:4,6,10,13,15,25
364:3,6,8,9
**ril** 345:8
**rils** 345:6
**rings** 182:2
**roadmaps** 8:9 192:5
**role** 19:10,19 20:7
22:24 26:2 51:1
99:20 144:15
149:22 150:13
202:6 211:4,10
222:21 304:23
338:19
**room** 93:10,14
208:19 250:13
368:2
**row** 205:1
**rubin** 12:14,17 27:6
27:9,13,15,23 28:6
29:5 35:7 341:4
342:12
**rudimentary** 118:22
**rule** 367:11
**rules** 364:21
**run** 71:21 106:17
116:22 146:17
155:2,4 157:1,11,17
157:19 166:14

172:17 193:1,10,17
193:22,24 194:2,11
194:15,18 195:12
195:21 196:1,2,9,19
211:7 217:8,14
283:25 307:3,4
328:10
**running** 107:16
108:8,9,11 115:24
155:2 157:24
171:23 172:8 194:2
194:12,21 195:19
195:22 196:14
197:2,3,11,15 198:4
207:25 292:18
310:10
**runs** 106:19 108:7
157:7,10 196:17
211:5 223:3 283:22
328:19 329:2
**runtime** 124:4 193:2
193:4,6,8 195:20
198:3 202:10
332:21,24 334:5,13
**ryan** 67:15

**s**

**s** 2:15 5:1 6:3
**s6** 171:19 294:20
**sad** 291:25
**safer** 107:21
**safetynet** 310:8
**salary** 72:12 135:20
**sale** 33:14
**samsung** 40:8,10,14
79:10 80:2,6,9 82:6
86:20 87:4,20,20,22
87:24 148:15
154:23 155:3
164:14,15 171:18
171:23,24 172:5
213:24 214:2,4,8,13
214:17,23 215:12
215:20 216:4,8,13
216:18 238:7

**[samsung - search]**

293:18 294:4,18,20
294:23,24 295:11
295:13,14,24 296:3
296:8,12,24
**samsung's**  295:6
**san**  1:3 2:3 3:9,17
**sandwiches**  122:13
**satellite**  88:20
**satisfied**  360:11
**satisfy**  111:17
352:25
**sauce**  173:7,11
180:21
**saving**  71:7
**savings**  357:3
**saw**  73:9,12 188:6,8
188:16,20,21,23
189:7 205:10
356:25 357:3
**saying**  30:21 37:13
90:6,8,9 137:12
139:25 143:24
144:19 152:14
170:12 190:18
195:17 205:9
217:20 220:19
267:10 277:12
280:11 302:20
326:9 341:7
**says**  8:7 91:23
136:12 140:14,18
141:21,23 142:22
142:23 152:16,17
153:2,10,10 201:4
202:7,13 222:11,16
223:21 230:17
233:8 363:1,11,21
364:6,24,25 365:1,3
**scale**  364:21
**scan**  259:6 310:11
**scenario**  85:7 90:12
131:5
**scenarios**  298:16
**scenes**  132:9

**schindler**  92:7
**schmidt**  34:23 35:14
35:25 36:15,22 37:1
**science**  256:7 257:4
263:6,21 264:19
271:4 301:20 309:5
312:4 317:15 330:2
**scope**  28:9,16,21,25
31:6,14,20 32:2,7
32:17,21 33:2,9,15
33:19,23 34:7,12
35:18 40:12 41:8
42:1,13 43:5,12
44:1 45:8,19 47:13
48:18,25 49:6,13
51:8 52:8,15,18
62:7 63:22 64:6
75:17 77:17,24 79:4
82:20 83:7 84:10
86:12,22 87:8
107:12 111:3,11
113:19 114:16
115:5 116:18 117:5
118:1,20 122:19
124:1,12 125:2,16
126:22 127:11,17
128:3,20 129:1,11
129:18 130:19
132:20 135:12,18
136:1 138:25
140:16,24 141:9,19
142:20 144:9
151:20 152:12
153:7 160:19 162:5
163:17 165:16
166:4 167:23 168:5
168:13,23 169:7,15
169:23 171:7
173:13 174:2
176:10 177:23
178:13 179:3,10,23
180:17 181:9
183:24 184:6,16
186:23 190:17
191:7 194:23

195:15 196:10
198:6,10 199:8,17
206:22 207:17,22
208:4,10,16 210:9
211:1,13 212:5,14
213:20,25 214:9,19
214:25 215:16
216:6,16,24 217:16
218:8,15,23 219:9
220:6 225:1,19
227:1,17,22 228:23
229:3,7,12,16,22
231:16,24 232:9
233:1 236:6,21
237:16,24 238:4,13
239:2,14,24 244:17
245:17 246:12
247:6 248:4 257:17
257:23 258:11
261:19 264:8
265:20 266:2
269:19 271:21
272:18 273:5,15
274:6,16 275:2,11
276:24 277:8
278:16 279:13
282:11,24 283:17
284:7 286:10,18
287:2,13,22 291:3
293:12 295:8 297:2
297:23 298:24
303:5,19 304:1,12
305:3,19 311:21
313:5 315:8 316:15
318:3,15 319:19
320:17 322:9,17
324:9 325:22 326:7
326:18 327:4 328:6
329:23 330:24
331:14 332:1
333:22 338:13,22
339:4,15,24 340:8
340:16,24 341:5,21
342:4,11,17 343:6
344:2,24 345:20

346:19 347:19
348:11 351:19
353:9,23 354:16
355:13 356:19
357:18 358:4 360:8
**score**  201:9
**scott**  202:14
**scratch**  321:6
**screen**  13:4 39:13
41:21 42:15,18,20
42:23,24 43:6,11
95:7 104:22 107:20
107:21 156:14,14
256:21 272:9
279:18,19,20,22
**sdk**  140:7,13,18,23
141:4,5,7,15,21
142:4,9,16,22 143:6
143:15 144:15,22
144:24 145:3,12
146:9,12,16,25
147:3,9,23 148:2,4
148:11,17,23
149:19,24 150:3,4,7
150:8,8,14 151:11
152:7,25 153:18
221:20 222:10
223:18,18 224:4,11
224:11,13,14,16,16
224:25 257:10
260:13
**sdks**  224:20,22
**se**  17:17 132:3
194:17 343:11
358:9
**seamless**  202:9
**search**  39:8,8,10,14
39:23 41:16,22 42:7
42:9 43:10,13,15,24
44:3,8,19 45:6,16
46:4,22 48:12 55:17
55:20 56:3 77:4,10
77:15 78:8,20,21,25
79:2,23 80:10 81:22
84:17 85:20,21,22

**[search - set]**

204:9 205:22 206:5
206:6,17,19 207:11
207:12,18 208:12
268:11,15,19,21
269:2,4 276:3,19
282:20,21 327:18
327:25
**searches** 42:14
47:11,19,25 56:4
80:10,15 82:12 83:5
84:7
**searching** 269:5
**second** 57:19 136:13
151:16 176:17
179:2 200:18
225:15 343:9 361:1
**secret** 173:6,11
180:21 260:18,21
260:23 261:4
**security** 138:12
259:5 290:12 310:7
310:21 311:3 314:2
**see** 7:23 8:15,16
13:13 27:14 57:8
66:2 68:4 73:15
76:12 85:16 86:4,5
100:3 111:23
134:21 140:9
141:11 186:16
200:15 201:21
202:1,5 204:10
205:11 210:18,20
211:21 219:5
221:21,22,25
222:11,18,19 224:2
224:6 225:12,14
230:22 231:9,10
239:17 246:24
254:23 302:15
344:25 361:15,21
**seeing** 144:10 251:1
251:5 362:9
**seeking** 160:10
**seen** 8:2 24:9,10,20
24:22 25:5 61:19

