1  KEKER, VAN NEST & PETERS LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@keker.com
   CHRISTA M. ANDERSON - # 184325
3  canderson@keker.com
   DANIEL PURCELL - # 191424
4  dpurcell@keker.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
6  Facsimile:     415 397 7188

7  KING & SPALDING LLP
   BRUCE W. BABER (pro hac vice)
8  bbaber@kslaw.com
   1185 Avenue of the Americas
9  New York, NY  10036
   Telephone:     212 556 2100
10 Facsimile:     212 556 2222

11 Attorneys for Defendant GOOGLE INC.

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 15  ORACLE AMERICA, INC., | Case No. 3:10-cv-03561 WHA |
| 16         Plaintiffs, | **EXHIBITS 2, 6, 9, 10 AND 11 TO THE DECLARATION OF MAYA KARWANDE IN SUPPORT OF GOOGLE'S MOTIONS IN LIMINE NOS. 1-6** |
| 17      v. | |
| 18  GOOGLE INC., | |
| 19         Defendant. | Dept.:    Courtroom 8, 19th Fl.<br>Judge:    Hon. Hon. William Alsup |

EXHIBITS 2, 6, 9, 10 AND 11 TO THE DELCARATION OF MAYA KARWANDE
IN SUPPORT OF GOOGLE'S MOTIONS IN LIMINIE NOS. 1-6
Case No. 3:10-cv-03561 WHA

1160360

1  Dated: April 20, 2017                                    KEKER, VAN NEST & PETERS LLP

                                                   By:   /s/ Robert A. Van Nest
                                                         ROBERT A. VAN NEST
                                                         CHRISTA M. ANDERSON
                                                         DANIEL PURCELL

                                                         Attorneys for Defendant GOOGLE INC.

1

EXHIBITS 2, 6, 9, 10 AND 11 TO THE DELCARATION OF MAYA KARWANDE
IN SUPPORT OF GOOGLE'S MOTIONS IN LIMINIE NOS. 1-6
Case No. 3:10-cv-03561 WHA

1160360