# EXHIBIT 9

# DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

1           UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3             SAN FRANCISCO DIVISION
4    ------------------------------x
5    ORACLE AMERICA, INC.,
6              Plaintiff,
7              vs.              Case No.
8    GOOGLE, INC.,              CV 10-03561 WHA
9              Defendant.
10   ------------------------------x
11            December 2, 2015
              9:39 a.m.
12
13   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15      VIDEOTAPED DEPOSITION of MIKE RINGHOFER,
16   taken by Defendant, pursuant to Notice,
17   at the offices of Orrick Herrington &
18   Sutcliffe LLP, 51 West 52nd Street,
19   Carnegie Hill, 23rd Floor, New York, New
20   York, before Amy Klein Campion, a
21   Shorthand Reporter and Notary Public
22   within and for the State of New York.
23
24
25      Job No. CS2193288

1    royalties?
2            MS. LEWIS-GRUSS:  Objection to
3        form.
4        A.    I am not aware.
5        Q.    And why did you speak with
6    Mr. Jarae regarding those three accounts
7    that you just named?
8        A.    The digital set top box, use
9    cases, are one that we are seeing erosion
10   from historical royalties and where
11   Android has certainly caused impact to our
12   success in the market.
13       Q.    What do you mean by "Android has
14   caused impact to our success in the
15   market"?
16       A.    We sell less royalties because
17   it's hard to compete against Java when
18   Java has been taken and used as a core
19   component of Android and is given to
20   customers for free.
21       Q.    You mentioned -- well, strike
22   that.
23           Has Oracle lost Comcast business
24   to Android?
25           MS. LEWIS-GRUSS:  Objection to

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 39

1      form.
2      A.   I believe so.
3      Q.   In what context?
4      A.   I believe they use Android
5  licensing and they do not license from
6  Oracle.
7      Q.   And you're not aware of Comcast
8  ever having been an Oracle licensee,
9  correct?
10     A.   That is correct.
11     Q.   So what basis -- what is the
12 basis for your statement that Oracle lost
13 Comcast business to Android?
14     A.   We're -- definitely compete for
15 deals.  When we compete we combat or
16 always deal with price sensitivity because
17 we're not free.  We obviously have a
18 royalty.  And I believe that because of
19 price sensitivity, and they already had --
20 if they had already in essence Java via
21 Android, then they didn't see a purpose of
22 paying Oracle.
23     Q.   And has Comcast ever told you in
24 words or in substance that they didn't
25 want to pay for Java because they had

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 68

1    embedded technology is absolutely a
2    potential for Java.
3         Q.   And what -- why do you say that?
4         A.   Because specifically to Android,
5    because Android has taken Java, so
6    therefore Java is the core component of
7    Android, so it in itself is an opportunity
8    for Java.  And we have a very strong --
9    the strongest development community on the
10   planet with Java, and have a very strong
11   opportunity for embedded platforms in
12   devices such as phones.  That's extremely
13   competitive.
14        Q.   Why is it that you say, "Java is
15   a core component of Android"?
16        A.   Because Android -- Google took
17   Java, used it, because they are in
18   desperate need to get to market faster,
19   made it part of -- a key part of their
20   operating system and shipped it without
21   licenses to a large customer base.
22        Q.   What basis do you have to
23   conclude that Java is a key part of the
24   Android operating system?
25             MS. LEWIS-GRUSS:  Objection to

Page 69

1      form.
2      A.   From many technical people
3   and -- at Oracle and ecosystem that I've
4   heard from and have heard of conversations
5   from.
6      Q.   Okay.  Can you describe to me in
7   more detail what those conversations
8   consisted of?
9           MS. LEWIS-GRUSS:  Objection to
10     form.
11     A.   Sure.
12          We'll take -- I'll give an
13  example.  So Samsung is one of the largest
14  phone providers on the planet.
15  Approximately three years ago we did a
16  roughly ███████ prepay with them for
17  Java ME.  We just did a deal last week
18  with them for the same phones at
19  approximately ███████.
20          That is significant erosion in
21  three years.
22          I have heard from my sales team
23  that engineers at Samsung have said, "Why
24  should we pay for Java, when we get it for
25  free 'cause it's in Android."  That is one

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 405

```
 1              C E R T I F I C A T E
 2      STATE OF NEW YORK    )
 3                           : ss.
 4      COUNTY OF NEW YORK   )
 5              I, AMY KLEIN CAMPION, a
 6      Shorthand Reporter and Notary Public
 7      within and for the State of New York,
 8      do hereby certify:
 9              That MIKE RINGHOFER, the
10      witness whose deposition is
11      hereinbefore set forth, was duly sworn
12      by me and that such deposition is a
13      true record of the testimony given by
14      the witness.
15              I further certify that I am
16      not related to any of the parties to
17      this action by blood or marriage, and
18      that I am in no way interested in the
19      outcome of this matter.
20              IN WITNESS WHEREOF, I have
21      hereunto set my hand this 3rd day of
22      December, 2015.
23                      [signature]
24                      AMY KLEIN CAMPION
25
```

Veritext Legal Solutions
800-567-8658                                       973-410-4040