# EXHIBIT 10

# DOCUMENT SOUGHT TO BE SEALED

| | |
|---|---|
| From: | Terrence.Barr@Sun.COM <terrence.barr@sun.com> |
| Sent: | Wed Nov 14 2007 11:59:00 PST |
| To: | Nicolas Williams <nicolas.williams@sun.com> |
| CC: | Richard Elling <richard.elling@sun.com>;Richard Berlin <richard.berlin@sun.com>;Kevin Chu <kevin.chu@sun.com>;bloggers-extra@Sun.COM <bloggers-extra@sun.com> |
| Subject: | Re: Dalvik: How Google routed around Sun's IP-based licensing restrictions on Java ME |
| Attachments: | terrence.barr.vcf |

| | |
|---|---|
| Importance: | Normal |
| Priority: | Normal |
| Sensitivity: | None |

I am keeping my fingers crossed that Android hits the 'powers
that be' at Sun as a wake-up call that our mobile Java strategy
is failing. First indications are that, indeed, the Google
announcement is forcing some serious questions and reconsideration
of decisions. And as far as I am concerned that is goodness, if
long overdue.

-- Terrence

Nicolas Williams wrote:
> On Wed, Nov 14, 2007 at 11:43:40AM -0800, Richard Elling wrote:
>> Nicolas Williams wrote:
>>> The balance of power changed when Apple "intruded" on the scene. It's
>>> still not a foregone conclusion that Google will succeed here, but with
>>> every Apple success Google's leverage will only increase, and once there
>>> are Android phones on the market things may change. Google is playing a
>>> difficult game, as you described. Google needs to get manufacturers on
>>> board who are used to closed platforms, but Google also needs the
>>> resulting system to be more open than the iPhone (else what's the
>>> point?).
>>>
>> Warning: Apple sells services, not products. If you try to compete
>> with them by bringing a product to market, you will lose. qv Dell
>> Ditty, Zune, etc.
>
> Google gives services away and sells advertising. If you try to compete
> with them by...
>
> Closed mobile platforms are probably seen by Google as a threat, or at
> least as imposing a limit on Google's growth in the mobile world. The
> mobile phone industry is nothing but a bunch of closed platforms; Apple
> does not change this, but it does upset the apple cart (er, pun sortof
> unintended :).
>
> Nico

