# EXHIBIT 11

# DOCUMENT SOUGHT TO BE SEALED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

1           UNITED STATES DISTRICT COURT
2           NORTHER DISTRICT OF CALIFORNIA
3              SAN FRANCISCO DIVISION
4  -----------------------------------X
5   ORACLE AMERICA, INC.,
6                       Plaintiff,
7      - against -
8   GOOGLE, INC.,
9                       Defendant.
10  CASE NO.: CV 10-03561 WHA
    -----------------------------------X
11
12    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
13
14               January 14, 2016
15                 9:42 a.m.
16
17      VIDEOTAPED DEPOSITION of HENRIK STAHL,
18   taken by Defendant, at the offices of Orrick,
19   Herrington & Sutcliffe LLP, 51 West 52nd Street,
20   23rd Floor, New York, New York, before Melissa
21   Gilmore, a Shorthand Reporter and Notary Public
22   of the State of New York.
23
24
25   Job No. CS2210624

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 162

1  say that phone technology has evolved rapidly.
2  Lots of good examples of that, the radio
3  technology in phones has certainly improved a
4  lot with a move from 2G to 3G to 4G in terms of
5  communication speed and other things.
6          The -- things like the battery, the
7  amount of power you can get from a battery of a
8  certain size has evolved massively, which means
9  that it's now possible to have a phone with a
10 lot more capabilities and stronger processor,
11 for instance, or a larger screen than it were
12 ten years ago.
13         There have also been, you know,
14 evolutions on usability and other things.  Most
15 of that has been evolutionary rather than
16 revolutionary.  So it's, you know, consistent
17 technology updates.  It seems to have stalled a
18 little bit lately, though.
19     Q.   Has Oracle made any effort to keep
20 up with the evolving technology for mobile
21 phones?
22     A.   That's a variation of a question you
23 asked earlier.  We are not investing in phones.
24 We made a conscious decision in the, you know,
25 2011, 2012 time frame not to invest in software

1    for phones, except opportunistically if we had
2    a large customer asking for something specific.
3             Those decisions were based on the
4    simple observation that we didn't think there
5    was any market left after Android appeared and
6    got dominance, and no investments have been
7    made since, as far as I'm aware.
8        Q.    Are you aware -- strike that.
9             Have Oracle's Java ME revenues
10   declined in the last five years?
11            MS. SIMPSON:  Objection to form.
12       A.    Yes, without a doubt, yes.
13       Q.    And is the reason for the decline
14   the fact that Oracle hasn't made an effort to
15   license Java ME in mobile phones?
16            MS. SIMPSON:  Objection to form.
17       A.    No, that's not the correct way of
18   stating it.  Again, Java ME has been used for a
19   few different applications.  Historically, the
20   largest revenue source was phones.  That
21   revenue source pretty much started disappearing
22   when Android upset the kind of Java-based phone
23   market, if you will.
24            So the reason for decline in revenue
25   is the appearance and very rapid growth of

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 323

C E R T I F I C A T E

STATE OF NEW YORK )
                  :ss
COUNTY OF RICHMOND)

       I, MELISSA GILMORE, a Notary Public within and for the State of New York, do hereby certify:

       That HENRIK STAHL, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

       I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

       IN WITNESS WHEREOF, I have hereunto set my hand this 19th day of January, 2016.

                        _____
                        MELISSA GILMORE