KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
CHRISTA M. ANDERSON - # 184325
canderson@keker.com
DANIEL PURCELL - # 191424
dpurcell@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY  10036
Telephone:    212 556 2100
Facsimile:     212 556 2222

Attorneys for Defendant GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br><br>            Plaintiffs,<br><br>       v.<br><br>GOOGLE INC.,<br><br>            Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**EXHIBITS A, B, C, D, F AND G TO THE DECLARATION OF  EDWARD A. BAYLEY IN SUPPORT OF GOOGLE'S MOTIONS IN LIMINE NOS. 1-6**<br><br>Dept.:         Courtroom 8, 19th Fl.<br>Judge:        Hon. Hon. William Alsup |

EXHIBITS A, B, C, D, F AND G TO THE DELCARATION OF EDWARD A. BAYLEY
IN SUPPORT OF GOOGLE'S MOTIONS IN LIMINIE NOS. 1-6
Case No. 3:10-cv-03561 WHA

1160370

| | | |
|---|---|---|
| Dated: April 20, 2017 | | KEKER, VAN NEST & PETERS LLP |
| | By: | /s/ Robert A. Van Nest |
| | | ROBERT A. VAN NEST |
| | | CHRISTA M. ANDERSON |
| | | DANIEL PURCELL |
| | | Attorneys for Defendant GOOGLE INC. |

1

EXHIBITS A, B, C, D, F AND G TO THE DELCARATION OF EDWARD A. BAYLEY
IN SUPPORT OF GOOGLE'S MOTIONS IN LIMINIE NOS. 1-6
Case No. 3:10-cv-03561 WHA

1160370