| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
|   | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
|   | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
|   | 405 Howard Street, San Francisco, CA  94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
|   | PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com |
|   | LISA T. SIMPSON (*pro hac vice*) |
| 7 | lsimpson@orrick.com |
|   | 51 West 52nd Street, New York, NY  10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
|   | DAVID BOIES (*pro hac vice*) |
| 10 | dboies@bsfllp.com |
|   | 333 Main Street, Armonk, NY  10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300 |
|   | STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com |
|   | 1999 Harrison St., Ste. 900, Oakland, CA  94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
|   | ORACLE CORPORATION |
| 14 | DORIAN DALEY (SBN 129049) |
|   | dorian.daley@oracle.com |
| 15 | DEBORAH K. MILLER (SBN 95527) |
|   | deborah.miller@oracle.com |
| 16 | MATTHEW M. SARBORARIA (SBN 211600) |
|   | matthew.sarboraria@oracle.com |
| 17 | RUCHIKA AGRAWAL (SBN 246058) |
|   | ruchika.agrawal@oracle.com |
| 18 | 500 Oracle Parkway, |
|   | Redwood City, CA 94065 |
| 19 | Tel: 650.506.5200 / Fax: 650.506.7117 |
| 20 | *Attorneys for Plaintiff* |
|   | ORACLE AMERICA, INC. |

[RECEIVED stamp: SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 24 | ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| 25 | Plaintiff, | **EXHIBIT(S) TO ECF NO. 1550** |
| 26 | v. | Dept.: Courtroom 8, 19th Floor |
|    |    | Judge: Honorable William Alsup |
| 27 | GOOGLE INC. | |
| 28 | Defendant. | |

EXHIBIT(S)

1     Pursuant to Civil Local Rule 79-5 and the Court's Order resolving numerous sealing
2 motions (ECF No. 2076), Oracle submits for public filing documents relating to ECF No. 1550,
3 which were previously filed under seal.

4
5 Dated: April 20, 2017                  Respectfully submitted,

6                                           Orrick, Herrington & Sutcliffe LLP

7                                          By: */s/ Matthew L. Bush*
                                                Matthew L. Bush

8                                           Counsel for ORACLE AMERICA, INC.

| | |
|---|---|
| 1 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | KAREN G. JOHNSON-MCKEWAN (SBN 121570) |
| 2 | kjohnson-mckewan@orrick.com |
| | ANNETTE L. HURST (SBN 148738) |
| 3 | ahurst@orrick.com |
| | GABRIEL M. RAMSEY (SBN 209218) |
| 4 | gramsey@orrick.com |
| | 405 Howard Street, San Francisco, CA 94105 |
| 5 | Tel: 1.415.773.5700 / Fax: 1.415.773.5759 |
| | PETER A. BICKS (*pro hac vice*) |
| 6 | pbicks@orrick.com |
| | LISA T. SIMPSON *pro hac vice*) |
| 7 | lsimpson@orrick.com |
| | 51 West 52nd Street, New York, NY 10019 |
| 8 | Tel: 1.212.506.5000 / Fax: 1.212.506.5151 |
| 9 | BOIES, SCHILLER & FLEXNER LLP |
| | DAVID BOIES (*pro hac vice*) |
| 10 | dboies@bsfllp.com |
| | 333 Main Street, Armonk, NY 10504 |
| 11 | Tel: 1.914.749.8200 / Fax: 1.914.749.8300 |
| | STEVEN C. HOLTZMAN (SBN 144177) |
| 12 | sholtzman@bsfllp.com |
| | 1999 Harrison St., Ste. 900, Oakland, CA 94612 |
| 13 | Tel: 1.510.874.1000 / Fax: 1.510.874.1460 |
| | ORACLE CORPORATION |
| 14 | DORIAN DALEY (SBN 129049) |
| | dorian.daley@oracle.com |
| 15 | DEBORAH K. MILLER (SBN 95527) |
| | deborah.miller@oracle.com |
| 16 | MATTHEW M. SARBORARIA (SBN 211600) |
| | matthew.sarboraria@oracle.com |
| 17 | RUCHIKA AGRAWAL (SBN 246058) |
| | ruchika.agrawal@oracle.com |
| 18 | 500 Oracle Parkway, |
| | Redwood City, CA 94065 |
| 19 | Tel: 650.506.5200 / Fax: 650.506.7117 |
| 20 | *Attorneys for Plaintiff* |
| | ORACLE AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC. | Case No. CV 10-03561 WHA |
| Plaintiff, | **EXHIBITS G AND I TO EXHIBIT 9 TO THE DECLARATION OF ANDREW D. SILVERMAN** |
| v. | |
| GOOGLE INC. | |
| Defendant. | Dept.: Courtroom 8, 19th Floor |
| | Judge: Honorable William H. Alsup |

# MANUAL FILING NOTIFICATION

<u>Regarding:  Manually Filed Portions of Exhibit 9 to the Declaration of Andrew D. Silverman in Support of Oracle's Motions in Limine</u>

    This filing is in physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant on this case, this filing will be served shortly.

    For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

    This filing was not efiled for the following reason(s):

☐ Unable to Scan Documents

☐ Physical Object (please describe):

☐ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

☐ Item Under Seal in Criminal Case

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53)

☑ Other (please describe):  Exhibits G and I to the Expert Report of Dr. Itamar Simonson, attached as Exhibit 9 to the Declaration of Andrew D. Silverman (ECF No. 1563-10), are Microsoft Excel spreadsheets containing a significant amount of data in many cells across multiple sheets.  If printed or converted to a PDF file, the documents would span many pages and would be unwieldy to use.

Dated: April 20, 2017

                            ORRICK, HERRINGTON & SUTCLIFFE LLP

                            By: */s/ Andrew D. Silverman*
                                  ANDREW D. SILVERMAN

                            *Attorneys for Plaintiff*
                            ORACLE AMERICA, INC.