BRUCE W. BABER (*pro hac vice*)
BBaber@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: 404-572-4600
Facsimile:  404-572-5100

JOSEPH R. WETZEL – (SBN No. 238008)
JWetzel@kslaw.com
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, California 94105
Telephone: 415-318-1200
Facsimile:  415-318-1300

Attorneys for Defendant:
GOOGLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.,<br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br>Defendant. | Case No. 3:10-cv-03561 WHA<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

King & Spalding LLP ("The Firm"), counsel for Google Inc., hereby informs the Court that, effective January 1, 2019, Joseph R. Wetzel is no longer associated with the Firm, and requests that the Court withdraw the appearance of Mr. Wetzel as counsel in this matter.

Dated: December 27, 2018

                                                KING & SPALDING LLP

                                                */s/ Joseph R. Wetzel*
                                                Bruce W. Baber
                                                Joseph R. Wetzel

                                                *Attorneys for* Google Inc.