KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
CHRISTA M. ANDERSON - # 184325
canderson@keker.com
DANIEL PURCELL - # 191424
dpurcell@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:   415 397 7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:  212 556 2100
Facsimile:   212 556 2222

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561 WHA <br><br> **NOTICE RE EXPERT WITNESS CHANGE OF AFFILIATION** <br><br> Dept.:    Courtroom 12, 19th Fl. <br> Judge:   Hon. William Alsup |

# NOTICE

Google LLC ("Google") submits this notice to notify the Court and all parties that an expert witness previously retained by Google in this matter, Dr. Gregory K. Leonard of Edgeworth Economics, intends to affiliate with Charles River Associates ("CRA") effective December 2, 2019.

The Court-appointed FED. R. EVID. 706 expert witness, Dr. James R. Kearl, is also affiliated with CRA. Google has requested, and CRA has agreed, that CRA will erect an ethical wall between Dr. Leonard and Dr. Kearl (and their respective teams working on this matter) to ensure that there are no communications between them related to this matter.

Should the Court require any additional information or assurances, Google stands ready to provide it.

Respectfully submitted,

Dated: November 25, 2019         KEKER, VAN NEST & PETERS LLP

By: *s/ Robert A. Van Nest*
ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys for GOOGLE LLC