KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
CHRISTA M. ANDERSON - # 184325
canderson@keker.com
DANIEL PURCELL - # 191424
dpurcell@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

KING & SPALDING LLP
BRUCE W. BABER (pro hac vice)
bbaber@kslaw.com
1185 Avenue of the Americas
New York, NY 10036
Telephone:   212 556 2100
Facsimile:    212 556 2222

Attorneys for GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | Case No. 3:10-cv-03561 WHA <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** <br><br> Dept.:     Courtroom 12, 19th Fl. <br> Judge:    Hon. William Alsup |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Maya Karwande is no longer counsel of record for the Defendant Google LLC in this matter.

Robert A. Van Nest, Christa M. Anderson, Daniel Purcell, Eugene M. Paige, Matthias A. Kamber, Reid P. Mullen, and Edward A. Bayley of Keker, Van Nest & Peters LLP remain counsel of record for Defendant Google LLC.

Dated:  December 31, 2019

KEKER, VAN NEST & PETERS LLP

By: */s/ Maya Karwande*
ROBERT A. VAN NEST
CHRISTA M. ANDERSON
DANIEL PURCELL

Attorneys for GOOGLE LLC

---

1
NOTICE OF WITHDRAWAL OF COUNSEL
Case No. 3:10-cv-03561 WHA

1361727