UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ORACLE AMERICA, INC.,

    Plaintiff,

v.

GOOGLE, LLC,

    Defendant.

No. C 10-03561 WHA

**ORDER RE EXPERT WITNESS CHANGE OF AFFILIATION**

    The Court has received Oracle's objection dated January 15 (Dkt. No. 2145) to Google's notice that its expert witness will have some affiliation with Charles River Associates, the same firm as the Court-appointed expert (Dkt. No. 2143). The Court does not have sufficient information to make any ruling. For example, the Court does not know what "intends to affiliate" means. The most the Court can say is that Dr. Leonard (and Google) have made this move at their peril. Whether or not it will lead to any disqualification of Dr. Leonard as Google's expert remains to be seen after motion practice and an appropriate record is provided.

    **IT IS SO ORDERED.**

Dated: January 28, 2020.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE