ORRICK, HERRINGTON & SUTCLIFFE LLP
KAREN G. JOHNSON-MCKEWAN (SBN 121570)
kjohnson-mckewan@orrick.com
ANNETTE L. HURST (SBN 148738)
ahurst@orrick.com
405 Howard Street, San Francisco, CA 94105
Tel: 1.415.773.5700 / Fax: 1.415.773.5759
PETER A. BICKS (*pro hac vice*)
pbicks@orrick.com
LISA T. SIMPSON (*pro hac vice*)
lsimpson@orrick.com
MATTHEW L. BUSH (*pro hac vice*)
mbush@orrick.com
51 West 52nd Street, New York, NY 10019
Tel: 1.212.506.5000 / Fax: 1.212.506.5151

BOIES, SCHILLER & FLEXNER LLP
DAVID BOIES (*pro hac vice*)
dboies@bsfllp.com
333 Main Street, Armonk, NY 10504
Tel: 1.914.749.8200 / Fax: 1.914.749.8300
STEVEN C. HOLTZMAN (SBN 144177)
sholtzman@bsfllp.com
1999 Harrison St., Ste. 900, Oakland, CA 94612
Tel: 1.510.874.1000 / Fax: 1.510.874.1460

ORACLE CORPORATION
DORIAN DALEY (SBN 129049)
dorian.daley@oracle.com
DEBORAH K. MILLER (SBN 95527)
deborah.miller@oracle.com
MATTHEW M. SARBORARIA (SBN 211600)
matthew.sarboraria@oracle.com
500 Oracle Parkway,
Redwood City, CA 94065
Tel: 650.506.5200 / Fax: 650.506.7117

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>            Plaintiff,<br>    v.<br>GOOGLE INC.<br>            Defendant. | Case No. CV 10-03561 WHA<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE**<br><br>Judge: Honorable William Alsup |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Matthew L. Bush hereby withdraws his appearance as counsel of record for Plaintiff Oracle America, Inc.  Mr. Bush requests that he be removed from all applicable service lists, including for Notices of Electronic Filing.

Defendants continue to be represented by Orrick, Herrington & Sutcliffe LLP in this action.

Dated:  March 9, 2020                                   Respectfully submitted,

                                                        Orrick, Herrington & Sutcliffe LLP

                                     By:  */s/ Matthew L. Bush*
                                              Matthew L. Bush

                                              Counsel for ORACLE AMERICA, INC.

- 1 -       NOTICE OF WITHDRAWAL OF APPEARANCE