MORRISON & FOERSTER LLP
MICHAEL A. JACOBS (Bar No. 111664)
mjacobs@mofo.com
KENNETH A. KUWAYTI (Bar No. 145384)
kkuwayti@mofo.com
MARC DAVID PETERS (Bar No. 211725)
mdpeters@mofo.com
DANIEL P. MUINO (Bar No. 209624)
dmuino@mofo.com
755 Page Mill Road, Palo Alto, CA  94304-1018
Telephone: (650) 813-5600 / Facsimile: (650) 494-0792

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE AMERICA, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE INC.<br><br>　　　　Defendant. | Case No. CV 10-03561 WHA<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE**<br><br>Judge:  Honorable William H. Alsup |

NOTICE OF WITHDRAWAL OF APPEARANCE
CASE NO. CV 10-03561 WHA
pa-1912068

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following counsel hereby withdraw their appearance as counsel of record for Plaintiff Oracle America, Inc. They request that they be removed from all applicable service lists, including for Notices of Electronic Filing.

Michael A. Jacobs

Kenneth A. Kuwayti

Marc David Peters

Daniel P. Muino

Yuka Teraguchi

Plaintiff has been given notice of, and has consented to, this withdrawal. Plaintiff continues to be represented by outside counsel of record in this action, including Orrick Herrington & Sutcliffe LLP and Boies, Schiller, Flexner LLP.

Respectfully submitted,

Dated: June 25, 2020                    MORRISON & FOERSTER LLP

By:  /s/ *Marc David Peters*
       Marc David Peters

*Attorneys for Plaintiff*
ORACLE AMERICA, INC.

NOTICE OF WITHDRAWAL OF APPEARANCE
CASE NO. CV 10-03561 WHA
pa-1912068

1