# United States Court of Appeals for the Federal Circuit

---

**ORACLE AMERICA, INC.,**
*Plaintiff-Appellant*

v.

**GOOGLE LLC,**
*Defendant-Cross-Appellant*

---

2017-1118

---

Appeal from the United States District Court for the Northern District of California in No. 3:10-cv-03561-WHA, Judge William H. Alsup.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered May 14, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 21, 2021

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court