100:5 122:23 123:2
123:4,11,20 136:11
136:15 137:15,19
200:7 227:18
237:12 245:12,23
246:6 247:1,14
248:11,22 249:2,5
249:12,21 250:1,21
269:20 331:4
362:19 363:18
**sees** 148:9
**segment** 121:16
**select** 193:15
**selected** 272:8
**selective** 193:12
**self** 304:2
**sell** 21:7,8 41:11
228:15
**selling** 47:10,18,25
84:14 134:24
146:19 211:20
228:19
**sells** 41:5
**semblance** 321:12
**senior** 9:8,14 13:8
13:10 48:14 97:3
149:23 150:13
191:1 304:19,23
305:15
**sense** 26:20 57:23
70:6 83:23 85:25
119:10 125:17
173:15 183:12
254:25 257:5,25
263:21 270:7,9,10
270:20,22 271:4
287:15 288:15
290:19 301:21
324:19
**sensitive** 6:18 226:5
226:24
**sensor** 68:20
**sensors** 156:15
**sent** 182:12 233:15

**separate** 68:10 70:2
138:23 224:17
263:22 266:22
299:18 307:14
328:19 329:2
**separated** 194:16,17
**separating** 324:19
**september** 202:24
**series** 64:1 164:3
204:16 295:24,24
296:3 361:16
**seriously** 266:12
**serve** 147:15
**served** 10:11 233:20
314:15
**server** 115:3 116:15
116:19,24 117:2,15
117:17,22 118:10
118:16 262:12
312:18 314:16
**servers** 116:21,22
270:22 271:1 282:5
311:2,4 312:17,22
314:3 330:10
**serves** 112:6
**service** 75:5 118:14
220:11,21 267:8
284:1 300:5 314:1
314:20 326:21
**services** 8:11 10:13
10:15 49:23 50:4
89:15 90:15 118:5
130:1 132:16
134:19 138:1 192:6
230:12 252:9,14,16
253:2,3,10,15,23
254:10,21 255:7,17
256:1,10 257:2
258:15,15,24
259:10,15,17,21
260:6,11,12,18
261:1,8,13,17 262:8
262:15 263:3,17
264:22 265:6,9
266:16,18,22,25

267:7,15,19 268:7
268:10,12,16,20,22
268:23 269:2,16,21
270:2,12,19,23
271:7,13 275:19
277:25 278:7 284:4
284:12,22 285:2,3,7
285:11,13,19,23
286:4 287:21 288:1
288:4,8,17,22
289:14,17 290:6,8
290:13,23 292:16
292:20,23 293:3
299:5,11,23 300:2
301:7,24 302:7,7,18
306:22 307:3,8,14
308:15,24 309:2,10
309:16 310:3,7,10
310:19,22,24 311:6
311:11,20 312:8,13
313:1,3,8,14,16
314:4 315:6,10
316:14 322:25
323:5,22 324:7,24
325:8,12 329:8,20
330:9,12,15,22
331:3,5 332:20
334:4,12,15,23
335:1,3,7,16,21
336:5,17,23 337:5
337:13,21 342:15
342:21,25 343:21
343:22 348:2,5,17
348:24 349:2,11
358:17,21,24 359:4
**session** 187:8,20
188:21,22 189:5
271:23
**set** 21:23 31:8 72:9
95:3 125:17 128:6
157:15 160:24
165:7 166:14
193:15 253:6,18
255:24,25 319:20
324:17 343:21

**[set - sorry]**

346:10 355:4 370:4
**sets** 95:2
**seven** 121:7 355:24
356:3 365:10,14,15
365:22,25 366:12
366:14 367:3,9,11
**shame** 39:19
**share** 14:25 16:19
17:16 18:12 21:10
72:25 87:12,16 88:3
88:10,24 89:3 90:13
90:17 96:7 110:11
111:6 172:20,24
173:5 178:10 181:5
214:3,12 220:12,18
**shared** 17:20 18:6
22:9 70:7 92:17
204:3 289:21
**shareholder** 31:7,25
34:5
**shareholders** 31:1
**shares** 32:11,15 33:1
33:14 34:4
**sharing** 15:11,18
17:13 18:16 20:23
21:3 22:13 82:11
88:7,14 89:6 96:2
98:1 99:12 102:5
109:10 116:5
213:18,24 214:2,8
214:18
**sharp** 94:22 95:13
**ship** 157:16 158:1
**shop** 300:8
**short** 159:24,25
209:9
**shorthand** 2:18
370:1,7
**shot** 227:11
**shovel** 320:23
**shoveling** 320:21
**show** 106:15 254:6
254:25 255:9
299:13 362:7,17,21

**showed** 66:22 129:3
**showing** 299:14
**shown** 25:22 26:6
185:19
**shows** 106:21
122:24 359:17
363:6,7
**sic** 170:22 320:8
**side** 116:15,19,23
117:15,22 118:16
129:23 155:22
164:11 228:10
287:16 314:20
354:9 361:14
**sided** 361:2
**sides** 199:21
**sidewinder** 210:17
210:21,22,25 211:7
211:12,19 213:19
214:18 215:2,9
216:14,19
**sign** 43:19 160:1
**signage** 193:21
**signal** 133:2 177:19
181:15
**signature** 370:24
**signed** 99:25 162:11
**significant** 251:23
**signifies** 138:10
**signify** 224:4
**silicon** 68:21
**silly** 119:17
**similar** 71:15,21
73:4 82:5 119:21
129:22 162:20
164:5 253:4 262:15
264:1 277:24
299:12 302:22
309:22 310:25
311:1 314:1
**similarly** 97:22
267:14 270:21
283:25
**simple** 273:11

**simplest** 41:23
**simplifies** 222:5
**simplify** 281:8
**simply** 162:1 256:9
305:16,20
**single** 60:11 81:6
199:3 221:19
222:12 223:9,15
224:7 285:15
**singleton** 97:6
**singular** 198:22
**sit** 26:1,4,5 61:25
82:9 140:21 141:13
142:2 144:14
**site** 359:17
**sits** 114:5
**sitting** 337:12
**situation** 291:25
319:12
**six** 197:23 199:25
242:5 306:2,8,9
351:3
**slide** 5:8 333:7
363:1,5,9 364:1
365:2,5
**slides** 362:7,18,19
362:20 363:18,21
**slight** 290:22
**slightly** 60:24 172:6
283:19 289:4
**slipped** 193:7
**sliver** 290:22 292:19
292:20 325:9,9,13
358:23
**slowly** 308:11
**small** 84:14,15,18
147:23 194:10
325:13 356:1
358:23
**smart** 120:13,21
121:8
**smartphone** 39:12
40:8 291:9
**smartphones** 291:9

**smarts** 107:16 281:9
**snow** 320:22
**snowing** 320:22
**software** 13:6 16:12
105:7 117:2 118:11
152:6,24 153:17
165:1 171:4 229:24
238:20 263:8 290:2
290:3 291:12 292:3
292:5,7
**sold** 33:8 34:4 41:12
226:3 227:12,15
228:12 291:22
**solely** 182:21 189:14
191:17
**solution** 117:18
**solutions** 6:10
**solve** 358:22
**somebody** 123:7
216:12 233:21
246:23 247:2,10,15
250:21 274:22
335:15
**somebody's** 248:14
**someplace** 293:20
**somewhat** 56:2 68:9
83:8,22 130:2 253:3
**son** 86:13,18 87:3
**sony** 71:2,4 80:25
87:4 90:24,25 91:2
91:3 94:19 95:13
110:8,9
**sophisticated** 70:22
**sorry** 7:22 29:2
41:18 50:16 61:6
63:5 74:14 77:12
87:15,23 111:4
112:21 145:7
157:21 167:2 169:8
175:8 192:3 193:7
203:22 222:25
252:18 254:12
265:21 288:6
291:10 303:20
307:6 320:7 323:2

**[sorry - started]**

334:6,7 340:9
349:22 350:6
355:22
**sort**   17:10 19:3
54:21 65:3 68:24
71:25 72:2 74:19
92:18 95:4 107:8,14
110:3,11 116:24
120:3,3,18 121:9,12
121:22 129:22
130:8,9 132:7
134:19 142:11
147:14 156:15,25
161:22 171:10
176:19,20 178:4
180:9 197:7 201:9
201:17 206:1 211:3
216:10 223:9
233:10 255:24
256:23 259:12
260:14 263:6 264:1
266:7 269:10 271:2
279:23,25 280:13
281:7,11 283:9
290:22 291:6 294:2
297:7 300:15
301:19,19,20
302:15,16 305:24
309:5 312:1,2,3
313:25 314:1
317:14 318:22
324:19,20 330:2
346:22 350:3
359:19 362:22
363:8
**sorts**   197:21
**sound**   252:17
301:19,20 309:5
317:15
**sounds**   11:7 225:21
246:16 329:13
363:22
**source**   16:8 24:4
27:3 30:20 45:11
76:13 110:12,14,22

110:22 157:5 161:3
161:7,9 162:2
163:21 167:16
172:15,16,20,24
177:15,20 178:3,6
178:14,15,20,25
179:20 180:2,6
184:9,12 257:15,19
257:21 258:3,7,10
261:12,17 264:4,5
264:23 269:14
270:1 275:14,24
276:22 277:10,11
277:19,21 278:2,12
278:13,21 279:6,16
282:19,21 283:2,4,8
283:10,13,15
289:21,22 293:6,8
293:24 294:2 295:1
299:16,20 300:19
300:24 301:5
302:25 303:3,6,8
306:19 307:18,23
308:8,23 309:1
311:7 312:6,10
338:7 343:16,25
344:13 345:19
346:15 347:9,12
**sourced**   57:14
181:14 259:19
260:1 262:3,14
275:13 283:22
315:17 342:22,24
343:10,14,19,20,22
346:17
**sourcing**   172:14
283:3 344:11,15
**south**   103:6
**soy**   206:16 207:12
208:2
**space**   62:11,20 66:3
66:22 69:8,16 88:11
93:11,14 251:3
**spalding**   6:13

**speak**   31:8 60:22,23
85:19 102:1 148:14
148:15,16
**speaking**   19:21
139:16 299:1 318:6
**special**   198:9,11
277:23
**specialized**   199:19
**specific**   13:1 20:3
40:4 45:12 46:18
52:10 53:15 83:12
104:18,19 105:18
123:17,17 149:8
152:14 194:7
204:25 216:18
233:10 256:2,5
262:17 263:16,18
264:13,17 270:11
270:13,25 276:15
277:23 278:22
294:8 299:1 301:13
301:14 312:7,12,14
317:10 318:18
324:20 326:2 330:8
342:24 350:19
352:10
**specifically**   37:16
38:11 56:24 77:2
85:7 92:16 104:6
148:23 163:23
177:25 214:4
219:15 238:17
269:22 278:17
305:14 323:14
330:9 346:10
351:10
**specifics**   324:10
**specifying**   156:8
**speculate**   142:11
151:2
**speculating**   264:18
**spelling**   70:11
**spend**   30:10 148:1
171:9 228:7 235:20
292:7

**spending**   119:18
**spends**   26:8
**spent**   235:21 339:7
339:9
**spivak**   101:23
**split**   21:13
**spoke**   306:18
**spread**   335:10
**spreadsheet**   5:6
25:12 199:25 205:1
**stab**   144:25
**stability**   321:14,14
**stable**   324:17
**stack**   113:23 122:24
263:3,20 309:7
311:19,19 313:1
315:5 316:10,12,20
317:5 318:12,13
322:24 323:1,4,6,21
323:23 324:7
326:16 344:20
345:11 347:16
348:1,10,15,16,22
**stacks**   313:13
**staffed**   291:20
**stages**   159:8
**stakes**   119:18,22
**stamped**   5:7,9
**stand**   327:15
**standard**   113:15
297:7
**standards**   226:8
**stands**   56:7 125:20
193:4 201:5 232:25
234:3
**start**   12:6 63:13
77:13 96:9 105:6
139:11 174:19
219:25 256:14
297:9,11 335:13
**started**   27:16
101:14 103:22
202:23 203:8,9
204:5 287:25 288:2
288:3

Veritext Legal Solutions
866 299-5127

**[startup - sure]**

startup  12:22,25
state  6:21 360:24
  369:16 370:2
stated  176:12
  272:23
statement  11:11
  34:25 35:4,5,11,20
  35:25 36:15,22 37:1
  37:2,9,11,12 53:23
  54:7 86:23 131:19
  241:6 255:19,21
  267:13 270:5
  350:17
statements  9:19
states  1:1 2:1
statistic  321:16
status  69:23
stays  312:25
step  79:14 108:6,7
  156:18
stepping  102:21
steps  42:7 186:15
  285:23
stereo  102:24
stipulate  10:6 235:8
  235:16
stock  32:15 33:1,7
stop  136:24 251:22
  315:25
store  21:9,9 41:10
  41:10 74:15,16
  211:17,21 212:10
  212:16,24,25
  214:23 215:14,21
  216:4 220:7,9,24
  228:13,14,14,19
  300:9 307:11,12,15
  346:5,9,11
stores  212:20,21
  213:11
strategies  8:10
  19:20 34:10,15
  50:12,19,22 53:10
  53:24 54:8,14 139:3
  144:16 158:19

159:20 172:23
  185:6 192:5 212:2
  340:4
strategy  15:16 16:18
  18:15 19:11 29:20
  29:24,25 30:4,7,8
  30:15 44:7,11,14,15
  44:18,22 53:17
  55:17 60:17 63:25
  64:1,3 76:3 87:12
  87:16 88:3 89:7,24
  95:25 97:25 102:4
  109:10 113:2 116:9
  120:7 129:14
  130:13 131:12,22
  134:5 136:8 141:2
  141:14 142:3,15
  145:21 153:20
  154:13 155:18
  164:3 170:7 173:9
  175:21 177:14
  182:6 222:20
  324:25 342:2,6,7
  361:24 362:15,24
  362:24 363:2,11,14
  364:1,1,19,21
  365:12
stream  76:8
street  2:16 3:8,16
  31:11,18,22
strict  205:25
strictly  125:20
strike  77:13 149:14
  152:9 153:4 350:17
  362:12 364:15
strive  155:9
striving  324:16
strong  178:4
structured  93:1
  319:7
studio  225:6,7
stuff  125:8 315:14
stylus  295:24 296:3
  296:7

subject  10:11 28:24
  211:23 241:5,6,24
subscribe  73:6 75:5
  182:13
subscribed  370:19
subscription  75:5
  220:10,21
subsequently
  287:18 306:20
  346:3
subset  111:15 128:2
  128:5 194:9,9,10
  196:23 254:15
  325:12
succeed  54:3
success  72:10
  132:25 133:3,5
successes  213:7
successful  133:8,10
  213:9,13 353:17
suffering  226:15
sufficient  95:18,20
  128:16
suggest  98:12
  234:12 235:20
suggesting  280:14
suite  2:16 157:1,2,4
  157:10 158:13
  169:12 341:20
  342:3
summer  203:4
sundar  26:13
superset  128:2,6
suppliers  68:18,19
supply  105:25
support  15:18,23
  16:1,5 69:5 96:21
  105:14 124:5 196:3
  297:13 332:10
  355:18,18
supported  297:10
  357:10
supporting  96:19
  297:17

supports  219:11
suppose  78:16 236:2
supposed  37:11
  351:9
sure  8:4,4 10:2 11:5
  14:12 15:14 18:4,11
  19:8 20:17 22:3,4
  23:22 24:6,16 25:16
  26:3 31:7 35:10
  38:21 39:1 43:20
  44:6 55:15 58:10
  62:3 63:23 67:12
  72:21 75:18 77:2
  78:23 79:14 80:5
  81:10 82:13 89:1,2
  90:17 91:5 95:11
  98:6,10 100:5,12
  105:11 110:7 111:5
  111:7 112:7 121:3
  123:10,15 124:16
  127:20 130:14
  131:13,23 135:3
  137:17 140:25
  141:6,10 143:18
  146:5 149:20
  150:21 155:24
  157:12 159:4
  167:24 170:20
  172:17 175:24
  176:15,18 183:11
  183:16 185:23
  188:20 200:17
  203:20 204:12,12
  204:13 209:10
  218:20,24 220:2
  227:10 229:8 230:6
  237:17 240:14
  243:2 245:19 259:7
  266:10 268:4,13,14
  271:22 276:13
  278:18,19 279:6
  285:23 292:4
  294:12 301:18
  303:1,15,21 304:15
  305:9 308:17

**[sure - team]**

310:12 313:6 317:9
317:14 319:21
321:2 322:13 323:9
323:18 325:2 326:1
329:15 334:18
348:19 349:6
353:15 357:8 358:9
366:13 367:4
**surprised**   81:21
82:16,17
**susan**   241:13,15
243:11
**suspect**   367:13
**sutcliffe**   3:3 6:24
**swallow**   203:23
**swear**   7:11
**swipe**   39:13
**swiping**   39:18
**switch**   154:25
**switches**   256:19
**switching**   11:18
182:10
**sworn**   7:13
**sync**   243:10
**system**   16:8 24:4
27:3 30:1,9,17,19
32:13 37:17,18,24
38:1 45:11,21 46:14
46:16 57:13 68:12
68:15 70:3,4,23,23
75:9 114:19,23
115:3,7 116:15
138:12 161:13,14
162:2 172:14
193:11,17 203:10
210:12,14 217:7,14
217:18 223:15,16
223:20 224:14
227:4 230:7 255:23
256:4,7,11,24 260:1
260:5 262:3,7 263:6
263:11,15,19,25
264:15 270:8,9,11
270:18,24,24
278:24 279:25

288:13,20 289:18
289:21 290:10,18
291:1 292:21,22,24
292:24,25 296:6
301:23 311:3 312:5
312:20,23,25
313:23 316:3,10
324:21 326:25
327:2,16,22,23
328:2,12 329:4
330:4,7 353:4,15
359:15,20
**systematically**
133:25
**systems**   105:21,24
263:9 353:1

## t

**t**   5:1 17:21 18:1,2,3
81:12 87:5 207:11
280:13 296:2
333:16 345:23
**table**   119:18,22
336:24
**tablets**   192:1,11
228:16
**tackle**   57:10
**tactics**   139:3
**take**   6:17 21:10,24
55:3 69:5 79:13
85:11 89:15 90:16
104:21 113:14
115:10 127:24
133:13 134:8,20,20
140:19 141:11
144:24 152:1,15,19
153:1,12 154:4
161:3,9 164:14
181:15 185:8
186:14 189:4
193:16 196:1
200:15,17,21
203:20 209:16
219:25 230:14
243:15,16 250:2

253:19 255:1
259:11 264:10
265:1 266:11,11
272:11 274:24
278:4 285:23
289:22 293:5 306:5
317:12 330:1 331:2
357:25
**taken**   2:15 55:6
111:7 137:3 209:25
212:16 213:4
284:24 306:14
339:21 346:14,22
370:3
**takes**   84:5 108:6
**talk**   17:7 22:16 26:5
27:25 60:14 69:14
69:20,22 70:4 71:19
104:19 114:21
118:10 121:7 122:1
140:4 144:11
187:16 206:3
223:17 252:8 328:4
328:8 345:4,7,7,8,9
345:9 349:9,13
351:7,15 352:24
353:2,2,3,5 354:20
354:23,24 355:7
**talked**   19:16 38:23
72:21,25 90:12
97:22 159:25
181:18 213:7
214:10 253:4
271:11 283:7 285:4
287:16 289:25
350:10 351:11,20
358:2 359:10
360:15,17
**talking**   10:23 17:10
24:16 37:14,15 38:9
42:21 46:8,25 52:12
59:6,8 68:20,23
70:16 82:6 85:8
87:22 90:10 135:13
144:20 153:23,24

154:2,17 163:23
176:14 177:3,7,8
179:12,14,16 187:9
213:10 215:24,25
216:2 220:23
223:18 254:12
273:6,7 274:18,19
275:4 279:18
282:13 288:3 316:9
317:20 318:6
326:20 332:17
333:9,14 336:9
345:15 350:21
352:9 363:20 365:4
367:17
**talks**   63:9,19 64:9
64:18 65:7 116:24
186:2 282:5
**tap**   42:15 202:9
219:6
**tapes**   109:21
**taps**   256:18
**target**   72:23 203:2
332:15
**targeting**   203:4
**tasks**   281:9
**taxi**   254:5,22
**team**   12:1,3 16:2,9
16:13 45:20 56:3
60:23 66:21 73:19
74:11,14 76:10
91:14 93:2,4,6,8,12
93:13 94:7,10 96:5
96:23,24 119:9
159:2 182:4 186:20
186:24 191:23
195:2 197:1,10,22
202:5,17 211:7,8
218:1 228:17,17
241:19 243:10
245:1 285:10
287:15 308:4
319:11 335:1,10,21
344:7,17 349:2
355:6

**[team's - think]**

team's  15:22
teams  60:22 62:3
  73:17 92:18 93:15
  93:20,23 201:13
  331:5 355:3,8
technical  13:20,23
  132:8 133:11,12
  194:25,25 206:9
  287:17 293:15
  319:4 335:15 336:4
  337:4 345:1 350:11
  350:15
technically  206:12
  309:15 317:13
  335:7 337:13
techniques  301:20
technologies  113:25
  117:15,23 118:5
  121:10 223:8 253:8
  253:16 290:15
  347:4
technology  16:1
  19:2 26:23 38:25
  69:7 116:6 118:6,11
  118:17 120:4
  121:23 129:5
  136:18 195:2
  197:20 206:2 282:7
  294:6 309:6 314:24
telephone  345:3
television  87:13,17
  88:4 89:9,23,25
  90:19,21 91:7,12
  94:18 95:7 96:3
televisions  70:21
  95:16
tell  19:14 37:5 65:11
  65:24 82:14 90:23
  100:7 126:19
  128:18 140:21
  141:13 142:3,14,14
  143:3 150:25 162:8
  196:22 200:23
  233:14 244:13
  324:13,14 337:13

363:20
telling  24:11 34:25
  35:8 38:15 58:24
  121:3 233:18
tenth  136:14
term  19:23,25 20:13
  23:2,5,7 38:3 46:15
  57:1 100:17 119:6,7
  119:9 137:7 139:25
  152:14,15 162:21
  162:23 185:10
  198:14 199:18,20
  221:9 284:17,18
  333:2,6
terminated  29:5
  368:2
terminology  42:22
  76:9
terms  5:4 57:19 71:8
  85:19 91:4 95:2
  129:21 133:17
  149:3,8,9 150:15
  151:5,11 162:11
  178:17 190:4,13,21
  191:2 255:23 264:1
  305:25 309:4 325:4
  325:7 332:10
  358:25
terrible  226:17
test  157:1,2,4,10
  158:13 169:12
  279:1,2,4 292:8
  341:20 342:3
tested  195:6
testified  7:13 324:23
testify  8:18,20,24
  11:8 17:4 47:7
  58:17 59:12,19,22
  143:11 154:9 185:5
  185:13 234:7
  252:13 356:6
testifying  47:5 58:11
  58:15 351:9 370:6
testimony  9:20
  10:12 47:19 59:2

369:12 370:10
testing  167:21 168:3
  292:7
tests  157:11,24
text  280:9,13
thank  109:22 204:1
  234:21 250:9
  306:11 366:4,6,15
  366:21 367:23
  368:9
thematic  206:8,11
theme  73:4 154:19
  206:17 208:22
  320:18
theoretically  105:6
theory  171:10,11
thereof  8:14 60:4
thin  225:16 235:23
thing  17:6 32:9
  50:10 52:2,10 57:22
  60:11 61:8 62:23
  66:18 103:16
  107:25 122:23
  133:17 139:23,25
  143:7,23 145:20,25
  146:19 154:21
  155:8,11 176:14
  179:15 183:15,17
  195:1 203:15
  204:20 206:5 219:6
  224:23 262:17
  263:24 266:7 271:5
  273:24 280:1
  282:18 284:2 290:6
  298:14,16 299:24
  305:2,7,9,16,24
  307:15 313:24
  317:14 320:13
  324:12 343:13
  344:11,15
things  17:5 25:24
  26:23 50:6 58:24
  67:8,23 69:23 74:16
  77:18 78:2 86:9
  89:5 100:16 105:15

105:15 113:11,15
  116:7 122:3,8
  125:22 130:16,23
  131:24 136:19
  139:15 140:1
  143:11,25 146:20
  146:24 147:3,12,15
  155:20,21 156:13
  162:22 163:11
  192:3,12 196:3
  197:2 207:6 208:18
  208:20 254:7 256:6
  256:8,12 257:3
  259:8 263:11,22
  264:13 269:22,23
  270:8,10,11 276:13
  280:2,12,25 281:4,5
  293:14,22 300:6,13
  305:5 308:23 318:7
  319:8 343:8,9 353:2
think  10:9 15:5
  16:24 18:24 24:17
  27:15,18 28:10
  29:17,23 30:22 32:9
  32:10 34:18 37:23
  44:21,25 45:9 50:22
  54:2 55:21 56:2
  57:8,20 60:22 61:1
  61:8,9 62:8,18
  64:22 65:6,9,11
  66:7 68:8,11 69:11
  69:12 71:15,16 72:6
  72:7,8 76:5,10 79:6
  81:8 84:11 86:5,18
  87:3,20 88:13 90:3
  90:18 101:2,13
  102:19,20 104:11
  104:16 109:3
  111:23 115:6,13
  118:2 121:23
  124:13 125:3,6
  127:14 128:21
  130:21,22 132:2,3
  132:22 133:25
  135:23,24 137:11

**[think - topic]**

139:24 146:11,12
147:18,20,21
150:19,23 154:20
163:20 164:7 166:8
171:10,20 176:1,11
177:13 178:3,17
179:25,25 180:10
180:20 181:11,13
182:3 185:8,21
186:19 188:9,19
191:8 192:9,15
196:13,16,16
197:20 199:10,19
200:8 201:5 207:25
208:18,22 209:16
214:10,13 216:9
223:4 224:2 228:9
228:11 230:5
232:10 233:13
241:13 242:10,21
242:23 243:18
248:6,8 251:1,3
253:13 257:24
258:25 260:8
261:24 263:6
265:15 267:3,12
268:8,13,23 270:4
271:10 276:1,11
277:10,17 283:1,4
283:14 288:1,8,16
291:18 296:13
297:3 298:25 299:6
299:10 300:3
301:13,13 302:10
303:11 304:5
305:23 306:2,3
308:16,20 309:15
309:21 311:22,25
314:10,21 317:2,7,7
323:10 324:10,23
328:1 329:25
333:23 342:6
343:12 344:6 347:8
347:20 348:7,18
349:1 352:2,14,17

354:17 355:25
356:4 358:5 359:3
359:17 360:12
361:4
**thinking** 30:11,18
55:14 65:25 66:1,9
66:11,15,17,23
69:21 70:20 88:14
106:16 124:3 148:2
171:9 197:21 228:8
238:1,3,6 268:22
286:3,4 288:2,4
295:23 313:19
330:3 333:24 339:8
339:9
**third** 136:14 201:3
221:16 236:17
237:5,14 239:21,21
241:2,2 244:7,14
245:13,24 246:7
249:2 253:19
259:11 296:9 314:5
**thought** 23:20 71:3
87:23 103:22 143:7
165:7 175:10,25
177:24,25 178:21
180:1 220:17 312:1
320:9,13 344:4
356:24
**thoughts** 64:2
**thousand** 318:25
**thousands** 157:11
164:24 351:12
**three** 13:15,16 61:4
61:21 62:1,4,14
90:2,5 101:14
109:21 197:22
202:6 268:1 306:9
314:10 329:14
365:4
**thriving** 164:18
165:12,19
**tied** 45:11 46:18
256:5 263:17 307:8

**time** 6:20 9:18 12:22
13:2,22 14:6,18
26:7,7,8 30:11,20
43:3 61:4,12,13,15
65:12 101:7 103:1
122:12 128:6,13
146:1,4 148:1,3
162:23 164:22,22
166:13 170:23
171:9 178:11 187:1
188:2,6,8,10,23
189:2 209:11,14,21
228:7 232:19
235:20,21 240:22
243:10,11 251:21
255:15 269:25
280:7 281:5 287:20
290:16 291:17
292:3,7 297:12
299:4 306:7 317:11
319:16 321:1,6,19
324:18 329:6,19
339:7,9 346:13
347:5,8 348:17
351:1 353:24
357:19,25 361:25
362:9,15 363:8
364:2,22 365:7,9
367:15,18,21
368:10 370:4
**timeline** 253:12
**times** 27:9 38:4 59:1
70:25 171:3 201:20
281:2 329:14 352:1
**timing** 110:16
**tinker** 293:20
**tiny** 196:22 292:19
292:20 325:9
358:25
**tire** 125:9
**title** 9:2,5,9 13:9,11
13:17,24 26:14
91:21,22 241:16,18
363:1,9 365:1

**titles** 13:25 14:12
**today** 8:17 9:21 14:7
17:4 19:6 38:5
40:15,19 43:18,21
47:6,8 58:11 59:12
82:9 102:21,22
103:4 154:10
174:22 185:14
211:16 226:23
232:17 235:21
252:7 265:6 266:9
268:16,20,24
284:22 336:15,21
336:25 337:12
349:16 350:11
351:9,11,15 364:9
365:18 367:5
**today's** 226:8
349:10 368:5
**told** 82:16 109:5
121:8 132:11
233:18 234:23
235:11 236:14
366:10
**tool** 192:21,22
193:12 223:5,6,9
225:10
**tools** 58:6
**top** 39:8,10 45:23
114:5 123:1 151:16
162:14 223:3,19
224:4,17,20 253:6,6
256:2 259:24
263:19,25 267:9,11
267:15 289:18
292:22 295:13
302:18 327:6
328:20
**topic** 8:21,25 10:12
10:17,20,21 11:8,14
11:21 29:11 43:21
104:5 177:25
178:20,21 191:23
192:21 211:1
230:17 232:22

Veritext Legal Solutions
866 299-5127

[topic - underpinnings]

233:1,7,8 234:10
244:7 251:20,23,24
252:1 261:20
311:14,24 352:1,21
355:25 356:5,8,10
360:19,25
**topica**  357:22
**topics**  7:24 10:7
11:16 26:6 43:18
185:23 201:18
225:2 252:13
349:15 350:15
351:8 354:23 356:2
357:11
**total**  147:21 368:6
**totality**  174:10
**totally**  298:1
**touch**  279:18
**touched**  223:14
355:25 356:8
**touching**  57:20
**touchwhiz**  295:1
**touchwiz**  171:23
172:5 294:18,18,25
295:6,12 296:12
**tough**  30:20 146:1
291:19
**tp**  94:24
**track**  75:10,22
206:16
**tracked**  201:8
**tracking**  201:21
**traffic**  120:21 121:8
133:1
**train**  175:10 320:9
**training**  71:8
**transaction**  220:1
**transcribed**  370:8
**transcript**  9:21,24
206:25 369:10
370:9,12,14
**transferred**  114:1,9
**translate**  42:22
135:14 314:7

**transmission**  114:4
**transmitted**  242:19
**transport**  113:25
**travel**  188:11
**traveling**  188:9,25
189:1
**trending**  281:12
**tricky**  322:2
**true**  27:10,11 31:4
31:12 32:6 34:6,11
58:3 75:11 77:1,9
77:14,22 78:14
94:14 131:11,22
132:12 150:15,17
161:2 164:2 169:5
169:13 170:8
171:11 174:6 179:1
193:11,25 213:24
214:16 219:14
222:10 228:1
239:12 255:15
257:6,22 258:8
264:21 272:14
281:19 286:23,24
292:18 301:24
304:20 307:17
308:15 338:9 341:3
343:5 346:3 362:15
367:6 369:13 370:9
**trust**  26:10 150:20
**truth**  34:25 35:8,22
36:11
**try**  20:17 99:2
136:19 164:4 193:8
196:1 207:9 248:5
278:18 292:3 305:7
313:6,21 347:11
**trying**  16:22,24
25:17 42:22 71:24
108:2 125:6 128:4
130:14 131:13
140:2 157:16 176:4
177:6,9 179:14
195:8,18 209:10,20
209:22 246:13

249:4 253:12
272:19 280:21
294:25 295:2
301:12 313:11
316:22,23 318:5
356:20 360:6
**tuesday**  1:15 2:17
6:1
**turn**  7:21 8:6 43:2,7
151:10 221:16
**turning**  225:24
**turns**  93:19,22
112:9
**tv**  66:3,16 70:9,13
70:18 71:10,14
72:20,24,24 73:3,7
73:10,13,19 74:7,10
74:18,24 75:10,21
76:4,15,24 87:14,18
87:21 88:6,10,17,19
89:5,9 90:7,16,22
91:3,8,13 92:14,16
92:23 93:10,14,21
94:19 95:2,3,6 96:4
96:8 109:24 110:11
127:16,23,25
128:18,25 192:2,10
**tvs**  71:1,3,7,11 92:14
**twice**  234:19,24
**twitter**  224:21
**two**  9:10 13:9,15
17:5 36:5 57:9 68:8
69:11 73:21 92:18
93:15,19,22 101:14
107:8 158:7,9,12,15
172:8 179:15
185:21 202:6
205:16 254:16,18
293:22 309:13
310:4 315:15
355:15 356:21
361:2
**tying**  46:25
**type**  20:24 21:3,14
35:20 85:7 130:5

161:21 194:4
258:23 262:16
273:24 280:3,7,9,13
280:16,22 281:22
288:13,19 322:3
358:17
**types**  38:19 82:22
99:4,7 194:6,7
355:10 356:15
**typewriter**  280:7
**typical**  102:22
136:17 212:22
**typically**  110:18
159:7 204:21
212:23 226:3,23
243:9,10,11 258:25
263:7 330:10
342:25 345:6
**typing**  280:5
**typo**  202:14

**u**

**u**  333:16
**u.s.**  211:16
**uber**  254:19,20
255:1,8
**uh**  138:17 207:8
299:9 326:23
344:22
**ultimate**  56:15
**ultimately**  16:11
45:3 58:9 67:11
91:17 92:8 99:25
115:23 120:17
131:15 132:17
197:13
**ultra**  225:16
**unable**  35:22 36:10
350:13 356:6
**unchanged**  321:18
**uncommon**  212:19
**underneath**  222:16
**underpinnings**
133:11,12

**[undersigned - venn]**

**undersigned**  370:1
**understand**  8:17,20
  8:23 24:17 25:14
  47:6,7 55:24 58:10
  58:14,20 59:11,15
  67:6 74:5 122:2
  123:24 143:10,13
  163:3 176:21 177:6
  177:10 179:15
  233:21 235:17
  246:13 247:13
  252:7,12 272:19
  273:18 275:25
  276:5,8 277:17,18
  294:15 303:12
  313:7 333:11,19
  334:3,11 349:19
**understanding**  17:7
  22:6,7 79:14 80:9
  109:8 110:24 146:1
  182:17,21 183:2
  189:13,21 192:24
  195:8 197:4 218:10
  226:22 232:8
  238:10 274:13
  286:6,14,21 300:17
  300:22 301:1,3
  308:18 322:7 326:4
  326:8,9 329:16
  332:19 336:4
  339:11,17,19
  366:18
**understood**  272:16
  274:13
**unfortunately**  24:3
  235:22 354:7,11
  359:24 360:20
**unhappy**  181:17
**unification**  223:23
  223:24
**unified**  222:9,17,21
  223:21 224:10
**unifies**  223:7
**unifying**  222:12

**unilaterally**  368:1
**unique**  76:23 92:18
  171:15,15,15 215:2
  256:3 294:23,24
  295:14 296:9 344:7
  347:1,2
**united**  1:1 2:1 97:9
  97:11
**unlawfully**  126:4
**unlocking**  219:2
**unprivileged**  249:21
**untrue**  150:3
**unwilling**  356:6
**updatable**  119:15
  308:2
**update**  26:9 118:7,9
  197:23 262:20
  290:9,9,17,25
  291:21 292:1,3,10
  292:23 293:4 308:7
  308:9 325:11
  327:16 359:16
  360:16
**updated**  292:25
  325:7 359:14,25
**updates**  138:12
**updating**  203:13
  290:5 291:17
**upgrade**  359:11
**upstream**  297:6
**usage**  230:9 302:14
**use**  16:11,20 19:3,23
  20:13,24 21:13 23:5
  42:10 44:21,24
  51:17 53:20 55:11
  57:16,25 71:4,5,6,7
  74:18,23 85:21
  87:14,18,21 88:6
  89:8 90:22 91:13
  94:19 95:16 96:2,4
  96:7,12,17,19,20
  98:1,20,23 99:5
  100:18,21 102:4,7
  102:19 103:25
  104:3,10,12 105:3

105:22 106:7,8,11
  106:25 108:16,25
  109:6,13,25 110:8
  111:21 112:2,2,8,19
  114:13,22 115:16
  115:20 118:18
  119:8 120:22,23,23
  121:25 134:2 137:7
  138:9 161:13,22
  171:18 173:9 181:6
  184:1 191:25
  192:22,25 193:19
  193:24 199:1
  201:11 209:7
  218:17 221:12,14
  223:9 225:9,10
  226:13,20 237:21
  254:19,21 260:5,11
  266:25 271:2 274:3
  275:10,15 283:20
  293:20 295:21
  296:4,22 300:5,12
  302:6,17,21 318:20
  325:3 331:22 332:6
  332:11 338:11,21
  352:16 353:20
**useful**  69:18 138:1
**user**  39:20 42:22
  53:21 58:5 69:25
  104:24 106:18
  132:9 148:14
  154:21,22 166:18
  171:22 172:6,6
  208:18 226:15,17
  226:20 255:4,6,13
  256:18,19 259:6
  272:3,3 279:21
  294:19,22,23
  309:18,24 332:4
  347:2
**user's**  74:21 154:18
  310:11
**users**  50:5,24 52:13
  53:12,25 54:9,16,21
  54:25 57:24 72:9

84:16 91:8 118:13
  137:16 138:10
  155:6 225:13 230:8
  269:8 272:10 280:3
  281:7,8,10,22,22
  282:10 300:6 308:1
**uses**  40:9 104:17
  193:10 198:24
  199:11 201:12
  284:22 339:12
**usually**  88:21
  187:12 188:11
  205:11 293:23
  319:4
**utilizes**  284:4

**v**

**v.p.**  13:14
**vague**  22:7 23:2
  63:5 137:9 276:11
  276:14 352:8
**vaguely**  251:4
  341:14 352:5
**validate**  172:18
  239:15 279:7
**valuable**  133:21
  281:19 282:10
  343:4
**value**  32:25 153:1
  164:12 281:21
**van**  3:14 7:7
**various**  12:23 19:2
  71:17 72:2 93:9
  106:3 122:1 123:4
  139:10,12,13,24
  201:7 228:15 253:7
  263:10 321:18
  333:7 339:19
  353:14
**vast**  161:8 194:9
  321:17 325:12
  350:21
**vehicle**  100:18,20
**venn**  128:5

**[veracity - way]**

**veracity** 205:8
**verbal** 214:16,22
  215:11 216:13
**verbally** 242:21,23
**verify** 157:23
  254:23
**veritext** 6:10 368:8
**verizon** 18:7 81:9
  87:4
**versa** 71:1 93:22
**version** 40:9 138:11
  138:23 141:8 163:2
  163:4 202:20 203:6
  279:16 290:20,21
  290:24 291:1
  292:17 306:20
  307:1,4,18 325:4
  353:4 358:16,20,22
  359:1,7,14,15,24
  360:2 361:2
**versions** 139:11,13
  139:14 203:11
  278:21 294:10
  298:6 319:17
  321:13,18 325:5
  360:5
**versus** 6:14 162:1
  196:5 217:21
  238:20 318:23
**vice** 9:8,14 13:8,11
  13:14,24 48:15 71:1
  93:22 149:23
  150:13 191:1
**video** 3:23 6:16
  89:10
**videographer** 6:5
  7:10 9:25 10:4 55:4
  55:7 109:17,20
  137:1,4 209:23
  210:1 250:10,15
  306:9,12,15 351:2,3
  365:9 368:4
**videos** 299:13,15
  309:23

**videotaped** 1:12
  2:14 6:7
**view** 97:14 133:14
  134:8 165:12
  176:25 179:19
  287:3 309:21,22
  310:2,17 311:1
  330:2
**viewing** 75:22
**views** 315:4
**vine** 196:17
**violating** 264:15
**virtual** 198:3
**virtuous** 165:22
**viruses** 259:8
  310:12
**visible** 132:10
**vision** 94:24
**visit** 159:6,7
**vodafone** 81:24 82:8
  82:10,14,15,21 87:5
**voice** 42:5,15
**voluntary** 160:6
**volunteered** 209:6
**vs** 1:6 2:8

**w**

**waiting** 145:7
**waiver** 240:12 250:3
**walking** 368:2
**wall** 31:11,18,22
**wallet** 217:24 218:1
  276:4,20 299:23
  300:1,5,12,17,22
**want** 24:6,16 25:17
  35:13 36:4 39:22
  41:16,22 42:2 43:17
  43:20 45:15 47:17
  48:14 62:1 64:14
  65:25 75:4,5 85:21
  86:2,3,14 98:13
  102:19 103:1,3,14
  103:24 104:10
  106:25 109:6 112:5
  112:10,11 114:20

117:8 120:6,15,19
121:4,8 130:23
131:7 140:4 151:21
156:19,21 160:7,22
161:10,12,14,14,15
161:21,21 162:3,7
163:7 164:17 166:8
166:12,18,19,23,24
166:25 167:4,6,7
169:20 170:21
171:12 186:12
197:19 209:11,14
213:6 217:6,9 230:6
232:20 240:13
243:20 254:1,23
259:16 260:11
269:7 275:18
291:24 292:4,9,12
295:10,20 297:25
300:10 302:6,10
306:5 317:3 319:21
320:9,12,20 321:2
323:8,9,18 325:21
329:15 331:17
343:3 353:15
354:14 355:22
358:12 359:22
**wanted** 11:5 22:12
  75:15 77:2 112:7
  173:7 298:20
  315:19 335:15
  352:14 355:23
  356:2
**wanting** 261:7
**wants** 57:16 118:23
  119:25 120:21
  171:14 297:4,5
**washing** 130:7
  133:1
**waste** 251:21
**watch** 100:4 251:3
**watches** 76:7 99:6,9
  99:11 228:16
**watching** 75:11
  76:12

**wave** 113:14,21,23
  114:4
**way** 8:13 18:2 19:13
  23:20 29:9 32:11
  37:23 39:20 40:1,2
  41:23 42:14 43:14
  45:12 46:24 51:3,3
  54:2 57:11 60:3
  63:20 64:4,11 67:2
  70:4,5 76:23 78:6
  82:7,13 85:17 86:5
  86:6 87:13,17 88:4
  91:2 92:9,11 95:15
  95:19,20,21 98:4
  100:7,19,22 102:9
  103:19 105:2
  107:15 121:20
  129:9 130:21
  132:17 134:6
  136:23 138:14,16
  139:17 147:20,21
  148:9 152:6,24
  153:17 156:3 158:5
  164:10 166:1 168:3
  168:10,20 169:4,12
  170:17 176:7
  181:16,16,17,20
  183:17 187:7 189:6
  193:9,23 195:10,16
  196:2 201:14
  203:10,23 204:21
  205:5 206:7,24
  210:12 219:18
  220:4 228:8,10
  232:11,21 234:6
  236:7 239:15 248:5
  249:14 254:25
  255:8,12 259:13
  266:19 268:25
  269:8 288:16
  291:20 310:9
  315:20 319:5,7
  327:11 329:25
  331:11 336:5
  339:17 343:15

**[way - witness]**

347:6 350:18
355:17 356:25
359:10
ways  42:3 47:9
48:11 49:2 54:11
60:24 76:19 84:19
134:16 137:25
172:11 198:16
208:23 230:3 254:8
254:16,18 262:20
we've  10:21 55:2
71:10,12 87:5
110:14 133:25
134:9 155:21 158:7
158:23 161:7
181:18 183:14
197:18 203:8,8
204:5 212:16 213:3
213:7,14 215:8
262:18,25 271:6,8
271:11,12,14
275:12,12 277:22
278:21 282:9,12
283:1,6,9 285:4
297:4 314:6 332:13
346:22 350:10
355:20 360:15,17
wear  65:16 66:3,19
96:12,15 97:4,10,18
98:2,20,23,25 99:5
99:11 128:24
192:11 251:3 357:7
357:10,15
wearable  65:15
wearables  192:1
weave  69:12,12 70:1
113:8,12,16,20
114:5,6,12,22,24
120:15 121:21
web  41:16,22 202:9
269:4 281:4,25
293:19 314:16,17
314:19
website  110:12
122:24 293:25

week  66:20 73:9
188:9,18,18
weekly  73:17
weeks  11:17
weird  205:18,19
255:4
welcome  361:9
welder  192:18,19,21
192:24,25 193:1,9
193:12,16,23 197:6
197:13,24 198:2
went  277:13
wha  1:6 2:8 6:15
whatsoever  103:18
144:14
wheel  119:12
whereof  370:18
whispers  6:19
who've  353:13
wi  113:24 114:3
wide  297:7
widely  30:9 68:12
widespread  176:5
widget  42:16
wild  359:18
willing  86:9 184:12
211:21 275:9
win  131:5,5 302:11
302:11
wired  114:7
wireless  39:5 114:4
114:7
wisely  321:4
wish  354:7
withhold  298:20
witness  4:2 7:8,11
10:6 11:4,14 15:3
15:21 16:7,22 17:15
17:25 18:11,19 19:8
20:10 21:6 22:3
23:14,25 24:22 25:7
28:4,10,17,22 29:2
29:9,17,22 31:7,15
31:21 32:3,8,18,22
33:3,10,16,20,24

34:8,13,18 35:3,10
35:19 36:21 37:8,23
39:10 40:1,13 41:9
42:2,14,20 43:6,13
43:19 44:2,10,21
45:9,20 46:8,24
47:14,21 48:3,8,19
49:1,7,14,20 50:3
50:16 51:9,14,19,23
52:9,19,25 53:7,14
54:2,11,18 55:20
57:8 58:14,20 59:4
59:15,22 60:6,19
61:18 62:8,17 63:12
63:23 64:7,13,22
65:15 66:14 74:9
75:1,13,18,24 76:17
77:6,18,25 78:10,16
79:5,13 80:5,17,21
80:25 81:5,16,20
82:1,21 83:8,20
84:11,24 85:5,16
86:13,23 87:9 94:9
94:16 98:10 99:23
100:11 102:11
103:21 105:5
107:13 111:5,12
112:22 113:6,20
114:17 115:6,19
116:19 117:6,13
118:2,21 121:19
122:20 123:10
124:2,13 125:3,17
126:7,10,17,23
127:12,18 128:4,21
129:2,12,19 130:20
131:17 132:2,21
135:13,19 136:2,11
137:11 139:1,7,23
140:9,17,25 141:10
141:20 142:8,21
143:5,18 144:10,19
145:7,18 146:5,11
147:2 148:21 149:6
150:1,17 151:2,21

151:24 152:13
153:8,23 154:16
157:21 160:5,20
161:6 162:6 163:18
164:7 165:17 166:5
167:15,24 168:6,14
168:24 169:8,16,24
170:10 171:8
173:14 174:3,9
175:11,17,24
176:11 177:3,24
178:14 179:4,11,24
180:18,24 181:10
182:20,24 183:7,25
184:7,17 185:2,5,16
185:21 186:9,11,16
186:24 188:2
189:18 190:1,9,18
191:8,20 192:9
194:24 195:16
196:11 197:17
198:7,11,21 199:9
199:18 206:11,23
207:8,18,23 208:5
208:11,17 209:10
209:21 210:10
211:3,15 212:6,15
213:21 214:1,10,20
215:1,17,23 216:7
216:17,25 217:17
218:9,16,24 219:10
219:21 220:7 221:7
223:2 225:2,20
227:3,18,24 228:24
229:4,8,13,17,23
230:5 231:17,25
232:10,21 233:18
233:19 234:2,5,9,18
234:21,23 235:3,12
236:7,13 237:1,10
237:17,25 238:6,15
239:8,15 240:5,21
241:8,13,18 242:3
242:10,14,21 243:5
243:9,20 244:1,11

Veritext Legal Solutions
866 299-5127

**[witness - years]**

244:19,23 245:9,17
245:21 246:4,13
247:7,20 248:5
249:10,21,25 250:6
250:12 251:1,9,15
251:19 257:10,18
257:24 258:12,18
259:23 260:8,20
261:3,11,20,23
263:5 264:9,25
265:8,21 266:3,21
267:3,22 269:20
270:4 271:22
272:19 273:6,16
274:7,17 275:3,12
276:8,25 277:9
278:9,17 279:14
282:12,25 283:18
284:8,14 285:1
286:2,11,19 287:3
287:14,23 288:25
289:7 291:4 293:13
293:22 294:12,17
295:10,19 296:2
297:3,24 298:10,25
301:9 302:3 303:6
303:20 304:2,13
305:4,20 306:3
307:22 311:13,22
313:6,18 315:9
316:16,22 318:4,16
319:20 320:7,18
322:10,18 323:8,25
324:10 325:2,25
326:8,19 327:5,13
327:21 328:8,17
329:1,11,24 330:17
330:25 331:15
332:2,23 333:23
334:8,15,25 335:9
335:20,25 336:8,20
337:8,16,23 338:14
338:23 339:6,16,25
340:9,17,25 341:7
341:12,22 342:5,12

342:18 343:7 344:3
344:25 345:22
346:7,20 347:20
348:12 349:1,18,20
349:22,24 350:18
351:20 353:10,24
354:6,17 355:14,24
356:6,20 357:19
358:5,20 360:9
362:2,17 363:17
364:5,11,24 365:15
365:17,18,22,23
366:8,10,12,25
367:1,7,10 370:18
**witnesses**  10:15
370:5
**woman**  92:4,5
**wonder**  162:24
**wondering**  86:18
146:23 204:19
**word**  25:14 38:15
44:22,24 46:11
55:11,13 105:22
195:25 196:4 260:8
264:11 265:1 272:8
272:10 280:21
283:18 318:17
**words**  57:15 84:13
226:4 280:16,19
281:12 302:21,24
339:20 359:12
**work**  15:25 16:9
20:4 21:6 30:12
76:10 78:2 102:21
111:25 112:15,19
113:4 121:8 125:24
146:13,15 148:3
155:25 164:10,23
164:24 165:4 171:1
172:18 192:1 195:4
195:5 206:24
208:12 213:2 218:6
224:4 259:24
274:24 279:4
314:22 319:10

320:19 321:22
337:9 341:3,4,8
343:16 354:19,22
**worked**  12:11,14,16
12:18 13:3 143:20
338:4 343:18
**working**  12:23 13:5
14:20 15:22 17:8
66:21 84:19 93:4
94:6 118:21 119:19
120:1 124:14
134:22 137:21
147:22 148:21
149:22 150:12
202:2,25 203:1,5,15
203:18 204:4
211:19 213:5,8
283:9 319:5 336:22
336:23 338:3
343:13 349:25
351:13 352:21
**works**  22:23 91:23
155:15 159:19
196:5 202:17
208:14 297:16
321:25
**world**  18:3 19:14
30:3,10 52:21 53:2
101:4 102:20
212:18,23 220:24
220:25 254:2,3
273:24 274:3 280:4
280:10 281:6 283:5
**worldwide**  176:7
**worried**  176:13
**worry**  34:24 35:7
37:2
**wow**  242:3
**write**  165:1 167:5
331:2 337:17
**writing**  64:2 245:12
245:23 246:6 247:1
247:10,14 249:1
274:2,4 331:24

**written**  156:16
158:23 201:1
233:14 237:4
242:22 273:22
287:5 327:7 338:8
341:23 353:13
365:2,6
**wrong**  203:23
208:14 305:9
**wrote**  167:12 216:12

**x**

**x**  4:1 5:1 136:15
370:14

**y**

**yahoo**  262:6
**yeah**  28:10 34:8
40:13 41:19 56:11
60:21 63:7 67:12
76:5 78:16 88:8,9
96:18 99:16,18
119:7 122:10
123:23 129:4
178:22 184:7
190:20 191:8
192:22 193:6
204:18 205:12
218:19 221:19
248:21 270:4
271:19 274:7
294:17 308:20
319:20 323:18
346:20 356:11
**year**  12:5 61:4,4,5
61:19,21 62:4,24
111:23,24 112:16
112:16 135:6,11
136:8,13,13,13,14
136:14,14 196:12
196:12 201:3,4
242:4 268:6 271:25
**years**  9:13 11:25,25
12:3 13:15,15 14:21
17:9 27:12,20,22
62:1,15 93:14

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**[years - zigbee]**

101:14 124:15
128:13 143:21
149:21,21 150:12
178:25 229:20
268:1 273:25
288:10,12 305:5
336:22,23 337:9
338:3,7 341:16
350:1 351:13,18
352:20 364:11,13
364:13 365:4,5
**yellow**   201:9
**yesterday**   17:6
187:21 188:7 190:6
**youtube**   76:7,8,12
299:13,15,15,17
309:21,22,23,25
310:2,17 311:1
314:7 328:23 329:1

**z**

**z**   113:14,21,23 114:4
**zigbee**   113:23 114:4

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.